5/18/2020

bruce_mapley@yahoo.com - Yahoo Mail

**Bruce mapley** <bruce_mapley@yahoo.c    Mon, May 18 at 11:40 AM
To: jpinfo@missoulacounty.us

FILED

5/18/2020

Clerk, U.S. District Court
District of Montana
Billings Division

United States District Court
200 West Broadway
Missoula, Mt. 59802

Bruce Mapley Sr.
3905 Caylan Cove
Birmingham, Al, 35215

Dear Sir, Madam:
Referring to Case # CV-20-052-BLG-SPW-TJC.

To start with, I am now 80 years of age, in a power wheelchair totally disabled from both the effects of polio (left leg, spine and lungs) Also under the medical care of Montana State Workers Comp. Case # 03-1992-17331-6 from a work related accident, losing the lower left leg.
I am home bound now, unable to travel either or in any way out to the state of Montana. And also with the condition of my lungs with the threat of Covid 19. My wife also 80 not able to travel some of the same reason, lose of one eye and both back and leg impairment.
We, both being on Social Security are not able to afford such a trip and expenses.
My question is? What is next, we cannot afford attorney Fees, Will the court appoint an attorney? If so, I must prepare for all this before it will go to court to make answer to the court in my behalf. Since I have no attorney to advise me, where or who do I get advice from to defend myself? Is the a court date to hear these matters and what is that date?