\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 18, 2020 at 12:29:01 PM MDT | 8561480 | 40 | 1 | Received |

Case 1:20-cv-00052-SPW Document 3-1 Filed 05/18/20 Page 1 of 1

01/01/1999  02:01     8561480              PORTAMEDIC                                PAGE   01

Case 1:20-cv-00052-SPW-TJC  Document 2  Filed 04/24/20  Page 1 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Montana

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY<br><br>*Plaintiff(s)*<br>v.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br>*Defendant(s)* | Civil Action No. CV-20-052-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRUCE MAPLEY SR.
3905 Caylan CV
Birmingham, Alabama 35215

*E-mail —*
*Clerk of Court @ Missoulaco.us*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meyer, Shaffer & Stepans PLLP
430 Ryman Street
Missoula, MT 59803
PH: 406-543-6929
FX: 406-721-1799

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/24/2020                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

*Please Respond to*
*bruce_Mapley @ yahoo.com*