OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy of Administration

Coleen Hanley
Chief Deputy of Operations

Bruce Mapley, Sr.
3905 Caylan CV
Birmingham, AL 35215

RE: Case number CV-20-052-BLG-SPW

May 20, 2020

Dear Mr. Mapley:

    The clerk's office is in receipt of your fax submissions received on May 18, 2020 and May 20, 2020. Pursuant to Local Rule 1.4, nothing may be filed with the court by means other than use of the court's electronic case filing system, mail directed to the clerk of court's address for postal service, or in-person delivery to the clerk's office. Our Local Rules can be found at www.mtd.uscourts.gov.

    As a courtesy, your submission received on May 18, 2020 has been docketed and placed in the record. However, any further fax filings will not be accepted.

    Finally, the clerk's office has sent a pro se guide for you to review, which may provide additional information. The case has been filed in the Billings division. If you have any further questions, please contact the clerk's office at (406) 247-7000.

Tyler P. Gilman, Clerk of Court

by  /s/ Julie Hollenbeck
    Deputy in Charge