20Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,*
*and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. 1:20-cv-00052-SPW-TJC <br><br> **NOTICE OF APPEARANCE FOR DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

NOTICE IS HEREBY GIVEN that attorneys Guy W. Rogers and Jon A. Wilson of the Brown Law Firm, P.C., 315 North 24th Street, P.O. Drawer 849, Billings, MT 59103-0849, Telephone: 406-248-2611 / Fax: 406-248-3128, will be acting as counsel of record for Defendants Watchtower Bible and Tract Society of New York, Inc. (hereinafter "Watchtower"), and Watch Tower Bible and Tract

Society of Pennsylvania (hereinafter "Watch Tower"). The undersigned has basically no information regarding the allegations asserted in Plaintiffs' Complaint and Jury Demand (hereinafter "Complaint") and needs additional time to consult with Watchtower and Watch Tower to formulate responses to the allegations in the Complaint. The undersigned recently contacted Plaintiffs' counsel about the possibility of an extension until June 22, 2020, for Watchtower and Watch Tower to Answer or otherwise respond to the Complaint, and Plaintiffs' counsel indicated no objection to such an extension. Watchtower and Watch Tower therefore respectfully requests an extension until June 22, 2020, to file an Answer or otherwise respond to the Complaint. By seeking this extension, Watchtower and Watch Tower do not waive any of the defenses under Rule 12(b), Fed.R.Civ.P., or any of the affirmative defenses under Rule 8(c), Fed.R.Civ.P., all of which are reserved. A proposed Order is submitted herewith for the Court's consideration and convenience.

DATED this 20th day of May, 2020.

By:   /s/ Guy W. Rogers
Guy W. Rogers
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower*
*Bible and Tract Society of New York,*
*Inc., and Watch Tower Bible and*
*Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 20, 2020, a copy of the foregoing was served

on the following person(s):

1.　　U.S. District Court, Billings Division

2.　　Robert L. Stepans
　　　Ryan R. Shaffer
　　　James C. Murnion
　　　MEYER, SHAFFER & STEPANS, PLLP
　　　430 Ryman Street
　　　Missoula, MT 59802

by the following means:

　1, 2　　CM/ECF　　　　　　　　　____Fax
　　____Hand Delivery　　　　　　____E-Mail
　　____U.S. Mail　　　　　　　　____Overnight Delivery Services

By: ___/s/ Guy W. Rogers_____
　　　Guy W. Rogers
　　　BROWN LAW FIRM, P.C.
　　　*Attorneys for Defendants Watchtower*
　　　*Bible and Tract Society of New York,*
　　　*Inc., and Watch Tower Bible and*
　　　*Tract Society of Pennsylvania*