## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. 1:20-cv-00052-SPW-TJC <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT OF DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, AND** |

Upon the motion of Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania, good cause appearing and Plaintiffs' counsel having indicated no objection,

IT IS HEREBY ORDERED Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania have until June 22, 2020, to Answer or otherwise respond to Plaintiffs' Complaint and Jury Trial. This extension does not constitute a waiver of any defenses under Rule 12(b), Fed.R.Civ.P., or any affirmative defenses under Rule 8(c), Fed.R.Civ.P., all of which are reserved.

DATED this _____ day of _____, 2020.

                                       By: _____
                                                Hon. Susan P. Watters
                                                U.S. District Court Judge