IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>                    Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>                    Defendants. | CV 20-52-BLG-SPW<br><br>ORDER |

Upon the Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 5) of Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania, and for good cause appearing,

IT IS HEREBY ORDERED that Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania have up to and including **June 22, 2020**, to Answer or otherwise respond to Plaintiffs' Complaint and Jury Demand (Doc. 1).  This extension does

1

not constitute a waiver of any defenses under Rule 12(b), Fed.R.Civ.P., or any

affirmative defenses under Rule 8(c), Fed.R.Civ.P., all of which are reserved.

DATED this _20th_ day of May, 2020.

_Susan P. Watters_

SUSAN P. WATTERS
United States District Judge

2