AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY<br><br>*Plaintiff(s)*<br>v.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br>*Defendant(s)* | Civil Action No. CV-20-052-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
1630 Spring Run Road Extension
Coraopolis, PA 15108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Meyer, Shaffer & Stepans PLLP
430 Ryman Street
Missoula, MT 59803
PH: 406-543-6929
FX: 406-721-1799

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2020

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>CV-20-052-BLG-SPW-TJC | Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA | County: | Job:<br>4514567 (20-2205) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>TRACY CAEKAERT and CAMILLIA MAPLEY | | Defendant / Respondent:<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA and BRUCE MAPLEY, SR. | |
| Received by:<br>PA Virtual Services, LLC | | For:<br>We Serve NJ, LLC | |
| To be served upon:<br>WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA | | | |

I, Guy Rubei, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, 1630 Spring Run Road Ext, Coraopolis, PA 15108

**Manner of Service:** Business, May 5, 2020, 2:20 pm EDT

**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: May 5, 2020, 2:20 pm EDT at 1630 Spring Run Road Ext, Coraopolis, PA 15108 received by WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA. Age: 56; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'10"; Hair: Gray; Eyes: Hazel; Other: Scott Lash Building Manager ;
Served at business

_[signature]_  05/05/2020

Guy Rubei                    Date

PA Virtual Services, LLC
9 Christine Drive
Cheswick, PA 15024
4127219288