AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY <br><br> *Plaintiff(s)* <br> v. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CV-20-052-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRUCE MAPLEY SR.
3905 Caylan CV
Birmingham, Alabama 35215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meyer, Shaffer & Stepans PLLP
430 Ryman Street
Missoula, MT 59803
PH: 406-543-6929
FX: 406-721-1799

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:  4/24/2020

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BRUCE MAPLEY SR.

was received by me on *(date)*    May 14, 2020 .

☒ I personally served the summons on the individual at *(place)*   Bruce Mapley, Jr.
3903 Caylan Cove, Dimh Al 35215    on *(date)*   May 14, 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: May 14, 2020

*Server's signature*
Ramlo chile
Irwin Iver

*Printed name and title*
1672 Monroe Hy
Suite 284
Dimh Al 35215
(205) 213 5997

*Server's address*

Additional information regarding attempted service, etc: