RECEIVED
JUN 01 2020
JUDGE WATTERS CHAMBERS

"ATTENTION SUSAN P. WATTERS"

Clerk.U.S. DISTRICT COURT
DISTRICK OF MONTANA.
JAMES F. BATTON UNITED STATES COURTHOUSE
2001 2nd. AVE. NORTH STE. 1200
BILLINGS, MONTANA 59101

BRUCE MAPLEY SR.
3905 CAYLAN COVE
BIMMINGHAM, AL, 35215

Dear Madam or sir:
In regard to your letter dated 20th May 2020 COURT ORDER
CV-20-52-BLG-SPW.

The instructions I received from your office:regarding July 20, 2020 at 1:00 PM your time.
g Both my wife and I are 80 years of age, my wife not long ago suffered two strokes, and the future is very uncertain regarding her health and welfare, as to whether she will remain at, of need special care. The notice of this past incident of over between 43,or 45 years ago, has caught us way off guard in many ways,  I am not able to go the cost of retaining counsel, as we both are on Social Security. And for the both of us, including myself as being totally disabled and in a power wheel due to both polio and work related lose of lower left leg and back damage, are very costly related care, and we would not have the funds to retain a Lawyer. My hope is that the court will appoint one in my case? I do not know nor do I understand the laws on the stature of limitations if there are any, as well other law related questions.
If at all possible please advise me on

Date 5/27/2020
Bruce J Mapley Sr.