

TO: Clerk, U.S. DISTRICT COURT
    DISTRICT OF MONTANA
    JAMES F. BATTIN UNITED STATES COURTHOUSE
    2601 2nd AVENUE NORTH, STE 1200
    BILLINGS, MONTANA 59101


BRUCE G MAPLEY SR.
3905 CAYLAN COVE
BIRMINGHAM, ALABAMA 35215


Attention: Court Clerk-Susan P. Watters.


In reference to court case CV-20-52-BLG-SPW

Since I have never been arrested or charged for any crime in this regard, I must invoke both the 5th Constitutional Amendment and the 14th Constitutional Amendment.


Thank You,

_____    6/4/2020
    Bruce G Mapley Sr.