Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **JOINT NOTICE OF RELATED CASE** |

COMES NOW the Plaintiffs, Tracy Caekaert ("Caekaert") and Camillia

Mapley ("Mapley"), and Defendant Watchtower Bible and Tract Society of New

York, Inc., by and through their undersigned counsel, and hereby provides notice

to the Court that the above-captioned matter shares similarities with Case No. CV-20-059-BLG-SPW-TJC.  The case *sub judice* is assigned to this Court for all procedural and substantive purposes.  Case No. CV-20-059-BLG-SPW-TJC was referred to United States Magistrate Judge Timothy J. Caven for all motions not excepted by 28 U.S.C. § 636(b)(1)(A).  Doc. 8 in Case No. CV-20-059-BLG-SPW-TJC.  In both cases, Defendant Watchtower Bible and Tract Society of Pennsylvania has filed a Motion to Dismiss Pursuant to Rule 12(b)(2), Fed.R.Civ.  Such motions and their supporting briefs are substantially similar, if not identical.  The undersigned counsels believe the same result should be reached in both motions, and hereby submit this notice in an effort to avoid potentially inconsistent rulings if separate judges decide the two motions.

DATED this 1st day of July, 2020.

By: /s/ Ryan Shaffer
   Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS PLLP
   *Attorneys for Plaintiff*

By:  /s/ Guy W. Rogers
   Guy W. Rogers
   Jon A. Wilson
   BROWN LAW FIRM, P.C.
   *Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*