Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,
and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **JOINT STATEMENT OF INABILITY TO STIPULATE TO ANY FACTS** |

Pursuant to L.R. 16.2(b)(3) and the Court's Order dated May 20, 2020

(Doc. 7), counsel for Plaintiffs Tracy Caekaert and Camillia Mapley, and counsel

for Defendant Watchtower Bible and Tract Society of New York, Inc. (hereinafter

"WTNY"), conferred and were unable to stipulate to any facts at the present time.

Pursuant to L.R. 11.2(a)(1), all counsel consent to the electronic filing of this

Joint Statement of Inability to Stipulate to Any Facts by WTNY's counsel.

DATED this 13ᵗʰ day of July, 2020.

By:   /s/ Ryan Shaffer
       Robert L. Stepans
       Ryan R. Shaffer
       James C. Murnion
       MEYER, SHAFFER & STEPANS, PLLP
       *Attorneys for Plaintiffs*

By:   /s/ Guy W. Rogers
       Guy W. Rogers
       Jon A. Wilson
       BROWN LAW FIRM, P.C.
       *Attorneys for Defendants Watchtower Bible*
       *and Tract Society of New York, Inc., and*
       *Watch Tower Bible and Tract Society of*
       *Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2020, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
  Ryan R. Shaffer
  James C. Murnion
  MEYER, SHAFFER & STEPANS, PLLP
  430 Ryman Street
  Missoula, MT 59802

3. Bruce G. Mapley Sr.
  3905 Caylan Cove
  Birmingham, AL 35215

4. spw_propord@mtd.uscourts.gov

by the following means:

| | | |
|---|---|---|
| 1, 2 CM/ECF | | Fax |
| Hand Delivery | 4 | E-Mail |
| 3 U.S. Mail | | Overnight Delivery Services |

By:  /s/ Guy W. Rogers
   Guy W. Rogers
   Jon A. Wilson
   BROWN LAW FIRM, P.C.
   *Attorneys for Defendants Watchtower*
   *Bible and Tract Society of New York,*
   *Inc., and Watch Tower Bible and*
   *Tract Society of Pennsylvania*