Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **NOTICE OF ERRATE TO PLAINTIFFS' COMPLAINT AND JURY DEMAND** |

Plaintiffs Tracy Caekaert and Camillia Mapley respectfully submits this Errata to their Complaint and Jury Demand filed on April 24, 2020.  Mark O'Donnell's affidavit (ECF Doc. # 1-3) references a July 1, 1989 letter from

Watchtower national headquarters that was inadvertently omitted and is now attached hereto.

DATED this 13th day of July, 2020.

>By: /s/ Ryan Shaffer
> Robert L. Stepans
> Ryan R. Shaffer
> James C. Murnion
> MEYER, SHAFFER & STEPANS PLLP
> *Attorneys for Plaintiff*