*Exhibit C*



TELEPHONE (212) 625-1240

**WATCH TOWER**
BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA

OFFICE OF THE PRESIDENT
124 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201, U.S.A.

CABLE WATCHTOWER

September 18, 1970

S▇▇▇▇ P▇▇▇▇
Bethel

Dear Brother P▇▇▇▇

    I have received a letter of September 16 from the A▇▇▇▇ Unit, signed by the congregation committee concerning the probation of D▇▇ T▇▇▇. This is to inform you that as of September 19, 1970, D▇▇ T▇▇▇ is dismissed as a member of the Bethel family. We appreciate very much the committee's investigation of the entire matter and the full report that has been provided for the office of the president. A copy of your letter has been sent to the service office. D▇▇ T▇▇▇ is not a fit person to be associated with the Bethel family. The probation will also be announced to the Bethel family. It is a shame that members of this family conduct themselves in this manner. When they do such things they have to take the consequences. It is good that he is leaving and that public announcement is being made. This way the sisters in the congregation will know what type of a person he is and they can protect themselves from him. If he leaves the city it will be best for you to find out where he will be going and the congregation that he will be associating with and then to notify that congregation concerning his probation. You can further state that he has been dismissed as a member of the Bethel family for his course of action.

    Thank you very kindly for informing us and may Jehovah's rich blessing go with you as you continue to look well to the interests of the Kingdom and protect the organization.

Your brother and fellow servant,

*N. H. Knorr*

N. H. Knorr

NHK/AG

A NONPROFIT CORPORATION