Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>  Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>  Defendants. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' MOTION TO SUPPLEMENT RECORD RE: PLAINTIFF'S RESPONSE TO DEFENDANT WTPA'S MOTION TO DISMISS** |

COMES NOW the Plaintiffs, by and through its counsel of record, respectfully requests to supplement the record regarding Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Motion to Dismiss Pursuant to Rule 12(b)(2), Fed. R. Civ. P ("Motion").  Doc. 13.  Counsel for the entity

Defendants was contacted regarding this motion and indicated they will object. An accompanying brief has been filed pursuant to L.R. 7.1(d)(1)(A).

DATED this 5th day of August, 2020.

                              MEYER, SHAFFER & STEPANS, PLLP

                               /s/ Ryan Shaffer
                             By: Ryan R. Shaffer

                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2020, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

**VIA CM/ECF ONLY**
Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
grogers@brownfirm.com
jwilson@brownfirm.com

**VIA U.S. MAIL ONLY**
Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

/s/ James C. Murnion