Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION TO SUPPLEMENT RECORD RE: PLAINTIFF'S RESPONSE TO DEFENDANT WTPA'S MOTION TO DISMISS** |

On June 22, 2020, Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") filed its Motion to Dismiss Pursuant to Rule 12(b)(2), Fed. R. Civ. P ("Motion"). Doc. 13. Attached to its brief in support of the Motion was the Affidavit of Philip Brumley, Esq. ("Brumley"). Doc. 14, 14-1. On July

13, 2020, Plaintiffs responded to the Motion and submitted several documents that call into question the accuracy and completeness of Brumley's affidavit.  Doc. 21, 21-1, 21-2, 21-3, 21-4.  On July 27, 2020, WTPA filed its reply and the Second Affidavit of Brumley.  Doc. 25, 26.

After WTPA filed its reply, and as recently as August 4, Plaintiffs have come into possession of additional documents that undermine WTPA's position that it merely holds copyrights and conducts international humanitarian aid and support the allegations in Plaintiffs' Amended Complaint.  **Exhibit A** is a 1997 letter from WTPA to an Australian Watch Tower entity advising it how to handle child sexual abuse perpetrated by a Jehovah Witness.  **Exhibit B** is a 1987 letter from WTPA to "ALL BODIES OF ELDERS" discussing recent "difficulties" elders have experienced with police investigating crimes committed by Jehovah Witnesses.  **Exhibit C** is a 1995 letter from WTPA to "ALL BODIES OF ELDERS" that sets forth the procedure for admitting members of local congregations into the church-run Gilead School.  **Exhibit D** is a 1995 letter from WTPA to elders in Britain advising how to handle child sexual abuse perpetrated by a Jehovah Witness. **Exhibit E** is a sworn court document in which WTPA's counsel, in seeking to obtain money for WTPA from the Holocaust education and remembrance settlement fund, stated that WTPA is "the corporate agency directing the administrative and religious work of Jehovah's Witnesses worldwide."

Plaintiffs' Brief in Support of Their Motion to Supplement Record
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 4

Plaintiffs respectfully request the Court consider the attached materials when deciding WTPA's Motion.

DATED this 5th day of August, 2020.

                MEYER, SHAFFER & STEPANS, PLLP

                /s/ Ryan Shaffer
                By: Ryan R. Shaffer

                *Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

Plaintiff certifies that this Brief in Response has 301 words and is in compliance with L.R. 7.1(d)(2).

                MEYER, SHAFFER & STEPANS, PLLP

                /s/ Ryan Shaffer
                By: Ryan R. Shaffer
                *Attorneys for Plaintiff*

Plaintiffs' Brief in Support of Their Motion to Supplement Record
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2020, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

**VIA CM/ECF ONLY**
Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
grogers@brownfirm.com
jwilson@brownfirm.com

**VIA U.S. MAIL ONLY**
Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

    /s/ James C. Murnion

Plaintiffs' Brief in Support of Their Motion to Supplement Record
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 4 of 4