*Exhibit A*

# WRITING COMMITTEE

*Via CompuServe*

GEA:EP   March 4, 1997   No. 163W

Watch Tower Society
AUSTRALIA

Dear Brothers:

This is further on your letter AB February 19, 1997, No. 173, in which you ask for guidance in handling cases where baptized Witnesses are accused of child abuse or where child abusers wish to become baptized Witnesses. Last week the Publishing Committee sent you a brief letter explaining the policy on seeking to preserve "clergy confidentiality" in legal cases involving this problem.

However, there were other questions that you asked, particularly in view of the information in the article "Let Us Abhor What Is Wicked" in the January 1, 1997, issue of *The Watchtower*. For your information, the Governing Body is in the process of studying the way the Scriptural principles in that article can be implemented by congregation elders. When that investigation is complete, it is likely that a letter will be sent to the bodies of elders to help them handle things wisely. We believe that such a letter would answer most of the questions in your letter.

If the Governing Body decides not to write a letter about this to the congregations, we will send you additional information when the study by the Governing Body is completed. We hope that will be soon. Meantime, if you have specific problems, feel free to write to the Governing Body for help.

This is a sensitive issue, and we are happy to see that you are trying to handle it in a balanced, Scriptural way. Please be assured of our warm love and Christian greetings.

Your brothers and fellow servants,

*Watch Tower Bible & Tract Society*
**OF PENNSYLVANIA**

For the Writing Committee

c:   Executive Offices