*Exhibit C*

# WATCH TOWER
## BIBLE AND TRACT SOCIETY OF PENNSYLVANIA

EXECUTIVE OFFICES
25 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201-2483, U.S.A.
PHONE (718) 625-3600

January 2, 1995

TO ALL BODIES OF ELDERS

Dear Brothers:

Beginning with the district conventions in 1995 we will change the way individuals submit preliminary applications for Gilead School. Up until the present time the preliminary Gilead application form has been given to those interested at district conventions and they have filled in the information and returned them to the brother conducting the meeting at the district convention and in turn that brother has forwarded them to the Society. However, beginning with the 1995 district convention those interested in applying for Gilead School will be given the application to take home with them, along with a covering letter. They will fill in the information requested in the first half of the form and then will turn the application over to the congregation service committee in the congregation where they are assigned as pioneers. The congregation service committee then will fill in the lower half of the application, answering all of the questions propounded thereon. The application will then be sent to the circuit overseer, unless he is due to visit within a few weeks, in which case it will be held for his visit to the congregation. The circuit overseer will give his rating of the individual as requested on the form. If either the service committee of the congregation, or the circuit overseer wish to make additional comments that may be done on the reverse side of the application. The application should be promptly forwarded to the following address at the conclusion of the visit of the circuit overseer or by the circuit overseer if the applications are forwarded to him:

> Watch Tower Bible and Tract Society
> Attention: Service Committee of the Governing Body
> 25 Columbia Heights
> Brooklyn, NY 11201

It is very important that these applications be given attention at the time of the visit of the circuit overseer, or be sent to him if his visit to the congregation is not scheduled in the near future, so that the applications can be sent to the Service Committee of the Governing Body and be duly processed so that Gilead classes can be formed. Please bear in mind that if you do NOT RECOMMEND the individual you should make it clear in your rating of the individual and in answering question No. 7 on the form. We want only those who are well qualified for the training and schooling provided at Gilead and who to the best of your knowledge will do well if given an assignment as a missionary in a foreign land.

Be assured of our love and best wishes.

Your brothers,

*Watch Tower B. & T. Society*
OF PENNSYLVANIA

FOR THE SERVICE COMMITTEE