Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>            Plaintiffs,<br><br>    vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>            Defendants. | Case No. CV-20-52-BLG-SPW<br><br>**NOTICE OF SERVICE OF PREVIOUSLY FILED DOCUMENTS TO UNREPRESENTED PARTY** |

I hereby certify that on this 5th day of August, 2020, a true and accurate copy of the foregoing, DOC 8- Proof of Service, DOC 9 – Proof of Service, DOC 10 – Proof of Service, DOC 16 – Joint Notice of Related Case, DOC 17 – Joint

Discovery Plan, DOC 20 – Notice of Errata to Plaintiffs' Complaint and Jury Demand, DOC 21 – Plaintiffs' Response Brief in Opposition to Defendant Watch Tower Bible and Tract Society of Pennsylvania's Motion to Dismiss Pursuant to Rule 12(b)(2), Fed.R.Civ.P, DOC 22 – First Amended Complaint and Jury Demand, and DOC 23 – Plaintiffs' Preliminary Pretrial Statement, were served on the following via email and U.S. Mail:

**VIA U.S. MAIL ONLY**
Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

    MEYER, SHAFFER & STEPANS, PLLP

     /s/ Ryan Shaffer
    By: Ryan R. Shaffer

    *Attorneys for Plaintiff*

Notice of Service of Previously Filed Documents to Unrepresented Party
*Caekaert & Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2020, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

**VIA CM/ECF ONLY**
Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
grogers@brownfirm.com
jwilson@brownfirm.com

**VIA U.S. MAIL ONLY**
Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

/s/ Ryan R. Shaffer

Notice of Service of Previously Filed Documents to Unrepresented Party
*Caekaert & Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 3