Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,*
*and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

COMES NOW Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania, by and through their attorneys of record, and move to admit the appearance of Joel M. Taylor as their attorney *pro hac vice* in the above entitled matter pursuant to L.R. 83.1(d). This motion is based on the Declaration of Joel M. Taylor in Support Of

Application To Appear *Pro Hac Vice*, which is attached as Exhibit 1 and submitted

pursuant to 28 U.S.C. § 1746. As required by L.R. 83.1(d)(6), the undersigned will

function as local counsel. Opposing counsel has been contacted regarding this

motion pursuant to L.R. 7.1(c)(1), and this motion is unopposed. A proposed

Order is attached as Exhibit 2 for the Court's consideration and convenience.

DATED this 15th day of September, 2020.

By: ___/s/ Guy W. Rogers_____
Guy W. Rogers / Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower*
*Bible and Tract Society of New York,*
*Inc., and Watch Tower Bible and*
*Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 15, 2020, a copy of the foregoing was served on the following person(s):

1.    U.S. District Court, Billings Division

2.    Robert L. Stepans
      Ryan R. Shaffer
      James C. Murnion
      MEYER, SHAFFER & STEPANS, PLLP
      430 Ryman Street
      Missoula, MT 59802

3.    Bruce G. Mapley Sr.
      3905 Caylan Cove
      Birmingham, AL 35215

by the following means:

| 1, 2 | CM/ECF | _____ | Fax |
|------|--------|--------|-----|
| _____ | Hand Delivery | _____ | E-Mail |
| 3 | U.S. Mail | _____ | Overnight Delivery Services |

By:   /s/ Guy W. Rogers
      Guy W. Rogers / Jon A. Wilson
      BROWN LAW FIRM, P.C.
      *Attorneys for Defendants Watchtower*
      *Bible and Tract Society of New York,*
      *Inc., and Watch Tower Bible and*
      *Tract Society of Pennsylvania*