# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **ORDER GRANTING DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S, AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to L.R. 83.1(d), local counsel has moved the Court to allow Joel M. Taylor to appear *pro hac vice* in the above-entitled case as co-counsel for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania. Plaintiffs' counsel has indicated no objection. The Court, having reviewed the Unopposed Motion to Admit Counsel *Pro Hac Vice* and the Declaration of Joel M. Taylor in Support of Application to Appear *Pro Hac Vice* submitted pursuant to 28 U.S.C. § 1746, finds that the requirements of L.R. 83.1(d) have been met.

IT IS THEREFORE ORDERED that the Unopposed Motion to Admit Counsel *Pro Hac Vice* is GRANTED.

1

DATED this _____ day of _____, 2020.

                      By: _____
                           HON. SUSAN P. WATTERS
                           United States District Judge