Guy W. Rogers
grogers@brownfirm.com
Jon A. Wilson
jwilson@brownfirm.com
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq.
jtaylor@mmt-law.com
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549
Telephone/E-Fax: (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**JOINT STATEMENT OF INABILITY TO STIPULATE TO ANY FACTS** |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | ) ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| BRUCE MAPLEY SR., | ) ) ) |
| Cross-Claim Defendant. | ) ) |

Pursuant to L.R. 16.2(b)(3) and the Court's Order Providing for Jurisdictional Discovery dated August 14, 2020 (Doc. 32), counsel for Plaintiffs Tracy Caekaert and Camillia Mapley, and counsel for Defendants Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), and Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA"),[1] conferred and were unable to stipulate to any facts at the present time. Pursuant to L.R. 11.2(a)(1), all counsel consent to the electronic filing of this Joint Statement of Inability to Stipulate to Any Facts by counsel for WTNY and WTPA.

---

[1] WTPA's involvement in this Joint Statement of Inability to Stipulate to Any Facts does not constitute a waiver of its arguments that it is not subject to either the general or specific personal jurisdiction of this Court so that Plaintiffs' claims against it should be dismissed with prejudice for lack of personal jurisdiction pursuant to Rule 12(b)(2), Fed.R.Civ.P. All such arguments are specifically reserved.

DATED this 30th day of September, 2020.

        By: /s/ Ryan Shaffer
             Robert L. Stepans
             Ryan R. Shaffer
             James C. Murnion
             MEYER, SHAFFER & STEPANS, PLLP
             *Attorneys for Plaintiffs*

        By: /s/ Guy W. Rogers
             Guy W. Rogers
             Jon A. Wilson
             BROWN LAW FIRM, P.C.
             *Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 30, 2020, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

4. spw_propord@mtd.uscourts.gov

by the following means:

```
1, 2    CM/ECF              ____ Fax
____   Hand Delivery          4  E-Mail
  3    U.S. Mail            ____ Overnight Delivery Services
```

By: /s/ Guy W. Rogers
Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*