Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT/CROSS-CLAIMANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. AND DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA** |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | )<br>)<br>)<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| BRUCE MAPLEY SR., | )<br>)<br>) |
| Cross-Claim Defendant. | )<br>) |

Aaron M. Dunn, a member of the Montana bar in good standing who is licensed to practice in this Court and is an associate attorney at Brown Law Firm, P.C., hereby gives notice of his appearance as co-counsel of record for Defendant/Cross-Claimant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY") and Defendant Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA"). Guy W. Rogers, Jon A. Wilson, and Joel M. Taylor, Esq. (appearing *pro hac vice*) remain as counsel of record for WTNY and WTPA.

DATED this 19th day of October, 2020.

By: /s/ Aaron M. Dunn
Aaron M. Dunn
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 19, 2020, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | |
|---|---|---|
| __1, 2__ CM/ECF | ____ Fax |
| ____ Hand Delivery | ____ E-Mail |
| __3__ U.S. Mail | ____ Overnight Delivery Services |

By: __/s/ Aaron M. Dunn__
Aaron M. Dunn
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*