FILED
11/2/2020
Clerk, U.S. District Court
District of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

Caekaert et al

Plaintiff,

vs.

Watchtower Bible and Tract Society of New York, Inc. et al

Defendant.

Case Number: CV-20-52-BLG-SPW

CONSENT TO ELECTRONIC SERVICE

NON-SOCIAL SECURITY CASES ONLY

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I hereby voluntarily consent to having future documents filed in my case sent to me by electronic means. I understand that by so consenting, service will be complete upon transmission. I further understand that I must continue to file all my documents conventionally. If I wish to discontinue receiving document by electronic means, I must notify the court in writing of my desire to receive documents conventionally.

10/26/2020
DATE

*Bruce S Mapley* (signature)
SIGNATURE

Bruce G Mapley
PRINTED/TYPED NAME

bruce.mapley@yahoo.com
E-MAIL ADDRESS
All cowen case

1-205-681-1387
TELEPHONE NUMBER

Note: Receipt of electronic service is not available to pro se litigants in social security actions. Special restrictions apply to these cases.