6/24/2020                                        (74) Bruce Mapley Sr.

My name is BRUCE GERALD MAPLEY SR. I was born a citizen of the UNITED STATE OF AMERICA 10/20/40 Pontiac Mich.

This gives me all the rights as a citizen to the CONSITUTION OF THE UNITED STATES, and the BILL OF RIGHTS.

#1 I have never been charged with any alleged crime's relate to
CV 20-52-BLG-SPW
Nor have I ever been arrested by due process of law to the above.
#2 I have never written, signed or of reading any affidavit of agreed to so at any time.
#3 I have never agreed to or given my consent any type of electronic recording devices to make any statements, such as a phone/ or cell phone. On any other Recording Device BM

#4 I have never been charged, arrested, nor been informed of my CONSTUTIONAL RIGHTS UNDER THE Amendment V
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

#5 I have never had my Miranda Rights read to me at any time

Created by FindLaw's team of legal writers and editors | Last updated December 26, 2019

What Are Your Miranda Rights?
The Miranda "warning" should be spoken to you when you are arrested. A police officer or other official must, by law, tell you the full "Miranda warning" to warn you about your rights to not say anything that might make you look guilty. The Miranda warning gives you the following rights:

You have the right to remain silent
Anything you say can and will be used against you in a court of law
You have the right to an attorney
If you cannot afford an attorney, one will be appointed for you
This means when an officer "reads you your rights," you aren't required by law to speak with the police and may request an attorney.

The name comes from a historic 1966 U.S. Supreme Court case called Miranda v. Arizona, declaring that whenever a person is taken into police custody, before being questioned they must be told of the Fifth Amendment right not to make any self-incriminating statements. The following is an overview of your Fifth Amendment Miranda rights, including when police must read you your rights and what happens when they fail to do so.

#6 Annotation 14th - Amendment.

So at this time I will invoke both CONSITUTINAL MY RIGHTS UNDER BOTH THE FIFTH AND FOURTEENTH ADMENDMENT'S

Signed BRUCE GERALD MAPLEY SR.
_____ / Date  10/26/2020

*Bruce G Mapley*