| | |
|---|---|
| Robert L. Stepans | Guy W. Rogers |
| Ryan R. Shaffer | Jon A. Wilson |
| James C. Murnion | BROWN LAW FIRM, P.C. |
| Meyer, Shaffer & Stepans, PLLP | 315 North 24th Street |
| 430 Ryman Street | P.O. Drawer 849 |
| Missoula, MT 59802 | Billings, MT 59103-0849 |
| Tel: (406) 543-6929 | Tel: (406) 248-2611 |
| Fax: (406) 721-1799 | Fax: (406) 248-3128 |
| rob@mss-lawfirm.com | grogers@brownlawfirm.com |
| ryan@mss-lawfirm.com | jwilson@brownlawfirm.com |
| james@mss-lawfirm.com | *Attorneys for Defendants Watchtower Bible Tract and Society of New York, Inc., and Watchtower Bible Tract and Society of Pennsylvania.* |
| *Attorneys for Plaintiff* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

TRACY CAEKAERT, and CAMILLIA MAPLEY,

        Plaintiffs,

vs.

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,

        Defendants,

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,

        Cross Claimant,

BRUCE MAPLEY, SR.,

        Cross Defendant.

Case No. CV-20-52-BLG-SPW

**PLAINTIFFS' AND WATCHTOWER DEFENDANTS' MOTION TO AMEND JURISDICTIONAL DISCOVERY SCHEDULING ORDER**

COMES NOW, Plaintiffs and Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc. (collectively, "Watchtower Defendants"), by and through their respective undersigned counsel, respectfully moves the Court to amend its Jurisdictional Discovery Scheduling Order (Doc. 42) to clarify that depositions must occur by April 30, 2021, and that transcripts of such depositions need not be submitted to the Court.  The basis for such request is as follows:

- On September 23, 2020, the parties filed their Joint Jurisdictional Discovery Plan, requesting, *inter alia*, that the deadline for depositions be set for April 30, 2021.  Doc. 36 at 4.
- On October 14, 2020, the Court issued its Jurisdictional Discovery Scheduling Order, which states in pertinent part "Deadline for Depositions of Individuals with knowledge of pertinent jurisdictional questions (must be submitted to the Court by this date): **April 30, 2021**.  Doc. 42 at 2.
- Counsel believes that the Court did not intend to require the parties to submit entire deposition transcripts.

Alternatively, if the Court does want full transcripts submitted, the parties respectfully request the Court clarify the same because such requirement will affect the scheduling of upcoming depositions.

Plaintiffs' and Watchtower Defendants' Motion to Amend Jurisdictional Discovery Scheduling Order
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 3

DATED this 26th day of February, 2021.

By: /s/ Ryan Shaffer
Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

By: /s/ Guy W. Rogers
Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

Plaintiffs' and Watchtower Defendants' Motion to Amend Jurisdictional Discovery Scheduling Order
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 3