# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' and Watchtower Defendants' Motion to Amend Jurisdictional Discovery Scheduling Order. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED:

Plaintiffs' and Watchtower Defendants' Motion to Amend Jurisdictional Discovery Scheduling Order is GRANTED. Depositions related to the personal

jurisdiction of Watch Tower Bible and Tract Society of Pennsylvania must occur April 30, 2021. Full transcripts of such depositions need not be submitted to the Court.

DATED this \_\_\_\_\_day of _____, 2021.

_____
Susan P. Watters
United States District Court Judge