# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Upon the Plaintiffs' and Watchtower Defendants' Motion to Amend Jurisdictional Discovery Scheduling Order (Doc. 48), and for good cause shown,

IT IS HEREBY ORDERED:

Plaintiffs' and Watchtower Defendants' Motion to Amend Jurisdictional Discovery Scheduling Order is **GRANTED**. Depositions related to the personal jurisdiction of Watch Tower Bible and Tract Society of Pennsylvania must occur by

1

April 30, 2021. Full transcripts of such depositions need not be submitted to the Court.

DATED this 26th day of by February, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge