Guy W. Rogers
grogers@brownfirm.com
Jon A. Wilson
jwilson@brownfirm.com
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq.
jtaylor@mmt-law.com
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549
Telephone/E-Fax: (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | )<br>)<br>)<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| BRUCE MAPLEY SR., | )<br>)<br>) |
| Cross-Claim Defendant. | )<br>) |

COMES NOW Defendants/Cross-Claimants Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), and Watch Tower Bible and Tract Society of Pennsylvania, Inc. (hereinafter "WTPA"), by and through their counsel, and, with the agreement of counsel for Plaintiffs Tracy Caekaert and Camillia Mapley, hereby move the Court to enter the Stipulated Protective Order attached as Exhibit 1 pertaining to certain documents to be produced in relation to the Court-ordered jurisdictional discovery. Counsel for WTNY and WTPA has contacted Defendant/Cross-Claim Defendant Bruce Mapley Sr. regarding this Motion, and he has not indicated any objection. A proposed Order is attached as Exhibit 2 for the Court's consideration and convenience.

DATED this 4th day of March, 2021.

                           By:  /s/ Guy W. Rogers
                                  Guy W. Rogers
                                  Jon A. Wilson
                                  BROWN LAW FIRM, P.C.
                                  *Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

4. spw_propord@mtd.uscourts.gov

by the following means:

| | | |
|---|---|---|
| 1, 2 CM/ECF | ____ Fax | |
| ____ Hand Delivery | 4 E-Mail | |
| 3 U.S. Mail | ____ Overnight Delivery Services | |

By: /s/ Guy W. Rogers
Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*