**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>        Plaintiffs,<br><br>   vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>        Defendants.<br><br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>        Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>        Cross-Claim Defendant. | Cause No. CV 20-52-BLG-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Upon Defendants/Cross-Claimants' Watchtower Bible and Tract Society of New York, Inc.'s, and Watch Tower Bible and Tract Society of Pennsylvania, Inc.'s Unopposed Motion for Entry of Stipulated Protective Order (Doc. 50), with

which Plaintiffs agree and Defendant/Cross-Claim Defendant Bruce Mapley Sr.

has no objection, and for good cause shown,

IT IS HEREBY ORDERED that the Stipulated Protective Order (Doc. 50-

1) is agreed to and hereby entered by the Court.

DATED this _____ day of _____, 2021.

By: _____
HON. SUSAN P. WATTERS
United States District Court Judge