IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>Cross-Claim Defendant. | Cause No. CV 20-52-BLG-SPW<br><br><br><br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Upon Defendants/Cross-Claimants' Watchtower Bible and Tract Society of New York, Inc.'s, and Watch Tower Bible and Tract Society of Pennsylvania, Inc.'s Unopposed Motion for Entry of Stipulated Protective Order (Doc. 50), with

1

which Plaintiffs agree and Defendant/Cross-Claim Defendant Bruce Mapley Sr. has no objection, and for good cause shown,

IT IS HEREBY ORDERED that the Stipulated Protective Order (Doc. 50-1) is agreed to and hereby entered by the Court.

DATED this 23rd day of March, 2021.

SUSAN P. WATTERS
United States District Court Judge