Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR STATUS CONFERENCE** |

COMES NOW, Plaintiffs, by and through undersigned counsel, and respectfully moves the Court for an order setting a status conference in the above captioned matter.  On October 14, 2020, the Court authorized Plaintiffs to conduct discovery regarding the personal jurisdiction of Defendant Watch Tower Bible and Tract Society of Pennsylvania, with a cutoff date of April 30, 2021.  Doc. 42.  Plaintiffs request a status conference to apprise the Court of disputes over written discovery that should be resolved before depositions are taken.  Accordingly, Plaintiffs also seek to apprise the Court of the need to modify the jurisdictional discovery schedule.

Counsel for Defendants Watchtower Bible and Tract Society of New York, Inc. and Watchtower Bible and Tract Society of Pennsylvania was contacted regarding this motion and indicated they have no objection to the setting of a status conference.

DATED this 26th day of March, 2021.

By: /s/ Ryan Shaffer
    Robert L. Stepans
    Ryan R. Shaffer
    James C. Murnion
    MEYER, SHAFFER & STEPANS PLLP
    *Attorneys for Plaintiffs*