# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Scheduling Conference. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED:

Plaintiffs' Unopposed Motion for Scheduling Conference is GRANTED. The Court shall conduct a status conference at _____ on the _____ day of _____, 2021.

DATED this \_\_\_\_\_day of _____, 2021.

_____
Susan P. Watters
United States District Court Judge