IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY, SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br><br>Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br><br>Cross Defendant. | CV 20-52-BLG-SPW<br><br>ORDER SETTING STATUS CONFERENCE |

Upon the Plaintiffs' Unopposed Motion for Status Conference (Doc. 42), and for good cause appearing,

IT IS HEREBY ORDERED that a <u>telephonic</u> status conference will be conducted on **Tuesday, April 13, 2021 at 9:30 a.m.**. Counsel shall appear telephonically by following these steps:

1. Dial: 1-877-336-1828
2. Enter Access Code: 5803070#
3. Press: #
4. Speak your name at the tone

The clerk is directed to notify counsel of the entry of this Order.

DATED this 29th day of March, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge