IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY, SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br><br>Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br><br>Cross Defendant. | CV 20-52-BLG-SPW<br><br>ORDER |

The Court held a telephonic status conference with counsel for the above-named parties on April 13, 2021. Ryan Shaffer appeared on behalf of Plaintiffs. Jon Wilson, Aaron Dunn, and Joel Taylor appeared on behalf of Defendants. Bruce

Mapley did not participate in the conference.

At the conference, counsel for Plaintiffs explained that issues had arisen during written discovery requiring a ruling from the Court and a modification of the current jurisdictional discovery scheduling order. Counsel for Defendants expressed concern over prolonging the scheduling order but agreed the written discovery issues should be resolved before depositions could take place. As such, and for good cause appearing,

IT IS HEREBY ORDERED that the deadline for completion of depositions, currently set for April 30, 2021 (Doc. 42), is VACATED pending resolution of Plaintiffs' forthcoming written discovery motion.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 13th day of April, 2021.

SUSAN P. WATTERS
United States District Judge