Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION TO COMPEL JURISDICTIONAL DISCOVERY RESPONSES AND FOR COSTS AND FEES** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants, | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | |
| Cross Claimant, | |
| BRUCE MAPLEY, SR., | |
| Cross Defendant. | |

COMES NOW, Plaintiffs, by and through undersigned counsel, and respectfully moves the Court for an order compelling Defendants Watchtower Bible and Tract Society of New York, Inc. and Watch Tower Bible and Tract Society of Pennsylvania to fully comply with their discovery obligations, as more fully set forth in Plaintiffs' accompanying Brief in Support.

Pursuant to L.R. 26.3(c)(2)(C)(i), (ii), the full text of all at-issue discovery requests and the corresponding responses are attached as exhibits to Plaintiffs' Brief in Support which is being filed contemporaneously with this motion.

Pursuant to Fed. R. Civ. P. 37(a)(1) and L.R. 26.3(c)(1), the undersigned hereby certifies that parties have in good faith conferred regarding the discovery issues raised in this Motion, including direct dialogue.

Plaintiffs further request the Court order the above-named Defendants to pay Plaintiffs' expenses, including attorney's fees, incurred in making this motion. Fed. R. Civ. P. 37(a)(5)(A). The above-named Defendants oppose this Motion.

DATED this 20th day of April, 2021.

By: /s/ Ryan Shaffer
    Robert L. Stepans
    Ryan R. Shaffer
    James C. Murnion
    MEYER, SHAFFER & STEPANS PLLP
    *Attorneys for Plaintiffs*