*Exhibit G*

# BRANCH ORGANIZATION

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

WTPA026372

# 1. GOVERNING BODY AND BRANCH COMMITTEES

1. GOVERNING BODY: The Governing Body is made up of brothers who are anointed servants of Jehovah God. They act as representatives of the "faithful and discreet slave" class which has the responsibility for giving direction and impetus to the Kingdom work. (Matt. 24:45) While the Governing Body delegates certain details or responsibilities to committees made up of its own members, or committees made up of other dedicated servants of God, or to instruments such as corporations and legal agencies, it always takes the lead for the smooth functioning of the organization and the unity of all of God's people. As the Governing Body, it has the prerogative to use its discretion and look into any matters it deems necessary to examine with regard to the Kingdom work. To oversee various aspects of the work, committees have been established as follows.

2. SERVICE COMMITTEE: This committee supervises all areas of the evangelizing work, including service matters affecting congregation organization, shepherding activity of elders and traveling representatives who are caring for the spiritual welfare of God's people around the earth, also all pioneer activity. The average number of special pioneers for a country is set by the Service Committee. Annual reports from the branches dealing with the field activity world wide are examined and acknowledged by this Committee. The monthly field service reports (S-81) and the missionary home reports (A-24) are also considered by this committee. Assignments of territories to the branches are the responsibility of the Service Committee. (Galatians 2:9) However, each branch makes its own individual territory assignments. Difficult service-related questions and problems that come in should be referred to and will be handled by this Committee. The Service Committee supervises preparation of copy for <u>Our Kingdom Service</u>.

3. The Service Committee is responsible for calling in students for Gilead School. This committee is also responsible for making assignments of students to their places of postgraduate service in the field. All correspondence with missionaries regarding their service is handled by this Committee.

4. Zone visits by members of the Governing Body, or by others who are qualified, are arranged by the Service Committee.--Acts 8:14.

5. WRITING COMMITTEE: This Committee supervises the putting of spiritual food into written and recorded form for publication and distribution to our brothers and the public in general.

6. The publications that this Committee supervises include <u>The Watchtower</u> and <u>Awake!</u> magazines, all bound books, booklets, pamphlets, tracts, handbills, Bibles, or any revisions of these. It approves the scripts for dramas, radio recordings, slide and film programs, talk outlines and manuscripts and material for convention News Service Departments.

7. The Writing Committee supervises the translation work done throughout the earth.

8. PUBLISHING COMMITTEE: This Committee supervises the printing, publishing and shipping of literature throughout the world. The Committee takes responsibility for the oversight of the factories and properties owned and operated by various corporations used by Jehovah's Witnesses throughout the

WTPA026376