*Exhibit I*

Name of congregation: Hardin    City: _____    Province or State: MT    SSO JAN 2 2 1986

Cong. No. 43653

January 11, 1986
(Date)

**DUPLICATE COPY to Society for return after approval.** The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Secretary: Roger Mullin
Box 810
Lame Deer, MT 59043

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended): | NR |
|---|---|---|---|---|---|---|---|
| Gary | Baker | 32 | 7/19/69 | OS | ms | Same | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| Scott Dean | Duy | 36 | 7/7/84 | OS | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| Delbert | Hiebert | E | Moved to Vernon Cong., British Columbia | |
| | | | | |
| | | | | |

S-2b   4/83

MAP_HARDIN000080-A

Name of congregation: Hardin    City: _____    Province or State: MT

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.
SCH JAN 2 2 1986

Your fellow servants,

_Martin Svenson_
Presiding overseer

_Roger C. Mullin_
Secretary

_James C. Rowland_
Service overseer

**(Comments of circuit overseer)**

<u>Gary Baker</u> - for elder. Has been a m/s for 7-8 years in different congs. A zealous pub. averaging 17 hrs. Family zealous and good example. Has good knowledge of Bible and OR. Good teaching from platform and at door, has been taken on shepherding calls, does well. Hospitable, empathetic. Follows direction and can give it. Elder unanimous, I agree. Elder body has lost two elders in last six months, he should make fine addition.

<u>Scott Dean Duy</u> - for m/s. Very zealous in ministry, wife too; he averages 21.2 hrs with 3 months additional AP'ing within last 9 months, while having full-time job. Has had problem with running ahead of the elders in times past out of enthusiasm to help, but has taken counsel well. Has also had "rough" background, so took time to refine his attitude and again has humbly taken counsel and acted on it. Very helpful in duties, etc. Elders unanimous, I agree.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | TMSO, CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC, SEC, ACCTS |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC, SO |
| Martin Svenson | 4/25/79 | 7/30/58 | PO, CBSC |

RECOMMENDATION:
Gary Baker

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 1/11/85 | 7/19/69 | ATTN, TERR, LIT, CBSC |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAGS, SOUND |
| Bruce Haley | 9/13/75 | 4/5/69 | ASSIST LIT |

RECOMMENDATION:
Scott Dean Duy

(If additional space is needed, use additional sheets.)

_Fred Nevin_ (signature)
Circuit overseer