Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) ) |
| Cross Claimant, | ) ) |
| BRUCE MAPLEY, SR., | ) ) |
| Cross Defendant. | ) ) ) |

Case No. CV-20-52-BLG-SPW

**PLAINTIFFS' MOTION TO COMPEL RE: THE HARDIN CONGREGATION SUBPOENA**

COMES NOW, Plaintiffs, by and through undersigned counsel, and respectfully moves the Court for an order providing:

1. The Hardin Congregation of Jehovah's Witnesses ("Hardin Congregation") may not withhold documents responsive to Plaintiffs' Subpoena based on the unrecognized *third-party privacy*, *congregant expectation of confidentiality,* and *elder expectation of confidentiality* privileges; and

2. The Hardin Congregation shall timely supplement its privilege log with enough detail to assess whether the clergy penitent privilege justifies withholding documents responsive to Plaintiffs' Subpoena.

A Brief in Support, along with a copy of the subpoena documents at issue, are being filed contemporaneously with this Motion.  Defendants Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc. were contacted regarding this Motion and they reserve the right to object.  Defendant Bruce Mapley, Sr. was contacted regarding this Motion and no response was received.

DATED this 21st day of April, 2021.

> By: /s/ Ryan Shaffer
> Robert L. Stepans
> Ryan R. Shaffer
> James C. Murnion
> MEYER, SHAFFER & STEPANS PLLP
> *Attorneys for Plaintiffs*

Plaintiffs' Motion to Compel the Hardin Congregation of Jehovah's Witnesses
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 2