*Exhibit 3*

# PRIVILEGE LOG

*Tracy Caekaert & Camilla Mapley v. Watchtower Bible & Tract Society of New York, e.al.*

(Cause No. CV 20-52-BLG-SPW)

|  | **Date** | **Title/Type** | **Basis for Withholding** |
|---|---|---|---|
| 1. | April 23, 1997 | Correspondence from Hardin Congregation elders made in confidence to Watchtower New York for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Elders Expectation of Confidentiality |
| 2. | May 5, 2011 | Correspondence from the Hardin Congregation to Watchtower New York Legal Department seeking legal advice. | Attorney-Client Privilege |
| 3. | July 13, 2011 | Correspondence from the Hardin Congregation to Watchtower New York Legal Department seeking legal advice. | Attorney-Client Privilege |
| 4. | Undated | Correspondence from Congregant to Hardin Congregation elders made in confidence to the elders for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |
| 5. | Undated | Correspondence from Hardin Congregation made in confidence to Wisconsin elder for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |
| 6. | Undated | Correspondence from Hardin Congregation made in confidence to Watchtower New York for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Congregant Expectation of Confidentiality |
| 7. | Undated | Internal note by Hardin Congregation concerning ecclesiastical investigation method. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy |