Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
| Plaintiffs, | ) Case No. CV-20-52-BLG-SPW ) |
| vs. | **CERTIFICATE OF SERVICE** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) |
| Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) ) |
| Cross Claimant, | ) ) |
| BRUCE MAPLEY, SR., | ) |
| Cross Defendant. | ) ) |

The undersigned does hereby certify that on this 22nd day of April, 2021, a true and correct copy of 1) Plaintiffs' Motion to Compel re: The Hardin Congregation Subpoena and 2) Plaintiffs' Brief in Support of Their Motion to Compel re: Hardin Congregation Subpoena was duly served via email and U.S. Mail, first class postage prepaid and addressed to:

Kevin M. Funyak
Stacey & Funyak
PO Box 1139
Billings, MT  59103-1139

By: /s/ Ryan Shaffer
    Robert L. Stepans
    Ryan R. Shaffer
    James C. Murnion
    MEYER, SHAFFER & STEPANS PLLP
    *Attorneys for Plaintiffs*