Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AND WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS** |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>Cross-Claim Defendant. | ) |

---

COMES NOW Defendants Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA") and Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through their attorneys, and hereby move the Court for an extension of time to file response briefs.

Specifically, WTPA and WTNY are seeking a one-week extension to file a response brief to Plaintiffs' Motion to Compel Jurisdictional Discovery Responses and For Costs and Fees (Doc. 56). Currently, a response is due on or before May 4, 2021. If granted, the requested one-week extension would make a response due on or before May 11, 2021.

Additionally, WTPA and WTNY are seeking a one-week extension to file a response brief to Plaintiffs' Motion to Compel Re: The Hardin Congregation Subpoena (Doc. 58). Currently, any response is due May 5, 2021. While neither WTPA nor WTNY have decided whether they will respond, to the extent either

decides to respond, both respectfully request a one-week extension such that any response will be due on or before May 12, 2021.

Good cause exists for the requested extensions of time to file response briefs described above considering a deposition took place last Friday, April 23, 2021, WTPA has been in the process of supplementing jurisdictional discovery[1], and counsel for WTPA and WTNY have scheduling conflicts in the coming week which render the existing due dates of May 4 and May 5, respectively, unworkable.

Both Plaintiffs' counsel and Defendant/Cross-Claim Defendant Bruce Mapley Sr. have been contacted regarding this Motion, and this Motion is unopposed.

Pursuant to L.R. 7.1(c)(3), a proposed Order is attached to this Motion in PDF format and also e-mailed to the Judge in Word format.

DATED this 29th day of April, 2021.

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

[1] WTPA served supplemental jurisdictional discovery on both April 19, 2021 and April 28, 2021.

**CERTIFICATE OF SERVICE**

I hereby certify that, on Aril 29, 2021, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
MEYER, SHAFFER & STEPANS, PLLP
430 Ryman Street
Missoula, MT 59802

3. Bruce G. Mapley Sr.
3905 Caylan Cove
Birmingham, AL 35215

by the following means:

| | |
|---|---|
| 1, 2 CM/ECF | ____ Fax |
| ____ Hand Delivery | ____ E-Mail |
| 3 U.S. Mail | ____ Overnight Delivery Services |

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*