**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. <br><br><br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. <br><br> Cross-Claimant, <br><br> vs. | Cause No. CV 20-52-BLG-SPW <br><br> **ORDER GRANTING DEFENDANTS WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AND WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS** |

- 1 -

|  |  |
|---|---|
| BRUCE MAPLEY SR., | ) ) ) |
| Cross-Claim Defendant. | ) ) ) ) |

Upon Defendants Watch Tower Bible and Tract Society of Pennsylvania's and Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion for Extension of Time to File Response Briefs (Doc. 61), and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Extension of Time to File Response Briefs is **GRANTED**. Any response to Plaintiffs' Motion to Compel Jurisdictional Discovery Responses and For Costs and Fees (Doc. 56) shall be filed on or before May 11, 2021.  Any response to Plaintiffs' Motion to Compel Re: The Hardin Congregation Subpoena (Doc. 58) shall be filed on or before May 12, 2021.

The clerk is directed to notify counsel of the entry of this Order.

DATED this _____ day of _____, 2021.

_____
SUSAN P. WATTERS
United States District Judge