# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. <br><br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. <br><br> Cross-Claimant, <br><br> vs. <br><br> BRUCE MAPLEY SR., <br><br> Cross-Claim Defendant. | Cause No. CV 20-52-BLG-SPW <br><br> **ORDER GRANTING DEFENDANTS WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AND WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS** |

- 1 -

Upon Defendants Watch Tower Bible and Tract Society of Pennsylvania's and Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion for Extension of Time to File Response Briefs (Doc. 61), and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Extension of Time to File Response Briefs (Doc. 61) is **GRANTED**. Any response to Plaintiffs' Motion to Compel Jurisdictional Discovery Responses and For Costs and Fees (Doc. 56) shall be filed on or before **May 11, 2021**. Any response to Plaintiffs' Motion to Compel Re: The Hardin Congregation Subpoena (Doc. 58) shall be filed on or before **May 12, 2021**.

The Clerk of Court is directed to notify counsel of the entry of this Order.

DATED this 29th day of April, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge