FILED

MAY 04 2021

Clerk, U.S. Courts
District Of Montana
Billings Division

Kevin M. Funyak
STACEY & FUNYAK
The Grand Building, Suite 700
100 North 27th Street
P.O. Box 1139
Billings, MT 59103-1139
Phone: (406) 259-4545
Fax: (406) 259-4540
kfunyak@staceyfunyak.com
**Attorneys for Non-Party Hardin Congregation**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAERKAERT and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | |
| vs. | **HARDIN CONGREGATION'S MOTION TO PERMISIVELY INTERVENE PURSUANT TO RULE 42(b), F.R.CIV.P.** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA and BRUCE MAPLEY, SR. | |
| Defendants. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, | |
| Cross Claimant, | |
| vs. | |
| BRUCE MAPLEY, SR., | |
| Cross Defendant. | |

The Hardin Congregation hereby moves the Court pursuant to Rule 24(b) of the Federal Rules of Civil Procedure for the limited and exclusive purpose of responding to the *Plaintiffs' Motion To Compel Re: Hardin Congregation Subpoena*. The Hardin Congregation is a non-party to this litigation. Nonetheless, it was served with a subpoena by plaintiffs and has a vested interest in the resolution of the issues raised by plaintiffs with regard to its subpoena response. The Hardin Congregation's interest will be further explained in its accompanying brief.

Counsel for the plaintiff has been contacted, as have Watchtower's counsel and *pro se* litigant Bruce Mapley, Sr. All have indicated they do not oppose this motion.

RESPECTFULLY SUBMITTED this 4th day of May, 2021.

STACEY & FUNYAK

By: _____
Kevin M. Funyak
Attorney for Non-Party Hardin Congregation

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2021, a true and correct copy of the foregoing **Hardin Congregation's Motion To Permissively Intervene** was served upon the following person(s) by depositing the same in the U.S, Mail, postage prepaid, and by email addressed as follows:

Ryan R. Shafer
MEYER, SHAFFER & STEPANS, PLLP
430 Ryman Street
Missoula, Montana 59802
ryan@mss-lawfirm.com

Guy W. Rogers
Jon A. Wilson
BROWN LAW FIRM, P.C.
P.O. Drawer 849
Billings, MT 59103
grogers@brownfirm.com
jwilson@brownfirm.com

Joel M. Taylor
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549
jtaylor@mmt-law.com

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

STACEY & FUNYAK

By: /s/ Brenda L. Smith