Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF NEW YORK INC.'S RESPONSES TO PLAINTIFFS' FIRST SET OF JURISDICTIONAL DISCOVERY** |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>　　　　Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>　　　　Cross-Claim Defendant.<br><br>---<br><br>ARIANE ROWLAND, and JAMIE SCHULZE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　Defendants. | Cause No. CV 20-59-BLG-SPW<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S RESPONSES TO PLAINTIFFS' FIRST SET OF JURISDICTIONAL DISCOVERY** |

TO: Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C. Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street, Missoula, MT 59802

COMES NOW Defendant Watch Tower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through its attorneys, and responds to Plaintiffs' Second Set of Jurisdictional Discovery as follows:

## GENERAL OBJECTION

In the Court's Orders Re Scope of Jurisdictional Discovery (Doc. 47 in the *Caekaert* matter[1]; Doc. 37 in the *Rowland* matter[2]), the Court concluded "[d]iscovery regarding WTPA's corporate relationship with WTNY from 1973 to 1992 is...appropriate." *See* Doc. 47 (in the *Caekaert* matter), p. 5; Doc. 37 (in the *Rowland* matter), p. 5. Accordingly, any discovery requests seeking information before 1973 or after 1992 are improper and outside the scope of Court-ordered limitations on jurisdictional discovery.

## INTERROGATORIES

**INTERROGATORY NO. 1**: Please describe the role of the Society Legal Department for WTNY, by year, from 1970-1995.

**ANSWER**: Objection. Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. The interrogatory is also vague as to the term "Society Legal Department." Subject to and without waiving these objections: The Legal Department for Watchtower Bible and Tract Society of New York, Inc., provided general counsel services.

**INTERROGATORY NO. 2**: Please identify each treasurer who served for WTNY between 1970 and present.

---

[1] References to the *Caekaert* matter means Cause No. CV 20-52-BLG-SPW
[2] References to the *Rowland* matter means Cause No. CV 20-59-BLG-SPW.

**ANSWER**: Objection. Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection, WTNY produces the following names of individuals (all of whom are deceased):

| | | |
|---|---|---|
| 1973 | N. H. Knorr | President |
| | F. W. Franz | Vice President |
| | G. Suiter | Secretary and Treasurer |
| | J. O. Groh | Assistant Secretary—Treasurer |
| | M. G. Henschel | Director |
| | W. K. Jackson | Director |
| | L. A. Swingle | Director |
| 1974 | N. H. Knorr | President |
| | F. W. Franz | Vice President |
| | G. Suiter | Secretary and Treasurer |
| | J. O. Groh | Assistant Secretary—Treasurer |
| | M. G. Henschel | Director |
| | W. K. Jackson | Director |
| | L. A. Swingle | Director |
| 1975 | N. H. Knorr | President |
| | F. W. Franz | Vice President |
| | G. Suiter | Secretary and Treasurer |
| | W. K. Jackson | Assistant Secretary—Treasurer |
| | M. G. Henschel | Director |
| | L. A. Swingle | Director |
| 1976 | N. H. Knorr | President |
| | F. W. Franz | Vice President |
| | W. L. Barry | Vice President |
| | G. Suiter | Secretary and Treasurer |
| | W. K. Jackson | Assistant Secretary—Treasurer |
| | M. G. Henschel | Director |
| | L. A. Swingle | Director |
| 1977 | F. W. Franz | President |

|      |                  |                              |
|------|------------------|------------------------------|
|      | M. G. Henschel   | Vice President               |
|      | W. L. Barry      | Vice President               |
|      | G. Suiter        | Secretary and Treasurer      |
|      | W. K. Jackson    | Assistant Secretary—Treasurer|
|      | L. A. Swingle    | Assistant Secretary—Treasurer|
|      | J. C. Booth      | Director                     |
| 1978 | F. W. Franz      | President                    |
|      | M. G. Henschel   | Vice President               |
|      | W. L. Barry      | Vice President               |
|      | G. Suiter        | Secretary and Treasurer      |
|      | W. K. Jackson    | Assistant Secretary—Treasurer|
|      | L. A. Swingle    | Assistant Secretary—Treasurer|
|      | J. C. Booth      | Director                     |
| 1979 | F. W. Franz      | President                    |
|      | M. G. Henschel   | Vice President               |
|      | W. L. Barry      | Vice President               |
|      | G. Suiter        | Secretary and Treasurer      |
|      | W. K. Jackson    | Assistant Secretary—Treasurer|
|      | L. A. Swingle    | Assistant Secretary—Treasurer|
|      | J. C. Booth      | Director                     |
| 1980 | F. W. Franz      | President                    |
|      | M. G. Henschel   | Vice President               |
|      | W. L. Barry      | Vice President               |
|      | G. Suiter        | Secretary and Treasurer      |
|      | W. K. Jackson    | Assistant Secretary—Treasurer|
|      | L. A. Swingle    | Assistant Secretary—Treasurer|
|      | J. C. Booth      | Director                     |
| 1981 | F. W. Franz      | President                    |
|      | M. G. Henschel   | Vice President               |
|      | W. L. Barry      | Vice President               |
|      | G. Suiter        | Secretary and Treasurer      |
|      | W. K. Jackson    | Assistant Secretary—Treasurer|
|      | L. A. Swingle    | Assistant Secretary—Treasurer|
|      | J. C. Booth      | Director                     |

1982 F. W. Franz         President
     M. G. Henschel      Vice President
     W. L. Barry         Vice President
     G. Suiter           Secretary and Treasurer
     L. A. Swingle       Assistant Secretary—Treasurer
     J. E. Barr          Assistant Secretary—Treasurer
     J. C. Booth         Director

1983 F. W. Franz         President
     M. G. Henschel      Vice President
     W. L. Barry         Vice President
     G. Suiter           Secretary and Treasurer
     L. A. Swingle       Assistant Secretary—Treasurer
     J. E. Barr          Assistant Secretary—Treasurer
     J. C. Booth         Director

1984 F. W. Franz         President
     M. G. Henschel      Vice President
     W. L. Barry         Vice President
     L. A. Swingle       Secretary and Treasurer
     J. E. Barr          Assistant Secretary—Treasurer
     J. C. Booth         Assistant Secretary—Treasurer
     T. Jaracz           Assistant Secretary—Treasurer

1985 F. W. Franz         President
     M. G. Henschel      Vice President
     W. L. Barry         Vice President
     L. A. Swingle       Secretary and Treasurer
     J. E. Barr          Assistant Secretary—Treasurer
     J. C. Booth         Assistant Secretary—Treasurer
     T. Jaracz           Assistant Secretary—Treasurer

1986 F. W. Franz         President
     M. G. Henschel      Vice President
     W. L. Barry         Vice President
     L. A. Swingle       Secretary and Treasurer
     J. E. Barr          Assistant Secretary—Treasurer
     J. C. Booth         Assistant Secretary—Treasurer
     T. Jaracz           Assistant Secretary—Treasurer

1987  F. W. Franz        President
      M. G. Henschel     Vice President
      W. L. Barry        Vice President
      L. A. Swingle      Secretary and Treasurer
      J. E. Barr         Assistant Secretary—Treasurer
      J. C. Booth        Assistant Secretary—Treasurer
      T. Jaracz          Assistant Secretary—Treasurer

1988  F. W. Franz        President
      M. G. Henschel     Vice President
      W. L. Barry        Vice President
      L. A. Swingle      Secretary and Treasurer
      J. E. Barr         Assistant Secretary—Treasurer
      J. C. Booth        Assistant Secretary—Treasurer
      T. Jaracz          Assistant Secretary—Treasurer

1989  F. W. Franz        President
      M. G. Henschel     Vice President
      W. L. Barry        Vice President
      L. A. Swingle      Secretary and Treasurer
      J. E. Barr         Assistant Secretary—Treasurer
      J. C. Booth        Assistant Secretary—Treasurer
      T. Jaracz          Assistant Secretary—Treasurer

1990  F. W. Franz        President
      M. G. Henschel     Vice President
      W. L. Barry        Vice President
      L. A. Swingle      Secretary and Treasurer
      J. E. Barr         Assistant Secretary—Treasurer
      J. C. Booth        Assistant Secretary—Treasurer
      T. Jaracz          Assistant Secretary—Treasurer

1991  F. W. Franz        President
      M. G. Henschel     Vice President
      W. L. Barry        Vice President
      L. A. Swingle      Secretary and Treasurer
      J. E. Barr         Assistant Secretary—Treasurer
      J. C. Booth        Assistant Secretary—Treasurer
      T. Jaracz          Assistant Secretary—Treasurer

| 1992 | F. W. Franz | President |
| | M. G. Henschel | Vice President |
| | W. L. Barry | Vice President |
| | L. A. Swingle | Secretary and Treasurer |
| | J. E. Barr | Assistant Secretary—Treasurer |
| | J. C. Booth | Assistant Secretary—Treasurer |
| | T. Jaracz | Assistant Secretary—Treasurer |

**INTERROGATORY NO. 3**: Please identify each corporate officer (e.g. Chief Executive Officer, Chief Financial Officer, etc.) by year, for WTNY between 1970 and present.

**ANSWER**: Objection. Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection: See Response to Interrogatory No. 2.

**INTERROGATORY NO. 4**: Please identify all members of the board of directors of WTNY, by year, between 1970 and present.

**ANSWER**: Objection. Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection: See Response to Interrogatory No. 2. Each person identified there as an executive officer also served as a director.

**INTERROGATORY NO. 5**: Please identify the headquarters address for WTNY, by year, between 1970 and present