Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,
and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANTS WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AND WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S JOINDER IN THE HARDIN CONGREGATION'S BRIEF OPPOSING PLAINTIFFS' MOTION TO COMPEL RE: HARDIN CONGREGATION'S SUBPOENA (Doc. 66)** |

|  | ) |
|  | ) |
| | ) |
| WATCHTOWER BIBLE AND | ) |
| TRACT SOCIETY OF NEW YORK, | ) |
| INC. | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| BRUCE MAPLEY SR., | ) |
| | ) |
| Cross-Claim Defendant. | ) |

Defendants Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA") and Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through their attorneys, hereby join in the Hardin Congregation's Brief Opposing Plaintiffs' Motion to Compel Re: Hardin Congregation's Subpoena (hereinafter the "Hardin Congregation's BIO Pl.'s MTC Subpoena") (Doc. 66).[1]

Though neither WTPA nor WTNY are *directly* involved with the issues Plaintiffs have raised regarding their subpoena issued on the Hardin Congregation, as the Hardin Congregation's Brief in Support of Motion to Permissively Intervene

---

[1] Nothing herein is intended to constitute an implicit or explicit waiver of WTPA's position it is not subject to personal jurisdiction in Montana. Instead, WTPA, like WTNY, joins in the Hardin Congregation's BIO Pl.'s MTC Subpoena because the matter was raised during jurisdictional discovery and the issues presented by Plaintiffs' Motion to Compel Re: The Hardin Congregation Subpoena (Doc. 58) could have a broader impact on Jehovah's Witnesses.

Pursuant to Rule 42(b), F.R.Civ.P. (Doc. 64) points out, the issues presented have significant implications for Jehovah's Witnesses. *See* Doc. 64, p. 3. WTPA and WTNY agree with the Hardin Congregation that a ruling communications made with an express expectation such communications will be maintained in strict confidence are not in fact strictly confidential and are not immune from production would have a chilling impact on Jehovah's Witnesses' ability to practice their faith in accordance with the fundamental tenets, doctrines, canons, beliefs and established practices which ensure congregants and elders that any communication made with an expectation of confidentiality will be maintained as such. *See id.*

Therefore, for the reasons aptly set forth in the Hardin Congregation's BIO Pl.'s MTC Subpoena (Doc. 66), WTPA and WTNY both agree Plaintiffs' Motion to Compel Re: The Hardin Congregation Subpoena (Doc. 58) should be denied.

DATED this 12th day of May, 2021.

By:    /s/ Jon A. Wilson      
        Jon A. Wilson
        BROWN LAW FIRM, P.C.
        *Attorneys for Defendants Watchtower*
        *Bible and Tract Society of New York,*
        *Inc., and Watch Tower Bible and*
        *Tract Society of Pennsylvania*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(d)(2)(E), the undersigned hereby certifies this brief complies with L.R. 7.1(d)(2)(A). According to the word-processing unit used to prepare this brief, the word count is **304** words excluding caption and certificates of service and compliance.

DATED this 12th day of May, 2021.

By:   /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower
Bible and Tract Society of New York,
Inc., and Watch Tower Bible and
Tract Society of Pennsylvania*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 12, 2021, a copy of the foregoing was served on

the following person(s):

1.      U.S. District Court, Billings Division

2.      Robert L. Stepans
         Ryan R. Shaffer
         James C. Murnion
         MEYER, SHAFFER & STEPANS, PLLP
         430 Ryman Street
         Missoula, MT 59802

3.      Bruce G. Mapley Sr.
         3905 Caylan Cove
         Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| _1, 2_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _3_ | U.S. Mail | _____ | Overnight Delivery Services |

By:   /s/ Jon A. Wilson
           Jon A. Wilson
           BROWN LAW FIRM, P.C.
           *Attorneys for Defendants Watchtower*
           *Bible and Tract Society of New York,*
           *Inc., and Watch Tower Bible and*
           *Tract Society of Pennsylvania*