Kevin M. Funyak
STACEY & FUNYAK
The Grand Building, Suite 700
100 North 27th Street
P.O. Box 1139
Billings, MT 59103-1139
Phone: (406) 259-4545
Fax: (406) 259-4540
kfunyak@staceyfunyak.com
***Attorneys for Non-Party Hardin Congregation***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAERKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. and WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO COMPEL RE: HARDIN CONGREGATION'S SUBPOENA** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, <br><br> Cross Claimant, <br><br> vs. <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | |

Plaintiffs have filed their *Reply Brief In Support Of Motion To Compel Re: The Hardin Congregations Subpoena*. As such, all briefing on plaintiffs' pending motion has been submitted.

With the foregoing in mind and pursuant to Rule 6(c)(1), F.R.Civ.P. and Local Rule 7.1(e), the Hardin Congregation moves the Court to set a date and time for oral arguments on plaintiffs' motion. The Hardin Congregation respectfully requests the opportunity to be heard on the record by the Court as the issues raised by plaintiffs' motion have significant implications to its ability to comply with church doctrines, canons and established practices of the Jehovah's Witnesses faith in maintaining the type of communications at issue as strictly confidential.

RESPECTFULLY SUBMITTED this 14th day of May, 2021.

STACEY & FUNYAK

By: /s/ Kevin M. Funyak
Kevin M. Funyak
*Attorneys for Non-Party Hardin Congregation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2021, a true and correct copy of the foregoing was served upon the following person(s) by the following means:

    1,2    CM/ECF
    ____   Hand Delivery
    3,4    U.S. Mail
    ____   Facsimile
    __3__  Email
    ____   Overnight Delivery Services

1. Ryan R. Shafer
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, Montana 59802
   ryan@mss-lawfirm.com

2. Guy W. Rogers
   Jon A. Wilson
   BROWN LAW FIRM, P.C.
   P.O. Drawer 849
   Billings, MT 59103
   grogers@brownfirm.com
   jwilson@brownfirm.com

3. Joel M. Taylor
   Miller McNamara & Taylor LLP
   100 South Bedford Road, Suite 340
   Mount Kisco, NY 10549
   jtaylor@mmt-law.com

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

                                    STACEY & FUNYAK


                                    By:  /s/Kevin M. Funyak