# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br><br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Upon Non-Party Hardin Congregation's Motion for Oral Argument on Plaintiffs' Motion to Compel Re: Hardin Congregation's Subpoena (Doc. 70), and for good cause appearing,

**IT IS HEREBY ORDERED** that Non-Party Hardin Congregation's Motion is **GRANTED**.

1

**IT IS FURTHER ORDERED** that oral argument on Plaintiffs' Motion (Doc. 58) will be held on **Wednesday, June 2, 2021** at **9:30 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is directed to notify counsel of the entry of this Order.

DATED this 18th day of by May, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge