Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844

*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AND WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO COMPEL JURISDICTIONAL DISCOVERY RESPONSES AND FOR COSTS AND FEES (DOC. 56)** |

|  |  |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| BRUCE MAPLEY SR., | )<br>)<br>) |
| Cross-Claim Defendant. | ) |

Defendants Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA") and Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through their attorneys, hereby respectfully request this Court to set a date and time for oral argument on Plaintiffs' Motion to Compel Jurisdictional Discovery Responses And For Costs And Fees (Doc. 56).

On April 20, 2021, Plaintiffs filed their Motion to Compel Jurisdictional Discovery Responses And For Costs And Fees (hereinafter "Pl.'s MTC Jurisdictional Discovery") along with a supporting Brief. *See* Docs. 56-57. On May 11, 2021, WTPA and WTNY filed their joint Response Brief in Opposition to Pl.'s MTC Jurisdictional Discovery. *See* Doc. 67. Plaintiffs filed their Reply Brief on May 25, 2021. *See* Doc. 72. As such, briefing on Pl.'s MTC Jurisdictional Discovery is complete.

In light of the foregoing procedural background and pursuant to Rule 6(c)(1), Fed.R.Civ.P. and L.R. 7.1(e), WTPA and WTNY respectfully request this Court set a date and time for oral argument on Pl.'s MTC Jurisdictional Discovery. Given the issues Plaintiffs have raised in their briefing and the impact any ruling from this Court will have on remaining jurisdictional discovery, WTPA and WTNY respectfully request the opportunity to be heard on the record.  WTPA and WTNY believe hearing argument from counsel will be beneficial to this Court's analysis of Pl.'s MTC Jurisdictional Discovery.

DATED this 26th day of May, 2021.

By:  /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2021, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| 1, 2 | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| 3 | U.S. Mail | ____ | Overnight Delivery Services |

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*