# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | )<br>)<br>) Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | )<br>) |
| vs. | )<br>) **ORDER** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | )<br>)<br>) |
| Cross Claimant, | )<br>) |
| BRUCE MAPLEY, SR., | )<br>) |
| Cross Defendant. | ) |

Upon Defendants Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc.'s Request for Oral Argument on Plaintiffs' Motion to Compel Jurisdictional Discovery Responses and for Costs and Fees (Doc. 73), and for good cause appearing,

1

**IT IS HEREBY ORDERED** that Defendants Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc.'s Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that oral argument on Plaintiffs' Motion (Doc. 56) will be held on **Wednesday, June 23, 2021** at **9:30 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is directed to notify counsel of the entry of this Order.

DATED this 26th day of by May, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge