Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>             Plaintiffs,<br><br>    vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>             Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AND WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR *PRO HAC VICE* COUNSEL TO APPEAR REMOTELY AT ORAL ARGUMENT** |

|  |  |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | ) ) ) ) ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| BRUCE MAPLEY SR., | ) ) ) |
| Cross-Claim Defendant. | ) |

Defendants Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA") and Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through their attorneys, hereby respectfully move this Court for an order allowing *pro hac vice* counsel Joel M. Taylor to appear remotely at the hearing on Plaintiffs' Motion to Compel Jurisdictional Discovery Responses and for Costs and Fees (Doc. 56) set for Wednesday, June 23, 2021, at 9:30 a.m. (*see* Doc. 74 (Order setting hearing)).

Counsel for Plaintiffs have been contacted regarding this Motion, and this Motion is unopposed. Consistent with Local Rule 7.1(c)(3), a proposed order is attached for the Court's consideration and convenience.

//

//

DATED this 21st day of June, 2021.

                                   By:   /s/ Jon A. Wilson
                                           Jon A. Wilson
                                           BROWN LAW FIRM, P.C.
                                           *Attorneys for Defendants Watchtower*
                                           *Bible and Tract Society of New York,*
                                           *Inc., and Watch Tower Bible and*
                                           *Tract Society of Pennsylvania*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on June 21, 2021, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| 1, 2 | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| 3 | U.S. Mail | ____ | Overnight Delivery Services |

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*