# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **ORDER** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | |
| Cross-Claimant, | |
| vs. | |

- 1 -

|  |  |
|---|---|
| BRUCE MAPLEY SR., | ) ) ) |
| Cross-Claim Defendant. | ) ) ) ) |

Upon Defendants Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion For *Pro Hac Vice* Counsel To Appear Remotely At Oral Argument set for June 23, 2021, at 9:30 a.m. (Doc. 76), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc.'s Motion is **GRANTED**.

*Pro hac vice* counsel may appear telephonically by following these steps:

1. Dial [number]
2. Enter Access Code: [number]
3. Press #
4. Speak your name at the tone

The Clerk is directed to notify counsel of the entry of this Order.

DATED this _____ day of June, 2021.

_____
SUSAN P. WATTERS
United States District Judge

- 2 -