Kevin M. Funyak
STACEY & FUNYAK
The Grand Building, Suite 700
100 North 27th Street
P.O. Box 1139
Billings, MT 59103-1139
Phone: (406) 259-4545
Fax: (406) 259-4540
kfunyak@staceyfunyak.com
*Attorneys for Non-Party Hardin Congregation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAERKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. and WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **NOTICE OF THE HARDIN CONGREGATION'S SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, <br><br> Cross Claimant, <br> vs. <br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | |

In accordance with the Court's Order of June 30, 2021, the Hardin Congregation hereby provides notice that it has submitted the requested documents for the Court's *in camera* inspection. The documents in question have been hand-delivered to the Court.

RESPECTFULLY SUBMITTED this 13th day of July, 2021.

                                        STACEY & FUNYAK

By: /s/ Kevin M. Funyak
      Kevin M. Funyak
      *Attorneys for Non-Party Hardin Congregation*

## CERTIFICATE OF SERVICE

I hereby certify that on the July 13, 2021, a true and correct copy of the foregoing was served upon the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans, Ryan R. Shafer, James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, Montana 59802

3. Guy W. Rogers, Jon A. Wilson
   BROWN LAW FIRM, P.C.
   P.O. Drawer 849
   Billings, MT 59103

4. Joel M. Taylor
   Miller McNamara & Taylor LLP
   100 South Bedford Road, Suite 340
   Mount Kisco, NY 10549

5. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | |
|---|---|
| <u>1, 2, 3, 4,5 </u>CM/ECF | _____Fax |
| _____Hand Delivery | _____E-Mail |
| _____U.S. Mail | _____Overnight Delivery Services |

STACEY & FUNYAK

By: /s/ Kevin M. Funyak
Kevin M. Funyak
*Attorneys for Non-Party Hardin Congregation*