Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>　　　　　Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>　　　　　Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' NOTICE OF DOCUMENTS REFERENCED BY THE HARDIN CONGREGATION** |

Plaintiffs, by and through their undersigned counsel, hereby provides notice that documents referenced by the Hardin Congregation in its Request for Clarification of Court's Order re: Motion to Compel Hardin Congregation's Subpoena (Doc. 83) were not filed with the Court. As such, attached hereto are the August 11, 2021 Letter of Ryan Shaffer and the redacted documents the Hardin Congregation produced pursuant to the Court's Order re Motion to Compel Hardin Congregation's Subpoena (Doc. 82).

DATED this 16th day of August, 2021.

By: /s/ Ryan Shaffer
Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

Plaintiffs' Notice of Documents Referenced by the Hardin Congregation
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 24

## **CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

Plaintiffs' Notice of Documents Referenced by the Hardin Congregation
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 24