Brothers,

This is the last time I want to talk about what happened thirty plus years ago nothing was done then and nothing will be done now. My children are scared for life and blame the organization because two men ███████ and Bruce Mapley Sr. sexually molested them the only person who believed them was ██████████, and because of it he made enemies. ██████████ was an elder at the time, he did not want it known what was going on and tried to sweep it under the rug. ██████ did try but he was only one man and it wasn't Jehovahs time for all of this to be known.

Jim Roland and his wife Vivian were good friends with ██████ and ██████████, but the two women tried to be elders and ended up fighting which caused alot of problems in the congregation as a result Jim and Vivian left the truth and spread many lies about people, they went as far as accusing Vivian's own mother ██████████ of sexually molesting their children his own grandchildren, these people are sick and they have made their girls sick what i am sad is that only ██████ and ██████ were the only ones molested at that age group that

DOCUMENT 4

were involved all those people are now on their [REDACTED]. Where was Jim when these kids need help? My children, [REDACTED], [REDACTED] children, [REDACTED] children, the damage is done only Jehovah can fix this.

We all need to heal but when things like this comes up time after time, our children are lost to the world because of two men. If Jim wants to get any one go after the guilty person. He did nothing back then, when those two men should have went to jail and maybe Jim and his family would still be serving Jehovah. He and his wife have a vendetta against [REDACTED] and they are so twisted now they don't know the truth any more, they have told so many lies they have come to believe them, their children are victims of their lies where mine are victims by Bruce Sr. and [REDACTED] not [REDACTED] and if need be I will have my daughter write you and tell you so [REDACTED] I'm sure would tell you the same.

Sister Shirley Gibson
(Mapley)

Delbert M Hiebert
220 E 7th Street
Hardin Mt 59034

Ph 406 665 5801 (cell)


Dear Brother Figlinski:

After our phone conversation I spent most of the rest of the day talking to those who had been involved with Bruce Mapley Sr. over the years. I will try to present an outline of what was told to me including any phone numbers that might be helpful.

- Bruce Sr's daughter Tracy Caekaert called me on the phone several weeks ago with the concern that her father who had allegedly sexually abused her all her life and had allegedly also abused her younger sister, was on the loose. She feared for the welfare of any young people he could come in contact with.

Tracy's Phone # is: 928 231 1607. Her address is:
Tracy Caekaert
277 Vladek Circle
Circle City Az.   85342

- Brother ▬▬▬▬ served on the committee that disfellowshipped Bruce Sr. Has a very good memory of his dealings with Bruce sr. ▬▬▬

- ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (barely active at this time). May have information. He was quite young back then.

-Mother (Shirley Mapley) says he (▬▬▬) was physically abused by his father. ▬▬▬ (formerly ▬▬▬) a good solid sister who grew up with the Mapleys said the same thing.

- ▬▬▬▬▬▬ (disfellowshipped) when about 5-6 years old remembers Bruce Sr. coaching ▬▬▬ on how to touch her inappropriately and kiss her.

- ▬▬▬ told this to her mother-in-law who relayed it to Shirley's sister ▬▬▬ who then informed Shirley.

DOCUMENT 5

- ▓▓▓▓ remembers being uncomfortable with Bruce Sr excessively hugging her and having her sit on her lap.
- ▓▓▓▓ told her sister ▓▓▓▓ that she has memories of Bruce sr being inappropriate with her but that she was too young to have clear memories of it.
- Former sister ▓▓▓▓ (now disfellowshipped) told me of her living with the Mapleys for a short time. During this time Bruce Sr tried to have sex with her but she was able to flee from his advances. She told me " he was lying on his bed naked with the door open moaning and pleading with her to come in to have sex with him". She said he had an erection and made it very visible to her. She was just 18 at the time. She moved out immediately. Shirley Mapley attested to this account adding that she seen it as an attempt to rape ▓▓▓▓
- Shirley told me that Bruce Sr had a sexual affair with a sister ▓▓▓▓ ▓▓▓▓ for which he was disciplined.
- Shirley says after their divorce Bruce Sr (while disfellowshipped) got involved with a pioneer sister in Glendive Mt. Shirley didn't know if this was the same sister (and stepdaughter) that he left high and dry in your area. She said he completely cleaned out financially one of these women, if there were two different women.
- Shirley knows of Bruce Sr. having at least three homosexual affairs while they were married:
  One in Arizona, one in Helena Mt, and one when they were on a Caribbean cruise 14 years ago. Shirley says Bruce admitted to having these homosexual affairs as well as the affair with ▓▓▓▓ to the elders.
- Shirley advised that you call Bruce's ▓▓▓▓ an elder serving in Kentucky who has banned Bruce from his house. ▓▓▓▓
- Brother ▓▓▓▓ a prominent elder in the Laural Mt congregation had a lot to do with Bruce when he lived there and could fill in some of the blanks. ▓▓▓▓

According to Shirley, Bruce actually served for a while as an MS in Laurel Mt.

I hope that this information can be of help to you brothers. I have been on the phone gathering information for a good part of the 13 hours that have passed since you called this morning. May Jehovah bless all the efforts of all the brothers to protect his innocent little sheep and keep his earthly organization clean.

Your Brother: Del Hiebert : cobe Hardin Mt congregation

Dear Brothers: Montana Service Desk

    I'm sending you this copy of a letter I put together, requested by Brother Eugene Figlinski of the Bonduel Wi congregation concerning the letter you received from me about abuse in the Hardin Montana congregation, specifically concerning Bruce Mapley Sr.

    Sincerely: Delbert M Hiebert, Hardin Mt congregation # 43653

DOCUMENT 6

For the Record Concerning the Case Of Accusations of Child Molestation Against : Bruce Mapley -

1 - Who were his victims? ▮ girls? ▮ girls? Mapley girls? ▮ Girls?, ▮ Girls? Any boys? Any others? (look over list of all publishers at the time, consider all)

2 - Were the secular authorities notified?

3 - Which elders knew of the abuse?

4 - When (what year, month etc.) did the abuse occur ?

5 - Was it after his baptism ? After appointment as a Servant ? After appointment as an Elder?

6 - If after being appointed, was he deleted?

7 - Was he reappointed later ? If so, who were serving as elders? Who was C/O ?

8 - Was he disfellowshipped for molestation? If so, when? Who served on the judicial committee?

9 - Was he reinstated? When? Who served on committee?

10 - Did he continue his abuse while disfellowshipped? Who were victims?

11 - Once reinstated did he continue to abuse?

12 - Were the victims given comfort and counsel? Who did the counseling?

13 - Was the C/O informed? When? Who was the C/O? Who informed him?

14 - Were the sins minimized to the C/O?

15 - Was the branch notified? When? Who was the C/O?

16 - Were the sins minimized to the branch?

DOCUMENT 7