IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | CV 20-52-BLG-SPW <br><br> ORDER |

Upon consideration of the Hardin Congregation's Request for Clarification (Doc. 83) and Plaintiffs' Notice and response to the Request (Doc. 84), the Court hereby revises its previous Order (Doc. 82) and directs the Congregation to produce the identified documents without redaction.

The Court previously ordered the Congregation to produce Documents 4, 5, 6, and 7 identified in Defendants' privilege log. (Doc. 82 at 7). The Court allowed the Congregation to redact the names of individuals "not involved in the current litigation" from Documents 4 and 7 due to the Congregation's concerns of protecting those individuals' identities. (*Id.* at 5, 6). The Congregation proceeded

1

to produce the Documents but redacted the name of every individual who was not a party to the litigation with the exception of the author and recipient of the Document. (Doc. 83 at 2). Plaintiffs responded that the extensive redaction deprived Plaintiffs of their right to discover the identities of potential key witnesses and those with personal knowledge of the alleged events. (Doc. 84-1 at 1). Plaintiffs further argued there was no legal basis for the redactions. (*Id*. at 2).

Plaintiffs are correct in this matter. The Congregation has identified no privilege nor legal basis for their argument that the identities must be redacted from the documents. Without a legal basis for restricting the information, Plaintiffs are entitled to discover the identities of those individuals with personal knowledge of the events. Therefore, the Court's previous order compelling the Congregation to produce the identified Documents is revised to require the Congregation to produce unredacted versions of Documents 4, 5, 6, and 7.

DATED this 30th day of August, 2021.

SUSAN P. WATTERS
United States District Judge