Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANTS WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AND WATCH TOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** |

COMES NOW Defendants Watch Tower Bible and Tract Society of New York, Inc. (hereinafter "WTNY") and Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA"), and hereby provide the following notice of substitution of counsel. Attorney Aaron M. Dunn will no longer be counsel of

record in this matter. Attorney Brett C. Jensen, a member of the Montana Bar in good standing who is licensed to practice in this Court and is an associate attorney at Brown Law Firm, P.C., will be replacing Mr. Dunn. Guy W. Rogers, Jon A. Wilson, and Joel M. Taylor, Esq. (appearing *pro hac vice*) remain as counsel of record for WTNY and WTPA.

DATED this 2nd day of September, 2021.

By:   /s/ Jon A. Wilson
        Guy W. Rogers / Jon A. Wilson /
        Brett C. Jensen
        BROWN LAW FIRM, P.C.
        *Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2021, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | |
|---|---|---|
| __1, 2__ CM/ECF | | ____ Fax |
| ____ Hand Delivery | | ____ E-Mail |
| __3__ U.S. Mail | | ____ Overnight Delivery Services |

By:  /s/ Jon A. Wilson
Guy W. Rogers / Jon A. Wilson /
Brett C. Jensen
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania*