*Exhibit A*

Ryan R. Shaffer
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) ) ) | **AFFIDAVIT OF RYAN R. SHAFFER** |
| vs. | ) ) ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., Cross Claimant, | ) ) ) ) ) | |
| BRUCE MAPLEY, SR., Cross Defendant. | ) ) ) ) ) | |

I, Ryan R. Shaffer, an attorney duly admitted to practice law in this Court, declares that the foregoing is true and correct:

1.      I submit this Affidavit in support of Plaintiffs' Statement of Attorneys' Fees and Costs re: Motion to Compel pursuant to the Court's August 24, 2021 Order (Doc. 85) ("August 24, 2021 Order"), which granted, in full, Plaintiffs' Motion to Compel Jurisdictional Discovery Responses and For Costs and Fees (Doc. 56) ("Motion to Compel").

2.      I am a Partner in the law firm of Meyer, Shaffer & Stepans and represent Plaintiffs in this matter.

3.      I am admitted to practice law in the state and Federal courts of Montana, Wyoming, and North Dakota and have been practicing law since 2006.

4.      My firm represents victims of sexual abuse and harassment on a contingency fee basis.

5.      In some circumstances, my firm represents clients on an hourly fee basis where my ordinary and customary rate is $300/hour.

6.      I personally prepared the itemization of my time spent bringing the Motion to Compel, which is attached as **Exhibit 1**.

7.      Prior to the Court's August 24, 2021, Order, I did not contemporaneously keep a record of time expended pursuing Plaintiffs' Motion to Compel.

8.      However, I was able to reasonably identify the time I spent by reviewing my calendar, the discovery requests served and answered, the record of correspondence between counsel during our conferral efforts, and the pleadings filed with the Court pertaining to the Motion to Compel.

9.      I then used the following process to create conservative billing entries for my time as follows:

      a.  I first identified each discovery request and issue (e.g. Defendants' time-period objection) raised in our Motion to Compel ("MtC Issues").

      b.  Based on my calendar, the record of correspondence between counsel, and documents filed with the Court, I was able to identify the work I completed related to the Motion to Compel.

      c.  Because the billing entries before August 24, 2021, were not created contemporaneously, my goal was to error on the side of caution and make sure that each entry reflected less time than the associated task actually required.

      d.  For example, I know that one page of well-researched and well-edited briefing typically requires one hour of work and therefore a 20-page brief would typically require twenty (20) hours of work.

e.  Here, in an abundance of caution, and to ensure that we are not seeking and obtaining recovery of expenses not actually incurred in brining Plaintiffs' Motion to Compel, I ensured that my billing entries reflected far less time than I actually expended on each of the tasks performed in furtherance of the Motion to Compel.

f.  Therefore, my billing entries are a conservative estimate of the time actually expended on the tasks completed.

g.  For tasks where I expended time on discovery issues that were not raised in Plaintiffs' Motion to Compel, I reduced the total task time based on the percentage of the task that could be attributed to issues Plaintiffs prevailed on.  For instance, on January 18, 2021, I drafted a letter to defense counsel regarding twenty (20) separate discovery issues.  **Ex. 1**.  Because Plaintiffs only raised and prevailed on one of those issues in their Motion to Compel, I have only sought an award for 1/20 of my time spent drafting said letter.

h.  Finally, I applied the time attributable to the issues Plaintiffs' prevailed on to my customary rate of $300/hour to determine the total fee for each step in bringing Plaintiffs' Motion to Compel.

10. All entries of time from August 24, 2021, onward were recorded contemporaneously.

11.     I specifically excluded from **Exhibit 1** many meetings, phone calls, and discussions with my co-counsel related to MtC Issues that occurred prior to August 24, 2021.

12.     I was able to review the Zoom conference records of a mock oral argument Plaintiffs' counsel held on June 17, 2021, to determine the exact amount of time that event required.  This is reflected in my billing record. **Ex. 1**.

13.     My partner, Robert Stepans, who is also counsel of record for Plaintiffs, expended substantial time discussing and assisting with Plaintiffs' review and assessment of Defendants' discovery conduct.  However, Plaintiffs are not seeking compensation for any of this time and are only seeking compensation for the time Mr. Stepans spent on attending the Court's June 23, 2021, hearing, including preparation and drive time.  Billing entries for Robert Stepans are attached as **Exhibit 2**.

14.     My firm has also consulted with contract attorney Matthew Merrill regarding all aspects of this litigation.  Mr. Merrill spent approximately 6.6 hours editing and reviewing briefs submitted in support of Plaintiffs' Motion to Compel and Plaintiffs are not seeking any compensation for Mr. Merrill's time.

15.     Defendants requested a hearing on Plaintiffs' Motion to Compel which required counsel and a legal assistant to travel to Billings, MT.  Plaintiffs'

out-of-pocket costs included mileage and accommodations for attorneys Ryan

Shaffer and Robert Stepans, and legal assistant Katy Gannon. **Exhibit 3**.

16.    For the foregoing reasons, I affirm and certify that the expenses set

forth in Plaintiffs' Statement of Fees and Costs is a very conservative reflection of

the actual time and effort expended in bringing Plaintiffs' Motion to Compel.

DATED this 9th day of September, 2021.

By: /s/ Ryan Shaffer
　　　　　Ryan R. Shaffer
　　　　　MEYER, SHAFFER & STEPANS PLLP
　　　　　*Attorneys for Plaintiffs*

State of Montana

County of Missoula

This instrument was signed and sworn to before me on September 9, 2021 by Ryan

R. Shaffer.

_____
(Notary Signature)

_____
Print Name of Notary Public
Notary Public for the State of _MT_
Residing at: _Missoula, MT_
My Commission Expires: _10/14/21_

PATTI L GRUWELL
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, MT
My Commission Expires
October 14, 2021.

*Exhibit 1*

| DATE | ATTORNEY | TASK | TASK TIME | % OF TIME ATTRIBUTABLE TO ISSUES RAISED IN MTC | ADJUSTED TIME | RATE | ADJUSTED FEE |
|---|---|---|---|---|---|---|---|
| 11/20/2020 | Ryan S. | Rev. and Scrutinize WTPA Resp to 1st Disc. | 0.5 | 3.61% | 0.02 | $300 | $5.42 |
| 12/30/2020 | Ryan S. | Rev. and Scrutinize WTPA Resp to 2nd Disc. | 0.5 | 6.67% | 0.03 | $300 | $10.00 |
| 12/30/2020 | Ryan S. | Rev. and Scrutinize WTNY Resp to 1st Disc. | 0.5 | 12.50% | 0.06 | $300 | $18.75 |
| 1/5/2021 | Ryan S. | Scrutinizing WTPA and WTNY Objections and determining which we want to challenge | 1 | 100.00% | 1.00 | $300 | $300.00 |
| 1/18/2021 | Ryan S. | Reviewing and editing James' Draft Letter to Defense Counsel | 1 | 5.00% | 0.05 | $300 | $15.00 |
| 1/19/2021 | Ryan S. | Final review and editing of letter to Defense counsel | 0.5 | 5.00% | 0.03 | $300 | $7.50 |
| 1/22/2021 | Ryan S. | Reviewing letter from defense regarding issues we raised | 0.5 | 9.09% | 0.05 | $300 | $13.64 |
| 1/26/2021 | Ryan S. | Final review and editing of letters to Defense counsel | 0.5 | 50.00% | 0.25 | $300 | $75.00 |
| 2/12/2021 | Ryan S. | Review letter from Defense counsel re issues we raised in prior letters | 0.5 | 50.00% | 0.25 | $300 | $75.00 |
| 3/8/2021 | Ryan S. | Rev and scrutinize WTNY and WTPA discovery resps | 1 | 12.50% | 0.13 | $300 | $37.50 |
| 3/8/2021 | Ryan S. | Email to Aaron Dunn re Int. No. 6 | 0.2 | 100.00% | 0.20 | $300 | $60.00 |
| 3/9/2021 | Ryan S. | Review Dunn email and discuss with James | 0.1 | 100.00% | 0.10 | $300 | $30.00 |
| 3/10/2021 | Ryan S. | Review and edit James' draft letter to the defense | 0.6 | 40.00% | 0.24 | $300 | $72.00 |

| DATE | ATTORNEY | TASK | TASK TIME | % OF TIME ATTRIBUTABLE TO ISSUES RAISED IN MTC | ADJUSTED TIME | RATE | ADJUSTED FEE |
|---|---|---|---|---|---|---|---|
| 3/22/2021 | Ryan S. | Reviewing Correspondence from Defense counsel re our discovery concerns | 0.7 | 20.00% | 0.14 | $300 | $42.00 |
| 3/25/2021 | Ryan S. | Review and edit of letter to Defense Counsel re ongoing discovery concerns | 1 | 100.00% | 1.00 | $300 | $300.00 |
| 3/29/2021 | Ryan S. | Telephone conference with defense counsel re ongoing discovery concerns (including prep time) | 1 | 100.00% | 1.00 | $300 | $300.00 |
| 4/9/2021 | Ryan S. | Review letter from Defense re ongoing discovery concerns | 1 | 75.00% | 0.75 | $300 | $225.00 |
| 4/9/2021 | Ryan S. | Draft and file Notice of Written Discovery and conferral efforts | 0.7 | 100.00% | 0.70 | $300 | $210.00 |
| 4/12/2021 - 4/20/2021 | Ryan S. | Drafting and Editing MTC and Briefs in Support of MTC (24 page brief) | 7 | 100.00% | 7.00 | $300 | $2,100.00 |
| 5/12/2021 | Ryan S. | Review Defense Response Briefing (36 pages) and make notes of issues to address in Reply | 0.7 | 100.00% | 0.70 | $300 | $210.00 |
| 5/13/2021 - 5/25/2021 | Ryan S. | Drafting and Editing Reply Brief (16 page brief) | 3 | 100.00% | 3.00 | $300 | $900.00 |
| 6/17/2021 | Ryan S. | Mock Hearing | 1.7 | 100.00% | 1.70 | $300 | $510.00 |
| 6/22/2021 | Ryan S. | Drive to Billings | 5 | 100.00% | 5.00 | $300 | $1,500.00 |
| 6/23/2021 | Ryan S. | Attend Hearing | 1.2 | 100.00% | 1.20 | $300 | $360.00 |
| 6/23/2021 | Ryan S. | Drive to Missoula | 5 | 100.00% | 5.00 | $300 | $1,500.00 |
| 8/24/2021 | Ryan S. | Review Court's Order | 0.3 | 100.00% | 0.30 | $300 | $90.00 |
| 8/31/2021 | Ryan S. | Review Rule 37 and my time pursuing MTC | 1 | 100.00% | 1.00 | $300 | $300.00 |

| DATE | ATTORNEY | TASK | TASK TIME | % OF TIME ATTRIBUTABLE TO ISSUES RAISED IN MTC | ADJUSTED TIME | RATE | ADJUSTED FEE |
|---|---|---|---|---|---|---|---|
| 9/1/2021 | Ryan S. | Evaluating how much of my time on each step of obtaining compliance with the rules of discovery should be attributable to or recoverable against defendants in this case | 0.5 | 100.00% | 0.50 | $300 | $150.00 |
| 9/1/2021 | Ryan S. | Discussion with James about the best method to parse out the time we spent on issues raised during meet and conferral effort that we ultimately prevailed on without seeking recovery for time on issues raised which we did not ultimately pursue with the Court | 0.6 | 100.00% | 0.60 | $300 | $180.00 |
| 9/2/2021 | Ryan S. | Compiling my time on each step of the process of getting defendants to comply with the rules of discovery | 0.6 | 100.00% | 0.60 | $300 | $180.00 |
| 9/7/2021 | Ryan S. | Drafting Affidavit and itemization of my time and entering into spreadsheet | 1.5 | 100.00% | 1.50 | $300 | $450.00 |
| 9/8/2021 | Ryan S. | Editing Statement of Fees and Costs | 3 | 100.00% | 3.00 | $300 | $900.00 |
| | | | | | | | |
| **Total** | | | **42.9** | | **37.09** | | **$ 11,126.81** |

*Exhibit 2*

| DATE | ATTORNEY | TASK | TASK TIME | % OF TIME ATTRIBUTABLE TO ISSUES RAISED IN MTC | ADJUSTED TIME | RATE | ADJUSTED FEE |
|------|----------|------|-----------|-----------------------------------------------|---------------|------|--------------|
| 6/17/2021 | Robert S. | Mock Hearing | 1.7 | 100.00% | 1.70 | $300 | $510.00 |
| 6/22/2021 | Robert S. | Drive to Billings | 5.5 | 100.00% | 5.50 | $300 | $1,650.00 |
| 6/22/2021 | Robert S. | Preparation for Hearing | 1 | 100.00% | 1.00 | $300 | $300.00 |
| 6/23/2021 | Robert S. | Preparation for Hearing | 1 | 100.00% | 1.00 | $300 | $300.00 |
| 6/23/2021 | Robert S. | Attend Hearing | 1.2 | 100.00% | 1.20 | $300 | $360.00 |
| 6/23/2021 | Robert S. | Drive to Jackson, WY | 5.5 | 100.00% | 5.50 | $300 | $1,650.00 |
| | | | | | | | |
| **Total** | | | **15.9** | | **15.90** | | **$4,770.00** |

*Exhibit 3*

### Case Costs for 6/22 Hearing

Rob Stepans

| | | |
|---|---|---|
| Northern Hotel | $ | 227.72 |
| Mileage Round Trip Jackson/Billings | | |
| (590 miles x $.56) | $ | 330.40 |

Ryan Shaffer

| | | |
|---|---|---|
| Northern Hotel | $ | 227.72 |
| Mileage Round Trip Missoula/Billings | | |
| (685 miles x $.56) | $ | 384.00 |
| Parking | $ | 10.00 |
| **Subtotal:** | **$** | **1,179.84** |

Katy Gannon

| | | |
|---|---|---|
| Northern Hotel | $ | 232.72 |
| **TOTAL:** | **$** | **1,412.56** |

| | | |
|---|---|---|
| **Caekaert Case/Rowland Case 1/2 Split:** | **$** | **706.28** |

*Caekaert*

1 of 1
June 28, 2021

# N O R T H E R N
·····>>  H O T E L  <<·····

Reservation Number 276529

**Send to**    **Mr. Robert Stepans**
                430 Ryman Street
                JACKSON, WY  83001

**Phone**      406-543-6929

**Guest Name**  Mr. Robert Stepans

| | |
|---|---|
| **Arrival Date** | **Departure Date** |
| 6/22/21 | 6/23/21 |

**Room Information**    1002 - Classic King Room

**Bill To**

**Phone**

Folio Number 290852

| Trans Date | Description | | Voucher | Amount |
|---|---|---|---|---|
| **Charges** | | | | |
| 6/22/21 | Best Available Rate | | nh -1002 | 209.00 |
| 6/22/21 | Guest Room Tax | | nh -1002 | 16.72 |
| 6/22/21 | Billings $2.00 Tourism Fee | | nh -1002 | 2.00 |
| | Total Charges | | | 227.72 |
| **Payments** | | | | |
| 6/23/21 | American Express | #############1005    581122002 | 0000224094 | -227.72 |
| | Total Payments | | | -227.72 |
| | | | **Balance Due:** | 0.00 |

1/2 - $113.86

**Northern Hotel**
19 North Broadway | Billings, MT 59101
P: 406-867-6767 | F: 406-867-6776 | info@northernhotel.com

LIFESTYLE
•
*Preferred*
HOTELS & RESORTS

*Coekaert*

1 of 1
June 28, 2021

# NORTHERN
····>> H O T E L <····

Reservation Number 276527

**Send to**     **Mr. Ryan Shaffer**
                430 Ryman Street
                Missoula, MT  59802

**Phone**       406-543-6929

**Guest Name**  Mr. Ryan Shaffer

| | **Arrival Date** | **Departure Date** |
|---|---|---|
| | 6/22/21 | 6/23/21 |
| | **Room Information** | 1007 - Classic King Room |

**Bill To**

**Phone**

Folio Number 290850

| Trans Date | Description | | Voucher | Amount |
|---|---|---|---|---|
| **Charges** | | | | |
| 6/22/21 | Best Available Rate | | nh -1007 | 209.00 |
| 6/22/21 | Guest Room Tax | | nh -1007 | 16.72 |
| 6/22/21 | Billings $2.00 Tourism Fee | | nh -1007 | 2.00 |
| | Total Charges | | | 227.72 |
| **Payments** | | | | |
| 6/23/21 | Visa | #############3717 | 640398007   0000224109 | -227.72 |
| | Total Payments | | | -227.72 |
| | | | **Balance Due:** | 0.00 |

1/2 – $113.86

**Northern Hotel**
19 North Broadway | Billings, MT 59101
P: 406-867-6767 | F: 406-867-6776 | info@northernhotel.com

LIFESTYLE

*Preferred*
HOTELS & RESORTS

*Caekaert*

1 of 1
June 28, 2021

# N O R T H E R N
····▸ H O T E L ◂····

Reservation Number 276528

**Send to**   **Ms. Katy Gannon**
            430 Ryman Street
            Missoula, MT  59802

**Phone**     406-543-6929

**Guest Name**   Ms. Katy Gannon

| | |
|---|---|
| **Arrival Date** | **Departure Date** |
| 6/22/21 | 6/23/21 |
| **Room Information** | 0417 - Classic King Room |

**Bill To**

**Phone**

Folio Number 290851

| Trans Date | Description | | | Voucher | Amount |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| 6/22/21 | Best Available Rate | | | nh -0417 | 209.00 |
| 6/22/21 | Guest Room Tax | | | nh -0417 | 16.72 |
| 6/22/21 | Billings $2.00 Tourism Fee | | | nh -0417 | 2.00 |
| 6/23/21 | Life Water | | 0417 | lifeawater | 5.00 |
| | Total Charges | | | | 232.72 |
| **Payments** | | | | | |
| 6/23/21 | Visa | #############3717 | 938260417 | 0000224185 | -5.00 |
| 6/23/21 | Visa | #############3717 | 640520417 | 0000224110 | -227.72 |
| | Total Payments | | | | -232.72 |
| | | | | **Balance Due:** | 0.00 |

1/2- $116.36

**Northern Hotel**
19 North Broadway | Billings, MT 59101
P: 406-867-6767 | F: 406-867-6776 | info@northernhotel.com

LIFESTYLE

*Preferred*
HOTELS & RESORTS