# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Scheduling Order re Remainder of Jurisdictional Phase of Case. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED:

Plaintiffs' Motion is GRANTED. Defendants shall comply with their discovery obligations as set forth in the Court's August 24, 2021, Order re Motion

to Compel Jurisdictional Discovery and For Costs and Fees (Doc. 85) by

**September 21, 2021.**  Depositions, if any, shall be completed by **October 26, 2021**.  Briefing of Watch Tower Bible & Tract Society of Pennsylvania Motion to Dismiss Pursuant to Rule 12(b)(2), Fed.R.Civ.P. (Doc. 13) shall proceed as follows:_____.

    DATED this _____ day of _____, 2021.

_____
Susan P. Watters
United States District Court Judge