IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Before the Court is Plaintiffs Tracy Caekaert and Camillia Mapley's Statement of Attorneys' Fees and Costs Re: Motion to Compel. (Doc. 88). Plaintiffs submitted the Statement in response to the Court's Order granting Plaintiffs' motion to compel and awarding attorneys' fees and costs to Plaintiffs. (Doc. 85 at 18). Defendants responded to Plaintiffs' Statement. (Doc. 92). The matter is fully briefed and ripe for adjudication.

After granting Plaintiffs' motion regarding attorneys' fees and costs, the Court requested Plaintiffs submit a statement describing the amount the party is seeking and an affidavit itemizing those expenses. (Doc. 85 at 18). Plaintiffs submitted their statement requesting a total of $22,631.80 and submitted corresponding documentation supporting the amount. (Doc. 88). This sum represents the total amount of fees and costs requested by Plaintiffs for their labor in both this case and the companion case, *Rowland v. Watchtower Bible Tract Society of New York, Inc. et al*, CV 20-59-BLG-SPW. Defendants did not object to the amount requested. (Doc. 92 at 2). Therefore, for good cause appearing,

IT IS HEREBY ORDERED that Defendants shall submit payment to Plaintiffs in the amount of $22,631.80 for attorneys' fees and costs.

DATED this 28th day of September, 2021.

/s/ Susan P. Watters
Susan P. Watters
United States District Court Judge