Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) ) |
| Cross Claimant, | ) ) |
| BRUCE MAPLEY, SR., | ) ) |
| Cross Defendant. | ) |

Case No. CV-20-52-BLG-SPW

**APPENDIX TO PLAINTIFFS' RESPONSE BRIEF IN OPPOSITION TO DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2), FED.R.CIV.P.**

Appendix to Plaintiffs' Response Brief in Opposition to Defendant WTPA's Motion to Dismiss
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*

1

# Table of Contents

| Document Description[1] | Tab No. |
|---|---|
| *Branch Organization Manual* 1-4, ¶ 34 (1977). | 1 |
| Amendment to the Articles of Incorporation of WTPA at 1481 (1945). | 2 |
| *1980 Yearbook of Jehovah's Witnesses* 257 (1980). | 3 |
| *1970 Yearbook of Jehovah's Witnesses* 38 (1970). | 4 |
| *Organized to Accomplish our Ministry* 26 (1983). | 5 |
| *Organized to Accomplish Our Ministry* (1989). | 6 |
| *In re Holocaust Litigation*, Proposed Plan of Allocation for Jehovah's Witness Victims and Targets of Nazi Persecution, CV-96-4849 (E.D.N.Y. Dec. 7, 1999). | 7 |
| Def. WTPA's 3d Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., RFA Nos. 4, 6, 7 (Sept. 21, 2021); *Counsel on Theocratic Organization for Jehovah's Witnesses* 56 (1949); *Preaching and Teaching in Peace and Unity* 50 (1960); *Branch Organization Manual* 22-1, ¶ 5 (1977); *Branch Organization Manual* 22-6 (1986); Def. WTPA's 4th Supp. Resps. to Plfs.' 3d Set of Jurisdictional Disco., Interrog. No. 36 (Sept. 21, 2021). | 8 |
| *Kingdom Ministry School Course* (1972). | 9 |
| *Branch Organization Manual* 4-1, ¶ 1 (1977). | 10 |
| Dep. of Ashe Richard, 232:5–233:4, 320:8–322:14 (April 1, 2014); Def. WTPA's 4th Supp. Resps. to Plfs.' 3d Set of Jurisdictional Disco., RFA Nos 27–29 (Sept. 21, 2021); *Branch Organization Manual* 4-1, ¶ 2 (1977). | 11 |
| *Counsel on Theocratic Organization for Jehovah's Witnesses* 19–22 (1949); *Preaching and Teaching in Peace and Unity* 27 (1960); *Organized to Accomplish our Ministry* 41 (1983). | 12 |
| 1973-1992 Summary and Comparison of WTPA and WTNY Corporate Officers and Governing Body Members (as identified in Def. WTPA's 2d Supp. Resps. to Plfs.' 2d Set of Jurisdictional Disco., Interrog. Nos. 20–21, 23 (Sept. 21, 2021); Def. WTNY's 3d Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., Interrog. Nos. 2–4 (Sept. 21, 2021)). | 13 |

---

[1] To assist the reader quickly identify relevant portions of certain pages included in these documents, highlights have been added by counsel in various places.

| | |
|---|---|
| *Preaching and Teaching in Peace and Unity* 28 (1960). | 14 |
| *Organized to Accomplish our Ministry* 138–153 (1983); *see generally* Depo. of Ashe Richard, 190:25–192:18 (March 31, 2014) | 15 |
| *Pay Attention to Yourselves and to All the Flock* (1991). | 16 |
| Def. WTPA's 2d Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., Interrog. No. 19 (March 22, 2021). | 17 |
| *1970 Yearbook of Jehovah's Witnesses* 37–41 (1970). | 18 |
| *Branch Organization Manual* 23-1, ¶¶ 1–5 (1977). | 19 |
| *Keeping a Clean Organization of Talkers*, Vol. LXXV The Watchtower 13, at 17 (1954); *Organized to Accomplish our Ministry* 42–43, 47–52 (1983); *Preaching and Teaching in Peace and Unity* 50 (1960). | 20 |
| *1975 Yearbook of Jehovah's Witnesses* 204 (1974). | 21 |
| *Circuit Overseer Guidelines* (2018). | 22 |
| *Questions from Readers*, Vol. XCII The Watchtower 195, at 222–224 (1971). | 23 |
| Dep. of Ashe Richard, 276:10–280:21 (April 1, 2014); Letter from WTNY, to All Bodies of Elders in the United States, 3 (July 1, 1989); Letter from WTNY, to All Bodies of Elders, 2–3 (March 14, 1997). | 24 |
| *Comfort for Those with a "Stricken Spirit"*, The Watchtower, Nov. 1, 1995, at 25, 28. | 25 |
| *Pay Attention to Yourselves and to All the Flock* 69 (1977) | 26 |
| *Pay Attention to Yourselves and to All the Flock* 65 (1977); Dep. of Ashe Richard, 276:10–280:21 (April 1, 2014). | 27 |
| Letter from WTNY, to All Bodies of Elders in the United States (July 1, 1989). | 28 |
| Dep. of Ashe Richard at 279:11–19 (April 1, 2014) | 29 |
| *"A Time to Speak"—When?*, The Watchtower, Sept. 1, 1987, at 12. | 30 |
| Dep. of James Rowland, 65:25–72:21, 168:1–170:2 (April 23, 2021). | 31 |
| *Organization for Kingdom-Preaching and Disciple-Making* (1972). | 31A |
| Letter from Hardin Congregation Elders (Feb. 24, 1996). | 32 |
| Letter from Roberta LaChusa (Feb. 12, 1997). | 33 |
| Letter from Norman Kaufman, to Hardin Congregation (Dec. 28, 2010). | 34 |
| Dep. of James Rowland at 78:10–80:19 (April 23, 2021). | 35 |
| Dep. of James Rowland, 132:5–18, 133:20–134:14 (April 23, 2021). | 36 |

| | |
|---|---|
| Dep. of James Rowland, 130:15–131:1–10 (April 23, 2021). | 37 |
| Aff. of Shirley Gibson, March 26, 2020; Letter from Hardin Congregation to Governing Body of Jehovah's Witnesses (Dec. 22, 1984). | 38 |
| Def. WTNY's 2d Supp. Resps. to Plfs.' 2d Set of Jurisdictional Disco., Interrog. No. 16 (Sept. 21, 2021). | 39 |
| Def. WTPA's 1st Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., RFP Nos. 8, 48 (Dec. 15, 2020); Def. WTPA's 4th Supp. Resps. to Plfs.' 3d Set of Jurisdictional Disco., Interrog. No. 35 (Sept. 21, 2021). | 40 |

Tab 1

*Branch Organization Manual* 1-4, ¶ 34 (1977)

B R A N C H   O R G A N I Z A T I O N

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 001819

27. It should be practical to handle most personal problems locally in the branch, but major questions and problems can be taken up with the Personnel Committee.

28. Copies of Bethel personnel lists should be sent in with the Annual Reports for review by the Personnel Committee. (See "Annual Reports," paragraphs 26-29.)

29. If a member of the family desires to leave, he should send a thirty-day notice to the coordinator at the branch. This is in addition to any vacation time he may yet be taking.

30. When any worker is transferred from one position to another, it would be a good thing to let him know why. Thus he will not wonder if the change is because of a failure on his part, or if there is something on which he should try to improve.

31. CHAIRMAN'S COMMITTEE: This Committee is composed of the current chairman of the Governing Body, the previous chairman and the one next in line to be chairman. The current chairman will serve as the coordinator.

32. The Chairman's Committee of the Governing Body should be alert to see that the Governing Body operates smoothly and efficiently and that there is no unnecessary overlapping of work of the various Committees.

33. Reports on major emergencies, disasters or persecutions and any other urgent matters affecting Jehovah's Witnesses will come immediately to this Committee and will be taken up with the Governing Body.

34. LEGAL CORPORATIONS: The Watch Tower Bible and Tract Society of Pennsylvania is the parent corporate agency of Jehovah's Witnesses. It works with its subsidiary legal agencies such as the Watchtower Bible and Tract Society of New York, Inc., the International Bible Students Association, and many others scattered throughout the earth, for carrying on the business that must be done in order to print and ship the good news. All these agencies are subject to and work under the direction of the "faithful and discreet slave" class and its Governing Body.

35. BRANCH COMMITTEES: Jehovah's Witnesses through their Governing Body operate branch offices located in most of the principal countries of the world. The Governing Body of Jehovah's Witnesses approves of the recommendations for elders who will serve on the Branch Committees for such offices. The Branch Committee has the responsibility for the oversight of the preaching of the good news of Jehovah's Kingdom in the territory assigned to the branch. It also gives the necessary supervision to the Christian congregations, missionaries, special pioneers, pioneers, and interested ones, organizing the congregations into circuits and districts and making recommendations to the Governing Body for the appointment of circuit and district overseers, Bethel family members and students for Gilead School.

36. The Governing Body gives direction to the Branch Committees throughout the world by means of such publications as The Watchtower and Awake! magazines, Our Kingdom Service, publications outlining organizational arrangements, as well

1-4

CAEKAERT/MAPLEY 001826

# Tab 2

Amendment to the Articles of Incorporation of WTPA at 1481 (1945)

44 JAN 1945 D

**ARTICLES OF AMENDMENT**
(Officers' Certificate of Amendment to
the Articles of Incorporation of the
WATCH TOWER BIBLE AND TRACT SOCIETY
pursuant to the
Nonprofit Corporation Law of the
Commonwealth of Pennsylvania)

We, the undersigned Nathan H. Knorr and William
E. Van Amburgh, being respectively President and Secretary of
the WATCH TOWER BIBLE AND TRACT SOCIETY, hereby certify:

**FIRST**

The name of the corporation is Watch Tower Bible
and Tract Society. The location of its registered office
is Wabash Building, 410 Liberty Avenue, Pittsburgh, Al-
legheny County, Pennsylvania.

**SECOND**

The corporation was formed under the Act of the General
Assembly of the Commonwealth of Pennsylvania, entitled "An Act
to provide for the Incorporation and Regulation of certain
Corporations", approved April 29, 1874. The articles as ap-
plied for were granted on December 13, 1884, and recorded in
the office of the Recorder of Deeds of Allegheny County on De-
cember 15, 1884, and appear in the Charter Book, Volume 9,

Copyright 2019 Watchtower Documents, LLC

page 250, of the records in said office.

### THIRD

Certain resolutions for the proposed amendment of the articles of incorporation of said Society were duly adopted under and by virtue of an Act of the Assembly of the Commonwealth of Pennsylvania of May 5, 1933 (Public Law 289), known as the "Nonprofit Corporation Law", as amended April 30, 1943 (Public Law 137).

### FOURTH

These said resolutions were adopted at a regular annual meeting of the shareholder-members of the Watch Tower Bible and Tract Society   held at Pittsburgh, Allegheny County, Pennsylvania, on Monday, October 2, 1944, at 10 o'clock a.m., which time and place of meeting were the time and place required by the by-laws and the Nonprofit Corporation Law of the Commonwealth of Pennsylvania.

### FIFTH

There were present at said meeting a quorum and more than a majority of shareholders and voting shares.

### SIXTH

All of the shareholding members at said regular annual meeting were duly notified by mailing to each member on or about September 1, 1944 (more than ten days before the date of such meeting) a copy of a written notice describing in detail each of the amendments as hereinafter set forth.

-2-

Copyright © 2008 by Watchtower Documents, LLC.

SEVENTH

A resolution was offered to said meeting to amend Article II of the articles of incorporation. Said resolution as offered reads as follows:

BE IT RESOLVED by the members of the Watch Tower Bible and Tract Society, being a majority of the members entitled to vote for amendments to the articles of incorporation, that Article II of said articles, reading as follows:

"The purpose for which the corporation is formed is, the dissemination of Bible truths in various languages by means of the publication of tracts, pamphlets, papers and other religious documents, and by the use of all other lawful means which its Board of Directors, duly constituted, shall deem expedient for the furtherance of the purpose stated." be deleted and amended by changing the same to read as follows:

II. The purposes of this Society are: To act as the servant of and the legal world-wide governing agency for that body of Christian persons known as Jehovah's witnesses; to preach the gospel of God's kingdom under Christ Jesus unto all nations as a witness to the name, word and supremacy of Almighty God JEHOVAH; to print and distribute Bibles and to disseminate Bible truths in various languages by means of making and publishing literature containing information and comment explaining Bible truths and prophecy concerning establishment of Jehovah's kingdom under Christ Jesus; to authorize and appoint agents, servants, employees, teachers, instructors, evangelists, missionaries and ministers to go forth to all the world publicly and from house to house to

-3-

COPYRIGHT © 2008 www.vintagewatchtowerdocuments.LLC

preach and teach Bible truths to persons willing to listen
by leaving with such persons said literature and by conducting
Bible studies thereon; to improve men, women and children
mentally and morally by Christian missionary work and by chari-
table and benevolent instruction of the people on the Bible and
incidental scientific, historical and literary subjects; to es-
tablish and maintain private Bible schools and classes for gra-
tuitous instruction of men and women in the Bible, Bible lit-
erature and Bible history; to teach, train, prepare and equip
men and women as ministers, missionaries, evangelists, preachers,
teachers and lecturers; to provide and maintain homes, places
and buildings for gratuitous housing of such students, lecturers,
teachers and ministers; to furnish gratuitously to such students,
lecturers, teachers, educators and ministers suitable meals
and lodging and to prepare, support, maintain and send out to
various parts of the world Christian missionaries, teachers and
instructors in the Bible and Bible literature, and for public
Christian worship of Almighty God and Christ Jesus; to arrange
for and hold local and world-wide assemblies for such worship;
to use or operate radio broadcasting stations for preaching this
gospel of the kingdom; and to do any and all other lawful things
that its Board of Directors shall deem expedient for the purposes
stated.

The foregoing resolution for the said amendment of
Article II was discussed and considered and upon being sub-
mitted to vote of the members entitled to vote thereon was duly
adopted by a vote of more than a majority of said members who
voted as a class.

-4-

Copyright © 2020 www.whitewashdocuments.LLC

The total number of voting shares of shareholder-members of the corporation in good standing at the time of said meeting was 232,266.

The total number of voting shares of shareholder-members appearing in person and by proxy was 225,305.

The total vote upon the foregoing resolution when separately offered and adopted was: 225,302.

FOR the resolution 225,302 votes.

AGAINST the resolution None votes.

EIGHTH

A resolution was offered to said meeting to amend Article III of the articles of incorporation. Said resolution as offered reads as follows:

BE IT RESOLVED by the members of the Watch Tower Bible and Tract Society, being a majority of the members entitled to vote for amendments to the articles of incorporation, that Article III of said articles, reading as follows:

"The place where the business of the said corporation is to be transacted is the City of Allegheny, in the County of Allegheny, and State of Pennsylvania."

be deleted and amended by changing the same to read as follows:

III.  The location and post office address of the registered office of the Society is in the City of Pittsburgh, County of Allegheny, Commonwealth of Pennsylvania.

The foregoing resolution for the said amendment of Article III was discussed and considered and upon being submitted to vote of the members entitled to vote thereon was duly adopted by a vote of more than a majority of said members

-5-

Copyright © 2009 by Watchtower Document LLC

who voted as a class.

The total number of voting shares of shareholder-members of the corporation in good standing at the time of said meeting was 232,266.

The total number of voting shares of shareholder-members appearing in person and by proxy was 225,305.

The total vote upon the foregoing resolution when separately offered and adopted was: 225,302.

FOR the resolution 225,302 votes.

AGAINST the resolution None votes.

NINTH

A resolution was offered to said meeting to amend Article V of the articles of incorporation. Said resolution as offered reads as follows:

BE IT RESOLVED by the members of the Watch Tower Bible and Tract Society, being a majority of the members entitled to vote for amendments to the articles of incorporation, that Article V of said articles, reading as follows:

"The names and residences of the subscribers are as follows:

| | |
|---|---|
| Charles T. Russell, | Allegheny City, Pennsylvania. |
| William I. Mann, | Benwood, West Virginia. |
| Maria F. Russell, | Allegheny City, Pennsylvania. |
| Wm. C. McMillan, | Latrobe, Pennsylvania. |
| Simon O. Blunden, | New York City, New York. |
| J. B. Adamson, | Allegheny City, Pennsylvania. |
| Joseph F. Smith, | Pittsburgh, Pennsylvania. |

Copyright © 2021 BLANK COMPANY Documents LLC

-6-

"The corporation has no capital stock. Each donation of Ten dollars to the funds of said corporation shall entitle the contributor, or his assigns, to one non-forfeitable, non-assessable, and non-dividend-bearing share; and to one vote for every such share in said corporation. Certificate of membership so acquired shall be issued by the Secretary, countersigned by the President, to the person entitled thereto." be deleted and amended by changing the same to read as follows:

V. The names and residences of the subscribers are as follows:

Charles T. Russell,    Allegheny City, Pennsylvania.

William I. Mann,    Benwood, West Virginia.

Maria F. Russell,    Allegheny City, Pennsylvania.

Wm. C. McMillan,    Latrobe, Pennsylvania.

Simon O. Blunden,    New York City, New York.

J. B. Adamson,    Allegheny City, Pennsylvania.

Joseph F. Smith,    Pittsburgh, Pennsylvania.

The corporation has no capital stock. It is not operated on a stock-share basis but on a non-stock basis. It does not contemplate pecuniary gain or profit, incidentally or otherwise, to its members, directors or officers. Its members shall be only men who are mature, active and faithful witnesses of Jehovah devoting full time to performance of one or more of its chartered purposes under its direction and by its authority, or such men who are devoting part time as active presiding ministers or servants of congregations of Jehovah's witnesses.

-7-

CAEKAERT/MAPLEY 003107

A man who is found to be in harmony with the purposes
of the Society and who possesses the above qualifications may
be elected as a member upon being nominated by a member, direc-
tor or officer, or upon written application to the President
or Secretary. Such nominee shall be elected upon a finding
by the Board of Directors that he possesses the necessary quali-
fications and by receiving a majority vote of the members pres-
ent at a meeting of the Board of Directors. Membership shall
be evidenced by a certificate bearing the statement that this
Society is a nonprofit corporation and the signatures of at
least two of its officers.

Membership at any one time shall be not more than
500 and not less than 300, including approximately seven
residents of each of the 48 states of the United States of
America on their becoming members.

All members shall be of the same class and each shall
be entitled to one vote at all meetings of members. Voting
may be by proxy when done in the manner provided by the by-laws.
No member shall sell, transfer or assign his vote. The right
to vote is personal and cannot be conveyed by will or other
instrument upon a member's death.

A meeting for electing directors and transaction of
other business shall be held annually at a time and place fixed
by the by-laws. At such meeting a majority of the members shall
constitute a quorum.

Any member may withdraw from the Society after ful-
filling all obligations to it by giving written notice of such

-8-

CAEKAERT/MAPLEY 003108

intention to the Secretary, which notice shall be presented
to the Board of Directors by the Secretary at the first meet-
ing after its receipt.

A member may be suspended for a period or expelled for
cause upon wilfully violating any of the by-laws, reasonable
rules, or ordinances of the Society, or upon becoming out of
harmony with any of the Society's purposes or any of its work,
or for wilful conduct prejudicial to the best interests of the
Society and contrary to his duties as a member, or upon ceasing
to be a full-time servant of the Society or a part-time servant
of a congregation of Jehovah's witnesses. Suspension or ex-
pulsion shall be by a majority vote of the directors, provided
that a statement of the cause therefor shall have been sent by
registered mail to the member at his last recorded address at
least ten (10) days before a regular or special meeting of the
directors; and such statement shall be accompanied by a notice
of the time when and place where the Board of Directors will
act in the premises, provided that said member shall have been
given opportunity to present a defense at the time and place
mentioned in such notice. Expulsion of a member forfeits any
interest he has or had in and to the Society or any office therein,
and cancels the right to participate in any meeting as a member
and the right to vote, provided he shall have the right to be
heard before expulsion.

The foregoing resolution for the said amendment of
Article V was discussed and considered and upon being submitted
to vote of the members entitled to vote thereon was duly adopted.

-9-

CAEKAERT/MAPLEY 003109

by a vote of more than a majority of said members who voted as a class.

The total number of voting shares of shareholder-members of the corporation in good standing at the time of said meeting was 232,266.

The total number of voting shares of shareholder-members appearing at said meeting in person and by proxy was 225,305.

The total vote upon the foregoing resolution when separately offered and adopted was: 225,302.

FOR the resolution 225,255 votes.

AGAINST the resolution 47 votes.

TENTH

A resolution was offered to said meeting to amend Article VII of the articles of incorporation. Said resolution as offered reads as follows:

BE IT RESOLVED by the members of the Watch Tower Bible and Tract Society, being a majority of the members entitled to vote for amendments to the articles of incorporation, that Article VII of said articles, reading as follows:

"The said corporation by its Board of Directors, a majority of whom shall constitute a quorum for the transaction of business, shall have full power and authority to make and enact by-laws, rules, and ordinances, which shall be deemed and taken to be the law of said corporation, and do any and everything useful for the good government and support of the

-10-

CAEKAERT/MAPLEY 003110

affairs of the said corporation; provided that the said by-laws, rules and ordinances, or any of them, shall not be repugnant to this charter, to the constitution and laws of the Commonwealth of Pennsylvania, and the Constitution of the United States," be deleted and amended by changing the same to read as follows:

VII.  The government of the corporation vests in its Board of Directors, a majority of whom shall constitute a quorum for the transaction of business.  The directors shall have full power and authority to make, amend and repeal by-laws, rules, and ordinances, which shall be the law of the Society; to disburse funds; to sell, or delegate to its officers authority to sell, real estate and personal property owned by the Society; to borrow money for the Society; to hold meetings at such times and places as may be designated by the Board; to admit members and suspend or expel them; to elect officers and employ agents, all of which powers are in addition to and not in limitation of the powers usually exercised by the directors; and also to devise and carry into execution such other measures as they may deem proper and expedient to promote the objects of the Society and to protect the interests and welfare of its members and to do any and every useful thing for the good government and support of the affairs of the Society.

The foregoing resolution for the said amendment of Article VII was discussed and considered and upon being submitted to vote of the members entitled to vote thereon was duly adopted by a vote of more than a majority of said members who voted as a class.

The total number of voting shares of shareholder-

-11-

CAEKAERT/MAPLEY 003111

members of the corporation in good standing at the time of said
meeting was 232,266.

The total number of voting shares of shareholder-
members appearing at said meeting in person and by proxy was
225,305.

The total vote upon the foregoing resolution when
separately offered and adopted was: 225,302.

FOR the resolution 225,302 votes.

AGAINST the resolution None votes.

### ELEVENTH

A resolution was offered to said meeting to amend
Article VIII of the articles of incorporation. Said resolution
as offered reads as follows:

BE IT RESOLVED by the members of the Watch Tower
Bible and Tract Society, being a majority of the members en-
titled to vote for amendments to the articles of incorporation,
that Article VIII of said articles, reading as follows:

"The said corporation shall have as officers a Presi-
dent, who shall preside at the meetings of the Board of Di-
rectors, a Vice President, who shall preside in the absence
of the President, and a Secretary, who shall also be Treasurer,
and these officers shall be chosen from among the members of the
Board of Directors annually on the first Saturday of each year,
by an election by ballot to be held at the principal office of
the corporation in Allegheny City, Pennsylvania. The members
of the Board of Directors shall hold their respective offices
for life, unless removed by a two-thirds vote of the share

-12-

COPY FROM LEGACY OF Watchtower Document LLC

CAEKAERT/MAPLEY 003112

holders, and vacancies in the Board occasioned by death, resig-
nation or removal shall be filled by vote of a majority of the
remaining members of the Board, who shall meet for that purpose
within twenty days from the time when such vacancy, or vacancies,
shall occur, and in the event of a failure to fill such vacancy,
or vacancies, in the manner aforesaid, within thirty days from
the time when such vacancy, or vacancies, shall occur, then
the said vacancy or vacancies shall be filled by the appoint-
ment of the President, and the person, or persons, so appointed
shall hold his, or their, office, or offices, until the next
annual election of officers of the corporation, when such
vacancy, or vacancies, shall be filled by election, in the
same manner as the President, Vice President, and Secretary
and Treasurer are elected. The persons entitled to vote at an-
nual elections of the corporation, shall be those who hold
certificates of membership acquired in the manner aforesaid."
be deleted and amended by changing the same to read as follows:

VIII. Directors shall be elected by the members at
an annual meeting and hold office until successors qualify.
At the annual meeting next held after this amendment to the
articles of incorporation there shall be an election by ballot
for seven directors of the Society, two of whom shall be elected
for a term of one year, two for two years and three for three
years. At each annual meeting thereafter a number of directors
equal to that of those whose terms have expired shall be elected
for the term of three years. At expiration of the said term of
three years, any director may be reelected. Directors shall be
selected from the membership of the Society.

-13-

CAEKAERT/MAPLEY 003113

Officers of the Society, chosen from among members of the Board of Directors, shall be a President (who shall preside at the meetings of the Board of Directors), a Vice President (who shall preside in the absence of the President) and a Secretary and a Treasurer. At the option of the Board of Directors the Secretary also may hold the office of Treasurer. The Board of Directors shall elect officers, who shall hold office for a term of one year, or until successors qualify. Meetings for election of officers shall be held annually at a time and place fixed by the by-laws.

Vacancies in any office or the Board occasioned by death, resignation or removal shall be filled by vote of a majority of the remaining members of the Board, who shall meet for that purpose within thirty days from the time when such vacancy or vacancies shall occur. If the Board fails to fill such vacancy or vacancies in the time and manner above provided, then the President, or if the office of the President be vacant, then the Vice President, performing the duties of President, shall fill such vacancy or vacancies by appointing the person or persons who shall hold office until the next annual meeting when such vacancy or vacancies shall be filled by election.

Officers may be removed from office upon a vote of a majority of all the Directors. Directors may be removed from the Board upon a vote of two-thirds of the members of the Society.

The foregoing resolution for the said amendment of Article VIII was discussed and considered and upon being submitted to vote of the members entitled to vote thereon was duly

-14-

CAEKAERT/MAPLEY 003114

adopted by a vote of more than a majority of said members who voted as a class.

The total number of voting shares of shareholder-members of the corporation in good standing at the time of said meeting was 232,266.

The total number of voting shares of shareholder-members appearing at said meeting in person and by proxy was 225,305.

The total vote upon the foregoing resolution when separately offered and adopted was: 225,302.

FOR the resolution 225,302 votes.

AGAINST the resolution None votes.

TWELFTH

A resolution was offered to said meeting to amend Article X of the articles of incorporation. Said resolution as offered reads as follows:

BE IT RESOLVED by the members of the Watch Tower Bible and Tract Society, being a majority of the members entitled to vote for amendments to the articles of incorporation, that Article X of said articles, reading as follows:

"The said corporation, by the name, style, and title aforesaid, shall have the right, power, and authority to take, receive and hold in fee simple, or any less estate, all such messuages, lots, lands, buildings, tenements, rents, annuities, franchises and hereditaments as may be necessary and proper for its purposes; and to sell, lease, mortgage, or otherwise dispose of the same or any part thereof; and it shall have the same right, power, and authority to take, receive and hold, and to sell, lease or dispose of any and all kinds of personal property and money."

-15-

COPYRIGHT 2007 WATCH TOWER DOCUMENTS LLC

be deleted and amended by changing the same to read as follows:

X.  The said corporation shall have the right, power, and authority to take, receive and hold donations and contributions of money and property, bequests and legacies to be used to further the chartered purposes; to receive and hold in fee simple, or any less estate, all such messuages, lots, lands, buildings, tenements, rents, annuities, franchises and hereditaments as may be necessary and proper for its purposes; and to sell, lease, mortgage, or otherwise dispose of the same or any part thereof; and it shall have the same right, power, and authority to take, receive and hold, and to sell, lease or dispose of any and all kinds of personal property and money.

The foregoing resolution for the said amendment of Article X was discussed and considered and upon being submitted to vote of the members entitled to vote thereon was duly adopted by a vote of more than a majority of said members who voted as a class.

The total number of voting shares of shareholder-members of the corporation in good standing at the time of said meeting was 232,266.

The total number of voting shares of shareholder-members appearing at said meeting in person and by proxy was 225,305.

The total vote upon the foregoing resolution when separately offered and adopted was:  225,302.

FOR the resolution 225,302 votes.

AGAINST the resolution  None votes.

-16-

CAEKAERT/MAPLEY 003116

### THIRTEENTH

A resolution was offered to said meeting to authorize and direct the application to the Court to have each of the foregoing amendments to the articles of incorporation approved by the Court. Said resolution as offered reads as follows:

BE IT RESOLVED by the members of the Watch Tower Bible and Tract Society, being a majority of the members entitled to vote for amendments to the articles of incorporation, that

WHEREAS the shareholder-voters, being the members entitled to vote for amendments to the articles of incorporation, have duly adopted Resolutions numbers 2, 3, 4, 5, 6 and 7 for the amendments to the articles of incorporation, and which said Resolutions have been duly adopted by a majority of the members entitled to vote thereon,

NOW THEREFORE the officers of the Watch Tower Bible and Tract Society are hereby directed to prepare the articles of amendment and officers' certificate of amendment to the articles of incorporation, and to certify the copies of each Resolution amending the articles of incorporation, and to file the same with the Prothonotary of the Common Pleas Court and cause to be advertised in the newspapers the necessary notice of the intention to apply to the Common Pleas Court for an order approving the articles of amendment and to take any and all other further steps necessary to effectuate the amendment to the articles of incorporation, pursuant to the resolution herein made at this annual meeting.

-17-

CAEKAERT/MAPLEY 003117

The foregoing resolution to authorize and direct the application to the Court to have each of the foregoing amendments to the articles of incorporation approved by the Court was discussed and considered and upon being submitted to vote of the members entitled to vote thereon was duly adopted by a vote of more than a majority of said members who voted as a class.

The total number of voting shares of shareholder-members of the corporation in good standing at the time of said meeting was 232,266.

The total number of voting shares of shareholder-members appearing at said meeting in person and by proxy was 225,305.

The total vote upon the foregoing resolution when separately offered and adopted was:   225,302.

FOR the resolution 225,302 votes.

AGAINST the resolution  None votes

### FOURTEENTH

The total vote by which each of the aforesaid resolutions amending the articles of incorporation and authorizing the application to the Court was adopted is shown above under each of said resolutions.  The undersigned officers do hereby certify that the total vote thus shown is true and correct according to the records of said annual meeting; and said officers do hereby further certify that the foregoing copies of said resolutions adopted at the said meeting by the voting shareholders are each, respectively, a true and correct copy of each of said resolutions for the amendment of the articles

-18-

Copyright © 2002 By Watchtower Documents LLC

of incorporation and for authorizing the application to the Court, as the same was offered to and adopted by the voting shareholders at said meeting and as the said resolutions appear of record in the minutes of said annual meeting.

IN WITNESS WHEREOF the Watch Tower Bible and Tract Society has caused these Articles of Amendment to be signed by its President, and its corporate seal, duly attested by its Secretary, to be hereunto affixed this second day of October 1944.

Attest:
W. E. Van Amburgh,
     Secretary

WATCH TOWER BIBLE AND TRACT
     SOCIETY    [Corp.Seal]

By N. H. Knorr,
    President

Copyright 2008 by Watchtower Documents, LLC

COMMONWEALTH OF PENNSYLVANIA )
COUNTY OF ALLEGHENY
CITY OF PITTSBURGH )

BE IT REMEMBERED that on
SS: this second day of October

1944, before me, a Notary Public in and for the County aforesaid, personally appeared NATHAN H. KNORR, President, and WILLIAM E. VAN AMBURGH, Secretary, of the WATCH TOWER BIBLE AND TRACT SOCIETY, the corporation named in and which executed the foregoing Articles of Amendment, who being duly sworn, did depose and say that they were personally present at the execution of the foregoing Articles of Amendment and saw the common or corporate seal of the WATCH TOWER BIBLE AND TRACT SOCIETY affixed thereto;

-19-

CAEKAERT/MAPLEY 003119

that the seal affixed thereto is the common or corporate seal
of the corporation; that the foregoing Articles of Amendment
were duly signed, sealed and delivered by and as and for the
act and deed of the corporation by the authority and at the
direction of a majority of the members of the corporation; and
that the names of the said NATHAN H. KNORR as President and of
WILLIAM E. VAN AMBURGH as Secretary, subscribed thereto are in
their proper and respective handwriting.

Sworn to and subscribed before me        )    Nathan H. Knorr
this 2nd day of October 1944.          )    Wm. E. Van Amburgh
A. C. Swanson  Notary Public (N.P.Seal) )
My commission expires April 1, 1945   )

COMMONWEALTH OF PENNSYLVANIA   )    NATHAN H. KNORR and
COUNTY OF ALLEGHENY           )
CITY OF PITTSBURGH           ) SS:   WILLIAM E. VAN AMBURGH,

being severally and duly sworn, do depose and say, and each
for himself deposes and says: That he, the said NATHAN H. KNORR,
is the President of the Watch Tower Bible and Tract Society, and
he, the said WILLIAM E. VAN AMBURGH, is the Secretary thereof.
That they have been duly authorized to execute, apply the cor-
porate seal and file the foregoing articles of amendment to the
articles of incorporation of said Society by the affirmative
vote cast in person and by proxy of the majority of shareholder-
members of said corporation who were entitled to vote on each
and all of the resolutions contained in the foregoing articles
of amendment, and that such vote was cast at the said annual
meeting of said members called for that purpose upon notice.

-20-

Copyright 2005 by Watchtower Documents

given in the time and manner required by law; that each deponent
has read the foregoing certificate and that each and every
statement of fact therein contained is true and correct.

Subscribed and sworn to before me       )    Nathan H. Knorr
this 2nd day of October 1944.            )    Wm. E. Van Amburgh
A. C. Swanson  Notary Public  (N.P.Seal) )
My commission expires April 1, 1945      )

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

IN RE                                    )
PETITION OF WATCH TOWER BIBLE            )
AND TRACT SOCIETY, for approval of       )    No. 44 January Term, 1945
amendment to articles of                 )
incorporation                            )

ORDER OF COURT

And Now, to-wit, this 15 day of February, A.D. 1945,
the foregoing petition and application for amendments to the
charter of the Watch Tower Bible and Tract Society having been
presented in open court and proper proofs of publication of
notice having been filed in connection therewith and said pe-
tition and articles of amendments having been filed with the
Prothonotary of the Court of Common Pleas of Allegheny County,
Pennsylvania, as provided by law, and the matter having been
referred to Horace Thomas, Jr., Esq., as Master, who has filed
his report recommending said application, and the court having

-21-

Copyright © 2008 by Watchtower Documents.

CAEKAERT/MAPLEY 003121

considered this application fully, the Master's report and his recommendation favoring and recommending the granting of said application, petition and amendments and being of the opinion that said petition and articles for the amendments prayed for are lawful and do not conflict with the requirements of the Act of May 5, A.D. 1933, P. L. 289 of the State of Pennsylvania, known as the Non-Profit Corporation Act, and the amendments and supplements thereto.

IT IS THEREFORE HEREBY ORDERED AND DECREED that the foregoing articles of amendments of the Watch Tower Bible and Tract Society be and the same are hereby approved and upon the recording of said articles of amendments, together with this Order, with the Recorder of Deeds of Allegheny County, Pennsylvania, the amendments specified in the articles of amendments shall become a part of the original charter of the Watch Tower Bible and Tract Society aforesaid.

BY THE COURT

[Court Seal]

February 27, 1945
From the Record
David B. Roberts, Prothonotary

by E. C. Kvatsak,
                    Deputy

CAEKAERT/MAPLEY 003122

STATE OF PENNSYLVANIA, County of Allegheny, ss:

Recorded in the office for the recording of Deeds, etc., in and for the said County, on the 27th day of February, A.D. 1945, in Charter Book, Vol. 70, page 171.

WITNESS my hand and seal of said office, the day and year aforesaid.

Anthony J. Gayard, Recorder [Seal]

Copyright © 2008 by Watchtower Documents LLC

CAEKAERT/MAPLEY 003123

Tab 3

*1980 Yearbook of Jehovah's Witnesses* 257 (1980)

# 1980
# YEARBOOK
## of Jehovah's Witnesses
### Containing Report for the Service Year
### of 1979
### Also Daily Texts and Comments



*Corporate Publishers*
**WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION**
124 Columbia Heights
Brooklyn, N.Y. 11201, U.S.A.

Branch offices appear on last page

Made in the United States of America

WTPA058773

# Theocratic Instrumentalities

Witnessing to Jehovah's name and kingdom in modern times requires both Bibles and Bible study aids. To have these always available as needed at a low cost, Jehovah's Witnesses have found it advantageous to produce these themselves. To this end they have formed legal corporations of a religious, nonprofit nature. The first of these, formed in 1881 and incorporated in 1884, is known today as the Watch Tower Bible and Tract Society of Pennsylvania. It is the parent of similar religious corporations formed world wide. Among such are the Watchtower Bible and Tract Society of New York, Inc., and the International Bible Students Association in a number of British Commonwealth nations. (This past year the religious corporation "Association Chrétienne Les Témoins de Jéhovah de France" was recognized by the French government.)

These legal bodies cooperate closely with the Governing Body of Jehovah's Witnesses, which is located in Brooklyn, New York, at the headquarters of Jehovah's Witnesses, known as the Brooklyn Bethel. This body functions in a way similar to that of the body of apostles and elders in Jerusalem who directed the activity of Christians in apostolic times. Since the Governing Body of modern times strives hard to proceed according to God's inspired Word and recognizes Jehovah God as its ruler, it, as well as the legal bodies directed by it, can properly be termed theocratic instrumentalities. "Theocratic" means to be divinely guided or ruled.

Even as the Governing Body in apostolic times served to keep Christians united in teaching, practice and preaching, so does the Governing Body of Jehovah's Witnesses today. (Acts 15:1-29; Gal. 2:7-10) Only in this way is it possible for all these Christians to be obeying the command of the apostle Paul as recorded at 1 Corinthians 1:10: "Now I exhort you, brothers, through the name of our Lord Jesus Christ that you should all speak in agreement, and that there should not be divisions among you, but that you may be fitly united in the same mind and in the same line of thought."

The Governing Body functions by means of committees of which there are six: Chairman's, Writing,

WTPA059029

# Tab 4

*1970 Yearbook of Jehovah's Witnesses* 38 (1970)

directors has officers, a president, vice-president, and secretary-treasurer. These officers and directors see that the work is done in accordance with the purpose of the corporation. They see to it that the Holy Bible is studied and that material is prepared for publication that helps people to understand the Bible. This material is prepared by many persons throughout the world who are keen students of the Bible and who can write well. It is then sent to the headquarters organization at 124 Columbia Heights, Brooklyn, New York, and through a writing staff the material is edited by brothers who are of the anointed remnant and published in *The Watchtower* and *Awake!* or in bound books and booklets for distribution in many languages throughout the earth.

So really the governing body of Jehovah's witnesses is the board of directors of the Watch Tower Bible and Tract Society of Pennsylvania, all of whom are dedicated to Jehovah God and anointed by his holy spirit. They are keenly interested in advancing the knowledge of God and promoting his purposes world wide. Jehovah's blessing has been upon the Watch Tower Society and the other societies that cooperate fully with the Pennsylvania corporation. The charters of these other corporations are similar to that of the Pennsylvania corporation. Some of such corporations are the Watchtower Bible and Tract Society of New York, Inc., International Bible Students Association of England and of Canada. These, too, are interested in promoting Bible education throughout their countries.

In this day, with such a conglomeration of nations and rulers, it has been found necessary to establish corporations in different parts of the world. Therefore corporations have been established not only in England and Canada, as mentioned, but also in Germany, Brazil and elsewhere. All of these corporations have been organized by Jehovah's witnesses, people dedicated to doing the will of Jehovah God. They all look to the Watch Tower Bible and Tract Society of Pennsylvania as the mother organization that supervises the printing and publication of all the literature that has proved so beneficial to Jehovah's witnesses in their study of the Bible, and in their proclamation of the good news of God's kingdom.                    66

Jehovah's witnesses do not honor any men, but they worship God. They do have deep respect for men who have been put in positions of overseership and who carry the responsibility of advancing Kingdom interests throughout the world. So the board of directors of the Pennsylvania corporation of the Watch Tower Society has the full cooperation of all the other societies throughout the world. Persons dedicated to Jehovah God do see eye to eye. If only all people could appreciate the words of the psalmist: "Know that Jehovah is God. It is he that has made us, and not we ourselves." (Ps. 100:3) When an individual gets to appreciate that, then he will appreciate, too, that Jehovah God has an organization and that he is working through such organization. Jehovah's witnesses are a people made up of all languages, nationalities and tongues. They use the Watch Tower Bible and Tract Society of Pennsylvania to arrange conventions, such as those just described, the "Peace on Earth" International Assemblies, to build printing plants for the publication of Bibles, the *Watchtower* and *Awake!*

CAEKAERT/MAPLEY 003211

Brooklyn Bethel home constructed in 1950, showing 1927 structure on far end and 1969 building in foreground at right

**[Picture on page 77]**                                                    77

Addition to Bethel home completed in 1960, with roof of 1969 building in close foreground

**[Picture on page 77]**

Latest addition to Brooklyn Bethel; three historical buildings and large apartment at right also provide housing for family

**[Picture on page 82]**                                                    82

Completed in 1956

Purchased in 1958

Dedicated in 1968

Built in 1927; enlarged in 1937 and 1949

Watchtower factories in Brooklyn cover four city blocks

---

Copyright © 2021 Watch Tower Bible and Tract Society of Pennsylvania.

CAEKAERT/MAPLEY 003233

Tab 5

*Organized to Accomplish our Ministry* 26 (1983)

# ORGANIZED
# TO
# ACCOMPLISH
# OUR MINISTRY

"You, though, keep your senses in all things, suffer evil, do the work of an evangelizer, fully accomplish your ministry."—2 Tim. 4:5.

WTPA028731

COPYRIGHT, 1983
by

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA


Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

WTPA028732

and to care for all His "belongings," or Kingdom interests on earth. (Matt. 24:45-47; Luke 12:42-44) Rather than being an individual Christian, the 'faithful slave' today is the remnant, still living on earth, of the composite body of Christ's anointed footstep followers. Such remaining ones are a part of spiritual Israel, the anointed congregation of God. (Gal. 6:16; compare Isaiah 43:10.) This remnant is faithfully discharging the responsibilities of the "slave" during this time of the end by taking the lead in the preaching of "this good news of the kingdom" throughout all the earth and by providing spiritual food at the proper time for the household of faith.—Matt. 24:14.

### USE OF RELIGIOUS CORPORATIONS

During these last days of the present wicked system of things, the "belongings" of the Master have increased abundantly throughout all the earth. This has placed a heavy responsibility on the 'faithful slave.' In discharging its responsibility to provide spiritual food at the proper time and in order to get the good news of the Kingdom preached before the end comes, the remnant on earth, as "the faithful and discreet slave" class, has formed certain agencies, or legal entities. It has proved to be the course of wisdom for the 'faithful slave' to organize certain corporations that are recognized by the laws of various countries. These religious corporations own and operate printing facilities that produce and distribute Bibles and Bible literature on a worldwide basis for use in the Kingdom ministry.

The first in time and the principal corporation used in this way is the Watch Tower Bible and Tract Society of Pennsylvania. This nonprofit religious society was incorporated in 1884, is made

# Tab 6

*Organized to Accomplish Our Ministry* (1989)

# ORGANIZED
# TO
# ACCOMPLISH
# OUR MINISTRY

"You, though, keep your senses in all things,
suffer evil, do the work of an evangelizer,
fully accomplish your ministry."—2 Tim. 4:5.

WTPA033861

© 1983, 1989
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Organized to Accomplish Our Ministry
English (om-E)

Made in the United States of America

Dear Fellow Ministers:

*Organized to Accomplish Our Ministry* is published for Jehovah's Witnesses. It draws attention to our basic Scriptural responsibilities. By reading it you will get an overall view of how the Christian congregation operates today. Its counsel and direction will help us to remain at unity with our brothers everywhere, who are busily 'engaged in the holy work of the good news of God.'—Rom. 15:16.

In addition to preaching the good news of the Kingdom worldwide, our aim is to help those thousands of people newly associating with us. Many of them desire to meet the Scriptural requirements for becoming dedicated and baptized witnesses of Jehovah. They, too, need to become familiar with Jehovah's organization and how to share the Kingdom good news with others. To that end, information has been included in this book that is especially beneficial to such persons.

General information is here published concerning the duties of elders and ministerial servants, judicial procedures and various features of congregation organization. Details regarding these matters are reviewed from time to time in *The Watchtower, Our Kingdom Ministry* and other publications of the Society.

It is our prayer that the reading and application of what is contained in this publication will bring Jehovah's blessing and will play a vital role in helping all of us to be theocratically organized to 'fully accomplish our ministry.'—2 Tim. 4:5.

—The Publishers

WTPA033863

# CONTENTS

CHAPTER                                                     PAGE

1  Organized to Accomplish Our Ministry  . . . .  5

2  Benefiting From Theocratic Subjection  . . . .  12

3  Recognizing Christ's Role
     in God's Arrangement  . . . . . . . . . .  17

4  How the Congregation Is
     Organized and Governed  . . . . . . . . .  21

5  Overseers to Shepherd the Flock  . . . . . .  28

6  Ministerial Servants Render
     Valuable Service  . . . . . . . . . . . . .  55

7  Arrangements for Regularly
     Assembling Together  . . . . . . . . . . .  60

8  Ministers of the Good News  . . . . . . . . .  81

9  Ways to Expand Your Ministry  . . . . . . .  110

10  How the Ministry Is Supported  . . . . . . .  119

11  Holding to Jehovah's
     Righteous Standards  . . . . . . . . . . .  127

12  When Difficulties Arise  . . . . . . . . . . .  138

13  A Worldwide Association of Brothers  . . . . .  153

14  Enduring With Life in View  . . . . . . . . .  161

Appendix: Questions for Those
     Desiring to Be Baptized  . . . . . . . . .  171

Subject Index  . . . . . . . . . . . . . . . . . .  219

NOTE: Bible quotations in this book are from the *New World Translation of the Holy Scriptures*, 1981 edition, unless otherwise indicated.

WTPA033864

# ORGANIZED TO ACCOMPLISH OUR MINISTRY

**A**S THE great God of purpose, Jehovah is working out something good for those who love him. He is gathering and instructing a great multinational crowd of dedicated, cleansed people to worship and serve him. (Isa. 2:2, 3) Are you not happy to be one of such persons having the gladsome prospect of surviving the approaching end of this present wicked system of things and living on into a righteous New Order? (2 Pet. 3:13) Surely you are, and especially since this unique work of ingathering is proceeding irresistibly toward its successful conclusion!—Isa. 55:10, 11.

What God is accomplishing through his glorified Son, Jesus Christ, should concern each one of us. Why so? Because our spiritual security now and our everlasting future are involved. Mankind today is adversely affected by the administrations operating under human rulerships. God's way of ruling, or managing affairs, is far superior to the way imperfect men have been ruling for thousands of years. Happily, in his wisdom and mercy, Jehovah has purposed "an administration . . . to gather all things together again in the Christ, the things in the heavens and the things on the earth." (Eph. 1:9, 10) Through this arrangement obedient ones from among mankind are being reconciled to God as a united family. —2 Cor. 5:18, 19.

This unifying activity on God's part commenced at Pentecost in the year 33 C.E. with the outpouring of holy spirit on about 120 disciples of

Jesus Christ. Some three years later it was extended to uncircumcised Gentiles. (Acts 10:1-48) In these modern times there is a gathered remnant of joint heirs with Christ, who are destined to be united with him in a heavenly inheritance. These constitute part of the "little flock" who Jesus indicated would be approved by Jehovah for a share in the heavenly Kingdom. (Luke 12:32) For about the past half century, however, there has also been a 'gathering of things on the earth,' or of things destined for the earth, a bringing together of a "great crowd" of "other sheep," who entertain prospects of life eternal in an earthly Paradise. Truly, an increasing throng is being affected in a wholesome, spiritual and uplifting way by God's purpose to have one united flock under Christ.—Rev. 7:9, 10; John 10:16.

### THEIR WORK AS MINISTERS

All these dedicated and baptized followers of Jesus Christ have a most important work to do. The anointed remnant serve as "ambassadors substituting for Christ." They invite others: "Become reconciled to God." (2 Cor. 5:20) Their loyal companions, the "other sheep," support them in their ministry of reconciliation, all working together as one unified organization.—2 Cor. 6:1.

Under divine command, the work of these ministers involves preaching the Kingdom good news in all the earth and making disciples of people of all the nations. (Matt. 24:14; 28:19, 20) This activity also includes sounding the divine warning of the approaching "great day of God the Almighty." (Rev. 16:14-16; Ezek. 33:6-9) Being worldwide in scope, this work is indeed significant. The fact that it must be completed soon adds to its importance.

Mankind's state of affairs today forcefully re-

minds us of the apostle Paul's words at 1 Corinthians 7:29, 31, that "the time left is reduced" and that "the scene of this world is changing." In view of this, the question arises: Will this vital work be completed in the time divinely allowed for it? By Jehovah's undeserved kindness it will.

We recall how Jesus himself declared to religious opposers that if his disciples remained silent concerning his kingship, the very stones would cry out. (Luke 19:40) Our faith in Jehovah and his Word assures us that the ingathering work will be successfully accomplished.—Compare Isaiah 14:24, 27.

Through his Son, Jehovah has equipped us well with the things we need. (Heb. 13:20, 21) Above all, we have the provision of His inspired Word and holy spirit. Material facilities are available to publish and distribute the Kingdom message. As the God of order, Jehovah has arranged for us to be organized so as to 'fully accomplish our ministry.' (2 Tim. 4:5; 1 Cor. 14:33) It is evident that Jehovah and his Son are with us. Therefore, the work continues to move on to its grand climax soon in vindication of Jehovah's name and word.

### MINISTRY MORE URGENT NOW

The establishment of God's Kingdom in the invisible heavens in 1914 inevitably forced this present system of things into its foretold "last days." (2 Tim. 3:1-5; Rev. 11:15, 18) Shortly after World War I Jehovah's people were revitalized by God's spirit to put forth a special effort in proclaiming the good news. From that time forward a tremendous witness has been given, resulting in a dividing of the people. During this period Jesus Christ, along with his holy angels, has been separating lovers of righteousness from those who are indifferent to, or who actively oppose,

the truth. This separating, or dividing, work was foretold in Jesus' illustration of the sheep and the goats. (Matt. 25:31-46) Consequently there is no question about the profound effect that the established Kingdom of God is having on the people and nations of this world.

We are now nearing the end of the present ungodly world. (2 Pet. 3:7, 11, 12) The ministry has become more urgent than ever before. (John 9:4) This calls for faithful Christians to be filled with zeal. They cannot loiter at their God-assigned work or be indifferent to its being fully accomplished. (Rom. 12:11) This is no time for independent thinking or conflicting actions on their part. More than ever before, the remnant of Kingdom heirs, along with the increasing number of "other sheep," are determined to work together as a united body. As one organized flock they follow Christ's lead so as to finish the global witness before the outbreak of the "great tribulation."—John 10:14-16; Matt. 24:14, 21.

### ATTITUDE TOWARD THE MINISTRY

When Jesus was on earth, what did he do following his baptism in the Jordan River? The Bible record clearly shows that he commenced preaching and teaching about God's Kingdom. (Matt. 4:17; Luke 4:43) Such activity was carried out with a sense of purpose and in a limited time. In Jesus' case it was necessary to complete this work his Father had given him to do before Jesus submitted to a sacrificial death on the torture stake. Faithfully he finished his earthly assignment. (John 17:4) We are urged to follow his steps closely and to acquire the same mental attitude that he lovingly displayed.—1 Pet. 2:21; 4:1, 2.

As a chosen apostle assigned by the Lord Jesus to accomplish a ministry among the nations, Paul

followed Christ's footsteps closely. Therefore, he urged his fellow workers to become imitators of him. (1 Cor. 11:1) What was his point of view toward the ministry?

When recounting his experiences of joys and hardships in his ministry, Paul said to the assembled overseers from Ephesus: "Nevertheless, I do not make my soul of any account as dear to me, if only I may finish my course and the ministry that I received of the Lord Jesus, to bear thorough witness to the good news of the undeserved kindness of God." (Acts 20:24) He maintained a keen sense of responsibility before Jehovah to preach the good news to all who would hear. Do you see the 'necessity laid upon you' to do likewise?—1 Cor. 9:16.

It was not easy for Paul to accomplish his assigned ministry. Besides dangers of an external kind and suffering at the hands of opposers, he acknowledged his own fleshly weaknesses and limitations. (Rom. 7:18) But did this cause him to develop a negative attitude? To the contrary, he came to appreciate why he had to rely fully on Jehovah. (Phil. 4:13) He was confident about the outworking of Jehovah's purpose and continued to be appreciative of Jehovah's undeserved kindness in assigning him to the ministry. (Eph. 3:7-9) That appreciation was demonstrated in his not giving up under any circumstances. He knew that Jehovah would not fail to give him the needed support, in time of trials, as long as he remained faithful in caring for his treasure of service. (2 Cor. 4:7-9, 16) Are we imitating his outstanding example?

Having established such a fine record himself, Paul could write to his fellow worker Timothy: "I solemnly charge you before God and Christ

Jesus, who is destined to judge the living and the dead, and by his manifestation and his kingdom, preach the word, . . . do the work of an evangelizer, fully accomplish your ministry." (2 Tim. 4:1-5) That charge to Timothy, who was also a Christian overseer and a missionary, included various responsibilities within the congregation of believers as well as outside. Note that the work of evangelizing is stressed as being an essential part of Timothy's ministry. His teaching by example and by word would result in saving both himself and all those who would listen. —1 Tim. 4:11-16.

The work of the other first-century Christian disciples also provides us with fine examples. (Acts 1:8) People of Samaria became believers and were baptized in response to the preaching of Philip. They were empowered with holy spirit through representatives of the governing body of apostles and older men who visited them from Jerusalem. (Acts 8:9-17) Later Philip was directed by holy spirit to speak to an Ethiopian proselyte who accepted the good news and was baptized. (Acts 8:26-38) An outstanding example of Jehovah's working through his Christian organization to expand the preaching of the good news is recorded in Acts chapter 10. There we read about Cornelius and his family who received help through the ministry of the apostle Peter. They became the first uncircumcised Gentile converts to the Christian faith.—Acts 10:1-48.

Jehovah blessed those individuals and groups of persons who came into association with the organization he was using. The Christian congregations continued to grow as they responded favorably to the Scriptural and organizational direction provided by the apostles and the body of

older men in Jerusalem. Luke calls this to our attention when he writes: "Now as they traveled on through the cities they would deliver to those there for observance the decrees that had been decided upon by the apostles and older men who were in Jerusalem. Therefore, indeed, the congregations continued to be made firm in the faith and to increase in number from day to day." (Acts 16:4, 5) What about those associating with God's organization today? Do they not find and experience a similar pattern of growth?

### ORGANIZED FOR THE MINISTRY TODAY

By following the examples of Jesus Christ and his early disciples we can share in marvelous results. These are seen in the benefits being reaped by those who have become modern-day witnesses of Jehovah, organized for the ministry. True to his promise, Jesus Christ has appointed and identified a "faithful and discreet slave," giving him charge "over all his belongings." (Matt. 24:45-47) That 'faithful slave' has dispensed abundant spiritual food for the household of God so that millions more of distressed mankind can hear the good news and learn about God's Kingdom and eventually share in serving God. Jehovah's faithful organization continues to encourage and direct our individual and united efforts to fulfill the commission to make known the good news.

The vast majority of those associated with Jehovah's organization today are dedicated and baptized. However, it may be that you have begun to associate regularly with the congregation of Jehovah's people and are considering the steps of dedication and baptism. Whatever the case may be, the pages that follow will call your attention to the way in which Jehovah's spirit-directed organization operates today. This will help you to

have a share in the marvelous work that is being accomplished through it.

As you make it your aim to work unitedly with Jehovah's people the fruitage of Kingdom witnessing as well as of God's spirit will be manifest in your life. You will be helped to see how to "conduct yourself in God's household." (1 Tim. 3:15; Matt. 13:23; John 15:8; Gal. 5:22, 23) Be sure to look up and note how all the cited scriptures apply, as these, too, will enhance your appreciation. May this book help all of us to work closely with Jehovah's organization and to use the remaining time wisely in fully accomplishing our ministry.

## CHAPTER 2

# BENEFITING FROM THEOCRATIC SUBJECTION

SUBJECTION to God as the Universal Sovereign is essential if we are to accomplish our ministry fully. Recognition of his Son's headship over the Christian congregation is also necessary. And it is important to observe, in a relative sense, the principle of subjection in other areas of life. Such theocratic subjection benefits everyone concerned.

To render such subjection properly, we need to recognize the headship principle that the apostle stated simply at 1 Corinthians 11:3: "But I want you to know that the head of every man is the Christ; in turn the head of a woman is the man; in turn the head of the Christ is God." So this indicates that other than Jehovah, every person is subject to headship in this overall arrangement.

WTPA033872

Most persons today do not recognize or observe these principles. Why? Trouble started in Eden when mankind's parents deliberately chose to take themselves out from under God's sovereign headship. (Gen. 3:4, 5) When this occurred, they did not attain to greater freedom. Instead, they came under the influence of a wicked spirit creature, Satan the Devil. The first rebellion alienated mankind. (Col. 1:21) As a result, today the majority of mankind still remains in the power of the wicked one.—1 John 5:19.

By learning and acting upon the truth of God's Word we have come out from under Satan's influence. As dedicated, baptized Witnesses, do we not accept Jehovah as the Sovereign of our life? Do we not agree with loyal King David who acknowledged Jehovah as "head over all"? (1 Chron. 29:11) Certainly! We humbly confess that "Jehovah is God. It is he that has made us, and not we ourselves. We are his people and the sheep of his pasturage." (Ps. 100:3) Our recognition of Jehovah's greatness and the need for being totally submissive to him takes into consideration his worthiness and the reasons why he created all things. (Rev. 4:11) As ministers of the true God, we follow Jesus Christ who is a perfect example of subjection to God.

What did Jesus learn by the things he suffered while on earth? Obedience to God's will even under adversity. (Heb. 5:8) Furthermore, Jesus did not do a single thing of his own initiative; he did not speak of his own originality nor did he seek his own glory. (John 5:19, 30; 6:38; 7: 16-18) During his ministry he found delight in doing his Father's will, even though this course brought opposition and persecution. (John 15: 20) Nonetheless, he showed subjection to God by

'humbling himself' even to the point of "death on a torture stake." (Phil. 2:5-8) The outcome of his complete subjection was rewarding in many ways, resulting in everlasting salvation for mankind, exaltation and perfection for himself and glory to his Father.—Heb. 5:9; Phil. 2:9-11.

### AREAS IN WHICH WE BENEFIT

Truly, subjection to God is most beneficial. Briefly reflecting on our own everyday life as Jehovah's dedicated worshipers should make this self-evident. By putting God first in our life, doing his will, we are directed in the right way. (Compare Jeremiah 10:23.) We escape many of the anxieties and frustrations that overtake those who refuse to submit to Jehovah's sovereignty. Our Adversary, the Devil, constantly seeks to ensnare and devour us. We pray for and experience deliverance from that wicked one, provided we take a stand against him and humble ourselves before Jehovah in willing subjection.—Matt. 6: 10, 13; 1 Pet. 5:6-9.

The benefits of subjecting ourselves to God extend to our relationships with others. These are measurably improved, sparing us the problems that beset those who reflect this world's spirit of independence. Thanks to Jehovah God, we can enjoy happy marriage and family life, as well as better relationships with fellow workers and employers, and we can conduct ourselves lawfully and with good conscience toward worldly governments and authorities. We can also have the best of association with our Christian brothers.

Within the marriage and family structure, husbands are assigned the position of headship, since "the head of a woman is the man." At the same time, men are to be in subjection to Christ, while the head of Christ is God. (1 Cor. 11:3)

Wives are to be in subjection to their husbands, and children to their parents. (Eph. 5:22-24; 6:1) When each family follows the headship principle, peaceable fruit results.

This requires that husbands exercise headship in a loving way, imitating Christ. (Eph. 5:25-29) When they do not abuse or abdicate their headship, it is a delight for the wife and the family to show subjection. The wife's role is that of a helper, or complement. (Gen. 2:18) By patiently giving support and respect to her husband, she gains favor from her husband and praise from God. (1 Pet. 3:1-4) When husbands and wives follow Bible counsel on headship, they thus set an example for children in showing subjection to God.

Subjection to God also affects our view of worldly governments, the "superior authorities," that have been "placed in their relative positions by God." (Rom. 13:1-7) As law-abiding citizens, Christians pay taxes; they pay back "Caesar's things to Caesar, but God's things to God." (Matt. 22:21) Being submissive and obedient to the duly constituted authorities over us in everything that is not in conflict with Jehovah's righteous law, we are able to direct our efforts and apply our energies to the important work of preaching the good news of God's established Kingdom.—Acts 5:29; Mark 13:10.

By adherence to Bible principles, Christians are able to improve their employer-employee relationships. Even though this may at times be difficult, servants of God seek to be at peace with all men. They serve honestly and reliably at their secular jobs. (Rom. 12:18; 1 Pet. 2:18) Thus, they do not become involved in distress-

ing controversies or violate their Bible-trained conscience.

Within the Christian congregation, subjection to God is reflected by obedience to his Word in all that we say and do. This includes our ministry, meeting attendance and participation, relationship with elders and cooperation with organizational arrangements. Yes, it takes in our conversation, attitude and conduct. Subsequent chapters in this publication will help you to become better acquainted with the Bible-based principles and rules that all in "God's household" are exhorted to observe.—1 Tim. 3:15.

Our subjection to God allows us to enjoy the peaceful security of a truly theocratic order. Such theocratic order is not oppressive. (1 John 5:3) Jehovah's divine qualities are reflected by a harmonious society of godly subjects. (1 Cor. 14:33, 40) Our own observations and experience with Jehovah's organization today have led us to express sentiments similar to those of God's servant David. After noting the contrast between Jehovah's servants and wicked ones who boast in their own power and riches, he exclaimed joyfully, "Happy is the people whose God is Jehovah!" —Ps. 144:15.

Theocratic subjection affects all aspects of our life. It benefits us now so that we are organized to accomplish our ministry fully. By faith we see the day when all obedient mankind will be brought into subjection to Jehovah God. This will be accomplished through the good offices of Christ Jesus. (Heb. 2:7, 8; 1 Cor. 15:27, 28) It is essential that we recognize his role in God's arrangement, since being submissive to Christ is a part of our being in subjection to God.

## CHAPTER 3

# RECOGNIZING CHRIST'S ROLE
# IN GOD'S ARRANGEMENT

THE rebellion in Eden temporarily interrupted mankind's relationship with God. However, Jehovah's purpose for the earth and mankind remained unchanged. Even as he pronounced sentence upon those who rebelled against his sovereignty, God's words gave promise of a deliverance for Adam's offspring. There would be a restoration of true worship and God would destroy the wicked one together with all his evil works.—Gen. 3:15.

This he would accomplish through his Son, Jesus Christ. (1 John 3:8b) Therefore, all who wish to receive the benefits that come from being in subjection to God must recognize Christ's role in God's arrangement.—Acts 4:12; Phil. 2:9, 11.

### WHAT CHRIST'S ROLE IS

During Christ's earthly ministry it became clear just what that role would be. The reconciliation of obedient mankind to God would be accomplished through him. (John 14:6) He gave himself as a ransom in exchange for many, to their salvation. (Matt. 20:28) All authority in heaven and on earth was assigned to him. (Matt. 28:18) So Jesus was to serve as more than just an example of godly conduct. He became the key figure in Jehovah's purpose for mankind. He is our only means of being restored to God's favor. —Acts 5:31; 2 Cor. 5:18, 19.

In his first letter to the Corinthians, Paul explained the role of Jesus Christ in these words: "For he must rule as king until God has put

17

all enemies under his feet. But when all things will have been subjected to him, then the Son himself will also subject himself to the One who subjected all things to him, that God may be all things to everyone." (1 Cor. 15:25, 28) Also, in the inspired letter to the Hebrews we read about Jesus: " 'You made him a little lower than angels; with glory and honor you crowned him, and appointed him over the works of your hands. All things you subjected under his feet.' For in that he subjected all things to him God left nothing that is not subject to him. Now, though, we do not yet see all things in subjection to him." —Heb. 2:7, 8.

We are assured that Jesus Christ was resurrected from the dead as a spirit creature and was rewarded with immortality. (1 Pet. 3:18) He was exalted to God's right hand to exercise rulership over his subjects here on earth. (Acts 2:32-36) Being alive in the heavens, he has not needed a succession of substitutes to serve in his stead during his physical absence. From his heavenly position Christ personally has been able to oversee the congregation. As its head he has exercised watchful care, thus fulfilling his promise: "And, look! I am with you all the days until the conclusion of the system of things."—Matt. 28:20.

### WHAT RECOGNITION OF HIS ROLE MEANS

Jesus' followers in the first century recognized fully the role of Christ in God's arrangement. They looked to no man as their leader. They worked in unity under the headship of Christ, submitting themselves to his direction expressed through holy spirit and through the inspired Scriptures. (Acts 15:12-21; Rev. 1:1) The apostle Paul clearly stated the understanding of the Christian congregation at that time when he

wrote: "Speaking the truth, let us by love grow up in all things into him who is the head, Christ. From him all the body, by being harmoniously joined together and being made to cooperate through every joint that gives what is needed, according to the functioning of each respective member in due measure, makes for the growth of the body for the building up of itself in love." —Eph. 4:15, 16.

Also, in his letter to the congregation in Colossae he wrote concerning Christ: "He is the head of the body, the congregation. He is the beginning, the firstborn from the dead, that he might become the one who is first in all things; because God saw good for all fullness to dwell in him, and through him to reconcile again to himself all other things by making peace through the blood he shed on the torture stake, no matter whether they are the things upon the earth or the things in the heavens."—Col. 1:18-20.

Through Christ's administrative rule of the congregation, the remaining ones of his anointed followers have been brought into unity with him during these last days. (Matt. 24:31) Additionally, he has supervised the gathering together of a great crowd of "other sheep" who, together with the anointed remnant, make up one flock under the Fine Shepherd.—Matt. 25:31-46; John 10:16.

From his heavenly position, Jesus Christ as our High Priest administers the benefits of his propitiatory sacrifice in behalf of his dedicated followers here on earth. (Heb. 4:14-16; 1 John 2:2) In this way he provides them with needed help in view of their inherent human weaknesses. The apostle Paul explained: "For we have as high priest, not one who cannot sympathize with our weaknesses, but one who has been tested in all

WTPA033879

respects like ourselves, but without sin." (Heb. 4:15) He then encourages those who exercise faith to take full advantage of this arrangement by God, saying in verse 16: "Let us, therefore, approach with freeness of speech to the throne of undeserved kindness . . . for help at the right time."

### AN INVINCIBLE LEADER

Just as was true with the Christian congregation in the first century, so we today have no need for a human leader. Jesus, alive in the heavens, lovingly serves as Head of the congregation in this 20th century. He still gives direction through holy spirit, enlightenment from the Holy Scriptures and the use of qualified undershepherds who are accountable to him and his heavenly Father as they care for the flock of God. (1 Pet. 5:2, 3; Heb. 13:17) Speaking prophetically of the Christ, Isaiah wrote: "Look! As a witness to the national groups I have given him, as a leader and commander to the national groups." (Isa. 55:4) Jesus confirmed the fulfillment of this prophecy in himself when he told his disciples: "Neither be called 'leaders,' for your Leader is one, the Christ."—Matt. 23:10.

As an example of his mental attitude and willingness to help us in our weaknesses, Jesus extended the invitation to those who listened in his day: "Come to me, all you who are toiling and loaded down, and I will refresh you. Take my yoke upon you and learn from me, for I am mild-tempered and lowly in heart, and you will find refreshment for your souls. For my yoke is kindly and my load is light." (Matt. 11:28-30) By ruling over the Christian congregation with mildness and in a way that has brought refreshment and strength to our souls, Jesus Christ has

proved himself to be like his heavenly Father, Jehovah God.—Isa. 40:11.

World events fulfilling Bible prophecy prove beyond doubt that since 1914 Jesus Christ has been entrusted with Kingdom power. He is now ruling in the midst of his enemies. (Ps. 110:1, 2; 2:1-12) What does this portend for those now living on earth? As to his enemies, his role as King of kings and Lord of lords will be powerfully demonstrated when he executes divine judgment against them. (Rev. 11:15; 12:10; 19: 16) Jehovah's promise of deliverance expressed at the beginning of man's rebellion will soon be fulfilled toward those on his right hand of favor. (Rom. 16:20) How happy we are to have recognized Christ's role in God's arrangement and to be organized to accomplish a worldwide ministry under his leadership during these last days!

## CHAPTER 4

## HOW THE CONGREGATION IS ORGANIZED AND GOVERNED

AN IMPORTANT basic truth about God was expressed by the apostle Paul in his first letter to the Corinthians when he wrote: "For God is a God, not of disorder, but of peace." Then, commenting further with regard to congregation meetings he said: "But let all things take place decently and by arrangement."—1 Cor. 14:33, 40.

At the very beginning of this same letter the apostle gave admonition concerning reported dissensions within the Corinthian congregation. Paul exhorted the brothers there to "speak in agreement" and to be "fitly united in the same mind and in the same line of thought." (1 Cor. 1:

WTPA033881

10, 11) He then proceeded to give counsel with regard to various matters that were affecting the unity of the congregation. Using the illustration of a perfect human body, he showed clearly the need for unity and cooperation. Hence all those making up the Christian congregation, regardless of their position, are urged to care for one another in a loving way. (1 Cor. 12:12-26) Such harmonious cooperation among the various members of the congregation implies an orderly arrangement—organization.

But how was the Christian congregation to be organized? Who would organize it? What kind of organization would it have and who would be in charge? A key thought for our protection today, as it was for the first-century Christians in Corinth, is what the apostle stated at 1 Corinthians 4:6. There he gave the rule: "Do not go beyond the things that are written." By letting the Bible be our guide, we can get clear answers to our questions.

### ORGANIZED THEOCRATICALLY

The Christian congregation was established in 33 C.E. on the Jewish festival day of Pentecost. It was organized and governed theocratically, that is, under God (*theos*) rule (*kratos*). The inspired account of what took place there in Jerusalem nearly 2,000 years ago leaves no doubt that the congregation of anointed ones was established by God. (Acts 2:1-47) It was his building, his household. (1 Cor. 3:9; Eph. 2:19) It is important for us to learn what we can about the congregation back there because the same pattern of organization and operation that was established during the first century is adhered to by the Christian congregation of God today, which has now been

enlarged by the addition of the "great crowd."
—Rev. 7:9, 10.

The early congregation began with about 120 members. Holy spirit was poured out first upon these in fulfillment of Joel 2:28, 29. (Acts 2: 16-18) But that same day 3,000 others were baptized in water and brought into the spirit-begotten congregation. They had embraced the word about the Christ and "continued devoting themselves to the teaching of the apostles." After that, "Jehovah continued to join to them daily those being saved."—Acts 2:41, 42, 47.

The growth of the anointed congregation in Jerusalem became such that the Jewish high priest accused the disciples of having filled Jerusalem with their teaching. The new disciples in Jerusalem included many Jewish priests who became part of the congregation.—Acts 5:28; 6:7.

Jesus had said: "You will be witnesses of me both in Jerusalem and in all Judea and Samaria and to the most distant part of the earth." (Acts 1:8) And so it was that when a great persecution arose in Jerusalem following the death of Stephen, the disciples living there were scattered throughout Judea and Samaria. But wherever they went they continued declaring the good news and making more disciples, including some from among the Samaritans. (Acts 8:1-13) Still later the good news began to be preached with good success among the uncircumcised non-Jewish nations. (Acts 10:1-48) All this preaching activity and the making of many disciples resulted in new Christian congregations being formed outside Jerusalem.—Acts 11:19-21; 14:21-23.

Arrangements were made for each newly established congregation to be organized and governed God's way, hence theocratically. This in-

volved the appointment of older men to care for the flock. Paul and Barnabas made such appointments in the congregations that were organized during their first missionary journey. (Acts 14: 23) Acts chapter 20 relates information about the apostle Paul's meeting with the older men of the congregation in Ephesus. Paul said to them: "Pay attention to yourselves and to all the flock, among which the holy spirit has appointed you overseers, to shepherd the congregation of God, which he purchased with the blood of his own Son." (Acts 20:28) These were older men in a spiritual sense who qualified for appointment because of their spiritual qualifications. (1 Tim. 3: 1-7) Paul's fellow worker Titus was authorized to make appointments of older men in the congregations of Crete.—Titus 1:5.

As more congregations were formed, the apostles and the older men in the Jerusalem congregation continued to serve as the principal overseers of the expanded international congregation of the first century. From their position in the Jerusalem congregation they served as a governing body for the entire Christian congregation. It was their responsibility to consider matters affecting Christians everywhere. They sent out letters and decrees, all of which strengthened the congregations and made it possible for the disciples to remain united in thought and action. The congregations followed the direction of the governing body and, as a result, they received Jehovah's blessing and prospered.—Acts 8:1, 14, 15; 15:1, 2, 22-31; 16:4, 5.

The apostle Paul, in writing to the congregation in Ephesus, explained that the unity of the Christian congregation would be maintained through adherence to the headship of Jesus Christ and by

WTPA033884

the operation of holy spirit. He urged Christians there to cultivate humility and to observe a oneness of the spirit in peaceful association among all members of the congregation. (Eph. 4:1-6) Then he quoted Psalm 68:18 and applied it to Jehovah's provision for spiritually qualified men to serve the needs of the congregation as apostles, prophets, evangelizers, shepherds and teachers. Such men, as gifts from Jehovah, would build up the entire congregation to a spiritual fullness that would be pleasing to God.—Eph. 4:7-16.

### CONGREGATION TODAY
### FOLLOWS APOSTOLIC PATTERN

Today a similar pattern of organization is followed in all the congregations of Jehovah's Witnesses. These collectively form a united worldwide congregation built around the nucleus of spirit-anointed ones. (Zech. 8:23) This is possible because Jesus Christ, true to his promise, has loyally remained with his anointed disciples "all the days until the conclusion of the system of things." (Matt. 28:20) They dedicate their life unreservedly to Jehovah God and faithfully do his will. Those brought into the growing congregation today embrace the good news of God and are baptized as disciples of Jesus Christ. (Mark 1:14; Acts 2:41) They recognize the headship of Jesus Christ not only over the anointed members of the congregation but also over the entire flock which includes the "other sheep."—John 10:16; Eph. 1:22, 23.

Unity is maintained by loyally recognizing the headship of Christ and also by submitting to an organizational channel, "the faithful and discreet slave." What has the Master appointed this "slave" to do? Jesus answered that the "slave" was to provide spiritual food at the proper time

and to care for all His "belongings," or Kingdom interests on earth. (Matt. 24:45-47; Luke 12: 42-44) Rather than being an individual Christian, the 'faithful slave' today is the remnant, still living on earth, of the composite body of Christ's anointed footstep followers. Such remaining ones are a part of spiritual Israel, the anointed congregation of God. (Gal. 6:16; compare Isaiah 43: 10.) This remnant is faithfully discharging the responsibilities of the "slave" during this time of the end by taking the lead in the preaching of "this good news of the kingdom" throughout all the earth and by providing spiritual food at the proper time for the household of faith.—Matt. 24:14.

### USE OF RELIGIOUS CORPORATIONS

During these last days of the present wicked system of things, the "belongings" of the Master have increased abundantly throughout all the earth. This has placed a heavy responsibility on the 'faithful slave.' In discharging its responsibility to provide spiritual food at the proper time and in order to get the good news of the Kingdom preached before the end comes, the remnant on earth, as "the faithful and discreet slave" class, has formed certain agencies, or legal entities. It has proved to be the course of wisdom for the 'faithful slave' to organize certain corporations that are recognized by the laws of various countries. These religious corporations own and operate printing facilities that produce and distribute Bibles and Bible literature on a worldwide basis for use in the Kingdom ministry.

The first in time and the principal corporation used in this way is the Watch Tower Bible and Tract Society of Pennsylvania. This nonprofit religious society was incorporated in 1884, is made

WTPA033886

up of dedicated, baptized Christians and is exclusively devoted to advancing the interests of true worship in the earth. The Watch Tower Society has extended its works worldwide, establishing branch offices in various countries. Also, in compliance with local governmental regulations, a number of other religious societies have been legally formed, such as the Watchtower Bible and Tract Society of New York, Inc. (1909) and the International Bible Students Association in London, England (1914). All these legal instrumentalities cooperate with one another. These and other legal corporations are used by the modern-day Governing Body of Jehovah's Witnesses to facilitate the preaching of the good news worldwide and to care for the spiritual needs of the entire congregation of God in all parts of the earth.

### STRUCTURE UNDER BRANCH ORGANIZATION

Whenever a branch office is established, a Branch Committee of three or more elders is appointed to care for the various responsibilities involved in looking after the work in the country or countries under the jurisdiction of that particular branch. One member of the committee serves as the coordinator of the Branch Committee.

Local congregations under each branch organization are arranged into circuits and a number of circuits make up a district. Circuits and districts may be of various sizes depending on geographical and language considerations, as well as the number of congregations within the area assigned to a branch. A circuit overseer is appointed to serve the congregations in each circuit. District overseers visit the different circuits, serve at circuit assemblies and spend some time serving

congregations, usually with the circuit overseer present. The duties of traveling overseers are set out from time to time in *Our Kingdom Ministry* as well as in correspondence addressed to them by the Society.

All in the organization recognize God's way of theocratic control. The congregations acknowledge and conform to the guidance of the Governing Body as it outlines organizational arrangements for the benefit of all. They accept the appointments made of older men to oversee the branches, districts, circuits and congregations. They look to "the faithful and discreet slave" for spiritual food at the proper time. (Matt. 24:45-47) The 'faithful slave' remnant and its Governing Body, in turn, adhere strictly to the headship of Christ, hold to Bible principles and submit to the direction of holy spirit. As all work together in unity, the results are the same as those experienced by the congregations in the first century. We are told at Acts 16:5: "Therefore, indeed, the congregations continued to be made firm in the faith and to increase in number from day to day."

## CHAPTER 5

# OVERSEERS TO SHEPHERD THE FLOCK

DURING his earthly ministry Jesus proved himself to be the Fine Shepherd. (John 10: 11) We are told that once, upon viewing the crowds following him, "he felt pity for them, because they were skinned and thrown about like sheep without a shepherd." (Matt. 9:36) Peter and the other apostles observed closely his loving concern. How different he was from the false

shepherds of Israel who neglected the flock to such an extent that the sheep were scattered and spiritually starved! (Ezek. 34:7, 8) By observing Jesus' fine example of teaching and caring for the sheep, even to the point of laying down his life for them, the apostles learned how to help those with faith return to Jehovah, the Shepherd and Overseer of their souls.—1 Pet. 2:25.

By precept and example Jesus reinforced the serious responsibility he had laid upon the apostles to care for the sheep. They never lost sight of it. On one occasion Jesus impressed very strongly upon Peter's mind and heart the importance of feeding and shepherding the sheep. (John 21: 15-17) Peter was deeply moved by this as indicated later in his exhortation to older men. In his first inspired letter he wrote: "Therefore, . . . shepherd the flock of God in your care, not under compulsion, but willingly; neither for love of dishonest gain, but eagerly; neither as lording it over those who are God's inheritance, but becoming examples to the flock."—1 Pet. 5:1-3.

Peter's words apply with equal force to overseers in the congregation today. The need for having overseers in the congregations today is the same as it was back there in the first century, namely, to shepherd the flock of God. In his letter Peter emphasized the proper attitude that overseers should have in caring for such responsibility. Imitating Jesus, they should serve willingly, eagerly and as examples to the flock, taking the lead in Jehovah's service.

We can indeed be grateful for having spirit-appointed overseers in the congregation today. The benefits we receive are many. For example, overseers give spiritual encouragement and personal attention to the needs of individual mem-

bers of the congregation. Each week with earnestness they preside at congregation meetings where all are nourished in the faith. (Rom. 12:8) Their efforts to protect the flock from harmful elements and wicked men contribute to our spiritual security. (Isa. 32:2; Titus 1:9-11) Moreover, by their example and lead in the field ministry we are encouraged to keep active in preaching the good news regularly each month. (Phil. 3:16, 17; Heb. 13:15-17) Through these "gifts in men" Jehovah has provided well for the building up of the congregation.—Eph. 4:8, 11, 12.

### QUALIFICATIONS FOR OVERSEERS

To ensure proper care of the congregation, men appointed to serve as overseers must meet the requirements set out in God's Word. Only if they do qualify could it be said that they have been appointed by holy spirit. (Acts 20:28) The Scriptural standards for Christian overseers are admittedly high, since these men have the serious responsibility of taking the lead in Jehovah's worship and being exemplary in Christian conduct. (1 Cor. 11:1; Heb. 13:7; 1 Pet. 5:3) But the standards are not so high that they cannot be met by Christian men who have a real love for Jehovah and a willingness to be used by him. The high standards provide a guarantee that those appointed as elders will be good examples in the congregation. It should be obvious to all that the overseers are individuals who apply the counsel from the Bible in all affairs of life.

The apostle Paul wrote down the basic Scriptural requirements for overseers in his first letter to Timothy and in his letter to Titus. At 1 Timothy 3:1-7 he wrote: "If any man is reaching out for an office of overseer, he is desirous of a fine work. The overseer should therefore be irrepre-

WTPA033890

hensible, a husband of one wife, moderate in habits, sound in mind, orderly, hospitable, qualified to teach, not a drunken brawler, not a smiter, but reasonable, not belligerent, not a lover of money, a man presiding over his own household in a fine manner, having children in subjection with all seriousness; (if indeed any man does not know how to preside over his own household, how will he take care of God's congregation?) not a newly converted man, for fear that he might get puffed up with pride and fall into the judgment passed upon the Devil. Moreover, he should also have a fine testimony from people on the outside, in order that he might not fall into reproach and a snare of the Devil."

Paul's words to Titus state: "For this reason I left you in Crete, that you might correct the things that were defective and might make appointments of older men in city after city, as I gave you orders; if there is any man free from accusation, a husband of one wife, having believing children that were not under a charge of debauchery nor unruly. For an overseer must be free from accusation as God's steward, not self-willed, not prone to wrath, not a drunken brawler, not a smiter, not greedy of dishonest gain, but hospitable, a lover of goodness, sound in mind, righteous, loyal, self-controlled, holding firmly to the faithful word as respects his art of teaching, that he may be able both to exhort by the teaching that is healthful and to reprove those who contradict." (Titus 1:5-9) Paul's counsel quoted above emphasizes the need for overseers to maintain a proper attitude toward carrying out their responsibilities, being willing and eager, taking the lead. Other Bible writers more indirectly or by implication set out what would be required of

Christian men in order for them to qualify for appointment as overseers, or shepherds, of the congregation.—Jas. 3:13, 17, 18.

Although a first consideration of the Scriptural requirements may prove to be somewhat overwhelming, there should be no reason for Christian men to shy away from desiring the fine work associated with the office of overseer. The fact is that all dedicated Christians should strive to measure up to these high standards. By taking the lead in exhibiting fine Christian qualities, overseers encourage other members of the congregation to do the same. This is indicated by what the apostle Paul wrote in describing how "gifts in men" are provided "with a view to the readjustment of the holy ones, for ministerial work, for the building up of the body of the Christ, *until we all attain to the oneness in the faith and in the accurate knowledge of the Son of God, to a full-grown man, to the measure of stature that belongs to the fullness of the Christ."* (Eph. 4:8, 12, 13) Since all Christians are to strive to attain spiritual maturity, those standing before the congregation as appointed overseers are required to be exemplary in taking the lead.

As indicated by what Paul wrote to Timothy and Titus, overseers would be selected from among the *older men* of the congregation. They would *not* be mere boys or *newly converted* men, but they would be individuals with experience in Christian living, having a broad knowledge of the Bible, a deep understanding of it and a genuine love for the congregation. They would be individuals who have the courage to speak up when wrongdoing exists and to take the needed action to correct it and thus protect the flock from

any who would selfishly exploit them. (Isa. 32:2) They would be men readily recognized by all in the congregation as spiritually mature men with a genuine concern for the flock of God. Their overall way of life would show this.

Those qualifying for appointment as overseers of the flock of God would be men experienced in life who had demonstrated a measure of practical wisdom in carrying on their own affairs. If married, they would be adhering to the Christian standard for marriage, namely, *husband of one wife,* and would have demonstrated their ability to *preside over their own household in a fine manner.* Because of their *having believing children who are not under a charge of debauchery nor unruly* but who are *in subjection with all seriousness,* other members of the congregation could confidently approach overseers for counsel and advice on a wide range of personal matters having to do with Christian living. Having conducted themselves properly within the family arrangement as well as within the community in general, these men would also be *irreprehensible, free from accusation* and *have a fine testimony* even *from people on the outside.* No valid charge of improper conduct could be brought against them to mar the reputation of the congregation. They would not have been reproved recently for serious wrongdoing. Others in the congregation would be moved to imitate their fine example and entrust their spiritual life to their care.—1 Cor. 11:1; 16:15, 16; Phil. 2:25, 29; Heb. 13:7.

Such qualified men would be able to serve the Christian congregation in a role similar to that of the older men of Israel who were described as "wise and discreet and experienced." (Deut. 1:13) They would not be without sin. (Rom. 3:23) But

they would be known in the congregation and in the community as being upright and God-fearing, men who had demonstrated over a period of time that they conduct their life entirely on the basis of God's principles. Their blamelessness would give them freeness of speech before others in the congregation.

Men qualifying for appointment as overseers would display *moderation in personal habits* and in their dealing with others. They would not be fanatics, but their way of life would be characterized by balance, *orderliness* and *self-control.* Moderation would be demonstrated in such things as eating, drinking, recreation, hobbies and entertainment. They would *not be given to a lot of wine* but would be moderate in the use of alcoholic beverages so as *not* to leave themselves open to charges of drunkenness or of being a *drunken brawler.* One whose senses have been dulled by intoxicating drink easily loses self-control and so is not in a position to watch over the spiritual interests of the congregation.

Exercising oversight of the affairs of the congregation requires one to demonstrate a measure of *orderliness,* being systematic in life, habits and work. This includes his personal appearance, his home and his activities. Such one avoids procrastination, is able to see what is required and plans accordingly. He adheres to theocratic order. All of this is what is meant by being *moderate in habits* and *self-controlled.*

An overseer must be *reasonable.* He must be able to work in unity and cooperate with others within the body of older men who are charged with the oversight of the congregation. He should have a proper view of himself in relation to others both within the congregation and outside. As

WTPA033894

a reasonable person, the overseer would not be opinionated, considering his views and opinions as always superior to those of his fellow elders. Others may excel in qualities or abilities that he may lack. Reasonableness comes as a result of basing one's conclusions solidly on the Scriptures and striving to imitate the example of Jesus Christ. (Phil. 2:2-8) By showing proper respect for others and considering others as superior to himself, an elder would *not become belligerent or be a smiter* of others with either physical or verbal abuse. He would *not be self-willed,* always insisting on his own way or that his point of view must be accepted as best. He would *not be prone to wrath* but would be peaceable in his dealings with others.

Similarly, one qualifying to serve as an overseer in the congregation should be *sound in mind.* This means that he should have a good comprehension of Jehovah's principles and their application. He should be levelheaded, not hasty in judgment. He should be receptive to counsel and direction. He should not be double-minded or hypocritical, not fanatical.

The apostle reminded Titus that an overseer should also be *a lover of goodness.* He should be *righteous and loyal.* These qualities would be reflected in his dealings with others and in his firm stand for what is right and good. He would be known as one who is unwavering in his devotion to Jehovah and consistent in upholding righteous principles when making judgments. He would be one who is able to keep a confidence.

As one who is sound in mind, of course, he would not be overly demanding in what he expects of others. Neither would the overseer be unduly concerned about material advantages for

WTPA033895

himself, *not greedy of dishonest gain, not a lover of money.* He would not use his office to take material advantage of the brothers under his care nor would he hold back because of the reasonable material sacrifices he may be required to make in order to give generously of his time in caring for the needs of the congregation. His love for the brothers, as well as for strangers, and his self-sacrificing endeavors in their behalf would make him as one who is genuinely *hospitable,* freely giving of himself and his belongings for the benefit of others.—Acts 20:33-35.

In order to carry out his assignment effectively, one appointed as an overseer, or shepherd, of the congregation would need to be *qualified to teach.* Paul's words to Titus were that the overseer would be one *"holding firmly to the faithful word as respects his art of teaching, that he may be able both to exhort by the teaching that is healthful and to reprove those who contradict."* (Titus 1:9) In exhibiting his art of teaching the overseer should have the ability to reason with others, produce evidence, overcome objections and set out with clearness the teaching of the Scriptures in such a way that others would be convinced and have their faith strengthened. The overseer would need to exercise such teaching ability under circumstances both favorable and unfavorable. (2 Tim. 4:2) He would need to have the patience to reprove with mildness one who is in error or convince a doubter and move him to profitable works on the basis of faith. His being qualified to teach either before an audience or on a person-to-person basis would give evidence of his meeting this important requirement.

The apostle Peter wrote that the older men of the congregation who serve in a representative

capacity should do so *willingly* and with *eagerness,* not under compulsion nor begrudgingly. They should be enthusiastic in their endeavors. They should be *taking the lead, becoming examples to the flock.*—Heb. 13:17; 1 Pet. 5:3.

All of this may look like a great deal to expect from one who would serve as an overseer. Certainly none would measure up perfectly to the high standard that has been set forth in the Bible, as outlined here, but none of the appointed elders in the congregation should be so significantly deficient in any one of these qualities that the deficiency could be considered a serious flaw. Some elders will be more outstanding in one quality than in another, whereas others of the body will excel in those qualities in which some may be weak. The effect then is that, generally speaking, as a whole, the body will have within itself all the fine qualities that are necessary for exercising proper oversight of the congregation of God.

When recommending men for appointment as overseers, the body of elders will want to keep in mind their own standing before Jehovah and their relationship with fellow Christians. Romans 12:3 counsels that each one should in no way "think more of himself than it is necessary to think; but to think so as to have a sound mind, each one as God has distributed to him a measure of faith." Each should consider himself as a lesser one. None should prove to be "righteous overmuch" when examining the qualifications of another. (Eccl. 7:16) Having clearly in mind the Scriptural requirements for elders, they would want to determine whether or not one being considered measures up to those standards to a reasonable degree or whether he is so seriously

deficient in one or more of the Scriptural requirements that he would not qualify to serve. Allowing for human imperfections and being free from biased leanings and hypocrisy, appointed elders will make their recommendations in a manner showing due respect for Jehovah's righteous standards and for the good of the congregation. Just as with Timothy and Titus, elders today need to give prayerful consideration to each recommendation and follow the direction of holy spirit. This is one of the serious responsibilities they shoulder, and they must do so in accord with Paul's admonition 'never to lay your hands hastily upon any man.'—1 Tim. 5:21, 22.

Men meeting these high Christian standards are able to protect the congregation from spiritual dangers, and they serve as fine examples of Christian conduct for all to imitate. They have freeness of speech enabling them to be bold in giving needed counsel to those within the congregation as well as being zealous to proclaim the good news in the field ministry.—Heb. 10: 19-23, 35; Acts 4:29; 1 Tim. 3:13.

### FRUITAGE OF THE SPIRIT

Such spiritually qualified men would give evidence in their life that they were directed by holy spirit. They would be producing the fruitage of the spirit, described at Galatians 5:22, 23 as "love, joy, peace, long-suffering, kindness, goodness, faith, mildness, self-control." Their oversight of the congregation would be refreshing to the brothers and would serve to unite the congregation in rendering sacred service. Their course of conduct and the fruitage of their labors would give evidence that they are appointed by holy spirit. (Acts 20:28) Having the spiritual requirements for overseers and shepherds stated

so precisely in the inspired Scriptures has made it possible for us to have qualified appointed overseers to shepherd the flock today.

### REACHING OUT

The office of overseer is to be desired by mature Christian men. (1 Tim. 3:1) However, the appointment means work, self-sacrifice and making oneself available to serve the needs of the brothers, caring for their spiritual interests. Reaching out for the office means striving to meet the qualifications set out in the Scriptures. The overseers of the congregation have a great responsibility as well as an accountability in caring for the souls of those entrusted to their care. Members of the congregation are told: "Be obedient to those who are taking the lead among you and be submissive, for they are keeping watch over your souls as those who will render an account; that they may do this with joy and not with sighing, for this would be damaging to you." (Heb. 13:17) Although the overseers are imperfect men, there is no need for anyone in the congregation to hold back from being submissive since it is Jehovah's arrangement and he will hold the overseers responsible for their actions. They are representing him and his theocratic rule. He will remove from office those overseers who fail to manifest the fruitage of the spirit and whose pattern of life falls short of the Scriptural requirements.

Overseers themselves must also take very seriously what is stated at Hebrews 13:17. They are referred to as "those who are taking the lead," "keeping watch over" the souls of the brothers and as "those who will render an account." Overseers must exercise special care not to 'lord it over' the flock of God, not to use their position

of responsibility for selfish advantage or even serve because they feel that they are compelled to do so. The overseers must prove themselves to be loving shepherds of the flock of God.—1 Pet. 5:2, 3; Prov. 27:23.

Do we not truly appreciate the hard work and fine example of the congregation overseers? In writing to the congregation in Thessalonica Paul admonished the brothers: "Now we request you, brothers, to have regard for those who are working hard among you and presiding over you in the Lord and admonishing you; and to give them more than extraordinary consideration in love because of their work." (1 Thess. 5:12, 13) Much of the hard work of the congregation overseers serves to make our service to God easier and more enjoyable. Also, in his first letter to Timothy, Paul makes mention of the attitude that members of the congregation should cultivate toward the overseers, saying: "Let the older men who preside in a fine way be reckoned worthy of double honor, especially those who work hard in speaking and teaching."—1 Tim. 5:17.

### PERSONAL CIRCUMSTANCES MAY CHANGE

Of course, a brother who has served faithfully for a period of time may become physically ill or otherwise incapacitated, perhaps due to advancing age, and may no longer be able to care for all the responsibilities of an overseer as he once did or in the way that other overseers do. Even so, he should still be viewed and respected as an older man as long as he is appointed. There would be no need for him to step aside due to his limitations. He is still due the double honor paid to all hardworking older men who are serving to the best of their respective abilities in shepherding the flock.

But if a brother should feel that it would be best for him to step aside due to changed personal circumstances that limit his ability to serve, he may choose to do so. He should still be held in respect and be able to do much good in the congregation, even though no longer having assignments and duties given to elders.

### POSITIONS OF RESPONSIBILITY

Generally, men appointed as overseers are recommended for appointment by the local body of elders. This is done during regular visits of the circuit overseer. However, the Governing Body may appoint men who qualify to serve as overseers in any locality at any time. The Governing Body is not bound by the recommendations of any local group. Such recommendations serve merely as a guide and may even be rejected for reasons well known to the Governing Body. Also, at times, the Governing Body may authorize certain representatives to make appointments of overseers.—1 Tim. 1:3; Titus 1:5.

In each congregation there is a presiding overseer who serves for an indefinite period of time. The same is true of the secretary, service overseer, *Watchtower* Study conductor and Theocratic Ministry School overseer. The elders do not serve in these positions on a rotational basis. Of course, if a brother holding any of these positions moves, is unable to care for his responsibilities due to health reasons or becomes disqualified for failure to measure up to Scriptural requirements, another elder is selected to handle the assignment. In congregations where the number of overseers is limited, it may be necessary for an elder to handle more than one assignment until such time as other brothers qualify to be appointed as elders.

The presiding overseer serves as chairman at meetings of the body of elders. Communications and important records of the congregation are handled by the secretary who keeps the elders informed about important communications. Arrangements for field activity and other service-related matters come under the direction of the service overseer. The specific duties of these brothers, along with the *Watchtower* Study conductor, Theocratic Ministry School overseer and others who make up the body of elders, are set out from time to time in *Our Kingdom Ministry* and letters from the Society. Whenever appointments, deletions or removals of overseers and ministerial servants take place, appropriate announcements are made to the congregation. This enables all concerned to know who are currently serving within the local congregation and they can thus cooperate with the arrangement that is in effect.

It is suggested that the body of elders in each congregation meet periodically to discuss matters related to the spiritual progress of the congregation. Two such meetings are held each year in conjunction with the regular visits of the circuit overseer. About three months after each visit of the circuit overseer, a meeting can be scheduled. These four meetings during the year would most likely be sufficient for resolving any matters requiring the attention of the entire body of elders. Of course, the elders may convene at any time circumstances make it advisable. But if each one gives proper attention to his assigned duties and if the work of the elders is being adequately supervised and coordinated through the presiding overseer, meetings involving the entire body of elders can be kept to a minimum. Additionally,

all the elders in the circuit meet with the circuit and district overseers during the week of the semiannual circuit assembly.

### CONGREGATION SERVICE COMMITTEE

There are certain duties that are cared for by the Congregation Service Committee, made up of the presiding overseer, secretary and service overseer. Members of this committee are involved in handling and signing various forms, such as those used in connection with literature inventories, orders, field reports and recommendations for appointment or removal of overseers, ministerial servants or regular pioneers. From time to time the Society calls upon the Congregation Service Committee to perform other duties.

### OTHER RESPONSIBILITIES OF ELDERS

The presiding overseer is responsible for overseeing the Service Meeting. Periodically, however, he may invite another elder to look after this assignment for a certain month. Depending on the number available and their individual abilities, various elders handle assignments in connection with the other congregation meetings each week. These meetings are planned, outlined and prepared in advance so that they will be instructive and spiritually upbuilding. The elders are responsible for presenting instructive public talks. These also take much time in preparation. Besides teaching in the congregation, the elders also take the lead in the field ministry. They work along with the publishers, setting the example.—Heb. 13:17; 1 Pet. 5:3.

### CONGREGATION BOOK STUDY CONDUCTOR

One of the outstanding privileges in the congregation is to serve as a Congregation Book Study

WTPA033903

conductor. Such conductor has the opportunity to help others in a number of areas. Because this responsibility is a serious one, elders should be used, if available. If not, then one elder might care for more than one group, doing so at different times during the week. This, however, would depend on his circumstances. Or, capable ministerial servants could be used until such time as an elder can take over. This is something for the elders to decide. They would also decide to which group the conductor would be assigned.

One of the chief responsibilities of the Congregation Book Study conductor is teaching. In order to do so adequately, thorough preparation is necessary. He should know not only the answers to the study questions but also the reasons behind those answers and the value of the material. It should be his goal to help the group get a true understanding of what is being considered, so that they can apply the truths learned to their life and explain them to others. This would require a genuinely conscientious effort on his part, even as emphasized by Paul at Romans 12:7, where he wrote: "He that teaches, let him be at his teaching."

Another important feature of the book study conductor's work is that of taking the lead in the field ministry. The regularity, zeal and enthusiasm that he shows for the field activity will be reflected in the publishers. Because the brothers appreciate the encouragement and help that come through being together, a group witnessing schedule convenient for the majority should be worked out and maintained. (Luke 10:1-16) The conductor needs to plan so there is always enough territory to work. He will conduct the meeting for field service and organize the publishers for

that day's work. When he cannot be there, he can arrange for another elder, ministerial servant or, if neither is available, another publisher in good standing to care for these responsibilities so that the publishers enjoy the good leadership they need.

A real help to the study conductor and the entire group is the service overseer. It is a wise conductor who plans ahead for the visit of the service overseer, keeping his group informed of the time of the visit and anticipating its benefits. As all in the group are kept fully aware of the arrangements and enthusiastically support them, there is a corresponding improvement in the field activity.

Each study group is purposely kept small. This allows for the study conductor to become well acquainted with all assigned to it. As a loving shepherd he is warmly interested in each one and will try to give personal help and encouragement for the field ministry, support of congregation meetings and whatever else is appropriate to assist in keeping each person spiritually strong. Some will benefit from a personal visit when ill or depressed. An encouraging suggestion or a word of counsel might prompt some to reach out for additional privileges in the congregation, thus becoming of greater use to their brothers. While most of his efforts logically will be directed toward helping those in his own group, as an elder and shepherd he will have the entire congregation in mind. He is lovingly concerned for all in the congregation and will be ready to help others who are in need.—Acts 20:17, 28.

### BENEFITING INDIVIDUALLY

The hard work of the overseers includes many things that contribute to the spiritual well-being

of the congregation as a whole and of its members individually. Much time is also used by these mature men in making visits to the homes of the brothers for the purpose of giving spiritual encouragement. While visiting the brothers privately in their home, or talking with them personally at the Kingdom Hall when home visits are not convenient or possible, the elders are able to give attention to the special needs of each one, just as a loving shepherd looks to the individual needs of each one of the many sheep in his flock.

At times it may appear that the overseers are so very busy that they really do not have time to give you the personal attention that is needed. Or you may hesitate to approach one of the overseers because you do not want to add to his burden. Although overseers do have many responsibilities and are kept busy not only with congregational matters but also with their own families and personal matters, members of the congregation should always feel free to approach them whenever they need help. It is unwise to allow a problem to remain unattended until it becomes serious. Also, it is not wise to reason that the overseers will learn of the problem by themselves if you do not bring it to their attention. Some matters causing disturbance may be more easily handled at an early stage before they grow into problems of major proportions.

### CITY OVERSEER

A city overseer is appointed in cities where there is more than one congregation. Usually this appointment is made on the recommendation of the circuit overseer or circuit overseers, if more than one serves congregations in that city. This is not an appointment that changes

each year. The city overseer does not exercise jurisdiction in any congregation other than the one in which he serves as an elder. The Society's branch office may wish to communicate with him on various matters, such as expired subscriptions or arrangements for assemblies and schools that may be held in his city. However, the branch deals directly with each congregation in regard to literature supplies, monthly field service reports and other matters.

### CIRCUIT OVERSEER

The Governing Body appoints qualified elders to serve as circuit overseers. These are assigned by the branch office to visit, on a regular basis, the congregations that make up their circuits, usually twice a year. They also periodically visit pioneers, special pioneers or missionaries serving in isolated territory. They plan their routing and notify each congregation sufficiently in advance so the visit will result in the most benefit.

The presiding overseer takes the lead in organizing matters so the visit will prove spiritually refreshing to all. (Rom. 1:11, 12) After he receives notification of the visit and information about the needs of the circuit overseer and his wife, if married, he makes arrangements through various brothers to get the needed literature supplies, accommodations and other necessary things. He makes sure all, including the circuit overseer, are informed of these arrangements.

The circuit overseer will contact the presiding overseer regarding the scheduling of meetings, including meetings for field service. These will be arranged in accord with what is directed in *Our Kingdom Ministry,* letters from the branch, local circumstances and the circuit overseer's suggestions. All need to be informed in advance

concerning the time of the meetings with the congregation, with the pioneers and with the elders and ministerial servants, as well as the places and times of meetings for field service. This will enable all to adjust their affairs so they can benefit from the entire week's activities.

Since the circuit overseer will check the congregation's records on Tuesday afternoon, such records should be in good order and available before he arrives. The presiding overseer will be sure to have them at the location where they will be checked. It is helpful if the presiding overseer or the secretary is available to render any assistance needed. The circuit overseer checks the Congregation's Publisher Record cards, monthly field service reports, meeting attendance records, territory records and the accounts. This will give him some insight as to possible needs of the congregation and how he may be of assistance to those responsible for keeping these records.

During his visit the circuit overseer takes time to speak with the brothers individually as he is able—at meetings, out in the field service, while enjoying their hospitality at mealtimes and otherwise. Additionally, he meets with the elders and ministerial servants, sharing appropriate Scriptural counsel, suggestions and encouragement that will help them shoulder their responsibilities in serving and shepherding the flock in their care. (Prov. 27:23; Acts 20:26-32; 1 Tim. 4:11-16) He also meets with the pioneers to encourage them in their work and give personal assistance with any problems they may be encountering in their ministry.

If there are problems that need attention, the circuit overseer will either handle these or assist the elders to the extent possible while he is with

the congregation. He will strive to help the elders or individuals involved to locate the Scriptural direction that applies. If there has been some serious wrongdoing and the elders need his assistance in handling such, he will set aside time for this purpose. If there is anything that the branch office needs to do in following through, he and the elders will provide the office with a detailed report on the matter.

While with the congregation the circuit overseer attends the regular congregation meetings. These may be adjusted from time to time in harmony with directions in *Our Kingdom Ministry,* letters from the branch office or other directives from the Society. He will give several talks to the congregation. His objective will be to encourage, fortify and motivate the congregation. He will strive to build in each one love and appreciation for Jehovah, Jesus Christ and the organization. He will encourage zealous participation in field service, providing practical suggestions on how to do the work effectively.

One of the primary objectives of the circuit overseer's visit is to provide leadership in field service. Many in the congregations have been able to adjust their schedule so that they could have a fuller share in field service that week. Some have been able to arrange to be auxiliary pioneers the month of his visit. Could you do so? Those desirous of working with him or his wife can make an appointment to do so through the presiding overseer. Much good has been accomplished by taking the circuit overseer or his wife on Bible studies and return visits. At times adjustments have to be made to do this during his visit, but the benefits are worth it. The circuit overseer is encouraged to arrange for an early

WTPA033909

start in field service each day and to spend full days in service, taking into consideration local circumstances. Your extra effort to give full support to this aspect of the week's visit is deeply appreciated.—Prov. 27:17.

Circuit assemblies are arranged twice a year for each circuit. The circuit overseer is responsible for the operation of the assembly organization on these occasions. On the circuit overseer's recommendation the Society appoints permanent assembly personnel: an assembly overseer, an assistant assembly overseer and a news representative. They are to work closely with the circuit overseer in caring for the assembly organization. This will enable the circuit overseer to give his primary attention to the assembly program. The circuit overseer designates other capable men to care for various departments. He also arranges for an audit of the circuit accounts after each circuit assembly.

The circuit overseer reports his field service directly to the Society at the end of each month. He also submits a report on certain necessary expenses incurred, such as for travel, food and lodging, if these are not covered by the congregations. Additionally, the Society provides him with a small allowance for personal things and he receives literature and magazines at pioneer rates. These traveling representatives have confidence that, as Jesus promised, material needs will be provided if they seek continually the interests of Jehovah's Kingdom. (Luke 12:31) The congregations will want to be conscious of their privilege to display hospitality to these devoted elders who serve them.—3 John 5-8.

### DISTRICT OVERSEER

The district overseer is a traveling elder who is also appointed by the Governing Body and assigned by the branch office to serve a number of circuits that comprise a district. He serves as chairman of the circuit assembly programs in his district and gives the public discourse on such programs. He works the first part of each week with a host congregation in the circuit being served. He takes the lead in group witnessing and gives an upbuilding Scriptural talk to the host congregation.

The branch office assigns each circuit the dates for its circuit assembly, and when the circuit overseer has secured assembly facilities for these dates he notifies the branch office. The branch office notifies the district overseer of this schedule, which he now follows as his assigned routing. Due to travel distances for the publishers and the small size of assembly facilities, some circuits have to be divided into sections with a circuit assembly held for each section. The district overseer is informed of this and spends a week in the circuit for each circuit assembly to be held. In advance he works out with the circuit overseer which congregation can appropriately be the host congregation for each circuit assembly.

The district overseer gives encouragement to the circuit overseer and his wife (if married) and offers helpful suggestions to assist them with their work. This he does on Tuesday afternoon of his visit. From time to time the branch office will outline points that they can beneficially discuss in this meeting. The circuit overseer and his wife may have questions on which they desire assistance. (Prov. 20:5) The district overseer, too, may have points to share due to things he

WTPA033911

has learned through experience and observation. Privately, the circuit overseer may want to discuss the needs of the circuit and points that the district overseer may be able to work into his talks on the circuit assembly program or at his meeting with the elders of the circuit.

While working with the host congregation during the first part of the week, the district overseer will give a talk to the congregation and attend an abbreviated Congregation Book Study on Tuesday evening. If the elders need advice or assistance with some congregation matters, they will let him know this in advance and he will meet with them. Primarily, during the week he will take the lead in group witnessing. He and his wife will have a full schedule for field service. The circuit overseer and his wife will also give full support to the field service activity that week. The presiding overseer will make sure all are informed of the arrangements for meetings for service. He will also see that adequate territory is available and make appointments in behalf of any who have requested to work with the traveling overseers.

At the conclusion of the circuit assembly (or assemblies) the district overseer will send the branch a report on how the program was presented and received in that circuit. Also, he will report on the spiritual condition and the needs of the circuit. Once a month he also reports his field service and expenses. His accommodations and expenses are cared for in the same way as those for the circuit overseer.

### BRANCH COMMITTEE

In each of the branch offices of the Watch Tower Society throughout the world, three or more spiritually qualified and mature brothers

serve as a Branch Committee to oversee the preaching work in the country or countries under their jurisdiction as assigned by the Society. One of the committee members serves as the Branch Committee coordinator.

Those serving on the Branch Committee handle matters pertaining to all the congregations in their territory. They arrange for the providing of publications furnished by "the faithful and discreet slave" to strengthen all associated with the congregations. Their primary objective is to see to it that the good news of the Kingdom is preached throughout the territory assigned, and that congregations, circuits and districts are set up to give proper oversight to the needs of the field. The Branch Committee also gives attention to missionaries and to special, regular and auxiliary pioneer activity. When there are assemblies and conventions, these brothers see to it that arrangements and assignments are made so as to ensure that everything takes "place decently and by arrangement."—1 Cor. 14:40.

The Governing Body makes all appointments of those selected to serve as members of Branch Committees throughout the world.

### ZONE OVERSEER

Periodically, arrangements are made by the Governing Body to have qualified brothers serve each of the branches throughout the earth. Brothers used in this capacity are known as zone overseers. Their primary work is helping the Branch Committee with problems or questions they have to face in carrying on the preaching and disciplemaking work. Wherever practical, the zone overseer also serves the missionaries who work under the many branches of the organization worldwide. He talks with them about their problems and

needs, giving necessary encouragement in their most important Kingdom-preaching activity.

The zone overseer also examines the various records that are kept for operating a branch office. He is especially interested in what is being accomplished in the field as far as the Kingdom preaching and other congregational activities are concerned. If there is a printery, farm or other facility, he inspects each of these operations. When the zone overseer visits branches he also shares to the extent possible in the Kingdom-preaching work.

### LOVING OVERSIGHT

Visits by traveling overseers provide an interchange of encouragement, and the congregations are thus strengthened and made firm in the faith. (Rom. 1:12; Eph. 4:3) All are made aware of their interdependency on one another. Each one serving in the organization works for the common good of all and in spreading the Kingdom good news. (1 Cor. 12:12-31) Certainly we have all benefited greatly from the hard work and loving care of these mature Christian men. We will benefit even further as we continue submitting ourselves to congregation elders and other appointed overseers charged with shepherding the flock and with oversight of the work. (1 Cor. 16: 15-18; Phil. 2:25, 29) As we all cooperate together we are drawn into unity with the head of the congregation, Christ Jesus, our Lord, the one appointed by Jehovah as the Fine Shepherd of the sheep. (Eph 1:22, 23) So it is that God's spirit permeates the congregations worldwide and his Word serves to guide the operation of the work throughout the earth.—Ps. 119:105.

WTPA033914

## MINISTERIAL SERVANTS
## RENDER VALUABLE SERVICE

IN WRITING to the congregation at Philippi the apostle Paul said: "Paul and Timothy, slaves of Christ Jesus, to all the holy ones in union with Christ Jesus who are in Philippi, along with overseers and ministerial servants." (Phil. 1:1) Note, he made particular mention of the ministerial servants in his salutation. These men evidently fulfilled an important role in assisting the elders in the congregation back there. The same is true in our time. Ministerial servants render a number of services that are most helpful to overseers and contribute to the good order of the congregation.

Have you become acquainted with the ministerial servants in your congregation? Are you aware of the many fine services they perform for your benefit and for the benefit of the entire congregation? Perhaps you have not thought of their assigned duties as being of great consequence. But the apostle specifically mentions them and states that "the men who minister in a fine manner are acquiring for themselves a fine standing and great freeness of speech in the faith in connection with Christ Jesus."—1 Tim. 3:13.

### SCRIPTURAL REQUIREMENTS
### FOR MINISTERIAL SERVANTS

Ministerial servants are expected to lead a wholesome Christian life, be responsible men and give proof that they are able to care for assignments properly. This becomes obvious when we consider what Paul had to say in his letter to

WTPA033915

Timothy about the qualifications of ministerial servants: "Ministerial servants should likewise be serious, not double-tongued, not giving themselves to a lot of wine, not greedy of dishonest gain, holding the sacred secret of the faith with a clean conscience. Also, let these be tested as to fitness first, then let them serve as ministers, as they are free from accusation. Let ministerial servants be husbands of one wife, presiding in a fine manner over children and their own households. For the men who minister in a fine manner are acquiring for themselves a fine standing and great freeness of speech in the faith in connection with Christ Jesus."—1 Tim. 3:8-10, 12, 13.

So whereas their work within the congregation generally involves nonteaching responsibilities, ministerial servants are nonetheless spiritual men who by their hard work and exemplary Christian life not only perform vital services for the congregation but also set an example to be imitated by others.—Compare 1 Timothy 4:11, 12.

The specific Scriptural requirements for ministerial servants mentioned by Paul in his first letter to Timothy indicate that a high standard is set for men who are used in this capacity. Holding to such a standard serves to protect the congregation from any legitimate accusation as to the kind of men to whom it entrusts special responsibilities. Whether young or older in years, ministerial servants are expected to be active in the ministry each month, setting a fine example. They should be exemplary in their dress, grooming, speech, attitude and conduct. Such a pattern of living with soundness of mind gains the respect of others and reflects the seriousness with which ministerial servants view their relationship with Jehovah and their privileges of service in the congregation.—Compare Titus 2:2, 6-8.

These are men who have been "tested as to fitness." Even before receiving their appointment they have demonstrated themselves to be truly dedicated men whose faith has been made manifest in zealous Kingdom service and in helping others to be made firm in the faith. In their response to the good news they have demonstrated that they put Kingdom interests first in their life and are reaching out for whatever service privileges may be opened to them. They are indeed examples for others in the congregation to imitate.—1 Tim. 3:10.

### HOW THEY ARE USED

Ministerial servants render a great variety of practical services in behalf of their brothers and sisters. In doing so they are very helpful to the overseers, relieving them of much detailed work, thus leaving them free to care for important teaching and shepherding responsibilities. In making such service assignments the elders take into account the number of appointed ministerial servants in the congregation as well as their individual abilities.

Just consider some of the services they handle. One ministerial servant may be assigned to take care of the congregation literature, making it convenient for all of us to obtain the literature we need for our personal use and for field service. Another may care for the magazines in the congregation. Others are assigned duties to keep records such as for the congregation accounts or for the assigning of territory, or they are used to handle microphones, operate sound equipment, look after the platform or perhaps help the elders in other ways. There is much work to be done in maintaining the Kingdom Hall and keeping it clean, so ministerial servants are often called

WTPA033917

upon to assist in caring for such responsibilities. Ministerial servants are also assigned to serve as attendants, welcome new ones and help maintain order at congregation meetings.

In some congregations there may be enough ministerial servants so that a different one can be assigned to each of these duties. Elsewhere, a ministerial servant may care for several assignments. In some instances it is beneficial to have more than one person assigned to share in certain work. (If there are not enough ministerial servants to care for some of these responsibilities, the body of elders may, in these cases, arrange for other dedicated exemplary brothers to help take care of some of this necessary work. Thus, they would gain experience that would be useful later when they, in turn, become qualified to serve as ministerial servants. Or, if brothers are not available, certain sisters who show godly humility and devotion to Jehovah could be asked to assist with some things, though, of course, they would not be appointed as ministerial servants.)

Periodically, if there is good reason, elders may find it beneficial to shift some ministerial servants from one assignment to another. However, there is great advantage in having brothers continue to handle the same assignments so as to become more proficient and gain experience. Much depends on local needs as to how elders work out these assignments handled by ministerial servants.

Depending on local circumstances in each congregation, there may be other services that can be assigned to ministerial servants who are doing as the apostle Paul encouraged young Timothy, 'making their spiritual advancement manifest.' (1 Tim. 4:15) If there are not enough elders to

conduct the Congregation Book Studies, some of the more qualified ministerial servants are used as study conductors to care for assigned groups. They may be assigned to handle parts in the Service Meeting and the Theocratic Ministry School and to deliver public talks in the local congregation. Other privileges may be extended to some of the ministerial servants where there is particular need and they meet the requirements for the assignment.—Compare 1 Peter 4:10.

In assisting the elders they should give of themselves willingly, demonstrating that they have a sense of responsibility and are working for the advancement of Kingdom interests and the benefit of everyone in the congregation. By taking the lead in the field service, ministerial servants can set a good example for others and reap great satisfaction themselves in a work well done.

Though their work differs from that of the elders, it is no less a part of their sacred service to God and is important to the smooth functioning of the congregation. In time, if ministerial servants discharge their obligations well and also become qualified to serve as shepherds and teachers, they may be recommended as elders in the congregation.

If you have not done so already, why not make special effort to get acquainted with the ministerial servants in your congregation? You can show your appreciation for their hard work by cooperating with them as they care for their assigned duties. In this way you will also be showing appreciation for Jehovah's provision for maintaining an orderly household. (Gal. 6:10) The ministerial servants are appointed by holy spirit for your good.

# ARRANGEMENTS FOR REGULARLY ASSEMBLING TOGETHER

THE congregation of God is referred to in the Bible as his household. (1 Tim. 3:15) How fitting that arrangements are made for its members and their companions to assemble regularly for worship and to be fed spiritually! It is important for each one of us to gather together to hear God's Word, so as to learn his requirements and how we may serve him. This applies to both young persons and those of older years, just as it did in the case of God's ancient covenant people, the nation of Israel. His command to them through Moses was to "congregate the people, the men and the women and the little ones and your alien resident who is within your gates, in order that they may listen and in order that they may learn, as they must fear Jehovah your God and take care to carry out all the words of this law." (Deut. 31:12) A command exhorting all Christians to assemble together regularly is expressed in similar terms.—Heb. 10:23-25.

Clearly, the purpose for assembling together now, even as then, is to listen and learn and to be "taught by Jehovah." (Isa. 54:13) Assembling for worship in ancient Israel was always a joyous occasion, as reflected in the words of David who wrote, "I rejoiced when they were saying to me: 'To the house of Jehovah let us go.'" (Ps. 122:1) This is also true of Jehovah's Witnesses today as they assemble together to worship Jehovah.

WTPA033920

## KINGDOM HALL

The Bible account and secular history tell us that the first-century Christians assembled together in private homes as well as in public places. (Rom. 16:3, 5; Col. 4:15; Acts 19:8, 9) At times it was necessary for them to meet in isolated, or secluded, places to avoid detection by persecutors. Today, also, private homes and public places are used for Christian meetings, but the principal meeting place used by congregations of Jehovah's Witnesses is the Kingdom Hall.

In some localities it is more convenient to rent a hall than it is to buy or to build one. However, large numbers of congregations have chosen to purchase property and build their own Kingdom Halls, suited to their needs. Or they have bought and renovated existing buildings. In such instances it is appropriate to have a dedication program. Elders are generally familiar with information regarding ownership and operation of Kingdom Halls as set out in *Our Kingdom Ministry,* memorandums and letters provided by the Society. The Kingdom Hall, as a place of worship, should not be a pretentious building designed to impress others. While its architecture may vary from place to place, its purpose is functional. (Compare Acts 17:24.) It should be a comfortable and convenient place for conducting Christian meetings that help us to grow spiritually and to learn about Jehovah, and that encourage us to share in his Kingdom service.

Each Kingdom Hall is arranged for, financed and maintained by the local congregation(s) of Jehovah's Witnesses. The brothers should consider it a privilege not only to support the Kingdom Hall financially but also to volunteer their

services in keeping it clean, presentable and in good repair. Both inside and out, the Kingdom Hall should be a proper representation of Jehovah's organization. An elder or a ministerial servant is usually assigned to see that necessary work is cared for according to an equitable, convenient schedule. Book study groups may take turns in cleaning the Hall, following the list of things to be done each week. At times several congregations may share the use of a Kingdom Hall. This requires close cooperation among all the brothers with regard to financing and maintaining the Kingdom Hall. When it is necessary for two or more congregations to use the same Kingdom Hall, the elders of all the congregations involved set up a committee of brothers to care for the responsibility of working out convenient and practical arrangements for the proper care of the building and the property.

Meeting times are arranged for each congregation, having in mind what is convenient for the majority of publishers. Consideration should also be given to interested persons in the territory since we want them to attend. This may be worked out through the elders in a spirit of mutual concern and brotherly love.—Phil. 2:2-4; 1 Pet. 3:8.

In addition to its use for regular congregational meetings and as a meeting place for field service, the Kingdom Hall may be used for wedding ceremonies and funerals with the permission of those members of the body of elders who are present at the time the decision is made. They carefully consider what is desired and whether the individuals involved are in good standing with the congregation and otherwise qualified. Those who are granted the use of the Kingdom Hall for such purposes are expected to conduct

themselves in a way that befits such a place of worship. All involved should be sure that nothing is done that would offend the brothers or bring reproach upon Jehovah and the good name of the congregation. (Phil. 2:14, 15) At times use of the Kingdom Hall may be granted for other spiritual functions under the Society's direction, such as conducting the Kingdom Ministry School for elders and the Pioneer Service School.

Private homes of the brothers may also serve as meeting places. Those who are able to offer their home as a convenient place for some of or all the congregation meetings, as circumstances require, should view this as a privilege.

Meeting places of the congregation should always be viewed with respect by members of the congregation. Our dress, grooming and decorum should bespeak the dignity associated with worshiping Jehovah at his house. (Eccl. 5:1; 1 Tim. 2:9, 10) Ignoring such counsel would be showing a lack of appreciation for our Christian meetings.

At meetings in the Kingdom Hall qualified brothers should be assigned to serve as attendants. They should be alert, have friendly personalities and use good judgment. Their responsibilities include greeting newcomers and making them feel welcome, helping any latecomers to find seats and giving necessary attention to proper heating and ventilation of the Hall. Maintaining order during the meetings is essential. It is recommended that children sit with their parents. When a child becomes unruly, an attendant might ask the parent in a kind and tactful way to take the child out so the audience will not be unduly distracted. Even before the meeting, parents with young children can be encouraged to sit where they will cause the least distraction if it is necessary to take

the children out to discipline them or care for other needs.

Since the conduct of children inside the Kingdom Hall as well as outside can reflect favorably or unfavorably on the congregation, attendants can, where necessary, remind parents to give proper supervision so that the children will not be running in the building or around the property, especially when those in attendance are visiting with one another after the meeting is concluded. The service performed by attendants obviously contributes much to everyone's enjoyment of the meetings. It is desirable for ministerial servants to be used as attendants, particularly those who themselves have had experience in handling situations that arise in family life.—1 Tim. 3:12.

## CONGREGATION MEETINGS

The Bible emphasizes the need and the value of coming together to worship and praise Jehovah. (Ps. 26:8, 12; Matt. 18:20) Faithful Nehemiah recognized this and so he urged his fellow Israelites: "We should not neglect the house of our God." (Neh. 10:39b) Those who embraced the truth at the time of Pentecost, 33 C.E., did not treat this matter lightly. They continued devoting themselves to the teachings of the apostles, "and day after day they were in constant attendance at the temple with one accord." (Acts 2:42, 46) Later, we know, when Christians came together for worship they read from the Scriptures, including inspired letters written by the apostles and other Christian disciples. (Col. 4:16; 1 Cor. 1:1, 2; 1 Thess. 1:1; Jas. 1:1) There was congregation prayer. (Acts 4:24-29; 20:36) They also related experiences from the missionary field. (Acts 11:5-18; 14:27, 28) They considered Bible doctrines and the fulfillment of inspired prophe-

cy. Instruction was given in matters of approved Christian conduct and godly devotion. They were encouraged to be zealous proclaimers of the good news.—1 Cor. 11:23-26; Eph. 5:1-33; Rom. 10:9, 10; 1 Cor. 15:58.

In our day Christian meetings in many respects follow the pattern set in apostolic days. We give heed to the inspired exhortation at Hebrews 10: 25 by 'not forsaking the gathering of ourselves together, as some have the custom, but encouraging one another, and all the more so now as we behold the day drawing near.' During these difficult last days of the wicked system of things, we need added encouragement that comes from regularly assembling together in order to maintain spiritual strength and Christian integrity. (Rom. 1:11, 12) As in Paul's day, we live among a crooked and twisted generation, a system of things whose ungodliness and worldly spirit we have repudiated. (Phil. 2:15, 16; Titus 2:12-14) Really, where would we rather be than in association with Jehovah's people? (Compare Psalm 84:10.) And what could be more beneficial than hearing the Word of God discussed?

Jehovah is the source of an abundance of satisfying spiritual food. (Ps. 145:14, 15) Through his Son and the earthly channel, "the faithful and discreet slave," food at the proper time is being dispensed. How is such provision served to the individual members of the organization? One means is through the various meetings arranged each week in the congregation. Consider each of these occasions and the benefits derived as our brothers regularly assemble together.

### THE *WATCHTOWER* STUDY

For over 100 years now *The Watchtower Announcing Jehovah's Kingdom* has been the prin-

WTPA033925

cipal journal to keep Jehovah's people well supplied with timely spiritual food. Certain articles published in *The Watchtower* are specifically prepared for weekly congregational study where instruction based upon the written Word of God is featured. Information carefully examined in the *Watchtower* Study stirs the heart and the mind of the members of the congregation and builds up their spiritual strength.

The study articles are varied as to subject matter. They deal with Bible prophecy, godly conduct, Christian morals, Bible doctrine, encouragement in the Christian ministry, admonition to cope with spiritual dangers, and Scriptural counsel on many other matters. Also, a variety of general Biblical information vital for continued spiritual growth is considered.

How do all associated with the congregation benefit from such a variety of timely spiritual food? Study material frequently deals with the application of Bible principles in daily living and fortifies against "the spirit of the world" and unclean conduct. (1 Cor. 2:12) Through the columns of *The Watchtower* comes increased light on Bible doctrine and the discussion of fulfillment of prophecy as Jehovah makes this known, thus enabling all to keep abreast of the truth and stay on the path of the righteous. (Ps. 97: 11; Prov. 4:18) Attending and sharing in the *Watchtower* Study helps us always to rejoice in the hope of Jehovah's righteous new system of things. (Rom. 12:12; 2 Pet. 3:13) It helps us to manifest the fruitage of the spirit in our life and to keep strong our desire to serve Jehovah zealously. (Gal. 5:22, 23) It strengthens our faith to endure the trials ahead and to 'build a fine foundation for the future so that we may get a firm

hold on the real life.'—1 Tim. 6:19; 1 Pet. 1:6, 7.

It is evident that the material considered at the *Watchtower* Study week by week is vital. It helps us to grow spiritually, to make the truth of God's Word our own, to bring our life into conformity with the teachings of the Bible and to be united spiritually with our brothers worldwide. What can each one do to take fuller advantage of this provision for spiritual feeding? Prepare the lesson in advance, looking up all the cited scriptures. Have a share in commenting during the meeting. Such participation will make a deeper impression of the points under discussion, sounding down the truth into our heart and our mind. At the same time others benefit as they hear our expressions of faith and hope. Carefully listening to their comments, and especially the points emphasized by the *Watchtower* Study conductor, will ensure our getting the most benefit from the lesson each week.

The *Watchtower* Study should not be looked upon as just a routine meeting. If we are to maintain spiritual strength and firmness in the faith it is necessary to be present each week. None should miss this important provision for strengthening all associated with the household of faith.

### PUBLIC MEETING

Usually the Public Meeting is held in conjunction with the weekly *Watchtower* Study. Regular public talks in the congregation are 45 minutes in length. The *Watchtower* Study takes one hour. These two meetings together with the songs and the opening and closing prayers should cover no more than two hours. Public Meetings complement the *Watchtower* Study, differing as to the method used in presenting information. Whereas

the *Watchtower* Study is developed as a discussion with audience participation in answering prepared questions, the Public Meeting features a discourse on a Bible subject. Such meetings featuring the spoken word play an important part in filling a spiritual need for new ones and members of the congregation.—See Acts 18:4; 19:9, 10.

By inviting interested persons and even the public in general, we may accomplish much in acquainting people with basic Bible information. The Public Meetings should help one and all to remain alert to Christian teachings and encourage steadfastness in Kingdom service.

The subjects that may be considered at Public Meetings are varied. Talks may cover Bible doctrines and prophecy, Scriptural principles and counsel regarding family life, marital problems, the difficult situations that confront youths in this wicked world, requirements regarding Christian morals, as well as Jehovah's marvelous works of creation and the way in which science confirms Biblical facts and statements. Other talks may enhance our appreciation of accounts and activities of different Bible characters, commenting on their significance for our day. Truly the Public Meeting is an occasion for taking in informative and refreshing spiritual food.

If we are to get the full benefit of the Public Meeting arrangement it is essential for us to attend regularly, pay close attention, look up the scriptures referred to by the speaker and follow along as he reads and explains them. (Luke 8: 18) This will help us to become more familiar with the location of Bible books and increase our knowledge of the Scriptures. As we thus make sure of the things discussed, we should be

determined to hold fast to what we learn and personally apply it.—1 Thess. 5:21.

If there are sufficient speakers available, the congregation will no doubt have a public talk every week. Frequently this is made possible by arranging for visiting speakers from nearby congregations. But even if there is a shortage of speakers in an area, arrangements are usually made to have these talks as often as possible.

Christ Jesus, his apostles and their associates conducted public meetings similar to those enjoyed today by congregations of Jehovah's Witnesses. Without question, Jesus was the greatest public speaker ever on earth. Officers said concerning him: "Never has another man spoken like this." (John 7:46) Jesus spoke with authority, astounding his audiences. (Matt. 7:28, 29) Many were the benefits received by those who took his message to heart. (Matt. 13:16, 17) The apostles followed his example. At Acts 2:22-36 we read of Peter's powerful discourse on the day of Pentecost, 33 C.E. Many were motivated to act as a result of what they heard. Later, individuals benefited from Paul's discourse in Athens. (Acts 17:22-34) Similarly, in our day millions have received benefits through the Public Meetings held in congregations, at circuit assemblies and at district, national and international conventions. We should give full support to the arrangement for Public Meetings.

## THE SERVICE MEETING

This meeting stresses service, which is what our ministry is all about. It equips us to have a full share in preaching the Kingdom good news, making disciples and declaring the approaching execution of divine judgment. (Mark 13:10; Matt. 28:20; 2 Pet. 3:7) To a large extent this work is

done by speaking to other people and providing them with Bible literature. But the application of Jehovah's righteous principles in our life has a great bearing on the effectiveness of our field ministry and the fruitage that we produce. (Matt. 13:23; John 15:8) Thereby we demonstrate the good results that come from applying the Scriptures. Appropriately, the Service Meeting gives attention to all these facets of our service to God.

Each month the Society publishes *Our Kingdom Ministry,* which outlines the weekly Service Meetings. You will receive a copy through the congregation. When a new issue of *Our Kingdom Ministry* is received, the presiding overseer can carefully analyze what it contains and he either personally assigns the various meeting parts to qualified brothers or arranges for such assignments through one of the other elders.

Elders and the more qualified ministerial servants are assigned to handle the various parts on the Service Meeting program. They need to study the assigned material carefully to determine what the principal points of instruction are and how to handle them so that the brothers will understand and remember them. Careful thought is also given to application of the material to the situation of the local congregation.

While there are a variety of ways in which material can effectively be presented, in no case should the method of presentation be allowed to overshadow the material presented. The objective of demonstrations is not to have a great dramatic production with a lot of stage props. Use natural settings such as a scene at one's secular work, the door-to-door work, a home Bible study or a family discussion. Settings should fit what

is encountered locally so that publishers can relate to them.

If each one on the program sticks to the allotted time the Service Meeting will conclude in 45 minutes, not including the songs and closing prayer. Everyone who shares in the program should cooperate to that end.

Exemplary dedicated publishers, and their well-trained children, may be asked to participate in certain parts, such as demonstrations. They may be interviewed or invited to relate their experiences under the direction of responsible brothers. If you have an opportunity to participate, cooperate joyfully and conscientiously, recognizing that this is part of your service to Jehovah.

It should be the heartfelt desire of each Christian to live and accomplish things in his life in a way that influences others to follow Jesus Christ as dedicated witnesses of Jehovah. To that end, the Service Meeting programs are designed to help us in a number of ways, such as by (1) encouraging us to engage to the fullest extent possible in the house-to-house work or in street work and to improve in our presentation of the good news; (2) helping us to see the need of making return visits on individuals who display interest or accept Bible literature (this involves keeping good records and improving our ability to teach such persons); (3) moving us to set aside time for regularly conducting home Bible studies and directing students to the organization; (4) providing us with ideas on how to give an informal witness and alerting us to speak about the truth whenever we have opportunity; (5) improving our efforts to help new ones, our children and other young people to become dedicated disciples.

To get the fullest benefit from the Service

Meeting, why not prepare beforehand? You will benefit more if, prior to the meeting, you go over the program outlined in *Our Kingdom Ministry*. At times articles in various publications of the Society are considered. Not only will advance research be informative but such research will equip you to share when parts on the program call for audience participation. The more you absorb from the Service Meeting the more effective you will be in your ministry.

Regularity in attending the Service Meeting results in unified activity on the part of the entire congregation. Since every baptized Witness is a minister, this meeting is essential in helping us to carry out our commission. It is also very beneficial for anyone else who desires to become a dedicated servant of God. Make attendance at this meeting a part of your weekly schedule of activity.

Meetings of this sort are nothing new. They are based on sound Scriptural precedent. Before sending his disciples out to preach, Jesus gave them detailed instructions on what to say and do. (Matt. 10:5–11:1; Luke 10:1-16) Later his disciples continued to have such meetings where they discussed experiences in their ministry and this strengthened them for zealous Kingdom activity. (Acts 4:23-31) We continue that same practice today.

### THEOCRATIC MINISTRY SCHOOL

The Theocratic Ministry School, held also at the Kingdom Hall, is an ongoing provision for the education of the entire congregation. Its curriculum includes Bible talks, student presentations and other training useful for the field ministry. Counsel is given to students to help them progressively improve in their presentations. While

WTPA033932

presenting a great variety of information that is of interest and benefit to the entire congregation, the Theocratic Ministry School also gives opportunity for participants as well as the audience to improve various aspects of their personal ministry. Occasional written reviews provide a means of self-examination as to one's own progress in ministerial training.

Each year the Society provides a Theocratic Ministry School Schedule setting out the program to be followed. It outlines the material to be used and how the assignments are to be handled. The Theocratic Ministry School for many years has proved its worth in training Jehovah's Witnesses to be effective proclaimers of the Kingdom. All who are actively associated with the congregation may enroll, including people newly attending the meetings, as long as they are not leading a life that is out of line with Christian principles.

By enrolling in the Theocratic Ministry School we show that we are interested in advancement. Such instruction can help us to be finer public praisers of Jehovah. It can equip us to accomplish more in the time we have available for the field service, as well as to give fine comments in the congregation meetings. In the case of brothers, this instruction will assist them greatly toward qualifying as ministerial servants or elders and eventually handling major Service Meeting parts and giving public talks.

Those enrolled will be notified well in advance concerning their student assignments so that they can prepare thoroughly. When we have an assigned part in the school it is particularly important to be on hand before the meeting starts. If an emergency situation arises and it is impossible to be present to fulfill an assignment we

WTPA033933

should be sure to notify the school overseer, just as early as possible, so that he can arrange for a replacement.

As a regular part of our spiritual feeding program, the Theocratic Ministry School provides many benefits. It was Isaiah who said: "The Sovereign Lord Jehovah himself has given me the tongue of the taught ones, that I may know how to answer the tired one with a word." (Isa. 50:4) Unquestionably the school has played an important part in training literally tens of thousands to develop the tongue of one taught by Jehovah. Over the years the program has been designed to help those enrolled to make spiritual advancement and to learn how better to express themselves in presenting the good news of the Kingdom. Under the direction of holy spirit such training has enabled God's people to give an answer to everyone demanding a reason for their hope. Being taught to use God's Word in this way is a blessing.

The congregation usually provides a Theocratic Ministry School library at the Kingdom Hall. This may contain the available publications of the Society, perhaps a number of Bible translations, a concordance and other helpful reference works. We should feel free to use any of these publications at the Kingdom Hall before or after meetings.

## CONGREGATION BOOK STUDY

Members of the congregation, and others who are associated, derive great personal benefit from the Congregation Book Study, which is generally conducted with a group smaller than at the other meetings. There are just a few families, or a comparatively small number of individuals, who gather at each of these studies. Instead

of having the entire congregation come together at one place, arrangements are made for the study groups to meet in convenient locations scattered throughout the congregation's territory. One group may meet at the Kingdom Hall. Others assemble in private homes.

In some respects these group studies provide benefits that do not directly come through other provisions of the congregation. Why is this so? It is because the Congregation Book Study arrangement not only provides for a careful and detailed study of Bible subjects but, in these small groups, makes it possible for more personal attention to be given to the spiritual growth of each individual. Such personal assistance may include appropriate Scriptural counsel, encouragement and direction for carrying out our ministry, as well as other vital spiritual help to fit the needs of the individual. Here is a reflection of Jehovah's loving-kindness and his tender care for his people.—Isa. 40:11.

This meeting is a one-hour group study using the Bible and a textbook provided by the Watch Tower Society. The brother assigned as conductor is usually an elder. He is himself a student of God's Word and qualified to help each one not only to increase in Bible knowledge but also to apply this knowledge in practical ways. Basically, the meeting is conducted in the same manner as the *Watchtower* Study. It is opened and closed with prayer. Paragraphs are read. Questions are asked on the paragraphs. Comments are invited. Scriptures are read. To impress principal thoughts on the mind of each one, a brief oral review may be conducted at the end of the study. As we attend week by week we will gain not only knowledge but understanding. We will learn the reasons for

statements that are made and how to support them from the Bible, as well as how to conduct discussions of the same material with others that we are able to help in our field ministry. (2 Tim. 2:15) So this meeting will do much to equip us to become better teachers of God's Word.

With a small group such as this there is more opportunity for all of us to offer comments. It is not at all difficult to participate freely at this meeting, and thus we have the opportunity to get accustomed to making a public declaration of our faith before others. (Heb. 13:15) It is good to learn to make our comments in our own words instead of reading them out of the book.

Although anyone present may be encouraged to share in the reading of the scriptures, just one person reads the paragraphs at any one study. If possible, arrangements are made a week in advance for a baptized brother who is a good reader to read the paragraphs.

Having the study groups scattered throughout the congregation territory makes it convenient for both ourselves and newly interested people in the neighborhood to attend. We should make every effort to bring others with us to the meeting so that they can get a taste of the spiritually upbuilding discussions and the warm association that we enjoy.

In addition to providing a place for group study, the location of the Congregation Book Study may be a meeting place for field service. Here the group can meet at convenient times prior to going out into the field. Cooperating in all these arrangements results in groups that are closely knit together for the twofold purpose of study and service.

WTPA033936

### MEETINGS FOR FIELD SERVICE

At various times during the week, groups of Jehovah's Witnesses may briefly assemble together in preparation for going out in the field ministry. Discussion of a Bible text, suggestions for dealing with situations likely to be encountered in the field or other points from *Our Kingdom Ministry* are usually considered at these meetings. Field service arrangements are made and one of the group leads in prayer. Then they are ready to go into the field. Such meetings provide not only the practical instruction but also real encouragement for those going out in the witness work. Arrangements can be made at this meeting to help newer ones or others that may need assistance in the preaching work. Such meetings last from 10 to 15 minutes.

### NEW OR SMALL CONGREGATIONS

As more disciples are made, the number of congregations also increases. Whether a new congregation is formed from an already existing congregation or it is made up of publishers in an isolated area, it must be a group of baptized publishers and others who recognize "the faithful and discreet slave" class and desire to work under its direction. The application for a new congregation is usually submitted by the circuit overseer. In some cases small groups may find it more advantageous to be associated with the nearest congregation.

At times small congregations may be composed entirely of sisters. When such is the case, a sister who prays or conducts meetings does so with head properly covered, in harmony with the Scriptural arrangement. (1 Cor. 11:3-16) In most cases they remain seated, facing the group. None of the sisters give actual discourses at

WTPA033937

meetings, but they read and comment on the material provided by the Watch Tower Society or, for variety, they may cover it in discussions or demonstrations.

Those brothers in a newly formed congregation who qualify for appointment as elders or ministerial servants will be recommended to the Society's branch office. If none qualify, as in the case of a group made up entirely of sisters, the branch office will designate one of them to care for correspondence with the office and to carry on meetings. In time, when brothers qualify for appointment, they will care for these responsibilities.

### CIRCUIT ASSEMBLIES

Meetings of Jehovah's servants may range in size from just two or three individuals to large assemblies of many thousands. From time to time arrangements are made for congregations assigned to the same circuit to assemble together at a circuit assembly. The Scriptural theme and various parts of the program are prepared by "the faithful and discreet slave" with a special need in mind. A variety of methods are used to present the information, such as discourses, discussions, demonstrations and interviews. Also, a part of the program usually deals with local situations or counsel that specifically applies to the particular circuit. Such timely instruction builds up all who attend.

At the circuit assembly, opportunity is provided for new disciples to get baptized in symbol of their dedication to Jehovah. Circuit assemblies are always joyous occasions that afford opportunity for the brothers to "widen out" in their Christian association. (2 Cor. 6:11-13) All are encouraged by the reports and experiences related

concerning the work of preaching the good news.

## DISTRICT CONVENTIONS

Once each year larger assemblies are held by Jehovah's Witnesses. Usually these are organized as district conventions combining congregations from a number of circuits. However, in smaller branches it may be more practical and convenient for all the Witnesses to assemble together in one place. These arrangements may vary due to circumstances in some lands or on the basis of direction from the Governing Body. National and international conventions are also organized periodically around the world. These conventions may be attended by tens of thousands of Witnesses from many different lands. Over the years many people have come to learn about the good news because of the publicity given to these large gatherings of Jehovah's Witnesses.

District, national and international conventions are joyous occasions of united worship for Jehovah's dedicated people. Such conventions have provided the setting for revealing increased light on the truth, releasing new publications for personal and congregational study and for use in the field ministry, and for mass baptisms. Jehovah's Witnesses consider district conventions to be of particular importance in promoting their spiritual growth and in reviewing progress in fulfilling their Christian commission. The larger conventions give evidence that Jehovah's people indeed form an international brotherhood of dedicated Christians bearing the identifying mark of disciples of Jesus Christ.—John 13:35.

By becoming involved in local congregation meetings, as well as in the larger assemblies and conventions of Jehovah's people, we are strengthened to do Jehovah's will and are protected against

outside worldly influences that would undermine our Christian faith. We can all be thankful that Jehovah has provided these periods of spiritual refreshment for his dedicated people in this time of the end.

### THE LORD'S EVENING MEAL

Once each year on the anniversary date of the death of Jesus Christ, all congregations of Jehovah's Witnesses celebrate the Memorial of Christ's death, or the Lord's Evening Meal. (1 Cor. 11: 20, 23, 24) This is the most important meeting of the year for Jehovah's people. We are specifically commanded to keep this Memorial celebration. —Luke 22:19.

The Memorial date is clearly marked in the Bible as the anniversary of the Biblical Passover. (Matt. 26:17, 20, 26) The Passover was the annual celebration of the exodus of the Israelites from captivity in Egypt in the year 1513 B.C.E. At that time Jehovah marked the 14th day of their first lunar month as the date for them to eat the Passover lamb and leave their captivity in Egypt. (Ex. 12:1-51) The date is determined by counting 14 days from the new moon nearest the spring equinox, March 21-22, as it would be visible at Jerusalem in the land of Palestine. Generally, this would make the Memorial celebration each year fall on the date of the first full moon following the spring equinox.

Matthew 26:26-28 outlines in Jesus' own words the way the Memorial is celebrated. It is not a ritual with mystical overtones, but it is a symbolic meal that is shared by those who have been called to be fellow heirs with Jesus Christ in his heavenly Kingdom. (Luke 22:28-30) All other dedicated Christians and interested people are invited and encouraged to attend the Lord's Evening Meal as observers and in this way show

their appreciation for the provision Jehovah God has made for the benefit of all mankind through his Son, Jesus Christ. Jehovah's Witnesses today endeavor to make the Memorial a special event in their life each year.

Usually in the spring of the year, near Memorial time, a special public talk is given in all the congregations. Jehovah's Witnesses endeavor to invite all interested persons to attend. The talk provides a timely message for those who want to be pleasing to God and it is designed to stimulate further interest in Bible study.

Jehovah's Witnesses joyfully anticipate occasions for meeting together to be built up and encouraged spiritually. The Governing Body is alert to provide occasions for assembling together according to our spiritual needs. All of Jehovah's servants and other interested people are urged to take full advantage of all arrangements for regularly assembling together and show due appreciation for Jehovah's provisions through his earthly organization.

### CHAPTER 8

## MINISTERS OF THE GOOD NEWS

IN SENDING forth his Son, Jehovah gave us a perfect model to follow. (1 Pet. 2:21) When anyone becomes his follower, Jesus helps that one to preach the good news as one of God's ministers. Indicating that this would be spiritually refreshing, he said: "Come to me, all you who are toiling and loaded down, and I will refresh you. Take my yoke upon you and *learn from me* [become my disciples, 1971 edition], for I am mild-tempered and lowly in heart, and you will find refreshment for your souls." (Matt. 11:28,

29) His promise has not failed any who have responded to that invitation!

As God's Chief Minister, Jesus called certain individuals to come and be his followers. (Matt. 9:9; John 1:43) He trained them in the ministry and sent them forth to do the same work he was doing. (Matt. 10:1–11:1; 20:28; Luke 4:43) Later he sent forth 70 others to share in declaring the good news concerning God's Kingdom. (Luke 10: 1, 8-11) When Jesus sent his disciples forth he said to them: "He that listens to you listens to me too. And he that disregards you disregards me too. Moreover, he that disregards me disregards also him that sent me forth." (Luke 10:16) In this way he stressed the serious responsibility that was laid upon the disciples. They were to represent the Most High God! So it would be with all others who respond to Jesus' invitation to "come be my follower," even down to this day. (Luke 18:22) All who respond have a divine commission to preach the good news of the Kingdom and to make disciples.—Matt. 24:14; 28:19, 20.

Having come to Jesus, therefore, in response to his invitation to follow him, we have been blessed with knowledge of Jehovah God and of Jesus Christ. (John 17:3) We have been taught Jehovah's ways. With his help we have been able to make over our mind, change our personality and harmonize our daily conduct with Jehovah's righteous standards. (Rom. 12:1, 2; Eph. 4:22-24; Col. 3:9, 10) Out of heartfelt appreciation, we have also been moved to follow our Exemplar and to present ourselves to God just as was expressed by the psalmist: "Here I have come . . . To do your will, O my God, I have delighted." (Ps. 40:7, 8; Heb. 10:7-9) Our baptism in water

is a symbol of our dedication to Jehovah and constitutes our ordination as ministers.

Always keep in mind the fact that service to God must be rendered with clean hands and out of a pure heart. (2 Cor. 6:14–7:1; Isa. 52:11; Ps. 24:3, 4) Through faith in Jesus Christ we have gained a clean conscience and freeness of speech. (Heb. 10:19-23, 35, 36; Rev. 7:9, 10, 14) The apostle Paul admonished Christians to do all things for God's glory so as not to be stumbling others. Also, the apostle Peter pointed out the value of exemplary godly conduct in winning unbelievers over to the truth.—1 Cor. 10:31, 33; 1 Pet. 3:1.

Jesus Christ took very seriously his commission as Jehovah's sent-forth One, and as a vigorous proclaimer of the good news of God's Kingdom he set the example for all his followers. He took the initiative and went out among the people, speaking and teaching in their homes and in public places. (Matt. 9:35; Luke 8:1) He spoke intimately with individuals, taught his disciples privately and addressed groups numbering into the thousands. (John 3:2-21; Matt. 13:36; Mark 4:10-13; 6:35-44) He took advantage of every appropriate occasion to speak words of encouragement and hope. (Luke 4:16-19) He did not pass up opportunities to witness even when he himself was in need of rest and refreshment. (Mark 6:30-34; John 4:4-34) When we read the inspired accounts of his ministry, are we not impelled to follow in his footsteps and to imitate closely his example? Certainly we are, just as the apostles were.—Matt. 4:19, 20; Luke 5:27, 28; John 1:43-45.

Consider the opportunities that are open to

Christians today to share in the work initiated by Jesus Christ nearly 2,000 years ago.

## PREACHING FROM HOUSE TO HOUSE

Jehovah's modern-day witnesses recognize the value of preaching the good news systematically from house to house. This method of reaching people with the Kingdom message has been used so extensively by Jehovah's Witnesses that it has virtually become their trademark in many lands. The good results obtained give proof of Jehovah's approval and blessing. Also, the wisdom of using this method to reach millions of people effectively with the good news during a short period of time has been confirmed by most gratifying results. (Matt. 11:19; 24:14) Our field ministry has proved to be a most practical way for us to demonstrate love for Jehovah and love for our neighbors.—Matt. 22:34-40.

House-to-house preaching is not a modern innovation of Jehovah's Witnesses. It was firmly established in theocratic history long ago in the days of the apostles. Outstandingly, the apostle Paul refers to his teaching in the homes of people. Defending his ministry before the overseers in Ephesus, he said: "From the first day that I stepped into the district of Asia I . . . did not hold back from telling you any of the things that were profitable nor from teaching you publicly and from house to house." In this and other ways he "thoroughly bore witness both to Jews and to Greeks about repentance toward God and faith in our Lord Jesus." (Acts 20:18, 20, 21) At that time there was an urgent need to reach all the people with the good news, since the Roman emperors were encouraging idolatry and many peoples were "given to the fear of the deities." There was a pressing need to seek "the God that

made the world and all the things in it," the one who was then "telling mankind that they should all everywhere repent."—Acts 17:22-31.

Today the need for reaching people with the good news is even more urgent. The end of the present wicked system of things is approaching at a rapid pace. Life itself is in the balance for all mankind. So there is need for intensive effort on our part, now, before the great tribulation strikes. Seeing the great need, we are moved to increase our efforts in the house-to-house ministry, realizing that no better way has been found to replace this time-tested method of finding those who are hungering for the truth. It is as effective today as it was in the days of Jesus and the apostles. It is a most satisfying way for all of us to have a share in the ministry.—Mark 13:10.

According to your personal circumstances, are you having a full share in the house-to-house ministry? If you are taking advantage of every opportunity to do so we know that you are also reaping a rich reward of great joy and personal satisfaction in your service to God. (Acts 20: 35; compare Ezekiel 9:11.) The house-to-house ministry may not be easy for you. You may be hindered by physical limitations or you may be assigned to work in territory where many people are not inclined to listen. There may even be governmental restrictions with which to cope. Because of your personality makeup you may also find it very difficult to initiate conversations with total strangers and therefore you must overcome a measure of nervous anxiety each time you engage in the house-to-house ministry. Do not be discouraged. (Compare Exodus 4:10-12.) Your circumstances are not unlike those of your brothers in many other places.

Do you remember Jesus' promise that he would be with those whom he sent forth to preach and make disciples? And do you remember that Jehovah has given his spirit to those carrying his message to the people? (Matt. 28:20; Isa. 61:1, 2) Take courage and have the same confidence as expressed by Paul at Philippians 4:13. He said: "For all things I have the strength by virtue of him who imparts power to me." Take full advantage of congregation arrangements made each week for engaging in house-to-house witnessing. By working with others in field service you will receive needed encouragement and personal assistance to talk more effectively with people and present Bible literature. Pray for greater faith to overcome whatever obstacles or discouragement you may face and exert yourself vigorously as a preacher of the good news.—Luke 17:5.

There are many benefits you will personally receive from being zealous in the house-to-house ministry. As you speak to others about the good news there will be many opportunities to give a reason for your hope, and your own hope will be made more firm. (1 Pet. 3:15) You will constantly remain aware of the sharp contrast between those who are firmly established in the Kingdom hope and those who are without hope in the world. Finding those deserving of the Kingdom message and noting the reactions of those who are not will enable you personally to experience what Jesus told his disciples at Matthew 10:11-14. You will have the joyful satisfaction of knowing that you have been obedient to Jesus' command to "let your light shine," and you may even be privileged to help someone else to come to a knowledge of the truth that leads to everlasting life.—Matt. 5:16; John 17:3; 1 Tim. 4:16.

To make it convenient for publishers to share in the house-to-house activity, arrangements are made for witnessing on weekends as well as for during the week. In some areas it has become very difficult to find people in their homes during the daytime. When faced with this situation, some congregations have met with good success by arranging for evening witnessing in their territories. Some people are more inclined to receive visitors in the late afternoon or early evening rather than in the morning hours. Also, there are the following features of the ministry that may prove to be particularly effective in your area.

### STORE-TO-STORE AND STREET WITNESSING

Concerning Paul's ministry in Athens, Acts 17: 17 tells us: "Consequently he began to reason in the synagogue with the Jews and the other people who worshiped God and every day in the marketplace with those who happened to be on hand." Yes, in addition to teaching from house to house, Paul taught the people he found in public places, where they went to shop or to carry on business.

In modern times Jehovah's Witnesses have met with good success in calling on people at their places of business or employment. In this way it has been possible to witness to individuals for the first time even though regular visits had been made to their homes. Presenting the latest issues of *The Watchtower* and *Awake!* has proved to be an effective way of witnessing to business people, but it is also appropriate to make other literature offers from time to time, using Topics for Conversation or discussions as suggested and outlined in *Our Kingdom Ministry.*

Street witnessing is done in many countries and usually entails offering the latest copies of

WTPA033947

*The Watchtower* and *Awake!* to passersby in business areas. This can be done in a kind and tactful manner by approaching people with brief comments on a timely subject featured in one of the magazines. Other literature may also be offered to interested people, and arrangements can then be made to call on these people at their homes. Periodically, *Our Kingdom Ministry* offers suggestions and encouragement for us to share in this effective feature of the ministry. You may find store-to-store and street witnessing effective and enjoyable ways for you to be fulfilling your ministry.

However, just sounding a warning and proclaiming the good news is not all that is involved in the work assigned to Christians today. If you are to succeed in helping others embrace the truth that leads to life, there is a need for you to make repeated calls to help interested ones progress toward becoming mature Christians.

### MAKING RETURN VISITS

Jesus said to his followers: "You will be witnesses of me . . . to the most distant part of the earth." (Acts 1:8) But he also told them to "go therefore and make disciples of people of all the nations, . . . teaching them to observe all the things I have commanded you." (Matt. 28:19, 20) Once the seeds of truth have been planted, there is a need to make return visits. Those people who manifest interest in the Kingdom message need further help if they are to grow to Christian maturity.—Heb. 6:1, 2.

Making return visits can also be a source of much joy for you in Jehovah's service. Those people who expressed interest in the good news when you first called on them will very likely be happy to receive you again. By sharing additional

Bible information with them, you may be able to strengthen their faith in God and help them to become more fully aware of their spiritual need. (Matt. 5:3) If you plan ahead, prepare well and arrange to make the return visit at a convenient time, you may be able to start a regular home Bible study. Usually this will be your objective in making return visits.

Making return visits may present a challenge for some. Perhaps you have become quite efficient in making a brief presentation of the good news from house to house and you enjoy that particular feature of the ministry. But then when you think of going back for the purpose of engaging the householder in a more detailed discussion of a Bible subject, the challenge seems to be overwhelming. You need not feel that way. Very likely on your first call you placed some Bible literature with the interested person. Why not discuss information contained in that publication? You can prepare ahead of time for that. Also, if you do not feel entirely qualified, arrange to take a more experienced publisher along to help you make the return visit.

Jehovah's organization provides the personal assistance you need to help you become effective in making return visits. Be sure that you are taking full advantage of opportunities to improve your own knowledge and understanding of the Scriptures. Trust in Jehovah and accept the assistance of your more experienced brothers and sisters. If you do, you too will improve your ability to make effective return visits and your joy in service will increase accordingly.

### HOME BIBLE STUDIES

When the evangelizer Philip spoke to a man who was interested in the message of God's Word,

Philip asked: "Do you actually know what you are reading?" The man's response was: "Really, how could I ever do so, unless someone guided me?" The Bible account in Acts chapter 8 then tells us that, starting with the scripture the man was reading, Philip "declared to him the good news about Jesus." (Acts 8:26-36) We do not know how much time Philip spent with the man, but he explained the good news thoroughly so that the man believed and requested water baptism. He became a disciple of Jesus Christ.

An interested person we find today may not be at all familiar with the Bible at first, and so it may require a number of return visits and a detailed study of the Bible over a period of time (weeks, months or even a year or more) before he is able to manifest faith to the extent of requesting baptism. But your patient and loving assistance in helping honest-hearted ones become disciples has its own reward, even as Jesus said: "There is more happiness in giving than there is in receiving."—Acts 20:35.

You will no doubt find it most convenient to conduct a home Bible study by using one of the Society's publications that is especially designed for that purpose. By following the example of the one who studied with you, or by receiving the help of other capable teachers in the congregation, you can learn to conduct productive studies and contribute to the work of making disciples of Jesus Christ.

If you need personal assistance in starting and conducting a home Bible study, you should feel free to speak about your need with one of the overseers or with a fellow Witness who is known to be effective in the Bible study work. You can get personal assistance to help you put

into practice the suggestions appearing in *Our Kingdom Ministry* and demonstrated at the Service Meeting from time to time. Again, reliance on Jehovah and making your desire a matter of prayer will bring results. (1 John 3:22) So share in making disciples and, if at all possible, make it your aim to conduct at least one home Bible study regularly in addition to any study you may conduct with children in your family. By conducting Bible studies, you will again increase your joy in the ministry.

### DIRECT INTERESTED ONES TO JEHOVAH'S ORGANIZATION

When we conduct Bible studies and help people become disciples of Jesus Christ, they have the prospect of coming to know Jehovah God and of being brought into his household. That household, God's congregation, is organized theocratically to accomplish Jehovah's will. Our Bible students will make better spiritual progress and grow to maturity more rapidly if we help them to recognize and cooperate with Jehovah's organization. It is important to teach them how they can do that.

To accomplish this you can use material recommended in *Our Kingdom Ministry*. Also, some of the information found in chapter 4 of this publication may be helpful. From the very beginning of your Bible discussions with interested people you can help them to see that Jehovah is using an organization to get his work done on the earth today. Point out the value of the Bible study aids used by Jehovah's Witnesses and explain how they are produced and distributed worldwide by volunteer workers who are dedicated to Jehovah God. Invite your Bible students to accompany you to the Congregation Book Study.

WTPA033951

Introduce them to the brothers there and explain how meetings at the Kingdom Hall are conducted. Encourage them to attend. Help them to get acquainted with more of Jehovah's Witnesses at circuit assemblies and district conventions. On these and other occasions let new ones observe for themselves how Jehovah's servants display the identifying mark of true Christians, love among themselves.—John 13:35.

If your own deep appreciation for Jehovah's organization is reflected in your conversations with interested people, it will be easier for them to grow in appreciation and will move them to make greater advancement in getting to know Jehovah.

### USING BIBLE LITERATURE

The early Christians became zealous publishers of the Word of God. They made copies of the Scriptures for their own personal use and for congregational study. They recommended the word of truth to others. Their handwritten copies were few in number and highly treasured. (Col. 4:16; 2 Tim. 2:15; 3:14-17; 4:13; 1 Pet. 1:1) Today, with the aid of modern printing methods, Jehovah's Witnesses have been able to publish millions of Bibles and hundreds of millions of Bible study aids such as bound books and magazines in scores of languages, making them available to people worldwide.

As you share the good news with others be sure to make good use of the numerous Bible study aids provided by "the faithful and discreet slave" and published by the Watch Tower Bible and Tract Society. Service campaigns are outlined for each month in *Our Kingdom Ministry,* suggesting publications to be featured in public witnessing. You also have opportunity to share

regularly in distributing magazines at different times each month including magazine days, especially those Saturdays designated for making a special effort.

Although the primary concern of the 'faithful slave' has been to provide spiritual food at the proper time for the household of God, that "slave" has reflected the generosity of Jehovah God himself in providing an abundance of spiritual food for all mankind that hunger for knowledge of God. Knowing how much you personally have benefited from reading and studying the Society's publications, you will no doubt want to share with others the things you have learned. (Heb. 13:15, 16) With the use of the Society's publications, even new ones can accomplish much good in preaching the good news from house to house.

### INFORMAL WITNESSING

Jesus told those who were paying attention to his word: "You are the light of the world. . . . Let your light shine before men, that they may see your fine works and give glory to your Father who is in the heavens." (Matt. 5:14-16) The very life of these disciples should reflect God's ways by imitating Jesus Christ, who also said: "I am the light of the world." Jesus set the example for all Christians in letting the "light of life" shine forth for the benefit of all who came in contact with him.—John 8:12.

The apostle Paul likewise became an example for us to follow. (1 Cor. 4:16; 11:1) The Christians in Philippi had followed his example and he addressed them as 'illuminators in the world, shining among a crooked and twisted generation.' (Phil. 2:15) We today can also let the Kingdom truth shine forth by our words and actions whenever there is opportunity for us to tell oth-

ers about the good news. True, our good example as honest and upright people may in itself draw attention to the fact that we are different from the majority of mankind today. However, if we do not open our mouth to speak the good news to those who see our good example, they may never get to know *why* we are different from the rest.—Matt. 5:15, 16.

Many of Jehovah's Witnesses have fine opportunities to present the good news to people they meet daily in their secular work, at school or otherwise while going about their normal affairs. At times we have the opportunity to talk with fellow travelers when on a journey. There are many opportunities that present themselves, but individually we must be alert to turn ordinary conversation into a witness and be prepared to speak with others on every appropriate occasion.

We will be encouraged to take advantage of every opportunity to share the good news with others if we keep in mind that whenever we do so we are praising our Creator and bringing honor to his name. At the same time we may be able to help honest-hearted ones come to know Jehovah so that they too can serve him and gain the hope of life that comes through faith in Jesus Christ. All of this is sacred service and it is pleasing to God.—Heb. 12:28; Rev. 7:9, 10.

## TERRITORY ASSIGNED FOR EFFECTIVE WITNESSING

It is Jehovah's purpose to have the Kingdom message preached worldwide in an orderly manner. To this end congregations, as well as individuals who witness in isolated areas, receive assignments of territory, in both city and rural areas, from the branch office directing the work in their respective lands. (1 Cor. 14:40)

This is consistent with the God-directed arrangement existing in the first century among some of the apostles. (2 Cor. 10:13; Gal. 2:9) With the rapid expansion of the Kingdom work in these last days, much overlapping of effort is avoided by having well-organized territory assignments. This affords opportunity for more people to hear the good news.

The overall arrangement for working congregation territory comes under the service overseer's supervision. A ministerial servant may do the actual assigning of territory and keep a record concerning it up-to-date. Where the territory is limited, the Congregation Book Study conductors usually hold territory in which publishers in their group may share in field service.

If you are in a congregation where territory is plentiful, however, you may wish to have a territory of your own, perhaps one near where you live. Having such a conveniently located personal territory would enable you to make the most of the time you can devote to field service. Also, you may wish to invite other publishers to work with you in your personal territory.

When such personal territory is available, you may approach the one who assigns territory in your congregation and request any portion of territory that has not already been assigned to someone else. He should be kept informed as to the coverage of that territory. As you work your personal territory you will get acquainted with many people and, with patience, you may have the joy of helping some of them to come to appreciate God's provision for salvation.

Of course, if you have a personal territory it will be your responsibility to get in touch with as many people in that territory as you can. This

will entail calling back where no one was at home and rendering continued spiritual assistance to those who show interest in the good news of the Kingdom. From time to time *Our Kingdom Ministry* makes specific suggestions as to how territory can be worked thoroughly with the use of Bibles and books, magazines, tracts, handbills and other similar provisions of the Society. It may be that some of the people in your territory, such as those living in apartments, will have to be reached by letter, telephone or other means, such as street witnessing. The service overseer and your Congregation Book Study conductor can offer appropriate suggestions in accord with local conditions and individual circumstances.

When all of those associated with the congregation cooperate, the territory can be worked in a thorough and effective manner. We also avoid confusion as well as irritation on the part of householders due to simultaneous coverage of the same area by two or more Witnesses. In this way consideration is shown both for our brothers and for the people in the territory.

### GROUP WITNESSING

Dedicated Christians have a personal responsibility to share the good news with others. There are many ways in which this can be done, but most of us appreciate being able to go out in field service accompanied by others. (Luke 10:1) For this reason congregations have meetings for field service on weekends as well as during the week. Worldly holidays also provide fine opportunities for group witnessing arrangements, since many brothers are free from secular employment on such days. Meetings for field service are scheduled for the convenience of the publishers. These may be held at the Kingdom Hall, at homes

where Congregation Book Studies are conducted or at other convenient places.

At meetings for field service, arrangements can be made to give assistance to newer or less experienced ones. Also, in some areas it may be advisable to assign two or more publishers to work together for other reasons. Those working together can always be helpful and encouraging to one another. Even if you are planning to work separately in the territory, meeting with the group can prove to be encouraging to all concerned. Just knowing that others are out in service working in the same general area gives one confidence.

### NEW PUBLISHERS

From the time you begin conducting a home Bible study with an interested person, encourage him to speak with others about what he is learning from the Bible. He could be urged to speak with relatives, friends, work associates and others on an informal basis. Then, at the appropriate time and in keeping with his advancement, invite him to share in the organized field service of the congregation if he qualifies to do so. This is an important step in teaching new ones to be followers of Jesus Christ.—Matt. 9:9; Luke 6:40.

### MEETING THE REQUIREMENTS

Before inviting a person to accompany you in the field service for the first time, or before you suggest that he report any field service to the congregation, there are certain qualifications he should meet. When such a person accompanies us in the field service he identifies himself publicly with the congregation of Jehovah's people, so it is understood that he has already brought his life in harmony with Jehovah's righteous stan-

dards and can be an unbaptized publisher in the congregation. The same would be true regarding his reporting time spent in informal witnessing. So whereas you will certainly want to help your Bible students to become publishers of the good news, and to report field service to the congregation even before baptism, caution must be exercised. The elders will want to know that this will not bring reproach on the congregation and thus be displeasing to Jehovah.

Very likely as you study with a person and discuss Bible principles with him the circumstances of his life will become known to you. Or you may have occasion to observe that he is living in harmony with the information he has learned from studying the Bible. But there are some aspects of the student's life that two elders will want to discuss with him and you together before you invite him to accompany you in the field service and to share in publicly witnessing to others.

Do the person's expressions show that he believes the Bible is the inspired Word of God? (2 Tim. 3:16) Does he know and believe the basic teachings of the Scriptures so that, when asked questions, he will answer in harmony with the Bible and not according to his own ideas or false religious teachings? (2 Tim. 2:15; Matt. 7:21-23) Is he heeding the Bible's command to associate with Jehovah's people in congregation meetings (if he physically and circumstantially can)? (Heb. 10:24, 25; Ps. 122:1) Does he know what the Bible says about fornication, adultery, polygamy and homosexuality, and is he living in harmony with such teachings? If the person is living with one of the opposite sex, are they properly married? (Matt. 19:9; 1 Cor. 6:9, 10; 1 Tim. 3:2, 12; Heb. 13:4) Does he heed the Bible's

prohibition of drunkenness? (Eph. 5:18; 1 Pet. 4: 3, 4) Does he keep himself clean from the defilement of tobacco, betel nut and other things that contaminate the body? Is he free from nonmedical use of addictive drugs? (2 Cor. 7:1) Has he definitely broken off membership in all false religious organizations with which he may have been affiliated, and has he ceased attending their meetings and supporting or sharing in their activities? (2 Cor. 6: 14-18; Rev. 18:4) Is he free from all involvement in the political affairs of the world? (John 6:15; 15: 19; Jas. 1:27) Does he believe and live in harmony with what the Bible says about the affairs of the nations at Isaiah 2:4? Does he really want to be one of Jehovah's Witnesses?—Ps. 110:3.

If you are not sure about some of these matters, it may be helpful to invite him to look up the scriptures here cited and get his expressions on them, making sure that he sees the import of what they say and that he understands that those who share with Jehovah's Witnesses in their activity must be leading a life that harmonizes with these Scriptural requirements. The elders want to be satisfied that one who begins to participate in the field ministry with us knows what is expected of him, and they should be reasonably sure that he does qualify. Then, when such a person desires to identify himself with Jehovah's Witnesses by publicly engaging in the field ministry, we can encourage him to do so and turn in a field service report.

### HELPING YOUNG PEOPLE

Young children may also qualify as publishers of the good news. Jesus received young children to himself and blessed them. (Matt. 19:13-15; 21:15, 16) Although parents are primarily re-

sponsible for their own children, others in the congregation may also wish to help young ones who are motivated from the heart to share in the Kingdom-preaching work. If you are a parent, your fine example in the field ministry will do much to encourage your children to be zealous in their service to God. When a child is exemplary in his conduct and is able to make a personal expression of his faith by speaking to others about the good news, being moved from the heart to do so, what further help can be given?

It would be in order for the parent to approach one of the elders on the service committee of the congregation and discuss whether the child is qualified to be counted as a publisher. If the child has a basic knowledge of Bible truth and gives evidence of *wanting* to share in Kingdom service, this would indicate good progress has been made. After that elder has considered these and other factors similar to those that apply to adults, he can determine whether the child's field service reports may be accepted, so that he may be recognized as a publisher with the congregation.—Luke 6:45; Rom. 10:10.

### REPORTING ON THE PROGRESS OF THE MINISTRY

Progressive reports on the worldwide expansion of pure worship have been a source of genuine encouragement for Jehovah's people over the years. From the time Jesus first told his disciples that the good news would have to be preached throughout all the earth, true Christians have been vitally concerned with knowing how this would be accomplished.—Matt. 28:19, 20; Mark 13:10; Acts 1:8.

Early followers of Jesus Christ took interest in reports of progress in the preaching work. (Mark 6:30) As the work prospered, statistical

reports were compiled along with accounts of outstanding experiences of those having a share in preaching the good news. The Bible book of Acts tells us that there were about 120 persons present when holy spirit was poured out on the disciples at Pentecost. Soon the number of disciples grew to 3,000 and then to 5,000. The encouraging report was made that "Jehovah continued to join to them daily those being saved," and that "a great crowd of priests began to be obedient to the faith." (Acts 2:5-11, 41, 47; 6:7; 1:15; 4:4) What fine encouragement the news of these increases must have brought to the disciples! How these exciting reports must have impelled them to move ahead further with their divinely commissioned work in spite of severe persecution spearheaded by the Jewish religious leaders!

About 60-61 C.E. Paul reported in his letter to the Colossians that the good news was "bearing fruit and increasing in all the world" and "was preached in all creation that is under heaven." (Col. 1:6, 23) The Christians had been obedient to the Word, and holy spirit had empowered them to accomplish a worldwide preaching work before the end of the Jewish system of things in 70 C.E. How encouraging it was for those faithful Christian workers to hear reports of what was being accomplished! A seemingly impossible task had been completed and no doubt those having a share in the work sensed an expression of 'Well done!' from the Master.—Matt. 25:21.

In like manner, Jehovah's modern-day organization endeavors to keep precise records of the work being done in fulfillment of Matthew 24:14, which says: "And this good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations; and then the end will

come." As dedicated servants of God we have an urgent work to do. Are you not personally interested in seeing to it that the ministry is accomplished thoroughly before the end comes? Of course, Jehovah will see to it that this work is completed, but will we have a share and will we receive Jehovah's smile of approval? Will we hear his pronouncement, "Well done"?

### YOUR PERSONAL FIELD SERVICE REPORT

What, exactly, are we to report? The Field Service Report slip provided by the Society indicates what information is to be included, but perhaps the following general comments, along with additional clarifications that are set out from time to time in *Our Kingdom Ministry,* will prove to be helpful.

In the columns with the headings "Books," "Booklets" and "Individual Magazines," list the total number of any of these items that you placed with people who are not dedicated, baptized Witnesses. Brochures are counted as booklets.

Both new and renewal subscriptions obtained from unbaptized people are reported on your Field Service Report slip in the column under the heading "Subs." Please turn these in to the person handling subscriptions in the congregation at the very first opportunity. The congregation should promptly mail subscriptions to the Society each week to ensure the best service to subscribers.

In reporting "Return Visits" count the total number of return calls made for the purpose of further stimulating interest previously shown by people who are not dedicated, baptized Witnesses. (An exception would be where you conduct a home Bible study with an inactive brother or sister at the direction of one of the Congregation

Service Committee. Also, you may report return visits for studies conducted with a newly baptized person who has not finished studying two of the Society's publications.) The return visit could be not only by a visit to someone's home but also in the form of a letter, a telephone call or the delivery of some literature, such as the latest issue of a magazine. Each time a home Bible study is conducted it should be counted as a return visit. In order to count a return visit, you would need to contact the particular individual who showed interest previously.

Although Bible studies are usually conducted regularly at least once each week, they are reported only once each month. At the end of each month, please make out a Study Report slip for each home Bible study you have conducted during the month with people who are not dedicated, baptized Witnesses. (See exceptions in the following paragraph.) After filling out each slip completely and accurately, write the total number of these Bible studies in the box at the lower right-hand corner of your Field Service Report slip. The number you indicate on the Field Service Report slip and the number of Study Report slips you turn in will be the same.

It is important to make an accurate report of "Hours of Field Service." Basically, this is the time you spend in the house-to-house ministry, engaging in street witnessing, making return visits, conducting Bible studies or otherwise witnessing informally or publicly to people who are not dedicated and baptized Witnesses. (An exception would be where you conduct a home Bible study with an inactive brother or sister at the direction of one of the Congregation Service Committee. Also, you may continue reporting a

study being conducted with a newly baptized person who has not finished studying two of the Society's publications.) If a publisher works in areas or in situations where it is not wise to be alone and it is, therefore, necessary for another publisher to accompany him, both may count the time if both share in giving the witness. There are other essential activities for which time is not counted, such as getting ready for field service, attending the meeting for field service and traveling to and from the territory.

Your field service time should start when you begin your witness work and end when you finish your last call in each witnessing period. Time taken for refreshments or meals during a period of field service is not to be counted. Auxiliary, regular and special pioneers, as well as missionaries, have hour requirements to meet. Congregation publishers are encouraged likewise to put Kingdom interests first and exert themselves in the ministry to accomplish all that they can in the field according to their individual circumstances. All of Jehovah's dedicated servants endeavor to be whole-souled in the ministry. (Col. 3:23) Those giving public talks may count the time spent delivering these, and a parent may count up to one hour each week when studying with his or her undedicated children.

### CONGREGATION'S PUBLISHER RECORD FILE

Your individual field service report for each month is compiled and recorded on a Congregation's Publisher Record card that is kept as a part of the congregation's files. These cards are not personal property. If you should move to another congregation, you may ask the secretary of the new congregation where you will be associating to write to the secretary of the congregation

from which you moved and request the transfer of your record of activity. This will serve to introduce you to the elders of that congregation and they will then be in a better position to continue giving needed spiritual assistance. If you are to be away from the congregation for a short period of less than three months, please continue to send your field service reports regularly to your home congregation.

When a person who has been having a home Bible study wants to go in the field service for the first time, this makes us rejoice. However, before he does so, the elders will want to make sure that the individual qualifies to be a publisher and that he or she really appreciates what it means to be publicly identified as associated with Jehovah's Witnesses. So the presiding overseer will arrange to have two elders (one being a member of the service committee) discuss this matter with the individual and with the brother or sister who is studying with him. (See page 98.) This will enable them to get better acquainted with him and to commend him warmly for the progress he is making.

In this discussion the elders can mention that the secretary keeps the field service records of the congregation. He and the other elders take a keen interest in all field service reports that are turned in each month. It would be appropriate to explain to the individual that when a Bible student reports field service for the first time and qualifies as an unbaptized publisher, a Congregation's Publisher Record card is made out

in his behalf and included in the congregation's file. The elders can then warmly welcome the individual as one who has a desire to become an active associate with Jehovah's Witnesses. (Rom. 15:7) Getting better acquainted with the new publisher in this way and taking a keen interest in what he has accomplished can have a fine influence on the individual. It may move him toward making even greater efforts to serve Jehovah and to turn in field service reports regularly each month.—Phil. 2:4; Heb. 13:2.

### WHY WE REPORT OUR FIELD SERVICE

Do you sometimes forget to turn in your field service report? No doubt all of us need occasional reminders. But if we cultivate a proper attitude toward reporting our field ministry, and if we understand why it is important to do so, it may become easier for us to remember to make proper reports of our field service.

Someone has asked: "Since Jehovah knows what I am doing in his service, why do I need to make a report to the congregation?" True, Jehovah knows what each one is doing and he is able to judge whether our service is whole-souled or if it is just a token of what we are really able to do. Even so, the Bible reveals that Jehovah has always had a record kept of the activities of his servants. He recorded the number of days that Noah spent in the ark and the number of years the Israelites journeyed in the wilderness. God kept account of the number of those who were faithful as well as of those who disobeyed. He recorded the progressive conquest of the land of Canaan and the accomplishments of the faithful judges of Israel. Yes, he recorded many details regarding the deeds and accomplishments of his servants. He inspired this written record of what

took place, making clear to us his view of making reports and keeping accurate records.*

There are a number of reasons why we report our field service today. Although these reports obviously do not include all that we do in serving Jehovah, what is reported serves a most practical purpose toward helping all within the organization and especially the local elders and the Society.

At times reports may indicate that particular attention needs to be given to certain aspects of our ministry. The figures may show that there has been progress in some activities but that publisher increase or growth in other areas has slowed down. Encouragement may be needed or it could be that there are problems to be resolved. Responsible overseers will take note of reports and endeavor to rectify any condition that may be hindering the progress of individuals or of the congregation as a whole.

Also, reports are beneficial organizationally in determining just where there is a greater need for workers in the field. What areas are more productive? Where is little progress being made? What publications are needed to help people to learn the truth? Reports enable the Society to project literature needs for different areas of the world and then keep ahead of the need so that there is not a shortage of Bibles or Bible literature for use in the preaching work.

For most of us reports mean encouragement.

---

* Many historical events recorded in the Bible demonstrate the exactness of reports and records kept by Jehovah's name people. In many cases the full impact of the Bible account could not be conveyed without the specific numbers being reported. Consider the following examples: Genesis 46:27 and Exodus 12:37; Judges 7:7; 2 Kings 19:35; 2 Chronicles 14:9-13; John 6:10; 21:11; Acts 2:41; 19:19.

Are we not thrilled when we hear about the work our brothers are doing in getting the good news preached worldwide? Reports of increases in numbers of publishers help us to get an over-all view of the expansion of Jehovah's organization. Individual experiences warm our heart and fill us with zeal, moving us also to have a full share in the preaching work. (Acts 15:3) So our individual cooperation with the congregation in turning in field service reports is important. It shows our concern for the brothers everywhere and in this small way we demonstrate our submission to Jehovah's organizational arrangement. —Matt. 24:45-47.

### SETTING PERSONAL GOALS

There is no reason for us to become competitive in making our reports, comparing our service with that of another individual. Individual circumstances vary greatly, making it unwise for us to make such comparisons. On the other hand, we can derive much benefit from setting realistic personal goals for ourselves. These can give us a valuable basis for measuring our own progress in the ministry. Also, if our personal goals are realistic and set according to our individual circumstances, attaining these goals can give us the satisfaction that comes with accomplishment.

### SHARE IN A FINAL REPORT

Regarding a symbolic work that was in a way prophetic of the preaching work we are doing today, we are told that a report was made when the work was finished. In prophetic vision Ezekiel saw six men with smashing weapons in their hands coming forth to execute judgment upon apostate Jerusalem. But then he saw a seventh man come forth also. This one had a secretary's

inkhorn with him and he was told: "Pass through the midst of the city, through the midst of Jerusalem, and you must put a mark on the foreheads of the men that are sighing and groaning over all the detestable things that are being done in the midst of it." After finishing his work of marking those who were to be saved from execution by the men with the smashing weapons, the man with the secretary's inkhorn returned to make a report, saying: "I have done just as you have commanded me."—Ezek. 9:1-11.

We do not know what final report Jehovah will request from his dedicated people when it comes to making a permanent record of the grand preaching work accomplished during the time of the end in fulfillment of Matthew 24:14. However, we can personally show our respect for his present organizational arrangement and demonstrate our appreciation for the small part we are allowed to have in the ministry by conscientiously reporting our field service regularly each month. It is recommended that all publishers of the good news promptly report their service activity at the end of each month. If this is done it will be greatly appreciated by the brothers who are assigned to compile the congregation field service report for mailing to the Society.

It is obvious that Jehovah is now, indeed, speeding up the ingathering of those people he will protect through "the great tribulation." We are living in the time of fulfillment of Isaiah's prophecy in this regard: "The little one himself will become a thousand, and the small one a mighty nation. I myself, Jehovah, shall speed it up in its own time." (Rev. 7:9, 14; Isa. 60:22)

As part of the worldwide association of brothers entrusted with the ministry, we want to be able to report as did the visionary man with the secretary's inkhorn: "I have done just as you have commanded me."—Ezek. 9:11.

CHAPTER 9

# WAYS TO EXPAND YOUR MINISTRY

WHEN the time came for Jesus to send his disciples out as Kingdom preachers, he said to them: "Yes, the harvest is great, but the workers are few." There was much work to be done, and so he added: "Beg the Master of the harvest to send out workers into his harvest." (Matt. 9: 37, 38) As Jesus instructed the disciples on how to go about their ministry there was a ring of urgency in his words. He said: "You will by no means complete the circuit of the cities of Israel until the Son of man arrives."—Matt. 10:23.

Today, also, there is a great need in the field of the Christian ministry. Time is running out and this good news of the Kingdom must be preached before the end comes. (Mark 13:10) Since the field is the world, it becomes clear that we are faced with a situation quite similar to that experienced by Jesus and his disciples, only on a much larger scale. We, too, are few in number in comparison with the world of mankind, but we can be sure that Jehovah's hand is not short with regard to his ability to have the Kingdom good news declared throughout the inhabited earth. The good news *will be preached* and the end *will come* on schedule according to Jehovah's own purpose. But will we be found faithful in having discharged our responsibility

to share in the ministry at hand? (Ezek. 33:8, 9) Will we put God's Kingdom first in our life and fully accomplish our ministry? What theocratic goals are we pursuing to that end?

What Jehovah requires of each one of his dedicated servants was expressed by Jesus when he said: "You must love Jehovah your God with your whole heart and with your whole soul and with your whole mind and with your whole strength." (Mark 12:30) All of us are required to be whole-souled in our service to him. This means that we can individually demonstrate the depth of our devotion and the genuineness of our dedication by doing our utmost in the ministry. (2 Tim. 2:15) There are many opportunities open to each one, according to our individual circumstances and abilities. Just consider what some of these opportunities are and decide what theocratic goals you will pursue in fulfilling your ministry.

### SERVING AS A CONGREGATION PUBLISHER

All who embrace the truth have the privilege of publishing the good news. This is the basic work that Jesus gave his disciples to do. (Matt. 24:14; 28:19, 20) A disciple of Jesus Christ usually begins speaking about the good news to others just as soon as he recognizes its value. This is what Andrew, Philip, Cornelius and others did. (John 1:40, 41, 43-45; Acts 10:1, 2, 24; 16:14, 15, 25-34) Does this mean that a person may participate in telling others about the good news even before he gets baptized? Yes. As soon as an individual qualifies as an unbaptized publisher in the congregation, the opportunity to participate in the house-to-house preaching of the good news is opened up to him. Also, according to his abili-

ty and circumstances he may regularly share in other features of the Kingdom ministry.

As a baptized member of the congregation you, of course, are interested in doing all you can to help others learn the good news. Men and women alike have the privilege of sharing in the God-ordained preaching work in the field. All should set a fine example in caring for their respective roles within the congregation. (1 Tim. 2:9-15; Titus 2:1-10; 1 Pet. 5:5) Male members of the congregation who make spiritual advancement and qualify may be appointed as ministerial servants. (1 Tim. 3:8-10, 12, 13) Such ones who reach out for the responsibilities of an overseer and who meet the Scriptural requirements are appointed to this position. They are used in teaching the congregation and serve as shepherds of the flock. (1 Tim. 3:1-7; Titus 1:5-9) It is certainly a privilege to have even a small part in advancing the interests of God's Kingdom. Anyone who can expand his ministry to attain special privileges of service is happy indeed.

### SERVING WHERE THE NEED IS GREATER

It may be that you have come to a knowledge of the truth in a congregation where the territory is frequently worked and a fine witness is continually being given for the benefit of anyone who should wish to come to know Jehovah. In such circumstances you may feel that you should expand your service privileges by moving to another area or, in some cases, even to another land where there is a greater need in the field. (Acts 16:9) If you are a brother who presently serves as an elder or a ministerial servant in the congregation, there may be another congregation either nearby or elsewhere that would appreciate

having your assistance in caring for congregational responsibilities.

If serving where the need is greater is something you would like to do, why not discuss the matter with the elders of your congregation. They may be able to help you determine how to go about making such a move or how to qualify for such work sometime in the future.

### AUXILIARY, REGULAR AND
### SPECIAL PIONEER SERVICE

All publishers should be acquainted with the general requirements for the auxiliary, regular and special pioneer service as well as other branches of full-time service. From time to time *Our Kingdom Ministry* sets out additional specific information. A pioneer publisher of the good news must be an exemplary baptized Christian, male or female, whose personal circumstances allow the spending of a specified number of hours each month in publicly preaching the good news. Applications for auxiliary pioneer service are approved by the local congregation's service committee, whereas regular and special pioneers are appointed and assigned by the Society.

*Auxiliary pioneers* may be appointed for a minimum of one month or they may pioneer for any number of consecutive months, according to their individual circumstances and personal qualifications. Many Kingdom publishers enjoy serving as auxiliary pioneers on special occasions, such as during the Memorial season or the month of the circuit overseer's visit to the congregation. Vacation months are chosen by some. Baptized school-age publishers may wish to enroll as auxiliary pioneers during those months they have time off from school because of vacations or worldly

WTPA033973

holidays. Whatever your personal circumstances, if you are baptized, are of good moral standing, can arrange to meet the requirement of spending 60 hours a month in the field ministry and believe you could serve one or more months as an auxiliary pioneer, the congregation elders will be pleased to consider your application for this privilege of service.

To qualify for appointment as a *regular pioneer* you must currently be in a position to reach the yearly field service quota of 1,000 hours. This is a requirement. To fulfill this quota you will need to work for a monthly goal of 90 hours. As a regular pioneer, you may choose your own assignment of territory, but you must always work in close cooperation with the congregation where you are assigned. Zealous pioneers can be a real blessing to the congregation, generating enthusiasm for the field ministry and even encouraging others to take up the pioneer service. Before the elders recommend your appointment as a regular pioneer, however, you must be baptized for at least six months, have good morals and have shown yourself to be an exemplary publisher. You must be able to follow a practical schedule that will enable you to spend the required number of hours in field service.

*Special pioneers* are chosen by the Society from among regular pioneers who have demonstrated their effectiveness in the ministry and who are able to serve wherever the Society chooses to assign them. This is often in unassigned or isolated territory where they can find interest and form new congregations. At times, special pioneers are assigned to congregations that need help in covering their territory regularly with the Kingdom

message. Some special pioneers who are also elders have been assigned to help small congregations even where there is not a particular need for more workers in the field. The Society gives some financial assistance to special pioneers in view of their high hour requirement.

### MISSIONARY SERVICE

Getting the Kingdom good news preached "to the most distant part of the earth" before the end comes has made it necessary for the Society to send forth missionaries into many lands. (Acts 1:8; Matt. 24:14) This has opened up opportunities for greatly expanded service privileges for thousands of Jehovah's Witnesses and especially for those already sharing in the full-time service.

Usually those invited to share in missionary work are given specialized training in Gilead school. Over the years thousands of full-time ministers have received missionary training. They have been chosen from among those who have already proved themselves as zealous workers, as whole-souled in their devotion and as having a great measure of ability in Kingdom service.

To qualify for missionary work a person must be between the ages of 21 and 40 and have good physical health and stamina, since many missionary assignments are in areas of the earth where living conditions are difficult and there is exposure to unaccustomed diseases. Also, a person going into missionary work may be required to adjust to a different standard of living and an entirely new cultural environment.

If you are already in the full-time service and you would like to reach out for additional privileges as a missionary, you can learn more about the requirements by attending the meet-

ings for people interested in missionary service when these are arranged at district conventions. Your circuit overseer may also be able to help you with good advice. If you qualify, you may be privileged to take up a sacred service that has wonderfully contributed to the worldwide expansion of true worship.

### BETHEL SERVICE

Serving at one of the many Bethel homes around the world is a very special privilege. The name Bethel means "House of God," and that designation is certainly appropriate for these centers of theocratic activity. Brothers and sisters who are in Bethel service do a vital work in connection with producing and distributing literature used by Jehovah's Witnesses everywhere. Also, from Brooklyn Bethel the Governing Body provides theocratic oversight and direction for the congregations throughout the earth.

Much of the service being performed at the Bethel homes is hard physical work. For this reason most of those called into Bethel service are dedicated and baptized brothers, young in years, in good health and strong physically. If there is a need in your country and if you would like to serve at Bethel, you can learn more about the requirements by attending the special meetings for people interested in Bethel service when these are arranged at district conventions. Your circuit overseer can also be of assistance in this regard.

### WHAT ARE YOUR SPIRITUAL GOALS FOR THE FUTURE?

If you have dedicated your life unreservedly to Jehovah, your ultimate goal is that of attaining to everlasting life in Jehovah's righteous New Order. But what are your service goals along

the way? By having spiritual goals you are less likely to misdirect your energies and other resources. (1 Cor. 9:26) You will be able to aim for something worth while. Such goals are conducive to spiritual growth and will help you to concentrate on more important things as you use opportunities to reach out for additional service privileges.—Phil. 1:10; 1 Tim. 4:15, 16.

In his illustration of the man that sowed, Jesus emphasized the fact that good symbolic soil produces varying amounts of fruitage. He said: "As for the one sown upon the fine soil, this is the one hearing the word and getting the sense of it, who really does bear fruit and produces, this one a hundredfold, that one sixty, the other thirty." (Matt. 13:23) If we have got the sense of the Word into our heart, should we not exert ourselves to make that Word produce abundant fruitage for Jehovah's praise? Do we not want to bear much Kingdom fruitage as we zealously share in the Kingdom ministry? And do we not want to produce abundantly the fruitage of God's spirit in our life every day? (John 15:2, 3) Having spiritual goals can help us do all of that.

The apostle Paul is an example for us to imitate in our service to God. (1 Cor. 11:1) He exerted himself vigorously in serving Jehovah to the very limit of his ability. He recognized that Jehovah's service provided him with many opportunities. To the brothers in Corinth he wrote: "A large door that leads to activity has been opened to me." Is this not true in our case also? Are there not many opportunities for us to serve Jehovah in association with the congregation, especially in preaching the Kingdom good news? Paul recognized that going through that door would not be easy, for he added, "But there are many op-

posers." (1 Cor. 16:9) In accepting that service Paul was willing to discipline himself severely, even as would an athlete whose heart desire was to win a mere fading crown in the games. Notice what he said at 1 Corinthians 9:24-27, including the words: "I pummel my body and lead it as a slave." Are we of that same mind?

Many of the missionaries in foreign lands today are there because they, with encouragement from their parents and others, set Gilead training and missionary work as a theocratic goal early in life, even while they were yet children in school. Similarly, many brothers now serving at Bethel set Bethel service as a goal either while they were very young children or when they first became acquainted with the good news and learned about this special privilege of service.

According to their differing personal circumstances in life, each one is encouraged to work toward certain theocratic goals. Some of those goals might be increasing participation in field service each week, starting and conducting a home Bible study, making more time to prepare for congregation meetings, enrolling as an auxiliary or regular pioneer, serving where the need is greater, serving at Bethel or in the missionary field. Of course, at congregation meetings, at conventions and in the Society's publications attention may be drawn to other theocratic goals that you, according to your own personal circumstances, may want to consider and strive to reach. The important thing is that you remain steadfast and fully accomplish your ministry. If you do, you will also attain your ultimate goal of everlasting life in Jehovah's service.—Luke 13: 24; 1 Tim. 4:7b, 8.

## CHAPTER 10

# HOW THE MINISTRY IS SUPPORTED

WHEN sending his disciples out to preach, Jesus said: "You received free, give free. Do not procure gold or silver or copper for your girdle purses, or a food pouch for the trip, or two undergarments, or sandals or a staff; for the worker deserves his food." (Matt. 10:8b-10) They were to trust in Jehovah that he would sustain them in the ministry. The Kingdom good news was not to be commercialized nor was it to be used for selfish personal advantage. The disciples adhered to Jesus' direction and their ministry was fully accomplished.—Col. 1:6, 23.

Now, in fulfillment of Jesus' prophecy concerning the last days, Jehovah's Witnesses have carried the ministry of the good news "to the most distant part of the earth." (Acts 1:8; Matt. 24:14) In doing this they have freely offered their time and energies in sharing spiritual things, thus remaining obedient to Jesus' words: "You received free, give free." Trusting in Jehovah to provide for his fellow workers, they have not become anxious but continue putting God's Kingdom first in their life. (1 Cor. 3:5-9; Matt. 6:25-34) The results give clear evidence of Jehovah's approval and blessing.

But when viewing the methods used by Jehovah's Witnesses in preaching the good news today, such as using the printed page, and realizing the phenomenal extent of their distribution of Bible literature, some will ask: 'How is all of this possible?' True, printing establishments that produce and distribute huge quantities of Bi-

bles and Bible literature require money for their operation. Much additional expense is incurred in maintaining Bethel homes for ministers who operate printing presses, oversee the preaching work worldwide and in other ways serve full time for the advancement of the good news. Missionaries are trained and sent to many lands, and other ministers are assigned as special pioneers who spend their time working in isolated areas or with small congregations. Traveling overseers ministering to the thousands of congregations everywhere are also given some material assistance to help them continue in their important work. Clearly, the work of the ministry in our day involves the outlay of large sums of money. From where does it all come?

Apart from the contributions made by people to cover the cost of literature received, Jehovah's Witnesses themselves send voluntary contributions to local branch offices of the Watch Tower Bible and Tract Society. Seeing the need, they demonstrate the same willing spirit that motivated God's servants whose generous giving in ancient times supplied the needs for building Jehovah's place of worship. (Ex. 35:20-29; 1 Chron. 29:9) While some gifts are received from estates through wills of Jehovah's Witnesses, contributions to the Society from individuals, congregations and circuits are usually sent in small amounts. Such donations, large and small, are appreciatively acknowledged. When added together, they provide enough to keep the work going.

So while sharing personally in the ministry of the good news, preaching publicly and from house to house, Jehovah's Witnesses also consider it a privilege to use their money and other

material possessions to advance the Christian
ministry. We are reminded of how Jesus and his
disciples maintained a common purse or money
box from which funds were taken to help the
poor and to care for other necessary expenses.
(John 12:6; 13:28, 29) The Bible record tells us
of the women who gave material support to the
ministry of Jesus and his disciples. (Mark 15:
40, 41; Luke 8:3) The apostle Paul gratefully
accepted loving material assistance from others
who were interested in advancing the good news
and who wished to have a share in his ministry.
(1 Thess. 2:9; Phil. 4:14-16) Jehovah's Witnesses
continue to follow these ancient patterns of hard
work and generous giving. Thus, it is possible
for honest-hearted ones everywhere to be freely
offered 'the waters of life.'—Rev. 22:17.

### CARING FOR THE NEEDS OF
### THE LOCAL CONGREGATIONS

Expenses within the local congregations are
also covered by voluntary contributions. No col-
lections are taken nor is there an assessment
of dues, but contribution boxes are provided at
meeting places so that each one can have a part
in giving, "just as he has resolved in his heart."
—2 Cor. 9:7.

Since overseers in the congregations serve
without a salary for their services, money con-
tributed serves principally to provide a Kingdom
Hall in which the congregation can meet and to
pay for its operation and upkeep. If there is more
money than is needed to care for these expenses,
the body of elders may discuss how those funds
can best be used to advance the Kingdom minis-
try. It may be decided that some of the money
should be sent to the local branch office of the

Watch Tower Society for use in furthering the Kingdom work. If so, a resolution to this effect should be adopted by the congregation. In this way many congregations make regular contributions to advance the Kingdom work. Special needs may arise from time to time, but when each one endeavors to remain alert to the needs of the local congregation, it should not be necessary to make frequent announcements regarding contributions.

### CARING FOR THE POOR

One purpose of the money box maintained by Jesus and his disciples was to help poor people. (Mark 14:3-5; John 13:29) That Christian responsibility has continued just as Jesus said: "You always have the poor with you." (Mark 14:7) How do Jehovah's Witnesses discharge their responsibility in this regard today?

At times, faithful ones in the congregation may be in need of material assistance because of advanced age, infirmity or some adversity beyond their control. Individuals in the congregation who become aware of such need may feel moved to act in harmony with the words of the apostle John: "Whoever has this world's means for supporting life and beholds his brother having need and yet shuts the door of his tender compassions upon him, in what way does the love of God remain in him? Little children, let us love, neither in word nor with the tongue, but in deed and truth." (1 John 3:17, 18; compare 2 Thessalonians 3:6-12.) True worship involves looking after faithful and loyal ones who may be in need of material assistance.—Jas. 1:27; 2:14-17.

In his first letter to Timothy, the apostle Paul explained how material assistance may be provid-

ed to deserving ones. You can read his counsel at 1 Timothy 5:3-21. The first responsibility rests upon each Christian to care for the needs of his own household. Older or infirm ones should receive assistance from their children, grandchildren or other close relatives. (At times material assistance is available through governmental or social agencies, and so relatives or others may show kindness in helping the needy one to make proper requests for such assistance.) A situation may arise where it might become necessary for the congregation as a whole to consider providing some form of assistance to certain needy brothers and sisters who have a long history of faithful service. If there are no family members or other relatives to assist such ones, the body of elders can make appropriate recommendations and suggestions to provide some help. Faithful Christians consider it a privilege to confirm their love for one another through sharing their material possessions with worthy ones in time of need.

Many of our brothers within a certain area may come to be in need due to persecutions, wars, earthquakes, floods, famines or other calamitous occurrences that are common in this critical time of the end. (Matt. 24:7-9) On such occasions local congregations may not have anything to share with one another and so the Society coordinates the efforts of the brothers elsewhere to provide what is needed. This is similar to the way Christians in Asia Minor provided food for the brothers in Palestine during a time of famine. (1 Cor. 16:1-4; 2 Cor. 9:1-5) By following their example we confirm our love for our brothers and prove ourselves to be genuine disciples of Jesus Christ. —John 13:35.

### FINANCING THE DISTRIBUTION OF LITERATURE

The distribution of Bibles and Bible literature, such as magazines, books, booklets and tracts, plays an important role in spreading the Kingdom message everywhere. Usually one of the ministerial servants is assigned by the body of elders to look after the congregation's supply of literature, and another ministerial servant is assigned to take care of the magazines. All such literature is made available at a nominal cost to the publishers, who, in turn, offer it to the public usually on a contribution basis.

The brothers assigned to look after such literature and magazine supplies take their responsibilities seriously. They keep a written record of all transactions, including the date and the amount of literature received, as well as a progressive inventory and an accounting of all money received. By keeping informed as to what literature is available and by monitoring the flow of literature to the field they can always arrange to have an adequate supply on hand to care for the needs of the congregation. Since Bible literature has proved to be so effective in spreading the good news, publishers are encouraged to feature it in their ministry. *Our Kingdom Ministry* announces a specific literature offer for each month so as to ensure an orderly and thorough witness throughout the territory.

Another ministerial servant may be assigned to receive all subscriptions for *The Watchtower* and *Awake!* and prepare these for mailing to the Society regularly each week.

Once each week money received for literature, magazines and subscriptions is given to an elder or a ministerial servant who has been assigned

by the body of elders to care for the congregation accounts. After each meeting this brother also removes any money that may have been deposited in the contribution box and makes a record of it. The body of elders will make appropriate arrangements for safeguarding all these funds until such time as they can be forwarded to the Society or otherwise used to care for the needs of the congregation. This may entail the opening of a bank account for the congregation. The brother handling the congregation accounts makes a monthly statement for the information of the congregation, and every three months the presiding overseer arranges for an auditing of the accounts. A reminder of this is published regularly in *Our Kingdom Ministry*.

### FINANCING OUR CIRCUIT ASSEMBLIES

Expenses involved in operating circuit assemblies are defrayed by the Witnesses making up the circuit. Contribution boxes are provided at the assemblies just as they are at local congregation meetings and in this way the brothers can make voluntary contributions to the circuit. At times it may be necessary for the various congregations in a circuit to assist with initial expenses and in such case the circuit overseer may advise the congregations of this privilege. In most instances, however, the circuit will already have on hand sufficient funds from previous assemblies. If it should occur that there is a deficit at the conclusion of an assembly, it is the responsibility of the elders to discuss the matter and determine what contributions their respective congregations may be able to make to the circuit funds. They would then handle this with their congregations by means of a resolution.

A brother selected by the circuit overseer handles the circuit accounts, paying bills that are approved by the circuit overseer. The elders decide what should be done with any funds that may be left over in excess of what will be needed for initial expenses of the next assembly. It may be that the circuit is in need of equipment used in connection with circuit assemblies, or the elders may wish to send a contribution to the Society for the advancement of the good news in other areas. Decisions should be made only with regard to funds that the circuit has on hand in its account and these decisions should be put in writing as resolutions adopted by the elders. Money belonging to the circuit may be deposited with the branch office for safekeeping until such time as it is needed by the circuit.

The circuit overseer will arrange for an audit of the circuit accounts following each circuit assembly.

As dedicated Christians, we recognize that our time, mental and physical assets, talents, material possessions and even our very life are gifts from God and intended for use in his service. (Luke 17: 10; 1 Cor. 4:7) By making proper use of all our resources we demonstrate the genuineness of our love and the depth of our devotion to Jehovah. It is our desire to honor Jehovah with our valuable things, knowing that he is pleased with whatever gift we bring when it is given as an expression of our whole-souled devotion. (Prov. 3:9; Col. 3:23, 24; compare Mark 14:3-9 with Luke 21:1-4.) By maintaining a proper view of material things and by generous Christian giving we may experience the fulfillment of Jesus' words in our day: "You received free, give free." We, in turn, receive the greater joy.—Matt. 10:8b; Acts 20:35.

# HOLDING TO JEHOVAH'S RIGHTEOUS STANDARDS

**A**S DEDICATED servants of God, bearing his name, we are under obligation to reflect Jehovah's glory in all that we say and do. (2 Cor. 3:18) This involves our holding to his righteous standards, which are a reflection of his own perfect personality. (Col. 3:10) We must become imitators of God as a holy people.—Eph. 5:1, 2.

Calling this need to the attention of Christians, Peter wrote: "As obedient children, quit being fashioned according to the desires you formerly had in your ignorance, but, in accord with the Holy One who called you, do you also become holy yourselves in all your conduct, because it is written: 'You must be holy, because I am holy.'" (1 Pet. 1:14-16) As with Israel of old, members of the Christian congregation are required to maintain holiness. This means that they are to remain untarnished, clean from sinful contamination and worldliness. They are thus set apart for Jehovah's exclusive service.—Ex. 20:5.

Holiness is maintained by adhering to Jehovah's laws and principles. These are clearly set out in the Holy Scriptures. (2 Tim. 3:16) Through a study of the Scriptures we were taught about Jehovah's ways and we were drawn to him. In becoming one of his people, it was not just a matter of accepting a few basic doctrines and then getting baptized in water. Our study of the

Bible convinced us of the need to seek first God's Kingdom and to mold our life according to his righteous standards. (Matt. 6:33; Rom. 12:2) In effect, this results in putting on a new personality modeled after Jesus Christ.—Eph. 4:22-24.

Living up to our dedication by holding to Jehovah's righteous standards is not always easy. Our Adversary, Satan the Devil, seeks to turn us aside from the truth. Wicked influences from the world around us and our own sinful tendencies make things difficult at times. All of this requires a spiritual fight on our part. The Scriptures tell us not to be puzzled when opposition or trials are encountered. We may have to suffer for the sake of righteousness. We can be happy in undergoing trials, knowing that such trials are proof that we are doing God's will.—1 Pet. 3:14-16; 4:14-16.

Though he was perfect, Jesus learned obedience by the things he suffered. At no time did he yield to Satan's temptations or to worldly aspirations. (Matt. 4:1-11; John 6:15) Not once did Jesus even give thought to compromising the truth. Though his faithful course incurred the world's hatred, he always held to Jehovah's righteous standards. Shortly before his death he warned his disciples that just as the world hated him because he was no part of it, so, too, the world would hate them. (John 15:19; 17:16) From that time forward followers of Jesus Christ have experienced tribulation, but they have taken courage in knowing that the Son of God conquered the world.—John 16:33.

For us to overcome the world, we need to uphold Jehovah's righteous standards as our Master did. In addition to avoiding involvement with the world in its political and social fields, we must resist the world's degrading moral climate. So we should take seriously the counsel at James 1:21: "Hence put away all filthiness and that superfluous thing, badness, and accept with mildness the implanting of the word which is able to save your souls." By regularly implanting the word of truth in our mind and heart through study and meeting attendance, we keep strong in faith in the face of temptations and trials. Even though worldly attractions exert a strong influence, we must not even begin to desire what the world offers. Why not? Pointedly the disciple James warns: "Adulteresses, do you not know that the friendship with the world is enmity with God? Whoever, therefore, wants to be a friend of the world is constituting himself an enemy of God." (Jas. 4:4) Can you not see the reasons for the Bible's strong admonition that we hold to Jehovah's righteous standards and remain separate from the world?

The inspired counsel of God's Word warns us against sharing in shameful and immoral conduct. It tells us that 'fornication and uncleanness of every sort or greediness should not even be mentioned among you, just as it befits holy people.' So we must refuse to allow our mind to dwell upon things that are obscene, shameful or base and we should not discuss such things in unnecessary conversation. We must avoid being immorally influenced because of watching un-

cleanness displayed publicly as forms of enter-
tainment. (Eph. 5:3-5) Thereby we give proof of
wanting to hold to Jehovah's clean and righteous
standards of morality.

### PHYSICAL CLEANNESS HONORS JEHOVAH

Along with spiritual and moral cleanness, Chris-
tians recognize the importance of being physical-
ly clean. In ancient Israel the God of holiness
required cleanness in the camp. (Deut. 23:14)
The way of life then had to conform to Jehovah's
standard of cleanness. Our way of life, too, must
be kept clean so that Jehovah 'may see nothing
indecent in us.'

In view of our public witnessing, we are usual-
ly well known in the community where we live.
Keeping a neat and orderly home, inside and
out, is in itself a witness to neighbors. This is
something in which the whole family should be
involved. Husbands and fathers should take par-
ticular interest in the home and its surroundings,
knowing that a tidy yard and well-kept home
merit favorable testimony from those on the out-
side. Family heads recognize that this, along with
their taking the lead in spiritual matters, is an
indication that they are presiding well over their
own household. (1 Tim. 3:4, 12) Wives, too, have
a responsibility in caring for things, especially
inside the home. (Titus 2:4, 5) Well-trained chil-
dren do their part in keeping themselves, as well
as their rooms, clean and neat. Thus, the entire
family works together in developing habits and
patterns of cleanness that will fit in with the
New Order under God's Kingdom.

Our grooming and dress should be in keeping with godly principles. We would not think of appearing before prominent officials dressed in a slovenly and careless manner. How much more concerned should we be when serving Jehovah, representing him in the field ministry or on the platform! Our grooming and clothing styles can influence others as to how they view the true worship of Jehovah. It certainly would not be fitting to be immodest or inconsiderate of others. (Mic. 6:8; 1 Cor. 10:31-33; 1 Tim. 2:9, 10) Hence, when we participate in the field ministry or assemble for worship at congregation meetings, circuit assemblies and larger conventions, we should have in mind what the Scriptures say about physical cleanness and modest appearance so as to honor Jehovah always.

The same would apply when visiting the Bethel home at Brooklyn or any of the Society's branch offices. Remember, the name Bethel means "House of God," so our dress, grooming and conduct should be similar to what is expected of us when attending meetings for worship at the Kingdom Hall.

### RECREATION

The propriety of having some time for rest and refreshment is recognized. Once Jesus invited his disciples to go to a lonely place and "rest up a bit." (Mark 6:31) Healthful recreation can provide some pleasant diversion. It can refresh us so that we can press ahead with our normal work. There are many wholesome things that individuals or families can do in order to enjoy

WTPA033991

a change of pace and recuperate their physical and mental powers. Many have benefited from following the Scriptural counsel and balanced suggestions contained in the Society's publications on this matter.

With so many forms of recreation available, Christians should be selective and exercise godly wisdom in what they do. While it has its place, recreation is not the big thing in life. We are warned that in "the last days," men would become "lovers of pleasures rather than lovers of God." (2 Tim. 3:1, 4) Much of what is today termed recreation and entertainment is objectionable to one who desires to hold to Jehovah's righteous standards.

Early Christians had to resist an unwholesome environment in the pleasure-seeking Roman world. At the circus, spectators were entertained by viewing the sufferings of others. Violence, bloodshed and sexual immorality were key elements in the recreation of the populace. Early Christians stayed away from such things. Much of the modern world's entertainment features similar attractions and caters to base human emotions. We need to 'keep strict watch on how we walk' by turning away from demoralizing entertainment. (Eph. 5:15, 16) And even though the entertainment itself may be acceptable, often the presence and influence of worldly people can be harmful.—See 1 Peter 4:1-4.

### SCHOOL ACTIVITIES

Children of Jehovah's Witnesses benefit from getting a basic secular education. While attend-

ing school, they should be interested in learning how to read and write well. Other subjects taught in primary school as well as in high school can be of value to young people as they pursue spiritual goals. During their school years they should make a diligent effort to remember their Creator by putting spiritual things first.—Eccl. 12:1.

If you are a Christian youth attending school, your parents have no doubt encouraged you to exercise special care. Even though worldly youths go unrestrained in their rebellious course of conduct, you do not need to side with them. (2 Tim. 3:1, 2) Under these circumstances there is much you can do to ward off worldly influences. Jehovah has not left any of us exposed to dangers without providing necessary protection. (Ps. 23:4; 91:1, 2) So take advantage of Jehovah's provisions for the congregation; this will serve to safeguard you.—Ps. 23:5.

To keep separate from the world while in school, young Witnesses should consider the dangers of becoming involved in extracurricular activities. Though classmates and teachers may not always understand your decision of nonparticipation, pleasing God is what counts. This requires exercising a Bible-trained conscience and standing firm in the resolve not to become involved in worldly competition or nationalistic practices that violate Bible principles. (Gal. 5:19, 26; see footnote in 1971 edition.) By listening to the Scriptural counsel of godly parents and benefiting from the good association and instruction of the congregation, the youth in our midst will be aided in holding to Jehovah's righteous standards.

## SECULAR WORK AND BUSINESS ASSOCIATIONS

Family heads have a Scriptural obligation to provide for the needs of their own household. (1 Tim. 5:8) Even so, they as ministers recognize that their secular work is secondary to the vital Kingdom interests. (Matt. 6:33; Rom. 11:13) By practicing godly devotion and being content with having sustenance and covering, they avoid the anxieties and snares of the materialistic way of life so common in the world.—1 Tim. 6:6-10.

Not only family heads but also other dedicated Christians who find it necessary to be secularly employed should have such Scriptural principles in mind. Making honest provision for themselves means that they would not want to profit from activities that violate God's law or are illegal from the standpoint of Caesar. (1 Cor. 6:9, 10; Rom. 13:1, 2) Also, there is a need to be constantly aware of the dangers of bad association. As soldiers of Christ, our brothers refrain from engaging in commercial endeavors that violate Christian standards or jeopardize their spirituality. (2 Tim. 2:4) Neither do they become involved in unscriptural connections with God's religious enemy, Babylon the Great.—2 Cor. 6:14-17; Rev. 18:2, 4.

Observing God's righteous standards will prevent us from taking advantage of our theocratic association in order to promote personal or other business interests. The purpose of our association with others at Christian meetings in the local congregation and when attending circuit assemblies and larger conventions is exclusively for worshiping Jehovah, feeding at his spiritual table

and enjoying an interchange of encouragement. (Rom. 1:11, 12; Heb. 10:24, 25) Such association should always be kept on a high spiritual level.

### "DO ALL THINGS FOR GOD'S GLORY"

In addition to the foregoing, other aspects of our daily life should give clear evidence that our profession of Christianity is genuine. (Rom. 2:21-24) Our personal habits, for example, may seem to be of relatively little consequence. But, concerning these very things we are admonished: "Whether you are eating or drinking or doing anything else, do all things for God's glory. Keep from becoming causes for stumbling." (1 Cor. 10: 31-33) Such counsel is applicable at all times—in our private life, when we are among our Christian brothers or when we are being observed by worldly people.

It is a fine thing to be hospitable. (1 Pet. 4:9) When inviting others to our home for a meal, refreshments, a period of study or relaxation and fellowship, we should keep in mind those in the congregation who may be needy or disadvantaged. (Luke 14:12-14) If we are guests on such occasions, our conduct should be in line with the counsel at Mark 12:31. It is always good to show appreciation for the thoughtfulness and kindness of others.

At times, several families may be invited to a home for Christian fellowship. Or, brothers may be invited to attend a wedding reception or a similar social occasion. (John 2:2) Reasonably, those who are hosts in such cases should feel personally responsible for what takes place. With this

in mind, discerning Christians have seen the wisdom of limiting the size of such groups and the duration of the gatherings. Alcoholic beverages, if served at all, should be used in moderation. (Phil. 4:5) If there is an effort to make such Christian get-togethers spiritually upbuilding and they are planned accordingly, food and drink will not be the most important considerations. There is a need to exercise caution when large groups get together. The relaxed atmosphere at such gatherings has led some to go beyond the limits of proper Christian conduct and become involved in excessive eating and drinking and even serious wrongdoing.

Truly, Christians rejoice in God's bounteous gifts and find that they can 'eat and indeed drink and see good for all their hard work.' (Eccl. 3: 12, 13) Realizing that these and other activities should always be to God's glory, hosts as well as guests will look back on social gatherings, not with troubled consciences, but with the satisfaction of having been spiritually refreshed.

### DWELLING IN CHRISTIAN UNITY

Jehovah's righteous standards for his people also require that they "observe the oneness of the spirit in the uniting bond of peace." (Eph. 4: 1-3) Rather than seeking to please themselves, they would each seek to pursue what is good toward others. This is the spirit you have doubtless found in your association with the brothers in your congregation. No matter what a person's racial, national, social, economic or education-

al background may be, all are governed by the same righteous standards. Even outsiders have observed that this is outstandingly characteristic of Jehovah's people.—1 Pet. 2:12.

Further emphasizing the basis for unity, the apostle writes: "One body there is, and one spirit, even as you were called in the one hope to which you were called; one Lord, one faith, one baptism; one God and Father of all persons, who is over all and through all and in all." (Eph. 4: 4-6) How forcefully this calls for unity in understanding basic Bible doctrine as well as more advanced Bible teaching in recognition of Jehovah's sovereign will and authority! Truly, Jehovah has given his people a pure language of truth that enables them to serve together shoulder to shoulder.—Zeph. 3:9.

The unity and peace of the Christian congregation today has certainly been a source of refreshment for all of us who worship Jehovah. We have experienced the fulfillment of Jehovah's promise: "In unity I shall set them, like a flock in the pen." (Mic. 2:12) It behooves all of us to maintain that peaceful unity by living daily as a holy people, always holding to Jehovah's righteous standards.

Happy are all who have been accepted into the clean congregations of Jehovah! It is worth every sacrifice we may be called upon to make just to be called by Jehovah's name. As we maintain our precious relationship with him, we will strive diligently to hold to Jehovah's righteous standards ourselves and recommend them to others.

# WHEN DIFFICULTIES ARISE

UNQUESTIONABLY a tremendous witness is being given worldwide as a result of our Kingdom ministry. This is a cause for wonderment on the part of millions of people. Even observers not favorably disposed toward the Kingdom good news have commended us for our zeal, unity and cooperative spirit. All credit goes to Jehovah God, since the work being accomplished by our ministry is due to his spirit and blessing.—Zech. 4:6.

Application of Bible principles enables us to put on the new Christian personality. (Col. 3: 10) Every effort is made to conform our way of life to Jehovah's righteous standards. For this reason we put aside petty disputes and personal differences. By accepting Jehovah's view of matters we overcome divisive worldly elements, and this allows us to work unitedly in love as an international brotherhood.—Acts 10:34, 35.

Nevertheless, from time to time difficulties may arise, affecting the peace and unity of the congregation. What is the cause? In most cases it is a failure to heed and apply Bible counsel. We still have to cope with imperfect human tendencies. Someone may, even without fully realizing it, take a false step that could introduce moral or spiritual uncleanness into the congregation. Not one of us is without sin. By our thoughtless action or unguarded tongue we may offend another, or perhaps we may begin to feel offended because of what someone else has said or done. (Rom. 3:23) When such difficulties arise, what can be done to help set matters straight?

We can be thankful that Jehovah has lovingly taken all of this into consideration. His Word provides counsel on what to do when difficulties arise due to our inherited human imperfections and limitations or when wrongdoing is otherwise introduced into the congregation. Personal assistance is available from loving elders. By accepting their mature help and heeding Scriptural counsel, we can continue to enjoy a fine relationship with all in the congregation and maintain a good standing with Jehovah. If some wrongdoing on our part requires discipline or reproof, rest assured that such correction is an expression of our heavenly Father's love.—Prov. 3:11, 12; Heb. 12:6.

### PERSONAL DIFFICULTIES

There may be times when personal disputes or other difficulties of a minor nature arise between individual members of the congregation. These should quickly be settled in the spirit of brotherly love. (Eph. 4:26; Phil. 2:2-4; Col. 3:12-14) Very likely you will find that most problems of a personal nature involving your relationship with another member of the congregation can be resolved simply by applying Peter's counsel to "have intense love for one another, because love covers a multitude of sins." (1 Pet. 4:8) Such minor difficulties stem from human imperfections. We all stumble many times. (Jas. 3:2) By recognizing these facts and applying the golden rule, doing to others just as we would want them to do to us, usually we can dispose of minor offenses on the part of our Christian brothers by simply forgiving and forgetting.—Matt. 7:12.

But if something has disturbed your relationship with another member of the congregation to the extent that another approach or course

needs to be taken, wisdom dictates that you not delay resolving the matter, knowing that your relationship with Jehovah is also involved. Jesus counseled: "If, then, you are bringing your gift to the altar and you there remember that your brother has something against you, leave your gift there in front of the altar, and go away; first make your peace with your brother, and then, when you have come back, offer up your gift." (Matt. 5:23, 24) There may have been a misunderstanding. If so, it should be cleared up very easily by keeping in mind the basic need for unity within the congregated body and keeping the lines of communication open. This is the thought expressed at Ephesians 4:25, where we read: "Wherefore, now that you have put away falsehood, speak truth each one of you with his neighbor, because we are members belonging to one another." Good communication among all members of the congregation goes a long way toward avoiding misunderstandings and resolving problems that do arise because of our human imperfections.

### WEIGHTY RESPONSIBILITY OF ELDERS

At times overseers may find it necessary to counsel or correct someone, trying to readjust his thinking. This is not always easy to do. To the Christians in Galatia, Paul wrote: "Brothers, even though a man takes some false step before he is aware of it, you who have spiritual qualifications try to readjust such a man in a spirit of mildness."—Gal. 6:1.

Surrounded as we all are with worldly influences and faced with temptations every day, the sinful flesh of some may allow them to become involved in questionable conduct or even to take a false step into sin before they are aware of it. The shepherds, by being vigilant and attentive to

the needs of the flock, may be able to prevent someone from taking a more serious step that could bring into question his relationship with Jehovah. This is their objective when giving counsel to one who may have sinned.—Heb. 13:17.

Knowing just how subtly sin may creep in upon one, the apostle cautioned the brothers that they also are subject to temptation. He wrote them: "Each keep an eye on yourself, for fear you also may be tempted." (Gal. 6:1b) Yes, to overseers today this reminder is especially fitting. They also need to watch closely their own personal conduct, so as to guard against falling into temptation.

Overseers are expected to be exemplary. Their example in daily living should add force to their words of counsel and instruction to the congregation. (Rom. 2:21-23) Although a brother may have qualified fully at the time of his appointment, if he should later on fail to maintain his proper relationship with Jehovah, the same holy spirit that led to his appointment will direct his removal from office in Jehovah's own time and way. Paul admonished all Christians, including appointed overseers: "Consequently let him that thinks he is standing beware that he does not fall."—1 Cor. 10:12.

By keeping themselves entirely free from accusation as they exercise watchful care over the flock, the overseers can protect the congregation from many potential spiritual dangers and avoid the need to handle more serious problems that could develop if there was negligence on their part. Shepherds of the flock should always strive to make their service to the congregation measure up to Jehovah's promise through Isaiah: "And each one must prove to be like a hiding

place from the wind and a place of concealment from the rainstorm, like streams of water in a waterless country, like the shadow of a heavy crag in an exhausted land."—Isa. 32:2.

### NOT OVERLOOKING SERIOUS WRONGS

Willingness to overlook offenses and to forgive does not mean that we are not concerned about wrongdoing or that we approve of it. Not all wrongs can simply be charged to inherited imperfection; nor is it for our brother's good or for the good of the congregation to overlook it if he commits wrongs that go beyond minor offenses. (Lev. 19:17; Ps. 141:5) Under the Law covenant given through Moses there was recognition of a difference in degree of seriousness of sins and transgressions. This is also true for Christians under the new covenant.—Compare 1 John 5:16, 17.

When giving counsel, Jesus outlined some specific procedures for resolving problems of serious wrongdoing, such as fraud or slander, that may arise between fellow Christians. Note the steps that he set out: "Moreover, if your brother commits a sin, [1] go lay bare his fault between you and him alone. If he listens to you, you have gained your brother. But if he does not listen, [2] take along with you one or two more, in order that at the mouth of two or three witnesses every matter may be established. If he does not listen to them, [3] speak to the congregation. If he does not listen even to the congregation, let him be to you just as a man of the nations and as a tax collector."—Matt. 18:15-17.

If someone in the congregation has committed such a serious sin against you personally, do not be hasty to turn to the overseers, or someone else, requesting them to intervene in your be-

half. First of all, as Jesus counsels, speak with the one against whom you have a complaint. Try to resolve the matter between just the two of you without involving anyone else at all. If the matter can be straightened out in this way, the one who has sinned will certainly appreciate the fact that you have not told others about his sin and have not marred his good reputation among others in the congregation. You will have "gained your brother."

Where the sinner accepts reproof, seeks forgiveness and straightens the matter out, Jesus states there is no need to carry the matter further. This fact shows that, although serious, the offenses here discussed were limited in nature to such as could be settled between the individuals involved. This would not include such offenses as fornication, adultery, homosexuality, blasphemy, apostasy, idolatry and similar gross sins that should be reported to the elders and handled by them. When the Law covenant was in force, these sins required more than forgiveness from an offended individual.—1 Cor. 6:9, 10; Gal. 5:19-21.

In view of this and in view of the illustration that Jesus subsequently gave, as recorded at Matthew 18:23-35, the sins considered in Matthew 18:15-17 evidently were sins such as those involving financial or property matters—failure to make proper payment for something or some action involving a measure of fraud. The sin might damage one's reputation by actual slander. In these cases, if the offender recognized his wrong, expressed willingness to right it to the extent possible and sought forgiveness, the matter could be settled by the offended one's granting forgiveness.—Compare Matthew 5:25, 26.

If the one who sinned against you cannot be

convinced by your reasoning with him alone, then do as Jesus said and take one or two others along and speak with him again. The one or two you take with you should have the same objective, that of gaining your brother. Preferably they should be witnesses of the alleged wrongdoing, but if there are no eyewitnesses, you may choose to take along responsible brothers who become witnesses to the evidence presented in the discussion. Also, after listening to what you and the other person have to say, they may help the two of you reason on the matter and seek a solution to the problem. Keep in mind, however, that if you alone were not able to convince your brother that a wrong was committed, there is always the possibility that he has not sinned against you and that the individuals you take along with you may be required to convince you that you have no reason for complaint against your brother. (Prov. 18:17) Remember that the objective is to establish peace between you and your brother, to 'gain your brother.'

But if you are convinced that your brother has sinned against you and it has not been resolved either when you spoke with him alone or when you went to him with one or two others, and if a serious sin is involved so that it would be wrong just to let it pass, then you should report the matter to the overseers of the congregation. Having done this, you have taken it as far as you can. Leave the problem in the hands of the responsible members of the congregation and trust in Jehovah that it will be resolved. Never should you allow the wrong conduct of someone else to become a reason for stumbling or a force to rob you of your joy in Jehovah's service.—Ps. 119:
165

If upon investigation it should become evident to the shepherds of the flock that the brother has indeed committed a serious sin against you and yet has been unwilling to repent and make appropriate amends, it may become necessary for the overseers to expel the unrepentant wrongdoer and in that way protect the flock and safeguard the cleanness of the congregation.—Matt. 18:17.

### HANDLING OTHER JUDICIAL MATTERS

Some cases of wrongdoing may be brought to the attention of the overseers by individual brothers or sisters who report unresolved personal grievances. (Matt. 18:17) On the other hand, the elders may be approached by individuals who either confess their own sins or report what they know regarding the wrongdoing of others. (Jas. 5:16; Lev. 5:1) But regardless of the exact manner in which the elders first hear reports of serious wrongdoing on the part of a baptized member of the congregation, an initial investigation will be made. If it is established that there is substance to the report and evidence is produced showing that a serious sin actually may have been committed, the congregation's body of elders will assign a judicial committee of at least three brothers to handle the matter. In the case of reported serious wrongdoing on the part of one who is regularly associated but not yet baptized, similar steps will be taken.

While exercising watchful care over the flock, seeking to protect it from any elements that would be spiritually damaging, the elders will also endeavor to use their spiritual qualifications to restore or reprove any who have erred. (Jude 21-23) This would be in harmony with instructions given to Timothy by the apostle Paul. He wrote: "I solemnly charge you before God

and Christ Jesus, who is destined to judge the living and the dead, and by his manifestation and his kingdom, preach the word, be at it urgently in favorable season, in troublesome season, reprove, reprimand, exhort, with all long-suffering and art of teaching." (2 Tim. 4:1, 2) Doing this may take much time and effort, but it is a part of the hard work of the elders that the congregation appreciates and for which they give the elders double honor.—1 Tim. 5:17.

In every situation where guilt is established, a primary endeavor of the overseers is to restore the wrongdoer if he is genuinely repentant, as indicated, for example, by his producing "works that befit repentance." (Acts 26:20) If they are able to help him and he is repentant, their administering reproof, either privately or before onlookers concerned in the case, serves to discipline him and instill a wholesome fear in any such onlookers. (1 Tim. 5:20; compare 2 Samuel 12:13.) Thus, the wrongdoer may be helped to 'make straight paths for his feet' thereafter. —Heb. 12:13.

However, the wrongdoer may have become hardened in his course of wrong conduct and fail to respond to the efforts of his brothers to help him. Fruits, or works, befitting repentance may not be in evidence, nor may genuine repentance be apparent at the time of the hearing. What then? In such cases it would be necessary for the responsible overseers to expel the unrepentant wrongdoer from the congregation, thus denying him fellowship with Jehovah's clean congregation. This would be done to protect other members of the congregation from the bad influence of the wrongdoer, safeguarding the moral and spiritual cleanness of the congregation and protecting its

good name. (Compare Deuteronomy 21:20, 21; 22:23, 24.) This is what the apostle Paul did when he became aware of the shameful conduct of a member of the congregation in Corinth. (1 Cor. 5:11-13) Also, this same apostle reports on the disfellowshipping of others who rebelled against the truth in the first century.—1 Tim. 1:20.

### IF THE DECISION IS TO DISFELLOWSHIP

When a judicial committee handling a case of wrongdoing reaches the conclusion that the unrepentant person should be disfellowshipped, how should they deal with him?

It is appropriate for the committee to speak with him and let him know of their decision to disfellowship him from the congregation. They clearly state the Scriptural reason(s) for the disfellowshipping action. When informing the wrongdoer of their decision, the judicial committee should tell him that if he believes that a serious error in judgment has been made and he wishes to appeal the decision of the committee, he may do so by writing a letter clearly stating his reasons for the appeal. He will be allowed seven days for doing this. If such written appeal is received, the body of elders should arrange for an appeal committee to rehear the case. They may use local elders or elders from nearby congregations; they should be men who are experienced and qualified. The body of elders should request one of the traveling overseers to suggest who might serve on the appeal committee. Every effort should be made to conduct the appeal within one week after the written appeal is received. If there is an appeal, announcement of the disfellowshipping will be held in abeyance. In the meantime the accused person will be restricted from commenting and

WTPA034007

praying at meetings or enjoying special privileges of service.

If the wrongdoer does not indicate that he wishes to appeal, the judicial committee should explain to him the need for repentance and what steps he can take toward being reinstated in due time. This would be both helpful and kind, with the hope that he will change his ways and in time qualify to return to Jehovah's organization.—2 Cor. 2:6, 7.

### ANNOUNCEMENT OF DISFELLOWSHIPPING

When it becomes necessary to remove an unrepentant wrongdoer from the congregation, a brief announcement is made, simply stating that the person has been disfellowshipped. There is no need to say more. This will alert faithful members of the congregation to stop associating with that person. —1 Cor. 5:11.

### UNBAPTIZED PUBLISHERS WHO ARE WRONGDOERS

What of individuals who, as unbaptized publishers, have shared in the field service with the congregation and perhaps have enrolled in the Theocratic Ministry School, but who have now become involved in serious wrongdoing? Since they are not recognized members of the congregation, they could not be formally expelled therefrom. However, it may be that they do not fully understand the Bible's standards, and kind counsel may help them to make straight paths for their feet.

If an unbaptized wrongdoer is still unrepentant after two elders have met with him and tried to help him, then it becomes necessary to inform the congregation. A brief announcement is made that the person is no longer recognized as an unbaptized publisher. (1 Cor. 15:33) The congregation will

WTPA034008

then view the wrongdoer as a person of the world. No field service reports would be accepted from such a person.

### REINSTATEMENT

A disfellowshipped person may be reinstated in the congregation when he gives clear evidence of repentance, demonstrating that he has abandoned his sinful course of conduct and is desirous of having a good relationship with Jehovah and his organization. The elders are careful to allow sufficient time, perhaps many months, a year or even longer, for the disfellowshipped person to prove that his profession of repentance is genuine. When the body of elders receives a written plea for reinstatement, the original judicial committee that disfellowshipped the person should, if possible, be the committee that speaks with that individual, evaluating the evidence and works of godly repentance on his part, and decides whether to reinstate him at that time or not.

If the person requesting reinstatement was disfellowshipped by another congregation, the local judicial committee may consider the person's plea. Thereafter, the local judicial committee will communicate with the body of elders of the congregation that disfellowshipped the individual, giving them their recommendation. However, the decision to reinstate is made by a judicial committee of the congregation that took the disfellowshipping action.

When the judicial committee is convinced that the disfellowshipped person is genuinely repentant and should be reinstated, an announcement of the reinstatement is made, mentioning also any restrictions that apply until the person has regained a measure of spiritual strength.

Elders are acquainted with the procedure to follow in handling pleas for reinstatement by those disfellowshipped from the congregation. Before any decision can be made in such cases, they have to weigh the various factors that apply.

In dealing with one (adult or minor) who had been an unbaptized publisher and became an unrepentant wrongdoer but who now wishes to renew his association with the congregation and become a publisher again, two elders meeting with him should weigh all the factors. If he has a good attitude, a Bible study may be held with him. If he progresses spiritually and eventually qualifies, then a brief announcement can be made that he is again recognized as an unbaptized publisher.

### DISASSOCIATION

The term *disassociation* applies to the action taken by a person who, although being a baptized member of the congregation, deliberately repudiates his Christian standing, rejecting the congregation and stating that he no longer wants to be recognized or known as one of Jehovah's Witnesses. As a *disassociated* person, his situation before Jehovah is far different from that of an *inactive* Christian who, having grown weak spiritually, no longer shares in the field ministry. Such an *inactive* person may have failed to study God's Word regularly, or his zeal for serving Jehovah may have cooled off due to his experiencing personal problems or persecution. (1 Cor. 11:30; Rom. 14:1) The elders, as well as other concerned members of the congregation, will continue rendering appropriate spiritual assistance to the *inactive* brother. (1 Thess. 5:14; Rom. 15:1; Heb. 12:12) However, the person who has *disassociated himself* by repudiating

the faith and deliberately abandoning Jehovah's worship is viewed in the same way as one who has been disfellowshipped. A brief announcement would be made to inform the congregation that the person has voluntarily disassociated himself from the congregation.

Concerning those who renounced their Christian faith in his day, the apostle John wrote: "They went out from us, but they were not of our sort; for if they had been of our sort, they would have remained with us." (1 John 2: 19) Also, a person might renounce his place in the Christian congregation by his actions, such as by becoming part of a secular organization the objective of which is contrary to the Bible and, hence, is under judgment by Jehovah God. (Compare Revelation 19:17-21; Isaiah 2:4.) So if a person who is a Christian chooses to join those who are disapproved by God, it would be fitting for the congregation to acknowledge by a brief announcement that he has *disassociated himself* and is no longer one of Jehovah's Witnesses. Such a person would be viewed in the same way as a disfellowshipped person.

### CASES INVOLVING MINOR CHILDREN

Serious wrongdoing on the part of minor children who are baptized members of the congregation should be reported to the elders. When the elders investigate and handle cases of serious sins where a minor is involved, it would be good if the dedicated parents of the young person would be present and cooperate with the elders acting in a judicial capacity, not attempting to shield the erring child from necessary disciplinary action. Just as in dealing with adult offenders, elders serving on the judicial committee where a minor is involved would endeavor to restore the wrong-

doer. However, if the young person is unrepentant, disfellowshipping action would be taken.

### MARKING DISORDERLY ONES

In his second letter to the Thessalonians, Paul expressed a warning concerning certain ones who walk disorderly and who, if accorded full acceptance as being of good standing in the congregation, could be exerting an unhealthy influence upon others. Paul admonished the Thessalonian Christians "to withdraw from every brother walking disorderly and not according to the tradition you received from us." (2 Thess. 3:6) He further clarified that statement by writing: "But if anyone is not obedient to our word through this letter, keep this one marked, stop associating with him, that he may become ashamed. And yet do not be considering him as an enemy, but continue admonishing him as a brother."—2 Thess. 3:14, 15.

Occasionally, in the congregation today, there may be those who, although not known to be guilty of practicing a grave sin for which they could be expelled, nevertheless continue to display flagrant disregard for theocratic order.

After giving repeated admonitions to such individuals and finding that they persist in disregarding well-established Bible principles, the elders may decide to speak to the congregation and give appropriate admonitions concerning such disorderly conduct. Even though no name has been mentioned, individual members of the congregation would then be obliged to 'mark' a person, or persons, of that kind, just as Paul advised the brothers in Thessalonica. If the disorderly one should still persist in his wayward course of conduct, he remains in grave danger of eventually committing a serious sin that could lead

to his being disfellowshipped. On the other hand, the loving concern and firm stand of faithful members of the congregation could indeed move him to shame and repentance. When it is clearly evident that the individual has abandoned his disorderly course, it would no longer be necessary to treat him as a "marked" individual.

### JEHOVAH BLESSES UNITED CLEAN WORSHIP

All who are associated with the congregation of God today can certainly rejoice in the rich spiritual estate Jehovah has given to his people. Our spiritual pastures have indeed been made fruitful and we have been provided with an abundance of refreshing waters of truth. We have experienced Jehovah's protective care through his theocratic arrangement under the headship of Christ. (Ps. 23; Isa. 32:1, 2) The spiritual paradise in which we find ourselves has given us a feeling of security in these troublesome last days.

By our maintaining fine conduct as ministers of God's good news and by our example of Christian unity, the Kingdom truth will continue to shine forth through us. With Jehovah's blessing we will have the joy of seeing many more people come to know Jehovah and join us in fully accomplishing the ministry.

### CHAPTER 13

# A WORLDWIDE ASSOCIATION OF BROTHERS

AFTER dealing exclusively with one man, Abraham, and his descendants the Israelites for a period of 2,000 years, Jehovah God "turned his attention to the nations to take out of them a

WTPA034013

people for his name." (Acts 15:14) That people for Jehovah's name would be his witnesses, gathered together in unity of thought and action regardless of their physical location on earth. This uniting of a people for God's service out of all the nations would result from the fulfillment of Jesus' command to his disciples to "go therefore and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit, teaching them to observe all the things I have commanded you." —Matt. 28:19, 20.

In turning to Jehovah in dedication, you have become a disciple of Jesus Christ and have come into a modern-day worldwide association of Christian brothers. (1 Pet. 2:17) You have come to love and respect your Christian companions in the local congregation even though some of them may be of a different race or nationality. It may well be that some of your closest companions in the congregation are persons who formerly would have been socially unacceptable to you due to basic racial, cultural, educational or economic differences. Still, here we all are within the close bonds of a society where unhypocritical brotherly love has created an unbreakable bond of fellowship that far excels any other relationships we have had in the past socially, religiously or even among our blood relatives.—Mark 10:29, 30; Col. 3:14; 1 Pet. 1:22.

## ADJUSTMENTS IN THINKING

If some have had difficulty in breaking free from racial, political, social or other ingrained prejudices, they can just think of the early Jewish Christians who had to break free from their religious prejudices against people of all other nations. Recall that when Peter was given instructions to go to the home of the Roman centu-

rion Cornelius, Jehovah kindly prepared him for the assignment. Please read the entire account at Acts chapter 10.

In a vision Peter was told to kill and eat certain animals that were ceremonially unclean for Jews even to touch. When Peter objected, a voice from heaven told him: "You stop calling defiled the things God has cleansed." (Acts 10:15) It took this divine intervention to condition Peter's mind for the assignment he was about to receive, namely, to go and visit a man of the nations. But when he obeyed Jehovah's direction he declared: "You well know how unlawful it is for a Jew to join himself to or approach a man of another race; and yet God has shown me I should call no man defiled or unclean. Hence I came, really without objection, when I was sent for." (Acts 10:28, 29) Thereafter Peter witnessed the evidence of Jehovah's approval of Cornelius and his household. Although sometime later Peter inconsistently withdrew from eating and associating with Gentile believers when some visiting Jewish Christians were present, he and other faithful Jewish Christians worked at maintaining unity within the body of the Christian congregation. —Gal. 2:11-14; 1 Pet. 3:10-12.

Likewise it was necessary for Saul of Tarsus to humble himself, associate with Christian overseers who were formerly considered socially far inferior to him as a highly educated Pharisee and even take directions from them. (Acts 4:13; Gal. 1:13-20; Phil. 3:4-11) Also, we can only imagine the adjustments that must have taken place in the thinking of such people as Sergius Paulus, Dionysius, Damaris, Philemon, Onesimus and others as they accepted the good news and

WTPA034015

became disciples of Jesus Christ.—Acts 13:6-12; 17:22, 33, 34; Philem. 8-20.

## MAINTAINING OUR INTERNATIONAL UNITY

No doubt the love of the brothers and the sisters in your local congregation helped to draw you to Jehovah. This was something you likely had not experienced previously in association with other groups of people. You observed the unmistakable mark of love that characterizes true disciples of Jesus Christ. (John 13:35) But then how much more you came to appreciate Jehovah's dealings with mankind today when you observed that this love existing among the local group of God's people was only a taste of the love on the part of the whole international association of Jehovah's people! You became a witness to and a participant in the fulfillment of Bible prophecy about the gathering of people together in the last days to worship Jehovah in peace and unity. Why not turn to and read that prophecy in Micah 4:1-5.

In view of all the divisive factors that separate men on earth today, who would ever have thought it possible to unite a people "out of all nations and tribes and peoples and tongues"? (Rev. 7:9; Matt. 24:31) Consider the educational differences between people of a modern, highly technological society and those who have held to ancient tribal customs and superstitions up until the present time. Look at the religious rivalries among people of the same race and nationality. With nationalism coming to the fore, people have become more divided in a political sense than ever before. And then if you consider the vast economic differences between groups of people everywhere, along with countless other divisive factors, the uniting of individuals out of all these

nations, factions, groups and classes in an unbreakable bond of love and peace is a miracle that could be performed only by the Almighty God.—Zech. 4:6.

But such is a reality, and when you become a dedicated minister in the congregation, you are a participant in it. Your faith has brought you into a blessed estate that can be described as a spiritual paradise. Benefiting from that paradise, you also have the responsibility to help maintain it. This is done by heeding the apostle's words at Galatians 6:10, where he wrote: "Really, then, as long as we have time favorable for it, let us work what is good toward all, but especially toward those related to us in the faith." Building and maintaining the spiritual paradise also means "doing nothing out of contentiousness or out of egotism, but with lowliness of mind considering that the others are superior to you, keeping an eye, not in personal interest upon just your own matters, but also in personal interest upon those of the others." (Phil. 2:3, 4) As we train ourselves to look at our Christian brothers and sisters as Jehovah views them and not according to what they are in the flesh—not fixing attention on human imperfections that will eventually disappear as we all continue to put on the new personality—we will be able to enjoy peaceful and happy relationships with our brothers and our sisters.

## CONCERN FOR ONE ANOTHER

As the apostle Paul so well illustrated at 1 Corinthians 12:14-26, members of the body, belonging to one another, have the same care for one another. So, what affects one part, or segment, of the organization affects all of God's people. The fact that we may be separated by great distances from some of the members of

the worldwide brotherhood does not mean we are less concerned with their welfare. If some are being persecuted, the rest are greatly distressed; and if some of our brothers are suffering want or have become victims of disaster or the effects of war or civil strife, the rest are anxious to find ways to be of assistance both spiritually and in a material way.—Compare 2 Corinthians 1:8-11.

All of us should pray for our brothers every day. There are brothers who are facing trials by temptation and inducements to do what is bad. The sufferings of some of our brothers may come to be publicly known, but with others the opposition they face daily from workmates and from within divided households is relatively unknown. (1 Thess. 2:14; Matt. 10:35, 36) This is the concern of all because we are one worldwide association of brothers. (1 Pet. 5:9) Also, there are those working hard in Jehovah's service, taking the lead in the preaching work and in overseeing congregations. And there are those charged with oversight of the worldwide work of the brothers. All of them need our prayers, and by prayer we demonstrate our genuine interest and the love we have for our brothers even when there may not be anything else we can personally do to be of assistance.—Eph. 1:16; 1 Thess. 1:2, 3; 5:25.

With all the turmoil on earth during these last days and the resulting emergencies, as well as disasters such as earthquakes, floods or famines occurring frequently, Christian witnesses of Jehovah must be prepared to come to the aid of one another. This may mean, at times, conducting extensive campaigns of relief and arranging for large amounts of material assistance. First-century Christians set the example in this regard. Remembering Jesus' own counsel, the disciples

in other nations gladly sent material gifts to the brothers in Judea during a time of famine. (Acts 11:27-30; 20:35) The apostle Paul was able to organize the preparation of the gift for relief so that everything was carried out in an orderly manner. (2 Cor. 9:1-15) In modern times when our brothers become victims of circumstances and are in need of material relief, the organization and individual Christians are quick to respond and supply what is needed.

### SET APART TO DO JEHOVAH'S WILL

The worldwide association of brothers has been organized so as to accomplish fully its ministry in doing Jehovah's will. At this particular time his will is that the good news of the Kingdom be preached in all the earth for a witness to all the nations. (Matt. 24:14) While we are doing this work, it is Jehovah's will that we always conduct ourselves according to his high moral standards. (1 Pet. 1:14-16) In order to get Jehovah's work done, all of us should be willing to subject ourselves to one another and work for the advancement of the good news. (Eph. 5:21) This is not a time for seeking our own personal interests but a time as never before to put God's Kingdom first in our life. (Matt. 6:33) Keeping this one thought in mind and working in unity with one another for the sake of the good news will bring joyful satisfaction now and the sure hope of everlasting blessings to come.

Jehovah's Witnesses are truly a distinct people, set apart from the rest of mankind as a clean people, zealous in service to our God. (Titus 2:14) We are not distinct and separate in such a way as to call attention to ourselves. Rather, it is made obvious to all that our worship of Jehovah is what has made us different. Not only do

we work shoulder to shoulder with our brothers around the earth but we even speak the one language of truth and unitedly act in harmony with the truth we speak. This was foretold by Jehovah's prophet Zephaniah, who wrote: "For then I shall give to peoples the change to a pure language, in order for them all to call upon the name of Jehovah, in order to serve him shoulder to shoulder."—Zeph. 3:9.

Then Zephaniah goes on to describe the unified, clean, worldwide brotherhood that has become a reality today: "As regards the remaining ones of Israel, they will do no unrighteousness, nor speak a lie, nor will there be found in their mouths a tricky tongue; for they themselves will feed and actually lie stretched out, and there will be no one making them tremble." (Zeph. 3:13) Having gained an understanding of Jehovah's Word of truth and having made over their mind and conformed their way of life to Jehovah's standards, Jehovah's Witnesses are able to work in unity and accomplish what appears to be impossible in the eyes of those who view matters from the imperfect human standpoint. Yes, the worldwide Christian association of brothers is indeed a distinct people, God's people, bringing honor to him in all the earth.

The worldwide association of Jehovah's Witnesses exemplifies what Jesus commanded his disciples and what he pointed out as the sure identifying mark of his true disciples. Jesus said: "I am giving you a new commandment, that you love one another; just as I have loved you, that you also love one another. By this all will know that you are my disciples, if you have love among yourselves." (John 13:34, 35) Those seeking to know Jehovah have this convincing evidence be-

fore them as they observe what is taking place among his people. How happy we all are to be a part of Jehovah's organized people with the privilege of carrying on a glorious ministry in this time of the end! By continuing to clothe ourselves with love and identifying ourselves with this distinguishing mark, we can be confident that we will have many joyous privileges of service within the modern-day worldwide association of brothers.

### CHAPTER 14

## ENDURING WITH LIFE IN VIEW

WHILE ministering in Lystra during his first missionary journey, the apostle Paul was set upon by Jews, stoned and dragged outside the city as dead. But he recovered and continued his missionary work, undaunted by that painful and trying experience. Later he returned to Lystra and encouraged the brothers to stand firm in the faith. Referring to his previous experience in Lystra along with other trials he had endured, he said: "We must enter into the kingdom of God through many tribulations." (Acts 14:19-22) He maintained a positive attitude. What an excellent example for us today!

How could Paul feel that way about suffering severe persecutions? It was because he was enduring with a purpose. He was enduring with life in view. When he became a Christian he knew that it would not be an easy way of life. He himself had formerly persecuted Christians and had delivered some of them up to death. (Acts 22:4; Gal. 1:13) He was familiar with Jesus' own words telling his disciples that they would be hated and persecuted. (Matt. 10:22; John 15:20)

WTPA034021

But he was also aware of what Jesus had said regarding the outcome to those who would successfully endure trials. Jesus said: "He that has endured to the end is the one that will be saved." Or, according to Luke's account: "By endurance on your part you will acquire your souls [future lives, footnote in 1971 edition]."—Matt. 24:13; Luke 21:19.

Yes, Paul was determined to prove faithful to the One who had called him to be an apostle. He knew that there was a reward in store for him and he knew that Jehovah would sustain him in every trial encountered in the quest for life, as long as he remained faithful. (Gal. 1:15, 16; 2 Tim. 4:6, 7; Rom. 8:35-39) His course of conduct and the outcome for him provide strong encouragement for us today to remain faithful in fulfilling our ministry. The outcome can be the same for us as it was for Paul.

### WHY TRIALS ARE INCREASING

It may be that you have been in the truth for many years and, if so, you certainly know what it means to endure tests of your integrity. Even if you have only recently come to know Jehovah and have served him for a short period of time, you also can testify to the fact that Satan the Devil is bent on opposing anyone who submits to Jehovah's sovereignty as His dedicated witness. (2 Tim. 3:12) But whether you have endured much or little in Jehovah's service there is no reason for you to become fearful or discouraged, since you have Jehovah's sure promise that he will sustain you and reward your endurance with deliverance and future life.—Heb. 13:5, 6; Rev. 2:10.

All of us may yet expect to be subjected to

particularly difficult trials during these remaining last days of Satan's old order. The reason is expressed at Revelation 12:12, which says: "On this account be glad, you heavens and you who reside in them! Woe for the earth and for the sea, because the Devil has come down to you, having great anger, knowing he has a short period of time." Yes, since the war in heaven that followed the establishing of God's Kingdom in 1914 Satan has no longer been permitted access to Jehovah's heavens. He was hurled down to the earth where his wicked deeds have been confined since that time. The increased woe on the earth since 1914, including intensified persecution of Jehovah's dedicated servants, is a result of Satan's anger and it gives proof that we are living in the last days of his wicked rule over mankind. —Rev. 12:1-12.

Infuriated over his debased condition and knowing that his time is short, Satan, with the aid of his demons, makes every effort to interfere with the preaching and teaching work of Jehovah's people. This brings Jehovah's servants into the battle lines of a spiritual warfare described at Ephesians 6:12 as "a wrestling, not against blood and flesh, but against the governments, against the authorities, against the world rulers of this darkness, against the wicked spirit forces in the heavenly places." That warfare reaches its culmination during the great tribulation now near at hand. If we are to come off victorious on Jehovah's side, we must not let up in the fight but keep our spiritual armor intact and push ahead in the all-out war against every wicked machination of the Devil. (Eph. 6:10-17) This calls for great endurance on our part as we keep on with the ministry entrusted to our care. But just

WTPA034023

what is involved in this and how will we be able to endure?

## CULTIVATING ENDURANCE

Endurance means "the ability to withstand hardship, adversity or stress." In a spiritual sense it refers to the quality of firmness in doing what is right in the face of hardship, opposition, persecution or other factors designed to turn us away from our determined course of integrity to God. Christian endurance must be cultivated. This takes time. Our ability to endure increases as we make spiritual progress. By enduring minor tests of our faith from the very beginning of our Christian career and by remaining firm in our dedication, we become stronger so as to endure more difficult trials that are sure to come later on. We cannot afford to wait until major trials come along before making it our determination to stand firm in the faith. Our firm decision must be made before the test comes. Pointing out that endurance is to be cultivated along with other godly qualities, Peter wrote: "Yes, for this very reason, by your contributing in response all earnest effort, supply to your faith virtue, to your virtue knowledge, to your knowledge self-control, to your self-control endurance, to your endurance godly devotion, to your godly devotion brotherly affection, to your brotherly affection love."—2 Pet. 1:5-7; 1 Tim. 6:11.

The importance of cultivating endurance was called to our attention by James when he wrote: "Consider it all joy, my brothers, when you meet with various trials, knowing as you do that this tested quality of your faith works out endurance. But let endurance have its work complete, that you may be complete and sound in all respects,

not lacking in anything." (Jas. 1:2-4) James says we should welcome trials that test our faith and be joyous about them because they help us to work out endurance. Have you looked at matters that way? Then James shows that endurance itself has a work to perform in perfecting our Christian personality and making us fully acceptable to God. Yes, our endurance is built up day by day as we face and overcome trials large and small. Endurance, in turn, produces other desirable qualities that we need. If we beg off from enduring minor trials that come along, we will never be able to face the larger, more important tests of our faith.—Luke 16:10.

Only when our endurance is perfected can it complete its work of producing the godly qualities that make us pleasing to God and move him to grant us the reward of everlasting life. So James further stated: "Happy is the man that keeps on enduring trial, because on becoming approved he will receive the crown of life, which Jehovah promised to those who continue loving him." (Jas. 1:12) Yes, it is with life in view that we endure. Without endurance we cannot stay in the truth. If we succumb to worldly pressures, we will be coerced back into the world. Without endurance we would not have Jehovah's spirit and could not therefore produce its fruitage in our life.

If we are to keep on enduring in these difficult times, we need to cultivate the proper attitude toward suffering as Christians. Recall that James wrote, "Consider it all joy." (Jas. 1:2) That may not be so easy to do inasmuch as various forms of physical suffering or mental anguish could be involved. But remember that future life is what is at stake. An experience of the apostles helps us to see how we can rejoice in present sufferings.

The account is in the book of Acts and reads: "They summoned the apostles, flogged them, and ordered them to stop speaking upon the basis of Jesus' name, and let them go. These, therefore, went their way from before the Sanhedrin, rejoicing because they had been counted worthy to be dishonored in behalf of his name." (Acts 5:40, 41) They understood that their suffering was proof that they had been obedient to Jesus' command and that they had Jehovah's approval. Years later, when writing his first letter, Peter commented on the value of such suffering for righteousness' sake. Please read what he had to say at 1 Peter 4:12-16.

Another experience involves Paul and Silas. When carrying on their missionary work in Philippi, they were arrested and charged with disturbing the city and publishing unlawful customs. As a result, they were severely beaten and thrown into prison. The Bible account tells us that, while they were yet in prison with their wounds unattended, "about the middle of the night Paul and Silas were praying and praising God with song; yes, the prisoners were hearing them." (Acts 16:16-25) Paul and his companion rightly viewed their sufferings for Christ not only as an evidence of their own integrity before God and men but also as a means of giving a further witness to those who might be inclined to listen to the good news. The future life of others was also involved. Later the jailer and his household listened and became disciples. (Acts 16:26-34) Paul and Silas trusted in Jehovah's power and his willingness to sustain them in their sufferings. They were not disappointed.

Today, also, Jehovah has provided all that we need to sustain us during times of trial. He wants

us to endure. He has given us his inspired Word to equip us with accurate knowledge concerning his purpose. This builds up our faith. We have opportunity to associate with fellow believers in the study of God's Word as well as in performing our sacred service. We also have the privilege of maintaining a close association with Jehovah himself through prayer. He listens to our expressions of praise and our earnest requests for help so that we can maintain a clean standing before him. (Phil. 4:13) And not to be overlooked is the strength derived from contemplating the hope set before us.—Matt. 24:13; Rev. 21:1-4.

### ENDURING VARIOUS TRIALS

The trials we must endure today are much the same as those faced by the early disciples of Jesus Christ. In modern times Jehovah's Witnesses have suffered verbal and physical abuse at the hands of misinformed or misguided opposers. Just as in the days of the apostles, much of the opposition has been instigated by fanatical religious elements whose false teachings and practices are exposed by the Kingdom good news. (Acts 17:5-9, 13) At times Jehovah's people have found relief by claiming legal rights that have been guaranteed by political governments. (Acts 22:25; 25:11) However, rulers themselves have also imposed official bans on the good news and have endeavored to put an end to our Christian ministry. (Ps. 2:1-3) When such circumstances arise we boldly follow the example of the faithful apostles and continue to "obey God as ruler rather than men."—Acts 5:29.

As the spirit of nationalism has continued to grow throughout the earth in recent years, greater pressures have been brought to bear

upon preachers of the good news to abandon their God-given ministry. All of God's servants have come to appreciate more fully the warning at Revelation 14:9-12 concerning the worship of "the wild beast and its image." They realize the significance of John's words: "Here is where it means endurance for the holy ones, those who observe the commandments of God and the faith of Jesus."

Tests that come because of wars, revolutions or outright persecution and official bans may make it impossible for you to carry on Christian worship in a fully organized manner. Circumstances may develop making it impossible to hold large congregation meetings. Contact with the branch office may temporarily be broken off. Visits by circuit overseers may be interrupted. New publications may not arrive. If any of these things happen to you, what should you do?

The answer is: Do whatever you can, and as much as you can, in the way of pure worship under the circumstances. Personal study should be possible. Usually small groups of brothers can meet for study in homes. Publications studied in the past and the Bible itself can be used as a basis for meetings. Do not become excited or worried. Generally, in a short time some form of communication with responsible brothers will be established. The Governing Body seeks to find ways of getting in touch with the brothers.

But even if you find yourself isolated from all your Christian brothers, keep in mind that you are not isolated from Jehovah and his Son, Jesus Christ. Your hope can remain firm. Jehovah can still hear your prayers and he can strengthen

you with his spirit. Look to him for guidance. Remember that you are a servant of Jehovah and a disciple of Jesus Christ, and as opportunities to witness to others open up, make good use of them. Jehovah will bless your efforts, and others may soon join you in worship.—Phil. 1:27-30; 4: 6, 7; 2 Tim. 4:16-18; Acts 4:13-31; 5:27-42.

Even though, like the apostles and others, you should be faced with the very threat of death, put strong trust in "the God who raises up the dead." (2 Cor. 1:8-10) Your faith in his provision of the resurrection can help you to endure even the most severe opposition. (Luke 21:19) Christ Jesus set the example; he knew that his faithfulness under test would strengthen others to endure. You, too, can be a source of strength to your brothers in a similar way.—John 16:33; Heb. 12:2, 3; 1 Pet. 2:21.

Besides persecution or direct opposition to our ministry, there are many other difficult situations you may have to endure. Although having the freedom to preach openly, some have become discouraged and have stopped serving Jehovah because of the apathy of people in their territory. Others have had to cope with their own physical illnesses or otherwise endure limitations imposed by their frail human bodies. Apparently the apostle Paul had to endure a weakness in the flesh that interfered with his service or made it more difficult at times. (2 Cor. 12:7) Our human imperfections and those of others may pose particularly difficult circumstances to endure. Imperfections may show up in personality conflicts with fellow Christians. But such obstacles, too, can be overcome and successfully endured by those who adhere to the counsel of

Jehovah's Word.—Ezek. 2:3-5; 1 Cor. 9:27; 13:8; Col. 3:12-14; 1 Pet. 4:8.

### STEADFAST IN ACCOMPLISHING OUR MINISTRY

We must always hold fast to the one whom Jehovah has appointed as Head of the congregation, Christ Jesus. (Compare Colossians 2:18, 19.) We need to work closely with "the faithful and discreet slave," the Governing Body and those appointed as overseers. All of these are being used by Christ Jesus to accomplish his Father's will. We need to make full use of the privilege of prayer. Remember, not even prison walls or solitary confinement can cut off our communication with the Supreme Judge of all the earth.

With determination and endurance let us fully accomplish our ministry, persevering in the work that the resurrected Jesus Christ set out for all his disciples: "Go therefore and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit, teaching them to observe all the things I have commanded you." (Matt. 28:19, 20) Like him, let us keep the Kingdom hope and the prospect of everlasting life clearly before us and endure. (Heb. 12:2) It is our privilege as baptized disciples of Christ to share in carrying out his prophecy, which has a major fulfillment at this "conclusion of the system of things," namely: "This good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations; and then the end will come." (Matt. 24:3, 14) Having applied ourselves wholeheartedly in that work during this period of time, what a joy it will be to enter into an eternity of life in serving Jehovah in his righteous New Order!

# APPENDIX

"Repent, and let each one of you be baptized in the name of Jesus Christ for forgiveness of your sins." This was the advice Peter gave to a multitude of conscience-stricken Jews and circumcised proselytes when they asked: "Men, brothers, what shall we do?" It was Pentecost of 33 C.E. and a large crowd had gathered to investigate the phenomenal experience of a small group of Jesus' disciples who had just received the outpouring of holy spirit. Peter explained to those inquirers the meaning of what they had seen and heard, and as they came to realize the extent of their guilt in connection with the murder of the true Messiah, "they were stabbed to the heart" and began seeking ways to obtain God's forgiveness. —Acts 2:1-40.

Those that Peter addressed that day were already professed worshipers of Jehovah God. They claimed a relationship with him as members of the nation of natural Israel and as adherents to the Law of Moses. Some of them may have been persons who had responded earlier to the preaching of John the Baptizer and had been baptized in symbol of repentance for sins committed against the Law covenant. (Matt. 21:23-26) But more recently they may have been influenced by the Jewish religious leaders to reject the true Messiah, Jesus, and to go along with the conspiracy to put him to death. (Matt. 27:15-23; Acts 2:36; 3: 13-18) Now repentant due to what they had seen and heard on that momentous day, they threw themselves upon God's mercy. They responded to Peter's exhortation, repented of their sins committed against Jehovah's Anointed and were

171

baptized in the name of Jesus Christ. (Acts 2:41) After that "they continued devoting themselves to the teaching of the apostles."—Acts 2:42.

The situation with most people today is entirely different. Even adherents to Christendom's religions have not come to know Jehovah as the one true and living God. (Ps. 83:18; Mark 12:29) Instead, many nominal Christians worship a triune god, not unlike people of the first century to whom Paul wrote: "You were at that particular time [before coming into the truth] without Christ, alienated from the state of Israel and strangers to the covenants of the promise, and you had no hope and were without God in the world." (Eph. 2:12) Therefore most persons find, upon making a careful examination of the teachings of the Bible, that their previous religious training did not bring them into a relationship with the true God. In fact, it had not taught them to serve Jehovah at all.

Perhaps this has been your experience too. Now, however, you have taken in accurate knowledge and have come to know and love Jehovah and his Son, Jesus Christ. (John 17:3) You have been drawn to Jehovah and, in appreciation for what he has done for you, you want to serve him, bringing honor to his name and helping others to come to know and love him also.

In your study you have been taught about Jehovah himself and about Jesus Christ. You have learned a number of basic Bible teachings and have seen the need to reject God-dishonoring doctrines that have no basis in Scripture but, rather, stem from the satanic false religion of Babylon the Great. You have been taught to recognize and adhere to Jehovah's righteous moral standards that are required of all of his true

WTPA034032

servants. You have come to recognize Jehovah's matchless universal organization and have come to be associated with its visible part.

The information that follows in this section will serve as a review to help you examine yourself regarding your understanding of Jehovah's purposes and the opportunities set before you to serve him. The questions provide the basis for the congregation elders to have some helpful discussions with you. In reviewing these questions with you, the elders will help you to determine whether you have become qualified to be baptized in water as a symbol of your dedication to God. If there are points that are not clear to you, or if it is found that you have not as yet brought your life into harmony with Jehovah's righteous standards, the elders will be most happy to render the needed personal assistance so that you can qualify to get baptized at a later time.

As you review this information take time to meditate on each scripture so that you will be able to express in your own words how the text applies to the subject being considered. Also, look up the references that are cited but not quoted, so that you can benefit from this additional information. Jehovah is sure to bless your earnest endeavors to become fully acquainted with his loving requirements with a view to making an acceptable dedication of your life to him.

[NOTE TO CONGREGATION ELDERS: The elders can do much to help a newly interested person advance in the truth. Endeavor to get acquainted with him as soon as possible after he starts having a regular home Bible study. Close cooperation between the elders and the one conducting the study will help the new one to become a genuine disciple of Jesus Christ.

As the Bible student makes good progress, he will conform his way of life to Jehovah's righteous standards and,

according to his personal circumstances, attend congregation meetings regularly and begin to have a meaningful share in field service. A person who is demonstrating in this way that he really wants to become one of Jehovah's Witnesses may approach one of the elders and express his desire to be baptized.

At that time he may obtain his own copy of *Organized to Accomplish Our Ministry* and begin to review the material in the Appendix starting on page 175. It should be pointed out that all the questions can be answered on the basis of the quoted Scripture texts. Additional references give further Scriptural proof or other related background information. Encourage the Bible student to look up and read as many of the cited scriptures as he can, since these will help him to round out his understanding of the answers so as to be able to express these in his own words.

After the person requesting baptism has had time to study over the designated information, the presiding overseer will make arrangements for some of the elders to review the questions and answers with him. The four parts can be covered in three sessions of about one hour each, Parts III and IV being covered together in the third session. Where possible, a different elder should be assigned to handle each of the three review sessions. It would be good to open and close each session with prayer.

The elders will make sure that a person being baptized has acquired a *reasonable* understanding of basic Bible teachings. Additionally, they will want to ascertain whether the prospective minister qualifies in other ways to be accepted into the Christian congregation as one fully dedicated to Jehovah. If the person does not understand primary Bible teachings, or if he has not as yet conformed his life to Scriptural principles, the elders will arrange for him to receive the necessary personal assistance so as to qualify for baptism at a later time. Others may need to be given time to gain more experience in the field service. It will be up to the elders to use discretion in apportioning the hour or so spent in each session so as to discern fully whether the baptismal candidate is ready to take this important step. Although more time may be spent on certain questions and less on others, *all* the questions should be reviewed.

The elders assigned to help a baptismal candidate will meet after the third session and decide whether or not the person should be accepted for baptism. If for some reason it is determined that he is not ready for baptism, arrangements will be made for the person to receive needed assistance so that he may qualify later.

Elders will take into consideration the background, abil-

ity and other circumstances of each baptismal candidate. Our interest is in those whose hearts are turned to Jehovah and who have grasped the sense of fundamental Bible truths. With your loving assistance, those being baptized will be encouraged and helped to enter into the Christian ministry, adequately prepared to accomplish that important assignment.]

## QUESTIONS FOR THOSE DESIRING TO BE BAPTIZED

**PART I** **ELEMENTARY BIBLE TEACHINGS—Heb. 5:11–6:3**

During your study of the Bible with Jehovah's Witnesses you have become acquainted with the pattern of truth and very likely find it is quite different from what you formerly believed. What you have learned has brought you great spiritual refreshment and has no doubt set before you the hope of future life and blessings on a Paradise earth under God's Kingdom. Your faith in his Word has been strengthened, and through association with his organized people you have already experienced many blessings. You have come to appreciate how Jehovah is dealing with his chosen people today. —Zech. 8:23.

Now, as you prepare for water baptism in symbol of your personal dedication to Jehovah God, you will benefit from a review of elementary Bible teachings conducted by the congregation elders. If you do not understand some things so as to be able to give a reasonable answer to those who may ask or to persons you will approach in field service, the elders will kindly help you to improve your understanding.—1 Pet. 3:15.

Your desire should be in harmony with the words of the apostle Paul that we read at Hebrews 6: 1-3: "For this reason, now that we have left the primary doctrine about the Christ, let us press on to maturity, not laying a foundation again, namely, repentance from dead works, and faith toward

God, . . . the laying on of the hands, the resurrection of the dead and everlasting judgment. And this we will do, if God indeed permits."

May Jehovah continue to bless all your endeavors to take in knowledge of him, and may he grant you the promised reward.—John 17:3.

## The True God

### (1) Who is the true God?

You well know today, and you must call back to your heart that Jehovah is the true God in the heavens above and on the earth beneath. There is no other.—Deut. 4:39.

Jesus spoke these things, and, raising his eyes to heaven, he said: "Father, . . . this means everlasting life, their taking in knowledge of you, the only true God."—John 17:1-3.

This is what the true God, Jehovah, has said, . . . "I am Jehovah. That is my name."—Isa. 42:5, 8.

For even though there are those who are called "gods," whether in heaven or on earth, just as there are many "gods" and many "lords," there is actually to us one God the Father, out of whom all things are, and we for him; and there is one Lord, Jesus Christ, through whom all things are, and we through him.—1 Cor. 8:5, 6.

Additional references: Deuteronomy 4:35; Psalm 83:18; Isaiah 43:10-12.

### (2) What are some of Jehovah's outstanding qualities?

God is *love*.—1 John 4:8.

The Rock, perfect is his activity, for all his ways are *justice*. A God of faithfulness, with whom there is no injustice; righteous and upright is he.—Deut. 32:4.

O the depth of God's riches and *wisdom* and knowledge! How unsearchable his judgments are and past tracing out his ways are!—Rom. 11:33.

Alas, O Sovereign Lord Jehovah! Here you yourself have made the heavens and the earth by your great *power* and by your outstretched arm. The whole matter is not too wonderful for you yourself.—Jer. 32:17.

Additional references: Exodus 34:6; 2 Peter 3:9; Jeremiah 3:12; Psalm 90:2.

**(3) What does it mean to give Jehovah exclusive devotion? Why is he alone deserving?**

Jesus said to him [Satan]: "It is written, 'It is Jehovah your God you must worship, and it is to him alone you must render sacred service.'"—Luke 4:8.

No one can slave for two masters; for either he will hate the one and love the other, or he will stick to the one and despise the other. You cannot slave for God and for Riches.—Matt. 6:24.

You are worthy, Jehovah, even our God, to receive the glory and the honor and the power, because you created all things, and because of your will they existed and were created.—Rev. 4:11.

Additional references: Exodus 20:4, 5; Isaiah 33:22; 42:8; Acts 17:28.

**(4) Why is it important for us to use God's personal name in worship?**

Everyone who calls on the name of Jehovah will be saved.—Rom. 10:13.

For all the peoples, for their part, will walk each one in the name of its god; but we, for our part, shall walk in the name of Jehovah our God to time indefinite, even forever.—Mic. 4:5.

Additional references: Exodus 20:7; Psalm 91:14; Isaiah 12:4, 5; Joel 2:32; Acts 15:14.

**(5) How will Jehovah God sanctify his name? How can we have a share in it?**

I shall certainly magnify myself and sanctify myself and make myself known before the eyes of many nations; and they will have to know that I am Jehovah.—Ezek. 38:23.

O may they be ashamed and be disturbed for all times, and may they become abashed and perish; that people may know that you, whose name is Jehovah, you alone are the Most High over all the earth.—Ps. 83:17, 18.

Be wise, my son, and make my heart rejoice, that I may make a reply to him that is taunting me.—Prov. 27:11.

Additional references: Exodus 5:2; Psalm 2:2, 9; Ezekiel 36:16-24; 1 Peter 2:12.

**(6) Why would it be wrong for us to make an image of God or attempt to worship him through the use of images?**

You must not make for yourself a carved image, any form like anything that is in the heavens above or that is on the earth underneath or that is in the waters under the earth.

You must not bow down to them or be led to serve them, because I Jehovah your God am a God exacting exclusive devotion.—Deut. 5:8, 9.

You did not see any form on the day of Jehovah's speaking to you in Horeb.—Deut. 4:15.

God is a Spirit, and those worshiping him must worship with spirit and truth.—John 4:24.

We are walking by faith, not by sight.—2 Cor. 5:7.

Additional references: Psalm 115:4-8; Isaiah 42:8; Acts 17:29.

**(7) Why should we endeavor to continue learning all we can about Jehovah? How can we do so?**

Become imitators of God, as beloved children.—Eph. 5:1.

God proceeded to create the man in his image, in God's image he created him.—Gen. 1:27.

If you men had known me, you would have known my Father also; from this moment on you know him and have seen him. . . . He that has seen me has seen the Father also.—John 14:7-9.

His invisible qualities are clearly . . . perceived by the things made.—Rom. 1:20.

Additional references: John 1:18; Exodus 33:13; Jeremiah 22:15, 16; 1 John 4:8; compare 1 John 2:3-6.

*Optional questions for discussion:* (a) Has your study of the Bible caused you to reject certain false teachings about God? What are they? (b) Has the knowledge you now have about God moved you to want to serve him? What are you now doing to demonstrate your desire to serve Jehovah? (c) What will you need to do in order to continue building your appreciation for Jehovah?

## Jesus Christ and the Ransom

**(1) Who is Jesus Christ?**

Peter said: "You are the Christ, the Son of the living God."—Matt. 16:16.

In the beginning the Word was, and the Word was with God, and the Word was a god. This one was in the beginning with God. So the Word became flesh and resided among us, and we had a view of his glory, a glory such as belongs to an only-begotten son from a father.—John 1:1, 2, 14.

Additional references: Luke 1:30-33; Colossians 1:15-17; Acts 2:36; 3:15; 5:31.

### (2) What is his position in relation to Jehovah God?

I am going my way to the Father, because the Father is greater than I am.—John 14:28.

There is one God, and one mediator between God and men, a man, Christ Jesus.—1 Tim. 2:5.

Additional references: Philippians 2:5-11; John 14:10, 11; 1 Corinthians 11:3.

### (3) Why did Jesus come to earth and die a sacrificial death?

The Son of man came, not to be ministered to, but to minister and to give his soul a ransom in exchange for many.—Matt. 20:28.

He beheld Jesus coming toward him, and he said: "See, the Lamb of God that takes away the sin of the world!" —John 1:29.

Additional references: Hebrews 2:9, 14, 15; John 3:16; 18:37.

### (4) Why do we need the ransom? How does it affect you personally?

Through one man sin entered into the world and death through sin, and thus death spread to all men because they had all sinned.—Rom. 5:12.

By means of him we have the release by ransom through the blood of that one, yes, the forgiveness of our trespasses.—Eph. 1:7.

Just as in Adam all are dying, so also in the Christ all will be made alive.—1 Cor. 15:22.

For the love the Christ has compels us, because this is what we have judged, that one man died for all; so, then, all had died; and he died for all that those who live might live no longer for themselves, but for him who died for them and was raised up.—2 Cor. 5:14, 15.

Additional references: Romans 3:23; Psalm 51:5; Galatians 1:4; 1 John 4:11.

### (5) How does Christ return and for what purpose?

The Son of man is destined to come in the glory of his Father with his angels, and then he will recompense each one according to his behavior.—Matt. 16:27.

When the Son of man arrives in his glory, and all the angels with him, then he will sit down on his glorious throne.—Matt. 25:31.

The utterance of Jehovah to my Lord is: "Sit at my right hand until I place your enemies as a stool for your

WTPA034039

feet." The rod of your strength Jehovah will send out of Zion, saying: "Go subduing in the midst of your enemies." —Ps. 110:1, 2.

Additional references: 1 Peter 3:18; Daniel 7:13, 14; 2 Thessalonians 1:7-10; Luke 23:42, 43.

*Optional questions for discussion:* (a) How is the ransom an expression of God's love for mankind? (b) In what way can you show your appreciation for the ransom?

## The Operation of Holy Spirit

**(1) What is the holy spirit and what has it accomplished as indicated by the following Bible texts?**

God's active force was moving to and fro over the surface of the waters.—Gen. 1:2; compare Psalm 33:6 and 104:30.

The spirit of Jehovah it was that spoke by me, and his word was upon my tongue.—2 Sam. 23:2; compare 2 Timothy 3:16 and 2 Peter 1:20, 21.

But if it is by means of God's spirit that I expel the demons, the kingdom of God has really overtaken you. —Matt. 12:28.

They all became filled with holy spirit and started to speak with different tongues, just as the spirit was granting them to make utterance.—Acts 2:4.

Additional references: Isaiah 61:1, 2; Acts 1:8; Revelation 1:10.

**(2) How does holy spirit operate for our benefit today?**

If you, although being wicked, know how to give good gifts to your children, how much more so will the Father in heaven give holy spirit to those asking him!—Luke 11:13.

Teach me to do your will, for you are my God. Your spirit is good; may it lead me in the land of uprightness. —Ps. 143:10.

All Scripture is inspired of God and beneficial for teaching, for reproving, for setting things straight, for disciplining in righteousness.—2 Tim. 3:16.

Pay attention to yourselves and to all the flock, among which the holy spirit has appointed you overseers, to shepherd the congregation of God.—Acts 20:28.

Additional references: John 14:26; Matthew 10:19, 20; Philippians 4:13; Joel 2:28, 29.

**(3) Whose ideas are recorded in the Bible? Why should you regularly study God's Word?**

That is why we also thank God incessantly, because when you received God's word, which you heard from us, you accepted it, not as the word of men, but, just as it truthfully is, as the word of God, which is also at work in you believers.—1 Thess. 2:13.

Now the latter were more noble-minded than those in Thessalonica, for they received the word with the greatest eagerness of mind, carefully examining the Scriptures daily as to whether these things were so.—Acts 17:11.

Additional references: Psalm 1:1-3; 119:105; 1 Timothy 4: 13-16; John 17:17.

*Optional questions for discussion:* (a) Have you endeavored to read the entire Bible? Why would it be good for you to do so? (b) When you have asked Jehovah to help you and direct you by holy spirit, why should you then endeavor to pay close attention to Bible-based counsel?

## Prayer

**(1) To whom should our prayers be directed?**

You must pray, then, this way: "Our Father in the heavens . . . "—Matt. 6:9.

In everything by prayer and supplication along with thanksgiving let your petitions be made known to God. —Phil. 4:6.

Additional references: Psalm 5:1, 2; 65:1, 2; 69:13.

**(2) Does Jehovah listen to all prayers? Why do you so answer?**

If you ask the Father for anything he will give it to you in my name.—John 16:23.

When you pray, you must not be as the hypocrites; because they like to pray . . . to be visible to men.—Matt. 6:5.

The eyes of Jehovah are upon the righteous ones, and his ears are toward their supplication.—1 Pet. 3:12.

Additional references: Acts 10:30, 34, 35; Micah 3:4; Proverbs 28:9; Matthew 6:6-8.

**(3) What are some of the things you can pray about?**

Let your name be sanctified. Let your kingdom come. Let your will take place, as in heaven, also upon earth. Give us today our bread for this day; and forgive us our debts, as we also have forgiven our debtors. And do not bring us into temptation, but deliver us from the wicked one.—Matt. 6:9-13.

No matter what it is that we ask according to his will, he hears us.—1 John 5:14.

Additional references: Philippians 1:9; Acts 12:5; James 5:16.

*Optional questions for discussion:* (a) When do you find time to pray? (b) How can you keep your prayers from becoming routine? (c) In your study of the Bible, what did you learn about prayer that you did not know previously? How has this affected your personal prayers to God?

## The Kingdom of God

### (1) By what right is Jehovah the Universal Sovereign?

Upon hearing this they with one accord raised their voices to God and said: "Sovereign Lord, you are the One who made the heaven and the earth and the sea and all the things in them."—Acts 4:24.

You are worthy, Jehovah, even our God, to receive the glory and the honor and the power, because you created all things, and because of your will they existed and were created.—Rev. 4:11.

Additional references: Psalm 90:2; 100:3; Hebrews 3:4.

### (2) With whom has he shared rulership over his creation?

Someone like a son of man happened to be coming; and to the Ancient of Days he gained access, and they brought him up close even before that One. And to him there were given rulership and dignity and kingdom.—Dan. 7:13, 14.

The utterance of Jehovah to my Lord is: "Sit at my right hand until I place your enemies as a stool for your feet." The rod of your strength Jehovah will send out of Zion, saying: "Go subduing in the midst of your enemies." —Ps. 110:1, 2.

However, you are the ones that have stuck with me in my trials; and I make a covenant with you, just as my Father has made a covenant with me, for a kingdom, that you may eat and drink at my table in my kingdom, and sit on thrones to judge the twelve tribes of Israel.—Luke 22:28-30.

Additional references: Revelation 5:9, 10; 14:1.

### (3) Is the Kingdom of God a condition or a government?

In the days of those kings the God of heaven will set up a kingdom that will never be brought to ruin. And the kingdom itself will not be passed on to any other people. It will crush and put an end to all these kingdoms, and it itself will stand to times indefinite.—Dan. 2:44.

The very One sitting in the heavens will laugh; Jehovah himself will hold them in derision. At that time he will speak to them in his anger and in his hot displeasure he will disturb them, saying: "I, even I, have installed my king upon Zion, my holy mountain."—Ps. 2:4-6.

My kingdom is no part of this world. If my kingdom were part of this world, my attendants would have fought that I should not be delivered up to the Jews. But, as it is, my kingdom is not from this source.—John 18:36.

Additional references: Isaiah 9:7; Luke 1:32, 33; Revelation 20:6.

### (4) What blessings will Kingdom rule bring for the earth and for mankind?

And he will wipe out every tear from their eyes, and death will be no more, neither will mourning nor outcry nor pain be anymore. The former things have passed away. —Rev. 21:4.

The sucking child will certainly play upon the hole of the cobra; and upon the light aperture of a poisonous snake will a weaned child actually put his own hand. They will not do any harm or cause any ruin in all my holy mountain. —Isa. 11:8, 9.

Additional references: Isaiah 26:9; 65:21, 22; Luke 23:43.

### (5) What does it mean to seek first the Kingdom?

Stop storing up for yourselves treasures upon the earth . . . Rather, store up for yourselves treasures in heaven . . . No one can slave for two masters . . . You cannot slave for God and for Riches. . . . So never be anxious and say, "What are we to eat?" or, "What are we to drink?" or, "What are we to put on?" For all these are the things the nations are eagerly pursuing.—Matt. 6:19-32.

Let us also put off every weight and the sin that easily entangles us, and let us run with endurance the race that is set before us, as we look intently at the Chief Agent and Perfecter of our faith, Jesus.—Heb. 12:1, 2.

Additional references: Matthew 13:44-46; 16:24; 19:27-29.

### (6) How do we know that we have entered into the time of the end and that God's Kingdom is ruling?

While he was sitting upon the Mount of Olives, the disciples approached him privately, saying: "Tell us, When will these things be, and what will be the sign of your presence and of the conclusion of the system of things?"—Matt. 24:3.

Now learn from the fig tree as an illustration this point: Just as soon as its young branch grows tender and it puts

forth leaves, you know that summer is near. Likewise also you, when you see all these things, know that he is near at the doors. Truly I say to you that this generation will by no means pass away until all these things occur.—Matt. 24:32-34.

The rod of your strength Jehovah will send out of Zion, saying: "Go subduing in the midst of your enemies."—Ps. 110:2.

Additional references: Revelation 6:1-6; 12:1-12; Matthew 24:1–25:46; 2 Timothy 3:1-5.

*Optional questions for discussion:* (a) How do you personally endeavor to put God's Kingdom first in your life? (b) In what practical ways can you demonstrate that you are a loyal advocate of God's Kingdom? (c) As a loyal advocate of God's Kingdom, what is your attitude toward involvement in the political affairs of the nations?

## Satan and the Demons

### (1) Who is Satan the Devil? Where did he and his demons come from?

So down the great dragon was hurled, the original serpent, the one called Devil and Satan, who is misleading the entire inhabited earth.—Rev. 12:9; compare Genesis 3:1-5.

That one was a manslayer when he began, and he did not stand fast in the truth, because truth is not in him. When he speaks the lie, he speaks according to his own disposition, because he is a liar and the father of the lie. —John 8:44.

And the angels that did not keep their original position but forsook their own proper dwelling place he has reserved with eternal bonds under dense darkness for the judgment of the great day.—Jude 6.

Additional references: Job 1:6; 2:1; James 1:14, 15; Ephesians 6:11, 12; compare Ezekiel 28:12-15.

### (2) What warnings do we have in the Bible to help us avoid spiritistic practices?

There should not be found in you anyone who . . . employs divination, a practicer of magic or anyone who looks for omens or a sorcerer, or one who binds others with a spell or anyone who consults a spirit medium or a professional foreteller of events or anyone who inquires of the dead. —Deut. 18:10, 11.

But as for . . . those practicing spiritism . . . , their portion will be in the lake that burns with fire and sulphur. This means the second death.—Rev. 21:8.

Additional references: Acts 16:16-18; Galatians 5:19, 20.

**(3) How can we protect ourselves against the influences of Satan and the demons?**

Subject yourselves, therefore, to God; but oppose the Devil, and he will flee from you.—Jas. 4:7.

Put on the complete suit of armor from God that you may be able to stand firm against the machinations of the Devil.—Eph. 6:11.

Additional references: Matthew 6:13; Proverbs 18:10; Acts 19:19, 20.

**(4) What do God's words to Pharaoh indicate as to His reason for allowing Satan and his demons to continue living until now?**

For by now I could have thrust my hand out that I might strike you and your people with pestilence and that you might be effaced from the earth. But, in fact, for this cause I have kept you in existence, for the sake of showing you my power and in order to have my name declared in all the earth.—Ex. 9:15, 16.

Additional references: Romans 9:14-18; Job 1:9-12; 2:4-6; 2 Peter 3:9, 15.

**(5) What will become of Satan and his demons according to Jehovah's judgment against them?**

I shall put enmity between you and the woman and between your seed and her seed. He will bruise you in the head and you will bruise him in the heel.—Gen. 3:15.

Therefore, since the "young children" are sharers of blood and flesh, he also similarly partook of the same things, that through his death he might bring to nothing the one having the means to cause death, that is, the Devil.—Heb. 2:14.

And the Devil who was misleading them was hurled into the lake of fire and sulphur, where both the wild beast and the false prophet already were.—Rev. 20:10.

Additional references: Romans 16:20; Revelation 12:7-9; 20:1-3, 7-10.

*Optional questions for discussion:* (a) What influence does Satan have on people today? (b) What are some of the spiritistic practices of people today, and why should we avoid these?

## The Soul, Sin and Death

**(1) What is the human soul? Can it die?**

Jehovah God proceeded to form the man out of dust from the ground and to blow into his nostrils the breath of life, and the man came to be a living soul.—Gen. 2:7.

Look! All the souls—to me they belong. As the soul of the father so likewise the soul of the son—to me they belong. The soul that is sinning—it itself will die.—Ezek. 18:4, 20.

Additional references: 1 Corinthians 15:45; Acts 3:23; Matthew 10:28.

**(2) What is sin? How did we all become sinners?**

Everyone who practices sin is also practicing lawlessness, and so sin is lawlessness.—1 John 3:4.

Through one man sin entered into the world and death through sin, and thus death spread to all men because they had all sinned.—Rom. 5:12.

Additional references: Romans 3:23; 1 John 1:8; 1 Kings 8:46; Psalm 51:5.

**(3) What should you do if you commit a sin?**

My sin I finally confessed to you, and my error I did not cover. I said: "I shall make confession over my transgressions to Jehovah."—Ps. 32:5.

Is there anyone sick among you? Let him call the older men of the congregation to him, and let them pray over him, greasing him with oil in the name of Jehovah. And the prayer of faith will make the indisposed one well, and Jehovah will raise him up. Also, if he has committed sins, it will be forgiven him. Therefore openly confess your sins to one another and pray for one another, that you may get healed. A righteous man's supplication, when it is at work, has much force.—Jas. 5:14-16.

He that is covering over his transgressions will not succeed, but he that is confessing and leaving them will be shown mercy.—Prov. 28:13.

Additional references: Daniel 9:20; 1 John 1:9.

**(4) What should be our attitude toward committing sins?**

Do not let sin continue to rule as king in your mortal bodies that you should obey their desires. Neither go on presenting your members to sin as weapons of unrighteousness, but present yourselves to God as those alive from the dead, also your members to God as weapons of righteousness. For sin must not be master over you, seeing

that you are not under law but under undeserved kindness.
—Rom. 6:12-14.

Additional reference: Romans 7:14-25.

**(5) What is death?**

The living are conscious that they will die; but as for the dead, they are conscious of nothing at all, neither do they anymore have wages, because the remembrance of them has been forgotten.—Eccl. 9:5, 10.

He said to them: "Lazarus our friend has gone to rest, but I am journeying there to awaken him from sleep." Therefore the disciples said to him: "Lord, if he has gone to rest, he will get well." Jesus had spoken, however, about his death. But they imagined he was speaking about taking rest in sleep. At that time, therefore, Jesus said to them outspokenly: "Lazarus has died."—John 11:11-14.

Additional references: Genesis 3:19; Psalm 6:5; 146:4; Ecclesiastes 3:19, 20; Isaiah 38:18.

**(6) Why do people die?**

The wages sin pays is death.—Rom. 6:23.

In Adam all are dying.—1 Cor. 15:22.

Additional references: Romans 5:12, 17, 19; Job 14:1, 4.

*Optional questions for discussion:* (a) How have you benefited from learning what the Bible teaches about the soul, sin and death? (b) What are some of the false religious doctrines that are disproved by what you have learned? (c) In what way do false religious teachings about the soul dishonor God?

## Resurrection

**(1) What hope is there for one who dies?**

I have hope toward God, which hope these men themselves also entertain, that there is going to be a resurrection of both the righteous and the unrighteous.—Acts 24:15.

Do not marvel at this, because the hour is coming in which all those in the memorial tombs will hear his voice and come out, those who did good things to a resurrection of life, those who practiced vile things to a resurrection of judgment.—John 5:28, 29.

Additional references: Acts 17:31; Revelation 20:13; Isaiah 25:8.

**(2) How many from among mankind will be raised to heavenly life with Jesus Christ?**

I saw, and, look! the Lamb standing upon the Mount Zion, and with him a hundred and forty-four thousand hav-

ing his name and the name of his Father written on their foreheads. And they are singing as if a new song before the throne and before the four living creatures and the elders; and no one was able to master that song but the hundred and forty-four thousand, who have been bought from the earth.—Rev. 14:1, 3.

Additional references: Revelation 7:4-8; compare Luke 12:32.

### (3) What will they do there?

You made them to be a kingdom and priests to our God, and they are to rule as kings over the earth.—Rev. 5:10.

I saw thrones, and there were those who sat down on them, and power of judging was given them. . . . And they came to life and ruled as kings with the Christ for a thousand years. Happy and holy is anyone having part in the first resurrection; over these the second death has no authority, but they will be priests of God and of the Christ, and will rule as kings with him for the thousand years. —Rev. 20:4, 6.

Additional reference: 1 Corinthians 6:3.

### (4) What is the hope for the rest of mankind that will also be resurrected?

And he went on to say: "Jesus, remember me when you get into your kingdom." And he said to him: "Truly I tell you today, You will be with me in Paradise."—Luke 23:42, 43.

I saw the dead, the great and the small, standing before the throne, and scrolls were opened. But another scroll was opened; it is the scroll of life. And the dead were judged out of those things written in the scrolls according to their deeds. And the sea gave up those dead in it, and death and Hades gave up those dead in them, and they were judged individually according to their deeds.—Rev. 20:12, 13.

Additional references: Isaiah 65:17, 20; Revelation 21:1-4.

### (5) Who will not be resurrected, and why?

Woe to you, scribes and Pharisees, hypocrites! because you traverse sea and dry land to make one proselyte, and when he becomes one you make him a subject for Gehenna twice as much so as yourselves. Serpents, offspring of vipers, how are you to flee from the judgment of Gehenna? —Matt. 23:15, 33.

When the Son of man arrives in his glory, . . . he will separate people one from another, just as a shepherd separates the sheep from the goats. And he will put the sheep on his right hand, but the goats on his left. . . . Then he

will say, in turn, to those on his left, "Be on your way from me, you who have been cursed, into the everlasting fire prepared for the Devil and his angels." . . . And these will depart into everlasting cutting-off.—Matt. 25:31-46.

Additional references: 2 Peter 3:5-7; Jude 8-13.

**(6) Why should we hold firmly to our hope in the resurrection of the dead?**

If in this life only we have hoped in Christ, we are of all men most to be pitied. If, like men, I have fought with wild beasts at Ephesus, of what good is it to me? If the dead are not to be raised up, "let us eat and drink, for tomorrow we are to die."—1 Cor. 15:19, 32.

And do not become fearful of those who kill the body but cannot kill the soul; but rather be in fear of him that can destroy both soul and body in Gehenna.—Matt. 10:28.

Additional references: Hebrews 2:14, 15; 11:17-19.

*Optional questions for discussion:* (a) Has learning about the resurrection hope enhanced your appreciation for Jehovah's love? How so? (b) Why should you want to tell others about the resurrection hope?

## Marriage and Divorce

**(1) What is the Christian standard for marriage?**

In reply he said: "Did you not read that he who created them from the beginning made them male and female and said, 'For this reason a man will leave his father and his mother and will stick to his wife, and the two will be one flesh'? So that they are no longer two, but one flesh. Therefore, what God has yoked together let no man put apart."—Matt. 19:4-6.

Additional references: 1 Timothy 3:2, 12; Genesis 2:24; 1 Corinthians 7:2.

**(2) What is the only Scriptural basis for divorce that frees one to remarry?**

I say to you that whoever divorces his wife, except on the ground of fornication, and marries another commits adultery.—Matt. 19:9.

Additional references: Mark 10:11, 12; Matthew 5:32; Luke 16:18.

**(3) What does the Bible say about married persons separating from each other?**

Therefore what God yoked together let no man put apart.—Mark 10:9.

WTPA034049

To the married people I give instructions, yet not I but the Lord, that a wife should not depart from her husband; . . . and a husband should not leave his wife.—1 Cor. 7: 10, 11.

Additional references: 1 Corinthians 7:4, 5, 12-16.

**(4) Why should persons living together as husband and wife be properly married?**

Continue reminding them to be in subjection and be obedient to governments and authorities as rulers.—Titus 3:1.

Additional references: Matthew 22:21; Luke 2:1-5; Hebrews 13:4.

*Optional questions for discussion:* (a) What benefits are derived from adhering to Jehovah's standard for marriage as regards the husband? the wife? the children? the community? (b) If you are a married person, are you sure that your marriage has been properly registered with the civil authorities?

## Sanctity of Life

**(1) Why is all life to be viewed as sacred?**

The God that made the world . . . gives to all persons life and breath and all things. For by him we have life and move and exist.—Acts 17:24, 25, 28.

Christ Jesus . . . gave himself a corresponding ransom for all.—1 Tim. 2:5, 6.

Additional reference: Psalm 36:9.

**(2) How does Jehovah view (a) the unlawful shedding of human blood? (b) abortion? (c) suicide?**

Anyone shedding man's blood, by man will his own blood be shed.—Gen. 9:6.

But as for the . . . murderers . . . , their portion will be in the lake that burns with fire and sulphur. This means the second death.—Rev. 21:8.

And in case men should struggle with each other and they really hurt a pregnant woman and her children do come out but no fatal accident occurs, he is to have damages imposed. . . . But if a fatal accident should occur, then you must give soul for soul.—Ex. 21:22, 23.

Look! All the souls—to me they belong. As the soul of the father so likewise the soul of the son—to me they belong.—Ezek. 18:4.

Additional references: Numbers 35:31; 2 Samuel 17:23; Matthew 27:3-5.

**(3) How do the following scriptures show that Jehovah considers blood as something sacred?**

Only flesh with its soul—its blood—you must not eat. —Gen. 9:4.

Whenever your soul craves it you may slaughter, and you must eat meat according to the blessing of Jehovah your God . . . Only the blood you must not eat. On the earth you should pour it out as water.—Deut. 12:15, 16.

Any soul who eats any blood, that soul must be cut off from his people.—Lev. 7:27.

Keep abstaining from things sacrificed to idols and from blood and from things strangled.—Acts 15:29.

Additional references: Leviticus 17:11; 1 Chronicles 11:18, 19; 1 Samuel 14:31-34; Romans 5:9.

**(4) What do the following scriptures reveal as to different ways a person could become bloodguilty?**

When I say to someone wicked, "You will positively die," and you do not actually warn him . . . , his blood I shall ask back from your own hand.—Ezek. 3:18, 19.

In case you build a new house, you must also make a parapet for your roof, that you may not place bloodguilt upon your house because someone falling might fall from it.—Deut. 22:8.

Additional references: Acts 20:26, 27; 1 Corinthians 9:16.

*Optional questions for discussion:* (a) How has the Scriptural view of blood affected your thinking on this matter? (b) As a Christian, what local foods or medical practices will you henceforth avoid? (c) How does the Bible teaching concerning the sanctity of life affect your view of certain dangerous sports or types of recreation? (d) Does God's view of life and blood seem reasonable to you? (e) What stand should a Christian take if he is told that in order to save his own life or the life of a loved one a blood transfusion would be needed?

**PART II　　JEHOVAH'S RIGHTEOUS REQUIREMENTS—Mic. 6:8**

In your study of the Bible you have learned the importance of bringing your life into harmony with Jehovah's righteous standards. Responding to what you learned may have entailed a number of adjustments in your attitude toward life itself and in your personal conduct. Making such changes,

WTPA034051

however, is not what is referred to in the Bible as sacred service. Rather, Jehovah God accepts sacred service only from those whose lives have been made to reflect his righteousness.—1 Pet. 1: 14-16; Isa. 52:11.

Now that you have brought your life into harmony with Jehovah's standard of righteousness, you are in a position to render acceptable sacred service as a minister of the good news. Reviewing the following questions along with the quoted and cited Scripture references will help you fix clearly in mind Jehovah's righteous requirements and will remind you of some of the things you can do in order to become one of Jehovah's approved servants. This information will impress upon you the importance of doing all things with a good conscience and to Jehovah's honor.—2 Cor. 1:12; 1 Tim. 1:19; 1 Pet. 3:16, 21.

### Christian Law

**(1) According to Jesus, what are the two greatest commandments of the Mosaic Law?**

"You must love Jehovah your God with your whole heart and with your whole soul and with your whole mind." This is the greatest and first commandment. The second, like it, is this, "You must love your neighbor as yourself."—Matt. 22: 37-39.

**(2) Are Christians under the Mosaic Law covenant with its requirements of Sabbath-keeping and sacrifices?**

Christ is the end of the Law, so that everyone exercising faith may have righteousness.—Rom. 10:4.

Let no man judge you in eating and drinking or in respect of a festival or of an observance of the new moon or of a sabbath; for those things are a shadow of the things to come, but the reality belongs to the Christ.—Col. 2:16, 17.

Additional references: Galatians 3:24, 25; Colossians 2:13, 14; Hebrews 8:6, 13.

*Optional questions for discussion:* (a) In what way do you demonstrate that you love Jehovah with your whole heart, mind, soul and strength? (b) In what practical ways do you show that you love your neighbor as yourself?

## Personal Relationships With Others

**(1) What Christian quality should outstandingly characterize our relationship with our spiritual brothers and sisters?**

I am giving you a new commandment, that you love one another; just as I have loved you, that you also love one another. By this all will know that you are my disciples, if you have love among yourselves.—John 13:34, 35.

Clothe yourselves with love, for it is a perfect bond of union.—Col. 3:14.

Additional references: James 2:8; 1 Corinthians 13:4-7.

**(2) What Christian principles should govern our dealings with persons who are not Jehovah's Witnesses?**

Just as you want men to do to you, do the same way to them.—Luke 6:31.

As long as we have time favorable for it, let us work what is good toward all.—Gal. 6:10.

Additional references: Matthew 5:43-48; Romans 12:17, 18; Luke 10:29-37.

**(3) How should Christians view the shortcomings of fellow believers?**

Continue putting up with one another and forgiving one another freely if anyone has a cause for complaint against another. Even as Jehovah freely forgave you, so do you also.—Col. 3:13.

Above all things, have intense love for one another, because love covers a multitude of sins.—1 Pet. 4:8.

Additional references: Matthew 7:1-5; Proverbs 17:9; 19:11; Matthew 6:12.

**(4) If your brother sins against you personally and you find it difficult merely to overlook the transgression, or if his sin against you is of a serious nature and should not be covered over, what should you do?**

Moreover, if your brother commits a sin, go lay bare his fault between you and him alone. If he listens to you, you have gained your brother. But if he does not listen, take along with you one or two more, in order that at the mouth of two or three witnesses every matter may be established. If he does not listen to them, speak to the congregation. If he does not listen even to the congregation, let him be to you just as a man of the nations and as a tax collector.—Matt. 18:15-17.

Additional references: Matthew 5:23, 24; Ephesians 4:25.

**(5) What is the fruitage of the spirit and how will cultivating it help us to maintain a fine relationship with others?**

The fruitage of the spirit is love, joy, peace, long-suffering, kindness, goodness, faith, mildness, self-control.—Gal. 5: 22, 23.

Additional reference: James 3:17, 18.

## Elevated Christian Morals

**(1) Why is moral cleanness of all individuals among Jehovah's people important to every one of us?**

Many will follow their acts of loose conduct, and on account of these the way of the truth will be spoken of abusively. —2 Pet. 2:2.

Beloved ones, though I was making every effort to write you about the salvation we hold in common, I found it necessary to write you to exhort you to put up a hard fight for the faith that was once for all time delivered to the holy ones. My reason is that certain men have slipped in who have long ago been appointed by the Scriptures to this judgment, ungodly men, turning the undeserved kindness of our God into an excuse for loose conduct and proving false to our only Owner and Lord, Jesus Christ.—Jude 3, 4.

Additional references: Romans 1:32; 1 Peter 1:16; Joshua 7:1-26.

**(2) Why must lying be avoided?**

The Devil . . . did not stand fast in the truth, because truth is not in him. When he speaks the lie, he speaks according to his own disposition, because he is a liar and the father of the lie.—John 8:44.

As for . . . all the liars, their portion will be in the lake that burns with fire and sulphur.—Rev. 21:8.

Additional references: Exodus 20:16; Proverbs 6:12-19; 2 Corinthians 6:4, 7.

**(3) What is the Christian view of stealing?**

Let none of you suffer as a murderer or a thief.—1 Pet. 4:15.

Let the stealer steal no more, but rather let him do hard work, doing with his hands what is good work, that he may have something to distribute to someone in need.—Eph. 4:28.

Additional reference: Exodus 20:15.

**(4) Does the Bible prohibit the use of alcoholic beverages in moderation?**

Go, eat your food with rejoicing and drink your wine with a good heart, because already the true God has found pleasure in your works.—Eccl. 9:7.

Additional references: Psalm 104:15; 1 Timothy 5:23.

**(5) What is the Christian view of drunkenness?**

What! Do you not know that unrighteous persons will not inherit God's kingdom? Do not be misled. Neither fornicators, nor idolaters, nor adulterers, . . . nor greedy persons, nor drunkards . . . will inherit God's kingdom.—1 Cor. 6:9, 10.

Ministerial servants should likewise be serious, . . . not giving themselves to a lot of wine.—1 Tim. 3:8.

Additional references: 1 Corinthians 5:11; 1 Peter 4:3; 1 Timothy 3:2, 3.

**(6) Why should Christians abstain from the nonmedical use of addictive or mind-altering drugs?**

Consequently I entreat you by the compassions of God, brothers, to present your bodies a sacrifice living, holy, acceptable to God, a sacred service with your power of reason. And quit being fashioned after this system of things, but be transformed by making your mind over, that you may prove to yourselves the good and acceptable and perfect will of God.—Rom. 12:1, 2.

Additional references: Revelation 21:8, *Int;* 1 Corinthians 16:13; Proverbs 3:21-23; 5:1, 2; 1 Peter 4:7.

**(7) What additional reasons are there for not using tobacco, betel nut or other similar addictive substances that are known to be harmful to physical and mental health?**

Therefore, since we have these promises, beloved ones, let us cleanse ourselves of every defilement of flesh and spirit, perfecting holiness in God's fear.—2 Cor. 7:1.

Additional references: James 1:21; 1 Peter 1:16.

**(8) What does the Bible say about fornication, adultery, sexual relations with another person of the same sex (homosexuality) and other unlawful sexual conduct?**

Now the works of the flesh are manifest, and they are fornication, uncleanness, loose conduct . . . Those who practice such things will not inherit God's kingdom.—Gal. 5:19-21.

What! Do you not know that unrighteous persons will not inherit God's kingdom? Do not be misled. Neither fornicators, nor idolaters, nor adulterers, nor men kept for unnatural

purposes, nor men who lie with men . . . will inherit God's kingdom.—1 Cor. 6:9-11.

God gave them up to disgraceful sexual appetites, for both their females changed the natural use of themselves into one contrary to nature; and likewise even the males left the natural use of the female and became violently inflamed in their lust toward one another, males with males, working what is obscene and receiving in themselves the full recompense, which was due for their error.—Rom. 1:26, 27.

Let marriage be honorable among all, and the marriage bed be without defilement, for God will judge fornicators and adulterers.—Heb. 13:4.

Additional references: Ephesians 5:5; 1 Peter 4:3; Mark 7:20-23; Revelation 21:8.

**(9) By adhering to what Bible counsel will you be able to ward off temptations and pressures that would induce you to engage in any form of sexual immorality, including sexual perversions?**

Keep your minds fixed on the things above, not on the things upon the earth. Deaden, therefore, your body members that are upon the earth as respects fornication, uncleanness, sexual appetite, hurtful desire, and covetousness, which is idolatry.—Col. 3:2, 5.

Finally, brothers, whatever things are true, whatever things are of serious concern, whatever things are righteous, whatever things are chaste, whatever things are lovable, whatever things are well spoken of, whatever virtue there is and whatever praiseworthy thing there is, continue considering these things.—Phil. 4:8.

Additional references: Romans 12:2; Ephesians 4:22-24; Colossians 3:9, 10.

**(10) What is gambling? Why would a Christian avoid becoming involved in any form of gambling?**

But you men are those leaving Jehovah, those forgetting my holy mountain, those setting in order a table for the god of Good Luck and those filling up mixed wine for the god of Destiny.—Isa. 65:11.

Do you not know that unrighteous persons will not inherit God's kingdom? Do not be misled. Neither . . . thieves, nor greedy persons . . . will inherit God's kingdom.—1 Cor. 6: 9, 10.

Additional references: 1 Corinthians 5:11; 15:33.

**(11) If a person in weakness commits a serious sin but he wants help to be restored to Jehovah's favor, what action should he take immediately?**

My sin I finally confessed to you, and my error I did not cover. I said: "I shall make confession over my transgressions to Jehovah."—Ps. 32:5.

Is there anyone suffering evil among you? Let him carry on prayer. Is there anyone in good spirits? Let him sing psalms. Is there anyone sick among you? Let him call the older men of the congregation to him, and let them pray over him, greasing him with oil in the name of Jehovah. And the prayer of faith will make the indisposed one well, and Jehovah will raise him up. Also, if he has committed sins, it will be forgiven him.—Jas. 5:13-15.

Additional references: Proverbs 28:13; 1 John 2:1, 2; Galatians 6:1.

**(12) In addition to confessing one's own sins, what personal responsibility rests upon each Christian with regard to reporting serious wrongdoing by others that could threaten the spiritual or moral cleanness of the congregation?**

Now in case a soul sins in that he has heard public cursing and he is a witness or he has seen it or has come to know of it, if he does not report it, then he must answer for his error.—Lev. 5:1.

He that is partner with a thief is hating his own soul. An oath involving a curse he may hear, but he reports nothing. —Prov. 29:24.

Additional references: Deuteronomy 13:6-8; 1 Corinthians 1:11; 5:1.

**(13) What is the proper viewpoint to have when one is Scripturally reproved?**

The discipline of Jehovah, O my son, do not reject; and do not abhor his reproof.—Prov. 3:11.

For the commandment is a lamp, and a light the law is, and the reproofs of discipline are the way of life.—Prov. 6:23.

Additional references: Proverbs 15:32; Revelation 3:19; Hebrews 12:5-11.

**(14) What action does the congregation take when a person in its midst proves to be a persistent and unrepentant violator of God's commandments?**

In my letter I wrote you to quit mixing in company with fornicators, not meaning entirely with the fornicators of this world or the greedy persons and extortioners or idolaters. Otherwise, you would actually have to get out of the world.

But now I am writing you to quit mixing in company with anyone called a brother that is a fornicator or a greedy person or an idolater or a reviler or a drunkard or an extortioner, not even eating with such a man. For what do I have to do with judging those outside? Do you not judge those inside, while God judges those outside? "Remove the wicked man from among yourselves."—1 Cor. 5:9-13.

As for a man that promotes a sect, reject him after a first and a second admonition; knowing that such a man has been turned out of the way and is sinning, he being self-condemned.—Titus 3:10, 11.

Additional references: 1 Corinthians 5:5, 6; Joshua 7:1-26.

*Optional questions for discussion:* (a) Do you think that Jehovah's moral standards and requirements for his servants are reasonable? (b) How have you personally benefited from what you have learned about elevated Christian morals? (c) Why would a person have to conform his way of life to Jehovah's standards before he could be accepted for Christian baptism?

## Idolatry

**(1) What is idolatry? What warnings does the Bible give concerning idolatry?**

Guard yourselves from idols.—1 John 5:21.

You must not make for yourself a carved image or a form like anything that is in the heavens above or that is on the earth underneath or that is in the waters under the earth. You must not bow down to them nor be induced to serve them, because I Jehovah your God am a God exacting exclusive devotion.—Ex. 20:4, 5.

Additional references: Jeremiah 10:14, 15; Psalm 115:4-8; Isaiah 42:8; 48:11.

**(2) What are various forms of idolatry that Christians must guard against in this modern world?**

Now while Paul was waiting for them in Athens, his spirit within him came to be irritated at beholding that the city was full of idols. Paul now stood in the midst of the Areopagus and said: "Men of Athens, I behold that in all things you seem to be more given to the fear of the deities than others are."—Acts 17:16, 22.

Nebuchadnezzar the king made an image of gold . . . And the herald was crying out loudly: "To you it is being said, O peoples, . . . that . . . you fall down and worship the image of gold that Nebuchadnezzar the king has set up."—Dan. 3:1-5.

On a set day Herod clothed himself with royal raiment and sat down upon the judgment seat and began giving them

a public address. In turn the assembled people began shouting: "A god's voice, and not a man's!" Instantly the angel of Jehovah struck him, because he did not give the glory to God; and he became eaten up with worms and expired. —Acts 12:21-23.

If anyone worships the wild beast and its image, and receives a mark on his forehead or upon his hand, he will also drink of the wine of the anger of God.—Rev. 14:9, 10.

Additional references: 1 Samuel 15:22, 23; Colossians 3:5.

## Separate From the World

**(1) According to the Bible, who is "the ruler of the world" and "the god of this system of things"?**

I shall not speak much with you anymore, for the ruler of the world is coming. And he has no hold on me [Jesus Christ].—John 14:30.

The god of this system of things has blinded the minds of the unbelievers, that the illumination of the glorious good news about the Christ, who is the image of God, might not shine through.—2 Cor. 4:4.

Additional references: 1 John 5:19; Revelation 12:9.

**(2) What is the position of Christians as to this world alienated from God?**

They are no part of the world, just as I am no part of the world.—John 17:16.

Do you not know that the friendship with the world is enmity with God? Whoever, therefore, wants to be a friend of the world is constituting himself an enemy of God.—Jas. 4:4.

Additional reference: John 15:19-21.

**(3) What was Jesus' attitude toward participation in the political affairs of the world?**

The Devil took him along to an unusually high mountain, and showed him all the kingdoms of the world and their glory, and he said to him: "All these things I will give you if you fall down and do an act of worship to me." Then Jesus said to him: "Go away, Satan! For it is written, 'It is Jehovah your God you must worship, and it is to him alone you must render sacred service.'"—Matt. 4:8-10.

Jesus, knowing they were about to come and seize him to make him king, withdrew again into the mountain all alone. —John 6:15.

Additional reference: John 18:36.

**(4) When a person separates himself from the world and becomes a Christian, what treatment might he expect from those remaining in the world?**

All those desiring to live with godly devotion in association with Christ Jesus will also be persecuted.—2 Tim. 3:12.

If you were part of the world, the world would be fond of what is its own. Now because you are no part of the world, but I have chosen you out of the world, on this account the world hates you. . . . If they have persecuted me, they will persecute you also.—John 15:19-21.

Additional reference: Luke 21:12, 13.

**(5) How does being separate from the world affect the secular employment of a Christian?**

Let the stealer steal no more, but rather let him do hard work, doing with his hands what is good work, that he may have something to distribute to someone in need.—Eph. 4:28.

The Devil . . . is a liar and the father of the lie.—John 8:44.

What! Do you not know that unrighteous persons will not inherit God's kingdom? Do not be misled. Neither fornicators, nor idolaters, nor adulterers, nor men kept for unnatural purposes, nor men who lie with men, nor thieves, nor greedy persons, nor drunkards, nor revilers, nor extortioners will inherit God's kingdom.—1 Cor. 6:9, 10.

He will certainly render judgment among many peoples, and set matters straight respecting mighty nations far away. And they will have to beat their swords into plowshares and their spears into pruning shears. They will not lift up sword, nation against nation, neither will they learn war anymore. —Mic. 4:2, 3.

Write them to abstain . . . from blood.—Acts 15:20.

Jesus, knowing they were about to come and seize him to make him king, withdrew again into the mountain all alone. —John 6:15.

I heard another voice out of heaven say: "Get out of her [Babylon the Great], my people, if you do not want to share with her in her sins, and if you do not want to receive part of her plagues."—Rev. 18:4.

Additional references: Isaiah 2:2-4; John 17:16; Romans 13:8-10; 1 Corinthians 7:23.

**(6) Adhering to what additional Bible principles will help a Christian to remain separate from the world with regard to his choice of entertainment and recreation?**

Do not be misled. Bad associations spoil useful habits. —1 Cor. 15:33.

Do not be loving either the world or the things in the world. If anyone loves the world, the love of the Father is not in him; because everything in the world—the desire of the flesh and the desire of the eyes and the showy display of one's means of life—does not originate with the Father, but originates with the world. Furthermore, the world is passing away and so is its desire, but he that does the will of God remains forever.—1 John 2:15-17.

So keep strict watch that how you walk is not as unwise but as wise persons, buying out the opportune time for yourselves, because the days are wicked. On this account cease becoming unreasonable, but go on perceiving what the will of Jehovah is. Also, do not be getting drunk with wine, in which there is debauchery, but keep getting filled with spirit, speaking to yourselves with psalms and praises to God and spiritual songs, singing and accompanying yourselves with music in your hearts to Jehovah, in the name of our Lord Jesus Christ giving thanks always for all things to our God and Father.—Eph. 5:15-20.

Let fornication and uncleanness of every sort or greediness not even be mentioned among you, just as it befits holy people.—Eph. 5:3.

Additional references: Philippians 4:8; Ephesians 5:4; Colossians 3:5, 6; Proverbs 26:18, 19.

*Optional questions for discussion:* (a) How has your study of the Bible helped you to keep yourself separate from the world? (b) What pressures or enticements have you had to resist in order to come into a good relationship with Jehovah and maintain it? (c) What Bible counsel have you found to be particularly helpful in maintaining separateness from the world?

## Interfaith

### Would it be proper for true Christians to share in worship with other religious groups?

I heard another voice out of heaven say: "Get out of her, my people, if you do not want to share with her in her sins, and if you do not want to receive part of her plagues. For her sins have massed together clear up to heaven, and God has called her acts of injustice to mind."—Rev. 18:4, 5.

Additional references: 1 Corinthians 10:20; 2 Corinthians 6:14-18; Matthew 7:13, 14, 21-23; 2 Timothy 3:2, 5; Numbers 25:1, 2.

*Optional questions for discussion:* (a) What are some examples of interfaith activity that true Christians should avoid? (b) Why would a person have to make sure that he has cut off all association with false religious organizations before

WTPA034061

presenting himself for baptism as one of Jehovah's Witnesses? (c) What would this include?

## Holidays and Celebrations

**(1) Are Christians under obligation to observe certain days as holidays?**

Now that you have come to know God, or rather now that you have come to be known by God, how is it that you are turning back again to the weak and beggarly elementary things and want to slave for them over again? You are scrupulously observing days and months and seasons and years. I fear for you, that somehow I have toiled to no purpose respecting you.—Gal. 4:9-11.

Additional reference: Colossians 2:16, 17.

**(2) What is the only religious celebration that Christians are commanded to observe?**

Also, he took a loaf, gave thanks, broke it, and gave it to them, saying: "This means my body which is to be given in your behalf. Keep doing this in remembrance of me." —Luke 22:19.

Additional reference: 1 Corinthians 11:23-26.

**(3) What are some of the Bible principles that will help you to determine whether or not you should observe or participate in celebrations that are popular in your community?**

They are no part of the world, just as I am no part of the world.—John 17:16.

Do not be loving either the world or the things in the world. If anyone loves the world, the love of the Father is not in him; because everything in the world—the desire of the flesh and the desire of the eyes and the showy display of one's means of life—does not originate with the Father, but originates with the world. Furthermore, the world is passing away and so is its desire, but he that does the will of God remains forever.—1 John 2:15-17.

The time that has passed by is sufficient for you to have worked out the will of the nations when you proceeded in deeds of loose conduct, lusts, excesses with wine, revelries, drinking matches, and illegal idolatries.—1 Pet. 4:3.

Additional references: 1 Corinthians 15:33; 2 Corinthians 6:14-17; Galatians 5:19-21; Romans 13:13.

**(4) What mention is made in the Bible of birthday celebrations? How does this affect your view of birthday celebrations?**

But when Herod's birthday was being celebrated the daughter of Herodias danced at it and pleased Herod so much that he promised with an oath to give her whatever she asked. Then she, under her mother's coaching, said: "Give me here upon a platter the head of John the Baptist." Grieved though he was, the king out of regard for his oaths and for those reclining with him commanded it to be given; and he sent and had John beheaded in the prison. And his head was brought on a platter and given to the maiden, and she brought it to her mother.—Matt. 14:6-11.

Additional references: Genesis 40:20-22; Ecclesiastes 7: 1, 8.

*Optional questions for discussion:* (a) What are some of the holidays or celebrations popular in your community that true Christians avoid? (b) What do you need to do to keep from getting involved in worldly holidays or celebrations that run counter to Christian principles? (c) If you have minor children, how can you help them avoid unchristian practices related to worldly holidays?

## Baptism

**(1) Why do Jehovah's Witnesses baptize in water those who embrace the Christian faith?**

Go therefore and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit.—Matt. 28:19.

He commanded them to be baptized in the name of Jesus Christ.—Acts 10:48.

Additional references: Matthew 3:13-17; 1 Peter 2:21; Acts 8:12, 35-38.

**(2) Who should be baptized? When?**

Those who embraced his word heartily were baptized. —Acts 2:41.

When they believed Philip, who was declaring the good news of the kingdom of God and of the name of Jesus Christ, they proceeded to be baptized.—Acts 8:12.

Repent, and let each one of you be baptized in the name of Jesus Christ.—Acts 2:38.

Additional references: Hebrews 10:5-7; Luke 3:21, 23; 1 Peter 3:21.

**(3) What does it mean to be baptized in the name of (a) the Father? (b) the Son? (c) the holy spirit?**

You, whose name is Jehovah, you alone are the Most High over all the earth.—Ps. 83:18.

God exalted him to a superior position and kindly gave him the name that is above every other name, so that in the name of Jesus every knee should bend of those in heaven and those on earth and those under the ground, and every tongue should openly acknowledge that Jesus Christ is Lord to the glory of God the Father.—Phil. 2:9-11.

I will request the Father and he will give you another helper to be with you forever, the spirit of the truth.—John 14:16, 17.

Additional references: Revelation 1:5; Joel 2:28, 29.

*Optional questions for discussion:* (a) Why do you want to be baptized? (b) Have you already brought your life into harmony with Jehovah's righteous requirements according to what you have learned from your study of the Bible? (c) Are you at present sharing the good news of the Kingdom with others, demonstrating that you understand that this is Jehovah's will for you at this time? (d) Have you expressed to Jehovah in prayer your desire to be one of his dedicated Witnesses and to serve him in unity with his organized people?

## PART III     SUBMISSION TO JEHOVAH'S ARRANGEMENT OF THINGS

While still in Eden the first man and woman joined the rebellion led by "the original serpent," Satan the Devil. (Rev. 12:9) They ceased being submissive to Jehovah's arrangement of things. Having been introduced to a course of independence from God, they set out on their own. From that time forward the course taken by mankind has only served to confirm the truthfulness of Jeremiah's words recorded at Jeremiah 10:23, where we read: "I well know, O Jehovah, that to earthling man his way does not belong. It does not belong to man who is walking even to direct his step."

Through your study of the Bible you have learned about Jehovah's purpose to bring all things back into subjection to himself, just as they were in the beginning. (Eph. 1:8-10; 1 Cor. 15:24-28)

Having reached this point in your study you are also desirous of finding your place in Jehovah's arrangement of things and of being submissive to his rule. The following questions and related Scripture references will help you to examine your own understanding of submission to Jehovah's arrangements as regards congregation organization, Christian family life and the political rulers of the day.

## Submission in the Congregation Arrangement

**(1) What is the basic principle underlying Jehovah's arrangement of things within the Christian congregation?**

But I want you to know that the head of every man is the Christ; in turn the head of a woman is the man; in turn the head of the Christ is God.—1 Cor. 11:3.

He [Jesus Christ] is the head of the body, the congregation.—Col. 1:18.

Additional references: Ephesians 1:22, 23; Hebrews 12:9; James 4:7.

**(2) Why is there a particular need for submitting to Jehovah's arrangement of things in the Christian congregation today?**

For God is a God, not of disorder, but of peace. . . . But let all things take place decently and by arrangement. —1 Cor. 14:33, 40.

. You, though, keep your senses in all things, . . . do the work of an evangelizer, fully accomplish your ministry. —2 Tim. 4:5.

Additional references: Ephesians 4:16; 1 Corinthians 12:18, 28.

**(3) What are some examples of Jesus' disciples submitting to his instructions in order to carry out their ministry in an orderly way?**

Now he summoned the twelve, and he initiated sending them out two by two, and he began to give them authority over the unclean spirits. And the apostles gathered together

before Jesus and reported to him all the things they had done and taught.—Mark 6:7, 30.

After these things the Lord designated seventy others and sent them forth by twos in advance of him into every city and place to which he himself was going to come.—Luke 10:1.

Additional references: Luke 9:14-17; Matthew 10:1-23.

### (4) How does Jesus exercise headship over the Christian congregation today?

Who really is the faithful and discreet slave whom his master appointed over his domestics, to give them their food at the proper time? Happy is that slave if his master on arriving finds him doing so. Truly I say to you, He will appoint him over all his belongings.—Matt. 24:45-47.

But the helper, the holy spirit, which the Father will send in my name, that one will teach you all things and bring back to your minds all the things I told you.—John 14:26.

Additional references: Luke 12:42-44; John 16:12-14.

### (5) By what visible means is Christ's headship represented in the congregation?

However, from Miletus he sent to Ephesus and called for the older men of the congregation. When they got to him he said to them: . . . "Pay attention to yourselves and to all the flock, among which the holy spirit has appointed you overseers, to shepherd the congregation of God."—Acts 20:17, 18, 28.

Therefore, to the older men among you I give this exhortation, . . . Shepherd the flock of God in your care, not under compulsion, but willingly; neither for love of dishonest gain, but eagerly; neither as lording it over those who are God's inheritance, but becoming examples to the flock.—1 Pet. 5:1-3.

Additional references: Titus 1:5; Isaiah 32:1, 2.

### (6) How do members of the congregation demonstrate submission to the headship of Christ in the congregation?

Remember those who are taking the lead among you, who have spoken the word of God to you, and as you contemplate how their conduct turns out imitate their faith.—Heb. 13:7.

Be obedient to those who are taking the lead among you and be submissive, for they are keeping watch over your souls as those who will render an account; that they may do this

with joy and not with sighing, for this would be damaging to you.—Heb. 13:17.

Additional references: 1 Timothy 5:17; 1 Thessalonians 5: 12, 13; 1 Corinthians 16:16.

*Optional questions for discussion:* (a) Are you able to identify "the faithful and discreet slave" today? How? (b) What is the Governing Body of the Christian congregation? What purpose does it serve? (See Acts 6:1-6; 8:14; 15:1-29; 16:4, 5.) (c) What legal agencies are used by the Governing Body today to accomplish the publishing of the good news worldwide? (d) Why would submitting to Jehovah's arrangement in the congregation include giving material support to the work of the congregation to the extent of your ability?

## Submission in Christian Family Life

### (1) In God's arrangement of things, who is the head of the married woman?

You wives, be in subjection to your husbands, as it is becoming in the Lord.—Col. 3:18.

Let wives be in subjection to their husbands as to the Lord, because a husband is head of his wife as the Christ also is head of the congregation, he being a savior of this body.—Eph. 5:22, 23.

Additional reference: Titus 2:4, 5.

### (2) How should a husband exercise headship over his wife? Whose example does he have to follow as a pattern?

In this way husbands ought to be loving their wives as their own bodies. He who loves his wife loves himself, for no man ever hated his own flesh; but he feeds and cherishes it, as the Christ also does the congregation.—Eph. 5:28, 29.

You husbands, keep on loving your wives and do not be bitterly angry with them.—Col. 3:19.

Additional reference: 1 Peter 3:7.

### (3) Is the wife whose husband is not a believer freed from his headship?

In like manner, you wives, be in subjection to your own husbands, in order that, if any are not obedient to the word, they may be won without a word through the conduct of their wives, because of having been eyewitnesses of your chaste conduct together with deep respect.—1 Pet. 3:1, 2.

Additional references: Romans 7:2; 1 Corinthians 7:10.

WTPA034067

### (4) Who is responsible before God for the training and disciplining of children?

And you, fathers, do not be irritating your children, but go on bringing them up in the discipline and mental-regulating of Jehovah.—Eph. 6:4.

Additional references: Colossians 3:21; Proverbs 13:24; 29:15; Deuteronomy 6:6, 7.

### (5) What responsibility do children have in the family arrangement?

Children, be obedient to your parents in union with the Lord, for this is righteous: "Honor your father and your mother"; which is the first command with a promise: "That it may go well with you and you may endure a long time on the earth."—Eph. 6:1-3.

You children, be obedient to your parents in everything, for this is well-pleasing in the Lord.—Col. 3:20.

Additional references: Deuteronomy 5:16; Proverbs 1:8; 4:1; 6:20; 23:22.

*Optional questions for discussion:* (a) If you are a married woman, in what way can you demonstrate your submission to your husband? (b) Does this seem to be righteous and just to you? (c) If your husband does not appreciate your cooperation in this regard, how do you still benefit? (d) If you are a man with family responsibilities, what worldly attitudes must you avoid if you are to exercise your headship in a Christlike manner? (e) If you are a minor child, what benefits will come to you and to the family as a result of your being submissive to your parents? (f) What factors may make it difficult for you to be submissive at times?

## Submission to the Civil Authorities

### (1) What is the proper attitude for Christians to maintain toward worldly rulers?

Let every soul be in subjection to the superior authorities, for there is no authority except by God; the existing authorities stand placed in their relative positions by God.—Rom. 13:1.

Continue reminding them to be in subjection and be obedient to governments and authorities as rulers.—Titus 3:1.

Additional references: 1 Peter 2:13, 14; Daniel 6:5; Acts 26:2, 3; 1 Timothy 2:1-3.

WTPA034068

**(2) Must a Christian pay all taxes and assessments demanded by law?**

Render to all their dues, to him who calls for the tax, the tax; to him who calls for the tribute, the tribute; to him who calls for fear, such fear; to him who calls for honor, such honor.—Rom. 13:7.

Additional reference: Luke 20:21-25.

**(3) Are there any circumstances under which a Christian would refuse to obey the worldly rulers?**

With that they called them and charged them, nowhere to make any utterance or to teach upon the basis of the name of Jesus. But in reply Peter and John said to them: "Whether it is righteous in the sight of God to listen to you rather than to God, judge for yourselves. But as for us, we cannot stop speaking about the things we have seen and heard."—Acts 4:18-20.

In answer Peter and the other apostles said: "We must obey God as ruler rather than men."—Acts 5:29.

Additional references: Isaiah 2:4; Daniel 3:16-18; 6:4-24; Exodus 1:15-20.

**(4) Should Christians comply with legal requirements such as the registering of marriages and births, respond to census inquiries or obtain required licenses and permits that do not conflict with God's laws?**

Now in those days a decree went forth . . . for all the inhabited earth to be registered . . . Of course, Joseph also went up from Galilee . . . to get registered with Mary, who had been given him in marriage.—Luke 2:1-5.

Continue reminding them to be in subjection and be obedient to governments and authorities as rulers.—Titus 3:1.

Additional references: 1 Timothy 3:2, 9; compare Acts 18: 1-3; Hebrews 13:4.

*Optional questions for discussion:* (a) Why is it important for you to be submissive to the civil authorities even when their rule may seem to be oppressive? (b) How can you be submissive to the political rulers without violating Christian neutrality?

**PART IV  WORKS THAT DEMONSTRATE
CHRISTIAN FAITH—Jas. 2:18**

You have already observed in your association with Jehovah's Witnesses that they are a busy

people, "always having plenty to do in the work of the Lord." (1 Cor. 15:58) The very fact that you have been able to take in accurate knowledge about Jehovah and his purposes is an evidence of the diligent efforts of Jehovah's dedicated people in your behalf.

By the time you have come to consider this portion of the book *Organized to Accomplish Our Ministry* with the overseers of the local congregation, you should already be giving clear evidence of your heart appreciation for what you have learned. You show this appreciation by attending and participating in all the congregation meetings to the extent of your ability. Also, you should already be having a regular share in the Kingdom-preaching work, helping others to come to know Jehovah and what he is doing for mankind. (Matt. 24:14; 28:19, 20) It is not sufficient for a person merely to know what is right and be able to answer specific questions in harmony with what is true. Having knowledge is really of little value unless it is applied in a practical way, and this for the benefit of others as well as for oneself.—John 13: 17; 1 John 5:3.

Addressing his words to sincere inquirers, Jehovah's prophet Micah wrote: "With what shall I confront Jehovah? With what shall I bow myself to God on high? Shall I confront him with whole burnt offerings, with calves a year old? Will Jehovah be pleased with thousands of rams, with tens of thousands of torrents of oil? Shall I give my firstborn son for my revolt, the fruitage of my belly for the sin of my soul? He has told you, O earthling man, what is good. And what is Jehovah asking back from you but to exercise justice and to love kindness and to be modest in walking with

your God?" (Mic. 6:6-8) Yes, Jehovah wants you to walk with him in modesty, give him your heart and take pleasure in doing his will.—Prov. 23:26.

This section of questions will help you to identify clearly and fix in mind Jehovah's requirements as to Christian works. It will help you to be sure that you have made a proper dedication of your life to Jehovah God before submitting to water baptism. You can be sure that Jehovah appreciates your sincere response to his undeserved kindness expressed in your behalf.

### Relationship Between Works and Faith

**Why must approved works accompany our Christian faith?**

Faith, if it does not have works, is dead in itself. Nevertheless, a certain one will say: "You have faith, and I have works. Show me your faith apart from the works, and I shall show you my faith by my works." Indeed, as the body without spirit is dead, so also faith without works is dead. —Jas. 2:17, 18, 26.

The conclusion of the matter, everything having been heard, is: Fear the true God and keep his commandments. For this is the whole obligation of man. For the true God himself will bring every sort of work into the judgment in relation to every hidden thing, as to whether it is good or bad.—Eccl. 12:13, 14.

Additional references: John 6:27-29; 13:17; James 1:27; 4:17; compare Matthew 7:15-27.

*Optional questions for discussion:* (a) In what way are Christian works different from works of the Law? (b) Why would it not be proper for us to compare our works of faith with those of fellow believers?

### Christian Meetings

**(1) Why is it beneficial to attend the meetings arranged by the congregation?**

Let us consider one another to incite to love and fine works, not forsaking the gathering of ourselves together, as some have the custom, but encouraging one another, and all the more so as you behold the day drawing near.—Heb. 10:24, 25.

Additional references: Proverbs 18:1; Romans 1:11, 12.

**(2) What is the proper attitude for us to have toward opportunities to meet together with our spiritual brothers and sisters?**

I rejoiced when they were saying to me: "To the house of Jehovah let us go."—Ps. 122:1.

Additional references: 1 Corinthians 16:19, 20; Romans 16:16; 1:11.

**(3) What information beneficial to Jehovah's people is considered at congregation meetings?**

And when this letter has been read among you, arrange that it also be read in the congregation of the Laodiceans and that you also read the one from Laodicea.—Col. 4:16.

Who really is the faithful steward, the discreet one, whom his master will appoint over his body of attendants to keep giving them their measure of food supplies at the proper time?—Luke 12:42.

Additional references: Revelation 2:1; 3:1; Acts 13:1; 1 Timothy 5:17.

**(4) Whose teaching and instruction is given at the congregation meetings?**

And all your sons will be persons taught by Jehovah, and the peace of your sons will be abundant.—Isa. 54:13.

Additional references: Job 36:22; Isaiah 30:20; Romans 15:4.

**(5) Why should you endeavor to participate in congregation meetings by commenting and otherwise, as you have opportunity?**

I will declare your name to my brothers; in the middle of the congregation I shall praise you.—Ps. 22:22.

Let us consider one another to incite to love and fine works.—Heb. 10:24.

Additional reference: Romans 10:9, 10.

**(6) Who should attend the congregation meetings in order to be instructed in righteousness?**

Congregate the people, the men and the women and the little ones . . . , in order that they may listen and in order that they may learn, as they must fear Jehovah your

God and take care to carry out all the words of this law.
—Deut. 31:12.

Additional references: Nehemiah 8:1-3; compare Acts 16:
1, 2 with 2 Timothy 3:14, 15.

*Optional questions for discussion:* (a) What effort have
you personally put forth in order to be in regular attendance
at congregation meetings? (b) How have you benefited from
regular association with Jehovah's Witnesses at congregation
meetings? (c) Why is it beneficial for you to prepare well for
each congregation meeting? How do you find time to do so?

## Our Kingdom Ministry

**(1) What urgent work does the Bible set out for all
Christians at this time?**

This good news of the kingdom will be preached in all the
inhabited earth for a witness to all the nations; and then the
end will come.—Matt. 24:14.

Go therefore and make disciples of people of all the na-
tions, baptizing them in the name of the Father and of the
Son and of the holy spirit, teaching them to observe all the
things I have commanded you.—Matt. 28:19, 20.

Additional references: Mark 13:10; Acts 1:8; 2:17, 18.

**(2) According to the following scriptures, what are
some of the various ways in which our ministry may
be accomplished?**

He went journeying from city to city and from village to
village, preaching and declaring the good news of the king-
dom of God.—Luke 8:1.

A certain woman named Martha received him as guest into
the house. This woman also had a sister called Mary, who,
however, sat down at the feet of the Lord and kept listening
to his word.—Luke 10:38, 39.

Now Jesus, tired out from the journey, was sitting at the
fountain just as he was. . . . A woman of Samaria came
to draw water. . . . Jesus said to her: "Everyone drinking
from this water will get thirsty again. Whoever drinks from
the water that I will give him will never get thirsty at all."
—John 4:6-14.

Consequently he began to reason in the synagogue with
the Jews and the other people who worshiped God and every
day in the marketplace with those who happened to be on
hand.—Acts 17:17.

I did not hold back from telling you any of the things that were profitable nor from teaching you publicly and from house to house.—Acts 20:20.

Additional references: Matthew 10:11-14; Acts 5:42; 18:4; Proverbs 1:20, 21.

### (3) Is this work done in our own strength?

We have this treasure in earthen vessels, that the power beyond what is normal may be God's and not that out of ourselves.—2 Cor. 4:7.

Additional references: 2 Timothy 4:17; Revelation 14:6; Matthew 10:19, 20; Philippians 4:13.

### (4) Why should you be willing to preach the good news to all kinds of people in your assigned territory?

At this Peter opened his mouth and said: "For a certainty I perceive that God is not partial, but in every nation the man that fears him and works righteousness is acceptable to him."—Acts 10:34, 35.

Additional references: Matthew 24:14; Revelation 14:6; Psalm 49:1, 2.

### (5) Why should you take most seriously your responsibility to share the good news with others?

I call you to witness this very day that I am clean from the blood of all men, for I have not held back from telling you all the counsel of God.—Acts 20:26, 27.

Additional references: 1 Corinthians 9:16; Ezekiel 33:8; 1 Timothy 4:16.

*Optional questions for discussion:* (a) Are you at present having a regular share each month in Kingdom service, preaching the good news to others? (b) Is someone helping you and training you to be effective in the field ministry? (c) Why is working from house to house in the field ministry so important? (d) When you find a person who manifests genuine interest in the good news, what further assistance should you endeavor to give that person? (e) While exerting yourself in the field ministry, why would it be wrong for you to make comparisons between your ministry and that of others?

## Honoring Jehovah With
## Your Valuable Things

**(1) What pattern set in ancient Israel serves as a model for giving material support to the Kingdom work today?**

And the people gave way to rejoicing over their making voluntary offerings, for it was with a complete heart that they made voluntary offerings to Jehovah; and even David the king himself rejoiced with great joy.—1 Chron. 29:9.

Additional references: Exodus 35:21, 22, 29; Proverbs 3: 9, 10; Malachi 3:10.

**(2) What lesson did Jesus teach about generous giving?**

And he sat down with the treasury chests in view and began observing how the crowd was dropping money into the treasury chests; and many rich people were dropping in many coins. Now a poor widow came and dropped in two small coins, which have very little value. So he called his disciples to him and said to them: "Truly I say to you that this poor widow dropped in more than all those dropping money into the treasury chests; for they all dropped in out of their surplus, but she, out of her want, dropped in all of what she had, her whole living."—Mark 12:41-44.

I have exhibited to you in all things that by thus laboring you must assist those who are weak, and must bear in mind the words of the Lord Jesus, when he himself said, "There is more happiness in giving than there is in receiving."—Acts 20:35.

Additional reference: Luke 6:38.

**(3) What example of giving in support of the congregation was set by first-century Christians?**

In everything you are being enriched for every sort of generosity, which produces through us an expression of thanks to God; because the ministry of this public service is not only to supply abundantly the wants of the holy ones but also to be rich with many expressions of thanks to God. Through the proof that this ministry gives, they glorify God because you are submissive to the good news about the Christ, as you publicly declare you are, and because you are generous in your contribution to them and to all; and with supplication for you they long for you because of the surpassing undeserved kindness of God upon you.—2 Cor. 9:11-14.

Additional references: Philippians 4:14-16; Romans 15:26.

**(4) Why must we be concerned about our brothers and sisters who come to be in need of material assistance?**

If a brother or a sister is in a naked state and lacking the food sufficient for the day, yet a certain one of you says to them: "Go in peace, keep warm and well fed," but you do not give them the necessities for their body, of what benefit is it?—Jas. 2:15, 16.

Additional references: James 1:27; 2 Corinthians 9:1, 2; Proverbs 11:25.

**(5) In addition to any material contributions to advance the good news, what should we offer that is even more important?**

Consequently I entreat you by the compassions of God, brothers, to present your bodies a sacrifice living, holy, acceptable to God, a sacred service with your power of reason. —Rom. 12:1.

Through him let us always offer to God a sacrifice of praise, that is, the fruit of lips which make public declaration to his name.—Heb. 13:15.

Additional references: Mark 12:30, 31; Matthew 28:19, 20.

**(6) What should be our attitude toward giving of ourselves and of our material possessions in Jehovah's service?**

And yet, who am I and who are my people, that we should retain power to make voluntary offerings like this? For everything is from you, and out of your own hand we have given to you.—1 Chron. 29:14.

Additional references: 1 Corinthians 4:7; 2 Corinthians 9: 6, 7; Luke 17:10.

*Optional questions for discussion:* (a) What are some of the needs of the local congregation that are taken care of by the voluntary contributions of the members of the congregation? (b) How do contributions made directly to the nearest branch office of the Watch Tower Bible and Tract Society assist in the advancement of the good news? (c) Why should all contributions be made on a voluntary basis and not solicited or assessed?

## Dedication and Baptism

**(1) What should always be our attitude toward the doing of Jehovah's will?**

To do your will, O my God, I have delighted, and your law is within my inward parts.—Ps. 40:8.

Happy is the man in fear of Jehovah, in whose commandments he has taken very much delight.—Ps. 112:1.

My food is for me to do the will of him that sent me and to finish his work.—John 4:34.

Additional references: Hebrews 10:9; Luke 10:27.

**(2) Why should this joyful and willing attitude prevail even when we are persecuted or undergoing any form of trial?**

Consider it all joy, my brothers, when you meet with various trials, knowing as you do that this tested quality of your faith works out endurance.—Jas. 1:2, 3.

These, therefore, went their way from before the Sanhedrin, rejoicing because they had been counted worthy to be dishonored in behalf of his name.—Acts 5:41.

Additional references: Matthew 5:10-12; 1 Peter 2:20; 4:14.

**(3) What does it mean for a person to dedicate himself to Jehovah?**

Look! I am come (in the roll of the book it is written about me) to do your will, O God. . . . Look! I am come to do your will.—Heb. 10:7, 9.

Then Jesus said to his disciples: "If anyone wants to come after me, let him disown himself and pick up his torture stake and continually follow me."—Matt. 16:24.

Additional references: Psalm 143:10; Ecclesiastes 12:13; compare 1 Kings 18:21 and Hosea 9:10.

**(4) When a person has sincerely repented, turned around and made a decision to follow Christ, why should he be baptized?**

Go therefore and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit.—Matt. 28:19.

Then Jesus came from Galilee to the Jordan to John, in order to be baptized by him.—Matt. 3:13.

In fact, to this course you were called, because even Christ

WTPA034077

suffered for you, leaving you a model for you to follow his steps closely.—1 Pet. 2:21.

Additional references: Acts 8:12, 35, 36; 19:5; 22:16; 1 Peter 3:21.

**(5) Why is it appropriate for dedicated and baptized Christians to be called Jehovah's Witnesses?**

"You are my witnesses," is the utterance of Jehovah, "even my servant whom I have chosen, in order that you may know and have faith in me, and that you may understand that I am the same One. Before me there was no God formed, and after me there continued to be none. I—I am Jehovah, and besides me there is no savior. I myself have told forth and have saved and have caused it to be heard, when there was among you no strange god. So you are my witnesses," is the utterance of Jehovah, "and I am God."—Isa. 43:10-12.

And from Jesus Christ, "the Faithful Witness," "The first-born from the dead," and "The Ruler of the kings of the earth."—Rev. 1:5.

Additional references: John 18:37; Revelation 3:14; 1 Peter 2:9, 21.

## CONCLUDING QUESTIONS
## FOR DISCUSSION:

(a) Following your baptism in water, why will it be vital for you to maintain a good schedule for personal study and to share regularly in the ministry? (b) How will staying in close association with the congregation help you to carry out your dedication to Jehovah? (c) How will you go about proving to Jehovah that your dedication has been made in sincerity and from your heart? (d) Are you now thoroughly convinced that you should be baptized at the first opportunity?

# SUBJECT INDEX

Accounts 57
    auditing 125, 126
    circuit 126
    congregation 124, 125
Announcements
    concerning unbaptized
        publisher 148, 150
    disassociation 151
    disfellowshipping 148
    reinstatement 149, 150
Appeal committee 147
Appealing judicial decisions
    147, 148
Appointment of elders and
    ministerial servants 24, 37,
        38, 53, 57
Assembly personnel 50
Attendants 58, 63, 64
Auditing accounts 125, 126
Auxiliary pioneers 113, 114
*Awake!* 87, 88
Bank account 125
Baptism
    at circuit assemblies 78
    at district, national
        and international
        conventions 79
    instructions on pre-
        liminary meetings
        with candidates 173-175
    ordination 82, 83
    prerequisites 82, 83, 174
    questions reviewed
        with baptismal
        candidates 175-218
    share in field service
        before 111, 174, 210
Bethel service 116, 118
Bible studies 89-91
    directing interested
        ones to Jehovah's
        organization 91, 92
    preparing students for
        field service 97-99
    reporting 103
    with inactive person 102, 103
    with newly baptized person
        103, 104

Bible study reports 103, 104
Body of elders 145, 147
    chairman 42
    Congregation Service
        Committee 43
    periodic meetings 42, 43
Branch Committee 27, 52, 53
    coordinator 27, 53
Branch office 27, 78
Branch organization 27, 28
Business territory 87
Children 63, 64, 99, 100
    attending meetings 60
    reporting field service
        99, 100
    share in Service Meeting 71
    wrongdoers 151
Christian unity 136, 137
Circuit assembly 27, 28, 53
    assembly organization 50
    baptism 78
    expenses 125, 126
    meeting of elders 43
    personnel 50
Circuit overseer 27, 28, 47-52
    accommodations 47
    appointment 47
    appointments to work
        with 49
    expenses 50
    frequency of visit 47
    meetings with elders,
        ministerial servants
        and pioneers 48
    preparation for visit 47
    reports 49, 50
    routine during circuit
        assembly week 51, 52
    schedule when visiting
        congregations 47-50
    takes lead in field ministry 49
    visiting isolated pioneers
        and missionaries 47
City overseer 46, 47
Commission to preach
    and to teach 6, 81-83

219

**Committees**
  appeal                              147
  Branch                           52, 53
  Congregation Service                 43
  for handling Kingdom
    Hall matters                       62
  judicial                            145
**Confession of wrongdoing** 145
**Congregation(s)**
  accounts                      124, 125
  modern-day                       25, 26
  new and small                    77, 78
  organized theocratically
                                    22-26
  unity maintained                 24, 25
**Congregation Book Study**
                                    74-76
  benefits                         75, 76
  during visit of district
    overseer                          52
  group cleans Kingdom Hall
                                       62
  group witnessing                    44
  how conducted                       75
  locations                        75, 76
  meetings for field service
                                   76, 77
  ministerial servant
    conducts                       44, 59
  personal assistance                 75
  reader                              76
  service overseer's visit            45
**Congregation Book Study**
  conductor                        43-46
  ministerial servant              44, 59
  personal assistance             44-46,
                                       75
**Congregation publisher**
                                   111, 112
**Congregation Service**
  **Committee**                       43
**Congregation's Publisher**
  **Record card**          48, 104, 105
**Contributions**              120-126
**Conventions**               53, 79, 80
**Difficulties**
  personal                       139, 140
**Disassociation**             150, 151
  announcement                      151
**Disfellowshipping**          145-148
  announcement                      148

  appealing decision             147, 148
  reinstatement                  149, 150
  unbaptized publisher              149
**District conventions** 53, 79, 80
**District overseer** 27, 28, 51, 52
**Donations**                      120
**Elders**
  appointment           24, 37, 38, 53
  body of elders                145, 147
  chairman                            42
  duties                       29, 30, 112
  give counsel                   140, 141
  meet with baptismal
    candidates                   173-175
  periodic meetings              42, 43
  qualifications                   30-40
  recommendations         37, 38, 41
  relationship to congre-
    gation             29, 30, 38, 112
  removal                            141
  shepherds                 29, 30, 112
**Endurance**                  161-170
**Erring ones**
  confession of wrongdoing 145
  efforts to restore                146
  minor children             151, 152
  repentance                    146-149
  reporting serious
    wrongdoing                      145
  reproof                139, 145, 146
  settling personal diffi-
    culties      139, 140, 142-145
  unbaptized publishers
                                 148, 149
**"Faithful and discreet slave"**
                          11, 28, 65, 170
  identified                       25, 26
**Field ministry**                  44
  appropriate times for it
                                    83, 87
  before baptism    111, 174, 210
  house-to-house                    111
  importance of the work
                                    82, 85
  methods used                    84-94
  oversight                           95
  personal conduct,
    appearance                       83
  personal goals                    108
  reporting                      100-105
  under ban                     167-169

WTPA034080

urgency 7, 8
who may share in 83, 97-100
**Funerals** 62, 63
**Gaining your brother** 142-144
**Gilead school** 115, 118
**Governing Body** 53, 79
first-century 10, 24
modern-day 28, 41, 168
**Group witnessing** 44, 96
meetings for field service 76, 77
organized in Congregation Book Study 44, 45
place of meeting 76, 77
**Headship**
Jesus Christ 24, 28
principle 12, 13
unity maintained by recognition of 24, 25
**House-to-house ministry** 84-87, 111
benefits of this method 86
convenient times 87
not always easy 85
territory in which to preach 94-96
using Bible literature 92, 93
**Inactive Christians** 150
**Informal witnessing** 93, 94
**Jehovah**
his administration 5, 6
righteous standards 127-137
Sovereign of our life 12, 13
unifying activity 5, 6
works through Christian organization 10-12
**Jehovah's righteous standards** 127-137
**Jesus Christ** 17-21
example 29
God's Chief Minister 82
Head over congregation 18, 170
invincible leader 20
mental attitude 20
**Judicial committee** 145, 147-150
reinstatements 149, 150
**Kingdom Hall** 57, 61-64
attendants 63, 64
children 63, 64
cleaning 62

Congregation Book Study 75
expenses 61, 121, 122
funerals 62
library 74
maintenance 61, 62
meeting times 62
purpose and use 61-64
used by more than one congregation 62
weddings 62
**Kingdom Ministry School** 63
**Legal rights** 167
**Library** 74
**Literature** 26
caring for supplies 57, 124
inventory 124
magazine days 93
reporting placements 102
what to offer 124
**Lord's Evening Meal** 80, 81
**Magazine distribution**
caring for supplies 57, 124
magazine days 93
store-to-store and street witnessing 87, 88
subscriptions 124
**Marking disorderly ones** 152, 153
**Material assistance** 158, 159
**Meetings** 64-78
a Christian requirement 60
assemblies and conventions 27, 28, 78, 79
attendants 63, 64
body of elders 42, 43
during visit of circuit overseer 47-49
for field service 62, 77
in private homes 61, 63
meeting places 61, 62
Public Meeting 67-69
purpose 60
Service Meeting 69-72
Theocratic Ministry School 72-74
times of 62
under ban 168
*Watchtower* Study 65-67
welcoming newcomers 63
**Meetings for field service** 62, 77

**Memorial**    80, 81
**Ministerial servants**    55-59, 112
  appointment    57
  assignments    57-59
  assign territory    95
  conduct Congregation
    Book Study    44, 59
  give public talks    59
  important service    55, 59
  qualifications and
    requirements    55-57
  share in Service Meeting    59,
      70
  share in Theocratic
    Ministry School    59
**Ministers**    13, 157
  God's Chief Minister    82
  ordination    82, 83
  organized    6-8
**Ministry**    7, 10, 12, 138, 159
  enduring trials in    167-170
  God-assigned    6, 9, 81-83
  group witnessing    44, 96, 97
  house-to-house    84-87
  how supported    119-126
  organized    11
  perseverance needed    170
  proper mental attitude    8-10
  scope of work    6
  under ban    167-169
  urgency    7, 8
**Missionary service**    53, 115,
    116, 118
**Moral standards**    127-130
**Needy persons**    122, 123
**New publishers**    97
  first report    105
  requirements    97-100
  young people    99, 100
**News representative**    50
**Ordination**    82, 83
**Organization**    6, 7, 10-12, 16
  branch office    27
  circuit    27
  congregation    27
  directing interested ones    91,
      92
  district    27
  first-century    22-25
  modern-day    11, 12, 25-28
  structure of branch    52, 53

  theocratic    22, 23
  under ban    168
  unity    138
***Our Kingdom Ministry***    70, 72,
    92, 124
**Overseers**
  accountability    39
  appointed by holy spirit    38
  attitude toward    40
  benefits    29, 30
  display fruitage of spirit    38
  give personal attention    45,
    46, 174
  meet with baptismal
    candidates    173-175
  personal circumstances    40, 41
  positions of responsibility
      41, 42
  qualifications and
    requirements    30-40, 141
  reaching out    39
  removal    141
  take the lead    29
**Personal assistance or
  attention**    46, 75, 86, 89, 90,
    139, 174
**Personal goals**    116-118
**Physical cleanness**    130, 131
**Pioneers—See Auxiliary pio-
  neers, Regular pioneers,
  Special pioneers**
**Pioneer Service School**    63
**Preaching**    159
  divine commission    6, 81-83
  first-century    23
  house-to-house    84-87
  message    6
  methods    84-97
  oversight    42
  urgency    7, 8
**Presiding overseer**    41, 105
  arrangements for visit of
    circuit overseer    47-49
  chairman    42
  Congregation Service
    Committee    43
  responsibilities    43, 52
**Public Meeting**    67-69
  ministerial servants    59
  speakers    69
  special public talk    81

WTPA034082

subjects of talks 68
**Public speakers** 59, 69
**Publishers**
  Congregation's Publisher
    Record card 104-106
  first report 105
  moving 104
  qualifications 97-99
  young people 99, 100
**Qualifications of overseers**
    30-40
**Recommendations** 37, 38, 41
**Recreation** 131, 132
**Regular pioneers** 53, 113, 114
**Reinstatement** 149, 150
  announcement 149, 150
  by original committee 149
  nonbaptized wrongdoers 150
  request for 149
  time involved 149
**Religious corporations** 26, 27
**Repentance** 146, 148
  disfellowshipped person 149
  time involved 149
**Reporting**
  children 99, 100
  circuit overseer 49, 50
  congregation publisher
    102-106
  district overseer 52
  field service 100
  Field Service Report slip 102
  new publishers 97-100, 105
  what to include in
    personal service report
    102-104
  when away from home
    congregation 105
  why we report 106-108
**Reporting serious
  wrongdoing** 143-145
**Reproof** 139, 145, 146
**Return visits** 88, 89
**School activities** 132, 133
**Secretary** 41, 42, 104
**Secular work** 134, 135
**Serious wrongdoing**
  against an individual 142-145
  announcement 149
  children 151, 152
  judicial matters 145-153

report to elders 143-145
unbaptized publisher 145,
    148, 149
  witnesses 144
**Service campaigns** 92
**Service Meeting** 43, 69-72
  children share 71
  elders and ministerial
    servants participate 59, 70
  methods of presentation 70,
    71
  outlined in *Our Kingdom
    Ministry* 70
  presiding overseer
    assigns parts 70
  small congregations 77, 78
  timing 71
**Service overseer** 41, 42, 95
  responsibilities 42
  visits Congregation
    Book Study 45
**Settling personal difficulties**
    139, 140, 142-145
**Sisters** 58
  assist with some duties 58
  head covering 77
  in small congregations 77, 78
  meetings where no
    brothers are present 77, 78
**Social occasions** 135, 136
**Sounding divine warning** 6
**Special pioneers** 53, 113-115
**Spiritual warfare** 163
**Store-to-store witnessing**
    87, 88
**Street witnessing** 87, 88
**Subjection—See Theocratic
  subjection**
**Subscriptions** 124
**Territory** 44, 57
  assigning 95
  book study groups 95
  congregation assignment
    94-96
  group witnessing 44, 96, 97
  isolated 94
  personal 95
  records 95
  thorough coverage 95, 96
  where need is greater 112

**Theocratic Ministry School**
        72-74
  benefits     74
  counsel     72
  enrollment     73
  library     74
  ministerial servants share
        59
  overseer     41
  schedule     73
  student presentations     72
  written review     73
**Theocratic Ministry School
overseer**     41
**Theocratic subjection**   12-16
  benefits     16
  headship principle   12, 13
  Jesus' example   13, 14
  to Jesus Christ   18, 19
  to overseers     39
  to superior authorities   15
  within the congregation   16

  within the family   14, 15
*The Watchtower*   66, 87, 88
**Topics for Conversation**   87
**Unbaptized publishers**   11, 98,
        105, 111, 148-150
*Watchtower* **Study**   65-67
*Watchtower* **Study conductor**
        41, 42
**Weddings**   62, 63
**Wrongdoing**   139
  confession of wrongdoing   145
  efforts to restore
    wrongdoers     146
  minor children   151, 152
  repentance   146-149
  reporting serious
    wrongdoing     145
  reproof   139, 145, 146
  settling personal diffi-
    culties   139, 140, 142-145
  unbaptized publishers
        148, 149
**Zone overseer**   53, 54

# Tab 7

*In re Holocaust Litigation*, Proposed Plan of Allocation for Jehovah's Witness Victims and Targets of Nazi Persecution
CV-96-4849 (E.D.N.Y. Dec. 7, 1999)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DSTRICT OF
OF NEW YORK

In re Holocaust Victim Assets Litigation :
                                :
                                :      Master Document No. CV-96-4849
                                :      (ERK) (MDG)
                                :
                                :      Consolidates with CV-96-5161 and
                                :      CV-96-461
                                :
This Document Relates to All Actions   :

Holocaust Victim Assets Litigation (Swiss Bank Litigation)

Proposed Plan of Allocation for
Jehovah's Witness Victims and Targets of Nazi Persecution

December 7, 1999

CAEKAERT/MAPLEY 000344

COMES NOW, the Watch Tower Bible and Tract Society of Pennsylvania, (hereinafter Watch Tower), the corporate agency directing the administrative and religious work of Jehovah's Witnesses worldwide, by its attorney, Carolyn R. Wah, requesting an allocation of a portion of the settlement fund for Holocaust education and remembrance as well as just and equitable compensation as outlined below:

As the attached report entitled "Spiritual Resistance and Its Cost for a Christian Minority: A Documentary Report of Jehovah's Witnesses Under Nazism, 1933-1945" will show, the Nazi persecution of Jehovah's Witnesses, which spanned virtually the entire Nazi period, exacted a heavy physical, financial, and emotional toll on that small religious community in all Nazi-occupied lands. The report also evidences that the Witnesses' individual and organized stance in opposition to the violent ideology of the regime was a decisive factor in the severity of the persecution, resulting in profound losses.

Although conclusive documentation may be lacking for the claims of individuals targeted as Jehovah's Witnesses; there are three factors that argue for a favorable hearing for the individual applicants, even where the elusive "Swiss connection" may be weak:

(1) Since Jehovah's Witnesses were among the earliest groups to be targeted for sentencing to concentration camps, they were often used in the actual construction of the camps. In some cases, the SS-run camps could, in themselves, be considered commercial enterprises that benefited from slave labor. Because the Witnesses had been in the camp system for long periods of time, they sometimes worked for the camp administration, but without due compensation, of course.

(2) Witness literature often carried sharp criticism of flagrant human rights violations in Nazi Germany. This was true of Witness literature produced and distributed clandestinely within

2

CAEKAERT/MAPLEY 000345

Nazi-occupied Europe, as well as Witness literature published internationally. The Gestapo was well aware of the critical and revealing content of the literature, and thus they expended extraordinary effort to expose and destroy the secret printing facilities. They confiscated printing equipment, burned stocks of literature whenever it was found, and hunted down and executed many of those involved with the underground work. Thus, the nonviolent resistance offered by the Witnesses increased the financial, material, and physical losses they sustained.

(3) The nonviolent, nonpolitical resistance of Jehovah's Witnesses to Nazi policies is distinctive for its duration and consistency. It is not possible to quantify the losses suffered by families whose mothers or fathers were given lengthy sentences in camp or prison because of their faith. Beyond the lost wages, lost property, and lost years are the intangible costs suffered by all victims of Nazi terror. Unlike other victims, however, most Witnesses had a choice. Generally, they were targeted solely because of their religious convictions. Witnesses were offered the opportunity to avoid persecution simply by renouncing their beliefs. Therefore, by virtue of the length of the persecution and the nature of their resistance, we ask that the court grant special consideration to the applications of Witness survivors or their heirs, which will no doubt be few in number.

Further, the court may allocate a portion of the settlement to be used for purposes of Holocaust education and remembrance. Combating intolerance and indifference is extremely important work. The Watch Tower and individual Jehovah's Witnesses have expended hundreds of thousands of dollars to promote awareness of the Holocaust and its lessons. The Watch Tower and its affiliate branch offices have made educational and academic presentations, free of admission charge, in the United States, Canada, Mexico, Brazil, Israel, and most countries of Eastern and Western Europe. More than 400 seminars and exhibitions have been held in

3

CAEKAERT/MAPLEY 000346

Germany alone, often in cooperation with concentration camp memorials, research institutions, and museums. Important research and archival work is being conducted in Germany, the Netherlands, Austria, Poland, Russia, Israel, and other places.

The few remaining Witness survivors have used their waning vitality to speak to young people, educators, and scholars about their experiences and those of their martyred fellow believers. If the court sees fit to allocate a portion of the settlement fund to the Watch Tower to continue this work of remembrance, we believe it would constitute fitting recognition of individual Witnesses who suffered and died while maintaining their faith and human values.

Some Witnesses died prematurely and left no heirs to make a claim to the Swiss Bank Settlement Fund. However, the legacy of spiritual resistance that they left behind is of great value in the education of future generations about the importance of standing up for the dignity and value of human life. Representing these individuals, the Watch Tower would be pleased to devote any allocated moneys solely to the interests of Holocaust education and the remembrance of the prisoners who bore the purple triangle, according as the court might stipulate.

Realizing that thousands of survivors and heirs will apply to the court to receive a portion of the Settlement Fund, Watch Tower is not in a position to recommend a certain percentage to be allotted for the purposes outlined above, nor are we able to suggest what portion of the Fund should be allotted to individual Witness survivors. Watch Tower acknowledges that no amount of money can fully compensate for the losses of any victims of Nazi persecution. However, if the funds provided by the Swiss Banks Settlement can symbolically or practically mitigate the human suffering of survivors or their families, or if it can advance the work of education and remembrance, the money will have been well spent. In this allocation process, we rely on the court's equity and fairness.

4

CAEKAERT/MAPLEY 000347

WHERFORE, in light of this information, Watch Tower, respectfully request an award in harmony with the just and equitable principles outlined in the settlement order.

December 7, 1999.

Respectfully submitted,

Carolyn R. Wah
Associate General Counsel
Watch Tower Bible and Tract Society
  of Pennsylvania
100 Watchtower Drive
Patterson, NY 12563
Tel: (914) 306-0700
Fax: (914) 306-0709

5

CAEKAERT/MAPLEY 000348

# Tab 8

Def. WTPA's 3d Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., RFA Nos. 4, 6, 7 (Sept. 21, 2021)

*Counsel on Theocratic Organization for Jehovah's Witnesses* 56 (1949)

*Preaching and Teaching in Peace and Unity* 50 (1960)

*Branch Organization Manual* 22-1, ¶ 5 (1977)

*Branch Organization Manual* 22-6 (1986)

Def. WTPA's 4th Supp. Resps. to Plfs.' 3d Set of Jurisdictional Disco., Interrog. No. 36 (Sept. 21, 2021).

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,
and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF JURISDICTIONAL DISCOVERY** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

    Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

    Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

    Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

    Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA'S THIRD
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' FIRST SET OF
JURISDICTIONAL DISCOVERY**

TO: Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
  Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street,
  Missoula, MT 59802

  COMES NOW Defendant Watch Tower Bible and Tract Society of

Pennsylvania (hereinafter "WTPA"), by and through its attorneys, and provides its

**III.** **Third General Objection:** Requests Seeking Information After 1992 are Improper.

Per the Court's Orders Re Scope of Jurisdictional Discovery (Doc. 47 in the *Caekaert* matter; Doc. 37 in the *Rowland* matter), and Orders Re Motion to Compel Jurisdictional Discovery Responses and for Fees and Costs (Doc. 85 in the *Caekaert* matter; Doc. 72 in the *Rowland* matter), any discovery requests seeking information after 1992 are improper and outside the scope of Court-ordered limitations on jurisdictional discovery.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 4**: Please admit that in 1977 WTPA notified persons endeavoring to donate to the Jehovah's Witness church to make their contributions payable to WTPA.

**ORIGINAL REPONSE**: Admit in part and deny in part. WTPA admits that it accepts voluntary donations in support of its religious activities but denies that it "notified" persons to donate to it in 1977.

**FIRST AMENDED RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 6**: Please admit that in 2003 WTPA notified persons endeavoring to donate to the Jehovah's Witness church to make their contributions payable to WTPA.

**ORIGINAL REPONSE**: Admit in part and deny in part. WTPA admits that it accepts voluntary donations in support of its religious activities but denies that it "notified" persons to donate to it in 2003.

**FIRST AMENDED RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 7**: Please admit that for the period 1977 through 2003 WTPA notified persons endeavoring to donate to the Jehovah's Witness church to make their contributions payable to WTPA.

**ORIGINAL REPONSE**: *See* Responses to Request for Admission Nos. 4 and 6.

**FIRST AMENDED RESPONSE:** Deny from 1977-1980. Admit from 1981-2003.

DATED this 21st day of September, 2021.

By: _____
Guy W. Rogers / Jon A. Wilson /
Brett C. Jensen
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower*
*Bible and Tract Society of New York,*
*Inc., and Watch Tower Bible and*
*Tract Society of Pennsylvania*

# VERIFICATION

Philip Brumley states that he has read the foregoing *(Defendant WTPA's Third Supplemental Responses to Plaintiffs' First Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

_____
Philip Brumley

Dated: _September 20, 2021_____

# COUNSEL ON
# THEOCRATIC ORGANIZATION
# FOR JEHOVAH'S WITNESSES



ISSUED MARCH 1, 1949, BY THE
WATCH TOWER BIBLE AND TRACT SOCIETY
BROOKLYN, N. Y.

WTPA066317

of the Society are met by general contributions, and according to the contributions received from individuals and company organizations the Society will plan its work for further expansion. It is the privilege of all persons of good-will to show their love for God and help in the Kingdom announcement to all nations by making voluntary contributions from time to time in harmony with their means to do so. The Society will acknowledge all contributions. Contributions for the work, that is, "Good Hopes", should be sent by check, money order or bank draft to Watch Tower Bible & Tract Society, Treasurer's Office, 124 Columbia Heights, Brooklyn 2, New York, or to the nearest Branch office.

[185] Expenses of the local company will be cared for by those associated with the company. (See paragraph 111 for further details.)

### OTHER MATTERS

[186] Matters that affect the company and that are not covered in *Counsel on Theocratic Organization for Jehovah's witnesses* should first be carefully considered by the brethren forming the committee of the company, that is, the company servant, assistant company servant and Bible study servant. There are matters, such as halls, how much money to spend for rent, what to do with sums of money in excess of the company's needs, probably contributing it to the Society for foreign service work, funds needed for legal matters approved by the Society, and other items that might arise, that need handling by the company. Where necessary the problem can be presented to the company in the form of a resolution. Discussion can be had pro and con if it seems advisable, and then the company can vote on the resolution, which will determine the course of action the company wants to take concerning the matter.

[187] The company has a spiritual obligation of looking after the infirm and sick. These should be visited and comforted. Whatever the company feels it should do in the way of material help should be decided by the committee and presented to the company. The matter is

WTPA0066372

# PREACHING
# AND TEACHING
# IN PEACE
# AND UNITY

"Seek peace and pursue it.
For Jehovah's eyes are upon the righteous."
—1 Pet. 3:11, 12.

ISSUED JANUARY 1, 1960, BY THE

**WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
BROOKLYN, N. Y.**

Made in the United States of America

WTPA066250

the office at 124 Columbia Heights or to the branch office and tell the Society what "Your Contribution Prospects" are, and then from time to time throughout the year the contribution for the Kingdom work can be sent, either in the full amount or in smaller portions, by check, money order or bank draft to the Watch Tower Bible and Tract Society of Pennsylvania, Treasurer's Office, 124 Columbia Heights, Brooklyn 1, New York, or to your nearest branch office.

[153] In addition to these contributions the congregation publishers will support their own Kingdom Hall and the expansion of the work locally. If the congregations have any excess, then they can, through the committee, decide what portion of the funds they would like to send to the Society's office to be used in the Kingdom service work. The same would be true concerning the amounts left over from circuit assemblies. A portion of this may be sent to the Society for Kingdom use.

## CIRCUIT AND DISTRICT ACTIVITY

[154] To assist congregations as well as those living in unassigned territory, the Society arranges for regular visits by circuit and district servants, who are selected and appointed by the Society. A number of congregations comprise a circuit, while a number of circuits make up a district. Each congregation and isolated publisher group will be visited approximately every four to six months by the circuit servant. A circuit assembly, presided over by the district servant, will be arranged in each circuit approximately every six months. Because of distance or other circumstances a circuit may be divided into two sections with a regularly scheduled circuit assembly arranged for each section.

## CIRCUIT SERVANT

[155] The circuit servant will be given a list of congregations in his circuit showing names and addresses of congregation servants and of publishers, missionaries, pioneers, and special pioneers living in unassigned territory in his circuit, and will arrange to visit these regularly too. Some can be assisted while he is serving congregations. Where two groups are close together, possibly a week can be divided between them. A full week may be spent with isolated publishers, though, and especially so if these isolated ministers are special pioneers or missionaries.

[156] At the first of each month he will make up the most practical and economical routing for the month beginning

WTPA066299

# BRANCH ORGANIZATION

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 001819

## 22. RECEIPTS AND EXPENSES

1. All funds received by the branches should be carefully used for the advancement of the Kingdom interests. It is always good to count the cost and weigh the need carefully before recommending or authorizing any unusual expenditures. While the Society supplies the various branch offices the necessary funds for operational expenses, we depend on the Branch Committee to use these funds wisely. Additionally, you have the opportunity from time to time to show the local publishers that they have a privilege to share in meeting local expenses. Finally, every Branch Committee has a responsibility to keep accurate records so that all funds can be accounted for by government auditors or by visiting zone overseers.

2. VOLUNTARY CONTRIBUTIONS: The Kingdom work is carried on by voluntary contributions, and the brothers in your country are encouraged to have a share in making such voluntary contributions for the advancement of this work just as the brothers do in all other countries throughout the world. Just because a branch has been aided financially for many years does not mean that it must always continue that way. As a branch grows in publishers it should grow in financial strength and eventually be able to carry its own financial burdens. With the expansion of the work reaching the ends of the earth, all branches have the privilege of carrying some share of the burden of expense. This can be brought to the attention of the brothers at circuit assemblies and district and national conventions in a kind way without soliciting.

3. Literature and magazine placements should help you with your expenses. The Society ships literature to all the branches at low branch rates and when placed you will get the benefit of some of the contributions to help the branch in covering its local expenses. In this connection, the branches should order what is needed for field activity, being careful not to order excess amounts that will just have to be stored for long periods of time, which means that funds that could be used in other features of the Kingdom work are unnecessarily tied up in the form of printed literature. The Society does not request branches to pay on their accounts if the funds are needed for the Kingdom work locally, but it does require that all funds be used wisely.

4. GIFTS AND WILLS: Frequently persons who are Jehovah's Witnesses inquire about the proper procedure for making gifts to the Society or making the Society the beneficiary of their will. The Society's form letter T-35 of December 1976, sets out some details in this regard, although to some extent matters must be controlled by local arrangements with regard to wills and estates.

5. Donations of money may be made to the Society in the form of contributions payable to Watch Tower Bible and Tract Society of Pennsylvania in the United States; or if from a donor located in a country outside the United States, then donations may be mailed to the branch office for that country and made payable to the local corporation. Every contribution should be accompanied by a brief letter stating that it is sent to the Society as a donation.

22-1

CAEKAERT/MAPLEY 002025



# BRANCH
# ORGANIZATION

Effective December 15, 1977
Revised March 1, 1986

Made in the United States of America

WTPA030311

should have such Last Will and Testament prepared by an attorney. It is good to inquire of the attorney if the person can legally give to the Society the bequest that he desires to give. If it is desired to give the entirety of the estate to the Society, it is appropriate to check with the attorney to see if such can be done under the laws of your country. If the Society is named as beneficiary, it would be good to send the Society the executed original will for the Society to hold in safekeeping if there is no objection to this. It is helpful in handling the probating of a will if the Society also has a list of names and addresses of all relatives and a general list of assets and where such property is located.

6. **Donations of money** may be made to the Society in the form of contributions payable to Watch Tower Bible and Tract Society of Pennsylvania, in the United States; or if from a donor located in a country outside the United States, then donations may be mailed to the branch office for that country and made payable to the local corporation. Every contribution should be accompanied by a brief letter stating that it is sent to the Society as a donation.

7. **Property other than cash or money** can also be donated to the Society during the lifetime of the giver, should that be desired. This would include jewelry, stocks, bonds, mortgages receivable, notes receivable and other such property or equipment from which the Society can eventually benefit. If a person wishes to donate such to the Society that person should write to the branch office of his wish and explain of what the property consists, and the Society can then reply informing the person if the gift can be accepted and giving information as to how to make the transfer to the Society.

8. **Donations and gifts are acknowledged** by the Society when they are received. In some countries such gifts are tax deductible. By making such contributions during his lifetime a donor is ensured that the gift is received by the Society and that his wishes are carried out.—See 5:20.

9. CONDITIONAL DONATIONS: It is possible for money to be given the branches under a special arrangement which provides that in case of personal need it **may be returned to the donor.** Conditional donations may be made in the name of more than one individual so that if one person dies the other may still receive the benefits if needed. They may also be made by congregations and circuits. This arrangement is not made by all branches, but can be done where the Society has branch property or funds that would more than cover any conditional donations made to the local organization so that there would be no problem in returning the funds at any time. If your branch is regularly receiving remittances from the Society to support the work locally, then it would most likely be inadvisable to institute the conditional donation arrangement.

10. PROPERTY: Other property can also be given to the Society during one's lifetime under special provision whereby if for any reason the donor wishes the property returned, this can be done. Such **special arrangements**

WTPA030516

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,
and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' THIRD SET OF JURISDICTIONAL DISCOVERY** |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

            Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

            Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

            Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

            Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA'S FOURTH
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' THIRD SET OF
JURISDICTIONAL DISCOVERY**

TO:   Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street,
Missoula, MT 59802

     COMES NOW Defendant Watch Tower Bible and Tract Society of

Pennsylvania (hereinafter "WTPA"), by and through its attorneys, and provides its

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer included responsive information.

**INTERROGATORY NO. 36:** In general terms, and by referencing broad categories, please describe how you used and spent your collected donations during the period 1970 to 1990.

**ORIGINAL ANSWER:** Objection. WTPA objects to the time period requested. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. WTPA also objects on the grounds Plaintiffs' Interrogatory No. 36 goes beyond the 25 interrogatory limit provided in Rule 33(a)(1), Fed.R.Civ.P. *See, e.g., Kleiman v. Wright*, 2020 WL 1666787 (S.D. Fla. April 3, 2020). WTPA also objects on the grounds this request violates WTPA's 1st Amendment right to free exercise of religion and is patently irrelevant to the scope of discovery pertaining to the relationship between WTPA and WTNY. Subject to and without waiving said objections: WTPA spent its funds publishing and printing Bibles and Bible-based literature, assisting with international disaster relief, funding the construction of Kingdom Halls in areas of the world where local congregants lacked personal funds to pay for such construction, and any other miscellaneous ways to support Matthew 24:14 and Matthew 28:19, 20.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer included responsive information.

**INTERROGATORY NO. 37:** Did WTPA ever provide a loan or money for the construction of the Kingdom Hall in Hardin, MT?

**ORIGINAL ANSWER:** Objection. WTPA objects to the time period requested. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. WTPA also objects on the grounds Plaintiffs' Interrogatory No. 37 goes beyond the 25 interrogatory limit provided in Rule 33(a)(1), Fed.R.Civ.P. *See, e.g., Kleiman v. Wright*, 2020 WL 1666787 (S.D. Fla. April 3, 2020). Subject to and without waiving said objections: None known based on the information in WTPA's possession, custody, or control.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA has conducted a search of its corporate and financial records, and it has been unable to locate any information responsive to this Interrogatory.

**INTERROGATORY NO. 38:** Please describe the Kingdom Hall Assistance Arrangement operated by WTPA in the United States, including but not limited to the starting date, the types of events for which assistance was provided, how assistance was documented, and any end date.

insufficient to enable it to either admit nor deny this request to the extent the referenced documents originated with another entity.

      **FIRST SUPPLEMENTAL RESPONSE:** Without waiving any previously asserted objections, WTPA's original Response confirmed WTPA has made reasonable inquiry and can neither admit nor deny this request because the referenced documents originated with another entity.

      DATED this _21st_ day of September, 2021.

By: _Jon A. Wilson_ _____
        Guy W. Rogers / Jon A. Wilson /
        Brett C. Jensen
        BROWN LAW FIRM, P.C.
        *Attorneys for Defendants Watchtower*
        *Bible and Tract Society of New York,*
        *Inc., and Watch Tower Bible and*
        *Tract Society of Pennsylvania*

## VERIFICATION

Philip Brumley states that he has read the foregoing *(Defendant WTPA's Fourth Supplemental Responses to Plaintiffs' Third Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

_____
Philip Brumley

Dated: _September 20, 2021_____

Tab 9

*Kingdom Ministry School Course* (1972)



# KINGDOM MINISTRY
# SCHOOL COURSE

CAEKAERT/MAPLEY 000486

# KINGDOM MINISTRY
# SCHOOL COURSE

Compiled and Published by the
Watch Tower Bible and Tract
Society of Pennsylvania

OCTOBER 1972

*This book is the property of the Kingdom Ministry
School. Please do not mark or make notes in it, as
other students will use it later.*

Made in the United States of America

CAEKAERT/MAPLEY 000487

# Explanation of Kingdom Ministry School Course

The Kingdom Ministry School Course has been arranged by the Watch Tower Bible and Tract Society to help overseers become better equipped to shepherd the flock of God. The School is dedicated to Jehovah God and the advancement of his Kingdom interests.

This textbook does not present any new instructions or information, but it does provide a careful compilation of material printed in the Society's publications and presented at assemblies in recent years. The Society feels that this information, with suggestions on how to apply it, will be especially helpful to overseers in caring for the flock of God. Your study of the material should deepen your appreciation of the responsibility that rests upon you as an overseer and at the same time help you to feel better equipped to fulfill that responsibility as you deal with the brothers in Christian love.

There is no need for anxiety regardless of your education or your ability. You will find that the course has been prepared so that you can benefit fully and without any embarrassment. It is the desire of the instructor to help you get the sense of the material and to assist you to see how you will be able to use it later to aid the brothers in the congregation in which you are an overseer.

Your schedule for activity Monday through Friday will be as follows: In the morning after breakfast you will be assigned to care for certain work for about one hour. The first lesson of the day will be considered from 9:10 to 10:30. After a ten-minute recess the class will resume for the second lesson from 10:40 to 12:00, after which will be an hour for the noon meal, relaxation and study. In the afternoon you will be asked to help with the work for an hour after the noon meal; then there will be a lecture for 45 minutes, from 2:10 to 2:55. The two lessons for the afternoon will be discussed from 3:00 to 4:20 and from 4:30 to 5:50, with a ten-minute recess in between. At some schools the students will also be asked to help with some chores after the evening meal. Saturday morning after breakfast the students will help with the work for an hour and then will meet at 9:10 for a lecture and class discussion until 10:30. After a ten-minute break there will be another lecture and class discussion from 10:40 to 12:00.

Homework: The Sunday you arrive at the School you should read through the five lessons to be considered on the first Monday and try to get the main points in mind. Thereafter each evening your homework will consist of reading through the five lessons to be considered the following day in class. It is expected that each student will take up to three hours an evening to read this material. First (1) note the main head-

ings for the lesson you are considering. Then (2) read the material carefully so that you feel you understand it. Then (3) look at the main headings again to be sure you have the main outline of the material in mind. Note the main point of the material as set out at the end of the lesson, also consider briefly which points especially need to be applied in your congregation. To complete the five studies within three hours will mean spending not more than 35 minutes on each, so you will have little time for looking up any more than an occasional scripture. The other scriptures as well as additional points from the source material that the instructor wishes to call to your attention will be considered in class. *It is not wise to stay up late to study and then be tired in class the next day.* Do not spend too much time on any one lesson, but try to apportion your time to read the entire assignment before class the next day.

Notes: No marks or notes should be made in this textbook. If you wish to make personal notes from your studies you may do so, but please do not endeavor to copy out passages from the textbook. In discussing this material later with other brothers, you will want to rely on the Bible and other Society publications to establish the points under discussion rather than on a quotation from this textbook, which will not then be available to you or to them. We feel that your time would be better spent getting the material in mind and making a few *brief* notes, if desired, of information that will be especially helpful to your congregation. There is no need to try to outline in your notes any more than a few key points at the most, as your study time will not permit it. The time you are here at school can be spent more profitably in getting the sense of the material and the Scriptural reasons for what is said, considering how you can put such to practical use, thus helping to fix the material in your mind. Students are asked not to take recordings of class or dining-room discussions or lectures, or to take pictures during school sessions.

Meetings: You will be invited to attend the regular *Watchtower* study, Theocratic Ministry School and service meeting of a congregation convenient to the Kingdom Ministry School during the two weeks you are with the School. If possible, it is best to attend these meetings on Friday and Sunday, as the study schedule is lighter for Saturday morning and there is ample time to attend on Sunday. Perhaps some of the material scheduled for study on Friday night can be studied the night before, or before or after the meeting, so that you will be prepared for class the following day.

Work Assignments and Other Information: In most places where the Kingdom Ministry School is held it will be possible for the students to spend

5

CAEKAERT/MAPLEY 000488

about two hours a day helping with the work, either in connection with preparing for or cleaning up after meals, or assisting with other assignments. When your assignment is finished, if your supervisor has nothing more for you to do, you may have a little time left for further study. Additional information will be given you as necessary about rooming accommodations, arrangements for meals, laundry, etc. Some students will find they have time to enjoy field service with the local congregation on the weekend they will be attending the School, or they may wish to review the material already considered or prepare for the following week.

**To the Instructor:** If more than one class of students is enrolled at one time, then arrangements should be made for the instructors to alternate classes, teaching one group in the morning and the other in the afternoon, if that seems best, so that the students will get the benefit of having two instructors. You may wish to teach the same material to both groups. Where well-qualified local brothers are available who are good teachers, they may be invited to share in the course by delivering certain lectures or even handling an occasional class session.

On Saturdays the lectures may be accompanied by class discussion if desired, time may be taken to consider questions submitted by students or you may review highlights of the week's study.

It is felt that the students will have plenty to do reading through the material for consideration without giving them additional homework to prepare that will appreciably cut into their study period. However, for variety certain assignments may be made. The instructor may wish to consider giving such assignments to students who are able to cover the assignment without difficulty. Written reviews are not scheduled for this course as there is so much valuable material to be discussed. Any reviews of key points of the material may be handled orally toward the close of the class sessions. To give the students more time to concentrate on the material scheduled for this course, they are not being asked to develop their own Theocratic Ministry School or service meeting, but rather are invited to attend the one arranged by the local congregation.

Try to impress the material on the minds of the students, so that when they complete a class they have the main point well in mind, or the principal points of the outline, rather than trying to remember a wide variety of minor or technical points. This may call for repetition, special emphasis of principal ideas or use of verbal illustrations. Avoid cluttering up the course with a variety of charts and diagrams, as the students may become so interested in copying these that they miss much of the valuable material under discussion. Jesus used illustrations, but they were verbal ones, easily understood. Help the students to see the practicality of the course, how the material applies

to them as overseers and how they can use it in their own congregation.

Instructors may want to vary the method of handling material in class. Here are a few basic suggestions: (1) Much of the material can be considered by class discussion, with the instructor leading the thinking of the class by questions on the material and then having the students read and discuss key scriptures. (2) It will stimulate thinking on the part of the students with a view to local application of the material if they are asked to comment how they personally handle certain matters in their congregations. (3) At times, you may wish to ask certain students to prepare a brief oral report for the class on a certain portion or aspect of the material. Following some reports, you may invite the class to ask questions of the speaker or to comment on points of special value. However, do not ask the whole class to prepare reports that they will never personally give, thus diverting their time from studying the material to concentrating on a small item that will take only a few minutes in class. (4) You may wish to assign certain ones in the class to prepare to ask questions on the material under one heading of the outline, with another portion of the class preparing questions on other material. (5) Or you could have certain ones serve as a panel and prepare to answer questions by the others. (6) To be sure to get to the main point of certain material, you may wish to interview students who have prepared certain material for class, rather than have them give a report. (7) To a limited extent, students may be asked to handle certain portions of the material, being assigned in advance to cover a given part of the outline. If necessary, they may be given time to do the necessary preparation during the time that other students are caring for other work assignments.

Some teaching suggestions are being incorporated in the material, but other items may be posted by the instructor on the information board or assigned in class for preparation by the students. Variety in handling the material is good, but do not unduly burden the students with special assignments to prepare for class as a regular thing, especially if they have difficulty reading through their assignment of homework.

In some classes, if the instructor observes that certain brothers have difficulty in reading the homework assignment due to language or educational difficulties, he may wish to arrange for several brothers who are good readers to work with such ones, reading the material aloud and briefly discussing it, so all will be well prepared for class.

In some lands, due to differing religious viewpoints of the people or difficulties in connection with the ministry, arrangements for meetings or the manner of carrying on the field ministry may be slightly different than what is outlined in this course, and in such cases the instructor should

CAEKAERT/MAPLEY 000489

make appropriate adjustments in discussing the material with the brothers so as to be in harmony with local arrangements. This textbook is not intended to provide rules for our ministry, but it should be adapted to meet local needs in accomplishing our goal of worshiping Jehovah and making disciples.

If questions arise to which you do not know the answer, do not guess. Simply say you do not know. Get the information later on if you can. When problems are presented that involve judging the rightness of action of others, such as disfellowshiping actions, etc., do not pass judgment on them. At best you are hearing only one side of the story and, as a consequence, you do not have a full picture of the matter. You may draw attention to the principles that would govern a decision in such matters, but it is not up to you to apply them.

During classroom sessions both the instructor and the students should be addressed as Brother with their last name.

Counsel should be given in a kindly way, taking into consideration the abilities of the one being counseled so that he feels helped, not reprimanded. Never belittle the efforts of a student, but show loving interest in each one.

Advance preparation each day is important to conduct effective classroom sessions, even though you have conducted the course many times. When discussing Lesson No. 46 it will be helpful to have some forms provided by the Society available for use in the class discussion. If you plan to refer to a certain textbook in class, be sure to ask the students to bring it beforehand.

The instructor should keep in mind that the purpose of the course is not to provide a set of rules for the brothers, but rather to direct them to the Bible as our guide in life and in dealing with the problems that the brothers encounter in the congregations. As elders, the students will want to use this material to strengthen the brothers they are associated with as they participate zealously in the work God has given us to do now, and as they prepare for life in Jehovah's new system.

## ABBREVIATIONS OF PUBLICATION TITLES

**Symbols**               **Titles**

*ad* – *Aid to Bible Understanding*

*fr* – *Defending and Legally Establishing the Good News*

*g* – *Awake!*

*im* – *"Things in Which It Is Impossible for God to Lie"*

*is* – *Is the Bible Really the Word of God?*

*jp* – *Jehovah's Witnesses in the Divine Purpose*

*kj* – *"The Nations Shall Know that I Am Jehovah"—How?*

*li* – *Life Everlasting—in Freedom of the Sons of God*

*mn* – *"Look! I Am Making All Things New"*

*ms* – *"Make Sure of All Things; Hold Fast to What Is Fine"*

*or* – *Organization for Kingdom-preaching and Disciple-making*

*pm* – *Paradise Restored to Mankind—By Theocracy!*

*qm* – *Qualified to Be Ministers (Revised)*

*sg* – *Theocratic Ministry School Guidebook*

*si* – *"All Scripture Is Inspired of God and Beneficial"*

*tr* – *The Truth That Leads to Eternal Life*

*w* – *The Watchtower*

*yb* – *Yearbook*

CAEKAERT/MAPLEY 000490

# TABLE OF CONTENTS AND SCHEDULE FOR STUDY

## FIRST WEEK

| Lesson | Scheduled for | | Subject |
|---|---|---|---|
| 1 | Mon. | 9:10 | Jehovah God, His Qualities and Dealings |
| 2 | " | 10:40 | Our Relationship with Jehovah |
| 3 | " | 2:10 | Recognizing Jehovah's Organization |
| 4 | " | 3:00 | Origin and Authenticity of the Bible |
| 5 | " | 4:30 | What Makes Good Overseers |
| 6 | Tues. | 9:10 | Jesus Christ—His Place in God's Purpose |
| 7 | " | 10:40 | Responsibilities of Members of the Congregation |
| 8 | " | 2:10 | Improving Speaking and Teaching Ability |
| 9 | " | 3:00 | God's Government—A Reality |
| 10 | " | 4:30 | Studying the Bible with Benefit |
| 11 | Wed. | 9:10 | How the Elders Work Together as a Body |
| 12 | " | 10:40 | Giving Counsel to Individuals |
| 13 | " | 2:10 | House-to-House Ministry |
| 14 | " | 3:00 | Showing Full Appreciation for Jehovah's Temple |
| 15 | " | 4:30 | Preaching from House to House |
| 16 | Thurs. | 9:10 | Building Up Spirituality in the Congregation |
| 17 | " | 10:40 | Reaching All Who Will Hear |
| 18 | " | 2:10 | Making Return Visits |
| 19 | " | 3:00 | Responsibilities of Overseers |
| 20 | " | 4:30 | Visiting Those Showing Interest |
| 21 | Fri. | 9:10 | Life, Marvelous Gift of God |
| 22 | " | 10:40 | The *Watchtower* and Congregation Book Studies |
| 23 | " | 2:10 | Home Bible Study Ministry |
| 24 | " | 3:00 | Whole-Souled Service to Jehovah |
| 25 | " | 4:30 | Conducting Home Bible Studies |
| 26 | Sat. | 9:10 | Operations of the Holy Spirit |
| 27 | " | 10:40 | How Bible Laws Are Administered |

## SECOND WEEK

| Lesson | Scheduled for | | Subject |
|---|---|---|---|
| 28 | Mon. | 9:10 | Helping Men in the Congregation |
| 29 | " | 10:40 | The Service Meeting |
| 30 | " | 2:10 | Jehovah's Progressive Organization |
| 31 | " | 3:00 | Importance of the Shepherding Work |
| 32 | " | 4:30 | Readjusting Your Erring Brother |
| 33 | Tues. | 9:10 | Helping Women in the Congregation |
| 34 | " | 10:40 | The Theocratic Ministry School and Public Meetings |
| 35 | " | 2:10 | Our Responsibiltiy to God and Caesar |
| 36 | " | 3:00 | The Issue of Sovereignty—How It Affects Us |
| 37 | " | 4:30 | Preparation for Baptism and Field Ministry |
| 38 | Wed. | 9:10 | Family Training for Life |
| 39 | " | 10:40 | Christian Conscience and Spiritual Maturity |
| 40 | " | 2:10 | Kingdom Hall—Center of Pure Worship |
| 41 | " | 3:00 | Worldwide Organization to Praise Jehovah |
| 42 | " | 4:30 | Marriage, Separation and Divorce |
| 43 | Thurs. | 9:10 | Pursuing the Way of Love |
| 44 | " | 10:40 | Safeguarding the Cleanness of the Congregation, Part 1 |
| 45 | " | 2:10 | Helping Others to Make Advancement |
| 46 | " | 3:00 | Handling Congregation Records and Correspondence |
| 47 | " | 4:30 | Accurately Teaching the Way of Truth |
| 48 | Fri. | 9:10 | Safeguarding the Cleanness of the Congregation, Part 2 |
| 49 | " | 10:40 | How to Aid Those with Marital Problems |
| 50 | " | 2:10 | Resurrection Magnifies God's Power and Love |
| 51 | " | 3:00 | Legal Rights and Difficult Times |
| 52 | " | 4:30 | The Value of Discipline and Counsel from Jehovah |
| 53 | Sat. | 9:10 | Endurance That Results in Divine Approval |
| 54 | " | 10:40 | "An Interchange of Encouragement" |

CAEKAERT/MAPLEY 000491

# Jehovah God, His Qualities and Dealings

## HOW WE CAN COME TO KNOW JEHOVAH

In order to know Jehovah, we must communicate with him

He speaks to us through his Word, which is his revelation to us about himself and his purposes (2 Pet. 1:20, 21; Isa. 46:8-13; Rom. 16:25, 26)

We must diligently search his Word to get the knowledge and understanding of him and his ways, which mean everlasting life (Prov. 2: 1-9; John 17:3)

We must approach him constantly by means of prayer, through his Son, Jesus Christ (Jas. 1:5, 6; Heb. 7:25; 11:6)

To come to know Jehovah, we must meditate upon him, letting our thoughts dwell appreciatively on him and his ways (Ps. 143:5)

Jehovah's wonderful works of creation help us to come to know him as he reveals himself through them (Rom. 1:19, 20; Rev. 4:11)

We also come to know Jehovah as we personally yield to his direction and experience fulfillment of his promises (Prov. 3:6; Ps. 34:8)

## WHAT WE LEARN ABOUT JEHOVAH

He is the Sovereign Ruler of the universe, and rightly so, because he is the Creator, the Source of life, the All-wise, Almighty and Eternal One (Ps. 36:9; 90:1, 2; Rom. 11:33-36; Rev. 1:8)

Jehovah is the Great Provider for man and the universe

He is capable of satisfying the needs of all mankind, both spiritually and materially (Gen. 2: 8, 9; Ps. 145:15, 16)

He provided hope for mankind in the ransom (Gen. 3:15; John 3:16)

He has made himself known by his personal name, Jehovah, as represented by the Hebrew Tetragrammaton (YHWH) (Gen. 2:4)

The meaning of his name ("He Causes to Become") indicates that he fulfills his purposes (Ex. 3:13-16; Ezek. 36:20-23; Ps. 83:18; ad 888)

## QUALITIES OF JEHOVAH TO IMITATE

Jehovah is a God of love and kindness (1 John 4:8; Ex. 34:6)

He created man in His image and likeness, also variety in plants, animals, food, association, etc., for man to enjoy (Gen. 1:26-31; 2:18)

The greatest manifestation of his love was the giving of his own faithful only-begotten Son as a redeemer for mankind (John 3:16; Rom. 5:8)

Jehovah's dealings with man are expressions of his "loving-kindnesses" and "undeserved kindness" (Ps. 25:6; Rom. 3:23, 24)

Nothing can separate us from God's love if we serve him faithfully (Rom. 8:38, 39)

Our imitating God's love and kindness recommends us as true worshipers (John 13:35; 2 Cor. 6:4, 6)

Jehovah is loyal (Jer. 3:12)

He is devoted to righteousness and trueness (Rev. 15:3, 4; 16:5)

Because of his loyalty, he can be depended on to direct the way of his people, guarding their lives or souls (Prov. 2:7, 8; Ps. 97:10)

Loyalty (to Jehovah, to his kingdom, to the congregation and to our brothers) is a facet of the new personality that we must put on (Eph. 4:24)

He is holy, righteous and just

The quality of holiness belongs to Jehovah (Ex. 39:30; Zech. 14:20)

The Israelites were constantly reminded that he is the Source of all holiness (Ex. 28:36, 37)

Jesus Christ addressed him as "Holy Father" (John 17:11)

Cleanness (holiness) in the superlative degree is attributed to Jehovah by those in the heavens (Isa. 6:3; Rev. 4:8)

He can be worshiped only in holiness; one practicing wickedness is disgusting in his sight (Prov. 21:27)

Jehovah is called the "abiding place of righteousness" (Jer. 50:7)

He abides by his own standard of righteousness without deviation; we can have utmost confidence in him (Ps. 89:14)

His specific commands may vary toward individuals and times, but he remains ever constant in righteous judgments (Deut. 32:4; Ps. 92:15; Ezek. 33:17-20)

To prove ourselves to be children of God, we must practice righteousness (1 John 3:10)

As Supreme Judge and Statute-giver, he is a "lover of . . . justice" (Isa. 33:22; Ps. 33:5; Job 37:23)

He shows no partiality in dealing with his creatures (Acts 10:34, 35)

His judgments are administered according to facts (Rom. 2:5-11; Heb. 4:13)

The exercise of justice according to God's standards is not a burden; man's happiness actually depends on it (Ps. 106:3; Isa. 56:1, 2)

When you act as judges, you must exercise justice (Mic. 6:8)

The wisdom of God is unsearchable (Rom. 11: 33-36)

His wisdom is absolute; there is nothing beyond his understanding (Isa. 40:13, 14; Job 12:13)

His wisdom is evident in the creation; entire universe functions marvelously, demonstrates order (1 Cor. 14:33)

9

CAEKAERT/MAPLEY 000492

His wise moral standards are vital for stability, sound judgment and successful human living (Deut. 32:4-6)

He will give us "wisdom from above" if we ask for it in faith (Jas. 1:5; 3:17)

Jehovah uses his power with patience and long-suffering

Being almighty, God has the power and authority to deal as he wishes (Isa. 40:25, 26; Jer. 32:17)

Jehovah has demonstrated his patience and long-suffering from the beginning of man's history (2 Pet. 3:9)

Could have justly executed Adam and Eve in Eden, but displayed long-suffering for the sake of unborn descendants (Rom. 8:20, 21)

God is long-suffering only as long as this is in harmony with justice, righteousness and wisdom; his patience does not continue forever (Gen. 6:3; Isa. 63:10)

Patience and long-suffering on our part recommend us as God's ministers (2 Cor. 6:4, 6; Jas. 5:7, 10, 11)

He is a God of mercy

Mercy is a characteristic of God's personality, his normal way of reacting toward those in need (2 Cor. 1:3)

As a merciful God, he desires that all gain life (2 Pet. 3:9)

His mercy is never out of balance with his justice (Ezek. 33:14-16)

Unrepentant ones, deserving of punishment, cannot presume on God's mercy; his mercy has limits (Isa. 9:17; 63:7-10)

There is forgiveness for repentant ones (Isa. 55:7)

He does not abandon them, but mercifully supplies aid and direction (Jas. 5:13-16)

When we manifest mercy, we properly reflect the personality of our heavenly Father (Luke 6:36)

## LEARNING FROM JEHOVAH'S DEALINGS WITH MANKIND

In his dealing with the rebellion in Eden, Jehovah demonstrated his wisdom, justice, love and power

He outlined a provision for fulfilling his divine purpose, following up that provision by his covenants and promises (Gen. 3:15; 1 Cor. 2:7; Eph. 1:8-11; Luke 22:29)

His justice did not condone unrighteousness but declared punishment for wrongdoers (Gen. 3:14-19)

He displayed love toward the descendants of Adam by providing a ransom, repurchase price (1 John 4:10)

His power was used to execute judgment against wicked ones

When handling judicial matters in your congregation, imitate Jehovah; be firm in upholding his law, yet merciful toward repentant ones (Jas. 3:17)

Jehovah's love, patience and long-suffering, as well as his justice, are outstanding facets of his personality revealed in his dealings with fleshly Israel (Ex. 34:4-9; Neh. 9:16, 17)

Though executing the instigators of rebellion and pronouncing judgment against disobedient ones, Jehovah continued to put up with the murmuring and complaining of the Israelites and did not cease providing for them (Num. 14:2-12, 29; 16:1-3, 32, 33, 41-49; Rom. 10:21)

Even after his own Son was slain due to their rejection of him, He continued to favor them for a period of three and a half years

As a result, repentant thousands accepted the provision of salvation through his Son (Acts 2:14-41)

As an imitator of God, exercise restraint in dealing with wrongdoers, not approving their wrong conduct, but helping them to change their course through repeated admonition (1 Thess. 5:14, 15)

Jehovah's dealings with individuals such as David and Peter reflect his marvelous qualities

Even though labeled "a man agreeable to my heart" by Jehovah, David committed a grave sin against Him and His law (2 Sam. 11:1-27)

Jehovah did not permit close relationship, sentimentality or partiality to keep him from punishing David (2 Sam. 12:1-23)

But for all his faults and gross sins, David always showed the right heart condition by repenting and begging Jehovah's forgiveness, thus warranting Jehovah's continued mercy (Ps. 32:3, 5, 7)

Jehovah's dealings with the apostle Peter show his love, compassion and undeserved kindness

Peter's impetuous acts and finally his denial of Jesus three times were forgiven by Jehovah; Peter's attitude called for Jehovah's compassion (Matt. 26:51, 52, 69-75)

Jehovah blessed the later ministry of Peter due to his faith and fine works (Luke 22:32; John 21:15-17; Acts 2:14-41)

These examples should encourage us personally not to reject the discipline of Jehovah and not to fail to seek Jehovah's forgiveness for our transgressions (Heb. 12:5, 6)

Jehovah's will to carry out his purposes is magnified by his dealings

His chief purpose is the sanctification and vindication of his name and sovereignty (Ps. 83:18; Rom. 9:17)

Jehovah has not changed regarding his promises and purpose (Mal. 3:6; Jas. 1:17)

His judgment of Adam has not changed, although the offspring of Adam are being reconciled to God (Rom. 5:10, 11, 14-16)

He will judge those not keeping his regulations (Isa. 24:5, 6)

He refines and purifies his people, using his Word to accomplish this (Ps. 17:3; Mal. 3:3)

CAEKAERT/MAPLEY 000493

He wants mankind to return to him (Jer. 18:7-11; 2 Cor. 5:18-20)

His original purpose toward the earth will be fulfilled

He will remove those ruining the earth (Rev. 11:18)

He will bless those who will survive to inhabit the earth (Rev. 7:9-17)

God's original purpose fulfilled due to his loyalty, justice and power, bringing about the vindi-cation of his name, Jehovah, "He Causes to Become" (Rev. 15:3, 4)

**MAIN POINT:** It is important for us to appreciate the qualities of Jehovah and to see how we, in a limited way, can be imitators of Jehovah in dealing with our brothers

SOURCES: *ad* 780, 888-894, 984, 993-995, 1045, 1073, 1080, 1082-1084, 1139, 1140, 1202, 1411, 1660; *ms* 264-269; *tr* 17-26

TEACHING SUGGESTION: Class discussion, with questions by instructor and comments by students

No. 2 – First Monday, 10:40

# Our Relationship with Jehovah

## JEHOVAH IS THE MOST IMPORTANT PERSONAGE IN THE UNIVERSE

One of our responsibilities as elders is to help others appreciate our position as humans in relation to God

A key point to bear in mind in considering our relationship with Jehovah is this: "By him [Jehovah] we have *life* and *move* and *exist*" (Acts 17:28)

As the Creator, Jehovah is the One to whom we are indebted for life and everything that sustains it (Gen. 1:27, 28; Ps. 104:14)

Since all of us are so completely dependent on God, if we are to have a favorable relationship with him we must recognize his position and our relationship to him

Jehovah is the Superior One, the Potter, and we are the inferior ones, the clay (Isa. 64:8; Jer. 18:6)

Jehovah is the Source of all true wisdom; his wisdom far exceeds that of any creature (Rom. 16:27; Jer. 10:12)

It does not "belong" to man to direct his steps; not that man cannot try to do it, but he is not equipped to do it successfully apart from the direction that God provides (Jer. 10:23; Prov. 12:15)

To enjoy a good relationship with Jehovah we must listen to all that he says and conform to his will; he will guide us in ways that are for our own lasting good (Ps. 16:11; Prov. 3:5-7)

His greatness is enhanced by his love, which should instill in us confidence and draw us to him with a desire to do his will (1 John 4:16-19)

## COMING INTO A RELATIONSHIP WITH JEHOVAH

Newly interested ones, and those preparing for baptism, need our help to grasp fully what is involved in entering into a relationship with Jehovah

We are not born as persons who are approved by God; rather we are alienated from him because of sin and imperfection (Ps. 51:5; Col. 1:21)

One needs to meet certain qualifications in order to come into relationship with Jehovah; such relationship is not forced on anyone, but Jehovah offers us that opportunity because of his undeserved kindness (Titus 3:4-7)

First, one must take in accurate knowledge of God and exercise faith in him and in his provision for salvation through Jesus Christ (Heb. 11:6; John 17:3)

Then repentance over one's sins is necessary, since we are all descendants of the sinner Adam and we have all misused our life by failing to do the will of our Creator (Acts 17:30; Rev. 4:11)

Repentance is a feeling of "regret, contrition, or compunction, for what one has done or omitted to do"

Repentance marks a halt in one's wrong course, a desisting from a course based on one's own standards of right and wrong (Prov. 3:7; Acts 3:19)

It includes abandoning such things as fornication and adultery, homosexuality, drunkenness, thievery, murder, greed, reviling, extortion, lying and coveting (1 Cor. 6:9-11)

It requires that one withdraw from participation in all activities, organizations and movements that are in opposition to God; must be "no part of the world" (John 15:19; Jas. 4:4; 1 John 2:15, 16)

Next, one must turn around or be converted; he not only must feel sorry over the past misuse of his life but also must turn to doing the will of God; there must be "works that befit repentance" (Acts 26:20; Rom. 6:11)

Should seek out and actively associate with true worshipers (Ps. 119:63)

Should do the work assigned to Christians, namely, preach the good news and make disciples (Mark 13:10; Matt. 28:19)

Should reflect godly qualities in dealings with others (Luke 6:35, 36; Gal. 5:22, 23; 6:10)

Further, the one who has repented and converted must "disown himself," disclaiming ownership of himself and, instead, freely committing the guidance of his life course to Jehovah God, acknowledging Jesus Christ as his exemplar (Matt. 16:24; 1 Pet. 2:21)

CAEKAERT/MAPLEY 000494

This is what we call "dedication"

'Disowning oneself' does not mean that one must cease all secular work, though the kind of work one does and the amount should be governed by God's Word (Eph. 4:28; Matt. 6:24)

'Disowning oneself' certainly does not mean that family responsibilities may now be ignored in order to share in other activities (Matt. 15:5, 6; 1 Tim. 5:8)

Rather, in everything we do we must be guided by the words of the One whom we have acknowledged as Lord (Col. 3:15-24), and we should zealously share in the special work of Kingdom-preaching and disciple-making that has been entrusted to Christians

Finally, one 'makes request to God for a good conscience' by being baptized; thus symbolizing one's full dedication to Jehovah (1 Pet. 3:21)

Coming into a relationship with Jehovah requires more than desire on our part; it is possible only on God's terms, and only for those who conform to His requirements; it is God who lovingly makes such an arrangement possible

## MAINTAINING A GOOD RELATIONSHIP WITH JEHOVAH

Personally we must maintain a good relationship with Jehovah, and, as elders, it is our responsibility to help every individual in the congregation to do the same

In Revelation 2:4, a very searching statement is made to the congregation in Ephesus: "Nevertheless, I hold this against you, that you have left the love you had at first."

To maintain relationship with Jehovah one must not lose the intense initial love for the truth. Recall the joy, satisfaction, peace of mind and contentment the truth first brought you. That same love must continue if you are to please Jehovah

Jehovah's blessing must continue if one is to have joy and satisfaction in life (Prov. 10:22)

Time does not tarnish goldlike qualities of our faith and belief in God's Word and promises. We believe just as firmly now in what God says as when we first embraced the truth, and do not want to be like those Paul wrote about at Galatians 5:7 (1 Pet. 1:7)

This requires that we pay attention to ourselves and our teaching

Need to examine our way of life constantly (1 Tim. 4:16; Heb. 2:1)

Ways to maintain constancy in our relationship with Jehovah:

*Personal study* necessary (2 Tim. 2:15)

More than just reading involved here; meditation necessary (Ps. 77:11, 12; Prov. 15:28; 1 Tim. 4:15)

This means not just studying or reading to cover material, but to get the sense of it

Must respect what we read of Jehovah's commands; let them govern not only in big things, but in every facet of our life

Apply the counsel to ourselves and make necessary changes

*Association* also of great value (Heb. 10:24, 25)

Bad associations spoil useful habits (1 Cor. 15:33)

Converse of this is true: good associates will aid us to keep useful habits

Can associate with Jehovah by reviewing his Word and by prayer

Good association helps one to maintain a right attitude and motivation for worship (Deut. 31:12)

Regular participation in the *field ministry* a vital factor to keep a good relationship with Jehovah

At various times Jehovah gives his servants special work to perform. In these critical last days it is a twofold one: that of proclaiming the good news of the Kingdom; secondly, of teaching those who respond to the Kingdom message

This work being done in limited time so our maintaining a right relationship with Jehovah depends in large measure on whether we zealously publicize God's kingdom or show indifference; whether we advocate it or are silent about it

Devoting time to this work is important, but our service to Jehovah involves more. Our attitude, our desire to share the good news with others, our way of life and our daily conduct have much to do with whether we enjoy Jehovah's favor or not

*Prayer* is also important in maintaining a right relationship with Jehovah

For prayer to reach Jehovah we must sincerely live in harmony with the righteous principles of his Word (Prov. 15:29; 1 Pet. 3:7)

Prayer should show our interest in our brothers and sisters (Note Lord's Prayer: *"Our* Father . . . ", "give *us* today *our* bread . . . ", "forgive *us* . . . ") This includes fleshly relatives and all seeking to please God and do his will (Matt. 6:9-13; Jas. 5:16)

Prayer shows a frank recognition of our complete dependence on God for everything; this cements a relationship with Jehovah that brings joy to us

We pray to thank and praise Jehovah, also, in connection with our dedication, at mealtimes, to ask forgiveness, during temptations, during physical or spiritual difficulties, during persecution, to make right decisions, in handling problems involving the brothers, on behalf of brothers who are in difficulty or danger, etc.

We want to handle matters as Jehovah would want, so must always seek his guidance

Maintain a *good conscience,* one trained in righteousness. Do not violate your conscience, even though others may be offended. Your good

CAEKAERT/MAPLEY 000495

conscience gained by making major changes in your life. Do not allow self to violate good principles you have now begun following (1 Pet. 3:16; Acts 23:1)

Do not let someone else's conscience be your guide; to thrust aside your own good conscience may result in shipwreck to your soul (1 Tim. 1:18-20)

## RECOGNIZING HOW JEHOVAH DEALS WITH US THROUGH AN EARTHLY ORGANIZATION

Jehovah is not dealing with persons individually apart from the Christian congregation (Matt. 24:45-47; Eph. 4:11-14)

Not many roads to follow for favored relationship with God; the Bible refers to one as "The Way" (Acts 9:2; 19:9)

Under Christ's headship, the "faithful and discreet slave" helps to guide us in this "Way" so we maintain a good relationship with Jehovah

This "Way" includes: Love among ourselves; respect for God's Word; sanctifying God's name; proclaiming the kingdom of God as man's true hope; keeping separate from the world and its affairs

Thus it is evident that superficial identification with the Christian congregation is no guarantee of God's approval; we must walk in "The Way"

We must maintain the right attitude toward Jehovah's earthly organization to have the right relationship with him

The organization is fallible, subject to making mistakes; this requires us to show loyalty and to wait upon Jehovah to correct any defects (Matt. 7:9-11; Heb. 13:17)

One maintaining a good relationship with Jehovah does not run ahead on his own if he feels a Scriptural point is misunderstood; he waits upon Jehovah, knowing that "food at the *proper* time" will be forthcoming (Prov. 4:18; Matt. 24:45)

No. 3 – First Monday, 2:10

Jehovah is infallible as our Grand Instructor (Isa. 30:20, 21)

He knows when we need certain truths and that we cannot absorb everything at one time (Ps. 143:10; John 16:12)

In maintaining our relationship with Jehovah we must watch that we do not become easily stumbled, or seek a way out of our responsibilities to Jehovah

Follow the advice of James 1:5, 6 as you seek for wisdom, remembering to keep on asking in faith, "not doubting at all"

## HELPING OTHERS INTO A RELATIONSHIP WITH JEHOVAH

Once we know his requirements and have established our relationship with Jehovah, our duty as shepherds and teachers is to aid others into this blessed relationship

Show others the importance of a right mental attitude; none can *assume* relationship with Jehovah, but we must *seek* to know him and his will for us, then *do* it with a whole heart (Matt. 7:7)

God is not forcing anyone into a relationship with him; but it must be entered by us willingly

To all in the congregation it is vital to stress this need of continually maintaining a close relationship with Jehovah

As opportunity affords in handling parts on meetings, in commenting at such, in visiting brothers in their homes, in all ways of life, speak of Jehovah and the need of establishing and maintaining a relationship with him. It brings eternal benefits to those who do

MAIN POINT: The big responsibility of elders is to help brothers appreciate and strengthen their relationship with Jehovah by fully submitting themselves to the doing of His will

SOURCES: *or* 13-18; *im* 399-407; *tr* 14-16, 123-129, 151-156, 187-189; *ad* 1385-1388

TEACHING SUGGESTION: Instructor leads class in discussion of material, having students look up and discuss key scriptures

# Recognizing Jehovah's Organization

## JEHOVAH IS HEAD OF GRAND HEAVENLY ORGANIZATION

Heavenly creatures are organized into an efficient and orderly arrangement for our benefit

God's first creation a "master worker"; also cherubs, seraphs and millions of other angels serve under God's direction (Prov. 8:30; Ps. 99:1; Isa. 6:1-7)

Bible describes the angels as organized into 'thrones, lordships, governments, authorities' (Col. 1:16)

All angels are accountable to Jehovah for duties performed (Dan. 7:9, 10; Job 1:6; 2:1)

Do we appreciate this heavenly organization? All should recognize its power and services in our behalf (2 Ki. 6:15-17; Ps. 34:7; Heb. 1:14)

Jesus recognized this heavenly organization, and its power to back up God's earthly servants (Matt. 26:53)

## JEHOVAH HAS VISIBLE ORGANIZATION; RECOGNITION DUE ITS REPRESENTATIVES

Moses was sent by God to deliver Israelites who became His select nation or organization; Aaron was spokesman for Moses

CAEKAERT/MAPLEY 000496

God's backing of Moses and Aaron evidenced by signs—rod to serpent; leprous hand; water to blood (Ex. 4:2-9, 30, 31)

At Mount Sinai Jehovah spoke to Moses, and the people heard His voice; they saw that Moses was his special representative (Ex. 19:9)

If you were there, would you have recognized God's arrangement, submitting to directions and laws given through Moses?

Some failed to recognize God's representatives, Moses and Aaron

Korah, Dathan and Abiram did not recognize God's representatives, with disastrous results to themselves and their thousands of supporters (Num. 16:1-50)

Even Miriam and Aaron had difficulty recognizing the organizational arrangement with Moses their brother as God's appointed servant, and suffered rebuke (Num. 12:1-16)

As we look back, do we wonder how Israelites could be so blind as not to recognize God's visible representatives? Could they not see that Moses and Aaron were God's representatives? Yes, but they failed to apply in their lives what they knew

## JEHOVAH ESTABLISHED CHRISTIAN CONGREGATION; NEED TO RECOGNIZE IT

In time, God sent his only-begotten Son to earth to lay the foundation for the Christian congregation; events at his birth and baptism prove God sent him (Luke 2:10, 11; Matt. 3:16, 17)

Jesus identified a special work for God's new Christian congregation, that of preaching God's kingdom and making disciples (Matt. 24:14; 28:19, 20)

Christian congregation was established with outpouring of holy spirit on day of Pentecost 33 C.E. after Jesus' ascension to heaven

Organization established by God, not men

God chose Christ to be head of the congregation, and he purchased the congregation with blood of his Son (Eph. 1:22, 23; Acts 20:28)

God also chooses the members of the congregation, setting each one in place as it pleases him; complete number 144,000 (1 Cor. 12:18, 27, 28; Rev. 14:1-4; 20:4-6)

First members of congregation anointed on Pentecost 33 C.E.; holy spirit there stimulated the activity resulting in 3,000 being added to the congregation of about 120 (Acts 1:15; 2:1-4, 41)

Holy spirit moved Peter to preach to Cornelius, the first noncircumcised Gentile member of the congregation; it was not something initiated by Peter (Acts 10:44-48)

Jehovah caused the Bible to be written to govern his congregation; it unites the organization earth wide and takes precedence over

anything humans say (1 Pet. 1:24, 25; 2 Pet. 1:20, 21)

The evidence is clear that the first-century Christian congregation was established by God

Christian congregation is God's "servant," his "faithful and discreet slave," that he entrusts with weighty responsibility of providing "food at the proper time" (Matt. 24:45-47; compare Isaiah 43:10)

From the time of outpouring of spirit at Pentecost 33 C.E., "slave" class proceeded to take care of its appointed responsibility (Luke 12:42-44)

Not all members of "slave" wrote counsel to congregations, or gave admonition in public discourses (1 Tim. 2:12)

But every member of "slave" class shared in imparting spiritual food to new believers; all in various ways contributed to upbuilding individual congregation members, the "domestics" (Eph. 4:16)

From among "slave" certain ones served as visible governing body; first-century governing body was made up of the apostles and other "older men" in Jerusalem (Acts 15:2, 6, 23)

Under the direction of the governing body, "older men" or "overseers" and "ministerial servants" were appointed in congregations (Acts 14:23; 20:28)

## IDENTIFYING MODERN "SLAVE" CLASS

The question of Matthew 24:45 is vital: 'Who really is that slave today?'

In identifying the "slave," Matthew 24:46 is noteworthy, for it says that on the Master's return the "slave" would be found providing food

Evidence of history is clear that when Christ put in second appearance at end of "appointed times of the nations" in 1914 only one organization was feeding people spiritual "food at the proper time"

Credentials of that organization are strong, even as it is clear that Moses, Christ and first-century Christian organization were God's representatives

Can we help others appreciate that the organization with which we are serving is God's, that it is the one being supplied with spiritual food by his "slave"? Are we convinced of it ourselves?

No one person among Jehovah's witnesses is the "slave," but, rather, the remaining members of spirit-begotten ones on earth as a class at any given time, constitute the "slave" class

"Slave" class provides food for individual members described as "domestics"

Now "slave" enjoys a new position, being appointed over all Christ's earthly "belongings" (Matt. 24:47)

Since 1935, in particular, "slave" has been caring for the "great crowd" of "other sheep" gathered into God's organization

CAEKAERT/MAPLEY 000497

As in first century, certain members of "slave" class are selected to be the governing body, which, directed by holy spirit, makes appointment of overseers and ministerial servants

"Slave" class has organized legal corporations, such as Watch Tower Bible and Tract Society of Pennsylvania and others, in order that preaching work may be most effectively accomplished under present-day conditions

Governing body does not handle all correspondence with congregations, but works through the legal corporations and elders who have been appointed to work in branch offices and in congregations

We are put to a test: Do we see the hand of God in these organizational arrangements? Are we deeply convinced this is Jehovah's organization? Or is it only that Jehovah's witnesses seem to have the best religion we have found?

Also, do we truly appreciate that Christ, and no man, is head of the congregation? Do our actions show it?

Our acceptability to God depends on our willingness to serve along with other imperfect men, overlooking their shortcomings, treating "slave" as Christ's brothers (Matt. 25:31-46)

## RECOGNITION OF ORGANIZATION SHOWN BY IMITATING THE HUMILITY OF CHRIST

Jesus, although chosen head of the congregation, served as minister of all (Matt. 20:26-28; Phil. 2:5-8)

Speaking to those who were to become elders and members of the governing body, Jesus on the last evening with them emphasized the need for them to minister to others and not seek prominence

Apostles had manifested worldly spirit, being concerned as to who was the greatest (Luke 22:24)

This dispute arose at least twice in the same year (Mark 9:33-37; Matt. 20:20-28)

On his final night as a human, Jesus used the occasion to teach humility by serving as a slave to his apostles, washing their feet (John 13:4-15)

In modern history of God's organization, some elective elders in 1920's and 1930's had a proud, independent spirit, and some rejected what was said in the *Watchtower* magazine and put forth their own ideas

Elders today should properly have humble spirit, looking for guidance from the "slave" and its appointed representatives

Elders should not permit greater control they have now of congregational activities to cause them to become proud, independent (Rom. 12:3)

At the same time, elders must, in imitation of Jesus, stand firm for righteous Bible standards, hating what is bad, working to keep the organization clean (Heb. 1:9)

## RECOGNITION OF ORGANIZATION SHOWN BY EMULATING JEHOVAH'S LOVING WAYS

Jehovah is a compassionate overseer, tenderly leading his people, feeding them and protecting them (Isa. 40:10, 11; Ps. 103:13, 14)

Elders, who serve as undershepherds of God and Christ, should deal the same way with the flock

Mothers with children may find it hard to do everything—getting them all ready for meetings—and so may be late. Are you glad to see them when they finally get there?

Jehovah shows consideration for the young and weak, so overseers who recognize God's organization will also

Others in the congregation are old; they may have limitations and shortcomings. How do you deal with them? (Lev. 19:32; Prov. 20:29; 1 Tim. 5:1)

Failure to show patience with limitations of aged, perhaps their slowness, could lead to our losing God's favor

Recognizing Jehovah's organization requires that we recognize not just those "above" us, but all our brothers as Jehovah's people

## BENEFITS OF RECOGNIZING JEHOVAH'S ORGANIZATION

Close relationship with Jehovah; we will be in harmony with him and his ways

Fine relationship with brothers and sisters. As they love Jehovah, so they will love us because we are copying Him

We will realize that we are not carrying load ourselves, but that the vast heavenly and earthly organization is backing us up

Happy prospect is that all—the entire congregation—will survive the "great tribulation" and continue to serve as part of Jehovah's grand organization forever

MAIN POINT: By our being humble and imitating Jehovah's loving ways, we imitate Christ the Head of the congregation and show that we truly recognize this is God's organization

SOURCES: *or* 7-12; *qm* 376-383

TEACHING SUGGESTION: To be given as a lecture

CAEKAERT/MAPLEY 000498

# Origin and Authenticity of the Bible

OGICAL THAT GOD WOULD PROVIDE A RELIABLE WRITTEN COMMUNICATION

tudy of the universe, including life on earth, testifies to the existence of a Creator, Life-giver (Rom. 1:20; Ps. 139:14)

nly a permanent written record could answer questions succeeding generations ask

What is origin of universe and mankind? Why are we plagued with sickness and death? What does the future hold? More importantly: What does the Creator approve, disapprove and require of us? How can we fit into His purposes?

Written record not as liable to corruption as oral tradition

Bible has not been influenced by legends; has been widely circulated in accurate form

Some 16,000 handwritten copies of the Bible (or parts) are available, some dating back to second century before Christi

Our personal experience with human fathers assures us that the universal God would provide man with such important information

On matters of highest importance, especially when many persons are involved, exact written records are necessary

Material universe shows God excels in loving interest; this argues that he would provide a guide for mankind

## GOD USED MEN TO WRITE, BUT BIBLE IS HIS OWN INSPIRED WORD

Bible began to be written in 1513 B.C.E., about 1,000 years before Buddha and Confucius

Twenty-two of Bible's writers were finished before Confucius, Buddha and Lao-tzu (founder of Taoism) were born. Entire Bible written before the birth of Mohammed (mn 5-10)

The Bible does not claim merely to be about God, but produced at God's direction

Contrary to human inclination, men who wrote Bible books did not claim personal credit, but credited God (Isa. 20:2; Jer. 1:9)

Even Jesus, recognized as the outstanding teacher of Bible record, testified that his information was from God (John 14:10)

Bible writers agreed that God provided the material for them (Acts 1:16; 3:21)

Jehovah inspired devoted men to write accurately His messages

"All Scripture is inspired of God" (2 Tim. 3:16); uses Greek word the·o'pneu·stos, meaning literally "God-breathed"

Was not mere human "inspiration," stimulating mind or emotions

Spirit of God operated on (breathed on) writers, empowering them to write unerring messages (2 Pet. 1:20, 21; 2 Sam. 23:2)

It is reasonable that God could thus communicate with men

Astronauts in space or on moon broadcast messages and pictures back to earth; can be recorded with precision

Man's Creator has far greater capacity (Isa. 40:26)

Various means of inspiration used, but results always accurate

Sometimes men simply wrote God's words verbatim, as human secretaries (Ex. 34:27)

Dreams and visions conveyed divine messages, and as pictures or messages superimposed on the mind, were recorded permanently in the Bible (Gen. 15:12-16; 1 Ki. 3:5)

Visions impressed a revelation on conscious mind or on mind of one in a trance (Ezek. 1:1; Acts 10:9-17)

Writers often used their own mental faculties in selecting words, providing diversity of style (Eccl. 12:10)

Yet, were still guided and controlled by spirit, so end product was inerrant

Though various methods used, all of Bible is equally inspired

## BIBLE ABOUNDS IN CLEAR EVIDENCE OF AUTHENTICITY

Accurate, reliable facts in Bible manifest its authenticity

It is historically sound, in contrast to other ancient accounts

Scholars recognize that ancient Egyptian, Assyrian, Persian and Babylonian accounts are full of exaggeration, myths and lies

Important historical persons and events, previously known only from the Bible and doubted by critics, have been confirmed by archaeology

Cuneiform tablets mention Jehoiachin; confirm 2 Kings 25:27-30 (is 46)

Bible gives specific names and datable information as in 1 Kings 14:25; Jeremiah 27:20; Luke 2:1, 2; 3:1, 2; Acts 18:12

W. M. Ramsey wrote: "Luke is a historian of the first rank"—The Bearing of Recent Discovery on the Trustworthiness of the New Testament

Writers consulted and cited then-existing historical annals and documents (Num. 21:14; 1 Ki. 11:41; 14:19)

Bible's geographical accuracy proves it is reliable

Leader of a geological expedition in Sinai Peninsula said: "Where the Bible and the maps are at odds, we opt for The Book"—The Sun, San Bernardino, Calif., Oct. 19, 1967

Its chronology marks the Bible as authentic and reliable

16

CAEKAERT/MAPLEY 000499

Gives precise, believable chronological information (Ex. 12:40, 41; 1 Ki. 6:1) in contrast to gross distortions of other ancient accounts ("The Sumerian King List" lists eight kings whose rules totaled 241,000 years) (*is* 47, 48)

*Archaeology* corroborates many Biblical details
Babylonian fight against Lachish (Jer. 34:6, 7) borne out by "Lachish Letters" (on pottery) unearthed in 1935
Jerusalem's "water tunnel" (2 Sam. 5:8) discovered in 1867 revealing how David likely captured Jebusite city

These evidences confirm historical or factual accuracy, support the genuineness, but do not themselves prove that the Bible was inspired by God (*is* 45-47; *ad* 112)

Numerous lines of evidence combine to demonstrate undeniably that the Bible was inspired by Jehovah; cannot be a human product
*Internal harmony* of a book so long in writing points to the inspiration of the Bible
Written by some forty men during a period of 1,600 years (1513 B.C.E. to 98 C.E.), so no collusion possible
From first to last it highlights the theme of the Messianic kingdom to vindicate God's name; details often given that became meaningful only with future unfolding of God's purpose (Gen. 3:15; Rev. 12:1-12)
*Scientific accuracy* and knowledge indicate a divine source
Contrary to ancient myths, the Bible gave shape of the earth and the fact that it hangs on nothing (Job 26:7; Isa. 40:18, 22)
Accurately describes origin of the earth and of life-forms (Gen. 1:1 to 2:3)
Geologist W. E. Pratt said as to explaining these concepts in basic language: "I could hardly do better than follow rather closely much of the language of the first chapter of Genesis."—*The Lamp*, Fall 1971, p. 14
Scientists support the Bible's account of all men coming from a common ancestor and languages diverging from Shinar (*is* 48, 49)
Dietary and sanitary regulations of Mosaic law reflect a source of knowledge beyond what was then current (Lev. 11:1-38; 15:16-33; Num. 19:11-16; *ad* 579, 580)
*Candor and style* of Bible writers bear out inspiration
Frankly reported on personal and national sins and errors (Num. 20:9-12; Jonah 1:1-3; Matt. 26:31-56)
Directed glory, not to selves or men, but to God (Ps. 113:3-5)
Free from influence of ancient myths and folklore
*Preservation* and *accurate transmission* of text indicate that Jehovah is protecting this book as his production, not man's
Its preservation in face of every conceivable effort to destroy it proves it is Jehovah's Book (1 Pet. 1:25)

Manuscript discoveries, such as Dead Sea Scrolls, confirm basic textual purity; most variations are trivial
*Prophecy* is the foremost proof of the Bible's inspiration
No recorded prophecy from other nations; what their oracles said had no permanent value
Bible tells both origin and future of mankind
Jehovah has the unique ability to prophesy (Isa. 46:9, 10)
Bible prophecy is specific, not merely general forecasts of what might occur (Isa. 45:1, 2; 2 Ki. 19:5-7)
Fulfillment of some prophecies recorded right in the Bible (Gen. 9:25 = 1 Ki. 9:20, 21; Josh. 6:26 = 1 Ki. 16:34)
Long-range nature and fact that fulfillment was beyond the control of the writer prove prophecies were of divine source (Dan. 12:8, 9)
When Isaiah foretold that Babylon would overrun and desolate Judah, Babylon was merely a satellite of Assyria (Isa. 39:3-7); yet history proves it came true
Daniel chapter 8 gave advance facts about the defeat of Medo-Persia by Alexander and the division of his empire
Three decades in advance, Jesus foretold destruction of Jerusalem; same prophecies have larger fulfillment today
Symbolic language of Revelation 6:1-8 (war, food shortage, pestilence) combines with Matthew 24 in pointing beyond the first century
Such prophecies are not just a vindication of men who wrote them, but they prove undeniable authenticity of the Bible (*is* 104-134; *ad* 231, 232)
Evidence of the Bible's authenticity confirms (1) that it is accurate and reliable in detail, and (2) that it is inspired of God

## BIBLE'S EFFECTS IN OUR LIVES AND CONGREGATION SUPPORT INSPIRATION

We daily see examples of the Bible's practicality and inspiration
The fine results produced by following its practical moral standards and righteous principles testify to its value and origin

It helps one in earning a living and finding satisfaction in work
Encourages industriousness, opposes laziness (2 Thess. 3:10-12)
By condemning drunkenness and gambling it aids one to avoid squandering earnings (Eph. 5:18; Isa. 65:11)

When its counsel is applied in the family, the home is more pleasant and there is more success in rearing children (Eph. 5:22–6:4)
Husband and wife are drawn together by love, not driven apart by suspicion, jealousy or competition; divorces are avoided

Parents clearly see their responsibilities toward their children, and youths are helped to benefit from Bible training

While still being imperfect, those applying Bible counsel gain improved health and better mental condition (Prov. 14:30)

With Bible's counsel on things needful and having a sure hope for the future, one can avoid many common frustrations and anxieties (Matt. 6:25-34; 1 Tim. 6:8-10)

Racial and national prejudices are dispelled (Acts 10:34, 35)

Young people gain proper respect for adults, especially elderly

Highest principles from God contained in the Bible, not just human theories; *they work* (1 Thess. 2:13; Matt. 22:37-39)

## BIBLE'S PERFECTION IS SEEN IN ITS APPEAL TO GOOD HEARTS

Scriptures constitute perfect, refined message (Ps. 12:6; 119:140)

Bible's perfection is displayed in its ability to discern and reveal thoughts and intentions of the heart (Heb. 4:12, 13)

Gaining of understanding and pleasing God depend on heart

Easy to find excuses for rejecting the Bible if one lacks a good heart

Persons not desiring to humble themselves before God, admitting need for His help, haughtily reject the Bible (1 Cor. 1:26-29)

They seize upon seeming contradictions; demand that God provide the information they want, not what God decides

Testifies to accuracy of statement that "faith" is essential (Heb. 11:1, 6); even this reflects authenticity and origin of Bible

Purity, simplicity and reasonableness of the Bible's message appeal to humble ones who see their need for God and for God's Word

MAIN POINT: When with your Christian brothers, encourage discussion of reasons why we believe the Bible is God's Word and help them to appreciate that the Bible does not agree with what every pagan historian wrote or with every theory of men of science, but what the Bible says is truthful in every detail

SOURCES: *is* 30, 45-56, 104-108, 122-128, 136-146, 150-153; *ad* 112, 231, 232, 323, 579, 580; *ms* 45-48, 394-402; *mn* 5-10; *im* 20-24, 44; *sg* 14-19

TEACHING SUGGESTION: Invite class to comment on one evidence of inspiration of the Bible that they feel is outstanding and tell why (Emphasize fulfillment of prophecy; see *ms* 394-402.)

Ask class for experiences if any have had opportunity to speak on or defend inspiration of Bible before school or church groups

No. 5 – First Monday, 4:30

# What Makes Good Overseers

## JEHOVAH PROVIDES THE OVERSEERS

Jehovah, as the Great Overseer, is the owner of the flock (Acts 20:28)

He is the Overseer of our souls (1 Pet. 2:25)

Jehovah has appointed overseers

He has made Jesus the principal overseer of his flock

Jesus gave "gifts in men"; at the first the apostles evidently took the lead as ones 'given' by Christ (Eph. 4:8, 11, 12)

As new congregations grew, elders or "older men" were appointed to serve in each congregation

You as such elders; you have measured up to the Scriptural qualifications written under inspiration, have been recommended after careful consideration and prayer, and through the governing body the holy spirit has appointed you to serve as overseers

Your position is Scripturally referred to in three ways: elders, overseers, shepherds, all referring to the same position but from different viewpoints

Elder is the basic designation (Greek, *pre·sby'te-*

*ros*) and refers to certain of your qualities as well as your position

Being an elder or older man is associated with having experience in dealing with life's problems; such a one has greater understanding, wisdom and judgment than a young person

In a spiritual sense you are like the elders of a community who can be looked to for sound counsel and guidance; others can bring problems to you for advice or judgment

Overseer (Greek, *e·pi'sko·pos*) describes the fundamental character of your work in behalf of the congregation

The term carries the thought of one who watches over, inspects, a guardian or superintendent, a shepherd of the flock

Protective care is a basic idea inherent in the Greek word

Oversight involves visiting, being concerned about or caring for something; visiting includes going to homes

Successful oversight requires being approachable, willing to listen to problems of brothers, kindly dealing with them in a refreshing way, not acting as if you are superior to the brothers (Matt. 20:25-28)

CAEKAERT/MAPLEY 000501

## QUALIFICATIONS FOR OVERSEERS AND MINISTERIAL SERVANTS

Standards are not so high that they cannot be met, but they require real love for Jehovah and a willingness to be used by him

Such standards assure all that those appointed as elders will be good examples in the congregation

Evidence is looked for that the individual conscientiously applies the counsel from the Bible in all affairs of life

These are not mere boys or newly converted men, but individuals who are experienced in Christian living, who have a broad knowledge of the Bible, a deep understanding of it, and a genuine love for the congregation; individuals who have the courage to speak up when wrongdoing exists and to take the needed action to correct it and thus protect the flock

The privilege of being an elder is open to any qualified brother who desires to share in the fine work of Christian oversight

The number of appointed ones in a congregation depends on how many qualify; it is not limited in number

The Scriptures indicate that it is the responsibility of ministerial servants to care for nonshepherding work, enabling you overseers to concentrate your time and attention on teaching and shepherding

Physical age is a factor in qualifying to be either an elder or a ministerial servant, as a person should be old enough to be married and have children; however, spiritual qualifications are the main factors, as requirements show (1 Cor. 14:20)

How do the qualifications for elders and ministerial servants compare? See page 20.

## RESPONSIBILITIES OF OVERSEERS

Overseers have *responsibilities to selves and their family* and so need a balanced personal schedule

Allow time for personal and family study, as you have to keep up to date with the truth and be guided by Scriptural principles

You need accurate knowledge to lead the "sheep," so you should regularly read the Bible as well as new magazines and other publications

Meeting attendance is essential for you to remain qualified

It is necessary that you pay attention while at meetings, not being sidetracked or distracted by other things

Keep secular work in its place so it does not interfere with field service and meetings

Live within your means and avoid heavy debts (Rom. 13:8)

Be balanced in entertainment, avoiding unnecessary association with worldly people. Seek upbuilding entertainment, setting a good example for the flock

Be selective in your reading, with emphasis on spiritual matters

Your children should be believing, that is, submit to your direction, including religious matters (Titus 1:6)

They should be in subjection with seriousness appropriate to their age

The response you get from your children should recommend you as one who can aid others in the congregation (1 Tim. 3:4; *w*72 126)

Your children should not have a bad reputation in the community

Your wife's conduct reflects on you even if she is not a believer

As long as you are controlling her conduct to the extent the law permits, you would not be disqualified from serving

A believing man should set a fine example, not contributing toward the wayward conduct of his unbelieving wife

Does not excuse own wife and children from observing things required of others in congregation

In resolving any problems in connection with recommendations for elders and ministerial servants, the local body of elders must bear the responsibility

Overseers have *responsibilities toward the congregation*

You are to be a teacher at the meetings, preparing your parts well; help brothers to see the value of the information in their own lives

Appreciate the importance of training others for future responsibilities, assigning minor duties to prospective ministerial servants

Do not try to do everything, but request the cooperation of others

Get to know the "sheep" well, their problems, and how you can assist them (John 10:14)

When people are guilty of wrongdoing, correct, reprove, reprimand with mildness or severity as situation requires

Endeavor to take a zealous lead in the field ministry, showing you appreciate the urgency of the Kingdom-preaching and disciple-making work, training others in this work

In your conversations you can stimulate appreciation for this privilege

Do not make rules as to how much individuals should do or when, but rather cultivate appreciation so those in the flock will respond willingly out of love

Private lives of overseers are to be an example, too, manifesting the wisdom from above

Overseers are to be chaste (above reproach in all association with persons of opposite sex), peaceable (in dealings with family members, relatives, neighbors, at secular work), reasonable (willing to reason with others; not stubbornly opinionated), ready to obey (not delay-

CAEKAERT/MAPLEY 000502

ing in applying in their own life the instructions of Jehovah and his organization), full of mercy and good fruits (reflecting the qualities of Jehovah), not making partial distinctions (not showing favoritism), not hypocritical (practicing what they preach) (Jas. 3:17)

Do not become proud but depend on Jehovah and pray for his guidance (Prov. 3:5-7; Jas. 1:5, 6) Remember you are entrusted with Jehovah's flock, which is precious in his sight, purchased with the blood of his Son (Hag. 2:7; Acts 20: 28; Matt. 18:12-14)

| QUALIFICATIONS FOR OVERSEERS OR ELDERS | | MINISTERIAL SERVANTS | COMMENTS |
|---|---|---|---|
| (1 Tim. 3:1-7) | (Titus 1:5-9) | (1 Tim. 3:8-10, 12, 13) | |
| irreprehensible | free from accusation | free from accusation | blameless; of good reputation |
| husband of one wife | husband of one wife | husband of one wife | not a polygamist; good morals |
| not a drunken brawler | not a drunken brawler | not given to a lot of wine | no reputation for immoderate use of alcoholic beverages |
| not a lover of money | not greedy of dishonest gain | not greedy of dishonest gain | not materialistic; not dishonest |
| presiding over household in fine manner, having children in subjection | having believing children not under charge of debauchery nor unruly | presiding in fine manner over children and own households | exercising headship in a fine manner; training children properly even if wife not in truth; but his qualifications cannot be judged altogether by response of other family members; old enough to be a family head |
| not newly converted | | | proved devotion and reliability over a period of time |
| | | tested as to fitness | |
| | | serious | dependable, not taking responsibilities lightly; serious-minded |
| | | not double-tongued | keeps his word; not hypocritical |
| | | clean conscience | conscientiously adheres to and upholds right principles |

(Additional qualifications for older men)

| | | | |
|---|---|---|---|
| moderate in habits | self-controlled | | not eccentric; not going to extremes; balanced in his way of life |
| sound in mind | sound in mind | | balanced thinking based on Bible; healthful outlook |
| orderly | | | does things in an orderly manner; recognizes theocratic order and instructions |
| hospitable | hospitable | | lover of strangers, taking interest in others |
| qualified to teach | holding to the word in art of teaching; able to exhort and reprove | | has background of Bible knowledge and Christian experience; ability to convey ideas so they reach hearts and minds of others; adheres to Bible, not advocating personal theories; willing to give needed correction and able to discern what is needed |
| not a smiter | not a smiter | | not a fighter with words; not harsh, browbeating others; not physically striking his brothers |
| reasonable | not self-willed | | not opinionated; willing to reason with others and to respect the conscience of others |
| not belligerent | not prone to wrath | | not hot-tempered; patient |
| fine testimony from outside | | | reputation for practicing in daily life what he teaches others |
| | lover of goodness | | motivated by wholesome concern for others and by love for what is morally upright |
| | righteous | | conforms his life to God's standard of what is right; just; impartial |
| | loyal | | faithful to God and to his congregation; manifesting unbreakable devotion |

CAEKAERT/MAPLEY 000503

## MANIFEST QUALITIES LIKE THOSE OF PAUL, AN IMPERFECT MAN BUT A GOOD OVERSEER

Paul was a dedicated servant of God; he believed the Bible and was active in sharing his belief with others

He relied on Jehovah's spirit (1 Cor. 2:1-5)

He practiced what he preached and set an example to be copied (Phil. 3:17)

Paul was respectful of Jehovah's arrangements

On one occasion he took a problem to the governing body (Acts 15:1, 2)

He worked hard at keeping the congregation clean (1 Cor. 5:11-13)

He showed great love for the congregation (1 Thess. 2:6-12)

Good overseers treat flock with tenderness (Acts 20:29)

He was not a financial burden on the congregation nor did he ask to be waited on; he kept balanced in connection with secular work (Acts 18:1-4)

He was always willing to take time to help others (Acts 19:9, 10)

## GOOD OVERSEERS ARE APPRECIATED BY THE CONGREGATION

Brothers appreciate your hard work and are motivated to copy your faith (Heb. 13:7)

They desire to be submissive to overseers as you are to Jehovah; this makes it easier for you to work with them (Heb. 13:17)

To have a proper relationship with the brothers you must realize your appointment is from Jehovah and that you are a servant of Jehovah first

Have confidence in Jehovah's arrangement and backing, and the brothers will have confidence in you

When you deal with others in loving concern, you gain the love, respect and cooperation of the congregation

## WHAT IS EXPECTED OF YOU IN THIS KINGDOM MINISTRY SCHOOL COURSE

You have now seen how the first day went

To prepare for classroom activities read over the outlines of material to be considered the next day; three hours should be ample time to spend on preparation for the next day's activities, including any assignments for class discussions

Keep in mind that here at school you are interested, not in the impression you make, but rather in what you learn in order to be more effective in caring for the flock of Jehovah entrusted to your care

MAIN POINT: To continue to be good overseers you have to rely on Jehovah, work at maintaining the high standard you met when you were appointed and continue to work hard as shepherds in aiding the flock of Jehovah in your care

SOURCES: *ad* 1260; *or* 53-63; *w72* 126; *qm* 227-230

TEACHING SUGGESTIONS: In discussing the qualifications of elders and ministerial servants, compare these with what is set out at Galatians 5:19-26. After class discussion of material, consider with class the factors that elders might wish to review in deciding whether or not to recommend certain persons for appointment as elders or ministerial servants in the following cases: (1) One child of brother is baptized but another does not appear to be accepting the truth. (2) Brother once confessed to drinking too much with a friend. (3) Brother confessed to loose conduct with his wife before marriage. (4) One confided in a brother recently that his young child took some money from home that was not his. (5) Wife not a believer. (6) Brother usually runs overtime on parts assigned. (Note: the information given is not sufficient in any of these cases to determine whether or not the person should be recommended.)

No. 6 – First Tuesday, 9:10

# Jesus Christ—His Place in God's Purpose

## JESUS' ROLE A VITAL ONE IN GOD'S PURPOSE

He is the central figure in the outworking of all of Jehovah's purposes

All the problems that Satan's rebellion raised find their solution in Christ Jesus

Bible prophecy pointed forward to and emphasized Jesus' key place in God's purpose

The works and qualities displayed in his human life leave an example for all Christians, particularly overseers, to follow

He is the foundation upon which God is building arrangements for the eternal good of his universal family in heaven and earth

## CENTRAL FIGURE IN THE OUTWORKING OF ALL OF JEHOVAH'S PURPOSES

He is the "beginning of the creation by God" and "the firstborn of all creation" (Rev. 3:14; Col. 1:15)

As firstborn spirit Son, in his prehuman existence, he was used by his Father in the creation of all other things (John 1:3; Col. 1:16, 17)

Logically, it was to this firstborn Son that Jehovah said: "Let *us* make man . . . " (Gen. 1:26)

He was used by Jehovah as a Master Worker in the creation of the earth and man, yet never claimed the rank of co-Creator (Gen. 1:1-31; Matt. 19:4-6; Prov. 8:30)

CAEKAERT/MAPLEY 000504

Jesus was identified by the prehuman name (or title) "the Word" or, in the Greek, "Logos"
This denoted his position as Spokesman, to communicate to and instruct others of Jehovah's spirit sons and eventually to deliver His messages to man on earth (John 1:1; 7:16, 17)

To Jesus was extended the privilege to be used to settle the issue of universal sovereignty and to be the "Chief Agent of life" for mankind (Heb. 2:5-9, 14, 15; 1 John 3:8; Acts 3:15)

In God's purpose, Jesus became Head of the Christian congregation, through which Jehovah would communicate and deal with the human family (1 Tim. 2:5; Col. 1:18-20; 2:8, 9)

## ALL PROBLEMS THAT SATAN'S REBELLION RAISED FIND THEIR SOLUTION IN JESUS

With the rebellion of Satanr the Devil, an issue was raised regarding Jehovah's sovereignty and the integrity of his creatures, and the human family was led into sin and death

As chief one of Jehovah's spirit sons, and next to God in the universe, the Logos was chosen to serve for the primary settlement of the issue regarding the worthiness and righteousness of Jehovah's sovereignty
His prehuman name bears upon the situation, as his name Michael means "Who is like God?"

At Jehovah's appointed time, in the year 2 B.C.E., Jesus was born on earth as a perfect human, not an incarnation (John 1:14; Matt. 1:18; Luke 2:1-52)

The outpouring of holy spirit at the time of Jesus' baptism marked the time of his becoming the Messiah or Christ, God's "Anointed One," when he was "about thirty years old," in the year 29 C.E. (Luke 3:21-23)

By maintaining complete integrity to Jehovah down to his death, Jesus proved the Devil a liar in his claim that all God's creatures serve only for selfish gain and not out of love for God

At the same time Jehovah provided the means for redeeming obedient mankind from sin and death through the ransom sacrifice of his human Son (Gal. 4:4, 5; 1 Tim. 3:16; Matt. 20:28)
Everlasting salvation is possible only through Jesus, whose name means, "Salvation of Jehovah" (Acts 4:12; Heb. 5:8, 9)
Jesus has been made the "resurrection and the life"; on the basis of his sacrifice he can resurrect the dead, both the righteous and the unrighteous (John 11:25; 5:28, 29; Acts 24:15)
Jesus is God's High Priest who can effect full cleansing from sin and liberation from sin's death-dealing effects (Heb. 4:14, 15; 7:23-25)

Jesus Christ has been appointed the Messianic "King of kings" and, by eventually destroying the Devil and all who do his will, He will settle the issue of sovereignty raised in the rebellion (1 Cor. 15:25-28; Rev. 19:16; 20:10)

## JESUS CHRIST IS THE FOCAL POINT OF BIBLE PROPHECY

The first prophecy made in Eden pointed to a "seed" of God's universal "woman"; Jesus proved to be that "seed" (Gen. 3:15)

The covenant made with Abraham shed further light on God's purpose concerning his "seed" (Gen. 22:15-18; Gal. 3:16)

God's purpose, as revealed in the prophecies concerning Christ Jesus, remained a "sacred secret . . . kept in silence for long-lasting times" (Rom. 16:25-27; Col. 2:2, 3)

Bible prophecies find their fulfillment in Christ Jesus as High Priest and King of Jehovah's Messianic kingdom, the finished "mystery" (AS) or "sacred secret" (Rev. 10:7; 19:10)

## JESUS' WORKS AND PERSONAL QUALITIES SERVE AS AN EXAMPLE

His ministry was that of bearing witness to the truth (John 18:37)
To uphold the truth of his Father's prophetic Word and promises, Jesus had to live in such a way as to make that truth become a reality, thus, he had to be the truth (John 14:6; Eph. 4:21)
He had to get out among the people to let them hear him, see his works and qualities
The whole career of Jesus Christ was therefore a 'bearing witness to the truth'; he did not hold back from declaring his place in God's purpose
He talked to people on lakeshores and hillsides, in cities and villages, synagogues and temple, marketplaces, streets and houses, addressing large crowds and individuals, men and women, old and young, rich and poor
The main theme of his preaching involved the "good news of the kingdom" (Matt. 4:23)

Jesus set a hard-working example for his disciples, rising early, serving on into the night (Mark 1:32, 35; Luke 6:12; 21:37, 38)
His privacy was often interrupted by crowds, yet he always displayed a kind attitude (Luke 9:10-17; Mark 6:31-34)
He became tired, thirsty and hungry, at times forgoing food to speak with others (Matt. 21:18; John 4:6, 7, 31-34)
Though placing prime emphasis on spiritual things, Jesus was not an ascetic (Luke 7:33, 34)
He accepted invitations to meals and banquets, evidently possessed a quality garment and appreciated good things done for him (Luke 5:29; 14:1; John 19:23, 24; 12:2-8)
He was never overly concerned with material things but put spiritual things in first place,

CAEKAERT/MAPLEY 000505

even as he counseled others to do (Matt. 6: 24-33; Luke 10:38-42)

Great courage, manliness and strength are evident throughout his ministry (John 2:13-17; 18:3-11, 36, 37; Luke 4:28-30)

He proved himself to be a courageous liberator by waging warfare against demons, exposing hypocritical religious leaders and always upholding truth (Luke 4:16-36; Matt. 15:12-14; 22:15-46)

Jesus was also a man of great feeling and warmth, showing empathy and interest in others

He was never aloof, arrogant or overbearing, but spoke the truth clearly to all (Matt. 9:10-13; Luke 7:36-48)

Children felt at ease with him (Mark 10:13-16)

He proved himself a real friend and companion to his followers (John 15:11-15)

Authority did not make him demanding; he was mild-tempered and displayed compassion (Matt. 9:36; 11:28-30)

He proved himself to be a Master Teacher (Matt. 7:28, 29; John 7:45, 46)

He presented matters of great weight and depth with simplicity, brevity and clarity, using illustrations easily understood by listeners (Matt. 13:34, 35, 45-48; John 10:1-17)

He aimed his message not merely at men's minds, causing them to think and reason, but primarily at their hearts (Matt. 16:15, 16; Luke 10:25-37)

He never 'watered down' God's message in an effort to gain popularity; he was straightforward, even sharp at times (Matt. 5:37; John 8:46, 47)

Jesus proved himself to be the promised "Wonderful Counselor" by his application of God's Word, his understanding of human nature, his ability to get to the heart of questions, and showing the solution to problems of daily living (Isa. 9:6; Mark 12:15-17)

Jesus demonstrated his qualifications as a "leader and commander to the national groups" (Isa. 55:3, 4)

He fully accepted the responsibility given him by God, taking the lead among his disciples (Matt. 23:10)

His loving oversight proved he qualified as "the fine shepherd" (John 10:11)

The steady, helpful training he gave his disciples

was extremely effective in preparing them to continue in the ministry (Mark 6:7-13)

The dominant quality in Jesus' life and ministry was love (John 13:34, 35; 15:13, 14)

His love was not sentimentality; he was always guided by right principle (Heb. 1:9)

He proved his love for God by keeping His commandments (John 8:29; 1 John 5:3)

His heartwarming example of humility, kindness and love, coupled with strength for righteousness and justice, exemplifies the perfect standard for all his disciples (Matt. 20:25-28; 1 Pet. 2:21-24)

## JESUS CHRIST IS THE FOUNDATION UPON WHICH GOD'S FUTURE ARRANGEMENTS FOR HIS CREATURES ARE BUILT

He is the "Foundation," also the "Head" of the Christian congregation (Eph. 1:22, 23; 2:19-22)

He mediated the new covenant between God and those taken into the congregation of spiritual Israel (Heb. 8:10-13; 12:24)

They are "bought from among mankind" to carry out a special ministry here on earth and then to be with Christ in heaven to rule as kings and priests forever (Rev. 14:1-5; 20:4-6)

Jesus, as Head, will administer the benefits of his ransom sacrifice through these associate king-priests, providing education for life and true worship of Jehovah God

Jesus Christ is the King of Jehovah's Messianic kingdom (Dan. 7:13, 14)

His kingdom will settle the issue of universal sovereignty (Dan. 2:44)

As Executioner of God's purpose, he is the one used to destroy wickedness, including the Devil, from the universe (Rev. 12:1-12; 19:11–20:10)

His kingdom will bring everlasting life and blessings to mankind (Rev. 21:1-7)

That kingdom will be the capital organization of all the universe and by means of it 'all things in the heavens and on the earth' will be gathered together, to the glory of Jehovah God (Eph. 1:9, 10)

**MAIN POINT:** Jesus' position and example should influence the lives of all Christians, and overseers should strive to apply his qualities in their service SOURCES: *ad* 917-933; *ms* 282-288; *tr* 46-54

CAEKAERT/MAPLEY 000506

# Responsibilities of Members of the Congregation

## NEED TO RECOGNIZE THE TRUE "CONGREGATION OF GOD"

Jehovah is the Great Congregator of his people
He dealt with Israel as a congregation; those serving him faithfully were spoken of as "congregation of loyal ones" or "congregation of the holy ones" (Ps. 149:1; 89:5)
The faithful followers of Jesus Christ are called the "congregation of God" (Acts 20:28)
Satan has also congregated people for his purposes, promoting false worship (2 Cor. 11:14, 15; Matt. 7:21; Rev. 18:4)

Essential for us to recognize and support the true "congregation of God"

## THE SCRIPTURAL MEANING OF "CONGREGATION"

A congregation is a group of people gathered together for a particular purpose or activity
The Hebrew word for congregation comes from a root word meaning "assemble together"
In the Greek Scriptures the word *ek·kle·si'a,* translated "church" or "congregation," literally means "that which is called out," referring to a group of persons called out or called together for a particular purpose

The word "congregation," as used in the Greek Scriptures, often refers to the 144,000 spirit-anointed followers of Jesus, his "body," who will associate with him in his heavenly kingdom (Eph. 5:24)
✓ The word "congregation" can also refer to the Christians living at any particular time (and these now include those of the "other sheep"), or to a local assembly of Christians (1 Cor. 10:32; 11:16; Rom. 16:3, 4)
Use of the word "church" can be misleading because some think of a building rather than a congregation engaged in worship

## ISRAEL AS A CONGREGATION FROM THE TIME OF MOSES

Israel was called the "congregation of the true God," "congregation of Jehovah" (Neh. 13:1; Deut. 23:2)
Israel was called out of Egypt, then brought into covenant relationship with Jehovah at Mount Sinai
As a congregation of God they must 'strictly obey God's voice'; they declared their willingness to accept this responsibility (Ex. 19:3-9)
They were ruled theocratically by Jehovah (Isa. 33:22)
Hebrew population actually made up the congregation, but in an extended sense the alien residents who had declared themselves worshipers of Jehovah were included (Num. 15: 14-16; Ex. 12:19)

Moses shared responsibility for oversight with others—priests, judges, older men
Men in positions of oversight had responsibilities to shepherd the flock of Israel, judging, teaching, feeding them spiritually, aiding the spiritually weak ones and keeping them together within Jehovah's arrangement for his people (Ezek. 34:1-6; Deut. 17:8, 9)
They had to answer to God for the way they discharged their responsibilities (Lev. 10: 1-3; Num. 20:9-12; Ezek. 34:10)

Only those meeting Jehovah's standards were eligible as members of the congregation
To continue to be members they had to 'strictly obey God's voice'; failure to do so on the part of individuals led to their being "cut off"
Some were excluded from the congregation for refusing to purify themselves, eating holy things while unclean, working on sabbath, giving offspring to Molech, turning to spirit mediums and foretellers of events, sexual immorality (Num. 19:20; Lev. 18:29)
Members of congregation were shown mercy for unintentional wrongdoing, but not if deliberate (Num. 15:27-31)
Case of Achan illustrates responsibility of each individual toward congregation and the effect the wrongdoing of one can have on the congregation as a whole (Josh. 7:1-26)
On the other hand, divinely approved standing of a few may bring blessings to others (Jer. 5:1; Gen. 18:31, 32; Num. 25:6-11; Matt. 24:22; Acts 27:24, 37)

Jewish congregation organized under Moses foreshadowed the Christian congregation under Christ; it provided a prophetic pattern of greater things to come (Heb. 10:1; Col. 2:16, 17)
The Jewish congregation had Moses as mediator and leader; the Christian congregation has Jesus as Mediator and Leader
There were twelve tribes of natural Israel, and there are symbolically twelve tribes of spiritual Israel (Rev. 7:4-8)
The Jews were organized under the Law covenant; the Christian congregation under the new covenant
The Jews had the priestly house of Aaron of the tribe of Levi; Christ is now great High Priest and has with him a royal priesthood (Heb. 7:11-17)
Israel had animal sacrifices; Christian congregation has sacrifice of Jesus once for all time (Heb. 8:1-13; 9:12)

Jewish nation with its temple for worship was cast off from Jehovah's favor due to their rejecting his Son and continuing to violate his law (Matt. 21:42, 43)

CAEKAERT/MAPLEY 000507

This was a failure to 'obey God's voice' when he spoke to them through the Great Prophet that he had sent as spokesman, his Son (Deut. 18: 18, 19)

Requirements of the Law covenant were fulfilled by Christ; Law was taken out of the way (Rom. 10:4; Eph. 2:15)

From the time of Pentecost, 33 C.E., the Christian congregation was the one recognized by God

To show all that this was true, apostles and others were granted gifts of spirit to perform miraculous works

Thereafter all who received favor from God were required to come to and work with the Christian congregation

## EARLY CHRISTIAN CONGREGATION

Appropriately referred to as "the congregation of God" (Acts 20:28)

Members of Christian congregation were selected by Jehovah (John 17:6)

Invitation originally extended to Jews, then to Gentiles (Rom. 1:16; 11:25)

Christ, as the Foundation and the Head of the congregation, was designated by Jehovah (1 Pet. 2:4-6; Col. 1:17-19)

Governing body, comprised of apostles and older men of Jerusalem congregation, set lead in preaching work and directed work of the early congregations

Directed by spirit, they handled decisions on doctrinal and organizational matters, delivering them to the congregations by traveling representatives (Acts 6:1-6; 15:22-31; 16:4, 5)

They supervised appointments of older men in the congregations, defended good news before courts of the land, directed relief work to help needy brothers and safeguarded cleanness of the organization (Acts 5:29; 2 Cor. 9:1-5; 1 Cor. 6:9-13)

Organization of the early Christian congregations similar to the congregation of Israel with its older men, judges and officers

Appointed older men acted representatively for congregation in judicial matters (1 Cor. 6:2-4; Deut. 16:18)

Variety of "gifts in men" served in congregations with view to readjustment of the holy ones, also for ministerial work and for building up in faith and accurate knowledge (1 Cor. 12:27-30; Eph. 4:11-14)

Meetings for worship and Scriptural study followed pattern of the Hebrew congregation (Heb. 10:24, 25; Deut. 31:12)

## THE CHRISTIAN CONGREGATION BELONGS TO GOD

Congregation is not ours; it *belongs to God;* he is the one who stipulates the purpose of the congregation and the responsibilities of those associated

Reason for existence of the congregation is directly tied to Jehovah's foremost purpose, the sanctifying of his name

Members of the congregation are a people for God's name; they are to make known the excellencies of Jehovah, to honor his name by speech and conduct (1 Pet. 2:9; Acts 15:14)

With thousands of congregations on earth, only small number of anointed representatives of ✓heavenly congregation with us

Situation similar to Hebrew congregation with alien residents; "other sheep" today give full support to anointed representatives of "congregation of God" (Matt. 25:34-40)

God has entrusted responsibilities of oversight to some; they are not heads of local congregations, but shepherds under Christ

Since it is Jehovah's congregation, we need to show honor and respect for those taking oversight, whether they are of "little flock" or "other sheep" (Heb. 13:17; 1 Tim. 5:17)

They have responsibility to take lead in the field ministry, keep congregation well fed spiritually, protected from wrong influences, spiritually and morally clean and operating in harmony with Scriptural pattern

Elders too must show respect for Jehovah's representatives, applying recommendations from governing body

By so doing they show submission to the One to whom the congregation belongs and honor his Name

Overseers have responsibility to deal with congregation as Jesus did, recognizing that "sheep" belong to Jehovah (Eph. 5:25)

Do not make mistake Moses did; honor Jehovah in all you do (Num. 20:12)

Jehovah has restored congregations gradually since 1919 to high theocratic standard found in days of apostles (Isa. 1:26; 60:17)

## UPHOLDING THE PURPOSE OF THE CONGREGATION IN OUR TIME

Privileged to take up work assigned by Jesus as Head of the congregation, share in proclaiming Kingdom good news, make disciples (Matt. 13: 8; 28:19, 20)

Congregations organized to build up spirituality of Jehovah's servants and to cooperate in work of proclaiming Jehovah's name and kingdom

Preaching work intensified now since 'hour of judgment' has arrived and people of all nations are being separated; we have a responsibility to warn those inside and outside the congregation (Acts 18:6; 20:26, 27; compare Ezekiel 33:6)

God's angels have a share in directing this work

We should want to have as large a share as possible, encourage others (1 Cor. 9:16)

What we do in field ministry and our support of congregation depend on what is in our hearts; God's name and honor are involved

CAEKAERT/MAPLEY 000508

## OTHER WAYS WE CAN SUPPORT THE CONGREGATION OF GOD

We bear responsibility toward one another in the congregation

Jesus stressed showing love for our brothers and fellow workers in the congregation (John 13: 34, 35)

Assistance can be given those spiritually weak, missing meetings, not sharing regularly in field service, having bad associations or questionable conduct (Gal. 6:1; Jude 22, 23)

We can help some in getting to meetings and visit infirm

Help those desiring assistance to prepare presentations or Theocratic Ministry School parts; invite them to go in field service with you

Appropriate at times for congregation to give material assistance to deserving worthy ones, helping in personal way if economic difficulties arise, natural catastrophe or war destroys housing, etc.

All contributes to building up congregation in love (Gal. 6:10; Eph. 4:16)

Can honor Jehovah and show support for congregation by our conduct and speech

By our manifesting fruits of the spirit, we avoid hindering the free flow of Jehovah's spirit in the congregation (Gal. 5:16-26; Matt. 5:43-48; 1 Pet. 2:12)

Can contribute to unity of congregation by avoiding gossip, speaking what is upbuilding (Eph. 4:25–5:20)

Show loyalty to Jehovah's arrangement by supporting disfellowshiping actions, not covering over wickedness, cooperating with all overseers, not coveting service privileges of others (Rev. 2:6, 14, 15, 20; Num. 16:8-11, 32, 33)

Can show support for congregational arrangement by use of time, energy and material things, not putting personal interests first (Hag. 1:2-4; Phil. 2:3, 4)

Encourage brothers to make themselves available for service, suggesting pioneer ministry, Bethel, Gilead, serving where need is greater; full-time activity builds up the congregation

All can support congregation by being dependable when assigned a part on the meeting, being willing to share duties at Kingdom Hall and to help in keeping it clean

(Ask for comments as to how young ones have been aided to share in caring for things at the Kingdom Hall)

All individuals associated with the congregation of God's name people have a responsibility before Jehovah to live according to the truth and to share it with others, thus showing that it truly is the "congregation of God"

MAIN POINT: There are many similarities between the congregation of Israel and the modern Christian congregation; we can show appreciation for the congregation today by giving it our full support

SOURCE: *ad* 369-372

TEACHING SUGGESTION: Arrange for two three- to five-minute reports on "Ways We Can Support the Congregation of God," or other features of the material

No. 8 – First Tuesday, 2:10

# Improving Speaking and Teaching Ability

## MAKE EARNEST EFFORT TO IMPROVE YOUR SPEAKING AND TEACHING ABILITY

Must frequently appear before congregation to give talks, so you should want to do so in a helpful, effective way (1 Tim. 4:12, 13)

Direct attention to Jehovah God and to Jesus Christ

Endeavor to develop in others a warm appreciation for these truly Great Teachers (Ps. 143:10; Matt. 7:28, 29)

Being alert to improve in speaking and teaching ability will help make meetings more interesting and instructive

Even announcements and reports should be made interesting

Not to be delivered in a perfunctory manner, but presented in such a clear and impressive way that they will be remembered and with such appeal that everyone will be moved to share, if possible, in the activity announced

Monthly service report can also be made interesting; not given in a dry, mechanical, spiritless manner, but should warm the hearts of those who hear it

No matter how small a report may be, it represents labors of love and is not to be viewed disparagingly

Any comments on service reports should be positive and encouraging

Financial report too should not be read in casual manner; make figures speak of loving self-denial and sacrifice

Jesus laid emphasis on spirit with which contributions were made rather than the amount (Luke 21:1-4)

Conclusion of service meetings should be motivating and spiritual

Assist ministerial servants who handle parts on meetings to improve in speaking and teaching ability

May be times when situations arise in a congregation that call for strong counsel

CAEKAERT/MAPLEY 000509

When giving counsel, should be done in kindness and with Scriptural basis, never harshly or in anger or to "bawl out" congregation; the flock is God's, not yours (1 Pet. 5:2, 3; 2 Tim. 2:24, 25)

When you are going to give counsel, carefully plan your remarks; weigh your words

Never give congregation impression that you are speaking out of anger

Always show them the Scriptural basis for counsel given; they will not be offended but will be glad to cooperate (2 Tim. 4:2)

Speak to brothers in warm, friendly and conversational manner

When speaking with a brother individually, you talk simply and expressively; same manner should be used when speaking to brothers in congregation meetings

If you have a harsh voice, or a gruff, severe manner of expression, make earnest effort to improve; may not be your attitude; may only be the way your voice sounds to others

If some misunderstand or are hurt or offended by it, try to learn to speak differently, kindly

Should not feel that brothers should conform to your ways; more can be accomplished by kindness than by harshness or an imperative, commanding manner

In his manner of speaking, no overseer is to 'lord it over the flock'; for then could not truly encourage, upbuild (1 Pet. 5:3)

## TO IMPROVE SPEAKING ABILITY, CONSIDER ESSENTIAL QUALITIES OF EFFECTIVE SPEECH

Observation and discernment necessary to speak effectively to your audience

Get a correct estimation of your audience; they are not critics but friends who are there to listen and learn

Enthusiasm one of most important qualities, yet one most often neglected

You have heard public talks in which speaker spoke clearly, conversationally, had good thoughts, yet you found it hard to stay alert; problem was that speaker lacked enthusiasm

Enthusiasm makes a talk interesting, lively

Though conversational delivery is desirable in public talks, this does not mean delivery without life, sparkle, enthusiasm, vigor

Without enthusiasm you will find it hard to hold audience regardless of how excellent your material; without it a conversational talk can put whole audience to sleep

If you put your heart into talk, then a live, enthusiastic delivery will capture the audience; they will sit up and listen

Speak out of the abundance of your heart and be aglow with God's spirit or "enthusiastic in spirit" (Rom. 12:11, *Byington*)

Do not feel that it is beneath your dignity to manifest enthusiasm; you owe it to your audience

Modulation is also vital; teaching your audience requires holding their interest from beginning to end of talk

Modulation is colorful variety and contrast, changing pitch, pace and power in accord with what is said

Emphasis is essential to get ideas across

Stress should be placed only on key thoughts; amount of emphasis depends on the weight of a talk

Lack of emphasis renders a talk lifeless and unimpressive, whereas overemphasis distorts meaning of the material

Placing same degree of emphasis on everything renders a talk meaningless; if same degree of emphasis is given to each idea, your audience will be unable to determine what is important

Much effectiveness of teaching at a meeting can be lost unless each speaker uses appropriate volume or loudness and distinctness so all can hear without straining

If worth saying, it is worth hearing (Isa. 58:1; 1 Cor. 14:8, 9)

Distinctness is essential if congregation is to hear clearly and act upon the instructions given at meeting

Avoid dropping final syllables of words, running words together, or letting them fade out

Opening the mouth avoids muffled speech

Practice resonance so your voice will carry with sufficient loudness to all parts of your audience

Pausing is essential for comprehension; it helps listeners to follow, creates expectation, lets weighty thoughts sink in, thus emphasizing most effectively

Be conscious of this in giving detailed instructions, assembly preparations and other details

A pause before an important announcement will build up interest and expectation for it

## TO IMPROVE TEACHING ABILITY, CONSIDER JESUS' EXAMPLE AND BASICS OF ART OF TEACHING

Imitate Jesus' example as a teacher, especially his reliance upon the Word of God (Matt. 4:4; John 7:16)

Jesus referred to God's Word, quoting from or alluding to about half of the books in the Hebrew Scriptures in recorded conversations

So, like Jesus, rely on God's Word of truth; get your answers from it (Matt. 19:3-6)

When answering questions, turn to the Scriptures; help brothers see that answers are not personal philosophy but God's will

In talks ask audience to look up key scriptures and follow along as they are read, reasoning on them, elaborating on them and highlighting main thoughts

CAEKAERT/MAPLEY 000510

Provide specific material; talk dealing in generalities lacks weight and authority, is vague

If ideas are to be remembered, must be specific, exact; you must know your subject well

Not enough to state certain truths; show *why* they are true and why they are of value to know

If giving instruction, explain *how* a thing is to be done

Logical development is important in effective teaching too

Accuracy of statement is very important; be absolutely accurate in every detail at all times

Wrong statements delivered to an audience may be repeated and error magnified

If inaccuracies are recognized by new ones in audience, raises questions as to authority of speaker on other points, perhaps even calling in question truth of message itself

Avoid presenting too much material; no more material should be introduced than can be clearly developed in the allotted time; no more should be expressed than can be reasonably absorbed by your audience

Allow time to repeat main points; meetings should be instructive and interesting

Rhetorical questions (in which no answers are expected from the audience but you sometimes supply the answers yourself) help to stimulate thinking (Luke 12:49-51)

At times you may wish to use a series of questions, not giving an answer until you get to the concluding one

Kind of questions you ask depends on your audience and what you are teaching

Illustrations formed important feature of Jesus' teaching and can help you to be effective (Matt. 13:34, 35)

Work to make illustrations simple; complex ones may be difficult to follow or even detract from your arguments

Letter of James contains many simple illustrations from common things of life (waves of sea, rudder of ship, bridle of horse, a mirror, and so forth)

A string of humorous stories or illustrations may detract from the objective of your talk; no need to entertain

### APPEAL TO THE HEARTS AS WELL AS THE MINDS OF AUDIENCE

Heart is involved in motivation and is the principal seat of one's affections (Ps. 119:11)

Mind recommends certain decisions on issues important to a person, but heart exercises strongest force for final decisions

Needs to be a willing heart to motivate one to action (Ex. 35:5, 21, 22)

No reason to try to get brothers out in field service by exerting pressure on them in talks; however, encouragement is proper

Endeavor to stimulate a *desire* on their part to serve Jehovah whole-souled and to have as full a share as possible (Mark 12:30)

Whole-souled devotion is greatest commandment of Mosaic law; no less is required of us as disciples of Jesus Christ (Matt. 22: 36-40)

In talks, do not speak as if you expect all publishers to be doing same amount; all are different, with different conditions of health, circumstances; we can render whole-souled devotion, whether producing thirtyfold, sixtyfold or a hundredfold (Matt. 13:23)

Help them appreciate that participation in sharing the good news is a sacred duty, a requirement on which our life depends (1 Cor. 9:16; Rom. 10:10)

Help brothers see how our work relates to the supreme issue over righteousness of Jehovah's sovereignty; then their hearts will move them to zealous service (Luke 6:45)

Help them see that our response to Kingdom-preaching and disciple-making shows how much God's kingdom really means to us individually

To reach hearts, appeal to the urgency of our work; show that lives are at stake, that we are doing a work never to be repeated, that none of our work is in vain, that the reward for endurance in our ministry is certain (1 Cor. 15:58)

Having plenty to do in Jehovah's work keeps us awake; then the destruction that comes "instantly" when they are saying "Peace and security!" will not overtake us (1 Thess. 5:3-6)

Keeping Jesus' fine example before the brothers aids in appealing to hearts (John 8:29; Rom. 15:3-6)

Paying attention to your speaking and teaching, you will "save both yourself and those who listen to you" (1 Tim. 4:16)

**MAIN POINT:** Overseers need to pay constant attention to improving their teaching and speaking, applying all the essential qualities of speaking and following the teaching style of the Lord Jesus

SOURCES: *sg* 49-54, 73-78, 108-113, 158-171; *qm* 40-44

TEACHING SUGGESTION: Lecture; at conclusion, review qualities of effective speaking and teaching, with students supplying answers

CAEKAERT/MAPLEY 000511

# God's Government—A Reality

## GOD'S KINGDOM, FROM SHADOW TO REALITY

For millenniums God gave prophetic indications to his servants that he would establish a Kingdom government over earth

God has always been sovereign ruler (Ps. 103: 19), but after man rebelled He purposed a *new expression* of his rulership, a "seed" to crush all rebels (Gen. 3:15)

Progressive revelation of his purpose showed that this would involve the formation of a subsidiary government with kingly ruler

Faithful patriarchs did not join with man-made kingdoms; they awaited heavenly governmental arrangement (Heb. 11:13-16)

Even in dealings with nation of Israel, which had kings and priests, God pointed to a different governmental arrangement in the future— a whole "kingdom of priests" (Ex. 19:5, 6)

God's covenant with David gave hope of permanent Kingdom ruler from his line (1 Chron. 17:11-14)

Visions in book of Daniel assured that no human government would defeat that kingdom (Dan. 2:20, 21, 44; 4:34, 35; 7:14)

This government took on real substance in the first century C.E.

John the Baptist prepared people for its king (Matt. 3:1, 2)

When Jesus was baptized and anointed, the king-designate was in their midst; no longer a distant hope (Luke 17:21)

His miraculous works—healing, raising dead, casting out demons—proved Kingdom had overtaken his listeners (Matt. 12:25-29)

Now Kingdom was attainable goal toward which men could press, but attaining it was not easy; it took much effort, forceful endeavor, as if storming a city (Matt. 11:12)

While believing reality of Kingdom, for a while disciples misunderstood its reach, limited it to the earth (Acts 1:6)

From Pentecost 33 C.E., Kingdom ruled over the Christian congregation, but did not exercise rule over all mankind (Col. 1:13)

New covenant became operative in 33 C.E.; the anointed became nucleus of nation of king-priests (1 Pet. 2:9, 10)

Reality of Kingdom rule over congregation seen in that the resurrected Jesus protected his disciples, supervised the expansion of their work (Matt. 28:20)

That persecution occurred does not disprove this; it had good effect of spreading preachers who were proclaiming and upholding Kingdom (Acts 8:1; 11:19-21)

Would have perished if not protected (Acts 5:38, 39)

Congregation experienced divine intervention to direct the expansion (Acts 9:6, 15, 16; 13:2-5; 16:9, 10)

Kingdom rule in this sense did not affect 'Gentile Times,' for human kingdoms continued ruling without interference

Kingdom is even greater reality today, for Christ was enthroned in 1914 C.E. to rule heaven and earth

Ceased sitting at God's right hand; given authority to extend Kingdom rule throughout universe in God's due time (Ps. 110:1, 2)

Took action in heaven to defeat Satan; that He could accomplish this proves Kingdom is a reality (Rev. 12:7-10)

As ruler of "kingdom of the world" (all mankind), he could begin to divest earthly governments of authority and power in his due time; they could no longer count on ruling without Kingdom interference (Rev. 11:15)

That the nations were not destroyed immediately proves that Kingdom authority is currently exercised with forbearance as God and Christ wish

Since they had power to defeat Satan and demons, could easily have defeated nations immediately if they had wanted to

They did not do so, in order to give persons opportunity to face the issue, to choose whether to support Kingdom (2 Pet. 3:9, 15)

## EVIDENCE ABOUNDS TODAY THAT THE KINGDOM IS A REALITY

Some persons do not believe Kingdom is a real government because the kind of evidence they expect does not seem to exist

Such persons who disbelieve reality of God's kingdom overlook the abundant evidence that there is

An outstanding evidence of a real government is *loyal subjects*

Without loyal subjects, kingship is meaningless (Prov. 14:28)

Unlike many human governments, God's government has *loyal* support of a multitude of people, and the number is on the increase

Few people are personally interested in their human government—ridicule policies and leaders, cheat on taxes

Yet, over 1½ million persons earth wide voluntarily and enthusiastically support Jehovah's kingdom

Though living in over 200 lands, they support it (Ps. 72:8)

Marcus Bach observed in *Adult Student* (Nov. 1956):

"In the ranks of Jehovah's witnesses are people of every class and culture; but they all hold one element in common: allegiance to Jehovah"

29

CAEKAERT/MAPLEY 000512

Not only do they believe it is the best government; they also freely spend their time teaching millions of others about it

This real heavenly government has written *laws* that are enforced

These are not dead, unenforced laws; they are current and workable, for both their source, Jehovah, and those living by them are alive and active (Isa. 33:22)

Biblical laws applying to Kingdom's subjects take into consideration that Christians live under laws of nations

Supporting God's heavenly government is not seditious to human government where one lives; Christians are not advocating any rival human government

Christians are to obey all secular laws that do not conflict with Biblical laws (Mark 12: 17; 1 Pet. 2:13-17)

This is a practical and wise arrangement; seen by fact that Christians are often among a nation's best citizens

Commendation of Witnesses was included in U.S. Congressional Record: "An asset to the community." South African publication *Personality* observed: "Jehovah's Witnesses seem to be bursting with good qualities and to be almost free from the bad." (Nov. 21, 1968, p. 176)

God's laws are already being enforced

In each congregation there is a judicial committee authorized to handle cases of wrongdoing

Willful law violators can be expelled from the congregation

Enforcement protects others from contamination and harm

Final punishment of unrepentant lawbreakers is from God; it is eternal destruction (Rev. 21:8; 2 Thess. 1:6-9)

Existence of these enforced laws proves reality of Kingdom

Its *educational system* testifies to Kingdom's reality (Isa. 54:13)

A basic responsibility of a real government is education; God's heavenly government has extensive system of schooling

Gilead School has trained over 5,000 ministers to serve as educators throughout the earth

Kingdom Ministry School provides advanced training for men who are administrators and educators in congregations

Theocratic Ministry School operates in over 27,000 congregations; is available to all desiring its free education

Specializes in education in God's laws and matters related to theocracy, to God rule

Textbooks for this education are readily available

Bible is basic textbook; is most widely distributed book

Other textbooks printed in millions of copies; as of 1971, among ten all-time best sellers, six were such theocratic textbooks (*tr, lg, pa, ev, is, im*)

Educational program carried even to persons not yet subjects

Free, private instruction provided right in homes of persons interested in laws and blessings of God's government

*Protection* and *blessing* from God's government prove it is real

Nations opposed to Kingdom-preaching work cannot stop it

Both Nazis and Communists have tried to stop Witnesses, but without lasting success

Though thousands were put in German concentration camps, Witnesses were more numerous after World War II than before

In *The Kremlin's Human Dilemma* Maurice Hindus writes about Witnesses in Russia: "There is no stopping them. Suppressed in one place, they bob up in another, now in European Russia, now in Siberia. . . . They appear as indestructible as the Soviet police that is determined to sweep them off the Soviet scene."—p. 304

While churches and seminaries are closing, hundreds of thousands are taking up true worship as supporters of the Kingdom

Indicates God is blessing his worshipers (Acts 9:31)

## AS AN ELDER, YOU SERVE WITH QUALIFIED RULERS OF GOD'S KINGDOM

God's government has the best of rulers; they are alive and real

Quality of life possible in a kingdom is often related to the quality of the ruler or rulers (Prov. 29:2)

Some human rulers do not even have legal right to rule; they seize power or get it by use of dishonest politics

Jehovah is supreme and rightful ruler (Ps. 145: 11-13)

Jesus is God's chosen ruler of Kingdom; eminently qualified (Isa. 11:1-5)

By legal action in heavenly Court, power was conferred on him; gives Kingdom legal basis (Dan. 7:10-14; Ezek. 21:27)

Since he took up ruling power over mankind all other governments lack legal right to continue (Eph. 1:10)

His qualifications excel those of any human ruler

Shared in making man; long interested in us (Prov. 8:31)

When on earth he adhered to righteous principles, showed compassion for the sick, taught followers ways of peace, out of love gave his life for believing mankind (Matt. 9:35, 36; 11:28-30; John 15:13)

Anointed 144,000 to share as corulers in heaven with Christ (Dan. 7:27; Luke 22:28-30; Eph. 1:11; Rev. 5:10; 22:5)

Christians on earth will benefit from their vast experience

Individual elders in congregation serve as princes, administering earthly affairs of God's heavenly government (Isa. 32:1, 2)

This does not conflict with human governments, for you promote no political nation of today, but the existing heavenly Kingdom

CAEKAERT/MAPLEY 000513

You are in a sense part of the Kingdom's judiciary when you handle problems involving infractions of God's law

Though spoken of prophetically as "princes," you are actually servants of your brothers (Matt. 20:26-28)

To be otherwise, would be in stark contrast to Jesus

To fit the description of Isaiah 32:2, you must be a source of comfort, protection and help to your brothers

This will help to make the Kingdom more of a reality to them; will help them to see type of administration Kingdom is

## LET REALITY OF KINGDOM INFLUENCE YOUR WORSHIP OF GOD

When faced with temptations, realize that at issue is whether God's law or law of sin actually controls in your life

Because of human imperfection law of sin is present in us all, but it does not have to get mastery over us (Rom. 7:21-23)

When you, as an elder, resist pressure toward wrongdoing you help yourself and others to show allegiance to God's law

The more you choose God's law as preferable, the more closely you become aligned to rulership that will last forever

Brothers observing you will be helped, for they will see that we *can* live by God's law, that it brings happiness

By increasing amount you personally speak and think about the Kingdom as a reality, you will find it increasingly easy to obey its law

Temptation to immorality, lying, cheating, jealousy, wrath, envies will be more easily rejected

Do not chafe at limitations imposed by God's Word, but look at them as for your good; Christianity is best way of life

If you as an elder were to show resentment over restrictions involved in Christian way of life, "sheep" in the congregation would be torn down

Believing that the Kingdom is a reality, give of yourself in serving your brothers, thus advancing its interests

Do not view additional assignments as just "more work"

Take the lead in field ministry; you thus locate prospective subjects of the Kingdom and share in its educational program

Manifest that you willingly submit to God's rulership

Jehovah wants only *willing* subjects, persons who both recognize and appreciate his ways and their rightness (Ps. 110:3)

MAIN POINT: As the evidence proves, the kingdom of God is a real, functioning government today; elders work along with that government in serving their brothers

SOURCES: *ad* 1002-1005; *ms* 300-306; *tr* 82-113

TEACHING SUGGESTION: Have three students as a committee prepared to use points from material in demonstration. A brother has sinned, been disciplined, and restrictions have been explained to him. Now have an upbuilding conversation about the reality of the Kingdom, designed to help him become firm on its side and to uphold its law

No. 10 – First Tuesday, 4:30

# Studying the Bible with Benefit

## THE PURPOSE OF OUR STUDY

Real reason for study of the Bible should be to acquaint ourselves better with Jehovah, to know him—his personality, his will and purposes as Sovereign Ruler—and to improve our relationship with him

We should desire more than just acquaintanceship

It would take countless years of living to know a person as well as the Bible reveals Jehovah to us

Bible relates his dealings, attitudes, reactions to circumstances over thousands of years in dealing with millions of persons (Ex. 33:13)

Besides knowing him as a person, knowing God also means to act in harmony with what you know (Jer. 22:16)

First John 3:6 says: "No one that practices sin has . . . come to know him," that is, Christ; the same is true as to knowing his Father (John 14:9, 10; 16:2, 3)

One who does not know God thinks God will not act according to his Word, or that God will continue to deal with him even though practicing sin

John 17:3 means more than taking information into head; means getting it into heart, living in accord with it

When reading any portion of the Bible, it is good to analyze how it should affect our lives

Motivation for studying the Bible should be twofold: (1) to equip us to know and serve God now, and aid others to do the same (2) to prepare us for life in God's new order

## STUDYING THE BIBLE IN ORDER TO BECOME BETTER SHEPHERDS AND TEACHERS

Elders should be especially concerned about knowing well Jehovah's ways and viewpoints on matters (Ps. 86:11)

CAEKAERT/MAPLEY 000514

Members of the congregation look to them as examples in imitating Jehovah and his Son (1 Cor. 11:1; Eph. 5:1; Heb. 13:7)

The better elders know Jehovah, the better they will be able to imitate him

When studying the Bible, elders should consider what applies to them, what aspects of Jehovah's personality, ways and viewpoint of matters are revealed in 'a particular passage of Scripture and how *they can imitate him* in these respects

Members of the congregation need help in imitating Jehovah

Elders, when studying the Bible, do well to keep in mind congregation's needs

They could make note of points that would be especially helpful in giving counsel and encouragement, whether privately or from the platform

When problems arise, elders should search for Bible principles in order to find the solution

Usually careful and prayerful consideration of Bible with aid of Society's publications leads to finding solution

(Instructor should discuss and illustrate effective use of *Publications Index* or have students demonstrate this)

Effort should be made to provide answers in congregation without relying constantly on inquiries written to the Society

## WATCH TOWER PUBLICATIONS HELP IN STUDY OF THE BIBLE ITSELF

Scriptural discussions in Watch Tower publications are based on the Bible, with additional clarifying details supplied from ancient or modern history, or from practices common in the past or at present

When it comes to statements strictly based on the Bible, elders could beneficially make it a point to cite God's Word as the authority and not merely the publication that is based thereon

To this end, elders, after completing a study of certain material in one of the Society's publications, could check whether they can explain from the Bible alone what they have considered

Some, after reviewing what they have studied, may find it helpful to make brief notes in the margin of their Bible

If extra-Biblical information is needed to clarify a particular passage of Scripture, a brief note in the margin of the Bible, accompanied by a reference to a source where more details can be found, is very helpful

When elders emphasize the Bible in their reviews at congregation meetings, all will be helped to appreciate that they are studying the Bible

A good way to do this is to have those in attendance open the Bible to scriptures that were considered and then ask questions based thereon

Reviews based on the Bible will aid brothers to think Scripturally, to cite the Bible as their authority in teaching others and in helping their families, and to appreciate more fully that they are really being "taught by Jehovah" (Isa. 54:13)

## SUGGESTIONS FOR EFFECTIVE BIBLE STUDY

Methods of study are helpful but vary from person to person

Good to schedule time every day; with a specific time it is easier to keep regular

Make it fit your particular routine and life pattern; may be before retiring or first thing in the morning, etc.

Only ten or fifteen minutes a day regularly will give encouraging results

Good surroundings helpful, but many must read on public transportation, during lunch breaks at work, etc., learning to shut out distractions

Reading out loud or in an undertone can aid comprehension and memory (Ps. 1:2)

Thoughtful meditation on material read impresses information on the mind and heart (Ps. 143:5; Prov. 15:28)

When your reading of a Bible account gives rise to questions, seek to get accurate answers

Cross-references and concordances aid one to locate explanatory scriptures and other helpful material

(Ask class to find answer to a Scriptural question by use of Bible concordance or cross-references)

If other Bible translations are available, one could compare renderings and check any marginal notes or footnotes

Explanations of scriptures can be located by consulting Society's *Publications Index;* this aid to study should be used fully

Research may have to be governed by available time, need for information and circumstances of the one doing the studying

Ones new in the truth may not understand much of certain sections of the Bible

Better for newer ones to get overall picture first and not try to look up everything they do not understand; but they could make note of certain points and do some research later

If they stop too often to look up things, they may get discouraged because of not being able to cover much material, and may miss the overall picture

Brothers in the truth longer, especially elders, should have in mind getting more of the details and understanding

When time is limited, one may need to determine which points are vital to understanding, giving attention to these and not losing time on less important details

Purpose for which information is desired may limit extent to which other details are explored

CAEKAERT/MAPLEY 000515

## DISCERNING THE CORRECT APPLICATION OF SCRIPTURES

Always consider the context: To whom was the information directed?

What was its purpose? How would it have been understood by those hearing or reading it back then?

The Bible contains many basic truths or principles that can be applied to a variety of circumstances without doing any violence to the context

But elders should be especially careful that they do not force an application that is contrary to the context

When drawing an extended application or principle from a certain text, one can fortify it by showing the contextual meaning

We should not construe scriptures in such a way as to make them state twentieth-century concepts that would not have been understood by people living before

A case in point is Amos 9:2, where the reference is to 'going up to heaven' to escape divine judgment

Some might say this specifically refers to going up in rockets

People living in the time of Amos, however, would have understood this to mean going up to the mountains, for high mountains were often concealed at the summit by clouds

Amos 9:3 draws a similar comparison, pointing out that those hiding atop Mount Carmel would not escape Jehovah's judgment

The *principle* to be learned from Amos 9:1-3
– is the same today as it was anciently—no place, regardless of how high or how low, will provide safety for lawless persons at the time Jehovah's judgment is executed; even should some today try to escape in rockets, they will not succeed

Keeping a Middle Eastern setting in mind will prevent one from drawing wrong conclusions

In Israel and Judah of ancient times, lions roamed the Jordan thickets and, as today, grapes and figs were widely cultivated

For this reason restoration prophecies speak of each one of God's people as 'sitting under his vine and under his fig tree' and of 'the lion eating straw' and allowing himself to be 'led by a little boy' (Isa. 11:6, 7; 65:21, 25; Mic. 4:4)

Such prophecies had a past fulfillment and also point forward to the time when peaceful, prosperous and secure conditions will prevail on earth after the "great tribulation"

They should not be interpreted to mean that lions will begin roaming the entire earth so that each child can have a lion as a pet,

nor should one think that, regardless of climatic conditions, grapes and figs will flourish everywhere

One also needs to use good sense and reason when reading Bible accounts

Often details are not supplied in the immediate passage

One example is Jehovah's supplying water for the Israelites in the wilderness (Ex. 17:6)

Had this been merely a trickle comparable to a modern water fountain, it would have been impossible for some three million people and their domestic animals to get enough water to supply their needs if they had to stand in line

Jehovah must have provided an entire stream of water from the rock, and this is confirmed at Psalm 105:41

Remembering that what is recorded in the Bible was usually of significance to people then living, will prevent one from drawing wrong conclusions

Psalm 37:10, for example, points to the time when the wicked will be no more

This does not mean that the application of this text is limited to the time after the "great tribulation"

David, under inspiration, based his statement on things he had personally seen in his life while Israel was under theocratic rule and used this point to show that there was no reason to get disturbed when the wicked seemed to flourish for a while (Ps. 37:1, 2; compare verses 35, 36)

Since 'Jehovah does not change,' we have confidence in the fulfillment of David's words in our day, when the wicked will be destroyed in the "great tribulation" (Mal. 3:6)

Appreciating that Psalm 37:10 is not just a promise that has never been fulfilled, we can point to its future fulfillment with greater confidence

One who knows the correct application of scriptures is in a better position to imitate Jehovah and to help others increase in accurate knowledge of God—this should be our goal when studying the Bible

**MAIN POINT:** Study with a purpose in view: Bible study helps to acquaint us better with Jehovah, to get his viewpoint and the correct understanding of his Word

SOURCES: *w72* 498-505; *sg* 33-38

TEACHING SUGGESTION: Using last Sunday's *Watchtower* lesson as a basis, point out how it helped you to understand some portion of the Bible itself or helped you to use the Bible more effectively

CAEKAERT/MAPLEY 000516

# How the Elders Work Together as a Body

## THE "BODY OF ELDERS" SERVE UNDER THE HEADSHIP OF CHRIST

Jehovah is the "shepherd and overseer" of our souls; he has made his Son the "chief shepherd" of His flock (1 Pet. 2:25; 5:4)

When the Christian congregation came into existence at Pentecost, Jesus Christ was its appointed Head (Matt. 28:18-20; Eph. 1:22, 23)

Appointed elders today recognize their responsibility to "shepherd the flock of God" under the direction of the "fine shepherd," Christ (1 Pet. 5:2; John 10:11)

Elders are not to be viewed either individually or collectively as the head of any congregation (Matt. 23:9-11)

Elders must be broad and deep in knowledge and understanding of God's Word, manifesting genuine love for the congregation

Such qualities, not merely their age, inspire confidence and respect, promoting the smooth operation of the congregation (Job 32:9)

They are to be like the older men in Israel for whom people could look for counsel

The services of the elders should result in refreshment for those in congregation, as indicated by Jesus (Matt. 11:28-30)

## POSITION OF ELDERS FROM APOSTOLIC TIMES

Bible shows that all elders in any one congregation have equal authority, though not necessarily equal ability

Some may be more highly esteemed in congregation due to years of service and spiritual qualifications

None of Paul's writings single out any man as *the* overseer or even address any individual as such

Although Peter presided at early meetings of the congregation in Jerusalem, James is later found holding this responsibility (Acts 1:15-22; 2:1-14; 5:1-11; 15:13-21; 21:18; Gal. 2:12)

Paul related that there were "outstanding men" among the elders at Jerusalem and named Peter and John as ones who "seemed to be pillars," though no official rank or station is implied (Gal. 2:2, 9)

Though Peter was a 'man of prominence' like other older men, he was not infallible and was later corrected by Paul (Gal. 2:11-14)

On one occasion Paul reported to older men at Jerusalem, received counsel from them and followed it (Acts 21:15-26)

Model meeting of governing body recorded at Acts 15:6-29

Issue of circumcision was discussed, with credit given to holy spirit for the fine decision that was reached so that congregations were "made firm" (Acts 16:5)

## MODERN-DAY MEETINGS OF ELDERS

Regular meetings, held at beginning of September, December, March and June to discuss work, are recommended, but others may be convened whenever necessary

Chairman presides over regular discussions of activities; it is beneficial for him to plan in advance a program or agenda, scheduling time for each subject (Rom. 12:8; 1 Cor. 14:40)

Prayer is offered, seeking guidance of holy spirit and understanding of appropriate Bible principles (Acts 1:24, 25; 6:5, 6; 20:17, 36)

Chairman may request one elder to make brief notes of decisions made and date of meeting for congregation files

Chairman may call on certain elders to make initial presentation of subject; others are free to bring up matters needing attention as appropriate, contributing as fellow elders (*or* 65)

All can help to keep discussion Scriptural, applying Bible counsel

Principal topics for discussion might include:

*Shepherding* (starting new study groups; encouraging and counseling when appropriate at Kingdom Hall; arrangements to visit at homes; trying to interest unbelieving mates; strengthening the family study arrangement; giving assistance where needed to some in field ministry, in developing Theocratic Ministry School talks, in commenting at meetings, etc.

*Improving the teaching at meetings and their quality* (teaching methods used by elders in giving talks; rehearsing demonstrations; who might be used in demonstrations so as many as feasible are involved in meetings; showing application of material in lives of brothers; timing of program; varieties of presentations; highlighting aspects of material that pertain to congregation)

*Plans for public meetings* (consider what subjects might be especially helpful to congregation, also special topics that might be developed in response to viewpoints of people in that area)

*Public talks and instruction talks the elders will deliver* (as their time and ability permit them to prepare these; also considering who might be especially qualified to cover certain subjects)

*Matters needing special attention on the service meeting* (such as common objections in field service; encouraging return visits and starting Bible studies; problems confronted by young

34

CAEKAERT/MAPLEY 000517

publishers at school that would be appropriate for congregational discussion; problems such as gossip, faultfinding, etc.) (At this point instructor may ask students what subject they think would be beneficial for the elders in their home congregation to discuss and why. After getting several suggestions, instructor may select a few matters that would be appropriate for such a meeting and that have the widest interest among the brothers present, and then get comments from the class on how some have handled the matters locally or what they would suggest)

Early in September determine whether any brothers now qualify as ministerial servants and whether any ministerial servants now meet the qualifications for elders

Also determine whether any elders or ministerial servants need to be removed

Send this information to the branch office along with the full name, complete mailing address and telephone number (if they have such) of those who will serve as the presiding overseer, field overseer and Bible study overseer for the coming year

Rotation takes place, the regular order being with Theocratic Ministry School overseer becoming *Watchtower* study conductor, who in turn becomes Bible study overseer, who then serves as field overseer, who becomes the new presiding overseer

The present presiding overseer moves to any open position, such as book study conductor

If someone cannot take the next position in rotation, elders will decide on adjustments, recognizing the rotation arrangement

Review duties of ministerial servants and make adjustments where beneficial

If a brother who was an elder or ministerial servant elsewhere moves into a congregation, the elders may want to discuss whether it would be appropriate before September to make a recommendation for his appointment so they can benefit from his services (*or* 66)

In December review work of pioneers and send reports to branch office for those who might qualify for service elsewhere

Problems involving pioneers may be reviewed at any time, however, and the elders have the responsibility to remove any pioneers who no longer meet the qualifications and notify the branch office of such action

## CONGREGATION COMMITTEE

The presiding overseer, field overseer and Bible study overseer have special responsibilities as a service committee

These include checking all regular pioneer applications and recommending qualified ones to the branch office; making appointments of temporary pioneers; handling territory adjustments with other congregations, etc.

If all service committee members are elders they will serve as a judicial committee when necessary

Usually not necessary to consult Society in handling problems, as local committee is qualified to take action

Committee has weighty responsibility to preserve cleanness of congregation

## WORKING TOGETHER IN A SPIRIT OF COOPERATION

Christian congregation likened to a body that, by being "harmoniously joined together and being made to cooperate through every joint that gives what is needed, according to the functioning of each respective member in due measure, makes for the growth of the body for the building up of itself in love" (Eph. 4:16)

Are you 'giving what is needed' by your cooperation and support of the various brothers who have been appointed to serve?

Paul advises that "God makes all his works cooperate together for the good of those who love God" (Rom. 8:28)

Essential for elders to cooperate together as a body for building up of the congregation in love

This requires continuing cooperation and support from overseers previously holding certain positions, not just for one month at start of year, but at all times

It means making available the information, experience, correspondence from the Society, etc., that would be helpful

It means not finding fault with the efforts of brothers while they learn what has to be done, but recognizing that they, too, are appointed and serve under direction of holy spirit

While Scriptures show that elders are equal in authority in the congregation, one serves as chairman, another one rotating into that position each year

Where there are differences in personal viewpoints, will you show humility by cooperating closely with what the body of elders as a whole feel to be in the interests of the congregation? (Prov. 15:33; 1 Tim. 5:21)

Will the presiding overseer in turn show humility by consulting fellow elders and showing willingness to draw on their years of experience?

Be sure decisions of the body are based on God's Word (2 Tim. 3:16, 17)

## WORKING TOGETHER AS A BODY UNDER THE HEADSHIP OF CHRIST

Ephesians 5:24 reminds us that "the congregation is in subjection to the Christ"

This is true both of the spiritual congregation of 144,000 as well as of each congregation of Christians throughout the earth whose body of elders recognize that they are in the right

CAEKAERT/MAPLEY 000518

hand or under the control of Christ (Rev. 1:16–2:1)

Christ in turn accepts his direction from Jehovah (1 Cor. 11:3)

It was not always easy for him to follow such direction, yet he did so faithfully (Matt. 26:39, 42)

Will you as an elder in the congregation show the same attitude in recognizing Jehovah's arrangement, cooperating with the entire body of elders and with the presiding overseer? (Rom. 12:10; 1 Tim. 5:17)

Working together as a body does not mean all directly share in performing each task or making each decision

The human body, though having many members, carries out certain functions without consultation (1 Cor. 12:12-31)

While not all members may participate in all decisions, all do cooperate for common goals of the body

Each elder does well from time to time to reflect on his oversight, examining his ministry and motives, then making whatever adjustments are necessary to be an even greater source of blessing, assistance and encouragement to his brothers (Rom. 15:1, 2)

As entire congregation works together, it is strengthened, built up in loving unity, and brought closer to Jehovah God and Christ Jesus (Phil. 2:9-11)

**MAIN POINT:** Each elder should balance responsibility with humility, thus becoming a blessing in the body of elders and in the congregation

SOURCES: *ad* 1162, 1163, 1260, 1261; *or* 60-70, 78, 151-153; *yb* (1972) 29-33

---

No. 12 – First Wednesday, 10:40

# Giving Counsel to Individuals

### ALL OF US NEED COUNSEL

No man is able successfully to direct his own steps (Jer. 10:23)

No matter how many years we have lived, we are still children in the eyes of the Eternal God

From Jehovah's viewpoint of 1,000 years being as one day, a man of 100 years has lived only two hours and twenty-four minutes (2 Pet. 3:8)

Can anyone become so wise in this short time that he does not need counsel from his Eternal Father?

From the time of Adam, men continued to do foolish things against their best interests

It is with good reason God's Word says: "Listen to counsel . . . " (Prov. 19:20)

Some in the congregation more frequently encounter circumstances where counsel is necessary to keep them in the right way

Lacking in spiritual growth and maturity, they react spiritually as a child

### MEANS BY WHICH COUNSEL IS GIVEN

Jehovah gives us much counsel through his written Word the Bible

Although many of his instructions were directed to the nation of Israel, they are for our benefit too (Rom. 15:4)

God gave Israel practical counsel as to worship, exacting exclusive devotion; the same counsel will preserve our relationship to God

He gave counsel as to personal conduct, warning against murder, stealing, sexual immorality, bearing false witness and many other things; benefits to us and the community in which we live through heeding this counsel are clearly evident

Personal Bible counsel to individuals also instructs us

As with Saul, personal sacrifices without obedience mean nothing (1 Sam. 15:22, 23; Heb. 13:15)

Counsel about the danger in the love of money is as beneficial to us as it was to Timothy (1 Tim. 6:10, 11)

Husbands and wives today can benefit from counsel given to the Colossians (Col. 3:18-21)

Jehovah uses the "faithful and discreet slave" class to provide us with good counsel

Under its direction, Bible-based publications of Watch Tower Society counsel on personal conduct, marriage, keeping of integrity to God, our relationship with political rulers, etc.

Through congregation meetings, counsel from "slave" given on mental attitude toward our field ministry, spiritual maturity, etc.

Husbands and fathers have responsibility to counsel wives and children, and mothers share in counseling children (Eph. 5:22, 23; 6:4; Prov. 29:15)

Older men in the congregations must shoulder responsibility of giving counsel when needed

This is an obligation that comes with appointment as an elder (Titus 1:9)

Not difficult to use the Bible to exhort the brothers to continued faithful service

When difficulties arise, must also handle these (2 Tim. 4:1, 2)

Must be willing and able to administer needed reproof

Though not always appreciated by the wrongdoer, it is a blessing to the congregation and will be to the wrongdoer who heeds it (Prov. 6:23; 2 Tim. 2:24-26; Heb. 12:11)

CAEKAERT/MAPLEY 000519

Elders must have fortitude to reprove wrong-doers when necessary

Cannot hold back because some individual may refuse reproof, or because of relationship with the individual or because a former close associate (Prov. 27:5, 6; 29:1)

Overseer with spiritual qualifications will act out of concern for the spiritual condition of the congregation as a whole (1 Tim. 5:20)

For an overseer there is no room for compromise

Paul was moved by God's spirit to forewarn us of some who would want to serve God in their own way (2 Tim. 4:3, 4)

Elders must be watchful enough to follow Paul's advice in dealing with those who contradict (Titus 3:10; 1 Cor. 5:11, 13)

Problems will arise in the congregation just as foretold; elders are necessary to shepherd the flock and keep the congregation clean (Acts 20:28-30, 35)

## APPROPRIATE AND EFFECTIVE COUNSEL

Counsel is usually given in one of two different situations

Either when approached by one seeking it, or after seeking out one who needs counsel

The effectiveness of counsel can often be determined by the results it gets

If counsel accomplishes its intended purpose, improvement should be forthcoming

The only exception would be when the one counseled is beyond assistance

When response is not evident, it should not always be assumed that fault for this failure lies with the one counseled

Effort should be made to determine if counsel was ineffective by analyzing the counsel

Counsel may accomplish three things: Offer commendation, give something to work on, and offer suggestions or remedies

Commendation should be a sincere expression in recognition of a right course

It is constructive, strengthening and encouraging (Rev. 2:1-4)

It can be designed to identify the advantages or rightness of a course, being given as encouragement to continue following this course

Giving something to work on offers opportunity to make further progress even in fields he may not be aware are open to him

Often it can call attention to an error with the intent to correct it (1 Thess. 5:14)

Suggestions that are practical will help a person see *how* he can improve his relations with his brothers, advance in the ministry, etc. (Phil. 3:13-16)

Remedies offered where errors are being made will aid one in correcting them (Heb. 12:12, 13)

Care should be exercised not to get unnecessarily involved in handling matters that are Scripturally the prerogative of someone else, unless gross sin is committed or the circumstances affect the congregation itself

Parents should take the responsibility over their minor children but may seek help from the elders

Married couples should settle their differences but may request the elders to give counsel

## MANNER OF GIVING COUNSEL

No rules or set pattern for giving counsel, since circumstances and individuals vary; but some basic guidelines are helpful

Keep in mind that the person is one of Jehovah's "sheep"

Prayerfully seek Jehovah's direction

Treat the individual with loving concern; show by attitude a desire to help and concern for the individual

All counsel should be given in a loving way

Simply showing sufficient concern to give counsel is loving, but tone of voice and manner of approach are important (Eph. 4:32)

Base counsel on God's Word

Avoid giving personal opinions

Have attitude of Solomon in seeking Jehovah's wisdom (1 Ki. 3:9-12)

Be balanced in viewpoint, having a conscience trained in God's law and also recognizing that some matters are properly left to the conscience of others to decide

Take sufficient time, and endeavor to reach the heart of the person

Be a good listener

This helps to open the heart of the one needing help

Must be certain of true condition and of most effective solution before offering suggestions or giving counsel

Take time to discuss application of scriptures; let the person meditate; it takes time to reach the heart

When advisable, take time to do research or discuss with another elder; where serious matters are involved be very sure your counsel is correct before you give it

If too busy to handle a matter properly, better to refer the person to another elder for consideration

## VARIOUS WAYS OF GIVING COUNSEL

Direct counsel takes full cognizance of the situation and deals with all the factors involved in a specific way

No question or doubt is allowed to remain as to the nature of the problem or circumstances; all the facts are clearly identified and fully discussed

The course expected or required is defined in unequivocal terms

Indirect counsel leaves much to the discernment of the one counseled

CAEKAERT/MAPLEY 000520

The facts or circumstances may or may not be specifically stated

Counsel may be offered more in the nature of suggestion or by example, without making direct application to the one being counseled

Alternate suggestions may be offered, leaving the one counseled free to choose

May also be given as group counsel, allowing each one to apply it as it fits

Questions may be effective in helping an individual analyze his own situation or needs

For corrective counsel to be effective and constructive, all pertinent factors must be understood on both sides

The one giving counsel *must be in possession of all the facts,* not guessing or drawing unwarranted conclusions

May require thorough but tactful and considerate questioning, digging deep; or may require questioning others who might have knowledge

If counsel is given without considering all the factors, the one counseled can reject it with self-consoling view: "He doesn't understand"

Only if all facts are known can a proper evaluation be made and an effective solution found, getting at the basic, underlying causes

The one counseled must know exactly *what was done* that is being called into question

Kindly but straightforward approach to a matter is almost always preferable

If the erring one is forced to guess why he is being counseled, he may miss the point completely

If the one being counseled is unsure of what was done, he may conclude that the one counseling is unsure also or just voicing a personal opinion and discount any advice given

The one counseled must know *why it was wrong*

Scriptural principles not known to the wrongdoer may have to be drawn to his attention

Many newly associated ones bring with them concepts they have always accepted as proper; one may feel an act or course is justified under certain circumstances

Unless convinced that his act or course is wrong, he will have no inducement to change and no grounds for true repentance

The one counseled must know *what to do to correct the situation*

If uncertain he may take another false step or hesitate to make any change

The one counseled must be *encouraged to turn around* and take a right course (Heb. 12:12, 13)

Should feel the requirements are not impossible for him to meet

Should feel he is not too far gone to come back

The final goal of the counsel, as in all effective teaching, is to reach the heart

## PROPER ATTITUDE OF ONE BEING COUNSELED

Accept the counsel as deserved, not trying to justify or excuse oneself (Heb. 12:5-7)

Appreciate the discipline received as from Jehovah through the elders appointed as shepherds (Prov. 12:1-3)

Listen carefully

Should not be thinking of self or feeling sorry for self so as to miss the good counsel being given

Jesus admonished his disciples to get the sense of instruction

Apply the counsel (Prov. 3:7; 19:20)

MAIN POINT: Giving effective counsel as an elder means "holding firmly to the faithful word." (Titus 1:9) As a true shepherd, endeavor to reach the heart of erring ones and cause a turning around

SOURCES: *ms* 119-122; *or* 163, 164; *sg* 73-78; *w65* 430-436

SITUATIONS: (Students should be prepared to discuss in class the following situations as to circumstances and counsel that could be offered)

NO. 1: You are approached by a brother who has been baptized about a year. He is a mechanic, working in the service garage of an automobile sales agency. His primary work is to condition the trade-in cars to be sold on the agency's used-car lot. His conscience has begun to trouble him because of certain routine practices that are required of him, such as turning back the mileage a certain percent on all cars, treating automatic transmissions with "dope" that quiets them down, etc. He comes to you for counsel as to how he should view the matter and what he should do

NO. 2: The children of one couple associated with the congregation are unruly during meetings and run around noisily inside and outside the Kingdom Hall after meetings. Both parents are dedicated and have been associated for three years. They have two children, a boy nine years old and a girl seven years old. Neither are dedicated though they do share in magazine work. Many of the brothers are disturbed by their conduct and you feel compelled to counsel the parents. Indirect counsel has been given on several occasions from the platform

NO. 3: You are approached by a brother who has been in the truth four years. He tells you he has a confession to make. He drank too much one night at home and now has a guilty conscience. Before he came into the truth he was a heavy drinker but has not been drunk since. His wife was visiting her mother out of town. This happened about a week ago and none of his neighbors or anyone else knows or has said anything about it to him

# House-to-House Ministry

## GREAT URGENCY TO PERFORM THE KINGDOM-PREACHING WORK

Jehovah's Christian witnesses are privileged to share in performing a most vital work on behalf of the world of mankind (Matt. 24:14)

As prophetically foretold, the work of declaring the good news is done under the direction of Jehovah's angels (Rev. 14:6, 7)

Time left for ingathering of God's "sheep" very short, before end overtakes this wicked system of things; hence very urgent

Following example of Jesus and disciples, Jehovah's witnesses take initiative and carry good news to the people, not waiting for people to come in search for the truth (Matt. 9:35; Luke 8:1)

House-to-house preaching has proved most effective means of reaching the people for over 50 years; good results obtained have shown wisdom of method; Jehovah's blessing evident; "wisdom is proved righteous by its works" (Matt. 11:19)

Need for each dedicated Christian to have as full and regular a share in house-to-house ministry as he can (Matt. 9:37, 38; Eph. 5:15-17)

## FULFILL YOUR PERSONAL RESPONSIBILITY IN MINISTRY

Jesus invited followers to take "yoke" of discipleship, which implies work, though "load is light" (Matt. 11:28-30)

While our personal ministry includes fulfilling obligations to our family and to the congregation of spiritual brothers, it must reach out beyond these (Matt. 5:46-48)

We must have love for people of the world of mankind as Jehovah does (Matt. 22:39; John 3:16)

Do we appreciate grave danger those outside God's organization are in, and their urgent need to learn of God's provisions for surviving the "great tribulation"?

Beyond this, we must have a desire to share in the sanctification and vindication of Jehovah's Holy Name, both by living up to the Name and by publicly proclaiming it as widely as possible (Matt. 6:9; Ps. 72:18, 19)

We should not become discouraged and feel we have failed in the field ministry because some refuse to listen or accept literature, or if, after obtaining literature, they refuse to study (Matt. 24:9-12)

While many hearts are hardened against God and message, others may soften; thinking and desires of people change due to personal experiences and circumstances, changes in world conditions, etc.

We rejoice that, in God's mercy, he often grants persons repeated opportunities to hear, with result that many become believers

Continue to plant and water and look to Jehovah to make it grow (1 Cor. 3:6; Col. 3:23, 24)

Success in field ministry not determined merely by number of placements, nor hours spent, but by our showing love for God, by sharing fully

Our ministry is a failure only when we quit; if we love God and obey him, and keep working, then our ministry is successful (1 John 5:3, 4)

## HELPFUL SUGGESTIONS FOR HOUSE-TO-HOUSE MINISTRY

To be effective in public ministry, we must have Jehovah's spirit to back us up; *prayer* for His guidance and direction before we start and while we are performing ministry is beneficial

Sincere prayer to God gives us confidence and courage to do his divine will (1 John 5:14; Eph. 6:18)

*Preparation* essential with a view to making presentation of message as interesting and effective as possible; benefiting from the experience of others, accompanying them, very helpful

Conscientiously endeavor to improve personal field ministry; include thoughts of field service when preparing for meetings; be alert for points useful in the field; practice new points; keep "fresh," adaptable

Practicing presentations at home, at get-togethers, may prove helpful

Like Jesus and disciples, we direct our discussion toward the Scriptures (John 7:16-18; Acts 17:2)

Our message has *God's kingdom as main theme;* we enthusiastically uphold it as mankind's only hope

Appropriate to have in mind one or more Scripture texts that relate to Kingdom theme that could be read and discussed enthusiastically

Like Jesus, we *honor Jehovah's name* continually, aiding others to know it and appreciate its significance (John 17:26)

Whatever theme we choose to use in ministry, it should relate to God's kingdom, His purpose, and His name

Aside from these major points, what we say at any one home will generally depend on the response of the householder

God's Word provides no detailed rules as to how to begin a presentation or how to answer questions or objections

39

CAEKAERT/MAPLEY 000522

When you *approach* a house, do so *in positive spirit* of peace and friendliness (Eph. 6:15)

This spirit is reflected in our introduction, showing warmth and kindness to those we meet, not prejudging as being opposers but assuming they are deserving of our message

Most effective introduction presents a simple idea selected to interest individual; presented warmly and sincerely

A friendly smile and cheerful greeting may often offset annoyance resulting from unannounced call by minister

Since most persons have little understanding of Bible, presentation needs to be *simple,* so as to be easily grasped and understood

Feel free to discuss what seems best for aiding each individual

Strive to get persons to talk with you rather than "preach" to them; by *conversing with people* we are more apt to reach their hearts and understand their needs

Their reaction will help us to slant discussion toward topic that will most likely interest and motivate them

Simple but leading questions may be used to draw out thinking; use discretion so as not to embarrass

Be positive; seek points of agreement, avoid unnecessary controversy; our purpose is to win hearts, not arguments (Eccl. 7:8)

Be *flexible and adaptable,* so as to fit ourselves and our presentation to varying circumstances and responses; this is achieved by thorough preparation and experience

Christians should be careful to avoid causing needless difficulties; no desire to antagonize or offend others, or have "last word," so need to cultivate *tactfulness* (Prov. 12:8, 18; compare 2 Timothy 2:24, 25)

Our message should attract reasonable minds, not repel them; it should highlight points of agreement on things in which they are naturally interested

While tactful, understanding and reasonable in our manner, we do not compromise on the truth; we are firm for what is righteous and true, yet never rude or belligerent (Prov. 15:18)

*Illustrations* are helpful; usually can be used to apply personally the information presented

To have message *timely* requires our being up to date, concerned and knowledgeable about what is going on in world

Guide discussion to make message *applicable to individual,* emphasizing its personal and vital importance to him and family, with a view to motivating him

While effective Scriptural discussions at homes of people do much to interest them in Kingdom message, an important part of our purpose is to leave with them printed publications to aid in search for truth

Appropriate for *discussion to relate to literature* offer or one of topics considered in the publication

Offering literature may provide fine opportunity to demonstrate a study on initial call

Never forget that getting Kingdom literature into the homes of sincere seekers for truth may open way for them and their families to find the way to everlasting life

Our goal is to *leave a favorable impression;* if possible, more favorable attitude toward God, his Word, and his servants than before our visit; but may not always succeed

We have best message in the world, the most comforting and attractive to honest-hearted persons; no reason for concern when some do not show favorable response

Show willingness to share good news with all, letting each one decide whether he will accept or not

Our ministry not bound by many rules; many have fine success by, in effect, visiting with people, engaging in conversation

Our main concern is to find God's "sheep," by trying to reach all; following up not-at-homes at different times, by letter writing or telephone; makes advisable keeping a record

Share Kingdom message with people wherever we find them, in gardens, polishing car, in field, or barn, etc.

When we have prepared ourselves well, by filling our minds and hearts with Bible truth, and motivated by a sincere desire to impart knowledge to sheeplike ones, we can be sure Jehovah will direct us through power of holy spirit to help persons whose hearts are receptive (Acts 16:14)

**MAIN POINT:** Encourage each dedicated Christian to view the house-to-house ministry as an opportunity to honor Jehovah's name and to aid others to gain life

SOURCES: *or* 107-120, 126-128; *qm* 174-186

TEACHING SUGGESTION: Lecture

CAEKAERT/MAPLEY 000523

# Showing Full Appreciation for Jehovah's Temple

## IDENTIFYING JEHOVAH'S GREAT TEMPLE

Tabernacle and Solomon's temple replacing it, as well as their features, represented Jehovah's great temple and its features (Heb. 9:2-10, 23)

Main features of tabernacle and Solomon's temple included—

*Most Holy* or "innermost room" containing ark of covenant; curtain separated Most Holy from the Holy

*Holy* (separated by curtain or screen from courtyard) containing lampstand(s), table(s) of showbread and altar of incense

Priestly *courtyard* with its altar

Significance of these features in Jehovah's great spiritual temple

Most Holy represents "heaven itself," the area where "the person of God" is (Heb. 9:24)

The Holy, the courtyard and their features pertain to things on earth having to do with those serving Jehovah on earth and their special standing with God while still in the flesh

Curtain as a barrier separating the Holy from Most Holy represented, in Jesus' case, his "flesh," which he had to lay down in sacrifice, giving it up forever, to be able to enter "heaven itself," the antitypical Most Holy (Heb. 10:20)

His anointed followers must also pass the fleshly barrier that separates them from access to God's presence in heaven

In the case of Jesus, the Holy represented the condition that entitled him to be in "heaven itself" with Jehovah God were it not for the barrier of his fleshly body (1 Cor. 15:50)

This condition was that of being a spirit-begotten Son of God

In antitypical Holy (during his earthly ministry) Jesus (as High Priest) could offer up incense of prayer, praise and service to God

Those called to heavenly life with Christ are likewise begotten by holy spirit and thus brought into condition represented by the Holy, a spirit-begotten condition though still in the flesh

On earth spirit-begotten ones (as under-priests) enjoy spiritual enlightenment as from lampstand, eat spiritual food as from table of showbread and offer up prayer, praise and service to God as if standing at the altar of incense

Fact that the Holy was separated from the courtyard by a curtain or screen shows that special spirit-begotten condition of spiritual underpriests is screened off from outsiders; outsiders cannot fully appreciate it

Priestly courtyard, in case of Jesus, represented condition in which he, as High Priest, super-intended his human sacrifice to the death; condition was that of perfect *human* son of God

In the case of the "called ones," spiritual underpriests, the priestly courtyard represents special *human* standing with God, their having been declared righteous and thus being viewed as sinless; represents righteous standing as to their fleshly bodies (Rom. 3:24-26; 5:1, 9; 8:1)

Altar represents God's "will," as shown by his willingness to accept perfect human sacrifice (Heb. 10:1-10; 13:10-12)

Jesus presented himself for sacrifice on altar of God's "will" in 29 C.E., which date would mark the time when God's great spiritual temple took form

Priestly courtyard took form as Jesus, in 29 C.E., began superintending sacrifice of his perfect human body

Holy took form when Jesus, in 29 C.E., became spirit-begotten Son of God (Matt. 3:17)

Fact that Jehovah accepted Jesus' presentation of himself to die sacrificially meant that the area where Jehovah thrones in heaven took on characteristics of Most Holy where Jehovah thrones above propitiatory cover of ark of *new* covenant, willing to be appeased by satisfying sin offering

Antitypical Day of Atonement began in 29 C.E. and ended in 33 C.E. when Jesus presented value of sin-atoning blood in antitypical Most Holy, "heaven itself"

Jehovah's great spiritual temple is his arrangement for worship

In 'final part of days' people of nations to go to spiritual temple (Isa. 2:2-4)

Since 1935 C.E., "great crowd" of nonpriestly worshipers began to be noticed at spiritual temple

"Great crowd" are not in priestly courtyard but serve in courtyard of Gentiles (a special feature of temple built by King Herod, though provisions were made previously for Gentiles to share in temple worship); this represents the righteous standing to which all mankind must come in order to worship God acceptably (1 Ki. 8:41-43)

## OTHER TEMPLES NOT OF HUMAN CONSTRUCTION

When on earth, spirit-begotten Christians as a congregation form a temple that God inhabits by *spirit*, not in person (1 Cor. 3:16, 17; Eph. 2:18-22; 1 Pet. 2:5)

Jehovah God and Jesus Christ are temple of New Jerusalem (Rev. 21:22-24)

CAEKAERT/MAPLEY 000524

Since Jehovah is personally present, there is no need for separate building through which 144,000 should serve and worship him; Jehovah takes the place of a temple

Lamb, Jesus Christ, is there directly also and *shares* with Jehovah in being temple of New Jerusalem

## APPRECIATION FOR JEHOVAH'S GREAT TEMPLE ARRANGEMENT SHOWN BY SUPPORT OF TRUE WORSHIP

Jews, just prior to Jehovah's raising up of Haggai and Zechariah, failed to show appreciation for true worship; neglected temple rebuilding work, giving prime attention to own houses instead (Hag. 1:2-11)

Divine blessing could come only by Jews' resuming work on temple despite governmental ban, trusting in Jehovah and not giving in to the fear of man (Hag. 2:4, 5, 18, 19)

Anointed remnant, after being released from captivity to "Babylon the Great" in 1919 C.E., were like Jewish remnant returning from Babylon; had to revive public worship at spiritual temple to receive Jehovah's blessing

Service at spiritual temple needed to be given first place

Materialistic opportunities of postwar period had to be put in background

Fear of man had to be dispelled

Full trust and confidence had to be placed in Jehovah

As Jehovah (accompanied by his messenger of the covenant, the Lord Jesus Christ) came to temple in 1918 C.E., judgment on God's people began; loyalty of God's anointed ones was put to the test from that time forward (Mal. 3:1-3)

Proving loyal under test would demonstrate appreciation for Jehovah's temple and service there

Tested as to—

Reliance on truths of God's Word and his use of "faithful and discreet slave" class to provide spiritual food

Willingness to share in preaching Kingdom message

Loyalty to God's theocratic arrangement

Today anointed remnant and "great crowd" must continue to give full support to true worship

Must show full devotion to Jehovah himself, doing all things in a way that honors his Name, and willingly responding to his Word

Must show full appreciation for ransom sacrifice, acting in harmony with it by avoiding sinful conduct (Rev. 7:9, 10, 15)

Regard shown by—

Receiving with appreciation spiritual food dispensed by "faithful and discreet slave" (Luke 11:9-13)

Giving loyal support to work of Kingdom-preaching and disciple-making (Matt. 28:19, 20)

Cooperating with elders appointed by governing body of the "faithful and discreet slave" (Heb. 13:7, 17)

"Great crowd" thus show proper regard for spiritual underpriests making up "faithful and discreet slave"; support underpriests in their work as did non-Israelite temple slaves (Gibeonites, Nethinim) (Josh. 9:3-6, 15, 23, 27)

Anointed and "great crowd" must avoid neglecting 'God's house' (Neh. 10:39)

Elders and ministerial servants must discharge responsibilities to show they are not neglectful (Compare 1 Timothy 1:18, 19; 4:14)

Just as Aaronic priests had to be clean when serving before Jehovah and Israelites had to be clean when at sanctuary, all (anointed and "great crowd") must maintain clean standing before Jehovah (Ex. 30:17-21; Lev. 22:2-8; Num. 19:20; Titus 2:11-14)

No one can afford to neglect assembling with others of like precious faith (Heb. 10:23-31)

Commenting at meetings and preparation to do so included in supporting true worship

Should never neglect prayer (Eph. 6:18; Jas. 5:16)

Our "sacrifices" include public proclamation of "good news" and assisting needy brothers in whatever way possible (Rom. 10:13-15; Heb. 13:15, 16; 1 John 3:16, 17)

Meeting places for worship require maintenance; financial contributions, also cleaning and repair work, a part of not neglecting "house of our God" (2 Cor. 8:12; 9:7)

## FUTURE BLESSINGS THROUGH JEHOVAH'S GREAT SPIRITUAL TEMPLE

After "great tribulation" joyful antitypical Festival of Booths begins, for "great crowd" of tribulation survivors depicted as waving palm branches at temple, that is, in earthly courtyards of temple, "courtyard of Gentiles" as it were (Rev. 7:9-15)

Festival of Booths pictures gathering of redeemed ones of all nations to worship of Jehovah at his spiritual temple during thousand-year reign (*pm* 401)

During this joyful festival sin-atoning benefits provided on Jehovah's Day of Atonement are applied to "great crowd" of tribulation survivors with a view to bringing about their complete healing from sin and imperfection (Rev. 21:3-5)

Resurrected ones will also have opportunity to serve Jehovah in earthly courtyards of great spiritual temple, with prospect of becoming perfect human sons of God (John 5:28, 29)

Salvation impossible apart from service at Jehovah's great temple

Humans refusing to serve him and refusing to celebrate great antitypical Festival of Booths will not gain everlasting life

CAEKAERT/MAPLEY 000525

Those who do celebrate, show appreciation for deliverance from old system of things and desire to worship at Jehovah's temple, will receive great blessings (Zech. 14:16-18; Lev. 23: 42, 43; Deut. 16:13-15; *ad* 575)

**MAIN POINT:** Jehovah's great spiritual temple was represented by the tabernacle and the temple of Solomon; we should give his arrangement for worship our full support today

SOURCES: *ad* 575; *pm* 401; *w65* 750-754; *w* 12/1/72

No. 15 – First Wednesday, 4:30

# Preaching from House to House

## SHARING IN A WORK OF UTMOST URGENCY NOW BEING DONE ON EARTH

Declaring 'the everlasting good news to every nation, tribe, tongue and people' is a work of utmost urgency now being done on earth

People everywhere are to be judged—they will live or die according to their reaction to the good news (1 Pet. 4:5, 6, 17; Rev. 14:6, 7)

Our desire is to utilize the time we can spend in field ministry to reach the *hearts* of "all sorts of men" and give them a thorough witness, so that they might come 'to an accurate knowledge of the truth' (1 Tim. 2:1-4; 4:16)

## REACHING THE HEARTS AND MINDS OF HOUSEHOLDERS

To accomplish the most good, we should imitate Christ Jesus (Matt. 7:28, 29; 9:35-38)

Our personal attitude toward the field ministry is extremely important if we really want to help people

We must be aglow with warmth, love and kindness, going to the people in peace (Matt. 5:46-48; 22:39; John 3:16; Eph. 6:15)

Our message is happy, pleasant; facial expressions should reflect this; a warm, winning smile and cheerful greeting can attract and disarm; establishing eye contact with listener will reveal our conviction and sincere interest in him and enable us to sense his reactions

Speaking in a friendly, conversational manner with earnestness will gain the listener's confidence and obtain a more favorable reception than a stiff, matter-of-fact recitation

Sincere interest in people is the key to reaching the hearts of righteously disposed persons

If we expect people to listen, we must have something definite in mind to say to the people; utilize practical suggestions and helpful examples from *Kingdom Ministry;* prepare before sharing in field ministry (Eccl. 12:9, 10)

(Ask students when and how they do their preparation)

Our introduction should be planned, but not stereotyped; it need not be spectacular but should be friendly and appealing

Its purpose is to arouse the householder's interest, lay basis for friendly conversation by which we can stimulate interest in the Kingdom message

Even as we approach the home, try to analyze the situation: Are the people poor or wealthy? Do they have young children in the home? Are they interested in gardening, flowers, animals, sports? Do they appreciate natural beauty? Are there many locks on the door or is there a mezuzah on the doorframe? etc.

If observant we can often learn much about the household that will aid us to present the message in the most attractive way

We need to be flexible and adaptable so as to fit the person or circumstances, endeavoring to reach the heart and capture interest

Who will answer? Will it be an elderly man or woman? A child, teen-ager or college student? A young father or mother?

Consider subjects currently on people's minds, that are up to date, relevant to the listener, his family or community; select subjects that lead naturally into the Kingdom theme, such as crime, pollution, problems of youth, family, government, war, conditions in churches or among church members, particularly things of local interest that touch on a person's life

While our main theme is God's kingdom, as we meet different people in varying circumstances, it is good to have in mind several ways to vary this theme, thus making our message adaptable to the individual

Endeavor to stimulate conversation and thinking; questions will help get the householder's viewpoint, demonstrate our respect and avoid the air of "preaching" or "talking down" to him

Yet exercise caution so as not to embarrass listener by questions too pointed or personal, not irritating him by attempting to force him to answer if he appears to prefer listening

We need not try to "talk up" to those highly educated, nor be apologetic for obeying God's will by bringing them his message (Acts 4:29, 31; 1 Cor. 1:26-29)

Rather, set a friendly foundation by seeking points of agreement, utilizing statements or questions that elicit an affirmative answer; be cheerful, positive and avoid controversy

While many persons are opposed to God's Word and message, many others merely have natural resistance toward callers, and their reaction may reveal annoyance, a distrust of strangers

CAEKAERT/MAPLEY 000526

They may seek to reject us by evasive objections before they have had opportunity to hear, thus it is important at outset to try to steer their thinking onto a subject of vital concern to them; make them want to listen, appealing to the heart if possible

Consider objections as points of mutual interest, not unfriendly

When persons object, "I'm busy," "I'm not interested," "We have our own religion," or offer criticism of Jehovah's witnesses, try to use this as a basis for further discussion

Try to ascertain the basis for objections: Is person prejudiced against Bible or Jehovah's witnesses? Is he misinformed or influenced by what others think or say? Kindly endeavor to help him (1 Pet. 3:15)

Cultivate tactfulness, a sensitive perception and discernment that enables us to accomplish our mission without offending by our manner or attitude

Avoid causing needless irritation in overcoming objections; unnecessary to have "last word" or be "telling person off" if our message is rejected

Appeal to person's love of righteousness, to his reason, to his desire for better things, to his sense of honesty, etc.

Ridicule or condemnation of his religious views will close his mind; rather establish that God's Word is reasonable, that His witnesses are sincere, reasonable persons (Phil. 4:5)

View with empathy the other person's circumstances, reasons for beliefs and thinking; think from other's viewpoint

This does not imply compromising on truth; must be *firm* for what is right, but never unkind or rude (Titus 3:2, 3)

Use Bible to clinch conclusions; read scriptures enthusiastically

Our desire is to reach hearts of 'people of all sorts that we might by all means save some' (1 Cor. 9:19-23)

## USE LITERATURE TO EXTEND PREACHING AND TEACHING WORK

Presenting printed publications to the people will aid persons interested in the message to continue their search for God's truth

Even when persons show little interest, literature left may later be read by them, by visitors or other members of family

Subscriptions for *The Watchtower* and *Awake!* especially helpful, bringing Kingdom message into homes on regular schedule

Appropriate to slant presentation toward one of the topics considered in the publication; literature offer should be a logical follow-up of the matter under discussion

Demonstrate by specific subject or illustrations how publication truthfully provides Biblical answers to questions already raised

Stimulate a desire for the literature by highlighting its personal benefit to the individual; let him see how it will answer *his* questions, benefit *him* and *his* family

Getting Kingdom literature into the hands and homes of sincere seekers for truth may open the way for them to find everlasting life

If literature is refused, no need to evidence disappointment; seek to leave a favorable impression

Keep in mind that our work includes being disciple-makers as well as Kingdom-preachers; Kingdom truths must be inculcated into hearts of interested ones (Matt. 28:19, 20)

If possible, on initial call illustrate how literature can be studied along with the Bible; whet appetite for increased Bible knowledge; emphasize personal need and application

Be considerate, not "pushing" study on first visit if circumstances not suitable; but if possible, make definite arrangement for future return visit on certain day and time

Leave on warm and friendly note, perhaps offering point to look forward to on return visit; keep the appointment

Our main concern is to find God's "sheep"; should have Jehovah's viewpoint (2 Pet. 3:9; Jonah 4:11)

Therefore, our desire is to reach everyone in our territory with the Kingdom message; helpful to keep complete house-to-house record

Good to make a diligent effort to follow up not-at-homes by calling at different time of day or week

May leave a magazine, tract or study folder for their consideration or write a brief letter or call by telephone

Letter writing or telephoning can be done by older or infirm publishers, giving them opportunity to have enlarged share

## CONSTANTLY SEEKING TO IMPROVE OUR PUBLIC MINISTRY

Utilize good teaching and speech principles taught in Theocratic Ministry School in the field ministry (Isa. 50:4)

Make it a practice to keep field ministry among thoughts when preparing or listening to talks; be alert for points to use in the field, keeping presentation up to date by adding new thoughts, examples, illustrations and improving variety and adaptability

Good to analyze personal ministry and to counsel self; be alert as to how effectiveness of presentation might be improved and steady progress will be noted

Many practice and rehearse presentations at home or when with other publishers, analyzing presentations together

This often proves helpful in improving effectiveness and building confidence; may sharpen

CAEKAERT/MAPLEY 000527

perceptive powers, which are evidence of a mature and qualified minister (Heb. 5:14)

By preaching from house to house, we keep God's Word before the people; we watch for those upon whom God's Word makes favorable impression so as to motivate them to a righteous course

We plant and water and look to Jehovah to make it grow (1 Cor. 3:6; Gal. 6:9)

MAIN POINT: The house-to-house ministry shows our love both of God and of our neighbor

SOURCES: *or* 114-119; *sg* 69-72, 92-94, 96-99

TEACHING SUGGESTION: In connection with class discussion: (1) Consider objections commonly raised during introduction of message and how to overcome them. (2) Discuss interesting and appropriate introductions. (Each student should be ready to tell how he usually introduces himself in the house-to-house work.) (3) Examine ways to make appeal with literature offer, how to overcome resistance and leave a good impression when refused. (4) Call for suggestions for getting into a Bible study on the initial call, also arranging for a return visit. Instructor could ask for presentation by brother in the class who is having good success in these matters. (5) Discuss how field overseer and other overseers can use this material to help others in their congregations

---

No. 16 – First Thursday, 9:10

# Building Up Spirituality in the Congregation

## NEED FOR BUILDING UP SPIRITUALITY IN THE CONGREGATION

Spirituality is the quality or state of being spiritually minded; it is evidenced by having an interest in spiritual matters, by desiring to talk about such matters and to have one's life guided by God's spirit (Gal. 5:16-18, 25)

A spiritually minded person is God-oriented; he builds his life around his relationship with God

A spiritually minded person buys out time from daily affairs to study the Word of God, seeking understanding of it, and, especially, walking in accord with it; he appreciates the privilege of prayer to God for help and direction (Eph. 5:15-17; Ps. 51:10-12)

The level of spirituality within the congregation directly affects the health, growth and everlasting welfare of its members

If a congregation has strong spirituality, then problems, which usually result from carrying out fleshly desires, are minimized or eliminated from the congregation (Gal. 5:19-24)

Strong spirituality will prove to be of lasting benefit, helping congregation members to survive fast-approaching "great tribulation" (1 Tim. 4:16; Rev. 7:9, 10)

## MUST RECOGNIZE SPIRITUAL NEED IN ORDER TO BUILD UP SPIRITUALITY

Included in elders' shepherding work is the responsibility to help members of the congregation recognize their spiritual need (Acts 20:28)

Jesus said, "Happy are those conscious of their spiritual need" (Matt. 5:3)

Do you, as elders, see the need of spiritual things? Do all those within your congregations?

In a physical way, sometimes persons have no hunger; they fill up on 'junk' foods, which kill their appetite for nourishing food, and so they suffer malnutrition

Spiritual appetite of brothers evidenced by what they prefer; will they pick up and read worldly magazines in preference to *The Watchtower* and *Awake!*, or do they prefer watching television to going to meetings?

Elders need to guard against the development of spiritual malnutrition, doing so by stimulating the spiritual appetite of those in their congregations and by showing them the value of spiritual food (1 Tim. 4:8)

One way to do this is by speaking about particularly appealing articles, perhaps in closing comments of meeting, saying, 'Did you read this article in the latest *Watchtower?*'; then note briefly but enthusiastically some points of interest

Should not try to show up ignorance of brothers and embarrass them; rather, simply try to stimulate their appetite for the Society's literature and the Bible

Good parents encourage their children to eat nourishing food. Why? Because it tastes good to the children? No, but because it will make them healthy and strong physically; later the children may develop a taste for such food and even come to prefer it

Similar with spiritual food; not always does it at first taste best, but "eating" it will build up a person spiritually

So, it is often just a matter of getting the brothers regularly to taste the "food"; then they, as a result, will develop an appetite for it and may even come to prefer it

At times brothers do not appreciate the value of a particular spiritual food

Some may say, 'What difference does it really make if we understand this deeper Bible material in Revelation, Ezekiel, Haggai and Zechariah?'

Elders can explain that "all Scripture is inspired of God and beneficial . . . " (2 Tim. 3:16) and ask, 'Do you really believe that? Do you believe that God knows what we need? Do you have faith in his organization that en-

CAEKAERT/MAPLEY 000528

deavors to further our understanding of Bible prophecies?' (Heb. 5:13–6:3)

Elders can also explain that, since there are parallels in our day to those ancient times, a detailed study of what occurred then is spiritually strengthening to us who face similar circumstances today (Rom. 15:4)

Even though details may not be remembered, we are benefited by the main points of that material, which illustrate Jehovah's love and care for his people and give force to his promises to destroy the wicked (2 Pet. 3:6, 7)

Sometimes brothers also say, 'I believe the Bible is true, so why do I need to read information the Society provides on Bible authenticity or that proves evolution wrong?'

Study of such literature will equip us to answer objections often raised, such as, 'How could Noah have saved all the animals on earth in the ark? Where did all the floodwaters go? Do not scientists have evidence that man has been on earth much longer than 6,000 years?' etc.

Elders can ask brothers, 'What kind of witness for Jehovah do you want to be? Do you desire to be able to do the very best in the field ministry, effectively answering objections that may help honest-hearted ones to accept the truth? None of us want to make a weak explanation or offering, do we?'

Is it not true that Jehovah expects the very best offering we can possibly give? And as a result of Jehovah's provision of this literature, is it not proper that he expects us to offer effective answers and explanations on these matters? (Mal. 1:8, 13; Hos. 14:2; Heb. 13:15)

## CONVERSATION ON SPIRITUAL MATTERS UPBUILDS CONGREGATION'S SPIRITUALITY

What the brothers talk about when they are together reflects their spirituality

Not wrong to discuss sports, secular work, clothing and so forth, but the extent to which such matters dominate the conversation indicates the level of spirituality in the congregation or of individual

The Bible says that "out of the abundance of the heart the mouth speaks" (Matt. 12:34); elders can do much to encourage brothers to draw from their heart's abundance speech that will build up spirituality (Ps. 19:14)

Publishers on way to territory, rather than discussing worldly interests, can be encouraged to discuss presentations, how to meet common objections, return visits they plan to make, etc.

These discussions will serve to improve the quality of 'sacrifices of praise' and will build up congregation's spirituality

Conversation before and after meetings at the Kingdom Hall can be spiritually upbuilding

if elders set the example and encourage others to follow it (Phil. 4:8)

Field service experiences can be shared, things read during the week in the Bible or Society's literature can be discussed; elders can encourage brothers to talk about questions they may have on the Scriptures

When telling a speaker you enjoyed his talk, tell him *what* you enjoyed about it and *why* you enjoyed it

This will make the conversation more meaningful and spiritually upbuilding

While there is nothing wrong in talking about worldly interests at social engagements, conversation on these occasions can also be used to build up spirituality in the congregation

Elders can take the lead, showing how the Bible or the Society's literature can be enjoyably read or discussed together

Bible games may be found both enjoyable and instructive, or each one can tell how he came into the truth

Care should be exercised, however, not to overdo this, spending so much time on this that it makes social engagements mentally exhausting

(Are there problems in your congregation relative to these matters and on which you would now like suggestions?)

## ACTING AS SPIRITUAL MAN, NOT PHYSICAL MAN, WILL BUILD UP SPIRITUALITY IN CONGREGATION

Physical man's mind is inclined toward satisfying his fleshly desires and passions; but the spiritual man has gained the "mind of Christ" by taking in information from God's Word and applying it (1 Cor. 2:14-16; Eph. 4:22, 23)

The force actuating the physical man's mind has been formed in him by sinful inheritance and worldly influences

The spiritual man has put on a new personality because of filling his heart with information that gives him a new 'spirit' or dominant attitude. This force actuates his mind to apply that knowledge, doing what is in harmony with God's will

Examples of contrasts of behavior between a physical man and a spiritual man:

When faced with a moral temptation, the force actuating a physical man is his sinful desire for fleshly self-gratification, and he succumbs to the temptation (Prov. 7:6-23); the spiritual man, on the other hand, has God's Word flash through his mind, and the new force actuating his mind pushes him away from the temptation (Prov. 4:14-27)

Also, when someone irritates a physical man, his reaction is to 'tell him off' with harsh words (Prov. 25:28; 29:11); the spiritual man, however, considers what is pleasing to God, and so

CAEKAERT/MAPLEY 000529

is governed by the fruits of God's spirit (Gal. 5:22-24)

Need to guard against the traits of the physical man showing up in our brothers, even in elders themselves (Prov. 14:29, 30; 1 Cor. 3:1-4)

Elders when under pressure may succumb to being brusque or giving terse commands

These are traits of a physical man; instead, be kind to the brothers, saying, 'Would you please do this? Would you like to do that?' (1 Thess. 2:7, 8)

Love, kindness and mildness should never be sacrificed in favor of efficiency; do not drive others or expect as much from them as you do of yourself (1 Thess. 2:7, 8)

There is also danger of being shaped by inclination of physical man to seek materialistic things, a prominent position or to be jealous or rebellious

Among early Christians material attractions influenced Demas to forsake the apostle Paul (2 Tim. 4:10)

Even Jesus' apostles did not immediately become free from the trait of the physical man, being concerned with position and prominence (Matt. 20:20-28; Luke 22:24)

Today loss of spiritual-mindedness may show up in feelings of jealousy; a person being resentful because of feeling he should have received a privilege another one received

Elders should be alert to correct traits of physical man if they see them cropping up in themselves or in other brothers

Scheduling parts on the service meeting that deal with the problem may be sufficient to correct the bad trait

Or it may be necessary to speak privately with an individual to help him correct a bad inclination

No. 17 – First Thursday, 10:40

## BENEFITS OF BUILDING UP SPIRITUALITY IN THE CONGREGATION

A congregation strong in spirituality will be peaceful, loving, morally clean and will be zealous and effective in the field ministry, gathering in new ones (Eph. 4:16, 25)

Strong spirituality will mean spiritually healthy families, essentially free of problems that require attention of the elders (Eph. 5:21–6:4)

Congregation members will remain faithful in time of persecution and temptation, and will survive the "great tribulation" (Eph. 6:10-20; Rev. 7:14-17)

MAIN POINT: Be alert to recognize any evidences of loss of spirituality, and take the lead in building up spirituality by wholesome conversation and by acting as spiritual men

SOURCES: w69 409-412; w71 543, 544

TEACHING SUGGESTION: After class consideration of material, three brothers previously assigned can be called on to present short three- to five-minute service talks such as they might work into concluding comments on the service meeting: (1) Deal with importance of attending congregation book study to get insight into deep spiritual food Jehovah has provided. (2) Discuss importance of being well prepared both for field ministry and on Bible studies so that this part of our sacrifice of praise will be well pleasing to Jehovah. (Mal. 1:8) (3) Brother explains difference between being a physical man and a spiritual man and how to develop such spirituality.

Finally a panel of six brothers could prepare beforehand to answer briefly questions from the class (as from a student group at school) with two brothers each preparing to reply on one of the points raised: (1) How all the animals could get in the ark, (2) What happened to the floodwaters, (3) Evidence that man has not been on earth as long as the scientists claim, and what the six creative days in the Bible really mean. (Comments should be based on material from *Is the Bible Really the Word of God?* if available. Explain that similar presentation could be worked into local service meeting.)

# Reaching All Who Will Hear

## MAKING KNOWN THE "GOOD NEWS"

Jehovah is the greatest Evangelizer, Sender of "good news"

Content of the "good news" is indicated by the expressions "good news of the kingdom," "good news about Jesus Christ," "good news of the undeserved kindness of God" and "everlasting good news" (Matt. 4:23; Mark 1:1; Acts 20:24; Rev. 14:6)

Widening out of the proclamation

Jesus brought good news to "lost sheep" of Israel (Matt. 15:24)

His disciples preached to Israel, then to Samaritans and, starting in 36 C.E., to the Gentiles (Acts 8:5, 14, 25; 10:24, 34, 35; 11:18)

Faithful anointed ones, though few in number, have for centuries declared the good news

"Great crowd" now join in proclamation (Rev. 7:9, 10; 22:17)

"Good news" proclaimed under angelic direction to all nations (Rev. 14:6, 7)

## HOW STRONG IS THE EVANGELIZING SPIRIT IN YOU?

Ask yourself: Do I really appreciate what the good news means to me and others?

Do I realize that Christ "shed light upon life and incorruption through the good news" and this is the only light of life people have? (2 Tim. 1:10)

Do I appreciate that others will live or die according to their reaction to the "good news?" (1 Pet. 4:5, 6, 17; 2 Thess. 1:6-8)

Do I understand that a knowledge of the good news obligates me to share it with others? (1 Cor. 9:16)

CAEKAERT/MAPLEY 000530

Am I aware of the bloodguilt that results from failure to proclaim the good news? (Acts 20:26, 27; 18:6)

If properly motivated, your concern is not just to cover territory or report activity, but rather to help every sheeplike person because you love such ones (1 Thess. 2:8)

Proper motive results from love of Jehovah and of neighbor (Matt. 22:37-40)

If motivated by a loving heart, we will be overflowing with the good news to everyone we meet; it will not be a matter of preaching at just certain designated times, but rather doing so on *any* occasion

It is not necessary to move to where "the need is greater" in order to share in the evangelizing work

This is beneficial when properly planned and done with right motive, but those with restless desire to move from place to place rarely accomplish much

An active family, settled in the community, can be very effective representatives of the good news, able to find interested ones and stick with them until they are firmly rooted in the truth

Best results obtained by those diligent to follow up all interest, providing progressive teaching to reach the heart (Matt. 28:19, 20)

Teaching requires time, effort and patience if it is successfully to move sheeplike ones

Help offered earnestly and sincerely is a major factor in convincing others that this is the truth

## EXTENDING TO ALL PERSONS THE OPPORTUNITY TO HEAR

How Jesus and the early Christians preached

They did not do preaching on just selected occasions; hearts moved them to take advantage of every opportunity

They preached in Jewish synagogues (Acts 13:14-16)

They approached individuals and groups in the marketplaces (Acts 17:17)

They went wherever people could be found (John 4:7, 10; Acts 16:13)

Those who showed interest were visited at their homes (Luke 19:1-10; Acts 20:20)

They willingly sacrificed personal convenience in the interest of spreading the good news

All Christians preached (Acts 1:14, 15; 2:1, 4); the 500 to whom Jesus appeared after his resurrection proclaimed what they saw and heard (1 Cor. 15:6; Matt. 28:16-20)

Heart appreciation should prompt us to speak at every opportunity

Local customs in most lands rarely give opportunity to speak spontaneously to large groups, as in ancient synagogues; however, we can reach people who appear on streets, in markets and shopping areas

When visiting their homes we have fine opportunity to talk to them privately in relaxed atmosphere without distractions

We can follow up preaching by teaching interested ones through return visits and Bible studies

## OPPORTUNITIES FOR INFORMAL WITNESSING

Informal witnessing done each day can be very productive, sometimes accomplishing more than planned, systematic witnessing

Take initiative to talk to others (Prov. 15:7)

Seed sown now may bear fruit much later (Eccl. 11:6)

Confident reliance on Jehovah's help will give boldness to speak out (Acts 4:31)

Share the truth with your relatives, as Cornelius did (Acts 10:24)

We have many opportunities to explain our beliefs about the Kingdom, holidays, material pursuits, education and training of children, etc.

Strike up conversations with those you meet in your daily routine as you travel, do secular work, go to school, etc.

Comments about articles in *Awake!* often prompt interest that can be directed to the Bible

Simply reading the Bible or literature in the presence of others may stimulate curiosity and prompt inquiry

Some persons are prone to talk about their problems and distressing conditions; we can share practical advice based on the Bible (*is* 135-149)

Carry magazines, books, tracts, etc., with you to place with responsive ones

Assemblies, special events, outstanding progress of the work may give you opportunities to tell others what Jehovah's people are doing

Use of telephone and letter writing often prove to be good means to establish or maintain contact with those difficult to reach

Be discreet, tactful

Avoid controversy or wasting time with those not sincerely interested

Be careful not to use time that belongs to an employer or interfere with work others are required to perform

Do not be discouraged by lack of response

Even if the majority do not respond, there is cause for much satisfaction in being able to speak about Jehovah's name and purpose (Heb. 13:15)

What your hearers do about the good news is their responsibility; since Jehovah accepts only voluntary worship, there is no need to attempt to coerce unwilling ones

Your words may be ignored initially but recalled to mind by events and circumstances in the future

CAEKAERT/MAPLEY 000531

## OTHER OPPORTUNITIES
## TO REACH PEOPLE

Street work may be successful in your community
  It may provide a good opportunity to approach
  people rarely contacted
  Many report excellent results at shopping cen-
  ters, bus stops, busy intersections, etc.
  Usually more effective to take the initiative, ap-
  proaching people in friendly, tactful manner

Store-to-store work can be productive means to
  reach others
  Business people usually are not at home when
  calls are made, but circumstances at their
  place of work may allow for a brief witness
  Some store managers will respond favorably,
  often allowing opportunity to witness to em-
  ployees
  Important to be well mannered, brief, tactful

Group witnessing arrangements are very prac-
  tical
  Working in a group is a real source of encourage-
  ment to everyone, especially new and less ex-
  perienced ones
  Midweek group service arrangements often en-
  courage more participation and effort
  In plans for service, take into consideration cir-
  cumstances of publishers; be helpful and en-
  couraging to those who need assistance
  Select time for activity according to circum-
  stances and customs in your community

## THOROUGH COVERAGE OF TERRITORY

Calling at every door shows we are impartial;
  have love for *all* our neighbors
  People today are not generally inclined to discuss
  their religion publicly; the home is usually the
  most likely place to find them receptive

Distribution of literature increases the spread of
  the good news
  Detailed information in printed form can be
  studied at householder's convenience
  Possibility exists that many individuals may
  read each piece of literature left in the home
  Magazines are especially effective in giving con-
  cise, meaningful witness; they have a variety
  of appealing subjects

Cover your territory with the goal of contacting
  people in each home
  Be systematic, giving attention to the whole
  territory, not avoiding certain homes or par-
  ticular territories where people tend to be
  unresponsive
  Keep record of all interest and placements, mak-
  ing prompt return visits to develop interest
  Make renewed effort to contact those previously
  not at home
  Many not at home in busy communities; large
  portion of territory bypassed if no further
  effort made to contact them
  A tract or older magazine left at the door,
  preferably out of sight to passersby, may be

favorably received, opening up opportunities
  for a witness later
  Call back at a different time, taking into con-
  sideration local customs and daily routine
  of residents in the area, calling at a time
  most convenient
  Do not disregard apartment buildings where
  landlords refuse admittance; sincere, discreet
  approach may bring opportunity to visit
  tenants
  Or, person in charge may accept tracts or
  handbills and distribute them to tenants
  Telephoning or letter writing may be helpful if
  contact otherwise is prevented
  No need to force the issue; householders bear
  responsibility if they allow others to choose
  for them

## SERVING WHERE THE NEED IS GREATER

Before moving far away, first consider what you
  might do to help a congregation in your locality
  needing assistance
  Overseers can contact neighboring congrega-
  tions and work out arrangements to help one
  another cover their territory

If you wish to move a long distance, write to the
  branch office for suggestions on where help is
  needed
  If interested in going to another country, write
  to the branch office there

Count the cost before making a major move, care-
  fully planning ahead for employment, housing,
  schooling, etc.

## TIME LEFT TO REACH HEARERS
## GROWS SHORT

"Great tribulation" is near; destruction of Bab-
  ylon the Great will come with a shocking sud-
  denness (Rev. 18:19, 21)

Determination to prove our devotion and love
  for others should move us urgently to speak the
  truth at every opportunity

We have assurance that Jehovah will bless our
  efforts

**MAIN POINT:** Let love for Jehovah and your
fellowman impel you to reach everyone possible
with the good news

SOURCES: *ad* 537, 677, 678, 1331-1333; *or* 107-120; *sg*
80-82; *qm* 185-189

TEACHING SUGGESTION: During discussion ask
(1) if any in class have moved to serve where need is
greater; get their comments on factors involved or
problems some might encounter as well as blessings
gained. Discuss how local elders can be of assistance
to those moving in, helping them to be accepted locally.
(2) Ask brothers for good experiences from informal
witnessing. (3) Are brothers having any difficulty with
certain aspects of the witness work here discussed, such
as store-to-store work, group witnessing or thorough
coverage of all territory, and, if so, what have they
done to overcome it? Ask whether other students have
suggestions that would be helpful

CAEKAERT/MAPLEY 000532

# Making Return Visits

## RETURN VISITS
### AN IMPORTANT AND JOYFUL PART OF OUR FIELD MINISTRY

Why should we exert ourselves to call back?

Jesus commanded his followers to 'go, make disciples and teach them'; return visits are needed to accomplish this (Matt. 28:19, 20)

It means life to interested ones to learn and act on the truth (John 17:3; 3:16, 36)

Jehovah's name is honored by the work of teaching and disciple-making

We follow Jesus' example by teaching interested people in their homes (Luke 10:38-42; 19: 1-10)

Our goal is not to "sell books," but with love for our neighbors we desire to help God-fearing ones seek life and God's. goodwill (2 Cor. 2:17–3:3)

The work is urgent because the time is short and lives are involved, both ours and others (1 Tim. 4:16)

No doubt you have experienced the great refreshment that comes from making a return visit and helping someone to learn from God's Word, or from seeing an appreciative response (Acts 20:35)

Helping others learn the truth and seeing them live by it brought much joy to the apostle Paul too (1 Thess. 2:13, 19, 20)

## ALWAYS WATCH FOR INTERESTED PEOPLE

In house-to-house work, at secular job, when going about the normal affairs of life, watch for interested people

Most of us have no trouble in identifying them

They may take literature; or they may decline our literature but make a comment that shows interest, a right heart condition or abhorrence for the detestable things in the earth

Make a record that will remind you of the interest and provide the information you need to make an effective return visit; house-to-house records showing interest are very helpful

In some cases, on initial visit, you may want to raise a point of interest for future discussion

If possible, make an appointment; they will then expect you

They will be prepared to receive you, or it may motivate them to read something in preparation for your call

They may be more inclined to discuss the Scriptures with you because they know why you have returned

## PREPARE FOR EFFECTIVE RETURN VISITS WITH A GOAL IN VIEW

Preparation need not take much time, but plan your approach before you go; why are you going back?

Going (1) to help them gain more Scriptural knowledge, (2) to start a study, (3) to present a magazine or other literature you think will be of interest; (4) if Jehovah's witnesses are not generally accepted in the territory, your call may simply be to get better acquainted, build friendly attitude and confidence

How can you help them get more Scriptural knowledge?

Have a point ready to share with them on a subject that will interest them, a scripture you want to show them, or a sentence or two in an article that will appeal

Ask yourself: When I return, what will encourage them to receive me, to talk to me and to listen to me?

Will it be your friendliness that will attract them?

It may be, or it may be your warm interest in their welfare or your desire to help them gain Scriptural knowledge; on the other hand, it may be the subject you introduce for discussion

It is often good to follow through on the subject that initially caught the person's interest, expanding on that subject

What if the person does not respond to that subject? Be adaptable; you decide how to handle it. You may be able to determine what *does* interest the person and be guided by this, or introduce another subject that you believe will be appropriate

Remember, one of our goals is to help him learn something more from the Scriptures (Acts 18:11; 1 Pet. 2:2)

Another goal is to demonstrate the study if it is appropriate

Be prepared to do this, knowing what chapter you will use and on what page and paragraph you will start

Do not feel that you have to demonstrate the study or that you have failed if you are not able to do so; it may take time to gain the person's confidence or stimulate his interest in spiritual things, or he may have questions that are more important to him at the beginning

Offering magazines on a regular route is a good way to keep in touch with interested persons and to stimulate their interest

In the Bible there are no rules governing return visits; just remember you want to help the person learn something from the Scriptures so

50

CAEKAERT/MAPLEY 000533

he can grow stronger in his love for Jehovah and his kingdom, if possible starting a study

## MAKING THE RETURN VISIT

Greet the householder by name if possible; remind him of your name

Seek an invitation into the home if appropriate; it makes it easier to start a study (Discuss how to do this in your area and the value of doing so)

Tell the householder the purpose of your call

Encourage the householder to use his own Bible; he will be impressed by what his Bible says

You may tell him of the study arrangement, offering to demonstrate it; or, it may be that you will choose to go ahead and demonstrate it without calling attention to what you are doing

As a teacher, following your discussion you may wish to review the high point(s) learned and thus impress them on the householder's mind, helping him to appreciate what he has learned

Arrange to call again; stimulate interest in the return call by raising a question for consideration or leaving one of the householder's questions to be answered then

## SUGGESTIONS FOR EFFECTIVE CALLS

Make the initial return visit as soon as possible; can you make it later the same day when other members of the family will be home, or the next day?

Tell the householder clearly why you have returned, namely, to help him understand more about God's kingdom and why it is urgent for those who seek life and God's goodwill, if this approach is appropriate in your territory
  Then, what he desires to do with the information is up to him
  Let him know that you will be glad to answer his Bible questions if you can
  You can assure him that there will be no cost

Welcome the householder's questions; they may be a key to his interests
  Answer some of them; you may want to save one or two of his questions for the next call
  Show him how he can find the answers to some of his questions and encourage him to search them out
  If controversial questions arise that you feel must be dealt with, do not hesitate to answer them; but, do so in a kind manner and then direct your attention back to the Kingdom message again or to the subject you were discussing (1 Pet. 3:15; Prov. 15:1; 2 Tim. 2:24)
  Be patient and understanding with the householder; he has much to learn and it takes time because he may believe that what his religion has taught him is the truth

Be alert to demonstrate the study as early as possible; you may be able to do so within the first few minutes of the call

Do not stay too long; if you have helped the householder learn one or two points of value from the Scriptures, you have done good for him and your call has been successful
  Discuss other subjects on the next call; keep your presentation simple and uncomplicated (John 16:12)

If you are not invited into the home, be prepared to present the information briefly at the door; feature the main point and thus help the householder learn something of value even if the conversation must be short. Always be kind, respectful and considerate of others

## ANALYZE YOUR RETURN VISITS WITH A VIEW TO GREATER EFFECTIVENESS

Did you teach a Scriptural point? What point?
  One point simply and clearly made with personal application to the householder is often sufficient

Were you tactful and kind, or could you have shown more tact and kindness? How?

Did you endeavor to start a study? How?
  When started, what will you do to keep it going and build the householder's appreciation for it?

Can you improve your ability as a teacher?
  Jesus used questions, not hard ones, but questions that invited people to think and draw conclusions (Matt. 16:13-16)
    You can use such questions, too (Speaker may wish to illustrate)
  Jesus used illustrations that fitted those to whom he was speaking, such as farmers, housewives, merchants, fishermen, etc. (Matt. 13:3-47)
    His illustrations encouraged people to think; they helped them apply to themselves the point being made and served as memory aids (Luke 10:25-37)
  Jesus kept referring his listeners to God's Word; you should do this too (John 7:16)
  Jesus took time to explain when necessary (Mark 4:34; Matt. 13:36, 37)

Did you stay too long?

How will you handle things next time in an effort to be most helpful to the interested person, so the householder will enjoy the call, learn more and be personally benefited?

Before making return visits, do you pray that Jehovah will bless you in your efforts to find and feed those who will become his "sheep"?

Do you keep the Bible to the fore so the sheeplike ones can recognize the Shepherd's voice? (John 10:3, 4, 16, 27)
  Remember it is not our own personal ability or skillfulness that brings success; we plant and

CAEKAERT/MAPLEY 000534

water, but it is Jehovah who makes it grow (1 Cor. 3:6, 7)

## CAN YOU HELP OTHERS MAKE RETURN VISITS? HOW?

All qualified publishers can be encouraged and aided

Help them see the need to make return visits and the joy that can be theirs

Help them to be alert to watch for interested people at all times

Help them prepare and have their goal clearly in mind

Invite them to come with you or arrange for other willing and qualified publishers to help them

Young ones can deliver magazines regularly to those who show interest

No. 19 – First Thursday, 3:00

They can offer Bible study to all and then take their parents or another publisher with them to conduct it if necessary

They can offer to study with classmates and neighbor children

Help others in your congregation to have a full share in this activity and to experience the joy that Jehovah gives to those who share in the work of teaching and making disciples

MAIN POINT: Show a genuine interest in the "sheep," by following up all interest, aiding others to do so too

SOURCES: *qm* 207-211; *or* 121

TEACHING SUGGESTION: Lecture, with comments from students as time allows as to how they have obtained success in making return visits and starting studies

# Responsibilities of Overseers

## ALL OVERSEERS ARE SHEPHERDS AND TEACHERS

Each overseer should share in giving personal attention to the spiritual needs of others in the congregation

Do not wait for someone to ask you to do it; it is your responsibility as an elder (1 Pet. 5:1-3)

Discussion among elders will aid in coordinating efforts so that their time is used most effectively

Willingly minister to the needs of your brothers (Matt. 20:25-27); be an example to the flock, not only in knowledge, family life and personal conduct, but also in zeal for Kingdom-preaching and disciple-making

As teachers, all overseers are to share in instructing the congregation

Much of this is done in the meetings of the congregation, giving public talks, conducting meetings, caring for other platform assignments

Also involves giving personal counsel, enlightenment, exhortation and reproof, as needed

All overseers are shepherds and teachers of the flock no matter what other duties the body of elders asks them to handle for any one year

## PRESIDING OVERSEER COORDINATES WORK AND SETS GOOD EXAMPLE IN SHOWING CONCERN

Initiative and alertness on his part are necessary to keep the congregation moving forward

Should regularly discuss matters with other overseers and ministerial servants, offering suggestions and listening to their recommendations; he is interested in all the activities of the congregation

When problems arise, he is to take the initiative in seeing that they are given attention; many minor situations require attention week by week, and he will make appropriate decisions on these

He serves as chairman of the body of elders

He should coordinate the efforts of the body of elders

When presiding at meetings of the elders, he is not simply to open and close the meeting; he should preside "in real earnest," doing all he can to aid toward fruitful discussion (Rom. 12:8)

Certain decisions are made by the elders as a group and not by the presiding overseer alone

Presiding overseer is wise if he benefits fully from the experience and counsel of the other older men (Prov. 24:6; 27:17)

Should not hesitate to ask their opinions

Not necessary to change all arrangements of congregation when new presiding overseer is assigned

He cares for correspondence with the Society, signing reports, remittance forms and other congregation correspondence

He maintains a file of appointment letters, disfellowshiping correspondence, legal and financial records, etc.

At end of year he submits a report to the branch office on the condition of the congregation and what has been accomplished during the year

A principal responsibility is showing concern for all, being a shepherd

Love, not just efficiency, should govern his dealings with others (1 Thess. 2:7, 8)

He should encourage those showing good spirituality and zeal, assist those who are weak (Acts 20:35)

CAEKAERT/MAPLEY 000535

He should be interested in aiding brothers in the congregation to qualify for positions of responsibility, as ministerial servants or elders (2 Tim. 2:2)

By loving counsel he can help them to overcome problems that may be holding them back, taking initiative to offer helpful suggestions

Where possible, he will make arrangements that enable them to gain needed experience by assisting others

He may find it beneficial to visit the various congregation book study groups; it is up to him to decide how often he will do so, perhaps once or twice during the year

He is responsible to see that beneficial service meetings are provided for the congregation each week

He is responsible to see that details are worked out in arranging for public meetings

## FIELD OVERSEER
### COORDINATES ALL FEATURES OF THE KINGDOM-PREACHING

He has been entrusted with oversight of the field ministry, particularly the various features of the preaching work; he should take the initiative in promoting it (Matt. 24:14)

A primary concern is the *viewpoint* of the congregation toward Kingdom-preaching; he encourages right attitude and full participation

He seeks to cultivate among the brothers a heartfelt desire to preach, a feeling of responsibility and appreciation for the privilege (1 Cor. 9:16)

- Field overseer should encourage brothers to remember that their commission is from God, and that field service is part of their worship

Balanced view is needed as to success in placing literature and how a person feels about his service when public is indifferent or opposed

He oversees group witnessing arrangements in cooperation with book study conductors

He keeps close watch over these arrangements to see that they are workable, that they really help the brothers fulfill their desire to share in preaching

He should lovingly give personal help to aid anyone to improve his ability in field ministry

Kindly awareness of personal circumstances and limitations should be shown

The field overseer is responsible to see that all who live in the congregation's territory assignment are given full opportunity to hear the good news

He sees that the territory is divided up into convenient sections for assignment and checks to see that territory is regularly covered

He makes arrangements for group witnessing in areas not regularly covered

Realizing the benefits from using the various kinds of literature, he should see that the

territory receives magazine distribution, also other literature offers, and benefits from special campaigns arranged by the branch office

It is his responsibility to follow through on programs the branch office recommends, such as to reach special groups—teachers, public officials, doctors, etc.

Following suggestions of "faithful and discreet slave" class will result in blessing and increase (Acts 16:4, 5)

Field overseer is responsible to see that adequate magazine and other literature supplies are provided

He plans ahead to see that literature and magazine orders are submitted, being careful not to order excessive amounts

When special magazines are announced by the branch office, he is to alert publishers, then see that order is submitted for extra copies needed

Handbills and tracts should be ordered and the field overseer should see that they are used in the field

Field overseer responsible for field service report of congregation

At end of month he collects report cards from pioneers, tabulates congregation's report of field ministry for the month and gives it to the presiding overseer

Total report of the congregation publishers is posted on a Publisher's Record card that is appropriately marked for entire congregation

Each one's field service report is posted on his Publisher's Record card

When new publisher reports, field overseer shows personal interest; must ascertain if person qualifies to be publisher

First, he talks to one who is studying with the person; second, with person himself; third, with presiding overseer

Field overseer will, no doubt, need the assistance of ministerial servants to care for supplies and records (Principle of Acts 6:1-6)

He may use their assistance in assigning territory, caring for supplies of magazines and other literature, perhaps also posting records

The field overseer must realize, however, that all these needed services are his responsibility; they all come under his oversight

Besides shepherding and teaching responsibilities, field overseer will act as chairman of body of elders if they have reason to meet while presiding overseer is away

## BIBLE STUDY OVERSEER
### RESPONSIBLE FOR WORK OF DISCIPLE-MAKING

He will encourage the brothers to have zeal for making return visits and conducting home Bible studies; he will help all to share to extent their circumstances allow

CAEKAERT/MAPLEY 000536

When possible, he will go with brothers on return visits to offer help; also will arrange for those desiring assistance in this activity to be aided by experienced ones

By repetition and emphasis he can help others to become very conscious of the value of calling back on all who show some interest, giving "thorough witness" (Acts 10:42)

He might stress that all in congregation can hunt for those who want to study and, if not able to handle them themselves, turn calls over to someone who is able to care for them

He should work closely with those publishers and pioneers who are conducting studies with newly interested persons

Offer commendation and suggestions as to teaching, reaching the heart

Bible study reports received each month provide a guide, showing what work is being done

Publisher may request him to go on study; when possible he should do so; if he cannot, another capable publisher may assist

Thus, in one way or another, he should know who among brothers are conducting Bible studies, the people being studied with and the progress being made

He should encourage family Bible studies for those already associated; also work toward having studies developed with unbelieving mates

Bible study overseer has as his special field of responsibility those who are beginning to show interest in the truth or who have associated for a comparatively short time with the congregation

He welcomes newcomers to the Kingdom Hall; is "hospitable" (1 Tim. 3:2)

He should make them feel at ease, introduce them to others

He strives to get to know the names of each newly interested person attending meetings

He may recognize name from Bible study reports; if not, he may invite person to study Bible and arrange study for him if the person so desires

He is responsible to keep a reliable monthly record of meeting attendance

## WATCHTOWER STUDY CONDUCTOR, DILIGENT TEACHER

In caring for *Watchtower* study this elder is responsible for all that relates to the meeting

He personally conducts the study or arranges for another elder, if available, to do so when he is away

He assigns readers for the specific weeks when they will serve, using those approved by the body of elders

To aid the congregation to benefit to the full from the spiritual food in *The Watchtower,* he needs to be thoroughly prepared

It is his assignment to be sure that he thoroughly understands and emphasizes main points of articles so congregation will thoroughly understand the material and be aided to remember it (1 Tim. 4:16)

He should realistically help all to see how lesson bears on their lives, drawing out practical application of material

He should correct misunderstandings tactfully so that commenter is not embarrassed but right answer is left in minds of brothers

As a loving shepherd, he is responsible to give personal assistance

Aid newer ones to learn how to study the lesson; assist timid ones to share

Help brothers to appreciate that comments are part of their worship

## THEOCRATIC MINISTRY SCHOOL OVERSEER BUILDS SCRIPTURAL APPRECIATION

As an overseer, he is responsible for the orderly functioning of the Theocratic Ministry School in the congregation

If more than one group of students is required, he will request another elder, if available, to serve in counseling a second group

He makes assignments of talks for the school so material will be covered

He also should help those enrolled to improve their abilities individually as preachers and teachers

Kind, practical and encouraging counsel is to be given from platform; he will explain *how* things can be done and *why* they are effective

Individual help may be given students in their homes or at meeting place

In his comments, he can do much to enrich the congregation's knowledge and appreciation of the Bible; show how information applies to *their lives*

Not all his time for counseling needs to be used in analyzing speech qualities; this may be kept quite brief

He is not to try to restate the student's entire talk, but appreciative comments for fine Scriptural points that were covered will help focus attention on them, emphasize them

If main points were not covered or inaccurate statements were made, he is responsible to draw attention to these as time permits

If a Kingdom Hall library is maintained, he will oversee it

## CONGREGATION BOOK STUDY CONDUCTOR GIVES PERSONAL ASSISTANCE

Primary responsibility is as teacher, conducting weekly book study

He must help those attending to see, not only answers, but reasons for them and value of information, how it applies to them individually

CAEKAERT/MAPLEY 000537

He should aid his group in their Kingdom-preaching and disciple-making

He arranges for group witnessing, territory; he or someone else qualified is to take the lead

Close relationship allows him to help young and old to improve in their ministry; should give needed encouragement

As a shepherd, it is his responsibility to get to know well those in his group (Compare Romans 16:3-15)

In relaxed atmosphere, he can listen to their problems and thoughts; show deep concern and love by encouraging with Bible counsel

He should arrange for help to be given to elderly, sick and those in divided households (Jas. 1:27)

### THE SPIRIT TO BE SHOWN BY OVERSEERS

Each one must be willing to shoulder the responsibility that is his, not expecting someone else to carry his load but seeking ways and means to discharge fully the responsibility entrusted to him (Gal. 6:5)

Manifest a spirit of genuine cooperation with all the other overseers; there should be no insisting on one's "rights" but rather a common desire to get Jehovah's work accomplished

Always keep in mind that Jesus Christ is the appointed Head of the Christian congregation and we should strive to serve humbly under his direction

**MAIN POINT:** Overseers as shepherds and teachers should humbly shoulder their individual responsibilities; they should cooperate fully to accomplish Jehovah's work and give loving aid to all in their care

SOURCE: *or* 70-82

TEACHING SUGGESTION: Problems for discussion: How might the Bible study overseer help a newly dedicated family head see the value of a regular family Bible study? What Scriptural counsel could be used? Students should have a point in mind that would be helpful.

Ask class: (1) Are reports for field service and Bible study reports being received? If not, how do brothers handle late reports? (2) What have Bible study overseers actually done to help brothers on their home Bible studies or to help new ones get started in this work? Consider suggestions from class

No. 20 – First Thursday, 4:30

# Visiting Those Showing Interest

### DO YOU HAVE JOY IN MAKING RETURN VISITS?

(Invite personal expression from students as to why this activity brings them joy)

### WHERE CAN YOU FIND INTERESTED PEOPLE?

(Invite personal expressions from students concerning where and how they have located interested people; include points from lecture, No. 18)

### WHAT WILL BE THE PURPOSE OF YOUR CALL?

(Invite students to comment on the four points discussed in lecture and how to accomplish each)

### WHAT WILL YOU DISCUSS ON YOUR VISIT?

(Ask students what subjects they find are of interest to people in their territory and are effective for discussion on return visits)

### HOW WILL YOU BEGIN YOUR CONVERSATION?

Often our getting a hearing ear or not depends on how we begin the conversation or introduce the subject we will feature during our call; what do you say to encourage the householder

to receive you, to listen to you and to talk to you?

Some publishers have found that there are householders who resist them when they feel they are being pushed or urged, but these same people respond easily and relax when the publisher is warm, friendly or shows personal interest in them, their family and problems

With others it may be the subject you introduce for consideration that will attract and hold their attention, especially if it is of personal interest to them and the members of their family

Some publishers find it effective to use questions to catch the interest and stimulate thought, such as, 'What does the future hold? Will things get better or worse? Will there ever be peace on the earth? What do you think? What does the Bible say?' Or, 'Most of us have lost a loved one in death and many are asking, What happens to dead people? People have different opinions. What do you think? Have you ever read what the Bible says?'

(Ask students how they introduce themselves and endeavor to hold the interest when making return visits. Instructor can arrange for two or three students briefly to demonstrate how they introduce themselves and try to achieve their goal on the call. Students may pick their own householder, if this is desirable, and should handle the call just as they would in their home

CAEKAERT/MAPLEY 000538

congregation territory. Demonstrations should be short, two or three minutes)

(Before the return visit is demonstrated, ask student first to tell the class (1) what means he proposes to use to encourage the householder to receive him and listen to what he has to say, and (2) the goal of his call. Then, as the student makes the return visit, others in the class can observe specifically how he handled these two matters)

(Students should make their call the way they feel it will be most effective. People are different. Jehovah has a variety of people in his organization, making it possible for the greatest variety of people to be reached. Do not try to get all students to follow a certain pattern that appeals to you)

(Following each presentation, call on others in the class to comment on what they felt was effective about the presentation. Instructor may make his own comments on this too. Students may have other suggestions as to how they would handle a situation like that just demonstrated. Call for these comments. Use the discussion as an opportunity for the students to exchange ideas with one another. The instructor can draw attention to practical suggestions given, but will not propose that one approach was better than another)

## HOW CAN THE STUDY BE STARTED?

Some have found it effective to raise questions on a subject, then after arousing the person's interest, turning the householder to the scriptures that answer the question
— Paragraphs can be read in summary, pointing to the value of the publication

Some have found it effective just to tell the householder, 'We conduct free home Bible studies with people and I would like to demonstrate the arrangement for you and your family, if I may.'
Then turn to an appropriate chapter in the publication, use the questions, read the scriptures and sum up the paragraphs
Many publishers use the *Truth* book, *"This Good News of the Kingdom"* or the *"Look!"* booklet

Some say, 'We are assisting people to understand the Bible. I would be pleased to study the Bible with you and your whole family at a time convenient to you at no cost.'

Others explain that the householder is entitled to a free home demonstration of our Bible study arrangement

(Discuss other suggestions. Ask students what they find to be most effective in their territory)

## BE DISCERNING

Do not stay too long
Some will not ask you to leave but will not invite you in again if you stay too long

Be observant
Are children crying or was the householder doing something that it would be best not to interrupt?
Is he getting fidgety, expecting company, or was he about to leave? It may be best to suggest that you call at another time

You may want to express regret that you called at an inconvenient time and tell the householder that under the circumstances you would like to leave with him one point that will give him something good to think about during the rest of the day
Then you can read one well-chosen verse from the Scriptures or a sentence from one of the publications

Be friendly, use discretion, be considerate

## WHOM WILL YOU HELP IN YOUR CONGREGATION AND HOW CAN YOU AID THEM?

When you get back home, help the brothers in your congregation to see the urgency of visiting those showing interest
Help them enjoy pleasure in this part of the Christian ministry (Acts 20:35)

Help members of your own family. By discussion or by informal practice sessions help them to prepare to introduce themselves effectively and to plan how to explain to the householder the purpose of the call
Help them to prepare effective ways to introduce the study
Consider what publication might best be used, the page and paragraph where the study will begin
Might let members of the family practice on one another and thus prepare for effective activity in the field
When convenient, may include other families or other publishers in the congregation in these discussions

Young and old, new publishers and experienced ones can share
Regularly go along with the members of your own family in making return visits
Invite others to go along with you when making return visits whenever possible
Arrange for other willing and capable brothers and sisters to accompany publishers needing assistance in this activity

Encourage all in the congregation to show a genuine interest in others who are responding to the Kingdom message
Publishers may make return visits by delivering magazines or other literature, by conducting a study, writing a letter or calling the interested person on the telephone
Use each contact to stimulate interest; make your calls friendly

CAEKAERT/MAPLEY 000539

When you have appropriate parts on the service meeting, use these to keep before the brothers the importance of making return visits, teaching and making disciples

On all occasions, help the brothers find pleasure in this rewarding activity .

(Ask students how they might help others in this activity when they return home. Suggest that

they make a note of the names of such publishers now, while they are thinking of them. Urge students to follow through and aid their brothers in this important work of making return visits.)

**MAIN POINT:** Help other publishers to show genuine concern for sheeplike ones by making return visits on all interested persons
SOURCE: *or* 121

No. 21 – First Friday, 9:10

# Life, Marvelous Gift of God

## JEHOVAH GOD IS THE SOURCE OF LIFE

Life has always existed because Jehovah has always been in existence (Ps. 36:9; 90:2; 1 Tim. 1:17) .

The order of appearance of life was established by God
First, God's only-begotten Son, then the angels (Col. 1:15-17)
Later, the physical universe, earthly vegetation, sea creatures, winged flying creatures, land animals, man and woman (Gen. 1:1-27; 2:7, 21, 22)
Evolution was not used, but at Jehovah's direction his Son acted to carry out His commands and the different "kinds" were created; earthly creatures and plant life each reproduced "according to its kind"

The Bible uses "soul" (Hebrew, *ne'phesh;* Greek, *psy·khe'*) for life as a person or animal, whereas "life" (Hebrew, *hhay·yah';* Greek, *zo·e'*) Scripturally applies to life itself, the life principle (Job 10:1; Ps. 66:9)

Life force (spirit; Hebrew, *ru'ahh;* Greek, *pneu'ma*) animates the creature; breath (Hebrew, *ne·sha·mah'*) sustains the life force (Isa. 42:5; Ps. 104:29; Gen. 7:22; *tr* 38-40)
Organisms (fleshly bodies) differ (1 Cor. 15:39)
*Encyclopædia Britannica* states: " . . . each distinct type of organism seems to have some distinctive protein of its own, and some characteristic rate or rhythm of metabolism"
The life force or "spirit" put in Adam by God is passed on to offspring by means of the procreative process
God created Adam's body, put life force (*ru'ahh*) and breath (*ne·sha·mah'*) into it, and man became a living soul; he began to have life as a person (Gen. 2:7; *ad* 1546, 1547)
The life of man and animals is dependent first of all on the life force provided originally by God when creating, and, secondarily, on breath to sustain that life force (Gen. 7:22)

Appreciation for life is enhanced by considering the variety of forms of living things and their ability to grow, adapt and reproduce

## WHAT MAN NEEDS FOR EVERLASTING LIFE

Fruit of the "tree of life" in the garden of Eden would not in itself have given life; the "tree" represented God's *guarantee* of life "to time indefinite" to ones He permitted to eat thereof (Gen. 2:9; 3:22)

Adam's sin resulted in a descent of about 930 years toward death, in accord with the principle of James 1:14, 15 (Gen. 5:5)

For everlasting life, man must live 'not by bread alone, but by every expression of Jehovah' (Deut. 8:3; Matt. 4:4)
Man, being created "in God's image," has attributes like God's; he was given a capacity for spirituality, being able to appreciate and worship his Creator (Gen. 1:26, 27)
For everlasting life, man must exercise spirituality, taking in knowledge of God and Christ (John 17:3)
Faithful men of old embraced God's promise of deliverance, believed in the resurrection and had hope in God's citylike administration (Heb. 11: 10, 16, 35)
The "holy and righteous" Law given through Moses did not provide that deliverance; it condemned the Jews to death and showed all men to be sinners, but provided prophetic patterns of God's provision for deliverance from sin (Rom. 7:9-12; Gal. 3:19)
Christ died to open the way for release from sin and Adamic death for all who would believe; he died *on a stake* to remove the Law's curse from the Jews (Gal. 3:13)

Eternal life is possible only through Jesus Christ and his ransom sacrifice (2 Tim. 1:10; Acts 4:12)
Exercising faith in the Son and obedience to the "good news," the "word of life," are essential (John 5:24; Phil. 2:16)
Through Christ's priesthood life will be administered to those on earth
Under Kingdom rule, the "law of sin" will be overcome by obedience, prayer and forgiveness made possible through the ransom (Rom. 7:21–8:2)

CAEKAERT/MAPLEY 000540

As the "Eternal Father," Jesus is able to re-
generate mankind, giving life to obedient
ones who exercise faith in the offering of
his soul (1 Tim. 2:5, 6; Isa. 9:6; Matt. 20:28)

With humanity restored to perfection, Satan and
demons will then be loosed and a final test will
occur
An indefinite number will succumb, allowing
themselves to be misled through selfishness;
they will be executed, coming forever into the
"second death" (Rev. 20:7-10, 14)
Those humans who are faithful, having proved
themselves to be righteous, will be acknowl-
edged by Jehovah as his sons through Christ
(Rom. 8:21)

Having the hope of everlasting life is not selfish;
it is held out by God as a reward, and it shows
appreciation to look to the reward with faith
(Heb. 11:6)

## IMMORTALITY AND INCORRUPTION GRANTED TO CERTAIN ONES.

Immortality is deathlessness
Jehovah is immortal, deathless, "the King of
eternity" (1 Tim. 1:17; Hab. 1:12)
Jesus Christ received immortality as a reward
for faithfulness; he did not possess it previous-
ly (Rom. 6:9; 1 Tim. 6:15, 16)
Jesus' 144,000 joint heirs share the likeness of
his resurrection, thus receiving immortal life
(1 Cor. 15:42-54)
They, like Jesus, are granted, not just everlast-
ing life, but the "power of an indestructible
life" (Heb. 7:16; Rev. 20:6)
These are depicted as standing on heavenly
Mount Zion; thus they have immortal life
in heaven (Rev. 14:1)
This grant of immortality to Kingdom joint
heirs is all the more remarkable, since God's
angels are mortal (shown in the fact that the
Devil and demons have the judgment of
death entered against them) (Matt. 25:41;
Jude 6)
Hence, the granting of immortality to Christ's
joint heirs demonstrates Jehovah's confi-
dence in them

Incorruption pertains to that which cannot spoil,
be ruined, be brought to an inferior state or
be destroyed
It applies to organisms of God, Christ and the
144,000 in heaven (1 Tim. 1:17; 1 Cor. 15:42,
44, 48, 49)
Incorruption does not apply to human bodies,
for they are fleshly and corruptible (Rom.
1:23)
Humans have bodies subject to damaging dis-
eases and dissolution in death, the elements
forming the body breaking down in decay
(Acts 13:36)
Even perfect human bodies are corruptible, not
beyond destruction; thus Paul could say that

the resurrected Jesus was "destined no more
to return to corruption," that is, to life in a
corruptible, though perfect, human body
(Acts 13:34)
Immortality relates to the *quality* of the life they
receive (its endlessness and indestructibility),
whereas, incorruption pertains to the *organism*
or body that God gives them (one beyond ruin,
decay or destruction)
Nonetheless, joint heirs, like Christ, continue
subject to the Father's will and directions
(1 Cor. 15:23-28)

## SAFEGUARDING THE HEART IS ESSENTIAL FOR LIFE

Out of the heart come wicked reasonings, wrong
conduct and lack of faith that lead to death
(Matt. 15:19, 20)
We need to supply the heart with life-giving
spiritual nourishment to protect it (Prov. 4:23;
Rom. 8:6)
By meditating on right things, by speaking about
them, and by associating with those who value
them, one builds up a good condition of the
heart (Phil. 4:8; Ps. 63:3; Heb. 10:22-25)

## JEHOVAH'S GIFT OF LIFE SYMBOLIZED

Scriptures use the expressions "tree(s) of life"
in various ways
Wisdom is called a "tree of life" in that it sup-
plies what is needed for life, knowledge of
God and insight to obey his commandments
(Prov. 3:13, 18; 16:22)
"The fruitage of the righteous one is a tree of
life," for his calm, right speech and example
lead others to life
They listen to him and get spiritual nourish-
ment that leads them to serve God and re-
ceive life (Prov. 11:30; 15:4)
The "thing desired is a tree of life" in that desire
fulfilled gives refreshment, renewed vigor
(Prov. 13:12)
The divine provision for immortal heavenly life
is symbolized by "tree(s) of life" (Rev. 2:7;
22:19)
In another context "trees of life" are God's pro-
visions for continually sustaining life for obe-
dient mankind on earth in the new order (Rev.
22:1, 2)

Names are written in the "book of life" or "scroll
of life"
Jehovah's "book of life" contains names of all
persons worthy of the grant of life (Ex. 32:
32, 33; Rev. 20:11-15)
Abel's name apparently is the first one in it
(Heb. 11:4, 6)
"Lamb's scroll of life" contains names of Christ's
Kingdom joint heirs (Rev. 21:27)

Mankind will benefit from the "river of water of
life"

Its life-giving waters represent God's entire provision through Christ for eternal life for mankind in the new order (Rev. 22:1, 2)

Invitation is given now to enjoy what is available of such "water," to *begin* drinking of God's provisions (Rev. 22:17)

## TRUE CHRISTIANS SHARE JEHOVAH'S VIEW OF SANCTITY OF LIFE

They have God's view of mankind and love their fellowman (John 3:16)

We do well to ask ourselves whether we feel that way toward people in our territory for witnessing. Are we interested in the lives of people?

Within the congregation, we should not look at things statistically, saying, for instance, 'We only lost one publisher last year'

Rather, our concern should be how we can help our brothers and sisters gain life

Obviously Paul had such concern for fellow servants of God (Acts 20:31, 32; 2 Cor. 11: 28, 29)

The world views life as being cheap, as evident from its violent crime, wars and much of what it considers to be entertainment

Christians consider life to be sacred; do not even wantonly kill animals, as some hunters do

Since 'life is in the blood,' Christians do not eat or otherwise misuse blood (Gen. 9:3, 4; Lev. 17:11, 14; Acts 15:28, 29)

Value of life is so sacred that the blood of a murdered person is viewed by God as defiling the earth, and such defilement can be cleansed only by shedding the murderer's blood (Gen. 9:5, 6; Num. 35:33)

Christians, like the psalmist, fittingly pray that Jehovah deliver them from bloodguiltiness and bloodguilty ones (Ps. 51:14; 26:9)

One could become bloodguilty before Jehovah by: (1) bloodshed, murder, including supporting bloodguilty organizations (Rev. 17:6; 18:

2, 4); (2) eating blood, which includes transfusing blood (Acts 15:20); (3) failing to preach the lifesaving good news of the Kingdom (Acts 18:6; 20:26, 27)

Bloodguilt may be incurred if one fails to obey traffic and other safety laws

Congregation's judicial committee investigates automobile or hunting accidents involving a Christian and that cause someone's injury or death, as the congregation does not want to come under community responsibility therefor

Disciplinary measures may be necessary if even a measure of bloodguilt attaches to such driver or hunter; for some time he could not instruct or hold a responsible position in the congregation (*w*63 510, 511)

## ACCOUNTABLE TO GOD TO USE LIFE IN GOD'S SERVICE

Christians mold their lives in harmony with Jehovah's will and give his law and worship first place (Mic. 4:1-3)

Like Jesus Christ, they use their lives in harmony with the will of God, knowing they are accountable to Jehovah (1 Pet. 4:1, 2; Rom. 14:10-12)

Having 'plenty to do in the Lord's work,' labor is not in vain (1 Cor. 15:58)

True happiness and satisfaction result from using our lives in God's service (Eccl. 12:13; Ps. 16:11)

MAIN POINT: Life is a gift from God, to be treated as sacred, and to be used in full harmony with his will

SOURCES: *ad* 243-246, 823, 824, 828, 829, 1061-1065, 1546, 1547; *li* 387-393, 397-400; *tr* 38-40, 162; *w*63 510, 511

TEACHING SUGGESTION: Arrange for several students to prepare three- to five-minute talks, assigning an appropriate subheading of the material to each student. Other students may ask questions of the speaker after each talk on the material assigned

No. 22 – First Friday, 10:40

# The *Watchtower* and Congregation Book Studies

## THE PURPOSE OF THESE STUDIES IN OUR CONGREGATION

They are Jehovah's provision through the "faithful and discreet slave" for teaching his people (Matt. 24:45-47; Isa. 54:13)

Objective is to impart knowledge, convey understanding and enhance heart appreciation (Prov. 4:7, 8)

Conductor must have knowledge and understanding of the material being considered;

know not only answers to questions but also the basis for those answers

Help brothers get material into minds and hearts (Eph. 3:17-19; Col. 1:9, 10)

As appropriate, draw out not only direct answer to printed question, but also reasons why answer is so and how scriptures cited tie in

Stress theme of lesson at appropriate points, not overdoing it

Show practical value of the material; how it applies in daily living, points for field service, etc.

## THE *WATCHTOWER* STUDY

### CONDUCTING THE *WATCHTOWER* STUDY

*The Watchtower* greatly aids one to establish and maintain a good relationship with Jehovah
  It is the product of careful research and thought; not inspired, but produced under the guiding influence of holy spirit (John 16:12, 13)
  Each article contributes to the forward movement of Jehovah's people and it can aid us individually to produce the fruitage of the spirit

The study should ordinarily be one hour in length, not including songs
  It is helpful for the conductor to mark material in 15-minute sections
  Just because hands are raised does not mean they all need to be called on if points have already been adequately covered

Opening remarks and comments of the conductor should be brief and to the point; be warm, enthusiastic, encouraging

The conductor should not comment excessively; remember that a teacher does not do the thinking for the students, rather he helps them to think in an orderly manner and arrive at the correct conclusion
  By effective use of questions, draw attention to main points, help all to see how points in the paragraphs relate to the theme, how scriptures support main points and the theme
  When important points are missed by commentators, usually it is better to ask specific questions to draw out the points instead of simply asking, "Any further comments?"
  Keep outside material to a minimum, thus not detracting from the study material

Encourage preparation and commenting in own words, making comments brief and to the point
  Main objective is to get audience to think on and understand the material, not just to give comments they read but do not fully understand
  Discourage the reading of answers; suggest short extemporaneous comments
  First comment might be a direct answer to the printed question, with additional comments on how scriptures apply, supporting arguments or practical application

Read and discuss unquoted scriptures as time permits

Have brief concluding comments (or a few brief review questions) before concluding the study with song and prayer

If, due to ban or postal strike, magazines are not received, you could base the study on older issues of *The Watchtower;* or you could use congregation book study material for both the book study and the *Watchtower* study for a time, and then if the missing *Watchtower* issues arrive you could study these at both meetings each week until up to date; local elders should decide on the procedure

### CONGREGATION PREPARATION FOR STUDY

Encourage everyone to read the entire magazine as soon as received to get overall view; also to make a detailed study of the main article before it is considered at the Kingdom Hall
  Help brothers to enjoy learning (Ps. 1:1, 2)

Objective in family preparation is not just to get answers for comments, but to gain understanding (Prov. 4:7, 8)
  If this objective is reached, there will be no problem in giving meaningful comments
  Family preparation sessions need not be handled the same as regular *Watchtower* study
  There are no rules for such family studies, so encourage brothers to do what works best for their family situation
  The one conducting may want to ask the question first and then have the paragraph read; those participating can find the answer and underline it; take time to discuss the reasons for answers and how the material should affect our lives
  Avoid underlining too much—just key words or ideas to facilitate giving extemporaneous comments
  It is good to look up unquoted scriptures and discuss them
  Encourage family heads to conduct their own family studies
  Visiting a family study conducted by someone else, if invited, may be helpful in gaining ideas on how we can do better with our own family study

### *WATCHTOWER* STUDY CONDUCTOR'S PREPARATION

Get clearly in mind the overall theme and objective of the article, and take note of how the various points in the article contribute to these

Fix the main points of the study clearly in mind

Select key scriptures to have the congregation read as time permits

If any new explanations of scriptures are presented in the article, get them clearly in mind so that you can aid the congregation to appreciate them

Give thought to your introductory and concluding comments for the study

## THE CONGREGATION BOOK STUDY

### OBJECTIVES OF CONGREGATION BOOK STUDY CONDUCTORS

Like the *Watchtower* study conductor, his first responsibility is to be a teacher in conducting the study

He has the privilege of aiding the publishers in his group in the field ministry

He is usually in position to give individual attention to the spiritual needs of those in his group

## CONDUCTING THE BOOK STUDY

Since teachers are needed, elders should be used if available

It may be best to have larger groups, with qualified brothers as conductors, rather than having many smaller groups, with brothers who are not qualified as teachers; however, if sufficient qualified brothers are available, teaching smaller groups is most effective

There is no set amount of material to cover each week; it is better to cover less material if necessary to impart understanding, but do not let the study drag

Do not emphasize minor points; rather show how they relate to the main points and the theme

Opening remarks can be brief; no review may be needed if you are starting a new chapter

At beginning of the study you may wish to read the portion of the Bible that will be considered that evening if it is not too long

Look up unquoted scriptures and have them read; long citations can be assigned to be summarized where advisable, or key verses only may be read

Encourage all to participate, perhaps by reading scriptures; important thing is getting all to think about and understand the material

Encourage putting comments in own words

Conductor needs to know the potential and ability of all in the group, not expecting more from those with limited education than would be reasonable

Watch commenters and their response or lack of response to see if material is reaching both mind and heart

When a comment is read, you *may* wish to ask person to rephrase it in his own words

Conductor needs to listen carefully to comments to see if heart appreciation is manifested

Can partition printed questions if necessary or ask supplementary questions to encourage commenting and to highlight key thoughts

To aid in understanding points not clear, various types of questions can be employed

Use true or false, multiple choice, leading questions, viewpoint questions, rhetorical questions (Luke 10:36; 12:49-51; Matt. 16:13-15; 17:25, 26; 22:41-46)

Good to have closing review from the Bible rather than from the book if material lends itself to this; or review can be handled in other ways to draw attention to main points (Ask students what might be done to build up attendance at the book studies)

## EFFECTIVE MEETINGS FOR FIELD SERVICE

Meeting for field service need not be held after meetings on Sunday if publishers want to go directly to the territory

When meetings for field service are held, arrange them to fit the needs of the group, changing time and meeting place when necessary

Start meetings for field service on time

Meetings should not be perfunctory

Briefly consider text, using rest of time to consider material that will aid in service

Can have discussion or demonstration of field points

Have objective of equipping publishers for the preaching and teaching activity in which they are going to engage on that day

## SIZE OF BOOK STUDY GROUPS

Factors to consider: Qualified brothers available to conduct studies, distance to travel to study, and availability of suitable homes

In larger congregations, possibly three groups could be formed from two groups, rather than splitting one into two

It is not good to let groups get too large; at least, when group gets to 20 publishers, usually it is wise to consider forming a new group

Book study conductor can watch for overcrowding, be considerate of householder's viewpoint and furnishings; may be best not to have too many children in any one group if this causes problems

## HOW TO HELP PERSONS PREPARE FOR THE BOOK STUDY

Help them to see how underlining key words will be helpful, not underlining excessively

Meaningful notes can be made in margin of book in addition to underlining answers to printed questions

Look, not only for answers, but for the basis for the answers

Look up unquoted scriptures and consider how they apply to the material in the book

**MAIN POINT:** Help the brothers benefit from the spiritual food provided, both by advance preparation and sharing in the studies

SOURCES: *sg* 36-38, 49-54; *or* 91-94, 100, 101; *qm* 97-103

TEACHING SUGGESTION: (1) At conclusion of class discussion consider how a *Watchtower* or book study conductor could be helpful in assisting timid ones to give comments or young ones to make their comments more meaningful. (2) Ask students what they have done to help the brothers in their study group to appreciate the application of the material in their lives. (3) Do they make the main points stand out, or do they try to cover all the details equally?

CAEKAERT/MAPLEY 000544

# Home Bible Study Ministry

## DISCIPLING WORK
## A PART OF OUR MINISTRY

The public ministry assigned to Christians is twofold: first, proclaiming the good news of God's kingdom, a preaching work; second, teaching those who respond favorably, making disciples of Christ (Matt. 24:14; 28:19, 20)

Our objective obviously not just to put time in field ministry or to place much literature; it includes helping honest-hearted persons learn the truth, becoming Christian witnesses of Jehovah with prospects for eternal life

This disciple-making work is best accomplished through the home Bible study ministry

Time is needed to teach the truth in a progressive way

All of Jehovah's witnesses old enough to teach others should seek to share in this ministry as time and circumstances permit

Much joy and happiness come from sharing knowledge with others (Acts 20:35)

## HOW CAN WE START AND CONTINUE HOME BIBLE STUDIES?

May offer home Bible study on initial call

Usually a publication is left with interested persons, so a study can be continued if started on initial call

More often studies are started through return visits on interested persons

In either case it is good to demonstrate our study method briefly, using one of the publications

Sometimes several visits may be required before actual study is started

Some will have Bible questions they want answered; this may take time

Good to demonstrate how a *regular* study will answer many questions; this will tend to stimulate more interest in a regular study

What should we study?

There is no set rule; consider the individual student's needs, his background, his interests and ideas

Questions the student first asks may help you determine what to study

We could use the Society's books, but it could be a booklet or magazine article, a tract, or simply the Bible

Try to use what will help the student most and hold his interest; show sincere interest in the student

Right from the start of a study it is good to include other members of his family

Others may be interested, and if we do not invite them, later they may feel too much progress has been made for them to join the study

It is a fine thing to see husbands and wives, or whole families, study together; there are fewer problems when all learn the truth together

It is good to explain reason why opposition to their studying may arise (Matt. 10:36, 37; *tr* 16)

To keep study interesting and progressive, the one conducting should instill confidence in the students; accomplished by careful preparation on the part of the conductor

He should study the material ahead of time and know it well

Best to study with this particular student in mind

Try to determine points that would be of special interest; try to see *his* viewpoint of matters

Anticipate questions he would likely ask and prepare to answer

Do not feel that every question must be answered immediately; some may require research to give correct answers or additional background for student to understand answer

All studies should direct interested ones to God's Word

With good reason we call them *Bible* studies, not book studies

We should use the Bible freely during our studies, looking up Bible texts cited or even some quoted

The one conducting the study may even wish to use additional scriptures from time to time

We should be *Bible* teachers, constantly directing student to the Bible

Many persons with whom we study know little about the Bible

We may have to get a Bible for some, and most will need help in learning to use the Bible

Show the student *how* to use the Bible, how to find the books by checking the table of contents, chapter and verse divisions

Allow him time to find Scripture references before reading them

If several are present for the study, try to arrange for all to follow the reading of Bible references

## GOOD EXAMPLE OF THE CONDUCTOR IS VERY IMPORTANT

Those who study the Bible look to us as ministers; we, in turn, should always conduct ourselves as real Christian ministers (2 Cor. 6:4, 6, 7)

We are there to teach Bible truth, not to meddle in personal affairs

Students will take note of our conduct; is it always good?

They will observe our dress and general appearance; do we set a good example in this regard

CAEKAERT/MAPLEY 000545

and dress in a manner befitting God's ministers?

They will listen to how we speak and what we talk about; do we set a good example in this too?

Our setting such a good example will help the student recognize the truth quickly; he will see that we practice Christianity daily

We should always show appreciation for any kindness offered us, but be careful never to take liberties with such kindness

Set a good example by avoiding any wrong appearances (2 Cor. 6:3)

It is generally best not to make a call alone on someone of the opposite sex; if you must call by yourself, then good to go when other members of the family are home

Otherwise, may take some member of your family or another publisher along; if this is not possible, then it might be wise to turn the study over to someone of the same sex to handle

This is a matter of safety as well as avoiding wrong appearance

While we should be good examples, we should not teach or draw attention to ourselves or cause students to look to us as leaders

Paul was a good example for us, directing attention to Jehovah and Jesus as Teachers (1 Cor. 1:13-15; 2:1-5; 3:5-7, 21-23)

Follow his good example, directing students to Jehovah, Jesus and the Christian congregation, "a pillar and support of the truth" (1 Tim. 3:15)

Thus, in many respects a student's progress will be promoted by the good example set by the one conducting the study

## REACHING THE HEARTS
## OF YOUR STUDENTS IS ESSENTIAL

Jesus showed that a Christian must love Jehovah with his whole *heart* as well as his whole mind (Mark 12:28-30)

Reaching the student's heart is a matter of concern to all who conduct home Bible studies (Eph. 3:16-19)

A capable teacher can impart knowledge to the mind of his student, and this is very important

To this end, the conductor should show the student how to prepare his lesson ahead of time, underline main points, etc.

To illustrate, show the student how you mark your book

But, what will the student do about what he is learning? Is he just looking for knowledge, or will Bible knowledge motivate him to action? Will he take steps to apply his knowledge?

Heartfelt appreciation is very important; the truth must get into the heart if the student is to apply it to his life and act upon it for life in the future (Ps. 119:11)

How can we reach the hearts of our Bible students?

One way is to encourage the student to ponder on what he learns

As a conductor, you can make this easier by emphasizing main points of each lesson and not trying to cover too much

Encourage the student to review the main points and ponder on them

Another means is to ask occasional questions throughout the study

Use practical questions to be sure the student not only learns but also gets the truth down in his heart

At times we might ask: "Do you believe what we just studied? How do you feel about it? How could you apply this in *your* life?"

A third way to impress the truth on hearts is to help our students think in terms of their relationship with Jehovah

In your weekly study emphasize Jehovah's love and wisdom; review Bible principles, how to apply these and their value; help your students to cultivate the habit of seeking Jehovah's direction in matters before making decisions

Build up appreciation for Jehovah, his worship and his service

Additionally, we can encourage our students to analyze their motives for doing things

Teach them to ask themselves questions like: "Why do I want to do this or that? Am I seeking to please God or my own fleshly desires? Am I sincere or perhaps deceiving myself with false reasoning?"

Our students can properly be warned of deceptive dangers that could interfere with their progress as Christians (Prov. 28:26)

Lastly, keep before your students the perfect example of Jesus

He was loyal to his Father Jehovah. How? What did he do?

He studied to learn God's mind on matters; he prayed to his Father, seeking God's direction in all things

Such an example is an excellent one to put before our students; encourage them to pray regularly to Jehovah as Jesus did

So, in all studies, take the time needed to help your students to get to know Jehovah, draw close to him, and get his Word firmly rooted in their hearts

Then there is firm foundation for student also to love Jehovah with his "whole soul"; he will take positive action as an individual

## ENCOURAGE STUDENTS TO ASSOCIATE
## WITH JEHOVAH'S 'NAME PEOPLE'
## AND SHARE TRUTH WITH OTHERS

As a student progresses he should be informed of the organization Jehovah is using, especially of local congregation meeting times

CAEKAERT/MAPLEY 000546

Many may begin such association with the congregation as a result of their initial Bible study
Others may have to study for some time before they are able to identify the true Christian congregation and recognize the need for an organization for Kingdom-preaching and disciple-making
If your student can be encouraged to attend the meetings, his spiritual progress usually will be much faster
So help your Bible students get to the meetings; see that they have the necessary publications as they begin to attend regularly

At the Kingdom Hall introduce them to others; make them feel *very welcome* in a congregation of real Christians

How long should a study be continued?
There is no set time; after a reasonable period, we should be able to determine the student's motives, so studies should not be extended indefinitely
If there is no progress, then it is better to spend time with others
As long as student shows evidence of good motives, keeps making progress and shows this by beginning to associate with the congregation and in other ways, we would continue the study; even if he progresses to the point of being baptized we would continue study for a time

Usually we observe that such a progressive student starts talking to friends, relatives, fellow employees and others about truths he is learning
Often, the more he learns, the more he talks
He may need help from you in answering questions propounded to him; take time to give him the needed assistance
As you teach, then, help your students think of using what they learn; show them in simple terms how to explain truths to others
Gradually you can explain the Kingdom-preaching and disciple-making work assigned to God's servants today, showing how they can share in it
When they qualify, invite them to share in the field ministry with you, giving them the necessary help and encouragement
There is much joy in seeing our students sharing

in the ministry and coming to the point of dedication and baptism
Producing another new disciple of Christ is our goal in the Bible study work

## HOW CAN BIBLE STUDY OVERSEERS HELP OTHERS IN THE BIBLE STUDY MINISTRY?

One way is to set a good example by conducting Bible studies
Keep studies progressive; give them personalized help
Help them to attend congregation meetings regularly

Also show interest in the Bible study service
Go with brothers on their studies to get acquainted; offer suggestions where needed and appropriate
Could occasionally make calls on those progressing well to encourage

Invite brothers to tell you of good study prospects when they cannot handle them and follow through on these
Try to assist more in the congregation to share in Bible study service

When new ones are at the Kingdom Hall, talk to them; make them feel welcome, introducing your family and others to them
Learn their names; help them with their questions

Help families in the congregation with their studies
Encourage each family to have a study; visit them, offering suggestions if needed and as it seems opportune to do so

Help all to see the good results of family and home Bible studies: the making of more Christian disciples in response to Jesus' command (Matt. 28:19, 20)

**MAIN POINT:** The goal of the Bible study ministry is to make disciples of Christ, in harmony with Matthew 28:19, 20
SOURCES: *or* 122-125; *sg* 73-78
TEACHING SUGGESTION: Lecture, with comments from students on key points as time permits

No. 24 – First Friday, 3:00

# Whole-Souled Service to Jehovah

## OBLIGATION TO LOVE AND SERVE GOD WITH WHOLE SOUL

Jesus, quoting God's Word, said, 'You must love Jehovah with your whole soul.' (Mark 12:30; Deut. 6:5)
Original-language words for "soul" can also be translated by personal pronouns such as "you" and "I"

Loving Jehovah with "whole soul" means that every fiber of one's existence is involved in lovingly serving God; no function, capacity or desire in life is excepted

Since our whole soul is our complete person, why did Jesus say we must also love God with our 'whole heart, mind and strength'?
These facets of the soul are evidently mentioned

CAEKAERT/MAPLEY 000547

for emphasis, so that we do not fail to consider them in our service to God

For example, a man under the Mosaic Law could have sold himself (his soul) into slavery to another; but thereafter the man might have failed to serve his master wholeheartedly, with full motivation and desire to please him; he might not have used his full strength or his full mental capacity to advance his master's interests

Thus Jesus was emphasizing that love of God must involve the entire person

## EVERYONE,
### REGARDLESS OF SITUATION IN LIFE, CAN SERVE GOD WHOLE-SOULED

Physical perfection is not required; we must simply apply all the faculties of our own imperfect soul in doing the will of God

The amount that persons do in Jehovah's service and the quality of that service will obviously vary from person to person; some who seem to be doing little may be whole-souled

In Revelation 7:9, 10, 15 the "great crowd" are shown rendering sacred service "day and night" in the spiritual temple; yet surely not all do the same amount in the field service or in congregational service, nor perhaps with the same effectiveness

In Jesus' illustration of the Sower, when "the word of the kingdom" fell on "fine soil" it produced thirty-, sixty- and a hundredfold. (Matt. 13:18, 23) Why the difference in fruitage? Were those producing thirtyfold less devoted—not whole-souled—while those bearing a hundredfold were?

– Circumstances in life vary—differences in health, vigor, mental ability, obligations and responsibilities, time in truth—all affecting the amount one may actually produce

So there is variety in quantity produced, but Jehovah is pleased with whatever this "fine soil" bears as long as the service rendered is whole-souled

Jesus showed that what is vital is not the quantity one does in relation to what someone else does, but doing what one can, as Mary did in ministering to Jesus, and as the widow did who gave all that she had (Mark 14:6-8; John 12:3; Luke 21:1-4)

The apostle Paul was whole-souled in service. He actually 'labored in excess of all the apostles.' (1 Cor. 15:9, 10) He had fine mental ability, evidently had physical stamina, and was free from family responsibilities. So Paul was under obligation to use these assets in God's service; it was necessary in order for him to be whole-souled

Must a person do as much as Paul did, or be as effective a teacher as he was, to be whole-souled in Jehovah's service?

Perhaps one has a family for which to care, a health problem, certain limitations as to ability, or has little knowledge due to newness in the truth. He may be doing all he can in Jehovah's service—being whole-souled in it —yet his public service may not be nearly as extensive as that of Paul or that of some modern-day pioneers

Such ones should not feel discouraged. Jehovah is just as pleased with a thirtyfold or sixtyfold fruitage if it is whole-souled as with the hundredfold produced by another

Hours or literature placements are by no means the sole guide as to 'fruitage' produced. A family man who is well known in his community as one of Jehovah's servants because he is alert to opportunities to speak in favor of the truth, and whose conduct is truly exemplary, will cause more people to think on Jehovah's way and the Kingdom message than one who pioneers but is not exemplary in his conduct (Compare 1 Timothy 5:24, 25)

Children who become fine servants of Jehovah through loving teaching and training by father and mother are also evidence of 'fruitage' and parents may contribute through them and their activity to a manifold production of the 'seed' of the Kingdom message

On the other hand, a person may have assets similar to Paul's; if so, he is obligated, like Paul, to devote more time

Such a person cannot complacently look at others whose preaching activity is not extensive, or who appear less productive, and reason that it is enough for him to do what they do. For him to give whole-souled service may require that he 'reach out for an office of overseer,' or pioneer, be a missionary, serve at a Bethel home or in some other capacity (1 Tim. 3:1)

It is not the place of the elders to judge others as to whether they are rendering whole-souled service, but to encourage them to use all their faculties—their whole soul—in serving Jehovah

This can be done by building up in them appreciation for what God has done for them and how the Bible affects their lives beneficially (John 3:16; 2 Cor. 5:14, 15)

Help them to see the opportunities that are open to them to increase the amount and quality of their service to God

## GOD REQUIRES,
### NOT MERELY PARTICIPATION, BUT WHOLE-SOULED SERVICE

A runner could participate in a race, even putting his 'heart' in it, but if he did not employ the rest of his faculties properly (his legs and eyes, even his mouth and stomach), would he run successfully?

What if his legs tired easily because of lack of training? What if he allows his eyes to be distracted from the goal? What if he had earlier

CAEKAERT/MAPLEY 000548

used his mouth to overload his stomach with food? (Phil. 3:19) The whole soul, mind, heart and physical strength, must cooperate, be involved or devoted, in order to run successfully

Similarly, the whole soul of a person needs to be involved and devoted to God's service

A person may participate in true worship by attending all five meetings a week. Does merely attending show that he is whole-souled? He might ask himself the following questions, but he should not use these to judge others (Rom. 14:4)

Why does the person attend? Because he really wants to go—it being the desire of his whole self? Or does he go merely out of obligation, or because someone (such as a family head) says he must go?

What is the soul doing while at the meeting? Is it totally involved? What is done with one's mouth when songs are sung? Does this part of the soul express heartfelt words of praise to God?

How about the hands? Does one raise a hand to let the conductor know that one wants to comment?

Where is one's mind, which is also part of one's soul? Is it focused on what is being said, on comments and on prayers, or does it wander off to other matters?

Whole-souled service to God involves use of all the faculties of the soul while at meetings

Does regular participation in the field ministry necessarily mean that one is whole-souled in the work? There are ways to tell

Does one give just token service—going in the field ministry for a short while each time, without really exerting oneself physically?

For an older or sickly person, an hour may be all his soul may wisely do, but for a stronger person this may not be whole-souled effort

Just because others quit earlier does not mean that whole-souled love for God and neighbor should not move one to do more if one can

How about one's mind? Is its full capacity used? Does one prepare so as to give the best presentations one can? Does one analyze objections in order to handle them effectively? Or is the mind used in only a token way, little effort being made to prepare presentations and to defend the truth effectively?

Does simply caring for one's family and secular obligations prove that one is whole-souled? (Col. 3:16-24)

A husband may provide for his family, but for it to be whole-souled service in the sight of God, love and kindness must characterize his relations with his family and he must do things "as to Jehovah"

A wife may be in subjection to her husband, doing what he says, but if she does it begrudgingly is it really whole-souled compliance with God's arrangement?

Children may obey their parents, yet they may continually complain and, when spoken to about their attitude, say, "Well, I *did* what you said!" But were they whole-souled in doing what God required?

A man on his secular job is not working whole-souled if his mind is not on his job

Are those serving in special capacities in God's organization necessarily serving Jehovah whole-souled?

A brother can be at Bethel or a man may be an elder, but if his mind, hands and all other parts of his soul are not applied fully to the work he is not whole-souled

Some brothers serve where the need is greater. If they go because of a spirit of adventure, rather than desiring to share fully in God's work, what they are doing does not prove that they are whole-souled

We should consider: Is God going to accept us if we go through the motions of doing things, but our whole soul is not in it?

There is need to help brothers to see the need of being *whole*-souled

## MOBILIZING ALL OUR FACULTIES, OUR WHOLE SOUL, TO DO GOD'S WILL

There is the possibility that a part or parts of the soul may lead one's whole soul astray

The eyes can look at a woman in a lustful way, and lead the person into sin (Matt. 5:27-29)

One's mouth may speak, or the ears listen to, unclean, unprofitable talk; and this can lead to the whole soul's ruination (Eph. 5:3-5; Jas. 3:2-12)

A brother may have his mind filled with Bible truth, his feet may regularly take him in the field ministry, but his sex drive can get the mastery over him and he may use his hands in an unclean way in loose conduct. His whole soul may thus be led into a sinful course (Gal. 5:19, 20)

Need to be alert for warning signs, and work to combat sinful inclinations of soul to do what is bad

If mind begins to think improper thoughts, must work to keep it on right things, matters of heavenly origin; deaden sexual appetite by controlling one's thoughts (Col. 3:2, 5)

The trouble may be with the eyes—what is looked at. Do not allow what the eye feeds the mind, as in reading or watching visual entertainment, to cause ruination (Mark 9:47)

Do not allow one's ears to cause one's destruction by listening to gossip or ideas that lead one from true worship

Learn to use each part of the soul to strengthen one's devotion to Jehovah—the tongue in upbuilding conversation, the feet to take one to meetings, in the field ministry, or to homes of brothers in need, the hands to locate scriptures or to render helpful services

CAEKAERT/MAPLEY 000549

It is well for us personally to ask and to encourage each of our brothers to ask: Am I really *whole-souled*?

Elders should help all in the congregation to appreciate that whole-souled service to God is a Scriptural requirement that all can meet

Help those who may feel discouraged to appreciate that Jehovah does not require more than they can give; but alert the complacent to the fact that God requires as much from them as they can possibly give

**MAIN POINT:** Whole-souled service to God is a Scriptural requirement that is possible for everyone to meet, regardless of his ability and circumstances. We must love and serve Jehovah with our whole soul—no part being omitted

SOURCE: *or* 108, 109, 147

No. 25 – First Friday, 4:30

# Conducting Home Bible Studies

## GOAL OF BIBLE STUDY MINISTRY SHOULD BE KEPT IN MIND

Our objective is not merely to have a study be listed on our record card

Purpose of a study is to make new disciples in harmony with Jesus' command at Matthew 28:19, 20

A disciple is a learner, a taught one

Thus, a disciple of Christ is one taught to believe in Jesus as God's Son and "Chief Agent of life," one who not only believes but also closely follows Christ's teachings (Acts 3:15)

Must be taught to "observe all the things" Jesus commands, including sharing in the preaching and disciple-making work himself

This goal in the home Bible study ministry should be kept prominently in mind as we conduct studies

## OPENING REMARKS AND PRAYER AT OUR BIBLE STUDIES IMPORTANT

Such remarks should be brief but kind; we can express happiness at seeing student again, inquire briefly as to family, health, etc.

Then, direct thoughts to study; comments could include several important points to be considered in lesson for the day

Such comments would also indicate *we* have prepared for the study

Commend student if he has Bible and books out and is obviously ready for the study

Invite all present to join in the study; show interest in entire family

Some members may be overlooked if we assume they are not interested

Perhaps true with some at first, but later they hear or see something which kindles their interest, but they may be too bashful or shy to ask to join in

So it is good for each one to know he is welcome

Prayer before the study to seek Jehovah's direction is also important

We might omit it at first few studies if advisable; though we personally pray before going to conduct the study

Should determine if student has appreciation for meaning and value of prayer

When we feel it is appropriate, show him the importance of prayer to Jehovah through Jesus in connection with study (Ps. 25:4; Jas. 1:5)

Thereafter, it is good and proper to ask for Jehovah's blessing and direction before each study

We could pray for His help to understand Bible truths; ask for His help in retaining what we learn

It is good to close Bible studies with prayer of thanks for good things learned; we could also pray for help in applying Christian principles to lives

One conducting study or other qualified baptized minister should pray (if qualified baptized brother is present he would pray even if attending a study of a sister that she will conduct) (1 Cor. 11:3)

After the opening prayer, usually advisable to have a brief review

Such would cover points studied in previous week's lesson

However, it need not be confined to such; it could cover other important details already studied and which would relate to the current lesson

Review could be handled in various ways, such as by simple, direct questions on important points, or true or false questions; scriptures could be related and student asked to explain meaning, or simple illustrations of points may be used

The review should lead right into the lesson at hand

## CONDUCT AN INTERESTING AND PROGRESSIVE STUDY

A Bible study must be interesting in order to progress and continue

To be interesting to the student, it should be obvious that he is learning something valuable each week and his Bible questions are being answered

The one conducting the study should therefore strive to be a good teacher

CAEKAERT/MAPLEY 000550

Not all have the same ability in this regard; however, all can make effort to improve teaching ability

Teaching involves conveying information to others, in this case, Scripture truth
First, be sure you understand the material by preparing well; learn to simplify points being discussed
Then, as a teacher, you can learn to explain the whats, hows, whys, wheres and whens

There is no arbitrary rule on how the study is to be conducted
The main thing is to teach and be sure student understands points discussed
Recommend that the student prepare his lesson beforehand
Then, you will be able to ask questions first, look up scriptures cited and summarize by reading material in paragraphs
You may have to demonstrate to student how to study and mark the answers in his preparation
At some studies you may wish to consider several paragraphs together, perhaps an entire subheading if not too long, according to your discretion

Always encourage student to give answers in his own words
We know what the paragraph² says, but what does the student say?
If questions in the book prove too difficult, break them down or simplify them
As a good teacher, you might ask additional questions to help student learn, being sure he understands the main points
From time to time you may wish to include questions that make the student think about what he is learning, viewpoint questions, such as, What is God's law on (fornication, stealing, polygamy)? Do you agree with God's law on this? What benefit is there to following God's law on (give subject)?
By asking such questions you help the student to learn and to reason on what he is learning

Occasionally the student will raise questions during the study; always acknowledge questions propounded
If on the lesson, it is good to answer them, using the Bible, and relate your reply to the point under discussion; be sure student understands
It is effective to use other questions to help student answer his own question for himself
If his question is not on subject, you might answer briefly and suggest that it be discussed in detail after the study is concluded (Then, do not forget it)
Or, show that it will be answered in another lesson to be considered later
Sometimes questions can be answered through use of illustrations; should be simple, dealing with things student knows or uses; make illustrations *personally* applicable to the student if possible (Matt. 13:34, 35)
Do not underestimate the value of simple illustrations to help students

As study progresses, help your student through use of repetition
Endeavor to relate new truths to those already learned; repeat points learned or have student repeat such points and then relate them to new points
Remember that student constantly builds on foundation of basic truths, so be sure he does not forget them
This is essential if student is to make progress

A good teacher also gives commendation, so commend student for good preparation or ability to understand new truths
Also show you have joy in seeing his good progress; this will encourage him

Include all present at the study in your teaching methods
Children may be present so do not overlook them; encourage them to sit in on study, asking them simple questions so they can participate, or have them read scriptures if they are able
Elderly ones should also be helped to participate; use kind, tactful questions, showing respect for their age and opinions

A good teacher will review with his students
Take several minutes at end of study (usually after about an hour) to review points learned
It can be beneficial to use variety in review, such as simple questions, or true or false; you may use illustrations or read Scripture texts discussed and have student explain in own words
Again, it can be beneficial to relate new points to truths already learned

To keep the study interesting, keep student alert, thinking, looking ahead
Conductor could ask several interesting questions after the review to be answered in next lesson, thus encouraging student to prepare lesson ahead

## ALWAYS REMEMBER IT IS A BIBLE STUDY; USE THE BIBLE

As you conduct any study, have in mind you are teaching *Jehovah's thoughts,* not man's thoughts; never have student look to you as teacher
Always direct students to Jehovah and Christ Jesus
Many scriptures quoted and cited in Society's publications
At first, may be advisable to read them all from the Bible, thus focusing attention on God's Word
Later, may be sufficient to look up texts cited but not quoted

CAEKAERT/MAPLEY 000551

Use the Bible to answer questions propounded by student

In this way student will know he is getting God's answers to questions

Explain scriptures so student himself can reason on Bible's answer, then ask questions to be sure he understands

Encourage student to use the Bible in personal study

He should look up Scripture citations as he prepares his lesson

Show list of "Important Bible Words for Quick Reference" in back of *New World Translation*, which will assist him to find answers to his questions

## HELP YOUR BIBLE STUDENTS TO GET GOD'S TRUTHS INTO THEIR HEARTS

If truth gets into a student's heart, he will be moved to accept it and act on it

So take time to build appreciation in student's heart; ask questions that cause him to think about his motives and actions in harmony with Bible truths he is learning

Highlight the grand qualities of Jehovah and help the student to see his relationship to Jehovah

Encourage him to lean on Jehovah for help; teach him how to pray and show need for regular communication with Jehovah

Build up in student a feeling of loyalty and devotion to Jehovah

Assist student to see how truths learned will assist him to please Jehovah and do his will (Prov. 3:5-7)

Always teach with goal in mind to help the student to *act* on truths learned so as to become a disciple of Christ, a Christian witness of Jehovah

If it becomes evident the student is not interested in becoming a disciple, it is best to stop and study with someone else who may be

## FOR CONTINUED PROGRESS, ASSOCIATION WITH GOD'S ORGANIZATION IS NEEDED

Our Bible students need association with the congregation

Help them to appreciate congregation arrangement Jehovah has established

Explain Scripturalness of the theocratic arrangement, how early Christians had a governing body, with elders and ministerial servants in their congregations

Show how Jehovah's Christian witnesses today are organized the same way in each congregation earth wide; you might use *Yearbook* to show worldwide scope of activity

As you continue to study, keep directing newly interested ones to the congregation

You could take time before or after some studies to tell students about congregation activities, new things learned at meetings, experiences in field ministry, about assemblies, or other points of interest in the organization

In this way help student to see the value of the meetings and importance of the field ministry

Invite your students to the meetings and help them get there; make them feel welcome at the Kingdom Hall by introducing them to others, especially to the elders

As your students progress, continue teaching with your goal in mind

Remember, if they are to be disciples they too must be able to teach

Show them how to use the Bible in explaining truths to others; explain the privilege of Kingdom-preaching and disciple-making

Encourage them to have a share in preaching by telling relatives, friends and neighbors about what they are learning

At the same time, prepare them for indifference, or even persecution on the part of those who may oppose

## OUR GOAL REALIZED

If the student continues to progress and applies what he learns, then he should be encouraged to share with us in the public ministry

First, of course, it should be determined that he qualifies to share

We should help student to grow in knowledge, in love and appreciation of the privilege of serving Jehovah God

It is good to continue the study even after persons are baptized so they will be well grounded and stabilized in the truth

What a joy it is for all of us to see our Bible students dedicate themselves to God as evidence of his blessing on our disciple-making work

**MAIN POINT:** Be a good teacher at Bible studies, seeking to reach the students' hearts so they will be motivated to act on the truth they learn

SOURCES: *ad* 451, 813-820; *sg* 49-54; *qm* 211-215

TEACHING SUGGESTIONS: General class discussion. Instructor may call for comments on any of the following: (1) Illustrate by a question of your own or from the Society's publications the use of questions that would reveal a student's viewpoint on doctrine or morals, helping you determine if the instruction is reaching his heart. (2) Give an example of how you might raise anticipation of student for coming study. (3) Have you been able to help a student overcome discouragement due to opposition? If so, how? (4) What results have you had in encouraging others in families to attend the home Bible study, and how did you go about it? (5) Discuss how to encourage students to associate with the congregation. (6) Explain how you would determine whether to continue a study. (7) How can we help students use the information they are learning to preach to others?

CAEKAERT/MAPLEY 000552

# Operations of the Holy Spirit

## JEHOVAH'S SPIRIT IS HIS ACTIVE FORCE, ALWAYS EXERTED FOR GOOD

Holy spirit is a force exerted or projected, not merely inactive or latent power; has drive or thrust, impels, motivates, gets things moving

Figuratively referred to as God's "fingers" for doing his works (Ps. 8:3)

Though not a person, it is no mere 'blind force.' It reflects and imparts God's warmth and personality (Gal. 5:22, 23)

Spirit is "holy," being clean, sacred and proceeding from God

It acts as a force for holiness, cleanness (1 Thess. 4:7, 8; Ps. 51:10, 11)

Being expressive of God's holy personality (actually of God himself), it can be "grieved" or made to "feel hurt" by a practice of uncleanness (Eph. 4:30; Isa. 63:10)

## SCRIPTURAL RECORD OF THE OPERATIONS OF THE HOLY SPIRIT

"Active force" used to create matter, form the inanimate earth and universe (Gen. 1:1, 2; Ps. 33:6)

Force that was used to create all life, including human life, revive life-giving reproductive powers, heal illness and raise the dead (Ps. 104:30; Matt. 1:18; Gal. 4:28, 29; Heb. 11:11, 12)

Force that motivated and guided God's servants for his purpose in a variety of ways (1 Cor. 12:4-7, 11)

As force for revelation and understanding of God's will, it gave spiritual direction and instruction, prophecies, interpretations and inspired the Bible (1 Pet. 1:10-12; 2 Tim. 3:16)

It gave increased understanding and opened the prophetic Word to the Christian congregation (1 Cor. 2:10-16)

As driving force, it energized those who wanted to serve God, to accomplish His purpose with fiery zeal and boldness (Ezek. 3:14; 1 Thess. 1:5)

It was a force that assured success of Kingdom-preaching (Acts 1:8; 4:31, 33)

It gave strength to withstand hardship, opposition (Phil. 4:11-13)

As a qualifying force for a work or an office, it cooperated with and heightened natural abilities and knowledge

It guided and increased mechanical abilities of Bezalel, Oholiab and others (Ex. 31:2-6)

It qualified others in various ways: Moses, the 70 elders, Joshua, the judges and others received or were "enveloped" with spirit to perform miracles, lead, judge and fight in behalf of God's people; David was prepared for kingship (Num. 11:24-29; Judg. 6:34; 1 Sam. 16:13)

It increased abilities for work of teaching, counseling and shepherding in the Christian congregation (Eph. 4:11-13)

It acted as a "helper" to qualify them to speak before all men by refreshing memories, stimulating mental powers, teaching so they got the point of the information, the lesson it held (John 14:26)

As a force for judgment, it can examine everything and carry out judgments and punishments (Acts 5:1-10)

God's Word, as spirit's "sword," exposes what a person really is, causing softening or hardening of heart (Heb. 4:11-13)

As a governing force, it was used in the early congregation to guide the selection of men for special service and direct their ministry (Acts 13:2-4; 8:28, 39)

As a unifying force, it joined them peacefully in bonds of love and devotion to Jehovah (Acts 9:31)

As a "helper" in making decisions, the spirit's thrust or drive would indicate God's will

Question of circumcision raised in early congregation is an example

Spirit was granted to uncircumcised ones; its operations were evident in bringing the good news to them; James' remembrance of Amos' inspired prophecy was stimulated by spirit; all this indicated spirit favored one conclusion (Acts 11:15-17; 15:1-29)

Decision expressed as coming from "the *holy spirit* and we . . . "

As the force behind the miraculous gifts, it gave supporting proof of divine commission and backing of the early congregation (Heb. 2:3, 4; Rom. 15:18, 19)

Its gifts filled the need for Bible knowledge and direction in the early congregation, which had few copies of the Bible (1 Cor. 12:4-11)

Gift of tongues helped get good news spread quickly in Asia, Europe and Africa (Acts 2:4-6)

As force for begettal or adoption, it was a token to Jesus' disciples of their heavenly inheritance (2 Cor. 1:22; Rom. 8:14-17)

It anointed Jesus' disciples, commissioning and qualifying them to preach as ministers of new covenant (2 Cor. 1:21; 3:6; compare Luke 4:18)

As force for righteousness, it enabled men to produce fruits of the spirit and develop new Christian personalities (Rom. 8:2, 4; Eph. 4:22-24)

It operated on minds and hearts of Christians to control imperfect flesh (Rom. 8:5, 6, 13)

70

CAEKAERT/MAPLEY 000553

## GOD'S HOLY SPIRIT CONTINUES TO OPERATE TODAY WITH MARVELOUS RESULTS

Operations of spirit have differed through years as required by God's purposes at the time (creation, miracles, etc.) (1 Cor. 13:8-10)

Holy spirit still used to promote God's purpose to preserve and phenomenally expand pure worship in face of opposition (Zech. 4:6; 1 Cor. 3:6)

- As force for understanding, it influences those responsible for supplying spiritual "food" steadily to broaden understanding of the Bible (Prov. 4:18; 1 Cor. 2:10-13)
  - We can gain spiritual understanding only through aid of this "food" together with the inspired Word and spirit
  - "Spiritual words," Bible terms, not Christendom's philosophical expressions, are used to explain truth
- Governing force and action as a "helper" in making decisions seen in direction of preaching world wide, not by inspiration, but by a prospering of activities and decisions of true Christian congregation (Acts 6:4-7)
  - Society's schools, preaching methods, increased understanding of spiritual things gained through its publications and assembly programs demonstrate spirit's guidance
  - Leading of spirit is followed in governing body's appointments of overseers (Acts 20:28)
    - Those recommended must display fruits of spirit; qualifications are recorded in inspired Word; overseers making recommendations and governing body making appointments have measure of spirit and are given authority by spirit
    - Always pray for guidance of holy spirit when you must make decisions
- As driving force it energizes Jehovah's willing servants to zealous activity in public preaching (Isa. 61:1)
  - Strength to endure test is given; God also provides a "way out," not by removing the test, but showing us the right way to go and seeing to it that temptation not more than one can bear (1 Cor. 10:13)
- As a qualifying force it cooperates with the abilities of brothers who seek its guidance in developing of shepherding and ministerial ability, and in production of Bible literature, directing the work at the Society's factories, farms, and in construction activities and assembly organization
  - As you respond to its direction, it can also accomplish much through you as an elder in your congregation
- Its force for cleanness and judgment is seen in the way Jehovah's servants keep "without spot from the world" religiously, politically and morally (Jas. 1:27)

Spirit-appointed overseers act to remove uncleanness, which will always "become manifest" in time (2 Cor. 6:14-17; 1 Cor. 5:3-5, 13; 1 Tim. 5:24, 25)

Its unifying force is observed in love and unity of thought and action among Jehovah's witnesses, moving them to accept spiritual "food" and cooperate with decisions of spirit-anointed "faithful and discreet slave" class (Eph. 4:2-6)

Spirit's begetting and anointing has resulted in spiritual priesthood to take lead in 'declaring abroad the excellencies' of God (1 Pet. 2:5, 9)

Effects of spirit's operation are experienced by those who serve under the direction of God's 'faithful slave' class and inspired Word
- Modern-day history of Jehovah's witnesses, worldwide expansion of their preaching activity in all major languages, Christian love, all prove backing of God's spirit
- Complete inspired Word is available to all, making miraculous knowledge and gift of prophecy unnecessary (1 Cor. 13:8)

Force for righteousness works to help us hold in check practices of innately sinful flesh and helps us bear instead the beautiful "fruitage of the spirit" (Rom. 8:13; Gal. 5:16-24)
- If spirit is allowed free flow individually or congregationally, these Christian qualities will be found in abundance, replacing greed and self-centered ways with *love*, discontent and sorrow with *joy*, trivial bickering and feuds with *peace*, anger over others' imperfections with *long-suffering*, thoughtlessness and unconcern with *kindness*, bad treatment of others with *goodness*, questionings and uncertainties with *faith*, extremes of temperament with *mildness*, and passionate pressures from the flesh with *self-control*
- Spirit operating on Scripture-trained minds and hearts assures correct testimony from witness-bearer or conscience within so we have the spirit or "mind" of Christ to guide us (Rom. 9:1; 1 Cor. 2:16)

Operations of spirit have resulted in "great crowd" coming to Jehovah's great temple without bringing along the spirit of the world
- These "other sheep" receive instead holy spirit because of study of God's Word, also association with spirit-filled remnant (1 Cor. 2:12)
- This spirit enables them to face the same problems, tests and responsibilities as anointed

## HOW TO RECEIVE AND RETAIN GOD'S HOLY SPIRIT

Cooperation with the leadings of spirit through its various operations, including following the direction of the inspired Word and spirit-directed "faithful and discreet slave" class, governs extent of its free flow in our lives and in the congregations where we serve

CAEKAERT/MAPLEY 000554

We must make a sincere request for it with a right heart and act in harmony with God's requirements (dedication, baptism, etc.) (Luke 11:9-13; Acts 15:8; 5:32)

We must 'circumcise heart by spirit,' clearing out obstructions rising from the heart in wrong desires and motives (pride, jealousy, etc.), which cause unresponsiveness to spirit (Rom. 2:29)

We must allow free flow through all channels of operation such as: personal study of inspired Word (Josh. 1:8; Ps. 1:2); hearing word preached by ministers with spirit (1 Cor. 14:4); engaging in preaching service under direction of holy spirit (Acts 1:8); association at congregation meetings where Christ is by spirit (Heb. 10:24, 25); prayer for assistance in connection with problems when we are not sure what God's will is (Rom. 8:26, 27; Jas. 1:5)

To retain free flow of spirit, we must avoid "grieving," "resisting" or 'outraging' it by acting in some way that is contrary to the purpose for which God is using it (Eph. 4:30; Acts 7:51; Heb. 10:26-29; 1 Thess. 4:7, 8)

Such a course could lead to spirit's withdrawal and evidence of spiritual weakening and sluggishness (1 Sam. 16:14; Ps. 51:11)

"Fruitage of the spirit" would also be missing

Reluctance to make room for flow of spirit through any one of its channels of operation could "allow place for the Devil" (Eph. 4:26, 27, 30; 1 Tim. 4:1)

Where problems arise, cause producing withdrawal of spirit must be determined by overseers to help (2 Pet. 1:5-8)

Congregation does not function as a worldly business, dependent mainly on efficiency of its administrators; rather, it prospers when God's spirit operates freely in the lives of its members

Jehovah's spirit does not make miraculous manifestations through us today, but its leadings are manifest to those who look for them with appreciation

The more we bring our lives into harmony with the inspired Word and the leadings of God's spirit, the fuller our 'spiritual life' becomes, leading to everlasting life, whether in the flesh or in the spirit (Heb. 12:9-11; Gal. 6:8; Rom. 8:5, 6)

**MAIN POINT:** God's holy spirit continues to operate marvelously today, accomplishing Jehovah's will. We should seek it and work in harmony with it

SOURCES: *ms* 466-468; *w*68 415, 416; *w*70 447, 448; *w*71 501-505; *ad* 1542-1546

TEACHING SUGGESTION: Lecture

No. 27 – First Saturday, 10:40

# How Bible Laws Are Administered

## PROPER VIEWPOINT OF BIBLE LAW

Law is defined as the principles and regulations issuing from a superior authority. Simply stated, it is 'a rule of conduct or action'

Theocratic laws are supreme, emanating from God and also enforced by him (Isa. 33:22; Acts 5:29)

God's law commands obedience to what is right and forbids what is wrong; while some of God's expressions are stated formally as commandments, any expression of divine will should be viewed as law, in that such establish a rule of action for us

We should not view as law only those commands to which are attached sanctions that are immediately enforced (Ps. 119:105-112)

God's laws are perfect, trustworthy, upright, clean, pure, true, more precious than gold or silver, sweeter than honey; in the keeping of them there is great reward (Ps. 19:7-11; 1 John 5:3)

Bible law embraces the regulations, principles, decisions, judgments and decrees that are found in the Bible

They constitute divine law, God's written law

Man's laws may or may not be contrary to Bible laws (Matt. 22:17-21; Acts 4:19; 5:29)

Greek Scriptures do not set forth a law code but show the pattern for Christian life, which is as a law to us

## MAN'S RESPONSIBILITY TO OBEY DIVINE LAWS

Man is made in the image of God, possessing powers of observation, intelligence and reasoning sufficient to learn from God's past dealings with mankind

The record of what God has done in the past constitutes a standard or guide in the absence of a written law or formal decrees (Rom. 1:20)

Various aspects of divine action from Adam through Noah's day could be observed: Man was given headship over woman, Adam being created first; mankind was given work to do; ownership rights were to be respected, as indicated by the restriction as to a tree in Eden; lying was shown to bring bad effects; Cain was banished for murder; because of mankind's violence God brought the Flood, but righteous ones were preserved alive and blessed

Prosperity and divine blessing on patriarchs who shunned idolatry and worshiped Jehovah could be observed by others (Gen. 35:1-12; Job 31:26-28; 42:12, 13)

CAEKAERT/MAPLEY 000555

Prior to specific legislation against adultery, Joseph recognized that it was "sin against God" (Gen. 39:7-9)

Man is gifted with the inherent faculty of conscience—that inward sense of right and wrong that excuses or accuses one (Rom. 2:14, 15)

We today, as enlightened slaves of God, are responsible to learn, uphold and obey Bible laws (Matt. 4:4; Heb. 2:1-4)

## LAW OF THE CHRISTIAN SYSTEM OF THINGS

Christians are not under the Mosaic law, but under the "law of the Christ" (Gal. 6:2; 1 Cor. 9:21)

The Mosaic law is filled with guiding principles from God, but it is not by that Law covenant that Christians gain salvation (Col. 2:13, 14)

The 'law of Christ' embraces the whole scope of a Christian's life and work; it is law that originates with Jehovah himself (John 12:49)

The law of Christ is the "law of faith" (Rom. 3:27), because a righteous standing with God depends on faith in Christ; obedience must be motivated by faith (Rom. 14:23)

Christian law focuses primary attention on our relation to Jehovah (Matt. 4:10), then on faith in Jesus Christ and submission to him (1 John 3:23; Col. 1:18); next on our relationship with fellow Christians (John 13:34, 35; Heb. 10:24, 25); and, finally, on our obligation toward unbelievers (1 Pet. 2:13-15; Rom. 1:14, 15)

Law of Christian system shows what is in the heart

Of those in new covenant, law is said to be inscribed "in their heart"; we need to be sure that it is in our hearts (Jer. 31:33; 2 Cor. 3:3)

There are very few commands the breaking of which is sufficient reason for expelling one from the congregation

Hence, we are judged not only on our attitude toward these few that bring obvious sanctions, but also on how we really view all the other commands of God (Eccl. 8:11-13)

A person may attend meetings, share in field service and refrain from doing anything for which he could be disfellowshiped, but much more is required to have God's approval

One who retains a love for the world may not be barred from the congregation, but will he get eternal life? (1 John 2:15-17)

A person may never have committed actual fornication or adultery, but what is in his heart? (Matt. 5:28)

We may never commit an overt act against our brothers, but do we truly love them? (Rom. 14:13-15; Jas. 2:15, 16; 1 John 3:14, 15)

We may say that we love Jehovah, but is our love really of the kind that he requires? (Luke 10:25-28)

If we are given assignments that do not please us, do we grumble or quit, or do we prove that we really meant it when we said to God we would be his willing slaves? (Rev. 4:11; Ps. 110:3; 1 Thess. 1:9)

Law of Christian system does not reject as condemned those who truly love what is right, even though sinful inclinations at times overtake them (Rom. 8:1, 2; 1 John 1:9; 2:1, 2)

## ADMINISTRATORS OF BIBLE LAWS

Jehovah's laws are enforced through various agencies: natural processes; secular authorities; husbands and fathers; elders in Christian congregation; the "faithful and discreet slave" represented by its governing body and appointed agencies; the angels; and Christ Jesus

Those with "spiritual qualifications" should help a fellow Christian who has inadvertently gone wrong; Christian obligation to do so (Gal. 6:1, 2; Jas. 5:19, 20)

Cases that involve simple personal differences can be handled by individuals concerned or with help of one of elders; not all matters require attention of a congregational judicial committee (1 Cor. 6:5)

Elders empowered as judges within the congregation to render decisions based on Bible laws (1 Cor. 5:12, 13; 6:1-6)

The elders are appointed by holy spirit; the laws they must apply are God's (Deut. 1:16, 17; Isa. 1:26)

These administrators of Bible law should be viewed with due respect, and as a loving provision of Jehovah (1 Tim. 5:17; 1 Thess. 5:12, 13)

The governing body representing the "faithful and discreet slave" has special responsibility in directing the administration of Bible laws today among Jehovah's Christian witnesses. They act in a capacity like that of the first-century governing body of the Christian congregation (Acts 15:2, 6, 22, 23)

## HOW BIBLE LAW IS ADMINISTERED

Much effort is put forth to educate us in the divine law, to help us bring our lives into line with God's requirements

Counsel is given regularly on a congregational and personal basis as a loving provision of Jehovah; we need to get His law in our minds and in our hearts (Rom. 12:2; Heb. 10:16)

Our conscience plays a part in personal application of Bible law and needs to be trained in it

An elder needs to be outstanding in his knowledge of Bible law and his ability to apply it

If someone commits a wrong "before he is aware of it," loving help is given in a spirit of mildness to readjust him (Gal. 6:1, 2)

Nevertheless, adverse consequences to wrongdoers are not completely eliminated (Gal. 6:7)

If a person starts on a course that is in direct conflict with divine law, an effort is made to help him get straightened out (Titus 3:10, 11; Jude 23)

In some flagrant cases it is necessary for elders to reprove "with severity" to restore a healthy and strong faith (Titus 1:10, 13)

Some, though not expelled from the congregation, may prove themselves to be undesirable company in a social way (2 Thess. 3:14, 15)

If serious wrongdoing affecting the congregation is reported, a hearing before the judicial committee is held

The judicial committee seeks, not only to uphold Jehovah's justice and protect the congregation against corrupting influences, but also to do everything possible to readjust the wrongdoer and help him to make straight paths for his feet (Heb. 12:12, 13)

Where repentance is lacking their merciful efforts cannot rightly continue toward him

## BLESSINGS AND BENEFITS FROM ADMINISTRATION OF BIBLE LAW

By applying Bible law in our own life we receive blessings from Jehovah; such application brings peace of mind with contentment (Ps. 1:1-3; Prov. 3:1, 2, 13-18)

In the congregation, administration of Bible law brings peace and unity, makes for strength and growth (Acts 15:22, 30, 31; 16:4, 5; Eph. 4: 11-13)

Our willing application of Bible law makes Jehovah's heart glad, like that of a father with a loving obedient son (Prov. 27:11)

MAIN POINT: Elders must administer Bible laws in the congregation with love and mercy toward their brothers and out of fear of Jehovah, the Universal Sovereign, the One whom they represent

SOURCES: ad 1035-1037, 1045-1047; or 58; w70 393-409

TEACHING SUGGESTION: Lecture

No. 28 – Second Monday, 9:10

# Helping Men in the Congregation

## JEHOVAH DIRECTS ATTENTION TO THE FAMILY UNIT

Family is a basic unit of human society, reflection of grand family of God (Job 38:7; Acts 17:28; Eph. 3:14, 15)

Jehovah gave attention to the family unit and its integrity by direction in Fifth Commandment, the "first command with a promise" (Deut. 5:16; Eph. 6:2)

Inspired Scriptures have foretold vicious attack on family institution—must work hard to keep it intact (1 Tim. 4:1-3; 2 Tim. 3:1-5)

What are you personally doing to guide your own family in pure worship?

You cannot expect perfection; yet should work to improve your own family and thus be in position to help other families (1 Tim. 3:1, 4, 5)

## RESPONSIBILITIES OF HEADSHIP

In Hebrew society father was head of household; it was a patriarchal, not matriarchal, society

The father served as guardian, decision maker, judge and priest for his family (Gen. 12:7, 8; 31:32; Job 1:5)

He had the responsibility to teach God's principles to his family and to follow Jehovah's pattern of loving care (Deut. 6:6, 7; Gen. 18:19)

Headship of man in the family arrangement is clearly shown at 1 Corinthians 11:3, yet man is in subjection to God and Christ

Headship of man does not mean he is independent and without need to recognize a head over him. Rather, he is obliged to follow direction and pattern set by his head, Christ (1 John 2:6)

Man given headship over woman because (1) man was created first (1 Tim. 2:12, 13) (2) woman was created from the man and for the man (Gen. 2:18, 22, 23; 1 Cor. 11:8, 9)

Headship includes responsibility of making final decisions and providing oversight and care for the family, both in material and spiritual matters (Eph. 5:23-27; 1 Tim. 5:8)

Example set by Christ with Christian congregation to be followed by husbands; in dealing with wife should lovingly consider her mental, emotional and physical makeup (Eph. 5:28-33; 1 Pet. 3:7)

Elders should exercise headship over wives in love, showing same quality to children, not irritating them (Col. 3:19; Eph. 6:1-4)

In presiding over your household, are you "reasonable, not belligerent," as an overseer in the congregation must be? (1 Tim. 3:3)

Obviously one should not be constantly belittling family members for what they do, but must take their feelings into consideration (Eph. 6:4)

Are you a loving family head, not the harsh, boss type? Do you in your leadership set a fine spiritual example?

## EDUCATION AT THE FAMILY LEVEL

Husband or father responsible to take the lead in family instruction and training for life

CAEKAERT/MAPLEY 000557

In Israel parents cooperated in educating children by word and example

Father taught sons a trade; mother gave daughters instruction in domestic duties

Spiritual needs were given close, regular attention (Deut. 6:7, 8)

Christian parents can follow similar pattern, also learning from Jesus' interest in children and his willingness to teach them spiritual things (Mark 10:13-16)

Children do not automatically become disciples just because parents are

Do you take time to study with your children, pray with them, go in field service together, play with them, reason with them instead of just laying down rules, help to guide them and answer their questions?

In providing proper education for the family, prayer is very important on the part of the family head to show reliance on Jehovah and appreciation for spiritual things; we should never be too busy to pray (Phil. 4:6, 7)

A well-directed family study can be a major factor in the spiritual growth of family members

Regular Monday-evening Bethel family study sets a fine example for family studies world wide

It is good to relate experiences in the family circle, showing an interest in spiritual things

Children respond when parents show genuine interest in what they say or have accomplished, whether in school, field ministry or — elsewhere

Discussion sessions and family preparation for service help keep the family together and progressive in field ministry

Good preparation can bring increased joy and better results in preaching the good news in one's neighborhood

Parents should give children balanced counsel on participation in sports and school activities, help them to avoid bad associations

Planning family recreation, trips and educational activities (visits to museums, zoos, etc.) can fill a need in children's lives, contribute to family unity

Balanced and wholesome recreation is upbuilding, but it must be kept in proper focus and should be coordinated by family head

Parents should help children by counteracting instruction that might undermine their faith (1 Tim. 6:20, 21; 1 Cor. 3:18-20; Col. 2:8)

Discipline includes thought of giving training that molds or corrects

By loving discipline, wise parents prepare their children to cope with problems and situations they will encounter in their contacts with the world (Prov. 22:6)

Permissive parents are not observing the principle of headship in educating their children

Eli was permissive; but Manoah showed wisdom (1 Sam. 2:12-17, 22-29; Judg. 13:8)

Good family instruction and training of children required if family head is to enjoy greater privileges in the congregation (1 Tim. 3:4, 5)

Children can reflect unfavorably on their parents and disqualify fathers for service as elders and ministerial servants (Titus 1:6)

Obviously, fine parents will want to train, discipline and educate children in paths of righteousness, that entire family may bring credit to Jehovah and gain reward of everlasting life

Good Christian upbringing contributes much toward helping young men to qualify in due course as ministerial servants and later as elders in congregation

## HOW TO HELP MEN IN THE CONGREGATION TO PROGRESS

A marvelous expansion is now taking place, opening a great need for responsible brothers to handle work in congregations (Isa. 60:22)

Brothers are encouraged to reach out for an office of overseer (1 Tim. 3:1)

The best recommendation any one of us can provide is a good example

Do other men see a good example in you and your family, an example they could do well to follow?

Does your family work unitedly and harmoniously in the congregation? Does it provide a good example of Christian living within your community?

Does your family show real appreciation for the privilege of preaching and disciple-making?

Is your family hospitable, loving, kind and united? As circumstances permit, do you invite friends to your home from time to time for food, fellowship, study? Let others see your family in action

Help men in the congregation to see rewards of regular, meaningful family study and stimulating spiritual discussions

Elders should constantly seek to encourage and aid men to help share work in the congregation; be on the lookout for potential ministerial servants and elders

Be positive and upbuilding in your relationship with newer ones

Prove you personally are no longer living for yourself, but that your entire life is built around your relationship to Jehovah through Christ Jesus

Be aglow with the spirit; render whole-souled devotion to Jehovah; enthusiasm begets enthusiasm (Rom. 12:11; Col. 3:23)

## HOW TO HELP UNBELIEVING HUSBANDS

Encourage wives to help unbelieving husbands by keeping their own integrity, thereby setting the best example for the unbeliever

CAEKAERT/MAPLEY 000558

Advise setting a fine example in modesty and cooperation

May be able to win husband to the truth by fine example more than by preaching (1 Cor. 7:13, 16; 1 Pet. 3:1-4)

Recommend consideration in planning of field activities, having in mind husband's plans or wishes; this will aid wife to avoid unduly irritating her husband

Encourage wives not to argue about the truth but to speak the truth with mildness to break down opposition (Prov. 15:1; 25:15)

Suggest helping unbelievers by indirect approach

Wife may ask unbelieving mate to help her with her talk in Ministry School or may leave literature around so he can read it

Elders should keep in mind the possibility of personally giving spiritual help to unbelieving husbands of women in the congregation

Can you help by making friendly calls on husband with view to getting acquainted, perhaps in time starting a study?

Inviting such ones to a meal in your home, perhaps with other brothers present, may have beneficial effect

Do not give up hope; invite various brothers to visit unbelieving husbands over a period of time to get acquainted

### ARE YOU IN POSITION TO HELP MEN IN YOUR CONGREGATION?

Be sure that you are setting a good lead for your own wife and family; then you will be in position to reach out to help other men in the congregation so that the entire congregation will be spiritually strong

While the matter of helping men in the congregation is under consideration, make a note of whom you might help by counsel or personal assistance to reach out for additional privileges

Consider how you might help some brothers build up spirituality in their families, thus contributing to a stronger congregation

Finally, consider if there are some unbelieving husbands that you might possibly help into the congregation or at least help to have greater respect for the truth, thus making it easier for the believing mate to serve faithfully

**MAIN POINT:** Strong theocratic families provide an excellent example for attracting other families to the Christian way of life. Strong families make strong congregations. Elders should work closely with family heads

SOURCES: *ad* 487-489, 504, 564, 565, 569, 726, 1104, 1105; *w*71 104-107, 207-213; *w*72 126

TEACHING SUGGESTION: (1) Give class opportunity to relate what they have done as family heads to care for the spiritual welfare of their families and to keep family members close together. (2) Have some been able to assist unbelieving husbands, and do they have suggestions that might be helpful to the other students? (3) How do brothers feel they may be able to help men in their congregations?

No. 29 – Second Monday, 10:40

# The Service Meeting

### PURPOSE OF SERVICE MEETINGS

These meetings are specifically to help equip and stimulate the brothers to share fully in both preaching and disciple-making

This is special work that Jehovah has assigned to all his Christian witnesses

To a considerable extent this work today is accomplished by speaking to other persons and by placing literature with them

It is appropriate that a special meeting each week be devoted especially to this work (Matt. 24:14; 28:19, 20)

It is beneficial to discuss and demonstrate *how* to engage others in conversation about the Bible, how to overcome objections, how to follow up interest, how to start and conduct studies

It is helpful to discuss what is contained in the various pieces of literature that we are offering to the public, what outstanding points of interest we can show them, etc.

It is good to show the value of all the features of field service from time to time, also outlining arrangements for group work, offering personal instruction to new ones, etc.

Application of Bible principles in our lives greatly influences the effectiveness of our field ministry

It is therefore appropriate that service meeting programs give attention to matters of Christian conduct, whether conduct at home, in school, at secular work, or in the field service

Service meetings may be arranged to give direct assistance to the congregation in connection with any problems that arise in their service to God

Many in attendance have been Witnesses for years and know how to declare good news and make disciples, but the program can encourage, stimulate them to continued faithfulness and zealous activity

Relating experiences and discussion of counsel from God's Word itself helps to accomplish this

CAEKAERT/MAPLEY 000559

## MAKING ASSIGNMENTS

Most service meetings are conveniently outlined by the branch office, thus giving overseers assistance in planning the program and providing for unity of action by brothers in the field

*Kingdom Ministry* may vary from country to country according to needs of the field, literature available in local language, etc.

Bans or restrictions on work may alter local preaching arrangements

Soon after the *Kingdom Ministry* arrives, the presiding overseer will study it carefully and either personally assign the various parts for each meeting or arrange for this to be done

He considers who could appropriately present each part, having material presented under supervision of elders and ministerial servants, with elders taking weightier matters

Bible study overseer might logically consider parts dealing with Bible studies; Theocratic Ministry School overseer, parts pertaining to school, etc.

Any in good standing in the congregation, including children when appropriate, may be used on the program for demonstrations or discussions

Suggestions may be made to one assigned the part as to who might be used in demonstrations or discussions, if desired, with a view to working into the program as many qualified publishers as possible over a period of time

Outline for meetings is flexible and may be adjusted to care for local matters needing attention, special letters from the branch office, etc.

Also body of elders may be aware of something helpful to consider for which no program is outlined

This could be developed on fifth meeting of the month or worked into an appropriate part already scheduled or into the conclusion of the meeting

Local problems might include poor preparation for sharing in meetings, gossip, coming late to meetings, immodest dress, lack of personal family study, children repeatedly going to rest rooms during meetings, service problems, etc.

Preparing fifth meetings a good training for elders who will be responsible to prepare service meetings if *Kingdom Ministry* does not arrive due to strikes, bad postal service, weather, etc.

It will be helpful if presiding overseer gives full copy of program to each one having an assigned part, so next brother may be properly introduced

Not required to select a theme for the meeting, but may be arranged locally if desired and appropriate; where fitting, may work in thought contained in yeartext

## DEVELOPING THE MATERIAL

First carefully study part assigned from *Kingdom Ministry* and see how it applies to local congregation or can be adapted to do so

Can abbreviate certain material that is not pertinent to the congregation

Stimulates interest to have some variety in presentations; brothers may be encouraged to use originality, at the same time following general outline of *Kingdom Ministry*

If parts call for a demonstration or questions, good to follow such suggestions, as branch office arranges a balanced program with variety of presentations

Text consideration could be by question and answer, by a talk, comments from audience, family discussion, on a return visit, when visiting ill publisher, etc.

For a question-and-answer part you could use true or false questions, multiple choice, panel of publishers with questions from audience, etc.

Many variations possible, but avoid embarrassing anyone or having brothers compete

While helpful, variety is not major concern; sound spiritual instruction is

Demonstrations do not require costumes and elaborate settings, although a few simple things may add realism

Settings or illustrations should always be secondary to the material being presented

Scenes depicting door-to-door work, discussions at home or on a Bible study are always appropriate

Dramas are not used for service meetings as too much time is involved in writing script, becoming familiar with parts, etc.

Rehearsals of demonstrations are very important so brothers know when to come on platform, where to stand, perhaps how to use microphones

May see brothers facing away from audience to present literature when not well instructed

Last-minute preparation or rehearsal should be avoided

May be helpful to have persons in same book study group in demonstrations to facilitate rehearsal

When you have a part to prepare, ask yourself: Why is it scheduled and how will it be helpful and applicable to local congregation? What is there in it that the brothers need to learn? If it is something they already know, why is it being repeated? Is there a fresh approach to it? How can it be presented so it will be remembered and applied? Would a newly interested person in attendance understand the presentation and how it would apply to him?

Suggestions made in connection with preaching the good news should not be viewed as rules; encourage the brothers to use the presentation they personally find effective

CAEKAERT/MAPLEY 000560

## SOUND AND STAGE

Where sound equipment is used, it is up to the one who has the part to be sure that microphones will be properly placed and that those sharing in the part know how to use them

If microphones will be needed for comments from audience, arrangements should be made beforehand

For those on stage, will hand mike be passed or will brothers use standing mike? Who will make necessary adjustments?

If additional chairs will be needed on the platform or other adjustments that cannot be cared for before the meeting starts, arrangements might considerately be made for it to be handled quickly at the beginning of that part, not during presentation of a part by another brother on the program

In some congregations, qualified younger brothers have been trained to assist with these matters

## TIMING AND CONCLUSION

The meeting should be finished in about an hour, including both of the songs and the prayer

A common tendency is to prepare too much material; brothers should be ready to eliminate something, even a demonstration if necessary, to stay within time

All on program should cooperate in working toward goal of finishing on time

If a brother runs considerably overtime or might have done better on his part, appropriate for presiding overseer to give him helpful suggestions with view to future improvement

Conclusion of program should be spiritually strengthening and motivating

For variety, interviews might be interesting on how some came into the truth, why others started to pioneer and how they like that service, how families are able to get to meetings on time, new things learned, etc.

Service arrangements may be considered, but not in perfunctory manner and not necessarily at end of the meeting

Do not use the meeting to scold or criticize brothers for their activity, but to encourage and upbuild

Could assign a question in advance for research and discussion by brothers on coming meeting, perhaps suggesting the source of material

Presiding overseer does not always have to handle the concluding portion; he may want to take the introduction or perhaps a weighty Scriptural part, having other elders share in concluding the program

## ENCOURAGING MEETING PARTICIPATION BY CONGREGATION

How many in your congregation make an effort to share in question-and-answer parts?

Such "public declaration" builds up brothers spiritually; it helps to incite others to love and fine works even more so than does our just being present at meetings (Heb. 10:23, 24)

Encourage young and old alike to share in the program and in commenting

Recommend that brothers read over program in advance; have book study conductors alert brothers to parts for audience participation

Having a share by commenting will strengthen and speed up advancement by those in the congregation, so encourage and help all with this in view

Help all attend with the thought of giving, not just receiving

Participation helps to build up our faith, our love for the brothers and for Jehovah, and aids us to retain what we have learned so that we can apply it later in the field and in our daily life

To aid all to use what they learn, presiding overseer may suggest that points from the service meeting be reviewed at coming meeting for group field service

## CONTINUING UNDER OPPOSITION

Just as the disciples continued to meet together despite opposition, faithful Witnesses throughout the world continue to meet together for spiritual strengthening despite modern-day opposition (John 20:19, 26)

If *Kingdom Ministry* is not available, meetings can be planned by local elders

The Bible or available publications of the Society may be used for discussions

Place of meeting may have to be changed frequently to avoid detection

Important thing is that even under difficult conditions the brothers appreciate the need to assemble together to equip themselves to offer to God a sacrifice of praise, and that the overseers make provision for such spiritual strengthening wherever possible (Heb. 13:15)

**MAIN POINT:** Service meetings should build the brothers up spiritually and equip them for field ministry. Variety of presentation helps stimulate interest; use teaching methods so material will be remembered and used by brothers afterward

SOURCE: *or* 97, 98

TEACHING SUGGESTION: (1) Discuss what local problems brothers have handled on their service meetings and how they have handled them. (2) What do various ones in the class do to make parts they have on service meetings interesting and varied? (3) Have some had good success in encouraging meeting participation or in working as many as possible into the presentation of material, and if so, how?

CAEKAERT/MAPLEY 000561

# Jehovah's Progressive Organization

## EARTHLY ARRANGEMENT TO CONTINUE

Counting from the creation of the first man, Adam, in the early autumn of 4026 B.C.E., 6,000 years of man's existence on earth will evidently end by the mid-1970's

But faithful mankind and Jehovah's governmental arrangements for the earth will continue and progress on into the endless future

## JEHOVAH HAS ALWAYS HAD SOME FAITHFUL WITNESSES ON THE EARTH

A long line of faithful men recorded in Hebrews 11:1-40

Abel was the first faithful witness (Gen. 4:4; Heb. 11:4)

Nation of Israel became organized as a "chosen people" in 1513 B.C.E. with a theocratic government founded on the Law covenant as a constitution (Ex. 19:5-9)

Following the rejection of the promised Messiah by the Jewish congregation, Jehovah's use of the newly established Christian congregation became manifest (Matt. 21:33-43)

Heavenly direction of the Christian congregation was shown by the outpouring of holy spirit at Pentecost, 33 C.E. (Acts 2:1-4)

Anointing by spirit was extended to Gentiles in 36 C.E. (Acts 10:44, 45)

Centuries of spiritual darkness characterized the long period of apostasy or falling away after the death of the faithful apostles by 100 C.E.

"Man of lawlessness," apostate leaders of Christendom, developed (2 Thess. 2:3, 4)

Organized during the fourth century, Christendom reached its peak during the "Dark Ages"

But true Christianity was not snuffed out; as foretold, both "wheat" (true Christians) and "weeds" (imitation Christians) continued to grow until the "harvest" (Matt. 13:30, 36-43)

## THE PROGRESS OF JEHOVAH'S MODERN-DAY ORGANIZATION

From the 1870's onward, God's modern-day "faithful and discreet slave" class began to be manifest and to be restored to spiritual wakefulness

The turning from religious confusion was given impetus as the result of a searching study of the Bible by Charles Taze Russell; interest was aroused in the invisible return of Christ

In July 1879, the first issue of *Zion's Watch Tower and Herald of Christ's Presence* was published

In 1909 its name was changed to *The Watch Tower and Herald of Christ's Presence* and in 1939 to its present name, *The Watchtower, Announcing Jehovah's Kingdom*

Congregations, called "ecclesias," were established in the late 1870's

They were loosely structured, with elders being chosen by elections, but all were receiving the same spiritual food through the *Watch Tower* and certain bound volumes

The headquarters building, called the "Bible House," was built in the Allegheny section of Pittsburgh in 1889

It served as headquarters until 1909, when buildings were acquired in Brooklyn

A "Society" was organized in 1881 to expand the distribution of printed material; this was legally incorporated in 1884 and is now called Watch Tower Bible and Tract Society of Pennsylvania

Other corporations were formed to operate in various places, such as, in 1909, the one now known as Watchtower Bible and Tract Society of New York, Inc., and International Bible Students Association formed in England in 1914, etc.

These all serve as instruments of the "faithful and discreet slave" class and its governing body (Matt. 24:45-47)

A great public preaching activity characterized the modern progressive organization

*The Watch Tower* carried the stirring call: "Wanted 1000 Preachers"; also an article entitled "Anointed to Preach," based on Isaiah 61:1

Magazines and books were printed by commercial firms

"Publishers" shared in distributing literature part time, while "colporteurs" did so full time and gave the message wide distribution by offering sets of volumes

Basic truths of God's Word were made clear again, Bible chronology was carefully studied and the annual Memorial celebration was restored

Doctrines such as the ransom, soul, resurrection, condition of the dead and others were properly explained from the Bible; Trinity and immortality of human souls were exposed as false

As far back as 1876, Brother Russell Scripturally demonstrated that the year 1914 would mark the end of the 'Gentile Times' or "appointed times of the nations" (Luke 21:24)

The Memorial was seen to be an "Anniversary Supper," to be celebrated once a year on Nisan 14

Opposition to Jehovah's Kingdom interests and its governmental direction, both from within the congregation and outside thereof, was met by going on the offensive spiritually, with good results (Acts 5:39)

CAEKAERT/MAPLEY 000562

The Protestant clergy's ministerial alliance challenged Brother Russell to a six-day debate in Pittsburgh's Carnegie Hall; this resulted in a fine witness before record audiences in March 1903

Some prominent workers, including C. T. Russell's wife, set themselves in opposition (See *w*72 382-384)

The Society's work expanded into Europe, parts of Africa and Asia as well as Australia

An intensive publicity campaign was carried out, warning of the climactic events in 1914

Millions of tracts, pamphlets, magazines and books were distributed

Weekly sermons of Brother Russell were published in 3,000 newspapers

The "Photo-Drama of Creation" was made and shown to large audiences in many parts of the world

## JEHOVAH'S PROGRESSIVE ORGANIZATION UNDERGOES REFINEMENT

Jehovah's coming to his temple meant a judgment period (Mal. 3:1-3)

Tests of loyalty, zeal and devotion came from inside and outside the congregation

Pressures mounted from world governments during World War I (Rev. 11:1-10)

Brothers were tested (1) by opposition from within the congregation as to their loyalty to theocratic governmental arrangements rather than to human leaders; they were also tested (2) by service arrangements as to their zeal and devotion for Jehovah's worship in the witness work; and they were tested (3) as to their love for revealed truths

— A change in Society administration brought adjustments; Brother Russell died on October 31, 1916 and Joseph F. Rutherford was made president of the Watch Tower Society on January 6, 1917

In 1918, situation of spiritual Israel became similar to that of Jews in Babylonish captivity; Society's officers were arrested and imprisoned and the work seemed to have been killed (Rev. 11:7-10)

## PROGRESSIVE ORGANIZATIONAL DEVELOPMENT FROM 1919 TO 1931

The surviving anointed remnant arose to restore true worship to its proper place and prominence after their deliverance from "Babylonish" captivity; work was revived and strengthened (Rev. 11:11-13)

The Society's officers were released from prison on March 25, 1919; Cedar Point, Ohio, convention was arranged for September 1-7, 1919; Society headquarters reopened in Brooklyn, N.Y., October 1, 1919

Under direction of holy spirit the work of preaching the good news of the established Kingdom was revitalized (Isa. 60:1)

Special privilege of service as ambassadors representing the Kingdom was extended to the anointed as the payment of the "denarius" (or "penny") in 1919 (Matt. 20:1-16)

Conventions, declarations, resolutions and flashes of new spiritual information came as evidence of God's teaching and leading of his anointed ones

Second Cedar Point, Ohio, convention held September 5-13, 1922

Series of declarations or resolutions, corresponding with the beginning of the pouring out of the "seven bowls of the anger of God," issued at conventions from 1922-1928 (Rev. 16:1-21)

The name "Jehovah's witnesses," adopted at Columbus, Ohio, in 1931, served to identify Jehovah's name and purpose with his people and show the responsibility of his "servant" class to witness (Isa. 43:10-12)

## FURTHER ORGANIZATIONAL PROGRESS EVIDENCED IN RESTORATION OF THEOCRATIC STRUCTURE AND DIRECTION

From 1919 onward the true Christian congregation was progressively restored to its theocratic structure

A Society "director" appointed to work alongside "elective elders," but not subject to yearly election

By October 15, 1932, the system of "elective elders" was discontinued

By June 1938 arrangements were being put into effect to appoint all local "servants" in the theocratic way (Isa. 60:17)

The "holy place" or "sanctuary" was in its "right condition" for the first time in the modern history of Jehovah's people (Dan. 8:14; *w*71 724)

World War II pressures were used by the 'small horn,' the seventh or Anglo-American world power, to 'trample on the established place of God's sanctuary,' though it was unable to stop altogether the "daily sacrifice" of praise to Jehovah (Dan. 8:10-12; *w*71 720-724)

Two thousand three hundred evenings and mornings counted from when "holy place" was in "right condition" the first time, June 1938, until October 1944 (Dan. 8:13, 14; *w*71 724-728)

✓ Jehovah's organization progressed and the "holy place" was brought *back* to its "right condition" in October 1944 as a firm stand for theocratic direction was seen in amendments to Society's charter

Jehovah's name was incorporated in the charter, and basis for membership became active service to Jehovah, not monetary contribution

Further strengthening of theocratic structure and operations came in 1972 with the replacement

CAEKAERT/MAPLEY 000563

of one overseer in each congregation by the appointment of "elders" or "older men" to serve as a "body of elders" with a rotating chairmanship (w71 695-701)

## EXPANSION OF THE ORGANIZATION AUGMENTED BY "OTHER SHEEP"

By 1935, the gathering of the remaining ones of the 144,000 had been basically completed, and the continued Kingdom-preaching and disciple-making resulted in the gathering of those of the "great crowd" (Rev. 7:4, 9, 10)

From 1942 onward, an extensive educational program has been in progress through congregational meetings, assemblies and special schools of training
These include: Theocratic Ministry School (1942-1943); Gilead School (1943); Kingdom Ministry School (1959)

In certain recent years more have become baptized disciples of Christ Jesus, with earthly life in view, than became his faithful anointed followers during the entire period from 33 to 1935 C.E.

## THE PROPER VIEW OF JEHOVAH'S ORGANIZATION AND ITS PROGRESSIVENESS

The theocratic structure within God's congregation and its spiritual beauty and strength today are a remarkable product of God's spirit, coupled with a long record of world-recognized integrity and uncompromised devotion to Jehovah God (Isa. 62:2, 3)

The reason for progressive changes is in order to keep pace with Jehovah's provisions for advancement (Isa. 60:17; Prov. 4:18)

We need to accept the progress and changes made in the earthly theocratic structure, showing loyalty to Jehovah's kingdom and his Son's headship and keeping pace with his revelation of truth (John 6:67, 68)

Be prepared to explain matters to others, helping them recognize, respect and fully appreciate working with the "faithful and discreet slave" class as it continues to progress under Christ's headship (Ps. 37:28; 149:1)

As overseers, see that young ones, new Bible students, as well as all with the congregation, understand and appreciate the background and history of Jehovah's marvelous dealings with his name people and his progressive guidance of them
God's organization in heaven and in earth has steadily moved forward, is making great strides in progress now, and will continue progressing to time indefinite in Jehovah's righteous new order

**MAIN POINT:** Overseers need to understand the background and history of Jehovah's dealings with his people in modern times in order to instill in those entrusted to their care loyalty and appreciation for Christ's headship through the earthly theocratic arrangement and organization that Jehovah has provided for their direction and blessing

SOURCES: *ad* 298, 851, 1105, 1106, 1206; *jp* 12-127, 139, 140, 147-149, 158, 186-205, 284-295; *or* 54-64; *w71* 695-701, 720-728; *w72* 382-384

TEACHING SUGGESTION: Lecture

No. 31 – Second Monday, 3:00

# Importance of the Shepherding Work

## WHY THE RESPONSIBILITY IS A SERIOUS ONE

The "flock" belongs to God; overseers must render an account to him for it (1 Pet. 5:2; Heb. 13:17)

Jehovah judges adversely those who use their position as shepherd for personal glory and selfish gain instead of truly caring for the flock (Ezek. 34:2, 10)

Good spiritual condition and fine works of the flock result in glory to God (Matt. 5:16; 1 Pet. 2:12)

The lives of our brothers, persons for whom Christ died, are involved; we should have genuine love and concern for them (Acts 20:28)

## LEARNING FROM AN ANCIENT AND HONORABLE OCCUPATION

"Shepherd" has been defined as 'a person who tends, feeds and guards sheep'; the occupation dates back to Adam's son Abel (Gen. 4:2)

Work of a shepherd included seeing that the sheep had food and water, were cared for when they got sick and were safeguarded against wolves, etc.; the shepherd was concerned not only for the flock as a whole but for any that strayed (Ps. 23:1-6; 1 Sam. 17:34-36; Matt. 18:12, 13)

Shepherding was a rigorous life; much time was spent away from home caring for the flock; Jesus Christ the Fine Shepherd laid down his life for the flock (Gen. 31:40; 37:12-17; John 10:11)

## WHY THE WORK OF SPIRITUAL SHEPHERDING IS SO IMPORTANT

When sheep are not being cared for by a shepherd they become scattered and are easy prey for enemies; this is true of both literal sheep and symbolic ones (Ezek. 34:5)

CAEKAERT/MAPLEY 000564

We live in a time when the Devil is bringing great pressure on all mankind, especially those who seek to please Jehovah; opposition may come from marriage mate, other relatives, even the government; in many places the economic situation is difficult and some find that they have to work extra hours; personal shortcomings easily cause one to become discouraged (1 Pet. 5:8; Rev. 12:12, 17)

Do not let life's problems take away your concern for congregation (2 Cor. 11:23-29)

One of the marks of true Christians is that we deeply care about one another; shepherds especially need to demonstrate that love (John 13:35; Gal. 6:10)

## CIRCUMSTANCES CALLING FOR THE ATTENTION OF A SHEPHERD

One of the main responsibilities of a shepherd is to 'feed the sheep,' to be a teacher of God's Word in the congregation (John 21:15-17)
   Much of this is done when conducting meetings and handling other assignments from the platform; give this work careful attention so that the "sheep" are truly helped to benefit from the spiritual food
   Additional teaching is done on personal basis, giving further explanation to those who need it; be willing to do that

Those who give evidence of spiritual ill health or who begin to stray from the flock need special attention; keep an eye out for circumstances calling for attention and handle them promptly
   When any begin to miss meetings, a personal visit or a phone call can help to draw them back into the fold; prompt attention can help to avoid problems becoming more deep-seated
   Are some lacking zeal as to field ministry? Do not wait until they completely stop; they may need encouragement to see the value of what they are doing; perhaps some assistance on the way they handle matters at the doors will help them to find more joy in their field service; work along with them
   Do you observe lack of respect on the part of certain children, or evidence of lack of discipline? Perhaps the household needs help with arrangements for a family study
   Are some, by their habits or manner of dress, showing excessive interest in imitating the world? A kindly, Scriptural discussion with the young person's parents, or with the sister's husband or with the person himself might help to correct the situation before it goes too far
   Is someone getting involved with worldly association, perhaps "dating" an unbeliever of the opposite sex? Recognize the danger; provide loving but firm counsel from God's Word
   If any "wolfish" elements are trying to destroy or corrupt the faith of a member of the congregation, quickly come to the brother's rescue and use the "sword of the spirit" to destroy that bad influence (Titus 1:10-14)

The responsibility of a shepherd is not only toward the strays; those who are doing well need attention too
   Commendation for their fine work, for their faithfulness and endurance upbuilds them and strengthens them to press on
   Some do not bring their problems to you, but that does not mean they do not have them; often they are grateful for aid when you show personal interest
   When anyone is physically ill, it is good for shepherds to show loving concern and to see that any needed assistance of a physical nature is provided

Important to know the "sheep" well and their spiritual condition so that you readily recognize problems when they begin to develop (John 10:3, 4; Prov. 27:23)
   Sometimes those in need of spiritual aid will call and request your help to restore them (Jas. 5:14-16); in other cases you discern the need and kindly take the initiative in offering assistance (Gal. 6:1)

## HOW FINE SHEPHERDS CONDUCT THEIR SHEPHERDING

In dealing with the brothers, imitate the loving concern shown by Jehovah himself (Isa. 40:10, 11)

Jesus Christ, the great shepherd, said that those coming to him would find refreshment; as you imitate the example of Christ, the flock entrusted to your care will experience that refreshment (Heb. 13:20; Matt. 11:28-30)

When you talk with brothers and sisters at congregation meetings, show an interest in the things they are doing; encourage them to share their experiences with you; ask about their Bible studies; commend them for their comments, their talks, their regularity; share with them your experiences, new things learned, etc.

When visiting them in their homes, go as one would visit a dear friend or a fleshly brother; show warm interest in them (2 John 12; 1 Thess. 2:17-19)
   Enjoy relaxing, upbuilding conversation with them; if they offer refreshments and you want to accept, do so; your friendliness will build up their confidence in you
   In this atmosphere, publishers will often tell you their problems without your even asking; your visit need not suggest that there are problems unless you are specifically there for that purpose, as visits may also be made on those doing well
   May do some Bible reading together, or help them with Ministry School assignment, or read

CAEKAERT/MAPLEY 000565

together something of special interest in newly received *Watchtower* (Rom. 1:11, 12)

In handling problems, take the needed time and weigh carefully the counsel that you give

Learn to be a good listener; get the other person to express himself; get all the facts before giving counsel (Prov. 18:13; Jas. 1:19)

Help the person to realize that you are genuinely interested in assisting him to pursue a course bringing Jehovah's approval and leading to eternal life

Base counsel firmly on God's Word; read from the Bible; encourage reliance on Jehovah; build appreciation for Jehovah, his Word and for Christ's headship in directing the Christian congregation, not directing attention to yourself or your own wisdom (Prov. 3:5, 6; Ps. 146:3-10; Titus 1:9)

To serve most effectively as shepherds, we must keep in mind that we too are "sheep" in Jehovah's flock; we are all brothers (Matt. 23:8)

No reason to "talk down" to the brothers or to treat them as if they are babes

Apostles viewed themselves as working *with* the brothers, referring to them as "sharers with me in the undeserved kindness," "brothers," "yokefellow," etc. (Phil. 1:7; 4:3; 2 Thess. 1:3; 1 Pet. 5:1)

## WHERE AND WHEN
## WE CAN SHARE IN SHEPHERDING

Much shepherding can be done by speaking to the friends personally at congregation meetings; have in mind whom you want to see and what you hope to do for that one's upbuilding

Some of the shepherding can be done beneficially in private homes

You may want to invite some to your home, perhaps to share in family study or for other upbuilding association

A personal visit to the publisher's home helps you to get to know him better; when there are not many other people around, as at the Kingdom Hall, he may speak more freely; apostles went to the homes of disciples to teach them (Acts 5:41, 42; 20:17-20)

No reason for each elder to feel that he must visit the home of each person in the congregation in order to fulfill his responsibilities; this is a work that the elders share as a body

As for making visits at the homes of publishers, each elder must decide when he personally can engage in this work

Not good always to be doing this when other publishers are starting out in field service; they need your help there too

Might choose to reduce time spent in field service one weekend a month to make shepherding calls; evenings may be best for some calls; any other convenient time may be used

## BALANCE SHEPHERDING
## WITH PERSONAL STUDY, FAMILY
## AND FIELD SERVICE RESPONSIBILITIES

Shepherding cannot replace personal study or caring for family responsibilities

Timothy as an overseer was counseled: "Pay constant attention to yourself"; if you do not do adequate personal studying you cannot do good teaching, which is a principal part of the work of a shepherd (1 Tim. 4:16)

To qualify as a shepherd a man who is married must preside over his own household in a fine manner; that involves giving proper attention to your wife and your children; it also includes time for regular family study and spiritual discussion (1 Tim. 3:4, 5)

(Ask the brothers what problems they have in this regard; invite others to tell how they handle matters to maintain needed balance)

Shepherding does not take the place of one's field ministry, which is a vital, urgent part of our service to God because of the time and circumstances in which we live; what we do in this regard affects our brothers because they follow the lead of the shepherd

Shepherding too is an important responsibility and not to be neglected; it does not take the place of other responsibilities, but needs to be given a definite place in our schedule

None are compelled to be shepherds; we do this willingly, out of love for Jehovah and for his people; we may have the ability, but to be a shepherd we need to make ourselves available to the "sheep," being approachable, willing to help (1 Pet. 5:1-4)

At times there is more shepherding that needs to be done than at other times; we need to be flexible, willing to make adjustments

At periodic meetings of body of elders, shepherding needs of the congregation should be considered. This does not require analyzing the life of each one in the congregation; simply consider situations that need attention

Decide among yourselves who is in position to give the required attention to the various ones needing it; others of the elders may have suggestions as to what can be done

Each elder should share freely in the shepherding work so that the entire flock continues to be well fed, spiritually sound, giving evidence of a spirit of warmth and unity, and rendering praise to Jehovah

**MAIN POINT:** All elders should share in providing loving care for the flock of God, while not failing to give due attention to their own households and to the field ministry

SOURCE: *or* 55-58, 71, 82

TEACHING SUGGESTION: Give class opportunity to relate their own experiences in the shepherding work and how they have arranged to share this responsibility with others

CAEKAERT/MAPLEY 000566

# Readjusting Your Erring Brother

## NEED FOR READJUSTMENT

Jehovah's will is that his servants reflect his fine qualities in attitude, word and action (Matt. 5:44-48; Eph. 5:1, 2)

Being imperfect, humans fall short of God's glory and do not reflect his image perfectly (Rom. 3:23)

True Christians, including elders, sin (Jas. 3:2; 1 John 1:8)

Readjustment needed in case of all in order to reflect Jehovah's fine qualities to greater degree

'To readjust,' as used in Scripture, means 'to bring to a proper state or position,' 'to fit things to a certain standard,' 'to restore'

Whenever we err, we must again be brought in line with Jehovah's standard as set forth in the Bible

Not only may adjusting be necessary when some backsliding is involved, but also to bring one's thinking initially into harmony with Jehovah's viewpoint on certain matters

Counsel and discipline based on God's Word serve to bring about adjustment in our attitude and our conduct; proper response works to our benefit, but resentment can be injurious (Prov. 6:23; Heb. 12:5-11)

"Gifts in men" (elders) are entrusted with the responsibility to readjust members of congregation (Eph. 4:11, 12)

We must be willing and alert to give aid (Acts 20:31; 1 Pet. 5:2, 3)

Should avoid becoming busybodies, prying into other people's affairs, making issue of minor matters and imposing own standards on others (Rom. 14:1-12)

Wrong to be suspicious and to ascribe bad motives to brothers; love does not suspect or disbelieve brothers unless sound evidence is available that they are wrong (1 Cor. 13:7; Heb. 6:7-9)

## WHEN SOMEONE TAKES A FALSE STEP BEFORE HE IS AWARE OF IT

Important to realize why those wanting to serve Jehovah may take false steps

Sin at work in body members of all (Rom. 7:18-20)

Outside pressures at work or school may make it more difficult to keep sinful flesh in check, causing one to slip into wrongdoing

Bad association may gradually cause wrong desires to take root in heart (1 Cor. 15:33)

May lack Bible knowledge

Anxieties of life can become major concern and begin choking out appreciation for spiritual things (Matt. 6:33, 34; 13:22)

Individual may know certain course is wrong but circumstances are such that, without premeditation, he slips into it before he is aware of it

One who slips into wrong course needs help to recover himself from weakness leading to his wrongdoing (Gal. 6:1)

To be of help, elder must hate wrong but have love and compassion for wrongdoer, earnestly desiring to aid him (2 Cor. 7:8-13; 12:14, 15, 20, 21; Jude 23)

Dealing harshly with erring one will not get best results; can cause him to resent counsel or discipline and not give it serious consideration it deserves; or it could crush him, as he may already feel very bad about what he has done

Mildness is in order when erring one was not deliberate but got caught unawares in Satan's trap (2 Tim. 2:24-26)

Domestic animal caught in trap can be freed by being ripped out, but such action would further injure it

Better to free animal from trap as gently as possible; same is true of Christian caught in Devil's snare

Jesus set kind example in handling a heated dispute (Luke 22:24-27)

Good not to be severe with older ones (1 Tim. 5:1)

In giving help, elders must be careful 'to keep eye on themselves, for fear they also may be tempted'

Elders cannot allow themselves to condone wrong or minimize it; must continue to hate what is bad (Jude 22, 23)

If someone of opposite sex involved, elder has to be very careful that he does not yield to temptation to become emotionally involved with erring one

## WHAT TO DO "IF YOUR BROTHER COMMITS A SIN" AGAINST YOU

Certain minor wrongs can and ought to be overlooked and forgiven (Eph. 4:32)

Nevertheless, if a brother is doing something that might injure his relationship with Jehovah, the loving thing would be to help him

Deliberate failure to reprove a brother when that is definitely needed to restore him is tantamount to hating him, not caring about his life interests (Lev. 19:17; 1 John 3:15; Prov. 27:5)

Deliberate failure to give needed reproof can cause one to become bloodguilty before Jehovah, as individual is being deprived of something necessary to gain salvation (Acts 20:26, 27)

CAEKAERT/MAPLEY 000567

Certain sins committed against you personally cannot be overlooked

Such serious sins may involve fraud, slander, etc.

When certain that a serious sin has actually been committed against you, you are under obligation to go to erring brother and "lay bare his fault between you and him alone" (Matt. 18:15)

Should he recognize his error, agree to rectify it and repentantly seek your forgiveness, you would rightly forgive him; your action would result in 'gaining him' in the sense of aiding him to remain in the congregation rather than being disfellowshiped therefrom

Should erring one refuse to make amends, you would be under obligation to try to show him the error of his ways at the "mouth of two or three witnesses"; his genuine repentance could settle the matter (Matt. 18:16)

Should the erring one still remain unrepentant, the matter would have to be brought to the attention of the congregation's judicial committee (Matt. 18:17)

If erring one does not rectify matters even when talked to by committee, he would be expelled from congregation

Since procedure outlined at Matthew 18:15-17 could lead to expulsion from congregation, manifestly reference is, not to minor matters or imagined sins, but to actual and serious sins against you that simply cannot be ignored

## ASCERTAINING WHERE THE ERROR LIES WHEN ACCUSATIONS ARE MADE

When approached by someone with an accusation against a brother, consider the evidence

Is it reliable and can it be backed up by witnesses?

Sometimes may not be eyewitnesses, but circumstances may indicate that matter needs further investigation

Determine whether accuser is judging someone by his own conscience or has actually observed wrongdoing serious enough to warrant attention of judicial committee

If accusation is well founded and requires attention of committee, follow through accordingly

If accusation involves minor matter or cannot be backed up, no need to take matter further, but help accusing one get right view of matters (Col. 3:12-14; 2 Cor. 13:1; 1 Tim. 5:19)

If two individuals have heated dispute, try to get to bottom of matter by having them speak directly to you one at a time; usually better than allowing them to argue in front of you

Ascertain whether minor matter or serious sin is involved

Often both will need counsel on maintaining self-control and letting love predominate in their handling of matters (Jas. 3:13-18; 1 Pet. 1:22)

## ENCOURAGE ALL, THOUGH IMPERFECT, TO GO ON GROWING SPIRITUALLY

In view of repeated failings, brothers could easily become discouraged and downhearted (Rom. 7:21-25)

Scriptural encouragement is often needed to help them get right view so as not to lose freeness of speech in approaching Jehovah in prayer (1 John 3:19-24; 4:18)

Sin-atoning value of Jesus' sacrifice covers transgressions when one is truly repentant and enables one to retain clean conscience (Heb. 9:13, 14; 1 John 2:1, 2)

To make progress, brothers need to have in mind Jehovah's view of failings and shortcomings

He does not take critical view of our human failings; yet he does not condone wrong (Ps. 130:3, 4; Mal. 3:5)

Sin should be recognized for what it is—a failure to act in harmony with Jehovah's personality, standards, ways and will; should not seek to justify self

Desire should be to imitate Jehovah to greater degree, keeping self in check (1 Cor. 9:27; 1 Pet. 2:11)

Sincere regret should be in evidence when there is failure to live up to Jehovah's requirements, and efforts should be put forth to do better (Ps. 38:3-8; 51:3, 10, 11)

In helping others to make progress, elders should not allow selves to become upset with erring ones, treating them as enemies (Compare 2 Thessalonians 3:13-15)

Erring ones are not enemies, but Devil is (1 Pet. 5:8)

All of us must stand unitedly against Devil and combat desires of sinful flesh (Eph. 6:10-18; 1 Pet. 5:9; Jude 3, 4, 20-23)

Encourage brothers to appreciate Jehovah's mercy

Jehovah warmly appeals to sinful humans to change ways to gain his favor (Isa. 55:6, 7; Ezek. 33:11; Mal. 3:7; 2 Pet. 3:9)

Jehovah's merciful forgiveness well illustrated in cases of Manasseh and spirit-anointed Christian in Corinth (2 Ki. 21:5, 6, 16; 2 Chron. 33:11-13; 1 Cor. 5:1, 7-13; 2 Cor. 2:6-8)

Jehovah's mercy should not be presumed upon and used as excuse for wrongdoing (Heb. 10:26-31; 2 Pet. 2:12-22)

When brothers are disturbed about shortcoming (real or apparent) of others, elders should aid them to take Jehovah's merciful view

Should not begin doing what one conscientiously feels is wrong just because other brothers are doing it; conscience would be injured (Rom. 14:23)

Continue hating what is bad (Ps. 97:10; Rom. 12:9)

CAEKAERT/MAPLEY 000568

Avoid finding fault with others, judging them according to personal standards; one being judged may be strong in certain areas where one doing judging is himself weak (Matt. 7:1, 3-5; Rom. 2:1)

Rather than looking at and dwelling on faults, rejoice in progress brothers are making in cultivating fruitage of spirit, encourage them and take humble view of self (Phil. 2:1-4)

## APPRECIATE
### WHERE RESPONSIBILITY LIES

Elders recognize that they are not to run affairs of other families

Husband and father is divinely appointed head of family (1 Cor. 11:3)

Elders can give help when asked or when need arises, but husband and father, not elders, is one held accountable by Jehovah for way he discharges responsibilities

Elders should cooperate with father and husband to build up spiritual strength of family (or do so through mother, if no father in home or if father is an unbeliever)

When proper to do so, elders offer loving assistance

Imitate Jehovah's example as a shepherd (Ps. 23:1-6)

Show concern for flock, putting its welfare first (Acts 20:28-35)

Do not become discouraged when others fail to respond to counsel of God's Word

Elder's responsibility is to offer help; he cannot force anyone to apply what Bible says

Heart of individual must motivate him to make application (Rom. 10:10; 2 Thess. 3:5)

Good for elder to examine whether his counsel and admonition were based solidly on God's Word and presented in such a way as to appeal to person's love for Jehovah (2 Tim. 4:1, 2; Heb. 4:12)

Motive for rendering help should always be to uphold Jehovah's ways and to show loving concern for and unselfish interest in welfare of brothers (1 Cor. 13:3)

**MAIN POINT:** Problems should be handled in such a way as to help brothers make progress and to prevent making them feel that they are being rejected

SOURCE: *or* 154-164

No. 33 – Second Tuesday, 9:10

# Helping Women in the Congregation

## THE WOMAN'S PRIVILEGES IN THE CONGREGATION

Hebrew word for woman, *ish-shah'*, means female man; woman was meant to be complement or helper for man (Gen. 2:18)

Women have a long record of faithful service in the Christian ministry (Luke 8:1-3; Rom. 16:1)

Women received gifts of spirit at Pentecost, 33 C.E., to speak in tongues and prophesy (1 Cor. 11:3-5; Joel 2:28; Acts 1:13-15; 2:1-4, 14-18; 21:9)

Today women play a large role in the ministry (Ps. 68:11)

They are doing a large part in the work of Kingdom-preaching and disciple-making; the commission to "make disciples of people of all the nations" applies to women as well as to men (Matt. 28:19, 20)

Often they care for midweek arrangements for field service; sometimes they are used as substitutes in handling other congregational matters where there is a shortage of qualified brothers

By their conduct and attire they can provide a fine example of the effect of true Christianity

Women in the congregation should be "silent," that is, not disputing with men or trying to exercise authority over men in the congregation (1 Cor. 14:33-35; 1 Tim. 2:12)

Insofar as dress, hairstyles, and wearing of jewelry are concerned Christian women should be examples of modesty and dignity, appearing neither dowdy nor worldly, but recognizing that spiritual beauty is in good works and in "the secret person of the heart in the incorruptible apparel of the quiet and mild spirit, which is of great value in the eyes of God" (1 Pet. 3:1-6)

By your helping women in the congregation to appreciate their privileges and position, they will be aided to contribute to its spiritual strength

## GIVING ENCOURAGEMENT AND COUNSEL TO WOMEN IN THE CONGREGATION

Encourage them in their field ministry

Response is usually good when helpful arrangements are made for group witnessing; adjust as circumstances change; show interest in what the group is doing

Many of the regular pioneers are women, both single and married; keep this privilege before the congregation; give personal attention to those showing desire to pioneer

Many more can be temporary pioneers; when anyone's application is accepted, quickly notify the congregation; others may do it too if they know they will not be alone

CAEKAERT/MAPLEY 000569

Much encouragement may be needed by some women due to their emotional and physical makeup or family circumstances

Commend for their good efforts in getting children to the meetings, in commenting, in field service, in helping to clean the Kingdom Hall, etc.

Counsel should always be loving and kind, yet firm and appropriate, with consideration for the makeup of the woman (1 Tim. 5:1, 2)

It is best to offer suggestions or counsel to women in the presence of their husbands, or perhaps give counsel through the husband if this is possible

It is not a good practice for an overseer (or any other brother in the congregation) to make personal calls on sisters in their homes, unless their husbands are present or someone accompanies the overseer

If married, it is good for the overseer to take his wife along, or if a personal problem is involved it may be good to take another brother, when making the visit

Often matters can appropriately be handled at the Kingdom Hall

Elders should use discretion in having private discussions with sisters

## PROPER VIEW
### OF THE HEADSHIP ARRANGEMENT

Wearing of head covering is required in only a few situations, though a Christian woman should recognize the principle of headship at all times (1 Cor. 11:3-6)

The woman must wear a head covering when caring for matters pertaining to worship that would ordinarily be handled by her husband or a dedicated brother

Reasons for a woman to wear a head covering when the occasion calls for it: (1) recognition that her husband is God's representative toward his wife and children, (2) recognition that the men in the congregation have the God-given responsibility to teach and preside, and (3) because of the angels (1 Cor. 11:7-10)

This does not mean that angels learn from good example of Christian women, but they can draw encouragement from the fine example of women with the right view of headship; also angels direct work, and are concerned with theocratic attitude and action of all in congregation (Compare 1 Timothy 5:21)

If the Christian wife prays aloud in behalf of herself and others or conducts a Bible study with her children or others *in the presence of her husband,* she rightly wears a head covering

This is a demonstration of her recognition that she is serving in her husband's place

She would not ordinarily wear a head covering in teaching her children at home when her husband is not present, as she is divinely authorized to teach the children (Prov. 1:8; 6:20)

However, if a son is present who is a dedicated and baptized Christian, she would wear a head covering, as the dedicated son is a member of the congregation and ordinarily should receive instruction as to worship from male members of the congregation

When any meeting is conducted by congregational arrangement, a dedicated, baptized male should preside if at all possible

If for some reason (such as illness, incapacity or no qualified and willing baptized male being present) a baptized female Witness conducts the meeting, she would rightly wear a head covering, acknowledging thereby that a brother would ordinarily give instruction in such a circumstance

A head covering is not required when a woman has to interpret into another language a Bible discourse or publicly read the paragraphs from a Bible study aid that is being used at a congregation meeting, as this is not presiding or teaching

If for conscience' sake the sister prefers to wear a head covering, she may do so

No head covering is required for a woman in house-to-house preaching, not even when working with her husband or another brother; she is not taking the place of a man in such activity; it is properly part of her service to God

However, if her own husband (even though not a Witness) is present at a home Bible study she conducts, she needs a head covering out of respect for his position; a prearranged session for a Bible study is a small meeting for teaching; if any male member of the congregation is present it becomes an extension of the congregation, so a head covering would be appropriate for her when conducting

## RESPONSIBILITIES AND QUALITIES
### OF WIFE IN FAMILY ARRANGEMENT

Primary duties of Christian women: (1) to serve Jehovah in true worship, (2) to love and obey their husbands and (3) to love and care for their children (Eccl. 12:13; Titus 2:4, 5)

Qualities of a good wife described at Proverbs 31:10-31 include being industrious, wise, kind, respectful and loving

The mother plays important role in education of the children; training needed constantly in all of life's daily activities

Wife responsible to train children in righteousness, respectfulness, and industriousness (Prov. 31:1; 2 Tim. 1:5; 3:14, 15)

Children need to be taught to obey and follow father's discipline

CAEKAERT/MAPLEY 000570

Mothers can do much in training daughters to be good wives by teaching them the arts of cooking, sewing and general household management

Women are kept safe through childbearing, as those busy with family have less time to gad about, gossiping, meddling into other people's affairs (1 Tim. 2:15; 5:11-15)

Reasonable attitude toward material needs on part of wife can help husband to have more time to care for spiritual needs of family (1 Pet. 3:3, 4)

Husband to dwell with wife "according to knowledge," being considerate of her vicissitudes and cycles, making allowances for her as weaker vessel (1 Pet. 3:7)

Wife owes husband the marital due, but unselfish and loving husband should always cherish the health and happiness of his wife and not expect more of her than her physical strength and well-being permit (1 Cor. 7:3-5)

Wives should be free to express themselves to their husbands and respectfully aid husbands in arriving at right decisions (Gen. 21:9-13; 27:46–28:4; 31:4-16)

## WIFELY SUBJECTION
### WHEN HUSBAND IS AN UNBELIEVER

The 'law of the husband' is his authority as head of wife; wives should be encouraged to be submissive, respectful, faithful and devoted (Rom. 7:2; Eph. 5:23-25)

To have unity in family a head is required; man properly has this position since created first; woman contributes to family happiness by respecting this arrangement of Jehovah

Where unbeliever endeavors to cause wife to disobey God's plainly stated commands, she must obey God as ruler (Acts 5:29)

No. 34 – Second Tuesday, 10:40

Wife can help unbelieving husband in the following ways: (1) by keeping her own integrity and showing appropriate subjection, (2) by speaking the truth with mildness, as this can break down opposition, (3) by good planning, which will aid wife to be well balanced in activities and not irritate husband, (4) by having friendly calls made on husband with a view to getting a study started to unite the family, (5) by continuing to pray, not giving up hope

Wife may be able to 'save her husband' by providing influence for good; also by enabling him to have many good contacts with Jehovah's people and organization (1 Cor. 7:16)

If husband is an unbeliever, the responsibility may fall upon the wife to teach and instruct the children through home Bible study at a time that is convenient

Women with opposing or unbelieving husbands may arrange for field service (including regular or temporary pioneer service) during times when it will not interfere with family association; it may be good to take advantage of the congregational midweek service arrangements

Continue commending women in the congregation for their good support of pure worship

MAIN POINT: All women in the congregation, whether married or single, can, by their conduct and ministry, serve to Jehovah's praise. We want to encourage them to do so

SOURCES: *ad* 565, 724-726, 1137, 1664, 1665; *qm* 252-255; *w72* 445-447

TEACHING SUGGESTION: Inquire if students have had opportunity to encourage or counsel women in their congregation, and if so, regarding what and with what results? What encouragement have students been able to give those desiring to share in the full-time preaching work, and do they make any special arrangements for group witnessing with a view to giving them support in the field?

# The Theocratic Ministry School and Public Meetings

## PURPOSES
### OF THE THEOCRATIC MINISTRY SCHOOL

The entire congregation receives valuable information that increases the spiritual appreciation of all attending

This school provides instruction and training in public speaking to praise God

Students are aided to gather, develop and present information logically

Brothers are trained to give public talks or handle parts on meetings

It aids brothers trying to qualify as elders and ministerial servants

It helps all to make fine comments or share otherwise in meetings

It equips us to make fine defense before courts or rulers

It develops our ability to speak to school or social groups

It helps students eliminate poor speech habits

A prime purpose of the Theocratic Ministry School is to furnish training for field ministry

Improved ability in preaching results from this training

Material presented in the school is useful in answering questions on return visits

Principal concern of those enrolled in the school should be gaining Jehovah's approval, not impressing others

CAEKAERT/MAPLEY 000571

Newly interested ones may be enrolled; however, if the known conduct or circumstance of a person is such that his presence on the platform would disturb the congregation or raise serious questions in the mind of a newcomer, it would be wise not to enroll him

## THEOCRATIC MINISTRY SCHOOL OVERSEER AND SOME OF HIS DUTIES

He is an elder, unless serving as a substitute, and should have a good knowledge of the language of most of the students

He has at heart the spiritual interests of all attending the school, and he wants them to get full value from the material covered, focusing their attention primarily on God's Word

It is important to prepare in advance for each session, as he must understand the material to highlight it effectively

Assignments are usually made in writing at least three weeks in advance

Assignments are made according to the current schedule with good judgment, having in mind the students' ages, education levels, etc.

Some subjects may be too difficult for certain students, also overseer tries to give suitable topic to one of tender years

He endeavors to give all students an equal opportunity to speak

As shepherd, he aids all in congregation in any way he can

While not usually preparing others' talks, he can help students understand the material assigned to them

It is good to encourage prayer by students for God's guidance and assistance

His duties are not limited to overseeing the school for one year, but he aids others with Scriptural advice and counsel as an elder and accompanies some in field ministry

The library is under the school overseer's supervision

It should contain all available publications of the Society and may have various Bible translations, exhaustive concordance and other helpful reference works

Care of the library is supervised by the school overseer, even if he assigns another person to do some of the work

He can demonstrate the library's use to new ones

## CONDUCTING THE SCHOOL IN AN EFFECTIVE MANNER

Briefly review procedure outlined in current year's schedule

Instruction talk given by an elder, or, if necessary, by a better qualified ministerial servant

Oral review of previous week's instruction talk usually starts the program

The periodic written review is not competitive,

as each person checks his own paper and thus learns any key points he missed

Overseer appropriately introduces and concludes program

In introduction he might briefly outline what the audience can expect to learn

In conclusion he may briefly mention what we can expect the following week or points of significance from past hour

For student talks, overseer may give the subject and setting, if one is used, also the source of material so audience can follow if they desire

Overseer should highlight key points of the material, thus emphasizing the spiritual aspect of the school; do not just offer counsel

He should encourage Bible reading as outlined in the school course

At the meetings of the body of elders discuss ways in which the teaching quality at the school can be improved

The school may be divided into two or more sections for student talks, where enrollment is large

Where possible, elders should counsel in these additional groups

Additional counselors are selected by school overseer

In a congregation comprised entirely of women, the material can still be covered by informal reports, discussions between two sisters, questions and answers, or reading from the publications

No counsel is given on their presentations, since no qualified brother is available

## OFFERING BENEFICIAL COUNSEL

The school overseer should have the students' interest in mind and not be overly critical

He should try to encourage all, including those having limited education or speech difficulties (Acts 4:13; Ex. 4:10-12)

He considers their abilities, not trying to fit each into the same mold

He wants all to make progress according to personal ability

He wants students to enjoy their privilege of speaking in the school, and so lovingly upbuilds them

To maintain the schedule, a signal is given when the student goes overtime; student may complete sentence and then leave the platform

Overseer may employ variety in presenting counsel

He might start with commendation on a point not even up for counseling, for example, commending on sincerity, friendliness, etc.

Thus even if work is needed on a speech quality under observation the student will have been commended

It is not necessary to announce to the entire

CAEKAERT/MAPLEY 000572

audience what mark (G, I, or W) student is given, but when commending him on a point, it is often good to say *why* it is good; this helps everyone present

If further work on a speech quality is recommended, kindly encourage that; show *how* this can be done and *why* it will be effective

Reference to or excerpt from the school textbook may be helpful

The school overseer's objective is to aid all to be better praisers of Jehovah

## PUBLIC MEETINGS INFORM AND UPBUILD SPIRITUALLY

The public meeting is generally presented in the form of a discourse, although slide presentations are also used on occasion

It is called a *public* meeting because often extensively advertised with view to inviting the public

If talks are given with the public in mind, speaker should use terms that they can understand, even though material is weighty

However, they should also be informative and spiritually upbuilding for regular attenders

It is beneficial for all Witnesses to attend, to have their understanding of Bible truths both sharpened and broadened, equipping them to be better Christians and more effective teachers

Some talks focus attention on application of Bible principles to problems of life, others on doctrine, prophecy, etc.

Speakers are elders, to extent possible

Where elders are few, it is especially true that they "work hard in speaking and teaching" to provide this regular instruction (1 Tim. 5:17)

The body of elders occasionally may assign ministerial servants of their own congregation to give public talks, if not enough elders are available

Congregations will not send a brother not yet an elder as a speaker to another congregation

Presiding overseer or one whom he assigns may invite elders from other congregations to give public talks

This is arranged first through the presiding overseer of the other congregation, then details are confirmed in correspondence to speakers

It is helpful to coordinate plans of congregations; thus not as many different talks need to be prepared by each elder, and they have opportunity to give their talks several times

Excellent outlines supplied by the Society cover many subjects and provide fine material for the public meetings

Other talks can also be given on subjects in harmony with the Bible and Society's publications

A subject may be selected dealing with congregation's spiritual need or a topic of special interest in the community

Slide presentations should not be simply entertainment or travelogues, but should have as their main purpose instruction in God's Word and the spiritual interests of His people

In a very small congregation, if no speaker is available, the group can read the outline provided by the Society, looking up scriptures

Public meetings are usually held weekly at the Kingdom Hall, but sometimes at other places, as in rural sections or outlying towns

Other locations may include private homes, community houses, schools, parks, etc.

Efforts should be made to witness beforehand in this territory, and public talks may be advertised with handbills

## THE PUBLIC MEETING CHAIRMAN

The chairman should be sure the meeting starts on time

A brief welcome is appropriate, after which the congregation may join in song (to be selected by the chairman unless the speaker makes a special request)

Prayer is then offered, usually by the chairman

The speaker is introduced by name and as a minister; the title of the talk is given (but chairman should not discuss subject); audience can be advised who is sponsoring the talk

If the scheduled speaker is not available, brothers locally can decide how to proceed

They may wish to read the outline and discuss scriptures shown; or a brother who has material prepared may deliver another talk

The chairman's closing remarks should be brief; avoid any review of the contents of the talk; do not eulogize the speaker

Provide information about other meetings and encourage new ones to attend

If no meeting follows, the program is closed with song and prayer

Where public meeting is followed by the *Watchtower* study, a final song and prayer come at the end of the entire program

When there is no intermission, it is good to invite the audience to stand and sing a song

If there is an intermission, public meeting is concluded with needed announcements, and when the group reconvenes, a song may be sung before the *Watchtower* study starts

## PREPARATION AND DELIVERY OF PUBLIC TALKS

The speaker tries to present information in accurate, spiritually strengthening, interesting way

He may use pictures, maps, outline of points on blackboard, etc.

Other features may include questions for audience, scriptures read and commented on by

CAEKAERT/MAPLEY 000573

audience, relating experiences, discussion between two or three on platform, brief skits, etc.

Material may also be presented by a symposium of speakers

In preparing a public talk, study the outline carefully to grasp main points and effectively tie in supporting scriptures and arguments

Additional points may be written in margins of the outline, or material may be retyped for easier reading

Develop one section at a time, rather than viewing talk's preparation as one big job

Some material can be deleted if there is too much

Keep the outline up to date with progressive revelation of truth

Deliver the public talk in a way that glorifies God

Keep the presentation on a high plane Scripturally, encouraging audience to use the Bible (1 Cor. 2:1-6)

*Discuss* scriptures, showing application or meaning

No. 35 – Second Tuesday, 2:10

Present material with reasonableness and simplicity

Avoid slang or inappropriate humor; maintain Christian dignity

Be enthusiastic, seeking to teach and motivate the audience; stay within the time allotted

Spiritual aspect of the meeting will impress sincere ones (1 Cor. 14:24, 25)

**MAIN POINT:** The purpose of both the Theocratic Ministry School and public meeting arrangement is to instruct and qualify all in the congregation as praisers of Jehovah

SOURCES: *or* 79-81, 95, 96, 98-100, 102, 103; *sg* 9-13

TEACHING SUGGESTION: Have two brothers who are school overseers assigned in advance to give counsel as they would for student talks in the Theocratic Ministry School on an assignment of their choice, discussing briefly some point of counsel from the Speech Counsel form and highlighting points from the material to show how it could be done. (2 minutes each) (Do not give the student talks.) Ask students for examples of how they have kept public talk outlines up to date with progressive revelation of truth

# Our Responsibility to God and Caesar

**JEHOVAH'S SERVANTS**
**HAVE RESPONSIBILITIES TO TWO SETS OF GOVERNMENTAL AUTHORITIES**

Since 607 B.C.E., when Jehovah's nation of Israel lost sovereignty, all of Jehovah's people have had to live in lands governed by worldly rulers

Bible calls these worldly rulers "superior authorities" (Rom. 13:1)

Because of living in different lands, Christians have to cope with wide variety of laws and customs

However, Jehovah's servants are also accountable to God as ruler and to his Christ

Bible shows that Jehovah and Christ are 'supreme authorities' (Dan. 7:13, 14, 18)

No matter where servant of Jehovah lives, he must adhere to laws and principles of divine rule (Ps. 83:18)

Jehovah's servants need to determine clearly their duties toward both sets of governmental authorities

Basic principle governing this is given by Jesus at Matthew 22:17-21: "Pay back, therefore, Caesar's things to Caesar, but God's things to God." ("Caesar" represents the secular state)

This sound principle grants that secular governments have right to set certain duties upon Christian subjects

It also shows that a Christian has duties to God; these take priority

Thus, authority of rulers over Jehovah's servants is only relative and also very tempo-

rary, as at Armageddon "superior authorities" of this world will cease functioning forever

**PAYING BACK CAESAR'S THINGS TO CAESAR**

*Subjection:* Every Christian must be in subjection to all the laws of the government under which he lives as long as those laws are not in conflict with God's laws (Titus 3:1; Rom. 13:1; 1 Pet. 2:13-15)

Since Jehovah permits secular governments to exercise authority for a while, if we opposed this arrangement we would put ourselves in opposition to God, who has allowed it (Rom. 13:2)

It is not the duty of elders to enforce laws of the secular state within the congregation, but they should encourage obedience to such laws. If illegal activities result in reproach being brought on congregation, this may bring congregational action

*Fear:* Worldly rulers are an object of fear in that God permits them to act as his "ministers" in punishing lawbreakers, even putting to death those who commit serious crimes (Rom. 13:3, 4, 7)

We should have proper fear of breaking laws of secular state and coming under its adverse judgment; but our fear of Jehovah exceeds our fear of secular rulers; our conscience is involved (Rom. 13:5)

CAEKAERT/MAPLEY 000574

Many secular laws for our good, such as those regulating traffic, sanitation, business practices, property, fire prevention. Punishing of law violators protects Christians too

When unscrupulous men try to hurt Jehovah's people, we can even appeal to government for protection. For instance, married Christian woman can take to court husband that deserts her

*Honor:* It is proper to show honor and respect to worldly rulers, even using their secular titles. (Rom. 13:7) It shows respect for office, not just person

Paul addressed King Herod Agrippa II with deep respect, counting himself happy to be before Agrippa in making his defense, acknowledging that Agrippa was expert on Jewish affairs

On same occasion, Governor Festus was present, and Paul addressed him as "Your Excellency," a mark of respect (Acts 26:1-3, 25)

Explains why we would call a judge "your Honor" and stand when he enters courtroom. It is part of respecting the secular authorities and their appointed officials for what they represent, namely, authority allowed by God and fulfilling certain beneficial purposes

Religious leaders do not deserve to be called by flattering titles they have taken; God is not using them as his "public servants," and his Son spoke against such use of flattering religious titles (Rom. 13:6; Matt. 23:8-10)

*Taxes:* Christians to pay all taxes that secular governments require, whether they consider them unfair or not (Rom. 13:7)

—Jesus, in giving principle of paying back Caesar's things to Caesar, used it in reference to a question over paying taxes. He showed it was right to pay taxes

It would be violation of God's law if we tried to use illegal means to avoid taxes

Government performs services from which we benefit, so has a right to collect taxes. Since we do pay taxes, we can take advantage of various benefits governments give, such as social security payments, free or reduced-cost health programs, financial assistance to aged, etc.

Secular rulers may use large part of tax money for wrong purposes, but that is their responsibility and they will have to answer to God for it

*Social Distinctions:* In some parts of world, governments set up barriers in regard to social or racial groups

Jehovah's servants do not believe in such distinctions, but are not authorized to agitate against this, as that would violate our subjection

In first century, Christians did not fight governments on issue of slavery; rather, slaves were encouraged to do good work so that name of God and teaching of Christ might not suffer (1 Tim. 6:1, 2; Titus 2:9, 10; 1 Pet. 2:18)

However, God's Word says that where slaves had legal right to do so, they could seize opportunity to become free (1 Cor. 7:21)

There is no point in Christians' trying to reform social systems, which are part of Satan's world; God is going to annihilate all these bad arrangements, and his kingdom will provide true justice for all

*Registrations:* Government may require various registrations, such as national service or automobile registrations, for business or social reasons

Caesar Augustus required all to register at their own cities. Although inconvenient to do all that traveling, Joseph and Mary complied (Luke 2:1-5)

If laws require registration of all who are eligible to vote, we register; this is not the same as being required to register in a political party. If they demand we vote, some do, but they vote for Christ as King; however, many prefer to avoid any appearance whatsoever of being part of this world (John 17:16)

Governments usually require that marriages be legalized; we register and get license to marry

In some areas, local authorities request that we notify them when preaching from house to house, so we comply

Most nations require certain documents for leaving or entering country, so, aside from times of grave religious persecution, or fleeing as refugees from war zones, Christians do not try to avoid this legal responsibility by leaving or entering country in any way except that which rulers have authorized, otherwise they would not be "irreprehensible" (2 Cor. 4:2; 1 Tim. 3:2)

## PAYING BACK GOD'S THINGS TO GOD

Our subjection to earthly governments is limited by recognition that Jehovah's laws are superior

We cannot give worldly rulers what belongs to God: our lives, our worship, our loyalty to his kingdom

Whenever there is a conflict between man's law and God's law, we must "obey God as ruler rather than men" (Acts 5:29)

This is the only way to continue having Jehovah's spirit (Acts 5:32)

Some governments forbid Jehovah's witnesses to preach. But that is same as telling us to stop worshiping Jehovah, so we cannot obey

When apostles were ordered to stop preaching, they refused (Acts 4:18-20; 5:28-32)

However, if government merely says we cannot go from door to door, we can discreetly alter our methods, calling at only one home in an area at a time; also we can invite people to our studies and meetings

Better to do preaching in another way and keep out of prison, than to persist in one aspect and be confined, severely limiting our entire Christian activity

CAEKAERT/MAPLEY 000575

## BENEFITS FROM OBEYING GOD FIRST AND THEN CAESAR

Even in this system, by obeying God's laws first, his people have solved problems nations cannot, showing superiority of God's laws. His servants have solved problem of war, are not divided by nationalism or racism, have no rising crime and venereal disease rates among them, face future with confidence

Obeying Caesar's laws to extent possible provides good training in abiding by laws governing daily living. In new order, all civil matters will come under jurisdiction of Kingdom and its earthly representatives. So obeying such laws now will make it easier for us to be obedient as regards whatever arrangements are made for governing such matters in new order

MAIN POINT: Jehovah's servants are to make every effort to be peaceful and abide by the laws of the land where they live, even if they do not like some of the laws. But anytime a government asks us to do what God has forbidden, then we refuse, 'obeying God as ruler rather than man'

SOURCES: ms 59-62; li 280-288; tr 157-162; pm 350, 351

TEACHING SUGGESTION: Lecture

No. 86 — Second Tuesday, 3:00

# The Issue of Sovereignty—How It Affects Us

## BY REASON OF HIS CREATORSHIP JEHOVAH IS SUPREME SOVEREIGN

All creation owes its existence to Jehovah (Gen. 1:1, 27, 28; Eph. 3:9)

Upon the operation of his laws we are dependent for the sustaining of our lives (Acts 17:28; Matt. 5:45)

Jehovah's authority as Creator is illustrated by a potter working with clay (Jer. 18:1-6; Rom. 9:19-21)

All creation was brought into existence by God for his purpose; fulfilling that purpose requires recognition of Jehovah's sovereignty, or right to rule (Rev. 4:11)

## GOD'S SOVEREIGNTY CHALLENGED IN EDEN

He exercised sovereignty toward Adam and Eve in a loving way

Only few simple, positive commands were issued, permitting them to use their physical and mental powers and personal initiative in wholesome way (Gen. 1:26-30)

God's one prohibitory command was reasonable and showed respect for man's dignity, attributing no bad inclinations to him (Gen. 2:17)

Adam and Eve had no reason to rebel, as they had received only good things from Jehovah

The tree of knowledge of good and bad symbolized the right to set standards of good and bad, which right God reserved for himself

Using the serpent, Satan encouraged Eve to rebel against God's sovereignty by eating of forbidden fruit and thus determining for herself what was good and what was bad (Gen. 3:1-5)

What Satan did in contradicting God's command raised questions about God's sovereignty: Was God truthful so that his word could be depended upon? Did man's life and happiness really depend on obedience to God? Did God rule in a worthy way, righteously and in best interests of subjects? Did God have the right to rule?

The fact of God's sovereignty was never at issue

The point at issue was the rightfulness, righteousness and deservedness of God's sovereignty

Since Satan and first human pair rebelled, another question was raised: Would all other intelligent creatures become disloyal if that seemed advantageous to them?

Satan's claim was that they would do so (Job 2:4, 5)

This being a moral issue and not one of sheer might, time was needed for its settlement

Had Jehovah destroyed the rebels immediately, the question would have remained as to whether Satan would have been able to prove his charge

Jehovah did not doubt that the issue would be settled in his favor

He knew himself and knew his rule was good and in best interest of subjects

He had made intelligent creatures in his image, giving them the capacity to develop fine qualities, especially love; he knew that his organization would never withdraw en masse (1 Cor. 13:8; Col. 3:14)

## JEHOVAH'S ALLOWING ISSUE TO BE TRIED BENEFITS HIS CREATURES

Satan's claim, as voiced in connection with Job, charged God's servants with selfishness; he maintained that Jehovah could not put a man on earth who would prove loyal when his person or his possessions were endangered

By allowing the issue to be tried, Jehovah was giving creatures the opportunity to disprove Satan's slander concerning God's name, also to clear their own name and that of other loyal servants

CAEKAERT/MAPLEY 000576

In letting Satan use every means possible to induce creatures to rebel, Jehovah would determine whom he would want as his servants

Jehovah wants persons to serve him, not merely out of fear of his almightiness, but out of love for him and appreciation for what he has done (Ps. 84:10; 119:104, 128, 163)

Even if independence were possible to them, those whom God wants as his servants would willingly choose his sovereignty, recognizing it to be wiser, more righteous and better than any other rule (Jer. 10:23)

Trying of this issue has revealed true motives of individuals (Rom. 9:22-24)

Pressures have shown which "called ones" are deserving of entrance into heavenly kingdom by proving to be unselfish, lovers of right

Unworthy ones are "weeded out" by pressures, ensuring best government for mankind, one where authority will not be abused

Pressures reveal what kind of persons are deserving of being spared during "great tribulation"

Many people would want blessings of new order—good health, security, freedom from economic worries—but may not want to do anything themselves to take a stand on Jehovah's side

Under test those who do not have right heart are "weeded out" so that those remaining form a good foundation for "new earth" that will survive "great tribulation"

## GOD'S SON SERVES AS CHIEF VINDICATOR; OTHERS SHARE IN VINDICATION

Not just humans, but also invisible spirit creatures, including God's only-begotten Son, were affected by issue

Satan was allowed to use his influence in heaven and succeeded in causing a considerable number of angels to fall (Rev. 12:3, 4)

As most prominent among angelic sons of God, Michael, God's only-begotten Son, could not easily be induced to join in rebellion of an inferior

Question was, Would only-begotten Son remain loyal to God's sovereignty if brought into lowly position and submitted to test?

Of all creatures serving God, he should be faithful and anxious to serve for vindication of Father's name

Meaning of "Michael" ("Who is like God?") implies that he would be foremost one upon whom duty would devolve to silence any challenger of his Father

Jehovah selected his Son as his chief Vindicator, causing him to be born as a man on earth (Luke 1:35)

Son willingly accepted assignment out of loyalty to Father and deep love for mankind (Prov. 8:31; John 8:29; Heb. 10:5-7)

Jesus' flawless course of integrity, including his sacrificial death, proved him to be completely just and righteous (Rom. 5:18; Matt. 26:38-

44); in a perfect way he proved that Satan's claim respecting God's loyal servants was false

Many imperfect humans from days of Abel onward have shared in and continue to share in vindication of God's name by keeping integrity —'great cloud' of pre-Christian witnesses, members of Christian congregation and "great crowd" (Heb. 11:4–12:1; Rev. 6:9; 7:9)

To Christ as Jehovah's chief Vindicator is given the assignment to abyss Satan and his demons, and finally they will be destroyed, thus settling forever the issue of universal sovereignty (Gen. 3:15; Rev. 20:1-3, 7-10)

## HOW TO MAINTAIN LOYALTY

Only persons who know God, that is, know him as a person—his fine qualities, ways and dealing —will remain loyal despite all pressures brought against them (1 John 4:8)

His creative works and written Word (the meaning of which is revealed by God's spirit) are among means by which we can come to know God (Rom. 1:20; 1 Cor. 2:7-13)

One must take time to consider Jehovah's creative works and Bible with a view to increasing in love and appreciation for Him

Adam and Eve failed to cultivate such love and appreciation for Jehovah

Eve listened to voice of one inferior to God, ostensibly a serpent, and thus showed she had not given proper consideration to evidence by which she could have come to know God as truthful, dependable, loving, and interested in the welfare of his earthly children

Adam, by rebelling, showed he had failed to give due consideration to evidence that God gives good gifts to obedient children; he seemingly took offense against Jehovah for having given him his wife (Gen. 3:12)

Also come to know God by entering into relationship with him, by his dealings with us (Ps. 34:8; 37:4-6)

Faith is needed, but faith in Jehovah's existence alone is not enough (Jas. 2:18, 19)

One must have faith that Jehovah rewards devoted servants (Heb. 11:6)

Wrong desires must be kept in check to avoid becoming practicer of sin (1 Cor. 9:27; Jas. 1:13-15)

When imperfect humans commit sin, they should avail themselves of Jehovah's provision for forgiveness of sins

Becoming a practicer of sin, and spurning Jehovah's arrangement for forgiveness, is rebellion against his sovereignty and leads to destruction (Heb. 10:26-31; 1 John 1:9)

It is good to consider examples of faithful ones in past and present, particularly Jesus Christ (Heb. 12:2, 3; 13:7)

CAEKAERT/MAPLEY 000577

We should each ask ourselves, Do I want my life to honor Jehovah like Christ's and like that of those who remain faithful?

We should remind ourselves that rebellion is always calamitous

## LIVING IN FULL RECOGNITION OF JEHOVAH'S SOVEREIGNTY

Elders ought to be alert to aid brothers to appreciate this issue and how it should influence life

The period of time in which we live makes it urgent to uphold Jehovah's side of the issue, for in 1914 C.E. Jehovah took power to rule as King over world of mankind (Rev. 11:15); we should be living accordingly

Brothers may need help to reason on their attitude toward this issue

Some youths may feel they should be able to do as they please

If they respect Jehovah's side of the issue, they will be obedient to Jehovah's representatives, including their parents, for this is righteous (Eph. 6:1)

Youths who live in recognition of Jehovah's sovereignty will not insist on personal rights, but will do the loving, upbuilding thing in matters of conduct, entertainment, dress and grooming; they will not try to be like world, experimenting with drugs and engaging in loose conduct

Not only youths, but all of us should appreciate that our support of Jehovah's sovereignty involves every aspect of life

How can a wife who disregards her husband's headship claim she can be submissive to the invisible King?

How can a person who ignores traffic and other laws that in no way conflict with God's law claim he is submissive to Jehovah's sovereignty when God's Word commands obedience to "superior authorities"?

How can a person who is lazy or does not care about his work claim he would do better in new system?

## BENEFITS FROM LIVING IN RECOGNITION OF JEHOVAH'S SOVEREIGNTY

God's law is designed to promote man's happiness and welfare (Rom. 13:8-10)

One's family life and relationship with others are improved

One is protected from following a calamitous course (Prov. 2:10-19)

One's life is made purposeful and meaningful by living in recognition of Jehovah's sovereignty

Though present blessings are grand, one has the grander prospect of surviving the "great tribulation" and gaining everlasting life under perfect conditions, thanks to the exercise of Jehovah's sovereignty (Rev. 7:14-17; 21:3-5)

**MAIN POINT:** By our loyally living every day in a way that shows our recognition of Jehovah's sovereignty, by our applying his law in our lives, we show whose side of the issue we take

SOURCES: *ad* 1535-1538; *tr* 65-74

TEACHING SUGGESTION: Have student prepare five-minute talk for service meeting showing how conduct of Christian youths upholds Jehovah's sovereignty (Assignment may be made previous Saturday, or day before on volunteer basis)

No. 37 – Second Tuesday, 4:30

# Preparation for Baptism and Field Ministry

### 'MAKE DISCIPLES, BAPTIZING THEM'

Jesus commanded that only "disciples" be baptized (Matt. 28:19, 20)

A disciple is one who not only believes but also follows closely Christ's teaching, his example (John 8:31)

Jesus had a heartfelt desire to do God's will in every aspect of his life (Heb. 10:7)

A Christlike desire to do God's will must be developed and acted upon for any to be properly prepared for baptism and field ministry

Anyone lacking the desire to give of himself in serving God as Christ did does not qualify for baptism; such a one is not a disciple of Christ (Matt. 10:37, 38; Luke 14:33)

A hearing of "the word of Jehovah" is needed first to become a disciple

To build proper foundation of faith, appreciation, devotion and love for Jehovah, one must also accept the "implanting of the word" (Acts 16:30-32; Rom. 10:13, 14; Jas. 1:21, 22)

### REPENTANCE AND CONVERSION MUST PRECEDE BAPTISM

Repentance is a change of attitude toward one's past course, a feeling of regret; it marks a halt in a person's wrong course, rejection of wrong and determination to take a right course; if genuine, it will be followed by conversion (Acts 3:19)

In Greek two verbs are used in connection with repentance, highlighting the involvement of both mind and heart

*Me·ta·no·e'o* stresses changed viewpoint, disposition (Rev. 2:5; 3:3)

*Me·ta·me'lo·mai* emphasizes the *feeling* of regret (Matt. 21:30)

CAEKAERT/MAPLEY 000578

These two terms are closely related; a changed viewpoint often brings a feeling of regret and vice versa (1 Sam. 24:5-7)

It includes more than repentance for such sins as adultery, theft, etc.
  Does individual see sinfulness of using life selfishly for one's own interests, that this 'misses the mark' of reflecting God's "image"? Is all badness recognized as sin against God himself, for which repentance must be directed toward Him? (Acts 17:30; Rom. 3:23; Gen. 39:7-9; Ps. 51:3, 4)
  Has mental and heart attitude really changed? Is there real regret over past course? Does the person hate it?

Conversion is a 'turning around' from a course leading away from God to one leading to him
  Conversion implies more than an attitude or a verbal expression; it involves works that give evidence of the changed course (Acts 26:20)
  Taking this new course requires faith that God indeed resurrected Jesus Christ and made him Lord, as well as faith in the ransom (Acts 2:36, 38)

Teacher should help new disciple understand full meaning of repentance and conversion
  To help individual further to acquire needed knowledge and qualities for a meaningful dedication, it may be necessary to consider more than one Bible publication

## DEDICATION IS A WILLING DECISION TO DO GOD'S WILL FOREVER

- God does not force any of us to be his servants; he wants only willing service (Deut. 30:19, 20; Ps. 110:3)
    None of us are born as God's servants (Ps. 51:5); we must make a decision as to whether we are going to serve Jehovah, submitting ourselves to his will without reservation
    To be a disciple of Jesus Christ one must disown oneself; it is this disowning of oneself that we today call "dedication" (Matt. 16:24)
    He is thereby saying that it is his earnest desire to conform to Jehovah's will in every aspect of his life (Rom. 12:1, 2; 2 Cor. 5:14, 15)

  Such a decision, freely made, is binding for one's entire life; one cannot later take up practices that are contrary to God's will (1 Cor. 6:19, 20; 7:23; Jude 4)

## HOW ELDERS HELP THOSE PREPARING FOR BAPTISM

When any persons express their desire to get baptized, the presiding overseer will arrange meetings with them to be sure they truly understand the meaning of dedication and baptism, using the eighty questions in the *Organization* book
  Real perception by elders and application of the Scriptures by person to his life are called for in these meetings

Elders have a fine opportunity in this way to get better acquainted with newly dedicated ones and to assist them with anything they do not understand or with adjustments that are needed in their lives
These meetings assure congregation that those baptized understand what it means to be one of Jehovah's witnesses, that they qualify

## BAPTISM, 'THAT WHICH IS NOW SAVING YOU'

Baptism is the passing through the water by immersion therein, not the water itself
  It is a symbol of one's dedication to do God's will, just as the ark was a tangible expression of Noah's dedication and saved him
  Faithfully carrying out the meaning of baptism, that is, dedication to do the will of God, will save one

Baptism, as *symbol of dedication*, is associated with the "request made to God for a good conscience" (1 Pet. 3:20, 21)
  When person repents, turns around, exercises faith in God and Christ, does God's will in being baptized, God is faithful and makes available the benefits of Christ's sacrifice, relieving one of sin's condemnation and giving one a good conscience toward Him, a consciousness of pleasing Him (Heb. 10:19-22; 1 John 1:7-9)

## PROPER PREPARATION AVOIDS ANY NEED FOR REBAPTISM

If a person had acquired a basic knowledge, repented of his past course, turned around and taken up the doing of God's will, then he was in position to make a dedication, and later developments would not invalidate his baptism
  It is to be expected that he will continue to grow in both knowledge and faith, but the increase in these does not change the validity of his baptism (Col. 1:9, 10; Luke 17:5)
  There may be some few situations that require rebaptism (Acts 19:1-5)
    If a person had not repented of his grossly sinful conduct, or was willingly supporting an organization the entire purpose of which is contrary to the will of God, then he did not truly make a dedication, and his baptism meant nothing before Jehovah
    Such situations will rarely arise if the elders give adequate attention to the scheduled meetings with persons who are preparing for baptism

## TEACH DISCIPLES TO RELY ON JEHOVAH, HIS SPIRIT AND THE CONGREGATION

New disciples should be taught to "pray incessantly" for God's help in doing His will (1 Thess. 5:17; Eph. 6:18; 1 John 5:14)

All disciples need to appreciate the importance of God's spirit, which gives understanding, acts

CAEKAERT/MAPLEY 000579

as a remembrancer, provides guidance in application of the Bible, aids one to give a good witness (John 14:26; Matt. 10:18-20; Luke 21:13-15)

Congregation meetings are important in preparing one for Christian ministry
They provide a principal channel of direction for all in praising God; new disciples in the first century attended congregation meetings immediately and received great benefits spiritually (Acts 2:41, 42, 46, 47)
Elders are responsible to see that service meeting parts are designed to prepare one for various features of field ministry, are truly effective and practical, that spiritual things such as a desire to please God, sharing the good news, bringing "reconciliation" to nonbelievers, are highlighted—not matters of little importance (2 Cor. 5:18-20)

## PREPARING BIBLE STUDENTS FOR THE FIELD MINISTRY

Like preparation for dedication and baptism, preparing Bible students for field service involves stimulating a desire in the individual to honor Jehovah and to share in the Kingdom-preaching and disciple-making work (1 Cor. 3:10-13; Rev. 22:17)
Preparation might well begin with the first Bible study, and training for both field ministry and baptism can be accomplished together

As the newly interested one begins to understand properly and exercise faith in the things he is learning from the Bible, he should be encouraged to share them with his family, relatives, friends, neighbors, associates
By informal witnessing he will begin to feel the happiness of sharing good things with others (Acts 20:35)
His interest will be further stimulated as he hears experiences from the one conducting the study with him, or reads them in the Society's publications
Prepare him for opposition, as not everyone will be receptive or will appreciate his zeal and this may discourage him from speaking or even studying further (John 15:20, 21)
Commend him so that he sees that he is having a share in the work that Jehovah has commanded all disciples to do, encouraging him to appreciate that what he is doing is pleasing to God (Heb. 13:15, 16)

Certain qualifications must be met to be identified publicly as one of Jehovah's Christian witnesses and recognized as such by the congregation
These include belief in the Bible and its doctrines, meeting attendance (as circumstances permit), honesty, sexual morality, no drunkenness, no affiliation with false religion or unscriptural involvement with this world's affairs (John 18:36; Isa. 2:2-4)

Does one truly *want* to be one of Jehovah's witnesses? (Ps. 110:3)
One conducting the study should make sure qualifications are understood *before* invitation is extended to share in field ministry

When a person qualifies, invite him to share in the regular features of service
Usually the house-to-house service is the best
He can share by reading a scripture and feel an accomplishment in the witness given
However, another feature may be better for the individual or the circumstance

Before inviting him to accompany you, review your presentation with him; show him what he can do, such as reading a scripture, or commenting on it, or inviting the householder to the public talk
Explain and rehearse what you wish him to do, why it is good for him to learn to do this and how he can best do it; this preparation will give him confidence
For the first few doors, you might let him observe as you demonstrate your presentation, even the part he will have
When he is ready, let him share in the presentation with you, doing what he has prepared
Commend him for good effort, progressively giving him something additional to do; he will eventually learn to deliver the entire presentation

When he desires to and is ready to report, the field overseer will discuss the matter with the person who has been conducting the study, also with the one newly reporting, and after consulting with the presiding overseer, a Publisher's Record card may be made out if the new disciple qualifies

A child will be viewed as a Kingdom-preacher by the congregation only when he gives personal expression in the field ministry and is motivated to do so from the heart
By word and example, parents should concentrate on building up their child's love and appreciation of his Creator, following the same procedures as outlined for any newly interested ones
Thus, the child will be motivated by a *desire* to be a proclaimer of the "good news" rather than being such because his parents require that he accompany them

## PERSONS VARY IN WHAT THEY CAN DO IN PROCLAIMING THE GOOD NEWS

When striving to help others to become effective preachers and teachers, we should not expect all to be able to learn some special presentation, make return visits or conduct Bible studies with equal skill or success (1 Cor. 12:14-18)
Consider each person's circumstances and abilities; help him develop his particular gifts (1 Pet. 4:10)

CAEKAERT/MAPLEY 000580

If willingness is present, God makes up for any lack (2 Cor. 4:7)

The important things are to help new disciples to speak the "word of the kingdom," and to be whole-souled in serving Jehovah, that is, to have a life fully in harmony with the good news they are proclaiming (Matt. 13:19; Col. 3:23; Luke 10:27; Titus 2:10)

MAIN POINT: Preparation for baptism and for the field ministry is primarily a matter of helping

new disciples to worship Jehovah and to build a heartfelt appreciation for His righteous requirements

SOURCES: *ad* 451, 836-838, 1332, 1333, 1385-1388, 1579; *or* 74, 75, 107-109, 128-132

TEACHING SUGGESTION: The following problems may be considered in class discussion: (1) Suggestions for a father whose ten-year-old son wants to be baptized; (2) What to say to an individual who was baptized when quite young and wonders if he should be rebaptized; (3) Whether to count the field service report from an undedicated person who attends very few of the meetings

No. 38 – Second Wednesday, 9:10

# Family Training for Life

## FAMILY TRAINING —A MATTER FOR ATTENTION BY ALL ELDERS

Most elders are married, many being fathers, so family training is a matter of personal interest
  Your good example in this will encourage other families (1 Tim. 3:2, 4, 5; 1 Pet. 5:3)

It deserves your attention because your effective service as an elder also includes helping others be successful in family training
  In dealing with brothers, you may see areas where they need to improve in their family training; also, individuals or families experiencing problems may seek your aid; you should be ready and able to offer effective help

## ALL MEMBERS OF A CHRISTIAN FAMILY ARE INVOLVED IN THIS TRAINING

Family members should work together, each one making a worthwhile contribution, having in mind not only the present life but eternal life

The husband is entrusted with headship and general oversight; he should be aware of his own spiritual needs (1 Cor. 11:3; 1 Tim. 4:13-16)
  He ought to take the lead in spiritual instruction of wife and children, and also engage in personal study for own spiritual health
  Other responsibilities toward the family include teaching the Bible, training children as to how to do things, providing material needs, arranging recreation, all of which can bring joy and satisfaction
  The father is also responsible to administer discipline to disobedient ones in the family; this may be done in various ways (Prov. 22:15; 23:13)
  However, if these things are viewed as a burden, entire family will suffer

Wife, too, makes valuable contribution to family, showing love and respect for her husband, working hard in the home and sharing in training children (1 Tim. 2:15; 5:14)
  She can assist greatly by helping children to

apply in daily life what her husband teaches (Prov. 6:20-22)
It is beneficial if they discuss together their goals in family training, so they can work at unity
  She is an 'heir of life' with her husband; he should deal with her as such (1 Pet. 3:7)

Much of the family's training for life is focused on children; it requires a great amount of time and thought, but can be richly rewarding (Eph. 6:1-4)
  Need to fight the common worldly view that caring for children is an unpleasant, but required, duty; it is a challenge today because so many influences oppose Christian teachings

## RESPONSIBILITY FOR FAMILY TRAINING RESTS WITH THE PARENTS

Elders rightly are interested in young ones in the congregation, but must remember that prime responsibility belongs to the parents (Prov. 1:8)
Not all in the congregation train children in same way or to same extent
  Avoid setting rules on what parents should do or judging methods they use; that is their God-given responsibility
  If parents seek your aid, or you see they are having problems, you can offer assistance, mentioning ways others have been successful in applying Bible counsel
If youths ask for your spiritual help, be willing to assist, speaking encouragingly to them
  When you have aided a youngster by private counsel, the good effect may be multiplied by informing the parents so they can follow through

The way a child turns out depends to a great extent on parents; God holds the parents responsible until the child reaches the age when he is free to make his own decisions (Prov. 22:6)
  Generally family ties are stronger if parents provide close personal supervision, instead of relying largely on training from schools, relatives, nurses, etc.

CAEKAERT/MAPLEY 000581

If parents are considering having children live with relatives or away from home for extended period, encourage parents to think about the spiritual welfare of their children, not just physical well-being; in the end, though, parents (particularly the father) decide

In successful family training for life, an essential factor is spending time together
Good results when father spends time with both sons and daughters in working around home —repairs, painting, cleaning, etc.
Can share in similar things in caring for Kingdom Hall
Mother (and father) can advantageously work with youngsters in preparing meals, altering and making clothes, cleaning home, etc.
Sharing in recreation together trains family to enjoy things with others, not just pursuing personal interests

Effective family training réquires free communication between parents and children
Spending time doing things together makes communication natural; helps parents to get youngster's views and helps him to share parents'
It is beneficial for family to share their meals together rather than developing the habit of eating separately; regularly ·conversing at meals improves family communication
Even where parents learn truth when children are in teens, steady effort will help to reopen lines of communication; takes time to undo the past
(Discuss realistic ways of doing this)
Close communication will facilitate training on matters of sex (Prov. 5:1-13)
Before puberty, can discuss bodily changes and how to react; elder might tactfully mention the need for this to parents
Parents truly help children if they discuss self-abuse and why it should be avoided (Col. 3:5)
Both parents can help children understand changes taking place in their bodies as they grow and the great responsibility that goes with use of the ability to transmit life
Family training for life should include clean and accurate information

## A PRIMARY GOAL OF FAMILY TRAINING —REAL CHRISTIANS

A close, well-adjusted family is not sufficient; some worldly parents accomplish that, but family not trained for eternal life
What worldly families lack is spiritual training (1 Tim. 4:8)
Early training from God's Word will benefit children in the future; they need to know the Bible, not just human wisdom (Prov. 4:10-13)
Regular family study will help, though more is needed
Bible precedent of providing for spiritual instruction of children should encourage such family study today (2 Tim. 3:15; Gen. 18:19)

Important to give spiritual instruction regularly, emphasizing that study of God's Word is not an optional part of life, but vital (Matt. 4:4)
Flexibility in material keeps study interesting, practical
Need not invariably prepare *Watchtower* or study a book; can include reading a portion of the Bible, discussion of articles in magazines, preparation of talks, adapting to needs of family
Length of study should also be adjusted to fit circumstance and age of children
Think ahead to problems children may face; employ study to train family progressively to face problems of patriotic ceremonies, dating, school involvement (clubs, dances), fads, immodest dress, etc.
Such matters need to be covered *a number of times* and *well in advance* of the problem or temptation
(Ask for suggestions as to how brothers have adapted home studies to the needs of the family)
The Bible shows that child training that results in true worshipers involves inculcating Bible truths and principles, and love of Jehovah, *at all times* (Deut. 11:19-21)

Daily discussion of text provides an opportunity for training
Can be made most interesting and beneficial if matter can be seen to relate to the family; one leading the discussion may elicit comments on how topic or counsel applies to them

Many valuable lessons in life that contribute toward eternal life can be made daily part of family training (Ps. 34:11)
Try to weave these into conversation and comments on daily occurrences, not just isolating them to family study period or when child has erred and must be corrected
Help all family members cultivate fruits of spirit
Can bring individual fruit of spirit up in discussion; have various members of the family pursue matter from different angles, one looking in *Watchtower*, another watching for examples during the day, etc.
Show that honesty is not just a subject, but a way of life
Be alert to examples of dishonesty; when shopping, working, etc., with children call attention to situations that would test one's honesty; make it real
Teach and manifest proper viewpoint toward material things (1 Tim. 6:6-10)
Greatest success will be gained if parents speak and act in harmony with what they teach children from the Bible
If parents constantly emphasize material things (new clothes, car, appliances) or money (overtime work, bills) in conversation, children will likely develop same interests in life

CAEKAERT/MAPLEY 000582

Helpful to show generosity with what material things one has—making gifts to needy ones, contributing at Kingdom Hall

This realistically trains family to view these as things to be used, not the goal in life; also encourages generosity (2 Cor. 9:11)

Instill respect for those in authority and elderly ones (Lev. 19:32; Heb. 13:17); compassion for those afflicted (Lev. 19:14; Job 29:12, 15, 16)

Parents must set example: How does wife speak to and about her husband? Does wife or husband speak disparagingly about mate to children? Do parents criticize elders in congregation? What comments do they make about school, civil authorities?

As a family undertaking, do things for elderly ones—help with garden, prepare meal, take along on outing, etc.

Help family understand meaning of being "no part of the world" (John 17:16)

From early years aid children to know that true Christians do not slave to have approval of world by copying its ways (Jas. 4:4)

Instead of just being critical of youthful styles of grooming or music, tactfully help children to realize that worldly youths are slavishly copying one another (Rom. 6:16; 12:2; 1 John 2:15-17)

Family association will help children avoid seeking outside 'bad associations that spoil useful habits' (1 Cor. 15:33)

Parents need to warn their children against being in company with those who have evil intentions, dishonest and hurtful desires (Prov. 1:8-19)

Providing family training of this type is a real challenge, but can be rewarding now and lead to entire family gaining life

In addition to inner satisfaction of doing what is right, parents can have reason to expect children to be a praise to the family and to God (Ps. 127:3-5; 2 Tim. 1:5)

Elders ought to be constant source of encouragement to parents; set good example, and provide words of commendation and guidance

## IN DIVIDED HOUSEHOLD TRAINING IS MORE DIFFICULT, BUT NOT IMPOSSIBLE

Elders should be source of encouragement to brothers and sisters in this situation, but cannot make rules about working out problems

Woman in this situation faces a number of obligations—to God, to husbandly head and to beloved children (Acts 5:29; 1 Pet. 3:1)

She must make final decisions as to how to balance these; circumstances vary greatly

Encourage those who inquire to consider overall view, doing what will be for the *eternal* good of those involved

Even if unbelieving husband does not cooperate, Christian wife can provide valuable training for life

By tactful and respectful reasoning she may be able to overcome his reluctance to her studying with the children or taking them to meetings; appeal to his interest in their becoming moral and respectful, not like worldly children

If he does not want children to be taken to meetings, wife must determine what to do, mindful of respect for his headship

Likely she has legal right to practice her religion; if he will not supervise the care of children while she attends meeting, wife may feel obliged to take them with her instead of leaving them home alone and unprotected

In any case, she may be able to provide much home training

Few husbands would object to wife's teaching children good morals, respect, obedience and willingness to work

Whether a formal Bible study seems possible or not, she can inculcate belief in and love for Creator (Prov. 31:26-28)

Husband with unbelieving wife has obligations to her; he must decide how to balance these with his activity in the congregation

If elder is asked by a minor whether to disobey parents and attend meetings, they can discuss it together, but elder ought not to make the decision

Call attention to command to be 'obedient to parents in union with the Lord' (Eph. 6:1)

Christian has obligation to God (Acts 5:29; Heb. 10:24, 25)

Along with privileges and joys of Christianity, come responsibilities and decisions; inquirer must weigh obligations and then decide what course to follow (Matt. 10:16, 34-39)

**MAIN POINT:** By good example and by kindly counsel help families in your congregation to appreciate how they can successfully equip the members of their household both for everyday living and for eternal life. Successful parents are willing to spend *time* with their children

SOURCES: *ad* 564, 565; *tr* 174-178; *w*71 593; *w*72 359-365; *g* 7/8/65 16-19; *g* 12/8/68 16-19

TEACHING SUGGESTION: (1) A group of five brothers in class who have families discuss practical suggestions for family study and recreation. (10 minutes) (2) Another group of five, representing the body of elders in a congregation, discuss ways in which congregation can assist efforts being made by family groups to build up youths in congregation spiritually, doing so by special parts on the meeting, giving them assignments of service, helping train them in the Theocratic Ministry School and in field service. (Problems brothers may have encountered in their own congregations in this regard may also be discussed along with their solutions.) After discussions, other suggestions may be entertained from class as time permits. (10-15 minutes)

CAEKAERT/MAPLEY 000583

# Christian Conscience and Spiritual Maturity

## WHAT CONSCIENCE MEANS

Conscience literally means "co-knowledge" or "having knowledge of something with [one-self]," the voice of "the secret self" (Ps. 51:6; 1 Pet. 3:4)

It is an inner moral sense that testifies for or against our conduct as measuring up to moral standards and thus accuses or excuses (Rom. 2:15; 9:1)

## BIBLE SPECIFICALLY IDENTIFIES CERTAIN THINGS AS RIGHT OR WRONG

Certain specific acts, practices or courses, such as adultery, murder, theft, worship of idols, homosexuality and eating blood, are condemned (Acts 15:29; 1 Cor. 6:9, 10; 10:14; 1 Pet. 4:15)

While doing them would wound conscience, rule is so explicit that rightness or wrongness presents no particular questions of conscience; simply a matter of *obedience* to clear-cut law

## NUMEROUS MATTERS CALL FOR CONSCIENTIOUS APPLICATION OF PRINCIPLES

Bible does not give Christians a detailed law code with multitude of specific rules covering all possible situations; if it did, then we could just memorize and follow rules

Many things are governed by *principles;* individual conscience is called on to play larger role in deciding rightness or wrongness; this reveals more clearly what is in our heart

It is not just a matter of obedience to specific rules, but we are called on to exercise powers of knowledge, understanding, discernment and wisdom, displaying love and faith to greater extent (Compare Matthew 15:1-9; Galatians 3:5, 11, 12)

Christians are responsible, not just for knowledge of things directly stated as laws, but for all we know about God and his personality and standards. All such knowledge should affect and guide our conscience so that we properly reflect God's "image" (Gen. 1:26; 2 Cor. 3:18)

It is good to keep in mind that many things are a matter of degree

The difference between merely drinking alcoholic beverages and being one who is 'given to a lot of wine' or being an outright drunkard is one of degree (1 Tim. 3:3, 8)

Somewhere between the extremes of not drinking at all and being a drunkard there is a 'gray area' where personal conscience plays large role

There is a difference between applying a principle of Mosaic law and being "under the law"

Consider, as an example, sterilization

The Law was against mutilation of the body. Where an organ is not diseased, surgery intended to cause sterilization is mutilation. But even if Christian is sterilized we do not disfellowship him, since we are not under the Law; yet he is not a good example for others

In another case a woman may have been a shoplifter before baptism

The Law required repayment for all things stolen, with an extra amount added. This would be fine if she could do it, but she might not even remember all the thefts or where things came from; stores may have changed ownership, etc. Additionally, living "in the world," her circumstances differ considerably from those of ancient Israel. (John 17:11, 15, 16) Persons cannot possibly go back and rectify all the wrongs they have committed before coming into the truth. Individual conscience must be exercised in many matters as to course to take

## ELDERS HELP BROTHERS SEEKING COUNSEL ON QUESTIONS OF CONSCIENCE

Always strive to give Scriptural reasons, applied properly

Much of what is published in Society's publications is not to be viewed as law but as wise counsel from "faithful and discreet slave"

If problem presented is one requiring personal decision of inquirer, direct attention to Scriptural principles; the more principles he applies to his problem the better; do not attempt to tell him what to do

Help him see the long-range view, to what it could lead and how it could affect his future and his relationship with God. Urge him to consider possible effects on others, not to stumble weaker ones (Phil. 1:9-11; 1 Cor. 10:23, 24; Rom. 14:13, 19; 15:1, 2)

Encourage him to consider his motive, as Jehovah searches hearts; warmly emphasize blessings from clear conscience

## QUESTIONS OF CONSCIENCE AS REGARDS EMPLOYMENT OF BAPTIZED CHRISTIANS

Anyone in direct employ of false religious organization is supporting it as its 'servant.' (2 Cor. 6:17; Rev. 18:4; Rom. 6:16; Ps. 101:3) Overseers would not approve such for sharing in field ministry or reporting. If he is baptized and does not change employment within a reasonable period (possibly three months), he would be disfellowshiped

CAEKAERT/MAPLEY 000584

If one is employed by a *commercial* firm *exclusively* devoted to producing or handling articles for false religious use, or if his *full* assignment is providing some services for false religious organizations, he is not clean of Babylon the Great. (Isa. 52:11) Committee would not disfellowship him, but he is not "free from accusation"

If one who has his own business produces articles for a false religious organization or does work on property of such an organization, he is not exemplary. One who *advertises* or *promotes* false religious items or holidays is apostate

If work for a *commercial* firm involves *occasional* jobs in connection with false religious supplies or establishments, this is a matter for personal decision. The same is true of employment in a hospital, factory or school incorporated by a church but controlled by a corporation and not directly by the church. The elders would determine whether such a person could be used in the congregation

A similar viewpoint would be taken in the case of one whose employment violates the principle of Isaiah 2:4

A Christian could not identify himself with business wholly in conflict with God's Word; for example, one devoted to prostitution, theft, making idols or a blood bank
   One doing such things would not be acceptable for field ministry. If he did not change, then he would be liable for disfellowshiping

It would certainly be in opposition to a Bible-trained conscience for one to accept employment involving gambling
   Gambling indicates greediness, and practicers of greediness are classed with fornicators, extortioners and idolaters as worthy of disfellowshiping. (1 Cor. 5:9-13; Eph. 5:3-5) It can become a form of idolatry, involving the worship of money and selfish desires

It is permissible for a Christian to belong to a labor union, if it is necessary to obtain secular employment; this is up to one's conscience
   Membership may be viewed as "job insurance," and dues that are paid may be considered as a fee for services rendered
   Christian not responsible for actions of union's leaders or how they use funds
   Membership in union is different, however, from sharing in administrative operation of the union
      The Scriptural viewpoint that employees ought to have toward their employers is found at Ephesians 6:5-8, Colossians 3:22-24 and 1 Peter 2:18, 19; but labor unions do not agree with the counsel set out in these scriptures and they do not act in harmony with it
      Therefore, a Christian should not get involved in union activity to the extent of holding an

official position, such as an officer, shop steward, etc.
   In the event of a strike, he may heed the instructions to stop work, but should not take part in picketing or otherwise supporting the strike or agitating for the cause of the strike; in such economic warfare the Christian will remain neutral (2 Tim. 2:24; Rom. 12:18)

## QUESTIONS OF CONSCIENCE REGARDING WEDDINGS AND FUNERALS

Attending church weddings or funerals of relatives or friends not in the truth is a personal decision for individual's conscience; but, of course, a person attending such may easily commit a serious wrong by getting involved in false religion

As Jehovah's witnesses, we do not conduct funerals for disfellowshiped persons, but relatives must make a personal decision as to being present for burial

Suicides may raise questions. Is there proof it was a suicide? An accident can look like suicide. There may have been mental illness involved; thus officiating at or attending such a funeral would be a matter for personal decision. Congregation may prefer not to sponsor it because of effect on community. Relatives may decide to have private funeral, and a brother whose conscience allows *may* decide to give presentation of Bible truths (1 Sam. 31:4, 12, 13; 2 Sam. 1:17-27)

Similarly, if there are certain undesirable factors in connection with a wedding, it is up to the elder to determine if he will perform it, but it is still up to the service committee to decide whether or not they can use the Kingdom Hall

## USE AND PRODUCTION OF HARMFUL ADDICTIVES

Addiction to betel nut, coca leaves, tobacco, etc., is recognized as damaging to mind and body
   Their use violates the principle at 2 Corinthians 7:1 and also the command to love God with one's whole heart, soul, mind and strength (Matt. 22:37, 38)
   The responsibility for damage is not solely on the user but stretches back to the seller and the producer; they violate the command to love one's neighbor as oneself (Matt. 22:39)
      Those involved should weigh the harmful effects on one's own conscience and spirituality in making gain at the cost of others' health; weigh effects on outsiders as regards progress of preaching and disciple-making, also the effect on brothers within the congregation

Elders must be guided by their own conscience as regards recommending for congregation responsibility or privileges persons connected with production of addictives

CAEKAERT/MAPLEY 000585

As an example, elders may not be able conscientiously to recommend as "free from accusation" and as having "fine testimony from people on the outside" a worker on tobacco farm whose conscience does not move him to change employment (1 Tim. 3:7-10; Titus 1:6)

On other hand, if work is such that it is not linked with actual production (perhaps serving as family cook, housecleaner, etc.) they may or may not feel they can recommend him. Effect on congregation and community must also be considered in conscientiously deciding (Acts 24:16)

## SPIRITUAL MATURITY AND MATTERS OF CONSCIENCE

After having reached maturity, Christians do not stop growing in knowledge, wisdom, faith and love (Phil. 3:15, 16)

Immaturity describes those who, usually due to being new in the truth, are unstable, not firmly grounded in the truth (1 Cor. 3:1-4)

It is erroneous to classify a Christian as "immature" solely because of his committing a certain wrong, such as marrying out of the truth, or accepting employment of a questionable nature

Immaturity *may* be involved. But it may be also a case of a mature Christian failing to exercise sufficient faith or wisdom or patience or love

Not good to use the word "immature" as a 'catchall' to describe persons committing minor wrongs. These acts may be deliberate due to letting a measure of selfishness enter in; they might be evidence that a mature Christian (possibly long in the truth and even an elder) has become spiritually ill (not "immature"). Or problem may be due to momentary weakness or poor judgment

As example, some might classify Peter's actions described at Galatians 2:11-14 as evidence of his being "immature," but Paul gave him reproof as to a mature Christian

In considering any case of wrongdoing or considering persons for recommendation, elders should look at the present standing of the *individual*, rather than just the act committed, possibly years ago

It should be noted that to qualify as an elder,

a Christian should be an "older man" in a spiritual sense. Many Christians are spiritually mature but do not have the qualities of depth of wisdom and knowledge and discernment that elders should have

## KEEP GOOD BALANCE IN APPROACH TO MATTERS OF CONSCIENCE

Should not try to superimpose our conscience on those of others in matters of personal preference or taste as to dress, appearance, etc.

We do not criticize or condemn if persons make decisions of conscience that are not precisely as we think best. There is no need to let others pressure us into making rules nor trying to draw a line where the Bible does not do so

When considering rightness or wrongness of certain course, do not leave out importance of love as guiding force. Elders can stress this in dealing with brothers whose acts, circumstances or appearance raise questions of conscience

No one should be unloving in exercise of conscience, insisting on "rights" instead of showing love (Rom. 14:15, 21; 15:1-3; 1 Cor. 8:11, 12; 13:4, 5)

We have an obligation toward our brothers, particularly the weaker ones, not to offend their consciences. We also have an obligation toward those in the world, to appeal to and avoid unnecessarily offending their consciences

The success of our preaching and disciple-making work is heavily dependent on this (2 Cor. 1:12)

Major changes are worth while to ensure a clean conscience before God and men

**MAIN POINT:** As Christians we do not have rules covering every aspect of life. We need to help our brothers to learn to apply Bible principles, while respecting the role of conscience in the decisions made

SOURCES: *ad* 373, 1125; *ms* 117-119; *w72* 556-567, 588-600

TEACHING SUGGESTION: In presenting this material, effort should be made to avoid merely setting forth a list of rules or "policy." Class should be helped to reason Scripturally on points, see *why* situations involved differ and *why* they call for different degrees of treatment

No. 40 — Second Wednesday, 2:10

# Kingdom Hall—Center of Pure Worship

## THE KINGDOM HALL, A SUITABLE PLACE FOR WORSHIP

In early days of Jehovah's worship by Israel, the tabernacle was the center of worship

Great care was taken in its construction and upkeep; fine craftsmen were used to build it (Ex. 35:34, 35; 39:42, 43)

The same was true of Solomon's temple, with

the finest ability and materials being used (1 Ki. 7:13, 14; 2 Chron. 2:11-16)

Jesus taught in synagogues in his day

They were less elaborate structures, though sometimes of considerable size, located in each town of sufficient population, and used for instruction, praise, prayer, reading and exhorting (Luke 4:16-21; Matt. 4:23)

CAEKAERT/MAPLEY 000586

Paul used synagogues too as places in which to teach and preach (Acts 13:14-16; 17:1-4)

In our day Kingdom Halls serve as centers from which Jehovah's pure worship is directed locally

Some congregations rent meeting places, but others have built their own Kingdom Halls; they should be adequate in size, well kept

An attractive meeting place that is clean, furnished in a practical manner, and maintained properly is one that reflects well on Jehovah and His people

Arrangements must be made to care for the upkeep of the Kingdom Hall inside and out. It should be cleaned regularly, in accord with its use and needs

All may have a share in caring for the Kingdom Hall, even the children. In this way all will learn the responsibility attached to the upkeep of the Kingdom Hall, and will appreciate it more

The times of meetings are determined locally. Since the whole congregation is affected by this, times should be convenient for the majority yet seeking to avoid undue hardships on any, though in the minority

It is good to have a sign saying "Kingdom Hall of Jehovah's Witnesses," also one showing the times of the meetings

Any arrangements for a display outside or inside should be neat, attractive, and featuring up-to-date literature

A telephone number listed under "Jehovah's Witnesses" in the telephone book can be helpful. Free advertising by local newspapers is sometimes offered

## PROPER CONDUCT AT THE KINGDOM HALL

Strangers and visitors from other congregations, as well as regular attenders, should be welcomed (1 Pet. 4:9; Heb. 13:2)

The Bible study overseer especially will want to welcome newcomers and visitors, introducing them to others

A ministerial servant, assigned to be an attendant, can do much to help in welcoming those who come to the hall

All have a responsibility to show love in this matter (1 Cor. 16:14; John 13:35; Titus 1:7, 8)

Parents should control their children at the Kingdom Hall; disorderly children, "let on the loose," cause shame (Prov. 29:15)

Unnecessary trips to the rest rooms or playing before or after meetings should be discouraged

In case of problems along these lines, speak to the parents, as they are responsible for their children's conduct

Wearing suitable clothing at meetings shows our respect for the Kingdom Hall as a place of worship

Overseers and their families should set a fine example in this

Where problems exist, these may be discussed with the congregation; a respectful attitude should be encouraged, but it is not our responsibility to make rules beyond what the Bible says as to acceptable styles of clothing

Persons who want to learn Jehovah's ways, but who are poorly dressed, are not to be looked down upon (Jas. 2:1-4)

The Kingdom Hall should not be used for transacting business

Jesus stopped the money changers in the temple in his day (Matt. 21:12, 13)

It should not be used for wedding receptions or personal pursuits; however, with the permission of the congregation committee, it may be used for weddings or funerals at times that will not interfere with congregation meetings

The Kingdom Hall is a place devoted to matters pertaining to worship

## ARRANGING FOR A NEW KINGDOM HALL

As a congregation grows, it may be advisable to move to a new location, renting or purchasing, or building a Kingdom Hall. The congregation should decide which would be best, as their contributions will pay for it

There are advantages to ownership, but local circumstances may necessitate renting

The elders should carefully consider the prospects for a move and make their recommendations to the congregation. They may consult with those experienced in such matters. Weigh all the facts and present suggestions to the congregation, with enough detail so they know what is involved

If the congregation decides to build, it is usually best for the elders to appoint a building committee of several men who have good judgment, who are experienced or interested in construction, and at least some of whom are good businessmen; spirituality and humility, however, are even more vital for the work to go smoothly

If a loan is necessary, consult the branch office for advice

To own land or arrange a loan, it may be necessary to form an association or legal corporation in harmony with local laws (Rom. 13:1)

Keep the congregation informed of its financial situation and have advance approval for use of congregation funds

Building committee decide whether to hire a builder or to arrange for brothers to build it

Be very careful with the money entrusted to you in connection with the Kingdom Hall; avoid waste. View the offers to work as valuable contributions by the brothers, using their help as much as possible to cut costs and organizing matters carefully so their time is not wasted

Encourage as many as possible to share. The construction is related to our worship, and time

spent on the Kingdom Hall should be viewed as a part of our service to Jehovah

Sisters may help by preparing food for the workers. Some may wish to help in the construction too, performing lighter tasks, cleaning up, etc. Many sisters appreciate having a share in the work

It is important to keep the field ministry going during construction work. If some are not able to spend as much time in the field as a result of Kingdom Hall work, no one should criticize them, but encourage them, and help them get the work done

Watch that none are working so hard at the Kingdom Hall that their families are neglected, or their ministry in the field is abandoned. Work out a good schedule to leave some time for family study and field service, as well as regular meeting attendance for all of the workers

Some of the sisters, younger and older publishers, and all others not able to help out extensively on the Kingdom Hall can be encouraged to carry more of the load in the field

Brothers may desire to push building work for a few months to get it done during good building weather

Long hours of hard work may be needed to finish the project, but Jehovah blesses those who serve him whole-souled (Col. 3:23, 24)

When building is finished, it would be appropriate for local elders to arrange a dedication program

## FINANCING JEHOVAH'S WORK BY VOLUNTARY CONTRIBUTIONS

It is Scriptural to give financial support

Voluntary contributions from the heart are encouraged (2 Cor. 8:12; 9:7)

The English word 'contribution' (2 Cor. 9:13) comes from the Greek word *koi·no·ni'a,* which means "put fellowship into activity" or 'sharing of things with others'

Christians contribute both time in the ministry and material things (Phil. 1:3-5; 4:16-18)

We do not enrich Jehovah with our contributions to his work, but he gives us the opportunity in this way to show our love for him, blessing those who contribute voluntarily (Prov. 3:9, 10; Matt. 6:1-4; 1 Chron. 29:14-17)

Contributions are needed today for payments on building costs (or rent), upkeep, lights, water, heat, etc.

There are times when extra money may be needed for relief of congregations in distress (Rom. 15:26)

Within our own congregation some may need help in a material way, especially if the local government makes no provision for financial help

Individuals may aid needy ones in the congregation, but the immediate family should especially provide such help (1 John 3:17, 18; 1 Tim. 5:8; Matt. 15:3-9)

Congregational assistance or relief efforts to deserving ones would be done under the direction of the elders and with the approval of the congregation (1 Tim. 5:9, 10)

Congregations or individuals may contribute directly to the Society

Any matters that involve funds of the congregation, outside of normal operating expenses, should be presented to the congregation in written resolution form. Congregation funds need to be handled carefully, with neat, accurate records kept of all transactions

It is appropriate to acknowledge contributions, whether by receipt, letter or reading the financial report. The reading of the Society's acknowledgment letter assures brothers that their money is being used as they directed

The Christian way is to support the work by contributions from many, rather than large contributions from just a few

We never pass a collection plate, however, the matter of contributing can be discussed from time to time at the meetings so that all are aware of the share they may have, but it should not be necessary to do it often

Christians can be encouraged to set aside something regularly if they wish (1 Cor. 16:1-4)

Tertullian wrote of the early Christian congregation (*Apology* XXXIX, 5): "Even if there is a chest of a sort, it is not made of money paid in entrance-fees, as if religion were a matter of contract. Every man once a month brings some modest coin—or whenever he wishes, and only if he does wish, and if he can; for nobody is compelled; it is a voluntary offering"

Small contributions from the heart are just as pleasing to Jehovah as large ones (Mark 12:41-44; Ex. 35:20-29; 2 Cor. 8:12)

**MAIN POINT:** Whether large or small, our local Kingdom Hall should be well kept and inviting as a center of pure worship

SOURCES: *ad* 374, 1522, 1564, 1565, 1569; *or* 103-105, 149, 150

TEACHING SUGGESTION: Lecture. Discuss practical arrangements for keeping a Kingdom Hall clean; also how brothers have overcome problems in building Kingdom Halls, such as in organizing the work

CAEKAERT/MAPLEY 000588

# Worldwide Organization to Praise Jehovah

## 'ASSOCIATION OF BROTHERS' UNITEDLY COOPERATES TO PRAISE JEHOVAH

Jesus' ministry saw the gathering of people who recognized him as Jehovah's Messiah, and the equipping and instructing of them to be preachers of the "good news"

Jehovah showed his favor on those following the lead of Jesus by pouring out his spirit on about 120 persons at Pentecost 33 C.E.; at that time Jehovah's Christian congregation was formed

Gifts of tongues helped further the preaching work (Acts 1:8; 2:4-11)

In 36 C.E. God turned his attention to the nations "to take out of them a people for his name" (Acts 15:14)

Though congregations met in various places, they were united; thus Peter could refer to these early Christians as, "the entire association of your brothers in the world" (1 Pet. 5:9)

They did not operate independently, but showed respect for guidance of governing body and concern for the needs of brothers in other congregations (Acts 15:1, 2; Rom. 15:26; 16: 16)

"Association" refers to a group of people gathered together with a common purpose, and the purpose of the Christian congregation is to honor Jehovah by walking in the footsteps of his Son

Congregations of Jehovah's praisers are still being formed in our time, recognizing Jesus as their Head and serving under the direction of his "faithful and discreet slave" class (Matt. 24:45-47)

The congregations belong to God; being under his rule, they are part of a worldwide congregation, theocratically arranged and directed (Acts 5: 29; 20:28)

## DEVELOPMENT OF LOCAL CONGREGATIONS

Formation of new congregations

From a Scriptural standpoint a group of baptized Christians who meet together are a congregation

To benefit from the services extended to other congregations, an application should be filed with the branch office; for such an application to be accepted, there ought to be a group of persons who are baptized proclaimers of the "good news," persons who truly are Jehovah's Christian witnesses and who recognize the "faithful and discreet slave" and who want to work under its direction to advance pure worship

Such new congregations may be formed in areas isolated from previously existing congregations

Other congregations are formed due to growth of already established congregations; the size limitations of the Kingdom Hall may make a new congregation advisable, or problems of transportation or distance may make forming a new congregation advisable

If more than one congregation is to be affected, the recommendation for the division of an already existing congregation should be made by the elders of all the congregations involved

If elders wish to await the visit of the circuit overseer to hear his suggestions, they may

Recommendations to appoint elders and ministerial servants for the new congregation are made to the branch office by the elders in original congregation(s) when division takes place; in the case of isolated areas where no congregation previously existed, mature local brothers, along with the circuit overseer, make the recommendations

Naming congregations is done Biblically, using name of city or town (1 Cor. 1:2; 1 Thess. 1:1)

When a congregation is divided inside one city, geographic or other designation describing the location is used for each congregation, and on correspondence to the branch office the name of the city is also shown

A city overseer is appointed for each city with more than one congregation; this appointment does not change each year

Branch office may communicate with the city overseer at times in connection with assemblies or other matters

He can give assistance to elders in other congregations in the city if requested

## CIRCUIT ORGANIZATION

Circuit overseer is a traveling elder appointed through the branch office to visit the congregations

He meets with and cooperates with the body of fellow elders in caring for the flock, gives discourses and works with local publishers in the field

Local support essential for beneficial visit; this should be encouraged by all elders

Purpose of his visit is to upbuild brothers through Scriptural talks, build up appreciation for privilege of serving Jehovah, share suggestions and experiences

Preparation for his visit

Congregation is notified about two months in advance of visit

His visit a time of increased field activity, so

CAEKAERT/MAPLEY 000589

handbills and increased magazine supply may need to be ordered

Accommodations and meals to be arranged for him, and his wife if he is married

Presiding overseer arranges for circuit overseer to meet with congregation, pioneers and body of elders; locations for meetings for service and territory to be selected; records gathered at Kingdom Hall just before visit; enthusiasm stimulated for full support of field service, both mornings and afternoons, during his visit

A good time for some to plan temporary pioneer service

Activity during his visit

Tuesday afternoon he consults congregation records, may read last annual report by former presiding overseer, consult record cards

He examines territory file, accounts, literature supplies; that afternoon or evening he gets details of week's activities from presiding overseer

A meeting with the entire body of elders is arranged later in the week

Local presiding overseer acts as chairman, having in mind matters for discussion, and circuit overseer is invited to give observations or counsel on these or other matters

Chairman can introduce points or ask another elder to do so; all elders should contribute to the discussion

It is not expected that circuit overseer will have answers to all questions, but he will gladly share whatever information and experience he has

No set length of time for meeting; determined by what needs to be discussed

Circuit overseer is a shepherd; individuals should feel free to approach him for help and counsel

Meetings are held at customary times during the visit, conducted by ones normally assigned to do so; times for special meetings are set by the presiding overseer

The book study that circuit overseer visits may be concluded ten minutes early so he can offer words of encouragement (Acts 13:15)

Last half hour of service meeting is assigned to him for a discourse

Hour-and-fifteen-minute meeting near end of week will include new things learned from last six months' *Watchtowers*, Scriptural *Awake!* articles, or new books of the last year, and also a Scriptural talk

The circuit overseer will give the public talk, and, as conclusion of his final meeting with the entire congregation, another thirty-minute discourse

Field ministry is scheduled from Wednesday through Sunday

The circuit overseer has much experience and can share it with congregation in preaching and disciple-making

Any who want to work with him or have him go on a Bible study can arrange appointments through presiding overseer; otherwise he

works with the ones who are present for group witnessing, and may arrange for his wife to accompany sisters in the congregation in the field

He and his wife devote as many hours as possible to the field ministry

After meeting with elders he makes report to branch office about his observations, spiritual condition of the congregation, points considered with elders, and leaves a copy with presiding overseer

If there is any unhealthy spiritual condition, appropriate counsel and aid should be considered with elders, maybe with congregation; then included in his report

To follow up circuit overseer's visit, discuss with congregation how to apply beneficial suggestions made

Call on individuals who showed interest during his visit, conducting studies he may have started

If congregation does not cover expenses for transportation, food, lodging, the circuit overseer sends request for these expenses to the branch office with his monthly field service report

He receives a small monthly allowance; these overseers show they put Kingdom interests first by trusting in God to care for needs (Luke 12:31)

## CIRCUIT ASSEMBLIES

Circuit assemblies are held twice a year for two days, usually Saturday and Sunday, including congregations served by same circuit overseer

Encourage all to be present for the full program

Sunday morning at assembly, circuit and district overseers meet with all elders in circuit, with district overseer as chairman

Consider shepherding and other needs of congregations, also important material provided recently by "faithful and discreet slave" class

Circuit overseer recommends and branch office appoints permanent assembly personnel: assembly overseer, assistant assembly overseer, and a news representative

Circuit overseer may assign others to care for various departments so he can give primary attention to program

Contribution boxes are provided to cover circuit assembly expenses

Circuit overseer assigns a brother (no regular change of appointment necessary) to care for circuit funds and pay bills circuit overseer approves

If funds to start assembly are insufficient, circuit overseer advises congregations so they can assist

Where a deficit exists at end of assembly, elders discuss what contributions congregations can make, and then this is handled by means of a resolution in each congregation

CAEKAERT/MAPLEY 000590

Any expenses out of ordinary are considered by congregation elders (using only available circuit funds), and they put matter in form of resolution and vote on it

May be announced if of interest and encouragement to brothers; for example, donation to Society could be announced

Usually after an assembly there are sufficient funds to start next one; money often deposited with branch office between assemblies

## DISTRICT ORGANIZATION

District overseer serves as traveling elder appointed through branch office to speak at circuit assembly programs and share in service with a congregation in assembly area

Branch office plans his schedule so he can spend one week in a circuit for each assembly held

Local congregation provides accommodations and meals, if possible, during his visit

Tuesday afternoon he meets with circuit overseer and wife and discusses their ministry (will work in field service with both during week); also discusses special needs the circuit may have

He usually works from Wednesday through Friday in field service with groups, sharing practical suggestions

He arranges his own schedule for working with individuals in field service according to who comes, but elders should encourage regular daily support during visit

He and wife devote as many hours as possible to field service

He gives a one-hour Scriptural talk to the congregation on an evening the presiding overseer determines

If the body of elders want his counsel they may arrange to meet with him; some evenings he will need for assembly rehearsals

District overseer is assembly chairman at the circuit assembly, being responsible for the program; he is assigned to give the public talk and other parts

He makes report to the branch office after the assembly, including points discussed with elders and circuit overseer; may submit expenses for transportation, room and board, if these have not been covered

Traveling overseers have assignment changes every two years; may be switched from district to circuit, circuit to district

Once a year a number of circuits gather for a district assembly

Program cares for spiritual needs of ones in attendance

Physical needs include accommodations (may mean doing house-to-house work looking for accommodations), food (usually available on assembly grounds and served for moderate price)

Many volunteer workers are needed for assembly to run smoothly (Ps. 110:3)

Spirit and cooperation of volunteers making up assembly organization indicate its theocratic direction

Service performed not for pay, but out of love for Jehovah and brothers

Congregation can support this arrangement if individuals or groups volunteer to work between or after certain sessions or to work during the whole assembly; good for elders to encourage such service

Conduct of those attending assemblies is reflection of training given in local congregations

At assemblies in your area, are children well behaved?

Is real Christian love shown in sharing seats with newly interested ones, elderly persons and others?

Do the majority remain until after the closing song and prayer?

Assembling with fellow Christians protects against spirit of world, strengthens faith, equips one to be better servant of Jehovah (Phil. 4:8; Rom. 12:2)

## THEOCRATIC OVERSIGHT WORLD WIDE

The branch overseer, who is appointed by the Watch Tower Society, has general oversight of congregations in a country or group of lands; he arranges to supply literature and supervises preaching and disciple-making work so people in territory under the branch can hear the "good news"

Usually once a year the Society arranges for a zone overseer to visit branch offices, Society printing plants, and missionary homes on occasion

He examines records of branch, considers oversight of congregations and accomplishments in preaching and disciple-making work; he gives talks to local brothers, and shares with missionaries in field service as his schedule permits

Christian congregation world wide serves unitedly to advance pure worship (Col. 3:14)

Working closely with fellow servants brings us closer to Jesus, the one appointed Head of the congregation, and to Jehovah, whose spirit permeates the congregation and whose Word and spirit guide its operation in harmony with his righteous purpose (Prov. 3:5, 6)

**MAIN POINT:** Provisions made for us to assemble together, as well as the visits of traveling overseers, contribute to the unity of the Christian congregation world wide

SOURCE: *or* 82-90, 101-103, 105-107, 153, 154

TEACHING SUGGESTION: After class discussion of material, review (1) what presiding overseer does to prepare for circuit overseer's visit, (2) what can be done to ensure good support for field service and special meetings during visit of circuit overseer, (3) part presiding overseer plays during visit and how he cooperates with visiting brother, (4) practical points for discussion during meeting of elders, (5) what can be done to follow up on visit by circuit overseer

# Marriage, Separation and Divorce

## MAKING CHRISTIAN MARRIAGE "HONORABLE AMONG ALL"

Marriage is a close, binding, sacred union between man and woman

Christian arrangement to have one mate, as in Eden (Gen. 2:24; Matt. 19:4-6)

Woman made to be man's helper (Gen. 2:18; 1 Cor. 11:8, 9)

Marriage to be "honorable [*ti'mi·os*, "precious," as at 1 Peter 1:19] among all" (Heb. 13:4)

Individuals show 'honor' for marriage relationship by carrying out God-given roles; showing honor requires action (Compare Matthew 15:4-6)

Wife shows subjection to and love for husband; gives him marriage due (1 Cor. 7:3-5; Titus 2:4, 5)

Husband carries headship, displaying consideration, love for wife; gives marriage due (Col. 3:19)

Unmarried persons should abstain from fornication and loose conduct; seek mates "only in the Lord" (Deut. 7:3, 4; 1 Cor. 7:39; 1 Thess. 4:4-6)

Marriage 'honored' by obedience to God's law; He will "judge fornicators and adulterers" (Heb. 13:4)

Congregation cannot tolerate as its approved, baptized associates any who choose to practice fornication or adultery

Could not accept a polygamous person (Rev. 21:8; 1 Tim. 3:2)

Before baptism, we counsel polygamist to take Scripturally proper course; man's first wife (senior wife) is his actual wife. In eyes of God, she, as it were, has tolerated his adultery with other women. So, he should take her unless his first wife had died or chooses to divorce him. Then he might choose to live with *one* of his other wives (Gen. 2:24; Matt. 19:9)

Marriage 'honored' by recognizing law of secular state to the extent possible

State may properly make regulations as to granting legal recognition to marriage arrangements (Matt. 22:21; Rom. 13:1-4)

Marriage should be legally registered, thus making parties legally responsible for each other. Recording children's births is legal protection, as in inheritance matters. Even common-law and consensual arrangements should be fully legalized by marriage *if at all possible* when persons come into truth

Common-law marriage defined by *Webster* as "an agreement not now recognized in many jurisdictions as a legal marriage between a man and a woman to enter into the marriage relation without ecclesiastical or civil ceremony that in many jurisdictions must be followed by cohabitation to be legally valid and is provable by the writings, declarations, or conduct of the parties"

In consensual arrangement (actually fornication or adultery and not really marriage) couple live as husband and wife by mere consent without regard for any further act or writing and even if one or both are already legally married to other persons

If, before coming to a knowledge of the truth, a person got divorced on unscriptural grounds and then legally remarried, he does not have to alter his marital status in order to qualify for baptism; must rely on Jesus' sacrifice to atone for previous sins in regard to adultery and fornication (Eph. 1:7)

Anyone who got remarried without having a legal divorce is living in bigamy; before he could get baptized, he would have to separate from present mate, or get a legal divorce from the former mate and then legalize arrangement with present companion, if they continue to live together

When marriage vows are taken a couple become husband and wife; sex act is not needed to make it binding

Kingdom Hall must be used in way that recognizes honorableness of marriage

Service committee decides if it may be used for wedding by those Scripturally and legally free and morally clean

If committee allows, undedicated person may use Hall, though must additionally have good report from persons outside organization

Committee decides what preparations for use of Hall for weddings will be allowed. Showers, shower announcements and receptions are not permitted

Preferable for elders (or, when necessary, ministerial servants) to perform marriages

Customs of bride price and dowry exist in many countries

Bride price is what a man pays for his wife; was customary in ancient Israel (1 Sam. 18:20-27)

Dowry is something of value that father gives with his daughter when she gets married as a "parting gift" of assistance for newly married couple (1 Ki. 9:16, 17)

## HONORING MARRIAGE BY AVOIDING SEPARATION

Christians should be determined to make their marriage last; this shows appropriate respect for it as God's arrangement

Most vows taken include showing love, honor, respect and staying together till death; indifference to vows is lying to God, detestable (Lev. 19:12; Rom. 1:31, 32)

109

CAEKAERT/MAPLEY 000592

Believer should seek to stay with an unbelieving mate. Bible's teachings should improve marriage, even if only one partner is Christian and home is religiously divided

Discuss 1 Corinthians 7:10-16:

- If a Christian leaves his mate, contrary to apostolic advice, he should seek reconciliation with same mate or remain unmarried; not free to 'date' others (Verses 10, 11)
  - The believer's worship may *possibly* give excuse for unbeliever to depart. In any event note that the Bible says, "Let [the believer] *not leave." Christian* knows marriage is to last (Verses 12, 13, 15)
    - Aid for believing wife with an unbelieving husband found at 1 Peter 2:18–3:5
      - Note willingness to suffer even physically for righteousness' sake as did Jesus. Emphasis on "subjection," "chaste conduct" and "deep respect"
  - Staying together brings definite benefits: Relationship is honorable; possibility of salvation for whole family; Christian wife has provider, sexual partner; two parents for children; Christian husband would have similar advantages
    - Children considered "holy," that is, under divine care and with life prospects in new system (Verses 14, 16)
    - Nevertheless, child expected to show "pure and upright" conduct consistent with its age (Prov. 20:11)

## SCRIPTURAL GROUNDS FOR DIVORCE (DISSOLUTION OF MARRIAGE)

Matthew's accounts of Jesus' words clearly give one Scriptural grounds for divorce: "On account of fornication [*pornei'a*]" (Matt. 5:32; 19:3-9); death, of course, also dissolves marriage (Rom. 7:2, 3; 1 Cor. 7:39)

Mark 10:11, 12 and Luke 16:18 understood only in light of Matthew's qualifying phrase

*Pornei'a* ("fornication") as used in first century C.E. refers to "illicit sexual intercourse in general" (Thayer's *Greek-English Lexicon of the New Testament*); "unlawful sexual intercourse generally" (*The Vocabulary of the Greek New Testament* by Moulton and Milligan)

It is a *broad* term (like the term "pornography" drawn from it)
  - Therefore other Bible translations use such terms as "gross immorality," "sexual immorality," "sexual sins," instead of "fornication" in their renderings of *pornei'a*
  - It is not restricted to extramarital sexual relations between male and female in a natural way
    - Jude 7 uses *pornei'a* with regard to the unnatural sex acts of the men of Sodom and Gomorrah
    - Of its use by Greek-speaking Jews around the start of the Common Era, the *Theological Dictionary of the New Testament* (Vol. VI,

p. 587) says: "πορνεία [*pornei'a*] can also be 'unnatural vice,' . . . sodomy"

Under Law covenant certain immoral sexual relations brought death penalty and thus any marital relationship with the guilty one was dissolved. These included:
- A man's having sexual relations with another man's wife (Lev. 20:10-12)
  - The woman sharing in the adultery was also put to death (Deut. 22:22)
- A man's having sexual relations with another man (Lev. 18:22, 29; 20:13)
  - While lesbianism (homosexual relations between females) is not mentioned in the Hebrew Scriptures, the apostle's words at Romans 1:24-27, 32 show that it is as worthy of death as male homosexual relations
- A man's having sexual relations with a beast (Ex. 22:19; Lev. 18:23, 29; 20:15)
- A woman's having sexual relations with a beast (Lev. 18:23; 20:16)
- None of these were trivial matters; they were grossly immoral

Any such immoral sexual relations, whether with one of the other sex or not, natural or unnatural, come within the Bible meaning of "fornication" (*pornei'a*)
- Therefore all such illicit sexual relations provide grounds for Scriptural divorce
  - One who obtains a divorce on such Scriptural grounds is also Scripturally free to remarry
- Bigamous 'marriage' with another person would provide Scriptural grounds for divorce

Divorce of sexually unfaithful mate *not* obligatory (Hos. 3:1)
- Degree of sexual immorality may affect decision
- Christian love, high regard for marriage arrangement, concern for children as well as other factors, may move person to *want* to preserve marriage if possible (1 Cor. 13:4-8; 1 Pet. 4:8; Matt. 6:12, 14, 15)
- Depending on circumstances, it may be advisable to encourage innocent mate to forgive, but it has to be that one's personal decision
  - Innocent mate could ask self: Did *I* by attitude or conduct partly influence mate to do wrong?
  - If innocent one willingly resumes relations with guilty one after learning of sexual unfaithfulness, this cancels basis for Scriptural divorce as far as what was confessed is concerned
  - If innocent mate had relations not knowing of the sexual unfaithfulness, whether it took place recently or some time ago, when the sexual immorality is uncovered the innocent mate could forgive or could refuse forgiveness and get a divorce based on Scriptural grounds
  - Innocent mate may obtain legal divorce on any truthful grounds, but should clearly establish with the congregation committee evidence of "fornication" in the Scriptural sense before action is taken, if this is not the legal ground

CAEKAERT/MAPLEY 000593

What evidence of sexual unfaithfulness is allowable by judicial committee if divorce and remarriage are to be pursued?

(1) Admission of guilt by accused party to the committee. (2) Strong circumstantial evidence (testified to by at least two witnesses). For example, evidence that mate stayed all night in same house with person of opposite sex (or in same house with a known homosexual) under improper circumstances. (Deut. 19:15; Prov. 5:8-11) (3) If charged one is unbeliever, his oral confession to believer will suffice. In such cases, the burden may be allowed to rest with the conscience of the innocent one. Committee will take believer's signed testimony

Legal divorce where Scriptural grounds are not involved does not dissolve marriage from God's standpoint

Man or woman divorced on other grounds is exposed to danger of adultery; though may be free to marry by permission of secular law, not by God's (Matt. 5:32)

What if law of land does not allow divorce on *any* grounds, including sexual unfaithfulness?

Recall that *God* has final say in matters of marriage; we do not want to be considered unclean by him

Secular authority secondary, relative. To extent possible, we should abide by such law on marriage matters also; who wants to be considered adulterer or adulteress by his countrymen?

However, where there is proof of sexual unfaithfulness, innocent party may go to another country, get a legal divorce and marry in that country. Marriage will be recognized anywhere by the Christian congregation, even in his original country

If innocent mate cannot afford to leave country, (1) must present elders with definite proof of "fornication" in the Bible sense, (2) fully exhaust whatever legal steps *can* be taken, such as legal separation. Then if innocent one wants to remarry, he is *Scrip-*

*turally* free to do so. (3) Both new partners may submit to the congregation a signed statement vowing faithfulness to the new mate and stating their willingness to obtain legal certificate if it becomes possible

Such persons would now be considered married according to the law of God. Thus if one partner later commits "fornication" in the Bible sense and this is proved to committee, innocent one is free to remarry. Again, signed statement by the new couple would be necessary

A person "married" under such circumstances where secular law is more restrictive than God's, must be prepared to accept any legal sanctions brought by Caesar; this is not the congregation's responsibility

## ELDERS, BY WORD AND EXAMPLE, SHOULD SHOW 'MARRIAGE HONORABLE AMONG ALL'

This can be done by taking care of their own families in proper way; handling selves respectfully around other members of opposite sex not their mate

When acting in a judicial way, treat each case on its own merits

Above points are *guidelines* based on Bible; they do not cover every possibility

Seek to find motives, weigh circumstances in every person's case, with a view to holding marriage in 'honor'

**MAIN POINT:** Once anyone enters into marriage it is to *last*. It is sacred. Problems will arise in all marriages, but every Scriptural and practical effort should be made to preserve the union

SOURCES: *li* 219-242; *tr* 178-180; *ms* 332-335; *ad* 458-461. 1114-1117; *w*68 255, 256, 575, 576; *w*70 511, 512

TEACHING SUGGESTION: After discussion of material, class may comment on: (1) What Scriptural counsel might be given a Bible student making good progress in truth but living without benefit of marriage? (2) When would a person be Scripturally free for remarriage?

No. 43 – Second Thursday, 9:10

# Pursuing the Way of Love

## THE WAY OF LOVE IS BASED ON KNOWING THE GOD OF LOVE

God is love, the personification of love, as shown in all his dealings with mankind (1 John 4:8)

He demonstrated his love by sending his Son Jesus Christ as ransom, thus giving prospect of everlasting life to believing men (John 3:16)

He created in us the ability to love, so we can copy his way of showing it

As a Person he has other qualities or attributes:

justice, wisdom, power, etc. (Deut. 32:4; Job 36:22; Rev. 7:12)

His love of righteousness requires hatred of wickedness (Prov. 6:16)

The more we know about Him, the closer we are drawn to Him

His love is ever sure, never fails (Rom. 8:32, 38, 39)

Our showing love for God and for fellow humans is a result of our knowing Him (1 John 4:7-9, 19)

CAEKAERT/MAPLEY 000594

## "AGAPE" LOVE GOVERNED BY PRINCIPLES LEARNED THROUGH STUDY OF GOD'S WORD

*Agape* love is guided or governed by principles; it may or may not include fondness, thus Christians show love even for those for whom they have no fondness (Gal. 6:10)

One must be careful that his love is guided by *right* principles

Wrong principle says, 'Do good to me and I will do good to you.' (Luke 6:32-34) Right principle says, "Love your enemies" (Matt. 5:44; Rom. 5:8-10)

Parent has natural affection for his child, but must be guided by right principles in training, as he may make mistake of indiscriminately satisfying all child's desires, not giving needed discipline (Heb. 12:7-10)

Supposed love may be actually family pride, which is selfishness

Godly love is a fruit of Jehovah's spirit (Gal. 5:22)

Love builds up the one who has it; it is firm, strong, directed by godly wisdom, adhering first of all to that which is chaste and right (1 Cor. 8:1; Jas. 3:17)

Love never fails but continues to grow stronger as added to through knowledge of God and his wise arrangements and loving provisions, revealed through the congregation (1 Cor. 13:8-13; Eph. 3:10)

## HOW LOVE IS DEMONSTRATED

(Discuss description of love and its actions at 1 Corinthians 13:4-7; ask students in what ways they note problems in the practical application of the various aspects of love in their congregation. As time permits, discuss outstanding situations)

"Love is long-suffering and kind" with brothers and with other people

It continues putting up with unfavorable conditions or wrong actions of others, but not out of indifference or approving the wrong (Eph. 4:2)

This may work to other's eventual salvation and will bring honor to God's name (2 Pet. 3:15)

It is generous and considerate, following example of God, who makes rain fall on righteous and unrighteous (Matt. 5:45)

"Love is not jealous," is not envious of good things coming to others, but is content with lot in life, not seeking position occupied by another or displaying constant suspicion without cause (1 Tim. 6:4-8)

"It does not brag, does not get puffed up"

One who loves exalts God, upbuilds others, not pushing others down to appear greater himself, or constantly telling of own accomplishments (Rom. 12:3)

The Christian viewpoint makes a person realize that all he does is due to strength from Jehovah (Ps. 34:1, 2; Isa. 12:2; Zech. 4:6) and from his Son (2 Cor. 12:9)

"Does not behave indecently"

This aspect of love prompts one to walk honorably in the view of those inside and outside God's congregation, never engaging in sexual abuses, indecent behavior, being rude, vulgar, discourteous or ill-mannered (Rom. 13:13; 1 Thess. 4:11, 12)

Love avoids disturbing Christian brothers by appearance as well as actions

It keeps us from participating in unrighteousness or condoning it

"Does not look for its own interests"

Love follows principle: "Let each one keep seeking, not his own advantage, but that of the other person" (1 Cor. 10:24)

Take time to study and associate with members of own family; consider how you can assist others in congregation (Gal. 6:10)

A person having love does not demand that everything be done his way, but is concerned with the spiritual welfare of others rather than just his own "rights" (1 Cor. 9:22, 23; Rom. 14:13, 15)

"Does not become provoked"

We should exercise self-control, avoiding outbursts of anger

There is no need to be easily offended by what others say or be afraid personal dignity may be injured; make allowances for shortcomings of others (Prov. 14:29; Eccl. 7:8, 9)

"It does not keep account of the injury"

Love gives benefit of doubt, is not overly sensitive or touchy

We should not exercise vengeful spirit, putting something on "account" to be settled with an individual later (Lev. 19:18; Rom. 12:19-21; Matt. 18:21, 22)

"It does not rejoice over unrighteousness, but rejoices with the truth"

Love sides with right, finding no pleasure in wrong or in lies, or in any form of injustice, not even if the victim is one's enemy

Love would rather suffer wrong than commit another wrong in an attempt to get even

*Agape* love does not side with one chastised or find fault with the correction; we might gain corrected one's favor, but would be harming rather than helping him

We are not loving if we do not care for our responsibility to handle a problem involving wrongdoing (Heb. 12:6)

"It bears all things"

This shows willingness to put up with unpleasantness, to suffer for righteousness' sake and overlook minor offenses; it shows our forgiveness is real (Prov. 17:9; 1 Pet. 4:7, 8)

CAEKAERT/MAPLEY 000595

"Believes all things"

This includes faith in all things God has said in his Word of truth, even though others scoff

We must be intensely loyal to Jehovah, and his Son, the congregation's Head, following direction based on God's Word coming through his theocratic arrangement (Phil. 2:9-12; Heb. 13:17)

Love is not gullible but tests the "inspired expressions" to see their source (1 John 4:1; Acts 17:11, 12)

Love includes confidence in faithful Christian brothers, not disbelieving them unless there is good evidence they are wrong (2 Cor. 2:3; Gal. 5:10; Philem. 21)

"Hopes all things"

Hope in all things Jehovah has promised, continuing to work, patiently waiting for Jehovah to bring fruitage (Rom. 12:12; Heb. 3:6)

Be patient with weak ones, hoping for best for Christian brothers and encouraging interested ones to be moved by God's spirit to serve Him (2 Pet. 3:15)

"Endures all things"

Willingly endure hardships in expending oneself on behalf of others in God's service (2 Cor. 4:8-12, 16; 11:23-28)

Keep integrity no matter what the Devil may do; this course brings blessings (Rom. 5:3-5; Matt. 10:22; Rev. 2:10)

"Love never fails"

God's love for us is unbreakable; we want to show the same love for him, his Son, his Word and for our brothers (Rom. 8:35, 38, 39; Col. 3:14)

## MANIFESTING LOVE AS AN ELDER IN THE CONGREGATION

We show love for Jehovah as well as for our neighbors by congregational shepherding and taking the lead in preaching and disciple-making work

Build up love for field ministry

Not a matter of putting pressure on brothers (there are no rules on how much each should do and when and how); but emphasize that, as there is urgency in preaching the word within the congregation, there is similar urgency outside thereof (2 Tim. 4:1, 2); the field service is part of the "fine works" for which to show zeal (Titus 2:14)

Recognize the limitations of others as well as their varying abilities and do not expect too much from them

Lovingly assist others in various features of the field ministry

Particularly offer assistance to new ones, talking with them to see that they know what to do and are given assistance by others as needed

Show deep concern for each one in the congregation, through home visits where practical

Contribute to their spiritual enlightenment in private and congregational conversation

Always be available to talk with the brothers

Help them to feed their hearts and minds on God's Word (Ps. 1:2; Phil. 1:9, 10)

Be concerned with all, whether old or young, sick or well, newly associated or long in truth

Visits to older ones can be source of strength to them and often provide fine opportunities for a mutual exchange of encouragement

Arrange loving assistance for those having need, whether physical or spiritual

Much can be done with youth if they are drawn into activity in the congregation and given things to do, with parent's consent

Visits to brothers should never be perfunctory or so scheduled that elder is just following a routine; should be visiting out of both *agape* and *phi·li'a* love, with a sincere desire to help

Discipline is also a means of showing love

Those whom Jehovah loves he disciplines (Heb. 12:6)

Discipline involves teaching along with giving correction

May use questions to draw out the person so as to understand his thinking

Do not give your own opinion, but base counsel on God's Word

When handling problems, small or great, be loving and kind

Object is to help people stay safely inside the Christian congregation and prevent Satan's overreaching them

Be tactful, reasonable and impartial in harmony with Jehovah's wisdom (Jas. 3:17)

By praying for peace of entire association of brothers world wide we demonstrate love (Ps. 122:6-8; 1 Thess. 5:23, 25)

## PURSUING THE WAY OF LOVE IN THE FAMILY CIRCLE

Treat others as you like to be treated yourself, showing consideration and helpfulness (Matt. 7:12)

Love is shown not only in spiritual matters but also in conduct, manner of speech, many other practical ways

Train children to show love by assisting with chores in home, showing appreciation for things done, respect for others

Consider wishes of mate in connection with vacation plans, entertaining brothers, schedule of family activities

Let headship be with same love Jesus showed for the congregation (Eph. 5:28, 29)

The two greatest commandments require showing love (Mark 12:28-31)

This quality must be cultivated, shown both by word and deed, but it is a principal way in

CAEKAERT/MAPLEY 000596

which we can imitate God and it brings great happiness to those associated with us

Even under great pressure from Satan, love will enable you to maintain integrity

Demonstrate your love for Jehovah by your reliance on Him

**MAIN POINT:** The way of love is pursued by developing a close relationship with Jehovah and his organization and showing we love our brothers through our following right principles and performing unselfish acts in their behalf

SOURCES: *ad* 1079-1083; *ms* 325-329; *w64* 489-501

No. 44 – Second Thursday, 10:40

# Safeguarding the Cleanness of the Congregation, Part 1

## REASONS WHY THE CONGREGATION MUST BE KEPT CLEAN

Being pure and holy, Jehovah does not tolerate uncleanness among his servants; they must be spiritually and morally clean to represent him properly (1 Pet. 1:14-16)

Requires constantly working against desires of the flesh, influences of the world and temptations of the Devil

Elders have responsibility to safeguard the good spiritual condition of the congregation (1 Cor. 5:3-5)

When cases of serious wrongdoing come to your attention, with concern for the congregation and for the individuals involved, follow through on the matter

Endeavor to restore spiritually the erring ones, if possible

Unrepentant wrongdoers must be removed from the congregation

## HEARINGS
### BEFORE THE JUDICIAL COMMITTEE

Matters that must come before the judicial committee for handling: (1) Sins that have brought congregation into public disrepute. (2) Loose conduct of gross nature, bordering on fornication; or fornication, adultery or other serious sexual immorality (even if only one offense). (3) *Repeated* acts of lying, stealing, drunkenness or similar sins

In other cases that are not of so grave a nature, if the wrongdoer approaches an elder and openly confesses the wrong and manifests sincere repentance, good counsel from the elder may suffice to "readjust" the individual; the elder should also inform the presiding overseer of the matter and tell him what was done to handle the situation

Where accusation involving something of a nature that would require committee attention is made against another, committee decides if accusation has substance

If so, invites accused to meet with them

Best to send invitation in writing, informing him what his course of action is supposed to have been

Advise that he can bring witnesses

If time set proves inconvenient to the accused one, another time can be selected

If he repeatedly fails to come to hearing, committee will go ahead with meeting, but not judge the person until evidence and testimony are considered; should not take action against him unless evidence proves person's guilt

Avoid demanding attitude; treat kindly

If he has sinned, objective is to help him get restored spiritually, if possible, rather than drive him away

Judging of matters is a heavy responsibility

Direct matters and make investigation so as to get all the facts (Deut. 13:12-15)

Must be two or three eyewitnesses, not just persons repeating what they have heard; no action can be taken if only one witness (Deut. 19:15; 1 Tim. 5:19)

Can accept confession as conclusive witness against self without other corroborating evidence

Before taking any action, be sure that there is sound *Scriptural* reason for doing so, also that the action contemplated is what is actually required

Where one associated is implicated by confession of another, if the one so implicated denies being involved, charge cannot be accepted against him unless there is more than one witness; the one so implicated could be innocent as claimed

Person confessing and making charge would be disciplined as needed for the sin confessed or for lying as to the sin's actually having occurred

More serious action likely would be necessary if found later that he was lying in implicating the other person (Deut. 19:17-21)

If person implicated is guilty, Jehovah knows (Heb. 4:13)

If he is found guilty later, appropriate action can be taken, as he would be guilty not only of the sin charged, but also of lying in denying it at first and letting the other person be viewed as a possible liar

## ASCERTAINING THE REAL ATTITUDE OF A WRONGDOER

Since there are degrees of wrongdoing, responsibility rests on elders to determine action needed

Avoid trying to fit case into set of rules; think in terms of principles

CAEKAERT/MAPLEY 000597

What has person done? What does the Bible actually say about such conduct? How has the wrongdoing affected the congregation? Is the wrongdoer genuinely repentant? What judicial action is required?

Reproof can be given "with mildness" (2 Tim. 2:24-26; Gal. 6:1)

Some people need to be reproved "with severity"; (Titus 1:10-13; or 165-168)

In cases where it is established that a serious offense was actually committed, the committee should also consider these factors: (1) What were the circumstances leading up to the wrongdoing? (2) Was there evidence of the person's craving wrongful things or 'courting trouble'? (3) Had he been admonished before that his course was leading toward danger? (4) Was it a single offense or was it committed more than once? (5) Was his confession voluntary or did he have to be accused by others before confessing? (6) And, above all, does he show true repentance and manifest a heartfelt desire to avoid repetition of the wrong?

Neither gravity of wrong nor bad publicity is what finally determines if the person should be disfellowshiped; rather the determining factor is the individual's sincere repentance or lack of it

How can true repentance be identified?

Not all show true feelings by outward emotional manifestations; in contrast, crying does not always indicate godly sorrow

Has individual contritely prayed to Jehovah and sought his forgiveness and mercy? Has he perhaps voluntarily come and confessed

— to "older men," seeking their help in line with James 5:13-16, 19, 20?

What motivates whatever sadness, remorse and regret he shows? Is it worldly sadness or godly sadness? (2 Cor. 7:8-11)

Should not be just regret over being found out or damage to reputation; naturally one regrets losing privileges

Should be deep regret over damaged relationship with Jehovah, a heartfelt wanting to come back to God's favor, remorse over reproach brought upon His name and people (2 Cor. 7:11, 12)

Repentance also involves a 'change of mind' or 'change of will'

It must include heart-motivated rejection of bad course as repugnant, hated; conversion to right thinking and conduct (Ps. 97:10; Rom. 12:9)

Love of right and hate of bad create positive force to bring forth "works that befit repentance" (Acts 26:20)

Some manifest repentance right after sin and take steps immediately to confess; others do so later

Some even do so at meeting with judicial committee

Is in person's favor when he voluntarily confesses, but still the important factor is, Is he repentant?

## HANDLING CASES INVOLVING UNANNOUNCED RESTRICTION OF PRIVILEGES

The committee decides if a case requires public reproof or not

General conditions allowing for handling without public announcement: (1) Single offense; not a practice of sin. (2) Had not ignored earlier admonition or reproof; had not 'pursued' wrong, but was overtaken in sin. (3) Must be truly repentant. (4) Wrong course has not brought congregation into public disrepute or is not such as will be readily known by congregation or the public

In seeking to "readjust" such a one, be sure he clearly understands Jehovah's viewpoint of the wrong; also help him to appreciate Jehovah's mercy and how to avail himself of it (Gal. 6:1)

While there may be no public announcement, special privileges are removed

Appointments as elder, ministerial servant or pioneer, or assignments of subordinate nature are canceled

Committee decides if best for him not to comment at meetings or to give student talks for a while; likely will not be called on to offer prayer on behalf of congregation

Presiding overseer notifies others who conduct meetings as to restrictions imposed

Can share in field ministry and freely attend meetings, but no requirements set

Committee may strongly recommend discontinuing certain associations or habits, where these contributed to wrong course; terms of recommendation should be reasonable and Scriptural

No prohibitions on eating and drinking or other things Scriptures allow, but recommendations can be given on moderation as needed

Arrange to visit and otherwise talk with him to build up spiritually

Restoration of privileges is done gradually as committee sees evidence of his regaining spiritual stability and appreciation for Jehovah's righteous ways

Commenting at meetings might be first, then handling student talks; later he might share in a part on the service meeting, assist a ministerial servant, read at meetings and, when well adjusted, offer prayer

When privileges can be fully restored depends upon gravity of wrong and progress individual makes in becoming spiritually strong and in gaining respect of the congregation

May require several months only, or a year or even more; the committee's concern should be: What is best for the erring one and the congregation?

CAEKAERT/MAPLEY 000598

Before recommending him as a ministerial servant, he should be "free from accusation" and "irreprehensible," which may take several years or longer

If one under restriction as to privileges moves to another congregation, the judicial committee *there* follows same procedure in helping erring one get spiritually strong again, and in restoring privileges

The committee of the first congregation can acquaint new committee with the case to extent necessary; but there is no need to contact first committee when full restoration of privileges is made

## HANDLING CASES THAT REQUIRE PUBLIC REPROOF

Some serious cases of wrongdoing require public reproof in line with 1 Timothy 5:20 (Read and consider in class)

Conditions either requiring or allowing for public reproof: (1) If serious sin was committed more than once, thus a "practice of sin." (2) Even if single act of serious wrongdoing, person may have failed to heed past admonitions as to consequences of going in the way he was headed, and thus may have been 'courting trouble' by a measure of loose conduct prior to getting into serious trouble. (3) Wrong may have become public knowledge or is of such a nature that it would readily become subject of discussion in the congregation. (4) In all cases, must be sincerely repentant and have turned away from wrong course

Announcement made that person named has engaged in "conduct unbecoming a Christian" (Do not mention specific sin, to avoid possible legal difficulties)

Show what privileges will be restricted for a while

Make no mention of specific time period; this depends upon progress person makes in becoming spiritually restored

Some do not respond as readily to discipline and need more severe reproof to cause seriousness of situation to be deeply impressed on their heart

Public reproof thus has several purposes: Person reproved with severity that he "may be healthy in the faith" (Titus 1:13); all in the congregation can assist erring one, not putting temptation before him; reduces likelihood of gossip or questions as to whether committee has handled the problem or not; knowledge of the action puts other members in position to defend the congregation before critics as upholding the Bible's standard of conduct; and announced so 'that the rest may have fear,' to make each one stop and think seriously about his own conduct, to see whether he needs to make changes in his own life so as not to lose Jehovah's favor

When person progresses to point where privileges can begin to be restored, no need to announce this; members of the congregation will become aware of it

If person moves to another congregation, the judicial committee *there* supervises further caring for the matter, including gradual return of privileges

Branch office should be notified in every case where wrongdoer is publicly reproved, if person was appointed as elder, ministerial servant or pioneer; such appointments are canceled

One thus removed as a pioneer should not be recommended again for at least a year and only if he has a good recommendation from the judicial committee

Whether the case is handled with or without public announcement, the individual should understand that a repetition of sin or otherwise getting involved in serious wrongdoing could result in his being disfellowshiped

## ADMONISH THOSE "NOT OBEDIENT TO OUR WORD"

Paul instructed that certain ones should be "marked" for failing significantly in responding to apostolic exhortation and instructions

(Read and discuss 2 Thessalonians 3:14, 15 in class)

They do not act in an orderly manner, perhaps letting others in the congregation support them when they are able to work to support themselves, or idly meddling in matters not their concern

"Marking" does not indicate any public announcement; but rather that others recognize individual to be poor company and a poor example

Not associating with him intimately should make him ashamed, to motivate a change in heart and conduct

Not viewed as expelled, however, as others, particularly elders, would "continue admonishing him as a brother" (1 Thess. 5:14, 15)

## AVOID ASSOCIATION WITH DISFELLOWSHIPED PERSONS

When a person is disfellowshiped, he is cut off from the congregation; it goes further than 'stopping their association with him' as in 2 Thessalonians 3:14, 15

Heed the divine counsel to "remove the wicked man from among yourselves" (1 Cor. 5:5, 11-13; 1 Tim. 1:19, 20)

The admonition at 2 John 9-11 applies to those who unrepentantly practice immorality or other conduct resulting in disfellowshiping

These people reject the teachings of the Bible just as much as those who reject it doctrinally; hence, none should greet any who have been

CAEKAERT/MAPLEY 000599

disfellowshiped or welcome them into their homes

Blood relatives not living in same home with disfellowshiped relative should avoid contact with this one just as much as possible

If living in same home, such as with a disfellowshiped mate or child, faithful ones should cease spiritual interchange and fellowship

It is hoped that wrongdoer will be impressed with sinfulness of his course and begin to crave spiritual fellowship, inciting him to repentance

At the same time, this action upholds good reputation of the Christian congregation and protects Jehovah's people from the bad influence

Disfellowshiping a child does not prevent parents from counseling or disciplining on basis of God's Word, as necessary

Child could quietly sit in on family studies, not as approved sharer, but as a listener, hoping that this would benefit him in attaining repentance

To participate in family study, child would have to be reinstated on basis of his repentance

Faithful person may encourage his or her disfellowshiped mate to turn around and seek reinstatement

This does not mean sitting down with this mate in Bible study, but rather encouraging repentance

Family members should not listen to disfellowshiped persons if such attempt to justify themselves or influence the faithful ones to their way of thinking or acting

No. 45 – Second Thursday, 2:10

They should refuse to listen to objections to the way their cases were handled; appeals should go to the committee

## ELDERS TO SHOULDER RESPONSIBILITY

If elders are careful to get all the facts and weigh these as well as the evidence of repentance in the light of Bible principles, it should be evident in most cases what should be done

If additional advice is thought necessary, they can confer with other elders in the area

Do not be quick to write the branch office; the obligation rests upon the local judicial committee, not the branch office, to make the decision

They are on the scene and are able to get the facts, see the manifestations of repentance and otherwise get acquainted with all that is involved

It is difficult to place all vital factors before brothers in the office by correspondence

The office does not have any special instructions you do not have in the Bible and the Society's publications

Always look to Jehovah and follow carefully the instructions in his Word, so as to imitate him and his Son in clearing out what is bad, while showing mercy to the repentant

MAIN POINT: Congregations must be kept clean. Mercy can continue to be shown to wrongdoers who are truly repentant, but unrepentant ones must be put out if the congregation is to represent Jehovah properly

SOURCES: *or* 164-170, 172, 173; *ms* 420-423; *ad* 1385-1389; *w70* 351, 352

# Helping Others to Make Advancement

## THE MEANING
## OF CHRISTIAN ADVANCEMENT

Genuine advancement in the life of a Christian involves drawing closer to Jehovah, deepening our relationship with him

In doing this we more closely imitate Jesus, whose entire purpose in life was the doing of his Father's will (Heb. 10:7; John 5:30)

Such advancement involves growth in knowledge of Jehovah, in appreciation of his ways and in responsiveness to his direction

True Christian advancement will never cease; we will never come to the point where there is no more to learn about Jehovah and his ways (Rom. 11:33, 34)

Christian advancement is manifest basically in two ways: (1) By progress in conforming our conduct, speech and attitude to God's Word. (2) By taking hold of privileges of service that afford opportunities to serve Jehovah in fuller measure

## MAKING ADVANCEMENT
## IS NOT MERELY A MATTER
## OF ATTAINING TO CERTAIN POSITIONS
## IN THE ORGANIZATION

The apostle Paul urged Timothy to think in terms of advancement, but in what way? (Discuss 1 Timothy 4:11-16)

Timothy was already an elder; Paul was not writing about getting a new appointment of service or a change of assignment

Even though an elder, Timothy could make progress in more fully conforming his conduct, his speech and his attitude to God's ways (Verse 12)

He could continue to progress in his personal knowledge of God's Word and his ability to use it (Verses 13, 16)

He could also apply himself to improve in his handling of the service assignment entrusted to him by the body of older men (Verse 14)

If "advancement" were limited to attaining cer-

CAEKAERT/MAPLEY 000600

tain positions, then a housewife who could not pioneer could not advance; an elder who was presiding overseer and then was assigned to be a book study conductor might feel that he had moved backward; etc.

To the contrary, all of us need to advance and there is ample opportunity for us to do so; congregation publishers, pioneers, those who go to Bethel, and others, need to be helped to see opportunities for advancement that are open to them

In putting on the new personality there are matters in which all can progress

In what ways might one's conduct be made to conform more fully to Jehovah's requirements?

Obedience to law, Titus 3:1; honesty, even in little things, Eph. 4:28; diligence in caring for one's family responsibilities, Eph. 6:4; Titus 2:4, 5; avoiding associations and entertainment that can corrupt morals, Phil. 4:8; Matt. 5:28; putting the welfare of others ahead of one's personal convenience, 1 Cor. 10:24; Rom. 14:19, 20; Phil. 2:1-4; keeping material interests secondary to spiritual pursuits, Matt. 6:31-33; 1 Tim. 6:6-8

In what ways might one make better use of the faculty of speech?

Avoiding uncontrolled outbursts when irritated, Eph. 4:31, 32; commenting at meetings, Heb. 10:23-25; improving one's ability to answer questions about our beliefs, Col. 4:6; conversing in a manner that upbuilds, Eph. 4:29; not ridiculing, belittling others, 2 Ki. 2:23, 24; Rom. 14:3, 19; 1 Cor. 16:14

In what ways might one's personal attitude and desires become more pleasing to Jehovah?

Always relying on Jehovah, not on self, Prov. 3:5, 6; having a humble estimate of oneself, Rom. 12:3; freely forgiving the shortcomings of others, Col. 3:13; taking genuine pleasure in applying oneself to study of God's Word, Ps. 139:17; Prov. 2:3-5

There are opportunities to make the activities in which all of us share more meaningful or more productive

Attending meetings: Do we offer comments? Are our comments in our own words? Is our singing heartfelt?

Preaching the good news: Do we share regularly? Are there ways in which we could improve our presentation? Do we truly follow up on all who show interest? Are there other features of service in which we could share? Could we make better use of opportunities for informal witnessing?

Showing loving concern for others in the congregation: Are there persons who come to the Kingdom Hall and with whom we have not yet got acquainted? When others are ill, do we show personal concern? If we are able to do so, do we invite others to our home to enjoy Christian fellowship?

Prayer: Do we really keep our mind focused on what is being said when others represent the congregation in prayer? Do our own prayers show proper concern for the name and purpose of Jehovah, not only for personal problems and needs? Do we include other persons in our prayers in a personal way?

Elders can help others to make advancement in these matters by showing personal interest and giving Scriptural counsel

Matters needing attention can be brought up at meetings, or emphasized when they appear in scheduled study material

Personal help is most effective when you know the publishers well

You will discern needs, be aware of limitations, and be able to offer helpful suggestions; patience may be needed in discussing a matter over a period of time

You will realize it when the person makes special effort or shows signs of improvement, and you can thus offer commendation

Do not frustrate people by giving them too many things to work on at one time; but encourage them to work on the important things first

By setting a good example, you encourage others to imitate you in applying God's Word to their lives and sharing fully in congregation activity (1 Pet. 5:3)

## ENCOURAGE OTHERS TO REACH OUT FOR ADDED PRIVILEGES OF SERVICE

Help is needed, not only to cultivate a desire for certain privileges, but also to appreciate the need of qualifying for them

As an elder you need to know the qualifications for these service privileges in order to give proper guidance, encouragement in reaching out, and not cause frustration to brothers

Encourage those in the congregation to demonstrate fully their willingness to be used by Jehovah in whatever way he directs (Isa. 6:8)

He will not force any of us; through his organization he makes opportunities available; it is up to us to 'offer ourselves willingly' (Ps. 110:3)

Personal circumstances may limit what we can do, but sometimes these can be altered; lack of knowledge and experience can limit us, but if we apply ourselves, these can be acquired

If we seek to meet needed qualifications for privileges, Jehovah will use us—not always in the way that we personally may have in mind, but in ways that will accomplish his will and bring much satisfaction to us

Brothers in the congregation should be encouraged to make themselves available for service as an elder or as a ministerial servant by meeting the Bible's requirements (1 Tim. 3:1-10, 12, 13; Titus 1:5-9)

CAEKAERT/MAPLEY 000601

If some show good potential, it may encourage them if you discuss it with them; show them where they are doing well, where further development is needed and how to achieve it

With encouragement, many brothers and sisters, young and old, will apply for temporary pioneer service during the year
  To qualify, they must be baptized and have a reputation for good Christian conduct; they should also have made plans that will enable them to devote 100 hours to the field service, if for a full month, or 75 hours if they will be serving for two weeks
  Many elders have set a fine example by enrolling as temporary pioneers from time to time, and this has encouraged others in the congregation to do the same

Regular pioneer service should be enthusiastically advocated
  Much can be accomplished by a *truly earnest* presentation of material provided by Society for service meetings; offer personal encouragement to those who show desire to pioneer; do not put pressure on anyone, but build up appreciation and desire for it
  To enroll, one must be baptized for six months; must have participated in field service each month for past six months; must be able to devote 1,200 hours a year to field service (an average of 100 hours per month); must have reputation for fine conduct, be clean in body and spirit, being free from habits that contaminate the body or impair the mind, not given to extremes in dress and grooming; one's conduct, attire and attitude should reflect favorably on the congregation

Pioneers who are able to serve anywhere they are needed can be encouraged to reach out for special pioneer service by improving in making return visits and conducting Bible studies, also by endeavoring to develop capacity to meet special pioneer requirement of 150 hours of field service each month

Missionary service, following training at Gilead School, is open to persons who have been baptized 3 years, pioneering for past 2 years, are between 21 and 40 years of age; are single, or, if married, then married at least 2 years, with no dependent children or relatives; know English well; are in good health and willing to serve anywhere assigned
  Missionary service is, to a considerable extent, like special pioneer work, but the missionary is in a foreign land and usually has to learn a new language. The Society provides a home, food and a small monthly allowance
  Some young persons set their hearts on missionary service before they finish their secular schooling; help them to see what steps to take

in order to reach their goal and make a success of it

Circuit and district overseers are traveling elders appointed by the Society to their circuit and district positions; those who serve in this way have had much experience in positions of oversight and in the field ministry, usually having been pioneers for some time

There is a constant need for willing workers at Bethel
  To qualify, one must be baptized for a year; preference is shown for those who are pioneers; most of those invited are between the ages of 17 and 35, some up to 40; must be in good health and willing to work hard
  Single brothers are particularly desired; married couples may apply if they have been married for three years and have no family members dependent on them; single sisters too are called, but the opportunities for single sisters are usually greater in the field
  Those who apply must agree to stay at Bethel for at least 4 years; but encourage applicants to think in terms of making a career of Bethel service
  From time to time, speak in the congregation about the work that is done by the brothers at Bethel, how it contributes to the advancement of pure worship, the need for willing volunteers, etc.
  When asked by the branch office for your comments about a Bethel applicant, please be straightforward in what you say; if someone is not a hard worker, is independent or disrespectful, or is of questionable moral standing, he will not be an asset at Bethel; do not recommend anyone for Bethel simply because you think 'it would be good for him.' The question should be, Will he be good for Bethel?

Be balanced in offering encouragement to reach out for these special opportunities of service
  Encourage all who are able to do so to view them as opportunities to serve Jehovah with greater freedom from the world and to the full extent that their circumstances allow; others should rejoice with those able to lay hold of these opportunities, while they themselves serve Jehovah whole-souled in their particular circumstances
  Do not make others feel unfaithful because they are not doing the same; circumstances may differ; some may need further help to grow in knowledge, experience and appreciation

Our seeking advancement should not be motivated by personal pride, a competitive spirit, the seeking of prominence or to please men (1 Tim. 3:6; Gal. 5:26; 1:10)
  Because of desiring to bring praise to our heavenly Father, we should all ever seek to reflect his qualities in fuller measure (Matt. 5:16)
  As we come to know Jehovah better, more fully

appreciate what he has done for us and the rightness of his ways, it is only natural that we feel moved to give of ourselves more fully in doing his will

**MAIN POINT:** Elders should encourage those able to take up added privileges of service to do so,

but all of us can make advancement in conforming our lives to God's Word

SOURCES: *sg* 188-192; *or* 136-147

TEACHING SUGGESTION: Either during the lecture or at its conclusion discuss with students how persons in the congregation might be encouraged to reach out for temporary or regular pioneer service, Bethel or other opportunities of full-time ministry

No. 46 – Second Thursday, 3:00

# Handling Congregation Records and Correspondence

## CORRESPONDENCE
### WITH THE BRANCH OFFICE

Correspondence to and from each congregation is usually handled through the presiding overseer

Other elders or ministerial servants prepare reports, orders, subscriptions, remittances, etc.; the presiding overseer checks them and adds his signature

Letters written to the branch office should show full congregation name, including city, state and number, if assigned, as well as complete mailing address of presiding overseer in upper right-hand corner of letter

When replying to a letter received from the branch office include date and office desk symbols in opening paragraph

Elder and ministerial servant recommendations should be addressed to the Governing Body in care of the branch office on the form provided

Include the person's name, age, date of baptism, whether of the anointed or "other sheep," whether recommended as an elder or ministerial servant and notation as to previous appointment of service

Other correspondence is simply addressed to the branch office

All cases of disfellowshipment or disassociation should be reported in writing to the branch by the judicial committee

A letter should be submitted to the office immediately after the decision is reached, all three on the judicial committee signing the letter

Give full name of the individual, date of and reason for the action, and a brief review of the evidence

Retain carbon copy in congregation's permanent file

Additionally, a written record should be submitted to the branch about any elder, ministerial servant, regular pioneer or special pioneer whose privileges are restricted because of wrongdoing

When recommending the removal of elders or ministerial servants for any other reason, a

brief explanation should be submitted to the Governing Body

The outgoing presiding overseer should submit the "Presiding Overseer's Report on Congregation" (S-10)

This report will include presiding overseer's personal observations on spiritual condition of congregation, congregation's accomplishments during the year and apparent future needs

It should be read to all elders at a meeting early in September; send original to the branch and put carbon copy in congregation file

(Discuss S-10 with class)

Elders should review qualifications of regular pioneers (if any) each December

Submit Personal Qualifications Report (S-326) for only those who have potential for enlarging their service privileges or whose circumstances would allow them to move elsewhere to serve as regular or special pioneers

Reports are not required for pioneers whose marriage mate is not pioneering, infirm pioneers, pioneers with family obligations that would prevent them from moving, pioneers who will soon leave that service

Reports should be submitted on those who have the desire to expand their service to Bethel, Gilead or special pioneering, etc., and who are in position to do so

(Discuss S-326 form)

## MAGAZINES, OTHER LITERATURE, SUBSCRIPTIONS AND HANDBILLS

Total *distributors' copies of magazines* desired should be ordered on a Distributors' Order (M-202)

Quantities can be determined by having publishers place a standing order for a set amount for each issue

Publishers may get their study copies through the congregational arrangement

Encourage regular pickup of magazines to keep account balanced

Check that magazines received equal amount shown on label

Presiding overseer should write the branch when a discrepancy exists

Each week submit money received to brother caring for accounts

CAEKAERT/MAPLEY 000603

The quantity of *literature* to be ordered should be determined by checking the movement of the same or similar items during the previous year

Order only once a month whenever possible

Encourage all publishers and pioneers to order literature, including *Yearbooks,* through the congregation

(Review information in opening pages of *Cost List* [S-15])

When you receive shipments they should be checked for completeness

Discrepancies should be reported promptly to the branch by the presiding overseer

Each week submit money received to the brother caring for the accounts

A progressive inventory of literature is kept for the congregation

Actual-count inventory is taken September 1 each year and the special form (S-18) is sent to the branch by September 6

*Subscription slips* (M-1 and M-101) should be submitted in *duplicate* by the publishers to the brother caring for the accounts for forwarding to the branch weekly

The brother responsible should check for legibility, neatness, accurateness and completeness

The congregation name, and number if assigned, should be shown on each slip

The subscription slips, together with Remittance and Credit Request (S-20) form and covering remittance, should be given to the presiding overseer to be checked and sent to the branch

The duplicate slips, marked "COPY," are clipped together, dated as to when they were mailed to the branch and filed

*Handbills* should be ordered on the Handbill Order form (S-16)

Presiding overseer and field overseer should carefully check the order form for completeness

Special instructions under "Points to Remember" should be followed each time an order is submitted

Payment should accompany each order; use a separate form for each style of handbill

A minimum of six weeks should be allowed for printing and receipt

## CONTRIBUTIONS AND ACCOUNTS RECORDS

Contributions received at congregation meetings should be entered on the accounts records after each meeting

Contributions received at the Kingdom Hall will be collected by the brother caring for the accounts, at which time he will make out a receipt

Contributions received at the study groups will be collected at the end of each study and turned in regularly to the brother caring for the accounts, who will issue a receipt

A bank account in the name of the congregation may be opened

All checks drawn on the account should be signed by two persons designated by the body of elders

All expenditures must be approved by the presiding overseer

Magazine, literature and remaining subscription remittances should be submitted to the branch office by the 6th day of the following month

A Remittance and Credit Request form (S-20) should be used

The proper remittance should accompany the form

The brother caring for the accounts should prepare a monthly financial report, which should be read to the congregation

The form for such a report is shown in the Instructions for Congregation Accounting (S-27)

The presiding overseer should see to it that the congregation accounts are audited every three months, in September, December, March and June

Any irregularities found should be reconciled before the next audit

Financial contributions to the Society will be used for the advancement of the Kingdom work

Some brothers contribute a specific sum annually, others contribute at other periodic times (1 Cor. 16:1-4; 2 Cor. 9:7)

None should feel his contribution is too small to be sent (2 Cor. 8:12)

Funds and property can be willed to the Society

Those desiring to do this may write to the branch for details; however, the Society does not draw up wills for individuals

In some countries the Society accepts "conditional donations" from the brothers, which funds may be returned to the individual on request. Brothers may inquire for details if such an arrangement is available locally

Congregations may resolve to contribute money to Society at times if circumstances permit

The contributions received are used wisely by the Society to cover expenses of operating branches, printeries and farms, and to cover missionary, special pioneer and circuit and district expenses

Contributions are also used at times to assist needy brothers and sisters who are victims of persecution or some disaster such as a flood or an earthquake (Rom. 15:26)

Care in handling records, funds and correspondence in connection with congregational matters shows appreciation for privilege of service

MAIN POINT: Appreciate that all correspondence and congregation records should be handled with care and accuracy

SOURCES: S-10, S-15, S-20, S-27, S-326; *sg* 84-87; *or* 72, 73

CAEKAERT/MAPLEY 000604

# Accurately Teaching the Way of Truth

## WHY IT IS IMPORTANT TO TEACH THE TRUTH ACCURATELY

Changes in the thinking and the lives of people depend on their getting accurate knowledge (Col. 3:10)

Only when a person sees clearly what is required, and appreciates why it is right, will that one be moved to change his personality

Hazy ideas do not have the same effect, as they leave one in a state of uncertainty

In faithfulness to our God, we should accurately convey his words (1 Tim. 2:3, 4)

Accurately conveyed teaching provides a solid foundation for faith and stimulates to activity (Phil. 1:9-11)

Accurately conveyed teaching honors the Source of the teaching, the Grand Instructor, Jehovah (Isa. 30:20)

## "PREACH THE WORD," NOT SOMETHING ELSE

Elders have the responsibility to "preach the word," God's message (2 Tim. 4:2)

They should avoid preaching their own opinions on matters that are up to one's conscience and avoid speculating on world events and other matters, not trying to stir up others through sensationalism (1 Tim. 1:3-7; Titus 3:9; Rom. 14:3, 4, 10)

Nothing we might say is as effective in accomplishing God's will as the Bible itself (Heb. 4:12)

Be sure that any counsel you give is fully in harmony with God's Word; wrong advice (e.g., on matters of marriage and divorce, also on Christian neutrality) can lead a person into serious sin

If you are not sure, consult with other elders; check the Society's publications for Scriptural guidance

## CONVEY ACCURATE KNOWLEDGE WHEN DEALING WITH AN INDIVIDUAL

Your teaching may be accurate, but the other person may draw wrong conclusions; you cannot completely avoid this, but there are suggestions that may be of help

Early in the discussion, endeavor to find out what the other person thinks on the subject being considered (Matt. 16:13-16)

Give him opportunity to express himself; ask questions

This puts you in position to emphasize the points needing special attention (Luke 24:13-27)

Have the other person read certain scriptures and then ask him what they mean; in this way you

find out whether he really is drawing accurate conclusions

At the end of your discussion, review key points; having heard your arguments in support of them, his mind may be more receptive to them; also, repetition helps one to get details clearly in mind

## ACCURATELY TEACHING THE TRUTH FROM THE PLATFORM

Prepare well so that you really know what you are talking about

Good preparation does much to prevent one from making inaccurate statements; inaccuracy in details undermines the confidence of your hearers in what you say

Lack of clarity may result from inadequate preparation; as a result the audience may draw wrong conclusions

Teaching involves more than simply reading Bible texts; help your audience to understand them

Emphasize key portions of the texts under consideration (Rom. 10:6-10)

Make application to the argument that is being developed

Do not try to cover too much

Though you may have the points clearly in your mind, will the audience come away with accurate understanding?

Take time to use contrast to help clear out misconceptions they may have

Ask rhetorical questions to prepare their minds for important ideas; then state them

Key thoughts often need to be repeated

Enthusiasm in your delivery does much to keep audience alert, interested, so they really hear and remember good material that you present

## DRAW ATTENTION TO THE CONTEXT TO SHOW REASON FOR SCRIPTURE EXPLANATION GIVEN

Who are the "superior authorities" referred to in Romans 13:1? (See verse 6)

Does Matthew 24:7 apply only to "the conclusion of the system of things" since 1914 C.E.? (See verses 1-3, 16)

At Romans 15:1, what are the "weaknesses" that strong ones ought to bear and how? (See Romans 14:1-4, 13-15, 20, 21)

Who are "God's children" as referred to at Romans 8:16? (See verse 17, also Romans 1:7)

Where did Cain get his wife, as referred to in Genesis 4:17? (See Genesis 5:4; 3:20)

Who were the bad associates that Paul had in

CAEKAERT/MAPLEY 000605

mind when he wrote the words of 1 Corinthians 15:33? (See verses 12, 32 and 34)

At Matthew 5:48, what did Jesus mean when he said, 'You must be perfect, as your heavenly Father is perfect'? (See verses 43-47)

In the days of Jesus' earthly ministry, who was the "rich man" referred to at Luke 16:19? (See verses 14, 15)

From what are we to 'buy out the opportune time,' as stated at Ephesians 5:16? (See verse 11)

When Paul wrote, at Titus 2:14, that we are to be "zealous for fine works," to what works did he refer? (See Titus 2:1-10; 3:1)

## EXPLAIN SCRIPTURES
## BY USING OTHER BIBLE TEXTS

What is meant by Jesus' words at John 10:30 that 'he and his Father are one'? (John 17:20-23)

What is the "founding of the world" before which Jesus was foreknown, as stated at 1 Peter 1:20? (Luke 11:50, 51)

What did Jesus mean when he said, as recorded at Luke 21:33: "Heaven and earth will pass away, but my words will by no means pass away"? (Matt. 5:18; Luke 16:17)

Does 2 Peter 3:7 show that the literal earth is going to be destroyed by fire? (Ps. 104:5; 37:29; Matt. 5:5)

What is the "wild beast" referred to at Revelation 13:1, 2? (Dan. 7:1-7, 17, 23; 8:3-8, 20-22)

## EMPHASIZE
## THE KEY PORTION OF SCRIPTURES
## TO MAKE CLEAR THEIR APPLICATION
## TO THE SUBJECT UNDER DISCUSSION

Christ died on a stake, not a cross (Gal. 3:13; Acts 5:30)

It is not necessary to be "born again" in order to have God's spirit (Ex. 35:30, 31; Judg. 6:34)

The soul is the creature himself, and earthly souls are not immortal (Gen. 2:7; Ezek. 18:4)

Christ's one sacrifice was sufficient; it is not repeated in the Mass (Rom. 6:10; Heb. 9:25-28)

Christ's second presence is in spirit (John 14:19; 1 Tim. 6:15, 16)

A Christian must have no part in interfaith movements (2 Cor. 6:14-17)

Taking blood into one's body in any way violates God's laws (Gen. 9:3, 4; Acts 15:28, 29)

Christ's congregation is built upon himself, not upon Peter as the foundation (Eph. 2:20; Isa. 28:16; Matt. 21:42)

Prayers must be directed to Jehovah through Christ, not through "saints" (John 14:6, 13, 14; 1 Tim. 2:5)

Observance of a weekly sabbath day is not required of Christians (Deut. 5:15; Ex. 20:1, 2, 8; Rom. 10:4; Gal. 4:9, 10; Col. 2:16, 17)

**MAIN POINT:** To convey accurate knowledge, be sure that what you say is in full harmony with the Bible, and use appropriate means to make sure that your hearers really grasp what you say

SOURCES: *ad* 1578-1580; *sg* 49-54

TEACHING SUGGESTION: High points of material may be discussed with class for about an hour. Remaining time may be used for a number of three- to five-minute scenes with brother explaining on return visit one of concluding doctrinal points. Select teachings for discussion that particularly apply in your area, assigning material to students in advance. Use scriptures shown. Students should not spend much time on preparation, but consider it like any return visit where one is prepared to talk a few minutes on a subject of interest to householder

No. 48 – Second Friday, 9:10

# Safeguarding the Cleanness of the Congregation, Part 2

## DISFELLOWSHIPING THOSE
## WHO ARE UNREPENTANT

Persons who commit serious sins and are unrepentant must be disfellowshiped

Elders must show respect for Jehovah's standards of righteousness and holiness; also protect congregation from willful sinners (1 Cor. 5:9-13)

Care should be exercised by judicial committee in accepting profession of "repentance" where evasive lying, deceit or collusion had been involved

If decision is to disfellowship, judicial committee should draw up announcement for reading to congregation. To avoid legal difficulties, do not state specifically in the announcement why person was disfellowshiped. Simply state that he or she was disfellowshiped for "conduct unbecoming a Christian." It is a protection to the congregation not to give anything in writing to disfellowshiped person

If baptized person joins a secular organization the entire purpose of which is opposed to the Scriptures, he thereby repudiates the congregation and disassociates himself from it (Matt. 4:8, 9; John 6:15; Isa. 2:2-4)

If investigation of elders proves that he has done this of his own accord, then an announcement

CAEKAERT/MAPLEY 000606

is made to the congregation so that all will know the decision he has made, announcing that the person named, "by his course of conduct, has disassociated himself from the congregation of Jehovah's people"

The judicial committee should notify the branch office in each case, whether the individual was disfellowshiped or disassociated himself

  Each member of the judicial committee should sign letter, which should give the date of the action (or date of recognition of disassociation), the ground and a brief review of the evidence for it

  Disfellowshiped or disassociated one may attend meetings open to the public if he conducts himself properly; he may not attend meetings held in a private home (2 John 10)

  He should not try to speak to others in attendance, just as they will not greet or talk to him

  Territory will not be assigned, neither will field reports be accepted from him, as he is not sponsored by the congregation in any preaching he might do. Copies of the Society's publications may be obtained for personal use

  If elders learn of recent wrongdoing on part of a baptized one who has not associated for some time, they should do what they can to clear the name of the congregation and to keep it in right standing with God

## NONBAPTIZED ASSOCIATES WHO ARE WRONGDOERS

Unbaptized ones who have been regularly associating and who become involved in serious wrongdoing should be dealt with in a way similar to that in the case of those who are baptized

  They may not fully understand the Bible's standards, and kind counsel and assistance may help them to adjust their lives

  If they are unrepentant, the congregation should be advised that their conduct is "unbecoming a Christian"; but since they are not members of the congregation, they are not formally expelled from it

  Nevertheless, elders recommend that none in congregation associate with such a one, in line with 1 Corinthians 15:33. Service reports not accepted; but he can attend meetings if he behaves himself

  Association can be accorded him again when he gives up the practice of wrongdoing and shows he wants to live by Bible principles. This may take several months or longer, depending on the circumstances

## DEALING WITH MINOR CHILDREN

If a young person gets baptized, thereby becoming a member of the congregation, it shows he wishes to be an obedient disciple of Christ

  While a minor, he is still subject to his parents, but now he also comes under the headship of Christ, Head of congregation, and if guilty of gross disobedience, would have to answer to the elders who have responsibility to deal with such conduct on the part of any members. Being a minor would not shield him from congregational reproof

Parents are responsible to care for minor trespasses on the part of all their children, without trying to shift load upon elders (Eph. 6:4; Col. 3:20; Heb. 12:9)

  If baptized minor makes a practice of wrongdoing, or does something of a serious nature that might lead to disfellowshiping, or that brings congregation into a bad light, this should be brought to the attention of the elders

  Judicial committee will then meet with baptized minor; it is advisable for parents to be present to hear what is said

  Primary objective of elders, as with any who commit serious sins, is to "gain" the young brother or sister. In doing so, seek cooperation of parents, in harmonious coordination of authority

  As necessary, discipline is administered: May require public reproof, depending upon gravity, extent congregation is affected or sin is known; if, even despite loving but firm help given, unrepentant baptized child persists in wrong course, he should be disfellowshiped

  In handling situations involving unbaptized minors who regularly associate with congregation, elders will follow same principles and procedure as with baptized minors

  No formal disfellowshiping where unbaptized minor is unrepentant, but congregation should be advised of the situation by announcement, enabling the congregation to safeguard itself against harm

Parents have obligation to cooperate fully with elders in caring for spiritual purity of congregation, placing the spiritual interests and safety of congregation above family relationships, not covering up or excusing flagrant sinning on part of their children

## HANDLING CASES INVOLVING MARRIED COUPLES

Unless serious wrongdoing, elders should be careful not to intervene unnecessarily in marital affairs; can help where asked to do so

If serious wrongdoing comes to light, the judicial committee could counsel, reprove or disfellowship either mate as necessary

  If wife is wrongdoer, they seek to coordinate their oversight with baptized husband's exercise of headship over wife

  If husband is offender, admonition and correction will be given by judicial committee, in view of wife's subordinate position

  Restrictions on either mate would be governed by same factors as when any others are counseled or reproved by committee

CAEKAERT/MAPLEY 000607

## REINSTATING REPENTANT DISFELLOWSHIPED PERSONS

If elder is approached by disfellowshiped one, elder may give general comments on what person needs to do to be reinstated

This would not mean a review of his case, as this must be done by the current judicial committee; elder should direct disfellowshiped one to committee for help toward reinstatement

Genuine repentance and turning away from wrong course are the chief determining factors in deciding when a person may be reinstated, not the specific act committed nor merely the time elapsed

It may be several months, a year or even years after disfellowshiping before reinstatement is possible

A precedent is established by Paul's instructions to the congregation in Corinth in handling the case of a serious wrongdoer there. (Discuss 1 Corinthians 5:1-5, 9-13 and 2 Corinthians 2:6-8. Second letter likely written only few months after first one)

Judicial committee should exercise special care to see that one is truly repentant if lying, deceit or conspiracy was previously manifest by individual

If committee decides that person can be reinstated, an announcement is prepared for the congregation; branch office is advised

As in Corinth, all in the congregation should "kindly forgive" and "comfort" repentant one. Since he is not spiritually strong, he will need help as he also applies self to grow spiritually

Privileges will be restored gradually

In time, committee may decide he can comment in meetings and still later do more as he makes spiritual progress. A year or even more may pass before he is called on to share in parts on the meetings or otherwise serve in representative capacity, possibly even offering prayer

Must be "free from accusation" and "irreprehensible" before recommended for appointment as ministerial servant or elder. (1 Tim. 3:2, 7, 10; Titus 1:6, 7) Must 'live down' reproach and build up convincing record of righteousness. May take five, ten or fifteen years, depending upon gravity of wrongdoing. Some may never do so sufficiently in their lifetimes

If disfellowshiped person moves, announcement should be made of his disfellowshiped status at new congregation where he attends

Any plea for reinstatement could be made to judicial committee of congregation where he now attends meetings; they consider evidence of repentance and right conduct and write recommendation to the judicial committee that first took the action

The decision as to reinstatement would be made by the now-existing committee of the congregation where the disfellowshiping took place

## APPEALING DECISIONS OF A JUDICIAL COMMITTEE

An appeal can be made to local body of elders for a rehearing of one's case, if one believes an error in judgment was made

A new judicial committee can be made up of different elders from same congregation or from neighboring congregations, if necessary

It is recommended that the presiding overseer write the branch office and have the office recommend elders who can help in hearing the appeal

All previous evidence should be reheard, along with any new evidence

Wherever possible, members of the judicial committee who previously heard the case should be present. They can point out any discrepancies they observe and testify as necessary

Appeal committee may wish to question the first committee on reasons for reaching conclusion they did

The testimony of all witnesses who have pertinent testimony and any written records should be considered

Decision of appeal committee is final, whether they affirm or reverse the former decision

If disfellowshiping is upheld, appeal committee does not determine when offender is reinstated but that responsibility belongs with committee of congregation where offender was a member

## RESPONSIBILITY OF ALL ELDERS A WEIGHTY ONE

Not just elders on judicial committee but all elders are responsible to shepherd flock, teaching, reproving, reprimanding and exhorting as necessary (Titus 1:9-14; 2 Tim. 1:7; 4:1-5)

Great care should be exercised in order to avoid partiality, never letting fleshly relationships or personal friendships cause favoritism or bias in judgment (Deut. 1:17; 1 Pet. 1:17)

If an elder is personally involved in a case, perhaps needed to serve as a witness or related to a wrongdoer, it may be advisable for him to step down from judicial committee and let another elder take his place to avoid any appearance of partiality

Seek to imitate Jehovah and his Son in showing mercy, dealing "moderately with the ignorant and erring ones," as the high priest of Israel was instructed to do (Heb. 5:2; Matt. 5:7)

Seek to "gain" erring ones, "instructing with mildness those not favorably disposed," or who show wrong thinking or understanding for a time (2 Tim. 2:23-26)

Paul did not prefer to act with severity (2 Cor. 13:10)

Elders must never be disloyal to God or show disrespect for his holiness, nor manifest lack of love for brothers they serve by allowing wrongdoers to go uncorrected or unreproved; cannot tolerate corrupting influences (Compare 1 Samuel 2:12-17, 27-30; Malachi 2:8, 9; Jude 3, 4)

Elders can request assistance and counsel from fellow elders in a neighboring congregation. This can be done without first corresponding with the branch office

Ministerial servants do not handle judicial matters

## EACH ONE'S PART
### IN SAFEGUARDING THE CLEANNESS OF THE CONGREGATION

All in congregation have responsibility to help keep congregation clean. (2 Cor. 7:1) This is done by: One's own personal conduct; resisting temptation; refusing to feed mind on wrong ideas; by parents' properly training and discipling their children; younger persons' being obedient to parents and refusing to imitate world and its ways; and by properly teaching interested ones Bible's high moral standards

If one witnesses serious wrongdoing, or comes to know of it, loyalty to God and his Son will motivate him to bring it to attention of judicial committee. (Discuss Deuteronomy 13:6-8; Leviticus 5:1; Proverbs 29:24) We do not help wrongdoer by concealing his wrongdoing

Decisions of judicial committee should be respected and upheld by all in congregation. Living by Jehovah's requirements now is preparation for life in God's new system. Learning and impressing God's righteous precepts on mind and heart will help us go the right way and avoid great sorrow, leading to God's blessing and everlasting life

**MAIN POINT:** All have a responsibility to keep the congregation clean, in order to have Jehovah's continued favor and blessing

SOURCE: *or* 170-182

No. 49 — Second Friday, 10:40

# How to Aid Those with Marital Problems

## RESPONSIBILITY OF ELDERS TO HELP THOSE WITH MARITAL PROBLEMS

First-century elders helped persons with marital problems; under inspiration they provided counsel that elders today can use to help Christian couples (Eph. 5:21-33; 1 Pet. 3:1-7)

The goal of elders is to help couples apply God's counsel so that they 'stick together,' and enjoy the happiness God purposed for marriage to bring (Matt. 19:4-6)

It is not the business of elders to butt into others' private marital affairs. However, when couples desire help, elders should be willing to provide it

## WHAT ELDERS CAN DO TO HELP COUPLES RESOLVE MARITAL PROBLEMS

Whenever possible, talk with couple together about their problems, rather than listening to only one side

It is not your place to set rules, but simply show the Scriptural principles involved and how these can be applied

Be patient; remember that problems often are old and wounds deep, so the healing process may be slow

Try to help couple to look above their problems to see that marriage is Jehovah's provision, and that his name and reputation are connected with it (Gen. 2:18-24)

Marriage is an arrangement instituted by God; he blessed the union of the first human pair, and assigned them activities that would bring them happiness if they faithfully carried them out (Gen. 1:28)

Satan and his wicked system try to downgrade marriage; Christian husbands and wives can bring honor to Jehovah's name by handling matters in His way, on the basis of love

Help them to realize that marital problems are due to failure to apply the counsel of God's Word; this may reflect failure to have regular Scriptural discussion or family study (Prov. 3:1-6)

Help them to appreciate value of such regular discussion or family study; perhaps you can invite them to join your family study a time or two to build appreciation for the arrangement

If there is screaming, lack of forgiveness, repaying of evil for evil, this is all due to failure to put on the new personality, which results from accurate knowledge of God's Word (Col. 3:7-10)

If they start to make strong accusations and counteraccusations and to raise their voices, ask that they direct their comments to you

Point out that one of their basic problems evidently is inability to communicate. What is the reason?

One problem is that they need to learn to cultivate the fruits of God's spirit, including kindness, mildness and self-control. God gladly gives his spirit to those who ask for it (Luke 11:9, 10, 13); so they need to learn to pray for Jehovah's help before they speak (Jas. 1:5)

CAEKAERT/MAPLEY 000609

The ability to discuss matters in an upbuilding manner will also be aided by their learning to be forgiving (Luke 17:4; Eph. 4:31, 32)

Use the Bible to remind the husband he is "head of his wife" and 'ought to be loving her as himself,' and try to help him see how he can improve in doing this (Eph. 5:23, 28, 29)

As head of his wife, does he really shoulder the responsibility of headship?

Does he show love for his wife by taking into consideration her feelings and desires in his decisions? Or does he think primarily of his own pleasure, be it in sex relations, how they spend their leisure time, where they go for vacation, or other matters?

Make clear that 'loving one's wife as oneself' means to think of her happiness and well-being just as much as his own

In dealing with marital problems elder should show recognition of his headship

Use the Bible to remind the wife that she should "be in subjection" and "have deep respect for her husband," and try to help her see how she can apply this counsel more fully (Eph. 5:22, 23, 33)

She can show subjection by wholeheartedly cooperating with her husband's headship, working with him to make his plans for the family a success

Even where she feels that her husband is not doing his part, she can find pleasure in performing her wifely responsibilities in a way that honors Jehovah (Compare 1 Peter 2:18; 3:1, 2)

After discussing the problem at hand, ask them individually what they really believe can be done to improve their marital relationship; ask what Bible counsel they feel that they need to work harder to apply in their marriage, also what contribution they individually could make to improve the situation

## PERSONAL DECISIONS NEED TO BE MADE ON CERTAIN MATTERS

Husbands and wives must personally decide and bear responsibility for the outcome of certain matters in their lives; elders should make clear that they cannot tell them what to do (Gal. 6:5)

Use of contraceptives is one of these; could point out what has been said in the Society's publications, but then leave the decision up to them

They must also decide whether to go through with an operation that, while it does not have sterilization as its objective, may result in sterilization

When questions are raised about the propriety of certain things that the husband and wife may do in sex play, encourage loving consideration for the health and happiness of the other person; of course, oral and anal copulation are gross perversions of what is "nat-ural" in view of how their bodies are made (Rom. 1:26, 27; 1 Cor. 13:5)

In the matter of sex relations during the woman's menstrual period, due consideration should be given to what is stated in the Mosaic law, even though Christians are not under the Law (Lev. 20:18)

Parents of minor children who run away, lie about their age and then get married, have a personal decision to make

The parents can have the marriage annulled, in which case the judicial committee will handle the matter as fornication and lying on the part of the children

Or the parents can decide to let the marriage stand if law allows for marriage of persons so young, in which case the judicial committee will deal with the children's gross disrespect of parental authority and lying about their age

Should a member of the congregation forgive an adulterous mate? That is a decision that the individual must make; no one else can make the decision

If an innocent mate continues to live with a mate who practices adultery, even though disfellowshiped, for the sake of his (or her) own sexual satisfaction or, in the case of a wife, in order to have needed support for herself and the children, it is a personal matter; of course, as a Christian she cannot approve the immoral conduct of the wrongdoer

## PROBLEMS THAT ARISE WHEN COUPLES CHOOSE DIVORCE

They may not be free to remarry; God's Word specifies only grounds for divorce (Matt. 19:9)

If a couple continues to have sex relations after the innocent one learns of the other mate's sexual unfaithfulness, it is an extending of forgiveness; a divorce cannot be obtained after that on the grounds of that "fornication"

Until final decree is issued by the divorce court, even where based on Scriptural grounds, the man and woman are still married and so should not seek close association of other persons of opposite sex

Persons who divorce on grounds other than "fornication" in the Bible sense are often put in circumstances in which there are powerful temptations to engage in sexual immorality (Matt. 5:32)

Once a couple is so divorced they should not have sex relations with each other, for this would constitute fornication under Caesar's law and would not be 'honoring the marriage bed'; congregational action may be taken against them if they do this (Heb. 13:4)

Also, for either divorced mate to marry someone else would be adultery, because in God's sight their marriage is not dissolved. They could, however, remarry each other if both are

CAEKAERT/MAPLEY 000610

Scripturally and legally free (thus showing respect for Caesar's laws)

Divorce creates problems for any children of the couple; it leaves them without the guidance of either a full-time father or mother, and it sets a bad example that may hinder them from accepting the truth

## ELDERS CAN AID UNMARRIED PERSONS AND THOSE WHO HAVE MARRIAGE IN MIND

Elders should be helpful to those who have marriage in mind, especially if such ones ask for advice

A couple considering marriage should be shown the importance of keeping morally clean, avoiding circumstances that could lead to loose conduct or committing fornication (1 Thess. 4:3-8)

Premarital misconduct is often the cause of marital problems later, and a bad conscience

When couples inform others of an agreement to marry, their word should stand. One-sidedly breaking an engagement without valid cause brings loss of privileges, including pioneering (Matt. 5:37)

The counsel to marry "only in the Lord" should be emphasized if a Christian is contemplating marriage (1 Cor. 7:39)

Can Jehovah's blessing be expected on a marriage when a dedicated servant ignores this counsel of God? Is it living in harmony with God's command, "Do not become unevenly yoked with unbelievers"? (2 Cor. 6:14)

Is a marriage to an unbeliever worth throwing away one's life for? God's Word warns that this is a likely consequence (Deut. 7:3, 4)

— An incestuous marriage is grossly improper, not only according to the principle of the Mosaic law, but according to the law of practically all lands (Lev. 18:6)

Governmental laws on marriage of cousins vary, so Christians will comply with such laws that apply where they live (Rom. 13:1)

No. 50 – Second Friday, 2:10

At times elders can observe by the dress, speech, attitude or conduct of unmarried persons that they should properly be given assistance, even though they may not ask for it

An unmarried couple keeping close company may be warned about the danger of loose conduct, fondling each other's sex organs, noting that this is a Scriptural ground for disfellowshiping (Gal. 5:19, 21)

Also, occasion may arise when young people need to be helped to see that masturbation engaged in with another person of the same sex is a form of homosexuality, and can lead to disfellowshiping

Masturbation of oneself is also unclean, and young persons may need counsel to appreciate how God views the matter

## PATIENTLY HELP MARRIED COUPLES TO MAINTAIN BALANCE

To make their marriage a success, married persons must be balanced, caring for marital responsibilities while also giving due attention to other duties in serving God

A married minister cannot devote himself to an unlimited extent to marriage, home, and family (1 Cor. 7:29-31)

However, a married minister should give first consideration to the spiritual interests of his own household (1 Tim. 5:8)

In handling all cases dealing with marital problems, supplicate Jehovah for his spirit; show patience and consideration, and encourage close adherence to Scriptural guidelines for greatest happiness and Jehovah's blessing

**MAIN POINT:** In aiding those who have marital problems, elders should direct attention to the counsel of God's Word, not making decisions for others that are their personal responsibility

SOURCES: *tr* 178-180; *ad* 519, 1041, 1042; *w69* 765-768; *w72* 575, 576

# Resurrection Magnifies God's Power and Love

## WHAT THE RESURRECTION IS

"Resurrection" means a raising up, and is understood in the Scriptures as applying to raising persons who have died

It does not require the reproducing of the identical bodies

The soul (the person) is what is resurrected; the body at death decays and goes back to the dust (Ps. 16:9, 10)

Resurrected ones will be recognized and identified by their life pattern or way of life, not necessarily by identical bodies

God has the individual's life pattern in his memory, and in the resurrection will implant it in a body that he provides

## WHY GOD MADE PROVISION FOR THE RESURRECTION

The resurrection was not part of God's original purpose for man, since man, if obedient, would have lived forever (Gen. 2:17)

Death was introduced through the transgression of Adam (Rom. 5:12)

Jehovah lovingly made provision by means of the resurrection to overcome the sting of death

CAEKAERT/MAPLEY 000611

in the case of Adam's offspring desiring to be obedient (1 Cor. 15:55-57)

Jehovah could have let Adam and Eve die childless, and so avoided what shortsighted, faithless men have described as untold ages of suffering and pain

But the race of men that started with Adam and its grand potential was close to the Creator's heart; so, out of love, he purposed to provide the way out for multitudes from sin's deathly effects (John 3:16; Rom. 8:20, 21)

Jehovah's power to provide a resurrection enables him to let Satan go even to the point of killing some faithful servants in a vain attempt to support his false accusations (Matt. 24:9; Rev. 2:10; 6:11)

The willingness of Jehovah's servants to give up life itself in God's service proves their service is not for selfish considerations but for love; it also proves their faith in God's almighty power and in his love toward them

Jesus' example of faith (Matt. 16:21; Heb. 12:2)

Since the resurrection can undo all the damage resulting from Adam's transgression and the sufferings brought about by Satan and his wicked seed, the resurrection is essential for God's purpose toward the earth to be realized and for humans to be truly happy (Gen. 1:28; 1 Cor. 15:19)

## SURETY OF THE RESURRECTION HOPE

We can have confidence in God's ability to keep the life pattern of people in his memory and bring them back to life

Even men, with imperfect mental powers, can preserve on a phonograph record or a magnetic tape the speech and singing of a person; they can preserve and reconstruct visible and audible scenes by means of videotape

Jehovah's ability in keeping records is far greater

He calls all the countless stars by name (Ps. 147:4)

Because of his perfect memory of life patterns, Jehovah could count faithful men like Abraham, Isaac and Jacob as being alive (Luke 20:37, 38)

Jehovah's great power demonstrates that the resurrection is not too difficult for him

Jehovah's power sustains the entire material universe; hence that power is enough to restore individuals to life (Ps. 148:3-6)

Resurrection is no more difficult for the Creator to bring about than the creation of man originally

Jehovah miraculously restored the reproductive powers of Abraham and Sarah, which was comparable to a resurrection and made it possible for Abraham's family line to continue through Sarah (Heb. 11:11, 12)

Resurrections that occurred in the past and were confirmed by reliable witnesses add weight to the reliability of the resurrection hope (1 Ki.

17:21-23; 2 Ki. 4:32-37; Mark 5:35, 41-43; Luke 7:11-17; John 11:43-45; Acts 9:36-42; 20:7-12)

The resurrection of Jesus Christ furnishes a guarantee that there will be a resurrection for both the righteous and the unrighteous (Acts 17:31; 24:15)

Jesus became "firstfruits" from the dead and his anointed followers become 'certain firstfruits of God's creatures' (1 Cor. 15:20; Jas. 1:18)

Jehovah's blessing, as represented by the firstfruits of Israel's literal crops, guaranteed a bountiful harvest to follow; likewise the resurrection of Christ and his anointed followers guarantees a bountiful harvest of persons yet to be raised from the dead

Jesus' resurrection was historically confirmed by many witnesses and it is therefore unreasonable to reject it (1 Cor. 15:3-8)

## RESURRECTION
## BY JEHOVAH'S CHOSEN AGENT

Jehovah God, in rewarding his Son for faithfulness to death, granted him all authority in heaven and on earth, including authority over those in mankind's common grave (Matt. 28:18; John 5:21-23; Phil. 2:9-11)

During his earthly ministry Jesus could therefore refer to himself as "the resurrection and the life" (John 11:25)

He promised to raise to life his own joint heirs of the heavenly kingdom (John 6:39; 14:2, 3; 1 Thess. 4:15, 16)

As God's chosen agent he could promise the time when all those brought out of the grave and who obediently heard his "voice" or teaching would get everlasting life (John 5:28, 29)

As God's chosen agent he also held forth to evildoer the hope of resurrection to an earth restored to paradisaic conditions (Luke 23:40-43)

## WHAT RESURRECTION MEANS
## FOR THE DEAD

Those restored to life in time of Hebrew prophets and in time of Jesus' earthly ministry and of his apostles had their life extended temporarily

They died again because ransom benefits were either not available or were not being applied to release them permanently from inheritance of death

A resurrection with the prospect of everlasting life in view is "better" (Heb. 11:35)

Resurrection of Jesus Christ and his anointed followers is a resurrection to immortal, incorruptible spirit life (1 Cor. 15:42-54)

Earthly resurrection opens up opportunity for those raised to gain everlasting life in human perfection

Persons will be judged as to how they adhere to the "scrolls" setting forth God's requirements for those living on earth then (Rev. 20:11, 12)

CAEKAERT/MAPLEY 000612

Basis for granting or denying everlasting life to resurrected ones will not be acts of their past life; their imperfection had already condemned them to death and their death was the wages paid for this (Rom. 6:7, 23)

Obedience will result in everlasting life for them as tried, tested subjects of God's kingdom under Christ; for obedient ones their resurrection will thus prove to be "resurrection of life" (John 5:29)

Any resurrected ones who fail to meet those just requirements will die again, a second death from which there can be no resurrection; this "second death" corresponds with the outcome to those whose resurrection proves to be "of judgment" (Rev. 20:14, 15; John 5:29)

Viewpoint of John 5:28, 29 is different from Paul's words at Acts 24:15 about the resurrection of "the righteous and the unrighteous"

Acts 24:15 refers to those who are righteous or unrighteous before their death and resurrection under Christ's Kingdom rule

John 5:28, 29 speaks of condition as viewed at end of judgment period after resurrected ones have had opportunity under Kingdom rule to obey or disobey God's commandments

No willful sinners against God, such as Adam, Eve and Judas, nor any others who have sinned against his holy spirit, will be resurrected (Matt. 12:32; John 17:12)

Aside from those mentioned in God's Word as not coming back, there is no point in speculating as to whether certain notoriously wicked people in past or modern times will be resurrected or not

Jehovah God, not humans, knows whether people have sinned against his spirit

Rather than speculating, we should take to heart the warning examples of those who will not be resurrected and do our utmost to remain faithful to Jehovah

It is good to remember that the earthly resurrection sets before people the prospect of everlasting life

We can be sure that God's gifts, including the resurrection, will wholly satisfy all our desires and needs, for his gifts are perfect (Jas. 1:17)

Some may feel that they would not be happy if they could not live together with former marriage mates (Luke 20:34, 35)

They should keep in mind, however, that the thing of supreme importance and the source of greatest joy is life as a devoted servant of Jehovah

It is really an undeserved kindness that resurrection does not hold forth the prospect of restoring family relationships to the identical state that existed at the time of a person's death

Such a thing would create problems for people who remarried after the death of their mates

Even now it could work hardship on people who might consequently try to remain single in order to be reunited with former marriage mates (1 Cor. 7:8, 9)

God does not tell us where or with whom resurrected ones will live, but we can have confidence that the arrangements will result in genuine happiness for his people (Prov. 10:22)

## HOW FAITH IN THE RESURRECTION AFFECTS US

We do not sorrow in the way that the world does over the death of loved ones, knowing that they will be resurrected (1 Thess. 4:13, 14)

We are in position to comfort others (2 Cor. 1:3, 4)

We are stirred to share our hope with others so that they might bring their life into harmony with the Scriptures and entertain the prospect of welcoming back the dead and of being used by the Lord Jesus Christ in educating resurrected ones

The resurrection hope can make us firm, unbreakable in our love for God, able to conquer the world and its god (Rev. 12:11)

The resurrection hope gives us the strength to face death, if necessary, in order to maintain integrity (Matt. 10:28; Rev. 2:10)

The resurrection hope prevents us from making the pursuit of pleasure the main goal in life (1 Cor. 15:32)

MAIN POINT: The resurrection hope should enhance our appreciation for Jehovah's boundless love, wisdom and power. This hope should strengthen us to continue serving Jehovah faithfully regardless of the circumstances we might face

SOURCES: *ms* 424-429; *tr* 107-111; *ad* 1393-1400; *im* 345-359

TEACHING SUGGESTION: Lecture

CAEKAERT/MAPLEY 000613

# Legal Rights and Difficult Times

## RECOGNIZING THE SUPERIORITY OF JEHOVAH AS LAWGIVER AND JUDGE

As the Creator, Jehovah has the supreme right to make laws and require obedience to these; his laws are always right (Ps. 19:7-9)

All mankind are accountable to the Creator
He judges humans on the basis of their response to the preaching of the "good news," which is a loving provision to bring them into harmony with him as their Creator (2 Thess. 1:8)
Before Jehovah even the rulers and judges of the nations are called to account (Ps. 2:10-12)
Those who do the will of God have no reason to fear man (Ps. 118:6)

The Christian's obligation toward God always takes first place
Christians are obligated before God to obey secular laws that are not in conflict with Jehovah's law; but when laws of men command that they do what God has forbidden, or that they refrain from doing what God has commanded, Christians rightly put God's law first (Acts 4:19, 20; 5:29-32)
As to the law of God, the English jurist Blackstone acknowledged:

It "is, of course, superior in obligation to any other. It is binding over all the globe, in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force and all their authority, mediately or immediately, from this original." (*Blackstone's Commentaries on the Laws of England*, 1938, pp. 5, 6)

## AVAILING OURSELVES OF RIGHTS UNDER SECULAR LAW

It is proper to take steps to defend and legally establish our right to preach the "good news," as Paul did (Phil. 1:7)

Rights that one may have as a citizen may be claimed in the interest of furthering the Christian ministry (Acts 16:37, 38; 22:25-28)

## WHEN MAN'S LAWS AFFECT OUR FREEDOM TO MAKE KNOWN THE GOOD NEWS

Authorities may demand that we register or obtain a permit or a license to do our door-to-door work
No objection to cooperating with police by registering with them, if requested, so they know who is calling at homes in the community, but it should not be necessary for a witness of Jehovah to apply for a permit to preach
The Supreme Court of the United States has held that laws requiring such a permit are invalid and unconstitutional

If authorities request that we obtain a permit, we will agree *only if no fee is involved;* we do not purchase a license for preaching
Dedicated witnesses already have divine authority to preach (Acts 13:47)

Some courts have claimed that our placing of literature from door to door is commercial
Our objective is in no way commercial; the United States Supreme Court ruled that this is not a commercial work but is "missionary evangelizing"

What if judicial courts of the land find us guilty and impose fines for preaching?
We do not pay fines for preaching as Jehovah commanded
If a fine is imposed, we may appeal; if appeal is lost, we take a jail sentence or confiscation of some of our property instead of paying a fine; thus officials are forced to show clearly their position as to persecution of God's servants, and a further witness is given in vindication of Jehovah as Lawgiver
The apostles were imprisoned for preaching, and Paul when held for trial refused to buy his way free by giving money to governors; he appealed only for a change of venue

Do we have a right to enter trailer courts, apartment houses that have doormen to keep people out, hotels, motels, military establishments, college dormitories, company towns, etc.?
Take a positive approach; if access is not difficult, you may want to start right to work; in some cases you may want to speak first to the one in charge, explaining your work
If admittance is refused, it may be better to use discretion and not cause a disturbance by persistence
If accosted, calmly explain the work being done; if you are asked to leave, it is better to do so and try again later, rather than making a court issue
We have plenty of people to whom to preach; it is better to keep doing this than to tie up our time in court cases
Attempt to get names of interested ones so they can be followed up

What should be done when we encounter a sign saying "No Soliciting" or "No Trespassing"?
These signs do not reasonably apply to us; we are ministers of God; we do not solicit funds, nor are we there to trespass
If such a sign is enforced and you are prevented from entering or ordered to leave, the restricting persons must accept the responsibility
They have authorized persons to keep others from calling at their doors, thus they are responsible for their actions

CAEKAERT/MAPLEY 000614

## HOW TO CONDUCT YOURSELF WHEN STOPPED BY POLICE OR ARRESTED FOR PREACHING

Maintain calmness and mildness; there is no need to be belligerent (Prov. 29:11; 15:1)

Identify yourself; explain the preaching work that you are doing; show that you are not disobeying the law of the land

  If in the United States, advise them that your right to do this work in the manner that you are is upheld by the Supreme Court of the United States

  It would be good at such time to use the booklet *Defending and Legally Establishing the Good News*

You can agree to go with the officer to see his superior officer and then cover all of the foregoing points in explanation to him, if necessary

If arrested, request to be released on your own recognizance

  If not released, ask to contact friends

  Someone in the congregation who owns property can no doubt arrange for your release until the trial

  Request a receipt for any personal property confiscated by police

  Obtain a copy of the complaint and of the law that you are charged with violating

Write out a complete report on what happened and send this to the branch office

  Send along with it a copy of the ordinance alleged to have been violated; if they do not have an extra copy, request permission to copy it

  Submit the names and addresses of the Chief of Police and City Attorney

  · Send all this to the branch office of your country, but do not involve the Society in the case without prior approval

False arrest is no reason to be unduly perturbed (2 Tim. 3:12)

  Christians have frequently been arrested for preaching the good news (Acts 4:1-3; Rev. 2:10)

  When a person suffers because he will not compromise but continues to do the will of God, this is well pleasing to Jehovah (1 Pet. 2:19)

  Being imprisoned can work for the furtherance of the good news (Acts 16:19-34; Phil. 1:12-14)

  Jehovah continues to strengthen and uphold his servants when they come under persecution (2 Tim. 4:16, 17)

## PROCEDURE IN COURT

Proper to honor the judge by rising when he enters, also to use secular titles showing respect (Gen. 42:6; Acts 26:2, 3, 25)

  This is unlike the adulation demanded by some men who want to be worshiped as a god (Acts 12:21-23)

Expressions such as "Let the king live to time indefinite" are not wrong (1 Ki. 1:31; Neh. 2:3)

Regardless of false accusations, do not resort to reviling or threatening (1 Pet. 2:23)

  Treat accusers with kindness and pray that they may see the truth (Matt. 5:44)

Remain firm, fearless as befits those entrusted with the "good news" (Phil. 1:27-29)

  Keep in mind that your being in court is "for a witness"; therefore, seek to give a witness concerning Jehovah and his kingdom by Christ (Matt. 10:18; Luke 21:12, 13)

  Be bold, keeping in mind that you speak as an ambassador or as an envoy of Christ (Eph. 6:18-20)

  Hold to your legal rights as did Peter and John, recognizing Jehovah as Supreme Lawgiver (Acts 4:18-21; 5:27-29)

Where advantageous, an appeal may be made to a higher court

  The apostle Paul appealed to Caesar, although not for reversal of any sentence against him (Acts 25:11, 12)

  The decision as to whether to appeal should be based on circumstances

    Is a favorable decision likely on appeal?

    Bear in mind that the courts of the land are composed of imperfect men and you will encounter obstacles, perhaps false witnesses, loss of time and additional personal expense

## OVERSEERS TO HELP THE BROTHERS IN DIFFICULT TIMES

A natural disaster may occur, causing isolation or loss of property; the elders should endeavor to keep the congregation supplied with spiritual food

  Attempt to communicate with the branch office

  Seek to arrange necessary physical and spiritual assistance according to the needs of the brothers; take initiative to do what you can locally

In case of opposition to the work, as with a ban, the elders continue to fulfill responsibilities under direction of the holy spirit

  Keep spiritual food available, sharing literature for study

    If new publications are unobtainable, use older literature and restudy

    All should be encouraged to use spiritual food available and continue to grow spiritually (Col. 1:9-11)

  May arrange for private meetings in different places each week

    These private meetings could be held in homes with the table set as for a meal

    Larger groups can assemble in the woods, at beaches, in isolated places, as for a picnic, while discussing Scriptural truths

    Always impress on congregation that association strengthens but that isolation makes one an easy prey for the enemy

CAEKAERT/MAPLEY 000615

(Ask class for suggestions as to how to cope with problems in caring for spiritual needs of congregation when under ban)

Encourage witnessing to continue, preaching in any way possible

With discretion, probably can call at homes in continued effort to locate "sheep"

Continue to gather in "sheep" but be cautious in inviting new ones to associate

Better to hold a Bible study for some time to let them prove themselves, thus avoiding infiltration of spies or enemies

If no literature but Bible is available, have studies with just the Bible

If the Bible is taken, continue speaking what is in your mind and heart

(Ask students for suggestions as to how to witness under ban)

Elders should encourage all to keep balanced, sound in mind and avoid fear (Ps. 118:6)

Continue to encourage all to stand firm, maintain integrity, be diligent in prayer and trust in Jehovah (Dan. 6:10)

Be careful not to betray spiritual brothers

Literature should be scattered to various places and hidden to prevent its being confiscated

If work is banned, funds for the Society should

No. 52 – Second Friday, 4:30

be retained in the congregation until instructions are received from the office

## BE PREPARED, ALWAYS RELYING ON JEHOVAH AND HIS ORGANIZATION

Make it a practice now to rely on Jehovah and his spirit for strength and help (Acts 18:9, 10; Prov. 3:5, 6)

Now is the time to work closely with the faithful and discreet slave class, showing genuine appreciation for spiritual food by regular study and meeting attendance; share. fully in field ministry; work closely with all appointed overseers

Walking in integrity before there are severe pressures makes it easier to do so when the situation is more difficult (Prov. 2:7)

MAIN POINT: Elders are privileged to strengthen and help brothers so they can stand firm in time of trouble, thus honoring Jehovah

SOURCES: *fr* 3, 9, 38, 40, 45; *ms* 374-378

TEACHING SUGGESTION: When discussing this material, consider appropriate national laws and court decisions that pertain to the preaching work

# The Value of Discipline and Counsel from Jehovah

## THE MEANING OF DISCIPLINE AND COUNSEL

Greek word for discipline means, basically, 'instruction,' 'a course of training'

Moses was 'instructed in Egypt's wisdom,' and Saul (Paul) was 'instructed in the ancestral Law' (Acts 7:22; 22:3)

Discipline does not always mean punishment, as it does at 1 Timothy 1:20; however, the same Greek word can also be rendered 'chastise.' (Luke 23:16, 22) Hence discipline means more than mere instruction. It includes the thought of there being restrictions or corrective measures available to cause the disciple to adhere to the course being taught (Prov. 3:11)

Counsel is advice, often includes commendation and constructive suggestions; it is linked with discipline at Proverbs 19:20

Jehovah disciplines through home and congregation (Eph. 6:4; Deut. 22:18)

This course of training includes counsel; an example in right deeds is also very important if it is to be effective

## BENEFITS OF DISCIPLINE AND COUNSEL

The Bible often illustrates godly training as coming from a father who lovingly subjects his sons to a course of discipline for their good (Prov. 1:8; 4:1; Heb. 12:7)

The congregation is "God's household." (1 Tim. 3:15) Being therein entitles one to its protection and provisions, such as sins being forgiven, having prayers heard, getting holy spirit and its fruitage, associating with fine brothers, etc. (Luke 11:13; Jas. 1:17) But along with the benefits Christians *must* also accept the discipline, training, that God gives his household

Value of this course of training is shown in Hebrews chapter 12

Discipline identifies Christians as 'sons,' not illegitimate children, as only sons are disciplined by a father (Verses 5, 8)

God's fatherly training of sons for their good is illustrated in the Bible (Prov. 3:11, 12)

"As a man corrects his son," God allowed natural Israel to wander forty years in the wilderness, humbling them for their own good and to help them learn the importance of his commandments (Deut. 8:2-5, 15, 16)

Jesus, foremost son of God, recognized value of discipline. To serve as high priest he had to 'learn obedience'; he required training, disciplining, to be perfected for his office beyond any possibility of failure. He accepted this course willingly. Now, as a compassionate high priest who has himself personally experienced suffering, Jesus superbly qualifies to serve others (Heb. 2:17, 18; 4:15, 16; 5:8-10)

CAEKAERT/MAPLEY 000616

Discipline from Jehovah results in reward of life; it is proper to work for this valuable reward (Heb. 11:6; 12:2, 9)

Through discipline we 'partake of God's holiness' (Heb. 12:10)

God's "holiness" has reference to cleanness, purity, sacredness

Accepting God's discipline, the instruction from his Word, and the guidance of his holy spirit helps us maintain a morally upright course

Even our body will be a 'holy sacrifice, acceptable to God'; to defile it or make it unclean would render us unholy (Rom. 12:1; 2 Cor. 7:1)

Discipline "yields peaceable fruit, namely, righteousness," that is, a course of right doing (Heb. 12:11)

So godly discipline corrects things or makes them right. Do we value what is right enough to make changes in our lives, even though painful? Even at the cost of personal embarrassment or loss of face? (Ps. 119:47, 48; Heb. 1:9)

God disciplines his sons, even "scourges" them, which indicates severity (Heb. 12:6)

Mosaic law allowed for "strokes" with rod or stick; could be for person's good. "Scourging" can be even more severe; so God may allow sons to undergo severe trials (Prov. 20:30; Heb. 11:36)

Suffering is of value if it corrects a wrong; in a sense we "learn" in this way (Ps. 119:71)

Persons can 'know' something is right or wrong from a book. Pharisees, for instance, *knew* that the Scriptures said: 'I want mercy and not sacrifice,' yet Jesus told them to go and *'learn what it means'* (Matt. 9:13)

Right principles must be put to work in our lives; this 'learning' may be difficult, trying, meaning suffering physically and emotionally

### HOW DISCIPLINING AND COUNSELING ARE DONE TODAY

Responsible men in the congregation are interested in its purity, working to build it up by constructive counsel (2 Cor. 13:10)

They follow example of Jesus and apostles in showing sincere concern for "sheep" committed to their care

As you follow this example, brothers should feel free to come to you for advice

Discipline and education in the congregation today are basically from the Scriptures; elders get their authority therefrom, so their counsel should be based solidly on the *Bible* (2 Tim. 3:16, 17)

Good to show basis for counsel in the Bible, so brothers do not get impression that you are simply giving just your viewpoint

Meditation on Scriptures will 'discipline you in righteousness,' so you know "how you ought to conduct yourself in God's household" (1 Tim. 3:14, 15)

Takes more than reading, sitting at meetings, outward agreement; to act with understanding and wisdom, we must study and apply Scriptures (1 Ki. 2:3)

This takes positive, deliberate effort. Time is required to think about Bible and our course of life. Need information to reach the heart, influence us for good

Counsel may come as kind remark from responsible fellow Christian, or from Society's publication (Prov. 15:31)

We can learn from own mistakes and those of others (Prov. 24:30-34; 1 Tim. 5:20)

### SELF-DISCIPLINE CAN BE APPLIED IN MANY ASPECTS OF LIFE

*Work habits:* Do you discipline yourself to get an early start or do you, rather, 'love sleep'? In your work are you diligent, reliable, or undependable and unnecessarily slow? (Prov. 20: 13; 1 Cor. 15:58; Col. 3:23)

*Keeping agreements:* According to Romans 1:31, 32 those "false to agreements" (literally, "engagement breakers") are worthy of death, since those who make a practice of this are actually liars. Do you sincerely strive to keep your word even in small things? (Matt. 5:37)

*Recreation:* While recreation is a personal matter, all should ask: Of what value is it if it encroaches on my health or work? Is it upbuilding or does it interfere with my family life, field ministry or study time? Does it stumble others? Balance and self-discipline are required (1 Tim. 4:8)

*Conduct with opposite sex:* Matthew 5:28 should govern attitude toward those not your mate. It takes self-discipline to avoid "works of the flesh." Self-disciplined one avoids all that is not chaste, such as pornography, self-abuse, loose conduct. On the other hand, dwelling on right things inclines one in a spiritual way

Ask self: How would I want my fleshly sister treated? Proper application of 1 Timothy 5:1, 2 results in a clean conscience

*Associates:* Bible counsel should be applied in avoiding unnecessary association with those lacking faith, those who prefer the old system (Jas. 4:4, 5; Prov. 4:14, 15)

*Manners:* To all persons, a Christian should be kind, not crude or thoughtless. (Matt. 7:12; 1 Cor. 10:31) Term 'older man' implies high regard Bible attaches to faithful ones advanced in years, as well as those having responsible office within the congregation; those who truly are elders will treat all other elders with respect (Lev. 19:32)

*Personal grooming and dress:* "Modesty" is the Bible's standard. (1 Tim. 2:9) We should not want to identify ourselves with immodest, im-

CAEKAERT/MAPLEY 000617

moral or rebellious segments of the world by our dress. At Philippians 4:8, 9 the principle is to consider what is "chaste" and "well spoken of." As Philippian Christians were to "practice" what they "heard and *saw*" in connection with Paul, so we too. Responsible ones in the congregation should set fine standard in these respects

*Speech:* Our speech should be upbuilding at all times. Controlling one's temper not only is a credit to a Christian but actually brings valuable physical benefits (Prov. 17:27; Eph. 4:29–5:5)

## PROPERLY VALUING DISCIPLINE AND COUNSEL

Avoid extremes of attitude when receiving specific counsel (Heb. 12:5)

"Do not belittle the discipline from Jehovah"

Regardless of the source, if counsel is consistent with Bible, accept it. Do not let personality of other person influence your attitude toward Scriptural counsel, nor cause you to be hasty in rejecting it (Prov. 18:13)

God used imperfect men to transmit even the Scriptures that we now have

"Neither give out when you are corrected by him"

Some brood, become dismayed, frustrated, lose confidence, develop martyr complex. Others

think, 'Brothers have it in for me.' This can lead to missing the whole purpose of discipline

"Righting of the wrong" is the wise course

Corinthians were affected by Paul's severe action, saddened, but took steps to clear selves (2 Cor. 7:10, 11)

The "sadness of the world" mourns unpleasant consequences of sin and 'getting caught,' as illustrated by cases of Cain, Esau and Judas (Gen. 4:5-14; 27:32-41; Matt. 27:2-5)

"Sadness in a godly way makes for repentance," moves people to 'turn around.' Absence of real changes indicates that the discipline has not realized its intended aim (Ezek. 33:14, 15)

Let godly discipline and counsel 'work deeply' in you (Prov. 17:10)

Knowing the purpose of discipline and counsel, and what they lead to, value them highly; let them endear Jehovah to you and contribute to your continued happiness (Prov. 12:1; 13:18)

Above all, stay humble, remembering you are only sinful flesh; like the very young child of an ageless Father (Rom. 12:16)

MAIN POINT: Regardless of how it is presented to you, never reject counsel or discipline that is in line with God's Word; also learn to discipline yourself by applying God's Word to your own life

SOURCES: *ms* 160-162; *ad* 836, 1387, 1388, 1624, 1625

No. 53 – Second Saturday, 9:10

# Endurance That Results in Divine Approval

## JEHOVAH URGES US TO DISPLAY CHRISTIAN ENDURANCE

Jehovah himself is the greatest example of endurance; this is so in broader sense than just that he lives endlessly

In working out his purpose he has for 6,000 years endured wickedness and the reproach brought on his good name

Though having power to wipe out humans who dishonor and disobey him, he has "endured" them (Rom. 9:22, *By, AS*)

God had records of the endurance of his servants included in the Bible as a "pattern" for us (Jas. 5:10, 11)

He specifically called attention to "endurance of Job"

Record of how prophets were mistreated but kept faithfully at their assignments benefits us (Heb. 11:36-38)

They had divine approval because of their faith and their exemplary endurance; the "world was not worthy of them"

God is not dealing with us by some new method; He tells us that Christians too need endurance to gain his approval (Jas. 1:12)

As those men proved their constancy to God, so must we

James said trials we must endure are cause for happiness; they lead to "becoming approved" and gaining reward of life

Christians in first century needed endurance to survive the end of the Jewish system of things

Jesus urged such endurance in order to get saved; his words had an application during foretold tribulation on Jerusalem (Matt. 24:13)

About 61 C.E. Paul stressed "need of endurance" to gain promise, though they had already faced trials (Heb. 10:32-34, 36)

Such endurance is especially vital now

With end of this system just ahead, we too must manifest endurance to gain divine approval

Because of our faith and service up to this point, we now have a fine standing with God

Still we must endure in Christian living, for without that all our preaching would be in vain

Whatever other trials may yet come—persecution, privations, sickness, traitors—we will have to endure

CAEKAERT/MAPLEY 000618

Endurance is an especially important concern for us as elders because (1) we need to aid our brothers to endure and (2) we may face special tests of our own endurance

## AS AN ELDER,
### AID YOUR BROTHERS TO ENDURE

Elders are in a particularly favorable position to aid brothers to endure; do it as you regularly serve them

Our brothers *want* to endure and to stay faithful, but can use help from you who are keeping watch over their souls (Heb. 13:17)

You should not wait until a major crisis tests the love and faith of your brothers; try to prepare congregation beforehand to endure

You can do this by working to strengthen their faith and hope, helping to prepare them in advance

As you teach at meetings, do not be content just to impart information; work to reach the heart to strengthen their faith and love

Increasing faith in resurrection will help brothers to endure all sorts of trials that could involve death

Serving a "God who raises up the dead" (2 Cor. 1:8, 9), we have confidence to endure; our reward is assured (Heb. 12:2)

We are more prepared to endure trials such as blood issue, terminal sickness, threat of execution, mob violence

Your strong love for God and your brothers will help you stick by the truth and the congregation (1 Thess. 3:12, 13)

If under ban or meetings broken up, love will move one to meet despite risks, trusting the brothers

Even if some prominent brother is unfaithful, love built up in advance will aid one to continue serving with faithful ones

By personal conversation help others see how what is now being learned can be used during future tests of endurance

Mention how points about God's qualities, past examples of endurance, even doctrines, relate to tests that may come; your mentioning it will help others recall it later

Help brothers presently experiencing test of endurance to recognize it as such; fine to do this during shepherding visits

During a test (pain, family opposition, hurt feelings) there is tendency to be subjective—to think how much it hurts, how cruel persecutor is, how badly one has been insulted

Try to help one needing endurance to recognize situation as a test of *endurance* and to bear in mind joyful outcome

Highlight that even common things can be tests of endurance

Family *opposition* can be long-lasting test (Matt. 10:36-38)

Preach despite *indifference* of people, as Jeremiah did

Endure *discouragement* over making mistakes or stumbling

Not quitting when *disciplined* shows endurance (Heb. 12:5)

Naturally it is not pleasant to suffer, but emphasize how this produces endurance and is cause for joy (Jas. 1:2-4)

Urge one enduring to think on fact that our attitude under difficult circumstances may bring honor to God's name (Acts 5:41; 2 Cor. 4:7-11; Col. 1:11)

Do not overlook endurance shown by spiritually strong ones who are doing well; help them to continue to endure

There may be a tendency to focus most attention on new or weak ones who face tests of endurance; while they do need your encouragement and assistance, they are not the only ones

Strong ones also face tests and display outstanding endurance

Though they may not often mention it, tests they face are hard to endure—divided family, temptation to be dishonest, difficulties in business, ridicule from schoolmates, poverty, etc.

Give thought to their endurance, and as you associate with them commend and urge them to continue enduring (2 Thess. 1:4)

Remind them to pray; get heavenly help (Phil. 4:6, 7; Rom. 12:12)

## AS AN ELDER, YOU MAY FACE OUT-OF-THE-ORDINARY TESTS OF ENDURANCE

Though all Christians will have to endure, elders likely will experience out-of-the-ordinary tests of endurance

This is not because of being better or more able to endure than others, but because of office and responsibilities you have

You may have to endure criticism of your manner or your way of handling matters, as Paul did (2 Cor. 10:10)

Critical or rebellious ones may gossip or backbite

As you work to manifest proper qualities in face of such things, you display signs of eldership (2 Cor. 12:12)

You may have to handle disputes between brothers, though it might seem easier just not to get involved (Phil. 4:2, 3)

As elder you will have to endure in maintaining high standards, being orderly, moderate, dependable, chaste, zealous, kind, loving and understanding

Those inside and outside congregation will be watching your example; it can draw them to truth or turn them away

CAEKAERT/MAPLEY 000619

You may have to endure hardship of having to reprove or disfellowship others, even close acquaintances

It was not pleasant for Paul to reprove Peter (Gal. 2:14)

It is a test to bear the weighty responsibility of taking action that completely cuts someone off from congregation

During time of persecution, you may be a special target

Enemy will likely search out "leaders" and try to break your integrity in hopes of discouraging the "sheep"

You will have to visit and help others though this means exposing yourself to greater danger

Daily you must show concern and even endure anxiety about the congregation (2 Cor. 11:28)

Extra duties will take up your time; you will be deeply concerned with the welfare of the "sheep"; you will need to deal constantly with problems that come up

You cannot afford to let this take away your joy

As with Paul, your enduring these particular tests is for the sake of "sheep" in your charge (2 Tim. 2:10)

More is involved than your life; it is to the direct benefit of entire congregation that you endure these trials

They are looking to you; as they see how your conduct turns out, they will be able to imitate faith (Heb. 13:7)

When going gets rough or you feel you should do more or better, do not give up; recognize this as a test of endurance

Though you cannot do all you would like, congregation has need of your assistance

## EXPECT REWARDS FROM GOD AS YOU NOW DISPLAY ENDURANCE

Do not fearfully withdraw from trials, but look on them as opportunities to develop the godly quality of endurance

One who fearfully tries to avoid tests is inclined to compromise or quit, never developing the quality of endurance

A good result of experiencing tribulation is that you develop endurance, as Romans 5:3 explains

Each additional test you meet successfully will strengthen you, increasing your endurance, making you a better Christian

Instead of asking, 'Can I endure?', pray for God's help just as Jesus did when under trial (Heb. 5:7)

Keep in focus rewards of faithful endurance; for joy set before him, Jesus endured torture stake (Heb. 12:2, 3)

Our endurance can bring us even now rewards of approval and hope (Rom. 5:4)

By enduring we gain consciousness we are pleasing God, having his approval, so 'endurance produces approved condition'

Satan claims we cannot endure, but we are determined to; thus we help to vindicate God and gain his approval

We already have hope of gaining eternal life in New Order

Having realization of God's approval because of our endurance adds to and develops our hope; it becomes more real, more personal, more solid

Assured hope that endurance produces will not lead to disappointment (Rom. 5:5)

Rewards we get now are not disappointing; neither will be the eternal reward for which we are enduring

Even though we cannot yet actually see New Order, we wait for it and rely on it (Rom. 8:25)

While awaiting final realization of our hope, our endurance also serves to bring out fine qualities in us (Jas. 1:3, 4)

James says that right now endurance has a "work" it accomplishes

By enduring trial after trial we repeatedly exercise the right qualities and at the same time new ones are awakened

Endurance's work is completed in that we gain a many-sided experience and a well-rounded-out understanding of how to take things; we are perfected in obedience and trust toward God

These fine results of endurance—rewards both now and in future—give us real cause to be happy when enduring, because Jehovah promises the reward of life for all who faithfully endure (Jas. 1:12; Luke 21:19)

**MAIN POINT:** Elders in particular should appreciate the need for endurance, being willing to face special tests of endurance and also striving to aid brothers in the congregation to endure

SOURCES: *or* 182-187; *ms* 174-177

TEACHING SUGGESTION: Lecture can include discussion on how an elder can effectively encourage endurance on the part of a spiritually strong brother, as well as for one physically sick. Also consider what can be done to present parts on the meetings in a way that will strengthen the endurance of the congregation for trials to come

CAEKAERT/MAPLEY 000620

# "An Interchange of Encouragement"

## EVALUATING THE ENCOURAGEMENT DERIVED FROM THE SCHOOL COURSE

Do you feel moved to share with others what you have learned? (Jer. 20:9)

Do you feel toward those in your congregation as Paul did when he wrote Romans 1:11, 12?
He said: "I am longing to see you, that I may impart some spiritual gift to you in order for you to be made firm; or, rather, that there may be *an interchange of encouragement* among you, by each one through the other's faith, both yours and mine."

Do you feel the need to convey what you have learned to fellow overseers, ministerial servants and everyone else in the congregation? (2 Tim. 2:2)
Throughout the course you have considered how the material could be used to help the brothers in your congregation
Now it is your responsibility and privilege to share these things with fellow overseers, ministerial servants and everyone else in the congregation in "an interchange of encouragement"

Think of the benefits everyone in the congregation will receive as you give encouragement to them by discussing the wealth of Scriptural and practical material considered in this course

## HOW AND WHEN YOU CAN SHARE THIS ENCOURAGEMENT WITH THE CONGREGATION

(The following are some suggestions, but draw out how and when the students feel it can be done, getting their ideas. On the suggestions listed, discuss ways and times they feel these can be used; keep the discussion moving, offering ideas of your own or from previous classes)

1. As soon as it can be worked into the service meeting program, give a 30-minute report to the congregation on what you have learned at the school, showing its practical benefits

2. Work additional material into other service meeting parts that you handle and offer to share information from the school course with others having meeting parts

3. Discuss points from the course when visiting brothers in their homes; usually concentrate on just one principal subject during a visit

4. Invite brothers (families) to visit you in your home, sharing information with them; do not try to cover everything at once; take up what they will be able to remember, and give them opportunity to ask questions and to comment on points

5. Offer to meet with overseers who would like to do so to review information from the course, emphasizing points of special value to them and to the congregation; several sessions can be arranged with them if the brothers desire and if you have sufficient points in mind to discuss; do this within the next few weeks or month at the latest, while points are fresh in mind

6. Discuss points with the publishers while working together in the field ministry

(Keep in mind that most of these occasions are to be an "interchange," so let others share their experiences and thoughts with you; get their feelings, thoughts, questions, suggestions and experiences, too)

## WHAT MATERIAL MIGHT BE DISCUSSED THAT WILL BE AN ENCOURAGEMENT TO ALL

(Have a review of basic points that would be of interest and have application in the congregation. Mention the name of the lesson; then draw out from students valuable points that were discussed in class. Do not try to cover every lesson. Encourage mention of appropriate Scriptural points in the discussion, thus emphasizing that the information is based on the Bible. Stress practical application of the material in the congregation)

## REPORTS TO HOME CONGREGATION

(Three five-minute reports to class. Give brothers their assignment on the second Thursday so they will have time for preparation)

These reports are to be enlarged to 30-minute reports on the service meeting program for your congregation
Each brother should give such a report to his congregation
Cover helpful and practical information from the course
Discuss application of certain features particularly beneficial for your congregation and overseers locally
Offer to share personally with all in the congregation further information from the school

## BENEFITING FROM THE SCHOOL COURSE AND THE "INTERCHANGE OF ENCOURAGEMENT"

The course has highlighted what a marvelous God Jehovah is and what a privilege it is to work with his people (Rev. 4:11; Ps. 9:1, 2; 84:10)

You have learned much about the theocratic organization and how it functions; this should

CAEKAERT/MAPLEY 000621

move you to cooperate with it even more fully in the days ahead

Emphasis has been placed on the Bible itself, how to use it and the importance of basing your decisions and counsel on it

You students are now better equipped, prepared and have reason for confidence that Jehovah and Christ Jesus are with you and are backing you in the administration and application of God's laws and procedures (Matt. 28:20; John 14:16, 17)

When problems come up now, you should be better prepared to answer them from the Bible (2 Tim. 3:16, 17)

If you are unsure, do research or consult other elders, locally or in nearby congregations

You should not find it necessary to refer everything to the branch office

Have confidence in the rightness of Jehovah's ways and do not hold back from doing what his Word directs

Keep in mind, too, what we have discussed about the need for humility and kindness on your part; in all that you do, be motivated by love (Rom. 12:3, 10, 16; Mic. 6:8; 1 Cor. 13:3, 13)

So much has been considered; you no doubt wonder when to do it all

Work at it steadily; if one thing is done each day, much is accomplished in a month

Remember, Jehovah is directing the work, and he will use us if we offer ourselves willingly (Ps. 110:3)

Trust in Jehovah with all your heart, rely heavily upon his spirit, pray incessantly, exert yourselves vigorously; and the undeserved kindness of the Lord Jesus Christ and the love of God will be with all of you (Prov. 3:5; 1 Thess. 5:17; Luke 13:24; 2 Cor. 13:11-14)

# Tab 10

*Branch Organization Manual* 4-1, ¶ 1 (1977)

# BRANCH ORGANIZATION

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 001819

# 4. C O N G R E G A T I O N S ,   C I R C U I T S , D I S T R I C T S

1. PREACHING THE GOOD NEWS:  The primary purpose of a branch organization is to coordinate the preaching activities of our brothers so that the good news is declared in the assigned territory.  The field is the world and the preaching work has been assigned to all who are Jesus' disciples. (Matt. 28: 19,20)  While individual assignments may vary, all are working together as one to achieve a common goal.  Most of them are congregation publishers while others are pioneers, special pioneers and missionaries.  Some have added responsibilities as elders, ministerial servants, circuit and district over-seers.  All are part of Jehovah's organization and equally share the respon-sibility to preach the good news everywhere to the vindication of Jehovah's name.

2. CONGREGATIONS:  The congregations form the backbone of every branch. The latest publication from the Society on organizational matters sets out information to assist the elders and ministerial servants in caring for their responsibilities.  Additionally, information is supplied as to what congregation publishers, pioneers, as well as circuit and district overseers can do in fulfilling their responsibilities as followers of Christ Jesus.

3. Recommendations for new appointments of elders and ministerial servants are usually made at the time the circuit overseer visits a congregation. (See paragraphs 58-60  for information on appointments or deletions of elders and ministerial servants during the circuit overseer's visit as well as recommenda-tions made between visits.)

4. In cities where two or more congregations exist, the circuit over-seer will recommend to the branch a qualified elder to serve as city overseer. The appointment is shown on the city overseer's appointment slip (S-53a) that is sent to all of the congregations in the city.  A copy of the appointment slip (S-53b) is retained in the Society's files.

5. CERTIFICATE FOR ORDAINED MINISTER:  Currently appointed elders or ministerial servants in need of a certificate verifying their ordination may request one from the Society.  When requesting a certificate, the individual will specifically state the reason the certificate is needed.  Often a letter signed by the elders or the presiding overseer of the congregation will suffice to verify one's ordination.  If a Certificate for Ordained Minister is sent by the Society, it should be signed by the branch coordinator or someone else having authority to do so.  It may be notarized if advisable.  If it is necessary to specify the date of ordination, ~~this can be ascertained by having the congregation check their file for the date of the original appointment according to the earliest appointment letter.~~ then show the date of baptism.

6. APPLICATION FOR CONGREGATION:  Any group of people in your territory who want to worship Jehovah God in spirit and truth and who want to do it under the direction of the Governing Body of Jehovah's Witnesses may make application to form a congregation.  It is good for circuit overseers to carry with them Congregation Application forms (S-51) and the letter on Congregation Information (S-50).  They can help the brothers organize a congregation if and when such is advisable.  Elders in an existing congregation may write to the

4-1

CAEKAERT/MAPLEY 001861

# Tab 11

Dep. of Ashe Richard, 232:5–233:4, 320:8–322:14 (April 1, 2014)

Def. WTPA's 4th Supp. Resps. to Plfs.' 3d Set of Jurisdictional Disco., RFA Nos 27–29 (Sept. 21, 2021)

*Branch Organization Manual* 4-1, ¶ 2 (1977)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

- - - - - - - - - - - - - - - - - - x

JOSE LOPEZ, individually

       Plaintiff,

                     Index No.
                     37-2012-00099849-
                     CU-PO-CTL

    -V-

DEFENDANT DOE 1, Linda Vista Church
DEFENDANT DOE 2, Supervisory
Organization; DEFENDANT DOE 3,
Perpetrator; and Does 4 through 100,
inclusive,
       Defendants.
  - - - - - - - - - - - - - - - - - - x


              VOLUME II
              DEPOSITION OF
              RICHARD ASHE

              BROOKLYN, NEW YORK

              APRIL 1, 2014
              CORRECTED TRANSCRIPT


ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  LA VERNE HAIRSTON
FILE #:  A803783

CAEKAERT/MAPLEY 003865

1
2   in my capacity in the Service Department, you

3   know I assist with that.  I hope that

4   answered your question.

5       Q.  Well, I guess.  It's your answer.

6           Let's go to this particular article,

7   Awake article, June 22, 1982.  And if you

8   turn to page ten on that article in the

9   second paragraph, and I've highlighted that

10  for you.

11      A.  Yes, sir.

12      Q.  The article refers to a Time

13  magazine article.  It says, "The Time article

14  concludes with some statements by

15  psychiatrists.  One said, premature sexual

16  behavior among children in this society,

17  almost always leads to psychological

18  difficulties.  Another who works with

19  children concludes childhood sexuality is

20  like playing with a loaded gun."  Do you see

21  that?

22      A.  I do.

23      Q.  Again, as we discussed with previous

24  article, this is information that would be

25  imparted to members of congregations

R. ASHE

2   certainly within the U.S. Branch?

3       A.   Yes, and again, this is a worldwide

4   distribution.

5       Q.   So this is actually information that

6   would be imparted to members throughout the

7   world?

8       A.   That's correct.   Not only members

9   but people in the public in general.

10      Q.   And this would be information

11  imparted to elders, obviously?

12      A.   To elders, to parents, to anyone who

13  read the magazine.

14      Q.   And it would be fair to say that

15  those people who read this, elders included,

16  would certainly gain an understanding that

17  premature sexual behavior with a child could

18  lead to significant psychological problems,

19  correct?

20          MR. COPLEY:   Objection, lacks

21      foundation, speculation, overbroad.

22      A.   I would believe that the article

23  would speak for itself on that, Mr. Zalkin.

24      Q.   And my point is, it's included in

25  this magazine because it's information that

1

2     A.  No, sir, I don't.  The article

3  itself is not addressing so much child abuse

4  as it is repressed memories.

5          (Whereupon, a document was marked

6      as Exhibit 20, for identification, as of

7      this date.)

8     Q.  Right.  Let me show you Exhibit 20.

9  Do you know what this document is?

10     A.  It looks like it was part of a KM

11  School at one time.  It was outline number 21

12  in a question and answer session.

13     Q.  And where did these answers come

14  from?

15     A.  They're based on the practices and

16  beliefs of Jehovah's Witnesses.

17     Q.  But who's articulating this in these

18  documents?  Is this being written by members

19  of the Service Department or some other

20  department?

21     A.  No.  These would have originated in

22  the Service Department.

23     Q.  And elders in the Service Department

24  would have prepared the substance of these

25  answers?

CAEKAERT/MAPLEY 003969

1

2    A.  Yes.  But in preparing the substance

3    of these answers too, they would base that on

4    past articles that we've printed, past

5    direction, policies.  Not so much policies,

6    but practices, beliefs that we've had.

7        Q.  So this would reflect the policies,

8    practices and beliefs of the Jehovah's

9    Witness organization?

10            MR. COPLEY:  Objection, vague,

11        compound, misstates his testimony.

12       A.  This was part of a school that we've

13   conducted with elders.

14       Q.  Right.  And would this accurately

15   reflect the policies of the Jehovah's Witness

16   organization?

17       A.  Our practices and belief.  As you

18   notice there it's citing Proverbs 25:8, so I

19   it takes us back to the scriptural basis for

20   this.

21       Q.  Is the answer, yes, this would

22   reflect the policies of the Jehovah's Witness

23   organization?

24            MR. COPLEY:  Objection,

25        argumentative, asked and answered.

CAEKAERT/MAPLEY 003970

1

2     A.  You know, I understand what you're

3  saying policies but, really, we have

4  practices and beliefs more than we have

5  policies.

6     Q.  Does this reflect the practices and

7  beliefs of the Jehovah's Witness

8  organization?

9     A.  Yes, sir.

10    Q.  And is there an expectation that

11 elders will follow these answers?

12    A.  There is an expectation that they

13 will follow these answers.  Of course, you

14 know expectations aren't always met.

15    Q.  Yes, I know that.  I think we have

16 previously dealt -- let me show you this

17 (indicating).

18         MR. COPLEY:  Which one.

19    Q.  The August 1, 1995 Body of Elders

20 letter?

21         MR. ROUSE:  Actually we

22      haven't.

23         (Whereupon, a document was marked

24      as Exhibit 21, for identification, as of

25      this date.)

CAEKAERT/MAPLEY 003971

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,*
*and Watch Tower Bible and Tract Society of Pennsylvania*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' THIRD SET OF JURISDICTIONAL DISCOVERY** |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

            Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

            Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

            Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

            Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA'S FOURTH
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' THIRD SET OF
JURISDICTIONAL DISCOVERY**

TO:   Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street,
Missoula, MT 59802

     COMES NOW Defendant Watch Tower Bible and Tract Society of

Pennsylvania (hereinafter "WTPA"), by and through its attorneys, and provides its

explained the RFA, in context, was asking about the KHAA, but nonetheless indicated it would supplement its response to Plaintiffs' RFA 26 so as to satisfy Plaintiffs' concerns, WTPA supplements its response to Plaintiffs' RFA 26 as follows:

WTPA can neither admit nor deny Plaintiffs' RFA as written. WTPA has made reasonable inquiry, and the information it knows or can readily obtain is insufficient to enable it to confirm or deny whether WTPA "has collected money from Montana for the purchase of insurance policies" as the RFA requests.

**SECOND SUPPLEMENTAL RESPONSE:** Without waiving any previously asserted objections, WTPA's First Supplemental Response confirmed WTPA has made reasonable inquiry by conducting a search of its corporate and financial records, and it can neither admit nor deny this request because the information it knows or can readily obtain is insufficient to enable it to confirm or deny whether WTPA "has collected money from Montana for the purchase of insurance policies".

**REQUEST FOR ADMISSION NO. 27:** Please admit that you intended documents you published – specifically, documents marked Plaintiffs Bates 00484-000623 - to be referenced and used by elders of Jehovah's Witnesses' congregations.

**ORIGINAL RESPONSE:** Objection: Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Request for Admission is improper. Subject to and without waiving said objection: Admitted.

**FIRST SUPPLEMENTAL RESPONSE:** Without waiving any previously asserted objections, WTPA's original Response confirmed the Response is admitted.

**REQUEST FOR ADMISSION NO. 28:** Please admit that you intended documents you published – specifically, documents marked Plaintiffs Bates 00484-000623 - to be referenced and used by elders of Jehovah's Witnesses' congregations in Montana.

**ORIGINAL RESPONSE:** Objection: Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Request for Admission is improper. Subject to and without waiving said objection: Admitted.

**FIRST SUPPLEMENTAL RESPONSE:** Without waiving any previously asserted objections, WTPA's original Response confirmed the Response is admitted.

**REQUEST FOR ADMISSION NO. 29:** Please admit that you intended documents you published – specifically, documents marked Plaintiffs Bates 00484-

000623 - to be referenced and used by the elders of the Jehovah's Witnesses' Hardin Congregation.

**ORIGINAL RESPONSE:** Objection: Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Request for Admission is improper. Subject to and without waiving said objection: Admitted.

**FIRST SUPPLEMENTAL RESPONSE:** Without waiving any previously asserted objections, WTPA's original Response confirmed the Response is admitted.

**REQUEST FOR ADMISSION NO. 30:** With the exception of any obvious underlining and modifications to the original type, please admit the authenticity of documents produced by Plaintiffs as Bates CAEKAERT/MAPLEY 002685-003169.

**ORIGINAL RESPONSE:** Objection: Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Request for Admission is improper. WTPA stands on its objection to the extent the referenced documents are outside the time-period of inquiry permitted by the Court. Subject to and without waiving said objection, WTPA has made reasonable inquiry, and the information it knows or can readily obtain is

insufficient to enable it to either admit nor deny this request to the extent the referenced documents originated with another entity.

**FIRST SUPPLEMENTAL RESPONSE:** Without waiving any previously asserted objections, WTPA's original Response confirmed WTPA has made reasonable inquiry and can neither admit nor deny this request because the referenced documents originated with another entity.

DATED this _21st_ day of September, 2021.

By: _Jon A. Wilson_
    Guy W. Rogers / Jon A. Wilson /
    Brett C. Jensen
    BROWN LAW FIRM, P.C.
    *Attorneys for Defendants Watchtower*
    *Bible and Tract Society of New York,*
    *Inc., and Watch Tower Bible and*
    *Tract Society of Pennsylvania*

## <u>VERIFICATION</u>

Philip Brumley states that he has read the foregoing *(Defendant WTPA's Fourth Supplemental Responses to Plaintiffs' Third Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

Philip Brumley

Dated: September 20, 2021

# B R A N C H   O R G A N I Z A T I O N

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 001819

# 4.   C O N G R E G A T I O N S ,   C I R C U I T S ,  D I S T R I C T S

1.   PREACHING THE GOOD NEWS:  The primary purpose of a branch organization is to coordinate the preaching activities of our brothers so that the good news is declared in the assigned territory.  The field is the world and the preaching work has been assigned to all who are Jesus' disciples. (Matt. 28: 19,20)  While individual assignments may vary, all are working together as one to achieve a common goal.  Most of them are congregation publishers while others are pioneers, special pioneers and missionaries.  Some have added responsibilities as elders, ministerial servants, circuit and district overseers.  All are part of Jehovah's organization and equally share the responsibility to preach the good news everywhere to the vindication of Jehovah's name.

2.   CONGREGATIONS:  The congregations form the backbone of every branch. The latest publication from the Society on organizational matters sets out information to assist the elders and ministerial servants in caring for their responsibilities.  Additionally, information is supplied as to what congregation publishers, pioneers, as well as circuit and district overseers can do in fulfilling their responsibilities as followers of Christ Jesus.

3.   Recommendations for new appointments of elders and ministerial servants are usually made at the time the circuit overseer visits a congregation. (See paragraphs 58-60  for information on appointments or deletions of elders and ministerial servants during the circuit overseer's visit as well as recommendations made between visits.)

4.   In cities where two or more congregations exist, the circuit overseer will recommend to the branch a qualified elder to serve as city overseer. The appointment is shown on the city overseer's appointment slip (S-53a) that is sent to all of the congregations in the city.  A copy of the appointment slip (S-53b) is retained in the Society's files.

5.   CERTIFICATE FOR ORDAINED MINISTER:  Currently appointed elders or ministerial servants in need of a certificate verifying their ordination may request one from the Society.  When requesting a certificate, the individual will specifically state the reason the certificate is needed.  Often a letter signed by the elders or the presiding overseer of the congregation will suffice to verify one's ordination.  If a Certificate for Ordained Minister is sent by the Society, it should be signed by the branch coordinator or someone else having authority to do so.  It may be notarized if advisable.  If it is necessary to specify the date of ordination, ~~this can be ascertained by having the congregation check their file for the date of the original appointment according to the earliest appointment letter.~~ then show the date of baptism.

6.   APPLICATION FOR CONGREGATION:  Any group of people in your territory who want to worship Jehovah God in spirit and truth and who want to do it under the direction of the Governing Body of Jehovah's Witnesses may make application to form a congregation.  It is good for circuit overseers to carry with them Congregation Application forms (S-51) and the letter on Congregation Information (S-50).  They can help the brothers organize a congregation if and when such is advisable.  Elders in an existing congregation may write to the

CAEKAERT/MAPLEY 001861

# Tab 12

*Counsel on Theocratic Organization for Jehovah's Witnesses* 19–22 (1949)

*Preaching and Teaching in Peace and Unity* 27 (1960)

*Organized to Accomplish our Ministry* 41 (1983).

# COUNSEL ON
# THEOCRATIC ORGANIZATION
# FOR JEHOVAH'S WITNESSES



ISSUED MARCH 1, 1949, BY THE
WATCH TOWER BIBLE AND TRACT SOCIETY
BROOKLYN, N. Y.

WTPA066317

## COMPANY ORGANIZATION

[61] The company organization consists of a group of Jehovah's witnesses in a certain locality who meet regularly for worship and Bible study and unitedly preach the gospel in the field. A company is enrolled and organized by the Society, given its territory assignment and provided with literature and other equipment for effective service. The company organization serves as the one organization of true worship in the community, providing a place of assembly for persons of good-will who desire to learn of and serve the true God.

[62] In each company a qualified brother will be appointed by the Society as company servant or "overseer". Other brethren will be appointed to serve as assistants to the company servant. Through the apostle Paul the Lord gives this counsel respecting ministers selected as overseers and assistants: "A bishop [overseer] then must be blameless, the husband of one wife, vigilant, sober, of good behaviour, given to hospitality, apt to teach; not given to wine, no striker, not greedy of filthy lucre; but patient, not a brawler, not covetous; one that ruleth well his own house, having his children in subjection with all gravity; (for if a man know not how to rule his own house, how shall he take care of the church of God?) not a novice, lest being lifted up with pride he fall into the condemnation of the devil. Moreover he must have a good report of them which are without; lest he fall into reproach and the snare of the devil." (1 Tim. 3:2-7; see also Titus 1:5-9) Paul's further counsel to Timothy is: "I charge you before God and Christ Jesus and the chosen angels to observe these rules without any discrimination, and to be perfectly impartial. Never ordain anyone hastily; do not make yourself responsible for the sins of others; keep your life pure." (1 Tim. 5:21, 22, *An Amer. Trans.*) Servants in companies are designated as follows: Company servant, assistant company servant, Bible study servant, territory servant, advertising servant, accounts servant, stock servant, school servant, *Watchtower* study servant, and

company book study conductors. Where possible the company servant and accounts servant should be two different persons. If it appears that other servants should be appointed in the future, the Society will so advise.

[63] In an area where there are no consecrated brothers, but where there are consecrated sisters, the Society may form a company consisting of sisters. Thus they will be able to meet regularly for study and service. A qualified sister will be appointed to serve as company servant and other sisters as assistants. Hence the various services that require attention in the company, including all studies, will be looked after. In the Theocratic ministry school here, however, neither student talks nor instruction talks will be given. The material in the textbook under consideration should be read and oral and written reviews conducted regularly. People of good-will are to be invited to all company meetings. Undoubtedly the Lord will prosper the diligent ministry of a company of sisters and "other sheep" will be gathered. When a man is associated with the company he may be recommended for company servant provided he is consecrated, an active publisher for at least a year, and qualified according to the Scriptural requirements for an "overseer". The Society may assign a male pioneer to help the company, appointing him as company servant to take full oversight. In instances where a male pioneer associates with a company for a short period of time he should be used to conduct the *Watchtower* studies, Theocratic ministry school and service meeting, as well as the company book study. (1 Cor. 11:1-3; 1 Tim. 2:12) In small companies where qualified brothers are few, sisters may be appointed as servants to assist the company servant. In all instances sisters will seek to copy the example of godly servants in the past, such as Phoebe, commended by the apostle Paul for her good work.—Acts 16:13-15, 40; Rom. 16:1.

[64] Where there are not enough different qualified brethren to take care of all servant positions, then one or more persons meeting the qualifications may be appointed to serve in more than one position of service. Wherever possible the company servant, who has a company

servant and Bible study servant will be three different brothers. All servants appointed by the Society will accept the added responsibility before the Lord of keeping their records in proper order and up to date, and will realize their primary obligation to set a proper example by zeal and good works. (1 Tim. 4:12) Every servant is required to have his records at the company meeting place at each company meeting.

[65] All servants will work in unity under the oversight of the company servant to aid their brethren and people of good-will to serve God. (1 Pet. 5:1-11) The company servant will see to it that the Publisher's Record file is checked at the end of the second week of each month to ascertain whether any publishers have not reported field service up to that time. An effort will then be made to assist these to share in the work before the end of the month.

[66] It may be that some of the brethren are sick and in need of comfort and assistance. These should be visited. (Jas. 5:13-15) Minister to those in need and follow the example of Christ. (Matt. 20:28) The aged and infirm delight to share in God's service. If confined to their homes, they may witness to any who call, place literature and study with willing persons. Other means of witnessing, including sending literature by mail and letter-writing, can be employed by these brethren. A record of the time thus spent to "preach this gospel" will be kept and reported to the company. Servants will have in mind their welfare, as well as that of all others in the company.—Rom. 15:1, 2.

[67] *Publisher's Record File.* The number of publishers comprising a company will be determined by the number of cards in the Publisher's Record file. Each card should show fully the information requested thereon regarding the publisher. When new ones begin to preach the gospel, new cards will be made out and the date service started clearly shown.

[68] Each one of you should strive to engage regularly in the service, week after week. Your Publisher's Field Service Reports will be filed in front of your Publisher's

WTPA066317

Record card during the month. When these cards are checked once a month, those not yet in the service can be given immediate aid to share in the service that month, and regularly thereafter.

⁶⁹ When the circuit servant visits a company, he will check the Publisher's Record file to determine the number who have been regular, and those who have been irregular, in service over the preceding six-month period. Should a number of brethren fall into the "irregular" group, the circuit servant will try to determine the cause of this weakness and put forth a special effort to instruct and encourage all of these to have part in field activity during the week of his visit and consistently thereafter.

⁷⁰ If any of you move out of the company territory, you should take your Publisher's Record card with you to give to the company servant in your new territory. A Publisher's Record card, when filled, is not to be discarded, but filed as part of the company's permanent record.

## INFORMANT

⁷¹ Every month the Society will send the *Informant* to each of you through the company servant. Your name will be noted on the *Informant* or the company servant may use any other convenient method to assure proper distribution of the *Informant*. Through the *Informant* the Society makes a personal contact with you and instructs you as to how to carry on the ministry from month to month. Brethren who are ill or infirm and unable to get to meeting regularly should receive their copies. You should study your *Informant* as soon as received, make the instruction your own, and apply its counsel in the field. The company will keep a file of issues of the *Informant,* and it is suggested that you too keep a file for reference from time to time. The total number of copies of the *Informant* received monthly will generally be the same as the company quota. When an increase or decrease is necessary the company servant or the circuit servant will inform the Society and the adjustment will be made. The circuit servant will always check with

# PREACHING
# AND TEACHING
# IN PEACE
# AND UNITY

"Seek peace and pursue it.
For Jehovah's eyes are upon the righteous."
—1 Pet. 3:11, 12.

ISSUED JANUARY 1, 1960, BY THE

**WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
BROOKLYN, N. Y.**

Made in the United States of America

WTPA066250

recommended as study conductors; however, here only one name need be submitted for each recommendation. If the individual was ever on probation, this should be mentioned, as well as the reason for the probation, its length and when it terminated. If a new congregation servant or assistant congregation servant is recommended, a full mailing address and telephone number should be given. Complete and specific reasons for recommending a change should be stated by the committee. All three committee servants should sign the letter when sent to the Society. If the circuit servant is scheduled to visit the congregation soon, the committee can wait until his visit to make their suggestions for a change. At no time is the Society bound by the recommendations made by the circuit servant or the committee, but the Society is pleased to receive and consider the recommendations.

## APPOINTMENT OF SERVANTS

[91] The Society will appoint the necessary servants to care for congregation matters. In this booklet the servants are listed under their respective headings and their duties are defined. Sometimes it may be necessary to appoint one person to more than one position. Qualified sisters may be appointed to fill servants' positions if there are not sufficient brothers to serve, but none would be thought of as overseer. The Society will send an appointment letter to the congregation and this letter is to be read to the congregation and should be held as part of the congregation's permanent file.

[92] A good servant will appreciate his responsibilities toward the congregation. He will try to be on hand at least twenty minutes before each meeting to care for his duties and to help the publishers in their service activity. He should keep his records up to date, take his parts on the program, prepare well for the meetings and, above all, set an excellent example of ministry in the field service. He should be anxious and willing to help other publishers to improve in their service by taking them with him into the service. The congregation servant is the presiding minister of the congregation, and all the other servants who are appointed are assistants to him, looking after specific divisions of the work. In large congregations often the servants cannot care for all the responsibilities of their position, such as the work in the bookroom or with the magazines. These appointed servants may have assistants to help them. These assistants should be approved by the congregation servant.

WTPA066276

# ORGANIZED
# TO
# ACCOMPLISH
# OUR MINISTRY

"You, though, keep your senses in all things, suffer evil, do the work of an evangelizer, fully accomplish your ministry."—2 Tim. 4:5.

WTPA028731

COPYRIGHT, 1983
by

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA


Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

But if a brother should feel that it would be best for him to step aside due to changed personal circumstances that limit his ability to serve, he may choose to do so. He should still be held in respect and be able to do much good in the congregation, even though no longer having assignments and duties given to elders.

## POSITIONS OF RESPONSIBILITY

Generally, men appointed as overseers are recommended for appointment by the local body of elders. This is done during regular visits of the circuit overseer. However, the Governing Body may appoint men who qualify to serve as overseers in any locality at any time. The Governing Body is not bound by the recommendations of any local group. Such recommendations serve merely as a guide and may even be rejected for reasons well known to the Governing Body. Also, at times, the Governing Body may authorize certain representatives to make appointments of overseers.—1 Tim. 1:3; Titus 1:5.

In each congregation there is a presiding overseer who serves for an indefinite period of time. The same is true of the secretary, service overseer, *Watchtower* Study conductor and Theocratic Ministry School overseer. The elders do not serve in these positions on a rotational basis. Of course, if a brother holding any of these positions moves, is unable to care for his responsibilities due to health reasons or becomes disqualified for failure to measure up to Scriptural requirements, another elder is selected to handle the assignment. In congregations where the number of overseers is limited, it may be necessary for an elder to handle more than one assignment until such time as other brothers qualify to be appointed as elders.

# Tab 13

1973-1992 Summary and Comparison of WTPA and WTNY Corporate Officers and Governing Body Members (as identified in Def. WTPA's 2d Supp. Resps. to Plfs.' 2d Set of Jurisdictional Disco., Interrog. Nos. 20–21, 23 (Sept. 21, 2021); Def. WTNY's 3d Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., Interrog. Nos. 2–4 (Sept. 21, 2021))

| YEAR | SUMMARY |
|---|---|
| **1973-1992 Summary of Comparision of WTPA and WTNY Corporate Officers and Governing Body Members** ||
| 1973 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1974 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1975 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1976 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1977 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1978 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1979 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1980 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1981 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body **except W.K. Jackson** |
| 1982 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1983 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body **except G. Suiter** |
| 1984 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1985 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1986 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1987 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |

| | |
|---|---|
| 1988 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1989 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1990 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1991 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1992 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body **except F.W. Franz** |



TELEPHONE (212) 625-1240



# WATCHTOWER

BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

S:SSD                    July 30, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

The Society is pleased to advise that the servant appointment to the position named below has been made. The newly appointed servant will want to fulfill this privilege of service in a manner that is pleasing to Jehovah and that will bring the greatest blessings to his brothers.

Congregation servant:
Address

Assistant congregation servant:
Address

Bible study servant:              Martin Svenson

Magazine-Territory servant:

Literature servant:               Martin Svenson

Accounts servant:

<u>Watchtower</u> study servant:

Ministry school servant:

Book study servant(s):

Your fellow ministers of Jehovah God,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

Note to overseer: Please see that the newly appointed servant becomes thoroughly familiar with his duties as they are set forth in the book *"Your Word Is a Lamp to My Foot," Kingdom Ministry* and other publications of the Society. The newly appointed servant is to receive from the former servant all forms, records and files pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a    9/67

MAP_HARDIN000001





**WATCHTOWER**

BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

TELEPHONE (212) 625-1240

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG        June 11, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses
c/o Mr. Harold D. Rimby
701 North Crook
Hardin, Montana  59035

Dear Brothers:

The Society is happy to inform you that the application submitted for the Hardin, Montana, Congregation has been approved. Jehovah's New World society is ever expanding, and this progressive step is another evidence of his blessing upon his people to preach the good news and aid the other sheep to come into his organization.

As you begin to function as a new congregation of Jehovah's people, each one should carefully consider what is required. An assignment of territory is issued, and it is the responsibility of each one that is associated to cooperate with the arrangements made for covering the territory regularly with the Kingdom message. As you locate interest, be sure to keep a careful record of this so that you can call back effectively and follow this up with back-calls and home Bible studies. Aid the interested ones to grow in their knowledge and share with you in singing Jehovah's praises. We know that also those who are more mature and experienced will want to aid the newer and less-experienced ones so that they may progress to maturity. Then as all have a regular share in the service, be sure to be on hand each meeting night for the spiritual food from Jehovah's table. Keep strong and properly equipped for Jehovah's service.

The appointed servants should always take a diligent lead in discharging their responsibilities as to Jehovah. The mature ones have much responsibility. To whom much is given, more will be required. But these privileges are joyful ones to be performed in behalf of our brothers. With all cooperating, the congregation will be strong and active in Jehovah's praise. We will look forward to receiving the first report on your congregation and noting the progress that has been made. Be assured of our prayers and best wishes.

Working with you in the
New Order society,

*Watchtower B. & T. Society*

OF NEW YORK, INC.





TELEPHONE (212) 625-1240

CABLE WATCHTOWER

BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG      June 11, 1971

<u>EFFECTIVE JULY 1, 1971</u>

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

    The Society is pleased to advise that the servant appointment
to the position named below has been made. The newly appointed
servant will want to fulfill this privilege of service in a manner
that is pleasing to Jehovah and that will bring the greatest bless-
ings to his brothers.

| | |
|---|---|
| Congregation servant:<br>Address | Harold D. Rimby<br>701 North Crook<br>Hardin, Montana   59035 |
| Assistant congregation servant:<br>Address | Bradley Lovett<br>605 West Fifth<br>Hardin, Montana   59035 |
| Bible study servant: | Harold D. Rimby |
| Magazine-Territory servant: | Bradley Lovett |
| Literature servant: | Mrs. Harold Rimby  * |
| Accounts servant: | Mrs. Harold Rimby  * |
| <u>Watchtower</u> study servant: | Bradly Lovett |
| Ministry school servant: | Harold D. Rimby |
| Book study servant(s): | Add:   Harold D. Rimby<br>Bradley Lovett |

Your fellow ministers of Jehovah God,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

Note to overseer:  Please see that the newly appointed servant becomes thoroughly familiar with his duties
as they are set forth in the book *"Your Word Is a Lamp to My Foot," Kingdom Ministry* and other publications
of the Society. The newly appointed servant is to receive from the former servant all forms, records and files
pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a   9/67   *  Sister Rimby will serve as a substitute servant until a
                    qualified brother is available.

MAP_HARDIN000003

Name of congregation **Hardin** _____ City _____ Province or state **MT**

Cong. No. **43653** _____ ........ _____ **June 17, 1995**

(Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer   **BRUCE HALEY**

**HC 71 BOX 1239**

**ASHLAND, MT. 59003**

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| ✓ Richard Anderson | | 40 | 12-25-83 | O | MS | This congregation | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| ✓ Harold Matthews | | 46 | 05-19-74 | O | MS | Wilburton cong.Oklahoma | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

Printed in U.S.A.

**MAP_HARDIN000021**

Name of congregation __Hardin__ City _____ Province or state __MT__

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
*OF NEW YORK, INC.*
SOL JUN 2 6 1995

For Office Use Only

Your fellow servants,

*Bruce M Haley*
Presiding overseer

*Tom Meyers*
Secretary

*Martin Svenson*
Service overseer

(Comments of circuit overseer)

__RICHARD ANDERSON__- He has been reaching out. He is an excellent family man. He takes a good lead in ser. with his family. His 12 yr old is a reg. aux. pio. He is viewed in the cong. as an elder, works well with the elders on shepherding calls. He has served as a MS for the past 9 yrs & is an excellent teacher, handles assignments well. He has served where the need is greater. He has a good attitude & works well with the elders. We worked in service in the past, he does a fine job. Elders recommend him unanimously. I agree.

__HAROLD MATTHEWS__- Moved here to serve where the need is greater with an excellent recommendation. Wife a reg. pio. He takes a good lead in ministry, is an excellent teacher, is responsible & serious minded. He accepts any assignment given him. Elders recommend him unanimously. I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|------|------------------|---------------------------|-----------------------------------|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WTS CBSC |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, CBSC |
| Martin Svenson | 07- -91 | 07-30-58 | SO, CBSC |
| | | | |
| Richard Anderson | Recommended 12-25-83 | | TMSO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|------|------------------|---------------------------|-----------------------------------|
| Richard Anderson | 11-25-94 | 12-25-83 | TERR |
| Delbert Hiebert | 04-02-94 | 07-26-68 | TERR |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG |
| | | | |
| Harold Matthews | Recommended 05-19-74 | | ACCTS |

(If additional space is needed, use additional sheets.)

*Gregory J Wilmeth*
Circuit overseer

MAP_HARDIN000022

Name of congregation __Hardin__    City _____    Province or state __MT__

Your fellow servants,

_Bruce R. Haley_
Presiding overseer

_Tom Meyer_
Secretary

_Martin Svenson_
Service overseer

For Office Use Only

**(Comments of circuit overseer)**

<u>BRUCE HALEY</u>-The former P.O. Howard Earl moved. Bro. Haley has been acting P.O. for several months. We discussed the qualifications 4/15/83 letter to CO, DO. The brothers feel that he adequately meets all the qualifications. He has served in this congregation for 22 years and he is capable of handling this position. Elders recommend him unanimously. I agree.
<u>RICHARD ANDERSON</u>-Moved here from Granada were he was serving where the need was greater with a favorable letter of recommendation. He readily accepts any assignments given him. We worked in service together, he is very effective in the ministry. He is know for having concern for weaker ones and is always willing to help them out. He does well in all of his assignments. Elders recommend him unanimously. I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WSC, CBSC |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, ACCTS |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Delbert Hiebert | 04-02-94 | 07-26-68 | TERR |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG. |
| Richard Anderson | Recommended | | |

(If additional space is needed, use additional sheets.)

_Gregory J. Wilcut_
Circuit overseer

MAP_HARDIN000023

Name of congregation **Hardin**      City _____     Province or state **MT**

Cong. No. **43653**                    **November19, 1994**

(Date)

**DO NOT SEND THIS CARBON COPY TO SOCIETY**

(Keep this copy for the congregation files)

Presiding overseer    BRUCE HALEY

HC 71 BOX 1239

ASHLAND, MT. 59003

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

     After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Bruce Haley | | 56 | 04-05-69 | O | E | This congregation | |
| | | | | | | | | |
| | | | | | | | | |

MINISTERIAL SERVANTS    (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of baptism | | | |
|---|---|---|---|---|---|---|
| Richard Anderson | | 40 | 12-25-83 | O | MS | Grenville Cong, Granada |
| | | | | | | |
| | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

\* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

     It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| Howard Earl | | E | MOVED-Havre Cong., Havre MT. | |
| | | | | |
| | | | | |

S-2c    2/94                                  Printed in U.S.A.

MAP_HARDIN000024

Name of congregation __Hardin__ _____ City _____ Province or state __MT__

Cong. No. __43653__ _____ · _____ November 19, 1994 .

(Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer __BRUCE HALEY__

__HC 71 BOX 1239__

__ASHLAND, MT. 59003.__

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

　　　　After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Bruce Haley | | 56 | 04-05-69 | O | E | This congregation | |
| | | | | | | | | |
| | | | | | | | | |

MINISTERIAL SERVANTS　　(Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| | First name | Last name | Age | Date of baptism | A or O | E or MS | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | Richard Anderson | | 40 | 12-25-83 | O | MS | Grenville Cong, Granada | |
| | | | | | | | | |
| | | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

　　　　It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| | First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|---|
| ✓ | Howard Earl | | E | MOVED-Havre Cong., Havre MT. | |
| | | | | | |
| | | | | | |

S-2b　2/93

Printed in U.S.A.

Name of congregation **Hardin** City _____ Province or state **MT**

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*

**OF NEW YORK, INC.**

**SDL NOV 2 5 1994**

For Office Use Only

Your fellow servants,

*Bruce M. Haley*
Presiding overseer

*Tom Meyers*
Secretary

*Martin Svenson*
Service overseer

(Comments of circuit overseer)

BRUCE HALEY—The former P.O. Howard Earl moved. Bro. Haley has been acting P.O. for several months. We discussed the qualifications 4/15/83 letter to CO, DO. The brothers feel that he adequately meets all the qualifications. He has served in this congregation for 22 years and he is capable of handling this position. Elders recommend him unanimously. I agree.

RICHARD ANDERSON—Moved here from Granada were he was serving where the need was greater with a favorable letter of recommendation. He readily accepts any assignments given him. We worked in service together, he is very effective in the ministry. He is know for having concern for weaker ones and is always willing to help them out. He does well in all of his assignments. Elders recommend him unanimously. I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WSC, ~~CBSC~~ |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, ~~ACCTS~~ C BSC |
| Martin Svenson | 07- -91 | 07-30-58 | SO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Delbert Hiebert~~ | ~~04-02-94~~ | ~~07-26-68~~ | ~~TERR~~ |
| ~~Vern Moehr~~ | ~~10-19-92~~ | ~~06-17-89~~ | ~~LIT, SOUND~~ |
| ~~Don Mouat~~ | ~~10-19-92~~ | ~~09-15-71~~ | ~~ATTN, MAG.~~ |
| ~~Richard Anderson~~ | ~~Recommended~~ | | *ACCTS* |

(If additional space is needed, use additional sheets.)

*Gregory J. Michuck*
Circuit overseer

MAP_HARDIN000026

Name of congregation **Hardin** _____ City _____ Province or state _____ MSN APR 0 1 1994

Cong. No. **43653** _____ March 26, 1994
_____ (Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer   **HOWARD EARL**

  **850 W. 4th St.  C**

  **HARDIN, MT. 59034**

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

  After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Thomas Meyers | | 41 | 07-09-76 | O | MS | This congregation | |
| | | | | | | | | |
| | | | | | | | | |

MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Delbert Hiebert | | 41 | 07-26-68 | O | | Vernon British Colombia | |
| | | | | | | | | |
| | | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

  It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2b   2/93

Printed in U.S.A.

MAP_HARDIN000027

Name of congregation **Hardin**     City _____     Province or state **MT**

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*[Watchtower Society stamp]*
OF NEW YORK, INC.
**SDL APR 2 1994**
For Office Use Only

Your fellow servants,

*Howard Earl*
Presiding overseer

*Bruce M. Haley*
Secretary

*Martin Svenson*
Service overseer

(Comments of circuit overseer)

THOMAS MEYERS-Served as a M.S. for a total of 12 yrs. During a 2 year period (91-92)while serving in Custer, SD, he did not serve. When he moved there the elders felt he did not set a good example in his appearance & home. He has been here for 2 yrs serving as an MS most of that time & the bros see no problem with him in this area. We worked door to door & made a shepherding call together, he does extremely well. He is a good student of the Bible & an excellent teacher. He is a good family man, is warm & friendly toward all in the cong. & is viewed as an elder. Elders recommend him unanimously. I agree.

### SEE ATTACHMENT

| Alphabetical list of elders in the congregation Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC, ~~Sec~~ |
| Howard Earl | 02-22-91 | 11-21-64 | PO, TERR |
| Bruce Haley | 06-13-89 | 04-05-69 | ~~SEC~~, WSC, CBSC *PO* |
| Martin Svenson | 07- -91 | 07-30-58 | SO, CBSC |
| | | | |
| Thomas Meyers | Recommended 07-09-76 | | *Accts - Sec* |

| Alphabetical list of ministerial servants in the congregation Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Tom Meyers~~ | ~~10-19-92~~ | ~~07-09-76~~ | ~~ACCTS~~ |
| ~~Vern Moehr~~ | ~~10-19-92~~ | ~~06-17-89~~ | ~~LIT, SOUND~~ |
| ~~Don Mouat~~ | ~~10-19-92~~ | ~~09-15-71~~ | ~~ATTN, MAG.~~ |
| | | | |
| ~~Delbert Hiebert~~ | ~~Recommended 07-26-68~~ | | *Terr* |

(If additional space is needed, use additional sheets.)

*[signature]*
Circuit overseer

MAP_HARDIN000028

| Name of congregation | Hardin | City | | Province or state | MT |
|---|---|---|---|---|---|

Cong. No. 43653

October 9, 1993

(Date)

**DO NOT SEND THIS CARBON COPY TO SOCIETY**
(Keep this copy for the congregation files)

Presiding overseer

HOWARD EARL

850 W. 4th St. -C-

HARDIN, MT. 59034

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2c    2/93

| Name of congregation | Hardin | City | | Province or state | MT |
|---|---|---|---|---|---|

Your fellow servants,

*Howard Earl*
Presiding overseer

*Bruce Haley*
Secretary

*Martin Svenson*
Service overseer

For Office Use Only

(Comments of circuit overseer)

No recommendations at this time.

| Alphabetical list of elders in the congregation<br>Name | Appointment date | Baptism date<br>(ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Howard Earl | 02-22-91 | 11-21-64 | PO, TERR |
| Bruce Haley | 06-13-89 | 04-05-69 | SEC, WSC, CBSC |
| Martin Svenson | 07- -91 | 07-30-58 | SO, CBSC |

| Alphabetical list of ministerial servants<br>in the congregation<br>Name | Appointment date | Baptism date<br>(ordination) | In what capacity does each serve? |
|---|---|---|---|
| Tom Meyers | 10-19-92 | 07-09-76 | ACCTS |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG |

(If additional space is needed, use additional sheets.)

*[signature]*
Circuit overseer

MAP_HARDIN000032

ne of congregation __Hardin__ City ____ Province or State ____ SSN MAR 29 195_ MT

Cong. No. __43653__

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer __Howard Earl__

__850 W 4th St -C-__

__Hardin, MT 59034__

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other" or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| | | | | | |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b    12/89

MAP_HARDIN000033

| Name of congregation | Hardin | City | | Province or State | MT |
|---|---|---|---|---|---|

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

SCL MAR 30 1993

For Office Use Only

Your fellow servants,

*Howard Earl*
Presiding overseer

*Bruce M. Haley*
Secretary

*Howard Earl*
Service overseer

(Comments of circuit overseer)

The elders have no recommendations at this time and I agree.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;WSC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | PO;SO;TERR |
| Martin Svenson | | 7/30/58 | CBSC |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Vern Moehr | 10/19/92 | 6/17/89 | SOUND;LIT |
| Don Mouat | 10/19/92 | 9/15/71 | MAGS;SUBS |
| Tom Meyers | 10/19/92 | 7/9/76 | ACCTS |

(If additional space is needed, use additional sheets.)

*Joseph N. Polakash*
Circuit overseer

MAP_HARDIN000034

Name of congregation    Hardin    City                    Province or State   SSM OCT 17 1992

Cong. No. 43653                    October 10, 1992
                                        (Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer   Howard Earl

850 W 4th St –C–

Hardin, MT 59034

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| ✓ Vern Moehr | | 33 | 6/17/89 | O | | | |
| ✓ Don Mouat | | 62 | 9/15/71 | O | | | |
| ✓ Tom Meyers | | 40 | 7/9/76 | O | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b    12/89                                        Printed in U.S.A.

MAP_HARDIN000037

| Name of congregation | Hardin | City | | Province or State | MT |
|---|---|---|---|---|---|

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

SCL OCT 19 1992
For Office Use Only

Your fellow servants

*Howard Earl*
Presiding overseer

*Bruce Haley*
Secretary

*Howard Earl*
Service overseer

(Comments of circuit overseer)

Vern Moehr rec as ministerial servant: Very humble brother. Very willing and dependable in caring for things assigned. Very kind and generous in dealing with others, and goes out of his way to assist others. Has zeal for the ministry avg. 32 hrs mnth. Used in Sound,Subs,Ter

Don Mouat rec as ministerial servant: Served as elder in Forsyth, MT. Stepped aside due to personal problems in 1982. He is a very capable brother who is a good student of the bible. Very willing to aid the friends in any way he can. Very kind and caring in his dealing with others. Dependable in caring for assignments. Zealous for the ministry frequently aux. pio.

Tom Meyers rec as ministerial servant: Served as MS in Hot Springs, SD. Stepped aside in 1988 due to health and personal problems. Very outgoing, hospitable brother. Eager to be of assistance to others. Very reg in his support of field service activity. Diligent to care for assignments given.

The elders are unanimous in their recommendation of these brothers and I agree.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | PO;SO;TERR;MAGS;SOUND;ACCTS |
| Martin Svenson | | 7/30/58 | CBSC;LIT |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Vern Moehr | "RECOMMENDED" | 6/17/89 | |
| Don Mouat | "RECOMMENDED" | 9/15/71 | |
| Tom Meyers | "RECOMMENDED" | 7/9/76 | |

(If additional space is needed, use additional sheets.)

*Joseph W Polabash*
Circuit overseer

MAP_HARDIN000038

# WATCHTOWER

### BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

25 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201, U.S.A.   PHONE (718) 625-3600

SCL:SSN  August 20, 1992

Hardin Congregation
of Jehovah's Witnesses, MT
c/o Howard Earl
850 West 4 St  #C
Hardin MT  59034

Dear Brothers:

The Governing Body of Jehovah's Witnesses is pleased to advise that the following brother(s) has been appointed to serve in your congregation. Each one appointed should be sure that he is well acquainted with what the Bible says about his responsibilities in the congregation. In all that he does, he should look to God's Word for guidance and should cooperate closely with the faithful and discreet slave class, through whom the Lord is providing direction for his congregation. Further details as to the assignments to be cared for by each one will be provided by the local body of elders.

ELDER(S)                       MINISTERIAL SERVANT(S)

DELETION(S)

Larry Archer

Serving with you under the appointed
Head of the congregation, Jesus Christ,

*[signature]*
OF NEW YORK, INC.

P.S. To body of elders: If any brother recommended is appointed by the Society, please have two elders speak to him before announcing the appointment. Ask if there is any reason why it should not be announced. If so, do not announce it, but return this form and advise the Society why he is disqualified.

If there is a deletion only, it is not necessary to read the first paragraph. Simply announce the deletion. If an elder is deleted for reasons other than moving to another congregation with a favorable recommendation, he should turn over his Kingdom Ministry School textbook(s) to the presiding overseer, who should give it to the circuit overseer.

S-52a  8/91

**MAP_HARDIN000041**

Name of congregation   Hardin _____   City _____   Province or State   MT

Cong. No. 43653 _____   February 22, 1992 _____
(Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer   Larry Archer _____

Rt 1 BOX 1242 _____

Hardin, MT 59034 _____

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

## ELDERS

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | NR |
|---|---|---|---|---|---|---|
| None | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| None | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

## DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| | First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion   (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ✓ | John Donovan | | MS | No longer qualifies 1 TIM 3:10 not "free from accusation" |
| ✓ | Gary Baker | | E | Resigned, also no longer qualifies 1 Tim 3:4,5; Titus 1:6 "not presiding over household in fine manner";"child under charge of debauchery" |

S-2b   12/89   Printed in U.S.A.

Name of congregation __Hardin__ City _____ Province or State __MT__

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & S. Society*
OF NEW YORK, INC.

SCL MAR 5 1992
For Office Use Only

Your fellow servants,

*[signature]*
Presiding overseer

*Bruce M. Haley*
Secretary

*Howard Earl*
Service overseer

(Comments of circuit overseer)

Gary Baker rec for deletion as elder:

John Donovan rec for deletion as ministerial servant:

PLEASE SEE ATTACHED SUPPLEMENT.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5/11/88 | 10/27/74 | PO;WSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | SO;TERR;MAGS;SOUND;ACCTS |
| Martin Svenson | | 7/30/58 | CBSC;LIT |

The elders could not locate the S-2b, returned to them after the last visit. Could you please provide the appointment date for Bro. Martin Svenson.

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |

(If additional space is needed, use additional sheets.)

*Joseph W. Polohonk*
Circuit overseer

MAP_HARDIN000043

Name of congregation ___Hardin___ City ___ Province or State ___MT___

Cong. No. ___43653___ ___June 22, 1991___
(Date)

---

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

---

Presiding overseer ___Larry Archer___

___RT 1 BOX 1242___

___Hardin, MT  59034___

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

## ELDERS

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| | First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Martin | Svenson | 62 | 7/30/58 | O | MS | 2 yrs. this cong.;Also served | |
| | | | | | | | as elder for total of 17 yrs. | |
| | | | | | | | in this cong. and Miles City, | |
| | | | | | | | MT cong. | |

## MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| NONE | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

## DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2b    2/89

Printed in U.S.A.

Name of congregation  **Hardin** _____ City _____ Province or State  **MT**

<table>
<tr><td>

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK INC.

**SCO JUL 15 1991**

For Office Use Only
</td><td>

Your fellow servants,

*Larry Archer*
_____
Presiding overseer

*Gary L. Baker*
_____
Secretary

*Howard Earl*
_____
Service overseer
</td></tr>
</table>

**(Comments of circuit overseer)**

<u>Martin Svenson recommended as elder:</u> Bro. Svenson stepped aside as an elder and was deleted in Dec. 1988. He was reappointed as a MS 6/13/89. The circumstances leading to his deletion in 1988 involved difficulties he was having with another elder who also was deleted at the same time. Since that time Bro. Svenson has worked diligently to re-qualify as an elder. He has accepted his share of the blame for past difficulties, and has responded well to any counsel given. He is a very humble, patient brother. He is a good student of the bible and demonstrates a good command of the scriptures. He is kind, warm, and loving in his dealings with the brothers and sisters, and is always very encouraging to them. He displays a high degree of loyalty to Jehovah and the organization. He is a very capable teacher. Any possible reproach brought on by past failings has been lived down and he now has the respect of the entire cong. The elders are unanimous in their recommendation and I agree.

### Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5/11/88 | 10/27/74 | PO;CBSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | SO;TERR;MAGS |
| | | | |
| Martin Svenson | "RECOMMENDED" | 7/30/58 | |

### Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |
| ~~Martin Svenson~~ | ~~6/13/89~~ | ~~7/30/58~~ | ~~LIT~~ |

(If additional space is needed, use additional sheets.)

*Joseph W. Palahunsk*
_____
Circuit overseer

Name of congregation ___Hardin___ City _____ Province or State __MT__

Cong. No. _43653_                    ___January 26, 1991___
                                              (Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer ___Larry Archer___
                   ___RT 1 BOX 1242___
                   ___Hardin, MT  59034___

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

   After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

### ELDERS

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| Howard Earl | | 56 | 11/21/64 | O | MS | Havre, MT 2 1/2 yrs. | |
| | | | | | | This cong. 1 1/2 yrs. | |
| | | | | | | | |
| | | | | | | | |

### MINISTERIAL SERVANTS

(Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| NONE | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

### DELETIONS

   It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| Gunner Hain | | E | 1 TIM 3:5 – failure to "preside over household" | |
| | | | TITUS 1:6 – "children under charge of debauchery" | |
| | | | | |
| | | | | |

Name of congregation **Hardin**    City      Province or State **MT**

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

FEB 22 1991

For Office Use Only

Your fellow servants,

*Larry Archer*

Presiding overseer

*Gary L Baker*

Secretary

*Bruce M Haley*

Service overseer

**(Comments of circuit overseer)**

<u>Howard Earl recommended as Elder:</u> Bro. Earl is a well-respected spiritual man. He has demonstrated himself to be a serious-minded student of God's Word. As a reg. pio. he displays a zeal for the ministry. In working with the bro. & sis. he is kind, showing empathy, concern and a desire to aid. He is currently used in teaching capacities, giving Instr.talks, SM parts, and PT, as well as in the shepherding activity. He is a humble bro. who has responded well to counsel. The elders are unanimous in their recommendation and I agree.

<u>Gunner Hain deleted as Elder:</u> Bro. Hain has recently had a baptized minor daughter disfellowshipped from the cong. The elders feel that Bro. Hain is partly responsible, being negligent in carrying out his obligations as family head. The problems w/his daughter have been ongoing for a couple of years, but Bro. Hain failed to respond to counsel offered by the elders over that period of time. Scripturally he no longer qualifies according to 1 TIM 3:4,5,12 and TITUS 1:6 Bro. Hain is in agreement with his deletion.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5/11/88 | 10/27/74 | PO;CBSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| ~~Gunner Hain~~ | 12/26/88 | 5/15/70 | SO |
| Bruce Haley | 6/13/89 | 4/5/69 | CBSC |
| | | | |
| Howard Earl | "RECOMMENDED" | 11/21/64 | SO |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |
| ~~Howard Earl~~ | 1/12/90 | 11/21/64 | MAGS;TERR |
| Martin Svenson | 6/13/89 | 7/30/58 | LIT |

(If additional space is needed, use additional sheets.)

*Joseph W. Polahowski*

Circuit overseer

MAP_HARDIN000049

Name of congregation ___HARDIN___ City ___Hardin___ Province or State

Cong. No. __43653__  June 19-24, 1990
(Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer ___Larry Archer___

___Rte 1, Box 1242___

___Hardin, MT 59034___

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

## ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| None | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

## DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b    2/89

Printed in U.S.A.

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.
SCQ **JUL 1 5 1990**
For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L Baker*
Secretary

*Gunner Hain*
Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5-11-88 | 10-27-74 | PO; CBSC |
| Gary Baker | 5-20-85 | 7-19-65 | SEC; WSC |
| Scott Duy | 1-12-90 | 7-7-84 | TMSO |
| Gunner Hain | 12-26-88 | 5-15-70 | SO; CBBC |
| Bruce Haley | 6-13-89 | 4-5-69 | CBSC |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Howard L Earl | 1-12-90 | 11-21-64 | MAGS |
| Martin Svenson | 6-13-89 | 7-30-58 | LIT |

(If additional space is needed, use additional sheets.)

*Ronald F Miller*
Circuit overseer
Ronald F Miller

Name of congregation _____ HARDIN _____ City _____ Hardin _____ Province MT
or State

Cong. No. _42653_          12/26-12/31, 1989
(Date)

DUPLICATE COPY to Society for return after approval. The
circuit overseer will send this form to the Society along
with his report following his visit to the congregation.

Presiding overseer          Larry Archer

Rte 1, Box 1242

Hardin, MT 59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in
God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the
brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers
regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

If he has ever served as an elder (E) or ministerial
servant (MS) state which and give name of last
congregation. If favorable recommendation for any
person listed was not received from the congrega-
tion where he last served, please place a check mark
in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| ✓ Scott Duy | | 40 | 7-7-84 | (O) | MS | this congregation | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| ✓ Howard L Earl | | 55 | 11-21-64 | (O) | MS | Havre, MT. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated
themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they
have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend
the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed,
mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how
long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial
servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or
disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for
recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer
qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MSJ]) | Reason for deletion (If person moved, show name of new congregation, if known.) |
|---|---|---|---|
| ✓ Keith Kolstad | | MS | moved-Belle Fourshe, S.D. |
| | | | |
| | | | |

S-2b   3/87

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.
SCQ JAN 1 2 1990
For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L Baker*
Secretary

*Gunner Hain*
Service overseer

### (Comments of circuit overseer)

<u>Scott Duy as Elder</u>: Good, strong MS who has been trained well by Elders. He is being used as sub TMSO as well as giving PT, handling major SM parts, and is involved in Elders sheperding program. Good family who all show a nice zeal for the ministry.

<u>Howard L Earl as MS</u>: Outstanding reccomendation from previous congregation. He is a regular pioneer as is his wife. Will be a nice asset to the existing body of servants.

In both cases we are unanimous that the brothers meet the qualifications for MS and Elders as outlined in the Bible.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5-11-88 | 10-27-74 | PO;CBSC |
| Gary Baker | 5-20-85 | 7-19-65 | SEC;WSC |
| Gunner Hain | 12-26-88 | 5-15-70 | SO;CBSC |
| Bruce Haley | 6-13-89 | 4-5-69 | CBSC |
| Scott Duy | RECCOMENDED | 7-7-84 | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Scott Duy | 5-20-86 | 7-7-84 | SUB THSO;MAGS;TERR |
| Martin Svenson | 6-13-89 | 7-30-58 | LIT |
| Howard L Earl | RECCOMENDED | 11-21-64 | |

(If additional space is needed, use additional sheets.)

*Ronald F. Miller*
Circuit overseer
Ronald F. Miller

| Name of congregation | HARDIN | City | Hardin | Province or State | MT |
|---|---|---|---|---|---|

Cong. No. 43653

5/30–6/4, 1989
(Date)

---

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

---

Presiding overseer

Larry Archer

Rte 1, Box 1242

Hardin, MT 59034

---

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

## ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Bruce Haley | | 48 | 4-5-69 | (O) | MS | This congregation | |
| | | | | | | | |
| | | | | | | | |

## MINISTERIAL SERVANTS (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| Martin Svenson | | 60 | 7-30-58 | (O) | E | This congregation | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

## DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2b    3/87

MAP_HARDIN000060A-

| Name of congregation | HARDIN | City | Hardin | Province or State | MT |

The Governing Body has approved the recommenda-
tions on the reverse side as indicated by the Watch-
tower Society stamp below. The date stamped below
constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

SCA JUN 1 3 1989

For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L. Baker*
Secretary

*Gunnar Hain*
Service overseer

**(Comments of circuit overseer)**

Martin Svenson as MS: Please see supplement letter on last visit
when he stepped aside. The Elders say he has responded to counsel
given and has shown a humble attitude. I see pesonally that he
has really devoted some time to getting his household in order.
We all feel that he qualifies as a MS and if the overall attitude
continues he will again fullfill the qualifications of an Elder.
Bruce Haley as Elder: 14 yrs as a faithful MS with much exper-
ience. Used as teacher, in sheperding, zeal for the ministry and
excellant family man. Elders are unanimous and I agree.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| Gary Baker | 5-20-85 | 7-19-69 | SEC;WSC;CBSC |
| Larry Archer | 5-11-88 | 10-27-74 | PO;TMSO |
| Gunner Hain | 12-26-88 | 5-15-70 | SO;CBSC |
| Bruce Haley | RECCOMENDED | 4-5-69 | |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Scott Duey | 5-20-86 | 7-7-84 | LIT |
| Bruce Haley | 9-13-75 | 4-5-69 | CBSC |
| Keith Kolstad | 12-26-88 | 3-29-86 | TERR;SOUND |
| Martin Svenson | RECCOMENDED | 7-30-58 | |

(If additional space is needed, use additional sheets.)

*Ronald F. Miller*
Circuit overseer
Ronald F Miller

MAP_HARDIN000061

Name of congregation ___HARDIN___ City ___Hardin___ Province or State ___MT___ SST DEC 13 1988

Cong. No. __43653__

Dec. 11, 1988
(Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer ___Larry Archer___
___Rte 1, Box 1242___
___Hardin, MT 59034___

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|
| Gunner Hain | 39 | 5-15-70 | (O) | MS | this congregation | |
| Larry Archer | | | | | | |
| | | | | | | |

MINISTERIAL SERVANTS (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| Keith Kolstad | 43 | 3-29-86 | (O) | MS | Spearfish, S Dakota | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion (If person moved, show name of new congregation, if known.) | |
|---|---|---|---|
| James C Rowland | E | stepped down—see supplement letter | |
| Martin Svenson | E | stepped down—see supplement letter | |
| | | | |

S-2b   3/87

Name of congregation **HARDIN**   City **Hardin**   Province or State **MT**

The Governing Body has approved the recommenda-
tions on the reverse side as indicated by the Watch-
tower Society stamp below. The date stamped below
constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

SCA DEC 26 1988

For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L. Baker*
Secretary

*Larry Archer*
Service overseer

(Comments of circuit overseer)

Gunner Hain as Elder: MS for 7 plus yrs. Legally blind Brother who is
zealous for the ministry, teaches both from the platform and on shep-
erding calls. Respected as an Elder now in the congregation.
Keith Kolstad as MS: Excellant reccomendation from previous congre-
gation. Brothers are already using him. Good spriritual family.
Larry Archer as PO: Has been an Elder for short period but has shown
himself to be organized an Theocratically sound. Best man for the job.
In each case the Elders are unanimous and I agree.

| Names and date of appointment of elders in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| Gary Baker | 5-20-85 | 7-19-69 | SEC;WSC;CBSC |
| Larry Archer | 5-11-88 | 10-27-74 | PO;SO;TMSO |
| JAMES C. ROWLAND | 9/10/74 | 7/17/70 | RESIGNED |
| Gunner Hain | RECC | 5/15/70 | |
| MARTIN SVENSON | 8/ 1/72 | 7/30/58 | RESIGNED |

| Names and date of appointment of ministerial servants in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Scott Duey | 5-20-85 | 7-7-84 | TERR;ASST LIT |
| Gunner Hain | 5-11-81 | 5-15-70 | MAGS;SUB CBSC |
| Bruce Haley | 9-13-75 | 4-5-69 | LIT;SUB CBSC |
| Keith Kolstad | RECC | 3/29/86 | |

(If additional space is needed, use additional sheets.)

*Donald F. Miller*
Circuit overseer

Name of congregation __Hardin__     City __Hardin__     Province or State __Mt.__

Cong. No. __43653__                    __4-18-24, 1988__
                                                      (Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer __Martin Svensen__

__1015 N. Crawford__

__Hardin, Mt.    59034__

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

   After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

### ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Larry Archer | | 33 | 10-27-74 | (O) | | | |
| | | | | | | | |
| | | | | | | | |

### MINISTERIAL SERVANTS    (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| John Donovan | | 48 | 7-6-73 | (O) | MS | Lewistown, MT. 10 to 12 years ago | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.).

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

### DELETIONS

   It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

S-2b   3/87

Name of congregation **Hardin**    City **Hardin**    Province or State **Mt.**

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

SCA MAY 11 1988
For Office Use Only

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Gary L. Baker*
Secretary

*James C. Rowland*
Service overseer

Larry Archer- Has been reaching out. has been tested as to fitness. He has been used in conducting Cong. book study and other teaching parts. He is an approachable bro. Some in the Cong. have come to him with problems. The brothers have used him extensively in shepherding work. So wee are all in agreement he should be added to body of Elders.

John Donovan- Had served as a MS. in Lewistown, Mt. Cong. approx. 10 years ago. He was deleted their because of allowing financial problems distract from responsiblity and Kingdom interests. In recent years he has worked out things so as to lead in the congregation. He has been tested and used in congregation in small responsibilities for past few months. So the body of Elders and myself are all in agreement that he should be used in the congregation as Ministerial Servent.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5-20-85 | 7-19-69 | CBS, SEC, TSO |
| James C. Rowland | 9-10-74 | 7-17-70 | CBS, SO |
| Martin Svensen | 6-1-72 | 7-30-58 | CBS, WTC, PO |
| | | | |
| Larry Archer | REC | 10/27/74 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 8-5-86 | 10-27-74 | ACCTS |
| Scott Duey | 5-20-85 | 7-7-84 | ASSI, Liter Terr |
| Gunner Hain | 5-11-81 | 5-15-70 | MAGS |
| Bruce Haley | 9-13-75 | 4-5-69 | LITER |
| | | | |
| John Donovan | REC | 7/ 6/73 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer C. Woodley    (Russell Finkbeiner)

MAP_HARDIN000065

Name of congregation ~~Hardin~~          City ~~Hardin~~          Province or State ~~Mt.~~

Cong. No. ~~43653~~          ~~7/21-26, 1987~~
(Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer ~~Martin Svenson~~

~~1015 N. Crawford~~

~~Hardin, Mt. 59034~~

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and that he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

S-2b   3/87

| Name of congregation | Hardin | City | Hardin | Province or State | Mt. |

The Governing Body has approved the recommenda-
tions on the reverse side as indicated by the Watch-
tower Society stamp below. The date stamped below
constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCH AUG 4 1987
For Office Use Only

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Gary L Baker*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

**Names and date of appointment of elders in the congregation**

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5/20/85 | 7/19/69 | CBS, SEC, TSO |
| James C. Rowland | 9/10/74 | 7/17/70 | CBS, SO |
| Martin Svensen | 8/1/72 | 7/30/58 | CBS, WTC, PO |

**Names and date of appointment of ministerial servants in the congregation**

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 8/5/86 | 10/27/74 | ACCTS |
| Scott Duey | 5/20/85 | 7/7/84 | ASST LITER TERR |
| Gunner Hain | 5/11/81 | 5/15/70 | MAGS |
| Bruce Haley | 9/13/75 | 4/5/69 | LITER |

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer

Name of congregation ___Hardin___ City ___Hardin___ Province or State ___Mt.___

Cong. No. ___43653___ ___2/3-8/87___ (Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Secretary ___Martin Svenson___

___1015 N. Crawford St.___

___Hardin, Mt.   59034___

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

S-2b   4/83

Name of congregation ___Hardin___ City ___Hardin___ Province or State ___Mt.___

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B&T Society*
OF NEW YORK, INC.
SCH FEB ~ 4 1987

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Floyd D. Mullins*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker    32 | 5/20/85 | 7/19/69 | CBS LITER TSO |
| Roger Mullins | 2/17/82 | 3/4/51 | CBS, SEC, WTC |
| James C. Rowland   973 | 9/10/74 | 7/17/70 | CBS, PO, PIO |
| Martin Svenson   65 | 8/1/72 | 7/30/58 | CBS, PO, |
|  |  |  |  |
|  | 3/4 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer   265 | 8/5/86 | 10/27/74 | ACCTS |
| Scott Duy   95 | 5/20/85 | 7/7/84 | TERR |
| Gunnar Hain   478 | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley   53 | 9/13/75 | 4/5/69 | ASST LITER |
|  |  |  |  |
|  | 3/4 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer C. Woodley

MAP_HARDIN000073

Name of congregation ....... Hardin .......... City ....... Hardin ........ Province or State ... MO

Cong. No. .. 43653 ............................... 7/22-27, 1986
(Date)

DUPLICATE COPY to Society for return after approval.
The circuit overseer will send this form to the Society along
with his report following his visit to the congregation.

Secretary ....... Martin Svenson .......

....... 1015 N. Crawford Street .......

....... Hardin Mo. 59034 .......

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's
Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers
recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate
in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

If he has ever served as an elder (E) or ministerial
servant (MS) state which and give name of last
congregation. If favorable recommendation for any
person listed was not received from the congrega-
tion where he last served, please place a check mark
in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) E or "other or sheep" (O) MS | | NR |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

MINISTERIAL SERVANTS  (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd | E/MS | | |
|---|---|---|---|---|---|---|---|
| ✓ Larry | Archer | 30 | 10/27/74 | O | MS | Here about 1982 | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated
themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have
gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the
appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed,
mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long
the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as
indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc.,
supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state
whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not
and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (el-der [E] or minis-terial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ✓ Quintin | Means Jr. | E | Has had problems controling his children | |
| | | | Elders feel he has lost respect, he also | |
| | | | this is a good posibility. All in agreement. | |

S-2b    4/83

Name of congregation  Hardin  City  Hardin  Province or State  MO

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCH AUG 5 1986

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Mullins*
Secretary

*James C. Rowland*
Service overseer

### (Comments of circuit overseer)

Larry Archer; Brother Archer was MS here about 4 yrs ago, was deleted because of activity, had to work to pay debts, so was low in activiyt, problem has been over come so we all feel he should be used as MS again. He has been reaching out for some time, good family planning to regular pioneer.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker  95 | 5/20/85 | 7/19/69 | CBS, LITER, 730 |
| Quintin Means Jr. | 7/29/82 | 9/27/69 | CBS  TCO |
| Roger Mullins  96 | 2/17/82 | 3/4/51 | SEC WTC  ~~ASST~~ CBS |
| James C. Rowland  46 | 9/10/74 | 7/17/70 | CBS, SO  PO |
| Matin Svensen  95 | 8/1/72 | 7/30/58 | CBS, PO |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy  129 | 5/20/85 | 7/7/84 | TERR |
| Gunnar Hain  469 | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley  52 | 9/13/75 | 4/5/69 | ASST LITER |
|  |  |  |  |
| Larry Archer  345 | RECC |  | ACCT? |
|  |  |  |  |
|  |  |  |  |

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer C. Woodley

MAP_HARDIN000079

Name of congregation __**Hardin**__ City _____ Province or State __MT__

Cong. No. __**43653**__ . . __**January 11, 1986**__

(Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Secretary __**Roger Mullin**__

__**Box 810**__

__**Lame Deer, MT  59043**__

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended). | NR |
|---|---|---|---|---|---|---|---|
| Gary Baker | | 32 | 7/19/69 | os | ms | Same | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS  (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| Scott Dean Duy | | 36 | 7/7/84 | os | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| Delbert Hiebert | | E | Moved to Vernon Cong., British Columbia | |
| | | | | |
| | | | | |

S-2b   4/83

MAP_HARDIN000080

| Name of congregation | Hardin | City | | Province or State | MT |

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCH JAN 2 2 1986

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Mullin*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

Gary Baker - for elder. Has been a m/s for 7-8 years in different congs. A zealous pub. averaging 17 hrs. Family zealous and good example. Has good knowledge of Bible and OR. Good teaching from platform and at door, has been taken on shepherding calls, does well. Hospitable, empathetic. Follows direction and can give it. Elder unanimous, I agree. Elder body has lost two elders in last six months, he should make fine addition.
Scott Dean Duy - for m/s. Very zealous in ministry, wife too; he averages 21.2 hrs with 3 months additional AP'ing within last 9 months, while having full-time job. Has had problem with running ahead of the elders in times past out of enthusiasm to help, but has taken counsel well. Has also had "rough" background, so took time to refine his attitude and again has humbly taken counsel and acted on it. Very helpful in duties, etc. Elders unanimous, I agree.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | TMSO, CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC, SEC, ACCTS |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC, SO |
| Martin Svenson | 4/25/79 | 7/30/58 | PO, CBSC |
| | | | |
| RECOMMENDATION: | | | |
| Gary Baker | | | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 1/11/85 | 7/19/69 | ATTN, TERR, LIT, CBSC |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAGS, SOUND |
| Bruce Haley | 9/13/75 | 4/5/69 | ASSIST LIT |
| | | | |
| RECOMMENDATION: | | | |
| Scott Dean Duy | | | |

*Fred Dlugin Jr*
Circuit overseer

(If additional space is needed, use additional sheets.)

MAP_HARDIN000081

Name of congregation ........ **Hardin** ........ City ........ Province or State ........ **MT**

Cong. No. .43653. ........ June 8, 1985
(Date)

> DUPLICATE COPY to Society for return after approval.
> The circuit overseer will send this form to the Society along
> with his report following his visit to the congregation.

Secretary ........ **Roger Mullin**

**Box 810**

**Lame Deer, MT 59043**

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) E or "other or sheep" (O) MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

MINISTERIAL SERVANTS (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b    4/83

MAP_HARDIN000086 S.A.

Name of congregation _____ Hardin _____ City _____ Province or State _____ MT

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

Watchtower B. & T. Society
OF NEW YORK, INC.
SCD JUN 20 1985

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roy C. Mullin*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Delbert~~ Hiebert | 8/11/81 | 5/7/84 | CBSC |
| Quentin Means, Jr. 48 | 7/29/82 | 9/27/69 | ASSIST TMSO,CBSC |
| Roger Mullin  70 | 2/17/82 | 3/4/51 | WSC,SEC |
| James C. Rowland  76 | 9/10/74 | 7/17/70 | CBSC,SO |
| Martin Svenson  60 | 8/1/72 | 7/30/58 | PO,CBSC |
| James Warnock | 4/25/79 | 6/1/68 | CBSC,TMSO,ACCTS |
| *Gary Baker 89* | | | *CBS Lit* |
| | | | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Gary Baker~~ | 1/11/85 | 7/19/69 | ATTN,ASSIST LIT,TSER |
| Gunnar Hain 84 | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley  47 | 9/13/75 | 4/5/69 | LIT |
| *Scott Duggoo* | ~~7-7-84~~ 5-20-85 | 7-7-84 | |
| | | | |

(If additional space is needed, use additional sheets.)

*Fred Hogan Sr*
Circuit overseer

MAP_HARDIN000087

Name of congregation ~~Hardin~~   City _____   Province or State ~~MT~~

Cong. No. ~~43653~~                    ~~December 22, 1984~~
                                              (Date)

---

DUPLICATE COPY to Society for return after approval.
The circuit overseer will send this form to the Society along
with his report following his visit to the congregation.

---

Secretary ~~Martin Svenson~~
          ~~1015 N. Crawford~~
          ~~Hardin, MT 59034~~

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| ✓ ~~Gary Baker~~ | | 31 | 7/19/69 | os | ms | ~~Miles City, MT~~ | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ✓ ~~William O'Neill~~ | | E | Moved to Frosyth Congregation | |
| ✓ ~~Bruce Mapely~~ | | MS | Moved to Laurel, MT. Not rec. because of | |
| | | | poor f/s and other things elders discussed w/ him. He agreed no longer qualifies. | |

S-2b   4/83                                                          U.S.A.

MAP_HARDIN000088

Name of congregation —— **Hardin** —— City —— Province or State —— **MT**

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B.T.S. Society*
OF NEW YORK, INC.

**SCD JAN 11 1985**

Your fellow servants,

*Martin Svenson*
Presiding overseer

*not available (snowed in)*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

<u>Gary Baker</u> — Good letter of recommendation from Miles City elders. Good publisher, though could be more balanced in the various phases (elders will mention if appt'd). Elders say fine teacher, accepts responsibility with seriousness. Has lived in Hardin before, elders know brother and family, we feel good examples. Elders unanimous, I have worked with him in f/s this week and agree with their recommendation.

\***NOTE:** New secretary was decided on this week, but used old secretary on otherside, because new secretary is getting PO box this week; it was not available at time of this writing.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Delbert Hiebert | 8/11/81 | 5/7/84 | CBSC, LIT |
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | ASSIST TMS, STC\* |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC, SO |
| Martin Svenson | 8/1/72 | 7/30/58 | PO, CBSC |
| James Warnock | 4/25/79 | 6/1/68 | CBSC, TMSO, ACCTS |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gunnar Hain | 8/11/81 | 5/15/70 | CBSC, LIT |
| Bruce Haley | 9/13/75 | 4/5/69 | ASSIST LIT |

RECOMMENDED: Gary Baker

(If additional space is needed, use additional sheets.)

*Fred Clergn, Jr.*
Circuit overseer

MAP_HARDIN000089

November 11, 1964                    *Copy*

Body of Elders
Laural Congregation
Laural Montana

Dear Brothers,

This letter is in reference to Brother Bruce Mapley and his recent move to your congregation. We were sorry to see the Mapleys move, but are sure you will be encouraged by their presence in Laural.

Bruce has served as a Ministerial Servant for some years here in Hardin, but due to some personal problems, which he is aware of, we feel we cannot recommend that he continue to serve. In our discussion with Bruce he made this expression himself. With personal assistance we feel that Bruce will be able to reach out again.

In the past the Mapley family has set a fine example in the field service and we sincerely hope they will continue on even more fully in this endeavor. If we can be of any assistance on Bruce and his family, please let us know.

Your Fellow Servants,

*Martin Svenson*
Martin Svenson

*Del Heibert*
Del Heibert

*James Warnock*
James Warnock

*Roger Mullin*
Roger Mullin

*Q. L. Means, Jr.*
Q. L. Means, Jr.

*James C. Rowland*
James C. Rowland

MAP_HARDIN000092

Name of congregation __HARDIN__ City __HARDIN__ Province or State __MONTANA__

Cong. No. __43653__ __April 21, 1984__
(Date)

┌─────────────────────────────────────────────────────┐
│ **DUPLICATE COPY to Society for return after approval.** │
│ The circuit overseer will send this form to the Society along │
│ with his report following his visit to the congregation. │
└─────────────────────────────────────────────────────┘

Secretary __Martin Svenson__

__1015 N. Crawford__

__Hardin, MT  59034__

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended). | NR |
|---|---|---|---|---|---|---|---|
| Delbert Hiebert | | 31 | 7/26/69 | O | MS | Hardin, MT | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS  (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| Harold D. Rimby | | E | Moved to Cottage Grove Cong., Central Pt., OR | |
| | | | | |
| | | | | |

S-2b    4/83

MAP_HARDIN000093

Name of congregation __HARDIN__     City __HARDIN__     Province or State __MONTANA__

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

Your fellow servants,

_Martin Svenson_
Presiding overseer

_Roger C. Miller_
Secretary

_____
Service overseer

Watchtower B. & T. Society
OF NEW YORK INC.

SCL MAY 07 1984

(Comments of circuit overseer)

__Delbert Hiebert:__  Bro. Hiebert has been a min. svt. here in Hardin since 1981 and has proven himself to be responsible, hard-working and cooperative.  He is an exemplary family man and takes the lead in evangelizing, averaging 11.8 hours per month in the field.  The elders are unanimous in recommending him and I feel the same way.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
| --- | --- | --- | --- |
| Quentin Means Jr. | 7/29/82 | 9/27/69 | CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | CBSC |
| William O'Neill | 11/25/82 | 7/19/74 | CBSC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC |
| Martin Svenson | 8/1/72 | 7/30/58 | PO;WT;CBSC;SEC |
| James Warnock | 4/25/79 | 6/1/68 | TMSO;SO |
| Delbert Hiebert | Recommended | 7/26/69 | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
| --- | --- | --- | --- |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAG |
| Bruce Haley | 9/23/75 | 4/5/69 | ATT |
| ~~Delbert Hiebert~~ | 8/11/81 | 7/26/69 | MAINT;LIT |
| Bruce Mapely | 10/10/74 | 6/6/76 | ATT;ACCTS |

(If additional space is needed, use additional sheets.)

_Derrick Baughman_
Circuit overseer

MAP_HARDIN000094

Name of congregation __HARDIN__ City __HARDIN__ · Province or State __MONTANA__

Cong. No. __43653__                    November 12, 1983
                                              (Date)

---

**DUPLICATE COPY to Society for return after approval.**
The circuit overseer will send this form to the
Society along with his report following his visit
to the congregation.

---

Secretary __Harold D. Rimby__

__850 W. 4th Sp. B__

__Hardin, MT  59034__

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| | First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Martin | Svenson | 54 | 7/30/58 | O | E | | |
| | | | | | | | | |
| | | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year. See *or* pp. 60, 61.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshiped, or disassociated themselves, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. See *or* book, pp. 177, 178. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshiping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself please attach his letter to this form.

| First name | Last name | Present position (elder (E) or ministerial servant (MS)) | Reason for deletion (If person moved, show name of new congregation, if known.) | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

S-2b   2/81                                              Printed in U.S.A.

MAP_HARDIN000095

Name of congregation __HARDIN__ City __HARDIN__ Province or State __MONTANA__

The Governing Body has approved the above recommendations as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

Your fellow servants,

_James C. Rowland_
Presiding overseer

_Jim Martin_
Previous presiding overseer

_Harold D. Rimby_
Next presiding overseer

*Watchtower B. & T. Society*
*OF NEW YORK, INC.*

SCL NOV 26 1983

**SELECTION OF PO:** (Comments of circuit overseer)

CO Comments: Bro. Svenson has many years of experience in faithful service to Jehovah. He is approachable and humble. He is a good listener, not committing himself too quickly. He has the respect of the body as well as the congregation.

Comments of body: In discussing the qualifications of PO we felt that Bro. Martin Svenson, in view of his many faithful years of dedicated service to Jehovah and his quality of humility and the respect of the brothers in the congregation, would be qualified to serve in this capacity.

| Names and date of appointment of elders in the congregation | | In what capacity does each serve? | Baptism Date |
|---|---|---|---|
| Name | Date | | |
| Quentin Means Jr. | 7/29/82 | CBSC | 9/27/69 |
| Roger Mullin | 2/17/82 | CBSC | 3/4/51 |
| William O'Neill | 11/25/82 | CBSC | 7/19/74 |
| Harold D. Rimby | 8/1/72 | SEC;VBSC | 1/6/68 |
| James C. Rowland | 9/10/74 | PO | 7/12/70 |
| Martin Svenson | 8/1/72 | WT;CBSC;LIT | 7/30/58 |
| James Warnock | 4/25/79 | TMSO;CBSC;ACCTS;SO | 6/1/68 |

| Names and date of appointment of ministerial servants in the congregation | | In what capacity does each serve? | Baptism Date |
|---|---|---|---|
| Name | Date | | |
| Gunnar Hain | 8/11/81 | MAG;STAGE | 5/15/70 |
| Bruce Haley | 9/23/75 | ASST ACCTS;ATT | 4/5/69 |
| Delbert Hiebert | 8/11/81 | ASST LIT;MAINT | 7/26/69 |
| Bruce Mapely | 10/10/74 | ASST ACCT;ATT | 6/6/76 |

(If additional space is needed use additional sheets)

_Circuit overseer_



TELEPHONE (212) 625-1240

# WATCHTOWER
**BIBLE AND TRACT SOCIETY**
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG      June 11, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses
c/o Mr. Harold D. Rimby
701 North Crook
Hardin, Montana  59035

Dear Brothers:

The Society is happy to inform you that the application submitted for the Hardin, Montana, Congregation has been approved. Jehovah's New World society is ever expanding, and this progressive step is another evidence of his blessing upon his people to preach the good news and aid the other sheep to come into his organization.

As you begin to function as a new congregation of Jehovah's people, each one should carefully consider what is required. An assignment of territory is issued, and it is the responsibility of each one that is associated to cooperate with the arrangements made for covering the territory regularly with the Kingdom message. As you locate interest, be sure to keep a careful record of this so that you can call back effectively and follow this up with back-calls and home Bible studies. Aid the interested ones to grow in their knowledge and share with you in singing Jehovah's praises. We know that also those who are more mature and experienced will want to aid the newer and less-experienced ones so that they may progress to maturity. Then as all have a regular share in the service, be sure to be on hand each meeting night for the spiritual food from Jehovah's table. Keep strong and properly equipped for Jehovah's service.

The appointed servants should always take a diligent lead in discharging their responsibilities as to Jehovah. The mature ones have much responsibility. To whom much is given, more will be required. But these privileges are joyful ones to be performed in behalf of our brothers. With all cooperating, the congregation will be strong and active in Jehovah's praise. We will look forward to receiving the first report on your congregation and noting the progress that has been made. Be assured of our prayers and best wishes.

Working with you in the
New Order society,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

**MAP_HARDIN000097**



TELEPHONE (212) 625-1240

**WATCHTOWER**
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG          June 11, 1971

<u>EFFECTIVE JULY 1, 1971</u>

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

    The Society is pleased to advise that the servant appointment
to the position named below has been made.  The newly appointed
servant will want to fulfill this privilege of service in a manner
that is pleasing to Jehovah and that will bring the greatest bless-
ings to his brothers.

| | |
|---|---|
| Congregation servant:<br>Address | Harold D. Rimby<br>701 North Crook<br>Hardin, Montana   59035 |
| Assistant congregation servant:<br>Address | Bradley Lovett<br>605 West Fifth<br>Hardin, Montana   59035 |
| Bible study servant: | Harold D. Rimby |
| Magazine-Territory servant: | Bradley Lovett |
| Literature servant: | Mrs. Harold Rimby   * |
| Accounts servant: | Mrs. Harold Rimby   * |
| <u>Watchtower</u> study servant: | Bradly Lovett |
| Ministry school servant: | Harold D. Rimby |
| Book study servant(s): | Add:   Harold D. Rimby<br>Bradley Lovett |

Your fellow ministers of Jehovah God,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

Note to overseer:  Please see that the newly appointed servant becomes thoroughly familiar with his duties
as they are set forth in the book *"Your Word Is a Lamp to My Foot," Kingdom Ministry* and other publications
of the Society. The newly appointed servant is to receive from the former servant all forms, records and files
pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a   9/67   * Sister Rimby will serve as a substitute servant until a
qualified brother is available.

MAP_HARDIN000098



TELEPHONE (212) 625-1240

**WATCHTOWER**
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.



S:SSD                          July 30, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

    The Society is pleased to advise that the servant appointment
to the position named below has been made.  The newly appointed
servant will want to fulfill this privilege of service in a manner
that is pleasing to Jehovah and that will bring the greatest bless-
ings to his brothers.

Congregation servant:
Address


Assistant congregation servant:
Address


Bible study servant:                    Martin Svenson

Magazine-Territory servant:

Literature servant:                     Martin Svenson

Accounts servant:

Watchtower study servant:

Ministry school servant:

Book study servant(s):


                Your fellow ministers of Jehovah God,


                        *Watchtower B. & T. Society*
                          OF NEW YORK, INC.

Note to overseer:  Please see that the newly appointed servant becomes thoroughly familiar with his duties
as they are set forth in the book *"Your Word Is a Lamp to My Foot," Kingdom Ministry* and other publications
of the Society. The newly appointed servant is to receive from the former servant all forms, records and files
pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a   9/67

MAP_HARDIN000099

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,*
*and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>        Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>        Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF JURISDICTIONAL DISCOVERY** |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

               Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

               Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

               Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

               Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA'S SECOND
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' SECOND SET OF
JURISDICTIONAL DISCOVERY**

TO:    Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
        Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street,
        Missoula, MT 59802

      COMES NOW Defendant Watch Tower Bible and Tract Society of

Pennsylvania (hereinafter "WTPA"), by and through its attorneys, and provides its

## III. __Third General Objection__: Requests Seeking Information After 1992 are Improper.

Per the Court's Orders Re Scope of Jurisdictional Discovery (Doc. 47 in the *Caekaert* matter; Doc. 37 in the *Rowland* matter), and Orders Re Motion to Compel Jurisdictional Discovery Responses and for Fees and Costs (Doc. 85 in the *Caekeart* matter; Doc. 72 in the *Rowland* matter), any discovery requests seeking information after 1992 are improper and outside the scope of Court-ordered limitations on jurisdictional discovery.

## INTERROGATORIES

__INTERROGATORY NO. 20:__ Please identify all directors of WTPA from 1970 to 1995, including the dates each individual served as a director.

__ORIGINAL ANSWER:__ Objection. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection, WTPA provides the following names of individuals (all of whom are now deceased):

| 1973 | N. H. Knorr | President and Director |
|---|---|---|
| | F. W. Franz | Vice President and Director |
| | G. Suiter | Secretary and Treasurer |
| | J. O. Groh | Assistant Secretary—Treasurer and Director |
| | M. G. Henschel | Director |
| | W. K. Jackson | Director |
| | L. A. Swingle | Director |
| | | |
| 1974 | N. H. Knorr | President and Director |
| | F. W. Franz | Vice President and Director |

|       | G. Suiter      | Secretary and Treasurer and Director           |
|       | J. O. Groh     | Assistant Secretary—Treasurer and Director     |
|       | M. G. Henschel | Director                                       |
|       | W. K. Jackson  | Director                                       |
|       | L. A. Swingle  | Director                                       |

| 1975  | N. H. Knorr    | President and Director                         |
|       | F. W. Franz    | Vice President and Director                     |
|       | G. Suiter      | Secretary and Treasurer and Director           |
|       | W. K. Jackson  | Assistant Secretary—Treasurer and Director     |
|       | M. G. Henschel | Director                                       |
|       | L. A. Swingle  | Director                                       |

| 1976  | N. H. Knorr    | President and Director                         |
|       | F. W. Franz    | Vice President and Director                     |
|       | W. L. Barry    | Vice President and Director                     |
|       | G. Suiter      | Secretary and Treasurer and Director           |
|       | W. K. Jackson  | Assistant Secretary—Treasurer and Director     |
|       | M. G. Henschel | Director                                       |
|       | L. A. Swingle  | Director                                       |

| 1977  | F. W. Franz    | President and Director                         |
|       | M. G. Henschel | Vice President and Director                     |
|       | W. L. Barry    | Vice President and Director                     |
|       | G. Suiter      | Secretary and Treasurer and Director           |
|       | W. K. Jackson  | Assistant Secretary—Treasurer and Director     |
|       | L. A. Swingle  | Assistant Secretary—Treasurer and Director     |
|       | J. C. Booth    | Director                                       |

| 1978  | F. W. Franz    | President and Director                         |
|       | M. G. Henschel | Vice President and Director                     |
|       | W. L. Barry    | Vice President and Director                     |
|       | G. Suiter      | Secretary and Treasurer and Director           |
|       | W. K. Jackson  | Assistant Secretary—Treasurer and Director     |
|       | L. A. Swingle  | Assistant Secretary—Treasurer and Director     |
|       | J. C. Booth    | Director                                       |

| 1979  | F. W. Franz    | President and Director                         |
|       | M. G. Henschel | Vice President and Director                     |
|       | W. L. Barry    | Vice President and Director                     |

| | | |
|---|---|---|
| | G. Suiter | Secretary and Treasurer and Director |
| | W. K. Jackson | Assistant Secretary—Treasurer and Director |
| | L. A. Swingle | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Director |
| **1980** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | G. Suiter | Secretary and Treasurer and Director |
| | W. K. Jackson | Assistant Secretary—Treasurer and Director |
| | L. A. Swingle | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Director |
| **1981** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | G. Suiter | Secretary and Treasurer and Director |
| | W. K. Jackson | Assistant Secretary—Treasurer and Director |
| | L. A. Swingle | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Director |
| **1982** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | G. Suiter | Secretary and Treasurer and Director |
| | L. A. Swingle | Assistant Secretary—Treasurer and Director |
| | J. E. Barr | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Director |
| **1983** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | G. Suiter | Secretary and Treasurer and Director |
| | L. A. Swingle | Assistant Secretary—Treasurer and Director |
| | J. E. Barr | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Director |
| **1984** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |

| | | |
|---|---|---|
| | W. L. Barry | Vice President and Director |
| | L. A. Swingle | Secretary and Treasurer and Director |
| | J. E. Barr | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Assistant Secretary—Treasurer and Director |
| | T. Jaracz | Assistant Secretary—Treasurer and Director |
| **1985** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | L. A. Swingle | Secretary and Treasurer and Director |
| | J. E. Barr | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Assistant Secretary—Treasurer and Director |
| | T. Jaracz | Assistant Secretary—Treasurer and Director |
| **1986** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | L. A. Swingle | Secretary and Treasurer and Director |
| | J. E. Barr | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Assistant Secretary—Treasurer and Director |
| | T. Jaracz | Assistant Secretary—Treasurer and Director |
| **1987** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | L. A. Swingle | Secretary and Treasurer and Director |
| | J. E. Barr | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Assistant Secretary—Treasurer and Director |
| | T. Jaracz | Assistant Secretary—Treasurer and Director |
| **1988** | F. W. Franz | President and Director |
| | M. G. Henschel | Vice President and Director |
| | W. L. Barry | Vice President and Director |
| | L. A. Swingle | Secretary and Treasurer and Director |
| | J. E. Barr | Assistant Secretary—Treasurer and Director |
| | J. C. Booth | Assistant Secretary—Treasurer and Director |
| | T. Jaracz | Assistant Secretary—Treasurer and Director |
| **1989** | F. W. Franz | President and Director |

| M. G. Henschel | Vice President and Director |
| W. L. Barry | Vice President and Director |
| L. A. Swingle | Secretary and Treasurer and Director |
| J. E. Barr | Assistant Secretary—Treasurer and Director |
| J. C. Booth | Assistant Secretary—Treasurer and Director |
| T. Jaracz | Assistant Secretary—Treasurer and Director |

**1990** F. W. Franz — President and Director
| M. G. Henschel | Vice President and Director |
| W. L. Barry | Vice President and Director |
| L. A. Swingle | Secretary and Treasurer and Director |
| J. E. Barr | Assistant Secretary—Treasurer and Director |
| J. C. Booth | Assistant Secretary—Treasurer and Director |
| T. Jaracz | Assistant Secretary—Treasurer and Director |

**1991** F. W. Franz — President and Director
| M. G. Henschel | Vice President and Director |
| W. L. Barry | Vice President and Director |
| L. A. Swingle | Secretary and Treasurer and Director |
| J. E. Barr | Assistant Secretary—Treasurer and Director |
| J. C. Booth | Assistant Secretary—Treasurer and Director |
| T. Jaracz | Assistant Secretary—Treasurer and Director |

**1992** F. W. Franz — President and Director
| M. G. Henschel | Vice President and Director |
| W. L. Barry | Vice President and Director |
| L. A. Swingle | Secretary and Treasurer and Director |
| J. E. Barr | Assistant Secretary—Treasurer and Director |
| J. C. Booth | Assistant Secretary—Treasurer and Director |
| T. Jaracz | Assistant Secretary—Treasurer and Director |

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer included responsive information.

**INTERROGATORY NO. 21:** Please identify all executives of WTPA from 1970 to 1995, including the dates each individual served as an executive and their title(s).

**ORIGINAL ANSWER:** Objection. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection, please see Answer to Interrogatory No. 20.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer included responsive information.

**INTERROGATORY NO. 22:** Please identify all general counsels of WTPA from 1970 to 1995, including the dates each individual served as a general counsel.

**ORIGINAL ANSWER:** Objection. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject and without waiving this objection:

1973 – 1988: None.

December, 1988 – Present: Philip Brumley.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer included responsive information.

**INTERROGATORY NO. 23:** Please identify all members of the Jehovah's Witnesses' governing body from 1970 to 1995, including the dates each individual was on the governing body.

**ANSWER:** Objection. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection: WTPA does not maintain a list of members of the Governing Body of Jehovah's Witnesses. However, upon information and belief WTPA provides the following names of individuals (all of whom are now deceased):

**1973**: Frederick W. Franz, Raymond V. Franz, George D. Gangas, Leo K. Greenlees, John O. Groh, Milton G. Henschel, William K. Jackson, Nathan H. Knorr, Grant Suiter, Thomas J. Sullivan, and Lyman A. Swingle.

**1974**: Frederick W. Franz, Raymond V. Franz, George D. Gangas, Leo K. Greenlees, John O. Groh, Milton G. Henschel, William K. Jackson, Nathan H. Knorr, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Ewart C. Chitty, Charles J. Fekel, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, and Daniel Sydlik.

**1975**: Frederick W. Franz, Raymond V. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, William K. Jackson, Nathan H. Knorr, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Ewart C. Chitty, Charles J. Fekel, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, and Daniel Sydlik.

**1976**: Frederick W. Franz, Raymond V. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, William K. Jackson, Nathan H. Knorr, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Ewart C. Chitty, Charles J. Fekel, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, and Daniel Sydlik.

**1977**: Frederick W. Franz, Raymond V. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, William K. Jackson, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Ewart C. Chitty, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1978**: Frederick W. Franz, Raymond V. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, William K. Jackson, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Ewart C. Chitty, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1979**: Frederick W. Franz, Raymond V. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, William K. Jackson, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1980**: Frederick W. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, William K. Jackson, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1981**: Frederick W. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1982**: Frederick W. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, Grant Suiter, Lyman A. Swingle, W. Lloyd Barry, John C. Booth,

Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1983**: Frederick W. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1984**: Frederick W. Franz, George D. Gangas, Leo K. Greenlees, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1985**: Frederick W. Franz, George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1986**: Frederick W. Franz, George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1987**: Frederick W. Franz, George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, John E. Barr, and Martin Poetzinger.

**1988**: Frederick W. Franz, George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, and John E. Barr.

**1989**: Frederick W. Franz, George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, and John E. Barr.

**1990**: Frederick W. Franz, George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, and John E. Barr.

**1991**: Frederick W. Franz, George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, and John E. Barr.

**1992**: George D. Gangas, Milton G. Henschel, Lyman A. Swingle, W. Lloyd Barry, John C. Booth, Theodore Jaracz, Karl F. Klein, Albert D. Schroeder, Daniel Sydlik, Carey W. Barber, and John E. Barr.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer included responsive information.

**INTERROGATORY NO. 24:** Please identify all individuals and entities with an ownership interest in WTPA from 1970 to 1995, including the dates each individual or entity held such interest.

**ORIGINAL ANSWER:** Objection. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection: None.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer confirmed the Answer is none, as no individual or entity had an ownership interest in WTPA from 1970 to 1995.

DATED this 21st day of September, 2021.

By: _____

Guy W. Rogers / Jon A. Wilson /
Brett C. Jensen
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower*
*Bible and Tract Society of New York,*
*Inc., and Watch Tower Bible and*
*Tract Society of Pennsylvania*

## <u>VERIFICATION</u>

Philip Brumley states that he has read the foregoing *(Defendant WTPA's*

*Second Supplemental Responses to Plaintiffs' Second Set of Jurisdictional*

*Discovery)* and knows the contents thereof; that said answers were prepared with

the assistance and advice of counsel; that the answers set forth herein, subject to

inadvertent or undisclosed errors, are necessarily limited by the records and

information still in existence presently recollected and thus far discovered in the

course of the preparation of all answers. Consequently, he reserves the right to

make any changes to the answers if it appears at any time that omissions or errors

have been made therein or that more accurate information is available; and that

subject to the limitations set forth herein, the answers are true to the best of his

knowledge, information and belief.


_____
Philip Brumley

Dated: _September 20, 2021_____

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,*
*and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF NEW YORK INC.'S THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF JURISDICTIONAL DISCOVERY** |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

    Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

    Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

    Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
NEW YORK, INC.'S THIRD
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' FIRST SET OF
JURISDICTIONAL DISCOVERY**

TO: Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
  Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street,
  Missoula, MT 59802

  COMES NOW Defendant Watch Tower Bible and Tract Society of New

York, Inc. (hereinafter "WTNY"), by and through its attorneys, and provides its

**FIRST SUPPLEMENTAL ANSWER**: Without waiving any previously asserted objections, WTNY's original Answer included responsive information.

**INTERROGATORY NO. 2**:  Please identify each treasurer who served for WTNY between 1970 and present.

**ORIGINAL ANSWER**: Objection.  Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper.  Subject to and without waiving this objection, WTNY produces the following names of individuals (all of whom are deceased):

**1973** N. H. Knorr        President
F. W. Franz       Vice President
G. Suiter         Secretary and Treasurer
J. O. Groh        Assistant Secretary—Treasurer
M. G. Henschel   Director
W. K. Jackson    Director
L. A. Swingle     Director

**1974** N. H. Knorr        President
F. W. Franz       Vice President
G. Suiter         Secretary and Treasurer
J. O. Groh        Assistant Secretary—Treasurer
M. G. Henschel   Director
W. K. Jackson    Director
L. A. Swingle     Director

**1975** N. H. Knorr        President
F. W. Franz       Vice President
G. Suiter         Secretary and Treasurer
W. K. Jackson    Assistant Secretary—Treasurer
M. G. Henschel   Director
L. A. Swingle     Director

**1976** N. H. Knorr        President

|      | F. W. Franz      | Vice President                |
|      | W. L. Barry      | Vice President                |
|      | G. Suiter        | Secretary and Treasurer       |
|      | W. K. Jackson    | Assistant Secretary—Treasurer |
|      | M. G. Henschel   | Director                      |
|      | L. A. Swingle    | Director                      |
| 1977 | F. W. Franz      | President                     |
|      | M. G. Henschel   | Vice President                |
|      | W. L. Barry      | Vice President                |
|      | G. Suiter        | Secretary and Treasurer       |
|      | W. K. Jackson    | Assistant Secretary—Treasurer |
|      | L. A. Swingle    | Assistant Secretary—Treasurer |
|      | J. C. Booth      | Director                      |
| 1978 | F. W. Franz      | President                     |
|      | M. G. Henschel   | Vice President                |
|      | W. L. Barry      | Vice President                |
|      | G. Suiter        | Secretary and Treasurer       |
|      | W. K. Jackson    | Assistant Secretary—Treasurer |
|      | L. A. Swingle    | Assistant Secretary—Treasurer |
|      | J. C. Booth      | Director                      |
| 1979 | F. W. Franz      | President                     |
|      | M. G. Henschel   | Vice President                |
|      | W. L. Barry      | Vice President                |
|      | G. Suiter        | Secretary and Treasurer       |
|      | W. K. Jackson    | Assistant Secretary—Treasurer |
|      | L. A. Swingle    | Assistant Secretary—Treasurer |
|      | J. C. Booth      | Director                      |
| 1980 | F. W. Franz      | President                     |
|      | M. G. Henschel   | Vice President                |
|      | W. L. Barry      | Vice President                |
|      | G. Suiter        | Secretary and Treasurer       |
|      | W. K. Jackson    | Assistant Secretary—Treasurer |
|      | L. A. Swingle    | Assistant Secretary—Treasurer |
|      | J. C. Booth      | Director                      |

**1981**
| | |
|---|---|
| F. W. Franz | President |
| M. G. Henschel | Vice President |
| W. L. Barry | Vice President |
| G. Suiter | Secretary and Treasurer |
| W. K. Jackson | Assistant Secretary—Treasurer |
| L. A. Swingle | Assistant Secretary—Treasurer |
| J. C. Booth | Director |

**1982**
| | |
|---|---|
| F. W. Franz | President |
| M. G. Henschel | Vice President |
| W. L. Barry | Vice President |
| G. Suiter | Secretary and Treasurer |
| L. A. Swingle | Assistant Secretary—Treasurer |
| J. E. Barr | Assistant Secretary—Treasurer |
| J. C. Booth | Director |

**1983**
| | |
|---|---|
| F. W. Franz | President |
| M. G. Henschel | Vice President |
| W. L. Barry | Vice President |
| G. Suiter | Secretary and Treasurer |
| L. A. Swingle | Assistant Secretary—Treasurer |
| J. E. Barr | Assistant Secretary—Treasurer |
| J. C. Booth | Director |

**1984**
| | |
|---|---|
| F. W. Franz | President |
| M. G. Henschel | Vice President |
| W. L. Barry | Vice President |
| L. A. Swingle | Secretary and Treasurer |
| J. E. Barr | Assistant Secretary—Treasurer |
| J. C. Booth | Assistant Secretary—Treasurer |
| T. Jaracz | Assistant Secretary—Treasurer |

**1985**
| | |
|---|---|
| F. W. Franz | President |
| M. G. Henschel | Vice President |
| W. L. Barry | Vice President |
| L. A. Swingle | Secretary and Treasurer |
| J. E. Barr | Assistant Secretary—Treasurer |
| J. C. Booth | Assistant Secretary—Treasurer |
| T. Jaracz | Assistant Secretary—Treasurer |

**1986** F. W. Franz — President
M. G. Henschel — Vice President
W. L. Barry — Vice President
L. A. Swingle — Secretary and Treasurer
J. E. Barr — Assistant Secretary—Treasurer
J. C. Booth — Assistant Secretary—Treasurer
T. Jaracz — Assistant Secretary—Treasurer

**1987** F. W. Franz — President
M. G. Henschel — Vice President
W. L. Barry — Vice President
L. A. Swingle — Secretary and Treasurer
J. E. Barr — Assistant Secretary—Treasurer
J. C. Booth — Assistant Secretary—Treasurer
T. Jaracz — Assistant Secretary—Treasurer

**1988** F. W. Franz — President
M. G. Henschel — Vice President
W. L. Barry — Vice President
L. A. Swingle — Secretary and Treasurer
J. E. Barr — Assistant Secretary—Treasurer
J. C. Booth — Assistant Secretary—Treasurer
T. Jaracz — Assistant Secretary—Treasurer

**1989** F. W. Franz — President
M. G. Henschel — Vice President
W. L. Barry — Vice President
L. A. Swingle — Secretary and Treasurer
J. E. Barr — Assistant Secretary—Treasurer
J. C. Booth — Assistant Secretary—Treasurer
T. Jaracz — Assistant Secretary—Treasurer

**1990** F. W. Franz — President
M. G. Henschel — Vice President
W. L. Barry — Vice President
L. A. Swingle — Secretary and Treasurer
J. E. Barr — Assistant Secretary—Treasurer
J. C. Booth — Assistant Secretary—Treasurer
T. Jaracz — Assistant Secretary—Treasurer

| 1991 | F. W. Franz | President |
| | M. G. Henschel | Vice President |
| | W. L. Barry | Vice President |
| | L. A. Swingle | Secretary and Treasurer |
| | J. E. Barr | Assistant Secretary—Treasurer |
| | J. C. Booth | Assistant Secretary—Treasurer |
| | T. Jaracz | Assistant Secretary—Treasurer |
| | | |
| 1992 | F. W. Franz | President |
| | M. G. Henschel | Vice President |
| | W. L. Barry | Vice President |
| | L. A. Swingle | Secretary and Treasurer |
| | J. E. Barr | Assistant Secretary—Treasurer |
| | J. C. Booth | Assistant Secretary—Treasurer |
| | T. Jaracz | Assistant Secretary—Treasurer |

**FIRST SUPPLEMENTAL ANSWER**: Without waiving any previously asserted objections, WTNY's original Answer included responsive information.

**INTERROGATORY NO. 3**: Please identify each corporate officer (e.g. Chief Executive Officer, Chief Financial Officer, etc.) by year, for WTNY between 1970 and present.

**ORIGINAL ANSWER**: Objection. Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection: See Response to Interrogatory No. 2.

**FIRST SUPPLEMENTAL ANSWER**: Without waiving any previously asserted objections, WTNY's original Answer included responsive information.

**INTERROGATORY NO. 4**:  Please identify all members of the board of directors of WTNY, by year, between 1970 and present.

**ORIGINAL ANSWER**:  Objection.  Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper.  Subject to and without waiving this objection: See Response to Interrogatory No. 2. Each person identified there as an executive officer also served as a director.

**FIRST SUPPLEMENTAL ANSWER**: Without waiving any previously asserted objections, WTNY's original Answer included responsive information.

**INTERROGATORY NO. 5**:  Please identify the headquarters address for WTNY, by year, between 1970 and present

**ORIGINAL ANSWER**: Objection.  Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection:

**1973-1981**: 124 Columbia Heights Brooklyn, New York, 11201, U.S.A.

**1982-1992**: 25 Columbia Heights Brooklyn, New York, 11201, U.S.A.

**FIRST SUPPLEMENTAL ANSWER**: Without waiving any previously asserted objections, WTNY's original Answer included responsive information.

**FIRST SUPPLEMENTAL RESPONSE**: Without waiving any previously

asserted objections, WTNY's original Response confirmed the Response is denied.

DATED this 21st day of September, 2021.

By: _Jon A. Wilson_____

Guy W. Rogers / Jon A. Wilson /
Brett C. Jensen
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower
Bible and Tract Society of New York,
Inc., and Watch Tower Bible and
Tract Society of Pennsylvania*

## **VERIFICATION**

Thomas Jefferson, Jr., states that he has read the foregoing *(Defendant WTNY's Third Supplemental Responses to Plaintiffs' First Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

Thomas Jefferson, Jr.

Dated: 9/17/2021

# Tab 14

*Preaching and Teaching in Peace and Unity* 28 (1960)

# PREACHING AND TEACHING IN PEACE AND UNITY

"Seek peace and pursue it.
For Jehovah's eyes are upon the righteous."
—1 Pet. 3:11, 12.

ISSUED JANUARY 1, 1960, BY THE

**WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
BROOKLYN, N. Y.**

Made in the United States of America

WTPA066250

⁹³ Where there are no dedicated, qualified brothers the Society will appoint sisters as servants to care for all the congregation appointments. Sisters will care for theocratic matters in the same manner as the brothers do. As time goes on and some brother dedicates himself to Jehovah's service and becomes qualified as an overseer should be, then the committee of sisters may recommend that brother as congregation servant, *Watchtower* study servant, school servant and study conductor.

## CONGREGATION SERVANT

⁹⁴ The congregation servant is appointed by the Society to serve as the presiding minister and overseer of all congregation matters. He should acquaint himself thoroughly with the booklet *Preaching and Teaching in Peace and Unity,* so that he will know what his duties are as well as the duties of his assistants. For convenience all communications with the Society will be through him. The congregation servant should regularly check the records of all other servants, offer counsel if necessary and, if needed, assign each servant an assistant to help take care of records and handle matters in the Kingdom Hall.

⁹⁵ Any letters the Society has for the congregation will reach the congregation through the congregation servant. He will read all letters addressed to the congregation at the first service meeting following receipt of the letter or according to the directions of the letter. He will turn correspondence addressed to other servants over to them promptly. Forms, reports and other correspondence sent to the Society will be approved and sent to the Society by him. This in no wise prohibits other individual publishers from writing directly to the Society, if and when they think such correspondence is necessary.

⁹⁶ He will see that all meetings are properly conducted and started on time and that those appointed to serve look after their responsibilities. He should plan his service meetings a month in advance and give ample notice to those who are to take part in the service meetings, so they can have the demonstration or talk they are to give well prepared. He should plan and organize the preaching work for the entire congregation and then set the right example by participating in all features of the service work regularly. He should arrange to visit the sick or have others visit them. He should help brothers who are spiritually sick and see that they are en-

# Tab 15

*Organized to Accomplish our Ministry* 138–153 (1983)

Depo. of Ashe Richard, 190:25–192:18 (March 31, 2014)

# ORGANIZED
# TO
# ACCOMPLISH
# OUR MINISTRY

"You, though, keep your senses in all things, suffer evil, do the work of an evangelizer, fully accomplish your ministry."—2 Tim. 4:5.

WTPA028731

COPYRIGHT, 1983
by

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

WTPA028732

## CHAPTER 12

# WHEN DIFFICULTIES ARISE

UNQUESTIONABLY a tremendous witness is being given worldwide as a result of our Kingdom ministry. This is a cause for wonderment on the part of millions of people. Even observers not favorably disposed toward the Kingdom good news have commended us for our zeal, unity and cooperative spirit. All credit goes to Jehovah God, since the work being accomplished by our ministry is due to his spirit and blessing.—Zech. 4:6.

Application of Bible principles enables us to put on the new Christian personality. (Col. 3:10) Every effort is made to conform our way of life to Jehovah's righteous standards. For this reason we put aside petty disputes and personal differences. By accepting Jehovah's view of matters we overcome divisive worldly elements, and this allows us to work unitedly in love as an international brotherhood.—Acts 10:34, 35.

Nevertheless, from time to time difficulties may arise, affecting the peace and unity of the congregation. What is the cause? In most cases it is a failure to heed and apply Bible counsel. We still have to cope with imperfect human tendencies. Someone may, even without fully realizing it, take a false step that could introduce moral or spiritual uncleanness into the congregation. Not one of us is without sin. By our thoughtless action or unguarded tongue we may offend another, or perhaps we may begin to feel offended because of what someone else has said or done. (Rom. 3:23) When such difficulties arise, what can be done to help set matters straight?

138

We can be thankful that Jehovah has lovingly taken all of this into consideration. His Word provides counsel on what to do when difficulties arise due to our inherited human imperfections and limitations or when wrongdoing is otherwise introduced into the congregation. Personal assistance is available from loving elders. By accepting their mature help and heeding Scriptural counsel, we can continue to enjoy a fine relationship with all in the congregation and maintain a good standing with Jehovah. If some wrongdoing on our part requires discipline or reproof, rest assured that such correction is an expression of our heavenly Father's love.—Prov. 3:11, 12; Heb. 12:6.

### PERSONAL DIFFICULTIES

There may be times when personal disputes or other difficulties of a minor nature arise between individual members of the congregation. These should quickly be settled in the spirit of brotherly love. (Eph. 4:26; Phil. 2:2-4; Col. 3:12-14) Very likely you will find that most problems of a personal nature involving your relationship with another member of the congregation can be resolved simply by applying Peter's counsel to "have intense love for one another, because love covers a multitude of sins." (1 Pet. 4:8) Such minor difficulties stem from human imperfections. We all stumble many times. (Jas. 3:2) By recognizing these facts and applying the golden rule, doing to others just as we would want them to do to us, usually we can dispose of minor offenses on the part of our Christian brothers by simply forgiving and forgetting.—Matt. 7:12.

But if something has disturbed your relationship with another member of the congregation to the extent that another approach or course

needs to be taken, wisdom dictates that you not delay resolving the matter, knowing that your relationship with Jehovah is also involved. Jesus counseled: "If, then, you are bringing your gift to the altar and you there remember that your brother has something against you, leave your gift there in front of the altar, and go away; first make your peace with your brother, and then, when you have come back, offer up your gift." (Matt. 5:23, 24) There may have been a misunderstanding. If so, it should be cleared up very easily by keeping in mind the basic need for unity within the congregated body and keeping the lines of communication open. This is the thought expressed at Ephesians 4:25, where we read: "Wherefore, now that you have put away falsehood, speak truth each one of you with his neighbor, because we are members belonging to one another." Good communication among all members of the congregation goes a long way toward avoiding misunderstandings and resolving problems that do arise because of our human imperfections.

### WEIGHTY RESPONSIBILITY OF ELDERS

At times overseers may find it necessary to counsel or correct someone, trying to readjust his thinking. This is not always easy to do. To the Christians in Galatia, Paul wrote: "Brothers, even though a man takes some false step before he is aware of it, you who have spiritual qualifications try to readjust such a man in a spirit of mildness."—Gal. 6:1.

Surrounded as we all are with worldly influences and faced with temptations every day, the sinful flesh of some may allow them to become involved in questionable conduct or even to take a false step into sin before they are aware of it. The shepherds, by being vigilant and attentive to

the needs of the flock, may be able to prevent someone from taking a more serious step that could bring into question his relationship with Jehovah. This is their objective when giving counsel to one who may have sinned.—Heb. 13:17.

Knowing just how subtly sin may creep in upon one, the apostle cautioned the brothers that they also are subject to temptation. He wrote them: "Each keep an eye on yourself, for fear you also may be tempted." (Gal. 6:1b) Yes, to overseers today this reminder is especially fitting. They also need to watch closely their own personal conduct, so as to guard against falling into temptation.

Overseers are expected to be exemplary. Their example in daily living should add force to their words of counsel and instruction to the congregation. (Rom. 2:21-23) Although a brother may have qualified fully at the time of his appointment, if he should later on fail to maintain his proper relationship with Jehovah, the same holy spirit that led to his appointment will direct his removal from office in Jehovah's own time and way. Paul admonished all Christians, including appointed overseers: "Consequently let him that thinks he is standing beware that he does not fall."—1 Cor. 10:12.

By keeping themselves entirely free from accusation as they exercise watchful care over the flock, the overseers can protect the congregation from many potential spiritual dangers and avoid the need to handle more serious problems that could develop if there was negligence on their part. Shepherds of the flock should always strive to make their service to the congregation measure up to Jehovah's promise through Isaiah: "And each one must prove to be like a hiding

place from the wind and a place of concealment from the rainstorm, like streams of water in a waterless country, like the shadow of a heavy crag in an exhausted land."—Isa. 32:2.

### NOT OVERLOOKING SERIOUS WRONGS

Willingness to overlook offenses and to forgive does not mean that we are not concerned about wrongdoing or that we approve of it. Not all wrongs can simply be charged to inherited imperfection; nor is it for our brother's good or for the good of the congregation to overlook it if he commits wrongs that go beyond minor offenses. (Lev. 19:17; Ps. 141:5) Under the Law covenant given through Moses there was recognition of a difference in degree of seriousness of sins and transgressions. This is also true for Christians under the new covenant.—Compare 1 John 5:16, 17.

When giving counsel, Jesus outlined some specific procedures for resolving problems of serious wrongdoing, such as fraud or slander, that may arise between fellow Christians. Note the steps that he set out: "Moreover, if your brother commits a sin, [1] go lay bare his fault between you and him alone. If he listens to you, you have gained your brother. But if he does not listen, [2] take along with you one or two more, in order that at the mouth of two or three witnesses every matter may be established. If he does not listen to them, [3] speak to the congregation. If he does not listen even to the congregation, let him be to you just as a man of the nations and as a tax collector."—Matt. 18:15-17.

If someone in the congregation has committed such a serious sin against you personally, do not be hasty to turn to the overseers, or someone else, requesting them to intervene in your be-

half. First of all, as Jesus counsels, speak with the one against whom you have a complaint. Try to resolve the matter between just the two of you without involving anyone else at all. If the matter can be straightened out in this way, the one who has sinned will certainly appreciate the fact that you have not told others about his sin and have not marred his good reputation among others in the congregation. You will have "gained your brother."

Where the sinner accepts reproof, seeks forgiveness and straightens the matter out, Jesus states there is no need to carry the matter further. This fact shows that, although serious, the offenses here discussed were limited in nature to such as could be settled between the individuals involved. This would not include such offenses as fornication, adultery, homosexuality, blasphemy, apostasy, idolatry and similar gross sins that should be reported to the elders and handled by them. When the Law covenant was in force, these sins required more than forgiveness from an offended individual.—1 Cor. 6:9, 10; Gal. 5:19-21.

In view of this and in view of the illustration that Jesus subsequently gave, as recorded at Matthew 18:23-35, the sins considered in Matthew 18:15-17 evidently were sins such as those involving financial or property matters—failure to make proper payment for something or some action involving a measure of fraud. The sin might damage one's reputation by actual slander. In these cases, if the offender recognized his wrong, expressed willingness to right it to the extent possible and sought forgiveness, the matter could be settled by the offended one's granting forgiveness.—Compare Matthew 5:25, 26.

If the one who sinned against you cannot be

convinced by your reasoning with him alone, then do as Jesus said and take one or two others along and speak with him again. The one or two you take with you should have the same objective, that of gaining your brother. Preferably they should be witnesses of the alleged wrongdoing, but if there are no eyewitnesses, you may choose to take along responsible brothers who become witnesses to the evidence presented in the discussion. Also, after listening to what you and the other person have to say, they may help the two of you reason on the matter and seek a solution to the problem. Keep in mind, however, that if you alone were not able to convince your brother that a wrong was committed, there is always the possibility that he has not sinned against you and that the individuals you take along with you may be required to convince you that you have no reason for complaint against your brother. (Prov. 18:17) Remember that the objective is to establish peace between you and your brother, to 'gain your brother.'

But if you are convinced that your brother has sinned against you and it has not been resolved either when you spoke with him alone or when you went to him with one or two others, and if a serious sin is involved so that it would be wrong just to let it pass, then you should report the matter to the overseers of the congregation. Having done this, you have taken it as far as you can. Leave the problem in the hands of the responsible members of the congregation and trust in Jehovah that it will be resolved. Never should you allow the wrong conduct of someone else to become a reason for stumbling or a force to rob you of your joy in Jehovah's service.—Ps. 119:165.

If upon investigation it should become evident to the shepherds of the flock that the brother has indeed committed a serious sin against you and yet has been unwilling to repent and make appropriate amends, it may become necessary for the overseers to expel the unrepentant wrongdoer and in that way protect the flock and safeguard the cleanness of the congregation.—Matt. 18:17.

### HANDLING OTHER JUDICIAL MATTERS

Some cases of wrongdoing may be brought to the attention of the overseers by individual brothers or sisters who report unresolved personal grievances. (Matt. 18:17) On the other hand, the elders may be approached by individuals who either confess their own sins or report what they know regarding the wrongdoing of others. (Jas. 5:16; Lev. 5:1) But regardless of the exact manner in which the elders first hear reports of serious wrongdoing on the part of a baptized member of the congregation, an initial investigation will be made. If it is established that there is substance to the report and evidence is produced showing that a serious sin actually may have been committed, the congregation's body of elders will assign a judicial committee of at least three brothers to handle the matter. In the case of reported serious wrongdoing on the part of one who is regularly associated but not yet baptized, similar steps will be taken.

While exercising watchful care over the flock, seeking to protect it from any elements that would be spiritually damaging, the elders will also endeavor to use their spiritual qualifications to restore or reprove any who have erred. (Jude 21-23) This would be in harmony with instructions given to Timothy by the apostle Paul. He wrote: "I solemnly charge you before God

and Christ Jesus, who is destined to judge the living and the dead, and by his manifestation and his kingdom, preach the word, be at it urgently in favorable season, in troublesome season, reprove, reprimand, exhort, with all long-suffering and art of teaching." (2 Tim. 4:1, 2) Doing this may take much time and effort, but it is a part of the hard work of the elders that the congregation appreciates and for which they give the elders double honor.—1 Tim. 5:17.

In every situation where guilt is established, a primary endeavor of the overseers is to restore the wrongdoer if he is genuinely repentant, as indicated, for example, by his producing "works that befit repentance." (Acts 26:20) If they are able to help him and he is repentant, their administering reproof, either privately or before onlookers concerned in the case, serves to discipline him and instill a wholesome fear in any such onlookers. (1 Tim. 5:20; compare 2 Samuel 12:13.) Thus, the wrongdoer may be helped to 'make straight paths for his feet' thereafter. —Heb. 12:13.

However, the wrongdoer may have become hardened in his course of wrong conduct and fail to respond to the efforts of his brothers to help him. Fruits, or works, befitting repentance may not be in evidence, nor may genuine repentance be apparent at the time of the hearing. What then? In such cases it would be necessary for the responsible overseers to expel the unrepentant wrongdoer from the congregation, thus denying him fellowship with Jehovah's clean congregation. This would be done to protect other members of the congregation from the bad influence of the wrongdoer, safeguarding the moral and spiritual cleanness of the congregation and protecting its

good name. (Compare Deuteronomy 21:20, 21; 22:23, 24.) This is what the apostle Paul did when he became aware of the shameful conduct of a member of the congregation in Corinth. (1 Cor. 5:11-13) Also, this same apostle reports on the disfellowshipping of others who rebelled against the truth in the first century.—1 Tim. 1:20.

### IF THE DECISION IS TO DISFELLOWSHIP

When a judicial committee handling a case of wrongdoing reaches the conclusion that the unrepentant person should be disfellowshipped, how should they deal with him?

It is appropriate for the committee to speak with him and let him know of their decision to disfellowship him from the congregation. They clearly state the Scriptural reason(s) for the disfellowshipping action. When informing the wrongdoer of their decision, the judicial committee should tell him that if he believes that a serious error in judgment has been made and he wishes to appeal the decision of the committee, he may do so by writing a letter clearly stating his reasons for the appeal. He will be allowed seven days for doing this. If such written appeal is received, the body of elders should arrange for an appeal committee to rehear the case. They may use local elders or elders from nearby congregations; they should be men who are experienced and qualified. The body of elders should request one of the traveling overseers to suggest who might serve on the appeal committee. Every effort should be made to conduct the appeal within one week after the written appeal is received. If there is an appeal, announcement of the disfellowshipping will be held in abeyance. In the meantime the accused person will be restricted from commenting and

praying at meetings or enjoying special privileges of service.

If the wrongdoer does not indicate that he wishes to appeal, the judicial committee should explain to him the need for repentance and what steps he can take toward being reinstated in due time. This would be both helpful and kind, with the hope that he will change his ways and in time qualify to return to Jehovah's organization. —2 Cor. 2:6, 7.

### ANNOUNCEMENT OF DISFELLOWSHIPPING

When it becomes necessary to remove an unrepentant wrongdoer from the congregation, a brief announcement is made, simply stating that the person has been disfellowshipped. There is no need to say more. This will alert faithful members of the congregation to stop associating with that person.—1 Cor. 5:11.

### NONBAPTIZED ASSOCIATES WHO ARE WRONGDOERS

What of nonbaptized individuals who have been recognized as approved associates, have shared in the field service with the congregation and perhaps have enrolled in the Theocratic Ministry School, but who have now become involved in serious wrongdoing? They should be dealt with in a way similar to that of baptized Witnesses with the exception that, not being recognized members of the congregation, they could not be formally expelled therefrom. It may be that they do not fully understand the Bible's standards, and kind counsel may help them to make straight paths for their feet.

If a nonbaptized wrongdoer is still unrepentant after a judicial committee has met with him and tried to help him, then it becomes necessary to

inform the congregation. A brief announcement is made that the person is no longer recognized as an approved associate. (1 Cor. 15:33) The congregation will then view the wrongdoer as they would view one who has been disfellowshipped. No field service reports would be accepted from such a person.

### REINSTATEMENT

A disfellowshipped person may be reinstated in the congregation when he gives clear evidence of repentance, demonstrating that he has abandoned his sinful course of conduct and is desirous of having a good relationship with Jehovah and his organization. The elders are careful to allow sufficient time, perhaps many months, a year or even longer, for the disfellowshipped person to prove that his profession of repentance is genuine. When the body of elders receives a written plea for reinstatement, the original judicial committee that disfellowshipped the person should, if possible, be the committee that speaks with that individual, evaluating the evidence and works of godly repentance on his part, and decides whether to reinstate him at that time or not.

If the person requesting reinstatement was disfellowshipped by another congregation, the local judicial committee may consider the person's plea. Thereafter, the local judicial committee will communicate with the body of elders of the congregation that disfellowshipped the individual, giving them their recommendation. However, the decision to reinstate is made by a judicial committee of the congregation that took the disfellowshipping action.

When the judicial committee is convinced that the disfellowshipped person is genuinely repentant and should be reinstated, an announcement

WTPA028879

of the reinstatement is made, mentioning also any restrictions that apply until the person has regained a measure of spiritual strength.

Elders are acquainted with the procedure to follow in handling pleas for reinstatement by those disfellowshipped from the congregation. Before any decision can be made in such cases, they have to weigh the various factors that apply. A similar procedure is followed in dealing with unbaptized repentant wrongdoers, whether they be adults or minors, who wish to renew their association with the congregation. In such instances a brief announcement could be made that it would be proper to recognize the individuals once more as approved associates of the congregation.

### DISASSOCIATION

The term *disassociation* applies to the action taken by a person who, although being a baptized member of the congregation, deliberately repudiates his Christian standing, rejecting the congregation and stating that he no longer wants to be recognized or known as one of Jehovah's Witnesses. As a *disassociated* person, his situation before Jehovah is far different from that of an *inactive* Christian who, having grown weak spiritually, no longer shares in the field ministry. Such an *inactive* person may have failed to study God's Word regularly, or his zeal for serving Jehovah may have cooled off due to his experiencing personal problems or persecution. (1 Cor. 11:30; Rom. 14:1) The elders, as well as other concerned members of the congregation, will continue rendering appropriate spiritual assistance to the *inactive* brother. (1 Thess. 5:14; Rom. 15:1; Heb. 12:12) However, the person who has *disassociated himself* by repudiating

the faith and deliberately abandoning Jehovah's worship is viewed in the same way as one who has been disfellowshipped. A brief announcement would be made to inform the congregation that the person has voluntarily disassociated himself from the congregation.

Concerning those who renounced their Christian faith in his day, the apostle John wrote: "They went out from us, but they were not of our sort; for if they had been of our sort, they would have remained with us." (1 John 2:19) Also, a person might renounce his place in the Christian congregation by his actions, such as by becoming part of a secular organization the objective of which is contrary to the Bible and, hence, is under judgment by Jehovah God. (Compare Revelation 19:17-21; Isaiah 2:4.) So if a person who is a Christian chooses to join those who are disapproved by God, it would be fitting for the congregation to acknowledge by a brief announcement that he has *disassociated himself* and is no longer one of Jehovah's Witnesses. Such a person would be viewed in the same way as a disfellowshipped person.

### CASES INVOLVING MINOR CHILDREN

Serious wrongdoing on the part of minor children who are baptized members of the congregation should be reported to the elders. When the elders investigate and handle cases of serious sins where a minor is involved, it would be good if the dedicated parents of the young person would be present and cooperate with the elders acting in a judicial capacity, not attempting to shield the erring child from necessary disciplinary action. Just as in dealing with adult offenders, elders serving on the judicial committee where a minor is involved would endeavor to restore the wrong-

WTPA028881

doer. However, if the young person is unrepentant, disfellowshipping action would be taken.

### MARKING DISORDERLY ONES

In his second letter to the Thessalonians, Paul expressed a warning concerning certain ones who walk disorderly and who, if accorded full acceptance as being of good standing in the congregation, could be exerting an unhealthy influence upon others. Paul admonished the Thessalonian Christians "to withdraw from every brother walking disorderly and not according to the tradition you received from us." (2 Thess. 3:6) He further clarified that statement by writing: "But if anyone is not obedient to our word through this letter, keep this one marked, stop associating with him, that he may become ashamed. And yet do not be considering him as an enemy, but continue admonishing him as a brother."—2 Thess. 3:14, 15.

Occasionally, in the congregation today, there may be those who, although not known to be guilty of practicing a grave sin for which they could be expelled, nevertheless continue to display flagrant disregard for theocratic order.

After giving repeated admonitions to such individuals and finding that they persist in disregarding well-established Bible principles, the elders may decide to speak to the congregation and give appropriate admonitions concerning such disorderly conduct. Even though no name has been mentioned, individual members of the congregation would then be obliged to 'mark' a person, or persons, of that kind, just as Paul advised the brothers in Thessalonica. If the disorderly one should still persist in his wayward course of conduct, he remains in grave danger of eventually committing a serious sin that could lead

to his being disfellowshipped. On the other hand, the loving concern and firm stand of faithful members of the congregation could indeed move him to shame and repentance. When it is clearly evident that the individual has abandoned his disorderly course, it would no longer be necessary to treat him as a "marked" individual.

### JEHOVAH BLESSES UNITED CLEAN WORSHIP

All who are associated with the congregation of God today can certainly rejoice in the rich spiritual estate Jehovah has given to his people. Our spiritual pastures have indeed been made fruitful and we have been provided with an abundance of refreshing waters of truth. We have experienced Jehovah's protective care through his theocratic arrangement under the headship of Christ. (Ps. 23; Isa. 32:1, 2) The spiritual paradise in which we find ourselves has given us a feeling of security in these troublesome last days.

By our maintaining fine conduct as ministers of God's good news and by our example of Christian unity, the Kingdom truth will continue to shine forth through us. With Jehovah's blessing we will have the joy of seeing many more people come to know Jehovah and join us in fully accomplishing the ministry.

## CHAPTER 13

# A WORLDWIDE ASSOCIATION OF BROTHERS

AFTER dealing exclusively with one man, Abraham, and his descendants the Israelites for a period of 2,000 years, Jehovah God "turned his attention to the nations to take out of them a

1

2  SUPERIOR COURT OF THE STATE OF CALIFORNIA

3  COUNTY OF SAN DIEGO

4  - - - - - - - - - - - - - - - - - x

5  JOSE LOPEZ, individually

6          Plaintiff,

7                          Index No.
                           37-2012-00099849-
8                          CU-PO-CTL

9      -V-

10  DEFENDANT DOE 1, Linda Vista Church
    DEFENDANT DOE 2, Supervisory
11  Organization; DEFENDANT DOE 3,
    Perpetrator; and Does 4 through 100,
12  inclusive,
          Defendants.
13  - - - - - - - - - - - - - - - - - x

14

15                  VOLUME I
                    DEPOSITION OF
16
                    RICHARD ASHE
17
                    BROOKLYN, NEW YORK
18
                    MARCH 31, 2014
19                  CORRECTED TRANSCRIPT

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com
23
    REPORTED BY:  LA VERNE HAIRSTON
24  FILE# A803782

25

CAEKAERT/MAPLEY 003642

1

2  A. No, today it's referred to as the

3  coordinator of the body of elders.

4  Q. And there is a secretary that serves

5  on the service committee?

6  A. There is.

7  Q. And what other roles are there on

8  the service committee?

9  A. The third member of the service

10  committee is the service overseer for the

11  congregation, then we have two other

12  positions of responsibility. One is the

13  watchtower study conductor who is a teacher

14  that conducts the weekly Watchtower lesson.

15  It's a Bible study based on information

16  that's contained in a specific article of the

17  Watchtower.

18      Then we also have the theocratic

19  ministry school overseer. Every week at our

20  midweek reading, we have a school that

21  teaches public speaking and how to be better

22  teachers. It's open to anyone in the

23  congregation baptized or unbaptized to be

24  able to improve.

25  Q. Essentially, what is the role of the

body of elders within the congregation?

A. The body of elders are individuals to oversee the spiritual well-being of the congregation. They act as teachers and shepherds. Going back to 1 Timothy 3 it says "The overseer should therefore be irreprehensible. A husband of one wife, moderate in habit, sound in mind, orderly, hospitable, qualified to teach, not a drunkard, not violent, but reasonable, not quarrelsome, not a lover of money, a man presiding over his own household in a fine manner, having his children in subjection with all seriousness, for if a man does know how to preside over his own household, how will he care for the congregation of God, not newly converted man, nor for fear that he may get puffed up with pride and fall into judgement passed on the devil.

Moreover, he should also have a fine testimony from outsiders, so that he does not fall into reproach and a snare of the devil.

So given these qualifications, the body of elders may not exemplify every point

CAEKAERT/MAPLEY 003832

R. ASHE

to a superlative degree, but all of these qualifications are represented within the collective body of elders.

As far as what they do over at Galatians 6:1 it brings out that what these men do and it is says, "Brothers, even if a man takes a false step before he is aware of it, you who have spiritual qualifications," -- the qualifications we just outlined -- "try to readjust such a man in a spirit of mildness."

So this would be in their role as a teacher and a shepherd, trying to help individuals to do their best, to live a morally and right life.

Q. And they sit as judges?

A. At times.

Q. And they manage certain of the affairs of the congregation, correct?

MR. COPLEY: Objection, vague.

A. They oversee them.

Q. Elders, are they appointed in some way?

A. Yes.

CAEKAERT/MAPLEY 003833

Tab 16

*Pay Attention to Yourselves and to All the Flock* (1991)

# "Pay Attention to Yourselves and to All the Flock"

CAEKAERT/MAPLEY 001501

# "PAY ATTENTION TO YOURSELVES AND TO ALL THE FLOCK"

ACTS 20:28

## Kingdom Ministry School Textbook

A copy of this textbook is issued to each appointed elder, and he may retain it as long as he continues to serve as an elder in any congregation. At such time as he should cease to serve in that capacity, his copy of the book must be handed over to the Congregation Service Committee, since this publication is congregation property. No copies are to be made of any part of this publication.

CAEKAERT/MAPLEY 001502

© 1991
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.
Prior editions in English: 1977, 1979, 1981

Unless otherwise indicated, *New World Translation of the Holy Scriptures—With References* is used.

*"Pay Attention to Yourselves and to All the Flock"*      English (*ks91-E*)      Made in the United States of America

CAEKAERT/MAPLEY 001503

# Kingdom Ministry School Course

The Purpose of the Textbook 9

UNIT 1 (a)
Imitate Jehovah, the Shepherd and Overseer of Our Souls 10

UNIT 1 (b)
Loving Overseers Working With the Congregation 19

UNIT 2 (a)
How Overseers Teach 31

UNIT 2 (b)
Teaching at Congregation Meetings 38

UNIT 3 (a)
Be Whole-Souled in the Evangelizing Work 50

UNIT 3 (b)
Help Your Brothers to Reach All by Evangelizing 57

UNIT 4 (a)
How the Elders Work Together as a Body 64

UNIT 4 (b)
Our Loving Heavenly Overseer Provides Counsel and Discipline for All 82

UNIT 5 (a)
Overseers 'Ruling for Justice Itself' 90

UNIT 5 (b)
Sharing on a Judicial Committee 107

UNIT 5 (c)
Handling Cases of Wrongdoing With Wisdom and Mercy 118

UNIT 6 (a)
Jehovah's People Theocratically Organized for His Name 144

UNIT 6 (b)
Under "the Law of the Christ" 152

Index 156

CAEKAERT/MAPLEY 001504

# The Purpose of the Textbook

The revised edition of *"Pay Attention to Yourselves and to All the Flock"* is presented as a practical and convenient handbook for congregation elders and traveling overseers to use in caring for responsibilities as shepherds of the flock of God.—Acts 20:28; 1 Pet. 5:2.

As appointed elders and Christian overseers, you have been given the responsibility to ensure that the flock is well fed. (Compare John 21:15-17.) Among other things, this calls for teaching the congregation as a whole through instructive meetings. It also involves appropriate teaching on a personal basis to enlighten, give counsel, exhort, and reprove. Improving your ability as teachers is given special consideration in this publication.

Another important part of an overseer's work involves taking the lead in field service. Therefore, emphasis is placed on your regular participation in the public ministry and on how you can help others to have a meaningful share.

With so many outside pressures bearing on the brothers, you are often faced with matters involving counsel and judgment. How can you be sure that you are viewing matters from Jehovah's standpoint? When judging cases that come to your attention, how can you be balanced in showing loving concern for the brothers involved while making sure that Jehovah's righteousness is upheld? This publication gives these matters careful consideration.

Material from the three original segments of *"Pay Attention to Yourselves and to All the Flock,"* published in 1977, 1979, and 1981, has been combined and updated. The outline presentation of the information has been retained. This facilitates locating particular points that you may need to find quickly. Thus the book will continue to serve as a handbook to be used in connection with elders' meetings, judicial matters, and the periodically conducted Kingdom Ministry School.

The wide margins and other blank spaces and pages have been provided so that you can make appropriate notes for your personal use and can add references as related information is published or otherwise brought to your attention. If it should become necessary to make substantial revisions at a future date, the Society will issue revised information on individual pages that can be conveniently inserted, thus keeping the information in the book up-to-date.

We are confident that you greatly appreciate your privilege of serving Jehovah's people as undershepherds of God's flock. Your life is filled with many responsibilities; you are also subject to many pressures. On the other hand, you receive many blessings and much joy. May you find the information in this handbook to be helpful in caring for your assigned duties. And may your faithful service continue to bring refreshment and strength to the flock of God, your brothers.—Isa. 32:2.

9

CAEKAERT/MAPLEY 001505

# Imitate Jehovah, the Shepherd and Overseer of Our Souls

Jehovah is the Shepherd and Overseer of our souls. (1 Pet. 2:25) How it instills confidence and courage in us to have him rule over us! Since we are commanded to "become imitators of God," we should imitate him in all areas of life. (Eph. 5:1) Consider the following four ways in which Jehovah, as the Supreme Overseer, sets the example for all overseers to imitate. (1) He is a God of love. (2) He is our Grand Instructor. (3) He is the Great Evangelizer, sponsoring the preaching of the good news worldwide. (4) He is the Perfect Judge, being just at all times and in all of his ways.

How can you imitate Jehovah? In your efforts to be like him, you must continually develop your skills as teachers. You need to take the lead in Kingdom preaching and disciple making. As judges, you must render just, yet merciful, decisions among Jehovah's people. And in all matters, your exercising oversight in a loving way for the whole brotherhood is vital.

## Our Loving Overseer

**How many are the expressions of love that Jehovah has showered down on us!**

"We love, because he first loved us." (1 John 4:19)

Each day, we are indebted to him for the life and the measure of health we enjoy.

By Jehovah's undeserved kindness, we have our family, brothers and sisters in the congregation, home, food, clothing, and innumerable other blessings.

We are obligated to him because he has given us the knowledge of the truth and the privilege of being members of his united international organization and servants in his royal service.

CAEKAERT/MAPLEY 001506

**Jehovah has been a Guardian and Protector of his people both physically and spiritually. (Ps. 145:20; Prov. 18:10)**

Elders should also be guardians and protectors of His people.

The basic idea inherent in the Greek word for overseer (*e·pi´sko·pos*) is protective care.

Elders strive to be alert to the needs of the individual publishers and families, willingly stepping forward to assist when there is a need. (Isa. 32:1, 2)

Stepfamilies, single parents, and widows may have special need for advice and guidance.

Teenagers or young adults who take a false step need help too. (Gal. 6:1)

Do not evade their problems.

Give them constant attention and guidance, being careful not to condemn them.

God gives us the direction we need in order to look after his people. (Compare Exodus 24:12.)

His Word directs us and his spirit assists us beyond our natural abilities in caring for responsibilities. (2 Cor. 4:7)

When we make mistakes or fail to handle situations adequately, Jehovah is patient with us.

**Many opportunities arise for you, as overseers, to imitate the Supreme Overseer in showing love for others.**

Watch for opportunities to help others, even physically.

How may love and patience be shown in the following situations?

A ministerial servant does not handle a matter to completion.

Someone comes to you seeking information but does not readily understand your explanation of the matter.

CAEKAERT/MAPLEY 001507

A young person shies away from you and other adults.

A young person whose parents are not in the truth begins to associate.

A single parent regularly seeks advice and encouragement. (*w*80 9/15 pp. 21-5)

A brother or a sister appears to be discouraged or suffers from depression. (*w*90 3/15 pp. 26-30)

A pioneer has car trouble.

An elderly widow needs help applying for social services.

A single parent or a widow has a leaking roof.

## The Grand Instructor

**Jehovah is the Grand Instructor of his people. (Job 36:22; Isa. 30:20, 21)**

**Jehovah instructed his only-begotten Son so well that he could be described as "a master worker" beside his Father. (Prov. 8:30)**

As a perfect reflection of his Father, God's Son was a Master Teacher.

The Scriptures relate that those who heard him were "astounded at his way of teaching." (Matt. 7:28)

It is noteworthy that Jesus himself said: "What I teach is not mine." "I do nothing of my own initiative; but just as the Father taught me I speak these things." (John 7:16; 8:28)

**Jehovah has lovingly provided divine instruction and guidance for man.**

He created man with the mental capacity to be taught and to teach others.

He gave Adam divine instruction in the way of everlasting life.

Through his prophets and priests, he continued to instruct his people, Israel.

CAEKAERT/MAPLEY 001508

The Levites, for example, were to be teachers of the Law.

> Nehemiah described their activity on one occasion, saying that they were explaining the Law to the people, reading aloud from the book, putting meaning into it, and giving understanding in the reading. (Neh. 8:7, 8)

God provided teachers for the growth and health of the early Christian congregation. (Eph. 4:11-13)

> Christian overseers today also need to teach God's Word.

## Today, Jehovah provides instruction by means of "the faithful steward." (Luke 12:42)

In loyal submission to Christ as Head and Master, "the faithful and discreet slave" is diligent in attending to the spiritual needs of Jehovah's people everywhere. (Matt. 24:45)

> Appointed overseers serve as teachers in the congregation. (Titus 1:5, 9)

> > They must be careful not to give their own opinions but, rather, to teach God's Word exclusively. (1 Cor. 4:6; 2 Tim. 4:2)

> Five weekly congregation meetings, two larger assemblies within the circuit each year, and an annual district convention furnish progressive instruction and training in true worship for the entire household of God.

> Gilead School, Ministerial Training School, Pioneer Service School, and Kingdom Ministry School give specialized education to equip ministers for particular fields of service.

> Schools or training sessions organized periodically as the need arises equip brothers progressively to care for their assignments in the organization.

Help the brothers in your congregation to take full advantage of the schooling provided by our Grand Instructor.

> Encourage enrollment in the Theocratic Ministry School.

CAEKAERT/MAPLEY 001509

Encourage those persons who qualify to reach out for the privilege of receiving specialized training provided through other schooling arranged by the organization.

In addition to handling parts on the meetings, you have opportunities to feed your brothers spiritually and in a loving manner before and after the meetings, in shepherding work, in field service, and in other ways.

How can love be shown when:

A brother is not prepared for his meeting part?

A shy or inexperienced person needs assistance in preparing talks for the Theocratic Ministry School?

Someone needs help in getting to the Kingdom Hall or to an assembly?

A child does not behave well in the Kingdom Hall?

# The Great Evangelizer, Who Sponsors the Preaching of the Good News Worldwide

**Jehovah provided good news of deliverance when uttering the first prophecy in Eden. (Gen. 3:15)**

Through His angel, He declared good news to Abraham. (Gal. 3:8)

It was foretold that the Messiah, Jesus, would "tell good news to the meek ones," and he did that, sharing wholeheartedly in the work. (Isa. 61:1; Luke 4:18)

**Jesus foretold that during this time of the end, the good news (evangel) of the Kingdom would be preached in all the inhabited earth for a witness.**

In fact, he said: "The good news *has* to be preached." (Mark 13:10)

This is the good news that God wants people to hear.

Since overseers of the flock of God are responsible for taking the lead in this evangelizing work, individual self-examination in this regard is appropriate. (2 Tim. 4:5)

CAEKAERT/MAPLEY 001510

There is need for you to be present and to participate in the field service when the rest of the congregation is sharing in this activity.

Elders need to make definite arrangements to take the lead in the field and work with the publishers and pioneers.

By such active involvement of the elders, the brothers are encouraged and the activity of the congregation increases.

Be alert to discern when publishers need help in developing their field service skills.

Give specific instruction.

Demonstrate how they can improve.

Make sure that the congregation has adequate arrangements for field service for the benefit and convenience of the publishers and pioneers. Good support will result.

By the example you set, the congregation should learn that field service is not a burdensome chore but, rather, can be a pleasurable privilege.

How can love be shown when:

A publisher forgets to turn in his field service report?

Someone stays too long on a call, causing others to wait?

An elderly publisher has become irregular in field service? (*w87* 6/1 pp. 10-12)

# A Lover of Justice and a God of Mercy

**Jehovah's justice and mercy became evident in the way he handled the case of the rebellion in Eden.**

Justice prevailed in the judgment he pronounced upon those two unrepentant rebels against his sovereignty.

Yet mercy tempered his judgment, as he foretold a deliverer for the then unborn offspring of Adam and Eve. (Gen. 3:15)

CAEKAERT/MAPLEY 001511

In justice Jehovah has allowed mankind to suffer the due recompense for sin. (Deut. 32:4, 5)

But in mercy he has made provision for their redemption and has given them hope of everlasting life.

## The ransom provision itself satisfies justice—a perfect life for a perfect life. (1 Tim. 2:6)

Indeed, what mercy that provision reflects!

It is undeserved kindness to those in desperate need. (John 1:17; Eph. 1:7)

## Jehovah shows himself to be just and merciful with groups of people as well as with individuals.

Jehovah extended to natural Israel the opportunity to supply the members of the bride of Christ.

But when an insufficient number responded, Jehovah mercifully extended the invitation to the Samaritans and then to the nations, the Gentile people. (Acts 8:14; 10:45; 15:14; Rom. 11:25)

David was worthy of death because of his sin with Bathsheba, but he was extended great mercy because of the Kingdom covenant, the mercy he himself showed to others, and his own sincere repentance.

However, he did not escape punishment: The son of his adultery died soon after birth, and David reaped repeated domestic difficulties.

## Elders must be both just and merciful in their dealings with others.

In giving counsel and in judging, you should hold to God's standard with everyone.

What Jehovah expects of you is revealed at Deuteronomy 1:16, 17; Micah 6:8; and Matthew 5:7.

How may your love for impartiality, justice, and mercy be tested in situations involving the following?

Those you may consider more prominent in the Christian congregation and those you may not consider so. (Jas. 2:1-4)

CAEKAERT/MAPLEY 001512

Those of other races, nationalities, and economic levels. (Acts 10:34, 35)

Younger members of the congregation as well as adults. (1 Tim. 5:1, 2)

Wrongdoers who are sincerely repentant. (2 Cor. 2:5-8)

Members of your own family who have engaged in serious wrongdoing and are not repentant. (1 Cor. 5:11)

The example you set in displaying justice and mercy will be reflected by the congregation.

How may you imitate Jehovah, our Loving Overseer, when:

Someone who has been a victim of physical, emotional, or sexual abuse seeks your help? (*w*90 2/15 pp. 21-3; *w*83 10/1 pp. 27-31)

A person who has a disfellowshipped family member believes she is being avoided by others in the congregation? (*w*91 4/15 pp. 23-5; *w*83 1/1 pp. 30-1)

A teenager is going through a phase of immodest grooming and dress?

You are dealing with a wrongdoer who does not appear to appreciate your efforts to help him?

CAEKAERT/MAPLEY 001513

CAEKAERT/MAPLEY 001514

# Loving Overseers Working With the Congregation

As overseers work with the congregation, they should make it their goal always to imitate the loving ways of the Supreme Overseer, Jehovah. In the same manner as Jehovah has shown consideration for the disadvantaged and needy, so also overseers should be sensitive to the needs of the aged, the sick, the new ones, the young, and those who need material assistance. Even as our heavenly Father has shown interest in the spiritual growth and advancement of all of his intelligent creatures, so overseers today ought to demonstrate a constant interest in the spiritual well-being and advancement of all in the congregation. (Ps. 146:7-9) No doubt you would like to be of even greater assistance to your brothers in these matters.

## What Kind of Overseer Are You?

**Very likely you are a busy person, leading a full life with many responsibilities.**

If you are married, you have a wife and most likely children to care for spiritually, physically, and emotionally.

Caring for this primary responsibility requires time and thought. (*w*86 11/1 p. 22)

Your secular employment can be very demanding of your energy, time, and emotions.

Other important matters involving Kingdom interests, such as personal study, preparation for meetings, field service, and helping and encouraging publishers in many ways, tax your time.

Maintenance and cleaning of the Kingdom Hall need to be scheduled and carried out, and at times your help may be needed when new Kingdom Halls are built.

You also need rest and relaxation.

Elders can learn to become proficient and to keep balance so that all necessary matters receive proper attention.

CAEKAERT/MAPLEY 001515

At 2 Corinthians 11:24-27, the apostle Paul mentioned some of the great pressures that he faced, and yet he said in verse 28 that from day to day, there was also rushing in on him "anxiety for all the congregations."

You, as a loving overseer, feel a similar concern for all the brothers and sisters in your congregation.

Paul wrote to Timothy: "I am grateful to Christ Jesus our Lord, who imparted power to me, because he considered me faithful by assigning me to a ministry." (1 Tim. 1:12)

Appreciation for the loving-kindness and mercy shown us by Jehovah and his Son, as well as our love for them and for our brothers, moves us to serve the congregation as fully as possible, despite other responsibilities.

Therefore, do not rely on your own wisdom and strength.

Always petition Jehovah for his wisdom to direct you in doing his work, especially when problems or circumstances arise that you have never experienced or handled before. (Jas. 1:5)

Pray for holy spirit. It can provide power beyond what is normal. (Luke 11:13; 2 Cor. 4:7, 8, 16)

The congregation prays that Jehovah will bless your efforts to serve him and his people as a loving overseer.

# Working With Individuals Who Have Special Needs

At 1 Peter 2:17, we are encouraged not only to "honor men of all sorts," including secular rulers (vs. 13), but also to have "love for the whole association of brothers."

By taking personal interest in your brothers and sisters, you stay awake to their needs and are in a position to show them appropriate love and honor.

All the flock of God need to feel the loving shepherding of the elders.

*The aged and the sickly* often need special attention. (*w*87 6/1 pp. 10-12)

These may need assistance in practical ways.

CAEKAERT/MAPLEY 001516

They may need someone to cook for them, wash and iron their clothes, clean their homes, run errands.

They often need encouragement and reassurance that the elders care about them and are interested in them. (1 Thess. 5:14)

They may need someone to help them get to the meetings, read to them, or in other ways help them to stay spiritually strong.

Consider ways that you can provide such practical assistance.

Other brothers and sisters can help you carry the load.

Invite them to volunteer.

Make definite arrangements as to how they can help.

It is important to check periodically to see that someone is following through on arrangements made to give assistance.

Your being alert to such needs and providing the appropriate assistance will mark you as a loving overseer.

You may be sure that this is well pleasing to Jehovah. (Heb. 13:1, 16)

## Individuals with *medical problems* who are facing the blood issue need special assistance.

Even before they enter the hospital, some may need help in making sure that medical and legal papers are fitting and that the necessary medical personnel have been spoken to in order to avoid a transfusion. (*g*91 3/8 pp. 3-8; *km* 11/90 pp. 3-6)

Visit the patient in the hospital.

Pray with, strengthen, and comfort the patient, also relatives, such as the parents of a sick child. (Jas. 5:13)

If the patient is faced with the blood issue, elders can do much to keep the situation calm and to reason with doctors and unbelieving relatives.

On rare occasions a situation requires a 24-hour watch.

CAEKAERT/MAPLEY 001517

The Hospital Liaison Committee should be called only when the patient needs a cooperative doctor, when a confrontation develops, or when a threat to force blood on the patient is unresolved.

All elders should have a copy of the list showing names and telephone numbers of committee members. Keep it in an accessible file with appropriate references, such as "Questions From Readers" in *The Watchtower*, June 1, 1990, pages 30-1, and March 1, 1989, pages 30-1; the brochure *How Can Blood Save Your Life?*; the booklet *Jehovah's Witnesses and the Question of Blood;* and *Our Kingdom Ministry*, November 1990, pages 3-6.

Committee members can help by:

Finding cooperative doctors, hospitals, and so forth.

Reasoning with physicians on alternatives to blood.

Discretion should be used in determining what, if any, assistance might be given on a humanitarian basis to those not having a good standing in the congregation.

For example, if a disfellowshipped one takes a firm stand on the blood issue, local elders or the Hospital Liaison Committee could share information with the family out of consideration for those faithful ones.

In major cities some elders are especially assigned as members of Patient Visitation Groups to visit hospitals regularly to assist Witness patients.

This arrangement does not relieve local elders of their responsibility to visit the sick at home and in the hospital.

### *Newly associated ones* are especially in need of attention.

When they first come to the Kingdom Hall, new ones may feel like strangers; we want to change that feeling to one of warm friendship.

If you notice a new one standing by himself or talking only with the one who studies with him, take the initiative to approach and greet him and introduce him to others.

Teach attendants to greet new ones, and occasionally remind them to do this.

CAEKAERT/MAPLEY 001518

Train all the brothers and sisters to take the initiative in approaching new ones and getting acquainted with them.

So that you may encourage and help others, be sure to arrive at the meetings early and stay for a while after the program.

You can associate with new ones at other times also, perhaps visiting with them in their home or yours.

Such personal interest lets them see that genuine love exists among Jehovah's people. (John 13:35)

It also fills the void created when they cut off former associations and worldly entertainment.

### *Young members* of the congregation need to be strengthened to resist "the desires incidental to youth." (2 Tim. 2:22)

Parents have the primary responsibility to care for the needs of their children. (Eph. 6:4; Col. 3:21)

However, the young ones are a part of the congregation, and elders have a responsibility toward them also and should show genuine interest in them.

Why is knowing the full names of all the youth in your congregation helpful?

Many youths do not have a father or a mother in the truth, and some have no relatives in the truth.

They deserve the consideration that is to be shown to "the fatherless boy." (Job 29:12; Jas. 1:27)

EXPERIENCE: One teenager was given attention by an elder. He would pick the boy up every time he was going to help with the building of the Kingdom Hall. Each day after they finished their work on the hall, they would go to get some refreshments and take time to converse. The boy grew up and became a circuit overseer. He remembered this elder's concern as a major factor in his spiritual development.

Take note of ways that you and others can assist and encourage young ones in the congregation, and continually assure them of your interest.

CAEKAERT/MAPLEY 001519

Seek them out to engage them in conversation at the Kingdom Hall and elsewhere.

Encourage them to express themselves.

Eagerly listen to their viewpoints and their problems; be slow to criticize, quick to commend.

Help young ones build confidence in Jehovah, and help them to esteem highly the privilege of being Jehovah's Witnesses. (*w*85 8/15 pp. 11-21)

Develop helpful interest in their schooling.

Show a keen concern for youth who have difficulty adjusting to adulthood.

Make them feel wanted and needed in the congregation.

Help them to see how they can be helpful and encouraging to others by their presence and participation at the meetings and in the field service.

Use ingenuity in devising assignments for exemplary ones, such as using them to assist with roving microphones, tidy up the restrooms after each meeting, and straighten up the chairs.

List some responsibilities appropriate to your congregation.

Suggest attainable goals for them, such as weekly participation in field service or commenting at every meeting.

Talk with them about pioneer work, Bethel and missionary service, auxiliary pioneering, and so forth.

Work with them in the field service.

Help them to make progress in various features of this activity, such as in filling out house-to-house record slips, organizing their book bags, and learning how to make return visits and start Bible studies.

Examine what is being done to encourage and assist young ones in your congregation.

**Pioneers need encouragement and help in many ways.**

Make a periodic check to see what encouragement pioneers need, and assist them in practical ways.

Are meetings for field service begun and ended on time?

CAEKAERT/MAPLEY 001520

Is sufficient territory available for the pioneers? Have they lost some of their joy? If so, why?

Arrange to work with them in field service on a regular basis.

If some have genuine material needs, others (including elders) may be able to assist.

## Assist persons who are *in need materially*.

It is not enough just to wish them well. (Jas. 2:15-17; 1 John 3:16-18)

They may need advice or actual assistance in getting appropriate secular employment.

They may need advice and assistance in making application to receive aid provided by Caesar for the needy. (*w*66 2/1 pp. 95-6)

Children, grandchildren, or other family members who could help may need reminders or encouragement to do so. (1 Tim. 5:4, 8; *w*87 6/1 pp. 13-18)

There may be individuals in the congregation who would readily help if they knew there was a need.

If other assistance is not available, the needy person may qualify to receive assistance from the congregation. (1 Tim. 5:3-10; *w*87 6/1 pp. 8-13; *om* pp. 122-3)

## When there are *official restrictions* on the work, the brothers are in special need of encouragement and direction. (Isa. 32:1, 2)

Arrangements need to be made so that all members of the congregation will be well fed spiritually on a regular basis.

Do not neglect encouraging the brothers to share regularly in the witnessing activity. (Rom. 10:10)

## In case of a *natural disaster,* arrange to provide comfort spiritually and to assist the brothers physically and materially. (*w*73 3/1 pp. 134-5; *w*73 2/1 pp. 95-6)

Determine if any of the brothers were injured or lost their life and what care is being administered.

Check to see what government aid may be available. (*w*66 2/1 pp. 95-6)

CAEKAERT/MAPLEY 001521

Arrangements must be made for the brothers to be fed spiritually on a regular basis.

Following a natural disaster, the brothers can make good use of opportunities to comfort others spiritually and, to the extent possible, to help in practical ways according to the need.

When an *emergency* arises because of a natural disaster or political unrest, responsible elders should quickly contact the branch office by telephone.

The branch office will provide direction related to the establishment of a *relief committee* if needed.

Steps the relief committee should take include the following:

Follow through on the emergency measures initiated by local elders.

Quickly assess property damage and the needs of local publishers.

Establish headquarters, perhaps using a Kingdom Hall.

Collect and distribute needed funds, food, supplies, and building materials; coordinate assistance for those having needs.

*Do not solicit* funds by writing letters or verbally asking for assistance.

After relief has been administered, submit a detailed *written report* to the Society, including a written record showing all receipts and disbursements of relief funds.

**Brothers and sisters witnessing in *dangerous territory*, such as high-crime areas or war-torn zones (apply locally), also need loving assistance. (Matt. 10:16)**

The organization has suggested precautions that would be advisable for publishers who witness in dangerous areas. (*km* 4/85 p. 8)

Additional precautions may be appropriate for the brothers witnessing in your territory.

CAEKAERT/MAPLEY 001522

**Your own *family* has special needs.**

Christian husbands have as their primary God-given responsibility the care and salvation of their families. (*w*59 9/15 pp. 548-54)

Occasionally, those in the congregation demand time and attention that an elder should rightfully give to his family. Shepherding begins at home. (*w*83 9/1 pp. 23-4; *w*66 5/1 pp. 271-2)

**Aiding the brothers in these ways takes time and effort.**

Elders are understandably limited in what they can do.

Love for the whole association of brothers will prompt us to do what we can to help those in need. (2 Cor. 8:1-12)

# Help Your Brothers to Make Progress

## Consider areas in which *you* should endeavor to make progress. (1 Tim. 4:12-15)

Set goals for yourself continually.

## Help brothers who have the potential to become ministerial servants make progress in that direction.

Brothers who are regular publishers and demonstrate a desire to be used can be given certain assignments to perform around the Kingdom Hall.

Before being appointed as an elder or a ministerial servant, a brother must be "tested as to fitness first." (1 Tim. 3:10)

Your being alert to give qualified brothers something to do in the congregation will provide an opportunity for such testing and will give them added training.

Giving due consideration to their exemplary conduct, activity in the ministry, and fine spiritual outlook, the elders can determine what would be best for these brothers.

Keep in mind that not all have the same abilities or circumstances, so be discreet in assigning brothers things to do. (1 Cor. 12:4-7; *w*68 4/1 p. 209)

According to what is needed and appropriate, encourage reliability, industriousness, modesty, and humility. (Prov. 9:8b, 9)

CAEKAERT/MAPLEY 001523

In order for you to get better acquainted with these brothers, you may wish to visit with them occasionally in their home or have them come to yours.

Accompany them in the evangelizing work.

> Help them to progress in the field ministry by application of *Kingdom Ministry* suggestions, and help them to find pleasure in sharing the good news with others.

> Teach them to show interest in their brothers, taking others with them in field service as often as possible.

> They may need to set a better example in encouraging their wife and children in this activity.

Be generous in giving commendation to these brothers when progress is made; it is a powerful force that often motivates persons to continue progressing. (1 Cor. 11:2)

If a brother is lacking certain qualifications needed by a ministerial servant, it would be a kindness to speak with him about the matter and give practical suggestions that might help him to develop the needed qualifications.

## Train ministerial servants who are reaching out for the office of overseer.

A brother may need experience in shepherding.

> Provide training by taking him along on certain shepherding calls.

>> After a call you might ask him how he would have handled certain things that came up.

>>> This may enable you to see how he reasons.

>>> You may be able to help him improve his ability to exhort.

>> After he has expressed himself, you might explain to him why you handled the situation as you did.

A brother may need greater discernment in the practical application of Bible principles.

CAEKAERT/MAPLEY 001524

Suggest that he regularly read the Bible and certain past *Watchtower* articles and Society publications.

The body of elders may extend greater teaching privileges to capable ministerial servants who make fine advancement and meet the requirements.

From time to time, encouragement and counsel should be given to these brothers.

## Although our sisters will never be ministerial servants or elders, they need help to make progress also.

Some may be encouraged to share in auxiliary or regular pioneer service.

Adequate field service arrangements should be made for the sisters when you are not able to be with them.

Consider other ways in which you can encourage and help your sisters, including single parents.

Urge sisters to become more effective in developing and conducting Bible studies.

## Periodically, elders should meet together to consider what can be done to help others advance.

Since you have many responsibilities, look for occasions when you can combine one activity with another and thus accomplish both at the same time.

An example of this would be arranging to work in the field service with a publisher who needs spiritual encouragement.

Give other examples.

# Joyful Results

Congregation members feel secure as they benefit from the concern, assistance, and protection of loving overseers working with them. (Compare Ezekiel 34:11-16.)

Servants of Jehovah are glad to cooperate and exert themselves vigorously in his work. (Rom. 12:11, 12)

Many are motivated to imitate the faith of loving overseers as they see how the overseers' conduct turns out. (Heb. 13:7)

Jehovah is honored by those who devotedly imitate him.

CAEKAERT/MAPLEY 001525

CAEKAERT/MAPLEY 001526

# How Overseers Teach

Being teachers is a Scriptural requirement for overseers. (1 Tim. 3:2) The apostle Paul counsels: "Pay constant attention . . . to your teaching." (1 Tim. 4:16) All of us should strive to be good teachers. We can learn much from Jesus, the Master Teacher, by observing how he taught. But remember, teaching is not a matter of mastering techniques. Effective teaching requires love, getting the spirit of things, motivating others, reaching the heart of those being taught.

## Learning How to Teach by Studying Jesus' Example

**The following observations show why Jesus was such an effective teacher:**

His motive was to honor Jehovah. (John 8:49, 50)

He based his teaching on God's Word. (Matt. 4:4, 7, 10; 12:3, 5; 19:4; 22:31, 32)

He presented matters with simplicity, brevity, and clarity, and he was practical. (Matt. 5-7)

He used questions to involve his hearers and help them to reason and draw conclusions. (Matt. 16:5-12; 22:42-45)

He used illustrations that applied to his listeners, such as those concerning fishermen, shepherds, and housewives. (Matt. 13:47-50; Luke 15:3-10)

He explained matters that were not understood by his hearers. (Matt. 18:1-5; Mark 4:10, 13-20, 34)

He used object lessons. (John 13:2-16)

He reached the heart of those to whom he spoke. (Luke 24:32)

The result of his ministry was that "the crowds were astounded at his way of teaching." (Matt. 7:28; John 7:45, 46)

31

CAEKAERT/MAPLEY 001527

# Improving Your Teaching Ability

## Above all, adhere to God's Word in your teaching. (Titus 1:9)

God's Word has power to move people to action.

God's Word is the truth. Our personal opinions may lose effectiveness as circumstances change or may even be in error.

## Avoid drawing attention to yourself.

As God's humble servants, we should seek to honor him in all that we do and say.

Emphasize the Scriptures rather than your own ideas.

Jokes and humorous stories are not necessary and often detract from the power of the Scriptures. The Bible does not indicate that Jesus used such devices.

## Logical development is a key ingredient in effective teaching.

It makes a presentation persuasive and easy to follow.

## Present specific material as Jesus did.

A talk dealing with generalities lacks impact and authority; it is vague.

When giving instructions, explain how they are to be executed. Notice Jesus' specific instructions at Matthew 10:11-14.

## Do not introduce more material than can be adequately developed in the allotted time.

Keep your presentation simple, uncomplicated.

Allow time to repeat the main points.

## Teaching with the Bible involves more than simply reading a Bible text.

When reading, emphasize key portions of the text.

When giving a public talk, do not ask volunteers in the

CAEKAERT/MAPLEY 001528

audience to read Scripture texts; they may not emphasize the portion applicable to the argument.

Explain the scripture.

Illustrate the main point of the text.

Apply the points to your audience; this will help you to hold their attention and should move them to apply what they learn.

## Illustrations were an important feature of Jesus' teaching, and they can help you to be effective. (Luke 7: 41-43)

Make your illustrations simple; complex ones may be difficult to follow and may even detract from your argument.

Note the simplicity and power of illustrations used by James. (Jas. 3:1-11)

What makes these illustrations so practical in giving counsel against gossip?

## Effective questions may be used to stimulate thinking and help individuals to draw conclusions.

Note how Jesus used questions. (Matt. 16:13-16; Luke 10: 25-28, 36)

Asking leading questions based on what a person already knows may direct his mind to a correct conclusion. (Matt. 17:24-27)

EXAMPLE: A new brother tells you that his employer requires him to overcharge customers. He asks you what he should do. Rather than tell him what to do, help him reason on the matter and draw his own conclusion based on the Scriptures. Draw him out by asking questions, such as: How do you feel about it? Is such an action dishonest? If so, why? What does the Bible say about dishonesty? Would you want a person to do that to you? As you read and discuss appropriate scriptures with him, you will help him to draw the right conclusion based on the Bible, and he may be motivated by a good heart to follow through on the counsel of the Scriptures.

CAEKAERT/MAPLEY 001529

Asking a person what he thinks—viewpoint questions—helps you to find out what he believes on a matter.

Getting answers to such questions will help you to know what counsel or encouragement he needs.

His comments will help you to discern how to reach his heart.

EXAMPLE: If a sister asks you about marrying an unbeliever, you might ask her: What do you think about it? Do you remember any scriptures that have a bearing on the subject? After reading with her 1 Corinthians 7:39 and 2 Corinthians 6:14, 15, you might ask: What do those scriptures tell you as to God's view on the matter? Do you agree with this counsel? What benefits can you foresee coming to the person who follows this counsel from God?

## Appeal to the Heart in Your Teaching

**The figurative heart in man stands for the sum total of the interior man as manifested in all his various activities and in his desires, motivations, affections, emotions, thoughts, and so forth. (Ps. 119:11; *it*-1 p. 1057)**

Heartfelt appreciation is necessary; for a person to apply the truth, it must first get into his heart.

When teaching, you must reach the heart of the student.

One way to reach his heart is to encourage the person to ponder on what he learns.

You can help him do this by emphasizing the main points and encouraging him to review these.

Another way is to ask probing questions, such as: How do you feel about this Bible point and what the Society has published on this subject? How could you apply this information in your life or to this present situation?

A third way to impress the truth on the heart is to help your listener to think in terms of his relationship with Jehovah.

*"Pay Attention to Yourselves and to All the Flock"*

CAEKAERT/MAPLEY 001530

Encourage him to ask such questions as: Why do I want to do this? Am I seeking to please God, or am I catering to my own fleshly desires?

Emphasize the importance of seeking Jehovah's direction before making decisions. (Ps. 55:22; Prov. 3:5, 6)

## A willing heart is necessary if our brothers are to be properly motivated to preach the good news. (Ex. 35:5, 21, 22)

Do not try to get the brothers to engage in the field service by exerting undue pressure on them. However, encouragement is proper.

Endeavor to stimulate their hearts so there will be a desire to serve Jehovah whole-souled and to have as full a share as possible in the preaching work. (Mark 12:30)

Whole-souled devotion is implied in the greatest commandment of the Mosaic Law; no less is required of us as disciples of Jesus Christ. (Matt. 22:36-40)

Do not expect everyone to do or accomplish the same in witnessing.

People have different circumstances and different conditions of health.

All can render whole-souled service, some by producing thirtyfold, others sixtyfold or a hundredfold, according to their circumstances. (Matt. 13:23)

Help the brothers to appreciate that participation in proclaiming the good news is a sacred duty, a requirement on which our life depends. (Rom. 10:10; 1 Cor. 9:16)

Keep before the brothers the fact that our work relates to the supreme issue of the rightness of Jehovah's sovereignty; this should stir our hearts and move us to zealous service. (Luke 6:45)

CAEKAERT/MAPLEY 001531

Help them to see that our sharing in Kingdom preaching and disciple making reveals that God's Kingdom really means much to us individually.

Show that lives are at stake, that we are doing a work never to be repeated, that the work is not in vain, that the reward for endurance in God's service is certain.

## Overseers who appreciate their privilege and discharge their responsibility to teach God's law will reap joyful blessings.

'Pay constant attention to your teaching, for by doing this you will save both yourself and those who listen to you.' (1 Tim. 4:16)

What praise this will bring to Jehovah!

CAEKAERT/MAPLEY 001532

CAEKAERT/MAPLEY 001533

# Teaching at Congregation Meetings

The spirituality of the congregation depends greatly on the quality of teaching at the meetings. The five weekly meetings form an integral part of our theocratic education. The brothers come to these meetings expecting to be instructed in God's Word and encouraged in his work. You have a great and wonderful privilege to stand before your brothers, God's flock "in your care," to feed them and build them up. Do this willingly, with joy and earnestness. (1 Pet. 5:2) This will motivate them to zealous service and increase your happiness as well.

## Teaching at the *Watchtower* Study

**The *Watchtower* is the principal means of dispensing spiritual food at the proper time.**

The information it contains can greatly help individuals to establish and maintain a good relationship with Jehovah and with fellow worshipers.

The spiritual food is needed to nourish the heart.

**To teach effectively at the *Watchtower* Study, you will need to prepare prayerfully and carefully.**

Look up the scriptures and know how they apply.

Take a keen interest in the material and in your brothers; reach their heart.

Progressively strive to improve your teaching at the *Watchtower* Study.

**The opening remarks of the conductor should be brief and to the point, calling attention to the theme and stimulating interest in the material.**

Be warm, enthusiastic, inviting, and yet specific.

38

You may ask two or three questions that will be answered during the study, make a statement to be proved, present a problem that needs a solution, or focus attention on the teaching box.

## The *conductor should not comment excessively*.

As a teacher, you do not do the thinking for the congregation; rather, by pointed questions you help them to think in an orderly manner and arrive at correct conclusions.

When important points are not covered in comments from the congregation or when the application of a scripture is overlooked, ask specific questions to draw out the information.

However, a caution: Do not ask additional questions unnecessarily, for doing so may stifle comments on other points that the audience has in mind.

Ask additional questions *only when needed*.

Avoid talking too much or leading the brothers to concentrate on details rather than on the main points.

Tactfully and kindly stimulate the brothers' desire to participate.

This may be done by being warm and friendly yourself and by commending the brothers for their comments and efforts.

Promote personal and family preparation.

## Encourage the brothers to comment in their own words, briefly and to the point.

Train the audience to give a direct answer to the printed question first.

Additional comments by the audience may then draw attention to scripture application, to supporting arguments, or to practical application of the material.

The congregation should not be scolded if answers are not forthcoming as quickly as the conductor would like, for this may stifle future comments.

CAEKAERT/MAPLEY 001535

**Make good use of the Bible during the study. (Acts 17:11)**

Help the congregation to appreciate that every study has been prepared to help us understand Bible prophecies, teachings, moral principles, and so forth.

Encourage the audience to look up and comment on the scriptures used in the study as time permits.

The conductor may invite all in attendance to look up selected scriptures as they are read and commented on.

Some scriptures could be assigned in advance for individuals to read and comment on.

Help the audience to understand how key scriptures support the theme of the study.

**Keep concluding comments brief.**

Ask the review questions in the teaching box that appears toward the end of the lesson.

These draw attention to the main points.

Encourage application of the counsel in our lives. (Jas. 1:22, 25)

# Teaching at the Congregation Book Study

**In conducting the study, seek to build appreciation for the material being considered.**

Help those attending to understand not only the answers to the questions but also the *reasons* for the answers and the value of the information.

Make practical application to personal lives, attitudes, field service, and so forth.

Conduct the study in a way that will motivate the brothers to act on what they learn and will make them want to do Jehovah's will. (Ps. 110:3)

**Your opening remarks should be brief and specific.**

If material is in verse-by-verse style, you may read the

CAEKAERT/MAPLEY 001536

portion of the Bible that will be considered during the study if time permits.

## Draw attention to the main points and overall concept rather than to details.

If a comment made detracts from the theme, kindly direct the discussion back to the theme and main point.

EXAMPLE: If you are considering John 3:16 and the theme is the ransom, you would draw attention to the point that God "gave his only-begotten Son" as a ransom, rather than become involved in a discussion of the expression "the world," although this is also mentioned in the verse.

## Unquoted scriptures may be read and discussed as time allows.

The conductor decides how this is best handled.

Be selective, choosing texts that best illuminate main points.

Long citations may be read, they may be summarized by someone assigned in advance, or key verses may be read.

## Carefully observe the response of those in attendance.

Do not comment excessively; rather, by pointed questions endeavor to draw out answers from the audience.

At times persons who tend to read their comments may be kindly encouraged privately to put them in their own words.

Be discerning; it might be offensive or discouraging if this is done after a new or timid person has made a comment.

Be alert to commend the brothers for what they do.

Strive to make the material reach both the mind and the heart.

To help the brothers understand points that are not clear, various types of questions may be employed.

CAEKAERT/MAPLEY 001537

You might use true-or-false statements as well as multiple-choice, leading, or viewpoint questions.

**Help the brothers to see the practical value of the material.**

Watch for points that the brothers can use in field service.

Are there points that would be helpful to those in divided households? Or information that could be used by the brothers at their place of employment, by the children at school, or by Christians in other situations?

**Encourage all to participate—young ones and new ones as well as mature ones.**

Keep the atmosphere respectful, yet friendly and inviting.

Perhaps you may be able to help some individuals prepare for the study.

Timid persons may be willing to read a scripture.

Others may be given assignments or may be kindly encouraged to comment.

**Keep the concluding review brief and specific, highlighting main points learned.**

If practical, have the closing review from the Bible rather than from the book, especially if the material was considered verse by verse.

**Continue to work at improving your teaching at the Congregation Book Study.**

## Teaching at the Public Meeting

**The Public Meeting generally features a discourse, although slide presentations produced by the Society are also used.**

**All the elders, and especially the presiding overseer, should be concerned with maintaining high-quality public talks.**

The presiding overseer will consult with other elders and

CAEKAERT/MAPLEY 001538

schedule talks that will be most beneficial for the congregation and for new ones that attend.

The information should be spiritually upbuilding to both new ones and regular attenders.

Request speakers from other congregations who are known for their effective teaching ability.

## Those who are assigned to give public talks should regularly work toward improving their teaching ability.

Do thorough research in the Society's publications to bring the material to life.

Be sure that your outline is kept current.

Periodically update your statistics, experiences, illustrations, and so forth.

Points from recent articles in *The Watchtower* and *Awake!* may be worked in when appropriate.

Apply the information to the needs of the congregation.

Visiting speakers who are not familiar with the particular needs of a congregation should be cautious in attempting to give pointed counsel to the audience on local situations.

When preparing a public talk, ask yourself: Why is this information needed? How will I present it and illustrate it so that all will benefit by understanding how the information can be used?

Present the information so that an unbeliever in the audience can see the reasonableness of it.

We want to help people, not ridicule them; we want to appeal to their reason and better judgment and not belittle their intelligence.

EXAMPLE: If your talk is on the subject of evolution, you would not want to present the material in such a way as to ridicule those who believe in evolution. While the brothers might consider such a presentation humorous, it would not appeal to a person in the audience who believes in evolution.

CAEKAERT/MAPLEY 001539

Help the brothers in the audience to see how they could present the material in a way that would appeal to those in the territory who believe in evolution.

Use terms that are easily understood by all.

Involve your audience by the use of rhetorical questions.

Make good use of key scriptures.

Not only read scriptures but also explain, illustrate, and apply them.

Do not read all cited scriptures; focus on key ones.

Rather than have persons in the audience read scriptures, the speaker should read them with proper emphasis, sense stress, and enthusiasm.

Enthusiasm is very important in your teaching; without it, well-prepared material may not be clear.

Put your heart into your talk.

Adhere closely to the material and the timing set out in the Society's outlines.

Accept and appreciate constructive counsel offered by other elders who are interested in helping you to improve your speaking and teaching ability.

Elders should not hold back from kindly offering helpful counsel and suggestions to fellow elders when such is needed for improving the quality of public talks.

If it is decided by elders that a visiting speaker needs to improve, suggestions may be provided through the presiding overseer of his congregation.

Be sure that your aim is to teach the audience and not to entertain them.

## Teaching at the Service Meeting

**The purpose of the Service Meeting is to equip and stimulate the brothers to share fully in the preaching and disciple-making work.**

CAEKAERT/MAPLEY 001540

**Either the presiding overseer or another elder, after analyzing the material, assigns the various meeting parts to qualified brothers.**

Impartially using various qualified members of the congregation on the Service Meeting program stimulates interest.

**To teach effectively, prepare carefully and rehearse all demonstrations.**

Endeavor to follow the suggestions outlined in *Our Kingdom Ministry.*

These have been well thought out, and when adhered to, they will assure well-balanced and upbuilding programs.

When preparing to present material, consider the needs of the local congregation.

Help the brothers to see how the information presented is practical and how it can be helpful to them in their ministry.

Ask yourself: Why does our congregation need this information? What points will be of greatest value to the publishers? Then highlight these points.

For your instruction and counsel to be most effective, you should first of all appreciate the value of field service and set a good example in the work, taking the lead. (1 Tim. 4:12)

**The Service Meeting should be 45 minutes in length, excluding the songs and prayer.**

The brothers appreciate having the meetings conclude on time.

If someone before you on the program takes too much time, try to reduce your part to compensate.

If someone habitually goes overtime, the presiding overseer or another elder should speak to him in a kindly way, give practical suggestions, and help him see the need to make adjustments.

CAEKAERT/MAPLEY 001541

Perhaps he should have less material.

Perhaps he should spend less time on introductory remarks and get right into the assigned material.

**Periodically the elders should discuss what they can do to improve the Service Meetings.**

**Each one should work at being a more effective teacher when he has a part on the Service Meeting.**

# Teaching at the Theocratic Ministry School

**The Theocratic Ministry School has done much to train God's people to present the Kingdom message in a clear and effective way by:**

Providing useful training for the field ministry.

Helping students progressively to improve their field presentations.

Training brothers to become effective public speakers and teachers. (*om* p. 73)

Progressive training offered by the school helps public speakers improve speaking and teaching ability.

**The Theocratic Ministry School overseer should prepare well to conduct an effective school.**

Use good judgment in making assignments, having in mind the student's age, educational level, time in the truth, and so forth.

Give good, constructive counsel.

As time permits, draw attention to practical points not covered by the students.

**Introductory remarks may call attention to points that the congregation can look forward to learning during the school.**

At times this can be effectively done by raising anticipatory questions and inviting the brothers to look for the answers.

CAEKAERT/MAPLEY 001542

**Oral counsel should encourage the student and further help him to develop speaking and teaching skills.**

Warmly commend the students for what they do.

Consider each student's emotional state and educational level.

If a main point is not covered by the assigned student, draw attention to it during the two minutes allotted for counsel.

Explain why a particular speech quality was good or why it needs improvement.

Give *specific counsel* on areas needing improvement, not necessarily in the order outlined on the Speech Counsel slip.

Explain or show how to improve.

If time permits, explain how a particular speech quality can improve the field service ability of the congregation.

When returning a student's Speech Counsel slip, it may be possible to encourage him and further discuss points of counsel; or this may be done at another time.

When someone needs additional help but you cannot give this yourself, arrange for another member of the congregation to do it.

**Some students may need help to improve their reading ability.**

It is important that everyone in the congregation be able to read well and understand what they read.

Arrangements might be made to help some improve their reading skills.

Perhaps an auxiliary room could be used for these classes when the school is being conducted, or they could be held at another time.

**All meetings should always be conducted in such a way as to honor Jehovah, spiritually build up those in**

CAEKAERT/MAPLEY 001543

**attendance, and cause us to grow ever stronger in our love for Jehovah, his service, and our brothers.**

All meetings should begin and end on time; this requires thorough preparation on the part of every participant.

Public speakers should adhere strictly to the 45-minute total timing indicated on the Society's outlines, excluding opening song and prayer.

One hour is allowed for the *Watchtower* Study, including the review but excluding songs and prayer.

When held in conjunction with the Public Meeting, both meetings are to be concluded within the allotted two hours.

The Theocratic Ministry School and the Service Meeting are allotted 45 minutes each.

When one of these two meetings follows the other, both should be concluded within one hour and 45 minutes, including songs and prayers.

On special occasions, such as during the visit of the circuit overseer, content and timing of meetings may be adjusted in accord with published instructions.

When elders and others participating in meetings prepare well and use only the time assigned for their respective parts, they show loving consideration for all those attending the meeting and respect for Jehovah's arrangement for meetings that encourage and instruct.

CAEKAERT/MAPLEY 001544

CAEKAERT/MAPLEY 001545

# Be Whole-Souled in the Evangelizing Work

Jehovah has assigned his people one of the most important tasks ever performed on the earth—the evangelizing work. Evangelizing involves preaching and teaching the good news of the Kingdom by means of every appropriate method open to us.

Why is the evangelizing work so important? Because it provides a touchstone by which mankind is being judged. Acceptance of the good news and obedience to it result in salvation; rejection and disobedience mean destruction. This in itself impresses upon us the urgency of the work.—Matt. 25:40, 45.

Especially must the elders be whole-souled in the evangelizing work. The apostle Paul stated: "Whatever you are doing, work at it whole-souled as to Jehovah, and not to men."—Col. 3:23.

## What Is Whole-Souled Service?

**Whole-souled service involves using your whole self —your heart, mind, and strength.**

Every fiber of your existence is involved in lovingly serving God; no function, capacity, or desire in life is excepted.

It means being God-oriented, that is, God-directed.

Whole-souled service does not require that we be physically perfect.

Imperfect people are urged to be whole-souled. (Mark 12:28, 30)

It is a matter of using all our imperfect faculties to the fullest extent possible in God's service.

People have different abilities, so their accomplishments differ.

50

CAEKAERT/MAPLEY 001546

Jesus spoke of the seed "sown upon the fine soil" as producing a hundredfold or sixtyfold or thirtyfold—all is whole-souled. (Matt. 13:18, 23)

One person may have better health or more energy, resources, or natural ability than another; circumstances in life differ.

> Two women in Bible times received honorable mention for their contributions to God's service, though the material value of their gifts differed greatly. (Mark 14:3, 6-9; Luke 21:1-4)
>
> > Similarly today, some may be whole-souled even though personal circumstances and limitations allow them to do very little in field service.

Help your brothers to enjoy what they are able to do in the evangelizing work, whether it appears to be little or much.

## Being whole-souled makes one more effective in the evangelizing work.

If we put our whole heart into our presentation of the Kingdom message, people may sense this, and it may have much to do with their favorable response to the good news.

When in the field service, we should keep our mind on our ministry, how to present the good news effectively, and not on matters of self-interest.

As dedicated servants of Jehovah, we should be determined to exert ourselves physically, using our energies and strength in the evangelizing work. (1 Tim. 4:10)

> An hour or two at a time may be all that an older or sickly person can wisely spend in field service. His service would be whole-souled.
>
> > Those whose strength and circumstances permit them to do more need not discontinue their activity just because others cannot stay out longer.

Honest self-examination can reveal to us whether we are in fact using our whole strength in the evangelizing work.

CAEKAERT/MAPLEY 001547

# Take the Lead in Evangelizing

**Jesus set the pattern for Christian elders; Kingdom preaching was a major part of his earthly activity. (John 18:37)**

> Jesus was willing to extend himself in behalf of others even when he was tired. (Mark 6:30-34)

**As "examples to the flock," elders should take the lead in Kingdom preaching and disciple making. (1 Pet. 5: 2, 3)**

> Your brothers are benefited when they see:
>
> > Your efforts to make room in your busy schedule to work hard in Kingdom preaching. (Eph. 5:15, 16; 1 Thess. 5:12, 13)
> >
> > Your joy in the evangelizing work. (Ps. 145:7, 11, 12)
> >
> > Your active and sincere concern for people in the territory.
> >
> > Your interest in helping and encouraging your brothers as evangelizers. (Phil. 2:4)
> >
> > Your enthusiasm in relating field service experiences and encouraging others to do so.
> >
> > Your keeping the field service to the fore in the meetings.
>
> Help those who are reaching out for privileges in the congregation to appreciate that overseers are to be examples to the flock in all respects, including having a full share in the field service according to their circumstances.

# Make Suitable Field Service Arrangements

**Good organization is needed to accomplish the most both in your personal field service and in the congregation's field activity.**

> Have a definite schedule for working in the field ministry.
>
> > This would include setting aside a specific time to share in the field service with your own family; make ap-

CAEKAERT/MAPLEY 001548

pointments to accompany other members of the congregation also.

When you work with others, do more than simply accompany them.

There is a need to teach them and help them to make progress in the field service.

Help your brothers to:

Use the Bible in witnessing.

Introduce subjects that have local appeal.

Converse with the people.

Show a genuine concern for the people.

Appeal to the heart of the householder.

Keep an effective house-to-house record.

Make return visits.

Start Bible studies.

Conduct instructive studies.

Remember that not all publishers have the same abilities. (1 Cor. 12:4-7)

Commend the brothers for what they are able to do.

Help each one make progress in accord with his own abilities and circumstances.

Be loving and upbuilding in all that you do and say.

**The service overseer, with the cooperation of the Congregation Book Study conductor, should make sure that there is enough territory to keep the brothers busy during the time they will be in the service.**

Arrange for adequate territory for midweek as well as weekend groups.

Strive for a balanced coverage of the territory.

Be sure that the congregation has an adequate supply of the literature currently being used in the field.

CAEKAERT/MAPLEY 001549

# Encourage Pioneer Service

## Elders should have a positive view of full-time service.

Mention benefits of the pioneer work in your talks, when appropriate; include pioneers in your congregation prayers.

## Be alert to the needs and problems of those already in the pioneer service.

Elders are to provide personal assistance rather than have the pioneer write about problems to the branch office.

Your practical help and encouragement may be needed when the pioneer:

Does not have sufficient territory.

Is having difficulty meeting the hour requirement.

Needs someone to work with in the field service.

Is discouraged over the indifference of people in the territory.

Has become stagnant in effectively using his field service skills.

Needs assistance in starting studies.

Has financial problems.

May not be properly caring for his health.

Feels lonely and depressed.

Pay special attention to the particular needs of the pioneers in your congregation; be prepared to encourage them and to render loving assistance.

## One of the best ways to encourage pioneer service is for elders and members of their family to share in the pioneer work to the extent their circumstances allow.

Elders who are regular pioneers are a great blessing to the congregation.

CAEKAERT/MAPLEY 001550

Some elders in the following situations have found it possible to be regular pioneers:

Those who are retired.

Those who have no dependent children.

Those who have secular work that does not consume much of their time.

Some have made adjustments in their secular employment so they can pioneer.

Some elders whose circumstances do not permit them to be regular pioneers have been able to engage in auxiliary pioneer service one or more times during the year.

Self-examination, more serious thought, and prayer can help each person determine if he can increase his personal field service time and still care for all his Scriptural responsibilities.

Many elders have encouraged and helped their wife and children to share in either regular or auxiliary pioneer work.

Cooperation among family members may help one or more in the family to pioneer.

They may need help to work out practical schedules, assistance in finding part-time secular work, encouragement to develop the godly view of wanting to help people through evangelizing.

Good results have come from making the pioneer service a matter of enthusiastic conversation in the household.

## Be alert to take advantage of all opportunities to preach and teach the good news.

By word and example, motivate your brothers to be whole-souled in the evangelizing work, sharing as fully as they can in spreading the good news.

CAEKAERT/MAPLEY 001551

CAEKAERT/MAPLEY 001552

# Help Your Brothers to Reach All by Evangelizing

The Christian congregation serves Jehovah's purpose to have his excellencies declared abroad, by sharing the good news with all people who are willing to listen. (1 Pet. 2:9) As shepherds of the flock, overseers not only take the lead in evangelizing but also serve a vital role in encouraging and helping all members of the congregation to have a full and active share in the evangelizing work.

Jesus said, "The good news has to be preached." His disciples were told to be illuminators in the world by taking advantage of every opportunity to help others learn the truth concerning God's purposes.—Mark 13:10; Phil. 2:15.

Likewise today, you as overseers should motivate the brothers to vigorous action in the evangelizing work. Help them to maintain an appreciative and positive attitude toward the preaching work. Give helpful suggestions as to effective methods by which the work can be carried out, showing how people can be reached. Take the lead. Work with the brothers in the field. Help them to find pleasure in taking the good news to others.

## Proper Motive for the Evangelizing Work Is Important

Help the brothers to see that love for Jehovah and for neighbor is demonstrated through the evangelizing work. (Mark 12:28-31)

It is a privilege to engage in the work Jesus assigned.

Jesus demonstrated the proper attitude toward people. He served them in a self-sacrificing way. (Mark 6:31-34)

The apostle Paul's example is one to imitate. Doing so will result in the real joy that comes from giving. (Acts 20:24, 35)

57

CAEKAERT/MAPLEY 001553

Appreciation for the sanctity of life is reflected in one's attitude toward the evangelizing work. (Acts 20:26, 27)

**Brothers should feel a personal obligation toward those who listen. (1 Cor. 9:16)**

By often discussing James 1:2-4, 12 with the brothers, you will help them to remain active in the evangelizing work even when suffering persecution. (Acts 5:41, 42)

# Help the Brothers to Preach on Every Appropriate Occasion

**When solid spiritual feeding has filled their hearts, the brothers will be stimulated to share the good news with others on every appropriate occasion.**

Knowing that there is Scriptural backing for engaging in the evangelizing work in a variety of ways instills confidence in the publishers to be flexible in taking advantage of opportunities to witness when:

Going from house to house. (Acts 5:42; 20:20)

Preaching publicly from city to city. (Matt. 9:35)

Witnessing in public places, such as in a marketplace or on public streets. (Prov. 1:20; Acts 17:17)

Speaking to people assembled in public meeting places. (Matt. 13:54; Acts 13:14-16)

Witnessing in informal settings. (Acts 16:13)

Approaching relatives or people who are traveling. (John 1:40, 41; Acts 8:27-30)

**Make the brothers aware of informal witnessing opportunities that exist in your locality.**

While visiting relatives or friends, in day-to-day contacts with neighbors, when talking with workmates or business associates, while traveling, when on vacation (holiday), and so forth, all of us have opportunities to evangelize on informal occasions.

Relate experiences that show how you get the conversation started.

CAEKAERT/MAPLEY 001554

When you set a fine example in taking advantage of such appropriate opportunities, others will be encouraged to share in this activity as well.

Our Christian conduct or acts of thoughtfulness may open the way for conversations with others. (Titus 2: 1-14)

Help the congregation to be prepared to witness informally and to anticipate opportunities to do so.

Highlight the need for tactfulness and discretion when doing so.

If the brothers are not taking the initiative to evangelize informally, take time on the Service Meeting to relate experiences or to demonstrate how to witness informally.

Some publishers may need to learn how to converse in a way that is not objectionable, so that the listener does not feel that he is being lectured. (Col. 4:6)

To be effective, publishers must discern not only how to begin but also when to stop speaking on a Scriptural subject.

It is often good to make a statement or two and then pause to see what response you get.

Notice how Jesus witnessed informally. (John 4: 7-26)

A few brief but appropriate statements from time to time may accomplish more than trying to say it all at once.

## Stimulate Regular Participation in Prearranged Evangelizing Work

**The evangelizing work can be done in various formal ways, and often the elders can arrange for groups of publishers to share in these activities.**

An effective method of reaching people with the good news is by calling on them from house to house.

CAEKAERT/MAPLEY 001555

Help family heads to make definite arrangements to share regularly in this work with their wife and children.

Teach them how this may be done so that it is a pleasant experience and an upbuilding activity for all in the family.

Other publishers also need the help and encouragement you can give by accompanying them in the house-to-house ministry.

By listening to your presentation, the publishers learn how to do the evangelizing work more effectively in the local territory.

When you are with other publishers as they speak at the doors, you will be able to recognize problems they may have.

Tactfully offer suggestions for improving their service.

Do not be critical of the brothers, and do not try to force them into a mold. Be upbuilding and helpful in what you say.

Recognize their limitations.

Reassure them of their worth as willing servants of Jehovah.

Train publishers to keep an accurate house-to-house record so they can call back on interested people.

Make arrangements for calling again where no one was at home.

Effort should be made to find someone to speak to at every home.

The best time for reaching people may vary in different parts of your territory.

Some publishers have had good results by witnessing in the late afternoon or the early evening.

With a little encouragement and assistance from the elders or other experienced ones, more publishers might be able to share in afternoon and evening witnessing.

CAEKAERT/MAPLEY 001556

**Give prompt attention to Expiring Subscription slips, return visit slips, and other notices you receive from the Society asking you to call on individuals in your territory.**

Arrange to approach subscribers soon so there is no break in their subscription if this is what they desire and they are benefiting from reading the magazines.

Offer to start a study with them if they are agreeable.

When the Society sends a notice for someone to call on a person who has requested literature or spiritual assistance, be sure to have a capable publisher call promptly.

**Elders should make definite arrangements for publishers to witness in public places in the following ways:**

Contacting people at their place of business.

Witnessing to people on public streets and at places where people shop.

Talking to people waiting in automobiles and at bus or train stops.

Visiting hospitals, rest homes, jails, and so forth.

Investigate other ways in which you may be able to reach people in your territory.

**Not all publishers feel confident in speaking to people in such public places.**

If the elders take the lead in this activity, other qualified publishers may follow suit.

Some publishers, on the other hand, may excel in some other form of evangelizing activity.

# Other Ways You Can Help Your Brothers in the Evangelizing Work

**You may be able to help some publishers by visiting them in their home and helping them to prepare the**

CAEKAERT/MAPLEY 001557

**current presentation for the ministry or some other Bible discussion for use in the field.**

Your visit may provide a fine opportunity for them to practice giving their presentations and for you to demonstrate the Scriptural discussions you are using.

**Accompany the publishers from house to house if at all possible.**

This is a most effective way to give personal assistance.

The publishers can listen to you and observe what you do, and by your suggestions, they can be helped to be more effective in the evangelizing work.

If you cannot personally accompany some publishers as often as you would like, make arrangements for other effective evangelizers to go with them.

Try to share with others in the midweek evangelizing work if you can arrange that from time to time.

This may prove to be very strengthening to sisters or others who cannot share in the field service on weekends, and it will give them a joyful sense of support.

CAEKAERT/MAPLEY 001558

CAEKAERT/MAPLEY 001559

# How the Elders Work Together as a Body

"In the multitude of counselors there is accomplishment," states Proverbs 15:22. A congregation having a body of older men who work closely together is indeed blessed. But what is the key to their being able to work in unity? Primarily, it is their recognizing Jesus Christ as Head of the Christian congregation.

When elders meet together, Christ's headship should dominate. (1 Cor. 11:3) Their meetings should be well arranged. (1 Cor. 14:40) They should try to reach decisions on matters discussed. Definite arrangements should be made for someone to follow through on the decisions that are made. How can the presiding overseer conduct meaningful elders' meetings? What must each individual elder do to make a positive contribution to these meetings? But first, what is involved in recognizing Christ's headship, and how does this unite a body of elders?

## Recognizing the Headship of Christ Unites the Body

**Although Jehovah God is the Shepherd and Overseer of our souls, he has appointed Jesus Christ as Head of the Christian congregation. (Eph. 1:22, 23; 1 Pet. 2:25)**

By genuinely accepting Jesus Christ as Head of the Christian congregation, elders will be motivated to do the following:

Let the Bible be the guide in making decisions. (John 7: 16, 17)

Respect information and direction coming from agencies used by "the faithful and discreet slave." (Matt. 24: 45-47)

Treat the congregation as God's inheritance, not lording it over them. (1 Pet. 5:1-3)

64

CAEKAERT/MAPLEY 001560

Avoid imposing personal viewpoints, opinions, or arbitrary rules on the congregation or the body of elders.

Deal in a kind and loving manner regarding each individual in the congregation. (Matt. 11:28-30; John 21:15-17)

Listen carefully to the expressions of fellow elders. (Matt. 18:20; Rom. 12:10b)

Pray when a discussion among elders seems to falter.

(For additional information, see *The Watchtower,* December 1, 1986, pages 10-20.)

## Jesus Christ controls all bodies of elders. At Revelation 1:20 they are likened to seven stars upon his right hand. (*re* pp. 28-9)

Jesus, by means of God's holy spirit, can influence *any* elder on the body to provide the Bible-based suggestions needed for any given situation. (Matt. 18:20; Acts 15:13-17)

By accepting this fact, elders will be helped to work together as a body.

Each elder should listen carefully to the Scriptural suggestions of the other elders.

We should not make an independent decision for the congregation if a matter is one on which we should consult other elders.

# What Enables Elders to Display the Spirit of Cooperation

## Jehovah, through his Son, unifies the congregation for harmonious cooperation. (Eph. 4:16; compare Romans 8:28.)

Elders are really cooperating with Jehovah when they cooperate as a body for the good of the congregation. (Col. 2:19; 1 Cor. 12)

Cooperation is a result of displaying the fruitage of the spirit, which every elder should cultivate in his personal life, both publicly and privately. (Gal. 5:22, 23)

CAEKAERT/MAPLEY 001561

In the following ways, elders show that they are cooperating together and striving to maintain the unity referred to at Psalm 133:1:

Keeping communication among elders open and free, especially if there are differences in background.

Sharing pertinent information with fellow elders.

Not shielding elders or their relatives from needed counsel.

Seeking assistance and suggestions from elders who have much experience.

Not campaigning among fellow elders to undermine decisions of the body that do not meet personal preference.

Accepting fellow elders' excelling qualities, as well as their limited abilities.

Not finding fault with fellow elders as they are learning new duties.

Making sure that reports and records that other elders need to refer to are available and up-to-date.

Promptly following through to completion on assignments given by the body.

## It should be possible for bodies of elders to be *unanimous* in most of their decisions. (Acts 15:25)

If *Bible principles* are involved, the elders should make their decision in harmony with these.

When there is counsel from the faithful and discreet slave on the matter, either by letter or from the Society's publications, the elders will want to take that counsel to heart. (Matt. 24:45)

Other matters may generally be decided by the majority of the elders on the basis of their sound judgment and of their concern for providing the best guidance and direction for the congregation.

Even the majority should not insist on a personal viewpoint if such does not take into consideration

CAEKAERT/MAPLEY 001562

Scriptural principles and the peace, unity, and spiritual welfare of all members of the congregation.

**At Romans 12:10, Paul exhorts: "In showing honor to one another take the lead."**

If elders honor one another, they will not insist that their personal viewpoints be adopted when matters are discussed.

Individual elders will cooperate closely with what the *body of elders as a whole* determines is in the best interests of the congregation.

If the majority decide that a matter should be handled in a certain way, then the minority should give willing support to such a decision.

However, if those in the minority have a Bible reference and comments in print on the matter from the faithful and discreet slave, the majority should recognize such corrective information so that a Bible-based decision can be reached.

If in the opinion of the minority a Bible-based decision is still not reached, the minority should continue to cooperate with the rest of the body and bring the matter to the attention of the circuit overseer during his regular visit.

The congregation will cooperate if they sense that all the elders base their decisions on God's Word. (2 Tim. 3: 16, 17)

# Working Together as a Body of Elders

**Working together as a body does not mean that all share in performing each task or making each decision.**

Individual members of the human body carry out certain functions without direct participation by other body members. (1 Cor. 12:12-31)

Honoring one another, elders will allow the presiding overseer and other assigned elders the initiative to make decisions that will enable them to carry out their respective responsibilities.

CAEKAERT/MAPLEY 001563

Consider the following examples of decisions that individual elders may make without always consulting with other elders.

Weekly announcements made to the congregation. Items posted on the information board. Service Meeting assignments. (presiding overseer)

Organization of congregation files. General letters of introduction and transfer of records when publishers move. (secretary)

Magazine order changes. (service overseer)

**Good communication and close cooperation are necessary among the elders themselves as well as in their relationship with the ministerial servants.**

Be ready to offer helpful suggestions and to listen to thoughtful recommendations.

**Genuinely honoring one another sets a fine example and serves as a good influence on the congregation.**

It promotes peace and encourages all to work with greater enthusiasm and happiness.

Discouragement will be diminished. (Prov. 24:10)

# When Elders' Meetings May Be Held

**Meetings are held each year in conjunction with visits of the circuit overseer.**

**Three months after each visit of the circuit overseer, a meeting can be scheduled. (*om* p. 42)**

**Other meetings should be arranged at any time that circumstances necessitate.**

Keep additional meetings limited to their purposed objectives.

If elders do not become bogged down with unnecessary meetings, they will have more time for their family, for field service activities, and for shepherding the congregation. (Matt. 24:14; 1 Tim. 3:4; 1 Pet. 5:2)

CAEKAERT/MAPLEY 001564

# How the Presiding Overseer
# Can Prepare for Elders' Meetings

Romans 12:8 says, "He that presides, let him do it in real earnest."

The presiding overseer *compiles an agenda* of matters that need discussion by the whole body of elders.

He contacts the other elders individually beforehand to determine what matters they feel need to be added to the agenda and discussed.

If practical, in harmony with Proverbs 21:5, he gives a copy of the agenda to each elder far enough in advance of the meeting to allow him to give the points due thought. (1 Cor. 14:40)

In some cases the elder who recommended an item for the agenda may be asked to take the lead in presenting it for discussion.

Letting the brother know ahead of time will give him opportunity to prepare a clear presentation of the facts.

Diligent preparation will keep the length of elders' meetings to a minimum, allowing more time for other essentials.

# How You Can Prepare for Elders' Meetings

When you receive the agenda prepared by the presiding overseer, you should give careful and prayerful thought to each point itemized.

Listed below are some questions that each elder may want to ponder in connection with major items on the agenda:

How did this situation come about?

What Scriptural principles should guide us in deciding what to do?

What direction has been provided by the faithful and discreet slave?

CAEKAERT/MAPLEY 001565

There is need to do research in the Society's publications. (Where available, use the *Watch Tower Publications Indexes.*)

Is there more that I can do to deal effectively with this matter?

In what way can the entire body of elders improve its handling of this matter?

Should this suggestion be put into operation? Why?

## What Matters Might Be Included on the Agenda for Elders' Meetings

**Spiritual matters should be of principal concern. (Phil. 1:9-11)**

Appropriate ideas can be obtained by thinking on the shepherding counsel found in the letters to Timothy and Titus and in such passages as Acts 20:17-35 and 1 Peter 5: 1-11.

**Time may be allowed on the agenda for matters of a mechanical, nonspiritual nature also.**

These should be discussed only when they involve problems that an individual elder, the building committee, or the maintenance committee cannot care for on their own initiative.

## Make Meaningful Expressions During Your Elders' Meetings

**The presiding overseer should set the pace of the discussion by keeping the main points to the fore; keep to the agenda.**

Conclude each matter before another is opened for discussion so that the meeting does not bog down or ramble.

Make sure that either you or another elder takes notes as to decisions made and who will carry them out.

CAEKAERT/MAPLEY 001566

**Applying the Scriptural principles embodied in the following will result in more productive elders' meetings:**

Speak on the points under discussion only when you have something meaningful to add. (Prov. 10:19)

There should be no wrath or debates evident in elders' meetings. (1 Tim. 2:8)

Speak up, use "freeness of speech." Much time can be wasted if there are long pauses due to a hesitancy to speak. (1 Tim. 3:13)

See the listing at the end of this unit. In it are some items that you may wish to include on an agenda for consideration by the elders in your congregation.

(For more information, see *The Watchtower,* October 1, 1988, pages 15-20, and August 1, 1975, pages 471-4.)

# Presiding Overseer

The presiding overseer is appointed by the Society for an indefinite period of time. He serves as chairman of the body of elders. He should be a kindly, loyal man with experience in handling congregation matters. He must be orderly and diligent, not a procrastinator in caring for responsibilities. (1 Tim. 3:2)

**His duties include the following:**

Serves as chairman of the body of elders at their meetings.

Receives congregation mail and passes it along to the secretary for circulation and filing.

Signs most correspondence sent to the Society.

Compiles Scriptural and practical agendas outlining points for discussion at regular elders' meetings throughout the year. May suggest points for elders' meetings during the visit of the circuit overseer.

Seeks to distinguish between items that can be handled by individual elders and those needing attention by the

CAEKAERT/MAPLEY 001567

entire body of elders, so as to avoid unnecessarily taking the time of the entire body.

Makes sure that there is appropriate follow-through on decisions made by elders.

Modestly seeks and accepts suggestions from other elders.

Arranges for monthly Service Meeting schedule, and makes sure of appropriate rehearsals of demonstrations, interviews, and so forth.

May ask other elders to assist.

Arranges for public talks.

Might be assisted by another elder or a well-qualified ministerial servant, if needed.

Approves all announcements made to the congregation, especially those of a judicial nature.

Takes the lead in caring for details in preparation for the circuit overseer's visit.

Serves as chairman of the service committee when considering regular or auxiliary pioneer applications, unassigned territory applications, or similar matters as required by the Society.

Calls a meeting of the body of elders when judicial matters arise. (See Unit 5 (b), pages 108-10.)

Arranges for two elders to meet with each person desiring to become a new publisher. The publisher conducting the study is included in the meeting. (w88 11/15 p. 17)

Arranges for elders to consider questions with baptismal candidates.

Arranges for quarterly audit of congregation accounts.

Makes certain there is a written record of such and that an appropriate announcement regarding the audit is made to the congregation.

Authorizes payment of all normal operating expenses of the congregation.

CAEKAERT/MAPLEY 001568

**Recommendation for appointment of the presiding overseer is submitted in conjunction with the regular visit of the circuit overseer.**

If a temporary adjustment is made apart from the circuit overseer's visit, the Society should be notified immediately by letter signed by the service committee on behalf of the body of elders.

The Presiding Overseer Change of Address form (S-29) should accompany the letter.

# Congregation Secretary

**Sees to it that correspondence received by the congregation and the body of elders from the Society and others is attended to promptly and proper response is made when necessary.**

**The secretary's duties include the following:**

Maintains the vital congregation records in an orderly way.

Circulates among the elders all letters from the Society and traveling overseers and then files them for reference.

Keeps records concerning Kingdom Hall ownership, legal corporation, loans, insurance, deeds, and other documents.

Files records on disciplinary cases, including reports made up by the judicial committees. (See Unit 5 (c), page 122.)

Keeps a diary of business items that elders or congregation must handle in the future, such as utility bills and tax and government items.

Sends orders to the branch office; sends reports promptly; sends communications prepared by other brothers.

Keeps Congregation's Publisher Record cards; compiles field service reports.

Gives report to Congregation Book Study conductors as to who is irregular in field service.

CAEKAERT/MAPLEY 001569

Sends Congregation's Publisher Record card to congregation to which a publisher moves or initiates correspondence if a publisher moves into his congregation. (*km* 2/91 p. 7)

Secretary will personally care for these duties.

If necessary, an elder or a capable ministerial servant may be assigned to assist in caring for some routine matters.

## Service Overseer

**As evangelizer and teacher, the service overseer is keenly interested in his fellow servants. He is one who loves the field ministry and is capable and alert to train others. He is respected in the congregation as one who takes the lead in the field and who has demonstrated his effectiveness in various aspects of the field ministry.**

**The service overseer's duties include the following:**

Schedules regular visits to all Congregation Book Study groups, so that once each month he visits a different group. (In smaller congregations with perhaps only one or two book studies, he may arrange to visit each one twice during the year.)

Following a 45-minute book study, he will give a 15-minute service talk.

On that weekend he will work with the group in the field ministry from house to house and help publishers with their return visits and Bible studies.

Other weeks of the month are spent with the group where he is assigned along with his family. (*km* 6/90 p. 7)

Takes the lead in arranging meetings for field service at convenient times during weekdays; he is alert to organize witnessing on holidays.

Shows genuine interest in Bible Study activity, making sure that effective studies are being conducted and that students are being directed to the organization.

CAEKAERT/MAPLEY 001570

Takes keen interest in irregular and inactive publishers living in the congregation territory and works along with the body of elders in providing spiritual assistance toward recovery. (*km* 4/82 p. 3)

Directly oversees the work of ministerial servants assigned to handle literature, magazines, and territory.

## Congregation Service Committee

**Comprises the presiding overseer, the secretary, and the service overseer. (*om* p. 43)**

**The duties of the Congregation Service Committee involve the following:**

Signing correspondence regarding appointment or deletion of elders, ministerial servants, and pioneers.

They process applications for auxiliary and regular pioneer work, for Bethel service, and for other special service privileges.

If one member is absent, another elder may be asked to substitute in order to expedite matters.

May be called on by the Society for other designated work as needed.

One member of the service committee is included in the meeting with each Bible student desirous of becoming an unbaptized publisher. (*w*88 11/15 p. 17)

## The *Watchtower* Study Conductor and the Theocratic Ministry School Overseer

**The *Watchtower* Study conductor and the Theocratic Ministry School overseer conduct their respective meetings in harmony with counsel from the organization as outlined in *Organized to Accomplish Our Ministry, Our Kingdom Ministry*, other special instructions, and this textbook.**

It is important that these brothers prepare diligently and use effective teaching methods, since these meetings are primary provisions of the faithful slave to give vital instruction to the congregation.

CAEKAERT/MAPLEY 001571

The *Watchtower* Study conductor and the Theocratic Ministry School overseer should set an outstanding example as zealous ministers of the good news, working regularly with the publishers in the field service.

In the absence of either of these brothers, a qualified elder may be asked to conduct the meeting.

## Circuit Overseer's Visit

**The schedule of the circuit overseer has been arranged to be beneficial to the congregation. There may be a need to adjust this schedule when several congregations use the same Kingdom Hall or when other local circumstances would make an adjustment advisable.**

*Tuesday* evening at the Kingdom Hall.

> The Theocratic Ministry School will be 30 minutes in length, followed by a Service Meeting of 30 minutes.

> The circuit overseer will then present a 30-minute closing service talk.

*Thursday* (or Friday) evening at the Kingdom Hall.

One combined Congregation Book Study.

> A designated elder will conduct the study and endeavor to cover the assigned portion for that week in 45 minutes.

This will be followed by "Continue in the Things That You Learned," a 30-minute feature with audience participation, conducted by the circuit overseer.

The circuit overseer will then give a concluding 30-minute service talk. (*km* 5/90 p. 2)

*Sunday* at the Kingdom Hall.

The circuit overseer will give the public talk, usually 45 minutes in length.

This will be followed by a 30-minute *Watchtower* Study, without the reading of paragraphs.

Finally, the circuit overseer will present his concluding remarks for 30 minutes.

CAEKAERT/MAPLEY 001572

**Elders should exhibit an enthusiastic spirit before and during the circuit overseer's visit.**

Elders should allow the circuit overseer's visit to infuse them with renewed vigor to carry out their responsibilities and should help stimulate the congregation to greater activity and faithfulness.

# Suggestions for Agendas Used for Elders' Meetings

**Overall spirit of the congregation.**

Is love manifest by warmth among the brothers?

Is there a joyful spirit?

Are hospitality and friendliness being exhibited?

Do the friends get together for mutual encouragement at times other than at meetings?

Is there freedom from class distinctions?

Do the teenagers and young adults feel accepted?

Do the elderly display cheerfulness because of receiving kindly attention?

Are the elders helpful in cases of need?

Do the publishers show a readiness to help one another in cases of illness or accident, or under other circumstances?

Are the brothers taking the truth seriously as a way of life?

Is there a healthy pioneer spirit?

Do the publishers show a spirit of willingness to work together in field service?

**Being well acquainted with the flock.**

What individuals or families need encouragement?

Have there been any deaths in the families of publishers?

Who are the new ones, and how are they progressing?

CAEKAERT/MAPLEY 001573

Is due consideration being given to the sick, the handicapped, those with unbelieving mates, the single parents, the widows and orphans, the youths?

Who is in the hospital, in a nursing home, sick in bed?

Is there need for more home visitation?

## Congregation meetings.

How can we make more local and personal application?

What public talks will be most beneficial for the congregation?

How can we provide a variety of speakers?

Are presentations from the platform warm and encouraging?

Do we use a variety of qualified publishers for presentations?

Do presentations show good balance and understanding of the brothers' circumstances and difficulties?

Are the brothers mechanical in giving their answers?

Can the adolescents and young adults be helped to participate more fully?

How can we assist those confined to their homes or to nursing homes to have a share in the meetings?

Are there transportation needs?

Are more book study groups needed? Should they be rearranged? Who should conduct?

## Witnessing and teaching work in the field.

Are there practical arrangements for field service during the week and on the weekends, in the evenings, on holidays?

Are elders balancing shepherding work with field service?

Are the elders setting a good example in the field ministry? (Heb. 13:7)

Are there arrangements for street witnessing and for working business territory?

CAEKAERT/MAPLEY 001574

What help is being given to new ones?

Are timid ones receiving assistance with their presentations in the ministry?

Do publishers simply cover territory, or are they finding interested ones and following through to help them?

Are Bible students attending meetings?

## Auxiliary and regular pioneer activity.

How can we encourage more publishers to share?

Which pioneers can assist other publishers now?

What specific encouragement are we giving the pioneers?

What problems are the pioneers experiencing, and what help is needed?

When have we last accompanied the pioneers in house-to-house work and on their Bible studies?

## How well are the people in the territory being reached?

Are the publishers resourceful, also taking advantage of opportunities to witness informally?

Do the publishers and pioneers show personal interest in the householders?

How thoroughly is the territory being covered?

Is territory coverage balanced?

Are there foreign-language groups that need attention?

Are diversified approaches being used in ethnic neighborhoods?

## Moral cleanness.

What is the level of morality, virtuous conduct, in the congregation?

Are there matters about which a selected judicial committee needs to inform the whole body of elders for the protection of the congregation?

Of course, confidential matters should be kept undisclosed, confidential.

CAEKAERT/MAPLEY 001575

What can elders do to promote sound adherence to good ethics, morals?

Are there trends toward worldliness?

What can be done to counter such trends or prevent their development?

### Aiding other males to qualify for service responsibilities.

What brothers display a positive spirit and willingness to be used?

Who need help, and how can we give it?

How can we encourage the ministerial servants to care for more responsibilities?

Who needs additional training?

### Articles in *The Watchtower* or other publications.

When special needs arise, the body of elders can review articles that are appropriate, such as those dealing with mercy, reproof, government restrictions, child abuse, wife beating, mental illness, alcohol or drug abuse, apostasy, working together in field service, and cooperating together as a congregation.

### Matters of a less spiritual nature. (To be considered only when there is a problem that cannot be handled by an elder or by the committee already assigned the responsibility.)

Better care and protection of Kingdom Hall property.

Prompt completion of Kingdom Hall construction or remodeling.

Better attention to certain congregation records. Caring for certain financial obligations.

### When elders work together harmoniously as a body, adhering closely to Bible principles and theocratic counsel, the congregation enjoys great benefits and Jehovah's name is honored.

CAEKAERT/MAPLEY 001576

CAEKAERT/MAPLEY 001577

# Our Loving Heavenly Overseer Provides Counsel and Discipline for All

The overseers in the congregation are responsible for shepherding the flock of God. This involves giving counsel and administering discipline from Jehovah in a loving manner. At the same time, the overseers themselves must be subject to Jehovah's loving oversight, accepting and applying his counsel and discipline in their own lives. To the overseers as well as to all other members of the congregation, Jehovah says: "Listen to counsel and accept discipline, in order that you may become wise in your future."—Prov. 19:20.

## The Meaning and Benefits of Discipline and Counsel

**The Greek word for discipline (*pai·dei′a*) has the basic meaning of instruction, education, a course of training, chastisement. (Acts 7:22; 22:3)**

It includes the thought of there being restrictions or corrective measures available to cause the disciple to adhere to the course being taught.

The word primarily relates to what is needed in bringing up and training children.

**Counsel or advice often includes commendation and corrective suggestions and is linked with discipline at Proverbs 19:20.**

**Discipline from Jehovah is a proof of his love; when accepted and applied, it leads to everlasting life. (Heb. 12:5-9)**

God disciplines his sons, even "scourges" them, which indicates severity, allowing them to undergo difficult trials.

CAEKAERT/MAPLEY 001578

Suffering is of value if it corrects a wrong or if it trains us in righteousness. (Ps. 119:71)

Suffering also provides refinement, as in the case of Jesus' benefiting from suffering as a man. (Heb. 5:8-10)

# Means by Which Counsel Is Given

**Jehovah gives us much counsel through his written Word, the Bible.**

He instructs his people collectively, giving them practical counsel on worship. (Heb. 10:25)

This counsel helps them to maintain a good relationship with him.

The Bible also gives counsel regarding personal conduct, which helps us individually to have a clean moral standing. (Eph. 4:17-28)

Counsel is also received through study and meditation, which enable us to discern the application of principles. (1 Tim. 4:15)

**"The faithful and discreet slave" is used by Jehovah to give us good counsel. (Matt. 24:45)**

This slave class not only helps us to understand the meaning of Scripture texts but also gives us valuable counsel and suggestions, indicating how to apply Bible principles so as to remain spiritually strong.

Counsel from the faithful slave comes to us through Bible-based literature published by the Watch Tower Society and through congregation meetings.

Helpful counsel is given on the proper mental attitude toward our field ministry, spiritual advancement, personal study, cooperating with our brothers, and many other aspects of our sacred service.

EXAMPLES: (1) Five meetings are outlined for us each week, and we are encouraged to attend these. (2) Orderly arrangements are made for a local body of elders to instruct and counsel the congregation

CAEKAERT/MAPLEY 001579

and to minister to their needs. (3) *Our Kingdom Ministry* suggests ways of presenting the good news to others.

**Appointed older men in the congregation must shoulder the responsibility of giving counsel when needed.**

This is an obligation that comes with their appointment as elders. (Titus 1:9)

**In the family arrangement, husbands and fathers have the responsibility to counsel their wife and children; mothers share in counseling the children. (Eph. 5: 22, 23; 6:1, 4)**

**In our private lives, self-discipline is very necessary.**

Consider Bible principles that would help you to discipline yourself with regard to the following:

Work habits relating to both spiritual and secular matters. (1 Cor. 15:58; Col. 3:23)

Time management. (Prov. 26:14; 1 Cor. 7:29; Eph. 5:16)

Keeping agreements. (Eccl. 5:4-6; Matt. 5:37)

Recreation and entertainment. (Eccl. 3:1; 1 Cor. 10: 31, 32; 1 Tim. 4:8)

Sexual behavior. (Matt. 5:28; Rom. 1:26, 27; 1 Cor. 6:9; 7:1, 2; 1 Tim. 5:1, 2)

Unbecoming habits. (1 Cor. 13:5; 1 Tim. 3:2; Titus 2:2)

Associates. (1 Cor. 5:11; 15:33; 2 Cor. 6:14-18)

Manners. (Lev. 19:32; Matt. 7:12; 1 Cor. 10:31)

Materialistic desires. (Prov. 16:16; Zeph. 1:18; 1 Tim. 6:10)

Personal grooming and dress. (1 Tim. 2:9; 1 Pet. 3: 3, 4; 5:3)

Speech. (Eph. 4:29–5:5; Col. 4:6)

CAEKAERT/MAPLEY 001580

# Giving Appropriate and Effective Counsel

**Elders are required to give counsel to individuals who are seeking it, or they may have to search out ones needing counsel.**

**The effectiveness of counsel given can be determined by the results it produces; however, good and accurate counsel will not produce results unless it is offered in the correct manner and then is accepted and applied by the one to whom it is directed. (*w77* 12/1 pp. 720-4)**

Counsel may be in the form of commendation.

If a brother is commended for the fine emphasis he uses when reading scriptures in his talk, he will probably give special attention to doing the same or even strive to improve in his manner of reading scriptures in future talks.

Counsel may point out something to work on, or it may offer specific recommendations or suggest remedies for errors being made.

**Care should be exercised not to get involved in handling matters that are Scripturally the prerogative of someone else.**

On personal matters individuals should make their own decisions based on a Bible-trained conscience, but they may ask elders for Scriptural guidance. (Rom. 14:1-23; Phil. 2:12; 1 Pet. 3:16)

Married couples themselves should settle their differences, but they may request counsel from elders.

Parents should take the responsibility for their minor children, but they may seek help from elders.

**Brothers having personal disputes may request that elders help them settle their differences.**

Elders may first encourage them to apply Matthew 5:23, 24 or 18:15, 16.

Elders should listen carefully to both sides and then offer appropriate Scriptural counsel. (Prov. 18:13, 17)

CAEKAERT/MAPLEY 001581

Individual elders should not take it upon themselves to handle matters that ought to be judged by an assigned judicial committee or decided by the body of elders.

# Manner of Giving Counsel

**No rules or set pattern for giving counsel can be prescribed, since circumstances and individuals vary.**

Counsel may be given either directly or indirectly, but it should be clear and specific enough to be understood by the person or persons needing the counsel.

Direct counsel is clearly expressed advice that leaves no question in the mind of the person as to the nature of the problem or as to what is expected of him to correct the matter.

Indirect counsel leaves much to the discernment of the person being counseled. The facts or circumstances may or may not be specifically stated.

Indirect counsel may be given to a group, allowing each one to make personal application.

Questions may be effective in helping an individual to analyze his own situation or needs.

**Always keep the following recommendations in mind when giving counsel (*w*77 12/1 pp. 721-3):**

The person is one of Jehovah's "sheep" and should be treated with tenderness. (Ps. 100:3; *w*89 9/15 p. 19)

If he has sinned, your endeavor should be to readjust him so that he will grow spiritually. (Gal. 6:1)

Prayerfully seek Jehovah's direction, and give appropriate counsel in a loving manner.

Be sure the counsel is based solidly on God's Word.

Take sufficient time, and endeavor to reach the heart of the person, his inner self.

Take time for research, if that is needed, before you give counsel or answer his questions.

If you cannot take the necessary time, it would be better to let another elder handle the matter.

CAEKAERT/MAPLEY 001582

When meeting with the brother, take time to listen; be sure you have all the facts.

Discuss the application of appropriate scriptures, and be sure that he understands.

**For corrective counsel to be constructive and effective, all pertinent factors must be understood by you and the one whom you are counseling.**

The one being counseled must know exactly what is being called into question, why it was wrong, and what should be done to correct the situation.

He needs to be encouraged to turn around and take a right course. (Heb. 12:12, 13)

# Elders Themselves Need Discipline and Counsel From Jehovah

**Elders should not consider themselves to be above the need to receive counsel. (Rom. 3:23)**

Regularly take time to read and meditate on Jehovah's Word. (Ps. 1:1, 2)

Be willing to learn from your own mistakes and those of others. (1 Tim. 5:20)

**We need to pay attention to the counsel of the faithful and discreet slave and its appointed representatives. (Heb. 13:7, 17)**

At times a traveling overseer or a fellow elder may have to offer counsel to you. (Compare Galatians 2:11-14.)

**Individually, counsel may come to us in a kindly remark from a fellow Christian, even someone not a servant. (1 Sam. 25:23-35; Prov. 15:31)**

Whatever the source, if it is in harmony with God's Word, accept the counsel and benefit from it. (Prov. 27:5)

(For additional information, see *Organized to Accomplish Our Ministry*, pages 140-2.)

CAEKAERT/MAPLEY 001583

# Proper Attitude When Being Counseled

## Listen carefully.

Do not feel sorry for yourself and thereby miss benefiting from the good counsel being given.

Jesus admonished his disciples to get the sense of instruction. (Matt. 13:51, 52; 15:10)

## Accept the counsel with gratitude, and do not try to justify or excuse yourself. (Heb. 12:5-7)

Appreciate the Bible-based discipline received as from Jehovah. (2 Tim. 3:16, 17)

## A humble and receptive attitude toward counsel will help you to be diligent in applying it.

Apply the counsel given; the benefits are great. (Prov. 3: 7, 8; 4:13; 19:20)

CAEKAERT/MAPLEY 001584

CAEKAERT/MAPLEY 001585

# Overseers
# 'Ruling for Justice Itself'

Jehovah, as a loving Shepherd, has directed overseers to "rule as princes for justice itself." (Isa. 32:1, 2) Since Jehovah God is holy, he requires that all those who worship him be spiritually and morally clean. (1 Pet. 1:14-16) As appointed overseers, you have a large part in safeguarding the cleanness of the congregation.

Protective care is a basic idea embraced in the word "overseer" (*e·pi´sko·pos*), which carries also the thought of one who watches over, a guardian, a shepherd of the flock. You have the responsibility to cultivate in the hearts of the brothers a love for what is good and a hatred for what is bad, wicked. (Rom. 12:9) By holding to God's Word and by effectively using the art of teaching, you will be able to help your brothers not only to understand what is right and what is wrong but also to have an active part in keeping the congregation clean and chaste for public service to Jehovah.

## How Elders Promote Justice

**All elders are responsible to shepherd the flock, to teach, reprove, reprimand, and exhort as necessary. (Titus 1:9-14)**

When teaching, state clearly what God requires, and encourage faithful adherence to his righteous principles.

Help fellow believers to appreciate their responsibility to keep the congregation clean.

Assist them to understand that this involves:

Keeping their own personal conduct chaste.

Listening to their Bible-trained conscience.

Relentlessly resisting temptations.

90

CAEKAERT/MAPLEY 001586

Refusing to feed their minds on immoral ideas; perceiving how wrong thoughts lead to wrong actions.

Parents' instilling moral character in their children.

Younger ones' obeying their parents.

Refusing to imitate the world and its unscriptural ways.

Teaching interested persons the Bible's high moral standards.

## Set a fine example yourself in attitude, conduct, and speech so that the congregation can imitate your faith. (Heb. 13:7)

Display the traits of a spiritual man; do not give way to unclean practices of a physical man. (1 Cor. 2:14, 15)

Your example will help your brothers to have "the mind of Christ." (1 Cor. 2:16)

## Take the initiative to help anyone in the congregation who has taken some false step; do your best to readjust him. (Gal. 6:1)

Encourage good associations; warn the brothers to guard against bad associations both inside and outside the congregation. (1 Cor. 15:33)

Yet, do not create ill will toward a weak one in the congregation who is being helped.

Some may not yet have their perceptive powers trained to distinguish right and wrong. (Heb. 5:14)

Keep watch over their souls, since you will render an account for them too. (Heb. 13:17)

Discern the difference between a weak person and a wicked person.

## Deal with your brothers as Jehovah would deal with them. (Eph. 5:1)

Always give them direction from God's Word; avoid giving your own opinions. (2 Tim. 4:2)

CAEKAERT/MAPLEY 001587

Be just yet kind in all your dealings. (Mic. 6:8)

Manifest humility by showing empathy, since you are also a mere human made of dust. (Ps. 103:13, 14)

## Act as qualified judges.

Keep the spirit of the world out of the congregation. (1 Cor. 2:12; Eph. 2:1, 2)

Reprove and readjust wrongdoers. (Titus 1:9)

Remove unrepentant wrongdoers. (1 Cor. 5:7, 13)

# Uphold Jehovah's Righteousness

Wrongdoing is increasing in frequency and in depravity; such can infiltrate and affect the Christian congregation. (2 Tim. 3:1-5, 13; Jude 3, 4, 11-13)

The Scriptures clearly show that Jehovah forbids certain conduct among his clean people; brothers need to uphold Jehovah's righteous standards regarding the following:

*Manslaughter.*

A degree of guilt could result from careless driving, careless maintenance of one's automobile, or other careless or thoughtless action that causes injury or death. (Compare Deuteronomy 22:8.)

Being a professional boxer may be viewed in a similar way. (*w*81 7/1 pp. 30-1)

Attempted suicide may be the result of deep despair or major depression; deal carefully and compassionately with such a person. In most cases a judicial hearing is not required. (Ps. 88:3, 17, 18; Prov. 15:13; Eccl. 7:7; *g*90 9/8 pp. 22-3; *w*90 3/15 pp. 26-30; *w*90 3/1 pp. 5-9; *w*83 8/1 pp. 3-11)

*Sexual misconduct, including adultery, fornication, and other forms of "por·nei′a."*

*Uncleanness* includes an intentional momentary touching of sexual parts or caressing of breasts. (1 Thess. 4:7, 8; 1 Tim. 5:1, 2)

CAEKAERT/MAPLEY 001588

Such minor uncleanness can be handled at the discretion of an elder or two; it does not require a judicial hearing.

There is a need for strong counsel, admonition, and assistance to help the individual to maintain chaste conduct in the future.

If not corrected, such conduct may escalate in gravity and by frequent repetition become loose conduct.

*Loose conduct* is a shocking, flagrant disregard for Jehovah's moral standards. (Gal. 5:19; *w*83 3/15 p. 31; *w*73 9/15 pp. 574-6)

It may include the willful practice of heavy petting or the fondling of breasts.

The nature, circumstances, and actual extent of what has occurred may indicate loose conduct, which would require judicial action.

Such practices can easily lead to *por·nei´a.*

*"Por·nei´a"* involves immoral use of the genitals of at least one human (whether in a natural or a perverted way), and there must have been another party to the immorality—a human of either sex or a beast; willing participation incurs guilt and requires judicial action. It is not a casual touching of the sex organs between persons but involves the manipulation of the genitals. (*w*83 6/1 pp. 23-6; *w*83 3/15 pp. 30-1)

It includes oral and anal sex or mutual masturbation between persons not married to each other, homosexuality, lesbianism, fornication, adultery, incest, and bestiality. (Lev. 20:10, 13, 15, 16; Rom. 1:24, 26, 27, 32; 1 Cor. 6:9, 10)

Also included are sexual abuse of children, including practices involving a catamite (a boy kept for purposes of sexual perversion). (Deut. 23:17, 18, *Ref. Bi.,* ftns.)

Victims of sexual abuse need to be treated with extreme thoughtfulness and kindness. Elders should always do what they reasonably can to protect children from further abuse; follow the Society's directives on such matters. (*g*85 1/22 p. 8)

CAEKAERT/MAPLEY 001589

Self-abuse, or masturbation, is *not* "*por·nei′a,*" nor would one who was raped be guilty of *por·nei′a.* (*w*83 3/15 p. 30; *w*74 3/1 p. 160; *it*-1 pp. 862-4; *tp* p. 144)

The term *por·nei′a* lays emphasis on both the lewd nature and the intent of the person's conduct, and it embraces all illicit sexual activity characteristic of that found in a house of prostitution.

> Copulation (as in penetration) is not necessary to constitute *por·nei′a,* and neither is sexual climax.

> In borderline cases, it is the responsibility of the judicial committee to weigh carefully the Scriptures and the particular facts in the case to determine whether *por·nei′a* was involved.

> This responsibility should not be taken lightly, especially when Scriptural freedom to remarry is involved. (Mal. 2:16a)

### *Apostasy.*

Apostasy is a standing away from, a falling away, defection, rebellion, abandonment; it involves teaching false doctrines, supporting or promoting false religion and its holidays or interfaith activities. (Deut. 13:13, 15; Josh. 22:22, ftn.; Acts 21:21, ftn.; 2 Cor. 6:14, 15, 17, 18; 2 John 7, 9, 10; Rev. 18:4)

> Those with sincere doubts should be helped, dealt with mercifully. (Jude 22, 23; *w*82 9/1 pp. 20-1; *w*80 8/1 pp. 21-2)

Apostasy includes action taken against true worship of Jehovah or his established order among his dedicated people. (Jer. 17:13; 23:15; 28:15, 16; 2 Thess. 2:9, 10)

Persons who deliberately spread (stubbornly hold to and speak about) teachings contrary to Bible truth as taught by Jehovah's Witnesses are apostates.

If it is learned that a person has taken up association with another religious organization, the matter should be investigated, and if verified, a committee should be formed.

> If it is clearly established that the person has joined another religion and intends to remain with it, the

CAEKAERT/MAPLEY 001590

elders would make a brief announcement to the congregation that such one has disassociated himself. (*w*86 10/15 p. 31)

Working secularly for a false religious organization could put one in a position similar to that of one preaching false doctrine. (2 Cor. 6:14-16)

Celebrating a false religious holiday would be similar to performing any other act of false worship. (Jer. 7:16-19)

The Bible condemns the following:

Causing divisions and promoting sects.

This would be deliberate action disrupting the unity of the congregation or undermining the confidence of the brothers in Jehovah's arrangement.

It may involve or lead to apostasy. (Rom. 16: 17, 18; Titus 3:10, 11)

The practice of spiritism. (Deut. 18:9-13; 1 Cor. 10: 21, 22; Gal. 5:20)

Idolatry. (1 Cor. 6:9, 10; 10:14)

Idolatry includes the possession and use of images and pictures that are employed in false religion.

*Drunkenness.* (1 Cor. 5:11; 6:9, 10; *it*-1 p. 656)

*Stealing, thievery, fraud.* (Lev. 6:2, 4; 1 Cor. 6:9, 10; Eph. 4:28; *it*-1 p. 870)

*Deliberate, malicious lying; bearing false witness.* (Prov. 6: 16, 19; Col. 3:9; Rev. 22:15; *it*-2 pp. 244-5)

*Reviling, slander.* (Lev. 19:16; 1 Cor. 6:10; *it*-1 pp. 989-91; *it*-2 pp. 801-2)

*Obscene speech.* (Eph. 5:3-5; Col. 3:8)

*Failure to abstain from blood.* (Gen. 9:4; Acts 15:20, 28, 29)

*Greed—gambling, extortion.* (1 Cor. 5:10, 11; 6:10; 1 Tim. 3:8; *it*-1 pp. 1005-6)

*Adamant refusal to provide materially for one's own family—leaving wife and children destitute when having the*

CAEKAERT/MAPLEY 001591

*means to provide.* (1 Tim. 5:8; *w*88 11/1 pp. 22-3; *km* 9/73 p. 8)

*Nonneutral activities.* (Isa. 2:4; John 6:15; 17:16)

*Fits of anger, violence.* (Prov. 22:24, 25; Mal. 2:16; Gal. 5:20)

*Misuse of tobacco or addictive drugs.* (2 Cor. 7:1; Mark 15:23; Rev. 21:8, *Int.*; 22:15, *Int.*)

*Loose conduct.* **Term not restricted to sexual immorality.** (Gal. 5:19, *Ref. Bi.*, ftn.; 2 Pet. 2:7, *Ref. Bi.*, ftn.; *w*83 3/15 p. 31; *w*73 9/15 pp. 574-6; *it*-2 p. 264)

> SUMMARY: There are varying degrees of wrongdoing. At times there may have been an overlapping of sins, and this must be discerned in order to determine the proper Scriptural view of a person's conduct. In all cases, elders should carefully weigh each situation or circumstance. They need to find out what actually occurred, the extent and nature of misconduct, intent and motive, frequency or practice, and so forth. Good judgment, reasonableness, and balance are necessary as elders assess conduct in the light of the Scriptures.

# Your Aim Should Be to Help the Person

## We want to help individuals to stay within Jehovah's spiritual paradise.

When elders are approachable and display a genuine interest in the spiritual welfare of the congregation, they will keep themselves informed and alert to any special needs within the congregation.

In some cases an erring individual will come to the elders voluntarily, seeking aid and confessing his wrongdoing. (Prov. 28:13)

> If the person is guilty of serious wrongdoing, it is wise for him to speak to one or more of the elders about the matter. (Jas. 5:16)

>> For gross sins committed, a judicial committee should be formed.

CAEKAERT/MAPLEY 001592

In other cases an accusation may be brought against a member of the congregation. (1 Cor. 1:11)

If a person has definite knowledge of wrongdoing that could contaminate the congregation, he is obligated to report the matter in order to keep the congregation clean. (Lev. 5:1; Num. 15:32-34; Prov. 29:24)

## A judicial committee is not automatically formed even when a person is accused of serious sin.

Some matters may be handled by the elder who hears of the wrongdoing. (Gal. 6:1)

Although you may feel that your counsel will suffice to restore the individual, it is advisable to inform the presiding overseer of the matter; there may be other factors involved.

The matter may have come up before, or there may have been other acts of wrongdoing concerning which he has knowledge.

Some matters may be investigated and handled by two elders assigned by the body of elders.

## There are certain cases that the body of elders is responsible to investigate and, when necessary, appoint a judicial committee to handle:

Gross sins—either those that have brought the congregation into public disrepute or those of a more private nature. (Rom. 2:21-24; 1 Cor. 5:1; 2 Cor. 7:11)

Any serious sin that constitutes a clear threat of contaminating the congregation. (1 Cor. 5:6, 9-11; Gal. 5:19-21; 1 Tim. 1:9, 10)

When an elder or a ministerial servant commits a gross wrong, he is morally obligated to inform the body of elders of his being reprehensible.

He would not qualify to continue in his appointed position of service.

The same would be true concerning a pioneer who becomes involved in serious sin.

CAEKAERT/MAPLEY 001593

Elders, ministerial servants, and pioneers should be irreprehensible and serve with a clean conscience. (1 Tim. 3:2, 8, 9; Titus 1:6)

### Baptized minors.

When a baptized minor becomes involved in wrongdoing that threatens the cleanness of the congregation, the assigned committee should meet with such individual just as they would with any other member of the congregation.

It would be best to meet with the youth and his or her Christian parents; the parents have the responsibility to raise him and train him.

Try to restore the individual, if this is possible. (Gal. 6:1, ftn.)

If efforts to restore bring no response, disfellowshipping is in order.

When minors are disfellowshipped, parents are still responsible for raising, training, and teaching them, even studying with them if the minors are in their home. (*w*88 11/15 p. 20)

### Married people.

If the wrongdoer is a married woman, it would be best to meet with her and her believing husband.

He is her head, and his efforts to restore her and direct her can be very helpful.

If there is no response to efforts to bring about repentance, the wrongdoer should be disfellowshipped. (*w*81 9/1 pp. 22-7)

The disfellowshipping of a mate does not end marriage responsibilities.

### Unbaptized publishers.

Unbaptized publishers who engage in serious wrongdoing may be readjusted.

Two elders will talk with the wrongdoer and determine what action should be taken. (*w*88 11/15 pp. 18-20)

CAEKAERT/MAPLEY 001594

They may instruct him not to share in the public ministry or comment at meetings, and they may restrict him from being in the Theocratic Ministry School until he has made more spiritual progress.

If the wrongdoing is widely known but the person is repentant the Congregation Service Committee may arrange for an announcement to the congregation as follows: "A matter involving [name of person] has been handled, and he [she] continues to serve as an unbaptized publisher with the congregation." (*w88* 11/15 p. 18)

When the unbaptized publisher who is a wrongdoer is a minor, his or her Christian parents should be consulted to determine what they are doing to correct the wrongdoer. It may also be necessary to meet with the youth together with his parents.

In the case of unbaptized publishers who unrepentantly continue in wrongdoing despite all efforts to help them, an announcement can be made saying: "[Name of person] is no longer a publisher of the good news." (*w88* 11/15 p. 19)

Your goal in dealing with unbaptized publishers, whether youths or adults, is to help them. (1 Thess. 5:14)

### *Baptized persons who have not associated for some time.*

If you learn of serious wrongdoing on the part of such a person, the matter should be investigated if it poses a threat to the congregation's cleanness and welfare or causes a public scandal.

Consider the following:

Does he still profess to be a Witness?

Is he generally recognized as such in the congregation and/or the community?

Does the person have a measure of contact or association with the congregation so that a leavening, or corrupting, influence exists?

How did the matter become known to the elders?

CAEKAERT/MAPLEY 001595

Is the person willing to meet with a committee, thus admitting accountability to the Christian congregation?

Depending upon length of inactivity and other factors suggested above, elders may determine to hold the matter in abeyance.

In such a case, a record of the person's questionable conduct should be made for the congregation file so that everything noted might be clarified when the person shows interest in becoming active again.

If the sinful conduct is known only to believing family members and no congregation action is taken because of the factors outlined above, believing relatives will likely determine to curtail family association severely, viewing the relative as bad association. (1 Cor. 15:33)

If the individual still professes to be a Witness and is willing to meet with the judicial committee, the matter should be handled in the normal way. However, when factors such as possible legal action exist, it is best to consult the Society before proceeding. (*w*87 9/1 p. 14)

**If individuals persist in *"walking disorderly"* in serious violation of well-established Bible principles, but not yet to a degree warranting judicial action, they may be *"marked"* by members of the congregation. (2 Thess. 3: 6, 14, 15; *w*85 4/15 pp. 30-1; *om* pp. 152-3)**

However, this would occur only after *repeated efforts* to provide authoritative Scriptural counsel and admonition have been ignored and in many cases after a warning talk has been given to the congregation. (*w*85 4/15 pp. 30-1; *w*81 9/1 pp. 19-21)

If a person who has been marked continues his wrongful course in brazen defiance of Christian standards, *adamantly rejecting loving Scriptural counsel,* judicial action may be taken if the situation becomes scandalous loose conduct.

## Propriety of Disfellowshipping

**When making decisions or answering questions about judicial reproof, disfellowshipping, disassociation, or**

CAEKAERT/MAPLEY 001596

reinstatement, elders should be certain that their decisions and answers are based solidly on the Bible and are in harmony with the most recent statements by the Society. (Compare 1 Corinthians 4:6.)

Before initiating a judicial hearing, elders assigned to serve on the judicial committee should *review* guidelines set out in *Units 5 (a)*, *5 (b)*, *and 5 (c)* as well as examine pertinent scriptures and references in the Society's publications.

They should also be sure to proceed in harmony with *current information* published in *The Watchtower* and in letters from the Society.

**Purposes served by disfellowshipping:**

Upholds Jehovah's name and standard of righteousness. (Acts 15:14; 1 Pet. 1:14-16; compare Isaiah 52:5.)

Protects the purity of the congregation. (1 Cor. 5:1-13; 2 Cor. 7:11)

May correct the unrepentant wrongdoer, bringing him to his senses. (2 Cor. 2:6-8)

# Implications of Disassociation

**Whereas disfellowshipping is an action taken by a judicial committee against unrepentant wrongdoers, disassociation is an action taken by an individual who has decided that he no longer desires to be one of Jehovah's Witnesses. (1 John 2:19)**

God's Word speaks of those who renounce the way of the truth; they may do this either by written notice or by action. (*w*81 9/15 p. 23)

**If an individual takes a course contrary to the neutral position of the Christian congregation, the congregation is compelled to view him as one who has chosen to separate from us. (Isa. 2:4; John 15:17-19)**

A brief announcement should be made to notify the congregation that this individual, by his chosen course, no longer desires to be one of Jehovah's Witnesses. (The Society should be notified using the S-77 and S-79 forms.)

CAEKAERT/MAPLEY 001597

**If a baptized person insists that he does not want to be part of the congregation and requests that his name be removed from all our records, we should comply with his request.**

Since he takes such an adamant position, encourage him to put his request in writing.

If he refuses to do this but states resolutely before witnesses his decision to disassociate himself and not be known as one of Jehovah's Witnesses, the witnesses to his statement would be asked to put this in writing and sign it.

**In all cases of disassociation, a committee would consider the evidence regarding the matter.**

If the person has definitely terminated his status as a member of the congregation, the elders will make a brief announcement of his disassociation. (*w*86 10/15 p. 31)

The Society should be notified using the S-77 and S-79 forms.

He would be viewed as one who has disassociated himself.

**It will not be necessary for a committee to continue the investigation into alleged wrongdoing if the accused person makes known his decision to disassociate himself. (*w*84 7/1 p. 31)**

However, the committee would prepare a summary of the alleged offense(s) and the evidence of such.

This would be kept along with information regarding the disassociation.

If the person later requests reinstatement, these matters would need to be considered with him at that time.

**Those who disassociate themselves should be viewed and treated the same as disfellowshipped persons. (*w*85 7/15 pp. 30-1)**

If one disassociates himself and later wants to return to the congregation, he must request a hearing for reinstatement, the same as one who has been disfellowshipped.

CAEKAERT/MAPLEY 001598

# Proper View of
# Disfellowshipped and Disassociated Persons

If an individual is trying to influence others to take an unscriptural course or is trying to deceive others, all should avoid him; he is described at 2 John 9-11.

Disfellowshipped and disassociated ones are shunned by those who wish to have a good relationship with Jehovah.

> Basic Scriptural counsel on the proper view of those who have been expelled from the congregation is set out in the apostle Paul's words at 1 Corinthians 5:11-13.

> John counsels against speaking to or associating with a disfellowshipped or disassociated person so as not to be "a sharer in his wicked works." (2 John 11)

>> Scriptural and historical guidelines on how to view disfellowshipped and disassociated persons are found in *The Watchtower*, September 15, 1981, pages 20-31.

We need to be especially cautious about contact with disfellowshipped persons who have apostatized and those who continue in their immoral conduct. (Titus 3: 10, 11; 1 John 2:19)

> These can contaminate the congregation like gangrene. (2 Tim. 2:16-18)

The principle set forth in Jesus' words at Matthew 10: 34-38 has a bearing on situations involving disfellowshipped or disassociated relatives.

> Special and difficult problems may arise in relation to social gatherings.

>> Loyal worshipers of Jehovah will want to adhere to the inspired counsel at 1 Corinthians 5:11.

> Normally, a close relative would not be disfellowshipped for associating with a disfellowshipped person unless there is spiritual association or an effort made to justify or excuse the wrongful course.

CAEKAERT/MAPLEY 001599

## How funeral arrangements for a disfellowshipped person may be handled:

If the disfellowshipped person had been giving evidence of repentance, some brother's conscience might allow him to give a Bible talk at the funeral home or grave site. However, the Kingdom Hall should not be used. (*w*81 9/15 p. 31; *w*77 6/1 pp. 347-8)

If the deceased still advocated false teachings or ungodly conduct, it would not be appropriate to give a funeral talk for him. (2 John 9-11)

## Keep in mind that all the related hardships and tests generated in this regard are an outgrowth of the wrong conduct of the disfellowshipped person.

# Cooperation Between Congregations

## When a case being considered requires the cooperation of two or more congregations, do not hesitate to provide the assistance needed.

## If a person has moved from one congregation to another, do not make the matter of jurisdiction an issue.

Do you have the facts? Can you handle the case most effectively?

Then it may be appropriate for you to follow through without delay.

## If the wrongdoing involves persons who attend different congregations, seek assistance from elders in the other congregation(s) and benefit from their observations.

The judicial committees can interview individuals separately and/or jointly to ascertain the facts and clarify discrepancies. (Prov. 18:13, 17)

If a joint meeting is held, thereafter the judicial committee of each congregation will withdraw and handle the case(s) of the person(s) from its own congregation.

Good communication and cooperation will minimize inconsistencies in the judgments rendered.

Do not let a matter remain unhandled.

CAEKAERT/MAPLEY 001600

# Confidentiality

Do not discuss private or judicial matters with members of your family, including your wife, or with others who are not involved. (*w*71 4/1 pp. 222-4)

Think before you speak.

Be extremely careful that you do not inadvertently disclose private information when speaking on the telephone while others are listening in or when people are nearby where they could possibly hear the conversation.

**At times, complicated judicial cases may necessitate consultation with an experienced mature elder in another congregation or with the circuit overseer.**

Generally, the pertinent details should be discussed, but names should not be used

However, when the circuit overseer is the elder consulted or when circumstances require that you contact the Society, use of names may be necessary. (*w*87 9/1 pp. 12-15; *km* 9/77 p. 6)

**Be careful to *maintain confidentiality*. (Prov. 11:13; 15:22)**

# Be "Imitators of God"

**Jehovah is a God of justice; he is merciful, kind, loving, and patient. (Ex. 34:6, 7; Ps. 37:28)**

As you deal with your brothers, imitate Jehovah in displaying these qualities, and you will bring honor to him and be a blessing to your brothers. (Eph. 5:1)

CAEKAERT/MAPLEY 001601

CAEKAERT/MAPLEY 001602

# Sharing
# on a Judicial Committee

"When having a hearing between your brothers, you must judge with righteousness." (Deut. 1:16) It is a serious responsibility to judge matters that affect people's lives and relationships with others. Elders must have a reasonably complete picture when judging a matter so that their decisions will not be based on partial knowledge or on personal feelings. They also need heavenly wisdom in order to make proper application of God's Word and to determine how far their showing mercy should extend. (Prov. 28:13; Jas. 2:13) They must treat every person with impartiality at all times and desire that the spiritually ill become well again, since a failure in this regard is unjust and violates the law of love.—1 Tim. 5:21; Jas. 2:1-9; 5:14, 15; w77 3/1 pp. 146-52.

## Elders Are Teachers and Judges

**As "Judge of all the earth," Jehovah provides fatherly correction and discipline whenever needed. (Gen. 18: 25; Heb. 12:5, 6)**

He has raised up elders to serve as counselors and judges. (Isa. 1:26)

By judging in righteousness, you may turn others back from a sinful course. (Prov. 14:12; Jer. 10:23, 24)

God's Word is the basis for needed correction. (2 Tim. 3:14-17)

The responsibility of elders involves more than handling judicial matters.

You must also teach, making clear what God requires.

Encourage the rendering of whole-souled service to God and faithful obedience to his righteous principles.

107

CAEKAERT/MAPLEY 001603

# Applying Jesus' Counsel on Handling Certain Wrongs

**Some accusations involve minor misunderstandings that should be handled on a personal basis. (Matt. 5:23, 24; 6:12, 14; Eph. 4:25-27)**

**At Matthew 18:15-17 Jesus gave counsel on handling serious wrongs that might be settled on a personal basis. (*w*81 9/15 pp. 17-20; *om* pp. 142-5)**

Jesus' counsel concerns serious sins committed against one personally, such as fraud or slander—sins serious enough to lead to a person's being expelled from the congregation.

The person who believes he has been wronged takes the first step toward resolving the matter; elders may encourage him to do this. (Matt. 18:15)

The second step involves taking one or two persons with him to speak with the individual. (Matt. 18:16)

These should preferably be witnesses of the alleged wrongdoing or respected brothers, usually elders, who can examine the evidence and offer counsel for resolving the matter.

They also become witnesses to the evidence presented in the discussion.

The person who believes he has been wronged takes the third step, bringing the matter to the congregation, as a last resort. (Matt. 18:17)

If the congregation elders are unable to bring a wrongdoer to his senses, he is to be treated "as a man of the nations and as a tax collector."

The unrepentant wrongdoer would be expelled (disfellowshipped) from the congregation.

## The Judicial Committee

**Other cases of serious wrongdoing require special attention by the elders in order to determine what is needed**

CAEKAERT/MAPLEY 001604

**to help the repentant wrongdoer and to preserve the spiritual health of all in the congregation.**

These include such sins as adultery, fornication, apostasy, and drunkenness. (See Unit 5 (a), pages 92-6.)

Before forming a committee, elders determine if the accusation has substance.

It must Scripturally be an offense serious enough to result in disfellowshipping.

There must be either two witnesses or a confession of wrongdoing.

If there is not enough evidence to form a committee but serious questions have been raised, two elders may be assigned to investigate the matter.

If a judicial committee is needed, elders who are present at the Kingdom Hall should determine which elders will serve on the committee and which one will be chairman.

The elders will take into consideration which elders are best qualified to handle the particular type of case that has arisen. (*km* 9/77 pp. 5-6)

It is usually best for newer elders to serve first with more experienced ones.

In a complex case, a judicial committee need not be limited to three members; it may warrant having four or even five experienced elders serve.

**More than one judicial committee may be operating at the same time in a congregation, depending on cases that arise.**

**Elders called upon to care for this responsibility must exercise heavenly wisdom, have good judgment, and be impartial. (Deut. 1:13, 16-18)**

A sound knowledge of Jehovah's righteous laws and principles is necessary. (Ps. 19:7-11)

They must weigh matters carefully, realizing that certain factors make situations differ from one another.

CAEKAERT/MAPLEY 001605

Instead of looking for rigid rules for guidance, elders should think in terms of principles; judge each case on its own merits.

Before handling a judicial case, elders should carefully review Units 5 (a), 5 (b), and 5 (c).

> They may also need to do research in the Society's publications and recent correspondence from the Society to find information that may apply or be helpful.

Elders can be confident that with accurate knowledge, with experience and discernment, and with the help of God's spirit, they can judge in righteousness, wisdom, and mercy.

## Handling Judicial Cases

**Do not send an individual any kind of correspondence that directly accuses him of specific wrongdoing.**

It is best for two elders to speak with the individual and invite him to meet with the judicial committee.

> Suitable arrangements should be made as to the time and place of the hearing.

> State what the person's course of action is supposed to have been.

If it is necessary to send a written invitation, you should simply state what the individual's course is *alleged* to have been, the time and place of the hearing, and how the person can contact the chairman if the arrangements are inconvenient for him.

**If the accused wishes to bring witnesses who can speak in his defense regarding the matter, he may do so.**

However, observers are not permitted.

No tape-recording devices are allowed.

**If the accused repeatedly fails to come to the hearing, the committee will proceed with the hearing but will not**

CAEKAERT/MAPLEY 001606

**make a decision until evidence and any testimony by witnesses are considered.**

The committee should not take action against a person unless the evidence clearly proves this necessary.

Failure to appear before the committee is not in itself proof of guilt.

## What kind of evidence is acceptable?

There must be two or three eyewitnesses, not just persons repeating what they have heard; no action can be taken if there is only one witness. (Deut. 19:15; John 8:17)

Confession (admission of wrongdoing), either written or oral, may be accepted as conclusive proof without other corroborating evidence. (Josh. 7:19)

*Strong* circumstantial evidence, such as pregnancy or evidence (testified to by at least two witnesses) that the accused stayed *all night* in the same house with a person of the opposite sex (or in the same house with a known homosexual) under *improper circumstances,* is acceptable.

The testimony of youths may be considered; it is up to the elders to determine if the testimony has the ring of truth.

The testimony of unbelievers may also be considered, but it must be carefully weighed.

If there are two or three witnesses to the same kind of wrongdoing but each one is witness to a separate incident, their testimony can be considered.

Such evidence may be used to establish guilt, but it is preferable to have two witnesses to the same occurrence of wrongdoing.

# Judging With Righteousness, Wisdom, and Mercy

**Elders must exercise wisdom in their questioning and godly qualities in their judging.**

In giving counsel or rendering decisions, avoid expressing

CAEKAERT/MAPLEY 001607

opinions; be sure to judge in righteousness. (Deut. 1: 16, 17)

You must ask pertinent, discreet questions to isolate main issues and determine how or why a problem developed.

> Probing questions should not go into needless details, especially in regard to sexual misconduct, unless this is *absolutely* necessary, such as in determining whether *por·nei′a* had been committed.

> Elders need to treat the accused kindly and respectfully, never harshly. (*w*89 9/15 p. 19)

Seek divine wisdom to help you relate Bible laws to the issues raised or the charges being considered. (Jas. 1:5; 3: 17, 18)

You must exercise mercy in matters of judgment, not only by showing compassion in the judgment rendered but also by expressing kind consideration and pity in your efforts both to bring wrongdoers to repentance and to heal and restore those who are repentant. (Rom. 2:4; Jas. 5:14-16; Jude 22, 23)

## In cases where it is established that a serious sin was actually committed, the judicial committee should consider such factors as these:

Is there evidence of the person's craving wrongful things or courting trouble? Or did the person momentarily succumb to weakness? (Jas. 4:1)

> Was he aware of the gravity of his sin? (Gal. 6:1)

Had he been admonished that his course was leading toward danger? (1 Thess. 5:14)

What were the circumstances leading up to the wrong-doing?

> Are there extenuating factors, such as emotional or mental disorders or having been a victim of some type of abuse in the past, that should be considered?

Was it a single offense, or was it committed more than once?

CAEKAERT/MAPLEY 001608

Was his confession voluntary, or did he have to be accused by others before confessing?

Was his reluctance to speak more a result of deep shame than of lack of repentance?

Above all, does he show true repentance and manifest a heartfelt desire to avoid repetition of the wrong?

**Even though the wrongdoer is guilty of a serious offense, elders on the judicial committee realize that their aim is to recover the one who has fallen into a wrong course, whenever this is possible. (Jude 23)**

If he listens to them, showing true repentance, it may be that he can be retained as a brother and thus be spared being disfellowshipped. (Prov. 19:20; compare Matthew 18:15-17.)

**Neither the gravity of the wrong nor bad publicity finally determines whether the person should be disfellowshipped; rather, the determining factor is the individual's sincere repentance or the lack of it.**

Some manifest repentance right after their sin by taking steps immediately to confess; others manifest repentance later, even during the meeting with the judicial committee. (*w*83 1/1 pp. 30-1)

It is in the person's favor if he voluntarily confesses, but the determining factor is: Is he repentant?

There is good reason for you to weigh carefully claims of repentance when the individual has shown himself to be guilty of hypocrisy, lying, or making deliberate efforts to deceive.

Also be cautious when it is apparent that the wrong act was preceded by deliberate scheming, perhaps in a cold, calculating way.

This is quite different from when an individual, under the unexpected pressure of certain tempting circumstances, gives in because of human weakness.

CAEKAERT/MAPLEY 001609

# Judgment Related to Repentance

**Elders must be able to discern genuine repentance on the part of the wrongdoer. (*w*81 9/1 pp. 24-6; *it*-2 pp. 770-4)**

Genuine repentance is vital for wrongdoers because it is the first step leading back to God. (Rom. 2:4)

**It is particularly important to be sure genuine repentance exists in cases of repeated sin, a practice of sin.**

If gross sin extended over a long period of time, particular care should be exercised in determining the genuineness of the repentance. (*w*81 9/1 p. 26)

Is the person cooperative? When questioned, are his answers forthright?

Was fear and weakness the reason he did not come forward and confess, or is he wicked, trying to fool the congregation?

Has he been counseled before for this sin?

**Repentance is generally manifested by works that befit repentance either before or during the committee hearing. (Compare Acts 26:20.)**

How true repentance can be recognized:

Has the individual contritely prayed to Jehovah and sought His forgiveness and mercy?

Caution: Some wrongdoers, though repentant, find it difficult to pray. (Jas. 5:14)

Has he admitted his wrongdoing, either voluntarily to some of the elders before the hearing or when confronted by his accusers?

Caution: Some people are so deeply ashamed that they are reluctant to speak. Or they have difficulty expressing themselves.

Has he made restitution, expressed willingness to do so, or apologized to offended persons, those damaged by his sinful course?

CAEKAERT/MAPLEY 001610

What seems to motivate the sadness, remorse, and regret he shows? Is it worldly sadness (sorrow over being caught) or heartfelt godly sadness? (2 Cor. 7: 8-11)

Does he have deep regret over a damaged relationship with Jehovah, remorse over the reproach he has brought upon Jehovah's name and people, and sincere longing to come back into God's favor?

Does his attitude include a heart-motivated rejection of the bad course as something repugnant, hated? (Rom. 12:9)

On occasion it may take *more than one meeting* for reproof to reach the wrongdoer's heart and move him to repentance.

> However, the judicial committee is not obliged to meet repeatedly with the wrongdoer or put words in his mouth, trying to force him to repent, if it is obvious that he lacks godly sorrow.

In all cases, the elders on the judicial committee must weigh such factors as the following:

> The seriousness of the wrong committed.

> The time that has passed since it occurred.

> The circumstances that led up to it.

> The measure of willfulness shown.

> Whether there was *deliberate* failure to heed earlier warning counsel.

**If all reasonable efforts have been made to readjust the one who has committed serious sins and yet he remains unrepentant, he must be disfellowshipped. (1 Cor. 5:1, 9-13)**

> You must show respect for Jehovah's standard of righteousness and holiness.

> You must also protect the congregation from willful sinners.

**The same principles will govern the judgment on the part of a judicial committee in cases of reinstatement.**

CAEKAERT/MAPLEY 001611

# The Responsibility of Judgment Is a Weighty One

Judging matters that affect people's lives and relationships is a serious responsibility; it calls for balance, discernment, and understanding. Rely on Jehovah's guiding spirit.

Elders on a judicial committee must weigh carefully both the interests of the individual and those of the congregation as a whole. (Jude 3, 4, 22, 23)

You must feel keenly your obligation before God to prevent wrongdoing from infiltrating the congregation.

At the same time, your manner of dealing with your brothers must always reflect Jehovah's wise and merciful ways.

CAEKAERT/MAPLEY 001612

CAEKAERT/MAPLEY 001613

# Handling Cases of Wrongdoing With Wisdom and Mercy

When man rebelled in Eden, Jehovah took prompt action. (Gen. 3:8-19, 23, 24) Today, elders must handle cases of wrongdoing and thus safeguard the spiritual environment of the congregation. Hence, they should be well-informed with regard to the application of Bible laws and principles.

When you as elders are assigned to care for a judicial problem, it is beneficial to take the necessary time to do research in the Bible, the Society's publications, and any special letters from the Society that may contain information applicable to the particular case. Prayerful consideration of such information would be appropriate before the committee initiates the hearing itself.

## Before Forming a Judicial Committee

**A person who becomes a witness to a serious sin should encourage the wrongdoer to report the matter to the elders.**

He may encourage the wrongdoer to seek help from the elders and confess; and if the wrongdoer does not do so, the witness will then inform the elders. (*w*85 11/15 pp. 19-21)

If there is no response from the accused, two elders should attempt to discuss the matter with him. If he denies wrongdoing, so that it is only one brother's word against another's, leave the matter in Jehovah's hands. (1 Tim. 5:19, 24, 25)

However, having the witness confront the accused alone may not be advisable in all cases.

For example:

When the witness is party to wrongdoing, such as in cases of fornication or adultery.

118

When the witness is a victim of the wrongdoer as in cases of incest or rape.

When the witness is extremely timid.

In such cases, or when other extenuating circumstances exist, two elders may discuss the matter with the accused, or an elder may accompany the witness to discuss the matter with the accused.

Of course, if it is determined that a judicial committee should be formed, the witness may need to testify at the hearing if the accused denies wrongdoing.

If there is another witness to the same type of sin on the part of the accused, this would be basis for forming a judicial committee. (See Unit 5 (b), page 111.)

# Judicial Committee Hearing Procedure

**After opening with prayer, the chairman states the reason for the meeting.**

He may offer a Scriptural point at the outset, such as from Proverbs 28:13 or James 5:14, 15.

Elders, by expressing the desire to be helpful, can do much to put the accused at ease. (*w*89 9/15 pp. 19-20)

The chairman invites the accused to make a personal statement.

**Present the witnesses one at a time unless the wrongdoer confesses.**

If the accused does not admit guilt, he should be informed as to the source of the charge(s) made against him.

Accusers should be willing to assume their responsibility, as was required in Israel. (Deut. 17:6, 7; 19:16-21)

The accused may also present witnesses whose testimony would have a bearing on the case.

The witnesses should not be present for the entire hearing, since they do not need to hear details and testimony that do not affect them.

However, witnesses to the wrongdoing should be present if it becomes necessary to continue the reproof of the accused "before all onlookers." (1 Tim. 5:20)

CAEKAERT/MAPLEY 001615

**The committee probes with pertinent questions in an effort to establish facts and ascertain the attitude of the accused.**

Is there sufficient evidence to establish by two witnesses or otherwise that the person is clearly guilty of serious wrongdoing? (Unit 5 (b) p. 111) Isolate specific offenses and available evidence.

While it is not appropriate to make extraordinary efforts or to prolong the case unnecessarily, skillful use of God's Word may reach the person's heart and bring him to repentance.

**Elders should be quick to listen but slow to indicate a preference or a leaning one way or the other.**

Wait until you have heard all the facts before reaching conclusions and making decisions. (Prov. 18:13)

If guilt is established, use God's Word to reprove the wrongdoer, showing the wrongness of the sin and of the steps that may have led to it.

You may need to do so in front of the witnesses of the sin ("onlookers") who have testified.

**After Scriptural discussion and after all evidence has been presented, dismiss the accused and any witnesses, and carefully review evidence and the attitude of the accused.**

If the accusation, or charge, has been proved true, is the wrongdoer repentant? If repentance is manifest, how was it demonstrated? (Unit 5 (b) pp. 112-15)

Depending on whether guilt is established and repentance shown, determine what action, if any, needs to be taken.

In complex cases, defer making a decision if you are not sure of the Bible's direction and the Society's counsel.

However, do not unduly prolong making a decision, as this can have a detrimental effect on the accused and the congregation.

Seek Jehovah's wisdom through prayer.

CAEKAERT/MAPLEY 001616

If the wrongdoer is guilty of gross sin but gives evidence of godly repentance, even as recently as at the hearing, the judicial reproof given by the committee may suffice; disfellowshipping may not be necessary. (2 Tim. 4:1, 2; Titus 1:9; *w*83 1/1 pp. 30-1)

Some wrongdoers have gone so far into a practice of sin or have been so persistently deceptive that it may be difficult to accept a claim of repentance. (1 Cor. 5: 3-5, 13)

If the person is guilty of a serious sin such as those listed in Unit 5 (a), pages 92-6, and is unrepentant, having a truly bad heart, and/or is determined to pursue a God-dishonoring course, he must be disfellowshipped, expelled.

## When the decision is made, inform the individual of it orally.

If disfellowshipping is necessary, proceed as outlined under the next heading.

If disfellowshipping is not necessary, yet the accused is guilty of gross sin, see "Matters Regarding Judicial Reproof," pages 123-4.

# If the Decision Is to Disfellowship

## Tell the guilty person the Scriptural reason(s) for the action.

## Inform the wrongdoer that he may appeal in writing within seven days if he feels a serious error in judgment has occurred. (*om* p. 147; *km* 1/80 p. 4)

Outline steps necessary for future reinstatement.

Be positive, assuring him that forgiveness is possible if he truly repents; the person may be in a distressed state of mind.

## If an appeal is lodged within the allotted time, no announcement is made pending the outcome of the appeal.

In the meantime the accused person will be restricted

CAEKAERT/MAPLEY 001617

from commenting and praying at meetings or enjoying special privileges of service. (*om* pp. 147-8)

If the accused lodges an appeal but then deliberately fails to appear for the appeal hearing, the disfellowshipping action should be announced after reasonable efforts to contact the individual have been made either in person or by telephone.

## If an appeal is not made within seven days, announce the disfellowshipping.

Allow the seven-day appeal period to elapse even if the person states he does not wish to appeal.

The presiding overseer should check the announcement to make sure that it conforms to the guidelines outlined by the Society.

An elder, perhaps the chairman of the judicial committee, should read the announcement.

Disfellowshipping *takes effect when the announcement is made* to the congregation.

## Using the forms provided by the Society, the branch office should be notified of the person's name, the Scriptural reason for the disfellowshipping, and the date of the action. (S-77 and S-79 forms)

A brief review of the evidence that was presented should also be given.

A similar report is made when a person disassociates himself from the organization. (S-77 and S-79 forms)

A written summary of the case should be prepared by the committee and put in a sealed envelope to be placed in the congregation file.

## If a disfellowshipped individual moves to a different area, no announcement of his disfellowshipped status should be made from the platform of the new congregation.

Publishers can be advised individually if they are inadvertently having association with such a one.

CAEKAERT/MAPLEY 001618

# Matters Regarding Judicial Reproof

**Reproof involves establishing wrongdoing and convincing the wrongdoer of the error.**

Thus, administering judicial reproof includes more than just making a decision or announcing it. (*w*77 11/15 pp. 691-2)

The aim is to help the person stop doing what is bad and establish himself as a practicer of what is good.

Help him to understand how there may have been related sins, which were less serious, that led to his serious deflection from Jehovah's law.

**Some wrongdoers may need to be judicially reproved—with severity to bring them to repentance. (Titus 1:13)**

**At times it is appropriate to administer judicial reproof "before all onlookers." (1 Tim. 5:20)**

Be sure to adhere to Scriptural and organizational guidelines when this is done. (*w*81 9/1 pp. 24, 26)

The "onlookers" may be those present as witnesses at the committee hearing or those who know of the sin.

If there are *good reasons* for it, an announcement of judicial reproof may be made to the congregation. (*w*88 11/15 p. 18; *w*81 9/1 pp. 26-7)

The degree or seriousness of the sin *is not* the determining factor for an announcement regarding judicial reproof.

In cases where sin is widely known or will no doubt become known, an announcement may be needed to safeguard the reputation of the congregation.

The committee may have *specific reasons* why the congregation needs to be somewhat on guard concerning the repentant wrongdoer. Perhaps he had been counseled several times concerning steps leading to the same wrongdoing.

In some cases the elders may feel it is necessary to warn the congregation about the type of conduct practiced.

If so and if no announcement is made, a talk may be

CAEKAERT/MAPLEY 001619

given at any time outlining clearly what the Scriptures have to say on the subject.

> If an announcement regarding judicial reproof is made, a few weeks after the announcement such a talk may be given.

Nothing should be said that would connect anyone with the type of sin being discussed. Rather, cover Scriptural principles outlining the seriousness of such sinful conduct and how to avoid it.

## In all cases of judicial reproof, restrictions will be imposed.

If the wrongdoer is an elder, a ministerial servant, or a pioneer, he should be removed. (*w77* 11/15 pp. 697-8)

It is important that the judicial committee monitor the spiritual progress of a person who has been judicially restricted; appropriate counsel and spiritual encouragement should be given periodically. (*w81* 9/1 p. 27; *km* 3/75 p. 4)

Restrictions should be removed in due course as warranted by the individual's observed spiritual recovery.

If a brother who has recently been judicially reproved moves to another congregation, it is necessary to inform the elders of that congregation about any restrictions that may be in effect.

> This will enable the elders in his new congregation to continue supervising the restoration of his privileges and help him toward full spiritual recovery.

> No announcement of such previous judicial reproof is made in the new congregation. (*km* 3/75 p. 4)

# Appealing Judicial Decisions

## If the accused believes that an error in judgment was committed, he should make known in writing his reason for requesting an appeal, doing so within seven days from the time he was notified of the decision of the committee.

His written statement should be addressed to the judicial committee that decided the matter.

CAEKAERT/MAPLEY 001620

The judicial committee chairman will promptly contact the circuit overseer, who will then designate elders to serve on the appeal committee.

If possible, elders selected by the circuit overseer for hearing the appeal should not be from the same congregation as the original committee.

If the basis for the appeal is not clear in the written statement, try to determine which of the following is claimed:

He contends that a disfellowshipping offense was not committed.

He denies committing the alleged wrong.

He admits to wrongdoing but believes he was repentant.

The appeal should be heard even if the basis for it may not appear sound. (*km* 1/80 p. 4)

If the person should appeal after seven days, immediately contact the Society for direction.

## The hearing is conducted in a manner similar to the first judicial committee hearing.

It may be necessary to rehear all the evidence relevant to the case, including that which was presented originally and any new evidence now available.

The judicial committee that heard the original case should be present at the appeal hearing(s).

Prior to the appeal hearing, the original committee should furnish the appeal committee with the completed S-77 and S-79 forms along with whatever written records it has from the first hearing(s).

If either the original committee or the accused believes that earlier testimony or evidence is being changed, this can be so stated following the presentation of the alleged altered evidence.

Following the presentation of the evidence, the appeal committee should deliberate in private.

The appeal committee may need to question either the original committee or the accused separately.

CAEKAERT/MAPLEY 001621

**The appeal committee is to determine whether there was an error in judgment or the decision was basically sound according to information available; it should also determine the attitude of the accused at the original committee hearing(s).**

The appeal committee is to ascertain whether there was a Scriptural basis for the original action taken and whether the individual was repentant *at the time of the hearing by the original judicial committee.*

There may be mitigating circumstances the committee overlooked, such as a history of some type of abuse when a child, emotional or mental disorders, or other.

While these do not justify wrongdoing, understanding the underlying reason or causes of emotional or mental problems can help the committee to reach a balanced and compassionate judgment. (*w*90 2/15 pp. 21-3; *w*83 10/1 pp. 27-31)

The wrongdoer may admit guilt on a disfellowshipping charge but claim that at the time of the original judicial committee hearing, he was repentant. (*w*83 1/1 pp. 30-1)

The appeal committee will examine evidence to see if he had genuinely repented. (Unit 5 (b) pp. 112-15; *w*81 9/1 pp. 25-6)

The appeal committee may find that while the original basis for disfellowshipping was invalid, other valid grounds for disfellowshipping exist.

If this happens, the individual should be given sufficient time, even several days if needed, to present any evidence or witnesses that he feels will disprove the new allegations.

If the new allegations are nonetheless established and if the person does not demonstrate genuine repentance, the appeal committee may decide to disfellowship on these new grounds.

The appeal committee should then inform the accused of its decision to uphold the disfellowshipping and

*"Pay Attention to Yourselves and to All the Flock"*

CAEKAERT/MAPLEY 001622

should also inform him of the steps he needs to take to gain reinstatement.

New S-77 and S-79 forms should be made out giving the proper information, and these along with the original forms and correspondence related to the case should be sent to the branch office.

**When the disfellowshipping is upheld by the appeal committee, there is no further right to appeal. However, if an individual persists in believing a serious error in judgment has occurred, the appeal committee should inform him that he may submit his allegations in writing to the appeal committee within seven days for transmittal to the branch office.**

The appeal committee will include this statement along with the information being sent to the branch office.

*No announcement of disfellowshipping should be made until observations are received from the branch office.*

If no written claim of a serious error in judgment has been provided to the appeal committee within seven days (as outlined above), the appeal committee should send in the S-77 and S-79 forms and tell the original committee to announce the disfellowshipping.

**If the appeal committee disagrees with the decision to disfellowship, the decision should be discussed with the original judicial committee privately.**

If both committees agree that the person should not be disfellowshipped, the individual should be so advised.

The appeal committee will send the branch office a brief explanation of the mutual conclusion not to disfellowship reached by both committees, which should clearly state that the original judicial committee agrees with the decision.

The original committee will receive a copy of the letter, which will be kept in a sealed envelope in the congregation's confidential file.

CAEKAERT/MAPLEY 001623

At times the original committee and the appeal committee may hold conflicting opinions.

When this occurs, the individual should not be given any indication of the conclusions of the appeal committee. Simply tell the person that the decision is pending.

The appeal committee should send the S-77 and S-79 forms to the branch office with a letter giving reasons for its decision and should include a letter from the original committee expressing the reason(s) for disagreement.

The appeal committee gives the original committee a copy of its report. Both committees await a reply from the branch office.

It may be that certain important factors are being overlooked by one or both of the committees.

The branch office will be glad to comment on any such factors and offer additional Scriptural assistance as may be needed. Such information will be supplied for the appeal committee.

Further meetings with the accused or between the committees may or may not be necessary to conclude the case.

Once any differences between the committees have been resolved in the light of the Scriptural principles cited by the branch office, the appeal committee should inform the individual of the decision.

If the decision is to disfellowship, the original judicial committee will arrange to make the announcement to the congregation.

## Reinstatement

While there should be no hasty action in reinstating disfellowshipped individuals, consideration should be given to a plea for reinstatement when this is requested.

Once a year the body of elders reviews a list of those in the congregation territory who are disfellowshipped or

CAEKAERT/MAPLEY 001624

disassociated. **They will call on each one they select in order to see if he wants to return.** (*w*91 4/15 pp. 22-3)

The body will assign two elders to make each call, preferably elders familiar with the case.

During a brief visit or two, the elders can kindly explain what the individual can do to return.

They will report the results to the Congregation Service Committee, and the body will be informed at the next meeting of the elders.

**If someone asks about reinstatement or if by changing his course gives evidence of repentance and a desire to be reinstated, the authorized elders may speak with the individual and kindly explain what he needs to do in order to be reinstated.**

There is an advantage to having the elders who served on the judicial committee that disfellowshipped the individual also serve on the committee for the reinstatement if this is possible and they are still serving as elders in the congregation handling the request for reinstatement.

**In hearing pleas for reinstatement, elders need to be balanced.**

Genuine repentance and a turning away from the wrong course—not the attitude of others, or merely the time elapsed—are the chief determining factors in deciding when a person may be reinstated. (1 Cor. 5:1, 11-13; 2 Cor. 2:6, 7)

Elders should be sure that sufficient time has passed for the disfellowshipped person to prove that his profession of repentance is genuine. (*it*-2 p. 771)

Consider the *overall pattern* of his life. Does it now show that he is repentant? (*w*77 3/1 p. 152)

If so, elders will guard against going to extremes by exacting a point-by-point admission of sins that may not have been clearly proved.

CAEKAERT/MAPLEY 001625

Where there is evidence of *conspiracy* between individuals to put away their mates and marry each other, considerable time should elapse before a hearing for reinstatement may be held. (*w*79 11/15 pp. 31-2)

**If it is determined that the wrongdoer is sincerely repentant, has discontinued his former wrong conduct, and is doing works that befit repentance, he can be reinstated. (Compare Acts 26:20.)**

The decision to reinstate is made by a judicial committee of the congregation that took the disfellowshipping action. The secretary should sign and return the S-79b card to the Society immediately. (*om* pp. 149-50)

If the disfellowshipped person has moved, his request for reinstatement may be heard by a local judicial committee where he is now attending meetings. Thereafter, that committee will give the body of elders of the congregation that disfellowshipped the individual its recommendation.

If the two congregations are reasonably close to each other, the judicial committee of the congregation that took the disfellowshipping action should meet with the disfellowshipped individual after receiving the recommendation of the committee of the congregation where he made his plea for reinstatement.

Reinstatement is announced in the congregation where the person was disfellowshipped as well as in the congregation where he now attends.

**When an individual is reinstated, he will still need much spiritual assistance.**

The elders should see that definite arrangements are made to help the person regain spiritual health and strength. (Col. 2:7; Titus 2:1, 2)

They may arrange for a Bible study to be conducted, which would be reported as field service.

CAEKAERT/MAPLEY 001626

Restrictions should be imposed to help the person see the need of continuing to make 'straight paths for his feet' and also out of consideration for the congregation's conscience. (Heb. 12:13)

The privilege of sharing in the field service is restored when the individual is reinstated.

Other privileges, such as commenting at meetings, handling parts on the program, and offering prayer at meetings, can be restored progressively when it is determined that the individual has progressed spiritually to the point that he is qualified and when it is judged by the elders that the extending of such privileges will not be offensive to the congregation.

It will be up to the elders of the congregation where he now is located to decide when certain privileges may be restored.

## Circumstances of each case govern the length of time that should elapse before *recommending a reinstated brother* for additional privileges and responsibility.

Carefully consider possible effects if the individual were to be appointed. Would it be a *cause for stumbling* among the brothers?

The privilege of serving as ministerial servant or elder can be recommended only after he has had ample time to *prove* himself to be irreprehensible and is again "free from accusation" and has "freeness of speech." (1 Tim. 3:2, 9, 10, 13)

He must live down the reproach and build up a convincing record of righteousness, which may take a number of years.

If wrongdoing occurred in another congregation, the feelings of members of that congregation should be considered.

In cases of scandal, he might not be able to live down his wrongdoing sufficiently to qualify for an appointment to serve as a ministerial servant or an elder for a very long time.

CAEKAERT/MAPLEY 001627

# Clarifications and
# Guidelines on Handling Certain Matters

**Even though *all lying* is bad, when considering a case of lying, elders should use good judgment, balance, and reasonableness in determining the gravity of the sin and whether it is a practice.**

> Some lying may involve either exaggerating the facts or petty, misleading statements of relatively minor consequence.

> The person may have lied because of momentary pressure or fear of man. (Matt. 26:69-75)

> Unless it is established by witnesses or confession that he has made a practice of flagrant, malicious lying, the elders would endeavor to readjust the person through loving Scriptural admonition without holding a judicial hearing.

**If there is a question about the *mental state* of a baptized individual who commits some deed for which he might be disfellowshipped, a judicial committee should consider the facts of the case.**

> Weigh the evidence along with the extent of mental incompetence, and then decide whether some announcement should be made or whether disfellowshipping should occur.

> Although there may be a basis for showing more than ordinary consideration and patience, the elders must protect the cleanness and spiritual well-being of the congregation. (1 Thess. 5:14)

### *Marriage* is of divine origin. (Mark 10:6-9)

> Engagement is a serious commitment and is normally a personal matter. (Matt. 5:37)

>> However, unilaterally breaking an engagement may require inquiry if the one doing so has an organizational position of responsibility. (*w*75 6/15 pp. 382-4)

> Marrying an *unbeliever* is contrary to Bible principles. (Deut. 7:3, 4; 1 Cor. 7:39; 2 Cor. 6:14, 15)

CAEKAERT/MAPLEY 001628

If a dedicated, baptized Christian marries an unbeliever, this would result in disqualification from all special privileges for the time being. (1 Tim. 3:2, 4, 5, 12, 13; *w*82 3/15 p. 31)

> If the parent is an elder, a ministerial servant, or a pioneer and encourages, allows, or gives tacit approval to the marriage, this raises questions regarding his or her qualifications.

Use of the Kingdom Hall must be in harmony with God's standards.

> It would not be used for marriages of unbelievers or the reenactment of marriages, such as on occasions of anniversaries. (*w*84 4/15 pp. 10-15; *km* 12/81 p. 4)

> However, on occasion the body of elders may decide to allow two unbaptized publishers, who are regularly associating and awaiting an assembly to get baptized, to be wedded at a Kingdom Hall.

> > In each case, the body of elders will decide when the Kingdom Hall may be used for a wedding.

The *wedding vows* that were published in the April 15, 1984, issue of *The Watchtower,* page 14, and that appear in the marriage outline, S-41, should be used.

> These vows may be modified according to the local law, but privately chosen and worded vows should not be used.

### *Divorce and remarriage* was not Jehovah's original purpose for man.

The Scriptures urge married persons to remain together as "one flesh." (Gen. 2:22-24; Matt. 19:4-6; 1 Cor. 7:10-16; *w*83 3/15 p. 29)

Many marital problems can be resolved by following the principle of Matthew 18:15.

> The Law of Moses allowed the husband, not the wife, to divorce on broad grounds of "something indecent." (Deut. 24:1)

Jesus Christ strengthened the marriage arrangement for

CAEKAERT/MAPLEY 001629

Christians but gave equal right of divorce to the wife. (Mark 10:11, 12)

In the Christian congregation, divorce is allowed only for "fornication," or *por·nei´a*. (Matt. 5:31, 32; 19:3-9)

The marriage bond is not automatically broken in God's eyes by sex relations outside the marriage union; the innocent mate may forgive. (Hos. 3:1-3; 1 Cor. 13:4-8)

> While elders should be informed one way or the other, it is up to the innocent mate to decide whether to divorce or not.

> The innocent mate should be informed that *resuming sexual relations* with the adulterous mate would indicate forgiveness and would therefore cancel the Scriptural ground for divorce. (*w*81 3/1 pp. 30-1)

Forgiven adultery cannot be used later as a basis for divorce, but unrevealed instances of adultery, if later brought to light, could be so used. (*w*74 8/15 pp. 511-12)

Forgiveness of adultery involves a willingness on the part of the innocent mate to resume sexual relations with the adulterous mate within a reasonable period of time. (*w*74 11/1 pp. 671-2)

> A person guilty of adultery could obtain a legal divorce and be viewed by the congregation as free to remarry if the innocent mate refuses to resume sexual relations for a very prolonged period and yet has not sought a legal divorce.

> > By withholding the marriage due, the nonadulterous mate would be indicating that no forgiveness has been extended.

> The elders would consider evidence from the adulterous mate to determine that there is a definite rejection by the nonadulterous mate.

When divorce is the course decided upon, a divorce freeing a Christian for remarriage should be obtained by the innocent mate if possible or by the guilty mate with the innocent mate's consent; both of them are then free to remarry.

CAEKAERT/MAPLEY 001630

If the guilty one *unilaterally* obtains a divorce over the objection of the innocent mate, this does not free the guilty one to remarry.

> If he marries someone else while the innocent mate is still willing to forgive his adultery and resume their marital arrangement, his is an *adulterous marriage*. (Luke 16:18)
>
> > This calls for congregation judicial action in addition to any already taken, unless he has already been disfellowshipped.

A *divorced couple* (even if only legally divorced) who have sex relations with each other commit fornication. (Heb. 13:4; *w*82 9/1 p. 31)

> It is a matter for personal decision if a *separated couple* choose to have sexual relations. (Rom. 14:12)

A person who commits adultery after having been divorced by his or her mate on unscriptural grounds would be Scripturally free to remarry, since he or she had already been rejected by the mate that obtained the divorce.

> The case of adultery would be dealt with by a judicial committee.

***Courting or dating*** when one party is ***not free to marry*** is wrong. (*w*80 8/1 pp. 30-1; *w*68 4/15 pp. 255-6)

> Strong counsel and repeated warnings should be given, and if the counsel is ignored, the individual(s) may be marked. (2 Thess. 3:14, 15)

> When such action has escalated to the point where it has become shocking and *repeated efforts* to help adjust the situation have been ignored, there may be basis for taking disfellowshipping action. (Gal. 5:19; *w*83 3/15 p. 31; *w*73 9/15 pp. 574-6)

**If a person who has entered into an *adulterous marriage* is eventually reinstated, it would be a rare case for him to be recommended to serve in a responsible position in the congregation, at least not until after the remarriage or death of the mate he put away without Scriptural basis.**

CAEKAERT/MAPLEY 001631

In any event, a considerable number of years should have passed. (1 Tim. 3:2, 12, 13; *w*83 3/15 p. 29; *w*80 9/15 p. 31)

**Christians should avoid *gambling* in all its various forms, including lotteries. (Compare Isaiah 65:11; *w*89 7/15 p. 30; *g*82 7/8 pp. 25-7; *g*81 11/22 p. 27.)**

Gambling can lead to or incite unchristian traits, such as greediness and covetousness. (Rom. 13:9, 10; 1 Cor. 6: 9, 10; Col. 3:5)

Additional bad results from gambling and association with gamblers give true Christians further reasons for avoiding it. (1 Cor. 15:33; *g*85 8/8 pp. 22-3; *g*82 7/8 pp. 25-7; *w*80 9/1 pp. 29-30; *w*72 10/1 pp. 593-4)

If a person makes a practice of gambling and after repeated counsel unrepentantly pursues a course of greediness, he could be disfellowshipped from the Christian congregation. (*w*80 9/1 pp. 29-30; *w*67 6/15 p. 356)

A person must guard against the view that petty gambling solely for entertainment is harmless. (Gal. 6:7, 8)

However, elders would not want to get involved in what publishers do in this respect unless spirituality is endangered, either that of the individual or that of the congregation.

If a business concern gives out prizes to winners of a contest or to customers whose names were drawn from its customer list, it may not be wrong to accept such a prize if no money has to be paid to participate. (*w*73 2/15 p. 12/)

A person needs to be careful that accepting such a prize does not stir up greed.

The language used in advertising a drawing or contest, as well as the kind of sponsors, may involve elements with which a Christian would not want to be identified, either for personal reasons or for fear of stumbling others. (Rom. 14:21; 1 Cor. 10:31-33; *g*75 7/8 p. 28)

Gambling-related employment is not appropriate for a Christian.

CAEKAERT/MAPLEY 001632

An individual continuing employment directly involved with gambling or employment making him a *clear accomplice* or *promoter* of a wrong practice would be subject to disfellowshipping after being allowed time, usually 90 days, to make the needed adjustment. (*km* 9/76 pp. 3-6)

## God's Word counsels all Christians to be *law-abiding*. (Rom. 13:1; Titus 3:1)

Christians are to pay to Caesar what is Caesar's and should obey the laws of the land in all matters where there is no conflict with God's law. (Matt. 22:21; Rom. 13:1; *w*90 11/1 pp. 10-15, 18-28)

By doing this, they have no need to fear being punished by the authorities as lawbreakers, and each one can maintain a good conscience. (Rom. 13:3-5; 1 Pet. 3:16)

When human laws conflict with God's law, true Christians follow the example of the apostles of Jesus Christ. (Acts 4:19, 20; 5:29-32)

In all business matters, Christians should endeavor to maintain a fine reputation.

They should not be a part of any business that is forbidden by Caesar's law or engage in business practices that are illegal.

It is wise to avoid making purchases from or employing the services of individuals or businesses known to be illegal in their operation.

A person's employment should also be honorable so that it will not become a cause for reproach or stumbling.

Following Scriptural counsel protects a Christian from consequences of lawbreaking and protects his conscience. (Rom. 13:3, 5)

If the elders learn of illegal activity or of some serious crime on the part of a member of the congregation, they may not be obliged by law to report the offender or the offense to secular authorities.

CAEKAERT/MAPLEY 001633

Though it is not the responsibility of the Christian congregation to enforce Caesar's laws, yet the very nature of some crimes demands that they be reported to secular authorities.

> It may be necessary to encourage the wrongdoer to turn himself in to secular authorities. Before any steps are taken in this regard, contact the branch office. Of course, review the latest Society directives on such matters before proceeding.

Although not enforcers of Caesar's laws, in cases that also involve the breaking of God's law, elders must give consideration to what has taken place.

> Depending on the wrongdoing committed, a judicial committee hearing may be needed.

As suggested by the apostle Paul's comments regarding Onesimus, a person who was guilty of illegal activities before coming to a knowledge of the truth is not required to settle these things with the authorities prior to baptism. (Philem. 10-18; *w*78 9/15 pp. 30-1)

> A former thief would not be required to make restitution to all from whom he stole before baptism, although in some cases his conscience may move him to do so. (Luke 19:8)

> The blood of Jesus Christ covers the sins of such new ones. They may get baptized. However, it is best to be judicious as to extending additional privileges. (Isa. 1:18; 1 Tim. 2:5, 6; 1 John 1:7)

If a person approaching baptism is an *illegal alien,* he should be urged to do what he can to rectify his status with regard to the law of the land. (*w*77 3/15 pp. 191-2)

> The Christian congregation today follows a course harmonious with the Biblical pattern of the apostle's dealing with the case of Onesimus. (Philem. 8-22)

>> Overseers are not to police the lives of the brothers, nor are they obligated to become acquainted with all the details of civil and criminal law so as to enforce these. Just as they do not check to see if someone's home meets every detail of the building

CAEKAERT/MAPLEY 001634

code, they do not investigate in order to determine whether a person has satisfied every detail as to his legal situation in the country before allowing him to get baptized or to continue in the congregation.

Baptism would not be denied such a person, but he would not be viewed as exemplary and would not be used in any responsible position in the congregation. The same would apply to a person who uses fraudulent or illegal identification.

A brother who has notified the authorities of his illegal status and filed papers to resolve his situation would not be restricted as to representing the congregation in prayer, sharing in teaching, or being appointed as a pioneer, a ministerial servant, or an elder if otherwise qualified.

Such privileges may be extended even though the authorities do not act promptly on his request for permission to remain in the country. He is no longer a fugitive.

**Certain disputes between brothers should not be taken to *secular courts* but should be resolved in harmony with Jesus' counsel at Matthew 18:15-17. (Unit 5 (b) p. 108)**

At 1 Corinthians 6:1-8, the apostle Paul gave strong counsel that Christians should not take other Christians before secular courts to settle personal disputes that should be settled with the help of the congregation elders. (*g*83 2/8 pp. 13-15; *w*77 3/1 p. 147; *w*73 11/15 pp. 703-4)

For some disputes, a neutral brother, or elders, may act as arbitrator.

If an individual ignores God's Word on this matter, it *may* affect his congregation privileges.

However, there are legal matters over which the congregation does not have authority and which may therefore be taken to a secular court for judgment without violating the principle or the spirit of 1 Corinthians 6:1-8. These include:

Getting a divorce decree, child custody and support, alimony.

CAEKAERT/MAPLEY 001635

Obtaining insurance compensation.

> If a person suffers loss or is injured in or by an automobile owned by a spiritual brother, it might be necessary legally to sue the brother in order to obtain compensation from the brother's insurer.

Being listed among creditors in bankruptcy procedures.

Probating wills.

Certain countersuits. For example:

> If a *worldly creditor* sues a brother, it might be necessary for the brother, for his own protection, to file a countersuit even though spiritual brothers are included in the action.

> If a brother takes legal action against another baptized Witness, it would not be a violation of 1 Corinthians 6:1-8 for the one being sued to defend himself or to countersue. (This is true whether the matter was first taken before the elders or not.)

## Jehovah's Witnesses *maintain neutrality* with regard to the political and military affairs of the nations. (John 17:16; *rs* pp. 269-76)

They do not interfere with what others do as to voting in political elections, running for or campaigning for political offices, joining nonneutral organizations, shouting political slogans, and so forth. (*w*86 9/1 pp. 19-20; *w*68 6/1 pp. 351-2)

Since true dedicated Christians are "no part of the world," if a member of the congregation unrepentantly pursues a course in violation of his Christian neutrality, he thereby disassociates himself from the neutral Christian congregation. (John 15:19; 17:14-16; *w*82 1/15 p. 31)

> Elders should talk to one known to be contemplating taking such a course, since he may be doing so in ignorance. (Ps. 119:67; Gal. 6:1; 1 Tim. 1:13)

> If he disregards the help proffered and pursues a course in violation of Christian neutrality, a committee should send the facts substantiating the disassociation to the branch office on the S-77 and S-79 forms.

CAEKAERT/MAPLEY 001636

An announcement is usually made that the individual has disassociated himself from the congregation, and the person should be told *orally* about his position. If for some extenuating reasons no announcement is made, persons in the congregation who might be visited by the disassociated person may be informed privately. The individual should be treated as one who is disfellowshipped. See Unit 5 (a), pages 101-2.

When asked to express an opinion or sign a petition on a community issue, a person must weigh the matter carefully. Such action may or may not be appropriate. Is it a political issue? (*w*83 3/1 pp. 30-1)

If a government requests temporary use of Kingdom Halls or congregation equipment in times of emergency, it would not be a violation of neutrality to comply.

In some lands, all individuals are required to build roads or work in the fields. Where this is not a form of military service but is comparable to a tax, there would be no objection as long as the work itself is not in violation of Bible principles. (Matt. 5:41; 22:21)

**By following balanced Bible counsel, Christians can usually avoid getting into situations that might involve acts of *self-defense*. (Prov. 15:1; 17:14; 26:17)**

If assaulted, a Christian could ward off blows or even escape from the attacker by temporarily incapacitating him.

A Christian woman threatened with rape should resist to the best of her ability. (Deut. 22:23-27; *g*84 2/22 pp. 24-7; *w*83 3/15 p. 30; *g*80 7/8 pp. 9-13; *g*73 4/22 pp. 16-17; *w*68 6/1 pp. 345-50)

Screaming is usually one of the best defenses; however, some individuals are unable to scream out of intense fear. (A male or female who is forcibly raped would not be guilty of *por·nei´a.*)

It is not in harmony with the spirit of 1 Corinthians 13: 4-7 or Isaiah 2:4 for a Christian to learn karate, judo, or other martial arts. (Compare John 13:35; *g*75 12/8 pp. 28-9.)

CAEKAERT/MAPLEY 001637

A brother would be disqualified as an elder, a ministerial servant, or a pioneer if he took up the study of such martial arts and practiced them.

A person publicly advocating such could be dealt with in line with 2 Thessalonians 3:13-15.

As in the case of a person who takes up professional boxing and continues in such a course, he would be expelled from the congregation. (*w*81 7/1 pp. 30-1)

**While the Christian congregation is not in a position to give direction as to all *sexual matters* concerning the marriage bed, individuals may be advised that in their intimate relations, as in all other aspects of Christian life, they need to display kindness, love, and concern for each other. (Eph. 5:28-30; 1 Pet. 3:1, 7)**

Each one should have a hatred for all perverted sexual practices. (Lev. 18:22, 23; Ps. 97:10; Amos 5:15; Rom. 12:9; Eph. 5:3, 10-12; Col. 3:5, 6)

Persons should be urged to act in such a way as to maintain a clean conscience, and the marriage bed should be undefiled. (Heb. 13:4; *w*83 3/15 pp. 27-31)

While perverted practices are wrong, if within a marriage one is involved or has been involved in such, it does not mean that he or she would necessarily lose service privileges.

If such conduct becomes known to the elders, they would need to consider: Is the practice recent or ongoing, or is it something that occurred in the past and is definitely conquered? Is the individual promoting such conduct as a proper life-style? Is his attitude one of remorse? If he is sincerely repentant and the situation is not generally known, it may not be necessary to remove privileges of service.

CAEKAERT/MAPLEY 001638

CAEKAERT/MAPLEY 001639

# Jehovah's People Theocratically Organized for His Name

Jehovah has an earthly household, or organization, to accomplish his work, an organization that appreciates the importance of his name and in every way seeks to honor it. (Acts 15:14; Eph. 2:19; 1 Tim. 3:15; Heb. 3:4-6) As he did in the case of natural Israel, so today Jehovah brings his people together as an organization. (Ex. 19:5, 6) They are directed by a "faithful steward" appointed to administer organizational matters in accord with God's will. (Luke 12:42) Ancient Israel served as a pattern of how the worldwide Christian brotherhood of Jehovah's Witnesses in these last days would be organized as a God-governed people. (Heb. 10:1) It requires an orderly arrangement to gather the "great crowd" out of all nations so that they may declare unitedly: "Salvation we owe to our God, who is seated on the throne, and to the Lamb." (Rev. 7:9, 10; *rs* pp. 326-8) Today, this involves a "stewardship from God," an arrangement administered through a "faithful and discreet slave."—Col. 1:25; Matt. 24:45-47; *it-2* p. 1035.

## Worldwide Organization Is God-Governed

**Jehovah's Witnesses, a distinct people, are gathered from all nations.**

They are unified as one flock. (John 10:16)

They form an international association of brothers. (1 Pet. 2:17; 5:9)

They have learned to speak the pure language of truth, thereby calling on the name of Jehovah. (Zeph. 3:9, 13)

They recognize God's authority and his way of doing things. (Deut. 32:4; Isa. 33:22)

CAEKAERT/MAPLEY 001640

The Christian congregation of anointed ones on earth has been entrusted with a stewardship as God's household, supported by a great crowd of helpers.

As members of a loving household, they serve together as a cooperative organization.

Local congregations throughout the earth are not organized according to democratic principles but are under God-governed, theocratic control.

All congregations are directed by Christ Jesus under one stewardship arrangement, or administration. (Heb. 3:6)

At Ephesians 1:10, "administration" translates the Greek word *oi·ko·no·mi′an*, which basically means "household (organizational) management" of affairs. (*w*74 10/15 pp. 616-17; *it*-1 pp. 48-9)

Congregations receive guidance from Jehovah through Jesus Christ, his appointed Administrator. (Heb. 1:1, 2)

As Jehovah's Chief Servant, Jesus sees to it that justice is carried out. (Matt. 12:18)

Jesus ensures that love prevails among all those who follow his steps closely. (John 15:12, 13; 1 Pet. 2:21)

# Holy People Must Be Guided by God-Given Standards

All members of the household, as well as those who work closely with it, must be holy. (Eph. 2:19; 1 Pet. 1: 14-16)

Holiness includes cleanness, purity, separateness, both physically and spiritually.

Jehovah's people must love justice and mercy. (Ps. 33:5; Jas. 2:13; 3:17)

As Statute-Giver, Jehovah sets righteous standards and, at times, delegates the authority necessary to enforce them. (Isa. 33:22)

His laws are stated in our guidebook, the Bible. (2 Tim. 3:16)

CAEKAERT/MAPLEY 001641

We must recognize and submit to this theocratic rulership. (Isa. 2:3)

## Administration of laws is entrusted to God's anointed King. (Isa. 32:1)

Since his invisible enthronement in 1914 C.E., Jesus has been ruling in the midst of his earthly enemies. (Ps. 110:2; Dan. 7:13, 14)

Invisible control is exercised from heaven.

Use of a visible earthly agency is evidenced by millions of subjects now submitting to Christ's kingship. (Prov. 14: 28a; Phil. 2:9-11)

## Invisible rule requires visible representatives.

The anointed remnant has been entrusted with all of the Master's belongings. (Luke 12:42-44)

The steward class is faithful in dispensing spiritual food.

Overseers serve as earthly representatives under the direction of the steward class. (Isa. 32:1, 2)

Theocratic submission requires recognition of this orderly arrangement. (Zech. 8:23)

We are assured of proper guidance through the conclusion of the system of things. (Dan. 12:1; Matt. 28:20)

# Governing in Righteousness Requires Observance of Jehovah's Laws and Principles

## Laws are defined as rules of conduct that are necessary for good order. (Compare Galatians 6:16.)

Jehovah is a God of order, and his laws are perfect. (Ps. 19:7; 1 Cor. 14:33)

God's laws are based on righteous principles, and they are enforceable by an organization or an agency.

## Principles are settled guidelines based on fundamental truths. (*w57* 9/1 p. 524; *w52* 7/1 p. 407)

CAEKAERT/MAPLEY 001642

Example of principles based on a fundamental truth:

Fundamental truth: Jehovah God is the Sovereign Lord of heaven and earth. (Acts 4:24)

Principles based on this fundamental truth:

We owe Jehovah total obedience in everything. (1 Sam. 15:22; Jer. 7:23)

When there is a conflict, we must obey God as Ruler rather than men. (Acts 5:29)

**Principles are eternal, whereas rules may apply to limited times or conditions.**

**Laws, judicial decisions, and instructions from Jehovah are transmitted through various levels of household (organizational) management. (Eph. 1:10, *Ref. Bi.,* ftn.)**

Jesus Christ, the King and High Priest. (Heb. 3:1, 6)

"The faithful and discreet slave" and its Governing Body and traveling representatives. (Matt. 24:45-47; Acts 15: 23, 28, 29; 16:4)

Congregation elders. (Heb. 13:17)

Husbands, fathers, and mothers. (Prov. 1:8; Eph. 5:22, 23; 6:1, 4)

**Human overseers must be careful that their instructions do not violate God's Word.**

They must imitate Jesus. (John 5:30; 12:49)

If God's Word is violated, lawlessness results. (2 Pet. 2: 1-3; 1 John 3:4)

# Administering Jehovah's Laws With Justice and Mercy

**Justice is the administration of what is right in a fair and impartial way. (Lev. 19:15)**

Jehovah manifests justice in all of his dealings. (Deut. 32:4; Heb. 2:2-4)

CAEKAERT/MAPLEY 001643

Illustration: A plumb line must be carefully used if a building is to be erected properly. (Amos 7:7, 8; compare Zechariah 4:10.)

> If any of Jehovah's people do not meet the test of uprightness in a spiritual way, Jehovah will mete out discipline with justice.

Decisions of elders must reflect justice in imitation of Jehovah's ways. (Isa. 32:1)

## Jehovah tempers justice with mercy when this is warranted. (Ezek. 33:14-16)

### Mercy is not limited to the withholding of measured punishment when justly due; it also expresses kind consideration or pity that brings relief to those who are disadvantaged and in need of help. (*it*-2 p. 376)

Mercy lightens judgment, or punishment, and brings relief when circumstances allow for it. (Ps. 103:8-10; Jas. 2:13)

Mercy also involves the way in which needed correction and discipline are given.

Mercy takes into consideration such matters as motive, provocation, willingness to confess, temptation, mental and emotional condition, degree of spiritual progress made, past conduct, and present attitude of the offender.

> Elders must guard against automatic or letter-of-the-law application of punishment for breaking God's laws.

## Administering Christian law in justice and with mercy requires:

Decisions that are fair and appropriate to the need. (Isa. 28:24-28; *w*76 12/1 p. 719; *w*75 9/1 pp. 517-18)

> Applying punishment to fit the violation.

Allowance for mercy when there are extenuating circumstances.

Enforcing with impartiality the laws that carry sanctions. (Deut. 1:16, 17)

Getting all the facts before making a decision. (Prov. 18: 13, 17)

*"Pay Attention to Yourselves and to All the Flock"*

CAEKAERT/MAPLEY 001644

Avoiding becoming unnecessarily involved in personal disputes. (Prov. 26:17; see Unit 5 (b), page 108.)

Expelling (by disfellowshipping) those who flout God's household law and unrepentantly contaminate the congregation. (1 Cor. 5:9, 13; Titus 3:10)

Making clear to disfellowshipped ones that upon displaying works befitting repentance and turning around, they may apply for reinstatement. (2 Cor. 2:6-8)

## Each judicial case is different and must be judged on its own merits.

Some people have inherited or acquired stronger faulty inclinations than others have and may therefore need more than the usual direction or counsel to correct their course. (Jonah 4:11; Mark 6:34)

# Need for a Righteous Judiciary

## Elders should make serious efforts to expand their ability to be righteous judges.

Use direction provided by the Society.

Be sure all decisions are solidly based on the Scriptures.

Before handling any judicial matter, wisely make a practice of carefully reviewing Units 5 (a), 5 (b), and 5 (c), taking special note of the cited scriptures.

When elders rely primarily on past experience or fail to review this material before handling a judicial matter, they frequently overlook important points.

Since the lives of all Christians are precious to Jehovah, the elders cannot afford to be careless or indifferent. You must "render an account." (Heb. 13:17)

## Elders selected to serve on judicial or appeal committees should be outstandingly discerning and trustworthy men.

If the wrongdoer or one accused is known to have strong feelings respecting an elder being considered to serve, it would be better that the elder not serve.

CAEKAERT/MAPLEY 001645

An elder who is related to the accused person, has been in business with him, or has had a special friendship with him should not normally serve on the committee. (*km* 9/77 p. 6)

The judicial committee needs to be consistent, firm, and loving in its dealings and decisions.

> Work interdependently as a committee. (1 Cor. 12: 21-25)

> Listen to fellow members on the judicial committee; benefit from one another's observations.

> God's spirit can direct any one of the elders to make a valuable contribution to the thinking of the judicial committee. (Prov. 27:17; Eccl. 4:9)

When questions arise, do not be hasty in deciding the matter. Do research in the Society's publications. If answers cannot be found and further direction is really needed, write to the Society; if the matter is urgent, telephone during business hours.

Elders serving as a committee of judges should imitate the example of Jehovah and Jesus, dealing impartially and justly with all persons. (Lev. 19:15; John 5:30; 8:28)

**By your conscientiously exercising justice tempered by mercy, you give evidence that Jehovah's organization is governed by him. His theocratically organized people will therefore continue to grow in righteousness. (1 Sam. 12:22)**

CAEKAERT/MAPLEY 001646

CAEKAERT/MAPLEY 001647

# Under "the Law of the Christ"

"The law of the Christ" is not the body of laws that formed the Mosaic Law of ancient Israel. (Gal. 6:2; Col. 2: 13, 14) Since Pentecost 33 C.E., Christians have been "under law toward Christ." This control is called "the perfect law that belongs to freedom."—1 Cor. 9:21; Jas. 1:25; *it-2* p. 221.

Jesus did not personally write down a set of laws. Furthermore, his disciples did not set down laws in the form of a code for Christians, using categories and subheadings. Nevertheless, the Christian Greek Scriptures abound in laws, commands, and decrees that the Christian is obligated to observe.

Some rules of conduct in the Law of Moses have been restated in the law of the Christ and are enforceable upon Christians. (Acts 15:19-21) Other rules of conduct from the Law of Moses with their underlying principles, though not enforceable in the Christian congregation, are useful to Christians as they walk in the way of holiness.—Jas. 2:8, 9.

Elders must always seriously consider the guidelines that serve to protect the congregation and keep it clean in Jehovah's sight. They must also treat God's flock with tenderness. —Acts 20:28-30; Eph. 5:25-27.

## Law of the Christian Congregation

**Christians are under the law of the Christ, not the Mosaic Law. (1 Cor. 9:21)**

The law of the Christ consists of a body of rules for Christian conduct. (Gal. 6:16)

This law embraces the whole scope of a Christian's life and work and focuses attention on:

Our relationship with Jehovah. (Matt. 4:10; 22:37; 1 John 5:3)

CAEKAERT/MAPLEY 001648

Our faith in Jesus Christ and submission to him. (Col. 1:18; 1 John 3:23)

Our relationship with fellow Christians. (John 13:34, 35; 1 John 3:16-18)

Our obligations toward unbelievers. (Matt. 24:14; Gal. 6:10; 1 Pet. 2:13, 14)

Our moral conduct and manner of life. (Gal. 5:23, 24)

**The law of the Christian system of things involves the heart. (Jer. 31:33; Heb. 10:16)**

**For our protection and spiritual security, it is essential that we be obedient to the law of the Christ.**

Only in this manner can those who desire to be guided by Jehovah's Word walk unitedly and harmoniously in the path of righteousness.

This makes it incumbent upon us to lay aside personal or preconceived ideas of what is right and wrong and whole-heartedly accept Jehovah's direction.

In this way, we are kept separate from the world and prove ourselves loyal to the Sovereign Lord Jehovah and his King, Jesus Christ.

# Elders, Guard Your Trust of Shepherding God's Flock

**How elders can guard their trust of shepherding God's flock. (1 Pet. 5:1-4; w89 9/15 pp. 10-15)**

Be positive and diligent in caring for your duties. (Prov. 10:4)

Maintain a good, productive schedule of personal study. (1 Tim. 4:13-15)

As an elder, you are rightly expected to give sound Scriptural counsel.

Reading the entire Bible meditatively, perhaps several times, will help to equip you for such responsibility. (Prov. 15:28)

CAEKAERT/MAPLEY 001649

"Preach the word," both inside and outside the congregation. (2 Tim. 4:2, 5)

Work hard to increase your capability as a teacher. (Rom. 12:7; Jas. 3:1)

## Treat God's flock with tenderness. (Acts 20:28, 29; 1 Thess. 2:7, 8; *w*89 9/15 pp. 15-20)

Be a humble slave of your fellow Christians, not 'lording it over them.' (Matt. 20:25-28; Gal. 5:13; 1 Pet. 5:3)

Be a source of relief and refreshment. (Isa. 32:1, 2)

Be just, righteous, and tender when judging sheep in God's flock. (Compare Ezekiel 34:7-14.)

## Serving loyally as an elder under the law of the Christ honors Jehovah and brings many benefits to the congregation, God's flock.

May Jehovah and his Son, in effect, tell you: "Well done, good slave!" (Luke 19:17)

CAEKAERT/MAPLEY 001650

CAEKAERT/MAPLEY 001651

# Index

**Abuse**
  child 80, 93, 126
  drug 80, 96
  self-abuse 94
  sexual 17, 93, 126
  victims of 17, 93, 112
**Accusations**
  against a congregation member 97
  minor misunderstandings 108
  serious wrongs 108-9
**Adultery**
  adulterous marriage 135-6
  basis for divorce 134-5
  forgiveness 134
  judicial committee required 108-9, 134-5
  *por·nei′a* 92-4
  resuming sexual relations 134
**Agenda for elders' meeting** 69-71, 77-80
**Alimony** 139
**Announcements**
  approved by presiding overseer 68, 72, 122
  audit of accounts 72
  disassociation 94-5, 101-2, 140-1
  disfellowshipping 121-2, 127-8
  information board 68
  judicial reproof 123-4
  reinstatement 130
  wrongdoing by unbaptized publisher 99
**Apostasy** 94-5
  judicial committee required 108-9
**Apostates** 103
**Appeal committee** 125-8
  accused disagrees with 127
  selected by circuit overseer 125
**Appealing judicial decisions** 124-8
  reasons for 124-5
  within seven days 124
**Attendants** 22
**Audit of congregation accounts** 72
**Bankruptcy** 140

**Baptism**
  illegal aliens 138-9
  minors 98
  requirements for 138-9
**Bestiality** 93
**Blood issue**
  disfellowshipped persons 22
  elders help persons facing 21-2
  Hospital Liaison Committee 21-2
**Boxing (professional)** 142
**Business matters** 137
**Chairman**
  judicial committee 109-10, 119, 122, 125
  presiding overseer 71-2
**Children**
  custody 139
  elders' responsibility 23, 60, 85
  parents' responsibility 23, 84-5, 98-9
  provide for parents and grandparents 25
  sexual abuse of 93, 126
**Circuit overseer**
  designates elders for appeal committees 125
  elders' meetings during visit 68, 71
  preparing for visit 72
  schedule during visit 76
  when to consult 67, 105
**Circumstantial evidence** 111
**Committees**
  (See individual committees by name)
**Confession**
  basis for mercy 113-14, 148
  encourage wrongdoer to confess 118
  voluntary 113
  without corroborating evidence 111
**Confidentiality** 79, 105, 127
**Cooperation**
  among elders 65-8
  between congregations 104
**Correspondence**
  judicial matters 110, 122, 124-5, 127-8, 130

  signed by presiding overseer 71
**Counsel**
  attitude toward receiving 88
  basis for 16, 86
  elders 44, 66, 87
  giving 85-7
  Service Meeting 45
  Theocratic Ministry School 46-7
  visiting speakers 43-4
**Courting or dating when not free to marry** 135
**Courts (secular)** 139-40
**Custody (child)** 139
**Disassociation** 101-4
  announcement 94-5, 101-2, 141
  Christian neutrality 140-1
  committee required 102
  implications of 101-2
  joining false religion 94-5
  reinstatement required 102
  report to branch 122
  viewed same as disfellowshipping 102-3, 141
  yearly review by elders 128-9
**Disaster (natural)** 25-6
**Disfellowshipping**
  announcement 122, 127-8
  appeal procedure 121-2, 124-8
  funeral for person 104
  if person moves 122
  mental incompetence 132
  of a marriage mate 98
  of a minor 98
  offenses that merit 92-6, 135-7, 141-2
  proper view of 103-4
  propriety of 100-101
  purposes served by 101
  report to branch 122, 127
  takes effect when announced 122
  yearly review by elders 128-9
**Disputes between brothers** 139-40
**Divisions (causing)** 95
**Divorce and remarriage** 133-5, 139
**Drugs (addictive)** 96

CAEKAERT/MAPLEY 001652

**Drunkenness** 95, 108-9
**Elder body**
  agenda for meeting 69-71
  appoint judicial committee 97
  chairman 71
  opinions of the minority 67
  use of Kingdom Hall 133
  when meets 68
  yearly review of disfellow-
    shipped 128-9
**Elders**
  care of family 19, 27
  cooperation 65-8
  disqualification 97
  submission to Christ 64-5,
    145-6, 153-4
**Employment** 137
**Engagement to marry** 132
  unilaterally breaking 132
**Evangelizing** 14-15, 28, 50-5,
  57-62, 74
**Evidence**
  acceptable 111
  changed 125
  circumstantial 111
  confession 111
  consider all 110-11
  of conspiracy 130
  of repentance 113-15, 121, 126,
    129
  report to branch 122, 127
**Extortion** 95
**Fits of anger** 96
**Forgiveness**
  of adultery by marriage mate
    134-5
  praying for 114
**Fornication**
  divorced couple 135
  ground for divorce 134
  judicial committee required
    108-9
  *por·nei´a* 92-4, 134, 141
**Fraud** 95, 108, 139
**Funeral for disfellowshipped
person** 104
**Gambling** 95, 136-7
**Greed** 95, 136
**Holidays (religious)** 94-5
**Homosexuality** 93, 111
**Hospital Liaison Committee** 22
**Idolatry** 95

**Illegal activities** 137-9
**Incest** 93, 118-9
**Insurance** 73, 140
**Interfaith** 94
**Judicial committee**
  appeal committee disagrees
    127-8
  appointment of 97, 109, 125
  chairman 109
  considers mental state 132
  disagreement with appeal
    committee 127-8
  hearing procedure 119-31
  informs elder body 79
  invites accused 110
  joint meeting 104
  monitors spiritual progress 124
  not automatically formed 97,
    118
  not limited to three members
    109
  preparation necessary 101, 150
  present at appeal hearing 125
  purpose 108-9, 113
  reinstatements 129-30
  responsibility of 107-16
  testimony of youths or un-
    believers 111
  two witnesses or confession
    required 109
  uncertainty as to proper
    decision 150
  when formed 96-7, 108-9, 138
**Judicial hearings**
  no tape-recording 110
  procedure 119-31
**Kingdom Hall**
  government requests for tempo-
    rary use 141
  maintenance 19, 80
  records concerning 73
  use for weddings 133
**Lesbianism** 93
**Loose conduct** 93, 96, 100
**Lotteries** 136
**Lying** 95, 113, 132
**Manslaughter** 92
**Marking** 100, 135
**Marriage**
  adulterous 135-6
  bond not automatically broken
    134

  conspiracy to put away mates
    130
  dating when not free to marry
    135
  marital due 134
  not free to remarry 135
  reenactment of ceremony 133
  remarriage 94, 133-5
  sexual matters 142
  to unbeliever 132-3
  use of Kingdom Hall 133
  vows 133
**Martial arts** 141-2
**Masturbation** 93-4
**Material assistance** 25
**Meetings (congregation)**
  circuit overseer's visit 76
  Congregation Book Study 40-2
  Public Meeting 42-4, 48
  Service Meeting 44-6, 48, 59
  Theocratic Ministry School
    46-8
  timing 48
  *Watchtower* Study 38-40, 48
**Meetings (elders')** 68-71
  agenda 69, 77-80
  preparation for 69-70
  well arranged 64
  when held 68
  when judicial matters arise 72,
    108-10
**Mental condition** 112, 126, 132,
  148
**Mercy** 111-12, 148-50
**Ministerial servants**
  appointment after wrongdoing
    131
  cooperation with 68
  disqualification 97-8, 124, 131,
    133, 142
  testing and training 27-9, 72,
    74
**Neutrality** 96, 101, 140-1
**Obscene speech** 95
**Overseers**
  encourage pioneer service 54-5
  initiative allowed 67-8
  maintain confidentiality 105
  take lead in evangelizing 52-3
**Patient Visitation Groups** 22
**Pioneers**
  applications, correspondence
    72, 75

CAEKAERT/MAPLEY 001653

disqualification 97-8, 124, 133, 141-2
elders encourage pioneer service 24, 29, 54-5
elders work with 15
encourage 24-5
field service arrangements 15, 25
spirit 77
*Por-nei'a* 92-4, 112, 134, 141
**Practice of sin** 96, 114, 121, 132
**Prayer**
at elders' meetings 65
at judicial hearings 119-20
for pioneers 54
restrictions 121-2, 131, 139
when giving counsel 86
when handling judicial matters 118
**Preaching work**
(See Evangelizing)
**Presiding overseer**
appointment and duties 71-3
chairman at elders' meetings 70
checks announcement of disfellowshipping 122
informed of wrongdoing 97
initiative allowed 67-8
prepares for elders' meetings 69-70
schedules public talks 42-3
service committee member 75
**Rape** 94, 118-19, 141
**Reinstatement** 128-31
announcement 130
attitude of others 129
basis for 129-30
Bible study with reinstated person 130
by original congregation 129-30
determining repentance 114-15
no hasty action 128
plea considered when requested 128-30
privileges restored 131
requirements for 121
restrictions imposed 131
spiritual assistance needed 130
when conspiracy was involved 130

yearly review by elders 128-9
**Repentance** 113-15, 129-30
during judicial hearing 113-14
**Reproof (judicial)** 119, 123-4
'before onlookers' 119-20, 123
**Restrictions** 121-2, 124, 131, 139
**Reviling** 95
**Secretary** 73-4
ministerial servant may assist 74
**Sects** 95
**Self-abuse** 94
**Self-defense** 141-2
**Service committee** 72-3, 75, 99, 129
**Service overseer** 74-5
**Sex, sexual**
abuse 17, 93, 126
hatred for perverted practices 142
misconduct 92-4, 112
relations by separated couple 135
relations with divorced mate 135
resuming relations with adulterous mate 134
**Shepherds**
assist those with special needs 20-7
guard God's flock 153-4
train others 27-9
**Slander** 95, 108
**Spiritism** 95
**Stealing** 95
**Suicide** 92
**Teaching**
at congregation meetings 38-48
how overseers teach 31-6
**Theocratic Ministry School overseer** 75-6
**Tobacco** 96
**Unbaptized publishers**
those desirous of becoming 75
wedded at Kingdom Hall 133
wrongdoing by 98-9
**Uncleanness** 92-3
**Violence** 96
*Watchtower* **Study conductor** 75-6
**Witnesses (judicial)**
all testimony heard 110-11

confront wrongdoer 118-19
for the accused 110, 119, 126
may need to testify 119
not present during entire hearing 119
party to or victim of wrongdoing 118-19
present for reproof before onlookers 119-20
report wrongdoing 118
to circumstantial evidence 111
to separate incidents 111
to wrongdoing 109, 120
two needed 120
unbeliever testimony 111
who qualifies 111
youth testimony 111
**Wrongdoers**
accountability to congregation 100
aim to recover 96, 113
appointed servant or pioneer 97-8, 124
attitude of 114-15, 120, 126, 142, 148
attitude toward 112-13
baptized minor 98
baptized person not associated 99-100
confess and seek help of elders 96, 118
discerning repentance of 112-15
facing accuser 118-19
married woman 98
persons who attend different congregations 104
reporting to secular authorities 138
unbaptized publisher 98-9
**Wrongdoing**
against an individual 108
committee not required in every case 97, 108-9
investigate 99, 102, 109
report to congregation 97
secular laws 137-9
two witnesses 109, 120
underlying reasons for 96, 126
varying degrees of 96
witnesses to same kind of 111

CAEKAERT/MAPLEY 001654

# Tab 17

Def. WTPA's 2d Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., Interrog. No. 19 (March 22, 2021)

Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,
and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF JURISDICTIONAL DISCOVERY** |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

        Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

        Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

        Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

        Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA'S SECOND
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' FIRST SET OF
JURISDICTIONAL DISCOVERY**

TO:   Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
Murnion, MEYER SHAFFER & STEPANS PLLC, 430 Ryman Street,
Missoula, MT 59802

COMES NOW Defendant Watchtower Bible and Tract Society of

Pennsylvania (hereinafter "WTPA"), by and through its attorneys, and provides

WTPA's second supplemental responses to Plaintiffs' First Set of Jurisdictional Discovery as follows:

**INTERROGATORY NO. 19**: Please describe the general manner in which Jehovah's Witnesses' elders are trained to perform their function at the local congregation level during the period of 1970 to 1995, including identification of what documents the elders were provided.

**ANSWER**: As with all publishers, elders receive spiritual education through the weekly meetings using The Bible as the primary text. In addition, from time to time (at least once every 5-7 years) elders participate in study sessions centering on the use of Bible principles to address matters of everyday life. Those sessions range in duration from one day to up to a week in length and are known as Kingdom Ministry School. The sessions are generally held in a Kingdom Hall near where a majority of elders in a circuit reside.

**FIRST SUPPLEMENTAL ANSWER**: The primary document used in training would be the New World Translation of the Holy Scriptures, which was previously produced as WTPA015653-020392. Other documents that may have been referred to include the Organized to Accomplish Our Ministry previously produced as WTPA033861-034084, the Kingdom Ministry School Course previously produced as WTPA000001-000136, and "Pay Attention to Yourselves and to All the Flock" previously produced as WTPA000137-000292.

DATED this 22nd day of March, 2021.

By: _____

Guy W. Rogers / Jon A. Wilson /
Aaron M. Dunn
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower*
*Bible and Tract Society of New York,*
*Inc., and Watch Tower Bible and*
*Tract Society of Pennsylvania*

## VERIFICATION

Philip Brumley states that he has read the foregoing *(Defendant WTPA's Second Supplemental Responses to Plaintiffs' First Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

Philip Brumley

Dated: March 22, 2021

# Tab 18

*1970 Yearbook of Jehovah's Witnesses* 37–41 (1970)

turmoil, hatred, and strife, and he has been trying to get every man's hand to rise up in anger against his neighbor. On the other hand, Jehovah's witnesses are preaching peace on earth. So under Jehovah's direction and by his undeserved kindness all of God's dedicated people will continue to declare "glory to God in high heaven, and peace on earth for men whom he favours!" (Luke 2:14, *Moffatt*) Many lovers of righteousness today are fleeing from Babylon the Great so as to gain God's favor, and so we will continue to preach peace on earth to those who want it, and we will show them how to gain it and help them to have that great pleasure of giving glory to God in high heaven. Those who drank deeply of the truths of God's Word as expressed in this delightful "Peace on Earth" assembly will always have in mind that "the fruit of righteousness has its seed sown under peaceful conditions for those who are making peace."—Jas. 3:18.

**WHO ORGANIZED THESE CONVENTIONS?**

Jehovah's witnesses are known world wide, and in most large cities throughout the world you will find Kingdom Halls of Jehovah's witnesses. But many people ask, who is behind the work of Jehovah's witnesses? Very simply stated, Jehovah God is behind these witnesses, and they are anxious to serve God. You will often hear them quote the text from Psalm 83:18, which says: "That people may know that you, whose name is Jehovah, you alone are the Most High over all the earth." Jehovah's witnesses love God and they want to serve him. But you may ask: How about the organization we see here in the earth? Just what makes it go? What keeps it together? Who is its organizer?

The modern-day witnesses of Jehovah are Christian witnesses, and, of course, the real organizer of Christians was Christ Jesus himself. He encouraged people who believed in Jehovah God and in himself as man's redeemer to come together in congregations and worship Jehovah in spirit and in truth. It is over nineteen hundred years ago that Jesus organized God's people for great activity. So, right down until this twentieth century, Christians, Jehovah's witnesses, have gathered together in congregations to do a work. They have a legal organization known as the Watch Tower Bible & Tract Society of Pennsylvania. This organization they use as a servant or steward to plan their activity and to provide them with spiritual food. This organization helps them with their understanding of the Word of God.

The Watch Tower Bible and Tract Society of Pennsylvania was incorporated by dedicated Christian witnesses of Jehovah in the year 1884. A number of dedicated men formed this Society in Allegheny, Pennsylvania. The purpose of this Society was to preach the good news of God's kingdom, and to help people live in a Christian way. This the people could do by studying the Bible and then living by its teachings.

There is a board of directors that is elected by those who make up the membership of this legal corporation, the Watch Tower Bible and Tract Society of Pennsylvania. This board of

CAEKAERT/MAPLEY 003210

directors has officers, a president, vice-president, and secretary-treasurer. These officers and directors see that the work is done in accordance with the purpose of the corporation. They see to it that the Holy Bible is studied and that material is prepared for publication that helps people to understand the Bible. This material is prepared by many persons throughout the world who are keen students of the Bible and who can write well. It is then sent to the headquarters organization at 124 Columbia Heights, Brooklyn, New York, and through a writing staff the material is edited by brothers who are of the anointed remnant and published in *The Watchtower* and *Awake!* or in bound books and booklets for distribution in many languages throughout the earth.

So really the governing body of Jehovah's witnesses is the board of directors of the Watch Tower Bible and Tract Society of Pennsylvania, all of whom are dedicated to Jehovah God and anointed by his holy spirit. They are keenly interested in advancing the knowledge of God and promoting his purposes world wide. Jehovah's blessing has been upon the Watch Tower Society and the other societies that cooperate fully with the Pennsylvania corporation. The charters of these other corporations are similar to that of the Pennsylvania corporation. Some of such corporations are the Watchtower Bible and Tract Society of New York, Inc., International Bible Students Association of England and of Canada. These, too, are interested in promoting Bible education throughout their countries.

In this day, with such a conglomeration of nations and rulers, it has been found necessary to establish corporations in different parts of the world. Therefore corporations have been established not only in England and Canada, as mentioned, but also in Germany, Brazil and elsewhere. All of these corporations have been organized by Jehovah's witnesses, people dedicated to doing the will of Jehovah God. They all look to the Watch Tower Bible and Tract Society of Pennsylvania as the mother organization that supervises the printing and publication of all the literature that has proved so beneficial to Jehovah's witnesses in their study of the Bible, and in their proclamation of the good news of God's kingdom.

66

Jehovah's witnesses do not honor any men, but they worship God. They do have deep respect for men who have been put in positions of overseership and who carry the responsibility of advancing Kingdom interests throughout the world. So the board of directors of the Pennsylvania corporation of the Watch Tower Society has the full cooperation of all the other societies throughout the world. Persons dedicated to Jehovah God do see eye to eye. If only all people could appreciate the words of the psalmist: "Know that Jehovah is God. It is he that has made us, and not we ourselves." (Ps. 100:3) When an individual gets to appreciate that, then he will appreciate, too, that Jehovah God has an organization and that he is working through such organization. Jehovah's witnesses are a people made up of all languages, nationalities and tongues. They use the Watch Tower Bible and Tract Society of Pennsylvania to arrange conventions, such as those just described, the "Peace on Earth" International Assemblies, to build printing plants for the publication of Bibles, the *Watchtower* and *Awake!*

CAEKAERT/MAPLEY 003211

magazines, and other Bible textbooks and booklets. This corporation also sends out special ministers, such as circuit and district servants, to visit all the congregations of Jehovah's witnesses throughout the world. These servants come under the direction of branch servants who are appointed by the president of the Watch Tower Bible and Tract Society of Pennsylvania.

Jehovah's witnesses are very much interested in education in Bible truths. So the Watch Tower Society has organized the Theocratic Ministry School, the Kingdom Ministry School, the Watchtower Bible School of Gilead and regular meetings for the study of the Bible and the publications of the Society. All of this serves to bind Jehovah's witnesses together in all parts of the earth as they do the marvelous work of declaring the good news of God's kingdom in all nations for a witness to them. After that work is accomplished the end of this wicked system of things will come.

## THEOCRATIC MINISTRY SCHOOL

The chart on pages 26 to 33 of this book shows that there are 25,694 congregations of Jehovah's witnesses throughout the world. Each of these congregations has a Theocratic Ministry School. Jehovah's witnesses feel it advisable to be enrolled in this school, which schooling never terminates. Therein they receive good training in speaking. Individuals are regularly assigned to speak on various Bible subjects. They have to do research in this school, so most congregations of Jehovah's witnesses maintain small libraries in their Kingdom Halls for the use of the congregation.

67

This schooling is not only for Jehovah's witnesses; many persons who have not yet dedicated their lives to do God's will join the school. Some are young persons who have begun coming to the congregation meetings of Jehovah's witnesses, while others are older individuals. These enroll in the school because of the great spiritual benefit it is to them. These students soon find out that they are able to express themselves much better, and they are given good training through an advanced speech training course. This school is in session for about one hour each week. It is usually tied in with the service meeting in the various congregations throughout the world. The school starts with an instruction talk on some important subject, chosen by the Society; the Theocratic Ministry School servant, or some other capable individual in the congregation, gives this talk. Following this there are four student talks given, generally two by male members and two by female members of the congregation. These persons talk 6 or 7 minutes. The Theocratic Ministry School servant gives good counsel to these individuals on how they covered the assigned material, if it was presented properly and clearly, etc. Each one of Jehovah's witnesses is sincerely trying to use delightful and "correct words of truth" from the Word of God. They want to express the truth to others in an appealing and helpful way. This Theocratic Ministry School helps one do this.

CAEKAERT/MAPLEY 003212

Every one of Jehovah's witnesses knows that wisdom is vital and that they must turn to the Bible for this wisdom. That is why the wise man said, as recorded in Proverbs 4:7: "Wisdom is the prime thing. Acquire wisdom; and with all that you acquire, acquire understanding." Jehovah's witnesses want to understand the Bible, and they want to help others understand the Bible. Since 1943 Jehovah's witnesses have been enjoying the Theocratic Ministry School. It has helped them improve their presentation of the Kingdom message, and every individual in the school knows that he is making progress year by year as he improves in the use of grammar, pronunciation, argumentation, logic and understanding of the Holy Scriptures. Jehovah's witnesses are anxious to help people of all nations understand the truth. So with 68 simplicity they hold forth to the world a knowledge of God's Word. Would you like to be in a school that never has a graduation, but continues year after year so that the student can always observe the progress he is making? If you are not enrolled in the Theocratic Ministry School in your congregation, then now is the time to see the Theocratic Ministry School servant.

**KINGDOM MINISTRY SCHOOL**

This school was especially organized by the governing body of Jehovah's witnesses of the Watch Tower Bible and Tract Society of Pennsylvania for the benefit of the overseers in the congregations of Jehovah's witnesses. The training period is just two weeks in duration, but all day long. The congregation servants, assistant congregation servants and Bible study servants in the congregations of Jehovah's witnesses are invited to attend this school. Generally these brothers come to the branch office location for the schooling; but if this is not convenient, they go to some Kingdom Hall in a city where they can receive this two-week course. The classes usually consist of twenty-five students, but all of these men are ordained ministers.

It must be remembered that many new persons are coming into Jehovah's organization each year. During the 1969 service year 120,905 were baptized in symbol of their dedication. Sometimes within two or three years, or a little longer, many of these men become ministerial servants and have to take on special responsibility within the organization. This school is to help them better appreciate their responsibilities and to study some of the deeper things of God's Word the Bible. They delve into a study of the doctrines of God's Word, also the modern-day organization and what their privileges are as overseers or ministerial servants.

During the past few years in the United States of America the Kingdom Ministry School has been based in Brooklyn, New York. During the year 1969 there were twenty-four sessions of two weeks each conducted; however, only three of them were held in New York and twenty-one were in Pittsburgh, Pennsylvania, at the Society's office building and Kingdom Hall 69 located at 4100 Bigelow Boulevard. We were too crowded in Brooklyn during the past year to accommodate the usual classes of fifty students each. So the school was temporarily

CAEKAERT/MAPLEY 003213

transferred to Pittsburgh. It will probably operate there for a while yet until we have sufficient room in Brooklyn to accommodate the students once again.

In the United States during the past year there were 1,207 brothers who went through the two-week training period. Of this number 439 were congregation servants, 729 were assistant congregation servants and 39 were Bible study servants. They came to Pittsburgh or Brooklyn from all parts of the United States.

The Kingdom Ministry School had its beginning in 1959 in the United States, and schools of a similar nature were started in the branch offices throughout the world after that. During the ten and one-half years of its operation in the United States 10,329 students have been given this special schooling.

The brothers who get this training pay their own way to and from the school. Many of the brothers take their two-week vacation period to attend the school. Classes are arranged for a year in advance. In many countries all the overseers of the congregations have been given the schooling as well as the assistant congregation servants and Bible study servants. In Canada, England, Germany, and a few other countries, as well as the United States, the school is continuing to operate. From time to time, when there are enough new overseers and ministerial servants to be trained, the school is opened again by the branch office and twenty-five students are called.

This schooling has proved to be very advantageous world wide in helping the brothers who are overseers or ministerial servants and who are very interested in the sheeplike ones in the congregation. One group that finished a two-week session wrote this: "We knew we had the truth when we came here, but we are more firmly convinced of how deeply rooted in the Bible Jehovah's organization is. You have given us a deeper sense of respect, love, hard work and Christian responsibility. So now we will go home in front of Jehovah's people as better shepherds. Thanks to Jehovah, and the Society, for the wonderful teaching we have received here." Letters of this kind are numerous, and the Society is very happy that it can operate the Kingdom Ministry School and keep it going to aid the congregation servant, his assistant, and the Bible study servant.

The brothers in the cities where the school is conducted, such as Pittsburgh in the United States, are very kind in that they accommodate these students free of charge in their homes. The Society arranges for the group to be fed at the place where the school is conducted. When the school is held in the branch office, the students stay in the Bethel home, if that is possible, and eat with the Bethel family. It is marvelous to see how anxious the brothers and sisters in the various congregations are when it comes to helping to keep the school going in different parts of the world for the blessing of their fellow workers. 70

## WATCHTOWER BIBLE SCHOOL OF GILEAD

CAEKAERT/MAPLEY 003214

Brooklyn Bethel home constructed in 1950, showing 1927 structure on far end and 1969 building in foreground at right

**[Picture on page 77]**                    77

Addition to Bethel home completed in 1960, with roof of 1969 building in close foreground

**[Picture on page 77]**

Latest addition to Brooklyn Bethel; three historical buildings and large apartment at right also provide housing for family

**[Picture on page 82]**                    82

Completed in 1956

Purchased in 1958

Dedicated in 1968

Built in 1927; enlarged in 1937 and 1949

Watchtower factories in Brooklyn cover four city blocks

Copyright © 2021 Watch Tower Bible and Tract Society of Pennsylvania.

CAEKAERT/MAPLEY 003233

# Tab 19

*Branch Organization Manual* 23-1, ¶¶ 1–5 (1977)

B R A N C H   O R G A N I Z A T I O N

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 001819

23. S C H O O L S   F O R   T H E O C R A T I C   T R A I N I N G

1. KINGDOM MINISTRY SCHOOL: The revised Kingdom Ministry School program will offer 15 hours of study for elders in five units of instruction of three hours each. In most cases there will be two instructors for each school. Each instructor will handle half of a teaching unit. From time to time supplementary refresher courses may be arranged for and administered in this way to offer progressive training for this school program.

2. Scheduling of the school sessions can be flexible. Three units could be covered on Saturday and two units on Sunday. In this way the school could be conducted over a weekend. Or, one unit of three hours could be covered each evening with the course running for five evenings. In some cases day-time classes may be preferable, with the course running for two and a half days. It will be up to the branch office to schedule school sessions in harmony with what is best locally.

3. This school is primarily open to the appointed elders in the congregations. It is recommended for the entire local body of elders of a congregation to attend the school at the same time. For this reason the Governing Body has authorized a special program whereby all the elders in a given branch area may be offered the same course in a comparatively short time, perhaps three to five weeks. This will be organized through the circuit overseers. Each circuit will have a Kingdom Ministry School of two instructors appointed by the Society. Sessions of twenty-five or so students in a circuit will be conducted in local Kingdom Halls until all the elders who desire to attend have attended this refresher course. Some circuits will have six or more sessions to complete the number of elders attending. An enrollment form filled out by the circuit overseer and finally approved by the branch office will guide and govern the enrollment in these schools.

4. In some countries congregations may have only a few elders or none at all, with ministerial servants serving in place of overseers, or in rare cases, some may not even have ministerial servants, yet those available are used to help local congregations keep functioning and handle correspondence. Some of these may also be brought to the school. This is left to the discretion of the Branch Committee.

5. The revised textbook is entitled "<u>Pay Attention to Yourselves and to All the Flock</u>." A further refresher course may be offered periodically using additional textbook supplements if necessary. After each refresher course each student will be permitted to take his textbook home with him for further use. In this way every congregation will have several of these textbooks available for the elders to use to guide the congregations in unity and harmony. In countries that are under ban or where there are serious restrictions, branches may supply the congregations with at least one copy of the current revised textbook to be kept in a safe place for the local elders to use and to study on their own. When the circuit overseer visits, he can help the elders by teaching them from the book they already have on hand.

6. PIONEER SERVICE SCHOOLS: Pioneer Service Schools are established

23-1

CAEKAERT/MAPLEY 002035

# Tab 20

*Keeping a Clean Organization of Talkers*, Vol. LXXV The Watchtower 13, at 17 (1954)

*Organized to Accomplish our Ministry* 42–43, 47–52 (1983)

*Preaching and Teaching in Peace and Unity* 50 (1960)



# The WATCHTOWER

*Announcing*
## JEHOVAH'S KINGDOM

**JANUARY 1, 1954**
Semimonthly

**THEY SHALL TALK OF THE GLORY OF JEHOVAH'S KINGDOM**

---

**KEEPING A CLEAN ORGANIZATION OF TALKERS**

---

**"BECOME DOERS OF THE WORD, AND NOT HEARERS ONLY"**

---

**COMMUNISTS CONVERT CATHOLIC CLERGY**

---

**CONTENDING ACCORDING TO THE RULES?**

©WTB&TS

"YOU ARE MY WITNESSES," SAYS JEHOVAH.—Isa. 43:12

WTPA063214

# THE PURPOSE OF "THE WATCHTOWER"

Literal towers in Bible times were elevated vantage points from which watchmen could observe happenings, warn of danger, or announce good news. Our magazine figuratively occupies such a vantage point, for it is founded on the very pinnacle of wisdom, God's Word. That elevates it above racial, national and political propagandas and prejudices, frees it from selfish bias. It is not bound by any traditional creed, but its message advances as the light on God's purposes and works increases.—Habakkuk 2:1-3.

It sees things Scripturally. When it observes this generation afflicted with greed, delinquency, hypocrisy, atheism, war, famine, pestilence, perplexity and fear, and persecution of unpopular minorities, it does not parrot the old fable about history repeating itself. Informed by Bible prophecy, it sees in these things the sign of the world's time of the end. But with bright hope it also sees opening up for us just beyond these woes the portals of a new world.

Thus viewed, "The Watchtower" stands as a watchman atop a tower, alert to what is going on, awake to note signs of danger, faithful to point out the way of escape. It announces Jehovah's kingdom established by Christ's enthronement in heaven, feeds his kingdom joint-heirs with spiritual food, cheers men of good will with glorious prospects of eternal life in a paradise earth, comforts us with the resurrection promise for the dead.

It is not dogmatic, but has a confident ring in its voice, because it is based on God's Word. It does not privately interpret prophecy, but calls attention to physical facts, sets them alongside prophecy, and you see for yourself how well the two match, how accurately Jehovah interprets his own prophecy. In the interests of our salvation, it keeps sharp and faithful focus on Bible truth, and views religious news generally.

'Be watchful in these perilous times,' God admonishes. So keep on the watch by regularly reading "The Watchtower".

PUBLISHED BY THE WATCH TOWER BIBLE & TRACT SOCIETY
117 Adams Street     Brooklyn 1, N. Y., U. S. A.
N. H. KNORR, *President*     GRANT SUITER, *Secretary*

**"They will all be taught by Jehovah."—John 6:45, *NW;* Isaiah 54:13**

## CONTENTS

Contending According to the Rules? ... 3
They Shall Talk
    of the Glory of Jehovah's Kingdom ... 4
Keeping a Clean Organization of Talkers ... 13
Jew Teaches Moslem Christianity ... 19
"Become Doers of the Word,
    and Not Hearers Only" ... 20
False Shepherd's Flock Obtains Truth ... 26
Individually Choosing
    the Destiny of Eternal Life ... 27
Communists Convert Catholic Clergy ... 28
Questions from Readers ... 30
Announcements ... 32
Check Your Memory ... 32

Abbreviations used in "The Watchtower" for the following Bible versions

| | | | |
|---|---|---|---|
| *AS* | – American Standard Version | *LXX* | – The Septuagint Version |
| *AT* | – An American Translation | *Mo* | – James Moffatt's version |
| *Da* | – J. N. Darby's version | *NW* | – New World Translation |
| *Dy* | – Catholic Douay version | *Ro* | – J. B. Rotherham's version |
| *ED* | – The Emphatic Diaglott | *RS* | – Revised Standard Version |
| *Le* | – Isaac Leeser's version | *Yg* | – Robert Young's version |

Unless otherwise indicated, the Bible used is the King James Version

Printing this issue: 1,800,000     Five cents a copy

PUBLISHED IN THE FOLLOWING LANGUAGES

| Semimonthly | | Monthly | |
|---|---|---|---|
| Afrikaans | Indonesian | Arabic | Portuguese |
| Cebu-Visayan | Italian | Cibemba | Russian |
| Danish | Japanese | Cinyanja | Siamese |
| English | Norwegian | Cishona | Silozi |
| Finnish | Pangasinan | Greek | Slovak |
| French | Slovenian | Ibo | Twi |
| German | Spanish | Kanarese | Ukrainian |
| Hiligaynon-Visayan | Swedish | Korean | Urdu |
| Hollandish | Tagalog | Malayalam | Yoruba |
| Ilocano | Zulu | Polish | |

Watch Tower Society offices     Yearly subscription rate
America, U.S., 117 Adams St., Brooklyn 1, N.Y.     $1
Australia, 11 Beresford Rd., Strathfield, N.S.W.     8/-
British West Indies, 21 Taylor St., Port of Spain, Trinidad     $1.72
Canada, 40 Irwin Ave., Toronto 5, Ontario     $1
England, 34 Craven Terrace, London, W. 2     7/-
Jamaica, 151 King St., Kingston     7/-
New Zealand, G.P.O. Box 30, Wellington, C. 1     7/-
South Africa, Private Bag, P.O. Elandsfontein, Transvaal     7/-

Remittances should be sent to office in your country in compliance with regulations to guarantee safe delivery of money. Remittances are accepted at Brooklyn from countries where no office is located, but International money order only. Subscription rates in different countries are here stated in local currency. Notice of expiration (with renewal blank) is sent at least two issues before subscription expires. Change of address when sent to our office may be expected effective within one month. Send your old as well as new address.

Entered as second-class matter at Brooklyn, N. Y.,
Act of March 3, 1879. Printed in U. S. A.

WTPA063215



# Keeping a Clean Organization of Talkers



**M**ANY persons have associated themselves with Jehovah's witnesses and have mixed in with them, and we believed they were sincere because of their association and the course of action they had taken. But some have come that we do not want. The reason is that they are selfish. They have no love for God or for their neighbor. They are still of the old world and they believe that the old-world practices can be worked into this New World society. Jehovah will not allow it. Jude wrote: "I found it necessary to write you to exhort you to put up a hard fight for the faith that was once for all time delivered to the holy ones. My reason is that certain men have slipped in who have long ago been appointed by the Scriptures to the judgment described below, ungodly men, turning the undeserved kindness of our God into an excuse for loose conduct and proving false to our only Owner and Lord, Jesus Christ." (Jude 3, 4, *NW*) It is this type of person that we must be careful about. He is a hypocrite! His philosophy or his way of thinking has no place in the New World society. Only those devoted to blessing Jehovah will gain life. Jude continues and says: "But you, beloved ones, by building up yourselves on your most holy faith, and praying with holy spirit, keep yourselves in God's love, while you are waiting for the mercy of our Lord Jesus Christ with everlasting life in view." (Jude 20, 21, *NW*) Those taking the right course will be blessed. Those who oppose and are unclean will lose every-

thing, even life. [2] In this connection it is written: "Men shall speak of the might of thy terrible acts; and I will declare thy greatness." (Ps. 145:6, *AS*) As one of Jehovah's terrible acts, take, for example, the destruction of the city of Jericho. What a mighty and terrible act! Jehovah God had promised to lead his people into the land of milk and honey and he did so and assured them that he would win their battles for them. So he told them how Jericho would be destroyed. You can read the account in the the Bible, at Joshua 6:1-26 (*NW*). Jehovah God was watching every move of his people and they did as Jehovah commanded. They did their part; Jehovah did his. The walls fell. You well say it was a miracle. After the walls fell Jehovah was still interested in his chosen people. He wanted them to remain clean and obedient.

[3] But now the selfish Achan came to view. (Josh. 7:1-26, *NW*) The whole nation of Israel must have trembled after Achan was exposed, for this searching out of the selfish one showed the mightiness and alertness of Jehovah God. Achan turned thief. To the Israelites he looked clean outside; but he was not, because he was dirty inside. His philosophy for survival was selfishness, not love, not worship of Jehovah God, not following His commands. No, he thought he knew better than to carry out Jehovah's organization instructions. Joshua, the one chosen to lead Jehovah's people, was speaking for Jeho-

---

1. As foretold by Jude, who have come into the congregation that we do not want there, and what will their end be?

2, 3. As one of Jehovah's acts to speak about, how may what he did at Jericho be spoken of, and through what course of action did an undesirable Israelite come to view?

13

WTPA063226

[16] So, after having brought the message of peace into a home and having told in that home the glories of Jehovah's kingdom, we do not want them to forget it. Remember, you are so much more mature than those people to whom you have given their first taste of Jehovah's truth. You have the truth settled in your mind; by it you have been made strong; your faith is powerful. Paul and Barnabas knew that. So they went back to their brothers whom they had given the truth; yes, to every one of the cities they had visited. They wanted to strengthen them in the Word of God, which, as Jesus said, is the truth. We have to follow that God-given pattern of action, and we do organizationally at the Watch Tower Society's headquarters, because from there circuit servants and district servants are sent from congregation to congregation, so that if we see anything that is wrong in the congregation or anything that is dampening its zeal, anything that is slowing down its members, the mature visiting servants of Jehovah God can remove the hindrance and build them up again in the most holy faith.

[17] Servants in the various congregations should always be looking after the flock of God and calling back on those who are weak in faith and teach them how to go from house to house. Look after those who are isolated and live in rural territory and who have shown interest. The congregation servant with his assistants or others should get out there to look after them when at all possible. They are other sheep, they are scattered, they must be brought together and fed. As it is written of the early congregation: "Every day in the temple and from house to house they continued without letup teaching and declaring the good news about the Christ, Jesus."
—Acts 5:42, *NW*.

[18] Now that we have come into this fortieth year of Jehovah's kingdom, can we let up? No; rather, recall that over 1900 years ago Jesus was impaled; he was tortured, put to death by conspiring religionists and politicians. That certainly must have been a blow to those early followers of Jesus. It was A.D. 33 when these startling things happened. Things looked dark then for Jesus' disciples whom he had sent to preach; but later, from Pentecost on, they had to continue to go from house to house without letup. Now today, we who have, for many years, been preaching the good news during the very last days of this system of things, are we going to let up? Slow down? Go into retirement? We cannot. Today we see the Kingdom more clearly than we did back there in 1914 or 1918 or 1931 or any previous time. We feel its power; we see its activity. So, just like Jesus' apostles, we have to continue without letup declaring and teaching the good news of this glorious kingdom of Jehovah God. Great work is yet before us, and the New World society will do it.

[19] Psalm 145, the basis for this article, is a very "talkative" one; it is expressive; it keeps on declaring things. And if you read that psalm verse by verse you will find that you are told to extol, praise, laud, declare, meditate, speak, utter, sing, talk, and "make known to the sons of men his mighty acts, and the glory of the majesty of his kingdom." Oh, how the psalmist wanted us to talk! He was anxious to talk, he wanted to say things about the glories that he foresaw away back there, thousands of years ago; but now we are right up here in that glory of Jehovah's kingdom. We certainly should be talking about it, 'making known to the sons of men his

---

17. How and among whom should congregational servants specially 'declare and teach'?

18. Seeing today's Kingdom realities, how are mature and maturing house-to-house preachers affected by such vision?

19. What several modes of expression does the ancient writer of Psalm 145 urge Jehovah's willing earthly praisers to use?

# ORGANIZED
# TO
# ACCOMPLISH
# OUR MINISTRY

"You, though, keep your senses in all things, suffer evil, do the work of an evangelizer, fully accomplish your ministry."—2 Tim. 4:5.

WTPA028731

COPYRIGHT, 1983
by

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA


Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

The presiding overseer serves as chairman at meetings of the body of elders. Communications and important records of the congregation are handled by the secretary who keeps the elders informed about important communications. Arrangements for field activity and other service-related matters come under the direction of the service overseer. The specific duties of these brothers, along with the *Watchtower* Study conductor, Theocratic Ministry School overseer and others who make up the body of elders, are set out from time to time in *Our Kingdom Ministry* and letters from the Society. Whenever appointments, deletions or removals of overseers and ministerial servants take place, appropriate announcements are made to the congregation. This enables all concerned to know who are currently serving within the local congregation and they can thus cooperate with the arrangement that is in effect.

It is suggested that the body of elders in each congregation meet periodically to discuss matters related to the spiritual progress of the congregation. Two such meetings are held each year in conjunction with the regular visits of the circuit overseer. About three months after each visit of the circuit overseer, a meeting can be scheduled. These four meetings during the year would most likely be sufficient for resolving any matters requiring the attention of the entire body of elders. Of course, the elders may convene at any time circumstances make it advisable. But if each one gives proper attention to his assigned duties and if the work of the elders is being adequately supervised and coordinated through the presiding overseer, meetings involving the entire body of elders can be kept to a minimum. Additionally,

all the elders in the circuit meet with the circuit and district overseers during the week of the semiannual circuit assembly.

### CONGREGATION SERVICE COMMITTEE

There are certain duties that are cared for by the Congregation Service Committee, made up of the presiding overseer, secretary and service overseer. Members of this committee are involved in handling and signing various forms, such as those used in connection with literature inventories, orders, field reports and recommendations for appointment or removal of overseers, ministerial servants or regular pioneers. From time to time the Society calls upon the Congregation Service Committee to perform other duties.

### OTHER RESPONSIBILITIES OF ELDERS

The presiding overseer is responsible for overseeing the Service Meeting. Periodically, however, he may invite another elder to look after this assignment for a certain month. Depending on the number available and their individual abilities, various elders handle assignments in connection with the other congregation meetings each week. These meetings are planned, outlined and prepared in advance so that they will be instructive and spiritually upbuilding. The elders are responsible for presenting instructive public talks. These also take much time in preparation. Besides teaching in the congregation, the elders also take the lead in the field ministry. They work along with the publishers, setting the example.—Heb. 13:17; 1 Pet. 5:3.

### CONGREGATION BOOK STUDY CONDUCTOR

One of the outstanding privileges in the congregation is to serve as a Congregation Book Study

each year. The city overseer does not exercise jurisdiction in any congregation other than the one in which he serves as an elder. The Society's branch office may wish to communicate with him on various matters, such as expired subscriptions or arrangements for assemblies and schools that may be held in his city. However, the branch deals directly with each congregation in regard to literature supplies, monthly field service reports and other matters.

### CIRCUIT OVERSEER

The Governing Body appoints qualified elders to serve as circuit overseers. These are assigned by the branch office to visit, on a regular basis, the congregations that make up their circuits, usually twice a year. They also periodically visit pioneers, special pioneers or missionaries serving in isolated territory. They plan their routing and notify each congregation sufficiently in advance so the visit will result in the most benefit.

The presiding overseer takes the lead in organizing matters so the visit will prove spiritually refreshing to all. (Rom. 1:11, 12) After he receives notification of the visit and information about the needs of the circuit overseer and his wife, if married, he makes arrangements through various brothers to get the needed literature supplies, accommodations and other necessary things. He makes sure all, including the circuit overseer, are informed of these arrangements.

The circuit overseer will contact the presiding overseer regarding the scheduling of meetings, including meetings for field service. These will be arranged in accord with what is directed in *Our Kingdom Ministry,* letters from the branch, local circumstances and the circuit overseer's suggestions. All need to be informed in advance

concerning the time of the meetings with the congregation, with the pioneers and with the elders and ministerial servants, as well as the places and times of meetings for field service. This will enable all to adjust their affairs so they can benefit from the entire week's activities.

Since the circuit overseer will check the congregation's records on Tuesday afternoon, such records should be in good order and available before he arrives. The presiding overseer will be sure to have them at the location where they will be checked. It is helpful if the presiding overseer or the secretary is available to render any assistance needed. The circuit overseer checks the Congregation's Publisher Record cards, monthly field service reports, meeting attendance records, territory records and the accounts. This will give him some insight as to possible needs of the congregation and how he may be of assistance to those responsible for keeping these records.

During his visit the circuit overseer takes time to speak with the brothers individually as he is able—at meetings, out in the field service, while enjoying their hospitality at mealtimes and otherwise. Additionally, he meets with the elders and ministerial servants, sharing appropriate Scriptural counsel, suggestions and encouragement that will help them shoulder their responsibilities in serving and shepherding the flock in their care. (Prov. 27:23; Acts 20:26-32; 1 Tim. 4:11-16) He also meets with the pioneers to encourage them in their work and give personal assistance with any problems they may be encountering in their ministry.

If there are problems that need attention, the circuit overseer will either handle these or assist the elders to the extent possible while he is with

WTPA028778

the congregation. He will strive to help the elders or individuals involved to locate the Scriptural direction that applies. If there has been some serious wrongdoing and the elders need his assistance in handling such, he will set aside time for this purpose. If there is anything that the branch office needs to do in following through, he and the elders will provide the office with a detailed report on the matter.

While with the congregation the circuit overseer attends the regular congregation meetings. These may be adjusted from time to time in harmony with directions in *Our Kingdom Ministry,* letters from the branch office or other directives from the Society. He will give several talks to the congregation. His objective will be to encourage, fortify and motivate the congregation. He will strive to build in each one love and appreciation for Jehovah, Jesus Christ and the organization. He will encourage zealous participation in field service, providing practical suggestions on how to do the work effectively.

One of the primary objectives of the circuit overseer's visit is to provide leadership in field service. Many in the congregations have been able to adjust their schedule so that they could have a fuller share in field service that week. Some have been able to arrange to be auxiliary pioneers the month of his visit. Could you do so? Those desirous of working with him or his wife can make an appointment to do so through the presiding overseer. Much good has been accomplished by taking the circuit overseer or his wife on Bible studies and return visits. At times adjustments have to be made to do this during his visit, but the benefits are worth it. The circuit overseer is encouraged to arrange for an early

start in field service each day and to spend full days in service, taking into consideration local circumstances. Your extra effort to give full support to this aspect of the week's visit is deeply appreciated.—Prov. 27:17.

Circuit assemblies are arranged twice a year for each circuit. The circuit overseer is responsible for the operation of the assembly organization on these occasions. On the circuit overseer's recommendation the Society appoints permanent assembly personnel: an assembly overseer, an assistant assembly overseer and a news representative. They are to work closely with the circuit overseer in caring for the assembly organization. This will enable the circuit overseer to give his primary attention to the assembly program. The circuit overseer designates other capable men to care for various departments. He also arranges for an audit of the circuit accounts after each circuit assembly.

The circuit overseer reports his field service directly to the Society at the end of each month. He also submits a report on certain necessary expenses incurred, such as for travel, food and lodging, if these are not covered by the congregations. Additionally, the Society provides him with a small allowance for personal things and he receives literature and magazines at pioneer rates. These traveling representatives have confidence that, as Jesus promised, material needs will be provided if they seek continually the interests of Jehovah's Kingdom. (Luke 12:31) The congregations will want to be conscious of their privilege to display hospitality to these devoted elders who serve them.—3 John 5-8.

WTPA028780

### DISTRICT OVERSEER

The district overseer is a traveling elder who is also appointed by the Governing Body and assigned by the branch office to serve a number of circuits that comprise a district. He serves as chairman of the circuit assembly programs in his district and gives the public discourse on such programs. He works the first part of each week with a host congregation in the circuit being served. He takes the lead in group witnessing and gives an upbuilding Scriptural talk to the host congregation.

The branch office assigns each circuit the dates for its circuit assembly, and when the circuit overseer has secured assembly facilities for these dates he notifies the branch office. The branch office notifies the district overseer of this schedule, which he now follows as his assigned routing. Due to travel distances for the publishers and the small size of assembly facilities, some circuits have to be divided into sections with a circuit assembly held for each section. The district overseer is informed of this and spends a week in the circuit for each circuit assembly to be held. In advance he works out with the circuit overseer which congregation can appropriately be the host congregation for each circuit assembly.

The district overseer gives encouragement to the circuit overseer and his wife (if married) and offers helpful suggestions to assist them with their work. This he does on Tuesday afternoon of his visit. From time to time the branch office will outline points that they can beneficially discuss in this meeting. The circuit overseer and his wife may have questions on which they desire assistance. (Prov. 20:5) The district overseer, too, may have points to share due to things he

WTPA028781

has learned through experience and observation. Privately, the circuit overseer may want to discuss the needs of the circuit and points that the district overseer may be able to work into his talks on the circuit assembly program or at his meeting with the elders of the circuit.

While working with the host congregation during the first part of the week, the district overseer will give a talk to the congregation and attend an abbreviated Congregation Book Study on Tuesday evening. If the elders need advice or assistance with some congregation matters, they will let him know this in advance and he will meet with them. Primarily, during the week he will take the lead in group witnessing. He and his wife will have a full schedule for field service. The circuit overseer and his wife will also give full support to the field service activity that week. The presiding overseer will make sure all are informed of the arrangements for meetings for service. He will also see that adequate territory is available and make appointments in behalf of any who have requested to work with the traveling overseers.

At the conclusion of the circuit assembly (or assemblies) the district overseer will send the branch a report on how the program was presented and received in that circuit. Also, he will report on the spiritual condition and the needs of the circuit. Once a month he also reports his field service and expenses. His accommodations and expenses are cared for in the same way as those for the circuit overseer.

### BRANCH COMMITTEE

In each of the branch offices of the Watch Tower Society throughout the world, three or more spiritually qualified and mature brothers

# PREACHING
# AND TEACHING
# IN PEACE
# AND UNITY

"Seek peace and pursue it.
For Jehovah's eyes are upon the righteous."
—1 Pet. 3:11, 12.

ISSUED JANUARY 1, 1960, BY THE

**WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
BROOKLYN, N. Y.**

Made in the United States of America

WTPA066250

the office at 124 Columbia Heights or to the branch office and tell the Society what "Your Contribution Prospects" are, and then from time to time throughout the year the contribution for the Kingdom work can be sent, either in the full amount or in smaller portions, by check, money order or bank draft to the Watch Tower Bible and Tract Society of Pennsylvania, Treasurer's Office, 124 Columbia Heights, Brooklyn 1, New York, or to your nearest branch office.

153 In addition to these contributions the congregation publishers will support their own Kingdom Hall and the expansion of the work locally. If the congregations have any excess, then they can, through the committee, decide what portion of the funds they would like to send to the Society's office to be used in the Kingdom service work. The same would be true concerning the amounts left over from circuit assemblies. A portion of this may be sent to the Society for Kingdom use.

## CIRCUIT AND DISTRICT ACTIVITY

154 To assist congregations as well as those living in unassigned territory, the Society arranges for regular visits by circuit and district servants, who are selected and appointed by the Society. A number of congregations comprise a circuit, while a number of circuits make up a district. Each congregation and isolated publisher group will be visited approximately every four to six months by the circuit servant. A circuit assembly, presided over by the district servant, will be arranged in each circuit approximately every six months. Because of distance or other circumstances a circuit may be divided into two sections with a regularly scheduled circuit assembly arranged for each section.

## CIRCUIT SERVANT

155 The circuit servant will be given a list of congregations in his circuit showing names and addresses of congregation servants and of publishers, missionaries, pioneers, and special pioneers living in unassigned territory in his circuit, and will arrange to visit these regularly too. Some can be assisted while he is serving congregations. Where two groups are close together, possibly a week can be divided between them. A full week may be spent with isolated publishers, though, and especially so if these isolated ministers are special pioneers or missionaries.

156 At the first of each month he will make up the most practical and economical routing for the month beginning

WTPA066299

# Tab 21

*1975 Yearbook of Jehovah's Witnesses* 204 (1974)

# 1975

# YEARBOOK

## of Jehovah's Witnesses

Containing Report for the Service Year
of 1974

Also Daily Texts and Comments



*Corporate Publishers*

**WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA**

**WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.**

**INTERNATIONAL BIBLE STUDENTS ASSOCIATION**

124 Columbia Heights
Brooklyn, N.Y. 11201, U.S.A.

Branch offices appear on last page

Made in the United States of America

WTPA056815

The inference also was clear. Jehovah's servants had work to do and there would be some time remaining in which to do it.

### VISITING SHEPHERDS OF THE FLOCK

At that 1942 assembly it was announced that representatives of the Watch Tower Society would regularly visit congregations of God's people. (Zone servants had previously done such work, but their activities, and those of regional servants, as well as the holding of zone assemblies, had been discontinued as of December 1, 1941.) The sending out of the Society's traveling representatives was to be resumed on October 1, 1942. These brothers were known as "servants to the brethren," comparable to circuit overseers of today. "They would examine records of the congregations and assist the brothers in advancing the Kingdom interests," says Sister J. Norris. "All of this made us conscious of Jehovah's care for his people through his organization."

From October 15, 1946, onward some new features were to be introduced in connection with this work. The field would be divided into circuits, each of about twenty companies (congregations). These would be served for one week by the traveling overseers, primarily concerned with assisting the Witnesses in their house-to-house preaching. Twice a year all the congregations in a circuit would assemble at one point for a three-day circuit assembly, over which a "district servant" would preside. In succeeding years there have been adjustments in this arrangement, and you are benefiting from it now if you are one of Jehovah's witnesses. Yet, what was it like some years ago?

Let us take the district work of the 1940's as an example of the efforts put forth by these willing shepherds of God's flock. Look back to the late 1940's, for instance, when Nicholas Kovalak, Jr., was one of the few brothers engaging in the district work in the United States. Referring to October 1949, he says, "I traveled 4,020 miles by car that month!" He also says: "I had five circuit assemblies on the weekends, besides serving several congregations in between. So I traveled, talked, witnessed, checked the records, ate, studied, read and had a little time for sleep!" One week he traveled close to 2,000 miles serving two congregations and, on the weekend, a circuit assembly. Of course, not all his trips by automobile were that long. "Now with more congregations it makes it easier," Brother Kovalak admits. "Jehovah is good to us and sustains us."

Circuit and district overseers of today are keenly interested in their fellow worshipers of Jehovah. They

of Christ's death, on April 7, 1974, by Jehovah's Christian witnesses. World wide there were 4,550,457 in attendance. Of these, 10,723 partook of the emblems, declaring that they have been anointed by holy spirit to be joint heirs with Christ Jesus.

The members of the Bethel family in all its branches are very pleased that they can print Bibles, books, booklets, magazines and tracts that assist the millions of evangelizers in the field. To this end, at the various printeries they turned out 51,663,097 Bibles and other bound books and 18,239,169 booklets, all to be used in Bible education work. In addition, 471,111,629 magazines were printed.

All branch overseers in their year's report made a special request to have warm love and very good wishes sent to all their fellow workers throughout the world. This request is made on behalf of all of Jehovah's Christian witnesses in each country so that all of Jehovah's people in the other countries of the world will know of their love for them. All of us believe in the one true God, Jehovah, and we worship and love him. We are very grateful to his only-begotten Son, Christ Jesus, who set such a fine example of integrity. Together we are interested in declaring the good news of God's kingdom. That is our joy. We are anxious, but patient, to see this old system of things come to its end and God's righteous Messianic kingdom to rule without interference for the blessing of all mankind.

We happily look forward to 1975 and its grand work, and the prospect of gathering together still more of those who love Jehovah and who are sighing and crying because of the abominations that exist in all the land.

As we remain in Jehovah's spiritual paradise, working with him, it will be a joy for all of us to continue reading this book day by day, feasting on the texts and comments provided. This will be strengthening to us, as we walk in the footsteps of Christ Jesus. Be courageous! Show faith! And together let us "brace up our minds for activity" and move ahead in the grand service of Jehovah, the only true God.—1 Pet. 1:13.

Be assured of my warm love and best wishes, and may Jehovah's rich blessing be upon all of you as we move forward in unity!

Your brother and fellow servant,

*NHKnorr*, President

Watch Tower Bible and Tract Society
of Pennsylvania

WTPA057073

# Tab 22

*Circuit Overseer Guidelines* (2018)

# CIRCUIT OVERSEER GUIDELINES

January 2018

© 2018
Watch Tower Bible and Tract Society of Pennsylvania
*Circuit Overseer Guidelines*
English (*tg*-E)

CAEKAERT/MAPLEY 001240

CAEKAERT/MAPLEY 001241

# Table of Contents

**Chapter**                                                    **Paragraphs**

    **INTRODUCTION** ............................................................. 1-4

1. **ACCOMMODATIONS** ..................................................... 1-6

2. **ASSIGNMENTS** ............................................................ 1-6

3. **CIRCUIT ASSEMBLIES**
    Speakers and Other Participants ................................... 6-12
    Baptism Talk ........................................................... 13
    Special Meeting With Pioneers ................................... 14-19

4. **WEEKLY SCHEDULE**
    Regular Visit to a Congregation ................................... 1-18
    The Week of a Circuit Assembly ..................................... 19

5. **CORRESPONDENCE AND REPORTS**
    General Guidelines .................................................... 2-7
    *Circuit Overseer Routing* (S-300) ............................... 8-13
    *Report on Circuit Overseer's Visit With
    Congregation* (S-303) ............................................. 14
    *Report on Circuit Assembly* (S-318) ............................. 15
    *Personal Qualifications Report* (S-326) ...................... 16-18
    *Application to Attend the School for Kingdom Evangelizers
    (G-8)* ............................................................... 19
    Convention Speaker Recommendations .......................... 20
    Recommending a New Congregation .......................... 21-24
    Recommending the Dissolution of a Congregation ..................... 25
    Submitting Experiences ........................................... 26-27
    Confidentiality ......................................................... 28
    Bethel Applicants ..................................................... 29
    Former Special Full-Time Servants ................................. 30
    Contact Information .................................................. 31

6. **DISASTER PREPAREDNESS AND RESPONSE** ..................................... 1-6

7. **CONVENTIONS**
    Serving as Convention Chairman ..................................... 8
    Alternative Arrangements for Attending Conventions .............. 9-13

8. **EMERGENCY TIME OFF** ................................................. 1-3

9. **EXPENSES AND REIMBURSEMENTS**
    Expenses Incurred in Moving to a New Assignment ...................... 8
    Personal Contributions ............................................... 9
    Business Ventures .................................................... 10

CAEKAERT/MAPLEY 001242

**Chapter**                                                 **Paragraphs**

Personal Expense Account .......................................................... 11-15

Health Care ................................................................................ 16

Taxes ........................................................................................ 17-18

**10. FIELD MINISTRY**

Public Witnessing ...................................................................... 7-8

Dress, Grooming, and Conduct ................................................ 9

Witnessing to Refugees ............................................................ 10

Harbor Witnessing .................................................................... 11

**11. HOSPITAL LIAISON COMMITTEES** ............................................ 1-3

**12. ISOLATED PUBLISHERS AND GROUPS** ................................... 1-5

**13. JUDICIAL MATTERS**

Cases Involving Child Sexual Abuse ....................................... 5

Appeal Committees ................................................................... 6-8

Judicial Records ....................................................................... 9

Publishers Under Restrictions ................................................. 10

**14. KINGDOM HALLS AND ASSEMBLY HALLS**

Kingdom Hall Maintenance ...................................................... 1-3

Kingdom Hall Construction ....................................................... 4-6

Kingdom Hall Dedications ......................................................... 7

Assembly Halls ......................................................................... 8-9

**15. FOREIGN-LANGUAGE FIELD**

Foreign-Language Groups ........................................................ 4-8

Foreign-Language Congregations ............................................ 9

Alternative Arrangements for Attending Congregation
    Meetings ............................................................................... 10

Circuit Assemblies .................................................................... 11

Conventions ............................................................................... 12-20

Language Classes ..................................................................... 21-22

**16. PIONEERS**

Spiritual and Practical Assistance ........................................... 2-8

Special Pioneers and Field Missionaries ................................. 9-12

Pioneer Service School ............................................................ 13

Infirm Regular Pioneers ............................................................ 14

**17. APPOINTMENT AND DELETION OF ELDERS AND MINISTERIAL
    SERVANTS**

Appointments During a Regular Visit to a Congregation ........... 3-9

CAEKAERT/MAPLEY 001243

**Chapter**                                              **Paragraphs**

When Considering the Appointment of Younger Brothers ..... 10-11

Those With a Record of Past Misconduct .................................. 12-14

Appointments Between Regular Visits to a Congregation .......... 15

Appointments in Congregations With No Elders ............................ 16

When Ministerial Servants Substitute as Members of the Congregation Service Committee ................................. 17

Appointments of Coordinators of the Bodies of Elders ......... 18-21

Appointments or Deletions Recommended by the Branch Office ..................................................... 22

Deletions During a Regular Visit to a Congregation ............... 23-25

Deletions Between Regular Visits to a Congregation ........... 26-30

Special Full-Time Servants Who Experience Difficulties ............. 31

Transfers to Another Congregation ............................................. 32-33

Resignations, Deletions for Judicial Reasons, and Deaths ......... 34

Handling Appeals of Deletions ............................................. 35

Letters of Appointment and Deletion ................................. 36

Visits by Substitute Circuit Overseers .............................. 37

Absences From the Circuit .......................................... 38-40

*Shepherding* Textbooks ................................................... 41-43

**18. SERVICE TALKS** .......................................................................... 1-9

**19. SHEPHERDING**

Sisters .............................................................................. 6-7

Outside the Congregation or Circuit Being Served ..................... 8-9

Program for Shepherding Circuit Overseers .................................. 10

**20. LIST OF BROTHERS QUALIFIED TO HANDLE COMPLEX MATTERS** ................................................................... 1-7

**21. SUBSTITUTE CIRCUIT OVERSEERS**

Identifying and Recommending Prospective Substitutes .......... 1-9

Annual Workweek With Substitutes .................................... 10

Use of Substitutes ........................................................ 11-14

Deletions ................................................................. 15-16

Change of Circuit .......................................................... 17-18

Change of Circuit Boundaries ............................................. 19

Recommending New Circuit Overseers ................................... 20-25

**22. PERSONAL TIME AWAY**

Basic Days of Personal Time Away ....................................... 2

CAEKAERT/MAPLEY 001244

## TABLE OF CONTENTS

| Chapter | Paragraphs |
|---|---|
| Additional Days of Personal Time Away .......................................... | 3-6 |
| Taking Personal Time Away ............................................................. | 7-12 |
| **23. WIVES OF CIRCUIT OVERSEERS** ............................................................ | **1-7** |

**APPENDIX**

| | |
|---|---|
| **A. VEHICLES** ....................................................................................... | **1** |
| **B. CIRCUIT FILE** ................................................................................. | **1-2** |
| **C. CHECKLIST FOR REVIEWING CONGREGATION ACCOUNTS** | |
| **D. CHECKLIST WHEN CONSIDERING APPOINTMENTS AND DELETIONS** | |
| **E. SAMPLE LETTER OF APPOINTMENT AND DELETION** | |
| **F. HEALTH CARE** ................................................................................ | **1-5** |
| **G. TAXES** | |
| **H. MISCELLANEOUS** | |
| "In Good Standing" ........................................................................ | 1 |
| Unilateral Breaking of Engagements ......................................... | 2 |

**INDEX**

# Introduction

1. In the first century of our Common Era, the apostles and other older men made timely visits as traveling overseers to the Christian congregations. The visit of Paul and Barnabas to congregations in Asia Minor 'strengthened the disciples and encouraged them to remain in the faith.' (Acts 14:21-23) The governing body in Jerusalem sent Judas and Silas to Antioch, where they "encouraged the brothers with many talks and strengthened them."—Acts 15:32.

2. The older men who visited congregations in the first century helped them function in an orderly, harmonious way under the headship of Christ. (Eph. 4:15, 16) Titus was sent to Crete to "correct the things that were defective and make appointments of elders in city after city." By teaching, encouraging, and reproving on the basis of God's Word, Titus and other theocratically appointed older men could help the brothers be "healthy in the faith." (Titus 1:5-13) In his inspired letter to the congregation in Ephesus, the apostle Paul highlighted the need for all overseers to work under Christ's leadership "with a view to the readjustment of the holy ones, for ministerial work, to build up the body of the Christ." (Eph. 4:8, 11-13) About four or five years earlier, when Paul met with the Ephesian elders, he warmly encouraged them to pay attention to the flock of God under their care, following the zealous example he set in preaching the Kingdom and giving to those in need.—Acts 20:17-38.

3. As in the first century, the visits of traveling overseers in our day are a blessing to the congregations. The zeal they demonstrate in the evangelizing work, the loving concern they show for the spiritual welfare of the flock, and the practical help they render to the brothers will help all to be fortified in the faith in these critical last days.

4. *Circuit Overseer Guidelines* has been prepared to assist circuit overseers in carrying out their assignment. An effort has been made to avoid duplication of information already provided to all elders unless it directly relates to the work of circuit overseers. Thus, if questions arise regarding congregation matters, the *Index to Letters for Bodies of Elders* (S-22), the *Shepherding* textbook, or other publications available to the elders should be consulted first. If further direction is needed, then this manual should be consulted. *Circuit Overseer Guidelines* is the property of Watch Tower Bible and Tract Society of Pennsylvania. A copy is made available to each appointed circuit overseer and substitute circuit overseer. It should not be shown to others. When a circuit overseer or substitute circuit overseer ceases to serve in that capacity, he should destroy his copy of this manual and delete any electronic copies in his possession.

CAEKAERT/MAPLEY 001246

CAEKAERT/MAPLEY 001247

# Accommodations

1. When visiting some congregations, it may be practical for the circuit overseer to stay in the homes of the brothers. Care should be taken to avoid a situation where a circuit overseer or his wife is left alone in a home with a member of the opposite sex. The circuit overseer should feel free to address any concerns about his accommodations with the coordinator of the body of elders before the start of the visit. If a congregation is not able to provide suitable accommodations, the circuit overseer should discuss other options with the coordinator of the body of elders. These might include renting suitable accommodations for the week or reserving a room at a hotel. If the congregation is not able to cover the expenses associated with these other options, the circuit overseer should consult with the Service Department before the visit.—See *Index to Letters for Bodies of Elders* (S-22) for the latest direction on circuit overseer accommodations and financial matters.

2. It is not proper for the circuit overseer to suggest to the elders in the circuit that they provide an apartment for him. If an apartment is made available for his use, the circuit overseer should be balanced and should be appreciative of what is provided, not making unreasonable requests. If the congregations are consistently unable to provide suitable accommodations, the circuit overseer should contact the Service Department for direction.

3. Where the distance between congregations is relatively great, returning to an apartment every evening may be impractical. In such cases, it would likely be best for the circuit overseer to stay in suitable accommodations near the congregation to be served, if available, rather than to commute a long distance each day.

4. If a circuit overseer has a significant distance to travel between assignments or between congregations or if he simply desires a quiet place to stay for a few days, an Assembly Hall apartment may be available for this purpose. If he has in mind requesting accommodations at an Assembly Hall, he should provide as much advance notice as possible.—1 Cor. 10:24.

5. Circuit overseers who have the use of an apartment should take good care of it, doing their part to keep it clean and in good repair. No pets should be kept in an apartment. Before the circuit overseer moves to a new assignment, the apartment should be thoroughly cleaned. This shows loving consideration for the next circuit overseer who will be moving into the apartment.

6. Circuit overseers should consult with the Service Department before obtaining a travel trailer, or caravan, for use in visiting

CAEKAERT/MAPLEY 001248

congregations. Where the use of a travel trailer is permitted, all expenses incurred in connection with insurance, maintenance, and towing must be cared for personally. It is not the responsibility of a congregation or circuit to share in the burden of travel trailer expenses, and neither congregation nor circuit funds should be used for this purpose.

CAEKAERT/MAPLEY 001249

# Assignments

1. Circuit overseers are usually reassigned from one circuit to another every three years. This change is beneficial in a number of respects both to the circuit overseer and to those he serves. When a new circuit overseer is assigned to serve a circuit, the current circuit overseer notifies all the congregations in the circuit by means of the *Notice of Change in Circuit Arrangement* (S-307).

2. It is not necessary for a circuit overseer and his wife to take personal time away in order to move to a new assignment. The branch office will determine how much time is reasonably needed for the move according to the circumstances.

3. It is not possible to make assignments solely on the basis of personal interests, nor is it appropriate for circuit overseers to try to work out among themselves what circuits they feel would be best for them. Loyally accepting assignments promotes orderliness and peace in the organization.

4. On the other hand, a circuit overseer may find it necessary to make a specific request because of critical health needs or responsibilities toward immediate family members that will definitely have a bearing on whether he can remain in the circuit work. In such a case, the branch office may give consideration to his request. While in some cases it may be necessary to leave the circuit work to care for such matters, brothers who are effective in the circuit work and who have devoted many years to this form of service—perhaps 20, 30, or more—can often be given consideration to accommodate their needs.

5. If a single circuit overseer becomes engaged to be married and desires to continue in the circuit work, he should inform the Service Department right away. Thereafter, the branch office will determine whether or not he will be allowed to continue serving as a circuit overseer after his marriage.

6. The branch office is interested in the welfare of all circuit overseers. For this reason, a circuit overseer will discontinue serving as such on the September 1 following the service year during which he reaches 70 years of age, even if he has not yet completed a three-year period in his current circuit assignment.

CAEKAERT/MAPLEY 001250

CAEKAERT/MAPLEY 001251

# Circuit Assemblies

1. As soon as the circuit assembly dates have been confirmed, the circuit overseer should notify congregations of the dates and locations by means of the *Notice of Upcoming Circuit Assemblies* (S-317).—For detailed instructions on securing facilities, confirming dates, and handling cancellations, see *Assembly Organization Guidelines* (S-330).

2. Two to three months prior to each assembly, the circuit overseer should direct the elders to begin reminding the congregation of the upcoming assembly. He should suggest that the week before the assembly, the Life and Ministry Meeting chairman briefly highlight the theme of the assembly and key talks while displaying the program on the video monitors. All in the congregation could be encouraged to download the program from jw.org and to bring the appropriate copy of *The Watchtower* to the assembly.—See 3:15.

3. Circuits have the option to begin the morning program at the time indicated for the afternoon and then present the afternoon program in the evening, if that is most convenient for the majority.

4. Circuit overseers and their wives are encouraged to be in the audience during the sessions of circuit assemblies. Taking time to associate with brothers and sisters before and after the sessions is mutually encouraging.

5. For detailed instructions on simultaneous interpretation at circuit assemblies, on foreign-language circuit assemblies, and on alternative arrangements for attending circuit assemblies, see *Assembly Organization Guidelines* (S-330).

## SPEAKERS AND OTHER PARTICIPANTS

6. After receiving the talk outlines, the circuit overseer should prayerfully select exemplary elders who are qualified to teach large audiences. As early as possible, the circuit overseer should provide individual outlines and instructions to the speakers so that they can prepare and present their parts in an encouraging, motivating, and realistic way. Although speakers should adhere to the outlined material and timing, the material is flexible enough that it can be adapted to local needs and circumstances. The speaker assigned to give the closing talk should conclude with prayer. If the circuit overseer or the branch representative is not fluent in the language of the program, he may agree to have his prayer interpreted. Otherwise, a brother fluent in the language of the program may conclude with prayer.

7. Each speaker should speak extemporaneously and with clarity, warmth, enthusiasm, and conviction. Speakers should be directed to

CAEKAERT/MAPLEY 001252

review the *Ministry School* book, pages 56-61, 174-178, and 258-262. Each one should strive to highlight the assembly theme during his talk. The circuit overseer should remind the speakers to give the audience enough time to look up the scriptures. Suggestions on how to do this without going overtime can be found in the *Ministry School* book, page 146, paragraphs 4 and 5. It is important that the audience be able to follow along as the speakers give special attention to explaining, reasoning on, and applying scriptures.

8. When the circuit overseer identifies an elder with potential, perhaps by means of the speaker rating information received from the congregation or by firsthand observation of the brother giving a talk in the congregation, he may wish to assign him a part on an assembly. This may limit the number of assignments given to more seasoned speakers; however, this can help circuit overseers to make appropriate evaluations and see if the number of qualified brothers who are listed with the branch office as convention speakers can be increased.—See 5:20.

9. The circuit overseer is responsible for selecting session chairmen. A different brother may be used for each session. Session chairmen should be highly rated convention speakers who can present the introductions in a lively and natural way.

10. Participants in demonstrations and interviews should be exemplary in Christian living, and their appearance should not detract from the program. For example, if a brother is so extremely overweight that others would be distracted if he had a part on the program, good judgment would need to be used in deciding whether to give him an assignment, even though he might otherwise be qualified.

11. The circuit overseer should arrange for a rehearsal of all demonstrations and interviews. (It is not necessary for the circuit overseer to rehearse the summary of *The Watchtower,* though the participants should be on hand for the walk-through.) Those being interviewed should direct their comments to the brother asking the questions, but they should not address him by name each time they answer. Interviewees should not be asked to offer advice, counsel, or suggestions to the audience unless this is specifically called for in the outline. The elder handling the part should be the one making appropriate application of the material. Brothers who conduct interviews should pose a number of direct questions throughout the conversation rather than allowing participants to make long, uninterrupted speeches. Questions should elicit statements that highlight the value and purpose of the publisher's experience as it relates to the theme of the part.

12. If the circuit is divided into sections and the publishers live relatively close to the assembly site, it may be possible to use the

CAEKAERT/MAPLEY 001253

same group of publishers for demonstrations and interviews on multiple programs. Doing so, where practical, reduces the time needed for rehearsals.

## BAPTISM TALK

13. The circuit overseer should inform the elder assigned to give the baptism talk that if there are no baptismal candidates present when he asks for these to stand, there is no need to ask the two questions or to say the prayer.—For detailed instructions on baptisms at circuit assemblies, see *Assembly Organization Guidelines* (S-330).

## SPECIAL MEETING WITH PIONEERS

14. In conjunction with one circuit assembly each year, the circuit overseer meets with the regular pioneers, special pioneers, and field missionaries, using the outlines provided by the branch office (S-312). The wife of the circuit overseer should be in attendance at this meeting. However, branch representatives will not be in attendance. An Assembly Hall or a conveniently located Kingdom Hall may be used. If an Assembly Hall is used, any Assembly Hall servants who are assigned to that facility may attend the meeting. Usually this meeting is held with all the pioneers in the circuit at the same time. If that is impractical, however, a separate meeting may be arranged for each section of the circuit. The circuit overseer should use good judgment so as not to impose a financial burden on the pioneers.

15. The circuit overseer is allowed flexibility in determining with which circuit assembly during the year the meeting will be held and when during the week to hold the meeting. If the assembly is held on Saturday, it may be practical to hold the special meeting on Friday or Sunday. If the assembly is held on Sunday, the meeting may be held in the morning or afternoon on the Friday or Saturday prior to the circuit assembly. In other cases, it may be advantageous to hold the meeting on two weeknights during the week preceding the assembly. The decision should be based on the circumstances of the majority who will attend. To the extent possible, the meeting should be held at a time when the ministry of the pioneers would not be severely impacted. No food or drink should be served. The circuit overseer should direct the elders to notify all pioneers of the time and place of the meeting and inform them of the list of publications needed. However, he should not provide a printed program, an agenda, or a partial outline of the meeting. There is no objection if a pioneer from another circuit or section requests to attend the meeting because he missed his assigned one or because the program presented in his circuit or section was not in his native language. The circuit overseer should exercise good judgment and reasonableness in the matter.—See 3:19.

Chapter 3

CAEKAERT/MAPLEY 001254

16. The circuit overseer should assign the program parts designated for local elders well in advance, providing each speaker with his individual outline. Regular pioneers, special pioneers, and field missionaries who are good teachers should be used if available. A pioneer elder should be assigned to open the meeting with prayer. The circuit overseer will conclude the meeting with prayer. Each speaker should introduce the next one. When presenting the information, sufficient time should be allowed for the pioneers to make informative notes, including the titles of the parts presented. This direction should also be conveyed to the assigned speakers. When an outline refers to participants in interviews and demonstrations, male pronouns are used. Unless an outline specifically states otherwise, either brothers or sisters may be used for interviews and demonstrations.

17. The circuit overseer should rehearse all interviews and demonstrations. Local pioneer elders who are good teachers may be assigned more than one part. If sufficient qualified pioneer elders are not available, a qualified elder with experience in the pioneer or missionary work may be used. Assignments should be made far enough in advance to allow participants ample time to prepare well. Please inform the assigned speakers that it is not necessary to develop all the points in the reference material—only the points appropriate for the outline. Emphasize to participants the importance of adhering closely to the timing of each part.

18. Even if a congregation has no regular pioneers, a member of the Congregation Service Committee, preferably the service overseer, should still attend this meeting. He should take good notes and share important points at the next elders' meeting. If some in his congregation enroll as regular pioneers during the year, he may share the good things that he learned with them. If the service overseer is not able to attend the meeting, another elder can be selected to do so. Of course, when a pioneer elder attends, no one else needs to be selected. When the circuit overseer reminds the elders of the upcoming assembly, he should remind them of this direction as well.

19. There may be instances where the distances involved prohibit pioneers in one or more congregations from attending the meeting in their circuit. In such cases, the circuit overseer should contact the Convention and Assembly Desk in the Service Department for approval to allow the pioneers to view a recording of or tie in to the meeting, following the guidelines for alternative arrangements for attending circuit assemblies provided in *Assembly Organization Guidelines* (S-330). If the meeting being held in a pioneer's circuit is not in his native language or if a pioneer is unable to attend the meeting, the elders in the pioneer's congregation may make the recording of the program on JW Stream available to the pioneer, if the program in the desired language has been uploaded.

Chapter 3

CAEKAERT/MAPLEY 001255

# Weekly Schedule

## REGULAR VISIT TO A CONGREGATION

1. At the time the circuit overseer submits his routing to the Service Department, the congregations should be notified of his visit by means of the *Notice of Visit of Circuit Overseer* (S-302). (As an exception to this guideline, if the circuit overseer has requested the use of a substitute at the time he submits his routing, he should wait to receive approval from the branch office before informing congregations of the visit.) Four to six weeks before the scheduled visit, the circuit overseer should write a brief letter to the congregation, providing necessary instructions regarding preparations for the visit. The elders should be directed to read the letter at the next midweek meeting. In this letter the circuit overseer should encourage full participation in the field ministry. He should encourage as many as possible to auxiliary pioneer during the visit, reminding them of the opportunity to attend the meeting with the pioneers and the opportunity to pioneer with a 30-hour requirement. (*km* 6/13 p. 2) In a postscript to the body of elders, he should remind them to be prepared to provide the items listed in the *Information Needed for Visit of Circuit Overseer* (S-61) form. (See 10:2-3.) They should be reminded that one month before the visit, they should submit the names of those who will be recommended for appointment by means of the *Recommendations for Appointment of Elders and Ministerial Servants* (S-62) form. (See 17:3.) The elders should be advised to alert the circuit overseer early in the week to any serious problems the congregation is facing. Although the circuit overseer should inform the elders of which songs will be used during his visit, it is preferred that scripted wording similar to that used at conventions not be used to introduce the talks. (See 4:11.) There is no need to request that each individual elder or the body of elders put in writing their observations on the congregation's spiritual condition prior to the visit.

2. The weekly schedule of a circuit overseer is a full and rewarding one. He checks the congregation records; engages in field service; makes shepherding visits; attends congregation meetings; gives talks to the congregation; conducts meetings with elders, ministerial servants, and pioneers; and prepares a report for the branch office. In addition, he endeavors to encourage and upbuild the brothers in his conversations with them. The circuit overseer can set a good example by adhering closely to the schedule that is arranged. He should not organize special meetings or institute innovative programs unless given special direction by the branch office.—See 10:5; 19:8-9.

3. Starting Tuesday afternoon at 1:00, the circuit overseer should thoroughly review the congregation records and those of the

CAEKAERT/MAPLEY 001256

Kingdom Hall Operating Committee, if applicable. (See Appendix C.) This review may be done at the circuit overseer's accommodations or at the Kingdom Hall. Since the records and information that are to be provided by the body of elders are listed in the *Information Needed for Visit of Circuit Overseer* form, there is no need for the circuit overseer to provide an additional list of items to be reviewed. Neither should he ask the elders to spend time compiling averages and figures. Rather, the circuit overseer should personally take note of how the records are being cared for, as this will also enable him to become somewhat familiar with the names and activity of the publishers. If the circuit overseer determines that a congregation is in need of elders, ministerial servants, or pioneers, he may consider submitting the *Congregation Needing Assistance* (S-310) form to the Service Department.

4. At some point before the Tuesday evening meeting, the circuit overseer should meet with the coordinator of the body of elders or another local elder to discuss any questions he has as a result of reviewing the records or to request additional information on brothers being recommended for appointment or deletion as elders or ministerial servants. The local elder may be able to answer questions concerning the spiritual condition of the congregation, identify any serious problems needing attention, and assist the circuit overseer in answering the questions on the *Information Needed for Visit of Circuit Overseer* form. (Prov. 15:22) The local elder may also share information on how the publishers are succeeding in various features of the ministry and on who might benefit from a shepherding visit. When difficulties or problems within the congregation are identified early in the week, there is more time to do research, which may make it possible for the circuit overseer to address these matters in service talks or at least to make recommendations to the elders.—See 4:16.

5. When reviewing the *Congregation's Publisher Record* (S-21) cards, the circuit overseer takes note of those who are irregular or inactive and talks to the elders about what can be done to assist these publishers. He also notes those who have the potential for taking up the auxiliary or regular pioneer service and looks for opportunities to give them personal encouragement. He takes a special interest in the regular pioneers and their activity. (See 16:2.) He will take into consideration those who are involved in theocratic projects or who care for extra theocratic responsibilities, such as those who assist with the construction of Kingdom Halls and Assembly Halls, those who serve on Hospital Liaison Committees, Disaster Relief Committees, and Convention Committees, or those who serve as Bethel remote volunteers. All such assignments are valuable forms of sacred service that may affect a publisher's field service activity and his share in other congregation activities. Brothers

Chapter 4

and sisters who serve in these ways deserve commendation, encouragement, and support. (See 14:5-6.) Comments regarding the congregation's activity may be shared with the congregation in a positive way in the service talk on Tuesday evening.—See 18:2, 7.

6. The circuit overseer should check to make sure that congregations are not overstocked with literature and magazines and that requests are in proportion to the number of publishers in the congregation. When visiting the language-coordinating congregation, he should review the *Monthly Movement of Literature* (S-28) form. The quantity of special-request items on hand should also be reviewed. The objective is to make sure that there are proper controls for the amount of literature and magazines being requested by the congregation. This review may show that words of commendation are in order or that loving reminders are required. He should verify that literature and magazine servants are receiving training from the local elders to carry out their assignments. The circuit overseer should keep the branch office informed of any trends, so that assistance and encouragement can be provided. If there is an overstock of literature, he should confirm that a list of the overstocked items has been made available to other congregations. No literature should be returned to the branch office unless the branch office directs that this be done.

7. The circuit overseer should review how the congregation is covering its assigned territory. If the congregation is having difficulty covering its territory at least once each year, could neighboring congregations provide assistance? If it is not possible to make arrangements to assist the congregation to cover its territory and if the territory has not been worked for two years, the circuit overseer should recommend to the Service Department which sections of the congregation's territory should be assigned to other nearby congregations or be listed as unassigned territory.

8. The circuit overseer reviews the congregation accounts.—See Appendix C.

9. Meetings for field service should be conducted Wednesday through Friday morning and afternoon and on the weekend at times agreed upon by the circuit overseer and the elders, in accord with local circumstances. Circuit overseers should have a full share in the ministry on the weekend. A special effort should be made to work with publishers whose circumstances did not permit them to share in the ministry on the weekdays. If the congregation has the weekend meeting on a day other than Sunday, the circuit overseer's zeal for the ministry and love for his brothers will move him to use his time with the congregation in a productive and beneficial way. The arrangements for field service are announced Tuesday evening. —See 10:1-6.

Chapter 4

10. Time should be scheduled to make two or three shepherding visits during the week. These visits may be arranged at times when those being visited are available, in accord with local circumstances, whether in the morning, afternoon, or evening. In some cases, it may be possible to make shepherding visits at times when the house-to-house ministry is less productive.—See 19:1-7.

11. On Tuesday evening, the midweek meeting will be held according to the schedule that appears in the *Life and Ministry Meeting Workbook* with the following exceptions. In the Living as Christians portion of the meeting, the Congregation Bible Study will be replaced with a 30-minute service talk by the circuit overseer. (See 18:7.) Prior to the service talk, the Life and Ministry Meeting chairman will review the program just held, preview the following week's program, make any necessary announcements, and then introduce the circuit overseer. After his opening comments and the service talk, the circuit overseer will conclude the meeting with a song of his choice. The total time for the meeting, including opening and closing songs and prayers, will be one hour and 45 minutes.

12. On Wednesday evening or Saturday afternoon, the circuit overseer holds a one-hour meeting with the regular pioneers and any auxiliary pioneers, special pioneers, and field missionaries. The day and time for this meeting may be adjusted according to the circumstances of the pioneers. However, it generally would not interfere with regularly scheduled meetings for field service. There is no objection if a pioneer from another congregation requests to attend the meeting because he missed it during the visit of his circuit overseer or because the program presented in his congregation was not in his native language. The circuit overseer should exercise good judgment and reasonableness in the matter.—See 16:3-6.

13. A meeting with the ministerial servants and elders is conducted using the outline provided by the branch office (S-337). It is preferred that this meeting be held on Friday evening. However, if an adjustment is needed based on local circumstances, it could be held on Saturday afternoon or evening. Circuit overseers should not distribute an agenda or partial outline based on the outline provided by the branch office. (Of course, the circuit overseer should prepare an agenda for use in discussing any local matters that will be considered with the elders.) All appointed elders and ministerial servants, as well as those who have moved into the congregation with a favorable letter of recommendation, should be invited to attend the portion of the meeting that reviews the outline from the branch office. There is no objection if an elder or ministerial servant from another congregation requests to attend the meeting because he missed it during the visit of his circuit overseer or because the program presented in his congregation was not in his native language. The circuit overseer should exercise good judgment and reasonableness in

Chapter 4

the matter. The meeting with the elders and ministerial servants is opened with prayer. After completing the portion of the meeting designed for both elders and ministerial servants, the ministerial servants are dismissed. Following this, a meeting is held with the elders, with the circuit overseer serving as chairman. (If there are no recommendations for appointment or deletion and if the elders or the circuit overseer have no additional points to discuss, the meeting can be concluded after considering the outline provided by the branch office.) The meeting will then conclude with prayer. There is no need for a prayer when the ministerial servants are dismissed. The circuit overseer should endeavor to set a good example, not spending needless time on points that have been adequately discussed. Generally, the total time for these meetings should not exceed two hours.

14. On the day the congregation normally holds its weekend meeting, the chairman will introduce the opening song chosen by the circuit overseer. After an opening prayer, the chairman will briefly introduce the circuit overseer, who will come to the platform for a 30-minute public talk. After the talk, the chairman will come to the platform and briefly thank the circuit overseer and then invite the *Watchtower* Study conductor to the platform. The *Watchtower* Study conductor will invite the audience to sing the opening song shown in the *Watchtower* for that week's lesson. After an abbreviated 30-minute *Watchtower* Study, the conductor will briefly introduce the circuit overseer, who will come to the platform for the final 30-minute service talk. (See 18:8.) He will conclude the meeting with a song of his choice and prayer. The total time for the meeting, including opening and closing songs and prayers, will be one hour and 45 minutes. A circuit overseer should not ask a congregation to change the weekend meeting to a different day or time for his own convenience.—See 4:9.

15. Before leaving the congregation on Sunday and at a time that does not interfere with field service arrangements, the circuit overseer meets with the Congregation Service Committee to review the *Report on Circuit Overseer's Visit With Congregation* (S-303). (See 5:14.) Although it is necessary for only the Congregation Service Committee to be in attendance, other elders may attend if they wish. The circuit overseer can inform the elders of this, but no announcement concerning this meeting is to be made to the congregation. There may be times when the circuit overseer feels it would be necessary or advisable to have other elders present, especially if complicated matters are being reported. A copy of the *Report on Circuit Overseer's Visit With Congregation* should be left with the coordinator of the body of elders. He should be reminded to have the secretary circulate it among the elders and to have the body of elders review it at the next quarterly elders' meeting.

CAEKAERT/MAPLEY 001260

16.  To the extent possible, a circuit overseer should not leave problems for the branch office to handle after his visit. If the circuit overseer is unsure about what steps to take after praying for holy spirit and wisdom and then researching the Scriptures and the publications, he is welcome to contact the Service Department or another experienced circuit overseer for assistance. If a circuit overseer's busy schedule does not allow him to deal with a matter or to follow through on every detail, he should provide the elders with direction, referring them to letters from the organization and publications of "the faithful and discreet slave," so that the elders can follow through on resolving the matter later. (Matt. 24:45) The circuit overseer should make a note of the matter. During his next visit or perhaps at a circuit assembly, he can follow up, checking to see what progress was made in handling the matter.—See 4:4.

17.  If a meeting cannot be held because of extenuating circumstances, such as inclement weather, then the meeting may be rescheduled to another time during the week, as long as the rescheduled meeting will not interfere with another congregation's meeting at the Kingdom Hall.

18.  On the day of the Memorial, circuit overseers adjust their schedule so that, other than meetings for field service, the Memorial is the only meeting arranged for that day. Any meeting that would normally have been held on that day should be rescheduled for another day during the week. It is preferred that the congregation being served the week of the Memorial be given first opportunity to have the circuit overseer as their speaker. However, if the congregation being served that week has already arranged for a Memorial speaker, it would be acceptable for the circuit overseer to give the talk in another congregation in his assigned circuit if invited. If he does so, the travel time to that congregation should not alter in any way the activities with the congregation being served.

## THE WEEK OF A CIRCUIT ASSEMBLY

19.  The circuit overseer and his wife should use this week to pioneer with a congregation. No congregation meetings, other than meetings for field service, will be held. In addition to accompanying the congregation in field service, he may use the time to prepare for upcoming assignments or to care for other circuit matters. Friday may be used to care for the branch representative or to conduct the meeting with all pioneers, special pioneers, and field missionaries in the circuit. (See 3:15.) If practical and if the circuit overseer will be presiding at only one assembly that weekend, some portion of the other weekend day should be used for field service. The week of the circuit assembly is considered a workweek. However, the circuit overseer has the flexibility to decide how best to use the time. He and his wife may also use days of personal time away at any time during this week.

Chapter 4

# Correspondence and Reports

1. Since circuit overseers see firsthand what is taking place in the field, the reports they submit provide valuable information that helps the branch office to keep up-to-date on matters affecting the evangelizing, teaching, and shepherding work among Jehovah's servants. In addition to providing information requested by the branch office, circuit overseers are welcome to correspond with the Service Department at any time.

## GENERAL GUIDELINES

2. When writing a letter to the branch office, circuit overseers should include the following principal parts of a well-composed letter:

- Heading: Should include name, assignment designation, address, and date

- Inside address: Should include the name and address of the branch office and, if known, the department or desk concerned

- Salutation

- Body: The first paragraph should explain the purpose of the letter. If the matter is not complicated, the gist of any previous correspondence may be stated in a sentence or two. The text of the letter should be concise, yet clear and complete, giving necessary details. Each specific matter or line of thought merits its own paragraph.

- Complimentary close and name typed below

3. Correspondence should not be on stationery with a letterhead design that is similar to that used by the branch office. This guideline applies also to stationery used by circuit overseers for correspondence with the congregations. Some individuals could wrongly conclude that letters with such a letterhead have been approved by or were sent by the branch office. If local congregations are using questionable stationery, the elders should be given appropriate direction.

4. It is unnecessary for the circuit overseer to report to the branch office every matter the elders are addressing. If the elders need assistance with handling a judicial matter or other serious wrongdoing and the matter cannot be resolved with the assistance of the circuit overseer, the circuit overseer should advise the elders to contact the Service Department. If it becomes necessary for the circuit overseer to seek direction from or report to the branch office on other matters he is directly involved in, his communication should be clear, specific, factual, accurate, and complete. Pertinent details, such as names, the sequence of events, and if possible, dates, should be provided. Communication related to child abuse matters should be handled over the telephone.

CAEKAERT/MAPLEY 001262

5. Correspondence should be directed to the appropriate department at the branch office rather than to individuals. If a circuit overseer knows the names of any brothers serving at the branch office who provide direction to the field, it is best that he not share this information with brothers in the congregations.

6. When responding to correspondence from the branch office, circuit overseers should make reference to the desk symbols and date of the letter from the branch office. When writing about an individual, circuit overseers should always provide the person's full name.

7. When referring to a congregation, circuit overseers should provide the complete designation exactly as it appears in the records of the branch office, including the city and province or state.

### CIRCUIT OVERSEER ROUTING (S-300)

8. The circuit overseer submits his routing to the Service Department three months or more in advance using the *Circuit Overseer Routing* (S-300) form. Routing should be submitted for each full calendar month—not for part of a month or a combination of two months. If a week is split between two months, it should be submitted for the month in which the week begins. For example, the week of Tuesday, January 30 through Sunday, February 4 should be submitted with January's routing. A congregation name should be provided only in connection with a regular visit to a congregation, not in connection with other events, such as pioneering with a congregation. A revised form should immediately be sent to the Service Department if there are changes in the routing information previously submitted. (See 5:12.) When a circuit overseer has received approval to visit a foreign-language group, the event type should be listed as "Miscellaneous" and the name of the group should be entered in the "Comments" field. When a circuit overseer submits the routing for the brother who will be replacing him in the circuit, the outgoing circuit overseer should communicate with the incoming circuit overseer to confirm his availability. Personal time away should not be submitted using the *Circuit Overseer Routing* form.—See 22:7-12.

9. The circuit overseer may determine the order in which the congregations will be served. Congregations should be notified of the circuit overseer's visit by means of the *Notice of Visit of Circuit Overseer* (S-302) at the same time the *Circuit Overseer Routing* form is sent to the Service Department.—See 4:1.

10. All of the congregations in the circuit should be visited twice each service year, once with each set of outlines. (See 18:9.) If the circuit overseer is unable to do this personally, he should request approval from the Service Department for congregations to be served by a substitute circuit overseer(s). (See 21:13.) When the circuit over-

Chapter 5

CAEKAERT/MAPLEY 001263

seer is determining which congregations will be served by a substitute circuit overseer, he should give priority to the needs of the congregations rather than to his own convenience. (Phil. 2:4) For example, if he knows that a congregation is experiencing serious problems, it would be better for him to serve the congregation rather than to have a substitute circuit overseer do so. Also, to the extent possible, a congregation should not be served by a substitute circuit overseer on consecutive visits.

11. If the circuit overseer can serve all of the congregations once with each set of outlines with weeks left over, he may include in his schedule one or more weeks of pioneering with congregations that he selects. Such weeks may be scheduled at his discretion. These are fine opportunities for him and his wife to find spiritual refreshment in the ministry with other zealous publishers in a congregation. Though he is not required to do so, the circuit overseer may offer to conduct some of the meetings for field service. However, he will not hold any meetings with the pioneers, elders, or ministerial servants or give any talks that week. He and his wife may also use days of personal time away at any time during this week.

12. Circuit overseers should keep in mind that when a congregation is informed of a regular visit, many brothers adjust their schedules to support the special week of activity. Some publishers have changed vacation plans when notified of the circuit overseer's visit. Therefore, once a congregation has been informed of a scheduled visit by means of the *Notice of Visit of Circuit Overseer,* the circuit overseer should not arbitrarily change the date of the visit. If a circuit overseer wishes to change the date of a regular visit to a congregation and the congregation has already been notified or the Service Department has already been notified of the visit by means of the *Circuit Overseer Routing* form, he must first telephone the Service Department to obtain permission before submitting a revision.

13. At times, the scheduled visit of one circuit overseer conflicts with that of another circuit overseer. This may occur when two circuit overseers (usually serving in different language fields) schedule visits on the same week to congregations that use the same Kingdom Hall. In such cases, a telephone call should be made to the Service Department for direction on resolving the matter. To prevent such schedule conflicts, circuit overseers whose circuits overlap should contact one another and work out congregation routing before filling out the *Circuit Overseer Routing* form.

### REPORT ON CIRCUIT OVERSEER'S VISIT WITH CONGREGATION (S-303)

14. Circuit overseers should avoid making the same comments every week in their reports. Each congregation has unique

CAEKAERT/MAPLEY 001264

characteristics and displays a certain spirit. The messages of Jesus to the seven first-century congregations in Asia Minor illustrate that each congregation has its strengths and weaknesses. (Rev., chaps. 2-3) Thus, using identical wording habitually in reports would not be appropriate.

### REPORT ON CIRCUIT ASSEMBLY (S-318)

15. The number baptized at circuit assemblies is reported in the *Report on Circuit Assembly.* The form should be submitted immediately following the completion of the assembly (or series of assemblies if the circuit has several sections). On occasion, baptisms are performed outside the setting of assemblies and conventions. For example, the elders may make local arrangements to baptize an infirm individual or someone with a communicable disease. Some may be baptized at correctional facilities. Whenever this occurs, the elders should be reminded to report these baptisms to the Service Department.

### PERSONAL QUALIFICATIONS REPORT (S-326)

16. When filling out a *Personal Qualifications Report,* circuit overseers should give specific comments and clearly indicate what the individual is qualified for at the present time and what he has potential for in the future. Substitute circuit overseers should not submit *Personal Qualifications Reports* on individuals.

17. Following his first visit to the respective congregations each service year, a circuit overseer should submit *Personal Qualifications Reports* for field missionaries and special pioneers (including infirm special pioneers), as well as for regular pioneers working in isolated territory. If special pioneers are encountering any difficulties with regard to finances or accommodations, this should be included in the report. (See 16:10.) After other visits during that year, the circuit overseer may write a brief letter commenting on the activity and progress of the field missionary or special pioneer whenever there is a need, stating what it is that requires attention. If a circuit overseer reports on areas in which the individual needs to make improvement, he should already have discussed the matter with the individual.—See 12:3.

18. The branch office will monitor and evaluate the progress of all temporary special pioneers and of selected regular pioneers who have attended the School for Kingdom Evangelizers. This evaluation program will last no more than three years after the individual begins temporary special pioneering or graduates from the school. The circuit overseer does not need to complete *Personal Qualifications Reports* on such individuals unless he is specifically requested to do so by the branch office. Circuit overseers should first con-

CAEKAERT/MAPLEY 001265

sult the Service Department before asking individuals whose service is being evaluated to move to another congregation.

### APPLICATION TO ATTEND THE SCHOOL FOR KINGDOM EVANGELIZERS (G-8)

19. Upon receiving a completed *Application to Attend the School for Kingdom Evangelizers* from an applicant's Congregation Service Committee, the circuit overseer will hold the application until his next visit to the applicant's congregation. During that visit, the circuit overseer should work with and observe the applicant. (If the circuit overseer is new to the circuit, he may contact the previous circuit overseer to obtain his comments.) Thereafter, the circuit overseer will meet with the service committee to discuss the committee's comments regarding the applicant. The circuit overseer should forward the application to the Service Department only if he is convinced that the applicant has the abilities and circumstances to put the advanced training to good use in an assignment. Otherwise, the circuit overseer should instruct the service committee to provide the applicant with kind counsel regarding areas for improvement.

### CONVENTION SPEAKER RECOMMENDATIONS

20. The branch office depends on circuit overseers to provide balanced recommendations for convention speakers. (See *Instructions for Rating Convention Speakers and Interpreters* [S-311].) As he visits the congregations, the circuit overseer should compile a list of elders who might qualify for this privilege. He should write down information about these elders as he observes them in the congregation and on circuit assembly programs. If a brother has the potential for qualifying in the future, the circuit overseer may schedule him for a circuit assembly part so that the brothers involved in the yearly ratings meeting will have full opportunity to observe his speaking ability.—See 3:8.

### RECOMMENDING A NEW CONGREGATION

21. With the increase in Kingdom publishers comes the periodic need to form new congregations. Circuit overseers should be familiar with the *Instructions for Recommending New Congregations* (S-50), *Territory Adjustment Request* (S-6), and *Congregation Application/Information* (S-51) forms. It is the circuit overseer's responsibility to help the elders prepare the forms correctly and to verify that they are complete before he sends them to the Service Department.

22. Dividing a congregation prematurely can result in two weak congregations. The following factors should be considered before making a recommendation: How many mature publishers would there be in each congregation? Would there be enough qualified

Chapter 5

CAEKAERT/MAPLEY 001266

elders and ministerial servants in both the new and the existing congregations to care for the meeting parts and other responsibilities? Would dividing the congregation reduce the number attending the meetings to the point that the publishers would be discouraged? If the Kingdom Hall is not large enough to accommodate all who are attending, would it be better as a temporary measure for the congregation to hold two weekend meetings?

23. It is not appropriate for the circuit overseer to influence the elders to propose territory boundaries solely on the basis of personal preference, arranging boundaries so that certain elders are assigned to serve in a particular congregation where he feels they should be. Rather, the emphasis should be placed on selecting territory boundaries that are simple and easily defined. If the circuit overseer feels that a major adjustment in territory boundaries is needed, he should contact the Service Department before pursuing this with the elders of the congregations that would be involved. This is especially important if the proposed adjustment involves several appointed brothers changing congregations.

24. There are advantages when publishers attend the congregation in whose territory they live. In the final analysis, however, each family head is responsible to determine what is best for his family. Therefore, it would be inappropriate for circuit overseers to pressure others to attend a particular congregation. Neither is it appropriate to use this as a basis for determining whether a brother should receive privileges in the congregation or circuit.

## RECOMMENDING THE DISSOLUTION OF A CONGREGATION

25. Because of changing economic conditions, local circumstances, and other factors, a circuit overseer may consider recommending the dissolution of a congregation and merging it with another. Dissolution of one or more congregations might allow for the better use of Kingdom Halls and may assist a congregation that is struggling because of its small size or lack of qualified brothers to take the lead. Circuit overseers should be familiar with *Instructions for Merging Congregations* (S-67).—See 5:24.

## SUBMITTING EXPERIENCES

26. Circuit overseers are requested to submit exceptional field service experiences to the Service Department. The accuracy of all experiences should be confirmed with the coordinator of the body of elders. Especially appreciated are experiences about the preaching work that show initiative and resourcefulness on the part of publishers while sharing in various features of the ministry. The experience should provide complete details and should highlight what the publisher did that was different and that proved effective. It should also tell how far the interested person has progressed. If a field ser-

CAEKAERT/MAPLEY 001267

vice experience, though not exceptional, makes a significant point, it should still be submitted.

27. Other encouraging experiences not directly related to the field ministry may prove to be useful as well. These may include how an inactive publisher was reactivated, how a youth took his stand or gave a fine witness in school, how an unbelieving mate was helped to accept the truth, how someone simplified his life and was able to enter the full-time ministry, and so forth. The following should also be provided when submitting an experience: the name of the publisher who had the experience, the name of his congregation, and the date of the experience.

## CONFIDENTIALITY

28. Circuit overseers should handle confidential correspondence discreetly. (See 23:5.) No correspondence from the branch office should be shown to those outside the organization without the express permission of the branch office.

## BETHEL APPLICANTS

29. Those recommended to serve at Bethel should be good examples in Christian living. Elders should not reason that the Bethel environment will help someone to overcome a personal problem. If an applicant's standing in the congregation changes so that he is no longer qualified to serve at Bethel, the elders should promptly notify the branch office.

## FORMER SPECIAL FULL-TIME SERVANTS

30. If a circuit overseer becomes aware of someone who was in special full-time service for a good portion of his life and who now is in need materially, he should inform the Service Department. It would be best for the circuit overseer not to mention to the person that he is writing to the branch office. He should provide as many facts as are known to him regarding the current circumstances and background of the individual.

## CONTACT INFORMATION

31. It is important for circuit overseers to consider carefully what postal address to use. In some situations it may be best for a circuit overseer to use the address of a responsible brother in his circuit who is kept informed of the circuit overseer's schedule of activity and who can forward his mail to him. If such an arrangement is used, the circuit overseer should not list that brother's telephone numbers or e-mail address as his own. Circuit overseers should promptly inform the branch office of any changes in their contact information by adjusting their user profile on jw.org. If Internet access is not available, the *Circuit Overseer's Contact Information* (S-351) form should be used.

CAEKAERT/MAPLEY 001268

CAEKAERT/MAPLEY 001269

# Disaster Preparedness and Response

1. Proverbs 22:3 states: "The shrewd one sees the danger and conceals himself." In harmony with this principle, it is wise to make reasonable advance preparations for potential disasters. An effective program of disaster preparedness can help publishers and families take appropriate action when a disaster occurs. Principally, each family head is responsible to prepare for the safety and well-being of his family. Each family head should also ensure that his group overseer has up-to-date contact information for his family members living at home. Individual publishers who live alone should make similar arrangements and advise the group overseer of this important information.

2. Bodies of elders should closely follow the steps outlined in the latest letter to all bodies of elders regarding disaster preparedness and response and the direction in the *Shepherding* textbook, chapter 12, paragraphs 24-26.

3. Before and after a disaster, the circuit overseer needs to maintain good communication with each coordinator of the body of elders in his circuit. Therefore, he should provide each coordinator of the body of elders with a telephone number(s) where he can be reached in the event of a disaster.

4. When a disaster occurs, the branch office will account for and assess the immediate needs of all the brothers, utilizing circuit overseers, local elders, Local Design/Construction Department field representatives and Construction Group overseers, and any other brothers deemed necessary from within the branch territory. These needs include medical care, food, and shelter along with the spiritual and emotional needs of the brothers. This assessment must be done quickly, since lives may be at stake.

5. When directed by the Service Department, the circuit overseers for the affected area should work directly with the Disaster Relief Committee (DRC), if one is appointed. Visits need to be made quickly to all the affected congregations. Circuit overseers will be the eyes and ears of the DRC, monitoring how equitably the relief work is carried out. They will need to stay in close and constant contact with all the congregations in their circuits. If advisable, the Service Department may direct substitute circuit overseers to make the regular scheduled visits to the congregations while the circuit overseers are being used to support the DRC.

6. The need for shepherding by the circuit overseers and selected elders is critical, and such shepherding should be done as soon as possible. Traumatic events of a disaster can cause extreme sadness

CAEKAERT/MAPLEY 001270

and anxiety. Thus, the brothers need the love and attention of kind Christian shepherds. Shepherding those who are disaster victims helps them see their situation from a spiritual viewpoint so they can cope with their changed circumstances. They need to reestablish their spiritual routine, which includes doing personal study and family worship, reading God's Word daily, attending congregation meetings, and maintaining a regular share in the ministry. Therefore, congregation meetings should be reestablished as quickly as possible.

CAEKAERT/MAPLEY 001271

# Conventions

1. Each year we keenly anticipate the rich spiritual feast prepared for the benefit of Jehovah's people at conventions. The branch office appreciates the work of circuit overseers in recommending program participants, delivering well-prepared talks, and assisting in other ways.

2. The circuit overseer and his wife are given the week of the convention to prepare for, travel to, and benefit from the program. This time may also be used to care for circuit matters, such as preparing for an upcoming circuit assembly or preparing talks for the new service year. They may also use days of personal time away at any time during this week.

3. The branch office notifies circuit overseers of their assigned convention. In most cases, circuit overseers are assigned where their circuit or a portion of their circuit is assigned. It is good to attend the convention where one is assigned, since assignments are made so as to balance the number of circuit overseers who can handle program parts at the various conventions.—See 9:2.

4. If, because of personal circumstances, a circuit overseer finds it necessary to attend a convention other than his assigned convention, he should write the Service Department *immediately*, giving the dates and location of the convention he needs to attend and the reason for the request. If permission is granted to attend a convention during a different week, he should submit a revised *Circuit Overseer Routing* (S-300) form for the week he was originally assigned to attend the convention.—See 5:8-13.

5. If a circuit overseer wishes to take a week of personal time away (five days) to attend a second convention, this may be done. He should advise the Service Department right away if he is available to handle a program part there. If he is selected as a delegate to an international or a special convention, he will be granted one and a half days to attend one such event. If the convention is scheduled during the week, the amount of granted time away will be adjusted to match the number of weekdays of the convention. (For example, two full days would be granted if the event is held from Thursday to Saturday.) This provision is separate from the yearly one and a half days granted to attend a local assigned convention. A circuit overseer who is selected as a delegate to an international or a special convention may take a partial week(s) of personal time away to attend the convention.

6. Any circuit overseer needing accommodations provided by the convention, whether he is assigned to work at the convention or not,

CAEKAERT/MAPLEY 001272

must fill out and submit a *Special Needs Room Request* (CO-5a) form to the Rooming Department well in advance of the convention.

7. Prior to December of each year, the circuit overseer, with the help of the assembly overseer, should make sure that the assembly organization roster described in *Assembly Organization Guidelines* (S-330) is up-to-date in the event it is requested by a Convention Committee(s). The roster should include the name, year of birth, postal address, e-mail address, telephone number, and congregation of the assembly overseer, assistant assembly overseer, department overseers, and assistant department overseers. When the roster is requested by a Convention Committee, helpful notations should also be made regarding the health, abilities, and availability of the brothers on the roster, as well as whether any serve as regular or special pioneers. A list of any other brothers in the circuit who are qualified to serve in convention assignments should be prepared separately with the same information.

## SERVING AS CONVENTION CHAIRMAN

8. If a circuit overseer is assigned to serve as convention chairman, the branch office does not arrange for him to take an additional week to attend another convention. He will have a copy of the outlines for each convention part and will be listening to the program. Thus, he will be able to benefit fully from everything presented.—See *Instructions for Convention Chairman* (S-329).

## ALTERNATIVE ARRANGEMENTS FOR ATTENDING CONVENTIONS

9. Because of travel cost and other limiting circumstances, a congregation may find it difficult to attend the convention. If a congregation requests approval to view a recording of or tie in to a convention program and the circuit overseer believes the request has merit, he should contact the Convention and Assembly Desk in the Service Department and provide answers to the following questions:

- Which congregation is making the request? How many are expected to attend at the alternative location?

- What are the extenuating circumstances that prevent the congregation from traveling to the convention?

- Where will the program be viewed? If the program will be viewed in a Kingdom Hall, have the bodies of elders using the Kingdom Hall given their approval? (Meeting schedules should not be adjusted so that the Kingdom Hall can be used to view the program. If necessary, an auxiliary room in the Kingdom Hall or a convenient location other than the Kingdom Hall may be used.) Is a capable appointed brother available to oversee the setup at the alternative location?

CAEKAERT/MAPLEY 001273

- Is the recording of the convention available on JW Stream in the target language? If so, this method is preferred over tying in to the convention.

10. If the branch office gives approval and publishers from more than one congregation will be attending at the alternative location, the circuit overseer should designate one congregation to serve as host. Additionally, he should assign a capable elder or ministerial servant to oversee the event. This brother would ensure that any necessary arrangements for cleaning, parking, and so forth are cared for.

11. A congregation attending at an alternative location would in most cases conduct its own abbreviated *Watchtower* Study, as is done during the visit of the circuit overseer, rather than view a recording from a past week's study.

12. In rare instances, those approved to attend at alternative locations may include baptismal candidates. Such baptisms may be performed if they can take place immediately following the baptism talk. If the candidates will be tying in to the baptism talk, the speaker should be informed of this in advance so that he can acknowledge these candidates while presenting his talk. This advance notice would especially be needed if there are no candidates at the convention location but candidates are present at the alternative location. If the baptism at the alternative location is held on the same day as the baptism at their assigned convention, the number baptized at the alternative location should be added to the number baptized at the convention. Otherwise, the number baptized at the alternative location should be reported by the elders to the Service Department.

13. Contribution boxes should be available at alternative locations. Two brothers should collect the contributions and record the amounts received. The funds should be deposited in the bank account of the host congregation. These funds may be used to care for any expenses directly related to the alternative arrangement. Any remaining funds should be forwarded to the branch office. When use of recordings is approved, prayers should be said locally.

CAEKAERT/MAPLEY 001274

CAEKAERT/MAPLEY 001275

# Emergency Time Off

1. Circuit overseers sometimes face an emergency, such as the death of an immediate family member. If an emergency occurs, the circuit overseer should call the Service Department for direction before arranging for a substitute. If permission is granted for the circuit overseer to be absent from his assignment, he should provide a letter after returning, stating the nature of the emergency, the specific days he was away from his assignment, and the name of the approved substitute circuit overseer who served in his place. The same procedure should be followed if the wife of a circuit overseer needs to be absent from the assignment because of an emergency.

2. Please bear in mind that emergency time off should be requested only for emergency situations, not for personal needs that should rightly be cared for during personal time away. The Governing Body has lovingly made the provision for those in special full-time service to receive additional days of personal time away, based on their years of full-time service or their age. (See 22:3-6.) This arrangement was made so that personal time away would be available not just for rest and recreation but also to care for personal and family matters. Therefore, wise planning of personal time away is important when there is a personal or family situation that will obviously require periodic attention. Of course, some things occur unexpectedly and are beyond one's control.—Eccl. 9:11.

3. When a circuit overseer becomes ill and cannot care for his assignment, he should call the Service Department right away. If he is unable to make the call himself, his wife may call on his behalf. Thereafter, a letter should be sent providing details regarding the illness, the dates of absence, and the name of the substitute circuit overseer (if one was used). If the wife of a circuit overseer becomes ill, so that she is not able to share in the field ministry or be at the meetings for several days, the Service Department should be informed. When there is a long-term illness, the Service Department may request periodic updates.

CAEKAERT/MAPLEY 001276

CAEKAERT/MAPLEY 001277

# Expenses and Reimbursements

1. Customarily, congregations and circuits are very conscious of their privilege to receive circuit overseers hospitably. (3 John 8) The generosity of the brothers is much appreciated and should never be abused or taken for granted. Most brothers who work secularly must carefully watch their budget to care for their expenses. Circuit overseers likewise must carefully monitor their expenses so as not to impose "an expensive burden" on congregations and circuits. (1 Thess. 2:9) It is important that circuit overseers avoid being extravagant or giving the appearance of wanting the best of everything in the way of food, clothing, apartment furnishings, the latest electronic devices, vacations, and so forth. In this way they will avoid "any cause for stumbling" and will set an example for pioneers and others endeavoring to seek the Kingdom first.—2 Cor. 6:3, 4; Phil. 1:9, 10.

2. Circuit overseers should not take the initiative in requesting that a congregation reimburse them for expenses incurred during the week. They may submit expenses to a congregation only when the elders request these. If the congregation does not provide accommodations or is not able to reimburse the brother, he may submit his expenses to the assembly overseer for reimbursement by the circuit without waiting until the next circuit assembly. Circuit overseers may also submit to the assembly overseer expenses incurred during the week of a circuit assembly, during the week of his assigned convention, and during the week(s) he is conducting Pioneer Service School, whether the school is in his circuit or not. If the circuit does not reimburse the expenses, the circuit overseer may submit them to the Service Department, using the *Circuit Overseer's Request for Reimbursement* (S-301) form. If a congregation does not reimburse the expenses of a substitute circuit overseer, he too may submit the expenses to the Service Department. Whenever expenses are submitted for reimbursement, whether to the elders or to the Service Department, receipts should be provided along with the request.

3. General weekly expenses include food expenses, routine office expenses, transportation expenses, and certain moderate personal expenses. (See Appendix A.) Such expenses should be kept as low as possible. These are explained in greater detail below. A circuit overseer may wish to use personal contributions he receives to cover these expenses. Of course, if publishers make personal contributions and specifically indicate that the funds are to be used for expenses incurred during the week, it would be well for the circuit overseer to have this in mind when submitting his expenses.

4. Midday mealtimes are fine occasions for upbuilding conversations, for forming close friendships, and even for shepherding. Thus, when visiting congregations, it is preferred that circuit overseers

CAEKAERT/MAPLEY 001278

accept the hospitality of the local brothers for the midday meal as arranged by the elders. Circuit overseers may decide whether they will accept invitations for other meals. They should deeply appreciate the congregation's hospitality. A circuit overseer should be discreet when conveying any dietary restrictions he has. He should not give the impression that he expects certain food items.

5. Routine office expenses include telephone calls, stationery, postage, ink cartridges, and other expenses that are incurred in connection with theocratic assignments. If such expenses are higher than usual during a week, rather than asking one congregation to cover them, the circuit overseer should divide them among the congregations or submit them to the assembly overseer. However, it would not be appropriate to submit expenses for cable or satellite television service, personal long-distance telephone calls, or the purchase or lease of computer equipment, photocopiers, and the like. If Internet or mobile telephone service is necessary to communicate with congregations and with the branch office, the expense incurred may be covered either by dividing the cost among the congregations or submitting them to the assembly overseer. If the congregations or circuit are unable to cover the cost of Internet or mobile telephone service, it may be submitted to the Service Department for reimbursement. However, any Internet or mobile telephone service beyond what is needed to communicate with congregations and the branch office would be a personal expense for the circuit overseer to bear. Additional expenses related to Internet or mobile telephone service for the wife of a circuit overseer would also be a personal expense not submitted for reimbursement.

6. Certain moderate personal expenses, such as dry cleaning, shoe repair, and haircuts, may be submitted to the congregation. Nevertheless, these would be minor expenses, and in some cases the circuit overseer may choose to use personal contributions and the monthly allowance to help cover them.

7. Other personal expenses, such as clothing, cosmetics, vitamins, over-the-counter drugs, insurance for personal property, travel trailers and their tow vehicles, or life insurance, should not be submitted to congregations or circuits for reimbursement. (See 1:6.) Neither should requests for reimbursement be submitted for expenses incurred during personal time away. Rather, they should be covered with funds from personal contributions received, the Personal Expense Account, or other personal funds. If circuit overseers have a specific need, such as for medications, they should feel free to contact the branch office for assistance.—See Appendix F.

## EXPENSES INCURRED IN MOVING TO A NEW ASSIGNMENT

8. Normal travel expenses and reasonable shipping expenses that

CAEKAERT/MAPLEY 001279

may be incurred when moving to a new assignment may be submitted for reimbursement to the assembly overseer of the new circuit. If the circuit is unable to reimburse the circuit overseer for such expenses, these may be submitted to the Service Department for reimbursement using the *Circuit Overseer's Request for Reimbursement* (S-301) form. If the circuit overseer and his wife will need legal documentation to take up a new assignment, the branch office will be of assistance.

## PERSONAL CONTRIBUTIONS

9. Monetary gifts should not be made to circuit overseers from congregation, circuit, or convention funds. Likewise, it is not appropriate for individuals to solicit money from brothers and sisters and then provide this as a gift to a circuit overseer. (2 Cor. 8:20) On the other hand, an individual may be moved by appreciation to make a personal contribution to a circuit overseer. Such genuine Christian generosity on the part of the giver and acceptance on the part of the circuit overseer is a private matter that need not concern others. However, soliciting funds from others, even on a personal basis, should not be done.

## BUSINESS VENTURES

10. Circuit overseers should not become involved in commercial business ventures. It would be inappropriate for circuit overseers to use their theocratic position or contacts to profit financially.

## PERSONAL EXPENSE ACCOUNT

11. A Personal Expense Account (PEA) is made available to those in special full-time service. Monthly PEA credits are calculated based on the number of years that an individual has spent in full-time service. The month after a person has passed the five- or ten-year mark, the amount of his credit is raised. The credits from the last calendar year are available on January 1. The available PEA balance may be withdrawn as needed or be left to accumulate in the account.

12. A brother in his first year of circuit work who did not transfer from some other form of special full-time service will receive credit to his PEA for each full month he serves in the circuit work. For example, if a brother begins circuit work in the middle of October, on January 1 he would receive a credit to his PEA only for the months of November and December. However, if a brother transfers from one form of special full-time service to another, his PEA credits would be uninterrupted.

13. This account is for personal needs, incidental medical expenses, and so forth. To make a withdrawal from one's PEA, a *Personal Financial Request* (TO-4) form should be sent to the Accounting Department.

CAEKAERT/MAPLEY 001280

14. If it is necessary for a brother to leave the circuit work and he will no longer be in special full-time service, he may request the balance of his PEA. To obtain these funds, a *Personal Financial Request* form must be submitted before the date of termination of special full-time service, since the account will automatically be closed on that date. While one's PEA for the current calendar year is not ordinarily available until January 1, anyone leaving special full-time service may request PEA funds for the full months that he spent in special full-time service during the current calendar year.

15. In the event of the death of a mate, the surviving mate may benefit from the balance left in the PEA of the deceased.

## HEALTH CARE

16. See Appendix F for information on arrangements to assist circuit overseers with health-care expenses.

## TAXES

17. As members of a united theocratic order, it is important that circuit overseers comply with appropriate legal requirements. This is particularly so with regard to income-tax reporting. In this matter it is imperative that as a body of circuit overseers and representatives of Jehovah's organization, all carry on their affairs so as to remain irreprehensible, returning "Caesar's things to Caesar."—Matt. 22:21; 1 Tim. 3:2.

18. The branch office will assist circuit overseers with their tax-reporting needs. This relieves them of having to prepare tax returns on their own or seek other help. Having tax returns prepared with this assistance will minimize any problems that might otherwise arise.—See Appendix G.

CAEKAERT/MAPLEY 001281

# Field Ministry

1. Like traveling overseers in the first century, modern-day circuit overseers take the lead in the work of Kingdom preaching and disciple-making. (Acts 18:5, 6) They are "industrious, not lazy." They are "aglow with the spirit." (Rom. 12:11) Though they are teachers and shepherds, primarily they "do the work of an evangelizer." —2 Tim. 4:5.

2. When writing congregations prior to their visit, circuit overseers should encourage full participation in the field ministry. (See 4:1.) Their talks should likewise stimulate interest in and enthusiasm for field service. Circuit overseers and their wives take the initiative and warmly invite others to work with them. (See 23:3.) They set an example by being punctual and fully supporting field service arrangements throughout the week. Although their week with the congregation is busy, they should have a full share in the ministry on weekends. Aside from necessary medical appointments, circuit overseers should strive to care for personal matters on their day off. Other activities should not limit working with the brothers on weekends. Many in the congregations who work secularly will have the opportunity to work with the circuit overseer only on the weekend. —See 4:9.

3. Practical five-to-seven-minute meetings for field service should be held. (Of course, when the meeting for field service follows another congregation meeting, it should be shorter.) The circuit overseer should discuss a simple presentation that is well-suited to the territory or consider other practical information that can be used in the ministry that day. With advance preparation, this can be accomplished and the meeting can still conclude within the allotted time, thus setting a good example for the congregation. Organizing large groups of publishers can prove challenging. However, the circuit overseer can do this with the assistance of the group overseers or other elders without abdicating his responsibilities. In his communications with the coordinator of the body of elders, the circuit overseer should ask him to make sure sufficient territory will be provided each day, including Saturday and Sunday. (See 4:1.) The circuit overseer should ask for the names of publishers whose circumstances allow them to be out only on the weekend and who would benefit from working with him.

4. The circuit overseer should train others in various aspects of the ministry, such as door-to-door witnessing, public witnessing, business witnessing, and telephone witnessing. It is good to take a few minutes while working with brothers and sisters to commend them and to discuss ways to improve their ministry. When circuit overseers earnestly endeavor to 'search out deserving ones'

CAEKAERT/MAPLEY 001282

wherever and whenever they can be found in the territory, this impresses on the publishers the seriousness of the ministry.—Matt. 10:11.

5. While circuit overseers should take the lead in sharing in various features of the ministry, they must exercise care not to "go beyond the things that are written" as regards the methods used to attract people to the truth. (1 Cor. 4:6) It would be inappropriate to promote innovative programs that disguise the true nature of our Bible educational work or hide the fact that we are Jehovah's Witnesses.

6. Barring temporary health problems and other factors beyond their control, it should be possible for most circuit overseers and their wives to devote about 17 hours each week to the field ministry, or about 68 hours for those months when there are not conventions, assemblies, schools, or personal time away scheduled. (See 4:9.) Field service activity is reported to the Service Department, using jw.org if possible. Such reports should be received by the Service Department no later than the 20th of each month. Bible studies that are conducted with the same individual or family each week should be reported. The branch office recognizes that the circumstances of many in the circuit work will not allow them to conduct a regular home Bible study each week.

## PUBLIC WITNESSING

7. The elders have been provided with direction on how to implement various forms of public witnessing in their assigned territory. As circuit overseers visit congregations, they should be enthusiastic and energized about public witnessing and give it their full support. They should take an active interest in the arrangements for public witnessing that are already in place. Are they effective and practical for the area? Are they dignified, well-organized, and in harmony with direction provided to the elders? Are there additional locations in the territory that the elders should consider as possibilities for public witnessing? Of course, there is a need for balance. Public witnessing should not overshadow the house-to-house work. Additionally, it is understood that in some very rural territories the effectiveness of organized public witnessing may be limited. Circuit overseers should help the elders to display good judgment and reasonableness when evaluating the needs of their territory.

8. *Special Metropolitan Public Witnessing Guidelines* (S-71) has been made available to circuit overseers for use when arrangements for special metropolitan public witnessing have been established by the branch office. Such arrangements often span the assigned territories of many congregations and circuits. Specific brothers are assigned by the branch office to organize the work, including the use of

CAEKAERT/MAPLEY 001283

approved publishers from participating circuits in the area. Circuit overseers should familiarize themselves with *Special Metropolitan Public Witnessing Guidelines* and use the principles found therein to help the elders with their local public witnessing efforts.

## DRESS, GROOMING, AND CONDUCT

9. If the body of elders agrees that a brother or sister is blatantly and deliberately ignoring *repeated counsel,* and his or her dress, grooming, or conduct is disturbing to the congregation, the elders may determine that the person no longer qualifies to share in the ministry. In such rare cases, no announcement would be made to the congregation.

## WITNESSING TO REFUGEES

10. Circuit overseers and bodies of elders should be alert to any influx of refugees into their territory. Circuit overseers should inform the Service Department of such developments as soon as possible, answering the following questions: Have refugee camps or centers been set up? Do the refugees have an established community, or are they scattered throughout the area? What is the estimated population of refugees? What languages do they speak? Once the presence of a refugee community of significant size is identified, the branch office may appoint a circuit overseer to coordinate the efforts to provide a witness. *Guidelines for Witnessing to Refugees* (S-197) has been made available to circuit overseers for use when a circuit overseer receives such an assignment.

## HARBOR WITNESSING

11. *Harbor Witnessing Guidelines* (S-374) has been made available to circuit overseers for use when arrangements for harbor witnessing have been established by the branch office. Such arrangements often span the assigned territories of many congregations and circuits. Specific brothers are assigned by the branch office to organize the work, including the use of approved publishers from participating circuits.

Chapter 10

CAEKAERT/MAPLEY 001284

CAEKAERT/MAPLEY 001285

# Hospital Liaison Committees

1. When a Hospital Liaison Committee (HLC) needs additional brothers to help care for the workload, the HLC determines who should be recommended to the branch office, using the general guidelines set forth below. The HLC will consult the circuit overseer to ensure that the elder being recommended is available and qualified to serve in this capacity. While it is unlikely that any brother would have ideal circumstances and possess all of the desired qualities, he should measure up to a reasonable degree.

- He should be an articulate, spiritual man who is respected in the area.—1 Tim. 3:7.

- He should be courageous, not easily intimidated, willing and able to speak with doctors, lawyers, and judges.—Ex. 4:10-12; Prov. 29:25.

- He should truly love the sheep and be willing to respond to emergencies at all hours.—Prov. 3:27; 19:17; John 13:35.

- He should be accessible. If a brother is often away on business or is difficult to contact, this would limit his ability to assist in an emergency. Brothers who have a flexible work schedule, work part-time, or are retired or semiretired are usually in a better position to meet with hospital personnel whenever required. This is an important qualification.

- He should be loyal in maintaining confidentiality.—Ex. 18:21; Prov. 25:9.

- He should work well with others. Cooperation and unity are needed to accomplish the work.—1 Cor. 1:10; 12:12-26.

- He should live in or near the city where the HLC is located unless special circumstances warrant an exception.

- Some medical background may be helpful, but it is not necessary.

- He should not have so many other responsibilities that he would not be able to carry out this assignment.

2. A regular pioneer who is unable to reach the hour requirement because of HLC work should be given special consideration.—See 4:5.

3. When a child is hospitalized, elders should meet with the child's parents to review the document *How Parents Can Protect Their Children From Misuse of Blood* (S-55). As shepherds, elders who are not HLC members should actively support the brothers when they are ill. The HLC and Patient Visitation Group arrangements do not relieve elders of their responsibility to visit and assist local brothers and sisters who may be sick at home or in the hospital. Elders should also be quick to assist publishers from other congregations who may come to their area for medical treatment.

CAEKAERT/MAPLEY 001286

CAEKAERT/MAPLEY 001287

# Isolated Publishers and Groups

1. It is important to give attention to all publishers living in unassigned territory. The branch office sends the names of isolated publishers to the nearest congregation so that the congregation can maintain contact with them. The branch office also advises the circuit overseer of the number of those associated with an isolated group and the name and address of the one receiving correspondence. If practical, the circuit overseer should arrange to visit them annually and give talks while he is there. Perhaps a day or two could be spent in the ministry with the isolated publishers. Much good can be accomplished in even a brief visit.—See Chapter 15 for direction on assisting foreign-language groups.

2. The circuit overseer may be able to help in getting a group firmly established for organization as a congregation if they are too far away to work under the direction of an already existing congregation. To form a congregation, the group should have, if possible, at least one elder or ministerial servant who can provide the necessary spiritual oversight and take the lead in the preaching work. Where pioneer sisters or other mature sisters help in forming a congregation, they may handle some responsibilities until a qualified brother becomes available. The branch office will ensure that isolated groups having no elders receive essential nonconfidential letters and direction. If a congregation cannot be formed, the circuit overseer should encourage those associated with the group to do what they can to hold meetings, share in the field service, and send their reports to the branch office.

3. If a regular or special pioneer is in an isolated assignment not connected with a congregation, the circuit overseer may arrange for a longer visit, up to a full week. After each annual visit, the circuit overseer should submit a *Personal Qualifications Report* (S-326) for the pioneer.

4. The branch office may arrange for an isolated group of publishers to receive literature and magazines if a favorable recommendation for such is received from the circuit overseer.

5. Following a visit with an isolated publisher or group, the circuit overseer should provide the Service Department with a report, stating what he was able to accomplish during the visit and providing any observations and recommendations he may have.

CAEKAERT/MAPLEY 001288

CAEKAERT/MAPLEY 001289

# Judicial Matters

1. Circuit overseers should keep before the elders the need to judge always with righteousness, wisdom, and discernment. If a circuit overseer discerns that a body of elders lacks a general understanding of when or how to care properly for judicial matters or how to prepare accurate reports for the branch office, he should take the time necessary to assist them. It would be helpful to review with the elders relevant material in the *Shepherding* textbook, in letters from the branch office, and in other publications from the faithful and discreet slave.

2. If the circuit overseer's help is requested with a specific case and there does not appear to be clear direction in the Scriptures or in other published material, he should encourage the elders to contact the Service Department. For example, when questions arise concerning cases that involve Scriptural freedom to remarry, he should always direct the elders to contact the Service Department. —Prov. 11:2b; *ks10* chap. 7 par. 15; chap. 12 pars. 9-14.

3. Normally, it is best that a circuit overseer not serve on a judicial committee. This prevents possible problems later if an appeal hearing is necessary or if the case cannot be concluded during his visit. If for any reason a congregation does not have enough qualified elders to handle a judicial case, help may be requested from a nearby congregation. Likely, the elders would benefit from the recommendations of the circuit overseer in selecting qualified elders outside their congregation. However, in the extreme circumstance where three elders are not available to serve on a judicial committee, the circuit overseer should call the Service Department and explain the situation. If approved, he may be used to complete a judicial committee of three members.—See B:1.

4. At times, it has been necessary to arrange for an interpreter to assist with judicial cases. If there is an elder in the circuit who is proficient in the languages involved, he can serve as an interpreter. If no elder is available in the circuit, the circuit overseer may check with nearby circuits for an available elder, or he may contact the Service Department for assistance. It is not appropriate to use a sister as an interpreter for judicial cases.

## CASES INVOLVING CHILD SEXUAL ABUSE

5. When the body of elders decides to form a judicial committee to meet with one accused of child sexual abuse, the coordinator of the body of elders will first contact the circuit overseer. The circuit overseer should designate an experienced elder who is on the list of those qualified to handle complex matters to serve as chairman of the judicial committee. If a decision to disfellowship is appealed, the

CAEKAERT/MAPLEY 001290

circuit overseer will designate another elder from the list to serve as chairman of the appeal committee. Also, when an adult who has been disfellowshipped for child sexual abuse applies for reinstatement, the coordinator of the body of elders will contact the circuit overseer and provide the names of those who served on the judicial committee. Thereafter, the circuit overseer should confirm that the chairman of the judicial committee is still on the list of those qualified to handle complex matters and thus could serve as the chairman of the reinstatement committee. If he is not, the circuit overseer should select an elder who is on the list. If the chairman of the judicial committee is still an elder in the congregation but is not assigned to serve as chairman of the reinstatement committee, he will remain on the reinstatement committee, even though this may result in four elders serving on the committee.—See 20:4; B:1.

## APPEAL COMMITTEES

6. Individuals have the right to an appeal when disfellowshipped, and they should not be discouraged from exercising it. It is necessary for judicial committees to wait seven days before announcing a disfellowshipping, even if the individual says he will not appeal or if he failed to appear at the original hearing. If the individual were to appeal the decision after the announcement had been made but before the seven days expired and then the disfellowshipping were to be rescinded, it could raise unnecessary questions in the minds of some. (If an appeal is made after seven days, the judicial committee should contact the Service Department immediately for direction.)

7. If an appeal is made within seven days, an appeal hearing should be arranged for, even if the basis for it does not seem to be valid. The judicial committee chairman should promptly contact the circuit overseer, who will designate elders to serve on the appeal committee. Before appointing an appeal committee, the circuit overseer should get the name of the accused, his race, the offense(s) he is charged with, and some facts about the case. The circuit overseer will then review the list of elders in nearby congregations and determine who are the best qualified to handle the appeal case. The list of those qualified to handle complex matters may be used as a guide; however, the brothers selected do not have to be on that list. They should be men who are experienced, spiritual, balanced, impartial, up-to-date in reading and studying Christian publications, able to deal kindly with others, highly respectful of the Bible and its principles, and capable of making wise decisions. If possible, the elders selected by the circuit overseer for hearing the appeal should not be from the same congregation as the judicial committee. They should not be related to or have a special relationship with the elders on the judicial committee or the one making the appeal. The circuit overseer selects the chairman of the appeal committee.—See 13:5.

CAEKAERT/MAPLEY 001291

8. When the circuit overseer selects elders to serve on an appeal committee, he should remind them to review before and during their deliberations pertinent information in the *Shepherding* textbook and in any other relevant direction provided by the branch office.

## JUDICIAL RECORDS

9. Circuit overseers are not authorized to open confidential congregation judicial records unless they are directed to do so by the branch office.—See B:1.

## PUBLISHERS UNDER RESTRICTIONS

10. During each visit to a congregation, the circuit overseer should ask the elders if there are any publishers under restrictions and, if so, what assistance is being rendered to help them make spiritual progress. It would not be necessary for the elders to provide the circuit overseer with a written list explaining the restrictions in the congregation. In all cases of judicial reproof and reinstatement, restrictions should be imposed. The elders should be closely monitoring the spiritual progress of such individuals and should restore their privileges accordingly. Some elders confuse the matter of restrictions by referring to the withholding of privileges, such as appointment as an elder, ministerial servant, or pioneer, as restrictions. If there is a misunderstanding, the circuit overseer should assist the elders to appreciate the purpose of restrictions and how they are lifted.

CAEKAERT/MAPLEY 001292

CAEKAERT/MAPLEY 001293

# Kingdom Halls and Assembly Halls

## KINGDOM HALL MAINTENANCE

1. The branch office is interested in the condition of Kingdom Halls. While most congregations take pride in maintaining the appearance, security, and general good condition of their Kingdom Hall, there may be some instances wherein the elders procrastinate, allowing things to deteriorate. If the circuit overseer observes that attention needs to be given to the cleanliness or maintenance of the Kingdom Hall, he should take the initiative to ask the elders kindly about this. Perhaps some things can be cared for during the week of his visit. The circuit overseer should report any major issues to the Service Department in a separate letter, which can be sent at the same time as his report on the congregation. The elders should be reminded to follow through on any direction received from the Local Design/Construction Department.

2. The circuit overseer should confirm with the elders that the congregation's financial support of the operating costs of their local Kingdom Hall and their resolution to contribute to Kingdom Hall and Assembly Hall construction worldwide are being reviewed annually. The circuit overseer should also verify that the amounts resolved are reasonable and in accord with local circumstances.

3. Where two or more congregations use the same Kingdom Hall, the elders may need clarification on the duties of the Kingdom Hall Operating Committee. It may be helpful to review with them the direction the branch office has provided relative to their duties.

## KINGDOM HALL CONSTRUCTION

4. Not every congregation needs to have a Kingdom Hall in its own territory. Rather, attention should be given to the effective use of present facilities. The Local Design/Construction Department (LDC) and the Service Department will determine how best to care for the Kingdom Hall needs in the area. (See 5:21-25.) When congregations are involved in the construction or renovation of Kingdom Halls, the circuit overseer should show interest in the project and encourage the brothers to be supportive.

5. When circuit overseers visit congregations, they should review the file containing the copies of *Local Design/Construction Volunteer Applications* (DC-50), confirming with the elders that the information on the forms is up-to-date. They should also take note of any skilled, exemplary baptized publishers who have not yet volunteered and approach them about doing so. Additional encouragement and commendation for supporting the program may be included in their talks to the congregation, helping all to realize that this is a form of sacred service.

CAEKAERT/MAPLEY 001294

6. Motivated by love for Jehovah and his organization, those participating in theocratic construction and maintenance activities make sacrifices in order to join in this avenue of sacred service. Maintaining a balanced approach in dealing with these willing volunteers, showing them extra consideration and providing them with due commendation and encouragement, will further motivate them in their self-sacrificing spirit. (Prov. 3:27; Phil. 4:5) When there are construction servants and construction volunteers in his circuit, the circuit overseer will see to it that they are not overlooked for theocratic privileges. If a Construction Group travels often from project to project, the LDC will work closely with the Service Department to ensure that the group is able to be in attendance during a circuit overseer's visit to a congregation in the area.

## KINGDOM HALL DEDICATIONS

7. Some congregations may choose to have the local circuit overseer give the dedication talk if he is available on the date desired. If so, the dedication program will have to be scheduled at a time that does not conflict with the circuit overseer's regular schedule for serving a congregation. Any exception to this must be approved by the branch office.—See *Index to Letters for Bodies of Elders* (S-22) for the latest direction to bodies of elders on Kingdom Hall dedications.

## ASSEMBLY HALLS

8. Assembly Halls provide convenient meeting places for theocratic instruction. However, circuit overseers should not promote the development of Assembly Halls or build enthusiasm for a project before being directed to do so by the branch office. If approached by brothers proposing an Assembly Hall project, the circuit overseer should let them know that the planning of Assembly Halls is cared for by the branch office.

9. At times, circuit overseers may have observations on the local Assembly Hall's operation or condition. It would be a kindness to discuss these matters directly with the Assembly Hall overseer and, if needed, bring them to the attention of the branch office.

CAEKAERT/MAPLEY 001295

# Foreign-Language Field

1. The impartiality of a circuit overseer sharing the good news with someone who speaks another language has a positive effect on the publishers in his circuit. (Acts 10:34, 35) It is good to encourage interested ones to attend the meetings of the local congregation even if no meetings are held in their mother tongue. Extending a warm welcome to such ones will be upbuilding and will help them to make further spiritual progress.—Rom. 15:7.

2. If a congregation's territory includes a foreign-language community and there is not already a congregation or group of that language in the area, the circuit overseer should discuss the matter with the elders. If the foreign-language community is not large enough to support a pregroup or group and there are no native speakers in the congregation, the congregation could refer any interest found to the nearest target-language congregation or group. If long distances are involved, publishers from the nearest target-language congregation or group could make return visits and conduct Bible studies by means of telephone or video calls. Each time the circuit overseer visits the congregation, he should continue to monitor the progress in the target-language field.

3. If the foreign-language community is large enough to support a pregroup or group, the circuit overseer should follow through in organizing the preaching work in that language. (See *Index to Letters for Bodies of Elders* [S-22] for the latest direction on the foreign-language field.) It may be appropriate to recommend to the branch office that a language class be held. (See 15:21-22.) At times, the foreign-language community may extend outside the territory boundary of the congregation or the circuit. If so, the bodies of elders and the circuit overseer(s) involved should work out an agreeable arrangement so that the preaching work is carried out in a loving and effective manner.

## FOREIGN-LANGUAGE GROUPS

4. When a circuit overseer receives notification from the Service Department that a foreign-language group has been approved in his circuit, he will encourage nearby congregations to communicate with the host congregation when they encounter interested individuals who speak the target language. In this way the group can cooperate with the nearby congregations in giving a further witness and in developing any interest. Interested persons may attend the congregation of their choice.

5. When a circuit overseer visits a congregation that hosts a group, attention should be given to assisting the group spiritually. This might include working with the publishers as they preach in

CAEKAERT/MAPLEY 001296

the target language. The elders or ministerial servants who are supporting the group may benefit from receiving practical assistance in organizing such preaching work. The group should be encouraged to work closely under the direction of the body of elders. The circuit overseer will also want to remind the elders of the need to support and shepherd the publishers working in the group.

6. The circuit overseer should include in his report on the congregation a brief supplementary report on the progress of the group and any specific needs that exist. He should comment on the following questions: Should the congregation continue to host the group? Is the target-language population base large enough to support the group? Are the local elders taking an active interest in the progress of the group? Does he recommend that the group be visited exclusively for an entire week? (Such a visit stimulates and unifies the group even if the circuit overseer does not know the language.) Would it be beneficial to arrange for a visit from a circuit overseer or a substitute circuit overseer who speaks the language of the group if such a brother is available? If the branch office grants approval for a group to receive an exclusive visit by a circuit overseer, whether he speaks the language of the group or not, such visits are to be made no more than once per year.

7. After receiving approval to visit a group for a separate week's visit, the circuit overseer should adhere to the following schedule. On Tuesday afternoon, review the *Congregation's Publisher Record* (S-21) cards of the publishers in the group. Make field service arrangements from Wednesday to Sunday. Attend all the weekly meetings that the group is conducting. If the group has received permission to tie in to or view recordings of another congregation's meetings, join with the group in this as well. (See 15:10.) Arrange to present a public talk to the group. (*be* p. 55, box) During this special week of activity, the group may have an abbreviated *Watchtower* Study, followed by the presentation of a service talk by the circuit overseer. His talks should be interpreted, and he may agree to have his concluding prayer interpreted. Otherwise, a brother fluent in the language of the group may conclude with prayer. The meeting schedule for the host congregation or other congregations in the Kingdom Hall should not be adjusted for the visit to the group. The circuit overseer may meet with the body of elders of the host congregation if they have questions on how to support the activities of the group better. If needed, the circuit overseer may meet with the regular pioneers and any special pioneers and field missionaries in the group to discuss specific situations that they are facing in the target-language field. He may also seek input from spiritually mature native speakers. At the end of the visit, submit a brief letter on what was accomplished during the visit to the group, including the following infor-

CAEKAERT/MAPLEY 001297

mation on the makeup and activity of the group:

- Estimated population of target-language speakers
- Number of confirmed addresses of target-language speakers
- Total active publishers (including pioneers and field missionaries)
- Number of regular and special pioneers and field missionaries
- Number of elders
- Number of ministerial servants
- Average meeting attendance
- Number of Bible studies being conducted

8. If a circuit overseer or substitute circuit overseer who speaks the target language is approved to visit the group and believes that a brother in the group may qualify for additional privileges, it would be appropriate for him to convey his observations to the circuit overseer who cares for the host congregation. That circuit overseer should consider the matter with the elders during his next visit. Such a consideration of a brother's potential may move the elders to recommend him in the future.—Prov. 15:22.

## FOREIGN-LANGUAGE CONGREGATIONS

9. A circuit may include a congregation that speaks a language other than the language of the circuit. In such a case, the circuit overseer's talks should be interpreted, and he may agree to have his concluding prayer interpreted. Otherwise, a brother fluent in the language of the congregation may conclude with prayer. He should indicate in his report on his visit with the congregation whether it would be beneficial to arrange for a visit from a circuit overseer or a substitute circuit overseer who speaks the language of the congregation if such a brother is available.

## ALTERNATIVE ARRANGEMENTS FOR ATTENDING CONGREGATION MEETINGS

10. Small or isolated congregations and congregations that host foreign-language pregroups or groups may request approval from their circuit overseer to view recorded meetings available on JW Stream in the target language. If the circuit overseer agrees that the request has merit, he may approve the request. If recorded meetings are not available on JW Stream in the target language, small or isolated congregations and congregations that host foreign-language pregroups or groups may request approval to tie in to or view recordings of another congregation's meetings. If the circuit overseer agrees that the request has merit and the desired target-language congregation is in his circuit, he should contact the body of elders and inquire if they are willing to participate in this arrangement. If the desired target-language congregation is in another circuit, he

CAEKAERT/MAPLEY 001298

should contact that congregation's circuit overseer, and that circuit overseer will communicate with the congregation in his circuit. If the desired target-language congregation is in another branch territory, the circuit overseer should contact the Service Department in his branch office for direction. If the circuit overseer approves a small or isolated congregation to tie in periodically to the meetings of another congregation, it is expected that the small or isolated congregation will strive to conduct all of its own meetings as soon as possible.

## CIRCUIT ASSEMBLIES

11. For instructions on circuit assemblies in another language, see *Assembly Organization Guidelines* (S-330).

## CONVENTIONS

12. **Viewing Recordings or Tying In:** A foreign-language pregroup or group might desire to view a recording of or tie in to a convention program held in the target language. A foreign-language congregation might make a similar request if the convention to which it is assigned will not be presented in the language of the congregation. If a congregation requests approval (whether for itself or for a pregroup or group that is hosted by the congregation) to tie in to or view a recording of a convention program and the circuit overseer believes the request has merit, he should contact the Convention and Assembly Desk in the Service Department and provide answers to the following questions:

- Which congregation is making the request? How many are expected to view the program? Is this request being made for the congregation as a whole or for a pregroup or group that is hosted by the congregation?

- Where will the program be viewed? If it can be viewed at the same time and in the same location as the assigned convention, this is preferred. Perhaps an auxiliary room at the convention location can be used. If this is not possible, the pregroup, group, or congregation should attend the convention to which they have been assigned and then tie in to or watch a recording of the convention in the target language at another time and location. If the program will be viewed in a Kingdom Hall, have the bodies of elders using the Kingdom Hall given their approval? (Meeting schedules should not be adjusted so that the Kingdom Hall can be used to view the program. If necessary, an auxiliary room in the Kingdom Hall or a convenient location other than the Kingdom Hall may be used.) Is a capable appointed brother available to oversee the setup?

- Is the recording of the convention available on JW Stream in the target language? If so, viewing that recording is preferred over tying in to the convention.

CAEKAERT/MAPLEY 001299

13. A congregation that receives approval to view a recording of or tie in to a convention program would in most cases conduct its own abbreviated *Watchtower* Study, as is done during the visit of the circuit overseer, rather than view a recording from a past week's study. The same would be true of a group that normally holds its own *Watchtower* Study. Otherwise, the local elders can decide how to handle matters.

14. If the branch office gives approval for the event to be held at a time and location other than that of the assigned convention and if publishers from more than one congregation will be attending, the circuit overseer should designate one congregation to serve as host. Additionally, he should assign a capable elder or ministerial servant to oversee the event. This brother would ensure that any necessary arrangements for cleaning, parking, and so forth are cared for.

15. Contribution boxes should be available. Two brothers should collect the contributions and record the amounts received. The funds should be deposited in the bank account of the host congregation. These funds may be used to care for any expenses directly related to the event. Any remaining funds should be forwarded to the branch office. When use of recordings is approved, prayers should be said locally.

16. **Simultaneous Interpretation:** If it is not possible for program parts to be presented in the target language and it is not possible to view a recording of or tie in to a convention in the target language, circumstances may warrant that consideration be given to presenting simultaneous interpretation at a convention. Simultaneous interpretation at conventions is done only after presenting stand-alone circuit assemblies or simultaneous interpretation at circuit assemblies. The circuit overseer should carefully consider with the responsible local brothers whether such interpretation is necessary or practical.

17. In other cases, a different convention may already be scheduled to present the program in the target language. If publishers in the target-language congregation or group would like to attend such conventions, there is no objection to their doing so. Good communication among the circuit overseers involved will help resolve questions on scheduling a visit to the congregation or group.

18. When the circuit overseer believes it is appropriate, he should send a report to the Convention and Assembly Desk in the Service Department to explain the reasons for the request for simultaneous interpretation. This request must be made by September 1 of the year preceding the convention. The report should include answers to the following questions: How many publishers and interested persons would benefit from simultaneous interpretation of

CAEKAERT/MAPLEY 001300

the program? How much of the program can be interpreted? How many elders and ministerial servants qualify to interpret the program? How many other publishers qualify to interpret the program? Additionally, the circuit overseer should include a recommendation regarding which elder he feels could best be used to select the interpreters and coordinate the entire arrangement. (The direction in *Assembly Organization Guidelines* [S-330] regarding simultaneous interpretation at circuit assemblies would also apply in principle to simultaneous interpretation at conventions.) If this request is approved, the branch office will make appropriate arrangements for it.

19. **Sessions:** When sessions in another language are approved, qualified speakers present selected parts directly in that language. Such parts might include the keynote address, the release talks, the baptism talk, the public talk, and so forth, with recordings or simultaneous interpretation of the remainder of the program being presented to the extent possible. The sessions are held in a separate room or area in conjunction with a stand-alone convention. If the circuit overseer for a particular language believes there are enough qualified speakers and interpreters, he should recommend to the Convention and Assembly Desk in the Service Department that sessions be held in that language. This request must be made by January 15 a year and a half ahead of the requested convention. In his report he should answer the following questions: How many publishers and interested persons would benefit from this program? How many elders and ministerial servants qualify to give talks and/or interpret the program? How many parts could the appointed brothers realistically present? How many other publishers qualify to interpret the program? Based on the ratings received from the field, the branch office will assign the speakers and simultaneous interpreters for all convention sessions in another language. The branch office will also appoint a brother to coordinate the arrangements for the sessions.

20. **Stand-Alone Conventions:** Eventually, after presenting stand-alone circuit assembly programs and sessions at a convention, the growth in a particular language may warrant that consideration be given to presenting the full convention program. The circuit overseer should send a report to the Convention and Assembly Desk in the Service Department, explaining the reasons for the request. This request must be made by January 15 a year and a half ahead of the requested convention. The report should include answers to the following questions: What is the estimated attendance for the convention? How many elders and ministerial servants are qualified to present talks on the program? If the request is approved, the branch office will make the appropriate arrangements.

## LANGUAGE CLASSES

21. When recommending a language class, the circuit overseer should provide answers to the following questions: What is the esti-

CAEKAERT/MAPLEY 001301

mated population of the target-language community? Has the territory been organized? How many addresses have been put into territories? Does the territory need to be covered more thoroughly? Is there a nearby congregation or group holding meetings in the target language? Is the body of elders of that congregation willing and able to host the language class? Have any brothers in the area attended the language-teaching seminar hosted by the branch office? If so, which of them do you recommend to take the lead in instructing the class? Is he willing and available? If the target-language congregation or group is not in your circuit, have you contacted the appropriate circuit overseer in order to benefit from his comments on organizing the class? If the target-language congregation or group is in your circuit, have you discussed the recommendation with other circuit overseers in the area? Which circuit do you recommend be invited to the language class if the branch office approves it? Is that circuit overseer willing and available to coordinate the class? If the circuit overseer recommending the class feels that more than one circuit should be invited to attend, he should contact the circuit overseers of those circuits as well and include a joint recommendation.—See *Instructions for Organizing Language Classes* (S-367).

22. If an elder or a ministerial servant speaks the target language and has potential to serve as a language instructor, the circuit overseer may provide him with an *Application to Attend Language-Teaching Seminar* (S-360). Since the instructors of a language class must care for certain administrative duties that would be better handled by brothers, sisters may not serve as instructors. However, qualified sisters may serve as assistants to brothers who have attended the language-teaching seminar. If a trained instructor is not available, the circuit overseer should encourage the publishers to do their best in learning the language if circumstances warrant it.—*w08* 8/15 pp. 21-25; *g* 3/07 pp. 10-12; *w06* 3/15 pp. 17-20; *g00* 1/8 pp. 12-13; *g84* 6/22 pp. 18-21.

CAEKAERT/MAPLEY 001302

CAEKAERT/MAPLEY 001303

# Pioneers

1. Circuit overseers should help regular pioneers to remain in the work and should encourage others to consider taking up the pioneer service. When encouraging others to regular pioneer, circuit overseers should not shame, pressure, or coerce them. *Applications for Regular Pioneer Service* (S-205) should not be distributed indiscriminately in an effort to encourage pioneering. Those who pioneer should have a willing spirit prompted by a desire to serve Jehovah more fully.—Isa. 6:8.

## SPIRITUAL AND PRACTICAL ASSISTANCE

2. On Tuesday, when the *Congregation's Publisher Record* (S-21) cards are reviewed, the activity of the pioneers should be noted. After reviewing the records, the circuit overseer may ask a member of the Congregation Service Committee for observations regarding any trends, points for commendation, and areas where help or counsel might be given. He should work in the ministry with all the pioneers during the week, if possible, but especially with those who need the most help. The circuit overseer and the service overseer may be able to offer encouragement and practical suggestions to any having difficulties. If a pioneer is struggling to find a schedule that will allow him to meet the hour requirement, the circuit overseer can assist him by discussing the matter and offering practical suggestions regarding the effective use of time. Other pioneers may need help to be more effective in preaching and teaching so that they will have greater joy in their ministry.

3. Those who are enrolled as auxiliary pioneers during the circuit overseer's visit are invited to attend the entire meeting held with the regular pioneers, special pioneers, and field missionaries in the congregation. Those who auxiliary pioneer during March or April or during a regular visit of a circuit overseer have the option of a 30-hour requirement. This option also applies when a circuit overseer has received approval to visit a foreign-language group for an entire week. If a circuit overseer has received such approval, he should inform the congregation of the 30-hour option well in advance of his visit. (See 4:1.) The 30-hour option is limited to four times per year.

4. The branch office will provide the outline for the meeting with the pioneers during the first half of the service year (S-335). For the second half of the service year, the circuit overseer should prepare his own outline. It should address local needs and contain spiritually strengthening material and commendation for the pioneers' spirit of self-sacrifice. It should also include practical suggestions that will help them continue to be successful and joyful in their ministry.

CAEKAERT/MAPLEY 001304

5. The Scriptures should be used throughout the meeting. Appropriate points from the Pioneer Service School textbook, suggestions from *Our Kingdom Ministry* and the *Life and Ministry Meeting Workbook,* and information from special meetings with pioneers held in connection with past circuit assemblies may also be used. At times, a pioneer from another congregation may request to attend this meeting. (See 4:12.) The circuit overseer may decide whether his wife should attend this meeting. If the only pioneer in the congregation is a sister, the circuit overseer may ask his wife, the service overseer, or another elder to attend. The circuit overseer should not meet alone with the sister.

6. If no elder serves as a regular pioneer, a special pioneer, or a field missionary, and none of the elders are auxiliary pioneering during the visit, the circuit overseer should remind the elders that the service overseer (or another elder selected by the body of elders if he is unavailable) should attend the pioneer meeting. During the meeting, this elder will take notes to share with the rest of the body at the next regularly scheduled elders' meeting.

7. At the elders' meeting during the week of his visit, the circuit overseer should discuss the activity and circumstances of the pioneers. It is beneficial for the elders to schedule time to work with pioneers in various features of the ministry.

8. It may become obvious that it is not practical for a pioneer to continue serving as such, despite his having been given much help by the circuit overseer and the local elders. Perhaps he is far behind in his hours for the current service year, did not reach the hour requirement during the previous service year(s), and has circumstances that do not appear likely to change soon. If so, the circuit overseer should meet with the Congregation Service Committee and inquire if they feel the pioneer still qualifies. On the other hand, if the pioneer is not reaching the hour requirement because of working extensively on theocratic projects, special consideration may be extended. The circuit overseer should remind the elders of the latest direction from the branch office regarding pioneers having difficulty meeting the hour requirement.

## SPECIAL PIONEERS AND FIELD MISSIONARIES

9. Circuit overseers should take a keen interest in any special pioneers or temporary special pioneers who are serving in a congregation that is being visited. Circuit overseers should spend time with them in field service, get to know them personally, strive to encourage them, offer any suggestions that could help them to be more effective in their assignment, and be sensitive to their needs. During his first visit of each service year to the congregations, the circuit overseer should confidentially talk with the coordinator of the body

CAEKAERT/MAPLEY 001305

of elders to get his observations on the activity of each special pioneer and temporary special pioneer, including whether the pioneer is experiencing any difficulties with regard to health, finances, accommodations, and so forth.

10. If a special need exists, the circuit overseer should arrange a shepherding visit with the special pioneer or temporary special pioneer. After concluding the visit to the congregation, the circuit overseer should provide a clear and concise explanation of the special pioneer's situation in the *Personal Qualifications Report* (S-326) that is submitted to the Service Department.—See 5:17-18.

11. If it appears that special consideration needs to be given to a special pioneer or that it may be good for the special pioneer to be assigned to a different congregation because of the changing needs of congregations, the circuit overseer should provide his recommendations to the Service Department. When the brother or sister is greatly limited due to old age or health problems, the branch office will determine if the special pioneer should have a reduced hour requirement.

12. Field missionaries come under the direct oversight of the branch office and receive annual shepherding visits from Branch Committee members or other elders serving at Bethel. Nevertheless, the circuit overseer should schedule some time with field missionaries when he serves the congregation. He should work with them in the ministry. The missionaries will appreciate any words of commendation and encouragement the circuit overseer offers. During the visit, the circuit overseer should take note of the missionaries' personal circumstances as well as how they are carrying out their ministry. In this way, he will be able to provide a clear and accurate report when it comes time to send a *Personal Qualifications Report* to the branch office. (See 5:17.) When the brother or sister is greatly limited due to old age or health problems, the branch office will determine if the field missionary should have a reduced hour requirement.

**PIONEER SERVICE SCHOOL**

13. For detailed instructions on Pioneer Service School, see *Pioneer Service School Instructor Guidelines* (S-255).

**INFIRM REGULAR PIONEERS**

14. In rare circumstances, a brother or sister may be approved to remain as a pioneer without having a minimum hour requirement. This provision is only for exemplary longtime pioneers who have a heartfelt desire to serve always as regular pioneers and who feel they would be taking a backward step if they had to discontinue but who are unable to meet the hour requirement because of infirmity.

CAEKAERT/MAPLEY 001306

The elders may consider designating such a pioneer as an infirm regular pioneer if he (1) is over 50 years old and (2) has pioneered for at least 15 cumulative years. The elders should make this decision only after consulting with the circuit overseer regarding the situation. This arrangement is not a provision to allow an individual to care for sick relatives, do added secular work, and so forth. Those who first enter the pioneer service when they are 60 or 70 years old do not come under this arrangement simply because of their age. If an older pioneer who develops health problems is willing to transfer to the publisher ranks, there is no need for the elders to give consideration to allowing him to serve as an infirm regular pioneer.

CAEKAERT/MAPLEY 001307

# Appointment and Deletion of Elders and Ministerial Servants

1. As appointed representatives of the Governing Body and in accord with the Scriptural precedent at Acts 14:23, circuit overseers are responsible for the appointment and deletion of elders and ministerial servants, based on the recommendations of the local elders. A circuit overseer should not make an appointment or a deletion during his regular visit to a congregation without first discussing the matter with the local elders. When considering the appointment or deletion of an elder or a ministerial servant, the circuit overseer should feel free to consult with the Service Department or another experienced circuit overseer at any time if this would be helpful in making a decision.

2. The responsibility of appointing and deleting elders and ministerial servants is a weighty one. It is entrusted to men who are kind, impartial, and just. (Ex. 18:21) When handling recommendations, whether for appointment or deletion, circuit overseers should avoid imposing personal viewpoints and opinions or setting arbitrary rules. (1 Cor. 4:6) If the elders were to disagree with the circuit overseer, the circuit overseer would need to weigh the facts carefully, making a decision based on the Scriptural qualifications. (Prov. 11:2; 18: 13) Circuit overseers should strive to imitate Jehovah and his Son by caring for matters with love and patience. (Deut. 10:17; 16:18, 19; Isa. 42:1-4) In this way, circuit overseers demonstrate deep respect and submission to Jehovah and to the Head of the Christian congregation, Jesus Christ.—Eph. 1:22, 23.

## APPOINTMENTS DURING A REGULAR VISIT TO A CONGREGATION

3. When the body of elders of a congregation has decided to recommend the appointment of one or more brothers in connection with the upcoming visit of the circuit overseer, the Congregation Service Committee will submit a completed *Recommendations for Appointment of Elders and Ministerial Servants* (S-62) form at least one month before his visit. If the elders use the Web version of the S-62 form, the form is automatically transferred to the circuit overseer and to the Service Department. If the elders use the PDF or paper version of the form, the circuit overseer should immediately forward the form to the Service Department. **Such recommendations should not be considered until clearance to proceed has been received from the branch office.** Even when clearance is received, this does not indicate that the branch office has endorsed the recommendations. It simply means that the circuit overseer may now give consideration to the recommendations during the upcoming visit. The branch office does not perform a check of the person's

CAEKAERT/MAPLEY 001308

age, marital status, previous appointments and deletions, or the like. That responsibility rests with the body of elders and the circuit overseer. If by the beginning of the week of his visit with the congregation the circuit overseer has not received clearance from the branch office to consider a recommendation, he may call the Service Department to inquire about the matter.

4. No earlier than a day or two before the start of the visit, perhaps when other congregation records are provided, the elders will provide the circuit overseer with any background information that has a bearing on the qualifications of the brother(s) being recommended for appointment. Such information would include letters of recommendation (or perhaps letters of introduction) from a previous congregation. During the week, the circuit overseer should make an effort to observe those whom the elders recommend. For example, are they qualified to teach from the platform or on a one-on-one basis? Are they zealous in the ministry? If they are married, are their wives and any children living at home good examples? If the circuit overseer believes that the elders have overlooked a qualified brother, he could inquire of the elders the reason(s) why the brother was not recommended, and he may suggest that the elders consider recommending him in connection with the next visit.

5. During the meeting with the elders later in the week, the circuit overseer should discuss the Scriptural qualifications of each brother recommended. At the start of this discussion, the Scriptural requirements should be read aloud from the Bible. The body of elders can benefit from the circuit overseer's experience and observations. He may bring up questions to clarify matters in his own mind with respect to those being considered. The circuit overseer should also take time to listen to the expressions of others. If strong differences of opinion are expressed when discussing recommendations, he should assist the elders by calmly providing Scriptural admonition and kind reminders of what has been published by the organization. The purpose of this discussion is to make a balanced determination of whether an individual measures up to the Scriptural qualifications to a consistent and reasonable degree.—1 Tim. 3:1-10; Titus 1:5-9; 1 Pet. 5:2, 3.

6. A checklist to assist circuit overseers when considering the qualifications of brothers recommended for appointment is provided in Appendix D. The checklist should not be read word-for-word to the elders, since a variety of scenarios are described and not all will apply. Neither should copies of the checklist be given to the elders. If the circuit overseer determines that a recommended brother does not measure up to the Scriptural requirements to a reasonable degree, he will advise the elders accordingly and inform them how they can help the brother to qualify in the future.

CAEKAERT/MAPLEY 001309

7. When the circuit overseer decides to appoint a brother, he and another elder will meet with the brother to inform him of his appointment. If the brother is (1) being appointed for the first time as a ministerial servant or (2) being reappointed as an elder or a ministerial servant for reasons other than his move from one congregation to another, the circuit overseer should ask the following questions: "Is there anything from your past, even before baptism, or in your personal or family life that disqualifies you or that would prevent you from accepting this appointment? Is there any reason why your appointment should not be announced to the congregation? Have you ever been involved at any time in the past with child sexual molestation?" If the brother answers no to the questions, the circuit overseer should provide the elders with a signed appointment letter that includes the brother's name in the list of those appointed during the visit. (See 17:36; Appendix E.) The circuit overseer should inform the Service Department of the appointment using the *Notification of Appointment or Deletion* (S-2) form. The appointment will be announced to the congregation at the next midweek meeting.

8. If the brother approved for appointment is not present at the conclusion of the visit and it is necessary to ask him the three questions mentioned in paragraph 7, the circuit overseer should not include the brother's name in the appointment letter, if any, left with the elders at the end of the visit. Rather, when the brother returns, the coordinator of the body of elders will assign two elders to ask the brother the three questions. The coordinator of the body of elders will then inform the circuit overseer of the brother's answers. If the brother answers no to the questions, the circuit overseer should provide the elders with a signed appointment letter. At the midweek meeting following the receipt of the appointment letter, the brother's appointment will be announced to the congregation.

9. If the brother approved for appointment is not present at the conclusion of the visit but it is not necessary to ask him the three questions mentioned in paragraph 7, the circuit overseer should include the brother's name in the appointment letter left with the elders at the end of the visit. When the brother returns, two elders will meet with the brother to inform him of his appointment before it is announced to the congregation.

## WHEN CONSIDERING THE APPOINTMENT OF YOUNGER BROTHERS

10. The key factors in any appointment are the spiritual qualifications of a brother and not just his age. It would be rare to appoint as an elder a brother who is in his early twenties. Circuit overseers must be reasonable and balanced in their thinking. Brothers who are appointed as ministerial servants at an early age may have acquired

CAEKAERT/MAPLEY 001310

considerable experience in handling a variety of responsibilities. The assignments given such brothers may have included the following: serving as a group servant, handling parts during the Treasures From God's Word or Living as Christians sections of the Life and Ministry Meeting, giving public talks in their local congregation (and elsewhere if invited), accompanying the elders on shepherding calls, and caring for responsibilities in assembly organization. In this way, they have been tested as to fitness and give evidence of reaching out for greater responsibility. (1 Tim. 3:1) If they have acquired a fine standing in the congregation and have the respect and appreciation of their brothers for their diligent, faithful service, they may already be viewed as spiritually older men.

11. When a brother in his late teens is being considered for appointment as a ministerial servant, the circuit overseer should take into account how the brother has been used in the congregation, what makes him outstanding as a youth, what his theocratic goals are, how zealous he is for the field ministry, and so forth.—*w89* 7/1 p. 29.

## THOSE WITH A RECORD OF PAST MISCONDUCT

12. The circuit overseer needs to check with the elders about any past reproofs or disfellowshippings of those being recommended for appointment. If a brother who was reproved during the last three years or reinstated during the last five years is being recommended, the circuit overseer should give careful consideration to the following: (1) whether an announcement was made to the congregation (in the case of a reproof) and the degree of notoriety involved, (2) when the last restriction was removed, and (3) whether the brother has regained the respect of the congregation.

13. Circuit overseers need to be careful about reappointing brothers too soon after their being removed as elders or ministerial servants because of wrongdoing. A quick reappointment under those circumstances tends to minimize the seriousness of the wrongdoing in the eyes of the wrongdoer and may be disturbing to those who remember his bad course. (1 Tim. 5:22) Brothers removed for wrongdoing have to live down the reproach they brought on themselves and the congregation before they can be reappointed. This involves building up a convincing record of righteousness that serves to counterbalance the effect of the past wrong. Depending on the gravity of the wrongdoing, this might take five, ten, or more years. In cases of great scandal, a brother might not live the reproach down sufficiently in his lifetime so as to qualify as an elder or a ministerial servant.—Titus 1:6, 7.

14. A brother who enters into an adulterous marriage would not qualify to serve as an elder or a ministerial servant at least until

CAEKAERT/MAPLEY 001311

the death or remarriage of his former mate, if ever. Neither would he qualify to serve as an auxiliary or regular pioneer or be assigned to help with the literature, accounts, magazines, attendants, or similar assignments. Thus, if a brother was divorced in the past, the circumstances surrounding the divorce must always be reviewed. How long ago did it occur? Was it before or after his baptism? Was it a Scriptural divorce? Who committed the adultery? What responsibility did the brother have for the breakup of his marriage? Who initiated the divorce, and did the spouse agree to the divorce? (*w00* 12/15 pp. 28-29) Did he remarry? If so, when? Are love and devotion evident within his new marriage? Does he have the full respect of the congregation?

## APPOINTMENTS BETWEEN REGULAR VISITS TO A CONGREGATION

15.  When a brother with a favorable letter of recommendation for reappointment moves into a congregation and the circuit overseer's next visit is not in the near future, the body of elders may recommend his immediate reappointment. In such cases, the Congregation Service Committee will submit the *Recommendations for Appointment of Elders and Ministerial Servants* (S-62) form to the circuit overseer along with a copy of the letter of recommendation from the service committee of the brother's former congregation. If the recommendation is approved, the circuit overseer should generate an appointment letter to be sent to the new body of elders and inform the Service Department of the appointment, using the *Notification of Appointment or Deletion* (S-2) form. (See 17:36; Appendix E.) If there are disqualifying factors mentioned or questions raised in the letter of introduction from the brother's former congregation, the circuit overseer may encourage the elders to wait until his next visit to make the recommendation so they have an opportunity to observe the brother for a time.

## APPOINTMENTS IN CONGREGATIONS WITH NO ELDERS

16.  When a circuit overseer is visiting a congregation (or an isolated group not hosted by a congregation) that has no appointed elders, he should use good judgment in determining whether a brother qualifies for appointment based on what he observes and the brother's reputation. If possible, it would be wise to check with the previous circuit overseer or with elders in other congregations who know the brother. Before making the appointment, the circuit overseer should contact the Service Department to see if there is any reason that he should not proceed with the appointment. He should provide the information requested on the *Recommendations for Appointment of Elders and Ministerial Servants* (S-62) form either by sending the form itself or by using some other means. If at the conclusion of the

CAEKAERT/MAPLEY 001312

visit it is necessary to ask the brother the questions listed in paragraph 7, the circuit overseer may do this without another elder being present.—See B:1.

## WHEN MINISTERIAL SERVANTS SUBSTITUTE AS MEMBERS OF THE CONGREGATION SERVICE COMMITTEE

17. In congregations where one or more ministerial servants substitute as members of the service committee, the circuit overseer will discuss with the elders the Scriptural qualifications of the brothers recommended for appointment or deletion. Ministerial servants should not be aware of or be involved in the discussion.

## APPOINTMENTS OF COORDINATORS OF THE BODIES OF ELDERS

18. The circuit overseer is responsible for the appointment of the coordinator of the body of elders, based on the recommendation of the body of elders. When needed, this appointment will be made during a regular visit to the congregation. The circuit overseer should review the qualifications cited in the *Shepherding* textbook with the body of elders. This should be done early in the week of the visit, preferably on Tuesday evening following the congregation meeting. These points should again be reviewed with the elders later in the week when discussing their recommendations with them. The name of the brother appointed as the new coordinator of the body of elders should be listed in the appointment letter with "(CBOE)" appearing after his name. (See 17:36; Appendix E.) The circuit overseer should inform the Service Department of the appointment by means of the *Notification of Appointment or Deletion* (S-2) form unless the brother has been serving temporarily as the coordinator of the body of elders and the Service Department has already been notified.—See 17:19.

19. If a temporary adjustment in the coordinator of the body of elders is made between visits, the Congregation Service Committee will immediately notify the circuit overseer, explaining the reason for the change. The service committee will also submit a *Coordinator of the Body of Elders/Secretary Change of Address* (S-29) form to the Service Department. If an adjustment in the coordinator of the body of elders is made during a regular visit, it is necessary to submit the form only if one had not been previously sent for the brother being appointed.

20. The coordinator of the body of elders is the only position on the body of elders requiring an appointment by the circuit overseer. The fact that this appointment is made by the circuit overseer does not elevate the coordinator of the body of elders above his fellow elders. (1 Pet. 5:5) All elders have equal authority.

CAEKAERT/MAPLEY 001313

21. Circuit overseers should not be quick to ask an elder to move to another congregation to serve as the coordinator of the body of elders. Granted, a situation might arise in a congregation wherein assistance is needed and all on the body of elders agree that it would be practical for a capable elder serving nearby to transfer, but this should be the exception. It is generally better to work with the elders already on the body, providing them with encouragement and practical help in caring for their responsibilities.

## APPOINTMENTS OR DELETIONS RECOMMENDED BY THE BRANCH OFFICE

22. At times, the branch office will assign an appointed elder or ministerial servant, such as a special pioneer or a graduate of the School for Kingdom Evangelizers, to serve in a particular congregation. In such cases, the branch office will recommend to the circuit overseer that the brother be reappointed in the new congregation. At other times, the branch office will recommend a brother's deletion. In such cases, there is no provision to appeal the deletion. When such recommendations are received, the circuit overseer should immediately send an appointment or a deletion letter to the appropriate congregation, and he should inform the Service Department, using the *Notification of Appointment or Deletion* (S-2) form. (See 17:36; Appendix E.) He should not wait until his next visit to the brother's congregation.

## DELETIONS DURING A REGULAR VISIT TO A CONGREGATION

23. Recommendations for deletion because of poor judgment not of a judicial nature are best considered during the circuit overseer's visit to the congregation. At the start of the visit, the elders will provide any background information that will help the circuit overseer to have a complete view of the qualifications of a brother recommended for deletion. The circuit overseer should discuss the Scriptural qualifications of the brother during the meeting with the elders later that week. If the circuit overseer agrees with the recommendation, he and another elder should inform the brother of the deletion sometime before the conclusion of the visit. Of course, an elder who attends the meeting to discuss his qualifications will be informed of the decision at that time.

24. If the brother agrees with the decision, the circuit overseer should generate a letter of deletion to be left with the body of elders and inform the Service Department, using the *Notification of Appointment or Deletion* (S-2) form. (See 17:36; Appendix E.) The announcement of the deletion will be made at the next midweek meeting. If the brother disagrees with the decision, he should be informed of his right to appeal.—See 17:35.

CAEKAERT/MAPLEY 001314

25. If a brother's qualifications as an elder or a ministerial servant come into question because of his low hours in the ministry, the circumstances of the individual should be taken into consideration. For example, although time spent working on theocratic projects is not reported as field service, it is sacred service. Thus, a brother should not be penalized if he has spent a great deal of time in such activity and his field service time is lower than others. If a brother is not involved in theocratic projects, the following questions should be considered: Is he doing all that he can reasonably do in view of his age, health, family obligations, and other responsibilities in the congregation or with other organizational matters? Does he look for opportunities to take a visible lead and encourage others in the ministry? Does he have a good attitude toward the work, recognizing its importance and urgency? Can he be allowed time to improve if that is his desire? Perhaps some practical suggestions can be made to help him schedule his time more efficiently. If it is evident that a brother's heart is in the work but his circumstances have limited his participation, then his deletion would likely not be necessary. On the other hand, if it is clear that he shows a poor attitude toward the ministry and has not responded to repeated loving efforts over an extended period of time to help him improve, his deletion may be necessary.

## DELETIONS BETWEEN REGULAR VISITS TO A CONGREGATION

26. If serious questions arise concerning a brother's qualifications and the circuit overseer's next visit is not in the near future, the body of elders should follow the procedure outlined in the *Shepherding* textbook. If after reviewing a brother's qualifications the elders decide to recommend his deletion, the Congregation Service Committee may submit their recommendation to the circuit overseer immediately. Their letter should provide complete details and indicate whether or not the brother agrees with their recommendation. If the circuit overseer agrees with the recommendation and believes it should be processed immediately, the circuit overseer should send a letter of deletion to the body of elders. (See 17:36; Appendix E.) Upon receipt of the letter, the coordinator of the body of elders will assign two elders to inform the brother of the circuit overseer's decision. If the brother accepts the decision, the announcement will be made at the next midweek meeting. The circuit overseer should inform the Service Department using the *Notification of Appointment or Deletion* (S-2) form. If the brother does not accept the decision, he will be informed of his right to appeal, the announcement to the congregation will be held in abeyance, and the coordinator of the body of elders will inform the circuit overseer.—See 17:35.

27. If the letter recommending a brother's deletion indicates that the brother disagrees with the elders' recommendation or if the rea-

CAEKAERT/MAPLEY 001315

son for the recommendation is an issue of poor judgment that is not widely known, the circuit overseer may decide to wait until his next visit to consider the matter. In such cases, he should inform the body of elders accordingly. Meanwhile, the brother will continue to serve as an elder or a ministerial servant, and the body of elders will determine what congregation responsibilities he will have in the interim, according to the circumstances.

28. Circuit overseers should not be quick to delete a brother as an elder or a ministerial servant unless there is a solid basis for doing so. One mistake in judgment may not automatically disqualify a brother who has otherwise established a record of faithful service. The following factors might be considered when reviewing his qualifications: Has he been previously counseled? Has he lost the respect of others? Does the body of elders share a measure of responsibility because of their failure to counsel him? Does he have problems with health, family responsibilities, and so forth? Is he determined to correct matters? How does he personally feel about his qualifications to serve?

29. Some have had their spirituality tested with regard to disfellowshipped relatives. For example, some have attended wedding receptions where disfellowshipped persons were present. Doing so goes contrary to the direction at 1 Corinthians 5:11 to "stop keeping company" with such ones. If the host is going to violate this clearly stated direction and invite a disfellowshipped person to a reception, he has an obligation to inform all the wedding guests that a disfellowshipped person will be in attendance so that they can decide whether to attend. Others have attended the wedding of a baptized individual who is marrying an unbeliever or have provided financial assistance to such ones, thus giving their implied support to an unscriptural, unequal yoking. (1 Cor. 7:39; 2 Cor. 6:14) If an elder or a ministerial servant displays poor judgment in these areas to a degree that it raises serious questions in the minds of others, he may be Scripturally disqualified from serving.—1 Tim. 3:13.

30. Normally, elders and ministerial servants are not deleted because of advancing age or deteriorating health unless they are Scripturally disqualified and have lost the respect of the congregation. Even if they are becoming senile, it may not be necessary to recommend their deletion unless their actions are so improper that publishers have lost respect for them. If they strongly desire to step aside, however, their request should be respected.—1 Pet. 5:2.

## SPECIAL FULL-TIME SERVANTS WHO EXPERIENCE DIFFICULTIES

31. There might be occasions when the local elders are considering recommending that a brother who is in special full-time service

CAEKAERT/MAPLEY 001316

be deleted as an elder or a ministerial servant. After the circuit overseer discusses the matter with the local elders, he should contact the Service Department before making a decision.—Prov. 15:22.

## TRANSFERS TO ANOTHER CONGREGATION

32. At the start of each visit, the elders should inform the circuit overseer of any elders or ministerial servants who have moved out of the congregation since the last visit. If a brother who moved is still listed on jw.org as serving in the congregation or if the circuit overseer is unable to access jw.org, the circuit overseer should inform the Service Department of the deletion by means of the *Notification of Appointment or Deletion* (S-2) form. In such cases, a letter of deletion should not be provided.

33. If an appointed brother is planning to move from the congregation, the circuit overseer should wait until he actually moves before listing his name under "Deletions" on the *Notification of Appointment or Deletion* form. He should not list the brother as having moved if he has merely informed the elders of his intention to move in the future.

## RESIGNATIONS, DELETIONS FOR JUDICIAL REASONS, AND DEATHS

34. The Congregation Service Committee will immediately inform the circuit overseer of (1) the deletion of an elder or a ministerial servant because of resignation, judicial reproof, disfellowshipping, or disassociation or (2) the death of an elder or a ministerial servant. The circuit overseer should thereafter inform the Service Department, using the *Notification of Appointment or Deletion* (S-2) form. For deletions resulting from judicial reproof or the resignation of a brother, the circuit overseer should also generate a deletion letter to the body of elders. (See 17:36; Appendix E.) No letter of deletion should be sent in cases of disfellowshipping, disassociation, or death.

## HANDLING APPEALS OF DELETIONS

35. If an elder or a ministerial servant disagrees with his deletion and wishes to appeal the decision, he should immediately send a brief letter to the Service Department, with a copy to the body of elders and the circuit overseer, explaining why he disagrees with the deletion. The announcement of deletion will be held in abeyance, and the letter of deletion will be destroyed (if one was generated). Thereafter, the Service Department will select another experienced circuit overseer to take the lead in rehearing the entire matter with the circuit overseer, the body of elders, and the brother who has appealed the decision. While the brother will not be present for the entire discussion, he should be allowed to explain his position and answer any questions. The circuit overseers should listen to the brother care-

CAEKAERT/MAPLEY 001317

fully and deal with him kindly and justly. The circuit overseers may consult the Service Department for advice. After the circuit overseers reach a joint decision, there is no further right to appeal. If it is decided that the brother should be deleted, he should be informed of the decision. The circuit overseer who serves the brother's congregation should generate a letter of deletion to the body of elders and inform the Service Department, using the *Notification of Appointment or Deletion* (S-2) form. (See 17:36; Appendix E.) Once the body of elders receives the letter of deletion, the announcement of deletion will be made at the next midweek meeting.

## LETTERS OF APPOINTMENT AND DELETION

36. A sample letter of appointment and deletion is provided in Appendix E. The exact wording shown in the sample should be used. The letter should include the circuit overseer's circuit letterhead, should be addressed to the body of elders, and should include the names of those being appointed or deleted. The date of the letter will be considered the official date of the appointments and/or deletions noted therein. The original, signed letter should be left with (or be sent to) the elders for them to place in the congregation confidential file. The use of an electronic signature is permitted. A copy of the letter should be retained in the circuit file. (See B:1.) No other information regarding appointments and deletions should be retained in the circuit file. Limited additional information, such as a brief explanation of the reason for a brother's deletion, should be retained by the elders in the congregation file.

## VISITS BY SUBSTITUTE CIRCUIT OVERSEERS

37. When informing a congregation that they will be visited by a substitute circuit overseer, the circuit overseer should inform the elders that the substitute is not authorized to make appointments or deletions. (See 21:14.) At the conclusion of the visit, the substitute should forward his recommendation(s) and those of the body of elders to the circuit overseer for consideration. (There is no need for the substitute to contact the circuit overseer to obtain a decision on a recommendation before the conclusion of the visit.) If the circuit overseer approves a recommendation and it is necessary for the brother being appointed to be asked the three questions listed in paragraph 7, the circuit overseer should direct the coordinator of the body of elders to assign two elders to meet with the brother to ask the necessary questions. The coordinator of the body of elders should then inform the circuit overseer of the brother's answers. If the brother answers no to the questions or it is not necessary to ask the questions, the circuit overseer should provide the elders with a signed appointment letter. (See 17:36; Appendix E.) Following receipt of the appointment letter, the elders will inform the brother of his appointment before announcing it to the congregation

CAEKAERT/MAPLEY 001318

at the next midweek meeting. Recommendations for deletions received from substitutes should be handled as when such recommendations are received between visits.

## ABSENCES FROM THE CIRCUIT

38. If the circuit overseer will be away from his circuit assignment for *three months or less* (perhaps to care for a family emergency or to conduct a theocratic school), he may be able to continue processing recommendations. If he is not able to do so, he should direct the congregations in the circuit to forward recommendations in connection with a regular visit directly to the Service Department, using the Web version of the *Recommendations for Appointment of Elders and Ministerial Servants* (S-62) form if possible. Recommendations for appointment or deletion between visits should be sent directly to the Service Department during the time the circuit overseer will be away. The consideration of recommendations for appointment or deletion will be handled in the following manner:

- **If away for less than a month:** There is no objection to the circuit overseer holding recommendations in abeyance until he returns.

- **If away for one to three months:** The branch office will designate another circuit overseer (perhaps a neighboring circuit overseer or one who recently served the circuit) to consider any recommendations received from substitutes. The circuit overseer who will be away should direct his substitutes to forward any recommendations to the other circuit overseer. Any appointment or deletion letters should be signed by the other circuit overseer on his circuit letterhead.

39. If the circuit overseer will be away from his circuit assignment for *more than three months,* the branch office will assign another circuit overseer to visit congregations in the circuit.

40. It is preferred that the circuit overseer communicate with the Service Department and the affected congregations and substitutes before leaving his assignment. However, when this is not possible, such as in an emergency situation, the branch office will take the lead in informing the affected congregations and substitutes.

## *SHEPHERDING* TEXTBOOKS

41. The circuit overseer should provide a new copy of the *Shepherding* textbook for each newly appointed elder. The textbook should be given to the brother at the time he is informed of his appointment.

42. Circuit overseers should keep a supply of *Shepherding* textbooks on hand for this purpose. When additional copies in the primary language of the circuit are needed, a supply may be requested from the Shipping Department. The request should include the

CAEKAERT/MAPLEY 001319

number of textbooks needed and a secure address where they can be received.

43. An elder serving in a congregation whose primary language is not his native language may also receive a copy of the *Shepherding* textbook in his native language if it would benefit him. The circuit overseer may request from the Shipping Department the exact number of textbooks needed for this purpose. The circuit overseer is in the best position to review the needs of individual elders in this regard on a case-by-case basis; a general announcement should not be made to elders about this provision.

CAEKAERT/MAPLEY 001320

CAEKAERT/MAPLEY 001321

# Service Talks

1. The purpose of circuit overseers' service talks is to encourage and motivate the brothers and sisters to focus their minds on doing God's will. As the name implies, service talks should help those in the congregations see the need to occupy their time with the field ministry and other Kingdom-related activities and to reflect on the marvelous things Jehovah is accomplishing today. (Phil. 4:8; Titus 3:8) Through skillful teaching, circuit overseers should help all to view the work that Jehovah has given his people to do before the end of this system of things as a privilege and to work closely with his theocratic organization.

2. Circuit overseers should be alert to note Scriptural points presented during the year in Christian publications and in assembly and convention programs that could be used in their service talks. These points can be developed into flexible outlines on motivating themes. From a reserve of such outlines, circuit overseers can select and tailor talks that meet the needs of the congregation being served each week. Of course, even when using an outline supplied by the branch office (S-341), circuit overseers will want to include points dealing with the specific needs of the congregation, which can be discerned from reviewing the records and from consulting with the elders. Avoid using the service talk to give counsel to elders or ministerial servants. If there is a problem within the body of elders or with the servant body as a whole, this should be addressed privately during the elders' meeting and not before the whole congregation.

3. The substance of the presentation should be from God's Word. Excessive humor and stories that merely entertain are not appropriate. The powerful force of the Bible, coupled with God's holy spirit, will have the greatest effect on the audience, since it will motivate, refresh, strengthen, and encourage the brothers. Therefore, key scriptures should be read, explained, and applied to the audience. When giving service talks, circuit overseers themselves should read Bible texts rather than have someone in the audience do this, since they know which point they want to emphasize. Circuit overseers should make the Bible accounts come alive.—Heb. 4:12.

4. The use of simple, dignified visual aids can be effective. (*be* pp. 247-250) If the Kingdom Hall is equipped with video equipment, *still* pictures, graphics, or artwork may be displayed. However, circuit overseers should not project any *moving* video footage on screens or monitors unless directed to do so by the organization. Neither should they contact the branch office to request pictures, graphics, or artwork for use in their presentations.

5. Comments from the audience, as well as other forms of audience participation, should be limited during service talks. Audience

CAEKAERT/MAPLEY 001322

involvement might occasionally be used to help make a main point, but for the most part service talks should be talks, not audience discussions. Other congregation meetings provide ample opportunities for audience participation.

6. It is fine for encouraging experiences to be included in service talks. However, caution is needed. On occasion, circuit overseers have related experiences that were inaccurate or fictitious. Therefore, before using an experience, a circuit overseer should make sure that it is authentic. If there is any doubt about an experience, it should not be used.

7. Normally, the outline for the 30-minute service talk on Tuesday night will be supplied by the branch office. This talk should provide commendation and should clearly address one or two specific needs of the congregation as a whole. Encouragement to regular pioneer and to share in other avenues of full-time service may be included. The circuit overseer should outline the schedule of activity for the week, including making mention of the arrangements for field service, and should build enthusiasm for the visit. All should be warmly encouraged to support the preaching work and congregation meetings fully during the week.

8. The circuit overseer should prepare his own 30-minute service talk to be presented after the *Watchtower* Study. It should be warm and encouraging, highlighting the need for endurance. It should motivate the audience to continue working hard and giving of themselves in loyal service to Jehovah. If any exhortation is needed, it should be presented tactfully and lovingly, especially since many new ones may be in attendance.—*be* pp. 265-267.

9. Circuit overseers may start using the service talk outline provided for the second half of the service year anytime during February but at the very latest by the first week of March. The same applies to the public talk outline (S-319) and the outline for his meeting with the elders and ministerial servants (S-337).

CAEKAERT/MAPLEY 001323

# Shepherding

1. Circuit overseers share in the responsibility to shepherd and protect Jehovah's sheep. There are many opportunities for them personally to do shepherding and to help the local elders care for this important responsibility.—Isa. 32:1, 2; Acts 20:28; 1 Pet. 5:2, 3.

2. Time should be scheduled to make two or three shepherding calls during the week of the visit. It would be good for one of the elders or a well-qualified ministerial servant to accompany the circuit overseer on these calls. (See 4:10.) It can be very beneficial for a circuit overseer to call on one who is inactive, irregular, or ill. Much can also be accomplished by means of positive, encouraging conversations with brothers and sisters before and after meetings, when working with them in the field ministry, while sharing meals with them in their homes, and during the noon break at assemblies. Some circuit overseers have found that they can provide good assistance by making a telephone call in the evening.

3. Balance, though, should be exercised. Rather than spending many hours listening to an individual regarding personal problems, a circuit overseer may find it best to allow the local elders who know the person and his circumstances to handle the matter. After listening to the person for a reasonable length of time, the circuit overseer can offer some Scriptural encouragement and refer him to the local elders, who can follow through appropriately.

4. There is no provision for circuit overseers to report the time spent making shepherding calls on baptized persons. However, this is not intended to minimize the importance of making such calls, as efforts in this area can be a real blessing to those who are visited.

5. Circuit overseers should encourage the spirit promoted at 1 Peter 5:2: "Shepherd the flock of God under your care, serving as overseers, not under compulsion, but willingly before God." Therefore, it is not appropriate for a circuit overseer to insist that a body of elders set up a schedule for making shepherding calls according to some preference he may have or to recommend the making of written assignments or written reports on shepherding calls. Instead, all elders, but particularly group overseers, should maintain regular contact with the publishers by visiting with them at congregation meetings, by working with them in the ministry, and by visiting or telephoning them on other appropriate occasions.

## SISTERS

6. At 1 Peter 2:17, we are encouraged to "have love for the whole association of brothers." Circuit overseers are to be commended for the sincere interest they show to all in the congregation. However,

CAEKAERT/MAPLEY 001324

a word of caution is in order when a brother shows too much interest in single sisters, feeling that they need his special attention. It would be improper for a circuit overseer regularly to make telephone calls or send e-mails or text messages to a sister not his wife. This has led to problems with the sister developing an unhealthy attachment to the brother. Additionally, this type of relationship could adversely affect the brother's own marriage.

7.  What can be done when a circuit overseer observes a single sister in need of spiritual assistance? If she is younger and still living at home with her believing parents, they are responsible to provide the needed spiritual guidance. If she is of age and no longer living at home, the elders in her congregation should be taking the lead in offering needed direction. If the circuit overseer feels it would be helpful, he may provide the parents or the elders with suggestions on how to assist the sister spiritually. In harmony with the inspired counsel at Titus 2:3-5, it may be that the circuit overseer's wife could help single sisters, depending on the circumstances. Of course, he would not want to encourage her to place herself in a situation with a sister who is experiencing complex problems that would drain his wife's time and energies.—See 23:4.

## OUTSIDE THE CONGREGATION OR CIRCUIT BEING SERVED

8.  During the week that a congregation is being served, it is important that the circuit overseer devote his attention to the needs of that congregation. Balance must be exercised when those outside that congregation ask for his time and assistance. Although it would be a kindness to help in a limited way, possibly by directing them to information in Christian publications or to their elders, he should not allow this to interfere with his schedule. If an overwhelming need to help someone arises and it appears necessary to alter the normal schedule with the congregation being served, the circuit overseer should call the Service Department for permission. Of course, if an emergency of this sort occurs when the Service Department is closed, then good judgment should be used in the matter.

9.  Sometimes individuals from outside the circuit ask for help on serious matters. They could be brothers whom the circuit overseer served in a previous assignment. The circuit overseer should kindly remind them that he no longer serves their circuit. They could be directed to Christian publications that might assist them. In many instances, however, it would be best simply to encourage them to consult with their local body of elders or circuit overseer. It would not be wise for a circuit overseer to get involved with problems outside his circuit during personal time away, perhaps hearing someone's grievances and drawing conclusions. He could not know if he had all the

CAEKAERT/MAPLEY 001325

facts. In such cases, the matter should be reported to the individual's circuit overseer for his information.

## PROGRAM FOR SHEPHERDING CIRCUIT OVERSEERS

10. Circuit overseers and their wives will receive a shepherding visit at least once every two years from a branch representative. The branch representative may be a brother from the branch office or an experienced circuit overseer. Such visits will be made during a circuit overseer's regular visit to a congregation, not during the week of a circuit assembly. The branch office will inform the circuit overseer of the name of the branch representative who has been assigned to make a shepherding visit and of additional information regarding the arrangements for the visit. The branch representative's responsibilities cease at the end of his shepherding visit.

Chapter 19

CAEKAERT/MAPLEY 001327

# List of Brothers Qualified to Handle Complex Matters

1. In very rare situations, the Service Department may see a need to appoint a special committee of experienced elders to handle a complex case that may involve one or more congregations. If a circuit overseer believes there is a need for a special committee, he should contact the Service Department for direction. Thus, each year, the circuit overseer should meet with responsible brothers in his circuit to prepare for the Service Department a list of elders who are qualified to handle complex matters. (Usually, this can be done in conjunction with the meeting held to rate convention speakers and interpreters.) The brothers assisting in preparing this list should be made aware of the following qualifications.

2. Brothers listed as qualified to handle complex matters should have maturity, insight, empathy, balance, discernment, experience, years in the truth, and a fine knowledge of the Scriptures. They should be known as mild and kind men who are exemplary in manifesting "the fruitage of the spirit." (Gal. 5:22, 23) They should be able to listen objectively and act impartially.

3. The qualifications and circumstances of each brother previously listed as qualified to handle complex matters should be reviewed each year. Those listed must continue to meet high Scriptural standards. The circumstances of some may no longer permit them to serve in this capacity. They may have lost some measure of respect because of personal or family problems, or they may have increased family responsibilities or deteriorating health that would prevent them from serving. If anyone is removed from the list, an explanation should accompany the revised list.

4. When preparing the revised list of brothers who are qualified to handle complex matters, the most qualified brother in the circuit should be listed first, the next most qualified brother in the circuit should be listed second, and so forth. For each brother listed, his current complete postal address, telephone number, and congregation's name should be provided, along with a brief description of his qualifications and why he is listed in the order that he appears. If some elders would be particularly well-suited to review certain cases, such as those having to do with the qualifications of elders or ministerial servants, financial matters, legal matters, domestic problems, apostasy, child abuse, and so forth, this information should also be provided along with a brief explanation. (See 13:5; B:1.) If a brother is well-qualified but limited as to available time for such matters, his name should be listed in order of qualifications, but the matter of his limited availability should be mentioned.

CAEKAERT/MAPLEY 001328

5. If a circuit overseer feels that there are no brothers in the circuit who are qualified to handle complex matters, a letter frankly stating this conclusion should be sent to the Service Department.

6. The letter to the Service Department containing the revised list should be signed by the circuit overseer and the brothers who have considered this matter with him. It should be signed only when fully completed and checked by all assisting with the preparation of the list. A copy of this letter should be retained in the circuit file. —See B:1.

7. Circuit overseers should keep the Service Department abreast of any changes that may need to be made to this list during the year, including changes to addresses or telephone numbers. If a brother moves out of the circuit, is deleted as an elder, dies, or for some other reason is no longer available or qualified to be listed, the circuit overseer should inform the Service Department accordingly without delay.

Chapter 20

CAEKAERT/MAPLEY 001329

# Substitute Circuit Overseers

## IDENTIFYING AND RECOMMENDING PROSPECTIVE SUBSTITUTES

1. Before a brother is recommended to serve as a substitute circuit overseer, he must first have attended the School for Kingdom Evangelizers (SKE), the Bible School for Single Brothers, the Bible School for Christian Couples, the Ministerial Training School, or the Watchtower Bible School of Gilead. Preferably, those recommended should be pioneer elders in their 30's or early 40's who have the potential to qualify for the circuit work within two or three years, though exceptional pioneer elders in their 20's may also be recommended. When recommending a younger brother, comment specifically on his maturity and his ability to apply Scriptural principles and theocratic guidelines correctly. Single brothers and married brothers who do not have dependent children may be considered. Because of the need for younger brothers to take on greater organizational responsibility, the circuit overseer should recommend all qualified brothers who meet these criteria, even if the circuit already has several substitutes.

2. Brothers recommended as substitute circuit overseers should love their brothers. Their love for the ministry motivates them to be zealous evangelizers. They should be diligent students of God's Word and of Christian publications. In view of the balance and good judgment required of circuit overseers, they should not simply be good platform speakers but must demonstrate balance, discretion, and reasonableness in their personal lives and with members of the congregation, including fellow elders. They should be experienced, spiritually mature, up-to-date organizationally, and well-recommended locally. (Acts 16:1, 2; Phil. 2:19-22) They should be outstanding in displaying the fruitage of the spirit. They should be able to get along with people of all sorts. They should have good discernment, being able to get to the root of problems and resolve them peacefully using "the wisdom from above." (Jas. 3:17) They should be capable of offering appropriate counsel when it is needed, not shrinking back out of fear of man. They should treat others with dignity. They should not be rule-oriented but should be open to suggestions, ready to make adjustments in their viewpoint if needed. They should be on the list of those qualified to handle complex matters and should be recommended as convention speakers. (See 5:20; 20:1-7.) Before recommending a brother, the circuit overseer may discreetly ask experienced elders for their observations on the brother but should not reveal to them that the brother is being considered for the substitute circuit work. Brothers recommended to serve as substitute circuit overseers must not have viewed pornography within the last two years.

CAEKAERT/MAPLEY 001330

3. If a pioneer elder is unable to meet the pioneer hour requirement because he is caring for theocratic assignments, this in itself does not prevent his being recommended for the substitute circuit work. However, the circuit overseer should provide an explanation with the recommendation.

4. A married brother's wife should also be a pioneer. She should be exemplary in her conduct and in her dealings with others. She should be an effective preacher. She should understand her role, not speaking for her husband or dominating conversations.—1 Pet. 3:3, 4.

5. If a brother has potential for the substitute circuit work but does not yet qualify, the circuit overseer should identify where improvements could be made and then help the brother to make such improvements by offering practical suggestions. Does he need to improve in his public speaking ability? Does he consistently meet his pioneer hour requirement? Could he be more effective in his ministry? Could he improve in his discernment and understanding of theocratic procedures? Is he providing the needed direction for his wife so that she too continues to grow spiritually? At each visit to the brother's congregation, the circuit overseer should review the progress made since his last visit and determine how the brother may be helped to overcome any remaining deficiencies.

6. Circuit overseers who serve foreign-language congregations or groups should be alert to train and recommend qualified pioneer elders who have potential for the substitute circuit work.

7. A circuit overseer can recommend a brother for the substitute circuit work by submitting *Personal Qualifications Reports* (S-326) for the brother and for his wife. When answering the last question, the circuit overseer should confirm whether the brother is on the list of those qualified to handle complex matters and whether he is recommended as a convention speaker. If the brother or his wife has ever been dealt with judicially, the circuit overseer should comment on whether any would be disturbed if the brother were appointed to serve as a substitute circuit overseer. If they are not meeting their pioneer hour requirement, the circuit overseer should explain the reason. The circuit overseer should clearly indicate whether the body of elders is in agreement with the recommendation. Recommendations of substitute circuit overseers should be updated yearly.

8. When a circuit overseer leaves the circuit, he should provide his comments about the brothers in the circuit who have potential and place the comments in the circuit file. (See B:1.) He should include what has been done to train these brothers and what he recommends as the next step in their training.

9. If the branch office agrees that a brother has the potential to serve as a substitute circuit overseer, he will be asked to com-

CAEKAERT/MAPLEY 001331

plete a *Questionnaire for Prospective Substitute Circuit Overseer* (S-324). Once preliminary approval has been given, the Service Department will arrange for the brother to receive two weeks of training and evaluation by an approved trainer as outlined in *Guidelines for Training Prospective Substitute Circuit Overseers* (S-382). The training and evaluation will take place in the trainer's circuit. Thereafter, the Branch Committee will decide if the trainee will be appointed as a substitute circuit overseer.

## ANNUAL WORKWEEK WITH SUBSTITUTES

10. On a yearly basis, each circuit overseer should arrange for each substitute circuit overseer in his circuit to accompany him when he visits a congregation *other than the substitute's own congregation.* The substitute circuit overseer should share in handling some of the activity for the week. For example, he could conduct one or two meetings for field service, deliver the Tuesday service talk, and present a portion of the outlines to be considered with the pioneers and with the elders and ministerial servants. The substitute's wife may share in the congregation's spiritual activities for that week. Yearly *Personal Qualifications Report* (S-326) updates are not required simply because a brother is an appointed substitute circuit overseer.

## USE OF SUBSTITUTES

11. Circuit overseers should keep the substitute circuit overseers in their circuit up-to-date on policy matters and other instructions from the branch office if the substitutes do not have access to jw.org. This means providing substitutes with copies of letters sent to circuit overseers that involve the work of serving congregations and with copies of the current outlines received from the branch office for the public talk, the meeting with the elders and ministerial servants, the meeting with the pioneers during the first half of the service year, and the service talks. All substitute circuit overseers should be acquainted with the circuit file and its whereabouts in the event that the circuit overseer is absent from his assignment because of an illness or emergency. The circuit overseer should make sure that substitute circuit overseers do not have access to the portion of the circuit file containing information on brothers in the circuit with potential for greater privileges.—See B:1.

12. If an appointed substitute has potential for the circuit work, the circuit overseer should instruct him in assembly organization. Assignments in assembly organization will help him gain practical experience with the various departments. It would be good to schedule him for major parts on the circuit assembly program so that his public speaking and teaching ability can be observed.—See *Assembly Organization Guidelines* (S-330).

13. When a circuit overseer needs to use a substitute, he should first contact the brother he has in mind using and confirm his

Chapter 21

availability. However, approval should be obtained from the Service Department before final arrangements are made. Requests for the use of substitutes may be submitted on the *Circuit Overseer Routing* (S-300) form. If the need becomes apparent after the routing has been submitted, it is preferred that the request be made in writing when practical. (See 5:10; 8:1, 3.) The circuit overseer should explain why he recommends the use of a substitute circuit overseer. He should also provide the name(s) of the congregation(s) involved, the day(s) or week(s) that a substitute is needed, and the name(s) of the substitute(s) he has in mind using. When a substitute is needed for a full week, it is preferable to use one who is available to serve Tuesday through Sunday.

14. Substitute circuit overseers are not authorized to make appointments and deletions of elders and ministerial servants. (See 17: 37.) Neither should they submit *Personal Qualifications Reports* (S-326) when serving congregations.

**DELETIONS**

15. If a brother is not meeting the high standard expected of one appointed as a substitute circuit overseer, the circuit overseer should first approach the brother privately and offer him counsel on the area of concern. The circuit overseer should make it clear that he is personally interested in the brother and that his goal is to help him to serve more effectively as a substitute circuit overseer. The brother should be given the opportunity to improve over a period of time and should be commended for improvement he makes. The Service Department should be informed of the counsel offered and the brother's response. If after repeated efforts to assist the brother the circuit overseer is convinced that he no longer qualifies, the circuit overseer should inform the Service Department, providing complete details along with his recommendation. He should state whether the brother agrees with the recommendation. If he does not agree and wishes to submit his own letter, the circuit overseer will include it with his correspondence to the Service Department.

16. If an appointed substitute finds it necessary to stop pioneering, this in itself does not disqualify him from continuing to serve as a substitute circuit overseer. However, the Service Department should be informed. If a substitute circuit overseer becomes engaged to be married, he should inform the Service Department right away, indicating whether he desires to continue in the substitute circuit work. If an approved substitute circuit overseer is removed as an elder, dies, or for any other reason is no longer able to continue serving, the circuit overseer should inform the Service Department immediately, clearly indicating that the brother was serving as a substitute circuit overseer. Brothers will discontinue serving as substitute circuit overseers when they reach 80 years of age.

CAEKAERT/MAPLEY 001333

## CHANGE OF CIRCUIT

17. When a brother who was serving as a substitute circuit overseer moves to a different circuit, he must have a favorable recommendation to continue serving as a substitute circuit overseer from his previous circuit overseer *and* be reappointed as an elder in his new congregation before he can again be used in that capacity. Therefore, when a substitute moves out of the circuit, the previous circuit overseer should inform the Service Department of the substitute's new address and congregation. He should clearly state whether he recommends the brother to continue serving as a substitute. If the recommendation is positive, he should briefly explain the reasons for the recommendation. If he does not recommend the brother to continue serving in this capacity, the previous circuit overseer should meet with the substitute privately to explain the reasons for his decision. In his correspondence to the Service Department, the previous circuit overseer should clearly state (1) his reasons for not recommending him, (2) what counsel was given and when it was given, and (3) whether the brother agrees with the recommendation that he discontinue serving as a substitute. If the brother does not agree and wishes to submit his own letter, the previous circuit overseer will include it with his correspondence to the Service Department.

18. If a substitute circuit overseer who has been recommended to continue serving as such moves into a circuit, the Service Department will notify the new circuit overseer of his arrival. The notification will state that after the brother has been appointed as an elder in his new congregation, he may once again serve as a substitute circuit overseer. Once he is appointed as an elder and thus is an approved substitute, no further correspondence should be necessary to confirm his appointment. However, if a brother who has been serving as a substitute moves into the circuit but is not reappointed to serve as an elder in the new congregation, the new circuit overseer should inform the Service Department. He should clearly state that the brother was a substitute circuit overseer and explain why he was not reappointed to serve as an elder.

## CHANGE OF CIRCUIT BOUNDARIES

19. If a substitute circuit overseer is relocated to a different circuit because of an adjustment in circuit boundaries, the Service Department will transfer the brother's appointment to the new circuit and will notify the circuit overseers accordingly.

## RECOMMENDING NEW CIRCUIT OVERSEERS

20. Recommendations of brothers for the circuit work are made using *Personal Qualifications Reports* (S-326). The same criteria for recommending substitute circuit overseers should be used when

CAEKAERT/MAPLEY 001334

recommending new circuit overseers. (See 21:1-7.) The circuit overseer should include copies of the *Congregation's Publisher Record* (S-21) cards showing the last two service years for both husband and wife. If a substitute has the potential to serve as a circuit overseer but has not attended the School for Kingdom Evangelizers (SKE), the Bible School for Single Brothers, the Bible School for Christian Couples, the Ministerial Training School, or the Watchtower Bible School of Gilead, he should be encouraged to apply to attend the SKE. Recommendations for a brother to serve as a circuit overseer should be updated annually. Even new circuit overseers should feel free to submit recommendations.

21.  Before recommending a brother, circuit overseers should consider these points: Does he have a heartfelt desire to serve, or does he seek prominence? Is he a zealous and productive field worker, or does he have little enthusiasm for the pioneer service? Does he share in all facets of the ministry? Is he familiar with theocratic procedures? Does he have good balance in judgment? Is he an effective teacher? Is he known as a humble, discerning man who is willing to listen to others? Does he uphold Jehovah's standards rather than insisting on his own opinions? These qualities are especially important in view of the circuit overseer's responsibility to appoint and delete elders and ministerial servants. (Acts 14:23) Has he cared well for parts on circuit assembly or convention programs? What is his convention speaker rating? Does he have a self-sacrificing spirit? Is he willing to put up with difficulties and discomfort? If necessary, is he willing to live in the homes of the brothers? Is his wife wholeheartedly in favor of pursuing this avenue of service, or is she going along merely to please her husband?

22.  Those recommended should enjoy good health and be able to serve in a variety of climates and in any part of the country without complaint. If they have family responsibilities or lingering health problems, it would be best to wait until these are resolved before recommending them for additional privileges.

23.  Circuit overseers should inform the Service Department of spiritually qualified brothers with potential for the circuit work who are proficient in a foreign language. Brothers who speak a foreign language and who are recommended to serve as circuit overseers in a foreign-language field should have the experience, humility, compassion, and understanding needed to deal with a wide variety of people, customs, and circumstances.

24.  Circuit overseers need to be cautious about the way they encourage brothers to reach out, because the mere fact that a brother is a substitute circuit overseer does not mean that he will automatically be used in the circuit work. Therefore, circuit overseers

CAEKAERT/MAPLEY 001335

should never tell a brother that they have recommended him for the circuit work. This can arouse premature expectations in the brother and might cause him to make radical changes, such as selling his home or business. Then, if the brother is not used, disappointment and problems could easily result. Circuit overseers should encourage substitute circuit overseers to be content with their present privileges and yet be available to accept additional privileges if the opportunity to serve in the circuit work is offered to them.

25. If the Branch Committee agrees with the recommendation that a brother has the potential to serve as a circuit overseer, the Service Department will arrange for the brother to receive additional training and evaluation by an approved trainer as outlined in *Guidelines for Training Prospective Circuit Overseers* (S-384).

CAEKAERT/MAPLEY 001336

CAEKAERT/MAPLEY 001337

# Personal Time Away

1. The Governing Body has made provision for circuit overseers and their wives to be given personal time away each service year so that time will be available not just for rest and relaxation but also to care for personal and family matters. Therefore, it is good to plan personal time away wisely.

## BASIC DAYS OF PERSONAL TIME AWAY

2. Twelve days of personal time away are automatically credited to each person at the beginning of each service year (September 1) and can be used any time thereafter. If a brother who is not already in special full-time service is appointed to the circuit work after September 1, he will be given a prorated amount of basic personal time away for the remaining full months in the current service year. For example, one who starts in the circuit work on March 1 would receive six days of personal time away upon entering the work, one day for each complete month, March through August. A person transferred from another field of special full-time service to the circuit work would retain the personal time away he had already accumulated.

## ADDITIONAL DAYS OF PERSONAL TIME AWAY

3. There is also a beneficial arrangement for granting additional personal time away each service year until a person reaches the maximum annual credit of 30 days of personal time away. There are three provisions explained below for accumulating additional days of personal time away. All additional personal time away is credited on September 1 for those in special full-time service. If a person enters special full-time service after September 1, any additional days of personal time away will be credited to him on a prorated basis.

4. A seniority credit is based on the number of years a person has been in full-time service. For every two complete years a person has been in full-time service, he is granted one additional day of personal time away. Consider two examples. After a brother has completed two years in full-time service, on September 1 he will be granted 12 basic days of personal time away plus one additional day for his seniority, making a total of 13 days of personal time away. A sister who has completed 15 years in full-time service would be granted 12 basic days of personal time away plus 7 additional days of personal time away for her seniority, making a total of 19 days of personal time away. If a person has had a break(s) in his full-time service history, his seniority will be the combined total of years spent in full-time service.

CAEKAERT/MAPLEY 001338

5. An alternative to the seniority credit is an age credit. Some circuit overseers or their wives have not served for many years in full-time service and thus would not receive many additional days of personal time away based on their full-time service seniority. As shown in the following chart, those 45 years old and older may benefit from this age credit. For example, those reaching 45 years of age prior to completing 12 years of full-time service are granted six additional days of personal time away each year, the same as if they had completed 12 years of full-time service. Those reaching 65 years of age prior to completing 36 years of full-time service are granted the maximum of 18 additional days of personal time away each year. As is true with the seniority credit, the age credit progressively increases every two years until a person reaches the maximum number of 30 days of personal time away per year. A person will receive *either* the seniority credit *or* the age credit, whichever is greater, on September 1.

| Age on September 1 | Additional days of personal time away |
|---|---|
| 45-46 | 6 |
| 47-48 | 7 |
| 49-50 | 8 |
| 51-52 | 9 |
| 53-54 | 10 |
| 55-56 | 11 |
| 57-58 | 12 |
| 59-60 | 13 |
| 61-62 | 14 |
| 63-64 | 15 |
| 65-70 | 18 |

6. Some circuit overseers may qualify to receive a foreign-service credit of seven additional days of personal time away on September 1. This credit of seven additional days of personal time away is added to the basic personal time away and additional days of personal time away based on seniority or age previously described. Individuals benefiting from the foreign-service credit will not receive more than 30 days of personal time away per service year.

## TAKING PERSONAL TIME AWAY

7. Circuit overseers should give the Service Department advance notification of the dates they will be taking personal time away, using the *Notice of Personal Time Away and Sick Time* (S-305). (See

CAEKAERT/MAPLEY 001339

17:38-40.) The circuit overseer should provide the Service Department with information on how he can be contacted if an urgent situation arises.

8. Days of personal time away not used during the service year may be accumulated for use in subsequent years. However, the general policy is that days of personal time away not be borrowed from the next service year's personal time away credits. There have been rare occasions when exceptions have been made because of extenuating circumstances. Those in special full-time service are encouraged to plan personal time away carefully within the limits of days of personal time away already credited. Rather than using up all or most of one's days of personal time away early in the service year, it is the wise course to reserve several days of personal time away for unforeseen circumstances that may arise later.

9. Personal time away cannot be given to another person, with the exception that married couples may share personal time away.

10. When a circuit overseer takes a week of personal time away, the branch office will deduct five days from his accumulated personal time away. A circuit overseer should not schedule days of personal time away during the week he will be making a regular visit to a congregation unless he is selected as a delegate to an international or a special convention. (See 4:19; 5:11; 7:5.) Any exceptions to this direction must be approved by the Service Department.

11. It is better for a circuit overseer and his wife to take personal time away together. This sets a good and wholesome example for the brothers. It is not good for a circuit overseer to take personal time away while his wife pioneers. If it becomes necessary, however, for a wife to take personal time away to handle necessary family business and there is no need for her husband to accompany her, the circuit overseer should contact the Service Department in advance to explain the circumstances and request an exception.

12. It is not necessary for a circuit overseer and his wife to take personal time away in order to move to a new assignment. The branch office will determine how much time is reasonably needed for the move according to the circumstances.

Chapter 22

CAEKAERT/MAPLEY 001341

# Wives of Circuit Overseers

1. The wives of circuit overseers enjoy an outstanding privilege of service, and they are in a position to do much good as they serve with their husbands. However, the nature of the circuit work involves special challenges and unusual circumstances. Circuit overseers need to help their wives maintain joy and balance in their assignment. Circuit overseers should set aside time for family worship each week. Each circuit overseer should regularly read and study the Bible with his wife to help her stay spiritually strong.

2. When wives of circuit overseers display a quiet and mild spirit, show warmth and love, exhibit a happy countenance, and have an uncomplaining spirit, they win the support and confidence of others. They should set a fine example for others to follow. Each circuit overseer should help his wife to be zealous in field service, to give meaningful comments at congregation meetings, and to display respect for headship by working cooperatively under his direction.

3. A circuit overseer's wife should be with him and share fully in the scheduled activity when he visits the congregation unless circumstances prevent her from doing so. It is preferred that the wife of a circuit overseer work in service with sisters and younger publishers. While it would not necessarily be improper for her to accompany a brother in field service, this should seldom be necessary in view of the number of sisters available. Each circuit overseer should take time to work with his wife in the various features of field service on a regular basis.

4. There are times when a sister might seek out a circuit overseer's wife to discuss a personal problem. In such cases, the circuit overseer's wife needs to be careful not to become involved in matters that should be handled by her husband or the local elders.—See 19:7.

5. A circuit overseer should be very careful not to divulge confidential matters to his wife. This can happen inadvertently if he discusses confidential matters—either in person or on the telephone—within earshot of his wife. A circuit overseer's wife should not be used to type reports or letters dealing with confidential information or other congregational matters. If she learns something confidential, this puts her under pressure to maintain that confidence. It is not good to subject her to such burdens.—See 5:28.

6. When the branch office directs that a video be shown to the congregation, the circuit overseer is responsible for the presentation. If he needs someone to assist him in setting up or running the equipment, he should select an alert, dependable brother.

CAEKAERT/MAPLEY 001342

7. A circuit overseer's wife should not be away from the assignment unless her husband has first communicated with the Service Department and obtained permission. (See 8:1.) Her presence makes a meaningful contribution to the week's visit. As with the circuit overseer, it is recommended that the efforts of his wife be directed toward those in the congregation that is being served that week. —See 19:8-9.

CAEKAERT/MAPLEY 001343

# Vehicles

1.

CAEKAERT/MAPLEY 001344

CAEKAERT/MAPLEY 001345

# Circuit File

1. The circuit overseer should maintain a well-organized file of information pertinent to circuit activity. The following items should be kept in the circuit file:

- Copies of the last five *Report on Circuit Overseer's Visit With Congregation* (S-303) forms

- Copies of all letters of appointment and deletion of elders and ministerial servants for the last three years. (For congregations with no elders, such letters should be retained indefinitely. In connection with a deletion in a congregation with no elders, a brief explanation of the reason for the brother's deletion should also be kept.)

- Judicial files for congregations with no elders

- List of those qualified for assembly parts

- Copy of the current convention speaker and interpreter ratings

- Copy of the latest letter to the Service Department listing elders qualified to handle complex matters

- Pioneer Service School instructor recommendations

- Latest assembly organization roster and list of other brothers qualified for a convention work assignment

- List of telephone numbers of other circuit overseers serving congregations that share Kingdom Halls with congregations in the circuit

- List of substitute circuit overseers, with contact information

- Correspondence regarding School for Kingdom Evangelizers graduates in the circuit

- List of brothers with potential for greater privileges, with comments on how they can further be assisted. The circuit overseer should make sure that substitute circuit overseers do not have access to this portion of the circuit file.

- Record of the order in which the congregations were visited during the preceding 12 months

- Information regarding pending problems that were addressed and what might be done to follow through in 'correcting things that are defective.'—Titus 1:5.

- Hospital Liaison Committee information

- A copy of the last *Report on Circuit Assembly* (S-318)

- *Site Inspection Release Agreements* (CO-14), if applicable

2. Once a year, circuit overseers should weed the file of unnecessary items. Unless otherwise specified, routine correspondence can generally be discarded after five years.

CAEKAERT/MAPLEY 001346

CAEKAERT/MAPLEY 001347

# Checklist for Reviewing Congregation Accounts

☐ Are congregation accounts being audited regularly in harmony with the latest instructions? Were different brothers used to perform consecutive audits? If any issues were noted on the audit reports, please confirm with the coordinator of the body of elders that the items have been discussed with the accounts servant and have been corrected.

☐ Has the latest bank statement been reconciled with the checkbook?

☐ Does the congregation have an approved resolution for making monthly contributions in support of Kingdom Hall and Assembly Hall construction worldwide? Does the congregation have approved resolutions for making contributions to the Global Assistance Arrangement?

☐ Are the donations to the worldwide work from the contribution box and the congregation's resolved monthly donations being forwarded to the branch office each month?

☐ Determine the average balance of funds held by the congregation, whether locally or with the branch office as funds on deposit, by reviewing recent *Monthly Congregation Accounts Reports* (S-30). Is the balance in harmony with what the branch office recommends to care for congregation and Kingdom Hall operating expenses? If the balance appears to be larger than what is needed, encourage the elders to consider contributing the excess funds to the organization.

☐ When visiting a titleholding congregation that shares a Kingdom Hall with another congregation(s), review the Kingdom Hall Operating Committee accounts records. Use the points listed above as a guide for the review. If any questions arise, these should be discussed with the coordinator of the body of elders. The coordinator of the body of elders or a member of the Kingdom Hall Operating Committee should be directed to communicate any concerns to the chairman of the operating committee.

CAEKAERT/MAPLEY 001348

CAEKAERT/MAPLEY 001349

# Checklist When Considering Appointments and Deletions

(1 Tim. 3:1-13; Titus 1:5-9; Jas. 3:17, 18; 1 Pet. 5:2)

Before making appointments of elders and ministerial servants, please consider the following, keeping in mind that each brother must measure up to a reasonable degree (*ks10* chap. 3 pars. 1-2):

☐ **Experience and Maturity**

- Sufficient age, life experience, and respect of congregation?—*tg* chap. 17 pars. 10-11; *km* 5/00 p. 8; *w89* 7/1 p. 29.

- Baptized at least one year?—*w11* 4/15 p. 11 par. 11.

- If baptized many years ago, why only now being recommended?

☐ **Family**

- Wife and any children living at home good examples?—*ks10* chap. 3 par. 5; *w96* 10/15 p. 21 pars. 6-7; *w88* 3/1 p. 24 par. 5.

- Regular family worship?—*ks10* chap. 3 par. 5.

- Scriptural marriage?—*ks10* chap. 3 par. 8; chap. 12 pars. 9-17.

- If separated or divorced, what are the circumstances?—*ks10* chap. 3 par. 9.

☐ **Field Service Activity**

- Meaningful, zealous share?—*ks10* chap. 3 par. 4; *od* p. 51 par. 6.

- Restricted share because of other spiritual obligations or theocratic projects?—*tg* chap. 17 par. 25; see also *Index to Letters for Bodies of Elders* (S-22).

☐ **Tested as to Fitness**

- Shows himself to be a spiritual man?—*ks10* chap. 3 par. 3.

- Cares for responsibilities?—*od* pp. 52-53 par. 9; *km* 5/00 p. 8.

☐ **Viewpoint of Elders**

- Is recommendation unanimous?—*ks10* chap. 2 pars. 8-9.

☐ **Past Difficulties**

- Reproved within the past three years or reinstated within the past five years?—*ks10* chap. 3 par. 7; *w90* 9/1 p. 24 par. 5.

- Notoriety of past wrongdoing subsided? Definite improvement in area of previous weakness?—*tg* chap. 17 par. 13; *ks10* chap. 3 pars. 7-8, 10.

CAEKAERT/MAPLEY 001350

- Viewed pornography?—See *Index to Letters for Bodies of Elders* (S-22).
- Accusation of child abuse?—See *Index to Letters for Bodies of Elders* (S-22).

Before making appointments of **elders,** please *also* consider the following:

☐ **Shepherding**

- Received training by elders?—*tg* chap. 17 par. 10.

☐ **Teaching**

- Able to teach from platform or one-on-one?—*tg* chap. 17 par. 4; *w90* 9/1 p. 27 par. 20.

☐ **Past Difficulties**

- If he was deleted as an elder, should he serve first for a time as a ministerial servant?—*ks10* chap. 3 par. 10.

Before **deleting** an elder or a ministerial servant, please consider the following:

☐ Sufficient Scriptural disqualification?—*ks10* chap. 3 pars. 15-21.

☐ Two witnesses to establish accusation?

☐ Extenuating circumstances that affect field service average, meeting attendance, and so forth?—*tg* chap. 17 par. 25; see *Index to Letters for Bodies of Elders* (S-22).

☐ Sufficient firm but loving counsel given by elders?—*tg* chap. 17 par. 28; *ks10* chap. 3 par. 22.

☐ Basis to show extra consideration because of faithfully serving for many years?—*ks10* chap. 3 par. 22.

☐ Brother agrees with decision?

Appendix D

# Sample Letter of
# Appointment and Deletion

---

**JOHN C. OVERSEER, NY-61**
123 Kingdom Hall Dr., Anywhere, NY 12345-6789
September 6, 2014

BODY OF ELDERS
CENTRAL CONGREGATION OF JEHOVAH'S WITNESSES, ANYWHERE, NY
C/O DAVID COORDINATOR
345 MAIN ST
ANYWHERE NY 12345-6789

Re: Appointments and Deletions of Elders and Ministerial Servants

Dear Brothers:

This is to confirm that I have appointed the following **elder(s):**

**John Andrew Elder (CBOE)**
**James Alan Olderman, Jr.**

This is to confirm that I have appointed the following **ministerial servant(s):**

**David Robert Servant**

This is to confirm that I have **deleted** the following brother(s) from serving as an elder or a ministerial servant:

**Michael James Publisher**

Please accept an expression of my warm Christian love.


Your brother,

*John C. Overseer*

John C. Overseer, NY-61

CAEKAERT/MAPLEY 001352

CAEKAERT/MAPLEY 001353

# Health Care

1. Our loving Father, Jehovah God, greatly values all of his loyal servants, and he intimately knows and remembers every detail about each of them. (Matt. 10:30) Regardless of your age, he sees the challenges you face and your spiritual, emotional, and physical needs. Through his spirit and organization, he continually gives power to the weak. (2 Cor. 12:7-10) As you read of faithful ones in the Scriptures and how they suffered for a variety of reasons, you see how Jehovah strengthened them to endure by infusing them with power. He did it for them, and he will do it for you.

2. No doubt you deeply appreciate the generosity of our worldwide brotherhood, whose donations pay for most of your health-care costs. Since caring for your health is primarily a personal responsibility, how can you show appreciation for the provisions made for you? Some ways are by making good choices regarding diet and exercise, by not being overly competitive in sports activities, by getting proper rest, and by maintaining good dental hygiene. Another way is by being open to quality health-care options to which you may not be accustomed.

3. While the members of your Branch Committee work diligently to find quality health care, they also consider how to reduce the cost of such. For example, government health-care programs are used to provide good-quality care to circuit overseers whenever possible. At times, negotiations for discounts are arranged with specific health-care providers. When needed, the Global Health Care Office is consulted regarding viable options in another city or country. At times, good-quality health care outside your branch territory may be identified and approved by a Governing Body committee. If you choose a more expensive treatment plan or provider, you may be responsible to pay for the difference in cost. Additionally, *before* the branch office covers costs for procedures, medications, or diagnostic tests, it would generally be expected that these would have been prescribed or ordered by a licensed health-care professional and that permission from the branch office would have been obtained prior to any treatment. Contact your branch office for any questions regarding how to access approved health care.

4. In some cases, circuit overseers serving in a foreign land request health-care appointments during a visit to their home country and, when cost is not an issue, these are often approved. However, there are a number of personal advantages to utilizing local

CAEKAERT/MAPLEY 001354

health-care providers when they are available, the foremost of which is receiving care without delay. Another benefit is not using your personal time away for health-care appointments, which takes away from much-needed rest and time spent with family and friends. Therefore, you may find it advantageous to discuss the matter first with your branch office and request a list of good-quality health-care providers near your assignment. We realize that at times there may be extenuating circumstances that necessitate requesting care in other countries. Nevertheless, we ask that you consider this direction before making such a request and remember that approvals for a request will be considered on a case-by-case basis. If you decide to request care outside of your branch territory, please seek approval *well in advance* of scheduling any travel.

5. If a health emergency arises while you are visiting another country, get the emergency care you need and contact the branch office that oversees that country as soon as possible for assistance. It would also be appropriate for you to update the branch office that oversees the territory where you are serving as soon as possible so that they may assist you with any other pending matters related to your emergency. If you feel it necessary to obtain the contact information of a branch office whose territory you will be visiting, you may obtain this from your branch office.

Appendix F

CAEKAERT/MAPLEY 001355

# Taxes

CAEKAERT/MAPLEY 001356

CAEKAERT/MAPLEY 001357

# Miscellaneous

## "IN GOOD STANDING"

1. Some have inquired about the meaning of the expression "in good standing" that is frequently used when considering whether publishers qualify for certain privileges. Rather than making a hard-and-fast rule as to what constitutes being "in good standing," it is best that the local elders weigh the factors and circumstances that are unique to each situation. The elders should consider: Would granting a certain privilege result in bringing reproach on the congregation? Would it raise serious questions in the minds of others or be a cause of stumbling? After weighing all the factors involved and considering the possible reactions of both the congregation and the community, the local elders must determine whether the individual can truly be considered "in good standing." By way of contrast, being "exemplary" involves more than simply being in good standing. For example, an individual may not be under any judicial restrictions and may not be bringing reproach on the congregation. The elders may likely determine that he is in good standing. However, if he could not be held up as an example worthy of imitation, such as in meeting attendance, in zeal for the ministry, or in respect for the elders, he would not be considered exemplary. Neither would he qualify for special privileges, such as representing the congregation in prayer or serving as an auxiliary or regular pioneer.

## UNILATERAL BREAKING OF ENGAGEMENTS

2. Generally, there is no need for elders to inquire into the unilateral breaking of engagements unless the one who broke the engagement is being used in an exemplary way, a complaint is lodged by the other party, or a number of people in the congregation are disturbed and the matter has resulted in a lack of respect for the one breaking the engagement. In determining whether the individual is disqualified, the elders will need to use good judgment. Were there valid reasons for breaking the engagement, or does the person take the engagement agreement lightly? (For examples of valid reasons for breaking an engagement, see *The Watchtower* of June 15, 1975, pages 382-384, and October 1, 1968, pages 606-607.) Has the congregation lost respect for the individual, so that he or she is no longer viewed as exemplary?

CAEKAERT/MAPLEY 001358

CAEKAERT/MAPLEY 001359

# Index

## A

**Absences from circuit**

appointments and deletions of elders and
  ministerial servants    17:37-40

convention    7:5

emergency time off    8

personal time away    22

use of substitutes    21:11-14

  appointments and deletions of elders
    and ministerial servants    17:37

  disaster relief    6:5

  emergency time off    8:1, 3

  *Personal Qualifications
    Report* (S-326)    5:16

  routing    4:1; 5:10

wives    23:7

**Accommodations**    **1**

apartments    1:2-5

conventions    7:6

in homes    1:1, 3; 21:21

travel trailers    1:6; 9:7

**Adulterous marriage**    **17:14**

**Apartments**    **1:2-5**

Assembly Hall    1:4

care    1:5

pets    1:5

**Appeal committees**    **13:5-8**

**Appeals of deletions**    **17:22, 24, 26, 35**

***Application for Regular Pioneer Service***
***(S-205)***    **16:1**

***Application to Attend Language-***
***Teaching Seminar (S-360)***    **15:22**

***Application to Attend the School for***
***Kingdom Evangelizers (G-8)***    **5:19**

**Appointment and deletion of elders and
  ministerial servants**    **17; D; E**

absences from circuit    17:37-40

adulterous marriage    17:14

appeals of deletions    17:22, 24, 26, 35

appointments between regular visits to
  congregation    17:15

appointments during regular visit to con-
  gregation    17:3-9

appointments in congregations with no
  elders    17:16

appointments of coordinators of the bod-
  ies of elders    17:18-21

checklist when considering    17:6; D

deaths    17:34

deletions between regular visits to con-
  gregation    17:26-30

deletions during regular visit to congre-
  gation    17:23-25

deletions for judicial reasons    17:34

deletions for poor judgment with regard
  to disfellowshipped relatives or wed-
  dings    17:29

foreign-language groups    15:8

isolated groups    17:16

letters of appointment and
  deletion    17:36; E

  appeals    17:35

  between regular visits to
    congregation    17:15, 26

  circuit file    B:1

  coordinators of the bodies
    of elders    17:18

  deaths    17:34

  during regular visit to
    congregation    17:8-9, 24, 32

  judicial reasons    17:34

  recommended by branch office    17:22

  resignations    17:34

  substitute circuit overseers    17:37-38

*Notification of Appointment or Deletion*
*(S-2)*

  appeals    17:35

  between regular visits to
    congregation    17:15, 26

  coordinators of the bodies
    of elders    17:18

  deaths    17:34

  during regular visit to
    congregation    17:7, 24, 32-33

  judicial reasons    17:34

  recommended by branch office    17:22

  resignations    17:34

reappointments    17:13, 15, 22

*Recommendations for Appointment of*
*Elders and Ministerial Servants (S-62)*
    4:1; 17:3, 15-16, 38

recommended by branch office    17:22

resignations    17:30, 34

*Shepherding* textbooks    17:41-43

special full-time servants who experience
  difficulties    17:31

those with a record of past misconduct
    17:12-14; D

transfers to another congregation
    17:32-33

visits by substitute circuit overseers
    4:1; 17:37-38; 21:14

when considering the appointment of
  younger brothers    17:10-11; D

when elders disagree    17:2, 5

when ministerial servants substitute as
  members of the Congregation Service
  Committee    17:17

CAEKAERT/MAPLEY 001360

**Assembly Halls**

apartments 1:4

communication with Assembly Hall overseer 14:9

consideration for those working on 4:5; 17:25; 21:3

recommending new 14:8

special meeting with pioneers and field missionaries in conjunction with circuit assembly 3:14

**Assembly organization roster** 7:7; B:1

**Assignments** 2

engagements to marry 2:5

expenses incurred while moving to new 9:8

*Notice of Change in Circuit Arrangement (S-307)* 2:1

reassignment at 70 years of age 2:6

requesting specific 2:4

routing in connection with change of 5:8

time allotted to move to new 2:2; 22:12

**Audience participation** 18:3, 5

**Auxiliary pioneers**

encouragement to enroll as during month of visit 4:1; 16:3

meeting with during annual workweek with substitutes 21:10

meeting with during regular visit 4:1, 12; 16:3-6

noting potential to serve as 4:5

## B

**Baptisms** 3:13; 5:15; 7:12

**Bethel applicants** 5:29

**Bethel remote volunteers** 4:5

**Branch representative**

circuit assembly 3:14; 4:19

shepherding visit 19:10

**Business ventures** 9:10

## C

**Change of assignment** 2:1-4, 6; 5:8; 9:8

**Change of dates of visits to congregations** 5:12

**Checklist when considering appointments and deletions** 17:6; D

**Child abuse** 5:4; 13:5; 20:4

**Circuit assemblies** 3

adjusting start time 3:3

assembly organization roster 7:7; B:1

baptisms 3:13; 5:15

expenses 9:2

foreign language 15:11

*Notice of Upcoming Circuit Assemblies (S-317)* 3:1

rehearsals 3:11-12, 17

reminder to elders 3:2, 18

*Report on Circuit Assembly (S-318)* 5:15; B:1

schedule during week of 3:14-19; 4:19

*Site Inspection Release Agreement (CO-14)* B:1

speakers and other participants 3:6-12; 5:20; 21:12; B:1

special meeting with pioneers and field missionaries 3:14-19; 4:19

**Circuit file** 17:36; 21:11; B

*Circuit Overseer Guidelines* Intro:4

*Circuit Overseer Meets With Elders and Ministerial Servants (S-337)* 4:13; 18:9

*Circuit Overseer Meets With Pioneers and Field Missionaries (S-335)* 16:4

*Circuit Overseer Routing (S-300)* 5:8-13; 7:4; 21:13

*Circuit Overseer's Contact Information (S-351)* 5:31

*Circuit Overseer's Request for Reimbursement (S-301)* 9:2, 8

**Confidentiality**

activity of special pioneers 16:9

*Circuit Overseer Guidelines* Intro:4

correspondence 5:28; 12:2

ministerial servants 17:17

names of brothers at branch office 5:5

recommendations for substitute circuit work or for circuit work 21:2, 11, 24; B:1

wives of circuit overseers 23:5

**Congregation accounts** 4:8; C

*Congregation Application/Information (S-51)* 5:21

*Congregation Needing Assistance (S-310)* 4:3

**Congregation Service Committee**

*Application to Attend the School for Kingdom Evangelizers (G-8)* 5:19

considering qualifications of pioneer 16:2, 8

meeting with circuit overseer at end of regular visit 4:15

member attending special meeting with pioneers and field missionaries in conjunction with circuit assembly 3:18

ministerial servants substituting as members of 17:17

*Congregation's Publisher Record (S-21)*

recommending new circuit overseers 21:20

review during week of regular visit 4:3-5; 16:2; 18:2

review during week of visit to group 15:7

CAEKAERT/MAPLEY 001361

**Construction servants and volunteers**    **14:6**

**Contact information**

  *Circuit Overseer's Contact Information (S-351)*    5:31

  disaster preparedness    6:1, 3

  substitute circuit overseers    B:1

**Convention chairman**    **7:8**

**Convention Committees**

  assembly organization roster    7:7; B:1

  consideration for those serving on    4:5; 17:25; 21:3

**Conventions**    **7**

  accommodations    7:6

  alternative arrangements for attending    7:9-13; 15:12-15

  assembly organization roster    7:7; B:1

  assignment to attend    7:3-4

  Convention Committees    4:5

  expenses    9:2

  foreign-language field    15:12-20

  international or special    7:5; 22:10

  personal time away during week of    7:2, 5

  schedule during week of    7:2

  serving as convention chairman    7:8

  sessions in another language    15:19

  simultaneous interpretation    15:16-18

  speaker and interpreter recommendations    3:8; 5:20; 21:2, 7, 21; B:1

  *Special Needs Room Request (CO-5a)*    7:6

  stand-alone    15:20

**Coordinator of the body of elders**

  appointments of    17:18-21

  disasters    6:3

***Coordinator of the Body of Elders/ Secretary Change of Address (S-29)***    **17:19**

**Correspondence and reports**    **5**

  absences from circuit    17:40

  alternative arrangements for attending congregation meetings    15:10

  *Application to Attend Language-Teaching Seminar (S-360)*    15:22

  *Application to Attend the School for Kingdom Evangelizers (G-8)*    5:19

  baptisms    5:15; 7:12

  Bethel applicants    5:29

  change of circuit for substitute circuit overseer    21:17-19

  *Circuit Overseer Routing (S-300)*    5:8-13; 7:4; 21:13

  *Circuit Overseer's Contact Information (S-351)*    5:31

  *Circuit Overseer's Request for Reimbursement (S-301)*    9:2, 8

confidentiality    5:5, 28; 23:5

*Congregation Application/Information (S-51)*    5:21

*Congregation Needing Assistance (S-310)*    4:3

convention sessions in another language    15:19

convention speaker and interpreter recommendations    5:20; 21:21; B:1

*Coordinator of the Body of Elders/ Secretary Change of Address (S-29)*    17:19

deletion of substitute circuit overseer    21:15-16

dissolutions of congregations    5:25

emergency time off    8:1, 3; 17:38-40; F:4

experiences    5:26-27

foreign-language congregations    15:9-10

foreign-language groups    15:6-8, 10; 16:3

former special full-time servants    5:30

general guidelines    5:2-7

isolated publishers or groups    5:17; 12:2, 5

Kingdom Hall condition    14:1

Kingdom Hall Operating Committees    C

language classes    15:21-22

letters of appointment and deletion    17:36; E

  appeals    17:35

  between regular visits to congregation    17:15, 26

  circuit file    B:1

  coordinators of the bodies of elders    17:18

  deaths    17:34

  during regular visit to congregation    17:8-9, 24, 32

  judicial reasons    17:34

  recommended by branch office    17:22

  resignations    17:34

  substitute circuit overseers    17:37-38

letters of introduction    4:13; 17:4, 15

letter to congregation in advance of visit    4:1; 10:2-3; 17:37

list of brothers qualified to handle complex matters    20; B:1

*Monthly Movement of Literature (S-28)*    4:6

new congregations    5:21-24

*Notice of Change in Circuit Arrangement (S-307)*    2:1

*Notice of Personal Time Away and Sick Time (S-305)*    22:7

*Notice of Upcoming Circuit Assemblies (S-317)*    3:1

*Notice of Visit of Circuit Overseer (S-302)*    4:1; 5:9, 12

CAEKAERT/MAPLEY 001362

*Notification of Appointment or Deletion* (S-2)

| | |
|---|---|
| appeals | 17:35 |
| between regular visits to congregation | 17:15, 26 |
| coordinators of the bodies of elders | 17:18 |
| deaths | 17:34 |
| during regular visit to congregation | 17:7, 24, 32-33 |
| judicial reasons | 17:34 |
| recommended by branch office | 17:22 |
| resignations | 17:34 |

*Personal Financial Request* (TO-4)  9:13-14

*Personal Qualifications Report* (S-326)  5:16

| | |
|---|---|
| circuit overseers | 21:20 |
| field missionaries | 5:17; 16:12 |
| graduates of School for Kingdom Evangelizers | 5:18 |
| regular pioneers in isolated territory | 5:17; 12:3 |
| special pioneers | 5:17; 12:3; 16:10 |
| substitute circuit overseers | 5:16; 21:7, 10, 14, 20 |
| temporary special pioneers | 5:18 |

| | |
|---|---|
| personal time away | 22:7, 11 |
| postal addresses | 5:31 |

*Recommendations for Appointment of Elders and Ministerial Servants* (S-62)  4:1; 17:3, 15-16, 38

| | |
|---|---|
| reminder to elders regarding upcoming circuit assembly | 3:2, 15, 18 |

*Report on Circuit Assembly* (S-318)  5:15; B:1

*Report on Circuit Overseer's Visit With Congregation* (S-303)  4:15; 5:14; B:1

| | |
|---|---|
| simultaneous interpretation at conventions | 15:18 |

*Site Inspection Release Agreement* (CO-14)  B:1

*Special Needs Room Request* (CO-5a)  7:6

| | |
|---|---|
| stand-alone conventions | 15:20 |
| tax matters | 9:17-18; G |

*Territory Adjustment Request* (S-6)  5:21

| | |
|---|---|
| use of substitute circuit overseers | 4:1; 5:10; 21:13 |

## D

**Deletions**

| | |
|---|---|
| elders and ministerial servants (See "Appointment and deletion of elders and ministerial servants.") | |
| substitute circuit overseers | 21:15-16 |

**Dietary restrictions**  9:4

**Disaster preparedness and response**  6

| | |
|---|---|
| consideration for those involved in relief work | 4:5; 16:8; 17:25; 21:3 |

**Disfellowshipped relatives**  17:29
**Dissolutions of congregations**  5:25

## E

**Emergency time off**  8; 17:38-40
**Engagements to marry**

| | |
|---|---|
| unilateral breaking of | H:2 |
| when desiring to continue serving as a circuit overseer | 2:5 |
| when desiring to continue serving as a substitute circuit overseer | 21:16 |

**"Exemplary"**  H:1
**Expenses and reimbursements**  9

| | |
|---|---|
| accommodations | 1:1, 6; 9:2 |
| business ventures | 9:10 |
| expenses incurred during a visit to a congregation | 1:1, 6; 9:1-7; A |
| expenses incurred during personal time away | 9:7 |
| expenses incurred during Pioneer Service School | 9:2 |
| expenses incurred in connection with conventions | 7:6; 9:2 |
| expenses incurred in moving to a new assignment | 9:8 |
| expenses not submitted for reimbursement | 1:6; 9:5, 7 |
| expenses submitted in connection with circuit assemblies | 9:2 |
| health care | 9:16; F |
| Internet services | 9:5 |
| meals | 9:1-4 |
| monthly allowance | 9:6 |
| office expenses | 9:1-5 |
| personal contributions | 9:3, 6-7, 9 |
| Personal Expense Account | 9:7, 11-15 |
| substitute circuit overseers | 9:2 |
| taxes | 9:17-18; G |
| transportation | 1:6; 9:3, 8; A |

**Experiences**  5:26-27; 18:6

## F

**Field ministry**  10

| | |
|---|---|
| consideration when activity low because of other theocratic assignments | 4:5; 14:6; 16:8; 17:25; 21:3; D |
| dress, grooming, and conduct | 10:9 |
| during week of circuit assembly | 4:19 |
| during week of pioneering with congregation | 5:11 |
| during week of regular visit | 4:9; 10:6 |
| foreign-language field | 15:2-7; 16:3 |

CAEKAERT/MAPLEY 001363

harbor witnessing — 10:11

hour goal — 10:6

innovative programs — 4:2; 10:5

meetings for field service — 10:3

during annual workweek with substitutes — 21:10

during week of pioneering with congregation — 5:11

during week of regular visit — 4:9

monthly report to Service Department — 10:6; 19:4

public witnessing — 10:7-8

submitting experiences — 5:26-27

those recommended as circuit overseers — 21:20-21

those recommended as substitute circuit overseers — 21:3, 5

training others in — 10:4

weekends — 4:9; 10:2

witnessing to refugees — 10:10

wives of circuit overseers — 10:2; 23:2-3

working with field missionaries — 16:12

working with pioneers — 16:2

**Field missionaries** — **16:12**

meeting with during regular visit — 4:1, 12; 16:3-6

meeting with during week of visit to foreign-language group — 15:7; 16:3

*Personal Qualifications Report (S-326)* — 5:17; 16:12

recommending deletion as elder or ministerial servant — 17:31

special meeting in conjunction with circuit assembly — 3:14-19; 4:19

working in ministry with — 16:12

**Food expenses** — **9:1-3**

**Foreign language** — **15**

alternative arrangements for attending congregation meetings — 15:10

circuit assemblies — 15:11

classes — 15:3, 21-22

congregations — 15:9-10; 21:6

conventions — 15:12-20

groups — 15:4-8, 10; 16:3; 21:6

pregroups — 15:2-3, 10

*Shepherding* textbooks — 17:43

those in field with potential to serve as substitute circuit overseers and circuit overseers — 21:6, 23

**Former special full-time servants** — **5:30**

**Forms, manuals, and outlines**

*Application for Regular Pioneer Service (S-205)* — 16:1

*Application to Attend Language-Teaching Seminar (S-360)* — 15:22

*Application to Attend the School for Kingdom Evangelizers (G-8)* — 5:19

*Circuit Overseer Guidelines* — Intro:4

*Circuit Overseer Meets With Elders and Ministerial Servants (S-337)* — 4:13; 18:9

*Circuit Overseer Meets With Pioneers and Field Missionaries (S-335)* — 16:4

*Circuit Overseer Routing (S-300)* — 5:8-13; 7:4; 21:13

*Circuit Overseer's Contact Information (S-351)* — 5:31

*Circuit Overseer's Request for Reimbursement (S-301)* — 9:2, 8

*Congregation Application/Information (S-51)* — 5:21

*Congregation Needing Assistance (S-310)* — 4:3

*Congregation's Publisher Record (S-21)* — 4:3-5; 15:7; 16:2; 18:2; 21:20

*Coordinator of the Body of Elders/Secretary Change of Address (S-29)* — 17:19

*Guidelines for Training Prospective Circuit Overseers (S-384)* — 21:25

*Guidelines for Training Prospective Substitute Circuit Overseers (S-382)* — 21:9

*Guidelines for Witnessing to Refugees (S-197)* — 10:10

*Harbor Witnessing Guidelines (S-374)* — 10:11

*Index to Letters for Bodies of Elders (S-22)* — Intro:4

*Information Needed for Visit of Circuit Overseer (S-61)* — 4:1, 3-4

*Instructions for Merging Congregations (S-67)* — 5:25

*Instructions for Rating Convention Speakers and Interpreters (S-311)* — 5:20

*Instructions for Recommending New Congregations (S-50)* — 5:21

*Local Design/Construction Volunteer Application (DC-50)* — 14:5

*Monthly Movement of Literature (S-28)* — 4:6

*Notice of Change in Circuit Arrangement (S-307)* — 2:1

*Notice of Personal Time Away and Sick Time (S-305)* — 22:7

*Notice of Upcoming Circuit Assemblies (S-317)* — 3:1

*Notice of Visit of Circuit Overseer (S-302)* — 4:1; 5:9, 12

*Notification of Appointment or Deletion (S-2)*

appeals — 17:35

between regular visits to congregation — 17:15, 26

CAEKAERT/MAPLEY 001364

coordinators of the bodies of
elders 17:18
deaths 17:34
during regular visit to
congregation 17:7, 24, 32-33
judicial reasons 17:34
recommended by branch office 17:22
resignations 17:34
*Personal Financial Request*
*(TO-4)* 9:13-14
*Personal Qualifications Report*
*(S-326)* 5:16
circuit overseers 21:20
field missionaries 5:17; 16:12
graduates of School for Kingdom Evan-
gelizers 5:18
regular pioneers in isolated
territory 5:17; 12:3
special pioneers 5:17; 12:3; 16:10
substitute circuit overseers 5:16; 21:7,
10, 14, 20
temporary special pioneers 5:18
*Questionnaire for Prospective Substi-*
*tute Circuit Overseer (S-324)* 21:9
*Recommendations for Appointment of*
*Elders and Ministerial Servants*
*(S-62)* 4:1; 17:3, 15-16, 38
*Report on Circuit Assembly*
*(S-318)* 5:15; B:1
*Report on Circuit Overseer's Visit With*
*Congregation (S-303)* 4:15; 5:14; B:1
S-312 outlines 3:14-17; 16:5
S-319 outlines 18:9
S-341 outlines 18:2, 7, 9
service talks 18
*Site Inspection Release Agreement*
*(CO-14)* B:1
*Special Metropolitan Public Witnessing*
*Guidelines (S-71)* 10:8
*Special Needs Room Request (CO-5a)* 7:6
*Territory Adjustment Request (S-6)* 5:21

### G

*Guidelines for Training Prospective Cir-*
*cuit Overseers (S-384)* 21:25
*Guidelines for Training Prospective Sub-*
*stitute Circuit Overseers (S-382)* 21:9
*Guidelines for Witnessing to Refugees*
*(S-197)* 10:10

### H

*Harbor Witnessing Guidelines*
*(S-374)* 10:11
**Health care** 9:16; F
**Hospital Liaison Committees** 11
circuit file B:1

consideration for those serving on 4:5;
11:2; 17:25; 21:3
qualifications 11:1
role of other local elders 11:3
use of pioneers 11:2

### I

**Illness** 8:3; 21:11; F
**Inactive publishers** 4:5
*Index to Letters for Bodies of Elders*
*(S-22)* **Intro:4**
**Infirm regular pioneers** 16:14
*Information Needed for Visit of Circuit*
*Overseer (S-61)* 4:1, 3-4
**"In good standing"** H:1
**Innovative programs** 4:2; 10:5
*Instructions for Merging Congregations*
*(S-67)* 5:25
*Instructions for Rating Convention*
*Speakers and Interpreters (S-311)* 5:20
*Instructions for Recommending New Con-*
*gregations (S-50)* 5:21
**Insurance** 1:6; 9:7; A; F
**Internet services** 9:5
**Interpretation** 13:4; 15:16-19
**Irregular publishers** 4:5; 19:2
**Isolated publishers and groups** 5:17; 12;
17:16

### J

**Judicial matters** 13
appeal committees 13:5-8
cases involving child sexual abuse 5:4;
13:5; 20:4; D
insufficient number of elders to serve on
committee 13:3
interpreters 13:4
involving those serving in an appointed
capacity 17:34
judicial records 13:9; B:1
publishers under restrictions 13:10; H:1
recommending those with record of past
misconduct 17:12-14; 21:7; D
**JW Stream** 3:19; 7:9-13; 15:10, 12-15, 19

### K

**Kingdom Hall Operating**
**Committees** 4:3; 14:3; C
**Kingdom Halls** 14
capacity inadequate for attendance at
weekend meeting 5:22
condition 14:1
consideration for those working on 4:5;
14:6; 16:8; 17:25; 21:3
construction 14:4-6

CAEKAERT/MAPLEY 001365

construction servants and volunteers 14:6
dedications 14:7
financial support 14:2; C
Local Design/Construction Department 6:4; 14:1, 4, 6
maintenance 14:1-3
renovation 14:4-6
scheduling conflicts with other circuit overseers 5:13
special meeting with pioneers and field missionaries in conjunction with circuit assembly 3:14

## L

**Language classes** 15:3, 21-22
**Letterhead** 5:2-3; 17:36, 38
**Letters of appointment and deletion** 17:36; E
appeals 17:35
between regular visits to congregation 17:15, 26
circuit file B:1
coordinators of the bodies of elders 17:18
deaths 17:34
during regular visit to congregation 17:8-9, 24, 32
judicial reasons 17:34
recommended by branch office 17:22
resignations 17:34
substitute circuit overseers 17:37-38
**Letters of introduction** 4:13; 17:4, 15
**List of brothers qualified to handle complex matters** 20; B:1
substitute circuit overseers 21:2, 7
**Literature** 4:6; 12:4
**Local Design/Construction Department** 6:4; 14:1, 4, 6
*Local Design/Construction Volunteer Application* (DC-50) 14:5

## M

**Magazines** 4:6; 12:4
**Meals** 9:1-4
**Medication** 9:7; F
**Meetings**
alternative arrangements for attending 15:10
during circuit overseer's visit to foreign-language group 15:7; 16:3
for field service 10:3
during annual workweek with substitutes 21:10
during week of circuit assembly 4:19
during week of Memorial 4:18
during week of pioneering with congregation 5:11
during week of regular visit 4:9
during week of visit to foreign-language group 15:7
Kingdom Hall dedications 14:7
list of brothers qualified to handle complex matters 20:1-6
Memorial 4:18
Our Christian Life and Ministry 4:11, 17
public talk
during week of regular visit 4:14, 17
during week of visit to foreign-language group 15:7
temporarily holding two 5:22
rating convention speakers and interpreters 3:8; 5:20; 20:1
rescheduling 4:17-18
*Watchtower* Study
during alternative arrangements for attending conventions 7:11; 15:13
during week of regular visit 4:14, 17
during week of visit to foreign-language group 15:7
temporarily holding two 5:22
with brother informing him of his appointment as an elder or ministerial servant 17:7-9, 16, 37
with Congregation Service Committee at end of regular visit 4:15
with elder at start of visit after review of records 4:4
with elders and ministerial servants during annual workweek with substitute 21:10
with elders and ministerial servants during week of regular visit 4:13; 16:7; 17:5-6, 23
with elders during week of visit to foreign-language group 15:7
with elders when considering appointment of coordinator of the body of elders 17:18
with pioneers and field missionaries during annual workweek with substitutes 21:10
with pioneers and field missionaries during week of regular visit 4:12; 16:3-6
with pioneers and field missionaries during week of visit to foreign-language group 15:7; 16:3
with pioneers and field missionaries in conjunction with circuit assembly 3:14-19; 4:19
**Memorial** 4:18
**Merging congregations** 5:25

CAEKAERT/MAPLEY 001366

**Monthly allowance** 9:6
*Monthly Movement of Literature* (S-28) 4:6
**Moving to new assignment**
  expenses incurred 9:8
  *Notice of Change in Circuit Arrangement* (S-307) 2:1
  requesting specific assignment 2:4
  time allotted 2:2; 22:12

## N

**New congregations** 5:21-24
*Notice of Change in Circuit Arrangement* (S-307) 2:1
*Notice of Personal Time Away and Sick Time* (S-305) 22:7
*Notice of Upcoming Circuit Assemblies* (S-317) 3:1
*Notice of Visit of Circuit Overseer* (S-302) 4:1; 5:9, 12
*Notification of Appointment or Deletion* (S-2)
  appeals 17:35
  between regular visits to congregation 17:15, 26
  coordinators of the bodies of elders 17:18
  deaths 17:34
  during regular visit to congregation 17:7, 24, 32-33
  judicial reasons 17:34
  recommended by branch office 17:22
  resignations 17:34

## O

**Office expenses** 9:1-3, 5
**Our Christian Life and Ministry meeting** 4:11, 17
**Outlines** (See "Forms, manuals, and outlines.")

## P

**Personal Expense Account** 9:7, 11-15
*Personal Financial Request* (TO-4) 9:13-14
*Personal Qualifications Report* (S-326) 5:16
  circuit overseers 21:20
  field missionaries 5:17; 16:12
  graduates of School for Kingdom Evangelizers 5:18
  regular pioneers in isolated territory 5:17; 12:3
  special pioneers 5:17; 12:3; 16:10
  substitute circuit overseers 5:16; 21:7, 10, 14, 20
  temporary special pioneers 5:18
**Personal time away** 22
  additional days of personal time away 22:3-6
  basic days of personal time away 22:2
  emergencies 8:2
  expenses 9:7
  in conjunction with move to new assignment 2:2; 22:12
  involvement with problems during 19:9
  *Notice of Personal Time Away and Sick Time* (S-305) 22:7
  week of circuit assembly 4:19
  week of convention 7:2, 5; 22:10
  week of pioneering with a congregation 5:11
  week of regular visit to a congregation 22:10
  wives of circuit overseers 22:11; 23:3, 7
**Pets** 1:5
**Pioneer Service School** 9:2; 16:13; B:1
**Pioneer weeks** 4:19; 5:11
**Postal address** 5:31
**Public talk**
  during week of regular visit 4:14, 17
  during week of visit to foreign-language group 15:7
  temporarily holding two 5:22
**Public witnessing** 10:7-8

## Q

*Questionnaire for Prospective Substitute Circuit Overseer* (S-324) 21:9

## R

**Rating of speakers and interpreters** 3:8; 5:20; 20:1; 21:2, 7, 21; B:1
**Reappointments of elders and ministerial servants** 17:13, 15
**Reassignment at 70 years of age** 2:6
*Recommendations for Appointment of Elders and Ministerial Servants* (S-62) 4:1; 17:3, 15-16, 38
**Recommendations for dissolving congregations** 5:25
**Recommendations for new congregations** 5:21-24
**Recommending new circuit overseers** 21:20-25; B:1
**Recommending new substitute circuit overseers** 21:1-9; B:1
**Recordings**
  conventions 7:9-13; 15:12-15, 19
  meetings 3:19; 15:10
**Refugees** 10:10
**Regular pioneers** 16
  consideration for those involved in other theocratic activities 4:5; 11:2; 14:6; 16:8; 21:3

CAEKAERT/MAPLEY 001367

discontinuing pioneer service     16:8

infirm regular pioneers     16:14

isolated assignment     12:3

meeting with during annual workweek with substitutes     21:10

meeting with during regular visit     4:1, 12; 16:3-6

meeting with during week of visit to foreign-language group     15:7; 16:3

noting potential to serve as     4:5

*Personal Qualifications Report* (S-326)     5:17-18; 12:3

review of activity by circuit overseer     4:5; 16:2

special meeting in conjunction with circuit assembly     3:14-19; 4:19

spiritual and practical assistance     16:1-8

**Rehearsals**

circuit assemblies     3:11-12

special meeting with pioneers and field missionaries     3:17

**Reimbursements (See "Expenses and reimbursements.")**

**Relief work**     **4:5; 6**

***Report on Circuit Assembly* (S-318)**     **5:15; B:1**

***Report on Circuit Overseer's Visit With Congregation* (S-303)**     **4:15; 5:14; B:1**

**Rescheduling meetings**     **4:17-18**

**Resignations**     **17:30, 34**

**Restrictions**     **10:9; 13:10; H:1**

**Review of congregation records**     **4:3-8; 14:5; 15:7; 16:2; 18:2; C**

**Routing**     **5:8-13**

circuit file     B:1

informing congregations of visit     4:1

substitute circuit overseers     21:13

visits to foreign-language congregations and groups     15:17

# S

**S-312 outlines**     **3:14-17; 16:5**

**S-319 outlines**     **18:9**

**S-341 outlines**     **18:2, 7, 9**

**Scheduling conflicts with other circuit overseers**     **5:13**

**School for Kingdom Evangelizers**

*Application to Attend the School for Kingdom Evangelizers* (G-8)     5:19

appointment of graduates recommended by branch office     17:22

correspondence regarding graduates in circuit     B:1

evaluation program     5:18; B:1

*Personal Qualifications Report* (S-326) on graduates     5:18

recommending graduates as circuit overseers     21:20

recommending graduates as substitute circuit overseers     21:1

**Service overseers**     **3:18; 16:2**

**Service talks**     **18**

adapting to local needs     4:4-5; 18:2

audience participation     18:3, 5

during annual workweek with substitutes     21:10

during week of regular visit     4:11, 14

during week of visit to foreign-language group     15:7

experiences     18:3, 6

S-341 outlines     18:2, 7, 9; 21:10

substitute circuit overseers     21:10-11

visual aids     18:4; 23:6

**Shepherding**     **19**

calls during week of regular visit     4:4, 10; 19:2-7

disaster victims     6:6

field missionaries     16:12

outside the congregation or circuit being served     19:8-9

program for shepherding circuit overseers     19:10

sisters     19:6-7

special pioneers or temporary special pioneers     16:9-10

*Shepherding* textbooks

for newly appointed elders     17:41-43

use in conjunction with *Circuit Overseer Guidelines*     Intro:4

**Sickness**     **8:3; 21:11; F**

**Simultaneous interpretation**     **15:16-19**

***Site Inspection Release Agreement* (CO-14)**     **B:1**

**Songs**     **4:1, 11, 14**

**Special committees**     **20:1**

**Special meeting with pioneers and field missionaries in conjunction with circuit assembly**     **3:14-19; 4:19**

***Special Metropolitan Public Witnessing Guidelines* (S-71)**     **10:8**

***Special Needs Room Request* (CO-5a)**     **7:6**

**Special pioneers**     **16:9-11**

isolated assignment     12:3

meeting with during annual workweek with substitutes     21:10

CAEKAERT/MAPLEY 001368

meeting with during regular visit 4:1, 12; 16:3-6

meeting with during week of visit to foreign-language group 15:7; 16:3

*Personal Qualifications Report* (S-326) 5:17; 12:3; 16:10

recommending deletion as elder or ministerial servant 17:31

special meeting in conjunction with circuit assembly 3:14-19; 4:19

**Substitute circuit overseers 21**

annual workweek with substitutes 21:10

change of circuit 21:17-18

change of circuit boundaries 21:19

*Circuit Overseer Guidelines* Intro:4

deletions 21:15-16

engagements to marry 21:16

expenses 9:2

foreign language 15:6, 8-9; 21:6, 23

*Guidelines for Training Prospective Circuit Overseers* (S-384) 21:25

*Guidelines for Training Prospective Substitute Circuit Overseers* (S-382) 21:9

identifying and recommending prospective circuit overseers 21:20-25

identifying and recommending prospective substitutes 21:1-9

list of substitutes in circuit B:1

outlines 21:10-11

*Personal Qualifications Report* (S-326) 5:16; 21:7, 10, 14, 20

*Questionnaire for Prospective Substitute Circuit Overseer* (S-324) 21:9

recommending appointment or deletion of elders and ministerial servants 17:37-38

training prospective circuit overseers 21:25

training prospective substitutes 21:9

use of 4:1; 5:10; 6:5; 8:1, 3; 21:11-14

## T

**Taxes 9:17-18; G**

**Temporary special pioneers 16:9-10**

meeting with during annual workweek with substitutes 21:10

meeting with during regular visit 4:1, 12; 16:3-6

meeting with during week of visit to foreign-language group 15:7; 16:3

*Personal Qualifications Report* (S-326) 5:18

recommending deletion as elder or ministerial servant 17:31

special meeting in conjunction with circuit assembly 3:14-19; 4:19

*Territory Adjustment Request* (S-6) 5:21

**Territory boundaries and coverage 4:7; 5:21, 23-24; 15:3**

**Theocratic projects, showing consideration for those involved in 4:5; 14:6; 16:8; 17:25; 21:3; D**

**Transportation expenses 1:6; 9:3, 8; A**

**Travel trailers 1:6; 9:7**

**Tying in to meetings and conventions 7:9-13; 15:10, 12-15**

## V

**Vehicles 9:7; A**

**Video presentations 18:4; 23:6**

**Visual aids 18:4**

## W

*Watchtower* **Study**

during alternative arrangements for attending conventions 7:11; 15:13

during week of regular visit 4:14, 17

during week of visit to foreign-language group 15:7

temporarily holding two 5:22

**Wedding receptions 17:29**

**Weeding files B:2**

**Weekly schedule 4**

annual workweek with substitutes 21:10

week of circuit assembly 3:14-19; 4:19

week of convention 7:2

week of Memorial 4:18

week of pioneering with congregation 5:11

week of regular visit to congregation 4:1-18; 10:6

week of shepherding visit 19:10

week of visit to congregation hosting foreign-language group 15:5

week of visit to foreign-language group 15:7

**Wives of circuit overseers 23**

confidentiality 23:5

emergency time off 8

field ministry 10:2, 6; 23:2-3

meeting with pioneers and field missionaries during week of regular visit 16:5

personal time away 22:11; 23:7

role in helping sisters 19:7; 23:4

special meeting with pioneers and field missionaries in conjunction with circuit assembly 3:14

CAEKAERT/MAPLEY 001369

# Tab 23

*Questions from Readers*, Vol. XCII The Watchtower 195, at 222–224 (1971)



# The WATCHTOWER

Announcing
JEHOVAH'S
KINGDOM

APRIL 1, 1971
Semimonthly

UNITING
THE DIVIDED HOUSEHOLD

WORLD GOVERNMENT IN THE HANDS
OF THE "PRINCE OF PEACE"

THOSE WHO CHOSE THE
BEST PLACES

©WTB&TS

"YOU ARE MY WITNESSES," SAYS JEHOVAH.—Isa. 43:12

CAEKAERT/MAPLEY 000356

# THE PURPOSE OF "THE WATCHTOWER"

Every watchtower has its purpose. It serves as an elevated place for a wide-awake person with sharp vision. It enables him to see far ahead into the distance and tell those below for whom he is a watchman what is drawing near, whether it is a danger against which to prepare or it is something good over which to be glad with strong faith and hope.

Because of having the name "The Watchtower" this magazine justly has to render a similar useful service to the people of all nations. This is an international magazine and makes no racial distinctions, for we are all facing a common world danger; we are all hoping for a common good.

Ever since "The Watchtower" began to be published in July of 1879 it has looked ahead into the future, always striving to aid its readers to advance in knowledge and to gain a clearer picture of the glorious new order of things that is in store for righteous mankind. No, "The Watchtower" is no inspired prophet, but it follows and explains a Book of prophecy the predictions in which have proved to be unerring and unfailing till now. "The Watchtower" is therefore under safe guidance. It may be read with confidence, for its statements may be checked against that prophetic Book.

Among the many nations of today there are hundreds of differing religions. Which one does this magazine present? Not the confused religions of Christendom, but the religion of the oldest sacred Book on earth. Which Book? The Sacred Bible of the Holy Scriptures, written by inspiration in the name of the Creator of heaven and earth, the only living and true God.

The sacred, nonpolitical purpose of "The Watchtower" is accordingly to encourage and promote study of the Holy Bible and to give our many readers the needed unsectarian help to understand that Book of true religion and infallible prophecy. Thus this magazine will be helping them to prove worthy of perfect life and happiness in God's promised new order under His everlasting kingdom of righteousness.

---

PUBLISHED BY THE
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
117 Adams Street                     Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, President               GRANT SUITER, Secretary
"They will all be taught by Jehovah."—John 6:45; Isaiah 54:13

## CONTENTS

Will You Be Present
  —Friday Evening, April 9?                             195
World Government in the Hands of
  the "Prince of Peace"                                 197
Those Who Chose the Best Places                         199
Uniting the Divided Household                           201
The Christian Wife and Children
  in a Divided Household                                207
Why Early Christians Were Persecuted                    213
Preach God's Kingdom
  with the Right Viewpoint                              214
Serving Jehovah in Youth and in Old Age                 215
Blessings from Taking the
  Ministry Seriously                                    218
Questions from Readers                                  222

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, 117 Adams St., Brooklyn, New York 11201, U.S.A.

**Average Printing Each Issue:**                        **7,050,000**

Five cents a copy

### Now Published in 73 Languages

**Semimonthly:** Afrikaans, Arabic, Cebuano, Chinese, Chishona, Cibemba, Cinyanja, Danish, Dutch, English, Finnish, French, German, Greek, Hiligaynon, Iloko, Italian, Japanese, Korean, Malagasy, Norwegian, Portuguese, Sesotho, Spanish, Swedish, Tagalog, Xhosa, Yoruba, Zulu.

**Monthly:** Armenian, Bengali, Bicol, Croatian, Efik, Ewe, Fijian, Ga, Gun, Hebrew, Hindi, Hungarian, Ibo, Icelandic, Indonesian, Kanarese, Kikongo, Lingala, Malayalam, Marathi, Melanesian-Pidgin, Motu, Pampango, Pangasinan, Papiamento, Polish, Russian, Samar-Leyte, Samoan, Sango, Sepedi, Serbian, Siamese, Silozi, Sinhalese, Slovenian, Swahili, Tamil, Tswana, Tumbuka, Turkish, Twi, Ukrainian, Urdu.

                                              Yearly subscription rates
**Watch Tower Society offices**             for semimonthly editions
**America, U.S.,** 117 Adams St., Brooklyn, N.Y. 11201          $1
**Australia,** 11 Beresford Rd., Strathfield, N.S.W. 2135       $1
**Canada,** 150 Bridgeland Ave., Toronto 390, Ontario          $1
**England,** Watch Tower House, The Ridgeway, London N.W. 7    65p
**Jamaica, W.I.,** 41 Trafalgar Rd., Kingston 10               $1
**New Zealand,** 621 New North Rd., Auckland 3                 90c
**South Africa,** Private Bag 2, P.O. Elandsfontein, Transvaal 70c
**Trinidad, W.I.,** 21 Taylor St., Woodbrook, Port of Spain    $2
                (Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Brooklyn.

Notice of expiration is sent at least two issues before subscription expires.

Second-class postage paid at Brooklyn, N.Y.          Printed in U.S.A.

CAEKAERT/MAPLEY 000357

gregational meetings during the following week, even taking part in them.

The next Sunday it was much the same —meetings and luncheon, followed by a study in the book *The Truth That Leads to Eternal Life* from 2 to 11:30. That Wednesday they completed the study in the *Truth* book, upon which he asked, "What prevents me from getting baptized?" It was suggested that he get in touch with the congregation overseer, which he did. He soon completed reading the books *"Your Word Is a Lamp to My Foot"* and *Life Everlasting—in Freedom of the Sons of God.* Within three weeks from when he began the study in the *Truth* book—not six months—he was baptized!

The person continues as a zealous Christian witness of Jehovah, averages from forty to sixty hours a month, mostly in door-to-door preaching. Because of the

hours of his secular work he is able to take the lead in midweek witnessing. When his wife went away for a few weeks he had not begun studying. When she returned he was already a dedicated Christian minister of God, and waiting to be baptized. It was almost too much for her, but it was not many studies before she was telling her relatives about the wonderful things she had been learning from the Bible. Yes, what marvelous blessings can come from incidental witnessing!

So, if you are a Christian minister, take your ministry seriously. Try to reach all those who are not at home when you first call while going from house to house with the good news. Make return visits wherever persons show interest in God's purposes. And do not overlook the many opportunities for incidental witnessing. Remember, he that sows bountifully will also reap bountifully.—2 Cor. 9:6.



● What is the meaning of Proverbs 20:19, and how does this apply to a Christian's keeping certain matters confidential?—E. M., U.S.A.

The verse in question reads: "He that is going about as a slanderer is uncovering confidential talk; and with one that is enticed with his lips you must have no fellowship." The first part is quite plain. A slanderer is a person who intentionally spreads harmful talk designed to put someone in a bad light. Often to accomplish this he deliberately makes public and distorts things that were supposed to be kept confidential.

The second portion of the text is somewhat parallel, but it deals with "one that is enticed

with his lips." A person can be enticed with his lips just as with his eyes or hands in that any of these organs can allow him to be tempted and drawn into evil ways. (Matt. 5:27-29) One enticed with his lips is led astray into trouble because his mouth is open in speaking whatever he hears. He has no protection, for he does not control his speech. King David observed: "I will guard my ways to keep from sinning with my tongue. I will set a muzzle as a guard to my own mouth." (Ps. 39:1) The person that "is enticed with his lips" is just the opposite; he seldom keeps anything confidential. Proverbs 20:19 counsels, "You must have no fellowship" with him, for he can cause you just as much trouble as a slanderer.

There are actually two aspects of this topic of confidential matters. The latter half of Proverbs 20:19 focuses on one of them. The advice basically is to be careful as to the one to whom you entrust confidential matters. Sometimes a person has certain private information or plans that he does not want made public at present. Perhaps he tells these to an acquaintance, ex-

CAEKAERT/MAPLEY 000385

pecting that one to keep the matters confidential, and he may even request as much. Later he learns that the second person spread to others the private information that was of no real concern to them. The wise man will learn from such an experience with an acquaintance and determine accordingly how much he will say in the future.

However, without in any way excusing the habitual betrayer of confidences, it must be admitted that all humans are imperfect. The disciple James wrote: "The tongue, not one of mankind can get it tamed." (Jas. 3:8) Even persons with the best of intentions occasionally make mistakes and unintentionally mention or hint about things that they know ought to be kept private. Thus, a degree of responsibility rests on the person himself who has a matter that he does not want made public. The more persons to whom one tells a confidential matter, the greater is the possibility that it will become general knowledge. And when one tells such a matter to a person who has proved himself to be "one that is enticed with his lips" the possibility becomes a probability.

The other important aspect of this topic is that of personally being trustworthy. Proverbs 25:9, 10 recommends this, saying: "Plead your own cause with your fellow man, and do not reveal the confidential talk of another; that the one listening may not put you to shame and the bad report by you can have no recall." So there is a stigma affixed to the one who needlessly and without authorization reveals information that he was expected to keep confidential. And once a private matter has been publicized, there is no recalling it despite all the complications to which it may lead.

Let us consider some situations and relationships in life that bring to one's attention private information.

A husband and wife, being "one flesh," are aware of many family matters, plans or weaknesses that are understood to be confidential. (Matt. 19:5) If either mate got into the habit of thoughtlessly telling other people such things, many problems could result. For example, perhaps a husband kiddingly comments to others about an unusual personality trait his wife has. When this gets back to the wife, she easily might be offended. Though this is just an illustration, it shows how a wedge can come between the mate who expected the matter to be kept confidential and the one who publicized it. On the other hand, how the bond of love between mates is strengthened when each sees that the other is worthy of full trust in regard to personal or family matters. (Eph. 5:25, 28) Children also can be taught to use discretion about repeating things they hear discussed within the family circle.

In one's relationship as a close friend or business associate a person sometimes knows of things of a confidential nature. It would be impossible to set any rules on just what should be kept confidential in these relationships. But a person can keep in mind that one strong binding force between close friends is mutual trust. (Prov. 18:24) If in your mind there is any question as to whether something your friend told you can be mentioned to others, it is best not to, or at least not until you have his permission. The same general view holds true in business matters, keeping in mind that one could severely hurt one's employer economically by revealing confidential business plans. The Scriptures urge those in the relationship of employees to exhibit "good fidelity to the full." —Titus 2:9, 10.

Other situations that should be considered involve the Christian congregation. In each congregation of Jehovah's witnesses there are mature ministers appointed to care for various assignments. (1 Tim. 3:2, 12) As they discharge their duties they often are told about confidential things, and it is essential that they respect this confidence. For instance, James 5:13-16 shows that a member of the congregation who has some spiritual problem, perhaps even having committed a sin, should go to the spiritually older men for help. Isaiah 32:2 prophetically pictured these men as places of comfort and protection. What a fine thing it is to be able to explain one's problem and get balanced spiritual help, and at the same time have full confidence that the matter will not become general knowledge in the congregation or community.

Those mature ministers will not discuss even with their wives and close friends what they thus learn in confidence. They know that if they did so it would undermine respect for their positions; it would make individuals hesitant to come to them; yes, in time it might even make it impossible for them to fulfill their role as spiritual shepherds. Another reason why they maintain this confidence is so as to avoid

CAEKAERT/MAPLEY 000386

burdening others. For instance, if a man tells his wife some confidential matter related to his ministerial duties, she is put under pressure to maintain that confidence. Is that fair to her as the "weaker vessel"? (1 Pet. 3:7) Even if in a moment of weakness she out of curiosity asked her husband what took place or why he was speaking with a certain person, the loving and correct course is for him to say kindly that it is a confidential matter regarding the congregation. In that way she does not have to carry unnecessary mental burdens. And if someone asks her about the matter, she can honestly say that she does not know the details.

All in the congregation should cooperate with the appointed servants by not trying to obtain the details on such confidential matters. Humans are somewhat curious by nature, and we usually like to learn new things. This is not bad. The number of new points about the Bible and the Christian ministry that we can learn and share with others is limitless. (Phil. 4:8) Yet we need to keep our curiosity in check when it comes to things that are confidential. Remember Samson and Delilah. When he would not tell her a secret that related to his theocratic assignment, she said in effect, 'You don't love me.' And "because she pressured him with her words all the time and kept urging him, his soul got to be impatient to the point of dying. Finally he disclosed to her all his heart." (Judg.

16:15-17) As a consequence, Samson suffered personally and he also temporarily hurt the cause of true worship by depriving Israel of his leadership. (Judg. 16:20, 21) Surely no Christian relative or friend today wants to copy Delilah's example.

There may be an occasion when the presiding minister announces to the congregation that its representatives have had to expel an unrepentant sinner or had to offer strong discipline to someone because of his unchristian conduct. The members of the congregation are informed so that they can avoid that one altogether or be careful in his presence, as the case may require. (1 Cor. 5:11-13; 2 Thess. 3:14, 15) But they should not try to ferret out all the details. Those are confidential and ought to be kept as such.

How thankful we can be that Jehovah provided in his Word perfect counsel on this vital topic. He had recorded, for example, the proverb: "The one walking about as a slanderer is uncovering confidential talk, but the one faithful in spirit is covering over a matter." (Prov. 11:13) He obviously knew that it was a common failing of imperfect human nature to talk about confidential matters that should be kept private. But by calling attention to this danger He helps all who want to please Him to guide their steps in a way that will encourage peace, friendship and unity.

 **ANNOUNCEMENTS** 

**"WATCHTOWER" STUDIES FOR THE WEEKS**

May 9: Uniting the Divided Household. Page 201. Songs to Be Used: 56, 94.

May 16: The Christian Wife and Children in a Divided Household. Page 207. Songs to Be Used: 60, 107.

CAEKAERT/MAPLEY 000387

# Tab 24

Dep. of Ashe Richard, 276:10–280:21 (April 1, 2014)

Letter from WTNY, to All Bodies of Elders in the United States, 3 (July 1, 1989)

Letter from WTNY, to All Bodies of Elders, 2–3 (March 14, 1997)

1

2  SUPERIOR COURT OF THE STATE OF CALIFORNIA

3  COUNTY OF SAN DIEGO

4  - - - - - - - - - - - - - - - - - - x

5  JOSE LOPEZ, individually

6           Plaintiff,

7                            Index No.
                             37-2012-00099849-
8                            CU-PO-CTL

9        -v-

10 DEFENDANT DOE 1, Linda Vista Church
   DEFENDANT DOE 2, Supervisory
11 Organization; DEFENDANT DOE 3,
   Perpetrator; and Does 4 through 100,
12 inclusive,
           Defendants.
13  - - - - - - - - - - - - - - - - - - x

14

15                 VOLUME II
                   DEPOSITION OF
16                 RICHARD ASHE

17                 BROOKLYN, NEW YORK

18                 APRIL 1, 2014
                   CORRECTED TRANSCRIPT
19

20

21 ATKINSON-BAKER, INC.
   COURT REPORTERS
22 (800) 288-3376
   www.depo.com
23
   REPORTED BY:  LA VERNE HAIRSTON
24 FILE #:  A803783

25

CAEKAERT/MAPLEY 003865

1

2    if they were contacted on this matter, to

3    instruct the elders to call the Legal

4    Department, to call the branch office, and

5    here it's referred to as the Society, to get

6    legal direction on how to proceed.

7              (Whereupon, a document was marked

8         as Exhibit 16, for identification, as of

9         this date.)

10        Q.   Let me show you the next exhibit,

11   this group is going to be number 3, Exhibit

12   16.   I'm going to show you number 16.

13        Exhibit number 16 is a document that

14   was produced in this case by Watchtower, and

15   it's titled, "The need for confidentiality,"

16   it has the number 15, and on the second page,

17   it states, "KMS87-8."  Do you recognize this

18   document?

19        A.   Yes, sir.

20        Q.   What is this document?

21        A.   This was information that was

22   conveyed at a Kingdom Ministry School, which

23   is a school that elders attend.

24        Q.   And can you tell from this document

25   when this Kingdom Ministry School information

CAEKAERT/MAPLEY 003925

R. ASHE

1

2  was provided?

3        A.  It was in 1987.

4        Q.  And how is this communicated?  "It

5  notes to be covered in 20 minutes."  It says

6  that on the second page, what does that mean?

7        A.  It means for the speaker that was

8  given this part, to address the audience, he

9  had 20 minutes to cover the information that

10  was in the entire outline.

11        Q.  And when you say, "The entire

12  outline," would that include material that

13  has been redacted from this document?

14        A.  Yes.

15        Q.  So he had 20 minutes to discuss this

16  entire outline, which would include the

17  portion dealing with confidentiality when

18  serving on judicial committees, et cetera?

19        A.   That's correct.

20        Q.  And according to this document, it

21  purports to discuss the need for maintaining

22  confidentiality of information obtained

23  during a judicial committee or shepherding

24  calls; is that correct?

25        A.  Yes, sir.

CAEKAERT/MAPLEY 003926

R. ASHE

1

2      Q.  And that elders are told that they

3  are to keep that confidential under what is

4  being referred to in this document as

5  Ecclesiastical privilege; do you see that?

6      A.  Yes.

7      Q.  So information they learn about a

8  child molester is to be kept confidential,

9  under what is referred to as Ecclesiastical

10  privilege, if it's learned through a judicial

11  investigation or a judicial committee; is

12  that correct?

13          MR. COPLEY:  Objection,

14       argumentative, misstates the

15       evidence.

16      Q.  Is that correct?

17      A.  It would be correct for any matter

18  that came before judicial committee.

19      Q.  My question wasn't talking about any

20  matter.  My question was directed to

21  information they learned about a child

22  molester?

23      A.  It would include information about a

24  child molester.

25      Q.  And it directs that that should be

<pre>
 1                    R. ASHE
 2   kept confidential from prosecuting
 3   authorities?
 4       A.  Yes.
 5              MR. ROUSE:  Objection,
 6         incomplete hypothetical, assumes
 7         facts not in evidence, calls for a
 8         legal conclusion.
 9              MR. COPLEY:  I'll join.  The
10         document speaks for itself.
11       Q.  Is that correct?
12       A.   It's mentioned that anything that
13   comes before judicial committee, and is
14   heard, is to remain confidential.  It says in
15   the article here or in this portion, that if
16   individuals were to release confidential
17   information outside of that Ecclesiastical
18   body, then they would lose their
19   Ecclesiastical privilege.
20       Q.  Right.  And what that means is, if
21   they learn about a child molester, the
22   conduct of a child molester, in the context
23   of a judicial committee, they should not tell
24   a prosecutor or a defense attorney or for
25   that matter anyone else; is that right?
</pre>

CAEKAERT/MAPLEY 003928

```
 1                    R. ASHE
 2            MR. ROUSE:  Objection,
 3        incomplete hypothetical, calls for a
 4        legal conclusion, assumes facts not
 5        in evidence.
 6            MR. COPLEY:  I'll join.  Also,
 7        argumentative.  Go ahead.
 8        A.  It says here that occasionally
 9   elders have succumbed to pressure from
10   prosecuting or defense attorney, or other
11   persons during conversation with such persons
12   and revealed confidential information
13   regarding divorce, child custody or child
14   abuse cases, by voluntarily revealing
15   information learned in judicial hearings or
16   doing shepherding calls.  They have forfeited
17   Ecclesiastical privilege and unnecessarily
18   involved themselves or the congregation in
19   time consuming legal contests.  Where there's
20   a question contact the Society or the Legal
21   Department.
22        Q.  What does that mean, what does that
23   mean to you as the person who has been
24   designated most qualified to address
25   questions regarding the policies of Jehovah
```

CAEKAERT/MAPLEY 003929

July 1, 1989

TO ALL BODIES OF ELDERS IN THE UNITED STATES

**C O N F I D E N T I A L**

Dear Brothers:

We are writing to help all of you as individual elders be aware of a growing concern regarding the handling of your duties that may involve legal issues or questions. **Due to its importance, the presiding overseer should arrange for a special meeting of the body of elders to read and consider this letter carefully.**

In spreading the Kingdom message, it is appropriate that we be bold and outspoken. Jesus commanded that "what you hear whispered, preach from the housetops." (Matthew 10:27) Even when worldly authorities demand that we keep silent, we reply as did the apostles: "We cannot stop speaking about the things we have seen and heard." (Acts 4:20) The Christian congregation will continue to declare the Kingdom message boldly until Jehovah says the work is done.

Elders share the obligation to shepherd the flock. However, they must **be careful not to divulge information about personal matters to unauthorized persons.** There is "a time to keep quiet," when "your words should prove to be few." (Ecclesiastes 3:7; 5:2) Proverbs 10:19 warns: "In the abundance of words there does not fail to be transgression, but the one keeping his lips in check is acting discreetly." Problems are created when elders unwisely reveal matters that should be kept confidential. Elders must give special heed to the counsel: "Do not reveal the confidential talk of another." (Proverbs 25:9) Often the peace, unity, and spiritual well-being of the congregation are at stake. Improper use of the tongue by an elder can result in serious legal problems for the individual, the congregation, and even the Society.

While we as Christians are ready to forgive others who may wrong us, those in the world are not so inclined. Worldly persons are quick to resort to lawsuits if they feel their "rights" have been violated. Some who oppose the Kingdom preaching work readily take advantage of any legal provisions to interfere with it or impede its progress. Thus, elders must especially guard the use of the tongue. Jesus faced opposers who tried to "catch him in speech, so as to turn him over to the government." (Luke 20:20) He instructed us to be "cautious as serpents and yet innocent as doves" in such situations. (Matthew 10:16) Where such a threat exists, our position as elders should be in line with David's words: "I will set a muzzle as a guard to my own mouth, as long as anyone wicked is in front of me."—Psalm 39:1.

CAEKAERT/MAPLEY 002782

In recent years, this matter has come to be a cause for increasing concern. The spirit of the world has sensitized people regarding their legal "rights" and the legal means by which they can exact punishment if such "rights" are violated. Hence, a growing number of vindictive or disgruntled ones, as well as opposers, have initiated lawsuits to inflict financial penalties on the individual, the congregation, or the Society. **Many of these lawsuits are the result of the misuse of the tongue.** As elders, remember that ill-advised statements or actions on your part can sometimes be interpreted legally as violating others' "rights."

**The need for elders to maintain strict confidentiality has been repeatedly stressed.** Please see The Watchtower of April 1, 1971, pages 222-4, and September 1, 1987, pages 12-15. The September 1977 Our Kingdom Service, page 6, paragraph 36, and the ks77 text-book, page 65, also provide helpful direction and counsel. That material strongly emphasized the elders' responsibility to avoid revealing confidential information to those not entitled to it.

The legal consequences of a breach of confidentiality by the elders can be substantial. If the elders fail to follow the Society's direction carefully in handling confidential matters, such mistakes could result in successful litigation by those offended. Substantial monetary damages could be assessed against the elders or congregation. In some cases where the authorities are involved, certain complications could lead to a fine or imprisonment. These possibilities underscore **the need for elders to be discerning and to follow carefully directions provided by the Society.**

## I. WHAT TO DO IN SPECIFIC CASES

### A. Judicial Committee Matters

Judicial committees must follow carefully the Society's instructions in carrying out their duties. (Note ks77, pages 66-70; ks81, pages 160-70.) Anything submitted in writing to the committee by the alleged wrongdoer or by witnesses should be kept in strict confidence. If it is necessary to continue at a later time a committee hearing, the members of the committee should submit to the chairman any personal notes they have taken. The chairman will keep these notes in a secure place to prevent breaches of confidentiality. The notes may be returned to the individual elders when the hearing resumes. Upon conclusion of the case, the chairman should place only necessary notes and documents, a summary of the case, and the S-77 forms in a sealed envelope for the congregation file. Nothing should be preserved outside of this sealed envelope (including unnecessary personal notes) by any elder on the committee. Obviously, no committee will ever allow judicial proceedings to be tape recorded or allow witnesses testifying before the committee to take notes.

CAEKAERT/MAPLEY 002783

### B.  Child Abuse

Many states have child abuse reporting laws.  When elders receive reports of physical or sexual abuse of a child, they should contact the Society's Legal Department immediately.  Victims of such abuse need to be protected from further danger.—See "If the Worst Should Happen," Awake! January 22, 1985, page 8.

### C.  Search Warrants and Subpoenas

1.  A search warrant is a court order authorizing the police to search premises to locate evidence that may be used in a criminal prosecution.  No elder should ever consent to the search of a Kingdom Hall or any other place where confidential records are stored.  However, armed with a search warrant the police do not need consent and may even use force to accomplish their task.  Likely before obtaining a search warrant, the police or other governmental officials will make inquiries regarding confidential records, make request to obtain the records, or indicate that they will seek a search warrant if the elder(s) involved does not cooperate.  In any such situation, the Society's Legal Department should be called immediately.

At any time an elder is confronted with a search warrant (whether given advance notice or not), the elder should first ask to read the warrant.  After reading it he should ask if he can call for legal guidance and then call the Society's Legal Department.  If for some reason the Legal Department cannot be contacted, the elders involved should make every effort to obtain the assistance of a local attorney for the purpose of protecting the confidentiality of the records.  It may be impossible to stop determined officers from conducting the search authorized by the warrant.  Conscientious elders will want to do all they reasonably and peaceably can to preserve the confidentiality of the congregation in harmony with the principle set out in Acts 5:29.

2.  Subpoenas are demands for records or for the appearance of an individual at a trial or deposition to give testimony.  Subpoenas may be issued by a court or in some cases by a governmental agency or an attorney.  If an elder receives a subpoena, he should contact the Society's Legal Department immediately.  Never turn over records, notes, documents, or reveal any confidential matter sought by subpoena without receiving direction from the Legal Department.

### D.  Crimes and Criminal Investigations

In some cases the elders will form judicial committees to handle alleged wrongdoing that also could constitute a violation of Caesar's criminal laws (e.g., theft, assault, etc.).  Generally, a secular investigation into a matter that is a concern to the congregation should not delay conducting a judicial hearing.  To avoid entanglement with the secular authorities who may be investigating the same matter, the strictest confidentiality (even of the fact that there is a committee) must be maintained.

CAEKAERT/MAPLEY 002784

If the alleged wrongdoer confesses to the sin (crime), no one else should be present besides the members of the committee. When evidence supports the accusation but genuine repentance is not displayed resulting in a decision to disfellowship, this should be handled in the normal course regarding advice of appeal rights and announcements to the congregation. In cases of serious criminal wrongdoing (e.g., murder, rape, etc.), or where the criminal conduct is widely known in the community, the body of elders should contact the Society before proceeding with the judicial committee process.

### E. When Servants and Publishers Move

A considerable number of publishers, including **elders and ministerial servants move from one congregation to another.** Sometimes the circumstances surrounding their departure are unsettled. Some appointed brothers may be experiencing problems that have brought their qualifications into question. It is not uncommon for a body of elders to hold back in giving counsel, allowing a brother to move without discussing his problem. Thereafter, they decline to recommend his reappointment in his new congregation. Often such a brother protests, requiring extensive correspondence between the bodies of elders. Much personal, and sometimes embarrassing, information must then be passed on. Such mishandling of things greatly increases the potential for serious repercussions. Problems can be avoided by the body of elders assuming its responsibility to inform a brother that he will not be favorably recommended, fully explaining the reasons why. **Every effort should be made to resolve any difference before he leaves, eliminating any need for controversy involving his new congregation.** The body should assign two elders to meet with him before he moves, letting him know whether they are recommending him to the new congregation.

This would likewise apply to publishers who move at a time when their personal conduct requires investigation by the elders. **If serious accusations of wrongdoing have been made against an individual and he moves to another congregation before matters are finalized, usually it is best for the elders in the original congregation to follow through in handling matters, if possible and if distance permits.** They are acquainted with the individual and the circumstances surrounding the alleged wrongdoing; this ordinarily puts them in the best position to get the facts and to handle the case. Handling matters in this way will eliminate the need to reveal confidential information unnecessarily about the private lives of individuals.

### F. When Lawsuits Are Threatened

If the congregation or the elders (in their capacity as elders) are threatened with a lawsuit, the Society's Legal Department should be contacted immediately. No statements should be made by any member of the body of elders about the merits or validity of an actual or threatened lawsuit without authorization from the Society.

CAEKAERT/MAPLEY 002785

## G. Child Custody

Elders may learn that a publisher is facing a dispute over child custody in a divorce proceeding. If the parental rights of such is challenged on the basis of our Christian beliefs, or on the assertion that our beliefs are harmful to a child's best interests, the elders should immediately write to the Society's Legal Department. In a rare emergency, a telephone call may be necessary. The Legal Department will assess the facts and determine the degree of its involvement, if any. Elders have no authority to make any promises about the Society's paying legal fees or handling specific cases. There is no need to contact the Society if there is no indication that the beliefs and practices of Jehovah's Witnesses will be attacked in a child custody dispute.

When you write to the Society's Legal Department about a specific case, please provide the following information:

1. The names of the parents and their attorneys.
2. The number of children involved and their ages.
3. A brief description of the facts, including the presence of any apostates.
4. An assessment of the Christian parent's spiritual condition—Is he or she new in the truth? Active? Inactive? Balanced?
5. The status of the legal proceedings—Has the matter gone to trial? Has the trial date been set? If so, when?

## II. POINTS TO REMEMBER

### A. Appreciate the Importance of Maintaining Confidentiality

Elders must exercise extraordinary caution when it comes to handling confidential information about the private lives of others. Do not mistakenly minimize the gravity of a breach of confidentiality. Unauthorized disclosure of confidential information can result in costly lawsuits. Even if a lawsuit turns out favorably, valuable time and energy that could have been devoted to Kingdom interests will be lost.

### B. Do Not Make Statements to Secular Authorities Until You Receive Legal Advice from the Society

You are not legally required to make immediate responses to secular authorities about matters that could involve the disclosure of confidential information. Voluntarily allowing the Kingdom Hall or confidential records to be searched, where no search warrant is produced, could infringe on the legal rights of the congregation or of others. No statements should be made until you have an understanding of your legal position from the Society's Legal Department.

CAEKAERT/MAPLEY 002786

### C.  Be Extremely Careful with Written Material

All material related to judicial matters should be kept in a safe place, accessible only to elders.  **Final reports on the handling of judicial matters should be placed in a sealed envelope in the congregation file.**  A judicial committee should avoid sending to an individual any kind of correspondence that accuses him of specific wrongdoing.  (Note ks77, pages 68-9.)  **Nothing should be put in writing to any disfellowshipped person to advise him of his status or the reasons for it without specific direction from the Society.**  The rules and procedures of Jehovah's Witnesses do not require such written disclosures.  Anything in writing submitted to a judicial committee should be kept in strict confidence.  If a judicial committee disfellowships an individual, he should be informed **orally** of the action taken and of the right to appeal.  If the wrongdoer refuses to attend the hearing, two members of the judicial committee should attempt to contact the individual at his home and inform him **orally** of the decision.  If this is not possible, the two elders may be able to inform him by telephone.

### D.  Guard the Use of Your Tongue

Think before you speak.  Do not discuss private and judicial matters with members of your family, including your wives, or with other members of the congregation.  Be extremely careful not to inadvertantly disclose private information when others are present, such as when speaking on the telephone with others listening in or nearby.  (Note ks77, page 65.)  At times, complicated judicial cases may necessitate consultation with an experienced, mature elder in another congregation or with the circuit overseer.  Unless the circuit overseer is the elder consulted, only the pertinent details should be discussed and names should not be used.

Elders bear a heavy responsibility in ministering to the needs of the Christian congregation, and observing confidentiality as they do so.  (1 Corinthians 16:13)  We trust that the information in this letter will help you carry this burden.  Please be assured of our love and prayers, and may Jehovah continue to bless you as you shepherd his flock.—1 Peter 5:1-3.

Your brothers,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

P.S.  Due to the importance of the information that is presented herein it is suggested that the body of elders jointly read and consider this letter as soon as possible after its receipt in the congregation.  Please do not make any copies of this letter, nor should it be read by others.  It should be kept in the congregation's confidential files for any future reference that may be required by the body of elders.

CAEKAERT/MAPLEY 002787



**WATCHTOWER**
BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

25 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201-2483, U.S.A.    PHONE (718) 625-3600

March 14, 1997

CONFIDENTIAL

TO ALL BODIES OF ELDERS

Dear Brothers:

A matter of serious concern was addressed in the article "Let Us Abhor What Is Wicked," published in the January 1, 1997, issue of *The Watchtower*. This concern involves the purity of Jehovah's organization in these last days. It is our responsibility to protect the flock of God from these threatening influences.—Isa. 32:1, 2.

We wish to take necessary steps that will help protect the congregation, especially our children, from the unwholesome practices that are constantly worsening in the world. We are grateful that the truth has limited the spread of child sexual abuse in Jehovah's organization.

### WHO IS A 'KNOWN CHILD MOLESTER'?

**What is child molestation?** *Webster's Ninth New Collegiate Dictionary* defines "pedophilia" as "sexual perversion in which children are the preferred sexual object." (See "Questions From Readers" in *The Watchtower* of February 1, 1997, page 29.) Deuteronomy 23:17, 18 condemns such practices as "detestable." (See the footnotes to verses 17 and 18 in the *Reference Bible*. Also, it would be helpful to see the footnote on page 10 of the October 8, 1993, issue of *Awake!*) In harmony with these references, we are herein discussing sexual perversion in which children are the object of sexual abuse, including fondling by an adult. We are not discussing a situation wherein a consenting minor, who is approaching adulthood, has sexual relations with an adult who is a few years older than the minor. Rather, we are referring, for example, to situations in which it is established by a congregation judicial committee that an adult brother or sister has been guilty of sexually abusing a young child or has been sexually involved with a nonconsenting minor who is approaching adulthood.

**Who is a known child molester?** The January 1, 1997, *Watchtower* article "Let Us Abhor What Is Wicked" mentions on page 29 that a man "known to have been a child molester" would not qualify for privileges in the congregation. An individual "known" to be a former child molester has reference to the perception of that one in the community and in the Christian congregation. In the eyes of the congregation, a man known to have been a child molester is not "free from accusation" and "irreprehensible," nor does he have "a fine testimony from those on the outside." (1 Tim. 3:1-7, 10; 5:22; Titus 1:7) In view of his past, people in the community would not respect him, and the brothers might even stumble over his appointment.

CAEKAERT/MAPLEY 002791

## PROTECTING OUR CHILDREN

**What can we do to protect our children and preserve the cleanness of Jehovah's organization?** The primary responsibility for protecting our children rests upon the parents. Fine suggestions for parents can be found in the January 22, 1985, *Awake!* article "Child Molesting—You *Can* Protect Your Child." Other articles that parents do well to consider are those in the October 8, 1993, *Awake!* entitled "How Can We Protect Our Children" and the December 1, 1996, *Watchtower* entitled "Parents, Find Pleasure in Your Children," specifically pages 13 and 14, paragraphs 18 and 19.

**What can the elders do to help protect our children?** The elders should be alert to the activity of any who are known to have molested children in the past. Individuals who have manifested a weakness in this regard should be sensitive to their need not to be alone with children. They should refrain from holding children or displaying other forms of affection for them. It would be appropriate for elders to give kindly cautions to any who are doing things that may be a temptation or a cause for concern to others in the congregation.—1 Cor. 10:12, 32.

**What should elders do when a former child molester moves to another congregation?** As outlined in the February 1991 *Our Kingdom Ministry* "Question Box" and the August 1, 1995, letter to all Bodies of Elders, our policy is always to send a letter of introduction when a publisher moves to another congregation. *It is imperative that this be done when one who is known to have been a child molester moves.* The secretary should write on behalf of the elders to the new congregation's body of elders and outline this publisher's background and what the elders in the old congregation have been doing to assist him. Any needed cautions should be provided to the new congregation's body of elders. This letter should not be read to or discussed with the congregation. This information should be kept in the congregation's confidential files where it can be reviewed by any elder. The elders should send a copy of this letter to the Watchtower Bible and Tract Society in one of the "Special Blue" envelopes.

## PRIVILEGES OF SERVICE IN THE CONGREGATION

In the January 1, 1997, issue of *The Watchtower,* the article "Let Us Abhor What Is Wicked" stated on page 29: "For the protection of our children, a man known to have been a child molester *does not qualify for a responsible position in the congregation. Moreover, he cannot be a pioneer or serve in any other special full-time service."* We have had a number of inquiries asking how this applies in the congregation, and this is being given consideration.

It may be possible that some who were guilty of child molestation were or are now serving as elders, ministerial servants, or regular or special pioneers. Others may have been guilty of child molestation before they were baptized. The bodies of elders should not query individuals. However, the body of elders should discuss this matter and give the Society a report on anyone who is currently serving or who formerly served in a Society-appointed position in your congregation who is known to have been guilty of child molestation in the past.

CAEKAERT/MAPLEY 002792

In your report please answer the following questions: How long ago did he commit the sin? What was his age at the time? What was the age of his victim(s)? Was it a one-time occurrence or a practice? If it was a practice, to what extent? How is he viewed in the community and by the authorities? Has he lived down any notoriety in the community? Are members of the congregation aware of what took place? How do they and/or his victim(s) view him? Has he ever been disfellow-shipped, reproved, counseled, or otherwise dealt with? If he has moved to another congregation, please identify the congregation to which he has moved. Was that congregation advised of his past conduct of child molestation, and, if so, when? [If you have not advised them, this should be done now, and you should send a copy of your letter to the Society in a "Special Blue" envelope.] This information should be sent to the Society along with any other observations that the body of elders has. Please send this to the Society in the "Special Blue" envelope so that the factors involved may be given due consideration; this information is not to be made available to those not involved.

Jehovah has been blessing the efforts of his people to get the vital Kingdom-preaching and disciple-making work done. Isaiah 52:11 states: "Keep yourselves clean, you who are carrying the utensils of Jehovah." We must be ever vigilant to demonstrate to Jehovah that we want to keep the organization he uses in these last days fit for this all-essential trust. May Jehovah bless your efforts to that end.

Your brothers,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

P.S. to Body of Elders: A meeting of the body of elders should be arranged to read and discuss this letter together. **This letter is confidential and should not be copied but should be kept in the congregation's confidential file. Elders should not discuss this information with others.** It is provided so that you can appropriately apply the spirit of the Scriptural information in the January 1, 1997, *Watchtower* article "Let Us Abhor What Is Wicked."

# Tab 25

*Comfort for Those with a "Stricken Spirit"*, The Watchtower, Nov. 1, 1995, at 25, 28



# WHAT CAN ANGELS DO FOR YOU?

CAEKAERT/MAPLEY 000388



# THE WATCHTOWER®

## ANNOUNCING JEHOVAH'S KINGDOM

November 1, 1995 · Average Printing Each Issue: 16,100,000 · Vol. 116, No. 21

THE PURPOSE OF *THE WATCHTOWER* is to exalt Jehovah God as Sovereign Lord of the universe. It keeps watch on world events as these fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in God's now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. *The Watchtower,* published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

---

## IN THIS ISSUE

3 Are There Angels Among Us?

4 The Truth About Angels

9 Kingdom Proclaimers Report

10 Saved From a "Wicked Generation"

16 A Time to Keep Awake

22 "Thrown Down, but Not Destroyed"

25 Comfort for Those With a "Stricken Spirit"

29 Box Meal Gives Witness

30 Questions From Readers

32 'Just as Iron Sharpens Iron'

Pages 3 and 4: *The New Testament: A Pictorial Archive from Nineteenth-Century Sources,* by Don Rice/Dover Publications, Inc.

### WATCHTOWER STUDIES

DECEMBER 11-17: Saved From a "Wicked Generation." Page 10. *Songs to be used: 24, 27.*

DECEMBER 18-24: A Time to Keep Awake. Page 16. *Songs to be used: 174, 123.*

---

**Now published in 121 languages.**

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL: Afrikaans, Albanian, Amharic, Arabic, Bengali, Bicol, Bislama, Bulgarian, Cebuano, Chichewa, Chinese, Chinese (Simplified), Cibemba, Croatian, Czech,* Danish,*# Dutch,* Efik, English*# (also Braille), Estonian, Ewe, Fijian, Finnish,*# French,*# Ga, German,*# Greek,* Gujarati, Hiligaynon, Hindi, Hiri Motu, Hungarian,* Igbo, Iloko, Indonesian, Italian,*# Japanese* (also Braille), Kannada, Korean,* Lingala, Macedonian, Malagasy, Malayalam, Marathi, Myanmar, Nepali, New Guinea Pidgin, Norwegian, Pangasinan, Papiamento, Polish, Portuguese,* Rarotongan, Romanian,* Russian, Samar-Leyte, Samoan, Sepedi, Serbian, Sesotho, Shona, Sinhalese, Slovak, Slovenian, Spanish,*# Swahili, Swedish,*# Tagalog, Tahitian, Tamil, Telugu, Thai, Tshiluba, Tsonga, Tswana, Turkish, Twi, Ukrainian, Venda, Vietnamese, Wallisian, Xhosa, Yoruba, Zulu

MONTHLY LANGUAGES AVAILABLE BY MAIL: Armenian, Cambodian, Georgian, Greenlandic, Gun, Hausa, Hebrew, Icelandic, Kinyarwanda, Kwanyama/Ndonga, Latvian, Lithuanian, Luganda, Maltese, Marshallese, Moore, Niuean, Palauan, Persian, Ponapean, Punjabi, Sango, Silozi, Solomon Islands Pidgin, Sranantongo, Tongan, Trukese, Tuvaluan, Urdu, Yapese

\* Study articles also available in large-print edition.
# Audiocassettes also available.

© 1995 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.     Milton G. Henschel, President

If you would like to learn more about Jehovah's Witnesses or their publications, please write to Watch Tower at the appropriate address below.

*America, United States of:* Wallkill, NY 12589. *Australia:* Box 280, Ingleburn, N.S.W. 2565. *Bahamas:* Box N-1247, Nassau, N.P. *Barbados:* Fontabelle Rd., Bridgetown. *Canada:* Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4. *England:* The Ridgeway, London NW7 1RN. *Germany:* Niederselters, Am Steinfels, D-65618 Selters. *Ghana:* Box 760, Accra. *Guyana:* 50 Brickdam, Georgetown 16. *Hawaii 96819:* 2055 Kam IV Rd., Honolulu. *Hong Kong:* 4 Kent Road, Kowloon Tong. *India:* Post Bag 10, Lonavla, Pune Dis., Mah. 410 401. *Ireland:* 29A Jamestown Road, Finglas, Dublin 11. *Jamaica:* Box 180, Kingston 10. *Japan:* 1271 Nakashinden, Ebina City, Kanagawa Pref., 243-04. *Kenya:* Box 47788, Nairobi. *Liberia:* P.O. Box 10-0380, 1000 Monrovia 10. *New Zealand:* P.O. Box 142, Manurewa. *Nigeria:* P.M.B. 1090, Benin City, Edo State. *Philippines, Republic of:* P.O. Box 2044, 1099 Manila. *South Africa:* Private Bag X2067, Krugersdorp, 1740. *Trinidad and Tobago, Republic of:* Lower Rapsey Street & Laxmi Lane, Curepe. *Zambia:* Box 33459, Lusaka 10101. *Zimbabwe:* 35 Fife Avenue, Harare.

The Bible translation used is the *New World Translation of the Holy Scriptures—With References,* unless otherwise indicated.

*Would you welcome more Information or a free home Bible study? Please send your request to Watch Tower, using the appropriate address above.*

*Publication of "The Watchtower" is part of a worldwide Bible educational work supported by voluntary donations.*

Changes of address should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

The Watchtower (ISSN 0043-1087) is published semimonthly by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, NY 11201-2483. Second-class postage paid at Brooklyn, NY, and at additional mailing offices. Postmaster: Send address changes to Watchtower, Wallkill, NY 12589.

Printed in U.S.A.

CAEKAERT/MAPLEY 000389

to give up in the fight against any tendency to become discouraged. I have learned to view Jehovah as my Father and his organization as my Mother. I have come to realize that if we make the effort, Jehovah can use any one of us to be an effective servant of his.

Even though I at times have felt that I was, as it were, "thrown down," I have 'not been destroyed.' I have never been abandoned by Jehovah and his organization, nor by my family and my Christian brothers.

Thanks to my reaching out for the Bible and starting to read it, I regained spiritual strength. I am grateful to Jehovah God, who gives "power beyond what is normal" when we trust in him.—2 Corinthians 4:7.

With full confidence and complete trust in Jehovah, I am eagerly looking forward to the future. I am confident that very soon Jehovah God will fulfill his promise about a restored paradise here on earth along with all the wonderful blessings it will bring. —Revelation 21:3, 4.

# Comfort for those with a "stricken spirit"

TODAY, Satan's world has come to be "past all moral sense." (Ephesians 4:19; 1 John 5:19) Adultery and fornication are pandemic. In many lands 50 percent or more of marriages end in divorce. Homosexuality is widely accepted. Sexual violence—rape—is often in the news. Pornography is a billion-dollar industry.—Romans 1:26, 27.

Among the vilest perversions is the sexual abuse of innocent children. Like the wisdom of Satan's world, child sexual abuse is "animal, demonic." (James 3:15) In the United States alone, *Time* magazine says, "more than 400,000 reports of verifiable sexual assaults are filed with authorities each year by teachers and doctors." When victims of this abuse become adults, many still carry painful wounds, and those wounds are real! The Bible says: "The spirit [mental inclination, inner feelings and thoughts] of a man can put up with his malady; but as for a stricken [wounded, afflicted] spirit, who can bear it?"—Proverbs 18:14.

The good news of God's Kingdom appeals to people of all kinds, including "the brokenhearted" and those with a "downheart-ed spirit." (Isaiah 61:1-4) Not surprisingly, many who are in emotional pain respond to the invitation: "Let anyone thirsting come; let anyone that wishes take life's water free." (Revelation 22:17) The Christian congregation can be a place of comfort for these. They rejoice to learn that suffering will soon be a thing of the past. (Isaiah 65:17) Until that time, though, they may need to be 'comforted' and have their wounds 'bound up.' Well did Paul counsel Christians: "Speak consolingly to the depressed souls, support the weak, be long-suffering toward all."—1 Thessalonians 5:14.

## "Repressed Memories"

In recent years some have been "brokenhearted" for reasons that others find difficult to understand. They are adults who, on the basis of what have been described as "repressed memories," say that they were sexually abused when they were children.* Some have no thought of having been molested until, unexpectedly, they experience flashbacks and "memories" of an adult (or adults)

---
* "Repressed memories" and similar expressions are enclosed in quotation marks to distinguish them from the more typical memories that all of us have.

CAEKAERT/MAPLEY 000412

Wisely, Solomon said: "Do not go forth to conduct a legal case hastily." (Proverbs 25:8) If there is some valid reason to suspect that the alleged perpetrator is still abusing children, a warning may have to be given. The congregation elders can help in such a case. Otherwise, take your time. Eventually, you may be content to let the matter drop. If, though, you want to confront the alleged perpetrator (after first assessing how you would feel about the possible responses), you have a right to do so.

During the time that the one experiencing "memories" is healing, awkward situations may arise. For example, an individual may have vivid mental images of being molested by someone he or she sees every day. No rules can be laid down for handling this. "Each one will carry his own load." (Galatians 6:5) Sometimes one may feel that a relative or a member of one's immediate family is involved. Remember the dubious nature of some "repressed memories" when it comes to identifying the one suspected of being a perpetrator. In such a situation, as long as the matter has not been firmly established, keeping contact with the family—at least by occasional visits, by letter, or by telephone—would show that one is trying to follow a Scriptural course.—Compare Ephesians 6:1-3.

### What Can Elders Do?

If the elders are approached by a member of the congregation who is experiencing flashbacks or "repressed memories" of child abuse, two of them are usually assigned to help. These elders should kindly encourage the afflicted one to focus for the time being on coping with the emotional distress. The names of any "remembered" abusers should be kept in strict confidence.

The elders' primary task is to act as shepherds. (Isaiah 32:1, 2; 1 Peter 5:2, 3) They should be especially careful to "clothe [themselves] with the tender affections of compassion, kindness, lowliness of mind, mildness, and long-suffering." (Colossians 3:12) Let them listen in a kindly way and then apply healing words from the Scriptures. (Proverbs 12:18) Some who are afflicted with painful "memories" have expressed appreciation for elders who make regular visits or even telephone calls to check to see how they are doing. Such contacts need not take a lot of time, but they show that Jehovah's organization cares. When the afflicted one realizes that his Christian brothers truly love him, he may be helped to recover a considerable degree of emotional balance.

What if the sufferer decides that he wants to make an accusation?* Then the two elders can advise him that, in line with the principle at Matthew 18:15, he should personally approach the accused about the matter. If the accuser is not emotionally able to do this face-to-face, it can be done by telephone or perhaps by writing a letter. In this way the one accused is given the opportunity to go on record before Jehovah with his answer to the accusation. He may even be able to present evidence that he could not have committed the abuse. Or perhaps the one accused will confess, and a reconciliation may be achieved. What a blessing that would be! If there is a confession, the two elders can handle matters further in accordance with Scriptural principles.

If the accusation is denied, the elders should explain to the accuser that nothing more can be done in a judicial way. And the congregation will continue to view the one accused as an innocent person. The Bible says that there must be two or three witnesses before judicial action can be taken. (2 Corinthians 13:1; 1 Timothy 5:19) Even if more than one person "remembers" abuse

---

* It may also be necessary for the step outlined in this paragraph to be taken if the matter has become common knowledge in the congregation.

CAEKAERT/MAPLEY 000415

# Tab 26

*Pay Attention to Yourselves and to All the Flock* 69 (1977)

# "Pay Attention to Yourselves

## and to

## All the Flock."—Acts 20:28.

Kingdom Ministry School

Textbook

CAEKAERT/MAPLEY 000626

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1977

Made in the United States of America

CAEKAERT/MAPLEY 000627

warrants having four or even five experienced elders to serve, this may be arranged.

## HEARINGS BEFORE THE JUDICIAL COMMITTEE

REMEMBER: There are cases that the body of elders is responsible to investigate and, where necessary, appoint a committee to handle. These include:

Gross sins that have brought the congregation into public disrepute. (Rom. 2:21-24; 1 Cor. 5:1; 2 Cor. 7:11)

Any serious sin that constitutes a clear threat of contaminating the cleanness of the congregation. (1 Cor. 5:6, 9-11; Gal. 5:19-21; 1 Tim. 1:9, 10)

Where an individual is an elder or a ministerial servant and commits a gross wrong, he is morally obligated to inform the body of elders of his being reprehensible. (1 Tim. 3:2, 8, 9; Titus 1:6)

In some cases the individual will come voluntarily seeking aid and confessing his wrongdoing.

In other cases an accusation may be brought against some member of the congregation.

The committee should consider whether the accusation gives evidence of having substance or not and if a meeting with the committee is required.

Some accusations involve misunderstandings and can best be handled on a personal basis.

When you invite an individual to meet with the committee, at times a written invitation may be advisable.

Information should be given as to the time and place

CAEKAERT/MAPLEY 000693

of the hearing, the reason for it, and what the person's course of action is supposed to have been.

If he wishes to bring witnesses who can speak in his defense regarding the matter, he may do so.

If the person repeatedly fails to come to the hearing, the committee will go ahead with the hearing, but will not make a decision until evidence and testimony are considered. The committee should not take action against the person unless the evidence clearly proves this necessary.

What kind of evidence is acceptable?

There must be two or three eyewitnesses, not just persons repeating what they have heard; no action can be taken if there is only one witness. (Deut. 19:15; John 8:17)

Confession (admission of wrongdoing) can be accepted as conclusive proof without other corroborating evidence. (1 John 1:9)

Strong circumstantial evidence, such as pregnancy, or evidence (testified to by at least two witnesses) that one stayed all night in the same house with a person of the opposite sex (or in the same house with a known homosexual) under improper circumstances, is acceptable.

The testimony of youths may be considered.
It is up to the elders to determine if it has the ring of truth.

The testimony of unbelievers may also be considered, but it must be carefully weighed.

If there are two or three witnesses to wrongdoing but each of them is a witness to a separate event, this

# Tab 27

*Pay Attention to Yourselves and to All the Flock* 65 (1977)

Dep. of Ashe Richard, 276:10–280:21 (April 1, 2014)

# "Pay Attention to Yourselves

## and to

## All the Flock."—Acts 20:28.

Kingdom Ministry School

Textbook

CAEKAERT/MAPLEY 000626

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1977

Made in the United States of America

CAEKAERT/MAPLEY 000627

most effectively? Then it may be appropriate for you to follow through without delay.

If another congregation is involved, seek their assistance, benefit from their observations.

Do not let a matter remain unattended.

## CONFIDENTIALITY — *11/89 DIST. OVR. @ CIR. ASS., MEANS NOT EVEN REVEALING THE FACT OF A JUDICIAL COMMITY*

NOTE: Reports have been received where elders have revealed confidential matters to their wives or others in the congregation. This has caused bad feelings to develop and undermines the confidence in and respect for the body of elders. Publishers expect personal matters will be kept confidential and hesitate to approach elders who have been indiscreet, and failed to do so. Sometimes elders will discuss certain matters on the telephone or in other places where other members of the family can hear the conversation or do so at the Kingdom Hall within earshot of other brothers.

Why is failing to keep confidence Scripturally unwise? (See Proverbs 11:13; 25:9, 10.)

Where there is a lack of good judgment in this matter, what could result? (See James 3:5.)

## BE "IMITATORS OF GOD"

Jehovah is a God of justice; he is merciful, kind, loving and patient. (Ps. 37:28; Ex. 34:6, 7)

As you deal with your brothers, imitate Jehovah in displaying these qualities and you will be an honor to him and a blessing to your brothers.

1

2   SUPERIOR COURT OF THE STATE OF CALIFORNIA

3   COUNTY OF SAN DIEGO

4   - - - - - - - - - - - - - - - - - - x

5   JOSE LOPEZ, individually

6              Plaintiff,

7                              Index No.
                               37-2012-00099849-
8                              CU-PO-CTL

9          -v-

10  DEFENDANT DOE 1, Linda Vista Church
    DEFENDANT DOE 2, Supervisory
11  Organization; DEFENDANT DOE 3,
    Perpetrator; and Does 4 through 100,
12  inclusive,
               Defendants.
13     - - - - - - - - - - - - - - - - - x

14

15                 VOLUME II
                   DEPOSITION OF
16                 RICHARD ASHE

17                 BROOKLYN, NEW YORK

18                 APRIL 1, 2014
                   CORRECTED TRANSCRIPT
19

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com
23
    REPORTED BY:  LA VERNE HAIRSTON
24  FILE #:  A803783

25

R. ASHE

1  
2  if they were contacted on this matter, to  
3  instruct the elders to call the Legal  
4  Department, to call the branch office, and  
5  here it's referred to as the Society, to get  
6  legal direction on how to proceed.  
7                (Whereupon, a document was marked  
8         as Exhibit 16, for identification, as of  
9         this date.)  
10      Q.   Let me show you the next exhibit,  
11  this group is going to be number 3, Exhibit  
12  16.   I'm going to show you number 16.  
13        Exhibit number 16 is a document that  
14  was produced in this case by Watchtower, and  
15  it's titled, "The need for confidentiality,"  
16  it has the number 15, and on the second page,  
17  it states, "KMS87-8."   Do you recognize this  
18  document?  
19      A.   Yes, sir.  
20      Q.   What is this document?  
21      A.   This was information that was  
22  conveyed at a Kingdom Ministry School, which  
23  is a school that elders attend.  
24      Q.   And can you tell from this document  
25  when this Kingdom Ministry School information

R. ASHE

was provided?

A.  It was in 1987.

Q.  And how is this communicated?  "It notes to be covered in 20 minutes."  It says that on the second page, what does that mean?

A.  It means for the speaker that was given this part, to address the audience, he had 20 minutes to cover the information that was in the entire outline.

Q.  And when you say, "The entire outline," would that include material that has been redacted from this document?

A.  Yes.

Q.  So he had 20 minutes to discuss this entire outline, which would include the portion dealing with confidentiality when serving on judicial committees, et cetera?

A.  That's correct.

Q.  And according to this document, it purports to discuss the need for maintaining confidentiality of information obtained during a judicial committee or shepherding calls; is that correct?

A.  Yes, sir.

CAEKAERT/MAPLEY 003926

1

2    Q.  And that elders are told that they

3  are to keep that confidential under what is

4  being referred to in this document as

5  Ecclesiastical privilege; do you see that?

6    A.  Yes.

7    Q.  So information they learn about a

8  child molester is to be kept confidential,

9  under what is referred to as Ecclesiastical

10  privilege, if it's learned through a judicial

11  investigation or a judicial committee; is

12  that correct?

13       MR. COPLEY:  Objection,

14     argumentative, misstates the

15     evidence.

16    Q.  Is that correct?

17    A.  It would be correct for any matter

18  that came before judicial committee.

19    Q.  My question wasn't talking about any

20  matter.  My question was directed to

21  information they learned about a child

22  molester?

23    A.  It would include information about a

24  child molester.

25    Q.  And it directs that that should be

1

2    kept confidential from prosecuting

3    authorities?

4        A.  Yes.

5            MR. ROUSE:  Objection,

6        incomplete hypothetical, assumes

7        facts not in evidence, calls for a

8        legal conclusion.

9            MR. COPLEY:  I'll join.  The

10       document speaks for itself.

11       Q.  Is that correct?

12       A.   It's mentioned that anything that

13   comes before judicial committee, and is

14   heard, is to remain confidential.  It says in

15   the article here or in this portion, that if

16   individuals were to release confidential

17   information outside of that Ecclesiastical

18   body, then they would lose their

19   Ecclesiastical privilege.

20       Q.  Right.  And what that means is, if

21   they learn about a child molester, the

22   conduct of a child molester, in the context

23   of a judicial committee, they should not tell

24   a prosecutor or a defense attorney or for

25   that matter anyone else; is that right?

```
 1                    R. ASHE
 2            MR. ROUSE:  Objection,
 3        incomplete hypothetical, calls for a
 4        legal conclusion, assumes facts not
 5        in evidence.
 6            MR. COPLEY:  I'll join.  Also,
 7        argumentative.  Go ahead.
 8        A.  It says here that occasionally
 9   elders have succumbed to pressure from
10   prosecuting or defense attorney, or other
11   persons during conversation with such persons
12   and revealed confidential information
13   regarding divorce, child custody or child
14   abuse cases, by voluntarily revealing
15   information learned in judicial hearings or
16   doing shepherding calls.  They have forfeited
17   Ecclesiastical privilege and unnecessarily
18   involved themselves or the congregation in
19   time consuming legal contests.  Where there's
20   a question contact the Society or the Legal
21   Department.
22        Q.  What does that mean, what does that
23   mean to you as the person who has been
24   designated most qualified to address
25   questions regarding the policies of Jehovah
```

280

CAEKAERT/MAPLEY 003929

# Tab 28

Letter from WTNY, to All Bodies of Elders in the United States (July 1, 1989)

July 1, 1989

TO ALL BODIES OF ELDERS IN THE UNITED STATES

**C O N F I D E N T I A L**

Dear Brothers:

We are writing to help all of you as individual elders be aware of a growing concern regarding the handling of your duties that may involve legal issues or questions. **Due to its importance, the presiding overseer should arrange for a special meeting of the body of elders to read and consider this letter carefully.**

In spreading the Kingdom message, it is appropriate that we be bold and outspoken. Jesus commanded that "what you hear whispered, preach from the housetops." (Matthew 10:27) Even when worldly authorities demand that we keep silent, we reply as did the apostles: "We cannot stop speaking about the things we have seen and heard." (Acts 4:20) The Christian congregation will continue to declare the Kingdom message boldly until Jehovah says the work is done.

Elders share the obligation to shepherd the flock. However, they must **be careful not to divulge information about personal matters to unauthorized persons.** There is "a time to keep quiet," when "your words should prove to be few." (Ecclesiastes 3:7; 5:2) Proverbs 10:19 warns: "In the abundance of words there does not fail to be transgression, but the one keeping his lips in check is acting discreetly." Problems are created when elders unwisely reveal matters that should be kept confidential. Elders must give special heed to the counsel: "Do not reveal the confidential talk of another." (Proverbs 25:9) Often the peace, unity, and spiritual well-being of the congregation are at stake. Improper use of the tongue by an elder can result in serious legal problems for the individual, the congregation, and even the Society.

While we as Christians are ready to forgive others who may wrong us, those in the world are not so inclined. Worldly persons are quick to resort to lawsuits if they feel their "rights" have been violated. Some who oppose the Kingdom preaching work readily take advantage of any legal provisions to interfere with it or impede its progress. Thus, elders must especially guard the use of the tongue. Jesus faced opposers who tried to "catch him in speech, so as to turn him over to the government." (Luke 20:20) He instructed us to be "cautious as serpents and yet innocent as doves" in such situations. (Matthew 10:16) Where such a threat exists, our position as elders should be in line with David's words: "I will set a muzzle as a guard to my own mouth, as long as anyone wicked is in front of me."—Psalm 39:1.

CAEKAERT/MAPLEY 002782

In recent years, this matter has come to be a cause for increasing concern. The spirit of the world has sensitized people regarding their legal "rights" and the legal means by which they can exact punishment if such "rights" are violated. Hence, a growing number of vindictive or disgruntled ones, as well as opposers, have initiated lawsuits to inflict financial penalties on the individual, the congregation, or the Society. **Many of these lawsuits are the result of the misuse of the tongue.** As elders, remember that ill-advised statements or actions on your part can sometimes be interpreted legally as violating others' "rights."

**The need for elders to maintain strict confidentiality has been repeatedly stressed.** Please see The Watchtower of April 1, 1971, pages 222-4, and September 1, 1987, pages 12-15. The September 1977 Our Kingdom Service, page 6, paragraph 36, and the ks77 text-book, page 65, also provide helpful direction and counsel. That material strongly emphasized the elders' responsibility to avoid revealing confidential information to those not entitled to it.

The legal consequences of a breach of confidentiality by the elders can be substantial. If the elders fail to follow the Society's direction carefully in handling confidential matters, such mistakes could result in successful litigation by those offended. Substantial monetary damages could be assessed against the elders or congregation. In some cases where the authorities are involved, certain complications could lead to a fine or imprisonment. These possibilities underscore **the need for elders to be discerning and to follow carefully directions provided by the Society.**

## I.  WHAT TO DO IN SPECIFIC CASES

### A.  Judicial Committee Matters

Judicial committees must follow carefully the Society's instructions in carrying out their duties. (Note ks77, pages 66-70; ks81, pages 160-70.) Anything submitted in writing to the committee by the alleged wrongdoer or by witnesses should be kept in strict confidence. If it is necessary to continue at a later time a committee hearing, the members of the committee should submit to the chairman any personal notes they have taken. The chairman will keep these notes in a secure place to prevent breaches of confidentiality. The notes may be returned to the individual elders when the hearing resumes. Upon conclusion of the case, the chairman should place only necessary notes and documents, a summary of the case, and the S-77 forms in a sealed envelope for the congregation file. Nothing should be preserved outside of this sealed envelope (including unnecessary personal notes) by any elder on the committee. Obviously, no committee will ever allow judicial proceedings to be tape recorded or allow witnesses testifying before the committee to take notes.

CAEKAERT/MAPLEY 002783

## B. Child Abuse

Many states have child abuse reporting laws. When elders receive reports of physical or sexual abuse of a child, they should contact the Society's Legal Department immediately. Victims of such abuse need to be protected from further danger.—See "If the Worst Should Happen," Awake! January 22, 1985, page 8.

## C. Search Warrants and Subpoenas

1. A search warrant is a court order authorizing the police to search premises to locate evidence that may be used in a criminal prosecution. No elder should ever consent to the search of a Kingdom Hall or any other place where confidential records are stored. However, armed with a search warrant the police do not need consent and may even use force to accomplish their task. Likely before obtaining a search warrant, the police or other governmental officials will make inquiries regarding confidential records, make request to obtain the records, or indicate that they will seek a search warrant if the elder(s) involved does not cooperate. In any such situation, the Society's Legal Department should be called immediately.

At any time an elder is confronted with a search warrant (whether given advance notice or not), the elder should first ask to read the warrant. After reading it he should ask if he can call for legal guidance and then call the Society's Legal Department. If for some reason the Legal Department cannot be contacted, the elders involved should make every effort to obtain the assistance of a local attorney for the purpose of protecting the confidentiality of the records. It may be impossible to stop determined officers from conducting the search authorized by the warrant. Conscientious elders will want to do all they reasonably and peaceably can to preserve the confidentiality of the congregation in harmony with the principle set out in Acts 5:29.

2. Subpoenas are demands for records or for the appearance of an individual at a trial or deposition to give testimony. Subpoenas may be issued by a court or in some cases by a governmental agency or an attorney. If an elder receives a subpoena, he should contact the Society's Legal Department immediately. Never turn over records, notes, documents, or reveal any confidential matter sought by subpoena without receiving direction from the Legal Department.

## D. Crimes and Criminal Investigations

In some cases the elders will form judicial committees to handle alleged wrongdoing that also could constitute a violation of Caesar's criminal laws (e.g., theft, assault, etc.). Generally, a secular investigation into a matter that is a concern to the congregation should not delay conducting a judicial hearing. To avoid entanglement with the secular authorities who may be investigating the same matter, the strictest confidentiality (even of the fact that there is a committee) must be maintained.

CAEKAERT/MAPLEY 002784

If the alleged wrongdoer confesses to the sin (crime), no one else should be present besides the members of the committee. When evidence supports the accusation but genuine repentance is not displayed resulting in a decision to disfellowship, this should be handled in the normal course regarding advice of appeal rights and announcements to the congregation. In cases of serious criminal wrongdoing (e.g., murder, rape, etc.), or where the criminal conduct is widely known in the community, the body of elders should contact the Society before proceeding with the judicial committee process.

### E. When Servants and Publishers Move

A considerable number of publishers, including **elders and ministerial servants move from one congregation to another.** Sometimes the circumstances surrounding their departure are unsettled. Some appointed brothers may be experiencing problems that have brought their qualifications into question. It is not uncommon for a body of elders to hold back in giving counsel, allowing a brother to move without discussing his problem. Thereafter, they decline to recommend his reappointment in his new congregation. Often such a brother protests, requiring extensive correspondence between the bodies of elders. Much personal, and sometimes embarrassing, information must then be passed on. Such mishandling of things greatly increases the potential for serious repercussions. Problems can be avoided by the body of elders assuming its responsibility to inform a brother that he will not be favorably recommended, fully explaining the reasons why. **Every effort should be made to resolve any difference before he leaves, eliminating any need for controversy involving his new congregation.** The body should assign two elders to meet with him before he moves, letting him know whether they are recommending him to the new congregation.

This would likewise apply to publishers who move at a time when their personal conduct requires investigation by the elders. **If serious accusations of wrongdoing have been made against an individual and he moves to another congregation before matters are finalized, usually it is best for the elders in the original congregation to follow through in handling matters, if possible and if distance permits.** They are acquainted with the individual and the circumstances surrounding the alleged wrongdoing; this ordinarily puts them in the best position to get the facts and to handle the case. Handling matters in this way will eliminate the need to reveal confidential information unnecessarily about the private lives of individuals.

### F. When Lawsuits Are Threatened

If the congregation or the elders (in their capacity as elders) are threatened with a lawsuit, the Society's Legal Department should be contacted immediately. No statements should be made by any member of the body of elders about the merits or validity of an actual or threatened lawsuit without authorization from the Society.

CAEKAERT/MAPLEY 002785

### G. Child Custody

Elders may learn that a publisher is facing a dispute over child custody in a divorce proceeding. If the parental rights of such is challenged on the basis of our Christian beliefs, or on the assertion that our beliefs are harmful to a child's best interests, the elders should immediately write to the Society's Legal Department. In a rare emergency, a telephone call may be necessary. The Legal Department will assess the facts and determine the degree of its involvement, if any. Elders have no authority to make any promises about the Society's paying legal fees or handling specific cases. There is no need to contact the Society if there is no indication that the beliefs and practices of Jehovah's Witnesses will be attacked in a child custody dispute.

When you write to the Society's Legal Department about a specific case, please provide the following information:

1.  The names of the parents and their attorneys.
2.  The number of children involved and their ages.
3.  A brief description of the facts, including the presence of any apostates.
4.  An assessment of the Christian parent's spiritual condition—Is he or she new in the truth? Active? Inactive? Balanced?
5.  The status of the legal proceedings—Has the matter gone to trial? Has the trial date been set? If so, when?

### II.  POINTS TO REMEMBER

### A.  Appreciate the Importance of Maintaining Confidentiality

Elders must exercise extraordinary caution when it comes to handling confidential information about the private lives of others. Do not mistakenly minimize the gravity of a breach of confidentiality. Unauthorized disclosure of confidential information can result in costly lawsuits. Even if a lawsuit turns out favorably, valuable time and energy that could have been devoted to Kingdom interests will be lost.

### B.  Do Not Make Statements to Secular Authorities Until You Receive Legal Advice from the Society

You are not legally required to make immediate responses to secular authorities about matters that could involve the disclosure of confidential information. Voluntarily allowing the Kingdom Hall or confidential records to be searched, where no search warrant is produced, could infringe on the legal rights of the congregation or of others. No statements should be made until you have an understanding of your legal position from the Society's Legal Department.

CAEKAERT/MAPLEY 002786

### C. Be Extremely Careful with Written Material

All material related to judicial matters should be kept in a safe place, accessible only to elders. **Final reports on the handling of judicial matters should be placed in a sealed envelope in the congregation file.** A judicial committee should avoid sending to an individual any kind of correspondence that accuses him of specific wrongdoing. (Note k̲s̲7̲7̲, pages 68-9.) **Nothing should be put in writing to any disfellowshipped person to advise him of his status or the reasons for it without specific direction from the Society.** The rules and procedures of Jehovah's Witnesses do not require such written disclosures. Anything in writing submitted to a judicial committee should be kept in strict confidence. If a judicial committee disfellowships an individual, he should be informed **orally** of the action taken and of the right to appeal. If the wrongdoer refuses to attend the hearing, two members of the judicial committee should attempt to contact the individual at his home and inform him **orally** of the decision. If this is not possible, the two elders may be able to inform him by telephone.

### D. Guard the Use of Your Tongue

Think before you speak. Do not discuss private and judicial matters with members of your family, including your wives, or with other members of the congregation. Be extremely careful not to inadvertantly disclose private information when others are present, such as when speaking on the telephone with others listening in or nearby. (Note k̲s̲7̲7̲, page 65.) At times, complicated judicial cases may necessitate consultation with an experienced, mature elder in another congregation or with the circuit overseer. Unless the circuit overseer is the elder consulted, only the pertinent details should be discussed and names should not be used.

Elders bear a heavy responsibility in ministering to the needs of the Christian congregation, and observing confidentiality as they do so. (1 Corinthians 16:13) We trust that the information in this letter will help you carry this burden. Please be assured of our love and prayers, and may Jehovah continue to bless you as you shepherd his flock.—1 Peter 5:1-3.

Your brothers,

*Watchtower B.& T. Society*
OF NEW YORK, INC.

P.S. Due to the importance of the information that is presented herein it is suggested that the body of elders jointly read and consider this letter as soon as possible after its receipt in the congregation. Please do not make any copies of this letter, nor should it be read by others. It should be kept in the congregation's confidential files for any future reference that may be required by the body of elders.

# Tab 29

Dep. of Ashe Richard at 279:11–19 (April 1, 2014)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

- - - - - - - - - - - - - - - - - x

JOSE LOPEZ, individually

       Plaintiff,

                       Index No.
                       37-2012-00099849-
                       CU-PO-CTL

    -V-

DEFENDANT DOE 1, Linda Vista Church
DEFENDANT DOE 2, Supervisory
Organization; DEFENDANT DOE 3,
Perpetrator; and Does 4 through 100,
inclusive,
        Defendants.

- - - - - - - - - - - - - - - - - x



          VOLUME II
          DEPOSITION OF
          RICHARD ASHE

          BROOKLYN, NEW YORK

          APRIL 1, 2014
          CORRECTED TRANSCRIPT




ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  LA VERNE HAIRSTON
FILE #:  A803783

CAEKAERT/MAPLEY 003865

```
 1                    R. ASHE
 2    kept confidential from prosecuting
 3    authorities?
 4        A.  Yes.
 5              MR. ROUSE:  Objection,
 6          incomplete hypothetical, assumes
 7          facts not in evidence, calls for a
 8          legal conclusion.
 9              MR. COPLEY:  I'll join.  The
10          document speaks for itself.
11        Q.  Is that correct?
12        A.  It's mentioned that anything that
13    comes before judicial committee, and is
14    heard, is to remain confidential.  It says in
15    the article here or in this portion, that if
16    individuals were to release confidential
17    information outside of that Ecclesiastical
18    body, then they would lose their
19    Ecclesiastical privilege.
20        Q.  Right.  And what that means is, if
21    they learn about a child molester, the
22    conduct of a child molester, in the context
23    of a judicial committee, they should not tell
24    a prosecutor or a defense attorney or for
25    that matter anyone else; is that right?
```

CAEKAERT/MAPLEY 003928

# Tab 30

*"A Time to Speak"—When?*, The Watchtower, Sept. 1, 1987, at 12



The Watchtower

Announcing Jehovah's Kingdom

September 1, 1987

*Spiritism*
How Viewed by God?

WTPA051915



# The Watchtower®

### Announcing Jehovah's Kingdom

September 1, 1987
Vol. 108, No. 17

## In This Issue

Spiritism—Why the Growing Interest? 3

Spiritism—How Viewed by God? 4

Shaking Off the Yoke of Spiritism 7

Kingdom Proclaimers Report 11

"A Time to Speak"—When? 12

Jesus Miraculously Feeds Thousands 16

On Guard Against "Peace and Security" as Devised by Nations 18

Trust in Jehovah —Not in "a Conspiracy!" 23

Questions From Readers 29

A Remarkable Accomplishment for Costa Rica 30

THE PURPOSE OF "THE WATCHTOWER" is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. "The Watchtower," published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### "WATCHTOWER" STUDIES FOR THE WEEKS

October 4: On Guard Against "Peace and Security" as Devised by Nations. Page 18. Songs to Be Used: 33, 189.

October 11: Trust in Jehovah—Not in "a Conspiracy!" Page 23. Songs to Be Used: 85, 166.

### Average Printing Each Issue: 12,315,000

### Now Published in 103 Languages

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish,* Dutch,* Efik, English,* Finnish,* French,* German,* Greek,* Hiligaynon, Igbo, Iloko, Italian,* Japanese,* Korean, Lingala, Malagasy, Maltese, Norwegian, Portuguese,* Russian, Sepedi, Sesotho, Shona, Spanish,* Swahili, Swedish,* Tagalog, Thai, Tsonga, Tswana, Xhosa, Yoruba, Zulu

MONTHLY LANGUAGES AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bislama, Bulgarian, Croatian, Czech, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Polish, Rarotongan, Romanian, Samar-Leyte, Samoan, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tongan, Tshiluba, Turkish, Twi, Ukrainian, Urdu, Venda, Vietnamese

* Study articles also available in large-print edition.

| Watch Tower Society offices | Yearly subscription for the above: | |
| --- | --- | --- |
| | Semimonthly Languages | Monthly Languages |
| America, U.S., Watchtower, Wallkill, N.Y. 12589 | $5.00 | $2.50 |
| Australia, Box 280, Ingleburn, N.S.W. 2565 | A$7.00 | A$3.50 |
| Canada, Box 4100, Halton Hills, Ontario L7G 4Y4 | $5.50 | $2.75 |
| England, The Ridgeway, London NW7 1RN | £5.00 | £2.50 |
| Ireland, 29A Jamestown Road, Finglas, Dublin 11 | IR£6.00 | IR£3.00 |
| New Zealand, P.O. Box 142, Manurewa | NZ$15.00 | NZ$7.50 |
| Nigeria, PMB 001, Shomolu, Lagos State | N8.00 | N4.00 |
| Philippines, P.O. Box 2044, Manila 2800 | P60.00 | P30.00 |
| South Africa, Private Bag 2067, Krugersdorp, 1740 | R9.00 | R4.50 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

Changes of address should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

25 cents (U.S.) a copy

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1987 by Watch Tower Bible and Tract Society of Pennsylvania and International Bible Students Association. All rights reserved. Printed in U.S.A.

The Watchtower (ISSN 0043-1087) is published semimonthly for $5.00 (U.S.) per year by Watch Tower Bible and Tract Society of Pennsylvania, 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

Postmaster: Send address changes to Watchtower, Wallkill, N.Y. 12589.

Published by
Watch Tower Bible and Tract Society of Pennsylvania
25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.
Frederick W. Franz, President

WTPA051916

# "A Time to Speak" —When?

MARY works as a medical assistant at a hospital. One requirement she has to abide by in her work is confidentiality. She must keep documents and information pertaining to her work from going to unauthorized persons. Law codes in her state also regulate the disclosure of confidential information on patients.

One day Mary faced a dilemma. In processing medical records, she came upon information indicating that a patient, a fellow Christian, had submitted to an abortion. Did she have a Scriptural responsibility to expose this information to elders in the congregation, even though it might lead to her losing her job, to her being sued, or to her employer's having legal problems? Or would Proverbs 11:13 justify keeping the matter concealed? This reads: "The one walking about as a slanderer is uncovering confidential talk, but the one faithful in spirit is covering over a matter."—Compare Proverbs 25:9, 10.

Situations like this are faced by Jehovah's Witnesses from time to time. Like Mary, they become acutely aware of what King Solomon observed: "For everything there is an appointed time, even a time for every affair under the heavens: . . . a time to keep quiet and a time to speak." (Ecclesiastes 3:1, 7) Was this the time for Mary to keep quiet, or was it the time to speak about what she had learned?*

---

* Mary is a hypothetical person facing a situation that some Christians have faced. The way she handles the situation represents how some have applied Bible principles in similar circumstances.

Circumstances can vary greatly. Hence, it would be impossible to set forth a standard procedure to be followed in every case, as if everyone should handle matters the way Mary did. Indeed, each Christian, if ever faced with a situation of this nature, must be prepared to weigh all the factors involved and reach a decision that takes into consideration Bible principles as well as any legal implications and that will leave him or her with a clear conscience before Jehovah. (1 Timothy 1: 5, 19) When sins are minor and due to human imperfection, the principle applies: "Love covers a multitude of sins." (1 Peter 4:8) But when there seems to be serious wrongdoing, should a loyal Christian out of love of God and his fellow Christian reveal what he knows so that the apparent sinner can receive help and the congregation's purity be preserved?

## Applying Bible Principles

What are some basic Bible principles that apply? First, anyone committing serious wrongdoing should not try to conceal it. "He that is covering over his transgressions will not succeed, but he that is confessing and leaving them will be shown mercy." (Proverbs 28:13) Nothing escapes the notice of Jehovah. Hidden transgressions must eventually be accounted for. (Proverbs 15:3; 1 Timothy 5:24, 25) At times Jehovah brings concealed wrongdoing to the attention of a member of the congregation that this might be given proper attention.—Joshua 7:1-26.

WTPA051926

Another Bible guideline appears at Leviticus 5:1: "Now in case a soul sins in that he has heard public cursing and he is a witness or he has seen it or has come to know of it, if he does not report it, then he must answer for his error." This "public cursing" was not profanity or blasphemy. Rather, it often occurred when someone who had been wronged demanded that any potential witnesses help him to get justice, while calling down curses—likely from Jehovah—on the one, perhaps not yet identified, who had wronged him. It was a form of putting others under oath. Any witnesses of the wrong would know who had suffered an injustice and would have a responsibility to come forward to establish guilt. Otherwise, they would have to 'answer for their error' before Jehovah.*

This command from the Highest Level of authority in the universe put the responsibility upon each Israelite to report to the judges any serious wrongdoing that he observed so that the matter might be handled. While Christians are not strictly under the Mosaic Law, its principles still apply in the Christian congregation. Hence, there may be times when a Christian is obligated to bring a matter to the attention of the elders. True, it is illegal in many countries to disclose to unauthorized ones what is found in private records. But if a Christian feels, after prayerful consideration, that he is facing a situation where the law of God required

---

* In their *Commentary on the Old Testament,* Keil and Delitzsch state that a person would be guilty of error or sin if he "knew of another's crime, whether he had seen it, or had come to the certain knowledge of it in any other way, and was therefore qualified to appear in court as a witness for the conviction of the criminal, neglected to do so, and did not state what he had seen or learned, when he heard the solemn adjuration of the judge at the public investigation of the crime, by which all persons present, who knew anything of the matter, were urged to come forward as witnesses."

him to report what he knew despite the demands of lesser authorities, then that is a responsibility he accepts before Jehovah. There are times when a Christian "must obey God as ruler rather than men." —Acts 5:29.

While oaths or solemn promises should never be taken lightly, there may be times when promises required by men are in conflict with the requirement that we render exclusive devotion to our God. When someone commits a serious sin, he, in effect, comes under a 'public curse' from the One wronged, Jehovah God. (Deuteronomy 27:26; Proverbs 3:33) All who become part of the Christian congregation put themselves under "oath" to keep the congregation clean, both by what they do personally and by the way they help others to remain clean.

## Personal Responsibility

These are some of the Bible principles Mary likely considered in making her personal decision. Wisdom dictated that she should not act quickly, without weighing matters very carefully. The Bible counsels: "Do not become a witness against your fellowman without grounds. Then you would have to be foolish with your lips." (Proverbs 24:28) To establish a matter conclusively, the testimony of at least two eyewitnesses is needed. (Deuteronomy 19:15) If Mary had seen only a brief mention of abortion, she might have decided conscientiously that the evidence of any guilt was so inconclusive that she should not proceed further. There could have been a mistake in billing, or in some other way the records may not have properly reflected the situation.

In this instance, however, Mary had some other significant information. For example, she knew that the sister had paid the bill, apparently acknowledging that she had received the service specified.

WTPA051927

Also, she knew personally that the sister was single, thus raising the possibility of fornication. Mary felt a desire lovingly to help one who may have erred and to protect the cleanness of Jehovah's organization, remembering Proverbs 14:25: "A true witness is delivering souls, but a deceitful one launches forth mere lies."

Mary was somewhat apprehensive about the legal aspects but felt that in this situation Bible principles should carry more weight than the requirement that she protect the privacy of the medical records. Surely the sister would not want to become resentful and try to retaliate by making trouble for her, she reasoned. So when Mary analyzed all the facts available to her, she decided conscientiously that this was a time to "speak," not to "keep quiet."

Now Mary faced an additional question: To whom should she speak, and how could she do so discreetly? She could go directly to the elders, but she decided to go first privately to the sister. This was a loving approach. Mary reasoned that this one under some suspicion might welcome the opportunity to clarify matters or, if guilty, confirm the suspicion. If the sister had already spoken to the elders about the matter, likely she would say so, and Mary would not need to pursue matters further. Mary reasoned that if the sister had submitted to an abortion and had not confessed to this serious transgression of God's law, she would encourage her to do this. Then the elders could help her in accord with James 5:13-20. Happily, this is how matters worked out. Mary found that the sister had submitted to an abortion under much pressure and because of being spiritually weak. Shame and fear had moved her to conceal her sin, but she was glad to get help from the elders toward spiritual recovery.—

If Mary had reported first to the body of elders, they would have been faced with a similar decision. How would they handle confidential information coming into their possession? They would have had to make a decision based on what they felt Jehovah and his Word required of them as shepherds of the flock. If the report involved a baptized Christian who was actively associated with the congregation, they would have had to weigh the evidence as did Mary in determining if they should proceed further. If they decided that there was a strong possibility that a condition of "leaven" existed in the congregation, they might have chosen to assign a judicial committee to look into the matter. (Galatians 5:9, 10) If the one under suspicion had, in effect, resigned from being a member, not having attended any meetings for some time and not identifying herself as one of Jehovah's Witnesses, they might choose to let the matter rest until such time as she did begin to identify herself again as a Witness.

## Thinking Ahead

Employers have a right to expect that their Christian employees will 'exhibit good fidelity to the full,' including observing rules on confidentiality. (Titus 2:9, 10) If an oath is taken, it should not be taken lightly. An oath makes a promise more solemn and binding. (Psalm 24:4) And where the law reinforces a requirement on confidentiality, the matter becomes still more serious. Hence, before a Christian takes an oath or puts himself under a confidentiality restriction, whether in connection with employment or otherwise, it would be wise to determine to the extent possible what problems this may produce because of any conflict with Bible requirements. How will one handle matters if a brother or a sister becomes a client? Usually such jobs as working with doctors,

WTPA051928



*It is the right and loving course to encourage an erring Witness to speak with the elders, confident that they will handle the problem in a kind and understanding way*

hospitals, courts, and lawyers are the type of employment in which a problem could develop. We cannot ignore Caesar's law or the seriousness of an oath, but Jehovah's law is supreme.

Anticipating the problem, some brothers who are lawyers, doctors, accountants, and so forth, have prepared guidelines in writing and have asked brothers who may consult them to read these over before revealing anything confidential. Thus an understanding is required in advance that if serious wrongdoing comes to light, the wrongdoer would be encouraged to go to the elders in his congregation about the matter. It would be understood that if he did not do so, the counselor would feel an obligation to go to the elders himself.

There may be occasions when a faithful servant of God is motivated by his personal convictions, based on his knowledge of God's Word, to strain or even breach the requirements of confidentiality because of the superior demands of divine law. Courage and discretion would be needed. The objective would not be to spy on another's freedom but to help erring ones and to keep the Christian congregation clean. Minor transgressions due to sin should be overlooked. Here, "love covers a multitude of sins," and we should forgive "up to seventy-seven times." (Matthew 18: 21, 22) This is the "time to keep quiet." But when there is an attempt to conceal major sins, this may be the "time to speak."

WTPA051929

# Tab 31

Dep. of James Rowland, 65:25–72:21, 168:1–170:2 (April 23, 2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

TRACY CAEKAERT, and          Case No.
CAMILLIA MAPLEY,             CV-20-52-BLG-SPW

      Plaintiffs,

   vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY, SR.,                 VIDEOTAPED DEPOSITION
                             UPON ORAL EXAMINATION
      Defendants.            OF JAMES ROWLAND

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,

      Cross Claimant,

BRUCE MAPLEY, SR.,

      Cross Defendant.


ARIANE ROWLAND, and          Cause No.
JAMIE SCHULZE,               CV 20-59-BLG-SPW

      Plaintiffs,

   vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., and
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA,

      Defendants.

---

1          BE IT REMEMBERED, that the videotaped

2    deposition upon oral examination of JAMES ROWLAND,

3    appearing at the instance of the Plaintiffs, was

4    taken at the offices of Fisher Court Reporting,

5    2711 1st Avenue North, Billings, Montana, on

6    Friday, April 23, 2021, beginning at the hour of

7    9:17 a.m., pursuant to the Federal Rules of Civil

8    Procedure, before Barbara J. Batts, Registered

9    Merit Reporter, Certified Realtime Reporter, and

10   Notary Public.

11                      * * * * * * *

12

13   ATTORNEYS APPEARING ON BEHALF OF THE PLAINTIFF:

14       RYAN R. SHAFFER
         ROBERT L. STEPANS (appearing via Zoom)
15       JAMES C. MURNION (appearing via Zoom)
         Meyer, Shaffer & Stepans, PLLP
16       430 Ryman Street
         Missoula, Montana 59802
17       406.543.6929 - ryan@mss-lawfirm.com

18

19   ATTORNEYS APPEARING VIA ZOOM ON BEHALF OF THE
     DEFENDANTS:
20
         JON A. WILSON
21       AARON M. DUNN
         Brown Law Firm, P.C.
22       315 North 24th Street
         P.O. Drawer 849
23       Billings, Montana 59103-0849
         406.248.2611 - jwilson@brownfirm.com

24

25
                                                        2

1    that I had to do.  And no work to it.  It was just,

2    you know, it was a pleasure to do it.

3        Q.    Would members come to you with questions

4    about scripture or --

5        A.    Yeah.

6        Q.    "Yes"?

7        A.    Yeah, they started, and --

8        Q.    What kind of things would they seek your

9    help with?

10       A.    Well, they could -- I've had questions on

11   some minor problems.

12       Q.    Like what?

13       A.    Just, like, "My oldest son is somewhat

14   rebellious, he's getting rebellious.  I'd like for

15   you to talk to him."  And we had a number of those.

16            And the other ones are, like, "I'm going

17   to be going out in the field service, and I'd like

18   help, if you'd come out with me and we'd go door to

19   door."  So that kind of stuff.

20       Q.    Okay.  When did you begin hearing about

21   girls being sexually abused in Hardin?

22       A.    It was in -- I think in -- to the best of

23   my recollection, in the later seventies.

24       Q.    Okay, in the seventies.

25       A.    Yeah.  Because I was appointed as an elder

65

1    in 1974 when I got back from college, University of

2    Oklahoma.  And then they do give training then,

3    because you go to --

4        Q.   Who's "they"?  What do you mean?

5        A.   Pardon?

6        Q.   When you say, "they do give training," who

7    gives the training?

8        A.   The Society.  They have a district

9    overseer that meets with all the elders when they

10   have this training annually.  And it's the finer

11   points of ministry, the finer points of, you know,

12   your duties, stuff like that.

13            So in '75, I think in early -- in January,

14   I went to that Kingdom Ministry School.  And that's

15   when that was.  It took a month.

16       Q.   So that training was called the Kingdom

17   Ministry School?

18       A.   Yeah.

19       Q.   Approximately 1975 for you.

20       A.   Yeah.

21       Q.   Do you remember where that was?

22       A.   Billings.

23       Q.   Billings.  "Yes"?  Billings?

24       A.   Yeah, Billings.  Yes.

25       Q.   Do you remember who was there?

66

1    A.   No.  There was about 40 elders in the

2  group, some new ones, some old ones.  And I can't

3  even remember who the instructor was.  He might

4  have been from New York.

5    Q.   Okay.  Someone you hadn't seen before.

6    A.   Yeah, he was just here to teach that class

7  and then go back to New York or whatever.

8    Q.   And in addition to the Bible, were they

9  using other books as part of your training?

10    A.   Yeah.  Yeah, with the -- like, the

11  teaching book, you know, like, one of the

12  publications is to become a better teacher, you

13  know, and --

14    Q.   Let me show you a document.  This is

15  called "Kingdom Ministry School Course."

16    A.   Yeah.

17    Q.   And it's Bates WTPA 1 is the first page of

18  this document.  It's the document that was given to

19  us by WTPA, the Pennsylvania corporation.

20    A.   Yeah.

21    Q.   And you'll see there -- can you read that

22  okay?

23    A.   Yeah.

24    Q.   It's dated October 1972?

25    A.   Uh-huh.  Yeah, that's the thing that --

67

1   that's the publication that was used.

2      Q.   For the training as an elder?

3      A.   Yeah.

4      Q.   Can I go back to that cover page for a

5   second?  So "Watch Tower Bible and Tract Society of

6   Pennsylvania, 1972," does that look like the

7   document that maybe you saw when you were being

8   trained in 1975?

9      A.   Yeah.  Yeah, it's a book about like this

10   (indicating).  It's a red -- it's -- what do they

11   call them now?  A real deep red, burgundy almost.

12      Q.   And you were using your hands to describe

13   a very big book, thick?

14      A.   About like that.

15      Q.   Yeah.

16      A.   And that was the Kingdom Ministry School.

17      Q.   How much time did you spend at that

18   training in Billings?  Do you remember?

19      A.   I think it was a month.  It might have

20   been -- it might have been two weeks.  But it was a

21   number of days involved.

22      Q.   Okay.  So fairly extensive, then.

23      A.   Yeah.

24      Q.   And did you stay in Billings or did you

25   drive back and forth?

68

1    A.   I had to stay in Billings.

2    Q.   And did they pay for that for you?

3    A.   No.

4    Q.   You had to pay for it on your own?

5    A.   Yeah.

6    Q.   Okay.  Let's maybe mark -- can we mark

7   this and keep it in the binder as No. 2?

8    (Deposition Exhibit No. 2 was marked for

9   identification.)

10  BY MR. SHAFFER:

11    Q.   We'll come back to that document later,

12  all right?

13    A.   Okay.

14    Q.   Did the other elders from the Hardin

15  Congregation come with you for that training in

16  1975, or --

17    A.   No.  They had been through that I guess

18  the year before.  And being that I was new at the

19  job, so to speak, they invest the time and effort

20  into this so you're a better teacher and a better

21  overseer.

22    Q.   When you say that, you mean the people

23  from New York who are doing the training in

24  Billings?

25    A.   Yeah.

69

1     Q.   Okay.  And do you recall, were there other

2  books besides this Kingdom Ministry School Course

3  book that they used to help train you?  Were

4  there --

5     A.   Well, they used the Bible, of course, all

6  the time.  But I think there was enough in there to

7  keep you busy.  And that's why, you know, I refer

8  to that, and I still remember it.

9     Q.   Yeah.  And so describe to me what your

10  days were like in Billings during that training.

11     A.   It was just a training, period, and not

12  much of anything else.

13     Q.   Was everybody in the same room?

14     A.   Yeah.  It was in one of the Kingdom Halls.

15  I can't remember.

16     Q.   And is there someone at the front of the

17  room talking to everybody else?

18     A.   Yeah, uh-huh.  Yeah.  Lecture series, you

19  know, lecture style.

20     Q.   And everybody's got their own copy of the

21  book?

22     A.   Uh-huh.

23     Q.   This Kingdom Ministry School Course book?

24     A.   Yeah, plus their own notebook.

25     Q.   And are you just going through it, working

70

1  your way through it day by day?

2      A.   Yeah.  And there was, you know, like a lot

3  of questions on it, and --

4      Q.   So you just raise your hand if you have a

5  question?

6      A.   Yeah.  And it was a fairly good teaching

7  event, learning.

8      Q.   Okay.  Was it helpful to you in helping --

9      A.   It was, yeah.

10     Q.   And tell me how.  Tell me how it helped

11 you.

12     A.   Well, you know, you have questions as to,

13 you know, the responsibility you have in talking to

14 people, and what happens if you're rejected or

15 physically assaulted or whatever, you know, how to

16 handle situations like that, and just all kinds of

17 stuff that helped you as a minister, I guess.

18     Q.   And so as an example, right, if someone

19 came to you as an elder and said, "Yeah, I was

20 physically assaulted," right, "Somebody punched me

21 in the face.  Mr. Rowland, Brother Rowland,

22 so-and-so punched me in the face.  What do I do,"

23 would your training in Billings and your reference

24 of this Kingdom Ministry School Course, would that

25 have helped you understand how to help that person? 71

1       A.   Uh-huh.

2       Q.   That was a "yes"?

3       A.   Uh-huh.

4       Q.   "Yes"?

5       A.   Yes.

6            MR. TAYLOR:  Object to the form.

7   BY MR. SHAFFER:

8       Q.   And that's how -- that training in

9   Billings and this book here, this Exhibit 2, that

10  informed you on how to work as an elder and how to

11  communicate with the other members of the

12  congregation and help them; is that right?

13      A.   Yes.

14      Q.   And would you reference back to this book,

15  this Exhibit No. 2, while you were working as an

16  elder?  Would you look at it from time to time?

17      A.   Yeah, any of the publications, you know,

18  to -- something specific that you don't know

19  exactly how to handle, you go in here and under

20  that title or that subject area, and it was very

21  helpful.

22      Q.   Okay.  So just going back to kind of your

23  evolution -- I'm going to call it your evolution as

24  a member of the church, in 1969, you're baptized,

25  you're a book study conductor.

                                              72

1        I'm going to hand you another, this is a

2    thicker one.  It's basically a photocopy of a book.

3    And the cover's going to be the --

4        A.   The organization book.

5        Q.   -- "Organization for Kingdom-Preaching and

6    Disciple-Making."

7        A.   Yeah, that was a book we often referred

8    to.

9        Q.   Okay.  Let me hand this to you then.  So

10   this is -- first of all, this is

11   Caekaert/Mapley 2834, all the way through 3027.

12   And it's titled "The Organization for

13   Kingdom-Preaching and Disciple-Making."

14       I'll hand this to you, Mr. Rowland.  Let

15   me know if you've ever seen a copy of that book

16   before.

17       A.   Oh, yeah.

18       Q.   Did you see it at the Kingdom Hall in

19   Hardin?

20       A.   Yes.  You'd find one in every book bag, I

21   think, in the organization of brothers.

22       Q.   It was in every book bag?

23       A.   Yeah, it was referred to many times.

24       Q.   What would you refer to this book for?

25       A.   For actually improving your ministry and

168

1    how you fit into the organization and the stream of

2    responsibilities.

3        Q.   Stream of responsibilities between

4    New York and the local congregation, or between

5    elders and ministerial servants?  What do you mean?

6        A.   Usually the organization is the one that

7    you're in.  When you talk about the organization,

8    nobody talks about New York.

9        Q.   Okay.  Just the local congregation.

10       A.   Yeah, local congregation.

11       Q.   Let's mark this as 3.

12       A.   That's the organization.

13           (Deposition Exhibit No. 3 was marked for

14   identification.)

15   BY MR. SHAFFER:

16       Q.   Is this book here that's been marked as

17   Exhibit 3, is this something that you would refer

18   to as an elder pretty consistently?

19       A.   Yeah, either teaching in the congregation

20   or making sure you're helping people to understand

21   the ministry and how to do it, you know.

22       Q.   Would you consider it an important book in

23   helping you do your job as an elder?

24       A.   Yeah.

25       Q.   Okay.

169

1      A.    Yeah, it goes from the basics up to the

2   more sophisticated part of the organization.

3      Q.    Okay.  We've already talked about No. 6,

4   right?

5         Have you ever seen a book called "The

6   Branch Organization"?  I've got a copy of it here.

7   This is what it looked like.

8      A.    No.

9      Q.    No?

10     A.    No.  That must have been for the big

11  shots.

12     Q.    I wonder.  Yeah, it might been.

13        Would you mind just maybe thumbing through

14  it to make sure?  I do want to make sure.

15     A.    No, never seen this in my life.

16     Q.    Okay.

17     A.    Yeah, the big shots had that.

18     Q.    Okay.  All right.  Let's just take -- this

19  will literally be just a five-minute break, because

20  I think I might be done, but I just want to make

21  sure.

22     A.    Okay.

23     Q.    All right.  So we'll go off the record for

24  five minutes.  We'll be back 2:40 Mountain Time.

25        THE VIDEOGRAPHER:  We're going off the

                                                    170

# Tab 31A

*Organization for Kingdom-Preaching and Disciple-Making* (1972)

# Organization

## FOR

## KINGDOM-PREACHING

## AND

## DISCIPLE-MAKING

"This good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations." "Go . . . and make disciples of people of all the nations, baptizing them . . . teaching them."—Matt. 24:14; 28:19, 20.

CAEKAERT/MAPLEY 002835

# CONTENTS

CHAPTER                                                                  PAGE

1   The Work of Preaching and Disciple-making ........................ 3

2   The Organization That Jehovah Is Using .......... 7

3   Your Relationship with God ..................... 13

4   Shepherds of the Flock of God ................. 53

5   Meetings at Which to Be Taught by Jehovah ..................... 91

6   Your Service to God ......................... 107

7   Serving Jehovah Whole-souled .............. 132

8   Financing the Work of Preaching and Disciple-making ..................... 148

9   Safeguarding the Cleanness of the Congregation ..................... 154

10   Endurance That Results in Divine Approval ..................... 182

COPYRIGHT, 1972
by
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA

PUBLISHERS
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 002836

# THE WORK OF PREACHING AND DISCIPLE-MAKING

JEHOVAH has provided good news for mankind, and it is his will that people everywhere be given opportunity to hear it. Now, as the wicked system of things nears its finish, the time left in which to reach people of all nations with this good news is short. There is much to be done. It is a work for everyone who truly loves God and who loves his neighbor. Will you share in it?

Of course, service to God has always included such basic matters as clean living, loving care for the members of one's family, obedience to divine law and prayerful expressions of gratitude to our Creator. But at various times Jehovah has also given special assignments of work to his servants. Noah, for example, was instructed to build an ark and to be a "preacher of righteousness" at a time when the earth was filled with violence. Israel's prophets served as God's spokesmen, announcing both good news and messages of judgment. —2 Pet. 2:5; Gen. 6:13, 14; Jer. 1:7-10.

The special work assigned to Christians was begun at Jehovah's direction nineteen hundred years ago. It was a twofold work: first, that of proclaiming the good news of God's kingdom along with God's judgment messages to peoples of all nations, and, second, that of teaching all those people responding favorably to that proclamation, making disciples of them.

God gave a splendid start to that work, using his own Son to initiate it and to set the right pattern for others to follow. Jesus personally "set out on a tour of all the cities and villages, teaching in their synagogues and preaching the good

CAEKAERT/MAPLEY 002837

news of the kingdom." (Matt. 9:35) Those who became his disciples were given needed instruction and then were themselves sent into cities and villages.—Matt. 10:5-15; Luke 9:1-6; 10:1-16.

Though confining his own activity mainly to the nation of Israel, Jesus showed that the ministry of his followers would reach out "to the most distant part of the earth." (Acts 1:8) "This good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations," he said, "and then the end will come." (Matt. 24:14) Before returning to the heavenly courts of his Father, Jesus commanded his disciples: "Go . . . and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit, teaching them to observe all the things I have commanded you. And, look! I am with you all the days until the conclusion of the system of things." —Matt. 28:19, 20.

Rightly, this work would be intensified in our time, down here at the "conclusion of the system of things." The Scriptures, together with all the evidence in fulfillment of prophecy since 1914 C.E., show that Jehovah has 'taken his great power and begun to rule as king.' He has done so by conferring upon his Son Jesus Christ active ruling authority over the nations. (Rev. 11:15-18; Dan. 7:13, 14) The 'hour of judgment' has arrived, and people of all nations are being separated, with either survival or destruction in the coming "great tribulation" in view. God's angels have a share invisibly in directing this global work of separation, with its visible activity of Kingdom-preaching and disciple-making. Yes, God's universal family in heaven and on earth works unitedly to accomplish this mammoth task in harmony with the Father's will.—Rev. 14:6, 7; Matt. 13:40, 41, 49; 25:31-46.

CAEKAERT/MAPLEY 002838

This work and the limited time remaining for its accomplishment place a test upon all persons. How much does the kingdom of God's Son mean to us? Will we zealously publicize it, or will we show indifference? Will we boldly advocate it, or will we be shamefully silent about it? What we do will not escape the King's notice. (Luke 9:26) Jehovah is allowing us to show what the Kingdom means to us, and our response is decisive as to what the future holds for us individually.

## WHY EACH SHOULD SHARE

We should each want to have as large a share as possible in this special work. On the one hand we should view it as a sacred duty, an obligation, a requirement on which our very lives depend. In view of our Lord's command, we can say as did the apostle Paul: "Necessity is laid upon me. Really, woe is me if I did not declare the good news!" (1 Cor. 9:16) We rightly are guided by the "fear of Jehovah" in this, for the Bible definitely links our making public expression of what is in our hearts with our gaining salvation. —Ps. 111:10; Rom. 10:8-10.

But the real question is, What is in our hearts? For out of the heart's abundance the mouth is bound to speak. (Luke 6:45) Do we see clearly how Kingdom-preaching and disciple-making relate to the supreme issue that Satan the Devil raised over the rightness of Jehovah's universal sovereignty? Do we see how God's name and honor are involved and the part that our keeping integrity and being wholeheartedly obedient to him serve in the vindication and sanctification of his name? Do we love the name of God, not just the name "Jehovah" itself but all that the name stands for—his righteousness, his justice, his power, his wisdom, his patience, his mercy and, above all, his love? Then our hearts will move us to stand up on behalf of this 'incomparable God' as Jeho-

CAEKAERT/MAPLEY 002839

vah's Christian witnesses, not covering over his righteousness in our hearts nor hiding his loving-kindness and trueness from others.—Compare Psalm 40:5-10.

From our study of the Bible we have come to appreciate what God's kingdom really is—not an expression of God's power simply to display God's almightiness, but his provision for correcting injustices and removing all oppression. It will restore peace and unity in all God's universal family under his own Sovereign Headship, to the everlasting blessing of all who willingly submit to his Son's administration of matters and his carrying out of his Father's purposes. What righteous-hearted person would not be thrilled to share such good news with others?—Isa. 11:1-5, 9; Eph. 1:9, 10.

Jehovah has been long-suffering and patient in allowing this time before the "great tribulation" in order that the Kingdom-preaching and disciple-making work can be carried out. He "does not desire any to be destroyed but desires all to attain to repentance." So, too, mercy and love for our neighbor should move us to do all we can to aid others to become reconciled to God before he expresses his anger by destroying the wicked. (2 Pet. 3:8-10, 15; 2 Cor. 5:20; 6:1, 2) But "how will they call on him in whom they have not put faith? How, in turn, will they put faith in him of whom they have not heard? How, in turn, will they hear without someone to preach?" (Rom. 10:14) By responding to that need for preachers, making the life-giving message available to the greatest number possible, we can show that we are like our heavenly Father.—Eph. 4:32–5:2.

Feeling keenly the urgency of the times, we will proclaim Jehovah's "year of goodwill," urging persons to 'search for Jehovah while he may be found,' saying in effect: "Why should you die . . . cause a turning back and keep living." (Isa.

CAEKAERT/MAPLEY 002840

61:2; 55:6, 7; Ezek. 18:31, 32) By so doing we shall be free of bloodguilt before God and shall have the great joy of helping many persons to gain life in Jehovah's righteous new order, all to his praise and honor through his Son and our King, Jesus Christ.—Acts 18:6.

CHAPTER 2

# THE ORGANIZATION THAT JEHOVAH IS USING

EVEN before Jesus returned to heaven he made it plain how this work of preaching and disciple-making was going to be accomplished world wide. He told his disciples: "You will receive power when the holy spirit arrives upon you, and you will be witnesses of me . . . to the most distant part of the earth." (Acts 1:8) The work of witnessing was not going to be done in their own strength. Both the direction and the power to carry the work to its completion would come from Jehovah God through his Son.

It is noteworthy that when the holy spirit was poured out upon Jesus' disciples at Jerusalem at the time of the festival of Pentecost of 33 C.E., "they were all together at the same place." (Acts 2:1-4) And thereafter, as the preaching of the good news spread out to other lands, congregations of believers were formed. These congregations did not operate independently, each one setting up its own standards. There was a 'oneness of spirit' among them and a loving concern for believers in other places. (Eph. 4:3-6; Rom. 15:26; 16:16; Phil. 4:21, 22) They worked in close association with one another. Appropriately the apostle Peter could refer to the faithful followers of God's Son as "the entire association of your brothers in the world."—1 Pet. 5:9.

CAEKAERT/MAPLEY 002841

This "association of your brothers" belonged to God. They are spoken of at Acts 20:28 as "the congregation of God, which he purchased with the blood of his own Son." As they carried on their activity they were called on to give evidence of their appreciation of this relationship. Whom did they obey? They had been taught by Jesus to preach about "the kingdom of the heavens," but did they really look to God in heaven for direction? (Matt. 10:7) Called up before the Jewish high court and ordered to stop preaching on the basis of the name of Jesus, the apostles made their position clear when they said: "We must obey God as ruler rather than men." (Acts 5:29) Fittingly, in prayer they addressed Jehovah as their "Sovereign Lord." (Acts 4:24) The attitude of true Christians has not changed since then. Jehovah's Christian witnesses in these "last days" continue to look to Jehovah as their Supreme Ruler. They recognize that the Bible is his inspired Word and they conform their activity to what it says.—2 Tim. 3:16, 17.

The Scriptures show that no man is the head of the organization that Jehovah is using to accomplish the work of Kingdom-preaching and disciple-making. And those associated with that organization are not to look to any human as their leader. (Matt. 23:10) They recognize Jesus Christ as the Head of the congregation. He is such, not because they selected him for that position, but because God himself appointed his Son to that office. (John 15:16) As the apostle Paul explains: "He also subjected all things under his feet, and made him head over all things to the congregation, which is his body."—Eph. 1:22, 23.

## "THE FAITHFUL AND DISCREET SLAVE"

That congregation has been brought together for a purpose. And what is that purpose? It was readily apparent to observers in Jerusalem at the

CAEKAERT/MAPLEY 002842

time of the formation of the Christian congregation. The observers said: "We hear them speaking . . . about the magnificent things of God." (Acts 2:11) To these Christian speakers as the spiritual "Israel of God" the words applied: " 'You are my witnesses,' is the utterance of Jehovah, 'even my servant whom I have chosen.' " (Isa. 43:10; Gal. 6:16) They were Jehovah's Christian witnesses. Collectively these witnesses are called God's "servant." Thus it is evident that they are the ones referred to by Jesus when he asked: "Who really is the faithful and discreet slave whom his master appointed over his domestics, to give them their food at the proper time?" (Matt. 24:45) From the time of the outpouring of the holy spirit after Jesus' return to heaven, that "servant" or "slave" class, also called "the faithful steward," proceeded to care for its appointed responsibility. (Luke 12:42-44) Spiritual "food at the proper time" was provided under the direction of the Master, Jesus Christ. Of course, not all members of the "slave" class wrote counsel to the congregations, and not all gave admonition in public discourses. (1 Tim. 2:12) But all did contribute in various ways to the spiritual upbuilding of the "domestics," the individual members of the congregation.—Eph. 4:16.

The total number of those making up the membership of the "body" of Christ, the spirit-begotten congregation, is stated to be 144,000 persons. These, when resurrected to the heavens, are to reign with Christ as kings and priests. (Rev. 7:4-8; 14:1-5; 20:4, 6) Evidences show we are in the time of the "harvest," the conclusion of the present system of things. The remaining ones of this number on earth today are therefore few. (Matt. 13:37-43) They are the nucleus around which a much larger number of honest-hearted persons have gathered. These latter ones are called

CAEKAERT/MAPLEY 002843

by Jesus his "other sheep." (John 10:16) The Bible also designates them as a "great crowd," having the hope of everlasting life on earth as subjects of the Kingdom.—Rev. 7:9-17.

The remaining ones of Christ's spirit-anointed body members on earth constitute the "faithful and discreet slave" of today, and it is this class, as foretold at Matthew 24:47, that the Lord Jesus has appointed "over *all* his belongings" here on earth. So it is vital to work in close association with this "slave" class and to respond in a positive way to the counsel that you receive through it.

From among the members of that "faithful and discreet slave" class certain ones serve as a visible governing body. In the first century of our Common Era that visible governing body was made up of the apostles and other "older men" in the Jerusalem congregation. (Acts 15:2, 6, 23) When they were called on to make decisions affecting the lives and activity of God's people, they considered carefully what the Scriptures said about the matter, looked to God for the direction of his spirit, and then gave appropriate counsel. They also appointed men to responsible positions. (Acts 6:1-6) And they sent out members of the governing body and others on special assignments. (Acts 8:14, 15; 11:22; 15:22) Response to such oversight provided by the Master Jesus Christ through this visible agency resulted in continued increase, with God's blessing.—Acts 16:1-5; 1 Cor. 3:6, 7.

## INSTRUMENTS USED BY THE "FAITHFUL AND DISCREET SLAVE" CLASS

In order to carry out the work of preaching and disciple-making most effectively under modern-day conditions, the "faithful and discreet slave" has organized various legal corporations, the principal one of which is the Watch Tower Bible and Tract Society of Pennsylvania. This Society, made

CAEKAERT/MAPLEY 002844

up of dedicated, baptized Christians, is nonprofit and is completely devoted to advancing the interests of true worship in the earth. To facilitate its work world wide, the Society also has branch offices in various countries. All of these are subject to the "faithful and discreet slave" class and its governing body.

Throughout the territory supervised by the various branch offices of the Watch Tower Society are congregations of Jehovah's Christian witnesses. These are all organized in harmony with the arrangements set out in the Scriptures. These congregations have appointed elders, at present some of the anointed and some of the "other sheep," but all spiritually qualified men, who serve as overseers and spiritual shepherds of the flock of God entrusted to their care. (Acts 14:23; 20:17, 28; Titus 1:5) None of these elders is looked to as the head of the congregation; that is the position to which God has appointed Jesus Christ. Rather, the elders as a body work together to care for the flock under the direction of the Fine Shepherd, Jesus Christ. (1 Tim. 4:14; John 10:11) They well know that the flock is not theirs but God's, and they recognize their accountability to Jehovah. The result is a unified organization, one that upbuilds and refreshes its members and that serves for the accomplishment of the work that God has given it to perform.

## RECOGNIZING GOD'S ARRANGEMENT

If you desire to serve Jehovah and to share in the work that he gives his people to do today, you need to associate with those whom God approves. Are you convinced that Jehovah is using an earthly organization of disciples of Jesus Christ, that the Christian congregation of anointed ones is indeed the appointed "slave" that has been entrusted with *all* the earthly interests of the Master Jesus Christ?

CAEKAERT/MAPLEY 002845

From your study of the Bible, you have come to know that, in order to please God, persons must imitate God's people ('my people') and 'get out of Babylon the Great,' the world empire of false religion. (Rev. 18:4) Honest-hearted persons also must follow the counsel written to the congregation of anointed Christians that says: "Get out from among them, and separate yourselves . . . and I will take you in." (2 Cor. 6:17) And where is he going to take them? Into association with "the congregation of the living God," which is referred to at 1 Timothy 3:15 as "a pillar and support of the truth." Those who make up this congregation of anointed Christians are also said to be a 'people for God's name,' and, as we have already noted from the Scriptures, they look to Christ as their heavenly Head.—Acts 15:14.

Which organization fits this description? Well, who are the people that hold firmly to the Bible, drawing all their beliefs from its pages and using it as their guide in all affairs of life? Who have truly proved themselves to be the 'people for God's name,' treating his name Jehovah with respect and making it known around the globe? Who really show their subjection to Jesus Christ as Head by doing the things that he commanded: preaching the good news of the Kingdom, making disciples of people of all nations, and loving one another as he loved them? (John 13:34, 35) You know the answer. It is the "faithful and discreet slave" class of anointed Christians, to whom the "great crowd" of "other sheep" are now being gathered by the "fine shepherd" Jesus Christ.—John 10:16.

So, if it is your sincere desire to serve our loving God and Father, Jehovah, you will want to show appreciation for the "faithful and discreet slave" class that he is using and work wholeheartedly under its direction.

CAEKAERT/MAPLEY 002846

# CHAPTER 3

## YOUR RELATIONSHIP WITH GOD

**B**Y BIRTH we are creatures that have descended from Adam and Eve, who were created by Jehovah God through his only-begotten Son, Jesus Christ. What life we now have, even though accompanied by imperfection, we owe to God the Creator, the Universal Life-giver. God does not owe us a single thing. We do not have the right to demand from him a single thing. All the good things that we now possess we owe to him, and many or most of these things he has bestowed upon us without his first asking us to accept them. Other things, although God offers them to us out of his own generosity and mercy, it remains for us to accept or refuse. One of these things that we are allowed to accept or refuse is relationship with Him as God and Father. This is because we were not born into God's universal family of recognized children.

None of us can assume relationship as something that belongs to us by right in view of our being creatures for whose existence God is responsible. Relationship with Him calls for certain qualifications on our part. God does not force relationship with Himself upon us. He offers to us the opportunity to enter into recognized relationship with him, according to his own philanthropy or love of mankind. It is plainly stated: "When the kindness and the love for man on the part of our Savior, God, was manifested, owing to no works in righteousness that we had performed, but according to his mercy he saved us through the bath that brought us to life and through the making of us new by holy spirit. This spirit he poured out richly upon us through Jesus Christ our Savior, that, after being declared righteous by

13

virtue of the undeserved kindness of that one, we might become heirs according to a hope of everlasting life." (Titus 3:4-7, *Int*)* Thus God took the initial steps in opening the way for mankind to return to relationship with Him.

In order to avail itself of this divine provision for the restoration of mankind to relationship with God, mankind has to come to a knowledge of this provision. Knowing this, Jehovah God lovingly sends forth the knowledge by means of his approved proclaimers of the good news. "This is fine and acceptable in the sight of our Savior, God, whose will is that all sorts of men should be saved and come to an accurate knowledge of truth. For there is one God, and one mediator between God and men, a man, Christ Jesus, who gave himself a corresponding ransom for all—this is what is to be witnessed to at its own particular times." —1 Tim. 2:3-6.

What is the first step to be taken by one who comes to a knowledge of God's provision and thereby receives an invitation to take advantage of it? It is the step of repentance over one's sins. The apostle Paul mentioned this initial step. When speaking to pagan Greeks in their heathenish ignorance, he said: "True, God has overlooked the times of such ignorance, yet now he is telling mankind that they should all everywhere repent. Because he has set a day in which he purposes to judge the inhabited earth in righteousness by a man whom he has appointed, and he has furnished a guarantee to all men in that he has resurrected him from the dead." (Acts 17:30, 31) Since that inspired statement, God has continued to exercise patience in permitting wickedness among mankind. The apostle Peter tells us God's reason for such unusual patience, saying: "Jehovah is not slow respecting his promise, as some people consider slowness, but he is patient with you because he

* Abbreviations for Bible versions are explained on page 192.

CAEKAERT/MAPLEY 002848

does not desire any to be destroyed but desires all to attain to repentance."—2 Pet. 3:9.

At the end of the "seventy weeks" of years as foretold by Daniel the prophet, Jehovah God in his mercy opened the way for the non-Jews or Gentiles to enter into relationship with him as Christians. (Dan. 9:24-27) Jehovah was the One who sent the apostle Peter to the home of the Gentile Cornelius at Caesarea to preach the good news to him and to those gathered in the home. There, by the outpouring of his holy spirit, Jehovah gave evidence of his acceptance of believing Gentiles into relationship with himself. (Acts 10:1-48) It is evident that those believing Gentiles who received the holy spirit and got baptized in water had repented of their sins. That the Christianized Jews were surprised at the fact that Jehovah took the initiative and cleared the way for the uncircumcised Gentiles to receive the message of salvation and act upon it is indicated by the record. We read concerning what happened after the apostle Peter reported to his Christian brothers in Judea who were in a questioning attitude: "Now when they heard these things, they acquiesced, and they glorified God, saying: 'Well, then, God has granted repentance for the purpose of life to people of the nations also.' "—Acts 11:1-18.

Of course, those repentant Gentiles had to turn around in their course or be converted just as the believing Jews had been obliged to do. Prior to the end of the seventieth week of years, the apostle Peter had declared to natural circumcised Jews at the temple in Jerusalem: "In this way God has fulfilled the things he announced beforehand through the mouth of all the prophets, that his Christ would suffer. Repent, therefore, and turn around so as to get your sins blotted out, that seasons of refreshing may come from the person of Jehovah." (Acts 3:18, 19) After the end of the

CAEKAERT/MAPLEY 002849

seventieth week of years in 36 C.E. the turning around or conversion of many Gentiles who heard the good news took place. The apostle Paul was largely used in this regard. We read, concerning the time that the congregation at Antioch of Syria sent Paul and Barnabas up to Jerusalem to get a decision on the question of circumcising believing Gentiles: "Accordingly, after being conducted part way by the congregation, these men continued on their way through both Phoenicia and Samaria, relating in detail the conversion of people of the nations, and they were causing great joy to all the brothers."—Acts 15:3.

As in the case of the Jews, the repentance of the Gentiles was toward Jehovah God. As Paul said: "I did not hold back from telling you any of the things that were profitable nor from teaching you publicly and from house to house. But I thoroughly bore witness both to Jews and to Greeks about repentance toward God and faith in our Lord Jesus." (Acts 20:20, 21) The repentance is toward God, and likewise the conversion or turning around is to God. "Turn around and I should heal them." (John 12:40; Acts 28:27; Isa. 6:9, 10) It is therefore apparent that repentance and conversion are necessary steps that a person who accepts the message of salvation must take toward entering into relationship with Jehovah God. But now a definite action must take place. What?

On the day of Pentecost of 33 C.E. the apostle Peter said to thousands of inquiring Jews: "Repent, and let each one of you be baptized in the name of Jesus Christ for forgiveness of your sins, and you will receive the free gift of the holy spirit." (Acts 2:38) In the preceding year Jesus Christ had told other inquiring Jews: "This is the work of God, that you exercise faith in him whom that One sent forth." (John 6:29) So the repentant, converted one needs to make a definite ac-

CAEKAERT/MAPLEY 002850

ceptance of Jesus as Jehovah's Messiah in order to do the "work of God." He must do this before he can be baptized in water in the name of Jesus Christ. What this accepting of Jesus Christ as one's Leader means, he himself told his apostles, saying: "If anyone wants to come after me, let him disown himself and pick up his torture stake and continually follow me." (Matt. 16:24) When anyone disowns himself, he discontinues claiming possession of himself. He renounces his claim upon himself in favor of someone else.

Whom does the prospective follower of Christ choose to be his owner and thenceforth confess, acknowledge and adhere to as his sole owner? It is Jehovah God, the heavenly Father of the Lord Jesus Christ. By thus disowning oneself in order to become a disciple and follower of the Son of God one hands oneself over to Jehovah God. One commits the ownership of oneself to Jehovah God. This, since the end of the seventy weeks of years in 36 C.E., is what we today call "dedication." One makes this dedication of oneself to Jehovah God through Jesus Christ, for it is through Jesus Christ that God takes over ownership of the dedicating one. Hence it is said to Christians in relationship with God: "You do not belong to yourselves, for you were bought with a price. By all means, glorify God in the body of you people." (1 Cor. 6:19, 20) That is why Christian overseers are commanded "to shepherd the congregation of God, which he purchased with the blood of his own Son."—Acts 20:28.

Only after a believer had made such a dedication of himself to Jehovah God and taken up the discipleship of Jesus Christ is the believer qualified to get baptized "in the name of the Father and of the Son" as well as of the holy spirit. (Matt. 28:19; Acts 19:5) Thus water baptism is a symbol of this dedication of oneself to Jehovah God through Jesus Christ, preceded by repentance and

CAEKAERT/MAPLEY 002851

conversion. By pursuing this course, the dedicated, baptized believer comes into possession of a "good conscience" toward God. (1 Pet. 3:21) Such a one who has thus symbolized his disowning of himself now becomes a slave owned by God and a disciple of His Christ. He must continue to obey the command, of Romans 6:13: "Present yourselves to God as those alive from the dead, also your members to God as weapons of righteousness." Moffatt's Bible translation here uses the words "dedicate yourselves" instead of "present yourselves."

### FOR THOSE CONSIDERING BAPTISM

If you have dedicated your life to the doing of Jehovah's will and are now contemplating baptism, you will be greatly aided by reading recent publications of the Watch Tower Society in addition to the book that you are currently studying. The elders of the congregation with which you are associated will gladly make recommendations to you of material that will be most helpful.

Before each assembly of Jehovah's Christian witnesses, the presiding overseer of the congregation will ascertain whether any associating with the congregation have dedicated their lives to Jehovah and now need to get baptized. He will arrange for meetings to be held with these candidates for immersion so that he, probably with the assistance of others of the local body of elders, can review with them the eighty questions presented in this chapter. The purpose of this is to help them to be sure that they really understand what the step of dedication and baptism means and includes. This also gives the congregation the assurance and confidence that those getting baptized truly understand what it means to be one of Jehovah's Christian witnesses and that they meet the Scriptural requirements.

If you are arranging to be immersed, get your affairs in order so as to be able to attend all these preliminary meetings for baptismal candidates. Review beforehand the questions provided, with their accompanying texts, looking up all scriptures cited but not quoted. Think

CAEKAERT/MAPLEY 002852

about each question and the way the Scriptural information affects your life.

The material outlined on pages 19 to 52 may be divided among three or more sessions, as the presiding overseer, the chairman of the body of elders, considers best. Usually he will conduct one or more of the sessions, with others of the elders conducting the remaining ones. These meetings provide a fine opportunity for some of the body of elders to become acquainted with you, and you with them. They will be glad to help you with any points you do not fully understand, so feel free to ask them questions.

Review, now, the basic teachings of the Bible that follow, one at a time, and also try to express in your own words what these scriptures mean to you.

**Who is the true God?**

The Bible answers: "You, whose name is Jehovah, you alone are the Most High over all the earth." (Ps. 83:18) "Jehovah our God is one Jehovah." (Deut. 6:4; Mark 12:29) "God is a Spirit, and those worshiping him must worship with spirit and truth." (John 4:24) [Consider how this differs from local popular beliefs, whether of Christendom or of other religions.]

**What kind of God is Jehovah?**

"God is love." (1 John 4:8) "The Rock, perfect is his activity, for all his ways are justice. A God of faithfulness, with whom there is no injustice; righteous and upright is he." (Deut. 32:4) "O the depth of God's riches and wisdom and knowledge! How unsearchable his judgments are and past tracing out his ways are!" (Rom. 11:33) "O Sovereign Lord Jehovah! Here you yourself have made the heavens and the earth by your great power and by your outstretched arm. The whole matter is not too wonderful for you yourself." (Jer. 32:17) "No man has seen God at any time; the only-begotten god who is in the bosom position with the Father is the one that has explained him." (John 1:18) "Jehovah went passing by before his face and declaring: 'Jehovah, Jehovah, a God merciful and gracious, slow to anger and abundant in loving-kindness and truth, preserving loving-kindness for thousands, pardoning error and transgression and sin, but by no means will he give exemption from punishment.'" (Ex. 34:6, 7)

CAEKAERT/MAPLEY 002853

"Jehovah is not slow respecting his promise, as some people consider slowness, but he is patient with you because he does not desire any to be destroyed but desires all to attain to repentance." (2 Pet. 3:9) "Before the mountains themselves were born, or you proceeded to bring forth as with labor pains the earth and the productive land, even from time indefinite to time indefinite you are God." (Ps. 90:2)

**What does it mean to know God?**

"You have been shown, so as to know that Jehovah is the true God; there is no other besides him." (Deut. 4:35) "If, please, I have found favor in your eyes, make me know, please, your ways, that I may know you." (Ex. 33:13) "Those knowing your name will trust in you." (Ps. 9:10) (Compare 1 John 2:3-6.)

**What does the Bible mean when it says that Jehovah requires our exclusive devotion?**

"Jesus said to him: 'It is written, "It is Jehovah your God you must worship, and it is to him alone you must render sacred service." ' " (Luke 4:8) "You must not make for yourself a carved image or a form like anything that is in the heavens above or that is on the earth underneath or that is in the waters under the earth. You must not bow down to them nor be induced to serve them, because I Jehovah your God am a God exacting exclusive devotion." (Ex. 20:4, 5)

**How will Jehovah God sanctify his name? How can we have a share in it?**

"I will bring myself into judgment with him, with pestilence and with blood; . . . And I shall certainly magnify myself and sanctify myself and make myself known before the eyes of many nations; and they will have to know that I am Jehovah." (Ezek. 38:22, 23) "You must pray, then, this way: 'Our Father in the heavens, let your name be sanctified.' " (Matt. 6:9) "Jehovah of armies—he is the One whom you should treat as holy." (Isa. 8:13) "I have glorified you on the earth . . . I have made your name manifest to the men you gave me out of the world." (John 17:4, 6) "Maintain your conduct fine among the nations, that, in the thing in which they are speaking against you as evildoers, they may as a result of your fine works of which

CAEKAERT/MAPLEY 002854

they are eyewitnesses glorify God in the day for his inspection." (1 Pet 2:12) [Consider how one's conduct reflects on Jehovah's name.]

**Who is Jesus Christ, and what is his position in relation to Jehovah God?**

"Peter said: 'You are the Christ, the Son of the living God.'" (Matt. 16:16) "I am going my way to the Father, because the Father is greater than I am." (John 14:28) "He is the image of the invisible God, the firstborn of all creation; because by means of him all other things were created in the heavens and upon the earth, the things visible and the things invisible, no matter whether they are thrones or lordships or governments or authorities. All other things have been created through him and for him. Also, he is before all other things and by means of him all other things were made to exist." (Col. 1:15-17) "There is one God, and one mediator between God and men, a man, Christ Jesus." (1 Tim. 2:5) "Keep this mental attitude in you that was also in Christ Jesus, who, although he was existing in God's form, gave no consideration to a seizure, namely, that he should be equal to God. No, but he emptied himself and took a slave's form and came to be in the likeness of men. More than that, when he found himself in fashion as a man, he humbled himself and became obedient as far as death, yes, death on a torture stake. For this very reason also God exalted him to a superior position and kindly gave him the name that is above every other name, so that in the name of Jesus every knee should bend of those in heaven and those on earth and those under the ground, and every tongue should openly acknowledge that Jesus Christ is Lord to the glory of God the Father." (Phil. 2:5-11)

**Why did Jesus die a sacrificial death?**

"The Son of man came, not to be ministered to, but to minister and to give his soul a ransom in exchange for many." (Matt. 20:28) "We behold Jesus, who has been made a little lower than angels, crowned with glory and honor for having suffered death, that he by God's undeserved kindness might taste death for every man. . . . that through his death he might bring to nothing the one having the means to cause death, that is, the Devil; and that he might emancipate all those who for

CAEKAERT/MAPLEY 002855

fear of death were subject to slavery all through their lives." (Heb. 2:9, 14, 15) "He beheld Jesus coming toward him, and he said: 'See, the Lamb of God that takes away the sin of the world!' " (John 1:29)

**8 How is the ransom an expression of God's love for mankind?**

"God recommends his own love to us in that, while we were yet sinners, Christ died for us." (Rom. 5:8) "By this the love of God was made manifest in our case, because God sent forth his only-begotten Son into the world that we might gain life through him. The love is in this respect, not that we have loved God, but that he loved us and sent forth his Son as a propitiatory sacrifice for our sins." (1 John 4:9, 10) "God loved the world so much that he gave his only-begotten Son, in order that everyone exercising faith in him might not be destroyed but have everlasting life." (John 3:16)

**9 How does the ransom affect us as individuals?**

"By means of him we have the release by ransom through the blood of that one, yes, the forgiveness of our trespasses, according to the riches of his undeserved kindness." (Eph. 1:7) "My little children, I am writing you these things that you may not commit a sin. And yet, if anyone does commit a sin, we have a helper with the Father, Jesus Christ, a righteous one. And he is a propitiatory sacrifice for our sins, yet not for ours only but also for the whole world's." (1 John 2:1, 2) "The love the Christ has compels us . . . he died for all that those who live might live no longer for themselves, but for him who died for them." (2 Cor. 5:14, 15) "He that exercises faith in the Son has everlasting life; he that disobeys the Son will not see life, but the wrath of God remains upon him." (John 3:36)

**10 What is the holy spirit?**

"God's *active force* was moving to and fro over the surface of the waters." (Gen. 1:2) "You will receive power when the holy spirit arrives upon you, and you will be witnesses of me both in Jerusalem and in all Judea and Samaria and to the most distant part of the earth." (Acts 1:8) "They all became filled with holy spirit and started to speak with different tongues, just

CAEKAERT/MAPLEY 002856

as the spirit was granting them to make utterance." (Acts 2:4)

**11 How can we benefit from the operation of that spirit today?**

"If you, although being wicked, know how to give good gifts to your children, how much more so will the Father in heaven give holy spirit to those asking him!" (Luke 11:13) "All Scripture is *inspired* of God and beneficial for teaching, for reproving, for setting things straight, for disciplining in righteousness." (2 Tim. 3:16; see also 2 Peter 1:21.) "Pay attention to yourselves and to all the flock, among which the holy spirit has appointed you overseers, to shepherd the congregation of God, which he purchased with the blood of his own Son." (Acts 20:28)

**12 Whose ideas are recorded in the Bible? Does that mean that God personally spoke or wrote it all? Is all of it true?**

"All Scripture is inspired of God." (2 Tim. 3:16) "That is why we also thank God incessantly, because when you received God's word, which you heard from us, you accepted it, not as the word of men, but, just as it truthfully is, as the word of God, which is also at work in you believers." (1 Thess. 2:13) "You know this first, that no prophecy of Scripture springs from any private interpretation. For prophecy was at no time brought by man's will, but men spoke from God as they were borne along by holy spirit." (2 Pet. 1:20, 21) "Sanctify them by means of the truth; your word is truth." (John 17:17)

**13 Why should we pray, to whom, and how often?**

"The end of all things has drawn close. Be sound in mind, therefore, and be vigilant with a view to prayers." (1 Pet. 4:7) "He went on to tell them . . . always to pray and not to give up." (Luke 18:1) "Pray for one another . . . A righteous man's supplication, when it is at work, has much force." (Jas. 5:16) "If you ask the Father for anything he will give it to you in my name. . . . Ask and you will receive, that your joy may be made full." (John 16:23, 24) "To my sayings do give ear, O Jehovah; do understand my sighing. Do pay attention to the sound of my cry for help, O my King and my God, because to you I pray." (Ps. 5:1, 2)

CAEKAERT/MAPLEY 002857

"Pray incessantly." (1 Thess. 5:17) "Persevere in prayer." (Rom. 12:12)

**14 About what is it proper to pray?**

"No matter what it is that we ask according to his will, he hears us." (1 John 5:14) "Do not be anxious over anything, but in everything by prayer and supplication along with thanksgiving let your petitions be made known to God." (Phil. 4:6) "In the name of our Lord Jesus Christ giving thanks always for all things to our God and Father." (Eph. 5:20) "You must pray, then, this way: 'Our Father in the heavens, let your name be sanctified. Let your kingdom come. Let your will take place, as in heaven, also upon earth. Give us today our bread for this day; and forgive us our debts, as we also have forgiven our debtors. And do not bring us into temptation, but deliver us from the wicked one.' " (Matt. 6:9-13)

**15 What is the kingdom of God?**

"With the clouds of the heavens someone like a son of man happened to be coming; and to the Ancient of Days he gained access, and they brought him up close even before that One. And to him there were given rulership and dignity and kingdom, that the peoples, national groups and languages should all serve even him. His rulership is an indefinitely lasting rulership that will not pass away, and his kingdom one that will not be brought to ruin." (Dan. 7:13, 14) "Jesus answered: 'My kingdom is no part of this world. If my kingdom were part of this world, my attendants would have fought that I should not be delivered up to the Jews. But, as it is, my kingdom is not from this source.' " (John 18:36) "They sing a new song, saying: 'You are worthy to take the scroll and open its seals, because you were slaughtered and with your blood you bought persons for God out of every tribe and tongue and people and nation, and you made them to be a kingdom and priests to our God, and they are to rule as kings over the earth.' " (Rev. 5:9, 10)

**16 What does it mean to 'seek first the kingdom'?**

"Stop storing up for yourselves treasures upon the earth, where moth and rust consume, and where thieves

CAEKAERT/MAPLEY 002858

break in and steal. Rather, store up for yourselves treasures in heaven, where neither moth nor rust consumes, and where thieves do not break in and steal. . . . No one can slave for two masters; for either he will hate the one and love the other, or he will stick to the one and despise the other. You cannot slave for God and for Riches. . . . So never be anxious and say, 'What are we to eat?' or, 'What are we to drink?' or, 'What are we to put on?' For all these are the things the nations are eagerly pursuing. For your heavenly Father knows you need all these things. Keep on, then, seeking first the kingdom and his righteousness, and all these other things will be added to you." (Matt. 6:19-33) "So, then, because we have so great a cloud of witnesses surrounding us, let us also put off every weight and the sin that easily entangles us, and let us run with endurance the race that is set before us, as we look intently at the Chief Agent and Perfecter of our faith, Jesus. For the joy that was set before him he endured a torture stake, despising shame, and has sat down at the right hand of the throne of God. Indeed, consider closely the one who has endured such contrary talk by sinners against their own interests, that you may not get tired and give out in your souls." (Heb. 12:1-3) "This good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations; and then the end will come." (Matt. 24:14)

7/ **When Christ returns, is it visibly as a man, or how?**

"When the Son of man arrives in his glory, and all the angels with him, then he will sit down on his glorious throne." (Matt. 25:31) "Christ died once for all time concerning sins, a righteous person for unrighteous ones, that he might lead you to God, he being put to death in the flesh, but being made alive in the spirit." (1 Pet. 3:18) "In the house of my Father there are many abodes. Otherwise, I would have told you, because I am going my way to prepare a place for you. Also, if I go my way and prepare a place for you, I am coming again and will receive you home to myself, that where I am you also may be. A little longer and the world will behold me no more, but you will behold me, because I live and you will live." (John 14:2, 3, 19)

CAEKAERT/MAPLEY 002859

**18 How can people know when his second presence occurs?**

Read in the Bible the entire chapters of Matthew 24, 25; Mark 13; Luke 21; Daniel 4; Revelation 6.

**19 What is God's purpose for the earth?**

"God blessed them and God said to them: 'Be fruitful and become many and fill the earth and subdue it, and have in subjection the fish of the sea and the flying creatures of the heavens and every living creature that is moving upon the earth.'" (Gen. 1:28) "He has founded the earth upon its established places; it will not be made to totter to time indefinite, or forever." (Ps. 104:5) "As regards the heavens, to Jehovah the heavens belong, but the earth he has given to the sons of men." (Ps. 115:16) "Let your kingdom come. Let your will take place, as in heaven, also upon earth." (Matt. 6:10)

**20 How will this purpose be realized?**

"In the days of those kings the God of heaven will set up a kingdom that will never be brought to ruin. And the kingdom itself will not be passed on to any other people. It will crush and put an end to all these kingdoms, and it itself will stand to times indefinite." (Dan. 2:44) "We thank you, Jehovah God, the Almighty, the One who is and who was, because you have taken your great power and begun ruling as king. But the nations became wrathful, and your own wrath came, and the appointed time for the dead to be judged, and to give their reward to your slaves the prophets and to the holy ones and to those fearing your name, the small and the great, and to bring to ruin those ruining the earth." (Rev. 11:17, 18)

**21 What conditions will prevail on earth in God's new system of things?**

"There are new heavens and a new earth that we are awaiting according to his promise, and in these righteousness is to dwell." (2 Pet. 3:13) "I saw a new heaven and a new earth; for the former heaven and the former earth had passed away, and the sea is no more. I saw also the holy city, New Jerusalem, coming down out of heaven from God and prepared as a bride adorned for her husband. With that I heard a loud voice from the throne say: 'Look! The tent of God is with

CAEKAERT/MAPLEY 002860

mankind, and he will reside with them, and they will be his peoples. And God himself will be with them. And he will wipe out every tear from their eyes, and death will be no more, neither will mourning nor outcry nor pain be anymore. The former things have passed away.'" (Rev. 21:1-4) "There must go forth a twig out of the stump of Jesse; and out of his roots a sprout will be fruitful. And upon him the spirit of Jehovah must settle down, the spirit of wisdom and of understanding, the spirit of counsel and of mightiness, the spirit of knowledge and of the fear of Jehovah; and there will be enjoyment by him in the fear of Jehovah. And he will not judge by any mere appearance to his eyes, nor reprove simply according to the thing heard by his ears. And with righteousness he must judge the lowly ones, and with uprightness he must give reproof in behalf of the meek ones of the earth. And he must strike the earth with the rod of his mouth; and with the spirit of his lips he will put the wicked one to death. And righteousness must prove to be the belt of his hips, and faithfulness the belt of his loins. And the wolf will actually reside for a while with the male lamb, and with the kid the leopard itself will lie down, and the calf and the maned young lion and the well-fed animal all together; and a mere little boy will be leader over them. And the cow and the bear themselves will feed; together their young ones will lie down. And even the lion will eat straw just like the bull. And the sucking child will certainly play upon the hole of the cobra; and upon the light aperture of a poisonous snake will a weaned child actually put his own hand. They will not do any harm or cause any ruin in all my holy mountain; because the earth will certainly be filled with the knowledge of Jehovah as the waters are covering the very sea." (Isa. 11:1-9) "He will actually swallow up death forever, and the Sovereign Lord Jehovah will certainly wipe the tears from all faces. And the reproach of his people he will take away from all the earth, for Jehovah himself has spoken it." (Isa. 25:8) "The earth itself will certainly give its produce; God, our God, will bless us." (Ps. 67:6) "Come, you people, behold the activities of Jehovah, how he has set astonishing events on the earth. He is making wars to cease to the extremity of the earth." (Ps. 46:8, 9)

CAEKAERT/MAPLEY 002861

**22 Who is the Devil? What is his origin?**

"Now the serpent proved to be the most cautious of all the wild beasts of the field that Jehovah God had made. So it began to say to the woman: 'Is it really so that God said you must not eat from every tree of the garden?' At this the woman said to the serpent: 'Of the fruit of the trees of the garden we may eat. But as for eating of the fruit of the tree that is in the middle of the garden, God has said, "You must not eat from it, no, you must not touch it that you do not die."' At this the serpent said to the woman: 'You positively will not die. For God knows that in the very day of your eating from it your eyes are bound to be opened and you are bound to be like God, knowing good and bad.'" (Gen. 3:1-5) "So down the great dragon was hurled, the original serpent, the one called Devil and Satan, who is misleading the entire inhabited earth; he was hurled down to the earth, and his angels were hurled down with him." (Rev. 12:9) "Put on the complete suit of armor from God that you may be able to stand firm against the machinations of the Devil; because we have a wrestling, not against blood and flesh, but . . . against the wicked spirit forces in the heavenly places." (Eph. 6:11, 12)

**23 Against what spiritistic practices employed by the Devil and his demons does the Bible warn us?**

"There should not be found in you anyone who . . . employs divination, a practicer of magic or anyone who looks for omens or a sorcerer, or one who binds others with a spell or anyone who consults a spirit medium or a professional foreteller of events or anyone who inquires of the dead." (Deut. 18:10, 11) "As we were going to the place of prayer, a certain servant girl with a spirit, a demon of divination, met us. She used to furnish her masters with much gain by practicing the art of prediction." (Acts 16:16) [List practices that are prevalent in your locality.]

**24 How can we protect ourselves against the influence of these wicked spirits?**

"Subject yourselves, therefore, to God; but oppose the Devil, and he will flee from you." (Jas. 4:7) "Put on the complete suit of armor from God that you may be able to stand firm against the machinations of the Devil . . .

CAEKAERT/MAPLEY 002862

On this account take up the complete suit of armor from God, that you may be able to resist in the wicked day and, after you have done all things thoroughly, to stand firm. Stand firm, therefore, with your loins girded about with truth, and having on the breastplate of righteousness, and with your feet shod with the equipment of the good news of peace. Above all things, take up the large shield of faith, with which you will be able to quench all the wicked one's burning missiles. Also, accept the helmet of salvation, and the sword of the spirit, that is, God's word, while with every form of prayer and supplication you carry on prayer on every occasion in spirit." (Eph. 6:11-18)



**Why has God permitted wickedness to continue until now?**

"What shall we say, then? Is there injustice with God? Never may that become so! For he says to Moses: 'I will have mercy upon whomever I do have mercy, and I will show compassion to whomever I do show compassion.' So, then, it depends, not upon the one wishing nor upon the one running, but upon God, who has mercy. For the Scripture says to Pharaoh: 'For this very cause I have let you remain, that in connection with you I may show my power, and that my name may be declared in all the earth.' So, then, upon whom he wishes he has mercy, but whom he wishes he lets become obstinate. . . . God, although having the will to demonstrate his wrath and to make his power known, tolerated with much long-suffering vessels of wrath made fit for destruction, in order that he might make known the riches of his glory upon vessels of mercy, which he prepared beforehand for glory." (Rom. 9:14-23; see also Job 1:9-12; 2:4-6.) "Jehovah is not slow respecting his promise, as some people consider slowness, but he is patient with you because he does not desire any to be destroyed but desires all to attain to repentance. Furthermore, consider the patience of our Lord as salvation, just as our beloved brother Paul according to the wisdom given him also wrote you." (2 Pet. 3:9, 15)



**By what means will God destroy the wicked?**

"The ten horns that you saw, and the wild beast, these will hate the harlot and will make her devastated and naked, and will eat up her fleshy parts and will

CAEKAERT/MAPLEY 002863

completely burn her with fire. For God put it into their hearts to carry out his thought." (Rev. 17:16, 17) "In one day her plagues will come, death and mourning and famine, and she will be completely burned with fire, because Jehovah God, who judged her, is strong." (Rev. 18:8) "I saw the heaven opened, and, look! a white horse. And the one seated upon it is called Faithful and True, and he judges and carries on war in righteousness. And out of his mouth there protrudes a sharp long sword, that he may strike the nations with it, and he will shepherd them with a rod of iron. He treads too the winepress of the anger of the wrath of God the Almighty. And I saw the wild beast and the kings of the earth and their armies gathered together to wage the war with the one seated on the horse and with his army. And the wild beast was caught, and along with it the false prophet that performed in front of it the signs with which he misled those who received the mark of the wild beast and those who render worship to its image. While still alive, they both were hurled into the fiery lake that burns with sulphur. But the rest were killed off with the long sword of the one seated on the horse, which sword proceeded out of his mouth. And all the birds were filled from the fleshy parts of them." (Rev. 19:11, 15, 19-21) "I saw an angel coming down out of heaven with the key of the abyss and a great chain in his hand. And he seized the dragon, the original serpent, who is the Devil and Satan, and bound him for a thousand years. And he hurled him into the abyss and shut it and sealed it over him, that he might not mislead the nations anymore until the thousand years were ended. After these things he must be let loose for a little while. Now as soon as the thousand years have been ended, Satan will be let loose out of his prison, and he will go out to mislead those nations in the four corners of the earth, Gog and Magog, to gather them together for the war. The number of these is as the sand of the sea. And the Devil who was misleading them was hurled into the lake of fire and sulphur, where both the wild beast and the false prophet already were." (Rev. 20:1-3, 7, 8, 10)



### What is the human soul? Can it die?

"Jehovah God proceeded to form the man out of dust from the ground and to blow into his nostrils the breath

CAEKAERT/MAPLEY 002864

of life, and the man came to be a living soul." (Gen. 2:7; see also 1 Corinthians 15:45.) "Look! All the souls—to me they belong. As the soul of the father so likewise the soul of the son—to me they belong. The soul that is sinning—it itself will die." (Ezek. 18:4, 20) "Indeed, any soul that does not listen to that Prophet will be completely destroyed from among the people." (Acts 3:23)

**What is sin, and how did we all become sinners?**

"Everyone who practices sin is also practicing lawlessness, and so sin is lawlessness." (1 John 3:4) "All have sinned and fall short of the glory of God." (Rom. 3:23) "Through one man sin entered into the world and death through sin, and thus death spread to all men because they had all sinned." (Rom. 5:12) "If we make the statement: 'We have no sin,' we are misleading ourselves and the truth is not in us." (1 John 1:8) "There is no man that does not sin." (1 Ki. 8:46)

**What should be our attitude toward committing sins?**

"Do not let sin continue to rule as king in your mortal bodies that you should obey their desires. Neither go on presenting your members to sin as weapons of unrighteousness, but present yourselves to God as those alive from the dead, also your members to God as weapons of righteousness. For sin must not be master over you, seeing that you are not under law but under undeserved kindness." (Rom. 6:12-14)

**Do only those who have committed gross sins or flagrant violations of God's Word need to repent?**

"God . . . is telling mankind that they should all everywhere repent." (Acts 17:30) "Do you not know that the friendship with the world is enmity with God? Whoever, therefore, wants to be a friend of the world is constituting himself an enemy of God." (Jas. 4:4) "The chief priests and the older men of the people came up to him while he was teaching . . . Jesus said to them: 'Truly I say to you that the tax collectors and the harlots are going ahead of you into the kingdom of God. For John came to you in a way of righteousness, but you did not believe him. However, the tax collectors and the harlots believed him, and you, although you saw this, did not feel regret afterwards so as to be-

CAEKAERT/MAPLEY 002865

lieve him.' " (Matt. 21:23, 31, 32) "I went bringing the message that they should repent and turn to God by doing works that befit repentance." (Acts 26:20)

### What is death?

"He said to them: 'Lazarus our friend has gone to rest, but I am journeying there to awaken him from sleep.' Therefore the disciples said to him: 'Lord, if he has gone to rest, he will get well.' Jesus had spoken, however, about his death. But they imagined he was speaking about taking rest in sleep. At that time, therefore, Jesus said to them outspokenly: 'Lazarus has died.' " (John 11:11-14) "The living are conscious that they will die; but as for the dead, they are conscious of nothing at all, neither do they anymore have wages, because the remembrance of them has been forgotten. All that your hand finds to do, do with your very power, for there is no work nor devising nor knowledge nor wisdom in Sheol, the place to which you are going." (Eccl. 9:5, 10) "In the sweat of your face you will eat bread until you return to the ground, for out of it you were taken. For dust you are and to dust you will return." (Gen. 3:19)

### Why do people die?

"The wages sin pays is death." (Rom. 6:23) "In Adam all are dying." (1 Cor. 15:22)

### What future hope for life is there for one who dies?

"I have hope toward God, which hope these men themselves also entertain, that there is going to be a resurrection of both the righteous and the unrighteous." (Acts 24:15) "Do not marvel at this, because the hour is coming in which all those in the memorial tombs will hear his voice and come out, those who did good things to a resurrection of life, those who practiced vile things to a resurrection of judgment." (John 5:28, 29) "The sea gave up those dead in it, and death and Hades gave up those dead in them, and they were judged individually according to their deeds." (Rev. 20:13)

### How many from among mankind will be in heaven with Christ?

"I saw, and, look! the Lamb standing upon the Mount Zion, and with him a hundred and forty-four

CAEKAERT/MAPLEY 002866

thousand having his name and the name of his Father written on their foreheads. And they are singing as if a new song before the throne and before the four living creatures and the elders; and no one was able to master that song but the hundred and forty-four thousand, who have been bought from the earth." (Rev. 14:1, 3; see also 7:4-8.)

**35 What will they do there?**

"You made them to be a kingdom and priests to our God, and they are to rule as kings over the earth." (Rev. 5:10) "I saw thrones, and there were those who sat down on them, and power of judging was given them. Yes, I saw the souls of those executed with the ax for the witness they bore to Jesus and for speaking about God, and those who had worshiped neither the wild beast nor its image and who had not received the mark upon their forehead and upon their hand. And they came to life and ruled as kings with the Christ for a thousand years. Happy and holy is anyone having part in the first resurrection; over these the second death has no authority, but they will be priests of God and of the Christ, and will rule as kings with him for the thousand years." (Rev. 20:4, 6)

**36 Are Christians under the law covenant with its requirements of sabbath keeping and sacrifice?**

"Christ is the end of the Law, so that everyone exercising faith may have righteousness." (Rom. 10:4) "The Law has become our tutor leading to Christ, that we might be declared righteous due to faith. But now that the faith has arrived, we are no longer under a tutor." (Gal. 3:24, 25) "Therefore let no man judge you in eating and drinking or in respect of a festival or of an observance of the new moon or of a sabbath; for those things are a shadow of the things to come, but the reality belongs to the Christ." (Col. 2:16, 17)

**37 What Christian quality should outstandingly characterize our relationship with our spiritual brothers and with the members of our own families?**

"I am giving you a new commandment, that you love one another; just as I have loved you, that you also love one another. By this all will know that you are my disciples, if you have love among yourselves." (John

CAEKAERT/MAPLEY 002867

13:34, 35) "Husbands, continue loving your wives, just as the Christ also loved the congregation and delivered up himself for it." (Eph. 5:25) "Recall the young women to their senses to love their husbands, to love their children." (Titus 2:4) "Continue putting up with one another and forgiving one another freely if anyone has a cause for complaint against another. Even as Jehovah freely forgave you, so do you also. But, besides all these things, clothe yourselves with love, for it is a perfect bond of union." (Col. 3:13, 14)

**In God's arrangement, who is head of a married woman?**
"You wives, be in subjection to your husbands, as it is becoming in the Lord." (Col. 3:18) "Let wives be in subjection to their husbands as to the Lord, because a husband is head of his wife as the Christ also is head of the congregation, he being a savior of this body." (Eph. 5:22, 23)

**How should a husband exercise his headship?**
"Husbands ought to be loving their wives as their own bodies. He who loves his wife loves himself." (Eph. 5:28) "You husbands, keep on loving your wives and do not be bitterly angry with them." (Col. 3:19) "You husbands, continue dwelling in like manner with them according to knowledge, assigning them honor as to a weaker vessel, the feminine one, since you are also heirs with them of the undeserved favor of life, in order for your prayers not to be hindered." (1 Pet. 3:7)

**Is the wife whose husband is not a believer freed from his headship?**
"You wives, be in subjection to your own husbands, in order that, if any are not obedient to the word, they may be won without a word through the conduct of their wives, because of having been eyewitnesses of your chaste conduct together with deep respect." (1 Pet. 3:1, 2) "A married woman is bound by law to her husband while he is alive; but if her husband dies, she is discharged from the law of her husband." (Rom. 7:2)

**Who is responsible before God for the training and disciplining of children?**
"You, fathers, do not be irritating your children, but go on bringing them up in the discipline and mental-

CAEKAERT/MAPLEY 002868

regulating of Jehovah." (Eph. 6:4) "The one holding back his rod is hating his son, but the one loving him is he that does look for him with discipline." (Prov. 13:24) "The rod and reproof are what give wisdom; but a boy let on the loose will be causing his mother shame." (Prov. 29:15) (See also Deuteronomy 6:6, 7.)

**May a Christian have more than one living marriage mate?**

" 'A man will leave his father and his mother and will stick to his wife, and the two will be one flesh' . . . So that they are no longer two, but one flesh." (Matt. 19:5, 6) "The overseer should therefore be irreprehensible, a husband of one wife." (1 Tim. 3:2, 12)

**What is the only Scriptural basis for divorce that frees one to remarry?**

"I say to you that whoever divorces his wife, except on the ground of fornication, and marries another commits adultery." (Matt. 19:9) "Everyone divorcing his wife, except on account of fornication, makes her a subject for adultery, and whoever marries a divorced woman commits adultery." (Matt. 5:32)

**Must persons living together as husband and wife have their marriage legally registered with the government?**

"Let marriage be honorable among all, and the marriage bed be without defilement, for God will judge fornicators and adulterers." (Heb. 13:4) "Continue reminding them to be in subjection and be obedient to governments and authorities as rulers, to be ready for every good work." (Titus 3:1) "Now in those days a decree went forth . . . for all the inhabited earth to be registered . . . Of course, Joseph also went up from Galilee . . . to get registered with Mary, who had been given him in marriage." (Luke 2:1-5)

**Why must lying be avoided?**

"The Devil . . . did not stand fast in the truth, because truth is not in him. When he speaks the lie, he speaks according to his own disposition, because he is a liar and the father of the lie." (John 8:44) "Jehovah does hate . . . a false tongue, and . . . a false witness that launches forth lies." (Prov. 6:16-19) "As for . . . all the liars, their portion will be in the lake that burns with

CAEKAERT/MAPLEY 002869

fire and sulphur. This means the second death." (Rev. 21:8)

**What is the Christian view of stealing?**

"Let none of you suffer as a murderer or a thief." (1 Pet. 4:15) "Let the stealer steal no more, but rather let him do hard work, doing with his hands what is good work, that he may have something to distribute to someone in need." (Eph. 4:28)

**What is the Christian view of drunkenness?**

"What! Do you not know that unrighteous persons will not inherit God's kingdom? Do not be misled. Neither fornicators, nor idolaters, nor adulterers, . . . nor greedy persons, nor drunkards . . . will inherit God's kingdom." (1 Cor. 6:9, 10) "Ministerial servants should likewise be serious, . . . not giving themselves to a lot of wine." (1 Tim. 3:8)

**What is God's law concerning blood?**

"Every moving animal that is alive may serve as food for you. As in the case of green vegetation, I do give it all to you. Only flesh with its soul—its blood— you must not eat." (Gen. 9:3, 4; see also Deuteronomy 12:15, 16.) "The holy spirit and we ourselves have favored adding no further burden to you, except these necessary things, to keep abstaining from things sacrificed to idols and from blood and from things strangled and from fornication. If you carefully keep yourselves from these things, you will prosper. Good health to you!" (Acts 15:28, 29) [List local practices that are affected by this law.]

**What does the Bible say about fornication, adultery, sexual relations with another person of the same sex and other loose conduct? May a person who is engaging in such practices be baptized?**

"Now the works of the flesh are manifest, and they are fornication, uncleanness, loose conduct, idolatry, practice of spiritism, enmities, strife, jealousy, fits of anger, contentions, divisions, sects, envies, drunken bouts, revelries, and things like these. As to these things I am forewarning you, the same way as I did forewarn you, that those who practice such things will not inherit God's kingdom." (Gal. 5:19-21) "Let marriage

CAEKAERT/MAPLEY 002870

be honorable among all, and the marriage bed be without defilement, for God will judge fornicators and adulterers." (Heb. 13:4) "Therefore God, in keeping with the desires of their hearts, gave them up to uncleanness, that their bodies might be dishonored among them, even those who exchanged the truth of God for the lie and venerated and rendered sacred service to the creation rather than the One who created, who is blessed forever. Amen. That is why God gave them up to disgraceful sexual appetites, for both their females changed the natural use of themselves into one contrary to nature; and likewise even the males left the natural use of the female and became violently inflamed in their lust toward one another, males with males, working what is obscene and receiving in themselves the full recompense, which was due for their error." (Rom. 1:24-27) "Deaden, therefore, your body members that are upon the earth as respects fornication, uncleanness, sexual appetite, hurtful desire, and covetousness, which is idolatry. On account of those things the wrath of God is coming. In those very things you, too, once walked when you used to live in them. But now really put them all away from you, wrath, anger, badness, abusive speech, and obscene talk out of your mouth. Do not be lying to one another. Strip off the old personality with its practices, and clothe yourselves with the new personality, which through accurate knowledge is being made new according to the image of the One who created it." (Col. 3:5-10) "This, therefore, I say and bear witness to in the Lord, that you no longer go on walking just as the nations also walk in the unprofitableness of their minds, while they are in darkness mentally, and alienated from the life that belongs to God, because of the ignorance that is in them, because of the insensibility of their hearts. Having come to be past all moral sense, they gave themselves over to loose conduct to work uncleanness of every sort with greediness. But you did not learn the Christ to be so, provided, indeed, that you heard him and were taught by means of him, just as truth is in Jesus, that you should put away the old personality which conforms to your former course of conduct and which is being corrupted according to his deceptive desires; but that you should be made new in

CAEKAERT/MAPLEY 002871

the force actuating your mind, and should put on the new personality which was created according to God's will in true righteousness and loyalty." (Eph. 4:17-24)

**56** **Why is moral cleanness of all persons among Jehovah's people important to every one of us?**

"Many will follow their acts of loose conduct, and on account of these the way of the truth will be spoken of abusively." (2 Pet. 2:2) "Beloved ones, though I was making every effort to write you about the salvation we hold in common, I found it necessary to write you to exhort you to put up a hard fight for the faith that was once for all time delivered to the holy ones. My reason is that certain men have slipped in who have long ago been appointed by the Scriptures to this judgment, ungodly men, turning the undeserved kindness of our God into an excuse for loose conduct and proving false to our only Owner and Lord, Jesus Christ." (Jude 3, 4; see also Joshua 7:1-26.)

**57** **When difficulties arise between individuals because of serious wrongs, what is the Christian way to handle the situation?**

"If your brother commits a sin, go lay bare his fault between you and him alone. If he listens to you, you have gained your brother. But if he does not listen, take along with you one or two more, in order that at the mouth of two or three witnesses every matter may be established. If he does not listen to them, speak to the congregation. If he does not listen even to the congregation, let him be to you just as a man of the nations and as a tax collector." (Matt. 18:15-17)

**58** **What action does the congregation take when a person in its midst proves to be a persistent and unrepentant violator of God's commandments?**

"In my letter I wrote you to quit mixing in company with fornicators, not meaning entirely with the fornicators of this world or the greedy persons and extortioners or idolaters. Otherwise, you would actually have to get out of the world. But now I am writing you to quit mixing in company with anyone called a brother that is a fornicator or a greedy person or an idolater or a reviler or a drunkard or an extortioner, not even eating with such a man. For what do I have to do with

CAEKAERT/MAPLEY 002872

judging those outside? Do you not judge those inside, while God judges those outside? 'Remove the wicked man from among yourselves.'" (1 Cor. 5:9-13)

**If a person in weakness commits a serious sin, but he wants help to be restored to Jehovah's favor, what action should he take?**

"He that is covering over his transgressions will not succeed, but he that is confessing and leaving them will be shown mercy." (Prov. 28:13) "My sin I finally confessed to you, and my error I did not cover. I said: 'I shall make confession over my transgressions to Jehovah.' And you yourself pardoned the error of my sins." (Ps. 32:5) "My little children, I am writing you these things that you may not commit a sin. And yet, if anyone does commit a sin, we have a helper with the Father, Jesus Christ, a righteous one. And he is a propitiatory sacrifice for our sins, yet not for ours only but also for the whole world's." (1 John 2:1, 2) "Brothers, even though a man takes some false step before he is aware of it, you who have spiritual qualifications try to readjust such a man in a spirit of mildness, as you each keep an eye on yourself, for fear you also may be tempted." (Gal. 6:1) "Let him call the older men of the congregation to him, and let them pray over him, greasing him with oil in the name of Jehovah. And the prayer of faith will make the indisposed one well, and Jehovah will raise him up. Also, if he has committed sins, it will be forgiven him." (Jas. 5:14, 15)

**What is the proper viewpoint to have when one is Scripturally reproved?**

"The discipline of Jehovah, O my son, do not reject; and do not abhor his reproof, because the one whom Jehovah loves he reproves, even as a father does a son in whom he finds pleasure." (Prov. 3:11, 12) "The reproofs of discipline are the way of life." (Prov. 6:23) "Anyone shunning discipline is rejecting his own soul, but the one listening to reproof is acquiring heart." (Prov. 15:32) "All those for whom I [Jesus Christ] have affection I reprove and discipline. Therefore be zealous and repent." (Rev. 3:19) (See also Hebrews 12:5-11.)

CAEKAERT/MAPLEY 002873

**What is the fruitage of the spirit, and is it reasonable to expect a Christian to manifest this fruitage in his life?**

"Keep walking by spirit and you will carry out no fleshly desire at all. . . . The fruitage of the spirit is love, joy, peace, long-suffering, kindness, goodness, faith, mildness, self-control. . . . If we are living by spirit, let us go on walking orderly also by spirit." (Gal. 5:16, 22, 23, 25)

**How should Christians view the shortcomings of fellow believers?**

"Stop judging that you may not be judged; for with what judgment you are judging, you will be judged; and with the measure that you are measuring out, they will measure out to you. Why, then, do you look at the straw in your brother's eye, but do not consider the rafter in your own eye? Or how can you say to your brother, 'Allow me to extract the straw from your eye'; when, look! a rafter is in your own eye? Hypocrite! First extract the rafter from your own eye, and then you will see clearly how to extract the straw from your brother's eye." (Matt. 7:1-5) "The one covering over transgression is seeking love, and he that keeps talking about a matter is separating those familiar with one another." (Prov. 17:9) "The insight of a man certainly slows down his anger, and it is beauty on his part to pass over transgression." (Prov. 19:11)

**What does the Bible say about sharing with other religious groups in worship or any of the other activities in which they engage?**

"Do not become unevenly yoked with unbelievers. For what fellowship do righteousness and lawlessness have? Or what sharing does light have with darkness? Further, what harmony is there between Christ and Belial? Or what portion does a faithful person have with an unbeliever? And what agreement does God's temple have with idols? For we are a temple of a living God; just as God said: 'I shall reside among them and walk among them, and I shall be their God, and they will be my people.' ' "Therefore get out from among them, and separate yourselves," says Jehovah, "and quit touching the unclean thing" '; ' "and I will take you in." ' ' "And I shall be a father to you, and you

CAEKAERT/MAPLEY 002874

will be sons and daughters to me," says Jehovah the Almighty.' " (2 Cor. 6:14-18) "I heard another voice out of heaven say: 'Get out of her, my people, if you do not want to share with her in her sins, and if you do not want to receive part of her plagues. For her sins have massed together clear up to heaven, and God has called her acts of injustice to mind.' " (Rev. 18:4, 5) "The things which the nations sacrifice they sacrifice to demons, and not to God; and I do not want you to become sharers with the demons." (1 Cor. 10:20) "Go in through the narrow gate; because broad and spacious is the road leading off into destruction, and many are the ones going in through it; whereas narrow is the gate and cramped the road leading off into life, and few are the ones finding it. Not everyone saying to me, 'Lord, Lord,' will enter into the kingdom of the heavens, but the one doing the will of my Father who is in the heavens will. Many will say to me in that day, 'Lord, Lord, did we not prophesy in your name, and expel demons in your name, and perform many powerful works in your name?' And yet then I will confess to them: I never knew you! Get away from me, you workers of lawlessness." (Matt. 7:13, 14, 21-23) "Men will be . . . having a form of godly devotion but proving false to its power; and from these turn away." (2 Tim. 3:2, 5) [Consider changes that this may necessitate in one's life.]

**What is the only religious celebration that Christians are commanded to observe?**

"I received from the Lord that which I also handed on to you, that the Lord Jesus in the night in which he was going to be handed over took a loaf and, after giving thanks, he broke it and said: 'This means my body which is in your behalf. Keep doing this in remembrance of me.' He did likewise respecting the cup also, after he had the evening meal, saying: 'This cup means the new covenant by virtue of my blood. Keep doing this, as often as you drink it, in remembrance of me.' For as often as you eat this loaf and drink this cup, you keep proclaiming the death of the Lord, until he arrives." (1 Cor. 11:23-26)

CAEKAERT/MAPLEY 002875

**59 What Bible principles should guide us in determining whether other celebrations that are popular in the community are acceptable for Christians?**

"They are no part of the world, just as I am no part of the world." (John 17:16) "Do not be loving either the world or the things in the world. If anyone loves the world, the love of the Father is not in him; because everything in the world—the desire of the flesh and the desire of the eyes and the showy display of one's means of life—does not originate with the Father, but originates with the world. Furthermore, the world is passing away and so is its desire, but he that does the will of God remains forever." (1 John 2:15-17) "When Herod's birthday was being celebrated the daughter of Herodias danced at it and pleased Herod so much that he promised with an oath to give her whatever she asked. Then she, under her mother's coaching, said: 'Give me here upon a platter the head of John the Baptist.' Grieved though he was, the king out of regard for his oaths and for those reclining with him commanded it to be given; and he sent and had John beheaded in the prison." (Matt. 14:6-10) "The time that has passed by is sufficient for you to have worked out the will of the nations when you proceeded in deeds of loose conduct, lusts, excesses with wine, revelries, drinking matches, and illegal idolatries." (1 Pet. 4:3) "What fellowship do righteousness and lawlessness have? Or what sharing does light have with darkness? Further, what harmony is there between Christ and Belial? Or what portion does a faithful person have with an unbeliever? And what agreement does God's temple have with idols? . . . ' "Therefore get out from among them, and separate yourselves," says Jehovah, "and quit touching the unclean thing" '; ' "and I will take you in." ' " (2 Cor. 6:14-17) [Analyze application of these scriptures to activities that are popular in your area.]

**60 Whom does the Bible identify as the "ruler of the world" and "the god of this system of things"?**

"I shall not speak much with you anymore, for the ruler of the world is coming. And he has no hold on me [Jesus Christ]." (John 14:30) "We know we originate with God, but the whole world is lying in the power of

CAEKAERT/MAPLEY 002876

the wicked one." (1 John 5:19) "The god of this system of things has blinded the minds of the unbelievers, that the illumination of the glorious good news about the Christ, who is the image of God, might not shine through." (2 Cor. 4:4) "Down the great dragon was hurled, the original serpent, the one called Devil and Satan, who is misleading the entire inhabited earth; he was hurled down to the earth, and his angels were hurled down with him." (Rev. 12:9)

**61 What is the position of Christians as to this world alienated from God?**

"If you were part of the world, the world would be fond of what is its own. Now because you are no part of the world, but I have chosen you out of the world, on this account the world hates you." (John 15:19) "Do you not know that the friendship with the world is enmity with God? Whoever, therefore, wants to be a friend of the world is constituting himself an enemy of God." (Jas. 4:4)

**62 What was Jesus' attitude toward all participation in the political affairs of the world?**

"The Devil took him along to an unusually high mountain, and showed him all the kingdoms of the world and their glory, and he said to him: 'All these things I will give you if you fall down and do an act of worship to me.' Then Jesus said to him: 'Go away, Satan! For it is written, "It is Jehovah your God you must worship, and it is to him alone you must render sacred service." ' " (Matt. 4:8-10) "Jesus, knowing they were about to come and seize him to make him king, withdrew again into the mountain all alone." (John 6:15) "Jesus answered: 'My kingdom is no part of this world. If my kingdom were part of this world, my attendants would have fought that I should not be delivered up to the Jews. But, as it is, my kingdom is not from this source.' " (John 18:36) [Consider the application of these texts to situations that arise in your locality.]

**63 How do Bible commands concerning idolatry affect a Christian in this modern world?**

"Guard yourselves from idols." (1 John 5:21) "You must not make for yourself a carved image or a form

CAEKAERT/MAPLEY 002877

like anything that is in the heavens above or that is on the earth underneath or that is in the waters under the earth. You must not bow down to them nor be induced to serve them, because I Jehovah your God am a God exacting exclusive devotion." (Ex. 20:4, 5) "I am Jehovah. That is my name; and to no one else shall I give my own glory, neither my praise to graven images." (Isa. 42:8) "Their idols are silver and gold, the work of the hands of earthling man. A mouth they have, but they cannot speak; eyes they have, but they cannot see; ears they have, but they cannot hear. A nose they have, but they cannot smell. Hands are theirs, but they cannot feel. Feet are theirs, but they cannot walk; they utter no sound with their throat. Those making them will become just like them, all those who are trusting in them." (Ps. 115:4-8) "Nebuchadnezzar the king made an image of gold, the height of which was sixty cubits and the breadth of which was six cubits. He set it up in the plain of Dura in the jurisdictional district of Babylon. . . . And the herald was crying out loudly: 'To you it is being said, O peoples, national groups and languages, . . . fall down and worship the image of gold that Nebuchadnezzar the king has set up. And whoever does not fall down and worship will at the same moment be thrown into the burning fiery furnace.' . . . Shadrach, Meshach and Abednego answered, and they were saying to the king: . . . 'let it become known to you, O king, that your gods are not the ones we are serving, and the image of gold that you have set up we will not worship.'" (Dan. 3:1-18) "On a set day Herod clothed himself with royal raiment and sat down upon the judgment seat and began giving them a public address. In turn the assembled people began shouting: 'A god's voice, and not a man's!' Instantly the angel of Jehovah struck him, because he did not give the glory to God; and he became eaten up with worms and expired." (Acts 12:21-23) "If anyone worships the wild beast and its image, and receives a mark on his forehead or upon his hand, he will also drink of the wine of the anger of God that is poured out undiluted into the cup of his wrath, and he shall be tormented with fire and sulphur in the sight of the holy angels and in the sight of the Lamb. And the smoke of their torment ascends forever and ever, and day and night they have

CAEKAERT/MAPLEY 002878

no rest, those who worship the wild beast and its image, and whoever receives the mark of its name. Here is where it means endurance for the holy ones, those who observe the commandments of God and the faith of Jesus." (Rev. 14:9-12) [Give examples of situations calling for application of this counsel.]

**64 In the light of the following texts, what is the position of a true Christian in this world?**

"It must occur in the final part of the days that the mountain of the house of Jehovah will become firmly established above the top of the mountains, and it will certainly be lifted up above the hills; and to it all the nations must stream. And many peoples will certainly go and say: 'Come, you people, and let us go up to the mountain of Jehovah, to the house of the God of Jacob; and he will instruct us about his ways, and we will walk in his paths.' For out of Zion law will go forth, and the word of Jehovah out of Jerusalem. And he will certainly render judgment among the nations and set matters straight respecting many peoples. And they will have to beat their swords into plowshares and their spears into pruning shears. Nation will not lift up sword against nation, neither will they learn war anymore." (Isa. 2:2-4) "They are no part of the world, just as I am no part of the world." (John 17:16) "Do not you people be owing anybody a single thing, except to love one another; for he that loves his fellowman has fulfilled the law. For the law code, 'You must not commit adultery, You must not murder, You must not steal, You must not covet,' and whatever other commandment there is, is summed up in this word, namely, 'You must love your neighbor as yourself.' Love does not work evil to one's neighbor; therefore love is the law's fulfillment." (Rom. 13:8-10) "You were bought with a price; stop becoming slaves of men." (1 Cor. 7:23)

**65 Is it necessary for a Christian to be subject to worldly rulers and to show them respect?**

"Let every soul be in subjection to the superior authorities, for there is no authority except by God; the existing authorities stand placed in their relative positions by God. Therefore he who opposes the authority has taken a stand against the arrangement of God; those who have taken a stand against it will receive

CAEKAERT/MAPLEY 002879

judgment to themselves. For those ruling are an object of fear, not to the good deed, but to the bad. Do you, then, want to have no fear of the authority? Keep doing good, and you will have praise from it; for it is God's minister to you for your good. But if you are doing what is bad, be in fear: for it is not without purpose that it bears the sword; for it is God's minister, an avenger to express wrath upon the one practicing what is bad. There is therefore compelling reason for you people to be in subjection, not only on account of that wrath but also on account of your conscience. For that is why you are also paying taxes; for they are God's public servants constantly serving this very purpose." (Rom. 13:1-6) "Continue reminding them to be in subjection and be obedient to governments and authorities as rulers, to be ready for every good work." (Titus 3:1) "Concerning all the things of which I am accused by Jews, King Agrippa, I count myself happy that it is before you I am to make my defense this day, especially as you are expert on all the customs as well as the controversies among Jews. Therefore I beg you to hear me patiently." (Acts 26:2, 3)

**Must a Christian pay all the taxes demanded by law?**

"They questioned him, saying: 'Teacher, we know you speak and teach correctly and show no partiality, but you teach the way of God in line with truth: Is it lawful for us to pay tax to Caesar or not?' But he detected their cunning and said to them: 'Show me a denarius. Whose image and inscription does it have?' They said: 'Caesar's.' He said to them: 'By all means, then, pay back Caesar's things to Caesar, but God's things to God.' " (Luke 20:21-25) "Render to all their dues, to him who calls for the tax, the tax; to him who calls for the tribute, the tribute; to him who calls for fear, such fear; to him who calls for honor, such honor." (Rom. 13:7)

**Is there any circumstance under which a Christian would not obey the law?**

"We wish to conduct ourselves honestly in all things." (Heb. 13:18) "Hold a good conscience, so that in the particular in which you are spoken against they may get ashamed who are speaking slightingly of your good conduct in connection with Christ. For it is better to

CAEKAERT/MAPLEY 002880

suffer because you are doing good, if the will of God wishes it, than because you are doing evil." (1 Pet. 3:16, 17) "They called them and charged them, nowhere to make any utterance or to teach upon the basis of the name of Jesus. But in reply Peter and John said to them: 'Whether it is righteous in the sight of God to listen to you rather than to God, judge for yourselves. But as for us, we cannot stop speaking about the things we have seen and heard.'" (Acts 4:18-20) "'We positively ordered you not to keep teaching upon the basis of this name, and yet, look! you have filled Jerusalem with your teaching, and you are determined to bring the blood of this man upon us.' In answer Peter and the other apostles said: 'We must obey God as ruler rather than men.'" (Acts 5:28, 29)

**Why are true Christians persecuted?**

"If you were part of the world, the world would be fond of what is its own. Now because you are no part of the world, but I have chosen you out of the world, on this account the world hates you. Bear in mind the word I said to you, A slave is not greater than his master. If they have persecuted me, they will persecute you also; if they have observed my word, they will observe yours also. But they will do all these things against you on account of my name, because they do not know him that sent me." (John 15:19-21) "In fact, all those desiring to live with godly devotion in association with Christ Jesus will also be persecuted." (2 Tim. 3:12) "Before all these things people will lay their hands upon you and persecute you, delivering you up to the synagogues and prisons, you being haled before kings and governors for the sake of my name. It will turn out to you for a witness." (Luke 21:12, 13)

**What are some factors to consider in determining whether certain types of employment are proper for Christians?**

"Let the stealer steal no more, but rather let him do hard work, doing with his hands what is good work, that he may have something to distribute to someone in need." (Eph. 4:28) "The Devil . . . is a liar and the father of the lie." (John 8:44) "I heard another voice out of heaven say: 'Get out of her [Babylon the Great], my people, if you do not want to share with her in her sins, and if you do not want to receive part of her

CAEKAERT/MAPLEY 002881

plagues.' " (Rev. 18:4) "What! Do you not know that unrighteous persons will not inherit God's kingdom? Do not be misled. Neither fornicators, nor idolaters, nor adulterers, nor men kept for unnatural purposes, nor men who lie with men, nor thieves, nor greedy persons, nor drunkards, nor revilers, nor extortioners will inherit God's kingdom. And yet that is what some of you were. But you have been washed clean, but you have been sanctified, but you have been declared righteous in the name of our Lord Jesus Christ and with the spirit of our God." (1 Cor. 6:9-11) " 'Come, you people, and let us go up to the mountain of Jehovah and to the house of the God of Jacob; and he will instruct us about his ways, and we will walk in his paths.' For out of Zion law will go forth, and the word of Jehovah out of Jerusalem. And he will certainly render judgment among many peoples, and set matters straight respecting mighty nations far away. And they will have to beat their swords into plowshares and their spears into pruning shears. They will not lift up sword, nation against nation, neither will they learn war anymore." (Mic. 4:2, 3) "Write them to abstain . . . from blood." (Acts 15:20) "Jesus, knowing they were about to come and seize him to make him king, withdrew again into the mountain all alone." (John 6:15)

**What should always be our attitude toward the doing of Jehovah's will?**

"Look! I am come to do your will." (Heb. 10:9) "Happy is the man in fear of Jehovah, in whose commandments he has taken very much delight." (Ps. 112:1) "You must love Jehovah your God with your whole heart and with your whole soul and with your whole strength and with your whole mind." (Luke 10:27) "Jesus said to them: 'My food is for me to do the will of him that sent me and to finish his work.' " (John 4:34)

**Why are Christians called Jehovah's witnesses?**

" 'You are my witnesses,' is the utterance of Jehovah, 'even my servant whom I have chosen, in order that you may know and have faith in me, and that you may understand that I am the same One. Before me there was no God formed, and after me there continued to be none. I—I am Jehovah, and besides me there is no savior. I myself have told forth and have saved and have caused

CAEKAERT/MAPLEY 002882

it to be heard, when there was among you no strange god. So you are my witnesses,' is the utterance of Jehovah, 'and I am God.'" (Isa. 43:10-12) "Jesus Christ, 'the Faithful Witness,' 'The firstborn from the dead,' and 'The Ruler of the kings of the earth.'" (Rev. 1:5)

**Who or what is the "faithful and discreet slave"?**

"'Have no fear, *little flock*, because your Father has approved of giving you the kingdom. Let your loins be girded and your lamps be burning, and you yourselves be like men waiting for their master when he returns from the marriage, so that at his arriving and knocking they may at once open to him. Happy are those slaves whom the master on arriving finds watching! . . . You also, keep ready, because at an hour that you do not think likely the Son of man is coming.' Then Peter said: 'Lord, are you saying this illustration to us or also to all?' And the Lord said: 'Who really is the faithful steward, the discreet one, whom his master will appoint over his body of attendants to keep giving them their measure of food supplies at the proper time? Happy is that slave, if his master on arriving finds him doing so! I tell you truthfully, He will appoint him over all his belongings.'" (Luke 12:32, 35-44; see also Matthew 24:45-47.) "You are my witnesses, . . . my servant." (Isa. 43:10)

**What is the governing body of the Christian congregation, and what purpose does it serve?**

"'Brothers, search out for yourselves seven certified men from among you, full of spirit and wisdom, that we may appoint them over this necessary business' . . . and they placed them before the apostles, and, after having prayed, these laid their hands upon them." (Acts 6:1-6) "When the apostles in Jerusalem heard that Samaria had accepted the word of God, they dispatched Peter and John to them." (Acts 8:14) "Certain men . . . began to teach the brothers: 'Unless you get circumcised according to the custom of Moses, you cannot be saved.' But when there had occurred no little dissension and disputing by Paul and Barnabas with them, they arranged for Paul and Barnabas and some others of them to go up to the apostles and older men in Jerusalem regarding this dispute. . . .

CAEKAERT/MAPLEY 002883

And the apostles and the older men gathered together to see about this affair." (Acts 15:1-29)

**What attitude should Christians show toward those who serve as shepherds in the congregation?**

"Now we request you, brothers, to have regard for those who are working hard among you and presiding over you in the Lord and admonishing you; and to give them more than extraordinary consideration in love because of their work." (1 Thess. 5:12, 13) "Be obedient to those who are taking the lead among you and be submissive, for they are keeping watch over your souls as those who will render an account; that they may do this with joy and not with sighing, for this would be damaging to you." (Heb. 13:17)

**Why is it beneficial to attend the meetings arranged by the congregation?**

"Let us consider one another to incite to love and fine works, not forsaking the gathering of ourselves together, as some have the custom, but encouraging one another, and all the more so as you behold the day drawing near." (Heb. 10:24, 25) "One isolating himself will seek his own selfish longing; against all practical wisdom he will break forth." (Prov. 18:1) "I am longing to see you, . . . that there may be an interchange of encouragement among you, by each one through the other's faith, both yours and mine." (Rom. 1:11, 12)

**Why is personal study important in the life of a Christian?**

"Now the latter were more noble-minded than those in Thessalonica, for they received the word with the greatest eagerness of mind, carefully examining the Scriptures daily as to whether these things were so." (Acts 17:11) "This book of the law should not depart from your mouth, and you must in an undertone read in it day and night, in order that you may take care to do according to all that is written in it; for then you will make your way successful and then you will act wisely." (Josh. 1:8) "Ponder over these things; be absorbed in them, that your advancement may be manifest to all persons." (1 Tim. 4:15)

CAEKAERT/MAPLEY 002884

**What urgent work does the Bible set out for all Christians at this time?**

"This good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations; and then the end will come." (Matt. 24:14) "All authority has been given me in heaven and on the earth. Go therefore and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit, teaching them to observe all the things I have commanded you. And, look! I am with you all the days until the conclusion of the system of things." (Matt. 28:18-20)

**In what various ways may this work be accomplished?**

"He went journeying from city to city and from village to village, preaching and declaring the good news of the kingdom of God." (Luke 8:1) "A certain woman named Martha received him as guest into the house. This woman also had a sister called Mary, who, however, sat down at the feet of the Lord and kept listening to his word." (Luke 10:38, 39) "Now Jesus, tired out from the journey, was sitting at the fountain just as he was. The hour was about the sixth. A woman of Samaria came to draw water. . . . Jesus said to her: 'Everyone drinking from this water will get thirsty again. Whoever drinks from the water that I will give him will never get thirsty at all, but the water that I will give him will become in him a fountain of water bubbling up to impart everlasting life.' The woman said to him: 'Sir, give me this water, so that I may neither thirst nor keep coming over to this place to draw water.'" (John 4:6-15) "According to Paul's custom . . . he reasoned with them from the Scriptures. Consequently he began to reason in the synagogue with the Jews and the other people who worshiped God and every day in the marketplace with those who happened to be on hand." (Acts 17:2, 17) "I did not hold back from telling you any of the things that were profitable nor from teaching you publicly and from house to house." (Acts 20:20)

**Is this work done in our own strength?**

"We have this treasure in earthen vessels, that the power beyond what is normal may be God's and not

CAEKAERT/MAPLEY 002885

that out of ourselves." (2 Cor. 4:7) "The Lord stood near me and infused power into me, that through me the preaching might be fully accomplished and all the nations might hear it." (2 Tim. 4:17) "I saw another angel flying in midheaven, and he had everlasting good news to declare as glad tidings to those who dwell on the earth, and to every nation and tribe and tongue and people." (Rev. 14:6)

**80 Why should one who has sincerely repented and turned around and chosen to be a disciple of Christ be baptized?**

"Go therefore and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit." (Matt. 28:19) "Then Jesus came from Galilee to the Jordan to John, in order to be baptized by him. But the latter tried to prevent him, saying: 'I am the one needing to be baptized by you, and are you coming to me?' In reply Jesus said to him: 'Let it be, this time, for in that way it is suitable for us to carry out all that is righteous.' Then he quit preventing him. After being baptized Jesus immediately came up from the water; and, look! the heavens were opened up, and he saw descending like a dove God's spirit coming upon him. Look! Also, there was a voice from the heavens that said: 'This is my Son, the beloved, whom I have approved.' " (Matt. 3: 13-17) "When they believed Philip, who was declaring the good news of the kingdom of God and of the name of Jesus Christ, they proceeded to be baptized, both men and women." (Acts 8:12) "Philip opened his mouth and . . . declared to him the good news about Jesus. Now as they were going over the road, they came to a certain body of water, and the eunuch said: 'Look! A body of water; what prevents me from getting baptized?' " (Acts 8:35, 36) "On hearing this, they got baptized in the name of the Lord Jesus." (Acts 19:5) "And now why are you delaying? Rise, get baptized and wash your sins away by your calling upon his name." (Acts 22:16) "That which corresponds to this is also now saving you, namely, baptism, (not the putting away of the filth of the flesh, but the request made to God for a good conscience,) through the resurrection of Jesus Christ." (1 Pet. 3:21)

CAEKAERT/MAPLEY 002886

# CHAPTER 4

## SHEPHERDS OF THE FLOCK OF GOD

WITH appealing warmth, the Bible describes the way that Jehovah deals with his people, saying: "Look! The Sovereign Lord Jehovah himself will come even as a strong one . . . Like a shepherd he will shepherd his own drove. With his arm he will collect together the lambs; and in his bosom he will carry them. Those giving suck he will conduct with care." (Isa. 40:10, 11) He is the "shepherd and overseer" of our souls. And he has made his Son the "chief shepherd" of his flock. (1 Pet. 2:25; 5:4) Loving provisions have been made to care for that flock.

After Jesus left the earth and returned to the heavenly presence of his Father, he gave "gifts in men" to the Christian congregation. "He gave some as apostles, some as prophets, some as evangelizers, some as shepherds and teachers, with a view to the readjustment of the holy ones, for ministerial work, for the building up of the body of the Christ." (Eph. 4:8, 11, 12) At the start the apostles evidently took the lead in these activities, publicly declaring the good news and then shepherding and teaching those who became believers.—Acts 2:42; 5:40-42.

With an increase in the number of believers, new congregations developed, and in each of them "older men" were appointed to provide needed supervision, the kind of supervision that a shepherd gives to sheep. (Acts 14:23) But the "flock" did not belong to them. As the apostle Paul reminded overseers in the congregation of Ephesus, they were shepherds of "the congregation *of God*, which he purchased with the blood of his own Son." (Acts 20:28) And when pointing out the responsibility of "older men" in relation to the congregation, Peter wrote: "Shepherd the flock *of God* in your care." (1 Pet. 5:1, 2) So, as shepherds, they were to help the congregation to appreciate and maintain its proper relationship to God and his Son.

It is noteworthy that the Bible does not say that there was only one "older man," one overseer, in each congregation. Rather, it indicates that there were a

CAEKAERT/MAPLEY 002887

number of such. (Acts 20:17, 28; Phil. 1:1) What was their relationship to the other members of the "flock of God"?

### ELDERS, OVERSEERS, SHEPHERDS

Their designations help to make their position evident. They were to be "older men" or "elders," "overseers" and "shepherds." The term "older men" or "elders" tells us something about their qualities as well as indicating their position within the congregation. Being an older man in the literal sense is associated with having experience in dealing with life's problems, hence with wisdom and judgment. (Compare Job 32:6, 7.) So, in a spiritual sense these brothers were to be like the older men or elders of a community to whom people could look for sound counsel and guidance, and to whom problems could be brought for advice or judgment.

The term "overseer" describes their work on behalf of the congregation. In the original Greek a basic thought conveyed by this term (*e-pi'sko-pos*) is that of 'protective care and supervision' by one who visits and inspects. But this overseeing does not make them superior to their brothers. Jesus was very definite about this, saying to his apostles: "You know that the rulers of the nations lord it over them and the great men wield authority over them. This is not the way among you; but whoever wants to become great among you must be your minister, and whoever wants to be first among you must be your slave." (Matt. 20:25-27) Though taking the lead in ministering, they would not assume the title of "leader," for Christ Jesus was their one Leader. (Matt. 23:8-11; Heb. 13:7, 17, 24) They would take the lead especially by becoming "examples to the flock." But never would it be in keeping with their position for them to act as if they owned the flock or to look upon the brothers as their servants; the flock is "God's inheritance" and he has given it to "our only Owner and Lord, Jesus Christ." (1 Pet. 5:3; Jude 4) As Paul wrote: "Not that we are the masters over your faith, but we are *fellow workers* for your joy, for it is by your faith that you are standing." —2 Cor. 1:24.

So their overseeing is well described by the further

CAEKAERT/MAPLEY 002888

designation "shepherd." A shepherd is assigned by the owner of a flock to guide it into well-watered and good pasture, to protect it from attack and harm, to keep the sheep from straying, and to go out and look for those that do stray or get lost. He must also care for sick or lame sheep, dressing their wounds and applying healing applications, and he needs to be careful not to set too fast a pace for those with young lambs. (Compare Psalm 23; Genesis 33:13; 1 Samuel 17:33-36.) To do this in a spiritual way for the congregation would mean hard work for the shepherds, but they were to do it "willingly" and "eagerly." (1 Pet. 5:1, 2; Acts 20:28-35) It would be a heavy responsibility, for they would be keeping watch over the souls of God's "sheep" and would themselves have to "render an account" to their Owner. They should want to be able to give a good report of their shepherding, as did God's Son at the end of his earthly course.—Heb. 13:17; John 17:6, 12.

## WHAT IS INCLUDED

When the Lord Jesus spoke to Peter about 'shepherding,' he drew attention to one of the principal duties involved, saying: "Feed my little sheep." (John 21:15-17) Just as the "sheep" are figurative, so is the 'food.' The nourishment is drawn from the Word of God. (Matt. 4:4; 1 Tim. 4:6) And it is the responsibility of all who are shepherds to aid the congregation to gain that nourishment, doing so by teaching. The apostle Paul associates shepherding with teaching, saying that Christ gave to his congregation "some as shepherds and teachers." (Eph. 4:8, 11) Much of their teaching is done in the meetings of the congregation, over which they should preside.

Of himself as the "fine shepherd," Jesus said: "I know my sheep and my sheep know me." (John 10:14) Those who, as shepherds, seek to imitate Jesus also need to know well the "flock of God" entrusted to their care. They can show their concern for each one by speaking to them personally at the congregation meetings, also accompanying them in the field ministry.

However, since the Greek term for 'exercising oversight' (e·pi·sko·pe′o) includes the meaning of 'visiting,' it is certainly appropriate that the shepherds visit the

CAEKAERT/MAPLEY 002889

brothers in their homes and even in prison, upbuilding them and contributing to their spiritual enlightenment. (Compare Revelation 3:20; Luke 10:38-42; Matthew 25:36, 39.) Paul reminded the elders of Ephesus that he had taught them, not only publicly, but also "from house to house."* (Acts 20:17-20, margin; *Mo; RS; Lamsa; Yg; Dy; Knox*; Acts 18:19-21; 19:1-19; 20:31) A congregation was established in Ephesus and other cities. For lack of public meeting places that could be rented or hired, the local congregation would meet in the private home of a dedicated, baptized believer (Rom. 16:5; Col. 4:15; Philem. 2), and to congregational meetings in the homes interested persons could be invited. By these means the members of the congregation would come to know the overseers well and feel free to approach them, and the overseers, in turn, would become better acquainted with the needs of each one of the "flock." It is important for overseers to be approachable, willing to listen when their brothers come to them with problems, and dealing with them in a manner that will result in refreshment, as the "fine shepherd" set the example.—Matt. 11:28-30.

---

* A similar work "from house to house" is referred to in Acts 5:42. Here some modern translators (*RS; Mo; NA*) render the Greek expression here (*kat' oi'kon*) as "at home." On this we refer to a comment made by Dr. A. T. Robertson, the author of the 1454-page book *A Grammar of the Greek New Testament in the Light of Historical Research* (1934). Referring to such a rendering, he says in his book *Word Pictures in the New Testament*, Volume III on "The Acts of the Apostles," page 70, paragraph 3:

"*In the temple and at home (en toi hieroi kai kat' oikon)*. This was a distinct triumph to go back to the temple where they had been arrested (verse 25) and at home or from house to house, as it probably means (chapter 2:46). It was a great day for the disciples in Jerusalem."

As regards the translation "from house to house" (*kat' oi'kous*) in Acts 20:20, which some modern translators would render as: "at your houses" (*AT*), "in your homes" (*Je; NE*), "in private" (*NA*), Doctor Robertson has this to say on pages 349, 350, paragraph 1:

"*and from house to house (kai kat' oikous)*. By (according to) houses. It is worth noting that this greatest of preachers preached from house to house and did not make his visits merely social calls. He was doing kingdom business all the while as in the house of Aquila and Priscilla (1 Cor. 16:19)."

On page 107 of *A Manual Grammar of the Greek New Testament*, by Dana and Mantey (1927), we read concerning the Greek preposition *kata'* and its meanings according to the cases of the nouns that follow it: "114. Root meaning: *down*. In composition: *down*. . . . Also in the distributive sense: Acts 2:46, *kat' oikon, from house to house*; Luke 2:41, *kat' etos, from year to year*; 1 Cor. 14:27, *kata duo, by twos*; see also Luke 8:1; 13:32."

CAEKAERT/MAPLEY 002890

The overseers are, of course, interested in the work being done by their brothers and sisters in Kingdom-preaching and in the making of disciples. They appreciate the importance of this work in the accomplishment of God's purpose. They also realize that one's participation in this activity reflects appreciation of Jehovah, of his Son and of the issue that the Devil raised over the rightness of Jehovah's sovereignty, as well as concern for one's fellowman. So, when speaking to their brothers as a congregation and privately, the overseers endeavor to stimulate appreciation for this grand privilege of service.—Rom. 10:13, 14; Heb. 13:15.

But our walking in the way of the truth involves far more than preaching to others. When Paul wrote to Titus, an overseer in Crete, about the things concerning which to 'exhort' his Christian brothers, he emphasized their being "zealous for fine works." As the context shows, those "fine works" involve all of a Christian's activities, including his homelife, his secular work, and his obedience to law. (Titus 2:1–3:8) Titus was to speak about these matters, but, of course, he was not to intrude needlessly in the private affairs of others. And when offering counsel he was to 'hold firmly to the faithful word,' that is, to God's own Word.—Titus 1:9.

While encouraging his brothers to be "zealous for fine works," there is nothing in the Scriptures to suggest that an overseer is to try to force service from his brothers. Each Christian is to bear the spiritual yoke of discipleship as unto God and Christ, not unto men. (Matt. 11:29, 30; Rom. 14:4; Col. 3:23, 24) Any "rod" of authority granted the overseers is to be used, not to prod the "sheep" to greater speed, but to protect and rescue, or, where necessary, to correct and reprove. The Oriental shepherd equipped with rod and staff went ahead of the flock of sheep as the one taking the lead and setting the pace for the flock. (John 10:4; Ps. 23:4; 2 Cor. 13:10; 1 Cor. 4:21) Thus, the overseers would encourage the brothers to feed their minds and hearts regularly on God's Word (Ps. 1:2; Phil. 1:9, 10), to share fully in the preaching of the good news (Mark 13:10; 1 Cor. 9:16), to be hospitable to one another (Rom. 12:13; Heb. 13:2), and to abound in similar fine works. But they would not try to make rules as to how much each one should do and when and how. Rather,

CAEKAERT/MAPLEY 002891

their desire would be to cultivate appreciation, so that the individual would respond "willingly" and out of love.—Ps. 110:3; 1 Cor. 13:3.

Of course, situations may arise in which members of the congregation deviate from Christian ways, practicing what is wrong, and then it is the responsibility of the overseers to correct, reprove and reprimand, preferably with mildness, but with severity where necessary. (2 Tim. 2:24-26; 4:2; 1 Tim. 5:20; Titus 1:5, 13) They should deal with their spiritual brothers and sisters as they would their own fathers, mothers, brothers and sisters, or children. (1 Tim. 5:1, 2) Their aim should be, not to hurt by cutting speech, but to guide straying "sheep" back into the path of life and to protect the flock against any wolfish elements that might do injury to them. (Rom. 12:17-19; Matt. 18:12-14; Acts 20:28-30) If their way of dealing with the congregation shows loving concern for the "flock," they will surely gain the respect, love and cooperation of their brothers. —1 Thess. 2:7, 8, 11; 5:12-15.

It readily becomes apparent that there is much work for the elders in a congregation to do. To care for it properly, they may need assistance, and the Bible makes provision for that. In the introduction of his letter to the Philippians, when Paul mentions e·pi'sko·poi or "overseers," he also refers to di·a'ko·noi or "ministerial servants." The term di·a'ko·noi refers to those who are in the service of others, or attendants. The way in which Paul used the term indicates that these men had something to do with congregation arrangement. They were men ministering to the congregation by caring mainly for necessary nonshepherding matters, thus enabling the overseers to concentrate their time and attention on their teaching and other shepherding activity.—Compare Acts 6:1-6.

## QUALIFYING TO BE ELDERS

How are elders put into office and thus entrusted with responsibility for shepherding the "flock"? The answer to this is indicated in the Bible book entitled "Acts of Apostles." There we learn that Paul had been chosen as an apostle by Jesus Christ, and he and Barnabas were sent out on a ministerial trip by instructions of God's holy spirit and with the laying on of hands of the

CAEKAERT/MAPLEY 002892

responsible men of the congregation. (Acts 13:1-3) After preaching in certain cities, they later returned and strengthened the disciples. Additionally, Acts 14:23 relates: "They [that is, Paul and Barnabas] appointed older men for them in [each] congregation and, offering prayer with fastings, they committed them to Jehovah in whom they had become believers." Because this apostolic appointment of elders was accompanied by the laying on of hands (as indicated by the Greek verb used here) some modern translators prefer to use the word "ordained" instead of "appointed." (Acts 14:23, *AV; Lamsa; Schonfield; Int;* vs. 22, *Dy*) So there was no popular election of elders in the congregations. Similarly, Timothy and Titus, as representatives of the Christian governing body, evidently made appointments of elders in harmony with instructions received from Paul.—1 Tim. 5:22; Titus 1:5.

The instructions that guided in the selection of elders or overseers back then are part of the inspired Word of God, and they continue to provide the basis for determining who qualify for appointment. Those instructions, as recorded at 1 Timothy 3:1-7, read:

"If any man is reaching out for an office of overseer, he is desirous of a fine work. The overseer should therefore be irreprehensible, a husband of one wife, moderate in habits, sound in mind, orderly, hospitable, qualified to teach, not a drunken brawler, not a smiter, but reasonable, not belligerent, not a lover of money, a man presiding over his own household in a fine manner, having children in subjection with all seriousness; (if indeed any man does not know how to preside over his own household, how will he take care of God's congregation?) not a newly converted man, for fear that he might get puffed up with pride and fall into the judgment passed upon the Devil. Moreover, he should also have a fine testimony from people on the outside, in order that he might not fall into reproach and a snare of the Devil."

A comparable list of qualifications for elders or overseers is found at Titus 1:5-9, but the language used, when compared with what is found at 1 Timothy 3:1-7, helps one to get a clearer view of what is involved.

The standards are not so high that they cannot be reached by any man in the congregation. But they do

CAEKAERT/MAPLEY 002893

assure that the ones accredited as elders will be persons who are good examples in the congregation of God, not persons who may be outstanding because of 'worldly wisdom.' (1 Cor. 2:6, 7) What is looked for is evidence that one conscientiously applies the counsel of God's Word to all the affairs of life. He should be, not a mere boy nor a newly converted person, but a man who has had ample experience in Christian living. However, it is not mere physical age that qualifies one to be an elder in the congregation. He should have a broad knowledge of God's Word and a deep understanding of it, coupled with genuine love for the congregation, so that others will look to him with confidence when in need of counsel and will respect his judgment. (Job 32:9) He must also have the courage to speak up when there is wrongdoing, so that he will take any needed action to correct wrongdoing and to protect the "flock" against any who would selfishly exploit them. It is noteworthy that his being "qualified to teach" within the congregation, to exhort and to reprove are important factors in his being accredited as an elder.

After listing the requirements for those who would serve as overseers in the congregations, Paul also sets out the qualifications to be met by those designated as "ministerial servants." He says:

"Ministerial servants should likewise be serious, not double-tongued, not giving themselves to a lot of wine, not greedy of dishonest gain, holding the sacred secret of the faith with a clean conscience. Also, let these be tested as to fitness first, then let them serve as ministers, as they are free from accusation. Let ministerial servants be husbands of one wife, presiding in a fine manner over children and their own households. For the men who minister in a fine manner are acquiring for themselves a fine standing and great freeness of speech in the faith in connection with Christ Jesus." —1 Tim. 3:8-10, 12, 13.

These requirements, when compared with those for overseers, indicate that the ministerial servants' responsibility would involve work other than teaching and shepherding. Yet, the high standard set would serve to protect the congregation from any legitimate accusation as to the kind of men to whom it entrusted special responsibilities. They were not to be mere youths but

CAEKAERT/MAPLEY 002894

"men," each one a fine example that would be viewed with respect by others. And they were to be persons who, over a sufficient period of time, had been "tested as to fitness," so that there would be assurance of their stability and dependability when entrusted with responsibility. Though their work differs from that of the elders, it is no less a part of their service to God and important to the smooth functioning of the congregation. In time, if they discharge their obligations well and also acquire the further qualifications needed by shepherds and teachers, they may be privileged to serve as elders in the congregation.

The Bible does not limit the number of elders or overseers that a congregation may have. They are mentioned in the plural number with regard to congregations at Jerusalem, Ephesus and Philippi. (Acts 21:15, 18; 20:17; Phil. 1:1) Doubtless this was true in all the congregations where there were more than one qualified brother. So Paul could rightly say: "If any man is reaching out for an office of overseer, he is desirous of a fine work." (1 Tim. 3:1) Such a privilege of service was open to any qualified brother who, because of love for Jehovah and for His "sheep," desired to share in the fine work of a Christian shepherd.

Appropriately, therefore, in each congregation of Jehovah's Christian witnesses, once a year, about September 1, those who are already appointed elders prayerfully consider whether any additional brothers who are active in service on behalf of the congregation now qualify to become elders. They also consider any who might now become ministerial servants. (If there are not at least three elders in the congregation, then the brothers serving as presiding overseer, field overseer and Bible study overseer make these recommendations, even though some of them are at the time serving only as substitutes.)

In making recommendations, the elders bear a serious responsibility before God to act in full harmony with his Word, not treating lightly any of the requirements that he has had recorded there. If there are some who now qualify for appointment, the body of elders makes a written recommendation to the governing body, sending it to the branch at its address in their country. With each name, they indicate the person's age, the date of

CAEKAERT/MAPLEY 002895

his baptism, whether he professes to be of the "anointed" or of the "other sheep," and whether he is being recommended for appointment as an elder or as a ministerial servant and stating what his hitherto service position, if any, has been. This letter is signed by the presiding overseer, the field overseer and the Bible study overseer as representatives of the body of elders.

On receipt of the recommendations, the governing body through its appointed representatives makes the appointments. But this is not done according to some standard that they themselves set up. It is done in accord with what is set out in God's inspired Word, so it can truthfully be said: "The holy spirit has appointed you." (Acts 20:28) Then the newly appointed elder or elders, as notified by use of the facilities of the Watch Tower Society, may share in shepherding the congregation along with those who were already doing so, and any who have been appointed as ministerial servants may care for the duties now entrusted to them.

As long as elders measure up to the Bible's requirements for those so appointed, they may continue to serve as elders in the congregation in which their appointment is made. However, if they were to move to another congregation, they would not automatically be viewed as elders there. They would have to establish their spiritual qualifications by their Christian activity there, and then the local elders would be in position to recommend such ones for appointment in that congregation. This is also true of ministerial servants.

If an elder or ministerial servant were ever to engage in unchristian conduct of such a nature that he was disfellowshiped or was, because of wrongdoing, restricted in the assignments and duties that he could perform, the local body of elders would remove him as an elder or ministerial servant. Notification of this action would always be sent to the branch office of the Watch Tower Society. However, if he was simply unable to do some of the work, because of sickness or old age, this would not affect his appointment as an elder or ministerial servant.

The governing body may appoint men who qualify as elders to serve as overseers in any locality at any time. The governing body is not bound by the recommendations of any local group. Such recommendations

CAEKAERT/MAPLEY 002896

serve merely as a guide, and may even be rejected for reasons well known to the governing body.—1 Tim. 1:3; Titus 1:5.

## THE BODY OF ELDERS

What is the relationship of the elders to one another within a congregation? Christ is the one whom Jehovah has appointed to be Head of the congregation, so none of the elders occupies this position. None holds authority over the others. When writing to Timothy, Paul makes reference to a "body of elders" as having taken certain action. (1 Tim. 4:14, *margin*) All the elders in a congregation, as subordinates of Christ, serve together as a body of overseers or shepherds, cooperating for the advancement of the Kingdom interests and for the good of the entire congregation. —Eph. 4:15, 16; 1 Cor. 4:1, 2.

The equality of position and authority of the elders, however, does not mean that all are equal in qualities or abilities. These are bound to vary, some showing greater strengths in one direction, others in another. Some, because of age, years of Christian service, depth of Scriptural knowledge, especially good judgment in certain fields, or other qualities, may be particularly esteemed by the congregation as well as by their fellow elders. Thus, Paul said that there were "outstanding men" among the elders at Jerusalem, and he names James, Peter (Cephas) and John as ones who "seemed to be pillars." (Gal. 2:2, 9) The expression "seemed to be" indicates that they were not appointed to some superior position but were esteemed as such.

Similarly, within any body of elders there may be some whose voices will receive added attention because of the esteem in which they are held. Yet this does not make them superior or infallible. Even Peter, one of those who "seemed to be pillars," was later corrected by Paul (a man with fewer years as a disciple) for having a wrong viewpoint leading to wrong conduct.—Gal. 2:11-14.

When meetings of any kind are held, these should be conducted in an orderly manner. (1 Cor. 14:33, 40) Having someone to preside aids greatly in this. According to the Bible record, Peter evidently presided as chairman at early meetings in Jerusalem. (Acts

CAEKAERT/MAPLEY 002897

1:15-22; 2:1-14; 5:1-3) But this did not make him superior to the other brothers. When people in Samaria accepted the good news, the record says that the apostles, evidently acting as a body, "dispatched Peter and John to them." Thus Peter himself was subject to the direction of the body as a whole. (Acts 8:14) On the occasion of the meeting in Jerusalem to determine the circumcision issue, James, rather than Peter, offered the recommendation that was adopted by the group assembled. (Acts 15:13-21) And later James is again given prominent mention in connection with a meeting of the elders in Jerusalem. (Acts 21:18) So, evidently there was some rotation of the chairmanship. No details are given as to just how long a chairman presided, but it seems good in the congregations today to have a new chairman once a year, in all congregations where there is more than one elder.

A fine model for a meeting of the body of elders is provided in Acts chapter fifteen, where the governing body, composed of apostles and older men, is reported as having met. It is notable that at the conclusion of the conference, the governing body wrote to the congregations: "The *holy spirit* and we ourselves have favored adding no further burden to you, except these necessary things." (Acts 15:28) So, while the governing body discussed the matter, they recognized that it was God's holy spirit that guided them to their decision. Testimony was heard on that occasion from Peter, Paul and Barnabas as to the things accomplished through them by God's holy spirit. James called to mind the spirit-inspired prophecy at Amos 9:11, 12, and the holy spirit enabled this body of men to understand clearly the meaning of Amos' words recorded centuries beforehand. The result was that, with the delivering of the decision by letter to other congregations, they "continued to be made firm in the faith and to increase in number from day to day." (Acts 16:4, 5) Bodies of elders today can also count on the aid of God's holy spirit in answer to their prayers.—Luke 11:13.

It is suggested that the body of elders in each congregation meet to discuss their work about every three months. This might be done at a convenient time around the beginning of September, December,

CAEKAERT/MAPLEY 002898

March and June. Of course, they may convene at any time in between when circumstances make it advisable. But the arrangement for regular meetings at least every three months can aid them measurably in their efforts to work together as a body.

When the body of elders meet together to consider matters involving the flock of God, they should pray for Jehovah's direction through his Son, the Head of the congregation. (Acts 1:24, 25; 20:17, 36) Being united in their desire to advance, not their personal interests, but Kingdom interests, and having a humble viewpoint of themselves, they will be aided to speak freely among themselves and to arrive at wise decisions. —Rom. 12:3-5; 1 Cor. 1:10; Phil. 2:2-8.

Not only the chairman, but all the elders are overseers and shepherds of the "flock." All should actively promote the welfare of the congregation. So all are encouraged to take the initiative to present for consideration by the body of elders any matters that they realize need attention. And when other elders bring up points for discussion, it is to be expected that all will take an active interest.

It is the responsibility of the chairman, of course, to preside at these meetings of the elders. In doing so, he should keep in mind the apostolic injunction: "He that presides, let him do it in real earnest." (Rom. 12:8) He may prepare a program or agenda, scheduling the matters to be discussed and seeing that adequate time is allotted for each. At the meeting he may call on the various elders who brought up certain matters to make the initial presentation of them, if that seems to be most advantageous. Then others can be invited to express themselves. On any matter he can do much to keep the discussion moving forward by helping to keep the main points or issues to the fore, calling for discussion of them, one by one. He, along with all the other elders, can also do much to keep the discussion Scriptural, bringing to bear upon the subject any appropriate Bible texts.

At the periodic meetings of the elders, a principal matter to be given attention is the shepherding of the "flock." (1 Pet. 5:1-4) The elders can decide among themselves who is in position to give attention to the various shepherding needs of the congregation.

CAEKAERT/MAPLEY 002899

Public talks ought to be planned for the congregation. Which topics are most needed by the congregation? Are there any special subjects that should be developed in order to give attention to local needs? The elders will no doubt want to determine which talks they personally will be able to deliver during the coming months and what arrangements can be made for speakers on the remaining weeks. Which ones of the instruction talks will the elders handle in the Theocratic Ministry School? It may be beneficial to discuss this, so that these assignments can be balanced with other obligations. If there are matters that need special attention on the service meetings, the meeting of the body of elders provides an opportunity to work out the arrangements. Suggestions that any of the brothers have to improve the quality of the meetings, particularly the teaching that is done, could also beneficially be entertained at this meeting.

There is much to be done in preparing and presenting the congregation meetings each week, and in many localities the elders may well need the help of other brothers. At the periodic meetings of the elders they can consider who might appropriately be invited to handle some parts on the service meetings, who might help out with instruction talks, who might read paragraphs at the *Watchtower* study, and who could care for the responsibility that goes with being chairman at public meetings. They may decide to invite some ministerial servants to give public talks in their home congregations. Perhaps a brother who was an elder or a ministerial servant in another congregation has recently moved into the area and the local elders believe that the congregation would greatly benefit from the services of that one. If so, they may decide to write to the elders of the former congregation for information as to his conduct and the spirit that he displayed there. If a favorable reply is received, they may write the branch of the Watch Tower Society recommending him for appointment as an elder or as a ministerial servant in the congregation where he now resides.

It is requested that, during December each year, the elders review the situation of the pioneers (if any) in the congregation and send reports to the branch office

CAEKAERT/MAPLEY 002900

where this may be beneficial. A form is provided for such use, indicating the information that is desired.

When they meet early in September, there are other matters that require special attention. If there are any ministerial servants who now meet the Scriptural qualifications for elders, it is requested that such recommendations for appointment be made at this time. Any brothers qualifying to become ministerial servants may be recommended to the governing body at the same time. Also, if any elders or ministerial servants should be removed from the list, whether due to death or moving away or because the body of elders has determined that they are no longer measuring up to the Scriptural requirements, notification of this should be sent to the branch office, if it has not already been done previously.

Since there is rotation of the chairmanship of the body of elders in each congregation where there is more than one elder, it becomes the due time at this meeting for the elders to notify the one who is to be their new chairman for the coming twelve months. The new chairman will then preside at all future meetings of the elders. This meeting in September is the due time for the body of elders to notify who of their number will care for the other positions of oversight in the congregation during the year to come. In addition to notifying the presiding overseer, notification should be given to the respective ones who are to be the field overseer, the Bible study overseer, the *Watchtower* study conductor, the Theocratic Ministry School overseer, and book study conductors for each of the book study groups. According to rotation the former overseer of the Theocratic Ministry School moves to the position of the *Watchtower* study conductor, the *Watchtower* study conductor to the position of the Bible study overseer, the Bible study overseer moves to the position of field overseer, and the field overseer moves to the position of the presiding overseer. The former presiding overseer then moves to any open position, such as congregation book study conductor.

Some individual elders in some congregations may not be able for personal reasons to conform to this pattern of rotation. In such cases the body of elders

CAEKAERT/MAPLEY 002901

will decide what to do, still recognizing the rotation system.

In many congregations, due to a shortage of qualified brothers, elders who are able to do so may be requested to handle more than one assignment of overseership. In some cases the body of elders may request ministerial servants to help out by caring as substitutes for certain duties of overseers or as substitute study conductors.

If it seems beneficial to shift book study conductors from one study group to another for the next year, this would be an appropriate time to consider the matter. Such rotation has certain benefits, but local circumstances may not make it advantageous. The body of elders should handle the arrangements with consideration for the individuals involved.

Annually, in September, is a good time for the body of elders to review the various assignments entrusted to the ministerial servants. There is need for capable persons to care for the accounts, magazines, other literature supplies, assigning of territory, perhaps the operating of sound equipment, cleaning and upkeep of the Kingdom Hall, and service as an attendant at Kingdom Hall meetings. Some records that come under the supervision of the elders, as well as the making out of schedules, may also require considerable work. Decisions need to be made as to who will care for such necessary work during the year, allowing the elders to give as full attention as possible to shepherding and to "the ministry of the word."—Acts 6:1-6.

In some congregations there may be enough ministerial servants so that a different one can be assigned to each of these duties. Elsewhere, someone may care for several assignments. In some instances it would be beneficial to have more than one person assigned to share in certain work. (If there are not enough ministerial servants to care for these responsibilities, the body of elders may, in some cases, request younger brothers or certain sisters who show godly humility and devotion to Jehovah to assist in doing some of this necessary work, though they would not be appointed as ministerial servants.) The elders may decide that from year to year it would be beneficial to shift some ministerial servants from one assignment to another; in

CAEKAERT/MAPLEY 002902

some cases they may ask a brother to continue to handle the same assignment. It is up to the body of elders to work out these matters in whatever manner seems to be best for the congregation.

The shifting of duties from one elder to the other should take place during the month of September regardless of whether an appointee to service has had up till then a full year in that position or not. Where a vacancy occurs in an overseer's position sometime during the year, a substitute from any of the elders can be selected by the body of elders to fill out the expiring term.

When deciding who will care for various responsibilities during the coming year, whether as elders or as ministerial servants, the elders may have in mind some new ones who are then being recommended to the governing body through the branch office for appointment. Until a reply is received on newly qualified ones, however, it would be well to hold off on the making of definite assignments of these new ones. The already existing arrangements can continue in force until the congregation is notified of new appointments.

In harmony with the Scriptures, the local body of elders has a great responsibility in connection with the shepherding of the flock of God entrusted to their care. The governing body, in accord with the requirements in the Scriptures, makes the actual appointment of elders and ministerial servants. But it is then up to the body of elders to determine, with recognition of the rotation system, who will be the presiding overseer in their congregation, and who will care for the various other positions of oversight. They also make the assignments of specific duties to the ministerial servants. These are not submitted to the governing body for appointment. This agrees with the arrangement in the early Christian congregation, because there is no evidence that the governing body assigned all the specific duties to be performed by each elder and ministerial servant in all the congregations. Those matters were evidently worked out locally.

It is requested that, as soon as possible after the body of elders has made its selection, they notify the branch office of the full name, complete mailing address and phone number (if they have such) of those brothers

CAEKAERT/MAPLEY 002903

who will be the presiding overseer, the field overseer and the Bible study overseer for the year to come. This will assist the office to keep in touch with the congregation and direct its correspondence to the presiding overseer.

It is also recommended that, in the interest of good order, brief notes be made on each of the meetings of the body of elders, noting particularly the decisions made. The chairman may request someone from among the elders to do this, and then the notes, bearing the date of the meeting, should be retained in the congregation files.

While the elders do work together as a body, it is beneficial for each of them to be assigned to areas of special responsibility. In any body the various members fulfill differing functions, otherwise there would be no body. The apostle Paul shows that this is true of the Christian congregation, which is the body of Christ. (1 Cor. 12:12, 14, 19; Rom. 12:4-8) The same principle applies to the body of elders. Briefly, here are the responsibilities of the various overseers.

## PRESIDING OVERSEER

The presiding overseer is to help coordinate the activity of all the elders so that they accomplish the most good as they work together to carry out their joint responsibility in shepherding the "flock." The responsibilities of the presiding overseer include a deep concern for the welfare of all who are associated with the congregation.

As an overseer, he should take the initiative to see that things get done. He should regularly discuss matters with the other overseers and with the ministerial servants, offering suggestions and listening to their recommendations. When problems arise, he is to take the initiative in seeing that they are given needed attention.

There are many matters that come up from week to week on which decisions must be made. It is to be expected that the presiding overseer will make appropriate decisions in order to keep the affairs of the congregation moving ahead.

However, in regard to those matters that properly are handled by the entire body of elders, the presiding

CAEKAERT/MAPLEY 002904

overseer should submit these for attention to the body of elders. He should be well aware of the various matters that require attention in the congregation and see that they are cared for.

A principal responsibility of the presiding overseer is to be a shepherd of the "flock." He does not do this to the exclusion of participation in the field ministry, but he does give priority to caring for those who have already given indication of their desire to be associated with the congregation of Jehovah's people. He endeavors to encourage those who are showing zeal in their ministry. He also bears in mind what the apostle Paul said to the older men of the early Ephesus congregation: "I have exhibited to you in all things that by thus laboring you must assist those who are weak," and he is glad to offer such assistance. (Acts 20:35) If any feel burdened down and in need of counsel, he will endeavor to strengthen and refresh them, in imitation of Christ Jesus, our "chief shepherd."—Matt. 11:28-30.

To keep in close touch with all who are associated with the congregation, in some places the presiding overseer may find it advantageous to visit the various book study groups once or twice during the year, spending a week or a number of weeks with each one. This affords opportunity to associate in smaller groups and to share with different ones in the field ministry. If he is visiting a group that has an elder as the book study conductor, the regular conductor will care for the meeting. Where a ministerial servant usually conducts the study, the presiding overseer may want to observe for a time or two, with a view to helping him to improve his ability as a teacher. But after that the presiding overseer, as an elder, could beneficially conduct the study himself during the remainder of the visit.

Along with the other elders, the presiding overseer should regularly share in giving public talks in his home congregation, as well as giving instruction talks and participating in the service meeting programs. There is much that he can do in this way to help the entire congregation to understand the Scriptures clearly and to see how to apply them to their own lives.

His duties include making arrangements for an upbuilding service meeting for the congregation every

CAEKAERT/MAPLEY 002905

week. He may personally take oversight of these meetings each week (making assignments and perhaps caring for the concluding portion of the program or some other suitable part), or he may share that responsibility with other capable brothers. In any event, it is his duty to be sure that the service meetings are prepared and presented for the congregation.

The program of public meetings also requires considerable attention on his part. Subjects and local speakers will have been decided on by the body of elders, but arrangements may have to be made for speakers to come from other congregations, and there ought to be some provision to extend suitable hospitality to guest speakers. (3 John 5-8) Additionally, competent chairmen should be assigned for these meetings. The presiding overseer may either care for these things personally or request the cooperation of other brothers in doing so.

The branch office regularly communicates with the congregation through the presiding overseer. Letters are sent to him either for reading to the entire congregation or for the attention of certain ones of the overseers. Orders sent to the branch office for literature and handbills, as well as remittance forms and other congregation correspondence, are signed by him. He also makes provision for certain items, such as appointment letters from the governing body and reports left by circuit overseers, to be retained in a permanent file.

Where there is more than one elder in the congregation, the presiding overseer cares for that position of oversight for just one year, unless there are only two elders and the disability of old age or some other circumstance makes it impossible for the other brother to serve. However, wherever possible, there should be a new presiding overseer each year.

At the end of his year as chairman of the body of elders, about September 1, it is requested that he write a report to the branch office, using the form provided. This will give his observations on what the spiritual condition of the congregation is, what has been accomplished during the past year, and what appears to be in need of attention during the months to come. This is not a report from the entire body of elders but is the presiding overseer's report; however, it will be read

CAEKAERT/MAPLEY 002906

to the elders at their meeting early in September before it is mailed to the branch office, and a copy will be retained in the congregation files.

As all of Jehovah's Christian witnesses do, the presiding overseer endeavors to share regularly in the field ministry. He is very much interested in the work of Kingdom-preaching and disciple-making. He also has personal obligations that require attention. He may be secularly employed, providing for himself and his family, and that often requires considerable time. If he has a family, he needs to spend time to care for their physical, emotional and spiritual needs. (1 Tim. 5:8) He also needs opportunities for personal study. So he is not able to spend all his time in caring for congregation matters. Yet he is kind enough to arrange his affairs to extend assistance, as he is able, to all the rest of the congregation.

## FIELD OVERSEER

As is true of the presiding overseer, so, too, the field overseer is an elder of the congregation, entrusted by God with responsibility to shepherd the "flock." As a teacher, he shares along with the other elders the privilege of giving public talks regularly in the congregation, also taking his turn in giving instruction talks and caring for appropriate parts on the service meeting. Additionally, he may be requested by the body of elders to conduct one of the congregation book studies each week if he has the time to do so.

The field ministry, particularly the activity of Kingdom-preaching, is a special responsibility that comes under the supervision of the field overseer. (Matt. 24:14) Much is included in this.

A certain section of territory is assigned to each congregation, and the people who live there should be visited on a regular basis with the good news. All the territory—cities, towns and rural areas—ought to be given regular attention, and the work of the field overseer includes arranging for this. In most congregations arrangements will be made for a ministerial servant to do the actual assigning of territory to those who request it and to keep the records concerning it up-to-date; but the field overseer is to check on the coverage from time to time and make needed arrange-

CAEKAERT/MAPLEY 002907

ments so that all parts of the congregation's territory are given regular attention.

In caring for the oversight of Kingdom-preaching, he will help to coordinate the work so that good use is made of all the various instruments provided by the "faithful and discreet slave" class for spreading the good news. This includes making sure that suitable arrangements are made for group witnessing, and that adequate supplies of magazines and other literature are available for the congregation to use.

When notification comes from the branch office that there are to be special issues of the magazines for distribution, it is his responsibility to see that the publishers are alerted to what is being planned and are encouraged to request additional supplies that they may need. Similarly, when arrangements are made for special distribution of certain issues of the magazines or other publications to particular officials or other groups of people, the field overseer is the one who will organize the activity and see that it is carried through to a successful conclusion.

Ministerial servants will no doubt care for distribution of the magazines and other literature supplies to the publishers, but the field overseer is interested in seeing that good use is made of these instruments in the field ministry.

Of great interest to him, too, is the viewpoint with which the brothers and sisters carry on their field ministry. Both from the platform and in personal contact with them he can do much to help them to view their service as an expression of their earnest love for Jehovah and their concern for their fellowman. He should exhort them to heed the apostle's admonition, which is all the more urgent in these "last days," namely, to be "buying out the opportune time for yourselves, because the days are wicked." (Eph. 5:16) It is important to spend hours in preaching to other people, and the distribution of literature is a tremendous asset in accomplishing the preaching of the good news, but, of course, only when we are motivated by love is our service truly pleasing to God.—1 Cor. 13:1-3.

In coordinating the field ministry of the congregation, the field overseer should keep in mind that not everyone's circumstances are the same and not everyone

CAEKAERT/MAPLEY 002908

has the same abilities. Some may be able to share in the field ministry on weekends; others, on weekdays. Certain ones may be able to spend many hours in proclaiming the good news, whereas others have obligations that limit to a considerable extent what they are able to do in this aspect of their service to God. He will help the congregation to appreciate the urgent importance of the field ministry and the value of each feature of this work, and he will gladly assist anyone to improve his ability in some aspect of the field ministry. But, instead of expecting everyone to be able to accomplish the same things, he recognizes that the entire congregation, made up of persons with a variety of gifts and abilities, works together as a united group to accomplish God's will in its assigned territory.—1 Cor. 12:14-19, 29, 30.

There are some records that come under the supervision of the field overseer. At the end of each month he collects the report cards from the pioneers (if any), tabulates the congregation's report of field ministry for the month and gives it to the presiding overseer (with the pioneer report cards) so that he can sign them and mail them to the branch office no later than the sixth of the following month. If any persons were baptized under the supervision of the congregation, instead of at an assembly, the number immersed is noted at the bottom of that congregation report. A copy of the total report of the congregation publishers is kept on a Publisher's Record card that is appropriately marked as being for the entire congregation. Then he enters on the other Publisher's Record cards each one's field service report, including the reports of regular and temporary pioneers.

If a new publisher reports field service for the first time, this makes us rejoice. But, before the report is counted, it is wise to make sure that the individual qualifies to be a publisher and that he really appreciates what it means to be publicly identified as an associate of Jehovah's Christian witnesses. So the field overseer discusses this matter with the brother or sister who is studying with the individual. He also has a personal talk with the individual, to get better acquainted with him and to commend him warmly for the progress that he is making. Then, after the field

CAEKAERT/MAPLEY 002909

overseer discusses the matter with the presiding overseer, a record card may be made out for this new publisher and included in the congregation file, if the person qualifies.

In the event that some emergency arises calling for the attention of the body of elders at a time when the presiding overseer is away, the field overseer will act as chairman on that occasion. According to rotation, the brother who is field overseer will become the presiding overseer during the following year, starting in September.

## BIBLE STUDY OVERSEER

The member of the body of elders who is assigned to be Bible study overseer has the same responsibilities as a shepherd and teacher as do the other elders in the congregation. But, in his case, the work of disciple-making, which includes making return visits and conducting home Bible studies, is a special field of activity that comes under his oversight.—Matt. 28:19, 20.

A fine place to begin in promoting home Bible study is within the households of those who are already associated with the congregation. Such study on a regular basis is a major factor in one's spiritual growth. Furthermore, it is the responsibility of fathers to 'bring up their children in the discipline and mental-regulating of Jehovah,' and a regular family Bible study helps to achieve this. (Eph. 6:4) Children do not automatically become disciples just because their parents are. They will not be followers of Christ Jesus unless they are taught the things that he commanded. Even where the household is religiously divided, it is often possible for the believer, whether the father or the mother, to study with the children. The Bible study overseer, in his contacts with members of the congregation, can do much to encourage such family study of the Bible.

He also has the responsibility to help to build up the congregation's activity in making return calls on other persons who show interest when they hear about God's kingdom. Such return visits afford opportunity to give a further witness concerning the purpose of God, and at times they open the way for a regular home Bible study. The Bible study overseer can do

CAEKAERT/MAPLEY 002910

much to stimulate this activity by instruction on the service meeting, by personal encouragement, by arranging for those who would like help to work with others who are experienced, and by his own good example. Not everyone has equal ability as a teacher, but all in the congregation can help to locate those who desire to be taught, and the Bible study overseer can coordinate the efforts of the congregation to care for them.

He should be very much interested in all the persons who are benefiting from the congregation's teaching program through home Bible studies. Each month he will receive the Bible Study Reports that are turned in by those who are conducting studies. These do not have to be kept permanently, but they let him know exactly what is being done in this activity each month. It is good for him to keep in close touch with those who are conducting studies, to know what progress is being made and to offer suggestions when problems arise.

At congregation meetings the Bible study overseer can be a great encouragement to newcomers by putting forth a special effort to welcome them, to engage them in conversation and to answer questions that they may have. If some of these are not yet having a Bible study in their home, he can arrange that service for them. It would be a fine thing if he would get to know the name of each newly interested person who attends the meetings and show a personal interest in the progress that each one is making in his study of God's Word. This can do much to contribute to their spiritual development.

A record of the attendance is kept in connection with all the meetings of the congregation, and this is turned over to the Bible study overseer. At Kingdom Hall meetings an attendant may be requested to keep the record; at congregation book studies, it is the book study conductor who does so. Then at the end of each month a report of the attendance for each of these meetings is turned in on a Bible Study Report slip. This information is used from time to time by the elders, so the Bible study overseer is requested to make note of it, doing so in any manner that will assure a reliable record.

CAEKAERT/MAPLEY 002911

## CONGREGATION COMMITTEE

The presiding overseer, the field overseer and the Bible study overseer constitute a service committee for handling certain matters on behalf of the congregation. For example, they check all applications for regular pioneer service, and if the applicant meets the requirements they recommend him to the branch office for appointment. They also make appointments of temporary pioneers. And when territory adjustments need to be worked out with another congregation, these brothers can usually handle the matter. Of course, if there is some question on which they believe that it would be beneficial to consult with the rest of the elders, they may do that.

In congregations where the presiding overseer, the field overseer and the Bible study overseer are all appointed elders, and none are serving in a substitute capacity, they also constitute a judicial committee. If there are not three elders in the congregation, then they may request that an elder from a nearby congregation sit with them to hear any cases requiring their attention. Their responsibility is twofold: To keep the congregation clean and in good standing before Jehovah; also, to help those who get spiritually sick, to safeguard them from straying away from the flock of God. Whenever possible, they seek to assist persons who sincerely want to serve Jehovah acceptably, but they are also well aware of the obligation not to ignore Jehovah's righteous judicial decisions.—1 Cor. 5:12–6:6; Gal. 6:1; Ps. 119:106; Jas. 5:13-16.

## "WATCHTOWER" STUDY CONDUCTOR

One of the elders presides as overseer, for a year at a time, at the weekly *Watchtower* study. His particular interest is in aiding the entire congregation to benefit to the full from the spiritual food that the appointed Head of the congregation, the Lord Jesus Christ, is providing through his "faithful steward" class.—Luke 12:42.

The *Watchtower* study conductor can be of the greatest aid to the congregation if he handles the study, not merely to achieve a routine coverage of the material, but with teaching in view. To do this, he needs to set aside time to make a special study of each lesson.

CAEKAERT/MAPLEY 002912

This may involve going over the material several times to get it clearly in mind. Having done this, he will be able to handle the meeting in such a way that the main points are emphasized and clearly understood and the congregation is aided to discern the application in their lives of the things being learned.—Prov. 4:7.

His responsibility as a shepherd and teacher, of course, does not end with conducting the *Watchtower* study each week. He has the same general shepherding responsibilities as do the presiding overseer and the other elders in the congregation. So his duties include aiding members of the congregation on a personal basis. This may involve offering further explanation of certain points from the study material, also providing help and encouragement to those who need assistance to participate in the meeting, so that they will thus benefit more fully from this provision. It likewise includes giving warm commendation to those who are doing well, and showing active interest in any of the "sheep" that appear to be in need of attention from a shepherd who is concerned for their welfare.

His activity as a teacher also includes the giving of public talks, instruction talks and counsel on the service meeting from time to time. However, since one of his principal responsibilities is to preside at the *Watchtower* study, he may want to limit to some extent the number of public talks that he agrees to give outside his home congregation during the year so that he can give his assignment the attention that it deserves. On those occasions when it is necessary for him to be away, however, he should make sure that arrangements are made for another one of the elders to care for the meeting.

## THEOCRATIC MINISTRY SCHOOL OVERSEER

As his responsibility for a year, one of the elders is delegated to the oversight of the congregation's Theocratic Ministry School. In this capacity he has opportunity to do much to enrich the congregation's knowledge and appreciation of the Scriptures, also to help them to improve their abilities individually as preachers and teachers.

CAEKAERT/MAPLEY 002913

The outline of material covered in the school is provided each year through the branch office, and the Theocratic Ministry School overseer follows this in making assignments to those who have enrolled in the school. Usually these assignments are made at least three weeks in advance so that the speakers will have ample time to prepare.

Counsel given to student speakers should be kind and encouraging. It is also helpful to everyone if explanation is included as to *how* certain things can be done and *why* they are effective. The remarks of the school overseer, however, will be most beneficial if they are not limited exclusively to analysis of speech qualities. He should prepare for each week's school session with the objective of helping the congregation to get full value from the fine *material* that is to be covered. Then, if principal points that are of particular interest are not covered by a speaker, or are inaccurately expressed, he will be able to draw attention to them, to the extent that time permits. He is not to try to review the contents of the talks given, but his appreciative comments on an important thought, how it was presented and the value of the information, can help to impress it on the minds of everyone. In this way, while individuals are being aided to improve as speakers and teachers, the attention of those in attendance is kept focused primarily on the Word of God.

This overseer can also help the congregation in his contacts with them as individuals. Some of the students may need help in understanding the material assigned to them and in finding a way to make practical application of it. His duties are not limited to the school, however. As a shepherd, he is desirous of aiding all in the congregation in any way that he can.

If the congregation has a large enrollment in its Theocratic Ministry School, it may be divided into two or more sections for the student talks. In this way each one can have opportunity to give a talk at least every three months. Where possible, elders will offer counsel to the students in the additional groups. These additional counselors will be selected by the Theocratic Ministry School overseer.

CAEKAERT/MAPLEY 002914

In most Kingdom Halls a library is provided for the use of the congregation. Usually it contains all the available publications of the Watch Tower Society, perhaps a variety of Bible translations, an exhaustive concordance and some other helpful reference works. It is cared for under the supervision of the school overseer.

## CONGREGATION BOOK STUDY CONDUCTOR

Whenever possible, the brothers who conduct the congregation book studies should also be elders, because this assignment involves teaching. If there is not an elder available for each of the study groups, it may be that one of the elders can care for more than one group, doing so at different times during the week. But that depends to a considerable extent on his circumstances. If more book study conductors are needed, the local body of elders may request certain ministerial servants who give evidence of teaching ability to serve as substitute conductors, until such time as an elder is available. In each case it is the body of elders that assigns the brother to the book study group where he will preside.

The primary responsibility of each congregation book study conductor is teaching. To do a really fine job of conducting the study each week, the book study conductor usually has to spend more time in preparation than other brothers do. He needs to know, not only the answers to the study questions, but also the reasons for those answers and the value of the information. It should be his aim to help those who attend the study to understand, to be able to explain and to apply in their lives the truths studied. This requires conscientious effort on the part of the study conductor. As the apostle Paul wrote: "He that teaches, let him be at his teaching."—Rom. 12:7.

The book study conductor also has the privilege of aiding the publishers in his group in their Kingdom-preaching and discipling work. He can do much to help those in his group to show enthusiastic appreciation for the privilege of participating in this activity. He should endeavor to make arrangements for group witnessing at times that are convenient to those in the group, and he should be sure that there is territory on hand for them to work. When it is possible for him to be with

CAEKAERT/MAPLEY 002915

them, he will take the lead at the meeting for field service and in organizing the work to be done in the territory. For those times when he is not able to be there, he will endeavor to arrange for a ministerial servant to care for the group, or, if none is available, then another publisher who is willing to accept that responsibility.

Since each book study conductor is assigned to care for a relatively small group, he can usually become well acquainted with all of those who attend the study. As a shepherd, he ought to show a warm interest in each one of them, giving personal help and encouragement to them in their field ministry, as respects the congregation meetings and in other aspects of Christian living. If any are ill or depressed, he will probably know that and can pay them a visit to build them up. If some can be aided to reach out for additional privileges of service, he should be alert to assist them. Much of the attention of the book study conductor will be directed toward helping those in his own group, but, if he is an elder, his shepherding responsibilities are not limited to them. To the extent possible, he should endeavor to show concern for the entire congregation, reaching out to aid any of the "sheep" according to their needs.

### CITY OVERSEER

Where there is more than one congregation in a city, the branch office deals with each congregation separately, sending supplies directly to it and receiving its monthly service report. However, one of the elders is also appointed by the Watch Tower Society's branch office as city overseer. This is not an appointment that changes each year. He does not exercise any jurisdiction in any congregation other than the one where he serves as an elder. However, the branch office may wish to communicate with him at times in connection with arrangements for assemblies and other matters. He may also be called on by the elders of other congregations for counsel if some special need arises.

### CIRCUIT OVERSEER

To assist all the congregations, it has proved beneficial for circuit overseers to spend some time with them on a regular basis. The circuit overseers are traveling

CAEKAERT/MAPLEY 002916

elders who are appointed by the Watch Tower Society to their circuit position. During their visit they meet with the body of elders and cooperate with them in caring for the portion of the "flock" in their care. They give a variety of discourses to the congregation. And there are daily arrangements for group witnessing with them.

The congregations visited by a circuit overseer are termed a circuit. The circuit overseer plans his route so that he will be able to visit each congregation about once every six months, serving them for about five and a half days on each occasion. In the case of pioneers, special pioneers and missionaries in isolated territory, he also stays for a full week with them, aiding and encouraging them by holding meetings, working in the field service with them and studying together.

When the congregation is notified of a visit by the circuit overseer, about two months in advance, the presiding overseer makes the needed preparations for the visit. Since his visit will be a time of increased activity in the field ministry, additional magazines may be ordered, including what the circuit overseer has requested for himself. Handbills will no doubt be ordered for the public talk that he is to give. These things ought to be done early. Then sleeping accommodations and meals need to be arranged for the visiting overseer and his wife, if he is married.

As his visit draws near, the presiding overseer arranges times for special meetings to be held with the congregation, with the pioneers and with the body of elders. Locations from which field service will be carried out need to be selected, along with territory in which to work. The presiding overseer plans for a full schedule of field service during the week with the publishers. Then, just before his visit, congregation records are gathered together at the Kingdom Hall.

On his arrival at a congregation, the circuit overseer spends Tuesday afternoon consulting the congregation records. He may read over the end-of-the-year report sent to the branch office by the former presiding overseer, and acquaint himself with the congregation to some extent by examining the Publisher's Record cards. He also examines the territory file and the congregation accounts, and takes note of the care given to literature

CAEKAERT/MAPLEY 002917

supplies in the congregation. Sometime that day he sees the presiding overseer, to receive from him details concerning the program of activity for the week.

Later in the week, at a convenient time, the entire body of elders will meet with the circuit overseer. He is present, not to pass judgment on what the congregation has been doing nor to make changes, but to work along with the body of elders, for he, too, is an elder. (1 Pet. 5:1) As is customary at meetings of the elders, the local presiding overseer will be chairman. The presiding overseer will no doubt have listed in advance the matters on which they would appreciate helpful observations or counsel from the circuit overseer. The circuit overseer, too, may have noted matters that he believes it would be beneficial to discuss. These various topics or questions may be submitted to the chairman, who will call for discussion of them in a reasonable order. He may introduce certain matters himself, or he may ask another elder who is personally acquainted with the situation to do so. The circuit overseer will be invited to offer any counsel that he believes will be helpful. It is not expected that he will know the answer to every question or that he will have a background of experience with every type of situation that may arise, but he is glad to share the information that he does have. Others of the elders should feel free to ask questions and to offer observations.

In some cases what is needed is counsel on spiritual matters, and this, of course, should come from God's Word. In other cases the brothers may simply be seeking some advice that is based on practical experience, whether that of the circuit overseer or of the brothers in the congregations that he has served. The length of this meeting is determined to a considerable extent by what needs to be discussed.

If there are any matters on which individuals associated with the congregation would like to have counsel from the circuit overseer, they too should feel free to approach him during his visit. He is an "older man," a shepherd of God's "flock," and he comes to the congregation to be of help in any way that he can.

During the week of his visit all the congregation meetings will be held at their normal times, and will be conducted by those regularly assigned to do so. The

CAEKAERT/MAPLEY 002918

circuit overseer will attend these meetings and benefit from them along with the rest of the congregation.

On a number of occasions, however, he will address the ones assembled. For example, at the congregation book study that he attends, the one presiding may conclude the study ten minutes early that evening and invite the visiting circuit overseer to offer any words of encouragement that he may have for the group. (Compare Acts 13:15.) Similarly, on the service meeting the final half hour will be assigned to him to give a discourse.

Toward the end of the week he will conduct a special program lasting about an hour and fifteen minutes. Part of this program is a stimulating discussion of new things learned, covering information in *Watchtower* issues of the previous six months (also Scriptural articles in *Awake!*) and any of the bound books of the Watch Tower Society released during the past twelve months, while another part of the program is a Scriptural talk. At the regular time set aside for it, he also gives the public talk, one that has been especially designed for his use. And at the conclusion of the final meeting with the entire congregation he delivers another Scriptural discourse, about thirty minutes in length.

He is not present in the congregation to analyze the congregation's service record and pronounce it weak or strong, but to upbuild the brothers, and he has a fine opportunity to do this in his discourses. These are to be Scriptural discussions, helping those present to appreciate and strengthen their relationship to Jehovah and to Christ Jesus. He can aid the congregation to see the whole scope of the Christian ministry, the many opportunities that there are for them individually to advance the interests of pure worship. He can build up their appreciation for the grand privilege of serving Jehovah, and share with them helpful suggestions and encouraging experiences related to such service.—Acts 15:3.

For five days of his visit, Wednesday through Sunday, the circuit overseer will spend a large proportion of his time in the field ministry with the brothers and sisters. He has had much experience in the field ministry, and he is with the congregation to share

CAEKAERT/MAPLEY 002919

the benefits of that experience with them, to assist them in any appropriate way to further the work of preaching and disciple-making. This is one of the principal reasons why he is sent to the congregation. The presiding overseer should notify the congregation in advance as to where and when the meetings for field service will be held, and encourage all who can to join in group witnessing during the week. It is beneficial for the publishers to arrange for some time to be spent in door-to-door activity and some in making return visits. If anyone would especially like to have an appointment to go from door to door with him or to have assistance with return visits or in a home Bible study, the individual can mention this to the presiding overseer, and he will gladly arrange it with the circuit overseer. Apart from those arrangements, the circuit overseer may work out his own schedule of accompanying publishers in the field ministry, depending on who is present at the meetings for group witnessing.

If the circuit overseer is married, his wife will devote as many hours as she can to the field service. She works under the direction of her husband, and in most cases he is glad to arrange for her to accompany sisters in the congregation in the field service.

Before leaving the congregation, but after his meeting with the body of elders, the circuit overseer fills out a report to the branch office on what service he rendered during his visit, making observations on the spiritual condition of the congregation, matters that were discussed with the elders, and so forth. He leaves a copy of this report with the presiding overseer of the congregation.

If he observes a seriously unhealthy spiritual condition, or finds that the plain counsel of God's Word is not being applied in the congregation, he will, of course, discuss the matter with the body of elders, and after having done this, he may take it up in one of his talks to the entire congregation. This too would be included in his report.

If serious wrongdoing develops in a congregation, and the local body of elders is remiss in shouldering its responsibility to safeguard the "flock of God" and to uphold pure worship, the Watch Tower Society through its branch representatives has the authority to

CAEKAERT/MAPLEY 002920

send one or more elders (perhaps including a circuit overseer) into the congregation to examine the situation and make its report and recommendation to the branch. —Acts 15:22; 16:4, 5.

Twice a year two-day circuit assemblies are arranged for the benefit of the congregations. The circuit overseer is responsible for the operation of the assembly organization on these occasions. On the circuit overseer's recommendation, the Society appoints various permanent assembly personnel: an assembly overseer, an assistant assembly overseer and a news representative. They are to work closely with the circuit overseer in caring for the assembly organization, so that the circuit overseer can give his primary attention to the assembly program. Other capable men, too, may be designated by the circuit overseer to care for various departments.

At the close of each month when the circuit overseer and his wife send their field service reports to the branch office, they also submit a report on expenses incurred, provided they were not covered by the congregations. Such expenses for which the branch office reimburses the circuit overseer include transportation. The branch office will also cover food and lodging, if some congregations are not able to make provision. In addition, a small monthly allowance is sent for personal things, and the fact that they obtain literature at pioneer rates provides a little more to keep them going in the work. They have confidence that, as Jesus promised, if they seek continually the interests of Jehovah's kingdom, the material needs will be provided. —Luke 12:31.

## DISTRICT OVERSEER

Another one of the traveling elders of Jehovah's Christian witnesses is the district overseer. He, too, is appointed by the Society, and is assigned by the branch office to the section where he serves. His assignment includes participation in the program at circuit assemblies, as well as service with a congregation in the area where each assembly is held.

A number of circuits comprise a district. After corresponding with the circuit overseers as to dates when assembly facilities may be available, the branch office

CAEKAERT/MAPLEY 002921

plans the schedule of the district overseer so that he will be able to serve each of the assemblies in his district. In some circuits, due to travel distance or the size of available assembly facilities, more than one assembly is arranged, and the district overseer is scheduled to spend one week in the circuit for each assembly held. Such circuit assemblies, each two days in length, are held twice a year.

On Tuesday afternoon, at the beginning of his visit, he meets with the circuit overseer and his wife (if he is married). In connection with their ministry, the circuit overseer may have in mind certain matters that he would like to discuss, and the district overseer will no doubt have helpful information that he can share. This is also an opportunity for the district overseer to learn about any special needs that the circuit may have, so that he can take them into consideration in his remarks at the forthcoming assembly. During the remainder of that week the circuit overseer will no doubt be busy much of the time with assembly arrangements, though he will probably be able to arrange some time to work in the field ministry with the district overseer.

Since the district overseer will also be working during the week with a congregation in the assembly city (unless instructed by the branch office to work with a congregation elsewhere), he needs to get in touch with the presiding overseer of that congregation sometime on Tuesday. The congregation usually is notified well in advance by the circuit overseer so they can arrange to show hospitality to the district overseer (and his wife, if he is married) by providing accommodations and meals, if possible. Before his visit the presiding overseer will also have made plans for the week's activity, and the presiding overseer will provide necessary details to the district overseer. He is there to help the congregation in any way possible.

One of his principal duties while with the congregation is to take the lead in arrangements for group witnessing, usually from Wednesday through Friday. On those days he is ordinarily able to devote most of his time to the field ministry, participating in both door-to-door preaching and the making of return visits. Where possible, he accompanies others, sharing with them practical suggestions that he has picked up over

CAEKAERT/MAPLEY 002922

the years. To a considerable extent, he arranges his own schedule to accompany publishers in the field service, depending on who is at the meetings for group witnessing.

Participation in the field ministry thus has an important place in his schedule. He endeavors to devote as many field hours with the publishers as he can each month. If he is married, his wife does likewise.

On an evening arranged for by the presiding overseer, the district overseer gives a Scriptural talk of about an hour for the congregation that he is serving. If there are any matters on which the body of elders want his counsel, they may also arrange to meet with him for that purpose, possibly on the same evening that he speaks to the congregation. Of course, some evenings will probably be used in rehearsing parts for the circuit assembly.

During the two days of the circuit assembly, there is much for the district overseer to do. He is the assembly chairman, responsible to see that the program runs smoothly. He himself has a number of talks to give, including the public discourse.

At the conclusion of the assembly the district overseer sends a report to the branch office, making note of matters discussed with the circuit overseer, also with the elders gathered at the assembly, as well as his observations on the circuit assembly and the spiritual condition of the circuit itself. His accommodations, expenses and field ministry reports are cared for in the same way as those for the circuit overseer.

There is a rotation of assignments of the traveling elders every two years. This may involve a rotation of one from being a district overseer to circuit overseer and vice versa.

### BRANCH OVERSEER

The branch overseer is an elder who is appointed by the Watch Tower Society and has general oversight of the congregations of Jehovah's witnesses in an entire country or group of lands.

He arranges for the sending out of literature provided by the "faithful and discreet slave," and supervises the preaching and disciple-making work in such a way that people in all the territory under the branch

CAEKAERT/MAPLEY 002923

office are given opportunity to hear the good news. He sees that needed attention is given to all the congregations, circuit and district overseers, regular and special pioneers as well as missionaries, and he personally serves on assembly programs in various parts of the land.

The appointment of a branch overseer is for an indefinite time, until the Watch Tower Society may see fit to replace him.

### ZONE OVERSEER

Arrangements are made by the Watch Tower Society for persons who are elders to visit the Society's branch offices and printing plants as well as all the missionary homes of Jehovah's witnesses throughout the world. These visiting elders are known as zone overseers.

As overseers, they do a work of visiting and inspecting. They examine the records of each branch, analyze its oversight of the congregations under its jurisdiction and what is being accomplished in preaching the good news and making disciples. They attend congregation meetings with the branch overseer and the missionaries and, where possible, accompany them in the field ministry. They are interested in the spiritual condition of those whom they serve and in what is being done by the shepherds in caring for the "flock of God."

So, there is, indeed, an interchange of encouragement throughout all the congregations of God, all being bound together in unity through love and the spirit of God. (Rom. 1:12; Eph. 4:3; Col. 3:14) Everyone in the "flock of God" is strengthened with a sense of interdependency, just as the various parts of the human body serve for the common good of the whole body. (1 Cor. 12:12-31) And as each one is drawn close to his fellow servants in loving unity, he is also brought closer to Christ Jesus the appointed Head of the Christian congregation, and to Jehovah God, whose spirit permeates the entire congregation and whose Word guides its operation in harmony with his righteous purpose.—Eph. 1:22, 23; Prov. 3:5, 6.

CAEKAERT/MAPLEY 002924

# MEETINGS AT WHICH TO BE TAUGHT BY JEHOVAH

THE psalmist David, a man after God's own heart, long ago wrote: "I rejoiced when they were saying to me: 'To the house of Jehovah let us go.'" (Ps. 122:1) At the "house of Jehovah" instruction was given in the law of God, psalms of praise were sung and there was opportunity to give expression of one's own appreciation for Jehovah's loving-kindness. Meetings for worship continue to have an important place in the lives of Jehovah's Christian witnesses and to be a source of real enjoyment to them.

It is true that during his earthly life Jesus did not institute among his disciples any special program of weekly meetings. He himself was born under the Law, and he kept the requirements of the Law. He attended the annual festivals prescribed by the Law, and he was regularly on hand at the local synagogue for the program of reading and teaching from the Scriptures. Additionally, he personally gave discourses to large gatherings of people, and there were occasions when he especially instructed his disciples about the preaching work that they were to do. (Matt. 4:23; 5:1, 2; Luke 10:1-16) But they were still part of God's congregation of natural Israel.

However, following the outpouring of the holy spirit on Jesus' disciples at Pentecost, 33 C.E., Christian congregations began to spring up in one locality after another. These were now the people upon whom God had put his spirit, and they regularly met together. The Bible does not describe in detail each of the meetings that they had in their congregations. But we do know that they considered in written form material that is now part of the Holy Bible. (Col. 4:16; Rev. 2:1; 3:1) We also know from the Scripture record that they were provided with instructions on how to conduct their meetings in a way befitting the people of God. Among them were teachers who worked hard

CAEKAERT/MAPLEY 002925

on their behalf.—1 Cor. 14:26-33; 1 Tim. 5:17; Acts 13:1.

The teaching, of course, really came from Jehovah himself, because it was his inspired Word that provided the basis for what was said. It was as the prophet Isaiah had written: "All your sons will be persons taught by Jehovah, and the peace of your sons will be abundant." Jesus applied that prophecy to his own disciples.—Isa. 54:13; John 6:45.

Appropriately, the meetings of Jehovah's witnesses are opened and closed with prayer, because we look to Jehovah for his blessing and guidance and we are thankful for his provisions. (1 Chron. 29:10; 1 Cor. 14:15, 16; Matt. 18:20) This is true whether the meetings are ones attended only by regular members of the congregation or are ones to which the public has been specially invited. If two meetings are held, one after the other, then prayer is offered at the beginning and at the end of the entire program.

During congregation discussions in which the audience is invited to participate, it is a privilege to have a share. Of Jesus Christ, it was prophetically written: "I will declare your name to my brothers; in the middle of the congregation I shall praise you." (Ps. 22:22; Heb. 2:12) He set the example for us to imitate. Not only out in the world among unbelievers, but also when with our brothers, we should speak of the grand things that Jehovah has done and will yet do. The apostle Paul urged: "Let us hold fast the public declaration of our hope . . . And let us consider one another to incite to love and fine works." (Heb. 10:23, 24) It is true that we may be inclined to feel that others give better comments than we do. But our public declaration of faith is upbuilding to them, warming their hearts. It shows our genuine love because, no matter how little we personally feel that we have, we are willing to share it with others. This truly is pleasing to God.

Those having children should not hesitate to bring them to the meetings—even the little ones. As Moses commanded Israel: "Congregate the people, the men and the women and the little ones . . . in order that they may listen and in order that they may learn, as they must fear Jehovah your God and take care to carry out all the words of this law." (Deut. 31:12)

CAEKAERT/MAPLEY 002926

The good results of early training are indicated in the case of Timothy, a zealous associate of the apostle Paul and one who had been taught the holy writings from infancy.—2 Tim. 3:14, 15.

By attending meetings we all learn practical application of God's Word. For this same reason it is good to be enthusiastic about inviting fellow workmen, relatives, neighbors and others to attend the meetings with you. When they hear what is discussed, and see the love manifested among those in attendance, they too may be moved to declare: "God is really among you."—1 Cor. 14:25.

Consider, now, each of the meetings provided in the congregations of Jehovah's Christian witnesses, how they benefit us personally and how they equip us to share in the great work of Kingdom-preaching and disciple-making.

## THE "WATCHTOWER" STUDY

The principal publication that the "faithful and discreet slave" class has used in more recent times to provide Jehovah's people with spiritual food drawn from God's Word is the *Watchtower* magazine. So each congregation arranges to meet once a week to study a portion of this material under the chairmanship of the *Watchtower* study conductor.

Usually the *Watchtower* study is held following a public meeting that was opened with song and prayer. Between the meetings the entire congregation is customarily invited to share in singing a song before the *Watchtower* study begins. The *Watchtower* study conductor, at the outset, makes some brief comments to whet the audience's appetite for what is to follow and to help them to appreciate the reason for considering the specific material at hand. If it is a continuation of an article started the previous week, he may briefly restate certain key points from that earlier study and tie them in with what is next to be considered. The printed questions provided in *The Watchtower* are propounded, then the study conductor calls on those who volunteer by raising their hands for their answers. During the discussion he may helpfully direct attention to the scriptures in the paragraph, encouraging comments that show their relation to the question being

CAEKAERT/MAPLEY 002927

considered. If time allows, he also calls for the reading of certain scriptures that are cited but not quoted. The paragraphs are read in summary. For reading the paragraphs a different reader may be used each week, and, if possible, advance selection is made of a baptized brother who reads well.

Ordinarily, the *Watchtower* study is just one hour in length, with about ten additional minutes for the opening and closing, including announcements. By having comments ready to offer as soon as the questions are asked, you can help to keep the study moving and make it possible for the congregation to hear many helpful expressions on the material during the time set aside for the study.

In most cases the entire congregation gathers together at the Kingdom Hall for their weekly *Watchtower* study. However, if some live at distant points, far from the Kingdom Hall, *Watchtower* studies are sometimes arranged for them by the body of elders, who appoint a study conductor. These studies may be either on Sunday or another day that is convenient for them. It is better to have a *Watchtower* study in their own locality than for them to miss it because of the long distance and inconvenience in traveling to the central meeting. In such cases, usually a brother living in that vicinity is assigned as the study conductor.

The meeting is held in the language of the country or district, unless the congregation was specifically organized to serve a different language group. However, if there is a group of persons in the congregation who speak another tongue, there is no objection to arranging a *Watchtower* study for the benefit of these brothers. The body of elders will select the one to conduct this meeting. They will get a clearer understanding by studying *The Watchtower* in their own language and expressing themselves in their own tongue. The extra-language meetings should be at a time different from the regular meetings for the congregation, however, and those attending these meetings should also be encouraged to attend the regular meetings of the congregation, to get acquainted with the language of the land where they dwell. In this way they will, in time, be able to have a more extensive share in the field ministry.

CAEKAERT/MAPLEY 002928

## THE PUBLIC MEETING

The public meeting is quite different from the *Watchtower* study. Rather than being a question-and-answer discussion of printed study material, it generally takes the form of a discourse. But to stimulate keen interest and to impress key thoughts on the minds of everyone, the speaker may use pictures, maps or an outline of points on a blackboard. As part of the program, arrangements may be made for questions both to and from the audience. At times, the material may be presented by a symposium of speakers.

Those who give the public talks in the congregation will be elders, to the extent that this is possible, since these are brothers who not only set a fine example in Christian living but also are qualified teachers. (1 Tim. 3:2) Where there are only a few elders, they will find that, as was true of those with similar privileges in the first century, they "work hard in speaking and teaching" to provide this instruction for the congregation. (1 Tim. 5:17) Their willingness to give of themselves in this way is deeply appreciated by their Christian brothers. And, by way of assistance, the "faithful and discreet slave" provides the elders with printed outlines in most instances from which to develop these talks on a wide variety of subjects. To fill out their program, the local elders may also invite elders from other congregations to give talks, arranging this first through the presiding overseers of those congregations, and then confirming details in personal correspondence to the speakers.

In some areas, however, there just may not be enough elders available. If the body of elders desires to do so, they may assign ministerial servants from their own congregation to give public talks from time to time, using an outline provided by the Society, where this is necessary in order to have the public meetings on a regular basis. But no congregation will send out as a speaker to another congregation a brother who is not yet an elder.

A capable brother, generally one of the elders or the ministerial servants, is assigned in advance to be chairman at the public meeting. After he warmly welcomes those in attendance, the congregation usually joins in a song of praise to Jehovah, and then prayer

CAEKAERT/MAPLEY 002929

is offered. Following this, the chairman informs the audience of the title of the talk to be given and introduces the speaker. His remarks are very brief. After the talk, the chairman makes whatever announcements are appropriate for those present.

If there is no meeting following the public talk, the program will be closed with song and prayer. However, if it is followed by the *Watchtower* study, as is usually the case, the final song and prayer come at the conclusion of the entire program. Between the two meetings, where there is no intermission, it is good to invite the audience to stand and sing a song. If there is an intermission, then the public meeting will be concluded with needed announcements, and, when the group reconvenes, a song may be sung before the *Watchtower* study gets under way.

In addition to putting on talks in your Kingdom Hall, arrangements may be made for holding public talks in rural sections and outlying towns in the congregation's territory. Efforts are made to give a thorough witness in this territory in conjunction with the public meetings. If there are many locations that can be obtained, such as community houses, lodge halls, schools, private homes of Jehovah's witnesses, lawns, fields and parks, the congregation will no doubt plan on using some of them. Usually they can be obtained at a very reasonable cost or even free. If you assist in setting up sound equipment for such a meeting, keep in mind that you should conform to local regulations as to operating the equipment. The loudspeakers need be loud enough to reach only the audience so that all can hear well.

These are called *public* meetings because extensive advertising is frequently done to invite the public and the talks are given with the public in mind. Not that the material is directed solely to the public, but, since newly interested ones are often present, the speaker makes it a point to explain his subject in terms that they can grasp. At the same time, the information is highly informative and upbuilding to the members of the congregation who are regular attenders. Whenever possible, arrangements are made to have these public meetings every week.

CAEKAERT/MAPLEY 002930

## THE SERVICE MEETING

The service meeting is specifically designed to equip you to have a full share in carrying out the work of preaching the Kingdom good news and making disciples of those who respond to God's Word. (Matt. 24:14; 28:19, 20) To a large extent this work is done by speaking to other persons and providing them with Bible literature. But the application of Bible principles in our lives has a great bearing on the effectiveness of this field ministry, for thereby we demonstrate our sincerity and the good results that come from applying the Scriptures. Appropriately, the service meeting gives attention to all these facets of our service to God.

Service meetings are usually built around the information provided in *Kingdom Ministry*, which you will receive every month through the congregation. When a new issue of *Kingdom Ministry* is received, the presiding overseer carefully analyzes what it contains and either personally assigns the various meeting parts to qualified brothers or arranges for this to be done, and those assigned receive written notice.

That outline of meetings is flexible, however, and may be adjusted to emphasize aspects of our service to God that need particular attention locally. The body of elders may be aware that a certain situation needs to be handled, and they may have ideas for a program on a night for which no program is outlined by the Society.

As for the individual meeting parts, elders and ministerial servants are requested to take charge of these. They need to study the assigned material carefully, to determine what the principal points of instruction are and how to handle them so that the brothers will understand and remember them. Careful thought also ought to be given to application of the material to the situation of the local congregation. Suggestions that are presented in connection with preaching the good news should not be set out as if they were rules. There is much room for individual initiative in our activity. However, it is important to help everyone to see how the things that we do are involved in our worship, so that we all carry them out with a desire to please Jehovah.

CAEKAERT/MAPLEY 002931

There are many ways in which material can be effectively presented. However, in no case should the method of presentation be allowed to overshadow the material presented. The objective of demonstrations is not to have a great dramatic production with a lot of stage props. Use natural settings, such as a scene at one's secular work, a door-to-door visit, a home Bible study or a family discussion. Arrangements should be made to rehearse demonstrations, so that each participant knows where he is to be and what he is to do. Of course, this takes time, but it results in a program that is informative and spiritually upbuilding.

If each one on the program sticks to the allotted time, the meeting will conclude in about an hour, including the song and prayer. Everyone who shares in the program should cooperate to that end.

When demonstrations or discussions are included in the program, any of those attending the meetings and who are in good standing with the congregation, including children, may be invited to participate. If you are asked to assist in this way, cooperate joyfully and conscientiously, recognizing that this is part of your service to Jehovah.

## THEOCRATIC MINISTRY SCHOOL

In addition to the other meetings, each congregation of Jehovah's witnesses provides a Theocratic Ministry School conducted by the Theocratic Ministry School overseer. This is a continuous school for men, women and children. As part of this course, those enrolled are encouraged to read the entire Bible according to the consecutive sections assigned from week to week. Some students give short talks to the entire group, others demonstrate how to discuss various Scriptural subjects with individuals, and a qualified counselor offers helpful suggestions for improvement.

By enrolling in the Theocratic Ministry School, which convenes once each week at the Kingdom Hall, you show that you are interested in advancement. Such instruction can aid you to be a finer public praiser of Jehovah. It can equip you to accomplish more in the time you have available for the field service, as well as to give fine comments in the congregation meetings. In the case of brothers, this instruction is of great

CAEKAERT/MAPLEY 002932

aid to anyone striving to qualify to be a ministerial servant or an elder. Even persons newly attending the meetings may enroll, as long as they are not leading lives that are out of line with Christian principles.

Those enrolled will be assigned periodically to give student talks, and they will be notified well in advance so that they can prepare thoroughly. Though no roll call is read at the school, you will benefit greatly by being present, and particularly is it important to be on hand when you are assigned to give a talk. Plan to get to the hall before the meeting starts, so the Theocratic Ministry School overseer will know that you are present to give your talk. If an emergency situation arises, and it is impossible to be present to fulfill an assignment, be sure to notify the school overseer, doing so just as early as possible so that he can arrange for someone else to prepare the material.

After each student talk the overseer will offer helpful counsel. So, if you will be giving a talk, before the meeting be sure to give him your Speech Counsel slip, because he will want to make notations on it. If you have done well on certain qualities, he will commend you. If further work on some matter would be beneficial, he will offer suggestions to assist you. Where it appears to be advantageous, he may also make some brief comments on the Scriptural material presented, to help the congregation to get the full benefit from it and to make sure that they understand it correctly. His comments are to assist you and all the congregation to be better praisers of Jehovah.

In addition to the student talks, the school program usually includes an instruction talk. These are given preferably by the elders of the congregation; but, if they are not able to handle all of them, some of the better qualified ministerial servants may be assigned. There is usually an oral review of the previous week's instruction talk, and it will be stimulating to you, and beneficial to others too, if you prepare ahead of time and volunteer to answer at least one of these review questions. Then, too, periodically there may be a written review of the information that has been studied. Each person checks his own paper. This review is not for competitive purposes but is a means of helping you to see if you have an accurate under-

CAEKAERT/MAPLEY 002933

standing of the material that has been discussed, and it assists you to learn any key points that you may have missed.

Even those who may not, for some reason, be enrolled in the school are encouraged to attend. All who are present will benefit from the fine instruction provided.

## CONGREGATION BOOK STUDY

The congregation book study is generally conducted with a smaller group than the other meetings. There are just a few families or a comparatively small number of individuals who gather at each of these studies. Instead of having the entire congregation come together at one place for the meeting, arrangements can be made for them to meet in convenient locations scattered throughout the congregation's territory. One group may meet at the Kingdom Hall; others assemble in private homes. Here is a reflection of Jehovah's loving-kindness and his tender care for his people, because in these small groups it is possible for more personal attention to be given to the spiritual growth of each individual. —Isa. 40:11.

This is a one-hour group study, using the Bible and a textbook provided by the Watch Tower Society. Basically, the meeting is conducted in the same manner as the *Watchtower* study. It is opened and closed with prayer. Questions are asked on each paragraph; comments are invited; scriptures are read; paragraphs are read in summary. However, at the congregation book study there is no set amount of material to be covered, so more time can be spent in discussing the material. To impress principal thoughts on the mind of each one, a *brief* oral review may be conducted at the end of the study.

With a small group such as this, there is more opportunity for you to comment. You will find that it is not at all difficult to participate freely at this meeting, and this gives you opportunity to get accustomed to making a declaration of your faith before others. (Heb. 13:15) It is good to learn to make your comments in your own words, instead of reading them out of the book, because this enables you to determine whether you really understand the material.

CAEKAERT/MAPLEY 002934

Although everyone present is encouraged to share in the reading of scriptures, just one person reads the paragraphs at any one study. If possible, arrangements are made a week in advance for a baptized brother who is a good reader to read the paragraphs.

Having these study groups scattered throughout the congregation territory makes it convenient for both you and newly interested persons in the neighborhood to attend. Endeavor to bring others with you to the meeting, so that they can get a taste of the spiritually upbuilding discussions and warm association that we here enjoy.

In addition to providing a place for group study, the location where the congregation book study is held may also be a meeting place for field service. Here the group can meet at convenient times to share in this important feature of our Christian ministry.

When your congregation book study group grows to the point where the elders may deem it wise to make adjustments, they will consider arranging for an additional study group at another location. As long as there is room to accommodate everyone, they may wait until the group includes as many as twenty regular participants in the field service before any division is made, but there are other factors to be considered too. Of course, if a new group is formed, another home will be needed where they can meet. It should be one that is neat and clean, and located where it will be convenient for a group of brothers to meet so that none will have to travel very far. Having congregation meetings in private homes was a practice of the early Christians, and it has continued to have Jehovah's blessing in our day.—Rom. 16:3, 5; Philem. 1, 2.

## NEW OR SMALL CONGREGATIONS

As the preaching of the good news is accomplished and more persons identify themselves as disciples of Christ Jesus, the number of congregations also increases. Each of these congregations endeavors to arrange for all the various meetings discussed earlier.

Such new congregations may be groups of newly dedicated, baptized disciples who are gathering in places isolated from previously existing congregations. Or it may be that a congregation already in operation has

CAEKAERT/MAPLEY 002935

grown large, or that the size of the Kingdom Hall or the distance that some travel to the meetings makes it advisable to form a new congregation.

When a new congregation is organized, those who are associated with the group make application to the branch office so that they can benefit from the services provided for all congregations of Jehovah's Christian witnesses. The matter should first be thoroughly discussed by those involved, whether a group of publishers in an isolated area, or the congregation's body of elders in the case of division of an already-existing congregation. Then, before the application is submitted, it may be advisable to discuss the matter with the circuit overseer. In some cases small groups may find it more advantageous to be associated with larger congregations that are not far distant. In any event, however, for a congregation to be recognized by the branch office, there must be a group of persons who are baptized proclaimers of the good news, persons who truly are Jehovah's Christian witnesses and who recognize the "faithful and discreet slave" class and desire to work under its direction to advance the interests of pure worship.

In naming our congregations we follow the Biblical precedent, designating each congregation by the name of the city or town in which it is located. (1 Cor. 1:2; 1 Thess. 1:1) When a congregation is divided into two or more congregations within a city, then a geographic or other designation describing its location is used as a name for each congregation.

In each congregation, large or small, the regular study procedure can be followed at the *Watchtower* study and the congregation book study. If there are not enough qualified persons to prepare all the various service meeting parts, at least they can read and discuss the material together. Similarly, adjustments can be made in the Theocratic Ministry School. If possible, it is good to arrange for the instruction talk to be given as a model talk each week. But, where necessary, the other assignments may be covered by somewhat informal reports, discussions between two sisters, questions and answers or simply reading the published information. For public meetings, local brothers can no doubt give talks from time to time. Occasionally, arrangements can probably be made for visiting speakers,

CAEKAERT/MAPLEY 002936

and this will be a stimulus to the group. And, when no speaker is available, the group can even read together one of the extensive outlines provided by the Watch Tower Society and look up the scriptures together.

At times small congregations may be composed entirely of sisters. When such is the case, sisters who pray or conduct meetings do so with heads properly covered in harmony with the Scriptural arrangement. (1 Cor. 11:3-16) In most cases, they remain seated, facing the group. None of the sisters give actual discourses at their meetings, but they read and comment on the material provided by the Watch Tower Society, or, for variety, they may cover it in discussion between two of them or as a demonstration. No counsel is given on their presentations in the Theocratic Ministry School, but by discussion they can benefit fully from the information that is normally covered on the school program.

If there are any persons in a newly formed congregation that qualify for appointment as elders or as ministerial servants, they will be recommended to the Society's branch office. This may be done by the body of elders of the congregation from which this newly formed group is dividing off, or, in the case of new congregations in isolated areas, it may be cared for during the visit of the circuit overseer. If there are none who qualify to be elders or ministerial servants, as in the case of a congregation made up entirely of sisters, the branch office will designate one of the group to care for correspondence with the office and to carry on meetings for the congregation. In time, when brothers qualify for appointment, they will care for these responsibilities.

## TIME OF MEETINGS

The times at which the congregation meetings are held are determined locally. These may vary from place to place, because the matter is discussed with the congregation and then they choose times that are convenient for the majority of the members of the congregation.

## KINGDOM HALL

The Kingdom Hall of Jehovah's Witnesses is the center of pure worship in the community. It is the prin-

CAEKAERT/MAPLEY 002937

cipal location where meetings of the congregation are held, and it provides a central place from which the field ministry can be conducted.

In some communities a congregation may be small and so may meet in a private home. But just as soon as it proves to be both possible and practical, each congregation endeavors to obtain an adequate meeting hall. In some localities it is more convenient to rent a hall than to buy or to build. However, large numbers of congregations have chosen to purchase property and build their own Kingdom Hall, suited to their needs. It is up to all the dedicated members of the congregation to decide what they want to do in this matter.

If a congregation decides to build a Kingdom Hall, the body of elders usually designates as a building committee certain brothers who are very much interested in this particular construction work of the congregation and who may be good businessmen. This committee may or may not include the presiding overseer of the congregation, and it is not necessary to change the makeup of that building committee from year to year. They may take care of their duties as long as the committee is needed.

In connection with the ownership and operation of the Kingdom Hall it may be necessary to form an association. Sometimes it must be a legal corporation. Here, too, there is no need for change of officers from year to year.

Whether you own or rent your hall, it ought to be kept clean, both inside and out, so that it is a proper representation of Jehovah's true worship. A ministerial servant may be assigned to see that this work is cared for. Usually a schedule is worked out for the various congregation book study groups to take turns in cleaning the hall, along with a list of the things that need to be done each week. When your study group's turn comes, be sure to do your part.

There are a number of things that can be done to advertise the Kingdom Hall. For one thing, there should be a neat sign out in front bearing the words "Kingdom Hall of Jehovah's Witnesses" and an up-to-date listing of the times of meetings. If your hall has a window on street level, it is good to have an attractive display of literature so that passersby may observe. The display

CAEKAERT/MAPLEY 002938

should be kept up-to-date and clean, using current literature and changing the arrangement from time to time. Some newspapers publish free notices of meeting times and special events, and the congregation may want to take advantage of this service. It may also be that the phone number of one of Jehovah's witnesses could beneficially be listed under "Jehovah's Witnesses."

Besides the above means of advertising, do not fail to make good use of any handbills and tracts provided by your congregation. Distribute them freely. They provide an excellent reminder to the people in your community that Jehovah's witnesses are active among them and are ready and willing to help them.

At every meeting in the Kingdom Hall there should be a brother, preferably a ministerial servant, who is an attendant. He may be assisted by other brothers, if necessary. He ought to have a friendly personality and be interested in meeting people who come to the hall and making them feel welcome. When he observes newcomers, he can get acquainted with them and may introduce them to others in the congregation, including some of the elders. He should offer his services to help latecomers to find seats and be alert to give any necessary attention to proper heating and ventilation in the hall. Also, if children cause a disturbance during the meeting, or run unrestrained before or after the meeting, it is his responsibility to see that the situation is given the needed attention.

In addition to its use for regular congregation meetings and as a meeting place for field service, the Kingdom Hall may be used for wedding ceremonies and funeral services and other spiritual functions, with the permission of the congregation's service committee.

### CIRCUIT ASSEMBLIES

Everyone who regularly attends the meetings at the Kingdom Hall also looks forward with eager anticipation to the larger assemblies of Jehovah's people that are held periodically.

Twice a year a number of congregations that are served by the same circuit overseer meet together for a two-day assembly. Upbuilding talks and practical demonstrations are presented; counsel is given that is designed to meet the needs of that circuit. Such assem-

CAEKAERT/MAPLEY 002939

blies also afford opportunity for the baptism of new disciples.

The circuit assembly is usually held on a Saturday and a Sunday, though other days may be used if local circumstances make them preferable. Special programs arranged for the benefit of everyone are scheduled on Saturday and Sunday, and you are urged to be on hand to benefit from all of them. Arrangements may also be made for participation in the field service in the morning, generally on both days.

On Sunday morning at the assembly there is a meeting of the circuit and district overseers with the elders from the congregations in the circuit. At this meeting the district overseer presides as chairman. The shepherding work and the spiritual condition of the congregations are considered. Among other things, there may be a discussion of important material recently published by the "faithful and discreet slave," to be sure that all fully understand it and will be able to help those associated with the congregations to grasp it and to put it to work in their lives.

## DISTRICT ASSEMBLIES

Other, larger assemblies are also held. Once a year a number of circuits usually gather for what is called a district assembly. At these district assemblies, and at the occasional national and international assemblies, some of the most thrilling discourses and announcements in the modern-day history of Jehovah's people have been presented.

Not only must those in attendance have their spiritual needs cared for through the program itself, but also their physical needs require attention. Sufficient rooming accommodations must be obtained. Usually the hotels do not have enough rooms for our large conventions; besides, many of the delegates who come as family groups are of moderate means, and they need something economical. Often the brothers in the assembly city arrange to accommodate conventioners in their homes. Also, house-to-house visits may be made to contact local residents who are willing to rent rooms at reasonable rates. Food is usually made available on the assembly grounds and is served to conventioners for a moderate price. Attendants are also required. These

CAEKAERT/MAPLEY 002940

and many other services necessary to the operation of the assembly are performed by volunteer workers attending the assembly. None of them are paid for their work, but they willingly serve out of love for their Christian brothers.—Ps. 110:3.

By availing yourself of all these provisions to assemble with your Christian brothers, you will be protected against the spirit of the world, strengthened in faith and equipped to be a better servant of Jehovah God.—Phil. 4:8; Rom. 12:2.

## CHAPTER 6

# YOUR SERVICE TO GOD

SERVICE to God involves one's whole life. That is why the apostle Paul could say: "Whether you are eating or drinking or doing anything else, do all things for God's glory," and, "Whatever you are doing, work at it whole-souled as to Jehovah, and not to men, for you know that it is from Jehovah you will receive the due reward of the inheritance. Slave for the Master, Christ." —1 Cor. 10:31; Col. 3:23, 24.

For our service to be acceptable to God we must, indeed, submit to Christ as our Master. As he truthfully said: "I am the way and the truth and the life. No one comes to the Father except through me." (John 14:6) To him Jehovah has given "all authority" as King and Head of the Christian congregation. (Matt. 28:18) So, we must be Jesus' disciples, following his lead and obeying his commands, in order to be included among those whom Jehovah acknowledges as his servants.

### THE CHRISTIAN'S MINISTRY

Have you personally responded to Jesus' invitation, "Take my yoke upon you and become my disciples," thereby finding refreshment for your soul? (Matt. 11: 28-30) That yoke of discipleship to Christ is a kindly one with a light load, especially so when compared with the yoke and load that people carry in the world and in their false religions. Nevertheless, a yoke implies service.

CAEKAERT/MAPLEY 002941

As disciples we must be like our teacher. (Luke 6:40) Jesus said that he came, 'not to be ministered to, but to minister.' (Matt. 20:28) To minister means to serve, particularly rendering service of a personal nature. (Luke 17:7, 8; Matt. 20:26, 27) Jesus was the minister *of God*, but he ministered *on behalf of* the people. (Luke 4:16-21) As his disciples, we are ministers of God and his Son, but we also minister on behalf of our fellow humans.

Are we married or do we have children? Then we have a divine obligation toward our mates and children. Husbands have the responsibility of headship. (Eph. 5:23, 28, 29; 6:1-4; Titus 2:4, 5) When we discharge our marital or parental obligations by ministering to the spiritual and material needs of those for whom God has made us responsible, we are rendering service as to God. But what if we were like persons of the world who discharge such obligations without a right motive, or in ways not conforming to God's will? Then this service would not be a Christian ministry. It would not be rendered in imitation of our Lord Jesus Christ.

Within congregations, some have the God-given responsibility to minister to God's flock, acting as overseers and ministerial servants. And men and women, individually, may voluntarily minister to the needs of their brothers and sisters. As their hearts move them to do so, they can encourage and aid fellow believers in whatever way they can, both spiritually and materially. (Rom. 15:25-27; 1 John 3:16-18) All this is part of the overall Christian ministry.

## MINISTERING TO PERSONS IN THE WORLD OF MANKIND

Here, however, we are primarily concerned with that part of our Christian ministry pertaining to those outside the congregation. Not all of us have mates, children or assigned responsibilities in congregations. But all true Christians share the privilege of publicly proclaiming the Kingdom good news. We see this in Jesus' parable of the sower. There Jesus showed that all who receive the "word of the kingdom" into their hearts should also bear fruit. (Matt. 13:18-23) What is that fruit? It must correspond with what is sown, namely, "the word [or, message] of the kingdom." So, the

CAEKAERT/MAPLEY 002942

righteous-hearted ones produce as fruitage the "word of the kingdom" by speaking it out to others.

Jesus said, too, that some would produce 'a hundredfold, some sixty, some thirty.' Grain sown in a field normally varies in production according to circumstances. Likewise, what persons can do in making proclamation of the good news will naturally vary according to each one's circumstances, and Jesus showed that he recognized this. Some have greater opportunity than others; some have greater health and vigor than others; some learn the truth earlier in life than others. Of course, each of us should want to be as productive of the "word of the kingdom" as we can. If it is truly done in a whole-souled way, Jehovah God and his Son are pleased with whatever one is able to do.

In another parable, Jesus said: "My Father is glorified in this, that you keep bearing much fruit and prove yourselves my disciples." In this parable the "fruit" is the overall Christian fruitage of fine works and evidence of God's spirit operating in our lives every day, but it must also include the bearing of the fruit of Kingdom proclamation.—John 15:2, 8; Matt. 7:16-20; Gal. 5:22, 23.

## THE ANOINTED AND "OTHER SHEEP" SHARE IN MINISTERING

Those whom Christ personally commissioned to bear witness of him and to make disciples were men in line to become anointed members of spiritual Israel, in a new covenant with God. These, eventually totaling 144,000, would reign with him in his heavenly government. But while on earth, all of them were to serve as "ambassadors substituting for Christ," urging others to "become reconciled to God." (2 Cor. 5:20; Rev. 14:1, 3; Acts 1:8) Today only a remnant of such spirit-anointed ones remain on earth. However, associated with them now is a large number of other persons who have also become disciples of Christ Jesus, but who have the hope of living in a paradise earth as subjects of the heavenly government.—John 10:16.

These latter ones are the "sheep" in the parable at Matthew 25:31-46. They are persons who do good to Christ's brothers, the spirit-anointed ones, ministering to their needs because of recognizing their righteous

CAEKAERT/MAPLEY 002943

service to God. Today such persons already form a "great crowd," as described at Revelation 7:9-17. They render God "sacred service day and night in his temple," and God favors them. They are not silent servants but "keep on crying with a loud voice, saying: 'Salvation we owe to our God, who is seated on the throne, and to the Lamb.' "

Any work that contributes to the advancement of Kingdom interests they willingly perform under the direction of the anointed Kingdom heirs. So, they are like the "Nethinim" of ancient times, who were not Israelites but served at God's temple, doing necessary work under the direction of the Levites.—Ezra 8:17, 20.

The rightness and importance of their sharing in bringing the truth to others is shown at Revelation 22:17, which says: "And the spirit and the bride [the spirit-anointed class] keep on saying: 'Come!' And let anyone hearing say: 'Come!' And let anyone thirsting come; let anyone that wishes take life's water free." Having heard the invitation from those of the bride class, the "great crowd" have the responsibility to extend that invitation to others who will hear. Like the anointed ones, they exercise faith in their hearts, and so with their mouths they make public declaration as ministers of God and of his Son. (Rom. 10:9, 10) Today these "other sheep" far outnumber the remnant and are doing the bulk of the Kingdom-preaching and disciple-making throughout the earth.

### "BUYING OUT THE OPPORTUNE TIME"

To render sacred service to God in his temple or great spiritual arrangement for worship, we must heed the apostle Paul's exhortation: "Keep strict watch that how you walk is not as unwise but as wise persons, buying out the opportune time for yourselves, because the days are wicked. On this account cease becoming unreasonable, but go on perceiving what the will of Jehovah is." (Eph. 5:15-17) We 'buy out the opportune time' by not using it in the "unfruitful works that belong to the darkness," but by using it instead in fine works of Christian living and activity.—Eph. 5:10, 11, 18-20.

The question arises, then: How are we to apportion out our time so that our various obligations all receive proper attention? For example, how can we determine

CAEKAERT/MAPLEY 002944

how much of our time to spend in Kingdom-preaching and disciple-making without neglecting the other features of our Christian ministry?

Husbands and fathers have, of course, a primary responsibility before God to care for their families, spiritually and materially. Fathers and mothers should be keenly interested in doing disciple-making among their own offspring so that their children may gain life everlasting. And all of us should seek to make known the Kingdom—and possibly to make disciples—among our relatives, either members of our immediate families or others. (Mark 5:19) When Andrew of Bethsaida learned the identity of the Messiah, the first one that he told about it was his brother Simon. (John 1:35-42) Later, when Simon Peter was sent to give a witness to Cornelius in Caesarea, he found that Cornelius had "called together his relatives and intimate friends," and they, too, accepted the truth. (Acts 10:24, 44) Yes, we should show heartfelt interest in our relatives' gaining God's protection, as did the woman Rahab. In faith, she gathered those of her family together with her so that when God caused the fall of the city of their residence, Jericho, their lives were spared. (Josh. 2:9-21; 6:22-25) Surely to see some of our own relatives become disciples would bring us especially great joy.

There are others toward whom we also have a responsibility. Galatians 6:10 says: "Really, then, as long as we have time favorable for it, let us work what is good toward all, but especially toward those related to us in the faith." This shows that we have a prior obligation toward those who are spiritually our brothers and sisters. We should want to contribute to their spiritual welfare and help them, as necessary, to continue as faithful disciples of Christ Jesus.

Still, we would not be true disciples of Christ Jesus if our loving concern did not reach out beyond our families, our close associates and our spiritual brothers. As Jesus put it: "If you love those loving you, what reward do you have? Are not also the tax collectors doing the same thing? And if you greet your brothers only, what extraordinary thing are you doing? Are not also the people of the nations doing the same thing? You must accordingly be perfect [or, whole, or, complete], as your heavenly Father is perfect." (Matt. 5:46-48)

CAEKAERT/MAPLEY 002945

Yes, we should show a full, rounded-out love that reaches out and embraces as many persons as it can. Such love should move us to set aside time, regularly if possible, to share the good news with others, though we may never personally have met them before.

Do we fully appreciate the grave danger that those outside God's congregation are in, their urgent need to learn of God's provisions for survival of the coming "great tribulation"? Putting ourselves in their place, are we moved to 'do for them what we would want done for ourselves,' namely, to aid them to gain the comforting and lifesaving truths of God's Word?—Matt. 7:12.

Over and above our desire to help others to gain salvation, there should be a keen interest on our part in sharing in the sanctification and the vindication of Jehovah's holy name. (Matt. 6:9) We love his name because it stands for him and all his wonderful qualities of goodness, loving-kindness, righteousness and justice. Knowing that his name has been falsely represented among the peoples of all the earth, our love for him should move us to do all we can to make the truth about him known everywhere.—Ps. 72:18, 19; Heb. 6:10.

## METHODS USED BY JESUS AND HIS DISCIPLES

What methods should we use as we carry on this work of preaching and disciple-making? Since love is positive, we do not wait for persons to come to us or for them to ask to be helped. We should take the initiative and be resourceful, seeking ways to help them.

Christ Jesus set the example. He went to the people in their cities and villages. (Matt. 9:35; Luke 8:1) His work was of a very open and public nature. As a Jew, he could teach in the temple area or go into synagogues, speaking to large numbers. (John 18:20) People in that time commonly gathered in the marketplaces, the public squares by the city gates, even on principal streets, to discuss matters of public interest. There they learned the news of the day, and Jesus used these places to declare the best news. (Compare Proverbs 1:20, 21; 8:1-3.) He talked to crowds on a mountainside or at the seashore. (Matt. 5:1, 2; 13:1, 2) Some persons received him into their homes, perhaps providing meals or lodging, and he rewarded them with personal instruction.

CAEKAERT/MAPLEY 002946

(Luke 10:38-42) Others would go to the home where he was staying, and he gladly taught them or performed other services for them.—Mark 2:1, 2; 10:10-16; Luke 19:5-10.

His disciples followed his zealous example, discharging their commission to bear witness about him to the ends of the earth, as he instructed following his resurrection. (Acts 1:8) They, too, talked to large groups in the temple area, in synagogues, marketplaces and other sites where people congregated. (Acts 5:12-16, 19-21, 25, 41, 42; 13:5, 14-16; 14:1; 16:13-15; 17:17-21) Paul taught daily in an auditorium in Ephesus. (Acts 19:8-10) Philip witnessed to an Ethiopian official while the man rode in his chariot.—Acts 8:26-40.

As can be seen, the preaching of Jesus and his disciples was largely to groups or even crowds. God's holy spirit did much to make this possible, causing large numbers to give attention and see the miraculous evidence of divine backing of these men. (Acts 2:1-6, 41, 43; 8:5-8; 9:40-42; 13:6-12) God's angels also shared, directing and supporting the disciples in their witness. (Acts 5:19-21; 8:26; 10:3-7, 22; 12:7-11) Christ Jesus personally supervised everything from his heavenly position at God's right hand. (Acts 2:32, 33; 9:3-6, 10-16; 16:6-10; 18:9-11) Thus, though the disciples put forth diligent and loving effort, they all recognized that what was accomplished was not by their own power or to their credit, as if they were anything in themselves. (1 Cor. 1:26-29; 2 Cor. 4:5) The increase in believers was from Jehovah.—Acts 2:47; 11:21; 14:27; 1 Cor. 3:5-9.

## METHODS USED TODAY

Today Jehovah's Christian witnesses follow the same principles as did Christ Jesus and his early disciples. They too carry the good news to the people, instead of waiting for these to take the initiative. In some lands they can do much witnessing in public places, such as plazas and marketplaces, and find people willing to listen. However, in many parts of the earth circumstances today are different from those in the first century. People generally rely on newspapers, radio and television for news. Public discussion is relatively rare.

CAEKAERT/MAPLEY 002947

Thus, today the preaching of the good news has adapted itself to the broader circumstances that exist. Jesus said even to "preach from the housetops." Much of his counsel and instruction dealt with the disciples' attitude toward the people, their being free from fear in speaking the truth and having confidence in God's backing of them in their work. So, this allows freedom to adopt whatever witnessing methods prove to be effective and are in harmony with righteous principles. —Matt. 10:27, 28.

## DECLARING THE GOOD NEWS
## TO PEOPLE IN THEIR HOMES

In lands where it is possible, Jehovah's Christian witnesses make an effort to visit all homes, going from one house to the next, even though no prior interest was shown. For over half a century now this has been the major means used to proclaim "this good news of the kingdom." Jesus said that "wisdom is proved righteous by its works," and the good results obtained show the wisdom of this method.—Matt. 11:19.

Going from house to house allows for personal aid to those met, affording opportunity for them to bring up questions and to express themselves freely. Today people are not so inclined to discuss religious subjects publicly away from their homes. So, talking to individuals or family groups in their homes is well suited to modern circumstances, as well as to our personal abilities.

At the same time, the effort put forth to reach people in this personal way, despite the fact that many reject the message, is evidence of our love for God and for our neighbor. Such visiting shows that our love is not partial, for we make an effort to give everyone an opportunity to hear the words of life.

What should we talk about when we call on people in this way? Our aim is to bring understanding and appreciation of the Bible. Jesus' preaching and that of his disciples regularly focused on the Scriptures. (John 7:16-18; Acts 17:2; 18:28) So it is good to have one or more Scripture texts in mind that you could read and discuss. Since most persons we visit have relatively little understanding of God's Word, our presentation needs to be one that will be easily grasped.

CAEKAERT/MAPLEY 002948

Jesus' preaching and that of his disciples centered around the Kingdom, so we, too, point to it as the real remedy for mankind's ills and the means for carrying out God's will. (Matt. 4:17; Acts 19:8; 28:23) Also, by his entire life course, Jesus sanctified the name of Jehovah. We should do the same, honoring that name and aiding others to appreciate its significance as we do. —John 17:6; Isa. 43:10-12.

Aside from these major points, what you say at any one home will generally depend on the response of the one visited. You are free to discuss what appears to be best for aiding each individual. There are no detailed rules as to how you should begin conversations or how to answer questions. Sincere interest in the persons to whom you talk is the key to reaching the hearts of righteously disposed ones. Fill your mind and heart with Bible truth and look to Jehovah God and his Son to direct you through the power of the holy spirit. Of the woman Lydia, the record says that "Jehovah opened her heart wide to pay attention to the things being spoken by Paul." (Acts 16:14) He can do the same with individuals to whom we speak today.

Of course, there is much that you can learn from other Witnesses, from their good example and their experiences. You can also learn from your own successes and mistakes. And, most of all, you will want to learn from Bible examples and counsel.

When you approach people in their homes, do so without fear that more is expected of you by God or by the congregation than you can give. Be confident that kindness, consideration and unselfish interest, coupled with firm faith and conviction that what you present is God's message, will always accomplish the most good. But also realize that the majority will not accept the truth when they first hear it. Yet we can rejoice that, in God's mercy, he often grants persons many opportunities to hear, with the result that some eventually do believe. Some persons on whom you call will be genuinely busy with matters that, at least to them, seem urgent. So you may find that you are able to make only a few brief remarks. But your being considerate may well bring a warmer response the next time a Witness calls. Genuine love is not impatient or harsh but is "long-suffering and kind."—1 Cor. 13:4.

CAEKAERT/MAPLEY 002949

People in some lands are prejudiced against Christianity or are ignorant of it and perhaps of the Bible itself. One may have to appeal to reason and logic to persuade them of the truth of the Scriptures, even as the apostles did. (Acts 9:22; 17:2, 18-31) Jehovah will help us as he helped them.

Some persons are not religiously inclined, and we may find it best simply to quote the scriptures or paraphrase these for them rather than to read directly from the Bible. But others will be happy for us to show them the texts in our Bible, or, better yet, in their own copy, and they will be impressed by seeing for themselves what God's Word says. (Compare Acts 17:11, 12.) So, we can endeavor to be like the apostle Paul and "become all things to people of all sorts," that we might somehow serve as instruments of God for their salvation.—1 Cor. 9:19-23.

## USE OF LITERATURE

Another method used effectively to spread the good news in our day is distribution of printed literature. In this way the Bible itself has been made available to vast portions of earth's population. Additionally, books, booklets, magazines and tracts explaining the Bible have been of tremendous help in reaching out into "all the inhabited earth" with the Kingdom message in all the principal languages. Much more has been accomplished than would ever have been possible if the work of preaching and disciple-making had been limited to explanation by word of mouth.

Although a person may seem to show very little interest when approached by a proclaimer of the good news, if literature is left with him he may read it and thus benefit from the more extended witness that it gives. Or that piece of literature may be picked up by another member of the household or a visitor, one who is really searching for the truth. Further, with literature, those who are interested can make rapid progress in gaining knowledge without your having to spend the time that would be required to explain every point verbally.

The Society's branch offices generally suggest through the monthly pamphlet the *Kingdom Ministry* the publications to be featured during certain periods. This

CAEKAERT/MAPLEY 002950

helps to facilitate printing and shipping. It is thus possible for the printing establishments of the Watch Tower Society and associated corporations to coordinate their operations with greater effectiveness as they endeavor to supply the needs of you and your brothers. This does not mean, of course, that only the designated literature may be used during any certain period. Where it appears evident to you that the person to whom you are witnessing would particularly benefit from a certain publication, you are always free to offer it to him.

Magazines have a special appeal for many persons. They are current, have articles on a variety of subjects and can be read in a relatively short time. They can help us to reach persons who show only limited interest. *The Watchtower* especially aids them in gaining vital Bible knowledge. Each issue contains articles that are designed to be specially appealing to the public, as well as material for more advanced Bible students. *Awake!* can also stimulate their appreciation for God's Word, as it aids them to see life as it really is and tactfully underlines their need for Bible counsel and guidance.

Every week or so these periodicals provide us something new to offer. Because of the fine results already obtained from doing so, many of Jehovah's witnesses regularly set aside time to call at homes to offer just these magazines. They have found it effective simply to make a very brief presentation of the magazines and thus visit many homes in a relatively short time. In offering the magazines, they may draw attention to some article that they believe is likely to appeal to the householder and then offer the magazines for the regular contribution. In this manner they have a fine share in giving a witness to the Kingdom, keeping it prominently before the minds of the people.

The magazines may be offered at any appropriate time or place. Some Witnesses have good results in offering them to fellow employees where they work, to persons who call at their home, to those whom they meet when traveling or shopping. Others make brief calls with the magazines at business places or they approach people on the street in shopping areas.

Often you will find persons who express appreciation for the *Watchtower* and *Awake!* magazines. They are pleased to obtain them whenever you call. Some Wit-

CAEKAERT/MAPLEY 002951

nesses have a regular route of persons to whom they carry these faith-strengthening magazines. You may want to do that too. And, as has frequently happened, these regular visits may open the way for further Bible discussions during which you may be able to help them really to know and love our grand God, Jehovah, and his Son Jesus Christ.

## TERRITORY IN WHICH TO PREACH AND TEACH

As an aid toward orderly accomplishment of the work, congregations, as well as individuals who do Kingdom-preaching in isolated areas, receive assignments of territory, both city and rural areas, from the branch offices directing the work in their respective lands. This finds some precedent in the God-directed arrangement existing among certain of the apostles in the first century. (2 Cor. 10:13; Gal. 2:9) It avoids much overlapping of effort and contributes toward thorough visitation, giving as many as possible the opportunity to hear.

If you so desire, you may approach the one who supervises the assigning of territory in your congregation and request any portion of such territory that has not already been assigned out. Then, each time that you cover the territory, it is requested that you inform him of that. For convenience and best use of the time you may wish to have a territory near your home. Having such a personal territory enables you to get to know many persons, and, with patience, you may have the joy of aiding some of them to come to appreciate God's provision for salvation.

Of course, you will want to get in touch with just as many of the people who live in the territory as possible. But, as you make your calls, you will probably find that some are not at home. What can be done? A tract or a magazine may be left in the door, preferably out of view of passersby. It is also helpful to keep a written record of those houses. Then, if possible, call back on a different day of the week or at a different time of day. Some have found it good to call later on the telephone where possible, or to write a brief letter, mentioning their efforts and explaining the purpose of their visit, perhaps including a piece of literature. In some cases, Witnesses have considerately invited certain physically infirm ones in the congregation to do such tele-

CAEKAERT/MAPLEY 002952

phoning or letter writing for them so that these may have a wider share in the Kingdom-preaching.

Similar methods may be used to reach the occupants of apartments that are not readily accessible. Or perhaps the doorman will accept tracts or handbills for distribution to the occupants. Business places in your territory may also be visited at convenient times, and often the owner or manager will grant you permission to speak very briefly to the employees.

The arrangement of working in territory that has been assigned to us by the local congregation will avoid confusion in our activity as well as irritation on the part of householders due to simultaneous coverage of the same area by two or more Witnesses. By cooperating we show consideration both for our brothers and for the people in the territory.

## GROUP WITNESSING

Many of our brothers and sisters, and particularly those newly sharing in the Kingdom-preaching, find it very encouraging and helpful to do group witnessing. We know that Jesus sent his disciples out in pairs to the cities and villages where they would preach.—Mark 6:7; Luke 10:1.

Often those sharing together in group activity attend the same congregation book study and live in the same general area. Where this is so, the book study conductor can obtain the needed territory for the group. Efforts should be made to arrange things as conveniently as possible for them. Often more than one weekly arrangement can be made, some being able to share on weekends, some on certain weekdays, or perhaps on certain evenings.

The place of the group's meeting for witnessing may be where the congregation book study is held or some other location, according to what is convenient and what Christian considerateness for home conditions makes advisable.

Similarly, as to times for beginning Kingdom-preaching activity, local circumstances merit consideration. Some areas may allow for earlier visitation than others. The desire to devote as much time as possible in preaching should be balanced with good judgment

CAEKAERT/MAPLEY 002953

as to what will be most likely to bring a favorable response on the part of the people being visited.

When sharing in group witnessing, your being on time will be appreciated by all. And, since there are usually a preliminary discussion of the day's text and other helpful comments or suggestions before going to the territory, it will ensure your not missing out on these. By being present you will also benefit from the prayer for God's direction and help offered at the close of this ten- or fifteen-minute discussion. Where meeting for evening activity, the discussion may be more limited, though appropriately including a prayer.

In assigning sections of territory in which to witness, the one taking the lead will usually try to provide each one with sufficient territory to last the entire period of that day's activity, thus avoiding unnecessary waiting and loss of time. Some may plan to spend part of the time in calling back on interested ones or conducting studies, and it is good for the one taking the lead to find this out and to help all to coordinate their activity to the extent he can. (1 Cor. 14:40) Following such group activity, be sure to let the one taking the lead know how much of the territory assigned to you was visited, as it would be fine to give each territory a thorough coverage before it is turned in.

As an "association of brothers" we all want to help one another. (1 Pet. 2:17) If you would like assistance in your preaching and teaching work, feel free to speak to any of the congregation elders or to the one conducting the congregation book study that you attend. In time, as you grow in ability and confidence, it may be your privilege to aid other newer ones to make progress, and you will find this a real joy.

It is our desire to bring the good news to as many as possible in the yet remaining time. So it is usually more advantageous for the Kingdom proclaimers to visit homes singly, even though close together. Circumstances determine, however, and particularly in dangerous areas it may be advisable to go two by two, especially at night. Then, too, in some areas a married couple may obtain better response by calling together at homes. In all cases, good judgment coupled with our sincere concern to accomplish the most possible should govern the arrangements we make.

CAEKAERT/MAPLEY 002954

## MAKING DISCIPLES BY RETURN VISITS
## AND HOME BIBLE STUDIES

The commission given to God's anointed ones, and which commission the "other sheep" help them to carry out, is not only to preach the good news for the purpose of a witness but also to make disciples. (Matt. 24:14; 28:19, 20) You can contribute to the fulfillment of this commission by following up on all who show interest as a result of your personal efforts to make the truth known.

Such persons may take some literature; or their interest may be manifest in other ways, in comments they make. It may simply be that you see evidence of a right heart condition that causes you to believe that further efforts in talking to the person might bring fruitful results. If at all possible, revisit such ones yourself and aid them to gain further knowledge. If you are not able to do so, or have reason to believe that the individual would be more receptive to someone else, then endeavor to have another Witness call to further the person's interest in the truth. To do this, of course, you will need to note down the names and addresses of all those showing interest.

As with Christians in the first century, it is a cause for great joy to all of us when we see or hear of persons converting to true worship. We know that this means life for them and that it magnifies Jehovah's greatness and goodness. (Acts 11:18; 15:3) If we fully appreciate that our aim is to aid righteously disposed persons to gain life, and that all the various preaching activities and the different literature employed are means to that end, then we will do our best to follow up interest shown.

Since lives are at stake and we live in times of great urgency, we will want to return to visit such ones, or see that they are visited, at the very first opportunity. Careful thought and good planning of our activity, rather than leaving matters to chance, will enable us to give the needed help in time.

In order to understand the Bible's message, what God's purposes are and what they must do to gain his favor and life, most persons need to have many questions answered and much explanation given. In modern times, the most effective means found to accomplish

CAEKAERT/MAPLEY 002955

this has been that of home Bible studies, using publications provided by the "faithful and discreet slave" class through the Watch Tower Society. This systematic coverage of Bible truths makes possible steady progress. The vast majority of those today associated with Jehovah's people earth wide were helped by such a home Bible study.

Many have good success in offering a home Bible study on initial calls while visiting from door to door. In other cases, such studies can be established by calling back on those who have shown some interest. In either case, it has proved effective to demonstrate the study method used by Jehovah's witnesses, considering one or two paragraphs from one of the Watch Tower publications. However, before demonstrating the home Bible study arrangement it may be necessary to converse with the person for awhile, perhaps answering some questions. With some persons, several visits may be required before a study can be started. When people see how the Bible answers questions that have concerned them, this is usually what succeeds in interesting them in having a home Bible study on a regular basis.

There is no arbitrary ruling as to how the study should be conducted, but be sure that the student really understands the points discussed. We recommend that you urge the student to study the lesson before you come, and you may even find it beneficial to demonstrate how to do this. In this way it will be possible to ask the questions on the paragraphs, look up the scriptures that are cited, and then read the material in the paragraphs as a summary. When the study is new, you may find it beneficial to look up all the scriptures, even though some are quoted directly in the publication. In this way you focus principal attention on the Bible itself. But after a short time, it should be possible simply to discuss what the texts quoted in the paragraphs say, while looking up those that are cited but not quoted. This will enable you to make greater headway. You will undoubtedly seek Jehovah's blessing regularly before you go to conduct the study. As to the student, however, you will have to determine when he is properly adjusted religiously to show him the importance of prayer to Jehovah through Christ in connection with the study. Then it would be

CAEKAERT/MAPLEY 002956

appropriate to open your study each week with prayer, asking Jehovah's blessing, and to conclude with a prayer of thanksgiving for the fine things learned. —Ps. 25:4; Jas. 1:5; Eph. 5:20.

In our discipling work we may well follow the example of the apostle Paul, who had a prominent share in making disciples. From what we read of the way he served brothers in the congregations, we can be sure that he did not teach new disciples in such a way as to draw attention to himself or to cause others to look up to him as their leader. (1 Cor. 1:13-15; 2:1-5; 3:5-7; Matt. 23:10) He always directed attention to Jehovah God and to his Son Jesus Christ, the appointed Head of the Christian congregation. In harmony with God's declared will, Paul 'laid Christ as a foundation' by teaching the truth about him, including the truth concerning Christ's ransom sacrifice, aiding others to make belief in that truth part of their own lives. Furthermore, he stressed that any building done on that foundation ought to be of fire-resistant materials, with characteristics like those of gold, silver and precious stones. That is, durable Christian qualities had to be built into the individual being instructed in God's Word, otherwise all that spiritual building work would be destroyed when subjected to fiery trial. (1 Cor. 3:10-15) Surely no one would want that to happen to his work.

Those same principles of building that applied to the discipling work done by Paul and his associates in connection with prospective members of the body of Christ also apply to the discipling work in which you are privileged to share today. Those that you teach need more than to be able to answer certain questions on basic doctrinal matters. Rather, as Paul wrote to those whom he had taught: "You should be made new in the force actuating your mind, and should put on the new personality which was created according to God's will in true righteousness and loyalty." (Eph. 4:23, 24) Gaining accurate knowledge is a necessary part of putting on this new personality with its many durable qualities. The needed changes just do not take place when a person does not understand a matter clearly. So, patiently explain matters to those with whom you study and draw them out occasionally with questions to be sure they understand.—Col. 3:10.

CAEKAERT/MAPLEY 002957

As you study with them, help them to see the Scriptural reasons for things that are said. Encourage them to incorporate scriptures in their answers and to seek out Bible principles when decisions must be made. In this way inculcate deep regard for Scriptural principles and reliance on Jehovah God.—Prov. 3:5-7.

To make real progress, of course, the truth must affect a person's heart. So, pause at appropriate points to build appreciation. In that way you build up the hearts of the ones with whom you are studying. (Prov. 4:23) As opportunity affords, highlight the grand qualities of Jehovah God as manifest in his works and purposes, so helping the students to draw closer to God. Inculcate deep respect for Jehovah's wisdom so that they will readily respond to the direction of his Word. Magnify his justice, helping to fortify them against the onslaughts of skeptics. Help them to know Jehovah as one who loves his servants and cares for them and to whom they can turn with confidence. (1 John 4:10) In this way work toward developing in them a strong feeling of devotion and loyalty toward Jehovah, and a desire to please him in everything that they do. Aid them to appreciate God's Son, Christ Jesus, in similar ways. If they truly know Jehovah and his Son and love God's ways, they will never forsake the service of Jehovah or become indifferent about his will for them.—1 Chron. 28:9; John 17:3.

Something else that they need to be taught is appreciation for the congregation arrangement under the headship of Christ Jesus. Over a period of time, help them to appreciate the importance of unity of worship and action among all God's people earth wide. Show them that an orderly arrangement was instituted by Christ Jesus among the disciples in the Christian congregation in the first century and that this same arrangement prevails today under his continuing headship.

As soon as it seems appropriate, invite the newly interested ones to go along with you to the congregation meetings. When they accept such invitation, you can help them to feel welcome at the Kingdom Hall, introducing them to some of the congregation elders and others.

As you study together week after week, keep in mind

CAEKAERT/MAPLEY 002958

that for these persons to gain life they must eventually begin to bring forth fruit, the "word of the kingdom." So they need to be helped to think in terms of using what they learn. You can explain to them some points about Kingdom-preaching and disciple-making and show what a privilege it is to share in this. They may start by sharing things learned with relatives, friends and others. Gradually their desire to have a fuller share in this grand privilege of service will grow, and, when they qualify, it can be your happy privilege to help them get started in the public ministry.

It is, of course, necessary to maintain a balance in doing these many things at home Bible studies. While endeavoring to accomplish the things suggested, at each home Bible study we also want to cover a reasonable amount of material in the publication used. It is good to draw the student out occasionally with additional questions, but this should not be overdone. One cannot hope that the student will get all the many aspects of any one Bible doctrine right away. Concentrate on the essential points in the paragraph or scriptures involved. If we can lay a solid groundwork, the students will be able to learn some of the finer points of the matter as they continue on in Christian discipleship. By making reasonable and steady progress the person will also get a feeling of advancing, of getting an ever-growing picture of God's purpose. This will be encouraging.

In determining how long to continue studying with a person, you must consider the circumstances. After a time the person's sincerity or depth of interest in serving God should become apparent. If, after a sufficient number of studies, the person does not manifest any real progress, then it may be that you could spend the time more beneficially on other calls.

On the other hand, if the person gives evidence of appreciation of the things being learned, and shows some measure of progress, you will want to continue to help him to grow in knowledge, in love and in appreciation of the privilege of serving Jehovah God. Even after persons begin sharing in the Kingdom-preaching or take the step of baptism, it is usually advisable to continue studying with them for a time until they get well established in the way of the truth.

CAEKAERT/MAPLEY 002959

## REPORTING OUR FIELD ACTIVITY

As a matter of interest, Jehovah's witnesses of modern times report their activity in Kingdom-preaching and disciple-making to their local congregations. Each congregation, in turn, compiles a report of the activity of all its members and forwards this to the branch office. Some individuals who are engaged in special ministries also report directly to the branch office. Then the branch office sends in a monthly report to the central office of the Watch Tower Society.

The record kept of the activity month by month and year by year enables us all to see the general progress of the preaching and discipling work. We are encouraged when we learn of increases by means of such reports. So, it is appreciated if all cooperate in making possible such report. A supply of report slips is available at the Kingdom Hall and it is requested that each one sharing in the preaching work turn in a report toward the close of each month, totaling thereon his or her personal witnessing activity during that month. The information that would be appreciated on these slips is as follows:

"Books," "Booklets," "Individual Magazines," and "New Subscriptions": The columns with these headings are for listing the total number of any of these items that you placed with persons who are not dedicated, baptized Witnesses.

"Hours in Field Service": Time spent in the activity of Kingdom-preaching and disciple-making, proclaiming God's truths to those who are not dedicated, baptized Witnesses. It does not matter what method is used, witnessing to people in their homes or to those coming to your own home, witnessing by letters, telephone or any other method. It would be productive of good results if each publisher endeavored to put in several hours each week in this direct witnessing. The time should be counted from when you personally begin such witnessing activity until its close. Those giving public talks may also count the time spent delivering these.

"Return Visits": The total number of return calls made on persons who are not dedicated, baptized Witnesses for the purpose of further stimulating interest previously shown. The return "visit" could be, not only by a visit to someone's home, but also in the form of a

CAEKAERT/MAPLEY 002960

letter, a telephone call or the delivery of some literature, such as the latest issue of a magazine. Each time a home Bible study is conducted it should be counted as a return visit.

"Bible Studies": The total number of different Bible studies you conducted during the month (not the number of times each study was conducted) with persons who are not dedicated, baptized Witnesses and for which studies you are turning in a Bible Study Report.

In addition to your Field Service Report slip, it would be appreciated if, at the end of each month, you would fill out a Bible Study Report slip for each Bible study you conduct. When beginning a new study it would be best to conduct the study at least three times before reporting it, since, due to lack of interest, some persons discontinue their studies after the first or second time.

The congregation keeps a Publisher's Record card for each one sharing in the Kingdom proclamation, and your field service is recorded on it. If you should move to another congregation, it would be helpful to that congregation if you would ask the presiding overseer of the congregation where you have been associating to give you from the congregation files the Publisher's Record card bearing your name. This can be turned over to the presiding overseer of the congregation to which you move. When you are simply going to be away for awhile on a visit, it is better to mail your reports back to your home congregation, unless the visit is for a period of more than three months. Then it is requested that you take the Publisher's Record card with you to the congregation with which you will be associating.

## PROPER VIEW OF REPORTS

As noted, service reports can provide a measure of encouragement due to seeing the progress of the discipling work around the earth. They may also serve as somewhat of a guide to the congregation elders as to what they might do to aid those desiring to have a full share in the proclamation of the good news.

However, we must realize that one can never put down on a report slip all the things that go into the Christian ministry—for this involves our whole life,

CAEKAERT/MAPLEY 002961

not merely our preaching and teaching among those in the world of mankind. This report does not include all the vital preaching and teaching that goes on within the congregation, or, for that matter, all that we do to help our families.

Then, too, it is impossible to put into figures one's love, faith, kindness, devotion and all the other fruits of God's spirit, which really determine whether we will gain life everlasting. It is equally impossible to put into figures one's individual circumstances in life. It may take great effort, real determination, careful planning and considerable sacrifice for certain ones to spend some time each week in Kingdom-preaching. So, we should look upon such reports simply as information that is helpful, and often very encouraging when combined with those of the others in our congregation, in our country or earth wide.

We can be both comforted and stimulated, then, by keeping in mind the apostle's words when he says: "Consequently, my beloved brothers, become steadfast, unmovable, always having plenty to do in the work of the Lord, knowing that your labor is not in vain in connection with the Lord." (1 Cor. 15:58) We want to be a cleansed people, 'peculiarly God's own, zealous for fine works,' 'keeping our minds on maintaining fine works.' (Titus 2:14; 3:8) These fine works include both our ministering to one another within the congregation and our carrying the word of life to those outside.

### WHO MAY SHARE WITH US IN OUR KINGDOM-PREACHING AND TEACHING?

Anyone, of course, is free to talk to others about God's Word. But some persons may do this who have not 'repented and turned around' from a course contrary to God's will and righteous standards. It could hardly be pleasing to God if the congregation were to recognize such as its approved associates.

However, some persons who have not yet been baptized may wish to share in public Kingdom-preaching with us. In fact, most persons who get baptized have already shared in such preaching activity. But before such persons accompany us in this public activity (or turn in reports) and thereby receive our recognition as approved associates, we should be satisfied that this

CAEKAERT/MAPLEY 002962

will bring no reproach on the congregation and will not be displeasing to God. To determine this we should consider these points:

Do the person's expressions show that he believes the Bible is the inspired Word of God? (2 Tim. 3:16) Does he know and believe at least the basic teachings of the Scriptures so that, when asked questions, he will answer in harmony with the Bible, and not according to false religious teachings? (2 Tim. 2:15; Matt. 7:21-23) Is he heeding the Bible's command to associate with Jehovah's people in congregation meetings (if he physically and circumstantially can)? (Heb. 10:24, 25; Ps. 122:1) Does he apply in his life what the Bible says about honesty? (Eph. 4:25, 28) Does he know what the Bible says about fornication, adultery, polygamy and homosexuality, and does he live in harmony with it? If the person is living with one of the opposite sex, is the marriage legally registered? (Heb. 13:4; Matt. 19:9; 1 Cor. 6:9, 10; 1 Tim. 3:2, 12) Does he heed the Bible's prohibition of drunkenness? (Eph. 5:18; 1 Pet. 4:3, 4) Has he definitely broken off membership in all false religious organizations with which he may have been affiliated, and has he ceased attending their meetings and sharing in their activities? (Rev. 18:4; 2 Cor. 6:14-18) Is he free from any involvement in the political affairs of the world? (John 6:15; 15:19; Jas. 1:27) Does he believe and live in harmony with what the Bible, at Isaiah 2:4, says about the affairs of the nations? Does he want to be one of Jehovah's Christian witnesses?—Ps. 110:3.

Before inviting anyone to share with us in Kingdom-preaching, it would be wise to make sure that he understands these Scriptural requirements. If you have been conducting a Bible study with him for some time, you may know the answer to some of these questions already, due to his expressions. As to the others, you may look up the scriptures with him and get his expressions on them, making sure that he sees the import of what they say and that he understands that those who share with Jehovah's witnesses in their activity must be leading lives that harmonize with these Scriptural requirements. We are not seeking to have people share with us in our activity simply for the sake of large numbers. Our interest is in bringing praise

CAEKAERT/MAPLEY 002963

to Jehovah God. To do that we must hold to standards of righteousness as a body of Christians. So, while we need not pry into a person's private life, we should be satisfied that those who begin to participate in the field ministry know what is expected of them and have the opportunity to indicate whether they feel they qualify or not.

Where persons do meet these requirements, they are welcome to share with us in Kingdom-preaching, and reports will also be accepted from them. Young children may wish to do so and, of course, their parents should supervise this. Where the children's motive is that of a desire to please God and help others to learn of him, this is a fine expression for them to make and they should be encouraged to manifest love of God and neighbor in this way. By word and their own example, the parents should concentrate on building up the child's love and appreciation of his Creator so that the child will *want* to share. The parents may require their children to accompany them when the parents themselves engage in such activity. But for the child to be viewed as a proclaimer of the good news, he must give a personal expression and his heart should be motivating him to do so. (Luke 6:45; Rom. 10:10) Only when this is the case should reports be accepted from such a child.

## REASONS FOR JOYFUL CONFIDENCE

As we individually and collectively give attention to the urgent work of Kingdom-preaching and disciple-making, we have every reason for joyful confidence. Even as in the first century, it is not humans but Jehovah God and his Son Christ Jesus and the invisible angelic forces that do the major work, and we serve humbly and willingly as instruments. We need not be unduly anxious as to personal abilities. As long as we are sincerely striving to make progress in our service to God, he can make up for our lack. (1 Tim. 4:15) We do not need training in some theological institution of this world to qualify us as his servants, even as Jesus and his apostles did not need this.—John 7:14-17; Acts 4:13.

We may also remember that, while God's will is "that all sorts of men should be saved and come to an

CAEKAERT/MAPLEY 002964

accurate knowledge of truth," he does not give us the assignment of converting the whole world of mankind. (1 Tim. 2:4) His Word shows that there is a dividing work going on among mankind. (Matt. 25:31-46) This good news is being preached "for a witness to all the nations" before the end of this system of things comes. (Matt. 24:14) We cannot make the people accept the truth, but we can help those who are "rightly disposed for everlasting life" to become disciples. (Acts 13:48) When Paul met persons who willfully resisted his sincere efforts to aid them, he turned away to find those who would be more receptive. We can do that too. Like him, we want to give all persons possible the opportunity and in this way no bloodguilt will rest upon us if any suffer destruction.—Acts 18:5-11; compare Ezekiel 2:7; 3:17-21.

As among the early Christians, so today gifts and abilities differ. (1 Cor. 12:4-31) Some may be quite effective in Kingdom-preaching, but not as effective in teaching and disciple-making. Some may be very good at initiating conversations with acquaintances, workmates, traveling companions, and so forth, while others may find they get their best results in the door-to-door activity. Even as within the congregation, so also in our activity outside, we want to serve in harmony with the apostle's exhortation at 1 Peter 4:10: "In proportion as each one has received a gift, use it in ministering to one another as fine stewards of God's undeserved kindness expressed in various ways." Yes, whatever our abilities, let us be whole-souled in what we do, serving Jehovah with our whole heart, mind and strength. —Luke 10:27.

As world conditions worsen, the carrying out of the Kingdom-preaching and disciple-making may call for increased ingenuity and resourcefulness on our part to reach people with the good news. Even as is the case today in some lands where bans are imposed, the proclaimers of the good news may need to use methods that do not attract public attention. The Bible allows for our doing so. Since Jesus Christ and his apostles gave only basic instructions as to the *way* in which this activity is to be carried on, this allows us the freedom to use whatever method is best under the circumstances, always adhering, of course, to Bible standards

CAEKAERT/MAPLEY 002965

of righteousness and maintaining integrity to its moral precepts.

We must never lose from sight the fact that the effectiveness of the words we speak depends in large measure upon our living in accord with what we say. When Jehovah called upon the nation of Israel to serve as his witnesses, they were not then engaged in preaching to the nations or in making disciples. How, then, were they to serve as his witnesses? By giving living proof that their trust was undeniably fixed on Jehovah for protection and salvation and that their hope for all present and future blessings and happiness rested in him—not in men, nations, idol gods or material things. —Isa. 43:1-4, 10-13.

We, too, should give force to our verbal witness by demonstrating that our lives are lived in genuine faith, looking to God and his Son as the ones to bring us the desires of our heart in a righteous new order, not trusting in this present decaying system of things. Living according to the high standards of God's Word in our daily lives, our family affairs, our secular jobs, and our congregational activity, we will never be causing any hindrance that might deter others from accepting the good news we proclaim. Instead, we will be providing them with the evidence that God's Word, genuinely practiced, does indeed produce fine fruitage. So doing, we can "adorn the teaching of our Savior, God, in all things," enhancing and making very attractive such teaching.—Titus 2:10.

## CHAPTER 7

# SERVING JEHOVAH WHOLE-SOULED

THE greatest commandment of the Law, as quoted by Christ Jesus, requires whole-souled service: "You must love Jehovah your God with your whole heart and with your whole soul and with your whole mind and with your whole strength." (Mark 12:30) No less is required of us as disciples of Christ Jesus.

Serving Jehovah in this manner is not burdensome. (1 John 5:3) It is the normal thing for every person who truly appreciates his proper relationship to God.

CAEKAERT/MAPLEY 002966

Such service involves every fiber of one's very being, the entire person. The full motivation and desire of the heart should be to please Jehovah. One's full mental capacity and physical strength should be expended in doing the divine will. We do this, not because of compulsion from any human source, but because we are grateful to God through Christ Jesus for the undeserved kindness that they have shown to us.—2 Cor. 5:14, 15; 6:1, 2.

An outstanding example of one who rendered such whole-souled service to Jehovah as a disciple of Christ Jesus is the apostle Paul. In view of his former record as a persecutor of Christ's followers, Paul was especially grateful for having become a recipient of Jehovah's undeserved kindness. He expressed that appreciation by laboring in the service of God in excess of all the other apostles. (1 Cor. 15:9, 10) He traveled thousands of miles on land and by sea, establishing many congregations in Europe and Asia Minor. His journeys involved physical hardship. His zeal in declaring God's message of truth subjected him to persecution in the form of imprisonment, beating and even stoning. He also had to contend with the treachery of false brothers. Though he had the right to receive material support from the brothers, he chose to work with his hands in order not to impose an expensive burden on them. But as he said to elders of the congregation of Ephesus: "I do not make my soul of any account as dear to me, if only I may finish my course and the ministry that I received of the Lord Jesus, to bear thorough witness to the good news of the undeserved kindness of God." —Acts 20:24, 33-35; 2 Cor. 11:23-27; 1 Thess. 2:8, 9.

The fact that Paul labored in excess of other Christians did not make them inferior to him. Whole-souled service was required of them too. But Paul's circumstances were such that Jehovah God and his Son Jesus Christ were able to use him in a more extensive way. As a single man, Paul was not encumbered by family obligations. He also had a measure of health and stamina that enabled him to endure great hardship. But he humbly acknowledged the source of his real strength, saying: "For all things I have the strength by virtue of him who imparts power to me."—Phil. 4:13.

CAEKAERT/MAPLEY 002967

Your circumstances may well differ from those of Paul, so the service that you are able to perform will not be identical to his. But, just as he imitated Christ, his example is one that you can beneficially imitate. In what way? In willingness to put the lasting welfare of other people ahead of your own convenience, doing all things for God's glory.—1 Cor. 10:31–11:1.

It is to be expected that, following our baptism as disciples of Christ Jesus, our appreciation of Jehovah's undeserved kindness would grow and we would seek ways to express that appreciation more fully. Has that been true in your case? Are you applying the principles of God's Word more fully in all the various activities of your life? Has your love for fellow Christians widened out, and has that love come to be the kind that puts their interests ahead of your own, thus imitating the love that Jesus showed? Do you give less prominence to material things, so that you can share fully in the work of preaching and disciple-making? Has your love for Jehovah really grown to such an extent that you express it with "your whole heart and with your whole soul and with your whole mind and with your whole strength"? That should come to be true of each one of us.

When we were first learning the truth from God's Word, love for Jehovah and for Christ Jesus moved us to make major adjustments in our lives. Now, as we grow in appreciation of our relationship with our heavenly Father and of what his Son did on our behalf, are there other adjustments that we can make in order to be used more fully by him? As we ponder that question, it is helpful to review some of the fields of activity that are open to Jehovah's people.

### SERVING WHERE THE NEED IS GREATER

No matter where a person lives, there is work to be done in Jehovah's service. But in some areas brothers are very much needed to assist in caring for interested persons and handling congregational responsibilities. Perhaps you are living in a city where publishers and pioneers are in a good position to study with interested persons in frequently covered territory and where enough brothers are available to provide shepherding and teaching for those associated with the congrega-

CAEKAERT/MAPLEY 002968

tion. In that case, if your circumstances permit it, you may wish to consider making yourself available for service in another location.

The value of such moves by capable brothers was appreciated even in the early days of the Christian congregation. When, for example, the Jerusalem congregation heard about the many persons who were becoming believers in Syrian Antioch, they sent Barnabas there to assist. Response was so outstanding that Barnabas went to Tarsus to invite Paul to help him. Paul accepted that invitation and, with Barnabas, labored for a whole year in building up the Antioch congregation spiritually.—Acts 11:22-26.

Perhaps you, like Barnabas and Paul, can make yourself available for work in a very productive field. Some individuals and family groups have been able to do so in a temporary way, devoting full weekends during the summer months to preaching in territories where people have only limited opportunities to hear the Kingdom message. Others have arranged their affairs to spend vacation time in such territories, using a portion of each day for the field ministry. Still others have moved into these areas to live, so that they can advance Kingdom interests there.

If it is your desire to serve in such a territory where your assistance can be used to good advantage, write to the branch office for suggestions on locations. Include such information as the name of your congregation, your age, date of baptism, whether you are serving as an elder or a ministerial servant in the congregation and whether you are married and have a family. If you have in mind a particular section of the country, be sure to mention this in your letter. If your desire is to move to another country with a view to sharing to the full in advancing Kingdom interests there, write directly to the branch office responsible for the territory in which you are interested. Such a move requires careful planning and strong reliance on Jehovah; it can also bring rich blessings.

## REGULAR PIONEER SERVICE

Whether you are able to move to another area or not, can you adjust your affairs to spend more time in the urgent work of Kingdom-preaching and disciple-making?

CAEKAERT/MAPLEY 002969

Have you considered the regular pioneer service? Those who participate in this activity devote at least 1,200 hours a year, an average of 100 hours per month, to the field ministry. Because they are able to make themselves available to such an extent for this work, they have the satisfaction of knowing that they can be used by Christ Jesus and the heavenly angels in this enlarged manner in aiding sincere persons to come into association with Jehovah's Christian congregation.

The pioneer service calls for a good personal schedule and diligent work. Three hours and twenty minutes every day, on the average, need to be set aside for the actual field ministry, and the rest of the day remains in which you can care for other responsibilities. You may serve either in your home territory or elsewhere. With careful planning, many thousands of Jehovah's Christian witnesses find that they can do it, and they rejoice to be able to express their love for Jehovah in this way.

Every young person ought to give serious consideration to this field of service. When he completes his years of required secular education, what is he going to do with his life? Does he truly love Jehovah and feel compassion for those people who are unwillingly in bondage to the old system of things? If he is a dedicated, baptized praiser of Jehovah, there should be no doubt. His heart will move him to serve Jehovah whole-souled.

Of course, there are some young folks who find themselves confronted with heavy responsibilities because of unfortunate situations that exist at home; others have severe physical limitations. (1 Tim. 5:4) Though their circumstances limit to some extent what they are able to do in the direct field ministry, they can, nevertheless, be whole-souled in their efforts by making the best use of all the other opportunities that are open to them.

Pioneer service is not limited to any certain age-group. The pioneer ranks include young and old, single and married, the physically strong and some who have limited resources of health. Most of them had obstacles to overcome in order to become pioneers. But deep-seated love for Jehovah, full reliance on him and careful planning have made it possible for tens of

CAEKAERT/MAPLEY 002970

thousands to enjoy the pioneer work. Of course, the field ministry is not all that there is to our lives as Christians, and other Scriptural obligations cannot be ignored simply because one prefers the field service. But those who, on examining their own situation, find that they can make the needed adjustments in their lives to become pioneers, and who do so out of love, will enjoy rich blessings at the hand of God.

Do you qualify to enroll as a pioneer? Before applying for pioneer service, the applicant should have been baptized for at least six months, and he should have participated in the field service each month for the past six months. He should also have arranged his personal affairs so that, barring any unforeseen circumstances of a serious nature, he will really be able to devote the required amount of time to the field ministry. Most importantly, he must have a reputation for fine Christian conduct. It should be evident to others that he displays the fruits of God's spirit in both speech and conduct. He should be clean in both body and spirit, free from habits that contaminate the body and impair one's ability to serve Jehovah with one's "whole mind." (Matt. 22:37; 2 Cor. 7:1) He should not be given to extremes in dress and grooming, but his attire and his attitude should reflect favorably upon the congregation that he would represent as an evangelizer.—Compare 1 Timothy 2:9, 10.

If you meet these requirements, you may obtain an application blank from the presiding overseer of your congregation, your circuit overseer or the Watch Tower branch office. Read it carefully and answer all the questions. Then, at least thirty days before you wish to start pioneering, submit the application to your presiding overseer. He, along with the field overseer and the Bible study overseer, will review it. If you meet the qualifications set out in the preceding paragraph, they will recommend that the branch office accept your application. However, if anyone does not qualify, they kindly inform the applicant of the reasons why they cannot recommend him and they do not send the application to the branch office. If you are appointed to be a regular pioneer, notification of appointment will be sent by the Watch Tower Society to the presiding overseer so that an announcement can be made to the

CAEKAERT/MAPLEY 002971

congregation, and he will give you the supplies sent for your use.

Though all who are pioneers should be exemplary as Christians, not all have the same abilities. Nor do all serve under the same circumstances. So it is not expected that they will all have the same results. All are encouraged to make good use of the literature provided through the branch office. It is recommended that they determine how many copies of the *Watchtower* and *Awake!* magazines they are able to distribute, and then arrange to receive a regular supply of these. Of course, it is appreciated that their success in distributing literature in connection with the work of Kingdom-preaching will depend to a considerable extent on the response of the people in the territory. Similarly, some pioneers, depending on their ability and the territory where they serve, will have better results in disciple-making than others. But all are urged to appreciate the importance of this latter feature of our work and, with that in mind, to make return calls on those who show interest in the Kingdom message.

Promptly at the end of each month, a pioneer report card is to be filled out and handed to the field overseer of the congregation to which the pioneer is assigned. He notes the figures on the individual's Publisher's Record card in the congregation file. The field overseer also totals the reports for all the regular pioneers in the congregation and enters this combined report on the congregation's monthly report to the branch office. Then he turns the pioneer report cards over to the presiding overseer for signing and mailing to the branch office along with the congregation's report, no later than the sixth of the month.

Those pioneers living in isolated territory send their monthly service report cards directly to the branch office, including on them a notation of any persons that they baptized during the month, if such was the case. So that there will be a record of their service available for consultation during the visit of the circuit overseer, in their case it is advisable to keep for at least a year the slips on which they make daily notation of their field ministry.

CAEKAERT/MAPLEY 002972

If, for some reason, you are unable to report a full 100 hours of field service for certain months, a brief note of explanation should be included on your report card. You should also arrange to make up the time before the service year ends, so that your total report for the entire service year, which runs from September 1 through the following August 31, will be at least 1,200 hours.

As an aid to pioneers in meeting their expenses, they may obtain literature at less than cost. In addition to this, each one must determine for himself how much secular work he needs to do in order to care for his physical needs. The apostle Paul set a fine example by working with his hands so as not to impose an expensive burden on the congregation in whose territory he served. (Acts 18:2-4; 20:33, 34; 2 Thess. 3:7, 8) However, he did not seek luxuries. Pioneers do well to follow that example, "seeking first the kingdom" and looking to God to bless their efforts to obtain the food and covering that they require.—Matt. 6:33.

Pioneers who are assigned to work with a congregation should cooperate closely with the presiding overseer. They should also appreciate the importance of showing active concern for others in the congregation. It is not only our obedience to Christ's command to preach the good news that proves us to be his disciples, but also the 'love that we have among ourselves.' (John 13:34, 35) Nor does our spending much time in preaching to others lessen the need for us to apply in our own lives the high moral standard of God's Word. In regard to Christian conduct, pioneers are required to be exemplary. (2 Cor. 6:3, 4) If any pioneer does not conduct himself in a fine Christian manner despite counsel, it is the responsibility of the body of elders to remove him as a pioneer and notify the branch office of such removal. Such a person will not be enrolled again as a pioneer until the elders in the congregation are convinced that he has completely changed from his former course and until they have seen evidence, over a sufficient period of time, that he truly is determined to conduct himself in a fine Christian manner.

When a pioneer desires a change of assignment because of moving or because he will be in another location for more than three months, he returns his pioneer

CAEKAERT/MAPLEY 002973

assignment card through the presiding overseer to the branch office and requests reassignment. The same procedure is followed when a congregation divides and the pioneer finds himself in the territory of a newly formed group. Similarly, pioneers who move to another country, with intention of staying for more than three months, request, through the presiding overseer, that their records be transferred to the branch office under which they will be serving. Then the branch office under which the pioneers are presently serving arranges with the other branch office for assignment of the pioneers in the area where they would like to work.

Anyone who finds it necessary to leave the pioneer ranks may do so by returning his pioneer identification and assignment card, through the presiding overseer, to the branch office. Sometimes circumstances that make this necessary arise in one's life. But, wherever possible, the Society encourages those in the pioneer service to stay on in that ministry, thus continuing to share as fully as possible in publicizing Jehovah's name and kingdom.

## TEMPORARY PIONEER SERVICE

There are many of Jehovah's Christian witnesses who, after honestly appraising their personal circumstances, do not find that they can be regular pioneers. But with careful planning and extra effort many thousands are able to pioneer temporarily from time to time, and their whole-souled love for Jehovah moves them to do this. Large numbers of them share in this service during the month of March or April each year, when there is much special activity in the congregations. Others do it during those months when the circuit overseer visits their congregation, or at vacation time or at regular intervals all year long. Every time they serve in this capacity they find it to be an enjoyable and spiritually stimulating experience.

Have you considered being a temporary pioneer? The enrollment requirements are not difficult. To qualify, you must be baptized and have a reputation for good Christian conduct. You should also have made plans that will enable you to devote the required amount of time to the field ministry.

CAEKAERT/MAPLEY 002974

Enrollment for temporary pioneer service is handled right in your own congregation. Ask your presiding overseer for an application, fill it out and then submit it to him sometime before you wish to begin your temporary pioneer service. If possible, give him your application at least a week in advance. The application will not be sent to the branch office, but, rather, will be considered by the presiding overseer, field overseer and the Bible study overseer. If they approve it, announcement of your appointment will be made to the congregation. Then the application will be turned over to those assigned to care for literature and magazine supplies, to notify them of the dates that you will be a temporary pioneer so that they can supply you with literature at pioneer rates for use during that period.

You may enroll as a temporary pioneer for two weeks, or for one, two or more full months. Those who apply agree to devote at least 100 hours to the field service during each full month of their appointment, or, if they will be serving for less than a month, then a minimum of 75 hours for the month.

At the end of the month temporary pioneers turn in their service reports to the congregation in the regular manner, using Field Service Report slips just as all the congregation publishers do. The field overseer enters the figures on their Publisher's Record cards, with a notation that they were temporary pioneers. Then the combined activity of all the temporary pioneers in congregation is entered in the space provided for that purpose on the congregation's monthly service report that is sent to the branch office.

If you have not yet been a temporary pioneer, we urge you to share in this service. It is within the reach of nearly every baptized proclaimer of the good news at some time during the year. Most of those who do it once are anxious to enroll again.

## SPECIAL PIONEER SERVICE

Pioneers who are doing particularly well in aiding others to become disciples and who are free and willing to move to any assignment where they are needed may be invited by the branch office to become special pioneers. Some are assigned to work with congregations that have much territory that is not being regularly

CAEKAERT/MAPLEY 002975

covered, but usually they go into isolated territory to carry on the preaching work and establish new congregations.

It has been noted that special pioneers have best results if they select a well-populated portion of their territory and work it thoroughly, covering it again and again. They follow through with repeated calls on persons who show interest and patiently conduct Bible studies with them, at the same time keeping the house-to-house work going on a regular basis. Gradually they try to get those attending the home Bible studies acquainted with one another. In time one of the newly interested persons may be willing to open his home for a study that others are welcome to attend. This provides the basis for a meeting much like the congregation book studies that are sponsored by every congregation. To stimulate the gathering of newly interested ones, public meetings may be planned periodically. Then, as the group manifests readiness to progress, arrangements may be made for the *Watchtower* study and other congregation meetings, one at a time.

Special care needs to be given to acquaint these people with the organization of Jehovah's people and how it operates. The privilege of participating in the Kingdom-preaching work should be kept before them, and, when they qualify, they may be assisted to share in it. This requires patient, steady effort. When men who are associated with the group dedicate themselves to God and get baptized, it is good to give special attention to acquainting them with the various ways that they may in time be able to show their love for Jehovah by accepting responsibility in connection with meetings and arrangements for field service. Then, when the congregation is formed, the special pioneer needs to stay with it to build it up until it is firmly established and able to continue making good progress, with Jehovah's blessing.—Acts 19:1, 8-10; 20:17-21, 31.

Those who accept assignments of service as special pioneers agree to devote 150 hours to the field ministry each month. As they do their work they endeavor to make full use of the fine publications provided by the "faithful and discreet slave" class through the Watch Tower Society. They also give particular attention to the work of disciple-making by calling back on inter-

CAEKAERT/MAPLEY 002976

ested persons and conducting home Bible studies. When they baptize any persons, apart from an immersion at an assembly, they note this at the bottom of their monthly field service report to the branch office.

This full program of service leaves little time for secular work; so the Watch Tower Society supplies special pioneers with a nominal money allowance each month that 150 hours of field service are reported, to aid them in obtaining the needed "sustenance and covering." (1 Tim. 6:8) And, as is true of all other pioneers, they receive their literature supplies at less than cost. Additional financial assistance is given to special pioneers about November 1 each year to obtain clothing. These zealous ministers work hard, and at times a change is needed; so provision is made for them to take two weeks off each year, and if they have a record of continuous service in various branches of the pioneer work for twenty years, the vacation time is extended to three weeks.

The branch office is keenly interested in the work of these brothers and keeps in touch with them. In the case of special pioneers in isolated territory, each time around the circuit the circuit overseer spends a full week with them, helping them in any way he can, sharing together in every feature of service, doing personal study with them and having each of the congregation meetings during the course of the week. In this way they are strengthened and encouraged in their ministry. There are special joys in this work of opening up new territory and sharing in the establishment of new congregations. It was a type of service in which the apostle Paul took pleasure, and the record of his ministry can be a source of inspiration to those who make themselves available for special pioneer service.—Rom. 15:20-24.

## MISSIONARY SERVICE

The commission that Christ Jesus gave his followers to "make disciples of people of all the nations" and to be his witnesses "to the most distant part of the earth" called for at least some of them to move out into foreign fields, beyond the boundaries of their own homeland. (Matt. 28:19; Acts 1:8) The apostle Peter responded to that need, traveling east as far as Babylon; and Paul and his associates made known the good

CAEKAERT/MAPLEY 002977

news throughout Asia Minor and Greece. They had a real missionary spirit. Could you make yourself available for service of that sort?

There is still a need for missionaries who are able to go into other lands in our day, and it is gratifying to know that young men and women are taking up this work. Those who enter such missionary service and stay there are not persons who indifferently reason that, after all, God could use someone else to do the job. To the contrary, their heartfelt love for Jehovah moves them to volunteer in the spirit of that faithful prophet Isaiah, who said: "Here I am! Send me." (Isa. 6:8) They know that the Kingdom good news is to be preached "in all the inhabited earth," and they are pleased to be used by God in this way. (Matt. 24:14) Their faith gives them the conviction that, no matter where they are on earth, Jehovah will look after them as long as they are busy doing his will.

Those who are sent into foreign missionary service are, in most instances, first given special training at the Watchtower Bible School of Gilead in Brooklyn, New York. Here they make an intensive study of the Bible, receive instruction in organizational matters and usually are helped to acquire a foundation knowledge of another language.

The prospective missionaries who are invited to attend Gilead School are selected from among persons who meet the following qualifications: baptized at least three years; full-time service for the past two years; generally, between the ages of 21 and 40; single, or married at least two years and with no dependent children. They must know the English language. Those who apply should have good health; they should be willing to serve anywhere; and they should plan to stay in their missionary assignment, making it their home. Applications may be requested from the Watch Tower Society or they may be obtained and filled out at special meetings arranged for this purpose at most district assemblies.

Missionaries carry on their work in the same way as do the special pioneers, devoting a minimum of 150 hours a month to the field ministry. However, where possible, the Watch Tower Society provides a missionary home from which a group of them can carry on their work

CAEKAERT/MAPLEY 002978

and sees to it that they are able to obtain the needed food. In addition, each missionary is given some financial assistance once a year to obtain clothing, as well as a small monthly allowance for personal items, if he is meeting the monthly requirement of 150 hours in the field ministry. There is also a vacation provision each year, as for special pioneers.

At first the customs and foods in another country may seem strange, but soon one grows accustomed to them. A loving desire to aid the people to learn the truth about God and his kingdom makes any inconveniences in a changed way of life pale out of sight. As the missionary sees the truth of God's Word bring about changes in the lives of those whom he teaches, he cannot but be humbly thankful that Jehovah has privileged him to share in this work. What a thrill it has been to the missionaries to see congregations grow up in the territory where they serve, and to know that persons with whom they studied have become loyal servants of God! Jehovah has indeed blessed them because they have worked hard in his service and have done so with a willing heart.

## BETHEL SERVICE

Ordained ministers who serve at Bethel must be whole-souled in their love for Jehovah, his Word and the Christian congregation, and should be motivated by a strong desire to serve on behalf of their Christian brothers. It is necessary for the Watch Tower Society to operate Bethel homes, branch offices and printing plants in order to supply Jehovah's witnesses around the globe with Bibles and Bible literature for their personal study, for use in congregation meetings and for distribution in the field ministry. All the work done in this connection is very much appreciated by Jehovah's Christian witnesses throughout the earth.

There is work of many kinds done at Bethel. Some have office assignments; others do typesetting, run printing presses, bind books or prepare literature for mailing. In addition, it is necessary to have workers who care for the home, wash clothes and cook and serve meals. All of this is done to further the Kingdom interests.

CAEKAERT/MAPLEY 002979

Bethel family members start their day's activity early. Gathered at the breakfast table, they enjoy a thorough discussion of the day's Scripture text and comments. After breakfast they go to their assigned work, at which they spend at least 8 hours and 40 minutes a day for five days of the week, and four hours on Saturdays. Monday evenings the members of the family study the *Watchtower* lesson for the week and attend the family's Theocratic Ministry School. Other evenings as well as Saturday afternoon and Sunday are used for attending congregation meetings, sharing in the field ministry and attending to personal matters. Those who have been appointed as elders at Bethel also have the privilege of giving public talks in nearby congregations. The schedule is a full one and richly rewarding in a spiritual way.

Applicants for Bethel service must have been baptized for at least a year, and preference is shown for those who are pioneers. The work to be done requires good health, ability to do hard work and willingness to do whatever is assigned. Most of the ones invited to live and work at Bethel are single brothers, between seventeen and thirty-five years of age; though at times sisters are invited, and some married couples without dependent children. The ones whose applications are accepted agree to serve at Bethel for at least four years, but any who can do so are encouraged to stay beyond that and make service at Bethel their life's work. If you meet these qualifications and want to serve at Bethel, you may obtain an application from your circuit overseer, from the branch office or at one of the meetings arranged for Bethel applicants at most district assemblies.

Members of the Bethel family are well cared for. They are provided with a comfortable room and good food. There is a small monthly allowance to cover personal expenses, and each year financial assistance is provided to help them to obtain needed clothing. Time is also allowed for a two-week vacation, and three weeks for those who have served for twenty years. The physical provisions to sustain them are made possible through the contributions of Jehovah's Christian witnesses world wide to the branch offices, and the Bethel family appreciates these things.

CAEKAERT/MAPLEY 002980

Bethel is a marvelous place to serve. In such a theocratic atmosphere as exists at Bethel homes there is excellent opportunity for spiritual growth. It is richly rewarding to work all day in association with others who love Jehovah and to know that one's work benefits so many of Jehovah's people.

## WHAT YOU PERSONALLY ARE ABLE TO DO

Of course, not everyone is in position to serve at Bethel or to devote many hours in the field ministry as a pioneer or a missionary. But all of us can and should be whole-souled in our ministry. When we consider what God has done for us through Christ Jesus, it should move us deeply. As the apostle Paul wrote to the Corinthians: "For the love the Christ has compels us, because this is what we have judged, that one man died for all; so, then, all had died; and he died for all that those who live might live no longer for themselves, but for him who died for them and was raised up." —2 Cor. 5:14, 15.

Is that true of you? Are you living no longer for yourself? Is your entire life truly built around your relationship to Jehovah through Christ Jesus? Are there ways in which you could share more fully in the work that they are having done in the earth today?

No matter where we serve or in what capacity, we cannot afford to let ourselves become complacent, reasoning that we are having some share in Jehovah's service and, after all, that is the important thing. "Do not loiter" in serving Jehovah, but "be aglow with the spirit," is the apostolic counsel. It is good for each one of us seriously to consider the question: Is love for Jehovah, his Son Christ Jesus and my fellowman impelling me to render whole-souled service to Jehovah? —Rom. 12:11.

CAEKAERT/MAPLEY 002981

# CHAPTER 8

# FINANCING THE WORK OF PREACHING AND DISCIPLE-MAKING

A QUESTION frequently asked by persons who are newly associated with Jehovah's witnesses is, Who provides the money for carrying on this work? The answer is that Jehovah's Christian witnesses everywhere have a part in it.

Jehovah's witnesses are aware of the fact that much work is being done under the direction of the Watch Tower Society to further the preaching of the good news, they know that it requires money, and they want to have a share in providing it. They are free to send voluntary contributions to the nearest branch office of the Watch Tower Bible and Tract Society. They have proved to be like God's servants in ancient times who brought, 'everyone whose heart impelled him, a voluntary offering to Jehovah.' (Ex. 35:20-29) Most of the donations received are in relatively small amounts, but these, when added together, provide enough to keep the work going. (Luke 21:1-4) Some gifts are received from estates, under wills of Jehovah's witnesses.

It is a privilege to share in this way in furthering the work in all parts of the earth, and none need feel that what they are able to offer is too little to be worth while. As 2 Corinthians 8:12 says: "If the readiness is there first, it is especially acceptable according to what a person has, not according to what a person does not have." Contributions are received through the branch offices from individuals, congregations and circuits. These donations are appreciatively acknowledged.

Some of the money contributed is used to build and maintain printing plants where Bible literature is produced; and the ordained ministers who care for this assignment are supplied with "sustenance and covering" and a small allowance for personal expenses. (1 Tim. 6:8; 5:18) Others who are devoting their time and energy in serving as missionaries in foreign lands, special pioneers, and circuit and district overseers are also given assistance so that they will have the food and shelter

CAEKAERT/MAPLEY 002982

required as they carry on their work. Additionally, literature is provided at less than cost to them as well as to regular pioneers and temporary pioneers to help to defray their expenses. At times help is given in providing necessities for faithful brothers and sisters who have been the victims of disasters such as floods or earthquakes so that they will be able to continue in their ministry. All of this is made possible by voluntary contributions sent to the branch offices.—Rom. 15:26; 1 Cor. 16:1-4.

## EXPENSES WITHIN EACH CONGREGATION

Within each congregation there are also expenses that must be met. No collection is ever taken, nor is there any assessment of dues, but contribution boxes are provided at our meeting places so that each one can have a part, "just as he has resolved in his heart." —2 Cor. 9:7.

This money is used principally to provide a Kingdom Hall in which the congregation can meet, and to care for its upkeep. If there is more money than is needed to care for these expenses, the body of elders may discuss how those funds can best be used to further the work of preaching and disciple-making. Then they present to the congregation a written resolution containing their recommendations. Sometimes as an expression of loving assistance, a congregation may give financial help to a nearby congregation, perhaps one that is dividing off from it, in order to enable it to build its own Kingdom Hall. In some cases, the congregation may request that a portion of the money be sent to the branch office for use in furthering the Kingdom work in other areas.

What is done if a situation should arise in which brothers or sisters in a congregation are in need of material assistance due to advanced age, infirmity or other adversity? In many places the state makes provision for needy persons, if they make application for it. Also, each one in the congregation has the privilege of demonstrating on a personal basis his loving concern. As the apostle John wrote: "Whoever has this world's means for supporting life and beholds his brother having need and yet shuts the door of his tender compassions upon him, in what way does the love of God re-

CAEKAERT/MAPLEY 002983

main in him? Little children, let us love, neither in word nor with the tongue, but in deed and truth." —1 John 3:17, 18; compare 2 Thessalonians 3:6-12.

At times the local body of elders may even consider what can be done by the congregation as a whole in the case of certain needy brothers and sisters who have a long record of faithful service in advancing the interests of pure worship. (Compare 1 Timothy 5:9, 10.) However, as in the first-century congregation, if there are children and grandchildren, then it is their obligation, not that of the congregation, to care for aged parents and grandparents that are in need. This is in agreement with Paul's counsel to an overseer in Ephesus: "Honor widows that are actually widows. But if any widow has children or grandchildren, let these learn first to practice godly devotion in their own household and to keep paying a due compensation to their parents and grandparents, for this is acceptable in God's sight."—1 Tim. 5:3, 4; compare Matthew 15:3-9.

None of the overseers receive a salary for the work that they do in the congregation. It is true that the work they do on behalf of their brothers may require many hours, and some of them may even cut down on the amount of secular work that they do, in order to have more time for the congregation. But they do this out of love for Jehovah and for his "sheep," not with expectation of any material gain. If those with whom they serve become aware that certain ones could benefit from some assistance in order to continue in their ministry, they may, out of appreciation for the labors of love on their behalf, want to do something to help. This would be a voluntary expression on their part.—1 Tim. 5:17, 18.

Apart from any monetary contributions that Jehovah's witnesses may make to the congregation and any material help that they may give to deserving ones in their midst, all of them personally contribute time and effort to the preaching of the good news in their territory. They are willing to bear their own expenses in this, and they expect no money in return for the assistance that they offer to those with whom they study the Bible. They apply the instructions of Christ Jesus, who said: "You received free, give free."—Matt. 10:8.

CAEKAERT/MAPLEY 002984

## ORDERLY HANDLING OF
## LITERATURE AND FUNDS

Each congregation receives and distributes magazines and other literature as a means of spreading the good news. This involves the handling of money, but it does not enrich individuals or the congregation.

Usually, one of the ministerial servants is assigned by the body of elders to care for the congregation's supply of magazines. Those who want magazines, either for personal study or for distribution, are requested to place an order with him to receive a given number of each issue. An order for the total number required is submitted to the branch office on the magazine Distributors' Order blank. It is very much appreciated when each one who orders magazines takes them. The congregation obtains them from the branch office on credit, and it depends on each one to take his supply so that the account does not become delinquent.

When the magazines are received from the branch office, the brother who cares for them informs the one who cares for congregation accounts of the issue and the number of magazines received, and this is compared with the total shown on the label on the package. (If there is any discrepancy, the presiding overseer should be asked to notify the branch office.) The magazines are then made available to the congregation. Each person is requested to pay for the magazines when he receives them.

The body of elders also assigns someone, generally a ministerial servant, to care for the supplies of books, booklets, Bibles and tracts received by the congregation. Using his records from years past as a guide, he can estimate how much of certain items to order, so that there will be sufficient but not an excess. In most congregations an order is sent to the branch office just once a month, at the beginning of the month. Usually most of the literature in stock is obtained on credit. When a shipment of literature is received from the branch office, the one caring for literature supplies checks it against the invoice or packing list to be sure that everything is in order. The invoice or list is then turned over to the person who cares for the accounts. Any discrepancies are to be reported to the branch office by the presiding overseer.

CAEKAERT/MAPLEY 002985

The one caring for the supplies has a responsibility to take good care of them, keeping them neat and clean, and to keep accurate records. Whenever literature is obtained from him, he is to make note of the amount taken. A progressive inventory kept by the congregation tells what is on hand at any time. Additionally, each year, on September 1, it is requested that an actual-count inventory be made and a report sent to the branch office.

Another qualified person, preferably a ministerial servant other than the ones who care for the magazines and other literature supplies, is charged by the body of elders with the responsibility of caring for money that is contributed for the advancement of the Kingdom work, as well as funds handled by the congregation in connection with magazines, other literature, subscriptions, and so forth. He is to keep a careful record of all money received and disbursed. The method of accounting used is outlined in detail in instructions provided to each congregation by the branch office.

After each meeting any money in the contribution box is removed. At least once a week money is also received from the brothers who care for magazines and other literature. Receipts are made out in duplicate for all such money received, and appropriate entries are made on the Account Sheet. The money for magazines and other literature is to be remitted to the branch office once a month, by the sixth of the month.

When someone obtains a subscription, or wants to renew his own, it is requested that the slip be made out neatly and accurately and submitted *in duplicate*. These may be given to the brother who cares for accounts and he will see that they get prompt attention. For the total money received at any one meeting he makes out a Receipt for the congregation's records. Once a week he gives the originals of the subscription slips to the presiding overseer, with covering Remittance and Credit Request form and corresponding remittance, to be checked and sent to the branch office. He keeps the duplicate subscription slips, each marked "Copy," in the congregation files, with a note for each group as to when they were mailed, in case any questions are raised by subscribers.

Since the money handled belongs to the congregation,

CAEKAERT/MAPLEY 002986

or involves its accounts with the branch office, each month the one handling the accounts prepares a financial report to be read to the congregation. Also, the presiding overseer arranges to have the accounts audited every three months.

Some congregations find it convenient to have a bank account in which to deposit their funds each week. The account is in the name of the " . . . . . Congregation of Jehovah's Witnesses." If there is more than one congregation in the city, then the other congregation of Jehovah's witnesses should have its own name. All checks drawn on the account are signed by two persons designated by the body of elders, which persons may be signers for any number of years. Other congregations may prefer to use money orders, bank drafts or some other safe means of transmitting money. In every case, however, the expenditures are approved by the presiding overseer.

## EXPENSES FOR
## OPERATING CIRCUIT ASSEMBLIES

As is true in individual congregations, so, too, at circuit assemblies contribution boxes are provided and the expenses are cared for by contributions from the brothers in the circuit. A brother assigned by the circuit overseer cares for this money and pays bills that have been approved by the circuit overseer. (This brother who cares for circuit accounts is not assigned for any specified period of time.) If there is not enough money on hand to care for the initial expenses, the circuit overseer may advise the congregations in the circuit of their privilege to assist with expenses. But usually after the first assembly in any circuit there are sufficient funds on hand to care for the initial expenses of the next assembly. Between assemblies this money is often deposited with the branch office. However, if there is a deficit at the conclusion of the assembly, it is the responsibility of the elders in the congregations to discuss among themselves what contributions their congregations are in position to make to the circuit funds to care for the expenses, and then to handle this with their respective congregations by means of a resolution.

When any purchases of equipment for the circuit are made, when donations are sent to the branch office, or

CAEKAERT/MAPLEY 002987

when there are other expenditures out of the ordinary, these matters involving the use of *available* circuit funds are decided by the congregation elders at their meeting on Sunday morning at the assembly. Authorization of such expenditures is always put in writing in the form of a resolution, which is voted on by these elders, and such matters that will be of particular interest and encouragement to the brothers may thereafter be announced.

This care given to the handling of funds of the congregations assures that the money will all be used in the way intended, to advance the Kingdom interests.

## CHAPTER 9

# SAFEGUARDING THE CLEANNESS OF THE CONGREGATION

JEHOVAH'S Christian witnesses are a clean people. They must be so to have God's favor and blessing. Preaching God's Word to others is not enough; we must live in harmony with it. To his anointed brothers in the early Christian congregation, Peter wrote: "As obedient children, quit being fashioned according to the desires you formerly had in your ignorance, but, in accord with the Holy One who called you, do you also become holy yourselves in all your conduct, because it is written: 'You must be holy, because I am holy.'" —1 Pet. 1:14-16.

In the Bible the word "holy" conveys the idea of that which is fresh, untarnished or clean, whether in a physical or a spiritual or moral sense. (2 Cor. 7:1) How do we "become holy"? Through the sanctifying power of the truth that sets us apart from the world of mankind alienated from God and apart from its practices of unrighteousness. (John 17:16-19; Num. 15:40; 2 Cor. 6:14-18) We must be obedient to the truth with genuine, heartfelt love for God and his righteousness and for our brothers if we are to remain clean in this way. (1 Thess. 3:12, 13; 1 Pet. 1:22) Only then will God's spirit, which is also holy, guide us. At times God may discipline us, and, while unpleasant in itself, this dis-

CAEKAERT/MAPLEY 002988

cipline is done in love, "for our profit that we may partake of his holiness." (Heb. 12:5-11) He wants us to gain life everlasting, not to suffer destruction.

While on earth, Christ Jesus set the example for those who would form his congregation of anointed followers. His purpose is finally to "present the congregation to himself in its splendor . . . holy and without blemish." (Eph. 5:25-27) He laid the groundwork for this, not only by his own righteous example and by the purifying message he brought, but also by his ransom sacrifice by means of which sins may be forgiven.

After Jesus' death and resurrection, the apostles and others taking the lead among the early Christians showed great concern for maintaining the purity of the congregation. (Acts 20:26-32; 2 Cor. 11:2, 3; 2 Pet. 1:9-11; 3:14; Jude 3, 4) Today the same concern is shown. Not only the anointed remnant, but the great crowd of "other sheep" appreciate the need for keeping their identification (represented by white robes) as clean servants of God, separate from the world. —Rev. 3:4; 7:9, 14; 19:8.

## PERSONAL DIFFICULTIES AND FRICTIONS

Wherever dissension and disunity exist, there is evidence of some unclean force working. James said that jealousy and contention are from an "earthly, animal, demonic" source and produce "disorder and every vile thing," working against what is chaste. (Jas. 3:14-18; compare 4:1-8.) All of us are, of course, imperfect in ourselves, sinners by inheritance. (1 John 1:8) We all make mistakes; we say or do things we thereafter regret. While we can and should improve as time goes along, during this system of things we will never be completely free from our errors. (Rom. 7:14-25; Jas. 3:2) Recognizing this, God counsels us through his Word that we should have "intense love for one another, because love covers a multitude of sins." (1 Pet. 4:8) The inspired apostle John frankly states that "he who does not love his brother, whom he has seen, cannot be loving God, whom he has not seen."—1 John 4:20.

This calls for much mercy and forgiveness on our part. The Scriptures admonish: "Continue putting up with one another and forgiving one another freely if anyone has a cause for complaint against another.

CAEKAERT/MAPLEY 002989

Even as Jehovah freely forgave you, so do you also." (Col. 3:13) Only those who are forgiving and compassionate in their dealings with others can expect forgiveness and mercy from God.—Matt. 5:7; 6:12, 14, 15.

So, when difficulties arise between members of the congregation, mature Christians do not vengefully seek to cause injury to the one they feel has injured them. (1 Pet. 3:8, 9) Nor do they treat him coldly, refusing to talk to him anymore. (1 Cor. 13:4, 5; Eph. 4:26) They prefer to overlook offenses, especially so when they realize that they have not been committed with malice. (Eph. 4:31, 32) As Proverbs 19:11 states: "The insight of a man certainly slows down his anger, and it is beauty on his part to pass over transgression." —Compare Ecclesiastes 7:8, 9.

## 'IF YOUR BROTHER
## COMMITS A SIN AGAINST YOU'

This willingness to overlook offenses and to forgive does not mean that we are not concerned about wrongdoing or that we approve it. Not all wrongs can simply be charged to inherited imperfection; nor is it for our brother's good or for the good of the congregation to overlook it if he commits wrongs that go beyond minor offenses. (Lev. 19:17; Ps. 141:5; Luke 17:3) Under the Law covenant given through Moses there was recognition of a difference in degrees of seriousness of sins and transgressions. This is also true for Christians under the new covenant.—Compare 1 John 5:16, 17.

Jesus gave counsel concerning sins that might be committed against a person and be considered as too serious in nature to be overlooked. He said: "If your brother commits a sin, go lay bare his fault between you and him alone. If he listens to you, you have gained your brother. But if he does not listen, take along with you one or two more, in order that at the mouth of two or three witnesses every matter may be established. If he does not listen to them, speak to the congregation. If he does not listen even to the congregation, let him be to you just as a man of the nations and as a tax collector." (Matt. 18:15-17) Jesus' listeners, being Jewish, knew that for others of his people to look upon a Jew as a "man of the nations and

CAEKAERT/MAPLEY 002990

as a tax collector" would mean his being viewed as cast out of the Jewish congregation.

Since the steps that Jesus set forth could lead to such a serious consequence, he was obviously not setting out a formula for the handling of every petty offense against an individual. Of course, many times it is the proper and wise and very helpful thing to go and talk to someone where personal difficulty exists because of some minor offense, doing this with the aim of healing any breach that seems to be developing. (Matt. 6:14, 15; Prov. 12:18) Many misunderstandings are cleared up in this way. But evidently this was not what Jesus was speaking of at this time. He referred, not to mere personal differences, but to offenses serious enough to merit one's expulsion from the congregation.

Before ever you would initiate the procedure set out at Matthew 18:15-17, then, you should have definite proof that such a serious sin was indeed committed against you. Jesus did not say, 'If you *think* your brother has sinned.' You should consider the counsel at Proverbs 25:8-10 so that you do not start something that will only bring shame and humiliation upon yourself. Even where the proof exists, you should not spread the matter abroad, gossiping about it, but should go to the offender privately and "lay bare his fault between you and him alone."

If your brother "listens," accepting your reproof, then "you have gained your brother." Does this refer simply to effecting a personal reconciliation? No, but as the rest of Jesus' counsel shows, it must mean 'gaining him' in the sense of helping him to stay within the congregation, turning him back from a course that could lead to his being expelled therefrom, with accompanying loss of God's favor and blessing. So, the 'gaining' of your brother would be in the sense described at James 5:19, 20, Galatians 6:1 and Jude 22, 23. This, in fact, should be your principal aim and desire—not that of getting personal relief or satisfaction for some offense.

Where the sinner accepts reproof and seeks forgiveness, Jesus states, there is no need to carry the matter farther. This fact shows that, although serious, the offenses here discussed were limited in nature to such as could be settled between the individuals involved. This would not include such offenses as fornication,

CAEKAERT/MAPLEY 002991

adultery, homosexuality, blasphemy, apostasy, idolatry and similar grave sins, for under the Law covenant then in force, these sins required more than forgiveness from an offended individual.—1 Cor. 6:9, 10; Gal. 5:19-21.

In view of this, and in view of the illustration that Jesus subsequently gave, as recorded at Matthew 18:21-35, the sins here considered evidently were sins such as those involving financial or property matters—failing to make proper payment for something, some action involving a measure of fraud—or perhaps damaging one's reputation by actual slander, or similar sins. In these cases, if the offender recognized his wrong, expressed willingness to right it to the extent possible, and sought forgiveness, the matter could be settled by the offended one's granting forgiveness.—Compare Matthew 5:25, 26; Luke 12:58.

But what if you take this initial step and the one sinning does not respond? Due to the seriousness of the offense, you cannot simply dismiss the matter. Jesus' counsel shows that you should seek out one or two others and return to talk to the offender. Reasonably these should be witnesses to the wrong. They do not go as mere neutral observers or mediators trying to effect a reconciliation or compromise solution. Instead, you take them with you so that, because of having witnessed the wrong, they can add their testimony to yours. They can also serve as hearers of what is then said. If the matter takes a further step and comes before "the congregation" and the offender denies or alters certain statements or admissions made, these others can give their testimony and bring out the facts. Hopefully this further step will not be necessary and the individual will respond to the combined efforts made to restore him to a course of righteousness. If so, then the matter is closed.

If the offender still refuses to admit his guilt, then what? The matter should now be brought to the attention of the responsible members of the congregation, those of the body of elders assigned to serve in a judicial capacity. It is hoped that the individual will now listen to their official judgment and be "gained" as a person fit to remain in the congregation. If not, then

CAEKAERT/MAPLEY 002992

he is disfellowshiped, thereafter to be treated as an outsider.—Matt. 18:17.

## THE JUDICIAL COMMITTEE

Today, in each congregation where there are sufficient elders, three of these are assigned to serve as a judicial committee. Usually these will be the ones who, during that year, are serving as presiding overseer, field overseer and Bible study overseer. In the absence of one of these, the others serving as judges may select another elder to serve in his place.

It may be that one of the three customary members of the judicial committee will want to step aside because of his needing to serve as a witness in the matter being considered, or being otherwise involved therein.

Where there are not sufficient elders to form such a committee of three, nearby congregations can be called on to supply those needed, if some matter requiring judicial attention arises.

These representative elders would come together in Jesus' name; seeking Jehovah's guidance in prayer through Christ Jesus, they would not be acting in an independent or arbitrary manner. They would be recognizing Jehovah's headship and the headship of his Son over the entire Christian congregation. Doing this, they would be obligated to recognize as well the vital need to maintain unity with all others under that headship.—1 Cor. 1:10.

They should not be hesitant or fearful of shouldering the responsibility assigned them in such matters, nor of reaching decisions. (1 Cor. 6:1-6) By faithfulness and humble submission to Jehovah and his Son and by sincere prayer for their guidance by holy spirit, they should be able to reach the right conclusion on the matter. The apostle Paul showed confidence in God's direction of the judgment of the elders in Corinth. —2 Cor. 2:10. Compare Matthew 18:19, 20.

## HELPING REPENTANT ONES
## OVERTAKEN IN TRESPASSES

As fellow members in the 'association of brothers' we should care for one another and strive to protect and strengthen one another. (1 Pet. 5:9) When any of our brothers show weakness we should mercifully go to

CAEKAERT/MAPLEY 002993

their aid. The inspired writers of the early Christian congregation make clear that God is pleased when we manifest such sincere interest and concern.

Jude wrote that we should "continue showing mercy to some that have doubts; save them by snatching them out of the fire. But continue showing mercy to others, doing so with fear, while you hate even the inner garment that has been stained by the flesh." (Jude 21-23) So, we do not approve of wrongdoing; we hate it and we stand firm for God's righteous standards, always upholding them. But we do not stop showing mercy to persons when they come into danger due to wrong thinking or weakness; we mercifully take action to restore them.

At James 5:19, 20 the further counsel is given: "My brothers, if anyone among you is misled from the truth and another turns him back, know that he who turns a sinner back from the error of his way will save his soul from death and will cover a multitude of sins." Not only when the sin was personally against us, but in all cases we seek to 'gain our brother,' endeavoring to turn him back from a course that could lead to divine rejection and the condemnation of death.

The elders in the congregation are particularly concerned with doing this as shepherds of the flock. To them, Paul's exhortation at Galatians 6:1 is especially fitting: "Brothers, even though a man takes some false step before he is aware of it, you who have spiritual qualifications try to readjust such a man in a spirit of mildness, as you each keep an eye on yourself, for fear you also may be tempted."

To apply this counsel, we must keep in mind that it is one thing willfully to plan, scheme and work toward some wrong act, craving it (2 Pet. 2:10-22; Jude 4, 8, 10, 12), and another thing to be 'overtaken' in such, stumbling into sin, being 'ensnared' by the Devil. (2 Tim. 2:25, 26) Then, too, there is a difference between a single act of sin and the practice of sin.—1 John 2:1; 3:4-6, 8.

The Scriptures admonish us to "flee" from all forms of wrongdoing—fornication, idolatry, love of money, and so forth. (1 Cor. 6:18; 10:14; 1 Tim. 6:9-11) Some do not deliberately seek such practices, nor try to corrupt the congregation, but they may drift into a spiritually

CAEKAERT/MAPLEY 002994

weak condition where they are easily "over-reached" by the subtle influence of some sinful temptation. (2 Cor. 2:11) Or, one may even have been following a generally good and upright course but, suddenly, under strong pressure that caught him by surprise, he was not successful in 'fleeing' the wrongdoing and was 'overtaken' by it. He may have committed some immoral or idolatrous act, or a violation of his integrity as regards separateness from the world, perhaps due to not having prepared his heart sufficiently to resist pressure. Yet his conscience may have struck him immediately and, like Peter after denying Christ, he may have gone away and "wept bitterly," being genuinely repentant, cut to the heart.—Luke 22:61, 62.

This is quite different from, for example, the case of Ananias and Sapphira. For a single offense they were put to death by God. But they had conspired to try to deceive the apostles and put on a false front; they were not 'taking some false step before they were aware of it,' nor being "overreached" due to weakness, but planned and worked the sin out themselves. And, of course, in their case God read their hearts and enabled Peter miraculously to see through their subterfuge.—Acts 5:1-11.

The elders, as overseers and shepherds, are concerned about any of God's flock who may stray. They do not act as 'spiritual policemen' in arresting wrongdoing, nor do they serve as mere judges enforcing justice and imposing sentence on violators of what is right. While having deep respect for God's righteousness and his holiness, at the same time they are concerned with imitating God in manifesting merciful compassion. (Matt. 23:23) Not wanting to lose any of the "sheep" committed to their care, and knowing they will have to "render an account," these shepherds should follow the example of Jehovah God and Christ Jesus in lovingly 'watching over' or overseeing the flock. (Heb. 13:17; John 17:11, 12, 14; Acts 20:28-30; 1 Pet. 5:2-4) So they are mercifully to seek to rescue any erring ones, restoring them to God's favor.

## SEEKING THE HELP OF SHEPHERDS

In view of this, when a baptized member of the congregation commits a serious sin, what should he do?

CAEKAERT/MAPLEY 002995

He should first pray for God's forgiveness through Christ Jesus, confessing his wrong and determining to correct his wrong course. (Ps. 32:5; Prov. 28:13; 1 Tim. 2:5; Matt. 6:12) Then he should not hesitate in approaching any of the spiritually qualified elders of the congregation, seeking their help. As James 5:14-16 says: "Is there anyone sick [spiritually so, as the later reference to sins indicates] among you? Let him call the older men of the congregation to him, and let them pray over him, greasing him with oil in the name of Jehovah. And the prayer of faith will make the indisposed one well, and Jehovah will raise him up. Also, if he has committed sins, it will be forgiven him. Therefore openly confess your sins to one another and pray for one another, that you may get healed. A righteous man's supplication, when it is at work, has much force."

The assistance that these "shepherds" can render is Jehovah's provision made for our good. It is not that we must go through them as intermediaries to gain God's forgiveness. We get that by our confessing to God our wrong, by our repentance and our 'turning around,' leaving the wrong course and making straight paths for our feet. Christ Jesus is our heavenly Helper and High Priest in God's presence.—1 John 1:9; 2:1, 2; Heb. 4:14-16; 7:25.

True, the elders can add their prayers of intercession on our behalf, and these prayers have value with God. The one who has sinned may feel condemned in his heart. In that case the intercessory prayer of the elders would be especially beneficial. (Jas. 5:14-16; 1 Tim. 2:1; 1 John 5:16) So, a person's going to them is to get help. His confessing his wrongdoing to them is for that purpose, as James shows. Obviously, when a person commits grievous sin it is evidence of spiritual weakness or sickness. A person in this position needs help to overcome his difficulties and to regain spiritual health and strength, and he is wise if he humbly asks for that help.

There is grave danger in not asking for assistance. If a brother in difficulty fails to do this, he may easily repeat his sin and even become habituated in it. Or, because of feeling ashamed of his wrong, he may feel uncomfortable among his brothers, not able to enjoy

CAEKAERT/MAPLEY 002996

fully his fellowship with them. Or because of a weakened spiritual condition, he may suffer an even greater loss—that of a confident relationship with his heavenly Father. He may feel that there is a 'cloud mass blocking his approach to God, that his prayer may not pass through.' (Lam. 3:44) To isolate himself from the congregation would only compound the danger. (Prov. 18:1) How much better, then, to acknowledge humbly his need for help and avail himself of Jehovah's kind provisions through his Son and through those serving under his Son's headship.

## COUNSELING THOSE COMMITTING MINOR TRESPASSES

When a member of the congregation approaches an elder due to having committed some wrong and now seeking help, what should the elder do? Perhaps there was a degree of loose conduct or immoderation in private use of alcoholic beverages; or the person, in his secular relations with those outside the congregation, may have engaged in some form of dishonesty which, though the "accepted" practice among worldlings, he recognizes as being out of harmony with Bible principles. If the fault was not of a grave nature, not a gross sin nor one bringing public reproach, and the person openly acknowledges the wrong and manifests sincere repentance, it may suffice for the elder whom he approaches to give him some good counsel and admonition.

In such cases, however, it would be good for the elder approached to inform the one serving as presiding overseer, telling him about the matter and what counsel he gave. The one serving as presiding overseer may have had more experience in such matters than the elder initially approached. He may have some helpful suggestions to add, or may have knowledge of the matter that makes advisable some further admonishing of the person or discussion with him.

In other cases, however, the sin committed may have brought the congregation into public disrepute. It may be one that puts the congregation into a bad position before Jehovah, reproaching his name. The offense may have been loose conduct of a gross nature, bordering on fornication; or actual fornication, adultery or other

CAEKAERT/MAPLEY 002997

serious sexual immorality may be involved. The sin may not be just one instance of drunkenness, lying or stealing but repeated cases of such wrong acts. It may be such as would readily become a matter of discussion in the congregation. In all such cases the matter should be brought to the attention of those elders serving in a judicial capacity in the congregation.

## HEARINGS BEFORE THE JUDICIAL COMMITTEE

Where such matters come to the attention of the judicial committee they should arrange to meet with those involved. In some cases it will not be a matter in which an individual voluntarily seeks aid. Rather, an accusation may be brought against some member of the congregation. The committee should consider whether the accusation gives some evidence of having substance or not. If it does, then they should invite the accused person or persons to meet with them. To avoid any misunderstanding as to time and place and the purpose of the meeting, it would be best to put the invitation in writing, informing the person as to what his course of action is supposed to have been. He should be treated in a kind manner. The elders would certainly want the one accused to have the opportunity to bring along any persons he desires as witnesses on his behalf and they should make this known to him. If he does not come to the meeting, they should endeavor to find a time that is agreeable to him and arrange to have the meeting then. If someone repeatedly fails or refuses to come to such a hearing, then the committee must arrive at a decision on the basis of the evidence and testimony available, providing this is sufficient to establish the facts clearly.—Compare Numbers 16:12-14, 25-33.

Judgment of matters affecting the lives of servants of Jehovah carries with it a great responsibility, and, for that reason, the judicial committee is obligated to be sure that it has all the facts before it renders its decision. (1 Tim. 5:21; Prov. 18:13; Deut. 13:12-14) For a matter to be established as true, there must be two or three witnesses. (1 Tim. 5:19; Deut. 19:15; Heb. 10:28) These cannot be persons who are simply repeating what they have heard from someone else; they must be witnesses themselves of things concerning

CAEKAERT/MAPLEY 002998

which they testify. No action is taken if there is just one witness; it is not that the brothers discredit the testimony, but the Bible requires that, unless the wrongdoer himself admits his sin, the facts must be substantiated by two or three witnesses in these serious matters.

A person may come and confess a serious wrongdoing and implicate another with him. If the other person denies any sharing in the wrong, then the charge cannot be accepted without additional testimony to provide the necessary two or three witnesses; the committee would not act against the one accused. But the person confessing would be counseled and reproved as necessary, for he has either committed the deed he confesses or is guilty of lying, or both. If he is repentant, he would not be disfellowshiped for the wrong he confesses. But if he later is found to have lied against his brother, there would likely be need to take action against the false accuser. His having lied would place in serious question the genuineness of the "repentant" attitude he may have displayed earlier. Those bearing false witness in Israel were to receive the same treatment they sought to bring upon the one they falsely accused.—Deut. 19:17-21.

On the other hand, if the one accused (but who denies the charge) is actually guilty, we may be sure that Jehovah knows, and in time the truth will become known to his people. (1 Tim. 5:24) Holding to the Scriptural rule of two or three witnesses, however, the elders will be guilty of no injustice.

## REPROVING AND RESTORING
## REPENTANT WRONGDOERS

Even as there are comparative degrees of gravity of wrongdoing so there are comparative degrees of reproof or other action to be applied to the wrongdoers. This calls for wisdom and discernment on the part of those serving in a judicial capacity. They must weigh matters carefully, thinking in terms of principles rather than of rigid rules. Each case should be judged on its own circumstances and merits.

Concerning certain wrongdoers in Crete, Paul wrote Titus to "keep on reproving them *with severity*, that they may be healthy in the faith." (Titus 1:10-13) Of

CAEKAERT/MAPLEY 002999

others who were 'caught in the snare of the Devil,' he wrote Timothy to instruct them *"with mildness,"* and he used a similar expression to the Galatians regarding the man who "takes some false step before he is aware of it." (2 Tim. 2:24-26; Gal. 6:1) What will guide a judicial committee in determining what kind of reproof to give a repentant wrongdoer and how best to aid him to be spiritually restored? How also can they protect "the way of the truth" from being "spoken of abusively"?—2 Pet. 2:2.

When a case of wrongdoing is grave enough to require a hearing, the facts should be determined establishing guilt or innocence, but the committee should also seek to ascertain other factors as well. If a serious offense was committed, what were the circumstances leading up to it? Was there evidence of the person's craving wrongful things or 'courting trouble'? Had he been admonished before that his course was leading him toward danger? Was it a single offense or was it committed more than once? Was his confession voluntary or did he have to be accused by others before confessing? And, above all, does he show true repentance and manifest a heartfelt desire to avoid any repetition of the wrong?

If we are to continue showing mercy to an offender, sincere repentance is a vital factor. (2 Chron. 7:14; Isa. 55:7; Ezek. 18:30, 31) Not everyone, of course, will manifest his sorrow over the wrong in the same manner. But the elders should look for evidence that the sorrow is of a godly kind, distinguishing this from mere regret over being found out or because of having to bear a measure of shame or having one's reputation suffer damage. They can be guided by the fine description given at 2 Corinthians 7:9-11. The sadness should be over having done wrong to begin with, for having shown disrespect for the heavenly Father's will and thus having damaged one's relationship *with Him*. Of course, the individual who truly appreciates privileges of service and the esteem of his brothers would naturally also regret any loss in this regard. But his sorrow springs from the right source: genuine repentance, rejecting the wrong as detestable, sincerely regretting that he ever did it.

CAEKAERT/MAPLEY 003000

Some may manifest this repentance right after committing the wrong; others may do so later. Some may do so even during the course of meeting with the judicial committee. The elders' remarks at that time may bring home to the offender the real badness of his act, so he 'listens to them.'—Matt. 18:17.

In the case of a genuinely repentant wrongdoer, what then? Where the evidence is that a single offense is involved, that the individual had not ignored earlier admonition or reproof as to his course and that he had not 'pursued' the wrong but had been 'overtaken' in it under pressure or temptation of circumstances, the judicial committee might decide that the reproof could be given "in a spirit of mildness." (Gal. 6:1) If the person is thoroughly crushed and cut to the heart, there is no need to add to his sorrow. (1 Thess. 5:14) In trying to "readjust" such a one, the judicial committee should be sure that he clearly understands Jehovah's viewpoint of his serious wrong, but at the same time they will be concerned with helping him to draw close to God in humility and with confidence in God's mercy. (Jas. 4:8-10) Since his sin manifested spiritual weakness, they would properly remove any weight of responsibility from him in the congregation arrangement, such as that of being an elder, a ministerial servant, a pioneer or any other such responsibility though of a subordinate nature. He may continue as a congregation publisher, however. According to the gravity of the sin, they may decide that, for the present, it would be best for the spiritually weak one just to listen at the meetings, rather than having parts on the service meeting or giving talks in the Theocratic Ministry School, or commenting or offering prayer. The presiding elder of the judicial committee can notify those who preside over the meetings as to what restrictions have been decided upon. This also serves as a discipline for the wrongdoer and impresses upon him the need to respect God's holiness. (Gal. 6:7-9) Thus this form of reproof is administered without its being publicly announced "before all onlookers," namely, the assembled congregation.

The judicial committee may strongly recommend to the one thus reproved to discontinue certain associations or habits that contributed to the wrongdoing and

CAEKAERT/MAPLEY 003001

that could lead to a repetition thereof. (1 Cor. 15:33; 2 Cor. 6:17) The repentant one should be happy to respond to these recommendations. No prohibitions or rules would be placed as to eating or drinking, though strong counsel may be given if one is immoderate in these things that were involved in the sin. The person would be free to engage fully in the preaching work and to report such; on the other hand, no requirements or quotas would be set for such activity or for meeting attendance, as these must be voluntary to be of value before God. Because of their interest in helping the repentant one to become spiritually healthy and strong again, the judicial committee will want to talk to him on several occasions to see where they can be of assistance, perhaps spending some time visiting with the person for upbuilding discussion.

As the judicial committee see evidence of his regaining spiritual strength and stability, showing genuine appreciation for God's righteous ways, they may gradually lift whatever restrictions were imposed. For example, they may invite him again to share in commenting at the meetings or in giving student talks, things wherein he speaks just for himself rather than as representing the congregation. Later, as he gives evidence of full recovery they may restore to him the privilege of sharing in parts on the service meeting program, assisting a ministerial servant in some department or, eventually, even in representing the congregation before God in prayer. If he moves to another congregation, this gradual restoration of privileges may be supervised by the judicial committee there. No time period is set for this, since it depends upon not only the gravity of the wrong but also the spiritual progress manifested by the repentant one. It may be several months, a year or even more before he is viewed as fully recovered. The elders will consider, not only what is for the good of the person thus reproved, but also what is in the best interests of the congregation.

## PUBLIC REPROOF

Paul wrote to Timothy: "Reprove before all onlookers persons who *practice* sin [the ones . . . sinning, *Interlinear*] that the rest also may have fear." (1 Tim. 5:20) Therefore, when the evidence shows that the wrong-

CAEKAERT/MAPLEY 003002

doer, though repentant, was guilty of committing the offense on more than one occasion, the congregation as a whole should be informed, thus openly reproving the wrongdoer. In the case of a single act, however, what if the wrongdoer not only failed to come forward with a voluntary confession about it, but also failed to heed admonitions and had been 'courting' danger by a measure of loose conduct? Or what if his wrong has become public knowledge or is such as would readily become a subject for discussion by members of the congregation? This, too, would make it advisable to make an announcement to the congregation.

In making the announcement it may simply be stated that the person named has engaged in "conduct unbecoming a Christian" and then it could be explained that he will not be sharing in certain privileges, listing these according to what the judicial committee decides in his particular case. Where the wrong has become public knowledge, this announcement will provide the brothers with a means to defend before critics the congregation as holding to right standards; it will also reduce the likelihood of unprofitable and damaging gossip. Though this is a more severe reproof, it is for the good of the offender and of the congregation as a whole, working to counteract any influences leading to a recurrence of the wrong, and enabling all in the congregation to avoid being a cause for temptation to him.

On the offender's part, he should appreciate the healthful benefits and wisdom of such discipline and not "belittle" it or "give out" under such correction. It is evidence that both God and the congregation want to 'gain' him back from a course that could lead to destruction.—Heb. 12:5-13, 15-17.

Whether such announcement is made as a reproof to the wrongdoer before the congregation as a whole or not, when privileges are restored to such a person upon his progressing in a spiritual recovery, there is no need to announce such restoration of privileges. The ones presiding at meetings should be advised, of course, but the rest of the congregation will become aware of this as they see him commenting again at meetings, acting as a householder in a demonstration or giving student talks, and so forth. If the publicly reproved individual moves to another congregation during the

CAEKAERT/MAPLEY 003003

time that there are still restrictions imposed on him, the judicial committee that handled the case should notify the judicial committee of the congregation to which he moves, doing so through the presiding overseer there. Then those elders may supervise the gradual return of privileges to him.

Everything should be done with a purpose, keeping clearly in focus the two major concerns of the elders: to help to restore and "readjust" the wrongdoer, and to protect the cleanness and spiritual health of the congregation.

If the person was serving as an elder or a ministerial servant when he committed a serious wrong even though it was some years ago, he bears a degree of reprehensibility, for he continued to serve in that position though knowing that he had, for the time at least, disqualified himself, not being then "free from accusation." (1 Tim. 3:2, 10; Titus 1:6, 7) He should have informed the judicial committee that he did not adhere to the requirements and should have stepped down from his position. In view of his failure to do this at that time, he would now be removed from that position.

In any case where persons serving as elders or ministerial servants, or having appointments as regular or special pioneers, commit serious wrongs and are therefore put under any restrictions by a judicial committee, notification of this should be sent to the branch office so that the records there can be adjusted accordingly. As regards pioneers removed for such reason, the branch office will receive future applications to pioneer only after a period of at least a year, if they are then recommended by the judicial committee.

## DISFELLOWSHIPING

What if the merciful efforts of the elders fail to 'gain' the brother? If he shows himself lacking in genuine repentance, whether he committed the serious sin only once or was a practicer of sin, then they cannot continue dealing with him in mercy, for this would show disrespect for God's standards of righteousness and holiness. Moreover, he would be a danger to the congregation, for he gives no genuine assurance that he will not continue in his wrong course. He must then

CAEKAERT/MAPLEY 003004

be disfellowshiped, cut off from the congregation. —1 Cor. 5:9-13.

In view of the fact that repentance (accompanied by a 'turning around' from the wrong way) is what determines whether the person merits disfellowshiping or not, the committee must be particularly careful in accepting as genuine any "repentance" on the part of a person where the evidence has shown him guilty of evasive lying, deceit, or even collusion in connection with his wrongdoing.

In all cases of disfellowshiping the congregation committee should draw up an announcement to be read to the congregation. It may simply state that the person named has been disfellowshiped from the congregation due to "conduct unbecoming a Christian."

Some baptized persons may join a secular organization the principles of which are opposed to the Scriptural principles on which the Christian congregation is based. (Dan. 2:44; Matt. 4:8, 9; John 6:15; Isa. 2:2-4) By such action, the individual is repudiating the congregation of Jehovah's witnesses with which he associated. The judicial committee should endeavor to find out the facts that prove that he has of his own accord disassociated himself from the congregation. They should announce this fact to the congregation so that all will know the decision the person has taken. All that needs to be said is that the person "by his course of conduct has disassociated himself from the congregation of Jehovah's people."

In all cases of disfellowshiping and disassociation the branch office should be notified, and a copy of the letter of notification should be retained in the congregation files. The judicial committee should give the date the action was taken, the ground and a brief review of the evidence for it, and each member of the judicial committee should sign the letter.

Being disfellowshiped is a serious matter. One who is disfellowshiped is in a very different situation from that of the person described at 2 Thessalonians 3:14, 15 which says: "But if anyone is not obedient to our word through this letter, keep this one marked, stop associating with him, that he may become ashamed. And yet do not be considering him as an enemy, but continue admonishing him as a brother." This latter

CAEKAERT/MAPLEY 003005

"marked" one was failing to respond to apostolic exhortation and instructions, not acting in an orderly manner, perhaps not working to support himself or idly meddling in matters not of his concern. Still he had not committed any wrongdoing of sufficient gravity to merit disfellowshiping. However, he was to be "marked," that is, identified by the individual members of the congregation as poor company, a poor example. (Compare verse 6.) The brothers in the congregation should stop associating intimately with him, that is, not have social connections with him or seek his company. Yet they would not view him as expelled from the congregation or an enemy but would "continue admonishing him as a brother."

On the other hand, one committing grave wrongs and who, due to not having repented, must be disfellowshiped is no longer recognized as a member of the congregation, as a "brother." The faithful members of the congregation not only "quit mixing in company" with him (this term being the same in Greek as that translated "stop associating" in 2 Thessalonians 3:14) but they go farther. They follow the instruction to "remove the wicked man from among yourselves."—1 Cor. 5:5, 11-13; 1 Tim. 1:19, 20.

Any baptized person who deliberately pursues a course of immoral conduct is actually rejecting the teachings of the Bible, just as much so as one who teaches others contrary to what the Scriptures say about the identity of God, the provision of the ransom, the resurrection, and so forth. (Compare Titus 3:10, 11; 2 Timothy 2:16-19.) Concerning such persons God's Word counsels: "Everyone that pushes ahead and does not remain in the teaching of the Christ does not have God. . . . If anyone comes to you and does not bring this teaching, never receive him into your homes or say a greeting to him. For he that says a greeting to him is a sharer in his wicked works." (2 John 9-11) In faithfulness to God, none in the congregation should greet such persons when meeting them in public nor should they welcome these into their homes.

Even blood relatives who do not live in the same home with a disfellowshiped relative, because of valuing spiritual relationships more than fleshly ones, avoid contact with such disfellowshiped relative just as much

CAEKAERT/MAPLEY 003006

as possible. (Luke 8:19-21; 14:26) And those who may be members of the same household with a disfellowshiped person cease sharing spiritual fellowship with the unrepentant wrongdoer. In this way the wrongdoer is made to feel the enormity of his wrong, and, at the same time, Jehovah upholds the good name of his earthly organization and protects the spiritual well-being of his servants on earth.

This does not mean that parents would stop counseling or disciplining a baptized child who had been disfellowshiped and who was living in the same home with them. Since the true basis for discipline and training is God's Word, they would properly give their son or daughter strong counsel from that Word as necessary. This, however, does not mean fellowshiping spiritually with the child in a regular study in which he is viewed as an approved sharer. To share in such family studies, the child would first have to show repentance and change and be reinstated by the judicial committee.

Similarly a married person whose mate has been disfellowshiped, being "one flesh" with that person, may encourage the disfellowshiped one to turn around from his wrong course and repentantly seek acceptance back into the congregation. Again, this does not mean sitting down with the mate in a family study of the Bible and fellowshiping in that way. Rather, what is said constitutes a call to repentance.

But in any such case, there is no reason to listen to a disfellowshiped child or mate if such one attempts to justify himself or endeavors to sway the faithful one to his way of thinking and acting. Nor should he be listened to regarding objections as to the handling of his case by the judicial committee. If he wants to appeal his case he should go to them, not try to appeal by pleading his case with those not elders.

An elder may be approached by a disfellowshiped person who wishes to talk with him. In such case, the elder may explain to the person what he needs to do to be accepted again into the congregation, pointing out to him the need for seeking to regain a fine relationship with God, searching the Scriptures and attending all meetings open to him. This does not mean listening to a review of the case from the person, since one elder could not properly reach a conclusion unilaterally any-

CAEKAERT/MAPLEY 003007

way. Out of respect for the arrangement of the body of elders, the one approached would direct the disfellowshiped person to the judicial committee for spiritual help and counsel in his seeking to be reinstated in the congregation.

A disfellowshiped person is not prohibited from attending meetings in the Kingdom Hall open to the general public as long as he conducts himself properly. None will greet him, of course, and he may not attend any meetings held in private homes. The congregation will not assign him any territory nor accept field service reports from him. He may obtain copies of the Society's publications for personal use. Perhaps what he reads will help to correct his thinking, soften his heart and move him to turn back to Jehovah.

Some baptized persons may cease to associate actively with a congregation, no longer meeting with their brothers. They may later become involved in serious wrongdoing. The congregation elders should take note of that fact, as they have the responsibility of doing what is necessary to maintain or clear the congregation's name for cleanness and to safeguard its right standing with God. The fact that he has isolated himself would not affect the judicial committee as to taking the steps already discussed for dealing with wrongdoers.

## NONBAPTIZED ASSOCIATES
## WHO ARE WRONGDOERS

What of unbaptized persons who have been regularly associating with the congregation but who now become involved in serious wrongdoing? They should be dealt with in a way similar to that in the case of baptized persons, with the exception that, not being recognized members of the congregation, they would not be formally expelled therefrom. It may be that they do not understand fully the Bible's standards, and kind counsel may help them to make straight paths for their feet. Nevertheless, if they are not repentant and fail to turn from their wrongdoing, then the congregation should be advised that their conduct is "unbecoming a Christian" and that association with them would not be in harmony with the counsel at 1 Corinthians 15:33. No field service reports would be accepted from such ones.

CAEKAERT/MAPLEY 003008

## DEALING WITH MINOR CHILDREN
## AND MARRIED COUPLES

A baptized child's being a minor does not shield him from reproof before the congregation by the elders, or disfellowshiping, if he commits serious wrongdoing. In minor trespasses, of course, the child would be counseled and reproved by his parents, particularly the father, with whom the responsibility for rearing and training the children rests. (Eph. 6:4; Col. 3:20; Heb. 12:9) However, where wrongdoing becomes a practice, or is of a serious nature, such as gross loose conduct or fornication, or is such that brings the congregation into a bad light in the community, then the elders rightly are concerned. The brothers serving in judicial capacity should arrange to meet with the baptized minor to see what can be done to correct the situation, and it would be most advisable for the parents also to be present to hear what is said. If reproof and discipline are necessary, these should be given to the minor, in some cases publicly, according to the gravity of the wrongdoing and the extent to which it has affected the congregation or become known. As a baptized member of the congregation, he is a disciple and has accepted the headship of Christ Jesus.—Matt. 28:19, 20.

Of course, the elders are particularly desirous of 'gaining' the young brother or sister and in their efforts to do so they will seek the cooperation of the parents, working through them in all ways possible. Thus there will be a harmonious coordination of authority, that of the judicial committee as shepherds under Christ Jesus and that of the parents as the ones through whom the child received life and as the ones divinely appointed to bring up the child "in the discipline and mental-regulating of Jehovah." (Eph. 6:4) If the baptized child is unrepentant or still persists in a wrong course, then he should be disfellowshiped.

These same principles would apply in the case of an unbaptized minor who regularly associates with the congregation, with the exception that, in the event of his becoming an unrepentant wrongdoer, no formal disfellowshiping would be made. But an announcement would be made, enabling the congregation to safeguard itself against harm.

CAEKAERT/MAPLEY 003009

Parents should cooperate with the judicial committee in their responsibility to shepherd the congregation. While the law set forth at Deuteronomy 21:18-21 obviously does not refer to small children (since it speaks of a son who becomes "a glutton and a drunkard"), it does set the precedent of placing the spiritual interests and safety of God's congregation above family relationships. Parents who love God and their brothers will not cover up or excuse continued or flagrant sinning on the part of their children.

As to married couples, elders ought to be careful not to intervene unnecessarily in the affairs of such. If their assistance and spiritual help are asked, they may offer appropriate counsel. However, when serious wrongdoing occurs, then, of course, the judicial committee is responsible to do what is necessary to safeguard the cleanness of the congregation as well as to seek to effect the restoration of the offender. They would counsel, reprove or disfellowship either mate as necessary. At the same time, where the offender is the wife they will seek to coordinate their shepherding work with the baptized husband's exercise of headship over his wife, maintaining a harmonious coordination of authority, working through the husband as far as is possible. If the husband is the offender, then, of course, the giving of admonition and correction will rest with the judicial committee, in view of the wife's subordinate position. Their limiting either mate's participation in meetings, or similar activity, would depend upon the same factors discussed earlier, as would the decision as to whether announcement should be made of their taking such action.

## REINSTATING REPENTANT DISFELLOWSHIPED PERSONS

Paul's second letter to the Corinthians, evidently written some months after his first, called on the Corinthian congregation to restore the man they had disfellowshiped, in view of his repentance and deep sorrow. (2 Cor. 2:6-8) So, it may be several months, a year or even years before a disfellowshiped person gives convincing evidence of repentance. This genuine repentance and abandonment of the wrong course is always the determining factor, not the specific act committed nor merely the time that has elapsed. (Compare 1 Co-

CAEKAERT/MAPLEY 003010

rinthians 5:1.) Of course, where there was evidence of lying, deceit or conspiracy in connection with the wrong-doing, or even evidence of such on the part of the offender during the judicial hearings, then the judicial committee should exercise special care and caution not to be deceived into accepting back one who is not truly and genuinely repentant.

When the judicial committee believes that a disfellowshiped person is truly repentant, they may prepare an announcement of his reinstatement to be read to the congregation. They should also advise the branch office of this action.

How should the reinstated person be received by the congregation? Though the disfellowshiped man in Corinth, to whom Paul made reference, had brought reproach on the congregation there and caused them sorrow, they were instructed by the apostle that they should "kindly forgive" him for this and "comfort him," confirming their love for him. (2 Cor. 2:5-8) Of course, such person, though now received back as a brother, is still not spiritually strong. So, he needs to be concentrating on building himself up, and being built up, through his association. In course of time the judicial committee may feel that he has progressed to the point of again sharing in commenting in the meetings, and thereafter they may gradually let him do more as he gives evidence of progress toward spiritual strength and stability. A year or even more may pass, however, before he is called on to take a part in a congregation program or to represent the congregation in prayer before God or otherwise serve in any representative capacity.

Could one who has been disfellowshiped ever be appointed as a ministerial servant or even as an elder? This would depend upon his being able to reach the standing of being "irreprehensible," having "a fine testimony from people on the outside," "free from accusation," along with manifesting the other qualities required. (1 Tim. 3:2, 7, 10; Titus 1:6, 7) He would have to 'live down' the reproach he brought on himself by his wrong act, doing this by building up a convincing record of righteousness that would serve to counterbalance the effect of the past wrong. This might take five, ten or fifteen years to do, depending upon the

CAEKAERT/MAPLEY 003011

gravity of the wrongdoing. In some cases where great scandal resulted, he might not be able to live it down sufficiently in his lifetime so as to qualify for serving as an elder.

The same need to regain a fine reputation for righteousness before being recommended to serve in such positions would apply to men who committed serious wrongdoing but were not disfellowshiped due to sincere repentance.

The action taken by the judicial committee of any one congregation is to be respected by all other congregations, thereby maintaining unity under Christ's headship. If a disfellowshiped person moves to the territory of another congregation, an announcement should there be made of his disfellowshiped status. If he seeks reinstatement, the matter should be handled through the congregation that disfellowshiped him. This is because the circumstances that led to his disfellowshiping are best known there. So, the judicial committee of the congregation in whose territory he is currently located could hear his plea for reinstatement, consider the evidence of his sincere repentance and his following a right course, and could then make their recommendation, giving their reasons, to the congregation that first handled the case. Then a decision could be made by the now-existing judicial committee of that first congregation. This should be done wherever possible, but good judgment must be used.

## APPEALING DECISIONS
### OF A JUDICIAL COMMITTEE

If one who is disfellowshiped believes that an error in judgment was committed, he may appeal to the body of elders for a rehearing of the matter, just as soon as possible, doing so in writing. In such case, it would seem good that the appeal be heard by another judicial committee, perhaps three other elders from that congregation, if available. It may be preferable, however, to invite three elders from nearby congregations to serve, particularly if the disfellowshiped person has raised a complaint of partiality. It is suggested that the presiding overseer of the congregation write to the branch office in his country, as the office may be able to recommend certain elders to serve in this way or may even

CAEKAERT/MAPLEY 003012

find it advisable to have one or more circuit or district overseers help out in hearing the appeal in certain cases.

Where an appeal is heard, it is necessary to rehear all the evidence previously presented as well as any additional testimony that the one requesting the appeal hearing, or the elders of the congregation, may wish to offer. Wherever possible, the judicial committee that heard the original case should also be present at the appeal and furnish the appeal committee whatever written records they have of the first hearing. If they believe that earlier testimony is being changed, they can so state, their testimony being heard by the appeal committee. The appeal committee may also wish to question them as to their reasons for reaching the conclusion they did.

Whatever the appeal committee decides, either agreeing with the disfellowshiping action or disallowing it, and thereby canceling it, their decision will be final. And, since the matter will now have been heard by at least six different elders, there is no reason to consider any further appeal.

## RESPONSIBILITY OF ALL ELDERS
## A WEIGHTY ONE

It can be seen from all this that the congregation elders have a weighty responsibility to bear. While some are assigned to serve as a judicial committee during the course of the year, all elders are to be men who, as shepherds, protect the flock from harm. (Acts 20:28-31) Each should be able "to exhort by the teaching that is healthful and to reprove those who contradict," whether such contradiction be by word, action or spirit. (Titus 1:9-14) They should manifest, not "a spirit of cowardice, but that of power and of love and of soundness of mind." (2 Tim. 1:7) Rather than wait until things reach a crisis stage, they should try to meet problems early, 'reprimanding, exhorting, with all long-suffering and art of teaching.' (2 Tim. 4:1-5) By faithfulness in doing this, they will 'save both themselves and those who listen to them.'—1 Tim. 4:6, 10, 11, 16.

When difficulties arise or cases of wrongdoing must be dealt with, they will keep in mind Paul's words to Timothy, also an overseer: "I solemnly charge you be-

CAEKAERT/MAPLEY 003013

fore God and Christ Jesus and the chosen angels to keep these things without prejudgment, doing nothing according to a biased leaning." (1 Tim. 5:21) They should deal impartially, showing no bias for or against anyone, never letting fleshly relationships or personal friendships or class distinctions becloud their vision or cause them to manifest prejudice or favoritism in their judgment.—Lev. 19:15; Deut. 1:17; 10:17, 18; Jas. 2:1-9; 1 Pet. 1:17.

Like Israel's high priest, they should be able to "deal moderately with the ignorant and erring ones," realizing that they themselves are imperfect. (Heb. 5:2) Knowing that it is 'the merciful who will be shown mercy,' they should seek to imitate Jehovah and his Son in this admirable quality, not dealing harshly with their brothers but mercifully seeking to 'gain' erring ones, and instructing with mildness those not favorably disposed, or who for a time betray wrong thinking and wrong understanding. (2 Tim. 2:23-26) At the same time they should never be disloyal to God or show disrespect for his holiness, nor manifest a lack of love for their brothers by allowing wrongdoers to go uncorrected or unreproved, or by allowing corrupting influences to infiltrate the congregation.—Compare 1 Samuel 2:12-17, 27-30; Malachi 2:8, 9; Jude 3, 4.

## EACH ONE'S PART IN SAFEGUARDING THE CLEANNESS OF THE CONGREGATION

The responsibility for maintaining cleanness in the congregation is not solely that of the overseers. To all of us who have hope of life in God's new order the words apply: "Therefore, since we have these promises, beloved ones, let us cleanse ourselves of every defilement of flesh and spirit, perfecting holiness in God's fear."—2 Cor. 7:1.

You help to promote moral cleanness of the congregation by your own personal conduct, which may move observers on the outside to glorify God. (1 Pet. 2:12) When you resist temptation to wrongdoing you are contributing to the moral cleanness of the congregation earth wide. The same is true when you refuse to feed your mind on ideas that stimulate wrong desires. (Matt. 5:27-30; Phil. 4:8, 9) Parents, by properly training and disciplining their children so that they walk in the paths

CAEKAERT/MAPLEY 003014

of righteousness, contribute to the fine reputation of Jehovah's people. So do younger persons, by obedience to their parents and by refusing to imitate the world and its ways. (Compare Luke 2:51, 52.) When you take care to teach interested persons the Bible's high moral standards before they get baptized, this, too, acts to keep the entire Christian congregation earth wide clean. These are things that it is most important to do, so that the spirit of God may continue to operate freely on the congregation.—1 Cor. 5:5; 1 Thess. 5:23.

If you personally are ever a witness to serious wrongdoing on the part of a baptized member of the congregation or an unbaptized person regularly associated with it, loyalty to Jehovah and his Son and love for your brothers should move you to bring the matter to the attention of the judicial committee. (Ps. 31:23) It is no real kindness to the wrongdoer to conceal his unchristian conduct; it may only contribute to his becoming hardened in sin to the point where he cannot turn back, and so lead to his everlasting destruction. Certainly it shows no love for Jehovah God or his people when one becomes a party to wickedness by concealing those who practice it. (Deut. 13:6-8) In ancient Israel a public curse was pronounced on any who, knowing the facts of a certain wrongdoing or crime, failed to come forward with such testimony. (Lev. 5:1; Prov. 29:24) One who loves righteousness and is truly loyal to Jehovah God and Christ Jesus will courageously step forward and make known the sinful conduct and conscientiously testify to the truth of the matter before the judicial committee when called on to do so.—Ex. 23:2, 3.

You also contribute to the spiritual health of the congregation by showing respect for decisions of the congregation judicial committee. (Compare Numbers 16: 41-50.) Realize that, not having heard all the testimony and evidence that these have heard, you are certainly not in the same position as they are for reaching a right conclusion.

Our learning to live now in harmony with Jehovah's requirements, maintaining cleanness in teaching and conduct, is preparation for life in God's new system of things. Therefore it is vital for each one of us to impress God's righteous precepts on his mind and heart.

CAEKAERT/MAPLEY 003015

Accurate knowledge of God's law will safeguard us against bringing great grief upon both ourselves and others because of ignorance. And love for what Jehovah shows us to be right will motivate us to act in harmony with it.

## CHAPTER 10

# ENDURANCE THAT RESULTS IN DIVINE APPROVAL

"YOU have need of endurance," wrote the apostle Paul, "in order that, after you have done the will of God, you may receive the fulfillment of the promise." —Heb. 10:36.

Thanks to Jehovah's undeserved kindness, we have been privileged to become baptized disciples of the Lord Jesus Christ. Our life now has purposeful direction, we enjoy a clean standing before Jehovah God, we have freeness of speech in approaching him in prayer, and before us lies the prospect of endless life as his devoted servants.

But will we gain the "fulfillment of the promise"? We will, only if we endure. Endurance is a quality that must be developed and we do that by having our faith put to the test and then holding firmly to that faith. "Consider it all joy, my brothers, when you meet with various trials, knowing as you do that this tested quality of your faith works out endurance. But let endurance have its work complete, that you may be complete and sound in all respects, not lacking in anything." (Jas. 1:2-4) God's adversary and those dominated by him will bring experiences upon you designed to tear you down. Human imperfections, on the part of ourselves and others, may produce trials. But James' words show that these very things can, in fact, build you up, yes, produce in you the quality you need in order to win Jehovah's approval. (Rom. 5:3, 4) What a happy reversal of matters that is! How, then, can we let endurance "have its work complete"?

We must, first of all, endure in Christian living, in loyally and courageously producing the fruits of God's

CAEKAERT/MAPLEY 003016

spirit. Without that all our preaching and teaching would become meaningless. Nothing gives greater force to the proclamation of Bible truth than backing it up with a praiseworthy example.—Compare Romans 2:21-23.

Do we truly believe that God's kingdom is the best government for mankind, and do we want others to recognize that we are sincere in advocating its rule? Then we must uphold the law of the appointed King, uphold the 'law of Christ' based on love of God and of our neighbor. (Matt. 22:37-40; Gal. 6:2) It is our intense love for our brothers that proves our love for God; it is the mark distinguishing us as genuine disciples of his Son. (John 13:34, 35) Do people on the outside see this distinguishing mark in us? Are we consistent in manifesting that love? Will we express it, if need be, even to the point of surrendering our lives on behalf of our brothers, as God's Son "surrendered his soul for us"? —1 John 3:16; 4:20, 21.

We cannot wait until a major crisis severely tests our love for our brothers. Rather, it is a matter of each day, and day by day, proving our love for them, not giving up in manifesting genuine concern for them. Elders and ministerial servants must not "tire out" in doing what is fine on behalf of their brothers, nor should any of us. (Gal. 6:9, 10) If, for example, we were to neglect those who are aged, infirm or sick among us, failing to visit and help them, would not observers outside the congregation have reason to question the genuineness of our Christian discipleship? Would this not seriously weaken the force of our preaching?

Pressures and tensions created by the present system of things can only be expected to grow. We must endure in fine works in the face of these adverse forces, not letting them cause us to become callous or indifferent or to grow irritated and contentious. If disparaging gossip or backbiting were to creep into the congregation, would not honest-hearted persons seriously wonder if they should continue associating with people who do not practice what they preach? (Eph. 4:25, 29; Jas. 3:8-12) We must steadfastly "pursue the things making for peace and the things that are upbuilding to one another." This includes not letting such things as our choice of food, drink, entertainment, dress or ap-

CAEKAERT/MAPLEY 003017

pearance ever become a cause for stumbling to others. Rather, "let each of us please his neighbor in what is good for his upbuilding. For even Christ did not please himself." (Rom. 14:19-21; 15:1-3) How sad it would be if weak ones were to be lopped off by the adversary because those of us who are stronger were inconsiderate or neglected to help them! This would defeat the very purpose of the disciple-making work, namely, to aid as many as possible to gain Jehovah's approval and life.

At the same time, endurance in the 'law of Christ' will keep us from becoming unnecessarily critical of our brothers, from making issues of matters of a purely personal nature. (Rom. 14:10-12) Jesus said: "My yoke is kindly and my load is light." (Matt. 11:30) We should not make endurance under that yoke and load a burdensome thing by trying to impose on others standards that express only our personal preference and opinion, not being stated in God's Word.

## EVERY ASPECT OF LIFE INVOLVED

Jehovah's people earth wide are under scrutiny. When we are preaching and teaching, also in our homes, at our jobs, at school, in all our daily contacts, people note not only our words but our actions and ways. What kind of reputation do we individually have among people outside the Christian congregation? Does our home, by its neatness and cleanness, represent the God of holiness whom we serve? Do we reflect the wisdom of God's Word and its ability to produce harmonious marriages and happy families? Do our children manifest the wholesome effects of the "discipline and mental-regulating of Jehovah" by their manners and conduct? (Eph. 5:21–6:4) Are we known by employers, officials or teachers as persons who consistently uphold right principles?

Really, if any of us should be viewed by others as lazy, sloppy, uncooperative, careless, rude or undependable, would we not be deterring people from investigating the truth we proclaim? But if we are known as considerate, reasonable, helpful, trustworthy and upright, then they have evidence that Christ's kingdom rule does indeed produce better people. And they may themselves become glorifiers of Jehovah.—1 Pet. 2:12.

CAEKAERT/MAPLEY 003018

May our example of endurance in right ways, then, demonstrate to honest-hearted ones that submission to the 'law of Christ' is the best way of life. True, being imperfect, we may at times find ourselves falling short in this; but we should not become discouraged. Transforming one's life as a disciple of Christ is a continuing process; it is not completed at the time of water baptism. (Eph. 4:20-24) God's spirit will continue to help us to make improvement if we persist in seeking his help, not giving up.—Matt. 7:7, 8; Luke 18:1.

## GAINING THE VICTORY IN SPIRITUAL WARFARE

Never lose sight of the fact that you are in a spiritual warfare. To come off victorious you must make full use of the provisions Jehovah has made. You need to "go on acquiring power in the Lord and in the mightiness of his strength." (Eph. 6:10-13) How can this be done?

Daily study and meditation on God's Word will help to fortify your mind and heart, will aid you to make decisions always in harmony with God's will. Regular association with Jehovah's devoted people in meetings will prevent your getting into a position where, by being alone, you are easy prey for the enemy. Regular participation in the preaching and disciple-making work is likewise strengthening; it will keep you from becoming self-centered or from becoming unfeeling toward all those in the world of mankind whose lives are now in grave danger due to the swift approach of the "great tribulation." (Matt. 24:21, 38, 39; 2 Thess. 1:6-10) Obedience to the 'law of Christ' requires that you zealously and courageously give the warning and work toward the salvation of all who will give heed. No matter what the reaction or response of people in your territory, strong love for God and an earnest desire to see his name magnified will stimulate you to press forward in his service, in imitation of Jesus Christ. —John 17:4.

Severe tests of your devotion may come from sources very close to you, from members of your own family. You must then face the question: Which is the stronger tie, the controlling one in your life? It truly must be your love of God and Christ. (Matt. 10:32-39) Though maintaining endurance may seem extremely difficult in such cases, remember: For you to forsake God or

CAEKAERT/MAPLEY 003019

disobey him is not going to bring benefits to anyone. Jésus said that "by endurance on your part you will acquire your souls." And by refusing to become a quitter you keep from removing from your home the fine influence that can aid others there also to gain salvation. —Luke 21:19; 1 Cor. 7:16.

The psalmist David wrote: "In case my own father and my own mother did leave me, even Jehovah himself would take me up." (Ps. 27:10) As a disciple of the Lord Jesus Christ you enjoy association with a large family under the loving headship of Jehovah God. So, you need never lack for encouraging, joyful and strengthening fellowship that will help you to endure with life everlasting in view.—Mark 10:29, 30.

The spirit of nationalism is strong throughout the earth in our day. After expressing God's view of today's situation, the prophetic vision adds: "Here is where it means endurance for the holy ones, those who observe the commandments of God and the faith of Jesus." (Rev. 14:9-12) The "holy ones" have repeatedly had their faith tested on this issue, and their "other sheep" companions are now being called on to manifest the same unbreakable integrity and faithful endurance in connection therewith.

Tests may come because of wars, revolutions or outright persecution and official bans, and these may make it impossible for you to carry on Christian worship in all the detailed ways suggested in this book. It may be impossible to hold large congregation meetings. Contact with the branch office may temporarily be broken off. Visits by circuit overseers may be interrupted. New publications may not arrive. If any of these things happens to you, what should you do?

The answer is: Do whatever you can, and as much as you can, in the way of pure worship under the circumstances. Personal study should be possible. Usually small groups of brothers can meet for study in homes. Publications studied in the past, and the Bible itself, can be used as a basis for meetings. Do not become excited or worried. Generally in a short time some form of communication with an agency of the governing body will be established, because the governing body always seeks to find ways of getting in touch with the brothers.

But even if you find yourself isolated from all your Christian brothers, keep in mind that you are not iso-

CAEKAERT/MAPLEY 003020

lated from Jehovah and his Son Jesus Christ. Jehovah can still hear your prayers and he can strengthen you with his spirit. Look to him for guidance. Remember that you are a servant of Jehovah and a disciple of Jesus Christ, and, as opportunities to witness to others open up, make good use of them. Jehovah will bless your efforts and others may soon join you in worship. —Phil. 1:27-30; 4:6, 7; 2 Tim. 4:16-18; Acts 4:13-31; 5:27-42.

Although, like the apostles and others, you should be faced with the very threat of death, put strong trust in "the God who raises up the dead." (2 Cor. 1:8-10) Your faith in his provision of the resurrection can help you to endure even the most severe opposition. (Luke 21:19) Christ Jesus set the example; he knew that his faithfulness under test would strengthen others to endure. You, too, can be a source of strength to your brothers in a similar way.—John 16:33; Heb. 12:2, 3; 1 Pet. 2:21.

We must always maintain union with our appointed Head, Christ Jesus. We need to work closely with the "faithful and discreet slave" and its governing body, which Jesus uses to accomplish his Father's will. We need to make full use of the privilege of prayer. Remember, no prison walls or solitary confinement can cut off our communication with the Supreme Judge of all the earth.

With determination and endurance let us persevere in the work that the resurrected Jesus Christ set out for all his disciples: "Go therefore and make disciples of people of all the nations, baptizing them in the name of the Father and of the Son and of the holy spirit, teaching them to observe all the things I have commanded you." (Matt. 28:19, 20) It is our privilege as baptized disciples of Christ to share in carrying out his prophecy, which has a major fulfillment in this "conclusion of the system of things," namely: "And this good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations; and then the end will come." (Matt. 24:3, 14) Having applied ourselves wholeheartedly in that work during this period of time as a theocratic organization, we will be blessed with the opportunity to serve Jehovah everlastingly in his righteous new order.

CAEKAERT/MAPLEY 003021

# INDEX

Accounts          68, 83, 151, 152
  auditing                        153
  files                           152
  monthly report           152, 153
Advertising meetings      104, 105
Appealing judicial decisions
                             178, 179
Appointment of elders and
  ministerial servants    58-63,
                          67-70, 72
Assemblies    82, 87, 89, 105-107
Assembly overseer               87
Assistant assembly overseer
                                  87
Attendants               77, 105
Auditing accounts              153
"Awake!"                    85, 117
Bank account                    153
Baptism
  opportunities to be
    baptized        18, 105, 106
  preliminary meetings
    with candidates       18, 19
  prerequisites           13-18
  questions reviewed with
    baptismal candidates    18-
                                52
  reporting          75, 138, 143
Bethel service            145-147
Bible
  guide to us    8, 12, 62, 65
  use in field ministry       114,
                     116, 123-124
Bible studies              121-125
  directing attention to the
    congregation arrange-
    ment                        124
  how long to continue       122,
                                125
  importance of work   121, 122
  oversight                 76, 77
  prayer                  122, 123
  preparing student for field
    service             75, 125
  procedure             122-125
  reporting              77, 127
Bible study overseer    61, 62,
  67, 70, 76-78, 137, 141, 159
Bible Study Reports      77, 127
Body of elders    11, 63-72, 81,
    84, 86, 89, 102, 149-153
Branch offices                  11
Branch overseer           89, 90
Business territory             119
Chairman
  body of elders    63-73, 84
  public meeting    66, 72, 95,
                                96
Children
  attending meetings    92, 93

Bible study with one's
  own                   76, 111
reporting field service      130
wrongdoers        173, 175, 176
Circuit assembly    87-89, 105,
                                106
  expenses              153, 154
  field ministry              106
  immersion      18, 105, 106
  meeting of elders    89, 106
  personnel       87, 89, 153
Circuit overseer    82-88, 153
  accommodations             83
  appointment                83
  expenses       87, 148, 149
  field ministry    83, 85, 86
  frequency of visit          83
  meeting with elders    83, 84
  preparations for visit      83
  reports          72, 86, 87
  routine during circuit
    assembly week    88, 106
  schedule when serving
    congregations        83-86
  visiting isolated pioneers
                          83, 143
  wife              83, 86, 87
City overseer                   82
Commission to preach       3-7,
                          108-113
Committee
  building committee         104
  judicial committee    78, 159,
                          178, 179
  service committee    78, 105
Confession of wrongdoing     39,
                          161-165
Congregation book study
                          100, 101
  meeting place for field
    service          101, 119
  readers                     101
  size of group               101
  study procedure    100, 101
  visit by presiding
    overseer                  71
Congregation book study con-
  ductors          77, 81, 82
  conducting the study    81,
                      82, 100, 101
  conductor    67, 68, 71, 73, 81
  field ministry        81, 82
  personal attention to
    publishers                82
  rotation                    68
Congregations
  forming new ones    101-103,
                                142
  names for them             102
  small ones         102, 103
Contributions    148-150, 152,
                                153

CAEKAERT/MAPLEY 003022

Correspondence          70, 72
Dedication              17, 18
Disassociation          171
Disciple-making
  Bible studies    76, 77, 121-125
  importance of work      3-7
  oversight    4, 8, 76, 77, 89
  reasons for sharing     5-7,
      57, 109, 110, 121, 185
  return visits       121, 122
Disfellowshiping        170-174
  announcement to con-
      gregation         171, 177
  appealing decision   178, 179
  circumstances requiring
      it   38, 158, 159, 170-172
  effect on relations with
      other persons     171-174
  hearing             164, 166
  notifying branch office   62,
                          171
  persons no longer at-
      tending meetings      174
  reinstatement       176-178
District assembly       106, 107
District overseer    87-89, 106,
                          148
Donations              148, 149
Elders                  53-90
  appointment 10, 53, 58-63, 69
  assignment of duties    67,
                       69, 81
  body of elders   11, 63-72, 81,
      84, 86, 89, 102, 149-153
  chairman           63-73, 84
  equality of position     63
  meetings           63-73, 84
  moving to another
      congregation      62, 66
  number          53, 54, 61
  qualifications  11, 58-63, 177,
                          178
  recommendations     58-63, 67,
                          103
  relationship to congre-
      gation           53, 54
  removal        62, 67, 167, 170
  rotation    64, 67-70, 76, 89
  shepherds   11, 53-58, 159-180
Endurance              182-187
Erring ones
  confession of wrongdoing
                       161-164
  efforts to restore   159-161,
                       163-170
  married couples     173, 176
  minor children  173, 175, 176
  nonbaptized associates   174
  past wrongdoing         170
  public reproof      165-170
  repentance          161-170
  reporting serious
      wrongdoing         181
  restrictions  62, 167-170, 177

settling serious personal
    difficulties        155-159
"Faithful and discreet slave"
          8-12, 49, 78, 93
Family study            76, 146
Field ministry      108-132, 186,
                          187
  appropriate times for it
      74, 75, 110-112, 119, 120
  importance of work     3-7,
          57, 74, 75, 108-112
  methods used    51, 112-125
  oversight      4, 8, 73-77
  personal conduct,
      appearance   129, 130, 137,
                       184, 185
  reporting           126-128
  varied abilities and
      circumstances of
      publishers  74, 75, 77, 109
          127, 128, 138, 147
  who may share       128-130
Field overseer   61, 62, 67, 70,
    73-76, 78, 137, 138, 141, 159
Funerals                105
Gilead School           144
Governing body      10, 11, 49,
                   59, 61-63, 69
Group witnessing     119, 120
  meetings for field service
              82, 119, 120
  organizing the work   74, 75,
          81, 82, 86, 88, 89
  place of meeting        119
  territory to work    81, 118-
                          120
Handbills       72, 83, 105, 119
House-to-house preaching
  benefits of this method    114
  keeping records     126, 127
  literature to offer  116-118
  reasons for sharing      3-7
  territory in which to
      preach           118-120
  thorough coverage of
      territory         118-120
  time to begin in territory
                       119, 120
  use of Bible        114-116
  what to talk about   114-116
Inventory of literature    152
Isolated publishers       118
Jehovah
  issue of sovereignty    5, 6
  relationship of humans
      with God        13-17, 124
  serving him        3, 8, 112
Jesus Christ
  appointed Head of
      congregation     8, 10-12,
          63, 78, 107, 159
Kingdom       6, 24, 115, 183

CAEKAERT/MAPLEY 003023

**Kingdom Hall**          103-105
  -advertising the meetings
                          104, 105
  attendants        68, 77, 105
  building a hall        104, 149
  cleaning               68, 104
  expenses                    149
  library                      81
  ownership                   104
  purpose and use       103-105
  sign and window display
                          104, 105

**"Kingdom Ministry"**      97, 116

**Letter writing**    118, 119, 126

**Library**                      81

**Literature**
  caring for supplies    68, 83,
                          151, 152
  inventory                   152
  obtaining supplies for
    field service        74, 151
  pioneer supplies      138, 141,
                          143, 149
  reporting placements       126,
                               138
  what to offer          116-118

**Magazine distribution**
  caring for supplies    68, 74,
                          151, 152
  methods               117, 118
  obtaining supplies     74, 151
  return visits    118, 126, 127
  routes                117, 118
  special issues               74
  time to do it         117, 118
  type of presentation        117

**Meetings**                91-107
  advertising           104, 105
  aiding others to attend    91-
                     93, 101, 124
  benefits from attending     50,
            91-93, 100, 107, 185
  body of elders       63-70, 84
  commenting        92, 99, 100
  improving quality            66
  meeting places   56, 96, 100,
                101, 103-105
  record of attendance         77
  times of meetings           103
  welcoming newcomers         77,
                               105

**Meetings for field service**
            81, 82, 101, 119

**Ministerial servants**          58
  appointments         60-63, 69
  assignment of duties        68,
    69, 73, 74, 81, 104, 151, 152
  moving to another
    congregation         62, 66
  qualifications      60-62, 177,
                               178
  recommendations     60-62, 67,
                               103
  removal      62, 67, 167, 170

**Ministers**       58, 108, 145
**Ministry, Christian**     1, 107,
    108, 111, 127, 128, 137, 139
**Missionary service**   90, 143-
                               145
  material assistance         144,
                     145, 148, 149
  qualifications              144
  training                    144
**Moving to another congrega-
  tion**  127, 134, 135, 139, 140,
                  168-170, 178
**Needy persons**         149, 150
**News representative**          87
**Ordained ministers**    59, 145,
                               148

**Overseers**       10, 11, 53-90
**Persecution**      47, 185-187
**Personal study**        50, 73
**Pioneers—See Regular pio-
  neers, Special pioneers,
  Temporary pioneers**
**Prayer**   23, 24, 65, 92, 93, 95,
    96, 120, 122, 123, 159, 162, 167,
                  168, 177, 187

**Preaching**
  message        3, 4, 114, 115
  methods          51, 112-125
  oversight   4, 8, 73-76, 89
  reasons for sharing       5-7,
        57, 74, 110-112, 185
  urgency          4, 74, 112
**Presiding overseer**   61, 62, 69-
  73, 78, 83, 84, 86, 88, 89, 95,
        137, 138, 141, 159, 163
  chairman             63-70, 72
  correspondence     70, 72, 75,
            137, 151, 152, 170, 178
  field ministry        71, 73
  files                   72, 73
  meetings         71, 72, 97
  report to branch office    72,
                           73, 83
  rotation      64, 67-69, 72
**Public meeting**
  advertising                  96
  chairman      66, 72, 95, 96
  locations                    96
  planning by elders           66
  prayer           92, 95, 96
  small congregations        102,
                               103
  speakers     66, 71-73, 79, 95
  subjects      66, 72, 95
**Public speakers**
  elders     66, 71-73, 79, 95
  from other congregations
                           72, 95
  hospitality to visiting
    speakers                   72
  ministerial servants   66, 95
**Publishers**
  aiding new ones to start
                          124, 125

CAEKAERT/MAPLEY 003024

who may report field
service 128-130
Publisher's Record card
congregation 75
congregation publishers 75,
127
new publishers 75
regular pioneers 75, 138
temporary pioneers 75, 141
transfer when moving 127
Regular pioneers 135-140
applications 78, 136, 137
change of assignment 139,
140
conduct, appearance 137,
139
field service requirements
136, 138, 139
literature supplies 138, 149
meeting with circuit
overseer 83
monthly field service
report 75, 138, 139
preenrollment
requirements 137
removal 139, 140, 167, 170
report by elders 66, 67
secular work 139
Reinstatement 176-178
Relatives
witnessing to them 111, 125
Remittance to branch office
72, 152
Repentance 14-16, 31, 163,
165-167, 170, 176
Reporting 126-128
baptism 75, 138, 143
children 130
circuit overseer 87
congregation publishers
126
congregation to branch
office 75, 82, 126, 138, 141
district overseer 89
meeting attendance 77
new publishers 75, 76
reason for it 126
regular pioneers 75, 138,
139
special pioneers 143
temporary pioneers 75, 141
what to include in
personal service report
126, 127
when away from home
congregation 127, 140
Reporting serious wrongdoing
163, 164, 181
Reproof 39, 60, 165-170
private 58, 165-168
public 168-170
Resolutions 149, 153, 154

Return visits
aid in making return
visits 75, 120
oversight 76, 77
reporting 126, 127
where to call 121
Service meeting 97, 98
brothers assigned to
handle parts 66, 71, 73,
79, 85, 97, 98, 167, 168
methods of presentation
97, 98, 102
planning meetings 66, 71,
72, 97, 98
small congregations 102,
103
timing 98
Service year 139
Serving where need is greater
134, 135
Settling difficulties 155-158
Shepherding 54-58, 65, 71-73,
76, 79, 80, 82, 84, 106
Sisters
meetings where no
brothers are present 103
requested to aid with
work in congregation 68,
103
Sound equipment 68, 96
Special pioneers 83, 141-143
170
circuit overseer's visit 82-
87, 143
field service requirements
142, 143
method of work 141-143
qualifications 141-143
removal 170
Subscriptions 152
Telephone
listing for "Jehovah's
Witnesses" 105
use in witnessing 118, 119,
126
Temporary pioneers 140, 141
applications 141
appointments 78, 141
field service requirements
141
reports 141
Territory
assigning 68, 73, 74
congregation assignment
73, 78, 118
group witnessing 81
isolated 118
obtaining assignment 118
thorough coverage 118-120
where need is greater 134,
135

CAEKAERT/MAPLEY 003025

Theocratic Ministry School 98-100
  Bible reading 98
  counsel 79, 80, 99
  division into two or more groups 80
  enrollment 98, 99, 167
  instruction talk 66, 71, 73, 79, 99
  library 81
  oral review 99
  small congregations 102, 103
  student talks 99
  written review 99, 100
Theocratic Ministry School overseer 67, 79-81, 98

Tracts 105, 116, 118, 119
"Watchtower, The" 78, 85, 93, 117
Watch Tower Bible and Tract Society 10, 11, 148
"Watchtower" study 93, 94, 142
  additional "Watchtower" studies 94
  commenting 92, 94
  method of study 93, 94, 102
  readers 66, 94
  song and prayer 92, 96
"Watchtower" study conductor 67, 78, 79, 93, 94
Weddings 105
Zone overseer 90

# DESIGNATIONS OF BIBLE TRANSLATIONS QUOTED OR CITED HEREIN

AV   – *Authorized* or *King James Version* (1611).

AT   – *The Bible · An American Translation* (1935), J. M. P. Smith and E. J. Goodspeed.

Dy   – Catholic *Douay Version* (1610).

Int   – *The Kingdom Interlinear Translation of the Greek Scriptures* (1969).

Je   – *The Jerusalem Bible* (1966), A. Jones, general editor.

Knox   – *The Holy Bible* (1955), Ronald A. Knox.

Lamsa  = *The Holy Bible from Ancient Eastern Manuscripts* (1957), George M. Lamsa.

Mo   – *A New Translation of the Bible* (1922), James Moffatt.

NA   – *The New American Bible* (1970).

NE   – *The New English Bible* (1970).

RS   – *Revised Standard Version* (1952).

Schonfield – *The Authentic New Testament* (1958), Hugh J. Schonfield.

Yg   – *The Holy Bible* (1862), Robert Young.

Unless otherwise indicated, Bible quotations in this book are from the *New World Translation of the Holy Scriptures* (1971 edition).

CAEKAERT/MAPLEY 003026

# Tab 32

Letter from Hardin Congregation Elders (Feb. 24, 1996)

Bros. Kenneth Pratt, Jon Jones, Tom Meyers, 2/24/96
Marton Svensen, Richard Anderson

Ariane Rowland — Use of Tobacco

Tom & Renee Meyer observed her smoking at the Cheyenne Depot on 1/31/96 at 3:00 PM. She was not disturbed by the fact that she was observed smoking. On 2/9/96 Bros. Pratt & Jones from Forsyth attempted to talk with Ariane at her parents home. She refused to talk with them. Vivian Rowland stated that smoking was part of Ariane's rehabilitation in regards to her feeling that she was abused by repressed memory.

Bros. Pratt, Jones, Anderson, Meyers, Svensen reviewed the information in the KS pg. 99 under the heading "Baptized persons who have not associated for some time".

Consider the following:

1. Vivian said that Ariane does not consider herself a Witness. (Ariane would not talk to the Bros. Pratt & Jones)
2. ? Probably not
3. No
4. Through Bro. Meyers and Sis. Meyers
5. No. does not go to meetings. will not talk to Bros.

The matter was decided by all Bros. to hold the matter in abeyance.

Richard Anderson
Martin Svensen
John Jones
Tom Meyer
Kenneth Pratt

Exhibit 1

# Tab 33

Letter from Roberta LaChusa (Feb. 12, 1997)

MESA GRANDE, CA
February 12, 1997

I begin this statement with a reference to Ecclesiastes 12:14: " The true God himself will bring every sort of work into the judgment in relation to every hidden thing, as to whether it is good or bad."

Let me state at the outset that my conversations were with my sister, Vivian, almost entirely - rarely with her husband, Jim, and <u>never</u> with the children. This was because she had said many times that her children were not in a position to talk about it until they had healed. Otherwise it would be detrimental to them. Extremely detrimental. I respected that.

I must say also that the dates were not noted - we spoke openly and freely with each other. I am not sure if everything occurred in the exact order I state them. I am going by the way it was told to me. I never dreamed it would go as far as this. This statement is written with a heavy heart, as it may irreparably damage my relations with my sister, whom I love and who was so close to me. But the horrific charges against my brother, David, are simply <u>not true.</u>

When Jeremy was diagnosed with cancer, Jim and Vin made a decision not to have his leg amputated. They took him to a Cancer Clinic in Salt Lake City where he had chemotherapy treatments. It made him very ill and Vin told me she regretted consenting to the chemotherapy and felt that she had allowed him to be poisoned. They determined to take him to the Bio-Medical clinic in Tijuana, Mexico, to have an alternative treatment. There they were told the chemotherapy had damaged his liver.

The Indian Health Clinic doctors tried to have Jeremy declared a ward of the court in order to force the chemotherapy treatments on him. Jim and Vin fought them as I would have also. Those tactics, I think, began this feud with the Indian Health doctors, but I was never under the impression that they held it against David. As it turned out, the Bio-Medical Clinic told them that the kind of cancer Jeremy had would eventually prove fatal, but that the alternative therapy would slow it down and keep the pain to a manageable level. Since I visited them 2 weeks before he died, I can attest to the fact that they were able to manage his pain.

Also at this time Vivian told me he needed a commode, but, because of their refusal to give him conventional treatment, Indian Health would not give him one. I immediately went to David that same day and told him Jeremy needed it. He arranged to have one sent out right away. I was glad he was in a position to help.

At the time Jeremy was getting chemotherapy, their family saw a counselor at the cancer clinic to help them deal with this tragic illness in their son. The counselor asked them if anything extremely stressful had happened recently. Christopher (Jeremy's older brother) had been disfellowshipped from the congregation and although Vivian did not relate this to the counselor, she told me she felt it was a very strong contributing factor to his cancer.

After he died, she told me there were people that she was holding responsible for this death. She did not name David at this time, and I assumed she meant the Elders in the congregation who had disfellowshipped Chris. I told her that she should hold the one who introduced sin and death to the entire human family responsible. Namely, Satan the devil.

At that time she did not name David, but later when her daughters named him as a molester, she was filled with hatred toward him. It is my opinion that if you asked her point blank now, she would hold him responsible for Jeremy's death.

........................................................................................

Some years ago, I was watching a TV program about child molesting. I trembled uncontrollably and was in anguish. My husband became concerned that this was not a normal reaction and asked "Were you abused as a child?" I could not remember anything happening to me so I called my mother and asked her if I had been molested. She did not think so, "We watched you kids close," she said, "because of what happened to Aunt Verna." (My mother's younger sister, who at the age of 3 or 4 was rescued from a molester by my Grandma). Later, I related this incident to Vin. Years afterward she would say to me, "You gave me the idea."

Exhibit 4

My mother died in May, 1989, and Jeremy died 2 months later in July. A period of time elapsed. One day in a phone conversation, Vivian said to me "I never thought I'd say this, but I miss mom and I love her." I was greatly encouraged by this and hopeful that the long estrangement in our family would be resolved. It was not to be.

Shortly after that, their family was attending a meeting at the Kingdom Hall in Forsyth, Montana when Jamie had the first of her repressed memories. She was being raped and although she could see the hands, she could not see the face. A short period of time elapsed, but she eventually saw the face in subsequent repressed memories. It was Larry Teske.

Her older sister, Dawn, had said earlier that Larry Teske had molested her repeatedly and had warned her not to tell her parents or he would attack the younger children. James' brother Frankie and sister Annabel said he had molested them also. James gave him 24 hours to get out of town. He did, and I am told, is now deceased.

That was just the beginning. Repressed memory after repressed memory showed more and more perpetrators. Soon, Larry Teske faded into nothingness. Vin told me that her children had fallen victim to Larry because they had been set up for it by members of our family molesting them from long ago. So then our family became the focus.

As it was told to me, the first one to appear in these subsequent repressed memories was our mother. Then Nellie Means. Then Audrey Arpan (as an accomplice). Then David. Then Martin Svenson. Then Gunnar. This was the way it was told to me.

In mother's case, there were three girls who said my mother molested them: Jamie Rowland, Anya Means, and Alethea Stops. All three claimed this happened to them from repressed memories. In David's case, Jamie, Alethea and Ariane have accused him, repressed memories also. There is a Bible principle at Deut. 19:15 "No single witness should rise up against a man respecting any error or any sin that he may commit. At the mouth of two witnesses or at the mouth of three witnesses the matter should stand good." I strongly believe in this principle, but at the time I wrongly believed that a repressed memory was a valid witness. So I did not defend my mother, even though I knew she was innocent, to my everlasting shame. I offered the lame excuse that for her to do that, she must have been a split personality. And as for David, I said he had to have been drunk, though I knew in my heart he would not do such wicked deeds. If only I had resisted such talk from the beginning!

There were 2 reasons why Vivian felt validated making these accusations. The one taking the lead in all this was Jamie, whom we all loved and who was a regular pioneer and to all appearances, was well-adjusted, pretty, bright and pure in heart. "If it was anyone else" she told me, "no one would believe it." The other reason was that when Vin and I were very little, we suffered physical abuse at our mother's hand. It was a short period of time, when we lived in Pine Ridge until we moved to Rosebud, S.D. I estimate maybe a year. It was not systematic, but would occur when she lost her temper, and then we got whacked. I want to strongly assert for the record it was NOT, I repeat, NOT sexual abuse.

Jamie was put into therapy shortly after the repressed memories began by her parents, who were deeply worried about her. Vin learned a lot from these sessions. She told me Jamie was treating her the same way she herself had treated mom. She had learned that children look to their parents for protection and when they are abused, they blame their parents for not protecting them. This , of course, was before Jamie's repressed memories revealed mom to be a perpetrator. Once that happened, Vin became strongly entrenched in her hatred for mom. It is my sister's belief that mom sexually molested Nellie and David which led them to become molesters themselves.

After Jamie left for Santa Fe, she began seeing a therapist there and Jim and Vin would go to see her often, because they were extremely concerned. Once Vin told me about a big fight between Jamie and Ariane. Ariane accused Jamie of making it all up just to get their folks attention and money. It wasn't long after this that Vivian reported that Ariane was showing symptoms of abuse and they were taking her to a therapist in Billings. Ariane was resisting it and had stated something to the effect that the therapist "wasn't going to get to her." As it turned out, Ariane has been the most affected of all.

About this time, the Watchtower magazines started coming out with articles on repressed memories that helped me realize the influence of the occult and that it would lead to Satanic Ritual abuse. I was getting more and more wary of the relentless march of perpetrators in these young girls lives.

After Nellie had left for California, and mom was dead, the focus of the repressed memories began to center on David. Vivian called me one night around 2 in the morning. Her voice was filled with fury. Ariane was moaning in the background, evidently experiencing the molestation through repressed memories. Vivian's voice was deadly. "Every night we have to go through this, while he sleeps safe in his bed. I just want you to know." I began to fear for David's life even as I do now.

Dawn had come forward around this time saying David had molested Chris in his basement, kicking him and sodomizing him. She said it was not a repressed memory but that she had been an eyewitness. Chris had no memory of it but after a short while, he became very angry and said that it had happened.

This seemed to especially anger Jim. He told me about his childhood and how he had been molested, sodomized by bigger boys at a boarding school when he was little. He even has written a thesis on child sexual abuse on Indian reservations. I have no doubt it is very prevalent in Lame Deer an that many people will wrongly judge my brother, because it has happened to them.

About this time David called me wondering what was going on with the Rowlands. Chris had given him a death threat over the phone and I believe he had been notified by the BIA he was under investigation for child molesting. I could not bring myself to give him the sick details of the accusations against him. The whole world knows now, however.

Vivian began to back off telling me about the repressed memories. Maybe she sensed my disbelief. We still communicated, but we did not talk about the situation.

The final straw was the summons of 96 when we went to a family reunion in South Dakota. I had not realized what a terrible spiritual devastation was done to our family until I was in Lame Deer and saw it with my own eyes and felt it with my own heart. When I returned home, I wrote a letter to Vivian and told her exactly how I felt. She told me she never got it.

The last conversation I had with her was January 14th, three days after David was arrested. I told her I had to support David, she tried to convince me he was guilty. In the course of this conversation she referred back to the time when Jamie was having a repressed memory but could not see the faces. "We tried to figure out who it was.", she said. "It was either JR or David. JR was in Dallas so he wasn't around when these things were happening, so it had to be David." I have not spoken with her since.

The effect of this illegal jailing has been that our family has drawn together in the face of persecution and adversity, and whether David is found guilty or not, we the family, will be with him until the bitter end.

I still believe deep in my sister's heart, she cares for us. She must put these wicked suspicions to rest and return to a healthful pattern of thinking. When she makes her way back, we will be waiting.

Until then, our hope for justice will rest on the true God himself, Jehovah, and his kingdom by Christ which will break up the works of the devil.

*Roberta LaChusa*
Signed this thirteenth day of February 1997

# Tab 34

Letter from Norman Kaufman, to Hardin Congregation (Dec. 28, 2010)

Norman R. Kufner
9605 Candle Lane NE
Albuquerque, NM 87111

December 28, 2010

Hardin Congregation of
Jehovah's Witnesses
c/o Tom Meyers, Secretary
833 2nd St S.
Hardin, MT 59034

Dear Body of Elders:

Greetings to those of you who remember me and also to those newer ones who don't. Brother Gary Hulsey called me last week and asked me to send my recollections by letter of a shepherding call made with Tom Meyers and myself on some young inactive sisters when I was on the body of elders there between 1995 and 1998.

That was some time ago and since the sisters were inactive and known only by Tom, I don't remember their first names, only that they were Jim Rowland's daughters. I do not remember details nor do I have any written notes kept after I left the congregation. I do remember clearly, however, that they made vivid accusations of sexual abuse by Martin Svenson against them. As I recall, these abuses occurred in Martin's house. It is my distinct impression that these "experiences" had been repressed until shortly before the meeting with Tom and me. Their talking to each other then clarified the "memories." If I had not been convinced that that the memories had been repressed and then recently brought to mind I would have insisted that a committee be formed. I had no allegiance to Martin whereby I would have sought to "protect" him from the reproach of others. I know now and I knew then that one cannot proceed judicially on the basis of "memories" that have been repressed and then "remembered." When told of the accusations, Martin denied that they were true. There was then nothing more that we could do. The young ladies did not live in the territory and nothing more was done on their behalf.

There was serious discord on our body of elders. Martin Svenson and Richard Anderson regarded the rest of the body as their enemies and even going to listen to those girls was regarded by Richard and Martin as a personal effort to cause trouble for Martin. For those two, all decisions not in agreement with their views were regarded as personal affronts. They didn't seem to regard differences of opinion as two different ways to see a matter, but as a show of disloyalty to them. Perhaps that had a negative affect on what we might have done to help those girls further.

I understand that what makes our shepherding call again relevant is that Martin Svenson gave a public talk at a Billings congregation and some of those familiar with the accusations made by these sisters and others familiar with his seemingly

Exhibit 7

unloving discipline while an elder were feeling that the organization condoned such behavior. (1 Tim. 3:7) While nothing judicial was ever done with Martin, he certainly is not irreprehensible from the view point of people in the Hardin and Billings area. He is a man apparently still feared and therefore hated because of his being righteous over much and self righteous, while seemingly not holding himself and his family to the same standard to which he held others. It cannot be undeniably stated that he has not set himself up for the outcry against him. Whether justified, or not, his reputation is marred. There are other brothers who can give public talks without the same backlash and the sheep deserve to hear a brother they can listen to without being distracted by the reputation of the one who is speaking.

Admitted my views on Martin Svenson are thirteen years old, as I have not associated with him since my family and I fled the congregation and moved to Albuquerque. For what it is worth I was an elder for about fourteen years before I went to Hardin and have been for almost 13 years since leaving Hardin (after several months of living down a letter, to my new congregation from Martin Svensen and Richard Anderson failing to recommend me as an elder). In those 27 or so years as an elder they were the only two elders with whom I could not come to a cordial working relationship. Starting with the first elders' meeting with them, it was from then on confrontational. Last week's Watchtower study (10/15/10wt p. 19) said that 'in having tender affection and showing honor to one another elders should take the lead.' (Rom 12:10) For many, Martin Svensen was not seen that way. Apparently he has not lived down that reputation.

I hope my memories will be of help to you brothers if you need it. I have probably said more than I need to, but you brothers can pick out from this what is useful. I hope I can find my way to visit you brothers soon. May Jehovah bless you brothers as you continue to be self sacrificing in serving his sheep.

Your brother,

Norman R. Kufner

# Tab 35

Dep. of James Rowland at 78:10–80:19 (April 23, 2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

TRACY CAEKAERT, and          Case No.
CAMILLIA MAPLEY,             CV-20-52-BLG-SPW

      Plaintiffs,

  vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY, SR.,                 VIDEOTAPED DEPOSITION
                             UPON ORAL EXAMINATION
      Defendants.            OF JAMES ROWLAND

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,

      Cross Claimant,

BRUCE MAPLEY, SR.,

      Cross Defendant.


ARIANE ROWLAND, and          Cause No.
JAMIE SCHULZE,               CV 20-59-BLG-SPW

      Plaintiffs,

  vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., and
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA,

      Defendants.

---

1          BE IT REMEMBERED, that the videotaped

2    deposition upon oral examination of JAMES ROWLAND,

3    appearing at the instance of the Plaintiffs, was

4    taken at the offices of Fisher Court Reporting,

5    2711 1st Avenue North, Billings, Montana, on

6    Friday, April 23, 2021, beginning at the hour of

7    9:17 a.m., pursuant to the Federal Rules of Civil

8    Procedure, before Barbara J. Batts, Registered

9    Merit Reporter, Certified Realtime Reporter, and

10   Notary Public.

11                      * * * * * * *

12

13   ATTORNEYS APPEARING ON BEHALF OF THE PLAINTIFF:

14       RYAN R. SHAFFER
         ROBERT L. STEPANS (appearing via Zoom)
15       JAMES C. MURNION (appearing via Zoom)
         Meyer, Shaffer & Stepans, PLLP
16       430 Ryman Street
         Missoula, Montana 59802
17       406.543.6929 - ryan@mss-lawfirm.com

18

19   ATTORNEYS APPEARING VIA ZOOM ON BEHALF OF THE
     DEFENDANTS:
20
         JON A. WILSON
21       AARON M. DUNN
         Brown Law Firm, P.C.
22       315 North 24th Street
         P.O. Drawer 849
23       Billings, Montana 59103-0849
         406.248.2611 - jwilson@brownfirm.com
24

25
                                                        2

1          MR. TAYLOR:  Object to the form.

2   BY MR. SHAFFER:

3      Q.   Who would tell the members that, "Hey, if

4   you've got a problem, come talk to the elders"?

5   Who would tell the members that?

6      A.   Well, I think at one or the other times,

7   every elder would say that at certain meetings.

8   You know, "If you're having trouble with this, see

9   such and such," you know.

10     Q.   So that could just happen maybe when you

11  were having a Bible study at someone's house?

12     A.   It could.  It could happen there, could

13  happen at regular meetings, and somebody would say,

14  "Well, who do we see about this?"  And then the

15  brother, the elder doing the talk or whatever,

16  presentation, would say to go to this elder or that

17  elder.

18          But towards the end of my tenure there, it

19  started breaking down, and I started getting a lot

20  of complaints from kids and from parents.

21     Q.   Complaints about what?

22     A.   Molestation.

23     Q.   Molestation?

24     A.   Yeah.

25     Q.   Sexual molestation?

                                              78

1    A.    Yeah.    And I went to Gary Baker as time

2  went on, and I tried to enlist him to help me,

3  because he was the only other elder other than

4  Martin.  And he says, "I can't" -- "I can't do

5  anything to help you, Jim."  He said, "That's my

6  father-in-law.  I'm staying totally out of it."

7    Q.    Because a lot of these allegations were

8  against Mr. Svensen, correct?

9    A.    Yeah.  In my opinion, his relationship

10  with his father-in-law was secondary to carrying

11  out Bible principles, so I didn't understand when

12  he just walked away from me.

13    Q.    Who was responsible for communicating with

14  Bethel at the Hardin Congregation while you were an

15  elder?

16    A.    Martin Svensen.

17    Q.    And why was that?  Why was it Martin

18  Svensen who was responsible for it?

19    A.    Well, he took this responsibility, I

20  guess.

21    Q.    As the presiding overseer?

22    A.    Yeah.

23    Q.    And is the chain of command similar

24  amongst the elders as it is in the military?  You

25  don't go around your chain of command?  Is it

                                            79

1    similar with the church?

2        A.    Yeah.

3              MR. TAYLOR:    Object to the form.

4    BY MR. SHAFFER:

5        Q.    And were you instructed and trained that

6    if you had an issue, you went to the presiding

7    overseer with it?

8        A.    Yes.

9        Q.    Were you ever instructed and trained to go

10   to Bethel with a problem?

11       A.    No, there was no communication with them.

12       Q.    You'd go to your presiding overseer?

13       A.    Exactly.    Everything came through those

14   officials channels.

15       Q.    And how did you come to that understanding

16   that it's going to go through that official channel

17   to the presiding overseer?    How did you learn that?

18       A.    I learned it by organizational arrangement

19   and books and stuff.

20       Q.    Yeah.

21       A.    Also in practice, that everybody knew

22   that -- all the elders knew whenever they were

23   there that they'd go through Martin.

24       Q.    Yeah.

25       A.    And that was it, period.

80

# Tab 36

Dep. of James Rowland, 132:5–18, 133:20–134:14 (April 23, 2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

TRACY CAEKAERT, and              Case No.
CAMILLIA MAPLEY,                 CV-20-52-BLG-SPW

       Plaintiffs,

  vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY, SR.,                     VIDEOTAPED DEPOSITION
                                 UPON ORAL EXAMINATION
      Defendants.         OF JAMES ROWLAND

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,

       Cross Claimant,

BRUCE MAPLEY, SR.,

       Cross Defendant.


ARIANE ROWLAND, and              Cause No.
JAMIE SCHULZE,                   CV 20-59-BLG-SPW

       Plaintiffs,

  vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., and
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA,

      Defendants.

---

1          BE IT REMEMBERED, that the videotaped

2    deposition upon oral examination of JAMES ROWLAND,

3    appearing at the instance of the Plaintiffs, was

4    taken at the offices of Fisher Court Reporting,

5    2711 1st Avenue North, Billings, Montana, on

6    Friday, April 23, 2021, beginning at the hour of

7    9:17 a.m., pursuant to the Federal Rules of Civil

8    Procedure, before Barbara J. Batts, Registered

9    Merit Reporter, Certified Realtime Reporter, and

10   Notary Public.

11                      * * * * * * *

12

13   ATTORNEYS APPEARING ON BEHALF OF THE PLAINTIFF:

14        RYAN R. SHAFFER
          ROBERT L. STEPANS (appearing via Zoom)
15        JAMES C. MURNION (appearing via Zoom)
          Meyer, Shaffer & Stepans, PLLP
16        430 Ryman Street
          Missoula, Montana 59802
17        406.543.6929 - ryan@mss-lawfirm.com

18

19   ATTORNEYS APPEARING VIA ZOOM ON BEHALF OF THE
     DEFENDANTS:
20
          JON A. WILSON
21        AARON M. DUNN
          Brown Law Firm, P.C.
22        315 North 24th Street
          P.O. Drawer 849
23        Billings, Montana 59103-0849
          406.248.2611 - jwilson@brownfirm.com
24

25
                                                          2

1   pedophiles.

2          But what used to -- what really got me and

3   still gets to me this day is that when we come

4   together as a body of elders, and something

5   serious -- and I don't know if you're going to ask

6   me how the circuit overseers treated me.  I'll tell

7   you.

8          I said in one, the first meeting,

9   Brother Polakowski, I said, "There's something

10  serious going on with Martin."  I said, "We've got

11  to talk about it as a body of elders."  He jumped

12  up, and I thought he was going to hit me.  Come

13  running across.  He said, "Don't you ever say

14  anything about Martin Svensen again.  Got it?"

15         And that was the end of any hearing, or --

16  I don't know if they sent those papers to

17  the incident to New York.  That was none of my

18  business, I guess.

19         And the other one, Brother --

20     Q.   Let's go back.  The one where the circuit

21  overseer came and said, "Don't ever talk about

22  Martin Svensen again" --

23     A.   Yeah.

24     Q.   -- and jumped -- you talked about that in

25  your affidavit, right?

132

1    A.    Yeah.

2    Q.    Do you remember what you told,

3    specifically what you told that circuit overseer?

4    A.    I couldn't say nothing.  He just said,

5    "And that's it."

6    Q.    Tell me what you told him, if you can

7    remember.

8    A.    I just said, "We've got to do something in

9    this congregation.  There are bad things happening

10   to the kids, and it involves one of the elders,

11   Martin Svensen."

12        That's when he jumped up, came over, "If

13   you ever say anything more about Martin Svensen in

14   this matter," and shut me up right there.

15        And he was a circuit overseer.

16   Q.    Right.

17   A.    He was a substitute in Laurel, if he's

18   still alive.

19   Q.    Okay.

20   A.    The same thing happened with

21   Brother Milneck.  He's the one that said, "If you

22   do anything wrong, I'm going to be like a millstone

23   around your neck when they throw you in the water."

24   Q.    What did that mean?

25   A.    Don't ever cross him up.

133

1    Q.    Did you tell Brother Milneck the same

2  thing you told the other visiting overseer?

3    A.    Yeah.  He was sitting there --

4    Q.    Where were you?

5    A.    In a circuit overseer's visit with the

6  elders in Hardin.

7    Q.    Were you in the Kingdom Hall, or --

8    A.    Kingdom Hall.  And I said, "There's

9  something going on, Brother Milneck."  I said, "And

10  it can't go on much longer."  I said, "There's

11  pedophilia in this congregation, rampant, and it

12  involves Martin Svensen."

13       He jumped up and come right over to me

14  like he was going to hit me.  And I told my friend

15  later, I said, "Good thing he didn't hit me.  I'd

16  have put all four of them on the floor."  I'm a

17  kung fu man.

18       And I wouldn't have done that, because I

19  was very peaceful after coming into the truth, and

20  somebody could come and hit me, and I wouldn't

21  break their neck, you know, so...

22    Q.    When you brought this to the attention of

23  the circuit overseers, as you've described in your

24  affidavit -- and first, let me just show you your

25  affidavit.  Can you look at paragraph 4?

                                                    134

# Tab 37

Dep. of James Rowland, 130:15–131:1–10 (April 23, 2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

TRACY CAEKAERT, and      Case No.
CAMILLIA MAPLEY,      CV-20-52-BLG-SPW

         Plaintiffs,

    vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY, SR.,      VIDEOTAPED DEPOSITION
     UPON ORAL EXAMINATION
         Defendants.      OF JAMES ROWLAND

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,

         Cross Claimant,

BRUCE MAPLEY, SR.,

         Cross Defendant.


ARIANE ROWLAND, and      Cause No.
JAMIE SCHULZE,      CV 20-59-BLG-SPW

         Plaintiffs,

    vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., and
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA,

         Defendants.

---

1          BE IT REMEMBERED, that the videotaped

2     deposition upon oral examination of JAMES ROWLAND,

3     appearing at the instance of the Plaintiffs, was

4     taken at the offices of Fisher Court Reporting,

5     2711 1st Avenue North, Billings, Montana, on

6     Friday, April 23, 2021, beginning at the hour of

7     9:17 a.m., pursuant to the Federal Rules of Civil

8     Procedure, before Barbara J. Batts, Registered

9     Merit Reporter, Certified Realtime Reporter, and

10    Notary Public.

11                    * * * * * * *

12

13    ATTORNEYS APPEARING ON BEHALF OF THE PLAINTIFF:

14         RYAN R. SHAFFER
           ROBERT L. STEPANS (appearing via Zoom)
15         JAMES C. MURNION (appearing via Zoom)
           Meyer, Shaffer & Stepans, PLLP
16         430 Ryman Street
           Missoula, Montana 59802
17         406.543.6929 - ryan@mss-lawfirm.com

18

19    ATTORNEYS APPEARING VIA ZOOM ON BEHALF OF THE
      DEFENDANTS:
20
           JON A. WILSON
21         AARON M. DUNN
           Brown Law Firm, P.C.
22         315 North 24th Street
           P.O. Drawer 849
23         Billings, Montana 59103-0849
           406.248.2611 - jwilson@brownfirm.com

24

25
                                                        2

1    somebody, even though it was just that one person,

2    no investigation.

3          You have to do something.  They can just

4    say, "Oh, you're lying," or "Well, maybe you'll

5    have a better day next day," or "Maybe he won't

6    throw you down anymore and stick his tongue in

7    you."

8          You've got to investigate it, and because

9    it's written right there.

10    Q.   Yeah.

11    A.   Otherwise, it wouldn't be in there.  If it

12    was me, I would have taken it right to the legal

13    department and got a determination.  Otherwise, you

14    wind up like this, getting sued.

15    Q.   Would you have gone to the police if you

16    felt like you could have?

17    A.   I would have went outside of the

18    organization.  But, see, I believed totally in the

19    footsteps of Jesus Christ.  And on the one hand, I

20    didn't want to drag Jehovah's name in, because I

21    knew there was a process for handling this.

22    Q.   The process in this book here, Exhibit 2?

23    A.   Yeah.

24    Q.   Yeah.

25    A.   And secondly, I knew that if I did, and

                                                    130

1    they did it to me anyhow, I'd have been like an

2    apostate.  But as it was, I was removed from

3    responsibility and kicked out of the congregation

4    anyway, without a hearing, without "Boo."  The

5    circuit overseers came out there, and

6    Brother Miller, "You have to sign this.  They

7    decided against you."

8        Q.    It was when you were disfellowshipped?

9        A.    Kicked out of the congregation and my

10   responsibilities taken.

11       Q.    Yeah.

12       A.    It was the exact opposite of what I was

13   trying to do, protect these kids.  And a lot of

14   them are hurt.

15           We've got ex-Witnesses out there in

16   Lame Deer that are a case in point.  One -- both of

17   them are drug addicts.  One was like a whore, and

18   the other one's in and out of treatment, brother

19   and sister.

20           The people that abused these kids, they

21   don't know why it's called death of the soul.  It's

22   because those -- and even my family, they broke us

23   all up.  We had to recover from it.  We're still

24   recovering.  They don't know that.  Plus they

25   probably don't give a damn, you know, the

131

# Tab 38

Aff. of Shirley Gibson, March 26, 2020

Letter from Hardin Congregation to Governing Body of Jehovah's Witnesses (Dec. 22, 1984)

## AFFIDAVIT OF SHIRLEY GIBSON

| | |
|---|---|
| **STATE OF MONTANA** | ) |
| | ) ss. |
| **COUNTY OF LEWIS AND CLARK** | ) |

The affiant, Shirley Gibson, being duly sworn, states as follows:

1.  I am over the age of 21 years and am competent to and do state the facts and matters contained in this affidavit are true and based upon my personal knowledge.

2.  I married Bruce Mapley Sr in 1965. We had three children, Tracey Caekert, Camilia Mapley and Bruce Mapley Jr. In 1975 Bruce Sr and I joined the Jehovah Witness church and some time thereafter Bruce Sr. rose to the rank of Ministerial Servant and I became an active volunteer doing service work. We divorced in 2001. I am currently an active member of the church, continue to do volunteer service work and it is my understanding and belief that Bruce Sr. continues to be an active member of the church as well.

3.  Bruce Mapley Sr was a typical pediphile who started molesting Tracy when she was 4 years old. This came out in 1977 when we learned that another Ministerial Servant in the Hardin, MT congregation, Gunner Hain, had sexually molested Tracy at his home in Hardin, MT. Tracy was 11 or 12 at the time.

4.  Also in or around 1977 Gunner Hain confessed to an elder that he had molested his step daughter Rhonda and my daughter, Tracy, and the word got back to Bruce Sr. who then confronted Tracy about what happened. Tracy told her father who then gathered our family together at the house and asked Tracy to tell her story again. During that meeting Bruce Sr. confessed in the presence of our entire family that it was his fault because of what he had been doing to Tracy. He admitted that he had been molesting Tracy and that he was really good at hiding it.

5.    Shortly after this meeting I personally spoke with elder Harold Rimby at the Hardin, MT congregation about what Bruce Sr had been doing to Tracy and what Gunner Hain had done to Tracy.  During that conversation I asked elder Harold Rimby if we should report the matter to the authorities and he said no, that the church will handle the matter internally.  I was new to the congregation so I did what I was told and didn't question Harold Rimby's decision.

6.    Shortly thereafter I was present when Gunner Hain was put on public reprove at the Hardin, MT congregation.  As far as I know no disciplinary action was taken against Bruce Sr.  Approximately 6-8 months later Gunner Hain was reinstated with full privileges.

7.    Further your affiant sayeth not.


_____Shirley Gibson_____
**Shirley Gibson**


Subscribed and sworn to before me this ___2ce___ day of ___March___, 2020.


_____
Notary Public


My Commission Expires: 03/22/2021

KALENA T. BRUNO
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
March 22, 2021

Name of congregation ~~Hardin~~  City _____  Province or State  MT

Cong. No. ~~43653~~                    ~~December 22, 1984~~
                                              (Date)

---

**DO NOT SEND THIS CARBON COPY TO SOCIETY**
(Keep this copy for the congregation files)

---

Secretary ~~Martin Svenson~~
~~1015 N. Crawford~~
~~Hardin, MT 59034~~

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) "E or "other or sheep" (O) MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**MINISTERIAL SERVANTS**  (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | | | Last congregation | |
|---|---|---|---|---|---|---|---|
| Gary | Baker | 31 | 7/19/69 | os | ms | Miles City, MT |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ~~William O'Neill~~ | | ~~E~~ | ~~Moved to Frosyth Congregation~~ | |
| ~~Bruce Mapely~~ | | ~~MS~~ | ~~Moved to Laurel, MT. Not rec. because of~~ | |
| | | | ~~poor f/s and other things elders discussed~~ | |
| | | | ~~w/ him. He agreed no longer qualifies.~~ | |

S-2c   4/83                                    MAP_HARDIN000090 .S.A.

# Tab 39

Def. WTNY's 2d Supp. Resps. to Plfs.' 2d Set of Jurisdictional Disco., Interrog. No. 16 (Sept. 21, 2021)

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,*
*and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF NEW YORK INC.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF JURISDICTIONAL DISCOVERY** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

           Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

           Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

           Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

           Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
NEW YORK, INC.'S SECOND
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' SECOND SET OF
JURISDICTIONAL DISCOVERY**

TO:   Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C. Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street, Missoula, MT 59802

     COMES NOW Defendant Watch Tower Bible and Tract Society of New

York, Inc. (hereinafter "WTNY"), by and through its attorneys, and provides its

religious order) acknowledged the appointment of congregation elders and ministerial servants. Acknowledgement of these appointments was communicated to congregations by WTNY.

**INTERROGATORY NO. 16**: Please set forth your complete understanding of the location of each congregation in the state of Montana between 1960 and today.

**ORIGINAL ANSWER**: Objection. Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. Subject to and without waiving this objection: WTNY has been unable to locate any historical data concerning the location of Kingdom Halls in Montana during the relevant time-period based on the information in its possession, custody, or control. Discovery is ongoing and WTNY will supplement its answer if responsive information is located. As to current congregations in Montana, a listing can be found at the following hyperlink,

https://apps.jw.org/ui/E/meeting-search.html#/weekly-meetings

and clicking on Montana on the map. As this information is available on the internet, it is as easily accessible to Plaintiffs as it is to WTNY.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTNY has made a further inquiry and has located a list of congregations in Montana believed to be in existence during the relevant time-

period. Some congregations may no longer be in existence. *See* documents bates numbered WTNY000211-000212.

**INTERROGATORY NO. 17**: Please identify the documents that "members of the religious order of Jehovah's Witnesses" provided to local congregations as part of providing "ecclesiastical oversight."

**ORIGINAL ANSWER**: Objection. Please refer to the General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. WTNY further objects on the grounds that this request seeks information outside the scope of the Court-permitted jurisdictional discovery, is irrelevant to the extent it seeks information concerning congregations outside of Montana, is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, and is not proportional to the needs of the case.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTNY remains willing to determine if it has any responsive documents that have not previously been identified or produced once Plaintiffs define what they mean by "ecclesiastical oversight".

**INTERROGATORY NO. 18**: Please identify who constituted "members of the religious order of Jehovah's Witnesses" that provided ecclesiastical oversight and assistance to Montana congregations during the period 1960 to 2001.

DATED this _21st_ day of September, 2021.

By: _____

Guy W. Rogers / Jon A. Wilson /
Brett C. Jensen
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower*
*Bible and Tract Society of New York,*
*Inc., and Watch Tower Bible and*
*Tract Society of Pennsylvania*

## VERIFICATION

Thomas Jefferson, Jr., states that he has read the foregoing *(Defendant WTNY's Second Supplemental Responses to Plaintiffs' Second Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

Thomas Jefferson, Jr.

Dated: 9/17/2021

# Tab 40

Def. WTPA's 1st Supp. Resps. to Plfs.' 1st Set of Jurisdictional Disco., RFP Nos. 8, 48 (Dec. 15, 2020)

Def. WTPA's 4th Supp. Resps. to Plfs.' 3d Set of Jurisdictional Disco., Interrog. No. 35 (Sept. 21, 2021)

Guy W. Rogers
Jon A. Wilson
Aaron M. Dunn
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,*
*and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF JURISDICTIONAL DISCOVERY** |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

   Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

   Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

   Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

   Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA'S FIRST
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' FIRST SET OF
JURISDICTIONAL DISCOVERY**

---

TO: Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
  Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street,
  Missoula, MT 59802

  COMES NOW Defendant Watch Tower Bible and Tract Society of

Pennsylvania (hereinafter "WTPA"), by and through its attorneys, and provide

their first supplemental responses to Plaintiffs' First Set of Jurisdictional Discovery as follows:

**REQUEST FOR PRODUCTION NO. 8**: Please produce a copy of all books, magazines, publications, or other materials for which WTPA owns the copyright that were published between 1970 and 1995.

**RESPONSE**: Responsive documents are being gathered and will be produced subject to resolution of issues relating to costs and format.

**FIRST SUPPLEMENTAL RESPONSE**: Responsive documents are attached as WTPA000293-WTPA062964. These documents are copyrighted and are not to be published, circulated, distributed, or otherwise disseminated without the permission of the copyright holder.

**REQUEST FOR PRODUCTION NO. 48**: Please produce a copy of all Jehovah's Witnesses' Yearbooks (or if called something different at any time, all substantially similar documents) from 1970 to 1995.

**RESPONSE**: Responsive documents are being gathered and will be produced subject to resolution of issues relating to costs and format.

**FIRST SUPPLEMENTAL RESPONSE**: Responsive documents are attached as WTPA056037-WTPA062964. These documents are copyrighted and are not to be published, circulated, distributed, or otherwise disseminated without the permission of the copyright holder.

DATED this _15th_ day of December, 2020.

By: _Jon A. Wilson_

Guy W. Rogers / Jon A. Wilson /
Aaron M. Dunn
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower*
*Bible and Tract Society of New York,*
*Inc., and Watch Tower Bible and*
*Tract Society of Pennsylvania*

## <u>VERIFICATION</u>

Philip Brumley states that he has read the foregoing *(Defendant WTPA's First Supplemental Responses to Plaintiffs' First Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

Philip Brumley

Dated: Dec. 18, 2020

Guy W. Rogers
Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.,
and Watch Tower Bible and Tract Society of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' THIRD SET OF JURISDICTIONAL DISCOVERY** |

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC.

    Cross-Claimant,

vs.

BRUCE MAPLEY SR.,

    Cross-Claim Defendant.

_____

ARIANE ROWLAND, and JAMIE
SCHULZE,

    Plaintiffs,

vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

    Defendants.

Cause No. CV 20-59-BLG-SPW

**DEFENDANT WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA'S FOURTH
SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' THIRD SET OF
JURISDICTIONAL DISCOVERY**

TO: Plaintiffs and their counsel, Robert L. Stepans, Ryan R. Shaffer, and James C.
  Murnion, MEYER SHAFFER & STEPANS PLLP, 430 Ryman Street,
  Missoula, MT 59802

  COMES NOW Defendant Watch Tower Bible and Tract Society of

Pennsylvania (hereinafter "WTPA"), by and through its attorneys, and provides its

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer confirmed the Answer is none known.

**INTERROGATORY NO. 35:** For the period 1970 to 1990, please describe how each of your publications (as listed in your Answer to Interrogatory No. 6) were distributed, including who distributed each of them, the means of such distribution, and whether you consented or objected to such distribution of your publications.

**ORIGINAL ANSWER:** Objection. WTPA objects to the time period requested. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. WTPA also objects on the grounds Plaintiffs' Interrogatory No. 35 goes beyond the 25 interrogatory limit provided in Rule 33(a)(1), Fed.R.Civ.P. *See, e.g., Kleiman v. Wright*, 2020 WL 1666787 (S.D. Fla. April 3, 2020). WTPA also objects to the extent this request seeks information regarding publications distributed outside of the State of Montana. Subject to and without waiving said objections: The distribution of publications was done by vehicles either owned or leased by Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY") or by the United States Postal Service and WTPA did not object to WTNY distributing publications via these means.

**FIRST SUPPLEMENTAL ANSWER:** Without waiving any previously asserted objections, WTPA's original Answer included responsive information.

**INTERROGATORY NO. 36:** In general terms, and by referencing broad categories, please describe how you used and spent your collected donations during the period 1970 to 1990.

**ORIGINAL ANSWER:** Objection. WTPA objects to the time period requested. Please refer to WTPA's Third General Objection, above, for an explanation as to why the time period requested in this Interrogatory is improper. WTPA also objects on the grounds Plaintiffs' Interrogatory No. 36 goes beyond the 25 interrogatory limit provided in Rule 33(a)(1), Fed.R.Civ.P. *See, e.g., Kleiman v. Wright*, 2020 WL 1666787 (S.D. Fla. April 3, 2020). WTPA also objects on the grounds this request violates WTPA's 1st Amendment right to free exercise of religion and is patently irrelevant to the scope of discovery pertaining to the relationship between WTPA and WTNY. Subject to and without waiving said objections: WTPA spent its funds publishing and printing Bibles and Bible-based literature, assisting with international disaster relief, funding the construction of Kingdom Halls in areas of the world where local congregants lacked personal funds to pay for such construction, and any other miscellaneous ways to support Matthew 24:14 and Matthew 28:19, 20.

insufficient to enable it to either admit nor deny this request to the extent the referenced documents originated with another entity.

**FIRST SUPPLEMENTAL RESPONSE:** Without waiving any previously asserted objections, WTPA's original Response confirmed WTPA has made reasonable inquiry and can neither admit nor deny this request because the referenced documents originated with another entity.

DATED this _21st_ day of September, 2021.

By: _Jon A. Wilson_

Guy W. Rogers / Jon A. Wilson /
Brett C. Jensen
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower
Bible and Tract Society of New York,
Inc., and Watch Tower Bible and
Tract Society of Pennsylvania*

## VERIFICATION

Philip Brumley states that he has read the foregoing *(Defendant WTPA's Fourth Supplemental Responses to Plaintiffs' Third Set of Jurisdictional Discovery)* and knows the contents thereof; that said answers were prepared with the assistance and advice of counsel; that the answers set forth herein, subject to inadvertent or undisclosed errors, are necessarily limited by the records and information still in existence presently recollected and thus far discovered in the course of the preparation of all answers. Consequently, he reserves the right to make any changes to the answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, the answers are true to the best of his knowledge, information and belief.

*Philip Brumley*
Philip Brumley

Dated: _September 20, 2021_