IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY, SR.,<br><br>Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>           Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>           Cross Defendant. | CV 20-52-BLG-SPW<br><br>**ORDER SETTING JOINT SCHEDULING CONFERENCE** |

Upon the Court's own motion,

IT IS ORDERED that a <u>telephonic</u> scheduling conference will be conducted on **Friday, December 17, 2021 at 11:00 a.m.**. The purpose of this scheduling conference is to set a trial date and related deadlines. <u>This scheduling conference</u>

1

<u>shall be held jointly with the parties in Case CV-20-59-BLG-SPW</u>. Counsel shall appear telephonically by following these steps:

1. Dial: 1-877-336-1828
2. Enter Access Code: 5803070#
3. Press: #
4. Speak your name at the tone

The clerk is directed to notify counsel of the entry of this Order.

DATED this 15th day of November, 2021.

SUSAN P. WATTERS
United States District Judge