Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br><br>Cross-Claimant, | Case No. CV-20-00052-SPW-TJC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

|   |   |
|---|---|
| -vs-<br><br>BRUCE MAPLEY SR.,<br><br>        Cross-Defendant. |   |

NOTICE IS HEREBY GIVEN that, pursuant to L.R. 83.3(a), Gerry P. Fagan, Christopher T. Sweeney, and Jordan W. FitzGerald of Moulton Bellingham PC are substituting for Guy W. Rogers, Jon A. Wilson, and Brett C. Jensen of Brown Law Firm, P.C. and Joel M. Taylor of Miller McNamara & Taylor LLP as counsel of record for Defendant Watch Tower Bible and Tract Society of Pennsylvania in the above-entitled action. All further pleadings and communications related to the above-captioned matter shall be served on:

    Gerry P. Fagan
    Christopher T. Sweeney
    Jordan W. FitzGerald
    Moulton Bellingham PC
    27 North 27th Street, Suite 1900
    P.O. Box 2559
    Billings, MT 59103-2559
    Gerry.Fagan@moultonbellingham.com
    Christopher.Sweeney@moultonbellingham.com
    Jordan.FitzGerald@moultonbellingham.com

This substitution does not affect the counsel of record for Defendant Watchtower Bible and Tract Society of New York, Inc.

**DATED** this 15th day of November, 2021.

        MOULTON BELLINGHAM PC

        By   */s/ Christopher T. Sweeney*
            GERRY P. FAGAN
            CHRISTOPHER T. SWEENEY
            JORDAN W. FITZGERALD
            27 North 27th Street, Suite 1900
            P.O. Box 2559
            Billings, Montana 59103-2559

        *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

**DATED** this 15th day of November, 2021.

        By:   */s/ Jon A. Wilson*
            Guy W. Rogers / Jon A. Wilson / Brett C. Jensen
            BROWN LAW FIRM, P.C.

        *Former Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

**DATED** this 15th day of November, 2021.

        By:   */s/ Joel M. Taylor*
            Joel M. Taylor, Esq. (*pro hac vice*)
            MILLER MCNAMARA & TAYLOR LLP

        *Former Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

# **CERTIFICATE OF SERVICE**

I hereby certify that on 15th day of November, 2021, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Guy W. Rogers                Joel M. Taylor, Esq. (*pro hac vice*)
   Jon A. Wilson                MILLER MCNAMARA & TAYLOR LLP
   Brett C. Jensen              100 South Bedford Road, Suite 340
   BROWN LAW FIRM, P.C.         Mount Kisco, NY 10549
   315 North 24th Street
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

By the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| 4 | U.S. Mail | _____ | Overnight Delivery Services |

By   */s/ Christopher T. Sweeney*
     Christopher T. Sweeney