Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br>     Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br>     Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' MOTION FOR SANCTIONS** |

Plaintiffs, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1927 and the Court's inherent authority to sanction lawyers who abuse the judicial process, hereby move for sanctions to be imposed on Defendant Watch Tower Bible & Tract Society of Pennsylvania's attorneys, Philip Brumley, Esq., and Joel Taylor, for knowingly:

- ➢ Making and perpetuating false statements with the hope that they would be relied on by the Court to dismiss Plaintiffs' case; and
- ➢ Unreasonably and vexatiously multiplying these proceedings for the purpose of obstructing Plaintiffs' claims.

A supporting brief is being filed contemporaneously herewith.

Counsel for Defendants were contacted regarding this Motion and stated that they oppose it.

DATED 3rd day of December, 2021.

> MEYER, SHAFFER & STEPANS PLLP
>
> By: /s/ Ryan Shaffer
>     Ryan R. Shaffer
>     MEYER, SHAFFER & STEPANS PLLP
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                        By: /s/ Ryan Shaffer
                              Ryan R. Shaffer
                              MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*