Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | Case No. CV-20-00052-SPW-TJC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS** |

Cross-Claimants,

-vs-

BRUCE MAPLEY SR.,

Cross-Defendant.

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") respectfully moves the Court to extend the time to file WTPA's Response to Plaintiffs' Motion for Sanctions (Doc. 101) up to and including Tuesday, December 28, 2021.

Counsel for WTPA have contacted Plaintiffs' counsel, who do not object to this extension of time. Pursuant to L.R. 7.1(c)(3), a proposed order is filed herewith and emailed to the Court.

**DATED** this 17th day of December, 2021.

                MOULTON BELLINGHAM PC

By   */s/ Jordan W. FitzGerald*
      GERRY P. FAGAN
      CHRISTOPHER T. SWEENEY
      JORDAN W. FITZGERALD
      27 North 27th Street, Suite 1900
      P.O. Box 2559
      Billings, Montana 59103-2559

      *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on 17th day of December, 2021, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Guy W. Rogers                    Joel M. Taylor, Esq. (*pro hac vice*)
   Jon A. Wilson                    MILLER MCNAMARA & TAYLOR LLP
   Brett C. Jensen                  100 South Bedford Road, Suite 340
   BROWN LAW FIRM, P.C.             Mount Kisco, NY 10549
   315 North 24th Street
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

By the following means:

    _1, 2, 3_  CM/ECF                        _____ Fax
    _____  Hand Delivery           _____ E-Mail
    _4_      U.S. Mail                     _____ Overnight Delivery Services

                                  By  */s/ Jordan W. FitzGerald*
                                        JORDAN W. FITZGERALD