IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　　　　　Defendants.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br>　　　　　　　　　Cross-Claimants,<br><br>　-vs-<br><br>BRUCE MAPLEY SR.,<br><br>　　　　　　　　　Cross-Defendant. | Case No. CV-20-00052-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Unopposed Motion for Extension of Time,

**IT IS HEREBY ORDERED** that WTPA has up to and including December 28, 2021 to file WTPA's Response to Plaintiffs' Motion for Sanctions (Doc. 101).

**DATED** this _____ day of December, 2021.

                                                        SUSAN P. WATTERS
                                                       United States District Judge