IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> -vs- <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | CV-20-00052-BLG-SPW <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Cross-Claimants, <br><br> -vs- <br><br> BRUCE MAPLEY SR., <br><br> Cross-Defendant. | |

1

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Unopposed Motion for Extension of Time (Doc. 103),

**IT IS HEREBY ORDERED** that WTPA has up to and including **December 28, 2021** to file WTPA's Response to Plaintiffs' Motion for Sanctions (Doc. 101).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of December, 2021.

SUSAN P. WATTERS
United States District Judge