IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

TRACY CAEKAERT, and
CAMILLIA MAPLEY,

      Plaintiffs,

  vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY, SR.,

      Defendants.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC.,

      Cross Claimant,

BRUCE MAPLEY, SR.,

      Cross Defendant.

ARIANE ROWLAND, and
JAMIE SCHULZE,

      Plaintiffs,

  vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., and
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA,

      Defendants.

Case No.
CV-20-52-BLG-SPW

VIDEOTAPED DEPOSITION
UPON ORAL EXAMINATION
OF JAMES ROWLAND

Cause No.
CV 20-59-BLG-SPW

**James Rowland**

1          BE IT REMEMBERED, that the videotaped

2    deposition upon oral examination of JAMES ROWLAND,

3    appearing at the instance of the Plaintiffs, was

4    taken at the offices of Fisher Court Reporting,

5    2711 1st Avenue North, Billings, Montana, on

6    Friday, April 23, 2021, beginning at the hour of

7    9:17 a.m., pursuant to the Federal Rules of Civil

8    Procedure, before Barbara J. Batts, Registered

9    Merit Reporter, Certified Realtime Reporter, and

10   Notary Public.

11                    *  *  *  *  *  *  *

12

13   ATTORNEYS APPEARING ON BEHALF OF THE PLAINTIFF:

14        RYAN R. SHAFFER
          ROBERT L. STEPANS (appearing via Zoom)
15        JAMES C. MURNION (appearing via Zoom)
          Meyer, Shaffer & Stepans, PLLP
16        430 Ryman Street
          Missoula, Montana 59802
17        406.543.6929 - ryan@mss-lawfirm.com

18

19   ATTORNEYS APPEARING VIA ZOOM ON BEHALF OF THE
     DEFENDANTS:
20
          JON A. WILSON
21        AARON M. DUNN
          Brown Law Firm, P.C.
22        315 North 24th Street
          P.O. Drawer 849
23        Billings, Montana 59103-0849
          406.248.2611 - jwilson@brownfirm.com
24

25
                                                          2

**James Rowland**

```
1    ATTORNEY APPEARING VIA ZOOM ON BEHALF OF THE
     DEFENDANTS:
2
         JOEL M. TAYLOR, pro hac vice
3        Miller, McNamara & Taylor LLP
         100 South Bedford Road, Suite 340
4        Mount Kisco, New York 10549
         845.288.0844 - jtaylor@mmt-law.com
5

6
     ALSO PRESENT:
7
         JAMIE SCHULZE
8        KATY GANNON
         SHANNON DEUTSCHER, videographer
9

10   ALSO APPEARING VIA ZOOM:

11       BRUCE G. MAPLEY, SR.
         TRACY CAEKAERT
12       CAMILLIA MAPLEY
         THOMAS SCHULZE
13

14

15

16

17

18

19

20

21

22

23

24

25
                                                            3
```

**James Rowland**

1       A.    No.   There was about 40 elders in the
2    group, some new ones, some old ones.   And I can't
3    even remember who the instructor was.   He might
4    have been from New York.
5       Q.    Okay.   Someone you hadn't seen before.
6       A.    Yeah, he was just here to teach that class
7    and then go back to New York or whatever.
8       Q.    And in addition to the Bible, were they
9    using other books as part of your training?
10      A.    Yeah.   Yeah, with the -- like, the
11   teaching book, you know, like, one of the
12   publications is to become a better teacher, you
13   know, and --
14      Q.    Let me show you a document.   This is
15   called "Kingdom Ministry School Course."
16      A.    Yeah.
17      Q.    And it's Bates WTPA 1 is the first page of
18   this document.   It's the document that was given to
19   us by WTPA, the Pennsylvania corporation.
20      A.    Yeah.
21      Q.    And you'll see there -- can you read that
22   okay?
23      A.    Yeah.
24      Q.    It's dated October 1972?
25      A.    Uh-huh.   Yeah, that's the thing that --

                                                    67

1   that's the publication that was used.

2       Q.   For the training as an elder?

3       A.   Yeah.

4       Q.   Can I go back to that cover page for a

5   second?  So "Watch Tower Bible and Tract Society of

6   Pennsylvania, 1972," does that look like the

7   document that maybe you saw when you were being

8   trained in 1975?

9       A.   Yeah.  Yeah, it's a book about like this

10  (indicating).  It's a red -- it's -- what do they

11  call them now?  A real deep red, burgundy almost.

12      Q.   And you were using your hands to describe

13  a very big book, thick?

14      A.   About like that.

15      Q.   Yeah.

16      A.   And that was the Kingdom Ministry School.

17      Q.   How much time did you spend at that

18  training in Billings?  Do you remember?

19      A.   I think it was a month.  It might have

20  been -- it might have been two weeks.  But it was a

21  number of days involved.

22      Q.   Okay.  So fairly extensive, then.

23      A.   Yeah.

24      Q.   And did you stay in Billings or did you

25  drive back and forth?

                                                    68