Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR SANCTIONS** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | |

|  | Cross-Claimants, |
|---|---|
| -vs- | |
| BRUCE MAPLEY SR., | |
|  | Cross-Defendant. |

Watch Tower Bible and Tract Society of Pennsylvania hereby moves the Court to conduct a hearing to hear argument on Plaintiffs' motion for sanctions (Doc. 101). Counsel for the other parties have been contacted and do not oppose this motion. A proposed order is submitted with this motion for the Court's consideration.

**DATED** this 3rd day of January, 2022.

                MOULTON BELLINGHAM PC

                By   */s/ Christopher T. Sweeney*
                     GERRY P. FAGAN
                     CHRISTOPHER T. SWEENEY
                     JORDAN W. FITZGERALD

                     *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# **CERTIFICATE OF SERVICE**

I hereby certify that on 3rd day of January, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Jon A. Wilson                         Joel M. Taylor, Esq. (*pro hac vice*)
   Brett C. Jensen                       MILLER MCNAMARA & TAYLOR LLP
   BROWN LAW FIRM, P.C.                  100 South Bedford Road, Suite 340
   315 North 24th Street                 Mount Kisco, NY 10549
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

By the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| 4 | U.S. Mail | _____ | Overnight Delivery Services |

By   */s/ Christopher T. Sweeney*
     Christopher T. Sweeney