IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> -vs- <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Case No. CV-20-00052-SPW-TJC <br><br><br><br><br><br> **ORDER SETTING HEARING** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br> Cross-Claimants, <br><br> -vs- <br><br> BRUCE MAPLEY SR., <br><br> Cross-Defendant. | |

Upon Watch Tower Bible and Tract Society of Pennsylvania's unopposed motion for a hearing on Plaintiffs' motion for sanctions (Doc. 101), and good cause appearing,

**IT IS HEREBY ORDERED** that the Court will conduct a hearing on Plaintiffs' motion for sanctions (Doc. 101) on the _____ day of _____, 2022, at ___:___ __:m.  This hearing shall be held jointly with the hearing in Case No. CV-20-00059-SPW-TJC.

DATED this _____ day of _____, 2022.

_____
SUSAN P. WATTERS
United States District Judge