*Exhibit 2*

```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MONTANA
                    BILLINGS DIVISION
_____

  TRACY CAEKAERT, and           Case No.
  CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

        Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC.,
  WATCH TOWER BIBLE AND
  TRACT SOCIETY OF
  PENNSYLVANIA, and BRUCE
  MAPLEY, SR.,                  VIDEOTAPED DEPOSITION
                                UPON ORAL EXAMINATION
        Defendants.             OF JAMES ROWLAND

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC.,

        Cross Claimant,

  BRUCE MAPLEY, SR.,

        Cross Defendant.


  ARIANE ROWLAND, and           Cause No.
  JAMIE SCHULZE,                CV 20-59-BLG-SPW

        Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., and
  WATCH TOWER BIBLE AND
  TRACT SOCIETY OF
  PENNSYLVANIA,

        Defendants.
_____
```

```
 1           BE IT REMEMBERED, that the videotaped
 2   deposition upon oral examination of JAMES ROWLAND,
 3   appearing at the instance of the Plaintiffs, was
 4   taken at the offices of Fisher Court Reporting,
 5   2711 1st Avenue North, Billings, Montana, on
 6   Friday, April 23, 2021, beginning at the hour of
 7   9:17 a.m., pursuant to the Federal Rules of Civil
 8   Procedure, before Barbara J. Batts, Registered
 9   Merit Reporter, Certified Realtime Reporter, and
10   Notary Public.
11
                      * * * * * * *
12
13   ATTORNEYS APPEARING ON BEHALF OF THE PLAINTIFF:

14       RYAN R. SHAFFER
         ROBERT L. STEPANS (appearing via Zoom)
15       JAMES C. MURNION (appearing via Zoom)
         Meyer, Shaffer & Stepans, PLLP
16       430 Ryman Street
         Missoula, Montana 59802
17       406.543.6929 - ryan@mss-lawfirm.com

18

19   ATTORNEYS APPEARING VIA ZOOM ON BEHALF OF THE
     DEFENDANTS:
20
         JON A. WILSON
21       AARON M. DUNN
         Brown Law Firm, P.C.
22       315 North 24th Street
         P.O. Drawer 849
23       Billings, Montana 59103-0849
         406.248.2611 - jwilson@brownfirm.com
24

25
                                                          2
```

```
 1            I'm going to hand you another, this is a
 2   thicker one.  It's basically a photocopy of a book.
 3   And the cover's going to be the --
 4        A.   The organization book.
 5        Q.   -- "Organization for Kingdom-Preaching and
 6   Disciple-Making."
 7        A.   Yeah, that was a book we often referred
 8   to.
 9        Q.   Okay.  Let me hand this to you then.  So
10   this is -- first of all, this is
11   Caekaert/Mapley 2834, all the way through 3027.
12   And it's titled "The Organization for
13   Kingdom-Preaching and Disciple-Making."
14            I'll hand this to you, Mr. Rowland.  Let
15   me know if you've ever seen a copy of that book
16   before.
17        A.   Oh, yeah.
18        Q.   Did you see it at the Kingdom Hall in
19   Hardin?
20        A.   Yes.  You'd find one in every book bag, I
21   think, in the organization of brothers.
22        Q.   It was in every book bag?
23        A.   Yeah, it was referred to many times.
24        Q.   What would you refer to this book for?
25        A.   For actually improving your ministry and
```

168

James Rowland

```
 1  how you fit into the organization and the stream of
 2  responsibilities.
 3       Q.   Stream of responsibilities between
 4  New York and the local congregation, or between
 5  elders and ministerial servants?  What do you mean?
 6       A.   Usually the organization is the one that
 7  you're in.  When you talk about the organization,
 8  nobody talks about New York.
 9       Q.   Okay.  Just the local congregation.
10       A.   Yeah, local congregation.
11       Q.   Let's mark this as 3.
12       A.   That's the organization.
13            (Deposition Exhibit No. 3 was marked for
14  identification.)
15  BY MR. SHAFFER:
16       Q.   Is this book here that's been marked as
17  Exhibit 3, is this something that you would refer
18  to as an elder pretty consistently?
19       A.   Yeah, either teaching in the congregation
20  or making sure you're helping people to understand
21  the ministry and how to do it, you know.
22       Q.   Would you consider it an important book in
23  helping you do your job as an elder?
24       A.   Yeah.
25       Q.   Okay.
```

169