IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br>　　　　Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br>　　　　Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Upon the Plaintiffs' Unopposed Motion for Entry of Confidentiality Agreement and Stipulated Protective Order (Doc. 110), and for good cause being shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is **GRANTED**. The Stipulated Confidentiality Agreement and Protective Order (Doc. 110-1) is hereby adopted.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 27th day of January, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge