Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　　　　　　Defendants.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>　　　　　　　　　　Cross-Claimants, | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION TO VACATE AND RESET HEARING** |

-vs-

BRUCE MAPLEY SR.,

        Cross-Defendant.

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") respectfully requests that the hearing on Plaintiffs' Motion for Sanctions set for February 11, 2022, at 9:30 a.m., be vacated and reset for the reason that counsel for WTPA are in separate trials next week and will be unavailable.  Counsel had waited to file this in the hopes that one or both trials would not occur and the hearing at issue could be held as scheduled, but counsel have concluded that both trials shall be proceeding next week and they will be unavailable for the hearing. Therefore, WTPA requests that the hearing be vacated and reset.  Counsel apologizes for any inconvenience to the parties or the Court.

This motion is unopposed.  A proposed order is attached hereto.

**DATED** this 1st day of February, 2022.

    MOULTON BELLINGHAM PC

    By   */s/ Gerry P. Fagan*
        GERRY P. FAGAN
        CHRISTOPHER T. SWEENEY
        JORDAN W. FITZGERALD
        P.O. Box 2559
        Billings, Montana 59103-2559

        *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

2

# CERTIFICATE OF SERVICE

I hereby certify that on 1st day of February, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Guy W. Rogers                    Joel M. Taylor, Esq. (*pro hac vice*)
   Jon A. Wilson                    MILLER MCNAMARA & TAYLOR LLP
   Brett C. Jensen                  100 South Bedford Road, Suite 340
   BROWN LAW FIRM, P.C.             Mount Kisco, NY 10549
   315 North 24th Street
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

By the following means:

| | | | |
|---|---|---|---|
| _1, 2, 3_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _4_ | U.S. Mail | _____ | Overnight Delivery Services |

By  _/s/   Gerry P. Fagan_
    GERRY P. FAGAN