IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br>Cross-Claimants,<br><br>-vs-<br><br>BRUCE MAPLEY SR.,<br><br>Cross-Defendant. | Case No. CV-20-00052-SPW-TJC<br><br><br><br><br><br>**ORDER VACATING FEBRUARY 11, 2022 HEARING & RESETTING HEARING DATE** |

Pursuant to Defendant Watch Tower Bible and Tract Society of Pennsylvania's Unopposed Motion to Vacate the hearing on Plaintiffs' Motion for Sanctions set for February 11, 2022, noting Plaintiffs do not object, and for good cause shown,

**IT IS HEREBY ORDERED** that the hearing scheduled for February 11, 2022, is hereby vacated and reset on the ____ day of _____, 2022, at _____ o'clock __m.

**DATED** this _____ day of _____, 2022.

_____
HON. TIMOTHY J. CAVAN
Magistrate Judge