IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Cross Claimants,<br><br>BRUCE MAPLEY, SR.,<br><br>Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**ORDER** |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's Unopposed Motion to Vacate and Reset Hearing (Doc. 112) on Plaintiffs' Motion for Sanctions, and for good cause appearing,

1

**IT IS HEREBY ORDERED** that Defendant Watch Tower Bible and Tract Society of Pennsylvania's Motion (Doc. 112) is **GRANTED**.

**IT IS FURTHER ORDERED** that oral argument set for Friday, February 11, 2022 at 9:30 a.m. is **VACATED** and **RESET** for **Friday, March 25, 2022 at 9:30 a.m. MST** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana. This Hearing shall be held jointly with the hearing in Case No. CV-20-00059-BLG-SPW.

The Clerk of Court is directed to notify counsel of the entry of this Order.

DATED this 2nd day of by February, 2022.

_____
SUSAN P. WATTERS
United States District Court Judge