Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　　　　　　Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION TO RESET HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>　　　　　　　　　　Cross-Claimants, | |

-vs-

BRUCE MAPLEY SR.,

              Cross-Defendant.

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") respectfully requests that the hearing set for 9:00 a.m. on Friday, March 25, 2022, on Plaintiffs' Motion for Sanctions be vacated and reset. Unfortunately, WTPA's counsel, Gerry Fagan, tested positive for covid as of today's date and must quarantine. Co-counsel Christopher Sweeney is unavailable because he is on a pre-set vacation out of the country with his family. Counsel apologizes for the inconvenience to the Court and to the parties.

Counsel is authorized to state that neither Plaintiffs nor WTNY object to this motion. A proposed order is attached hereto.

**DATED** this 21st day of March, 2022.

              MOULTON BELLINGHAM PC

              By   */s/ Gerry P. Fagan*
                  GERRY P. FAGAN
                  CHRISTOPHER T. SWEENEY
                  JORDAN W. FITZGERALD
                  P.O. Box 2559
                  Billings, Montana 59103-2559

                  *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# **CERTIFICATE OF SERVICE**

I hereby certify that this 21st day of March, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Guy W. Rogers                    Joel M. Taylor, Esq. (*pro hac vice*)
   Jon A. Wilson                    MILLER MCNAMARA & TAYLOR LLP
   Brett C. Jensen                  100 South Bedford Road, Suite 340
   BROWN LAW FIRM, P.C.             Mount Kisco, NY 10549
   315 North 24th Street
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

By the following means:

|  |  |  |  |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| 4 | U.S. Mail | _____ | Overnight Delivery Services |

By   */s/   Gerry P. Fagan*
     GERRY P. FAGAN