Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>        Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>        Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>        Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>        Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD ON THEIR MOTION FOR SANCTIONS (ECF DOC. 101)** |

Plaintiffs respectfully move the Court to supplement the record on their Motion for Sanctions (ECF Doc. 101) with the recently obtained affidavit of Watchtower Bible and Tract Society of New York, Inc. ("WTNY") representative Don Adams that bears directly on the issues pending before this Court.

Defendants were contacted regarding this Motion and object. A brief in support of this Motion is being filed contemporaneously herewith.

DATED 24th day of March, 2022.

        MEYER, SHAFFER & STEPANS PLLP

        By: /s/ Ryan Shaffer
            Ryan R. Shaffer
            MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

Plaintiffs' Motion to Supplement the Record
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **2** of 3

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Motion to Supplement the Record
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **3**