# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>      Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>      Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>      Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>      Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for James C. Murnion to Appear Remotely at Oral Arguments. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED: Plaintiffs' Motion is GRANTED.

Counsel may appear telephonically by following these steps:

1) Dial (number)
2) Enter Access Code: (number)
3) Press #
4) Speak your name at the tone

The Clerk is directed to notify counsel of the entry of this Order.

DATED this _____ day of _____, 2022.

_____
Susan P. Watters
United States District Court Judge