**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) |
| Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) ) |
| Cross Claimant, | ) ) ) |
| BRUCE MAPLEY, SR., | ) ) ) |
| Cross Defendant. | ) ) ) |

Case No. CV-20-52-BLG-SPW

**ORDER**

Upon Defendant Watchtower Bible and Tract Society of New York, Inc.'s

Unopposed Motion for Joel M. Taylor to Appear Remotely at Oral Arguments

(Doc. 120), and for good cause shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. Joel

M. Taylor may appear via ZOOM at the hearing set for Tuesday, April 5, 2022 at

9:30 a.m.

1

Judge Watters' Chambers will e-mail Mr. Taylor with the ZOOM

conferencing information.

The Clerk is directed to notify counsel of the entry of this Order.

DATED this ___4th___ day of April, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge