Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants, | ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | )<br>)<br>) |
| Cross Claimant, | ) |
| BRUCE MAPLEY, SR., | ) |
| Cross Defendant. | ) |

Case No. CV-20-52-BLG-SPW

**PLAINTIFFS' UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE***

In accordance with Local Rule 83.1(d), the undersigned moves for admission *pro hac vice* of Matthew L. Merrill in the above-entitled matter. Movant, Ryan Shaffer, Montana State Bar No. 8430, is a partner of the law firm of Meyer, Shaffer & Stepans, PLLP.  Movant is a member in good standing of the Montana Bar and the United States District Court, District of Montana, and maintains an office in this State for practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the court and counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall (along with other Montana attorneys of record) be required to electronically file all documents and things that may be filed electronically, and who shall be in compliance with CM/ECF Administrative Procedures.  The affidavit and certification required by Local Rule 83.1(d)(3) is filed herewith as **Exhibit A.**

Counsel for Defendants have been contacted and do not oppose this motion. A Proposed Order is filed herewith and emailed to the Court pursuant to L.R. 7.1(c)(3).

DATED 26th day of April, 2022.

///

///

MEYER, SHAFFER & STEPANS PLLP


By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*