# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | )<br>)<br>) |
| Plaintiffs, | ) Case No. CV-20-52-BLG-SPW<br>)<br>) |
| vs. | )<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | )<br>)<br>) |
| Cross Claimant, | )<br>)<br>) |
| BRUCE MAPLEY, SR., | )<br>) |
| Cross Defendant. | ) |

Plaintiffs Tracy Caekaert and Camillia Mapley move for the admission of Matthew L. Merrill to practice before the Court in the above captioned matter with Meyer, Shaffer & Stepans, PLLP of Missoula, Montana designated as local counsel. The motion complies with Local Rule 83.1(d), and defendants did not oppose the motion.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Admit Matthew L. Merrill to appear *pro hac vice* (Doc. 125) is **GRANTED** and he is admitted to appear as counsel with Meyer, Shaffer & Stepans, PLLP pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 26th day of April, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge