| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1863 Wazee Street, Suite 3A |
| Meyer, Shaffer & Stepans, PLLP | Denver, CO  80202 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **ACKNOWLEDGMENT AND ACCEPTANCE OF TERMS FOR *PRO HAC VICE* ADMISSION** |
| vs. | **(Matthew L. Merrill)** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants, | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | |
| Cross Claimant, | |
| BRUCE MAPLEY, SR., | |
| Cross Defendant. | |

I, Matthew L. Merrill, acknowledge and accept the terms and conditions of my *pro hac vice* admission set forth in the Order granting my admission to practice *pro hac vice* (ECF. Doc. 126).

DATED 3rd day of May, 2022.

                                MEYER, SHAFFER & STEPANS PLLP

                                By: /s/ Matthew L. Merrill
                                      Matthew L. Merrill
                                      MERRILL LAW, LLC

                                *Attorney for Plaintiffs*

Acknowledgement and Acceptance of Terms for *Pro Hac Vice Admission*
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 3

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Matthew L. Merrill
　　Matthew L. Merrill
　　MERRILL LAW, LLC

*Attorney for Plaintiffs*

Acknowledgement and Acceptance of Terms for *Pro Hac Vice Admission*
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 3