Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1863 Wazee Street, Suite 3A
Denver, CO  80202
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br>        Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br>        Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE CERTAIN SCHEDULING ORDER DEADLINES** |

Plaintiffs, by and through their undersigned counsel, and with the agreement of counsel for defendants Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania, hereby move the Court to continue certain pre-trial deadlines in the December 20, 2021, Scheduling Order (ECF Doc. 105) by three (3) months.  The parties anticipate needing additional time to complete discovery and the current Scheduling Order appears to include sufficient time prior to the Motions deadline to accommodate the extensions sought herein.  Plaintiffs therefore propose amending certain pretrial deadlines as set forth below:

| Deadline | Date |
| --- | --- |
| Simultaneous Disclosures of Plaintiffs' Damages and Liability Experts | **November 15, 2022** (currently Aug. 15, 2022) |
| Disclosure of Defendants' Damages Experts | **December 12, 2022** (currently Sept. 12, 2022) |
| Discovery Deadline | **January 31, 2023** (currently Oct. 31, 2022) |
| Fully Briefed Motions Deadline | **April 28, 2023** (currently Jan. 30, 2023) |

No other deadlines in the December 20, 2021 Scheduling Order would be affected by this Motion.

Based upon the foregoing, Plaintiffs respectfully request that the Court amend the December 20, 2021 Scheduling Order as proposed herein to permit the parties additional time to complete discovery.  A proposed Order is attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED this 3rd day of May, 2022.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                  By: /s/ Ryan Shaffer
                                      Ryan R. Shaffer
                                      MEYER, SHAFFER & STEPANS PLLP

                                  *Attorneys for Plaintiffs*