# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br><br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion to Continue Certain Scheduling Order Deadlines. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED: Plaintiffs' Motion is GRANTED, and the Scheduling Order (Doc. 105) is amended as follows:

| | |
|---|---|
| Simultaneous Disclosures of Plaintiffs' Damages and Liability Experts | **November 15, 2022** |

| Disclosure of Defendants' Damages Experts | **December 12, 2022** |
|---|---|
| Discovery Deadline | **January 31, 2023** |
| Fully Briefed Motions Deadline | **April 28, 2023** |

DATED this _____ day of _____, 2022.

_____
Susan P. Watters
United States District Court Judge