# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Before the Court is Plaintiffs' Unopposed Motion to Continue Certain Scheduling Order Deadlines (Doc. 128). Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED: Plaintiffs' Motion (Doc. 128) is **GRANTED**, and the Scheduling Order (Doc. 105) is amended as follows:

| | |
|---|---|
| Simultaneous Disclosures of Plaintiffs' Damages and Liability Experts | November 15, 2022 |

| | |
|---|---|
| Disclosure of Defendants' Damages Experts | **December 12, 2022** |
| Discovery Deadline | **January 31, 2023** |
| Fully Briefed Motions Deadline | **April 28, 2023** |

DATED this 3rd day of May, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge