*Exhibit B*



1

2

3

4

5

6

7

8

9

10                    TRANSCRIPTION OF

11               INVESTIGATOR BOUNTECOU'S

12            INTERVIEW WITH BRUCE MAPLEY

13

14

15

16

17

18

19

20

21

22

23

24

25

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

CAEKAERT/MAPLEY 004061

**Bruce Mapley**

```
1    (Recording began.)

2

3              CHARLOTTE:  Hello.

4              INVESTIGATOR BONTECOU:  Hi, is this

5    Charlotte?

6              CHARLOTTE:  Uh-huh.

7              INVESTIGATOR BONTECOU:  Charlotte, I'm

8    wondering if you can help me out.  I'm trying to

9    touch base with, uh, Bruce Mapley.  Is he

10   available?

11             CHARLOTTE:  Uh, yes.  Who's calling?

12             INVESTIGATOR BONTECOU:  This is Todd

13   Bontecou.  I'm calling from Jackson, Wyoming.

14             CHARLOTTE:  Okay.  Hold on just a minute.

15             Todd Bontecou from Wyoming.

16             BRUCE MAPLEY:  Wyoming?

17             Hello?

18             INVESTIGATOR BONTECOU:  Hello, Bruce.

19             BRUCE MAPLEY:  Yes -- yes.

20             INVESTIGATOR BONTECOU:  Yeah.  My name is

21   Todd Bontecou.  Bruce, I'm calling from a law

22   office up here in Jackson, Wyoming, and we

23   represent your two daughters, Tracy and Cami.

24             BRUCE MAPLEY:  Yes, sir.

25             INVESTIGATOR BONTECOU:  Pardon me?
```

                                                                    2

CAEKAERT/MAPLEY 004062

**Bruce Mapley**

```
 1          BRUCE MAPLEY:  Yes, sir.

 2          INVESTIGATOR BONTECOU:  And, uhm, I'm

 3   hoping that you can help us shed some light on some

 4   matters, uh, that pertain way back to, like, 40

 5   years ago.

 6          Do you remember a gentleman by the name of

 7   Gunner Haines?

 8          BRUCE MAPLEY:  Yes, I do, and he's dead.

 9          INVESTIGATOR BONTECOU:  Right.  That's

10   what I understand.  Uhm, when you folks were living

11   in Hardin, Montana, about 40 years ago, do you

12   remember when Gunner was put on public reproof

13   at the -- at the church there in Hardin?

14          BRUCE MAPLEY:  Uhm, you know, I can't

15   remember.  It had to have been in the, uh -- uh, it

16   had to have been around '76, '77, or something like

17   that.

18          INVESTIGATOR BONTECOU:  Right.  And, so,

19   you do remember that?  When they --

20          BRUCE MAPLEY:  I -- I don't actually

21   remember him being put on public reproof.  But,

22   uhm, he had to have been for what happened, yes.

23          INVESTIGATOR BONTECOU:  And what happened?

24   What is that that you are referring to?

25          BRUCE MAPLEY:  Uh, well, what are the
```

3

CAEKAERT/MAPLEY 004063

**Bruce Mapley**

```
 1   girls talking about?
 2              INVESTIGATOR BONTECOU:  Well, they are
 3   talking about Gunner was put on public reproof for,
 4   uhm, sexually assaulting some young women.
 5              BRUCE MAPLEY:  Yes.
 6              INVESTIGATOR BONTECOU:  Okay.  And, so,
 7   you -- you -- your memory is that happened -- if he
 8   wasn't put on public reproof, what -- what
 9   happened?  What --
10              BRUCE MAPLEY:  Uh, I went through a lot of
11   stuff back then, and I lost a lot of my memory as a
12   result of it.  And I just -- after all of these
13   years I'm just starting to get it back.
14              All I can remember is having to, uhm, go
15   before the congregation and adhere to -- and
16   acknowledge the fact that it happened, because my
17   daughter said it did.
18              And, then, uhm, I don't know if he was put
19   on public reproof, or not.  But according to the
20   organization, he would have had to have been put on
21   public reproof or disfellowshipped.
22              INVESTIGATOR BONTECOU:  So, your memory is
23   it was one or the other?  He was either put on --
24              BRUCE MAPLEY:  Yes.
25              INVESTIGATOR BONTECOU:  -- public reproof
                                                        4
```

CAEKAERT/MAPLEY 004064

**Bruce Mapley**

1    or defellowshipped?

2          BRUCE MAPLEY:  Yeah, he wasn't

3    defellowshipped, so he had to have been put on

4    public reproof.

5          INVESTIGATOR BONTECOU:  Okay.  And your

6    memory is that was around '76 or '77?

7          BRUCE MAPLEY:  Somewhere in there, or

8    early -- maybe, later into the '80s.  I -- my --

9    just, I can't -- I honestly just can't remember.  I

10   lost a lot of my memory.

11         INVESTIGATOR BONTECOU:  Okay.  And why is

12   that?  Did something happen, or --

13         BRUCE MAPLEY:  Oh, yeah.  I had -- I lost

14   my leg and -- and had -- had head damage when I got

15   drug on the ground by a horse, and all of that

16   stuff.

17         INVESTIGATOR BONTECOU:  Oh, okay.  Yeah, I

18   did hear something about that.  Uhm, so, and you

19   say that this occurred because of what he did to

20   your daughter, which daughter are you talking

21   about?

22         BRUCE MAPLEY:  It would be Tracy, as far

23   as I know.

24         INVESTIGATOR BONTECOU:  Okay.  And -- and

25   do you remember the specific allegation?  Was this

5

CAEKAERT/MAPLEY 004065

**Bruce Mapley**

1    pertaining to -- what do you remember about it?  I

2    know it was a long time ago, but was it pertaining

3    to one event, or was it multiple events?  What's

4    your memory?

5              BRUCE MAPLEY:  Yeah, it -- it pertained to

6    multiple events, from what I understood.

7              INVESTIGATOR BONTECOU:  Okay.  And how

8    did -- how did you come to that understanding?  Did

9    you get it from Gunner, himself, or did you get it

10   from Tracy?

11             BRUCE MAPLEY:  From the congregation

12   elders.

13             INVESTIGATOR BONTECOU:  The congregation

14   elders?

15             BRUCE MAPLEY:  Uh-huh.  And Gunner.  Well,

16   I didn't get it, actually, from Gunner, that I

17   remember, I got it from the congregation elders.

18   Because, later -- some later -- or some time later,

19   eight or nine years later, one of the elders in the

20   congregation revealed to me that something about

21   other children.  That's why -- that's why I can

22   remember that.

23             INVESTIGATOR BONTECOU:  Do you remember

24   who that elder was that told you about other

25   children being involved?

6

CAEKAERT/MAPLEY 004066

**Bruce Mapley**

```
 1          BRUCE MAPLEY:  Uhm, I don't think he's an
 2  elder anymore.  But I can't remember his name.  I
 3  will try real hard, but I can't -- I can't remember
 4  his name.  He was in the Northern Cheyenne
 5  Reservation.
 6          INVESTIGATOR BONTECOU:  I --
 7          BRUCE MAPLEY:  And I can't remember.
 8          INVESTIGATOR BONTECOU:  I've got a few
 9  names here.  Was it James Rowland, by chance?
10          BRUCE MAPLEY:  Yes.  Yes.
11          INVESTIGATOR BONTECOU:  It was James
12  Rowland.
13          BRUCE MAPLEY:  Yes.
14          INVESTIGATOR BONTECOU:  And when you said
15  other girls were involved, other children were
16  involved, do you think one of them was his
17  daughter?
18          BRUCE MAPLEY:  Uhm, I don't know.  But
19  I -- it possibly could have been.  I don't know if
20  he had a daughter then, or boys.  I don't know if
21  he had a daughter.  He had boys, I think.  He may
22  have had a daughter.  I can't remember, I'm sorry.
23          INVESTIGATOR BONTECOU:  No, no, that's
24  fine.  That's fine.  Yeah, it was a long time ago.
25          Okay.  So, and when this came out with
```

7

CAEKAERT/MAPLEY 004067

**Bruce Mapley**

1   Gunner, and you learned that it was possibly

2   multiple event involving Tracy, uh, did you ever

3   talk to Tracy about it, do you remember?

4           BRUCE MAPLEY:  Uhm, yes, I did, but I

5   can't remember the conversation.

6           INVESTIGATOR BONTECOU:  Okay.  And -- and,

7   basically, she shared with you what Gunner did, or

8   had been doing over a period of time?  That's your

9   memory?

10          BRUCE MAPLEY:  I got more of it -- I got

11  more of it, I think, from the elders than I did

12  Tracy.

13          INVESTIGATOR BONTECOU:  And -- and how

14  does that work, anyway?  Does that -- Does Tracy

15  have to appear in front of the elders and tell them

16  what happened, or would -- did the elders get it

17  from Gunner?

18          BRUCE MAPLEY:  I think it worked both

19  ways.  They had -- Gunner had to go before them,

20  too.  I don't remember exactly what went on between

21  the elders and Tracy at that time, but I know that

22  Gunner had to go before -- before the elders.

23          INVESTIGATOR BONTECOU:  Okay.  And do you

24  remember the names of the elders at that particular

25  congregation?

8

CAEKAERT/MAPLEY 004068

**Bruce Mapley**

1          BRUCE MAPLEY:  Yeah.  James -- Jim -- he's

2     dead, too.  Uhm, Martin Svenson was one.  He's in

3     Columbus, Montana, now.  Martin Svenson.

4          INVESTIGATOR BONTECOU:  Uh-huh.

5          BRUCE MAPLEY:  And then, uhm, Harold

6     Remby.  And then, uhm, uh, Jim Rowland.  That's all

7     I know of.

8          INVESTIGATOR BONTECOU:  Okay.  Those

9     three.  Okay.

10          BRUCE MAPLEY:  Uh-huh.

11          INVESTIGATOR BONTECOU:  And they were the

12     elders, and this is back in the late '70s?

13          BRUCE MAPLEY:  Uh-huh.

14          INVESTIGATOR BONTECOU:  Now, uhm, did any

15     of the allegations involve Cami, or just Tracy?

16          BRUCE MAPLEY:  No, I don't know.  Cami has

17     never said anything about that.  She never -- I --

18     I'm thinking it's just about Tracy.

19          INVESTIGATOR BONTECOU:  Okay.  And do you

20     remember the time when Tracy, uhm, sat down with

21     the family and -- and brought it to the attention

22     of the family?  It happened there in the living

23     room?

24          BRUCE MAPLEY:  No, it didn't happen with

25     me.  It was probably more to her mother, that she

9

CAEKAERT/MAPLEY 004069

**Bruce Mapley**

| | |
|---|---|
| 1 | brought the attention to -- she probably brought it |
| 2 | more to her mother than she did me. |
| 3 | INVESTIGATOR BONTECOU:  Okay.  Uhm, now, |
| 4 | and you're talking about Shirley? |
| 5 | BRUCE MAPLEY:  Yes. |
| 6 | INVESTIGATOR BONTECOU:  Okay.  Now, |
| 7 | Shirley -- Shirley remembers you, uhm -- everybody |
| 8 | sitting in the living room and you coming in and |
| 9 | being there, as well.  Do you remember -- |
| 10 | BRUCE MAPLEY:  No, I -- no, I don't. |
| 11 | INVESTIGATOR BONTECOU:  Okay.  Is it |
| 12 | possible that did happen and you just don't |
| 13 | remember at this point? |
| 14 | BRUCE MAPLEY:  It's possible it could have |
| 15 | happened, yeah, I just don't remember it.  I've |
| 16 | lost a lot of those times -- excuse me.  I've lost |
| 17 | a lot of that memory. |
| 18 | INVESTIGATOR BONTECOU:  Sure. |
| 19 | Okay.  Now, Bruce, was there -- do you |
| 20 | remember -- going, again, back to the '70s, after |
| 21 | this came out with Gunner, was there any discussion |
| 22 | about taking it to the authorities, or reporting it |
| 23 | to the authorities? |
| 24 | BRUCE MAPLEY:  Uhm, I think there was some |
| 25 | discussion, and I don't know the reason why it |

10

CAEKAERT/MAPLEY 004070

1    didn't.

2              INVESTIGATOR BONTECOU:  And who was the

3    discussion with, do you remember?

4              BRUCE MAPLEY:  It would have been with

5    the -- Harold Remby.  He was the presiding overseer

6    of the elders at that time.

7              INVESTIGATOR BONTECOU:  Harold Remby?

8              BRUCE MAPLEY:  Uh-huh.

9              CHARLOTTE:  And -- and was this a

10   conversation you had with him?

11             BRUCE MAPLEY:  No.  No.

12             INVESTIGATOR BONTECOU:  Who -- who would

13   have had this conversation with Harold about

14   whether to bring it to the attention of the

15   authorities?

16             BRUCE MAPLEY:  Uhm, it probably would have

17   been with Harold or Martin Svenson.  He's still

18   alive.  That's -- I don't know about Jim Rowland.

19   I don't even think he's an elder in the

20   congregation anymore.  But Martin Svenson would be

21   the one that would know a lot of that information.

22   He's got a good memory, too.

23             INVESTIGATOR BONTECOU:  Yeah.  Okay.  All

24   right.  And, so, there was discussion about taking

25   it to the authorities, but it didn't happen, and

                                              11

CAEKAERT/MAPLEY 004071

**Bruce Mapley**

```
 1   you just -- and you just don't know why?

 2              BRUCE MAPLEY:  I don't know why, yeah.  I

 3   just actually don't know why.

 4              INVESTIGATOR BONTECOU:  Okay.  I mean, as

 5   a father, did you feel a need or a desire to --

 6              BRUCE MAPLEY:  Yeah, I asked -- I asked

 7   that it would be.  I can remember that much.  But I

 8   don't remember why.

 9              INVESTIGATOR BONTECOU:  But you never went

10   to the authorities.

11              BRUCE MAPLEY:  No.

12              INVESTIGATOR BONTECOU:  Okay.  And just

13   curious, why is that?

14              BRUCE MAPLEY:  Uhm, probably under advice

15   of the elders.

16              INVESTIGATOR BONTECOU:  Okay.  And you

17   would take their lead?

18              BRUCE MAPLEY:  Uhm, at the time I would

19   have, yes, but it's different now.

20              INVESTIGATOR BONTECOU:  Okay.  Did the

21   elders encourage you not to take it to the

22   authorities?

23              BRUCE MAPLEY:  Uh, that, I do not

24   remember, and I'm not going to commit to saying yes

25   or no on that.
```
                                                      12

CAEKAERT/MAPLEY 004072

**Bruce Mapley**

| | |
|---|---|
| 1 | INVESTIGATOR BONTECOU:  Okay.  You just |
| 2 | don't -- you just don't remember? |
| 3 | BRUCE MAPLEY:  I don't remember. |
| 4 | INVESTIGATOR BONTECOU:  Okay.  Now, Bruce, |
| 5 | do you know if -- in terms of their habit, or their |
| 6 | practice, would they take notes, or would there be |
| 7 | a record of this, uh, what happened to Gunner? |
| 8 | BRUCE MAPLEY:  Uhm, that, I don't know, |
| 9 | either.  Because I -- I wasn't in any of that.  I |
| 10 | was just a publisher at that time, so I wouldn't |
| 11 | know.  I'm sure they do now.  But as far as that, I |
| 12 | don't -- I can't honestly answer that truthfully. |
| 13 | INVESTIGATOR BONTECOU:  Okay.  Uhm, you |
| 14 | were a publisher at the time?  I thought you were a |
| 15 | ministerial servant?  Or is that the same thing? |
| 16 | BRUCE MAPLEY:  Well, that's -- yeah, I was |
| 17 | a ministerial servant at that time.  But that is -- |
| 18 | that doesn't mean I have anything to do with what's |
| 19 | going on in the elder -- with them.  I'm just in |
| 20 | training to be an elder. |
| 21 | INVESTIGATOR BONTECOU:  Gotcha.  Gotcha. |
| 22 | What about Gunner?  What was his status at |
| 23 | the time?  Was he -- |
| 24 | BRUCE MAPLEY:  He was a ministerial |
| 25 | servant. |

13

CAEKAERT/MAPLEY 004073

**Bruce Mapley**

| | |
|---|---|
| 1 | INVESTIGATOR BONTECOU:  And do you know if |
| 2 | it, uhm, involved other women, besides Tracy, |
| 3 | before Tracy? |
| 4 | BRUCE MAPLEY:  I have no clue. |
| 5 | INVESTIGATOR BONTECOU:  Okay.  But you -- |
| 6 | you say that -- and are you telling me that you |
| 7 | knew nothing about other girls being involved until |
| 8 | about eight or nine years later when Jim Rowland |
| 9 | told you? |
| 10 | BRUCE MAPLEY:  That's right. |
| 11 | INVESTIGATOR BONTECOU:  You -- |
| 12 | BRUCE MAPLEY:  This is a very -- David. |
| 13 | David.  This is a very private call. |
| 14 | I'm just going to shut the door here. |
| 15 | Okay.  There we go. |
| 16 | INVESTIGATOR BONTECOU:  Are you with me? |
| 17 | BRUCE MAPLEY:  Yes, sir. |
| 18 | INVESTIGATOR BONTECOU:  Okay.  Did you, |
| 19 | uhm -- and, again, did you ever personally talk to |
| 20 | or confront Gunner Haines about what he did to your |
| 21 | daughter, Tracy? |
| 22 | BRUCE MAPLEY:  Yes, I did. |
| 23 | INVESTIGATOR BONTECOU:  And what did he |
| 24 | say? |
| 25 | BRUCE MAPLEY:  Uh, he admitted it. |

14

CAEKAERT/MAPLEY 004074

**Bruce Mapley**

```
 1            INVESTIGATOR BONTECOU:  He admitted it to

 2   you?

 3            BRUCE MAPLEY:  Yes.

 4            INVESTIGATOR BONTECOU:  And do you

 5   remember anything else he said to you?

 6            BRUCE MAPLEY:  No, I don't.

 7            INVESTIGATOR BONTECOU:  Do you remember

 8   where you had that conversation?

 9            BRUCE MAPLEY:  I think it was on the

10   phone.  I lived way out of town.

11            INVESTIGATOR BONTECOU:  And -- and

12   admitted it.  He didn't deny -- he -- actually, not

13   only did he not deny it, he actually admitted it?

14            BRUCE MAPLEY:  Yes.

15            INVESTIGATOR BONTECOU:  Did he apologize,

16   or what was his -- what was his --

17            BRUCE MAPLEY:  Yeah, he apologized.  He

18   apologized.

19            INVESTIGATOR BONTECOU:  What was his

20   explanation?  Do you remember?

21            BRUCE MAPLEY:  No, I don't.

22            INVESTIGATOR BONTECOU:  Do you think --

23            BRUCE MAPLEY:  Where is this all going,

24   please?

25            INVESTIGATOR BONTECOU:  Uh, I have no
```

15

CAEKAERT/MAPLEY 004075

**Bruce Mapley**

```
 1    idea, Bruce.  We --
 2              BRUCE MAPLEY:  Okay.  But, I mean, why --
 3    why am I answering these questions to you?
 4              INVESTIGATOR BONTECOU:  Uh, because I work
 5    for the attorney who represents your daughters.
 6    I'm the investigator.
 7              BRUCE MAPLEY:  Okay.
 8              INVESTIGATOR BONTECOU:  And I work with
 9    the attorney who represents your daughters, and we
10    are investigating a potential claim.
11              BRUCE MAPLEY:  I see.  Okay.
12              INVESTIGATOR BONTECOU:  And, uh --
13              BRUCE MAPLEY:  Against -- against whom?
14              INVESTIGATOR BONTECOU:  Well, we're at
15    that point, it's in the investigator process, and
16    we're not exactly sure.
17              BRUCE MAPLEY:  Okay.  Is this going to be
18    against Jehovah's organization?
19              INVESTIGATOR BONTECOU:  It's possible.
20              BRUCE MAPLEY:  Well, then, uhm, I am --
21    I'm not going to talk to you anymore about it until
22    after I talk to the elders here.
23              INVESTIGATOR BONTECOU:  And why is that?
24              BRUCE MAPLEY:  Well, because we are
25    talking about not an individual, we are talking
```

16

CAEKAERT/MAPLEY 004076

**Bruce Mapley**

```
 1   about an entire organization.  And I want to be

 2   able -- what I'm going to say, I want it to have --

 3   be in line with theocratic order.

 4              INVESTIGATOR BONTECOU:  Well, what about

 5   in line with the truth?

 6              BRUCE MAPLEY:  Well, that's theocratic

 7   order, the truth.

 8              INVESTIGATOR BONTECOU:  So, what's the

 9   problem with --

10              BRUCE MAPLEY:  I'm -- well, I'm -- I'm

11   giving you information that I'm having a hard time

12   remembering.  And if there is going to be an

13   accusation and a claim against Jehovah's

14   organization for something that they didn't do,

15   then I have to get an understanding from my elders

16   in this congregation that I'm in now what I can and

17   what I can't answer.  That's just procedure of law,

18   sir.

19              INVESTIGATOR BONTECOU:  Okay.  Well, then,

20   let's not talk about the church, let's talk about

21   individuals.  Let's talk about yourself.

22              Uhm, did you ever sexually assault either

23   of your daughters?

24              BRUCE MAPLEY:  I'm not going to answer any

25   more questions.
```
17

CAEKAERT/MAPLEY 004077

**Bruce Mapley**

1          INVESTIGATOR BONTECOU:  Okay.  That's

2   fine.  Well, thank you for your time, Bruce,

3   appreciate it.

4          BRUCE MAPLEY:  Thank you.

5          INVESTIGATOR BONTECOU:  Bye-bye.

6

7   (End of Recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    18

CAEKAERT/MAPLEY 004078

**Bruce Mapley**

```
 1                        CERTIFICATE

 2   STATE OF MONTANA )
                      ) SS
 3   COUNTY OF LAKE   )

 4        I, JULIE L. DELONG, Registered Professional

 5   Reporter, within and for the State of Montana, do

 6   hereby certify that the above-entitled audio was

 7   written in shorthand and thereafter transcribed,

 8   and that I am not an attorney for nor relative of

 9   any of said parties or otherwise interested in the

10   event of said action.

11        IN WITNESS WHEREOF, I have hereunto set my

12   hand and official seal this 10th day of July, 2022.

13

14        _____
               JULIE L. DELONG, RPR
15

16

17

18

19

20

21

22

23

24

25
                                                    19
```

JULIE L. DELONG
NOTARY PUBLIC for the
State of Montana
Residing at Saint Ignatius,
Montana
My Commission Expires
October 4, 2025

NOTARIAL SEAL

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

CAEKAERT/MAPLEY 004079

## A

**able (1)**
17:2
**according (1)**
4:19
**accusation (1)**
17:13
**acknowledge (1)**
4:16
**actually (5)**
3:20;6:16;12:3;
15:12,13
**adhere (1)**
4:15
**admitted (4)**
14:25;15:1,12,13
**advice (1)**
12:14
**again (2)**
10:20;14:19
**Against (4)**
16:13,13,18;17:13
**ago (4)**
3:5,11;6:2;7:24
**alive (1)**
11:18
**allegation (1)**
5:25
**allegations (1)**
9:15
**anymore (3)**
7:2;11:20;16:21
**apologize (1)**
15:15
**apologized (2)**
15:17,18
**appear (1)**
8:15
**appreciate (1)**
18:3
**around (2)**
3:16;5:6
**assault (1)**
17:22
**assaulting (1)**
4:4
**attention (3)**
9:21;10:1;11:14
**attorney (2)**
16:5,9
**authorities (6)**
10:22,23;11:15,25;
12:10,22
**available (1)**
2:10

## B

**back (5)**
3:4;4:11,13;9:12;
10:20

**base (1)**
2:9
**basically (1)**
8:7
**began (1)**
2:1
**besides (1)**
14:2
**BONTECOU (79)**
2:4,7,12,13,15,18,
20,21,25;3:2,9,18,23;
4:2,6,22,25;5:5,11,
17,24;6:7,13,23;7:6,
8,11,14,23;8:6,13,23;
9:4,8,11,14,19;10:3,
6,11,18;11:2,7,12,23;
12:4,9,12,16,20;13:1,
4,13,21;14:1,5,11,16,
18,23;15:1,4,7,11,15,
19,22,25;16:4,8,12,
14,19,23;17:4,8,19;
18:1,5
**both (1)**
8:18
**boys (2)**
7:20,21
**bring (1)**
11:14
**brought (3)**
9:21;10:1,1
**Bruce (81)**
2:9,16,18,19,21,24;
3:1,8,14,20,25;4:5,
10,24;5:2,7,13,22;
6:5,11,15;7:1,7,10,
13,18;8:4,10,18;9:1,
5,10,13,16,24;10:5,
10,14,19,24;11:4,8,
11,16;12:2,6,11,14,
18,23;13:3,4,8,16,24;
14:4,10,12,17,22,25;
15:3,6,9,14,17,21,23;
16:1,2,7,11,13,17,20,
24;17:6,10,24;18:2,4
**Bye-bye (1)**
18:5

## C

**call (1)**
14:13
**calling (3)**
2:11,13,21
**came (2)**
7:25;10:21
**Cami (3)**
2:23;9:15,16
**can (6)**
2:8;3:3;4:14;6:21;
12:7;17:16
**chance (1)**
7:9
**CHARLOTTE (7)**

2:3,5,6,7,11,14;
11:9
**Cheyenne (1)**
7:4
**children (3)**
6:21,25;7:15
**church (2)**
3:13;17:20
**claim (2)**
16:10;17:13
**clue (1)**
14:4
**Columbus (1)**
9:3
**coming (1)**
10:8
**commit (1)**
12:24
**confront (1)**
14:20
**congregation (8)**
4:15;6:11,13,17,
20;8:25;11:20;17:16
**conversation (3)**
8:5;11:10,13;15:8
**curious (1)**
12:13

## D

**damage (1)**
5:14
**daughter (8)**
4:17;5:20,20;7:17,
20,21,22;14:21
**daughters (4)**
2:23;16:5,9;17:23
**David (2)**
14:12,13
**dead (2)**
3:8;9:2
**defellowshipped (2)**
5:1,3
**deny (2)**
15:12,13
**desire (1)**
12:5
**different (1)**
12:19
**discussion (4)**
10:21,25;11:3,24
**disfellowshipped (1)**
4:21
**door (1)**
14:14
**down (1)**
9:20
**drug (1)**
5:15

## E

**early (1)**

5:8
**eight (2)**
6:19;14:8
**either (3)**
4:23;13:9;17:22
**elder (5)**
6:24;7:2;11:19;
13:19,20
**elders (16)**
6:12,14,17,19;8:11,
15,16,21,22,24;9:12;
11:6;12:15,21;16:22;
17:15
**else (1)**
15:5
**encourage (1)**
12:21
**End (1)**
18:7
**entire (1)**
17:1
**even (1)**
11:19
**event (2)**
6:3;8:2
**events (2)**
6:3,6
**everybody (1)**
10:7
**exactly (2)**
8:20;16:16
**excuse (1)**
10:16
**explanation (1)**
15:20

## F

**fact (1)**
4:16
**family (2)**
9:21,22
**far (2)**
5:22;13:11
**father (1)**
12:5
**feel (1)**
12:5
**few (1)**
7:8
**fine (3)**
7:24,24;18:2
**folks (1)**
3:10
**front (1)**
8:15

## G

**gentleman (1)**
3:6
**girls (3)**
4:1;7:15;14:7

**giving (1)**
17:11
**good (1)**
11:22
**Gotcha (2)**
13:21,21
**ground (1)**
5:6
**Gunner (15)**
3:7;12:4;3:6;9,15,
16;8:1,7,17,19,22;
10:21;13:7,22;14:20

## H

**habit (1)**
13:5
**Haines (2)**
3:7;14:20
**happen (4)**
5:12;9:24;10:12;
11:25
**happened (9)**
3:22,23;4:7,9,16;
8:16;9:22;10:15;13:7
**hard (2)**
7:3;17:11
**Hardin (2)**
3:11,13
**Harold (5)**
9:5;11:5,7,13,17
**head (1)**
5:14
**hear (1)**
5:18
**Hello (3)**
2:3,17,18
**help (2)**
2:8;3:3
**Hi (1)**
2:4
**himself (1)**
6:9
**Hold (1)**
2:14
**honestly (2)**
5:9;13:12
**hoping (1)**
3:3
**horse (1)**
5:15

## I

**idea (1)**
16:1
**individual (1)**
16:25
**individuals (1)**
17:21
**information (2)**
11:21;17:11
**into (1)**

5:8
**investigating (1)**
   16:10
**INVESTIGATOR (78)**
   2:4,7,12,18,20,25;
   3:2,9,18,23;4:2,6,22,
   25;5:5,11,17,24;6:7,
   13,23;7:6,8,11,14,23;
   8:6,13,23;9:4,8,11,
   14,19;10:3,6,11,18;
   11:2,7,12,23;12:4,9,
   12,16,20;13:1,4,13,
   21;14:1,5,11,16,18,
   23;15:1,4,7,11,15,19,
   22,25;16:4,6,8,12,14,
   15,19,23;17:4,8,19;
   18:1,5
**involve (1)**
   9:15
**involved (5)**
   6:25;7:15,16;14:2,
   7
**involving (1)**
   8:2

## J

**Jackson (2)**
   2:13,22
**James (3)**
   7:9,11;9:1
**Jehovah's (2)**
   16:18;17:13
**Jim (4)**
   9:1,6;11:18;14:8

## K

**knew (1)**
   14:7

## L

**late (1)**
   9:12
**later (6)**
   5:8;6:18,18,18,19;
   14:8
**law (2)**
   2:21;17:17
**lead (1)**
   12:17
**learned (1)**
   8:1
**leg (1)**
   5:14
**light (1)**
   3:3
**line (2)**
   17:3,5
**lived (1)**
   15:10
**living (3)**

3:10;9:22;10:8
**long (2)**
   6:2;7:24
**lost (5)**
   4:11;5:10,13;
   10:16,16
**lot (6)**
   4:10,11;5:10;
   10:16,17;11:21

## M

**Mapley (75)**
   2:9,16,19,24;3:1,8,
   14,20,25;4:5,10,24;
   5:2,7,13,22;6:5,11,
   15;7:1,7,10,13,18;
   8:4,10,18;9:1,5,10,
   13,16,24;10:5,10,14,
   24;11:4,8,11,16;12:2,
   6,11,14,18,23;13:3,8,
   16,24;14:4,10,12,17,
   22,25;15:3,6,9,14,17,
   21,23;16:2,7,11,13,
   17,20,24;17:6,10,24;
   18:4
**Martin (4)**
   9:2,3;11:17,20
**matters (1)**
   3:4
**may (1)**
   7:21
**maybe (1)**
   5:8
**mean (3)**
   12:4;13:18;16:2
**memory (9)**
   4:7,11,22;5:6,10;
   6:4;8:9;10:17;11:22
**ministerial (3)**
   13:15,17,24
**minute (1)**
   2:14
**Montana (2)**
   3:11;9:3
**more (5)**
   8:10,11;9:25;10:2;
   17:25
**mother (2)**
   9:25;10:2
**much (1)**
   12:7
**multiple (3)**
   6:3,6;8:2

## N

**name (4)**
   2:20;3:6;7:2,4
**names (2)**
   7:9;8:24
**need (1)**
   12:5

**nine (2)**
   6:19;14:8
**Northern (1)**
   7:4
**notes (1)**
   13:6

## O

**occurred (1)**
   5:19
**office (1)**
   2:22
**one (6)**
   4:23;6:3,19;7:16;
   9:2;11:21
**only (1)**
   15:13
**order (2)**
   17:3,7
**organization (4)**
   4:20;16:18;17:1,14
**out (4)**
   2:8;7:25;10:21;
   15:10
**over (1)**
   8:8
**overseer (1)**
   11:5

## P

**Pardon (1)**
   2:25
**particular (1)**
   8:24
**period (1)**
   8:8
**personally (1)**
   14:19
**pertain (1)**
   3:4
**pertained (1)**
   6:5
**pertaining (2)**
   6:1,2
**phone (1)**
   15:10
**please (1)**
   15:24
**point (2)**
   10:13;16:15
**possible (3)**
   10:12,14;16:19
**possibly (2)**
   7:19;8:1
**potential (1)**
   16:10
**practice (1)**
   13:6
**presiding (1)**
   11:5
**private (1)**

14:13
**probably (4)**
   9:25;10:1;11:16;
   12:14
**problem (1)**
   17:9
**procedure (1)**
   17:17
**process (1)**
   16:15
**public (8)**
   3:12,21;4:3,8,19,
   21,25;5:4
**publisher (2)**
   13:10,14
**put (8)**
   3:12,21;4:3,8,18,
   20,23;5:3

## R

**real (1)**
   7:3
**reason (1)**
   10:25
**record (1)**
   13:7
**Recording (2)**
   2:1;18:7
**referring (1)**
   3:24
**Remby (3)**
   9:6;11:5,7
**remember (34)**
   3:6,12,15,19,21;
   4:14;5:9,25;6:1,17,
   22,23;7:2,3,7,22;8:3,
   5,20,24;9:20;10:9,13,
   15,20;11:3;12:7,8,24;
   13:2,3;15:5,7,20
**remembering (1)**
   17:12
**remembers (1)**
   10:7
**reporting (1)**
   10:22
**represent (1)**
   2:23
**represents (2)**
   16:5,9
**reproof (8)**
   3:12,21;4:3,8,19,
   21,25;5:4
**Reservation (1)**
   7:5
**result (1)**
   4:12
**revealed (1)**
   6:20
**Right (4)**
   3:9,18;11:24;14:10
**room (2)**
   9:23;10:8

**Rowland (5)**
   7:9,12;9:6;11:18;
   14:8

## S

**same (1)**
   13:15
**sat (1)**
   9:20
**saying (1)**
   12:24
**servant (3)**
   13:15,17,25
**sexually (1)**
   4:4;17:22
**shared (1)**
   8:7
**shed (1)**
   3:3
**Shirley (3)**
   10:4,7,7
**shut (1)**
   14:14
**sitting (1)**
   10:8
**Somewhere (1)**
   5:7
**sorry (1)**
   7:22
**specific (1)**
   5:25
**starting (1)**
   4:13
**status (1)**
   13:22
**still (1)**
   11:17
**stuff (2)**
   4:11;5:16
**Sure (3)**
   10:18;13:11;16:16
**Svenson (4)**
   9:2,3;11:17,20

## T

**talk (7)**
   8:3;14:19;16:21,
   22;17:20,20,21
**talking (6)**
   4:1,3;5:20;10:4;
   16:25,25
**telling (1)**
   14:6
**terms (1)**
   13:5
**theocratic (2)**
   17:3,6
**thinking (1)**
   9:18
**thought (1)**
   13:14

CAEKAERT/MAPLEY 004081

v
**Transcription of Investigator's Bountecou's Interview**

Bruce Mapley

**three (1)**
  9:9
**times (1)**
  10:16
**Todd (3)**
  2:12,15,21
**told (2)**
  6:24;14:9
**touch (1)**
  2:9
**town (1)**
  15:10
**Tracy (14)**
  2:23;5:22;6:10;8:2,
  3,12,14,21;9:15,18,
  20;14:2,3,21
**training (1)**
  13:20
**truth (2)**
  17:5,7
**truthfully (1)**
  13:12
**try (1)**
  7:3
**trying (1)**
  2:8
**two (1)**
  2:23

---

**U**

**uh (15)**
  2:9,11;3:4,15,15,
  25;4:10;8:2;9:6;
  12:23;13:7;14:25;
  15:25;16:4,12
**uhm (28)**
  3:2,10,14,22;4:4,
  14,18;5:18;7:1,18;
  8:4;9:2,5,6,14,20;
  10:3,7,24;11:16;
  12:14,18;13:8,13;
  14:2,19;16:20;17:22
**under (1)**
  12:14
**understood (1)**
  6:6
**up (1)**
  2:22

---

**W**

**way (2)**
  3:4;15:10
**ways (1)**
  8:19
**What's (3)**
  6:3;13:18;17:8
**Who's (1)**
  2:11
**women (2)**
  4:4;14:2
**wondering (1)**

2:8
**work (3)**
  8:14;16:4,8
**worked (1)**
  8:18
**Wyoming (4)**
  2:13,15,16,22

---

**Y**

**years (5)**
  3:5,11;4:13;6:19;
  14:8
**young (1)**
  4:4

---

**4**

**40 (2)**
  3:4,11

---

**7**

**70s (2)**
  9:12;10:20
**76 (2)**
  3:16;5:6
**77 (2)**
  3:16;5:6

---

**8**

**80s (1)**
  5:8

CAEKAERT/MAPLEY 004082