*Exhibit E*

| | |
|---|---|
| **From:** | Bruce mapley |
| **To:** | Jessica Yuhas |
| **Subject:** | Re: Caekaert et al v. Watch Tower - Plaintiffs Tracy Caekaert"s & Camillia Mapley"s Answers & Responses to WTPA"s 1st Discovery |
| **Date:** | Thursday, July 14, 2022 4:46:53 AM |

At this point in time, I am not represented an attorney yet. Also in response to the recording of my conversation with your investigator, i was not informed that it would be recorded, nor would I have giving permission to have it recorded, I will seek the Montana law on this matter according to the restriction's prohibiting such recording without permission.

On Wednesday, June 29, 2022 at 05:24:17 PM CDT, Jessica Yuhas <jessica@mss-lawfirm.com> wrote:


Counsel and Mr. Mapley,


Attached please find the following:


1. Plaintiff Tracy Caekaert's Answers and Responses to Defendant Watch Tower Bible and Tract Society of Pennsylvania's First Discovery to Plaintiff Tracy Caekaert (signed verification page will be produced upon receipt); and
2. Plaintiff Camillia Mapley's Answers and Responses to Defendant Watch Tower Bible and Tract Society of Pennsylvania's First Discovery to Plaintiff Camillia Mapley (signed verification page will be produced upon receipt).


Documents produced can be downloaded via the below Dropbox link and will be burned to a disc and mailed out.


Dropbox link: https://www.dropbox.com/sh/t67syeq4fjrribu/AAAmyNl9-gT3Y7UdAPZ5_2pMa?dl=0


Thank you,


Jessica Yuhas

Paralegal




*Montana Office:*

430 Ryman St.

Missoula, MT  59802

Tel: 406-543-6929

Fax: 406-721-1799

*Wyoming Office:*

3490 Clubhouse Drive, Suite 104

Wilson, WY 83014

Tel: 307-734-9544

Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

CAEKAERT/MAPLEY 004057

| | |
|---|---|
| **From:** | Ryan Shaffer |
| **To:** | Jessica Yuhas |
| **Cc:** | Rob Stepans; James Murnion; Matthew Merrill; Katy Gannon |
| **Subject:** | Fwd: Depos |
| **Date:** | Thursday, July 14, 2022 6:44:31 AM |

Please save these messages from Bruce Mapley.   We need to produce them.

Thanks,

Ryan

Sent from my iPhone

Begin forwarded message:

> **From:** Bruce mapley <bruce_mapley@yahoo.com>
> **Date:** July 14, 2022 at 5:17:00 AM CDT
> **To:** Ryan Shaffer <ryan@mss-lawfirm.com>
> **Subject: Re: Depos**
>
>
> I have many questions that need answers, and as I said I try to get access to the depo with no results, no codes were sent to me. I had my own questions to ask the participants, Also I have requested some paper work as to what and who was to be interviewed, again with no results. I e-mailed the clerk recorder for the release forms to obtain such depo paper work, no results? Is there anyway I can get these from you? I truly appreciate all the hard work gone into this on the WT, and as of yet I have no way to afford counsel. Also some time two years back their attorneys had a private investigator contact me, with questions I did not answer and some I did, he made a recording of that conversation without informing or asking to approve that conversation. I understand Montana Law cannot allow that with out my permission which I never gave. I had other calls from the same investigator later, ad refused to answer any more questions without counsel.
>
> Weather it matters of not, with the lose of my memory due to a horse accident in 1992 and the lose off my lower left leg, and damage to my head and mind, I was in doctor care, I have requested from the hospital those documents. And, it has taken me much effort to recall all my life's events leading up to the time when all this occurred, it is quite lengthy as I could remember the events leading up and through those times. I have compiled it as well as I could both in time and events, with still many missing parts and times. It dose no include any of what I can remember about what I am being accused of, since I have very little memory of those times or events. I do not know if you would like what I have writing pertaining to the life events or not. I know, if and when the time comes to face these charges, as hard as I have tried to recall these events, I cannot, due to my head damage and loose of memory. I am not sure at this time how in time that will effect my testimony? I, in time hope to get sound advice on how to respond to questions I have no memory of. I spend much time in prayer to do all this right, for the right reasons. Thank you, if you can I would like to hear from you, and have you share what you can on the depos..
>
>
> On Thursday, July 14, 2022 at 04:34:57 AM CDT, Bruce mapley <bruce_mapley@yahoo.com> wrote:

CAEKAERT/MAPLEY 004058

I do recall, asking for te codes to join in on the depos, wit no results. I both wanted to join in

On Thursday, July 14, 2022 at 04:18:04 AM CDT, Bruce mapley
<bruce_mapley@yahoo.com> wrote:


I did try to include myself on depo dates, with nor results. And I have ask for paper works on those depo, with no results?


On Thursday, July 14, 2022 at 04:15:48 AM CDT, Bruce mapley
<bruce_mapley@yahoo.com> wrote:


Please inform me on what I need to do, much of all this I do not understand Thank you.

On Wednesday, July 13, 2022 at 05:47:23 PM CDT, Ryan Shaffer <ryan@mss-lawfirm.com> wrote:


Hi there,

I just wanted to let you all know that if we do not hear from you on depo dates, we have no option other than to set them unilaterally.  That is not what we want to be doing.

Best,

Ryan

---

**From:** Ryan Shaffer
**Sent:** Wednesday, July 6, 2022 12:40 PM
**To:** Jon Wilson <jwilson@brownfirm.com>; Brett Jensen <BJensen@brownfirm.com>; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Joel Taylor <jtaylor@mmt-law.com>; bruce_mapley@yahoo.com
**Cc:** Jessica Yuhas <jessica@mss-lawfirm.com>
**Subject:** RE: Depos

Hello,

Please get me some available depo dates in August and September.

Thank you.

Ryan

---

**From:** Ryan Shaffer
**Sent:** Wednesday, June 29, 2022 5:02 PM
**To:** Jon Wilson <jwilson@brownfirm.com>; Brett Jensen

<BJensen@brownfirm.com>; Gerry.Fagan@moultonbellingham.com;
Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Joel
Taylor <jtaylor@mmt-law.com>; bruce_mapley@yahoo.com
**Cc:** Jessica Yuhas <jessica@mss-lawfirm.com>
**Subject:** Depos

We would like to find dates for a few depos:

- Two of them would be in-person, in Billings (Millie Svenson and Yolanda Fraser).
- One of them would likely be remote (Bruce Mapley, Sr.).
- Finally, we want to take the foundational deposition of WTNY, per the Rule 30b6 Notice attached (I am assuming that this one will take place in NY, but let me know if that is not correct).

Please let me know what dates you each have available in August and September for these.

Thanks,


Ryan R. Shaffer



*Montana Office:*
430 Ryman St.
Missoula, MT  59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449


The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

