**The Honorable Susan P. Watters:**

Referring to: Activity in Case 1:20-cv-00052-SPW Caekaert et al v. Watchtower Bible and Tract Society of New York, Inc. et al Applicable Party.

Your Honor: I understand there will sometime in late September be a deposition taken by both the law firm Meyer, Shaffer &Stepans *Montana Office:*430 Ryman St. Missoula, MT 59802, via zoom.

I am and currently have been trying to retain counsel, but with no results. The reason why is my income, I am on Social Security, and have no savings. I have tried many times to retain a attorney for at least one hour so as to get counsel on how to respond to the questions that will be ask soon at a deposition and up an coming trial. I have issues with the Montana Laws on confidential matters. And this is being contested by the above law firm. I also have informed the court of my encounter or work related horse accident, and the lose of memory due to head trauma, which I now have past medical records to help this cause.

I cannot afford an attorney, and would appeal to the court for some advice or some means of help in getting counsel for this matter.

Sincerely. Bruce G. Mapley Sr. _/s/ Bruce G. Mapley Sr._  date 8/9/2022

Bruce G. Mapley Sr.
3905 Caylan Cove
BirmingHam AL. 35315



10 AUG 2022 PM 2 L

RECEIVED
AUG 15 2022
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

Hon. Susan P. Watters Chambers

**The Honorable Susan P. Watters**
James F. Battin Federal Courthouse
2601 2nd Avenue North
5th Floor
Billings, MT 59101

59101-223300