```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MONTANA

 3                     BILLINGS DIVISION

 4   TRACY CAEKAERT, and

 5   CAMILLIA MAPLEY,

 6          Plaintiffs,          Case No. CV-20-52-BLG-SPW

 7      vs.

 8   WATCHTOWER BIBLE AND TRACT

 9   SOCIETY OF NEW YORK, INC.,

10   WATCH TOWER BIBLE AND

11   TRACT SOCIETY OF

12   PENNSYLVANIA, and BRUCE

13   MAPLEY SR.,

14          Defendants.

15   WATCHTOWER BIBLE AND TRACT

16   SOCIETY OF NEW YORK, INC.,

17          Cross Claimant,

18   BRUCE MAPLEY, SR.,

19          Cross Defendant.

20   _____

21   ARIANE ROWLAND, and JAMIE

22   SCHULZE                      Cause No. CV 20-59-BLG-SPW

23          Plaintiff,

24      vs.

25   WATCHTOWER BIBLE AND TRACT
```

1

```
 1      A.    (Nods head.)
 2      Q.    And then Helena.
 3      A.    Yes.
 4      Q.    Which -- Which Kingdom Hall is in Helena?
 5      A.    I'm in Canyon Ferry congregation.
 6      Q.    Okay.  And have you been a member of
 7  other congregations in Helena?
 8      A.    No.
 9      Q.    Just that one?
10      A.    Just that one.
11      Q.    Okay.  And is that the full list of the
12  congregations where you've served as a member?
13      A.    All the -- All those places that I've
14  been.
15      Q.    Yeah.
16      A.    In Helena, this is the only one, yeah.
17      Q.    Okay.  All right.
18            Let's talk about paragraph 3 of your
19  affidavit.  The first sentence you state that
20  Bruce, Sr. was a pedophile who started molesting
21  Tracy when she was four.  And then you say [As
22  Read]: "This came out in 1977 when we learned that
23  another Ministerial Servant in the Hardin
24  congregation, Gunner Hain, had sexually molested
25  Tracy at his home."
```

60

Shirley Gibson

```
 1        A.    Yes.
 2        Q.    Why do you say 1977?  You fairly -- How
 3   do you feel about that number, that year?  Pretty
 4   certain about that?
 5        A.    Yes.
 6        Q.    Tell me why.
 7        A.    Because it was brought to my attention
 8   all this stuff had happened, and I --
 9        Q.    How -- How was it brought your attention?
10        A.    Well, because of Gunner Hain, it came
11   out.  He was reproved, but they didn't do anything
12   to Bruce 'cause he -- Anyway.  I was told what had
13   happened, and then Bruce admitted he had too,
14   so -- but they didn't do anything with Bruce but
15   they did something -- they -- Gunner Hain was
16   reproved is all.
17        Q.    Who told you that?
18        A.    Harold Rimby.
19        Q.    And so when you say this came out in
20   1977, that -- that -- Harold Rimby told you
21   personally --
22        A.    Yes.
23        Q.    -- about Gunner Hain.
24        A.    And my ex-husband.
25        Q.    And your ex-husband molesting Gunner's
```

61

Shirley Gibson

```
 1  stepdaughter.  Gunner had molested his
 2  stepdaughter and Tracy.
 3       A.   (Nods head.)
 4       Q.   How did Mr. Rimby know that?
 5            MR. SWEENEY:  Objection.  Speculation.
 6       A.   Do I still answer?
 7  BY MR. SHAFFER:
 8       Q.   Yeah, go ahead.  Yeah.
 9       A.   Well, because Gunner told Harold.
10       Q.   And then Harold told you.
11       A.   Yes.
12       Q.   Okay.  Sounds like Harold told you about
13  Gunner.  Did -- In -- In the same conversation he
14  told you that Bruce had done the same thing?
15       A.   Yes.
16       Q.   And do you know how Harold knew
17  that -- that Bruce had molested Tracy?
18            MR. SWEENEY:  Objection.  Speculation.
19  BY MR. SHAFFER:
20       Q.   Go ahead.  It's okay.
21       A.   Well, Bruce admitted to Harold that he
22  had.
23       Q.   Okay.  And then Harold told you.
24       A.   Yes.
25       Q.   Okay.  In 1977 -- Why do you say 1977 as
```

62

Shirley Gibson

1  opposed to 1978?
2       A.   Because it was the year after we were
3  baptized.
4       Q.   Okay.  So you feel -- you're certain
5  about that number, 1977.
6       A.   (Nods head.)
7       Q.   Yeah.  Where were you when you had this
8  conversation with Mr. Rimby?
9       A.   In our home at Fort Smith.
10      Q.   Who else was there?
11      A.   My ex-husband.
12      Q.   So just the three of you?
13      A.   Yeah.  Well, my children were there, too.
14      Q.   Okay.  And had Mr. Rimby announced he was
15  going to come over to have this conversation with
16  you or did he just show up, or how'd that happen?
17      A.   I guess just showed up.  I don't
18  remember.  We didn't make announcements; we just
19  came --
20      Q.   Okay.
21      A.   -- to each other's homes.
22      Q.   I take it it was a surprise.  It was
23  shocking.
24      A.   Yes.
25      Q.   Is that fair?

63

```
 1      A.   And the first thing I said was "We need
 2 to call the authorities."
 3           And Harold said, "I'll take care of it."
 4      Q.   Okay.
 5      A.   So I assumed he would, but he didn't.
 6      Q.   Okay.
 7      A.   I mean, maybe he did.  He didn't call the
 8 authorities, though.  And that was my mistake.
 9      Q.   Was Harold an elder at that point?
10      A.   Yes.
11      Q.   And you're new to the church at that
12 point in time.
13      A.   Yes.
14      Q.   You understood that if Harold -- Harold
15 was essentially directing how to take care of this
16 situation.  Is that right?
17      A.   Yes.
18      Q.   And would there be a consequence to you
19 as a member if you did -- if you disobeyed
20 Mr. Rimby's command to not tell the authorities?
21      A.   No, there wouldn't have been a problem.
22 I just assumed he was going to do it.  He said he
23 was.
24      Q.   He said he was going to tell the
25 authorities or he was going to handle it?
```

64

Shirley Gibson

```
 1      A.   He was going to handle it.
 2      Q.   Okay.  So he didn't say he was going to
 3 tell the authorities.
 4      A.   No, but I thought that's what he would
 5 do.
 6      Q.   I see.  And if he had done -- Let's say
 7 he -- Let's say he told you not to, did you
 8 understand you could go to the authorities if you
 9 wanted to?
10      A.   Yeah.  He didn't tell me I couldn't, but
11 I assumed he was going to take care of it.
12      Q.   Okay.
13      A.   And I should have done it.
14      Q.   When did you -- When did you follow up
15 with him on that?
16      A.   I never had any contact with -- I mean, I
17 never had any more conversations with him or
18 anybody else about it after that.
19      Q.   Okay.  Did other people in the
20 congregation know that Gunner had molested Tracy
21 and Ronda?
22      A.   Yes.
23      Q.   How did they find out about it?
24      A.   Same way I did, I guess.  I never asked
25 them.
```

65

Shirley Gibson

```
 1      Q.   And is that because -- Was Tracy there
 2  when Gunner molested Ronda?
 3      A.   I'm assuming.  I -- I don't know.
 4      Q.   Okay.  Okay.  But so you learned that
 5  from Tracy.
 6      A.   Yes.
 7      Q.   Okay.  So going back here, you're talking
 8  about you're in the home, Bruce sits the family
 9  down, he asks Tracy to tell the family what
10  happened to her at Gunner's house, is that right,
11  essentially?
12      A.   Yes.  And then he admitted he did it
13  to -- and he was sorry, he'd never do it again.
14  Back in those days we didn't know about all
15  this -- terrible things, so we assumed when
16  somebody says you're sorry and they're not going
17  to do it again, they don't, but that was wrong,
18  too.
19      Q.   And so in 1977 in your home when Bruce
20  has Tracy tell the family what Gunner had done to
21  her, in that same conversation, he told your
22  family, that would be you, Tracy, Camie, and
23  Bruce, Jr., right?
24      A.   Yes.
25      Q.   That -- That he had been molesting Tracy
```

72

Shirley Gibson

```
1    as well.
2        A.    Yes.
3        Q.    Was Tracy upset during that?  Was she
4    crying or?
5        A.    Course she was.
6        Q.    She was?
7        A.    Yes.
8        Q.    How about Camie?
9        A.    Camie never said much.
10       Q.    Okay.  What did Bruce say he'd been doing
11   to Tracy?
12       A.    You know, he never did say.  He just said
13   he molested her, so I used my imagination.
14       Q.    Okay.
15             MR. SWEENEY:  Mind if we take a break?
16             MR. SHAFFER:  Yeah, that's fine.
17             MR. SWEENEY:  Thank you.
18             THE VIDEOGRAPHER:  Let's go off the
19   record.  It's 10:23.
20             (Recess taken from 10:23 a.m. to
21   10:36 a.m.)
22             THE VIDEOGRAPHER:  We're back on the
23   record.  It's 10:36.
24   BY MR. SHAFFER:
25       Q.    Ms. Mapley, I should have mentioned
```

73