

Ryan Shaffer | ryan@mss-lawfirm.com
Robert L. Stepans | rob@mss-lawfirm.com
James Murnion | james@mss-lawfirm.com

December 22, 2020

<u>Via Fed-Ex</u>
Bruce Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

Re:   *Caekaert et al v. Watchtower Bible and Tract Society of New York et al.*
      CRE 408 Communication

Dear Mr. Mapley,

We represent your daughters Tracy and Camillia in the case pending in Montana Federal District Court. We continue to recommend that you hire your own counsel in this matter. However, with the understanding that you are presently representing yourself, we would like to speak directly with you to see if there is a way to resolve the case.

First and foremost, we know that you do not wish to discuss or provide any information that could be used against you in a criminal case. We understand that concern, and that is fine with us. We do not need to speak with you about your own conduct or allegations made against you. We would like to learn what you know about sexual abuse *by others* and what the elders in Hardin knew about that sexual abuse.

If you will tell our investigator what you know about sexual abuse *by others* in the Hardin congregation, as well as what the elders of the Hardin congregation knew about that sexual abuse, our investigator will *not ask you any questions about your own personal conduct*. From our perspective, if you are willing to provide us your full and honest memory of the sexual abuse committed *by others* in Hardin, and knowledge that elders of the Hardin congregation had about that sexual abuse, it could lead to dismissal or settlement of our case against you.

We recommend that you hire a lawyer to assist you with this process. If you do so, please provide this letter to that person. If you continue to represent yourself, please contact me by letter or phone by **January 4, 2021** to let me know if you would be willing to speak to our investigator under the strict guidelines described above.

Sincerely,

MEYER, SHAFFER & STEPANS, PLLP

Ryan Shaffer