Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S JOINDER IN DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S RESPONSE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL RE: WAIVED PRIVILEGE** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | |

|  |
|---|
| Cross-Claimants, |
| -vs- |
| BRUCE MAPLEY SR., |
| Cross-Defendant. |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") hereby joins in Defendant Watchtower Bible and Tract Society of New York, Inc.'s ("WTNY") Response Brief in Opposition to Plaintiffs' Motion to Compel Re: Waived Privilege filed August 25, 2022 (Doc. 136), in requesting the Court deny Plaintiffs' Motion to Compel (Doc. 132).

WTPA likewise opposes Plaintiffs' Motion and fully incorporates as though wholly set forth herein the arguments, cited authorities, supporting facts, and legal analysis set forth in WTNY's Response Brief (Doc. 136) and its attached Exhibits (Doc. 136-1, 136-2).

**DATED** this 25th day of August, 2022.

        MOULTON BELLINGHAM PC

        By  */s/ Jordan W. FitzGerald*
           GERRY P. FAGAN
           CHRISTOPHER T. SWEENEY
           JORDAN W. FITZGERALD

        *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans  
Ryan R. Shaffer  
James C. Murnion  
MEYER, SHAFFER & STEPANS, PLLP  
430 Ryman Street  
Missoula, MT 59802  
*Attorneys for Plaintiffs*

    Matthew L. Merrill (*pro hac vice*)  
MERRILL LAW, LLC  
1863 Wazee Street, #3A  
Denver, CO 80202

3. Jon A. Wilson  
Brett C. Jensen  
BROWN LAW FIRM, P.C.  
315 North 24th Street  
P.O. Drawer 849  
Billings, MT 59103-0849  
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

    Joel M. Taylor, Esq. (*pro hac vice*)  
MILLER MCNAMARA & TAYLOR LLP  
100 South Bedford Road, Suite 340  
Mount Kisco, NY 10549

4. Bruce G. Mapley, Sr.  
3905 Caylan Cove  
Birmingham, AL 35215  
*Pro se*

By the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| 4 | U.S. Mail | ____ | Overnight Delivery Services |

By  /s/ Jordan W. FitzGerald  
JORDAN W. FITZGERALD

4888-1763-0768, v. 1