| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1863 Wazee Street, #3A |
| Meyer, Shaffer & Stepans, PLLP | Denver, CO  80202 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV-20-52-BLG-SPW |
| vs. | ) ) ) | **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FINANCIAL AFFIDAVIT** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) ) | |
| Cross Claimant, | ) ) | |
| BRUCE MAPLEY, SR., | ) ) | |
| Cross Defendant. | ) ) ) | |

Plaintiffs, by and through their undersigned counsel, move the Court for a two-week extension for filing the financial affidavit of all costs, expenses, and attorney's fees pursuant to the Court's August 23, 2022 Order (ECF Doc. 135).

Defendants, Watch Tower Bible and Tract Society of Pennsylvania and Watchtower Bible and Tract Society of New York, Inc., have been contacted and do not oppose this Motion.

Good cause exists for this motion because Plaintiffs' attorney, James Murnion, who performed substantial work on behalf of the Plaintiffs, is out of office until September 7, 2022 and will not be able to begin reviewing his time and billing on the matters at issue until he returns.

A proposed Order is attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED 30th day of August, 2022.

                            MEYER, SHAFFER & STEPANS PLLP

                            By: /s/ Ryan Shaffer
                                  Ryan R. Shaffer
                                  MEYER, SHAFFER & STEPANS PLLP

                            *Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for Extension of Time to File Financial Affidavit
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **2** of 3

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                               By: /s/ Ryan Shaffer
                                     Ryan R. Shaffer
                                     MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for Extension of Time to File Financial Affidavit
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **3**