# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br>　　　　Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br>　　　　Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Financial Affidavit. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED: Plaintiffs' Motion is GRANTED. Plaintiffs shall file their financial affidavit on or before September 20, 2022 and Mr. Brumley shall have fourteen (14) days following the filing of Plaintiffs' financial affidavit to respond.

DATED this _____ day of _____, 2022.

_____
Susan P. Watters
United States District Court Judge