IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Financial Affidavit (Doc 138). Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED: Plaintiffs' Motion is **GRANTED**. Plaintiffs shall file their financial affidavit on or before **September 20, 2022** and Mr.

Brumley shall have fourteen (14) days following the filing of Plaintiffs' financial affidavit to respond.

DATED this 30th day of August, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge