# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>———————————————<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>Cross-Claim Defendant. | Cause No. CV 20-52-BLG-SPW<br><br>**ORDER SETTING HEARING** |

1

2

This matter comes before the Court on Plaintiffs' Motion to Compel RE: Waived Privilege (Doc. 132). Accordingly,

**IT IS HEREBY ORDERED** that the Court will conduct a hearing on Plaintiffs' Motion on the _____ day of _____, 2022, at ___:___ __:m.

DATED this _____ day of _____, 2022.

_____
SUSAN P. WATTERS
United States District Judge