I,Bruce G, Mapley Sr. Would like to object to not being able to attend the depositions of Tracy Caekaert/ Camillia Mapley/ Shirley Gibson.  Because I am  representing myself in this case.(Case No.CV-20-00052-SPW-TJC. I was denied the privilege to cross examine any of the three names listed above.

So I rightly object to their testimony's as " HEARSAY" and as "SPECULATION" to true facts not in factual writing proof. Theirs was "OPINION" of "HEARSAY"

I also object to any statements made and recorded by Todd Bontecou: Caekaert/Mapley/Gibson 004050) and 004061-004082) or any e-mails and so on that was recorded while I was under stress, and reserve the right to emend any statements made while under stress. The call from Todd Bontecou was made while I had a house full of people, I am also under doctors care because of loss of memory( all medical records of this mental, and physical condition, which is now and has been ongoing since 1992)and treated by medications prescribed  such as "HYDROCO/APAP 7.5-325 MG---PROSAK--BUPROPION HCL XL150MG—TIZANIDINE HCL 4MG—IBUPROFEN 800MG—TRAMADOL HCL 50MG for ULTRAM 50MG. These are to treat PHANTOM pain do to amputation of lower left leg, head injury, and Bladder Cancer—and also PANTOPRAZOLE SOD DR 40MG, ( For my stomach)---CAVEDILOL 12.5MG ( For high blood pressure).

I also object to the manner in which this recording was made without my knowing that, or giving permission to allow this recording, which is a violation of my first amendment rights,that would PREJUDICE my case,as well as my right to CONFIDENTUALITY as UNFAIR/PREDJUDICIAL  and AGUMENTIVE, and BADGERING ME. As it is also VAGUE  as there is no written proof supplied to back their accusations. Their conversations with TRACY CAEKAERT/ CAMILLIA MAPLEY/ SHIRLEY GIBSON are nothing more than OPINION/ AND HEARSAY, without proof in record are written form.

I would also like to remind all that do to my condition due to accident recorded in medical logs already supplied, that there is in fact medical, both mentally and physically proof of loss of memory to recall or dispute any and all accusations made to incriminate me.

BRUCE G. MAPLEY Sr _Bruce D Mapley Sr._ DATE 9/12/2022

RECEIVED

SEP 19 2022

JUDGE WATTERS CHAMBERS