IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br><br>　　　　　Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>　　　　　Cross-Claim Defendant. | CV 20-52-BLG-SPW<br><br>ORDER |

　　　　Upon the Defendant Watchtower Bible and Tract Society of New York, Inc.'s Request for Hearing on Motion (Doc. 141),

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 141) is **GRANTED**. The Court will conduct a hearing Plaintiffs' Motion to Compel (Doc. 132) on **Friday, October 21, 2022 at 9:30 a.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at the hearing shall give notice to this Court at least five (5) days prior to the hearing date.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 20th day of September, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge