Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1863 Wazee Street, #3A
Denver, CO 80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**AFFIDAVIT OF RYAN R. SHAFFER** |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE )<br>               Plaintiff, )<br>vs. )<br>)<br>WATCHTOWER BIBLE AND TRACT )<br>SOCIETY OF NEW YORK, INC., and )<br>WATCH TOWER BIBLE AND TRACT )<br>SOCIETY OF PENNSYLVANIA, )<br>)<br>               Defendants. ) | Cause No. CV 20-59-BLG-SPW |

Pursuant to this Court's Orders (Doc. 135 in CV 20-52-BLG-SPW; Doc 120 in CV-20-59-BLG-SPW-TJC) I, Ryan R. Shaffer, an attorney duly admitted to practice law in this Court, submit the following Affidavit and supporting documents of costs, expenses, and attorney's fees directly resulting from litigation over Defendant Watch Tower Bible and Tract Society of Pennsylvania's Motion to Dismiss ("WTPA's Motion") filed in the above captioned cases:

1. I am a Partner in the law firm of Meyer, Shaffer & Stepans and represent Plaintiffs in this matter.

2. Plaintiffs' counsel has gone to great effort to ensure that costs, expenses, and fees claimed herein are accurate.

3. Costs and expenses were tracked contemporaneously, and where receipts are available, they have been provided. Declaration of Patti Gruwell attached as **Exhibit A**.

Affidavit of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 6

4.      Attorney and paralegal time expenditures were not kept contemporaneously, but sufficient records and documentation existed to provide a basis for reasonable, and indeed very conservative, expenditures of billable time for each task in the litigation over WTPA's Motion.  *See* Declaration of Ryan Shaffer (attached as **Exhibit B**), Declaration of Robert Stepans (attached as **Exhibit C**), Declaration of James Murnion (attached as **Exhibit D**), Declaration of Matthew Merrill (attached as **Exhibit E**), and Declaration of Jessica Yuhas (attached as **Exhibit F**).

5.      Plaintiffs' counsel's goal in identifying the time expended on each task in the litigation over WTPA's Motion was to ensure that the attorney's fees claimed are conservative and actually reflect far less time than was required to litigate WTPA's Motion.  For instance:

   a. While all of Plaintiffs' attorneys participated to varying degrees on the drafting and editing process of briefs filed with the Court, the only attorney time claimed is for Ryan Shaffer.  The only exception to this is the voluminous Brief in Response to WTPA's Motion (Doc. 96 in CV 20-52-BLG-SPW; Doc. 86 in CV-20-59-BLG-SPW-TJC) which required an exceptional amount of attorney James Murnion's time.

Affidavit of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 6

   b. Hundreds of hours of meetings, document review, emails, and phone calls were not claimed because there was no obvious and reliable way to reconstruct and claim that time.

   c. Where time entries were made, they were based on careful review of the actual documents and correspondence involved in the task and then given a conservative time expenditure that is likely far less than the actual time incurred.

6. As set forth in the attached supporting documentation, the total costs, expenses, and fees being claimed as a result of WTPA's Motion are as follows:

| Entry | Amount |
|---|---|
| Shaffer Attorney Fees | $68,070.00 |
| Stepans Attorney Fees | $13,800.00 |
| Murnion Attorney Fees | $56,990.00 |
| Merrill Attorney Fees | $27,510.00 |
| Yuhas Paralegal Fees | $9,990.00 |
| Out of Pocket Litigation Costs | $14,363.11 |
| TOTAL | $190,723.11 |

7. Based on my experience litigating civil matters in state and federal courts, $190,723.11 is a modest amount for litigation spanning seventeen (17) months that involves voluminous documents, multiple discovery

Affidavit of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 4 of 6

disputes and associated motions and hearings, and significant substantive briefing to the Court.

8. Pursuant to prior Order of this Court, Defendants previously submitted payment of **$22,631.80** related to discovery motions practice that was a result of WTPA's Motion. (Doc. 93 in CV 20-52-BLG-SPW; Doc. 81 in CV-20-59-BLG-SPW-TJC). This amount was paid by Defendants and should therefore be subtracted from the amount now due.

9. Based upon the foregoing, the total amount of unpaid costs, expenses, and fees related to litigation over WTPA's Motion that are now being claimed by Plaintiffs is **$168,091.31**.

10. Based upon the foregoing and the documents supporting this Affidavit, I affirm and certify that the amount now being claimed is a very conservative reflection of the actual time and expense expended litigating WTPA's Motion.

DATED this __20__ day of September, 2022.

By: _____
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

Affidavit of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 5 of 6

State of Montana

County of Missoula

This instrument was signed and sworn to before me on September 20th, 2022 by Ryan R. Shaffer.



(Notary Signature)

Patti L. Gruwell
Print Name of Notary Public
Notary Public for the State of MT
Residing at: Missoula, MT
My Commission Expires: 10/14/25

**Affidavit of Ryan R. Shaffer**
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 6 of 6