***Exhibit B***

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice)*
Merrill Law, LLC
1863 Wazee Street, #3A
Denver, CO 80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

TRACY CAEKAERT, and CAMILLIA MAPLEY,

Plaintiffs,

vs.

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,

Defendants,

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,
Cross Claimant,

BRUCE MAPLEY, SR.,
Cross Defendant.

Case No. CV-20-52-BLG-SPW

**DECLARATION OF RYAN R. SHAFFER**

| | | |
|---|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE | ) | Cause No. CV 20-59-BLG-SPW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) | |
| | ) | |
| Defendants. | ) | |

I, Ryan R. Shaffer, an attorney duly admitted to practice law in this Court, declares that the following is true and correct:

1. I submit this Declaration in support of Plaintiffs' Financial Affidavit regarding the fees and costs expended litigating Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Motion to Dismiss. Motion to Dismiss and Brief in Support (CV 20-52-BLG-SPW Doc. 13 & 14; CV-20-59-BLG-SPW-TJC Doc 9 &10) (referred to herein as "WTPA's Motion").

2. I am a Partner in the law firm of Meyer, Shaffer & Stepans and represent Plaintiffs in this matter.

3. I am admitted to practice law in the state and Federal courts of Montana, Wyoming, and North Dakota and have been practicing law since 2006.

Declaration of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 6

4.   My firm represents victims of sexual abuse and harassment on a contingency fee basis.

5.   In circumstances where my firm represents clients on an hourly fee basis, my ordinary and customary rate is $300/hour.

6.   I personally prepared the itemization of my time spent litigating WTPA's Motion, which is attached as **Exhibit 1**.

7.   With exception of entries between 8/31/2021 and 9/8/2021, I did not keep contemporaneous records of the time I expended litigating WTPA's Motion.

8.   Therefore, I reconstructed the time I expended by reviewing:

   a. My calendar.

   b. The complete discovery served and answered pertaining to the WTPA's Motion.

   c. The record of correspondence between counsel pertaining to litigation over WTPA's Motion.

   d. The pleadings filed with the Court pertaining to WTPA's Motion

   e. The record of Jehovah's Witness documents assigned to me to review and summarize for responding to WTPA's Motion (a spreadsheet identifying these documents is attached as **Exhibit 2**).

Declaration of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 6

    f. The billing and attendance records of video and telephone conferences I attended that pertained to litigation over WTPA's Motion.

9. Because most of my billing entries were not created contemporaneously, I endeavored to make sure that all entries were conservative by erring on the side of entering less time than I actually expended for each entry.

10. Based on my sixteen (16) years of experience litigating contested civil matters, I know approximately how long it takes to draft and edit briefs, draft and edit discovery and related correspondence, and review evidence produced in discovery and I therefore followed the following guidelines in entering itemizations of my time:

    a. I know that one page of well-researched and well-edited briefing typically requires one hour of work, and therefore a 20-page brief would typically require twenty (20) hours of work.

    b. I know that one page of edited, written discovery requests typically requires half an hour of work, and therefore 20 pages of written discovery would typically require ten (10) hours of work.

    c. Careful review of incoming orders, pleadings, correspondence, and discovery takes approximately three minutes per page.

Declaration of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 4 of 6

      d.  Review of evidence produced in discovery takes approximately one minute per page.

11.    When making time entries based on the guidelines referenced above I rounded down to ensure that my entries did not overstate the actual time required for each task.

12.    I know that countless emails, meetings, phone calls, and discussions with co-counsel and staff that resulted from litigating WTPA's Motion were left out of my itemization of time because I had no reliable way to estimate or document those hours.

13.    I know that countless hours of reviewing the voluminous evidence obtained during discovery resulting from WTPA's Motion was left out of my itemization because I had no reliable way to estimate or document those hours.

14.    A conservative estimate for the time I expended litigating WTPA's Motion that is not included in my itemization, and therefore not being claimed by Plaintiffs, is at fifty (50) hours.

15.    For the foregoing reasons, I affirm and certify that the attached itemization of my time expended litigating WTPA's Motion is a very conservative reflection of the actual time and effort that was expended.

Declaration of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 5 of 6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of September, 2021.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

Declaration of Ryan R. Shaffer
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 6 of 6

***Exhibit 1***

| | | **RYAN SHAFFER TIME ENTRIES RE: HANDLING WTPA MOTION TO DISMISS ON PERSONAL JURISDICTION** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Date** | **Event** | **Review of Incoming Doc** | **Legal Research re: Doc** | **Drafting Outgoing Doc.** | **Editing / Finalizing Outgoing Doc.** | **Teams Meetings / Conf. Calls** | **Travel Time (50% of hourly billing rate)** | **Time in Court or Depo** |
| 1 | 6/22/2020 | WTPA Motion to Dismiss and Brief | 1 | | | | | | |
| 2 | 7/9/2020 | Attorney meeting re: Motion to dismiss and joint discovery plan | | | | | 0.8 | | |
| 3 | 7/13/2020 | Response brief to WTPA's Motion to Dismiss ("MTD") Pursuant to Rule 12(b)(2) | | | 18 | 0.5 | | | |
| 4 | ~7/13/2020 – ~3/20/2021 | Review of Jehovah's Witness documents obtained from Defendants and Third Parties re: WTPA's role in the church and contacts with Montana | 8.3 (615 pages) | | | | | | |
| 5 | 8/5/2020 | Motion to supplement the record re: MTD | | | 0.5 | | | | |
| 6 | 8/5/2020 | Brief in support of Motion to supplement the record re: MTD | | | 0.7 | 0.5 | | | |
| 7 | 8/14/2020 | WTPA's brief in opposition to Motion to supplement the record re: MTD | 0.5 | | | | | | |
| 8 | 8/18/2020 | Order re: Jurisdictional discovery | 0.3 | | | | | | |
| 9 | 9/23/2020 | Joint JD discovery plan | | | 1.5 | | | | |
| 10 | 10/8/2020 | Attorney meeting re: document and information management; scope of jurisdictional discovery; 1st round of jurisdictional discovery to WTPA | | | | | 1.1 | | |
| 11 | 10/14/2020 | First jurisdictional discovery to WTPA | | | | 0.5 | | | |
| 12 | 10/14/2020 | Order re: jurisdictional discovery scheduling | 0.1 | | | | | | |
| 13 | 10/19/2020 | Brief re: scope of jurisdictional discovery | | | 10 | 0.5 | | | |
| 14 | 11/11/2020 | Attorney meeting re: protective order; motion to conduct discovery on Mapley/WTNY; 2nd jurisdictional discovery to WTPA and 1st to WTNY | | | | | 1 | | |
| 15 | 11/17/2020 | Second jurisdictional discovery to WTPA | | | | 0.5 | | | |
| 16 | 11/17/2020 | First jurisdictional discovery to WTNY | | | | 0.5 | | | |
| 17 | 11/20/2020 | WTPA's responses to first jurisdictional discovery | 0.5 | | | | | | |
| 18 | 11/30/2020 | Order re: scope of jurisdictional discovery | 0.2 | | | | | | |
| 19 | 12/15/2020 | Letter from Wilson re: supp. discovery and elder interviews | 0.1 | | | | | | |
| 20 | 12/15/2020 | WTPA's first supp. responses to first jurisdictional discovery | 0.5 | | | | | | |
| 21 | 12/17/2020 | Attorney meeting re: finalizing SDT to Hardin Congregation; additional jurisidictional discovery to WTPA/WTNY; documents/correspondence received from WTPA | | | | | 1.7 | | |
| 22 | 12/17/2020 | Subpoena duces tecum to hardin congregation | | | 1 | | | | |
| 23 | 12/22/2020 | Attorney meeting with consultant re: WTPA's role in the church | | | | | 3 | | |
| 24 | 12/22/2020 | Letter to Wilson re: elder interviews | | | 0.5 | | | | |
| 25 | 12/28/2020 | Letter from Funyak re: subpoena duces tecum to hardin congregation | 0.1 | | | | | | |
| 26 | 12/29/2020 | WTPA's responses to second jurisdictional discovery | 0.5 | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 12/29/2020 | WTNY's responses to first jurisdictional discovery | 0.5 | | | | | | |
| 28 | 1/5/2021 | Attorney meeting with consultant re: WTPA's role in the church | | | | | 2.5 | | |
| 29 | 1/5/2021 | Scrutinizing Defs' Disc answers | 1 | | | | | | |
| 30 | 1/5/2021 | Letter to Funyak re: Funyak's purported | 0.4 | | | | | | |
| 31 | 1/6/2021 | Attorney Meeting re: Hardin Congregation Subpoena | | | | | 1.1 | | |
| 32 | 1/7/2021 | Letter from Funyak re: subpoena duces tecum to | 0.1 | | | | | | |
| 33 | 1/11/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation | | | | | | | |
| 34 | 1/15/2021 | WTPA's first supp. responses to second jurisdictional discovery | 0.5 | | | | | | |
| 35 | 1/15/2021 | Attorney meetign re: documents received from WTPA, disocvery disputes, serving additional discovery before 1/25 deadline, legal research on personal jurisdiction | | | | | 0.4 | | |
| 36 | 1/18/2021 | Reviewing and editing James' letter to defense counsel | | | | 1 | | | |
| 37 | 1/19/2021 | Letter from Funyak re: Subpoena duces tecum to hardin congregation + scope of representation | 0.1 | | | | | | |
| 38 | 1/19/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation + scope of representation | 0.2 | | | | | | |
| 39 | 1/19/2021 | Letter to Wilson re: WTPA's jurisdictional discovery responses | | | | 0.5 | | | |
| 40 | 1/20/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation + scope of representation | | | 0.8 | | | | |
| 41 | 1/22/2021 | Letter from Funyak re: Subpoena duces tecum to hardin congregation + scope of representation | 0.2 | | | | | | |
| 42 | 1/22/2021 | Letter from Wilson re: WTPA's discovery responses | 0.5 | | | | | | |
| 43 | 1/25/2021 | Third jurisdictional discovery to WTPA | | | 5 | | | | |
| 44 | 1/25/2021 | Second jurisdictional discovery to WTNY | | | 4 | | | | |
| 45 | 1/26/2021 | Final review editing Letter to Wilson re: WTPA's jurisdictional discovery responses | | | | 0.5 | | | |
| 46 | 1/26/2021 | Letter to Wilson re: WTNY's jurisdictional discovery responses | | | 0.7 | | | | |
| 47 | 1/28/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation. | | | 0.1 | | | | |
| 48 | 2/2/2021 | Letter from Funyak re: subpoena duces tecum to hardin congregation | 0.1 | | | | | | |
| 49 | 2/3/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation | | | 0.3 | | | | |
| 50 | 2/11/2021 | Attorney Meeting re: Hardin Congregation Subpoena and ongoing Jurisdictional Discovery | | | | | 1 | | |
| 51 | 2/12/2021 | Letter from Wilson re: WTPA and WTNY discovery responses | 0.5 | | | | | | |
| 52 | 2/26/2021 | Joint motion to amend jurisdictional discovery scheduling order | 0.3 | | | | | | |
| 53 | 3/8/2021 | Email to Aaron Dunn re Int. No. 6 | | | 0.2 | | | | |
| 54 | 3/8/2021 | Email to Wilson re: WTNY's jurisdictional discovery responses | | | | | | | |
| 55 | 3/8/2021 | Review Discover Responses from Defendants | 1 | | | | | | |
| 56 | 3/9/2022 | Review Dunn email and discuss with james | 0.1 | | | | | | |
| 57 | 3/10/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses | | | | 0.6 | | | |
| 58 | 3/16/2021 | Letter from Wilson re: deposition of WTPA | 0.3 | | | | | | |
| 59 | 3/22/2021 | 2 letters from Wilson re: WTPA's and WTNY's jurisdictional discovery responses | 0.7 | | | | | | |
| 60 | 3/22/2021 | WTPA's second supp. re: responses to first jurisdictional discovery | 0.1 | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 61 | 3/23/2021 | Attorney meeting re: discovery disputes | | | | | 1.1 | | |
| 62 | 3/26/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses | | | | 1 | | | |
| 63 | 3/26/2021 | Motion for status conference | | | 0.5 | | | | |
| 64 | 3/29/2021 | Telephone call with Defense re: discovery | | | | | 1 | | |
| 65 | 3/30/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation | | | 0.7 | | | | |
| 66 | 3/31/2021 | WTNY's first supp. responses to first jurisdictional discovery | 0.1 | | | | | | |
| 67 | 4/2/2021 | Attorney meeting re: discovery disputes | | | | | 1.1 | | |
| 68 | 4/7/2021 | Letter from Funyak re: Subpoena duces tecum to hardin congregation | 0.1 | | | | | | |
| 69 | 4/8/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses | | | | | | | |
| 70 | 4/8/2021 | Letter from Wilson re: WTPA's and WTNY's jurisdictional discovery responses | 1 | | | | | | |
| 71 | 4/9/2021 | Notice of written disco and assoc. conferral efforts | | | 0.7 | | | | |
| 72 | 4/9/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses and jurisdictional depositions | | | 0.3 | | | | |
| 73 | 4/12/2021 | Letter to James Rowland re: documents for deposition | | | | | | | |
| 74 | 4/13/2021 | Order re: deadline for completion of jurisdictional depositions | 0.1 | | | | | | |
| 75 | 4/19/2021 | Letter to James Rowland re: upcoming deposition | | | | | | | |
| 76 | 4/19/2021 | WTNY's second supp. responses to first jurisdictional discovery | 0.2 | | | | | | |
| 77 | 4/19/2021 | WTPA's second supp. responses to third jurisdictional discovery | 0.1 | | | | | | |
| 78 | 4/20/2021 | Motion to compel jurisdictional discovery | | | 0.5 | | | | |
| 79 | 4/20/2021 | Brief re: Motion to compel jurisdictional discovery | | | 6.5 | | | | |
| 80 | 4/21/2021 | Motion to compel Hardin Congregation subpoena duces tecum | | | 0.5 | | | | |
| 81 | 4/21/2021 | Brief re: Motion to compel Hardin Congregation subpoena duces tecum | | | 8 | | | | |
| 82 | 4/23/2021 | Deposition of James Rowland | 5 (Depo prep) | | | | | 10 | 7 |
| 83 | 4/28/2021 | Letter from Funyak re: Motion to compel | 0.2 | | | | | | |
| 84 | 5/4/2021 | Hardin Congregation's motion and brief to permissively intervene | 0.3 | | | | | | |
| 85 | 5/5/2021 | Order re: Hardin Congregation's motion and brief to permissively intervene | 0.1 | | | | | | |
| 86 | 5/5/2021 | Hardin Congregation's response to motion to compel subpoena duces tecum | 0.5 | | | | | | |
| 87 | 5/11/2021 | WTPA and WTNY's response to motion to compel jurisdictional discovery | 0.7 | | | | | | |
| 88 | 5/12/2021 | WTPA and WTNY's joinder in hardin congregation's opposition to motion to compel | 0.1 | | | | | | |
| 89 | 5/14/2021 | Reply brief re: Motion to compel Hardin Congregation subpoena duces tecum | 0.3 | | | | | | |
| 90 | 5/20/2021 | WTPA's third supp. responses to third jurisdictional discovery | 0.3 | | | | | | |
| 91 | 5/20/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | | | | 1.1 | | |
| 92 | 5/25/2021 | Reply brief re: Motion to compel jurisdictional discovery | | | 3 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 93 | 6/2/2021 | Oral argument re: Motion to compel Hardin Congregation subpoena duces tecum | | | | | | 10 | 1 |
| 94 | 6/15/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | | | | 1.3 | | |
| 95 | 6/17/2021 | Mock hearing re: motion to compel jurisdictional discovery | | | | | 1.7 | | |
| 96 | 6/23/2021 | Oral argument re: Motion to compel jurisdictional discovery | | | | | | 10 | 1.2 |
| 97 | 6/30/2021 | Order re: Motion to compel Hardin Congregation subpoena duces tecum | 0.5 | | | | | | |
| 98 | 7/30/2021 | Order re: Motion to compel Hardin Congregation subpoena duces tecum | | | | | | | |
| 99 | 8/3/2021 | Letter to Funyak re: subpoena duces tecum documents | | | 0.1 | | | | |
| 100 | 8/10/2021 | Attorney meeting re: documents relevant to personal jurisdiction | | | | | 2.3 | | |
| 101 | 8/11/2021 | Letter to Funyak re: redaction of subpoena duces tecum documents | | | 0.5 | | | | |
| 102 | 8/12/2021 | Letter from Funyak re: redaction of subpoena duces tecum documents | 0.1 | | | | | | |
| 103 | 8/12/2021 | Hardin Congregation's request for clarification | 0.1 | | | | | | |
| 104 | 8/16/2021 | Notice of Docs. Refernced by hardin congregation | | | 0.3 | | | | |
| 105 | 8/24/2021 | Order re: motion to compel jurisdictional discovery | 0.3 | | | | | | |
| 106 | 8/26/2021 | Attorney meeting re: documents relevant to personal jurisdiction and forthcoming response to MTD | | | | | 1.3 | | |
| 107 | 8/27/2021 | Letter to Wilson/Taylor re: impropriety of MTD | | | 0.8 | | | | |
| 108 | 8/30/2021 | Order re: redaction of subpoena duces tecum documents | 0.1 | | | | | | |
| 109 | 8/31/2021 | Review my time spent pursuing motion to compel | | | | 1 | | | |
| 110 | 9/1/2021 | calculating amount of time spent on discovery issues we prevailed on, discussing best way to parse out time we did not prevail on. | | | | 1.1 | | | |
| 111 | 9/2/2021 | Compiling my time on each step of prevailing on motion to compel | | | | 0.6 | | | |
| 112 | 9/2/2021 | Letter from Wilson re: impropriety of MTD | 0.2 | | | | | | |
| 113 | 9/2/2021 | Attorney meeting to discuss affidavit of fees and costs on Motion to Compel, review of Watchtower financial documents, Brumley depo., SDT to Hardin. | | | | | 0.8 | | |
| 114 | 9/3/2021 | Letter from Funyak w/ unredacted subpoena duces tecum documents | 0.1 | | | | | | |
| 115 | 9/9/2021 | Statement of attorney fees and costs re: motion to compel | | | 1.5 | 3 | | | |
| 116 | 9/14/2021 | Motion for scheduling order re: remainder of jurisdictional phase of case | | | 0.8 | | | | |
| 117 | 9/15/2021 | Order granting motion for scheduling order | 0.1 | | | | | | |
| 118 | 9/21/2021 | Stipulation for taking of remote depositions | | | 1.2 | | | | |
| 119 | 9/21/2021 | WTPA's third supp. re: responses to first jurisdictional discovery | 0.3 | | | | | | |
| 120 | 9/21/2021 | WTPA's second supp. responses to second jurisdictional discovery | 1.5 | | | | | | |
| 121 | 9/21/2021 | WTNY's third supp. responses to first jurisdictional discovery | 0.7 | | | | | | |
| 122 | 9/21/2021 | WTPA's fourth supp. responses to third jurisdictional discovery | 1.7 | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 10/18/2021 | Attorney meeting to discuss personal jurisdiction brief and potential Rule 11 letter | | | | | 1.2 | | | |
| 124 | 10/25/2021 | Letters to Wilson, Taylor with Rule 11 motion/brief attached | | | 2 | 0.5 | | | | |
| 125 | 11/5/2021 | WTPA's notice of withdrawal of MTD | 0.1 | | | | | | | |
| 126 | 11/5/2021 | Notice re: WTPA's withdrawal of MTD | | | 1 | 0.5 | | | | |
| 127 | 11/5/2021 | Response brief to WTPA's MTD | | | 27 | 1 | | | | |
| 128 | 12/3/2021 | Motion for sanctions | | | 0.8 | | | | | |
| 129 | 12/3/2021 | Brief re: Motion for sanctions | | 2.5 | 14 | 0.5 | | | | |
| 130 | 1/10/2022 | Reply brief re: Motion for sanctions | | 1 | 10 | 0.5 | | | | |
| 131 | 3/16/2021 | Mock hearing re: motion for sanctions | | | | | 1.8 | | | |
| 132 | 4/5/2022 | Oral argument re: Motion for sanctions | | | | | | 10 | 1.3 | |
| 133 | 9/15/2022 | Itemizing time expended litigating WTPA Motion to Dismiss | | | 2 | | | | | |
| 134 | 9/16/2022 | Itemizing time expended litigating WTPA Motion to Dismiss | | | 4 | | | | | |
| | **Time Totals** | | 20.3 | 3.5 | 130 | 15.3 | 27.3 | 40 | 10.5 | |
| | **Hourly Rate** | | $300 | $300 | $300 | $300 | $300 | $150 | $300 | **Grand Total** |
| | **Total Fee** | | $6,090 | $1,050 | $39,000 | $4,590 | $8,190 | $6,000 | $3,150 | **$68,070** |

***Exhibit 2***

| PRODUCED BY/ BATES PREFIX | BATES NUMBER | DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 000349-000353 | 1989, 1992 & 1993 | 1989, 1992, 1993 Child Abuse Telememo Form | RYAN |
| CAEKAERT/MAPLEY | 000354-000355 | 5/24/2002 | 2002-05-24 Letter from Christian Congregation of the Jehovah's Witnesses to all church members | RYAN |
| CAEKAERT/MAPLEY | 000356-000387 | 4/1/1971 | 1971-04-01 The Watchtower Published by WTBS PA | RYAN |
| CAEKAERT/MAPLEY | 000388-000419 | 11/1/1995 | 1995-11-01 The Watchtower Published by WTPA | RYAN |
| CAEKAERT/MAPLEY | 000420-000451 | 6/22/1982 | 1982-06-22 Awake! Magazine Published by WTNY | RYAN |
| CAEKAERT/MAPLEY | 000452-000483 | 1/22/1985 | 1985-01-22 Awake! Magazine Published by WTNY | RYAN |
| CAEKAERT/MAPLEY | 000484-000623 | 10/1972 | 1972-10 Kingdom Ministry School Course Published by WTPA | RYAN |
| CAEKAERT/MAPLEY | 000624-000723 | 9/1977 | 1977-09 Pay Attention to Yourselves and to All the Flock Published by WTNY | RYAN |
| CAEKAERT/MAPLEY | 002685 | 3/30/1917 | 1917-03-30 Letter from WTPA to someone in Illinois thanking them for a | RYAN |

| | | | | |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 002744 | 4/23/1988 | Real Fortin Disfellowship S-77 Form for attempted molestation of his daughter | RYAN |
| CAEKAERT/MAPLEY | 002766-002772 | 1/20/2011, 4/21/2011, 6/10/2011, 10/10/2011, 11/1/2011 & 12/26/2011 | Correspondence between Ludlow, MA local congregation and the "Christian Congregation of Jehovah's Witnesses" regarding Mr. Fortin and how to handle his position in the church in light of his past admissions of sexual | RYAN |
| CAEKAERT/MAPLEY | 002797-002800 | 1949 | Counsel on Theocratic Organization - Montana | RYAN |
| CAEKAERT/MAPLEY | 002801-002833 | 1960 | Preaching & Teaching in Peace and Unity | RYAN |
| CAEKAERT/MAPLEY | 002834-003027 | 1972 | Organization for Kingdom-Preaching and Disciple-Making Book | RYAN |