*Exhibit C*

| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1863 Wazee Street, #3A |
| Meyer, Shaffer & Stepans, PLLP | Denver, CO 80202 |
| 430 Ryman Street | Tel: (303) 947-4453 |
| Missoula, MT 59802 | matthew@merrillwaterlaw.com |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) ) |
| Cross Claimant, | ) ) |
| BRUCE MAPLEY, SR., | ) ) |
| Cross Defendant. | ) ) ) |

Case No. CV-20-52-BLG-SPW

**DECLARATION OF ROBERT L. STEPANS**

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE       )<br>          Plaintiff,   )<br>vs.   )<br>   )<br>WATCHTOWER BIBLE AND TRACT   )<br>SOCIETY OF NEW YORK, INC., and   )<br>WATCH TOWER BIBLE AND TRACT   )<br>SOCIETY OF PENNSYLVANIA,   )<br>   )<br>          Defendants.   )<br>   ) | Cause No. CV 20-59-BLG-SPW |

I, Robert L. Stepans, an attorney duly admitted to practice law in this Court, declares that the foregoing is true and correct:

1. I submit this Declaration in support of Plaintiffs' Financial Affidavit regarding the fees and costs expended litigating Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Motion to Dismiss. Motion to Dismiss and Brief in Support (CV 20-52-BLG-SPW Doc. 13 & 14; CV-20-59-BLG-SPW-TJC Doc 9 &10) (referred to herein as "WTPA's Motion").

2. I am a Partner in the law firm of Meyer, Shaffer & Stepans and represent Plaintiffs in this matter.

3. I am admitted to practice law in the state and Federal courts of Montana, Wyoming, Colorado, and the Federal court of North Dakota. I have been practicing law since 2007.

Declaration of Robert L. Stepans
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 4

4.   My firm represents victims of sexual abuse and harassment on a contingency fee basis.

5.   In circumstances where my firm represents clients on an hourly fee basis, my ordinary and customary rate is $300/hour.

6.   My primary role in this litigation to date has been reviewing documents, participating in strategy meetings and travelling to Billings for oral argument in front of the Court.

7.   While I have also reviewed briefs, discovery, and been a part of hundreds of hours of meetings regarding litigation over WTPA's Motion, none of that time was kept contemporaneously and there is no reliable way for me to capture or claim those hours.

8.   As a result, I have prepared an itemization of my time spent litigating WTPA's Motion, which is attached as **Exhibit 1**, by reviewing my calendar, the record of teams and teleconference meetings I attended, and a record of the Jehovah's Witness documents assigned to me for review (attached as **Exhibit 2**).

9.   I specifically excluded from **Exhibit 1** many meetings, emails, phone calls, and discussions with my co-counsel related to litigating the WTPA's Motion because they were not memorialized or recorded.  For example, my Partner Ryan Shaffer, co-counsel and I frequently discussed at length, both verbally and via

Declaration of Robert L. Stepans
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 4

email, all manner of issues related to WTPA's Motion. However, I have made no attempt to include such time on **Exhibit 1** because there is no objective guidepost to tether a reasonable estimate to. As a result, my itemization omits hundreds of hours of time that I actually spent litigating WTPA's Motion.

10. For the foregoing reasons, I certify that the time set forth in my billing entries is a conservative reflection of the time I actually expended in litigating WTPA's Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of September, 2022.

By: /s/ Robert L. Stepans
Robert L. Stepans
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

Declaration of Robert L. Stepans
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 4 of 4

*Exhibit 1*

| | | **ROBERT STEPANS TIME ENTRIES RE: HANDLING WTPA MOTION TO DISMISS ON PERSONAL JURISDICTION** | | | | |
|---|---|---|---|---|---|---|
| | Date | Event | Review of Incoming Doc | Teams Meetings / Conf. Calls | Travel Time (50% of hourly billing rate) | Time in Court |
| 1 | 7/9/2020 | Attorney meeting re: Motion to dismiss and joint discovery plan | | 0.8 | | |
| 2 | ~7/13/2020 – ~3/20/2021 | Review of Jehovah's Witness documents obtained from Defendants and Third Parties re: WTPA's role in the church and contacts with Montana | 8.6 | | | |
| 3 | 10/8/2020 | Attorney meeting re: document and information management; scope of jurisdictional discovery; 1st round of jurisdictional discovery to WTPA | | 1.1 | | |
| 4 | 11/11/2020 | Attorney meeting re: protective order; motion to conduct discovery on Mapley/WTNY; 2nd jurisdictional discovery to WTPA and 1st to WTNY | | 1 | | |
| 5 | 12/17/2020 | Attorney meeting re: finalizing SDT to Hardin Congregation; additional jurisidictional discovery to WTPA/WTNY; documents/correspondence received from WTPA | | 2.4 | | |
| 6 | 12/22/2020 | Attorney meeting with consultant re: WTPA's role in the church | | 3 | | |
| 7 | 1/6/2021 | Attorney Meeting re: Hardin Congregation Subpoena and ongoing Jurisdictional Discovery | | 1.1 | | |
| 8 | 1/15/2021 | Attorney meetign re: documents received from WTPA, disocvery disputes, serving additional discovery before 1/25 deadline, legal research on personal jurisdiction | | 0.4 | | |
| 9 | 2/11/2021 | Attorney Meeting re: Hardin Congregation Subpoena and ongoing Jurisdictional Discovery | | 1 | | |
| 10 | 3/23/2021 | Attorney meeting re: discovery disputes | | 1.1 | | |
| 11 | 4/2/2021 | Attorney meeting re: discovery disputes | | 1.1 | | |
| 12 | 5/20/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | 1.1 | | |
| 13 | 6/15/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | 1.3 | | |
| 14 | 6/17/2021 | Mock hearing re: motion to compel jurisdictional discovery | | 1.7 | | |

| # | Date | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | 6/23/2021 | Oral argument re: Motion to compel jurisdictional discovery | | | | 11.6 | 1.3 |
| 16 | 7/30/2021 | Order re: Motion to compel Hardin Congregation subpoena duces tecum | 0.5 | | | | |
| 17 | 8/24/2021 | Order re: motion to compel jurisdictional discovery | 0.5 | | | | |
| 18 | 8/26/2021 | Attorney meeting re: documents relevant to personal jurisdiction and forthcoming response to MTD | | | 1.3 | | |
| 19 | 8/30/2021 | Order re: redaction of subpoena duces tecum documents | 0.4 | | | | |
| 20 | 9/2/2021 | Attorney meeting to discuss affidavit of fees and costs on Motion to Compel, review of Watchtower financial documents, Brumley depo., SDT to Hardin. | | | 0.4 | | |
| 21 | 10/18/2021 | Attorney Meeting to discuss personal jurisdiction brief and potential Rule 11 letter | | | 1.2 | | |
| 22 | 3/16/2021 | Mock hearing re: motion for sanctions | | | 1.8 | | |
| 23 | 4/5/2022 | Oral argument re: Motion for sanctions | | | | 11.6 | 1.3 |
| | | **Time Totals** | 10 | 21.8 | 23.2 | 2.6 | |
| | | **Hourly Rate** | $300 | $300 | $150 | $300 | **Grand Total** |
| | | **Total Fee** | $3,000 | $6,540 | $3,480 | $780 | **$13,800** |

*Exhibit 2*

| PRODUCED BY/ BATES PREFIX | BATES NUMBER | DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 000724-000755 | 9/1979 | 1979-09 Pay Attention to Yourselves and to All the Flock | ROB |
| CAEKAERT/MAPLEY | 000756-000819 | 9/1981 | 1981-09 Pay Attention to Yourselves and to All the Flock | ROB |
| CAEKAERT/MAPLEY | 000820-000965 | 8/23/2010 | 2010-08-23 Shepherd The Flock of God | ROB |
| CAEKAERT/MAPLEY | 000966-001239 | 1/2019 | 2019-01 Shepherd The Flock of God | ROB |
| CAEKAERT/MAPLEY | 003168 | 10/16/2001 | 2001-10-16 WTNY Ltr to Bodies of Elders re Watchtower Electronic Funds Transfer System (WEFTS) | ROB |
| CAEKAERT/MAPLEY | 003169 | 2/1/2010 | 2010-01-02 Christian Cong. of JW Ltr. To Body of Elders re Watchtower Electronic Funds Transfer System (WEFTS) | ROB |