*Exhibit D*

Robert L. Stepans                          Matthew L. Merrill (appearing *pro hac vice*)
Ryan R. Shaffer                            Merrill Law, LLC
James C. Murnion                           1863 Wazee Street, #3A
Meyer, Shaffer & Stepans, PLLP             Denver, CO  80202
430 Ryman Street                           Tel: (303) 947-4453
Missoula, MT  59802                        matthew@merrillwaterlaw.com
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, ) ) ) | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, ) ) | **DECLARATION OF** |
| vs. ) ) | **JAMES C. MURNION** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., ) ) ) ) ) ) | |
| Defendants, ) ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., Cross Claimant, ) ) ) ) | |
| BRUCE MAPLEY, SR., Cross Defendant. ) ) ) ) | |

ARIANE ROWLAND, and JAMIE )
SCHULZE )           Cause No. CV 20-59-BLG-SPW
                    Plaintiff, )
        vs. )
                              )
WATCHTOWER BIBLE AND TRACT )
SOCIETY OF NEW YORK, INC., and )
WATCH TOWER BIBLE AND TRACT )
SOCIETY OF PENNSYLVANIA, )
                              )
                    Defendants. )
_____ )

I, James C. Murnion, an attorney duly admitted to practice law in this Court,

declares that the following is true and correct:

1.      I am one of Plaintiffs' counsel-of-record in this case.  As such, I am

fully familiar with the facts and circumstances stated herein.

2.      I submit this Declaration in support of Plaintiffs' Financial Affidavit

regarding the fees and costs expended litigating Watch Tower Bible and Tract

Society of Pennsylvania's ("WTPA") Motion to Dismiss.  Motion to Dismiss and

Brief in Support (CV 20-52-BLG-SPW Doc. 13 & 14; CV-20-59-BLG-SPW-TJC

Doc 9 &10) (referred to herein as "WTPA's Motion").

3.      I am an associate at Meyer, Shaffer, and Stepans, I specialize in

complex civil litigation representing plaintiffs.  I was admitted to practice in

Montana in 2016 and have continuously maintained active and good standing with

the bar since.  I was an Editor at the Montana Law Review before graduating in

Declaration of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **2** of **7**

2016 and upon graduating served for one year as a Law Clerk for Federal District Court Judge Samuel Haddon in this federal district.  I possess the requisite skills, experience, and reputation for attorneys in Montana to warrant the reasonable hourly rate set forth above.

4.      My ordinary and customary rate is $200/hour.

5.      I personally prepared the itemization of my time spent litigating WTPA's Motion, which is attached as **Exhibit 1**.

6.      I did not keep contemporaneous records of the time I expended litigating WTPA's Motion.

7.      Therefore, I reconstructed the time I expended by reviewing:

a.   My calendar.

b.   The complete discovery served and answered pertaining to the WTPA's Motion.

c.   The record of correspondence between counsel pertaining to litigation over WTPA's Motion.

d.   The pleadings filed with the Court pertaining to WTPA's Motion

e.   The record of Jehovah's Witness documents assigned to me to review and summarize for responding to WTPA's Motion (a spreadsheet identifying these documents is attached as **Exhibit 2**).

Declaration of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **7**

f. The billing and attendance records of video and telephone conferences I attended that pertained to litigation over WTPA's Motion.

g. My Affidavit (Doc. 88-2) and associated time-keeping spreadsheet from a prior grant of attorneys' fees in this case and entered the same time for the tasks also included in **Exhibit 1**.

8. I then used the following process to create conservative billing entries for my time as follows:

a. For all tasks not included in my prior Affidavit, and because billing entries were not created contemporaneously, my goal was to ensure that each entry reflected less time than the associated task actually required.  As such, I generally used the following formulas to estimate time spent on each task: one minute per page of evidentiary document review; three minutes per page of court filing/discovery review; one half hour per page of discovery I drafted; one-half hour per opening/response brief and one-quarter hour per reply brief for my final citation/formatting review.  In reality, I estimate, on average, I spent at least twice this amount of time on each task.  Specifically, with evidentiary document review,

Declaration of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **4** of **7**

I generally recall spending weeks at a time meticulously reading thousands of pages of dense, religious terminology-filled documents published and/or printed by WTPA, looking for proverbial "needles in a haystack" that proved WTPA had substantial contacts with Montana. While these efforts obviously bore fruit, one-minute per page is a very low estimate for this task.

b.  Moreover, while I customarily create and draft the first version of all briefs filed with the Court, I have not included any of that time here (except for the final Response Brief to the Motion to Dismiss due to the enormity of that task) to avoid any appearance of double billing for the same documents with Ryan Shaffer, the senior attorney writing and signing all such briefs.

c.  Therefore, such entries are a conservative estimate of the time actually expended.

d.  For meetings amongst Plaintiffs' legal team, my office was able to recover time records of all Teams and conference calls, as well as minutes for each, such that meetings related to the Motion to Dismiss were included in **Exhibit 1**, and meetings pertaining to other issues during the same time frame were not.

Declaration of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **5** of **7**

e.  For my one trip to this Court, I estimated ten hours roundtrip from Missoula to Billings based on google maps; the fee for such hours was reduced by 50% because that is the discount we apply to client billing for attorney travel.

f.  Finally, I applied the time to my customary rate of $200/hour to determine the total fee for each step in defeating the Motion to Dismiss and ultimately prevailing on Plaintiffs' Motion for Sanctions.

9.  Because most of my billing entries were not created contemporaneously, I endeavored to make sure that all entries were conservative by erring on the side of entering less time than I actually expended for each entry.

10.  I specifically excluded from **Exhibit 1** many meetings, emails, phone calls, and discussions with my co-counsel related to litigating WTPA's Motion because they were not memorialized or recorded.  For example, my co-counsel Ryan Shaffer and I work in the same office suite and frequently discussed, in person and at length, all manner of issues related to the WTPA's Motion. However, I have made no attempt to include such time on **Exhibit 1** because there is no objective guidepost to tether a reasonable estimate to.  Again, I have omitted from here any time spent drafting court filings, other than the final response brief

Declaration of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **6** of **7**

to WTPA's Motion, to avoid any appearance of double billing with Ryan Shaffer for drafting of the same documents.  As a result, my itemization omits hundreds of hours of time that I actually spent litigating WTPA's Motion.

11.    For the foregoing reasons, I certify that the time set forth in my billing entries is a conservative reflection of the time I actually expended in litigating WTPA's Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of September, 2022.

By: /s/ James C. Murnion
James C. Murnion
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

Declaration of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 7 of 7

*Exhibit 1*

| | Date | Event | Review of Incoming Doc | Legal Research re: Doc | Drafting Outgoing Doc. | Editing / Finalizing Outgoing Doc. | Teams Meetings / Conf. Calls | Travel Time (50% of hourly billing rate) | Time in Court |
|---|---|---|---|---|---|---|---|---|---|
| | | **JAMES MURNION TIME ENTRIES RE: HANDLING WTPA MOTION TO DISMISS ON PERSONAL JURISDICTION** | | | | | | | |
| 1 | 6/22/2020 | WTPA's Motion to Dismiss ("MTD") Pursuant to Rule 12(b)(2) and Brief in Support | 0.8 | | | | | | |
| 2 | 7/9/2020 | Attorney meeting re: Motion to dismiss and joint discovery plan | | | | | 0.8 | | |
| 3 | 7/13/2020 | Response brief to MTD | | 1 | | 0.5 | | | |
| 4 | ~7/13/2020 – ~3/20/2021 | Review of Jehovah's Witness documents obtained from Defendants and Third Parties re: WTPA's role in the church and contacts with Montana (CAEKAERT/MAPLEY Bates 1–348, 1818–2717, 2735–39, 2745–65, 2773–96, 3049–3167, 3174–3233, 3266–68, 3642–4017; WTPA bates 21771–806, 22163–294, 22327–23118, 28731–954, 30311–574, 33861–34084, 36507–699, 36704–67, 36992–37023, 56037–59160, 6,923 total pages) | 115.4 | | | | | | |
| 5 | 8/5/2020 | Motion to supplement the record re: MTD | | 0.2 | | | | | |
| 6 | 8/14/2020 | WTPA's brief in opposition to Motion to supplement the record re: MTD | 0.3 | | | | | | |
| 7 | 10/8/2020 | Attorney meeting re: document and information management; scope of jurisdictional discovery; 1st round of jurisdictional discovery to WTPA | | | | | 1.1 | | |
| 8 | 10/14/2020 | First jurisdictional discovery to WTPA | | | 8 | | | | |
| 9 | 10/14/2020 | Order re: jurisdictional discovery scheduling | 0.1 | | | | | | |
| 10 | 10/19/2020 | Brief re: scope of jurisdictional discovery | | | 1 | | | | |
| 11 | 11/11/2020 | Attorney meeting re: protective order; motion to conduct discovery on Mapley/WTNY; 2nd jurisdictional discovery to WTPA and 1st to WTNY | | | | | 1 | | |
| 12 | 11/17/2020 | Second jurisdictional discovery to WTPA | | | 2.5 | | | | |
| 13 | 11/17/2020 | First jurisdictional discovery to WTNY | | | 1.25 | | | | |
| 14 | 11/20/2020 | WTPA's responses to first jurisdictional discovery | 1.5 | | | | | | |
| 15 | 11/30/2020 | Order re: scope of jurisdictional discovery | 0.2 | | | | | | |
| 16 | 12/15/2020 | Letter from Wilson re: supp. discovery and elder interviews | 0.1 | | | | | | |
| 17 | 12/15/2020 | WTPA's first supp. responses to first jurisdictional discovery | 0.1 | | | | | | |
| 18 | 12/17/2020 | Subpoena duces tecum to hardin congregation | | 0.2 | 1 | | | | |
| 19 | 12/17/2020 | Attorney meeting re: finalizing SDT to Hardin Congregation; additional jurisidictional discovery to WTPA/WTNY; documents/correspondence received from WTPA | | | | | 1.7 | | |
| 20 | 12/22/2020 | Attorney meeting with consultant re: WTPA's role in the church | | | | | 3 | | |
| 21 | 12/28/2020 | Letter from Funyak re: subpoena duces tecum to hardin congregation | 0.1 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | 12/29/2020 | WTPA's responses to second jurisdictional discovery | 1.5 | | | | |
| 23 | 12/29/2020 | WTNY's responses to first jurisdictional discovery | 1 | | | | |
| 24 | 1/5/2021 | Attorney meeting with consultant re: WTPA's role in the church | | | | 2.5 | |
| 25 | 1/6/2021 | Attorney Meeting re: Hardin Congregation Subpoena and ongoing Jurisdictional Discovery | | | | 1.1 | |
| 26 | 1/7/2021 | Letter from Funyak re: subpoena duces tecum to hardin congregation | 0.2 | | | | |
| 27 | 1/15/2021 | WTPA's first supp. responses to second jurisdictional discovery | 0.25 | | | | |
| 28 | 1/15/2021 | Attorney meetign re: documents received from WTPA, discovery disputes, serving additional discovery before 1/25 deadline, legal research on personal jurisdiction | | | | 0.4 | |
| 29 | 1/19/2021 | Letter from Funyak re: Subpoena duces tecum to hardin congregation + scope of representation | 0.2 | | | | |
| 30 | 1/19/2021 | Letter to Wilson re: WTPA's jurisdictional discovery responses | | 2 | | | |
| 31 | 1/22/2021 | Letter from Funyak re: Subpoena duces tecum to hardin congregation + scope of representation | 0.2 | | | | |
| 32 | 1/22/2021 | Letter from Wilson re: WTPA's discovery responses | 0.5 | | | | |
| 33 | 1/25/2021 | Third jurisdictional discovery to WTPA | | | 6 | | |
| 34 | 1/25/2021 | Second jurisdictional discovery to WTNY | | 3.75 | | | |
| 35 | 2/2/2021 | Letter from Funyak re: subpoena duces tecum to hardin congregation | 0.1 | | | | |
| 36 | 2/11/2021 | Attorney Meeting re: Hardin Congregation Subpoena and ongoing Jurisdictional Discovery | | | | 1 | |
| 37 | 2/12/2021 | Letter from Wilson re: WTPA and WTNY discovery responses | 0.5 | | | | |
| 38 | 3/8/2021 | Email to Wilson re: WTNY's jurisdictional discovery responses | 0.1 | | | | |
| 39 | 3/8/2021 | WTPA's responses to third jurisdictional discovery | 1.5 | | | | |
| 40 | 3/9/2021 | Email from Dunn re: re: WTNY's jurisdictional discovery responses | 0.1 | | | | |
| 41 | 3/16/2021 | Letter from Wilson re: deposition of WTPA | 0.2 | | | | |
| 42 | 3/22/2021 | 2 letters from Wilson re: WTPA's and WTNY's jurisdictional discovery responses | 0.5 | | | | |
| 43 | 3/22/2021 | WTPA's second supp. re: responses to first jurisdictional discovery | 0.1 | | | | |
| 44 | 3/23/2021 | Attorney meeting re: discovery disputes | | | | 1.1 | |
| 45 | 3/26/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses | | | | | |
| 46 | 3/31/2021 | WTNY's first supp. responses to first jurisdictional discovery | 0.1 | | | | |
| 47 | 4/2/2021 | Attorney meeting re: discovery disputes | | | | 1.1 | |
| 48 | 4/7/2021 | Letter from Funyak re: Subpoena duces tecum to hardin congregation | 0.1 | | | | |
| 49 | 4/8/2021 | Letter from Wilson re: WTPA's and WTNY's jurisdictional discovery responses | 0.5 | | | | |
| 50 | 4/13/2021 | Order re: deadline for completion of jurisdictional depositions | 0.1 | | | | |
| 51 | 4/19/2021 | WTNY's second supp. responses to first jurisdictional discovery | 0.1 | | | | |

| # | Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | 4/19/2021 | WTPA's second supp. responses to third jurisdictional discovery | 0.1 | | | | | |
| 53 | 4/20/2021 | Brief re: Motion to compel jurisdictional discovery | | | 0.5 | | | |
| 54 | 4/21/2021 | Brief re: Motion to compel Hardin Congregation subpoena duces tecum | | 2 | 0.5 | | | |
| 55 | 4/28/2021 | Letter from Funyak re: Motion to compel | 0.3 | | | | | |
| 56 | 5/4/2021 | Hardin Congregation's motion and brief to permissively intervene | 0.2 | | | | | |
| 57 | 5/5/2021 | Order re: Hardin Congregation's motion and brief to permissively intervene | 0.1 | | | | | |
| 58 | 5/5/2021 | Hardin Congregation's response to motion to compel subpoena duces tecum | 0.6 | | | | | |
| 59 | 5/11/2021 | WTPA and WTNY's response to motion to compel jurisdictional discovery | 2 | | | | | |
| 60 | 5/12/2021 | WTPA and WTNY's joinder in hardin congregation's opposition to motion to compel | 0.1 | | | | | |
| 61 | 5/14/2021 | Reply brief re: Motion to compel Hardin Congregation subpoena duces tecum | | 0.5 | 0.25 | | | |
| 62 | 5/20/2021 | WTPA's third supp. responses to third jurisdictional discovery | 0.1 | | | | | |
| 63 | 5/20/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | | | | 1.1 | |
| 64 | 5/25/2021 | Reply brief re: Motion to compel jurisdictional discovery | | | 0.25 | | | |
| 65 | 6/2/2021 | Oral argument re: Motion to compel Hardin Congregation subpoena duces tecum | | | | | 10 | 1 |
| 66 | 6/15/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | | | | 1.3 | |
| 67 | 6/17/2021 | Mock hearing re: motion to compel jurisdictional discovery | | | | | 1.7 | |
| 68 | 6/30/2021 | Order re: Motion to compel Hardin Congregation subpoena duces tecum | 1 | | | | | |
| 69 | 7/30/2021 | Order re: Motion to compel Hardin Congregation subpoena duces tecum | 0.3 | | | | | |
| 70 | 8/10/2021 | Attorney meeting re: documents relevant to personal jurisdiction | | | | | 2.3 | |
| 71 | 8/11/2021 | Letter to Funyak re: redaction of subpoena duces tecum documents | | 1 | | | | |
| 72 | 8/12/2021 | Letter from Funyak re: redaction of subpoena duces tecum documents | 0.1 | | | | | |
| 73 | 8/12/2021 | Hardin Congregation's request for clarification | 0.2 | | | | | |
| 74 | 8/24/2021 | Order re: motion to compel jurisdictional discovery | 0.25 | | | | | |
| 75 | 8/26/2021 | Attorney meeting re: documents relevant to personal jurisdiction and forthcoming response to MTD | | | | | 1.3 | |
| 76 | 8/30/2021 | Order re: redaction of subpoena duces tecum documents | 0.1 | | | | | |
| 77 | 9/2/2021 | Letter from Wilson re: impropriety of MTD | 0.1 | | | | | |
| 78 | 9/2/2021 | Attorney meeting to discuss affidavit of fees and costs on Motion to Compel, review of Watchtower financial documents, Brumley depo., SDT to Hardin. | | | | | 0.8 | |
| 79 | 9/3/2021 | Letter from Funyak w/ unredacted subpoena duces tecum documents | 0.5 | | | | | |
| 80 | 9/9/2021 | Statement of attorney fees and costs re: motion to compel | | 1 | | | | |

| # | Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 81 | 9/15/2021 | Order granting motion for scheduling order | 0.1 | | | | | | |
| 82 | 9/21/2021 | WTPA's third supp. re: responses to first jurisdictional discovery | 0.1 | | | | | | |
| 83 | 9/21/2021 | WTPA's second supp. responses to second jurisdictional discovery | 0.6 | | | | | | |
| 84 | 9/21/2021 | WTNY's third supp. responses to first jurisdictional discovery | 0.5 | | | | | | |
| 85 | 9/21/2021 | WTPA's fourth supp. responses to third jurisdictional discovery | 1 | | | | | | |
| 86 | 10/18/2021 | Attorney meeting to discuss personal jurisdiction brief and potential Rule 11 letter | | | | | 1.2 | | |
| 87 | 10/25/2021 | Letters to Wilson, Taylor with Rule 11 motion/brief attached | | 0.5 | | | | | |
| 88 | ~8/1/2021 – 11/4/2021 | Review all documents flagged in document management spreadsheet as potentially PJ relevant, decide which to use in PJ brief (approximately 2500 pages) | 41.6 | | | | | | |
| 89 | 11/5/2021 | WTPA's notice of withdrawal of MTD | 0.1 | | | | | | |
| 90 | 11/5/2021 | Response brief to WTPA's MTD | | | 5 | 30 | 0.5 | | |
| 91 | 12/3/2021 | Brief re: Motion for sanctions | | | 5 | | 0.5 | | |
| 92 | 1/10/2022 | Reply brief re: Motion for sanctions | | | 1 | | 0.25 | | |
| 93 | 3/16/2022 | Mock hearing re: motion for sanctions | | | | | 1.8 | | |
| | **Time Totals** | | 176.5 | 17.4 | 55.5 | 3.25 | 26.3 | 10 | 1 | **Grand Total** |
| | **Hourly Rate** | | $200 | $200 | $200 | $200 | $200 | $100 | $200 | |
| | **Total Fee** | | $35,300 | $3,480 | $11,100 | $650 | $5,260 | $1,000 | $200 | **$56,990** |

*Exhibit 2*

| PRODUCED BY/ BATES PREFIX | BATES NUMBER | DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 000001-000002 | 3/10/1983 | 1983-03-10 WTNY Ltr to Elders re Not. of Disfellowship & Disassociation. | JAMES |
| CAEKAERT/MAPLEY | 000003-000005 | 9/20/1984 | 1984-09-20 WTNY Ltr to Elders re Judicial Cases & Disassociations | JAMES |
| CAEKAERT/MAPLEY | 000006 | 5/15/1987 | 1987-05-15 WTPA Ltr. to Elders re Ecclesiastical Priv. | JAMES |
| CAEKAERT/MAPLEY | 000007 | 1/2/1995 | 1995-01-02 WTPA Ltr to Elders re Pre. App to Gilead School | JAMES |
| CAEKAERT/MAPLEY | 000008 | 3/4/1997 | 1997-03-04 WTPA Ltr to Elders re Child Abusers | JAMES |
| CAEKAERT/MAPLEY | 000009 | 9/18/1970 | 1970-09-18 WTPA Ltr to Elders | JAMES |
| CAEKAERT/MAPLEY | 000010-000019 | 1979 | 1979 MT Sessions Laws | JAMES |
| CAEKAERT/MAPLEY | 000020-000025 | 7/1/1989 | 1989-07-01 WTNY Ltr to Congregations from Watchtower | JAMES |
| CAEKAERT/MAPLEY | 000026-000028 | 3/14/1997 | 1997-03-14 WTNY Ltr. to Elders | JAMES |
| CAEKAERT/MAPLEY | 000029-000031 | 5/9/2002 | 2002-05-09 WTPA  Ltr. to Panorama BBC re Child Abuse | JAMES |
| CAEKAERT/MAPLEY | 000032-000305 | 4/2020 | 2020-04 Leaked Elder's Manual | JAMES |
| CAEKAERT/MAPLEY | 000306-000315 | | Docs referencing JW-specifically mention Gunner Hain and/or Martin Svensen | JAMES |

| | | | | |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 000316-000320 | 1974 & 1976 | Revised Codes of MT 1974 and 1976 | JAMES |
| CAEKAERT/MAPLEY | 000321-000324 | | Setting Record Straight The Atlantic Article | JAMES |
| CAEKAERT/MAPLEY | 000325-000339 | | Watchtower Child Abuse Pedophile Policy and related court cases | JAMES |
| CAEKAERT/MAPLEY | 000340-000341 | 1/21/1999 | 1999-01-21 WTPA Lrt to Elders re Child Abuse | JAMES |
| CAEKAERT/MAPLEY | 000342-000343 | 1/11/1995 | 1995-01-11 WTPA Ltr to Elder re Victims of Child Abuse | JAMES |
| CAEKAERT/MAPLEY | 000344-000348 | 12/7/1999 | USDC E. Dist of NY Case: CV-96-4849 (CV-96-5161 & CV-96-461) Pl's Supp. Exhibit in Support of Mt for Leave to File 2nd Amended Complaint and to Add | JAMES |
| CAEKAERT/MAPLEY | 001818-002081 | 12/15/1977 | 1977-12-15 Branch Organization WTPA | JAMES |
| CAEKAERT/MAPLEY | 002082-002256 | 2/2003 | 2003-02 Branch Organization | JAMES |
| CAEKAERT/MAPLEY | 002257-002424 | 1/2015 | 2015-01 Branch Organization | JAMES |
| CAEKAERT/MAPLEY | 002425-002681 | 8/2018 | 2018-08 Branch Organization | JAMES |
| CAEKAERT/MAPLEY | 002682-002684 | 12/1/1989 | 1989-12-01 Watchtower Magazine | JAMES |

| | | | | |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 002686-002687 | 2/20/1943 | 1943-02-20 WTPA Ltr. to Co. Pub. of The New World | JAMES |
| CAEKAERT/MAPLEY | 002688-002689 | 3/20/1943 | 1943-03-20 WTPA Ltr. to All Servants | JAMES |
| CAEKAERT/MAPLEY | 002690-002691 | 3/20/1943 | 1943-03-20 WTPA Ltr. to Pub. of the Theocracy Everywhere | JAMES |
| CAEKAERT/MAPLEY | 002692-002693 | 2/20/1944 | 1944-02-20 WTPA Ltr. to All Servants | JAMES |
| CAEKAERT/MAPLEY | 002694-002695 | 3/10/1944 | 1944-03-10 WTPA Ltr. to Educators in Freedom | JAMES |
| CAEKAERT/MAPLEY | 002696-002697 | 3/1/1945 | 1945-03-01 WTPA Ltr. to Co. Pub. | JAMES |
| CAEKAERT/MAPLEY | 002698-002699 | 1/21/1946 | 1946-01-21 WTPA Ltr. to All Servants | JAMES |
| CAEKAERT/MAPLEY | 002700-002701 | 2/20/1946 | 1946-02-20 WTPA Ltr. to Pub. of Kingdom | JAMES |
| CAEKAERT/MAPLEY | 002702-002703 | 2/25/1946 | 1946-02-25 WTPA Ltr. to All Theocratic Servants | JAMES |
| CAEKAERT/MAPLEY | 002704-002705 | 3/21/1946 | 1946-03-21 WTPA Ltr. to | JAMES |
| CAEKAERT/MAPLEY | 002706-002707 | 2/24/1947 | 1947-02-24 WTPA Ltr. to Consecrated Christian Witnesses | JAMES |
| CAEKAERT/MAPLEY | 002708-002709 | 5/10/1947 | 1947-05-10 WTPA Memo on Religious Census | JAMES |
| CAEKAERT/MAPLEY | 002710-002711 | 10/23/1947 | 1947-10-23 WTPA Ltr. to All Companies & Pioneers | JAMES |
| CAEKAERT/MAPLEY | 002712-002713 | 1/20/1948 | 1948-01-20 WTPA Ltr. to All of God's Ministers of Good News | JAMES |
| CAEKAERT/MAPLEY | 002714-002715 | 2/20/1948 | 1948-02-20 WTPA Ltr. to Expansion Minded Ministers of God | JAMES |

| | | | | |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 002716-002717 | 3/22/1948 | 1948-03-22 WTPA Ltr. to Servants of God | JAMES |
| CAEKAERT/MAPLEY | 002735 | 9/4/1954 | Pittsburgh Sun Article | JAMES |
| CAEKAERT/MAPLEY | 002736-002737 | 5/6/1955 | 1955-05-06 WTPA Ltr. to All Congregations | JAMES |
| CAEKAERT/MAPLEY | 002738-002739 | 4/23/1956 | 1956-04-23 WTPA Ltr. to All Congregations | JAMES |
| CAEKAERT/MAPLEY | 002745-002746 | 1/10/1994 | 1944-01-10 WTPA Ltr. to Assoc. of Free Nation of Keeping Truth | JAMES |
| CAEKAERT/MAPLEY | 002748-002749 | 11/1/1995 | 1995-11-01 WTPA Information regarding ownership of kingdom halls | JAMES |
| CAEKAERT/MAPLEY | 002750 | 8/1/1996 | 1996-08-01 WTPA Remittance forms for Society Kingdom Hall loans | JAMES |
| CAEKAERT/MAPLEY | 002753 | 8/1/1997 | 1997-08-01 WTPA Remittance forms for Society Kingdom Hall loans | JAMES |
| CAEKAERT/MAPLEY | 002754-002756 | 9/1/1998 | 1998-09-01 WTPA Key Facts About the Kingdom Hall Assistance | JAMES |
| CAEKAERT/MAPLEY | 002757 | 11/1/1999 | 1999-11-01 WTPA The Society Kingdom Hall Fund | JAMES |
| CAEKAERT/MAPLEY | 002758-002761 | 1/15/2001 | 2001-01-15 The Watchtower Publication - How the Governing Body Differs from a Legal Corporation | JAMES |
| CAEKAERT/MAPLEY | 002762 | 9/8/2001 | 2001-09-08 WPTA Ltr. To Elder re Soviet Union | JAMES |

| | | | | |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 002763-002765 | 12/1/2004 | 2004-12-01 WTNY Key Facts About the Kingdom Hall Assistance | JAMES |
| CAEKAERT/MAPLEY | 002773-002774 | 11/20/1947 | 1947-11-20 WTPA Ltr. to All Companies of JW in US | JAMES |
| CAEKAERT/MAPLEY | 002775-002776 | 4/15/1952 | 1952-04-15 WTPA Ltr. to Kingdom Publishers | JAMES |
| CAEKAERT/MAPLEY | 002777 | 11/16/1954 | 1954-11-16 WTPA Ltr. to All Congregations | JAMES |
| CAEKAERT/MAPLEY | 002778-002779 | 4/1988 | 1988-04 S-10 Congregation Analysis Report | JAMES |
| CAEKAERT/MAPLEY | 002780-002781 | 1989 | Notification of Disfellowshipping or Disassociation form | JAMES |
| CAEKAERT/MAPLEY | 002782-002787 | 7/1/1989 | 1989-07-01 WTNY Ltr. to US Bodies of Elders | JAMES |
| CAEKAERT/MAPLEY | 002788 | 2/3/1993 | 1993-02-03 WTNY Ltr. to US Bodies of Elders | JAMES |
| CAEKAERT/MAPLEY | 002789-002790 | 8/1/1995 | 1995-08-01 WTNY Ltr. to Elders re Victims of Child Abuse | JAMES |
| CAEKAERT/MAPLEY | 002791-002793 | 3/14/1997 | 1997-03-14 WTNY Ltr to Elder re Child Abuse | JAMES |
| CAEKAERT/MAPLEY | 002794-002795 | Undated | Ltr To All Company Servants | JAMES |
| CAEKAERT/MAPLEY | 002796 | 4/29/2008 | 2008-04-29 Ltr. to Brother Tucker (Circuit Overseer Equals Governing Body) | JAMES |
| CAEKAERT/MAPLEY | 003049-003051 | 3/20/1947 | 1947-03-20 WTPA Ltr. to Each Servant of God | JAMES |
| CAEKAERT/MAPLEY | 003174-003233 | 1970 | Yearbook of Jehovah's Witnesses | JAMES |

| | | | | |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 003266-003268 | 09/01/1998 | 1998-09-01 WTPA Key Facts About the Kingdom Hall Assistance Arrangement | JAMES |
| CAEKAERT/MAPLEY | 003642-003864 | 3/31/2014 | Depo. Transcript - Richard Ashe | JAMES |
| CAEKAERT/MAPLEY | 003865-004017 | 4/1/2014 | Depo. Transcript - Ashe Richard | JAMES |

| DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|
| 4/10/1944 | 1944-04-10 WTPA Ltr. to All Companies of JW | JAMES |
| 3/15/1943 | 1943-03-15 WTPA Ltr. to The Watchtower Subscriber | JAMES |
| 4/26/1943 | 1943-04-26 WTPA Ltr. to all New World Pub. | JAMES |
| 5/12/1948 | 1948-05-12 WTPA Ltr. to All Companies of JW in US | JAMES |
| 6/22/1948 | 1948-06-22 WTPA Ltr. to Brother | JAMES |
| 2/20/1951 | 1951-02-20 WTPA Ltr. to Publishers | JAMES |
| 2/20/1952 | 1952-02-20 WTPA Ltr. to Kingdom Publishers | JAMES |
| 7/24/1998 | WTPA Ltr. To Elders re Serious Crime | JAMES |
| 10/29/1997 | Ltr. No. 121 to Australia WTPA | JAMES |
| 2/12/1998 | WTPA  Resp. to Ltr. No. 121 | JAMES |
| 12/31/1998 | WTPA Ltr. To Elders re Child Abuse | JAMES |
| 1989 | Int Bible Students Assn of Can v Halton Hills | JAMES |
| 7/15/1997 | S-2 Form - Recc. For New Elder and Ministerial Servant Appointment (Filled Out) | JAMES |
| 2001 | S-2-E Form (Blank) | JAMES |
| 2012 | S-2-E Form (Blank) | JAMES |

| BATES NUMBER | DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|---|
| 021771-021806 | | Bible Topics of Discussion | JAMES |
| 022163-022294 | 1986 | Examining the Scriptures Daily | JAMES |
| 022327-022458 | 1987 | Examining the Scriptures Daily | JAMES |
| 022459-022590 | 1988 | Examining the Scriptures Daily | JAMES |
| 022591-022722 | 1989 | Examining the Scriptures Daily | JAMES |
| 022723-022854 | 1990 | Examining the Scriptures Daily | JAMES |
| 022855-022986 | 1991 | Examining the Scriptures Daily | JAMES |
| 022987-023118 | 1992 | Examining the Scriptures Daily | JAMES |
| 028731-028954 | 1983 | Organized to Accomplish our Ministry | JAMES |
| 030311-030574 | 3/1/1986 | Branch Organization Manual | JAMES |
| 033861-034084 | 1989 | Organized to Accomplish our Ministry | JAMES |
| 036507-036699 | 1992 | Theocratic Ministry School Guidebook | JAMES |
| 036704-036735 | 1978 | JW - Jehovah's Witnesses in the Twentieth Century | JAMES |
| 036736-036767 | 1979 | JW - Jehovah's Witnesses in the Twentieth Century | JAMES |
| 036992-037023 | 1989 | JW - Jehovah's Witnesses in the Twentieth Century | JAMES |
| 056037-056424 | 1973 | 1973 - Yearbook of the Jehovah's Witnesses | JAMES |
| 056425-056812 | 1974 | 1974 - Yearbook of the Jehovah's Witnesses | JAMES |
| 056813-057200 | 1975 | 1975 - Yearbook of the Jehovah's Witnesses | JAMES |
| 057201-057592 | 1976 | 1976 - Yearbook of the Jehovah's Witnesses | JAMES |
| 057593-057984 | 1977 | 1977 - Yearbook of the Jehovah's Witnesses | JAMES |
| 057985-058376 | 1978 | 1978 - Yearbook of the Jehovah's Witnesses | JAMES |
| 058377-058768 | 1979 | 1979 - Yearbook of the Jehovah's Witnesses | JAMES |
| 058769-059160 | 1980 | 1980 - Yearbook of the Jehovah's Witnesses | JAMES |