*Exhibit E*

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1863 Wazee Street, #3A
Denver, CO  80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **DECLARATION OF MATTHEW L. MERRILL** |

ARIANE ROWLAND, and JAMIE       )
SCHULZE                         )        Cause No. CV 20-59-BLG-SPW
            Plaintiff,  )
    vs.                        )
                                )
WATCHTOWER BIBLE AND TRACT      )
SOCIETY OF NEW YORK, INC., and  )
WATCH TOWER BIBLE AND TRACT     )
SOCIETY OF PENNSYLVANIA,        )
                                )
           Defendants.  )
                                )

I, Matthew L. Merrill, an attorney duly admitted to practice law pro hac vice in this Court, declare that the following is true and correct:

1.     I submit this Declaration in support of Plaintiffs' Financial Affidavit regarding the fees and costs expended litigating Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Motion to Dismiss.  Motion to Dismiss and Brief in Support (CV 20-52-BLG-SPW Doc. 13 & 14; CV-20-59-BLG-SPW-TJC Doc 9 &10) (referred to herein as "WTPA's Motion").

2.     I am a solo practitioner in the law firm of Merrill Law, LLC, and represent Plaintiffs in this matter.  My reasonable and customary rate is $300.

3.     I am admitted to practice law in the state courts of Colorado and in the Federal Court of Montana (pro hac vice).  I have been practicing law since 2006.

4.     I am assisting Meyer, Shaffer & Stepans, PLLP in the prosecution of this case.  My primary roles prior to the Court's August 23, 2022 Order were: (1)

Declaration of Matthew L. Merrill
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 4

review of documents obtained from defendants and third parties; (2) participate in meetings and calls with the litigation team to discuss strategy, relevant documents, and correspondence and briefs; and (3) review and edit correspondence and briefs.  I also completed legal research, outlined arguments for briefs, and drafted discovery requests.

5.      I personally prepared the itemization of my time spent litigating WTPA's Motion, which is attached as **Exhibit 1**.

6.      I did not keep contemporaneous records of the time I expended litigating WTPA's Motion.

7.      Therefore, I reconstructed the time I expended by reviewing:

   a.   My calendar.

   b.  The complete discovery served and answered pertaining to the WTPA's Motion.

   c.  The record of correspondence between counsel pertaining to litigation over WTPA's Motion.

   d.  The pleadings filed with the Court pertaining to WTPA's Motion

   e.  The record of Jehovah's Witness documents assigned to me to review and summarize for responding to WTPA's Motion (a spreadsheet identifying these documents is attached as **Exhibit 2**).

Declaration of Matthew L. Merrill
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 4

   f.  The billing and attendance records of video and telephone
       conferences I attended that pertained to litigation over WTPA's
       Motion.

8. Because most of my billing entries were not created contemporaneously,
   I endeavored to make sure that all entries were conservative by erring on
   the side of entering less time than I actually expended for each entry.

9.  I excluded from **Exhibit 1** many meetings, emails, phone calls, and
discussions with my co-counsel related to litigating WTPA's Motion because they
were not memorialized or recorded.

10.  For the foregoing reasons, I certify that the time set forth in my billing
entries is a conservative reflection of the time I actually expended in litigating
WTPA's Motion.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the
laws of the United States of America that the foregoing is true and correct.

   DATED this 20th day of September, 2022.

                        By: /s/ Matthew L. Merrill
                        Matthew L. Merrill
                        MERRILL LAW, LLC

                        *Attorney for Plaintiffs*

Declaration of Matthew L. Merrill
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 4 of 4

*Exhibit 1*

| | Date | Event | Review of Incoming Doc | Legal Research re: Doc | Drafting Outgoing Doc. / Prepare Mock Hearing Questions | Editing / Finalizing Outgoing Doc. | Teams Meetings / Conf. Calls |
|---|---|---|---|---|---|---|---|
| | | **MATTHEW MERRILL TIME ENTRIES RE: HANDLING WTPA MOTION TO DISMISS ON PERSONAL JURISDICTION** | | | | | |
| 1 | 7/9/2020 | Attorney meeting re: Motion to dismiss and joint discovery plan | | | | | 0.8 |
| 2 | 7/13/2020 | Response brief to WTPA's Motion to Dismiss ("MTD") Pursuant to Rule 12(b)(2) | 0.8 | | | 1 | |
| 3 | ~7/13/2020 – ~3/20/2021 | Review of Jehovah's Witness documents obtained from Defendants and Third Parties re: WTPA's role in the church and contacts with Montana | 27.4 | | | | |
| 4 | 8/5/2020 | Brief in support of Motion to supplement the record re: MTD | | | | 0.2 | |
| 5 | 8/14/2020 | WTPA's brief in opposition to Motion to supplement the record re: MTD | 0.2 | | | | |
| 6 | 10/8/2020 | Attorney meeting re: document and information management; scope of jurisdictional discovery; 1st round of jurisdictional discovery to WTPA | | | | | 1.1 |
| 7 | 10/14/2020 | Order re: jurisdictional discovery scheduling | 0.2 | | | | |
| 8 | 10/19/2020 | Brief re: scope of jurisdictional discovery | | 1 | 1 | 1 | |
| 9 | 11/11/2020 | Attorney meeting re: protective order; motion to conduct discovery on Mapley/WTNY; 2nd jurisdictional discovery to WTPA and 1st to WTNY | | | | | 1 |
| 10 | 11/17/2020 | Second jurisdictional discovery to WTPA | | | | 1 | |
| 11 | 11/17/2020 | First jurisdictional discovery to WTNY | | | | 0.5 | |
| 12 | 11/20/2020 | WTPA's responses to first jurisdictional discovery | 0.7 | | | | |
| 13 | 11/30/2020 | Order re: scope of jurisdictional discovery | 0.5 | | | | |
| 14 | 12/15/2020 | WTPA's first supp. responses to first jurisdictional discovery | 0.3 | | | | |
| 15 | 12/17/2020 | Subpoena duces tecum to hardin congregation | | | 0.5 | 0.5 | 0.5 |
| 16 | 12/17/2020 | Attorney meeting re: finalizing SDT to Hardin Congregation; additional jurisidictional discovery to WTPA/WTNY; documents/correspondence received from WTPA | | | | | 1.7 |
| 17 | 12/22/2020 | Attorney meeting with consultant re: WTPA's role in the church | | | | | 3 |
| 18 | 12/22/2020 | Letter to Wilson re: elder interviews | | | | 0.1 | 0.1 |
| 19 | 12/29/2020 | WTPA's responses to second jurisdictional discovery | 0.7 | | | | |
| 20 | 12/29/2020 | WTNY's responses to first jurisdictional discovery | 0.7 | | | | |
| 21 | 1/5/2021 | Attorney meeting with consultant re: WTPA's role in the church | | | | | 2.5 |
| 22 | 1/11/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation | | | | 0.1 | 0.1 |

| # | Date | Description | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|---|
| 23 | 1/15/2021 | WTPA's first supp. responses to second jurisdictional discovery | 0.3 | | | | |
| 24 | 1/15/2021 | Attorney meetign re: documents received from WTPA, disocvery disputes, serving additional discovery before 1/25 deadline, legal research on personal jurisdiction | | | | | 0.4 |
| 25 | 1/19/2021 | Letter to Wilson: WTPA's jurisdictional discovery responses | | | | 0.4 | 0.5 |
| 26 | 1/22/2021 | Letter from Wilson re: WTPA's discovery responses | 0.2 | | | | |
| 27 | 1/25/2021 | Third jurisdictional discovery to WTPA | | | 1 | 0.5 | 1 |
| 28 | 1/25/2021 | Second jurisdictional discovery to WTNY | | | | 1 | |
| 29 | 1/26/2021 | Letter to Wilson re: WTPA's jurisdictional discovery responses | | | | 0.3 | |
| 30 | 1/26/2021 | Letter to Wilson re: WTNY's jurisdictional discovery responses | | | | 0.2 | |
| 31 | 2/11/2021 | Attorney Meeting re: Hardin Congregation Subpoena and ongoing Jurisdictional Discovery | | | | | 1 |
| 32 | 2/12/2021 | Letter from Wilson re: WTPA and WTNY discovery responses | 0.3 | | | | |
| 33 | 3/8/2021 | WTPA's responses to third jurisdictional discovery | 0.5 | | | | |
| 34 | 3/10/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses | | | | 0.4 | 1 |
| 35 | 3/22/2021 | 2 letters from Wilson re: WTPA's and WTNY's jurisdictional discovery responses | 0.4 | | | | |
| 36 | 3/22/2021 | WTPA's second supp. re: responses to first jurisdictional discovery | 0.2 | | | | |
| 37 | 3/23/2021 | Attorney meeting re: discovery disputes | | | | | 1.1 |
| 38 | 3/26/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses | | | | 0.3 | |
| 39 | 3/30/2021 | Letter to Funyak re: Subpoena duces tecum to hardin congregation | | | | 0.2 | |
| 40 | 3/31/2021 | WTNY's first supp. responses to first jurisdictional discovery | 0.3 | | | | |
| 41 | 4/2/2021 | Attorney meeting re: discovery disputes | | | | | 1.1 |
| 42 | 4/7/2021 | Letter from Funyak re: Subpoena duces tecum to hardin congregation | 0.2 | | | | |
| 43 | 4/9/2021 | Letter to Wilson re: WTPA's and WTNY's jurisdictional discovery responses and jurisdictional depositions | | | | 0.3 | |
| 44 | 4/19/2021 | WTNY's second supp. responses to first jurisdictional discovery | 0.3 | | | | |
| 45 | 4/19/2021 | WTPA's second supp. responses to third jurisdictional discovery | 0.3 | | | | |
| 46 | 4/20/2021 | Brief re: Motion to compel jurisdictional discovery | | | | 1 | 0.5 |
| 47 | 4/21/2021 | Motion to compel Hardin Congregation subpoena duces tecum | | | | 1 | 0.5 |
| 48 | 4/23/2021 | Deposition of James Rowland | 1 | | | | |
| 49 | 4/28/2021 | Letter from Funyak re: Motion to compel | 0.1 | | | | |
| 50 | 5/4/2021 | Hardin Congregation's motion and brief to permissively intervene | | | | | 0.1 |

| # | Date | Description | | | | |
|---|---|---|---|---|---|---|
| 51 | 5/5/2021 | Order re: Hardin Congregation's motion and brief to permissively intervene | 0.1 | | | |
| 52 | 5/5/2021 | Hardin Congregation's response to motion to compel subpoena duces tecum | 0.7 | | | |
| 53 | 5/11/2021 | WTPA and WTNY's response to motion to compel jurisdictional discovery | 0.7 | | | |
| 54 | 5/14/2021 | Reply brief re: Motion to compel Hardin Congregation subpoena duces tecum | | | 1 | 0.5 |
| 55 | 5/20/2021 | WTPA's third supp. responses to third jurisdictional discovery | 0.3 | | | |
| 56 | 5/20/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | | | 1.1 |
| 57 | 5/25/2021 | Reply brief re: Motion to compel jurisdictional discovery | | | 0.7 | |
| 58 | 6/15/2021 | Attorney meeting re: motions to compel + upcoming oral arguments | | | | 1.3 |
| 59 | 6/17/2021 | Mock hearing re: motion to compel jurisdictional discovery | | 1 | | 1.7 |
| 60 | 6/30/2021 | Order re: Motion to compel Hardin Congregation subpoena duces tecum | 0.4 | | | |
| 61 | 7/30/2021 | Order re: Motion to compel Hardin Congregation subpoena duces tecum | 0.4 | | | |
| 62 | 8/10/2021 | Attorney meeting re: documents relevant to personal jurisdiction | | | | 2.3 |
| 63 | 8/24/2021 | Order re: motion to compel jurisdictional discovery | 0.3 | | | |
| 64 | 8/26/2021 | Attorney meeting re: documents relevant to personal jurisdiction and forthcoming response to MTD | | | | 1.3 |
| 65 | 8/27/2021 | Letter to Wilson/Taylor re: impropriety of MTD | | | 0.4 | |
| 66 | 8/30/2021 | Order re: redaction of subpoena duces tecum documents | 0.2 | | | |
| 67 | 9/2/2021 | Letter from Wilson re: impropriety of MTD | 0.1 | | | |
| 68 | 9/2/2021 | Attorney meeting to discuss affidavit of fees and costs on Motion to Compel, review of Watchtower financial documents, Brumley depo., SDT to Hardin. | | | | 0.8 |
| 69 | 9/3/2021 | Letter from Funyak w/ unredacted subpoena duces tecum documents | 0.2 | | | |
| 70 | 9/21/2021 | WTPA's third supp. re: responses to first jurisdictional discovery | 0.2 | | | |
| 71 | 9/21/2021 | WTPA's second supp. responses to second jurisdictional discovery | 0.2 | | | |
| 72 | 9/21/2021 | WTNY's third supp. responses to first jurisdictional discovery | 0.2 | | | |
| 73 | 9/21/2021 | WTPA's fourth supp. responses to third jurisdictional discovery | 0.2 | | | |
| 74 | 10/18/2021 | Attorney meeting to discuss personal jurisdiction brief and potential Rule 11 letter | | | | 1.2 |
| 75 | 11/5/2021 | WTPA's notice of withdrawal of MTD | 0.1 | | | |
| 76 | 11/5/2021 | Response brief to WTPA's MTD | | 3 | 1.5 | |
| 77 | 12/3/2021 | Brief re: Motion for sanctions | | | 0.4 | |
| 78 | 1/10/2022 | Reply brief re: Motion for sanctions | | | 0.3 | |

| 79 | 3/16/2021 | Mock hearing re: motion for sanctions | | | | | 1.8 | |
|---|---|---|---|---|---|---|---|---|
| | **Time Totals** | | 39.9 | 1 | 6.5 | 14.3 | 30 | **Grand Total** |
| | **Hourly Rate** | | $300 | $300 | $300 | $300 | $300 | |
| | **Total Fee** | | $11,970 | $300 | $1,950 | $4,290 | $9,000 | **$27,510** |

*Exhibit 2*

| PRODUCED BY/ BATES PREFIX | BATES NUMBER | DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 001240-001369 | 1/2018 | 2018-01 Circuit Overseer Guidelines Copyrighted 2018 by WTPA | MATTHEW |
| CAEKAERT/MAPLEY | 001370-001499 | 10/2015 | 2015-10 Circuit Overseer Guidelines Copyrighted 2015 by WTPA | MATTHEW |
| CAEKAERT/MAPLEY | 001500-001654 | 1991 | ELDERS BOOK 1991 Pay attention to yourselves and to all the flock (ks91-E) Copyrighted 1991 by WTPA Published 1991 by WTNY | MATTHEW |
| CAEKAERT/MAPLEY | 001655-001817 | 1991 | ELDERS BOOK 1991 Pay attention to yourselves and to all the flock CONFIDENTIAL NOTES Copyrighted 1991 by WTPA Published 1991 by WTNY | MATTHEW |
| CAEKAERT/MAPLEY | 002718-002733 | 1/1/1950 | 1950-01-01 WatchTower Publication  (in folder Watchtower PA equal to Gov Body) | MATTHEW |

| | | | | |
|---|---|---|---|---|
| CAEKAERT/MAPLEY | 002734 | 1/1/1954 | 1954-01-01 Pages from the Watchtower Pub. re Watch Tower Society Control | MATTHEW |
| CAEKAERT/MAPLEY | 002740-002743 | 5/1/1971 | 1971-05-01 Pages from The Watchtower Publication - Striving to Serve Jehovah from Childhood On | MATTHEW |
| CAEKAERT/MAPLEY | 002747 | 5/15/1995 | 1995-05-15 Watchtower P 22 WTPA was synonymous with GB | MATTHEW |
| CAEKAERT/MAPLEY | 002751 | 7/1/1997 | 1997-07-01 The Watchtower Publication - announcement of 10/4/1997 Annual Meeting | MATTHEW |
| CAEKAERT/MAPLEY | 002752 | 7/15/1997 | 1997-07-15 The Watchtower Publication - announcement of 10/4/1997 Annual Meeting | MATTHEW |
| CAEKAERT/MAPLEY | 003028-003037 | | Section 6 Anderson's Child Abuse Info to JW GB | MATTHEW |
| CAEKAERT/MAPLEY | 003038-003048 | 1/9/2021 | 2021-01-09 Anderson re Steps to Power | MATTHEW |
| CAEKAERT/MAPLEY | 003052-003167 | 1884-2003 | 1884-2003 Chap. 1 - Corporate Charter & Amendments | MATTHEW |

| DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|
| 8/27/2013 | Child Abuse-re-Jan 1 1997 Watch Tower Branch Guidelines | MATTHEW |
| 7/20/1998 | Ltr. to Canadian BOE re CSA | MATTHEW |
| 10/4/1970 | WT Svc. Dept Ltr. to Cong. Committee Mtg with Papazian re CSA | MATTHEW |
| 10/29/1992 | Kruger Confidential Ltr. to Governing Body | MATTHEW |
| | Section 1-Anderson's Child Abuse Info to JW Governing Body 1993 | MATTHEW |
| | Section 2-Part 1 Anderson's Child Abuse Info to JW GB | MATTHEW |
| | Section 3-Part 2 Anderson's Child Abuse Info to JW GB | MATTHEW |
| | Section 4-Part 3 Anderson's Child Abuse Info to JW GB | MATTHEW |
| | Section 5 Anderson's Child Abuse Info to JW GB | MATTHEW |
| 10/8/1991 | 1991-10-08 Woodard-Mary Woodard Kohens Experience-Awake | MATTHEW |
| 11/16/1991 | 1991-11-16 Carl and Barbara P - ltr to Governing Body of JWs re CA | MATTHEW |
| 6/4/2002 | 2002-06-04 Ltr. to Manion | MATTHEW |
| 4/24/2006 | 2006-04-24 Mary Woodard' - Moving Forward | MATTHEW |
| | Anderson  talks about Mary Woodward in part of Discoveries of BA | MATTHEW |

| | Anderson 's-Analysis of the Oct 1 2012 BOE letter | MATTHEW |
|---|---|---|
| 5/3/2018 | Flawed Decree Conceals Criminals- Final-Lev 5-1 | MATTHEW |

| PRODUCED BY/ BATES PREFIX | BATES NUMBER | DOCUMENT DATE | DOCUMENT DESCRIPTION | RVW ATTORNEY |
|---|---|---|---|---|
| WTPA | 061909-062172 | 1989 | 1989 - Yearbook of the Jehovah's Witnesses | MATTHEW |
| WTPA | 062173-062436 | 1990 | 1990 - Yearbook of the Jehovah's Witnesses | MATTHEW |
| WTPA | 062437-062700 | 1991 | 1991 - Yearbook of the Jehovah's Witnesses | MATTHEW |
| WTPA | 062701-062964 | 1992 | 1992 - Yearbook of the Jehovah's Witnesses | MATTHEW |