Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | Case No. CV-20-00052-SPW-TJC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' FINANCIAL AFFIDAVIT** |

|                                  |
| -------------------------------- |
| Cross-Claimants,                 |
| -vs-                             |
| BRUCE MAPLEY SR.,                |
| Cross-Defendant.                 |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") and Philip Brumley respectfully move the Court for a two-week extension to file a response to Plaintiffs' financial affidavit (Doc. 144), which was filed pursuant to the Court's Order re Plaintiffs' Motion for Sanctions (Doc. 135). The current deadline to respond is Tuesday, October 4, 2022, and the new deadline would allow WTPA and Mr. Brumley to file a response up to and including Tuesday, October 18, 2022.

Counsel for WTPA have contacted Plaintiffs' counsel, who do not object to this extension of time. Pursuant to L.R. 7.1(c)(3), a proposed order is filed herewith and emailed to the Court.

**DATED** this 23rd day of September, 2022.

                MOULTON BELLINGHAM PC

                By   */s/ Jordan W. FitzGerald*
                      GERRY P. FAGAN
                      CHRISTOPHER T. SWEENEY
                      JORDAN W. FITZGERALD
                      27 North 27th Street, Suite 1900
                      P.O. Box 2559
                      Billings, Montana 59103-2559

                      *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans  
Ryan R. Shaffer  
James C. Murnion  
MEYER, SHAFFER & STEPANS, PLLP  
430 Ryman Street  
Missoula, MT 59802  
*Attorneys for Plaintiffs*

   Matthew L. Merrill (*pro hac vice*)  
MERRILL LAW, LLC  
1863 Wazee Street, #3A  
Denver, CO 80202

3. Jon A. Wilson  
Brett C. Jensen  
BROWN LAW FIRM, P.C.  
315 North 24th Street  
P.O. Drawer 849  
Billings, MT 59103-0849  
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

   Joel M. Taylor, Esq. (*pro hac vice*)  
MILLER MCNAMARA & TAYLOR LLP  
100 South Bedford Road, Suite 340  
Mount Kisco, NY 10549

4. Bruce G. Mapley, Sr.  
3905 Caylan Cove  
Birmingham, AL 35215  
*Pro se*

By the following means:

| 1, 2, 3 | CM/ECF | | Fax |
|---|---|---|---|
| | Hand Delivery | | E-Mail |
| 4 | U.S. Mail | | Overnight Delivery Services |

By   */s/ Jordan W. FitzGerald*  
     JORDAN W. FITZGERALD