IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>　　　　　　　Plaintiffs,<br><br>　-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　　　Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br>　　　　　　　Cross-Claimants,<br><br>　-vs-<br><br>BRUCE MAPLEY SR.,<br><br>　　　　　　　Cross-Defendant. | |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") and Philip Brumley's Unopposed Motion for Extension of Time,

**IT IS HEREBY ORDERED** that WTPA and Philip Brumley have up to and including Tuesday, October 18, 2022 to file a response to Plaintiffs' financial affidavit (Doc. 144).

**DATED** this _____ day of September, 2022.

_____
SUSAN P. WATTERS
United States District Judge
