IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>                        Plaintiffs,<br><br>   -vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>                       Defendants. | Case No. CV-20-00052-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br>               Cross-Claimants,<br><br>   -vs-<br><br>BRUCE MAPLEY SR.,<br><br>                  Cross-Defendant. | |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") and Philip Brumley's Unopposed Motion for Extension of Time to File Response to Plaintiffs' Financial Affidavit (Doc. 145), and for good cause appearing,

**IT IS HEREBY ORDERED** that WTPA and Philip Brumley have up to and including **Tuesday, October 18, 2022** to file a response to Plaintiffs' financial affidavit (Doc. 144).

DATED this _26th_ day of September, 2022.

SUSAN P. WATTERS
United States District Judge