Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1863 Wazee Street, #3A
Denver, CO 80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>      Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>      Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>      Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>      Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' MOTION FOR NEW SCHEDULING ORDER** |

Plaintiffs, by and through undersigned counsel, respectfully move the Court for a new scheduling order allowing sufficient time to resolve critical discovery issues prior to completing discovery and disclosing expert witnesses.

Plaintiffs sought Defendants' position on this Motion:

- Defendant WTNY stated that it is "generally agreeable" to a request for a new scheduling order but has not stated whether it objects to Plaintiffs' Motion.

- Defendant WTPA stated that it is not opposed to a new scheduling order but takes issue with Plaintiffs' characterization of the basis for this Motion.

- Defendant Mapley Sr. has not responded to Plaintiffs' inquiries.

Based on the foregoing, Plaintiffs are treating this as a contested Motion and a brief in support is being filed contemporaneously herewith.

DATED 27th day of September, 2022.

MEYER, SHAFFER & STEPANS PLLP

By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                  By: /s/ Ryan Shaffer
                                               Ryan R. Shaffer
                                               MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*