# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT ORDER FORM
Use one form per court reporter
**\*\*Please read instructions on next page\*\***

| 1. ATTORNEY NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS (for transcript delivery) |
|---|---|---|
| Christopher T. Sweeney | 406-248-7731 | christopher.sweeney@moultonbellingham.com |

| 4. MAILING ADDRESS (including law firm name, if applicable) | 5. NAME & ROLE OF PARTY REPRESENTED: If not a party, use non-party request form. |
|---|---|
| Moulton Bellingham PC<br>27 North 27th Street, Suite 1900<br>P O Box 2559<br>Billings, MT 59103-2559 | Defendant Watch Tower Bible & Tract Society of Pennsylvania |
| | 6. CASE NAME |
| | Caekaert et al v. Watch Tower Bible & Tract Sociert of New Y( |
| | 7. DISTRICT COURT CASE NUMBER |
| | CV-20-52-BLG-SPW |
| 8. COURT REPORTER NAME: Use a separate form for each court reporter.<br>Kim Marchwick | 9. COURT OF APPEALS CASE NUMBER (if applicable) |

**10. THIS TRANSCRIPT ORDER IS FOR:**

☐ APPEAL  ● NON-APPEAL  ☐ CJA  ☐ IN FORMA PAUPERIS (court order attached)

**11. TRANSCRIPT REQUESTED:** For each transcript requested, please specify the date of the proceeding, the proceeding or partial proceeding requested, the transcript format, and the delivery time. Financial arrangements must be made with the court reporter before transcript is prepared.

| DATE | PROCEEDING<br>If requesting a partial proceeding, specify portion (e.g., witness or time). | PAPER<br>Full Size | PAPER<br>A-Z Word Index | E-MAIL<br>PDF | E-MAIL<br>ASCII | E-MAIL<br>A-Z Word Index | DELIVERY TIME |
|---|---|---|---|---|---|---|---|
| 4/5/2022 | Hearing on Pltfs' Motion for Sanctions | ☐ | ☐ | ✔ | ☐ | ✔ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |

**12. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| 13. SIGNATURE | 14. DATE |
|---|---|
| /s/ Christopher T. Sweeney | 9-27-22 |