Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> -vs- <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Case No. CV-20-00052-SPW-TJC <br><br><br> **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR NEW SCHEDULING ORDER** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Cross-Claimants, | |

|  |
|---|
| -vs- |
| BRUCE MAPLEY SR., |
| Cross-Defendant. |

Plaintiffs' Motion for New Scheduling Order presents a somewhat extraordinary situation. Defendant Watch Tower Bible and Tract Society Of Pennsylvania ("WTPA") has already informed Plaintiffs that it does not object to their Motion for Scheduling Order yet Plaintiff has filed a "contested" Motion. Plaintiffs submitted a six-page Brief in Support (doc. No. 149) in which they argued the Motion was justified by purported conduct of Defendants in discovery.

Plaintiffs' contested Motion and Brief are unnecessary and their posturing about discovery conduct is not supported, justified, or worthy of this Court's time. Plaintiffs' Motion and Brief was nothing more than a transparent attempt to "poison the well" with this Court about alleged discovery misconduct by Defendants. There was and is no need for Plaintiffs' contested Motion and Brief. The undersigned counsel respectfully suggests that this Court should ignore Plaintiffs' arguments and simply grant the Motion since it is not objected to.

Suffice it to say that should the Court feel that it is warranted or needed, WTPA can certainly justify its discovery conduct. Moreover, we could argue about

Plaintiffs' own discovery conduct, but WTPA is attempting to resolve any issues through the proper channels, including sending a meet and confer letter.

**DATED** this 3rd day of October, 2022.

                MOULTON BELLINGHAM PC

                By   */s/* Gerry Fagan
                      GERRY P. FAGAN
                      CHRISTOPHER T. SWEENEY
                      JORDAN W. FITZGERALD
                      27 North 27th Street, Suite 1900
                      P.O. Box 2559
                      Billings, Montana 59103-2559

                      *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(d)(2)(E), I certify that this brief is printed with a proportionately spaced Times New Roman text typeface of 14 points; is double-spaced, with left, right, top, and bottom margins of one inch; and that the word count calculated by Microsoft Word is 200 words, excluding the Table of Contents, Table of Authorities, Certificate of Compliance, and Certificate of Service.

By   */s/*Gerry Fagan
      GERRY FAGAN

## CERTIFICATE OF SERVICE

I hereby certify that on the 3RD day of October, 2022, a copy of the foregoing was served on the following persons:

1.  U.S. District Court, Billings Division

2.  Robert L. Stepans  
    Ryan R. Shaffer  
    James C. Murnion  
    MEYER, SHAFFER & STEPANS, PLLP  
    430 Ryman Street  
    Missoula, MT 59802  
    *Attorneys for Plaintiffs*

    Matthew L. Merrill (*pro hac vice*)  
    MERRILL LAW, LLC  
    1863 Wazee Street, #3A  
    Denver, CO 80202

3.  Jon A. Wilson  
    Brett C. Jensen  
    BROWN LAW FIRM, P.C.  
    315 North 24th Street  
    P.O. Drawer 849  
    Billings, MT 59103-0849  

    Joel M. Taylor, Esq. (*pro hac vice*)  
    MILLER MCNAMARA & TAYLOR LLP  
    100 South Bedford Road, Suite 340  
    Mount Kisco, NY 10549  

    *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4.  Bruce G. Mapley, Sr.  
    3905 Caylan Cove  
    Birmingham, AL 35215  
    *Pro se*

By the following means:

    1, 2, 3   CM/ECF                    _____ Fax
    _____    Hand Delivery             _____ E-Mail
       4      U.S. Mail                 _____ Overnight Delivery Services

                                By ___/s/ Gerry Fagan_____
                                       GERRY FAGAN

4857-8768-9475, v. 2