Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1863 Wazee Street, #3A
Denver, CO  80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS** |

Plaintiffs, by and through undersigned counsel, respectfully move the Court for an order compelling:

1. The deposition of three Jehovah's Witness elders in New York who have worked at the Jehovah's Witness Organization's headquarters during all times relevant to Plaintiffs' claims and who have substantial knowledge and information relevant to Plaintiffs' case; and

2. A staggered deposition of WTNY whereby the first stage is to obtain testimony regarding WTNY's sweeping claims of testimonial privilege, and the second stage is to obtain information bearing the substance of Plaintiffs' claims after the scope of those privileges has been resolved.

Defendants have been contacted and oppose this Motion and a brief in support is being filed contemporaneously herewith.

DATED 6th day of October, 2022.

MEYER, SHAFFER & STEPANS PLLP


By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
      Ryan R. Shaffer
      MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*