| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1863 Wazee Street, #3A |
| Meyer, Shaffer & Stepans, PLLP | Denver, CO  80202 |
| 430 Ryman Street | Tel: (303) 947-4453 |
| Missoula, MT  59802 | matthew@merrillwaterlaw.com |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR NEW SCHEDULING ORDER** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants, | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | |
| Cross Claimant, | |
| BRUCE MAPLEY, SR., | |
| Cross Defendant. | |

Plaintiffs submit the following Reply in Support of their Motion for a New Scheduling Order (ECF Doc. 148, 149).

It appears Plaintiffs and Defendants WTNY and WTPA agree that a new scheduling order is appropriate.  ECF Doc. 151, 152.[1]  However, since Plaintiffs filed their Motion, new discovery disputes have emerged.  *See* ECF Doc. 153, 154.  WTNY's unwillingness to set depositions intended to shed light on its sweeping claims of testimonial privilege stand to further delay timely prosecution of this case, including Plaintiffs' ability to thoroughly assess and brief challenges to WTNY's privilege log.  *Id*.  As a result, Plaintiffs' belief that they will be prepared to brief motions to compel evidence by December 1, 2022, is no longer realistic.

Given the additional motions practice now required to set depositions intended to understand WTNY's sweeping claims of testimonial privilege, Plaintiffs do not know when they will be prepared to fully brief challenges to WTNY's privilege log.  Nevertheless, Plaintiffs are still requesting a new scheduling order that permits sufficient time to complete discovery after questions about the scope of WTNY's claims of testimonial privilege, and the availability of evidence regarding the sexual abuse at issue in this case, are resolved.

DATED this 7th day of October, 2022.

---

[1] Defendant Bruce Mapley Sr. has not stated a position one way or the other on Plaintiffs' Motion for a New Scheduling Order.

Reply Brief in Support of Plaintiffs' Motion for New Scheduling Order
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **2** of **4**

MEYER, SHAFFER & STEPANS PLLP


By: /s/ Ryan Shaffer
     Ryan R. Shaffer
     MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Reply Brief in Support of Plaintiffs' Motion for New Scheduling Order
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **4**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(d)(2), Plaintiff hereby certifies that this brief complies with the length requirement for briefs, and that this brief contains 226 words, excluding the caption, certificates of service and compliance, table of contents and authorities, and exhibit index.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Reply Brief in Support of Plaintiffs' Motion for New Scheduling Order
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **4** of **4**