Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> -vs- <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Case No. CV-20-00052-SPW-TJC <br><br><br><br><br><br> **DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FINANCIAL AFFIDAVIT** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Cross-Claimants, | |

-vs-

BRUCE MAPLEY SR.,

        Cross-Defendant.

Defendant Watch Tower Bible and Tract Society Of Pennsylvania ("WTPA") and Phillip Brumley respectully move the Court for a 6-day extension to file a response to Plaintiffs' financial affidavit [Doc. 144], which was filed pursuant to the Court's Order re Plaintiffs' Motion for Sanctions [Doc. 135]. The new deadline woud allow WTPA and Mr. Brumley to file a response up to and including Monday, October 24, 2022.

Counsel for WTPA have contacted Plaintiffs' counsel, who do not object to this extension of time.  A proposed order is filed herewith.

**DATED** this 17th day of October, 2022.

        MOULTON BELLINGHAM PC

    By   */s/* Gerry P. Fagan
        GERRY P. FAGAN
        CHRISTOPHER T. SWEENEY
        JORDAN W. FITZGERALD
        27 North 27th Street, Suite 1900
        P.O. Box 2559
        Billings, Montana 59103-2559

        *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans  
   Ryan R. Shaffer  
   James C. Murnion  
   MEYER, SHAFFER &  
   STEPANS, PLLP  
   430 Ryman Street  
   Missoula, MT 59802  
   *Attorneys for Plaintiffs*

   Matthew L. Merrill (*pro hac vice*)  
   MERRILL LAW, LLC  
   1863 Wazee Street, #3A  
   Denver, CO 80202

3. Jon A. Wilson  
   Brett C. Jensen  
   BROWN LAW FIRM, P.C.  
   315 North 24th Street  
   P.O. Drawer 849  
   Billings, MT 59103-0849  
   *Attorneys for Watchtower Bible and Tract Society of New York, Inc.*

   Joel M. Taylor, Esq. (*pro hac vice*)  
   MILLER MCNAMARA & TAYLOR LLP  
   100 South Bedford Road, Suite 340  
   Mount Kisco, NY 10549

4. Bruce G. Mapley, Sr., *Pro se*  
   3905 Caylan Cove  
   Birmingham, AL 35215

By the following means:

    __1, 2, 3__ CM/ECF            _____ Fax  
    _____ Hand Delivery      _____ E-Mail  
    ___4___ U.S. Mail            _____ Overnight Delivery Services

By   */s/ Gerry P. Fagan*  
        GERRY P. FAGAN

3