IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | CV 20-52-BLG-SPW<br><br>ORDER |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Cross-Claimants,<br><br>vs.<br><br>BRUCE MAPLEY, SR.,<br><br>Cross-Defendant. | |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") and Philip Brumley's Unopposed Motion for Extension of Time to

1

Respond to Plaintiffs' Financial Affidavit (Doc. 156), and for good cause appearing,

IT IS HEREBY ORDERED that WTPA and Philip Brumley have up to and including **October 24, 2022** to file a response to Plaintiffs' financial affidavit (Doc. 144).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of October, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge