**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **ORDER** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | |
| Cross-Claimant, | |
| vs. | |
| BRUCE MAPLEY SR., | |
| Cross-Claim Defendant. | |

Upon Defendant Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion for Joel M. Taylor to appear remotely at the hearing on Plaintiffs' Motion to Compel (Doc. 132), and for good cause shown,

1

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.  Joel M. Taylor may appear via Zoom at the hearing set for Friday, October 21, 2022, at 9:30 a.m.

Judge Watters' Chambers will email Mr. Taylor with ZOOM conferencing information.

The Clerk is directed to notify counsel of the entry of this Order.

DATED this _____ day of October, 2022.

By: _____
        HON. SUSAN P. WATTERS
        United States District Court Judge