

**Meyer, Shaffer & Stepans, PLLP**

Ryan Shaffer | ryan@mss-lawfirm.com
Robert L. Stepans | rob@mss-lawfirm.com
James Murnion | james@mss-lawfirm.com

April 13, 2022

**Via Email and U.S. Mail**

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
P.O. Drawer 849
Billings, MT 59103

jwilson@brownfirm.com
bjensen@brownfirm.com

      Re: *Caekaert & Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
          *Rowland & Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*

Dear Jon,

After reviewing WTNY's privilege log, we believe additional information is needed to appropriately assess the application of the asserted privileges.

With regard to all assertions of attorney-client privilege, please identify the following for each entry in the privilege log:

- The name and address of the client;
- The name of the attorney, including the names of individual lawyers, their address, and their employer;
- The name of the individual who authored the allegedly privileged document;
- For notes of phone calls where attorney-client privilege is asserted, the date of the phone call, identification of all individuals on the phone call, and the address or geographic location of each person on the call;
- Identification of who made the phone call that is the subject of the privileged entry;
- The subject matter of the allegedly privileged communication, i.e. child sex assault; and
- If the phone call that is the subject of the privileged entry was initiated by the Legal Department, please identify what precipitated the call.

With regard to all assertions of clergy-penitent privilege, please identify the following for each entry in the privilege log:

- The name of the cleric or clergy person and a description of that person's religious role;
- The name of the penitent involved;
- The general nature of the spiritual inquiry being made by the penitent;
- The author of any letter received by WTNY's Service Department where clergy-penitent privilege is claimed;
- The dates of the conduct at issue in the allegedly privileged communication;
- The nature of the religious guidance, admonishment, or advice that is the subject of the allegedly privileged communication;

April 13, 2022
Page 2

- The general subject matter of the allegedly privileged communication, i.e. child sex assault; and
- Your position on who holds the alleged privilege being asserted.

With regard to all assertions of third-party privilege, please identify:

- The legal basis for the assertion of the third-party privilege; and
- Your position on who holds such privilege.

Don't hesitate to contact me if you have any questions. I look forward to hearing from you.

       Sincerely,

       MEYER, SHAFFER & STEPANS, PLLP

       Ryan R. Shaffer

cc: Joel Taylor, Esq., via email only, jtaylor@mmt-law.com