**Jon Wilson**

| | |
|---|---|
| **From:** | Ryan Shaffer <ryan@mss-lawfirm.com> |
| **Sent:** | Wednesday, June 29, 2022 5:02 PM |
| **To:** | Jon Wilson; Brett Jensen; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney; Joel Taylor; bruce_mapley@yahoo.com |
| **Cc:** | Jessica Yuhas |
| **Subject:** | Depos |
| **Attachments:** | 2022-06-28 Notice of WTNY 30(b)(6) Deposition.docx |

We would like to find dates for a few depos:

➢ Two of them would be in-person, in Billings (Millie Svenson and Yolanda Fraser).
➢ One of them would likely be remote (Bruce Mapley, Sr.).
➢ Finally, we want to take the foundational deposition of WTNY, per the Rule 30b6 Notice attached (I am assuming that this one will take place in NY, but let me know if that is not correct).

Please let me know what dates you each have available in August and September for these.

Thanks,


Ryan R. Shaffer

 Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1863 Wazee Street, #3A
Denver, CO  8020
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
| Plaintiffs, | ) Case No. CV-20-52-BLG-SPW |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) |
| Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) |
| Cross Claimant, | ) ) |
| BRUCE MAPLEY, SR., | ) ) |
| Cross Defendant. | ) ) |

ARIANE ROWLAND, and JAMIE
SCHULZE

        Plaintiff,

  vs.

WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC., and
WATCH TOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Cause No. CV 20-59-BLG-SPW

## NOTICE OF RULE 30(b)(6) FOUNDATIONAL DEPOSITION OF DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. REGARDING THE INFORMATION PERTAINING TO CHILD SEX ABUSE

**PLEASE TAKE NOTICE** that, Pursuant to Federal Rule of Civil

Procedure 30(b)(6), and for the purpose of obtaining foundational testimony

regarding the Jehovah's Witness Organization's policies and practices regarding

the existence of information about child sex abuse, the Plaintiffs in the above-

entitled actions will take the oral deposition of Defendant Watchtower Bible and

Tract Society of New York, Inc. ("WTNY") on **Date,** starting at **9:00 a.m. (MDT)**

and continuing thereafter until the same shall be completed.  The deposition will

take place at **Location**.  The deposition will be recorded by stenographic means

before a duly qualified court reporter and may be recorded by audiovisual

means.

WTNY shall designate one or more officers, officials, directors, managing agents, employees, or other person who has knowledge to testify on its behalf, setting forth in the designation, for each person designated, the matters on which the person will testify on the following topics:

1. Identification of each database[1] or filing system which contains, or previously contained, information about child sex abuse allegations involving a person or persons associated with the Jehovah's Witnesses organization (including all local congregations) in any capacity at any time.[2]

2. For each database or filing system responsive to Topic No. 1, the following information:

---

[1] For the purpose of this Notice, a "database" is commonly understood to be an organized collection of information, regardless of format or label.

[2] Because Plaintiffs do not know all of the organized collections of data with information about child sex abuse at Jehovah's Witness congregations, this topic is intended to require WTNY to prepare a witness to inform Plaintiffs about the existence of each such organized collections of data without limitation, but certainly including:

➢ Files maintained by the Service Department for each congregation. *See Lopez v. Watchtower Bible and Tract Socy. Of New York, Inc.*, 201 Cal. Rptr. 3d 156, 169 (Cal.App. 4th Dist. 2016);

➢ The CM database, as referenced by Joel Taylor in the attached transcript of proceedings. Reporter's Transcript, 25:16 – 26:11 (Aug. 11, 2021) (attached as **Exhibit A**);

➢ The raw data, electronic data, call logs, or whatever other information was collected and organized as referenced by Joel Taylor in the attached transcript of proceedings. **Ex A**, 27:1-12; and

➢ The HuB database.

a.  The date that the database or filing system was created;

b.  The number of years the database or filing system was actively managed and maintained;

c.  The format of the data and information contained in the database or filing system (i.e. was it digital, and if so, what format?);

d.  Each category of information contained in the database or filing system;

e.  The types of information contained in the database or filing system, including identification of whether the database or filing system contains (or contained) information about historical child sex abuse at Jehovah's Witness congregations;

f.  The source material for all information contained in the database or filing system;

g.  The location of the database or filing system, including identification of any digital platform, server, or computer system hosting the database or filing system;

h.  The person(s) responsible for entering information into the database or filing system;

i.  The person(s) responsible for maintaining the information in the database or filing system;

    j.  Identification of person(s) with access to the database or filing system, including members of the Governing Body;

    k.  Identification of person(s) who were excluded from having access to the database or filing system, including members of the Governing Body;

    l.  How information in the database or filing system is disseminated and/or retrieved by intended users;

    m. The available methods of searching the database or filing system;

    n.  Whether the database or filing system still exists; and

    o.  For any database or filing system that no longer exists, the current location of all information previously contained in that database or filing system.

    p.  For any database or filing system that no longer exists, identification of the person(s) responsible for integrating the information previously contained therein into any other database or filing system.

3. All policies (written or unwritten) pertaining to the entry, maintenance, and deletion of information for all databases or filing systems responsive to Topic No. 1.

4. All policies (written or unwritten) pertaining to restricting access to each database or filing system responsive to Topic No. 1.

5.  Identify each entity, department, individual, or group of individuals, regardless of corporate affiliation, who is responsible for obtaining and storing information about child sex abuse allegations involving a person or persons associated with the Jehovah's Witnesses organization (including all local congregations) in any capacity at any time.

6.  Function and operation of the Legal Department, including but not limited to (1) all jobs, positions, roles, titles, etc. for personnel in the Legal Department, and the duties and qualifications of each; (2) the intake process for clients of the Legal Department, including whether conflict checks are conducted and conflict waivers are used, attorney-client agreements exist, how the scope of the representation is determined, how intake information is stored, who has access to the intake information, and whether reports of child sex abuse are handled differently than other reports of wrongdoing; (3) the representation process, including whether the scope of the representation is described to the client, how the client file is stored and maintained, who has access to the client file, any limitations on the type of legal work that may be performed by the Legal Department (civil, criminal, business, etc.); and (4) how documents generated by the Legal Department, or received directly from local congregations, are stored and maintained.

7. Function and operation of the Service Department, including but not limited to (1) all jobs, positions, roles, titles, etc. for personnel in the Service Department, and the duties and qualifications of each; (2) the intake process for anyone who talks to the Service Department about child sex abuse; (3) whether reports of child sex abuse are handled differently than reports of other types of wrongdoing; (4) how documents generated by the Service Department, or received directly from local congregations, are stored and maintained.

8. Please identify all written and unwritten policies and procedures that apply to the obtaining and storing of information about child sex abuse allegations occurring within Jehovah's Witness congregations.

9. Identify how elders have been instructed to report instances or allegations of child sex abuse to WTNY, WTPA, CCJW, or any other Jehovah's Witness entity or group responsible for managing and responding to instances or allegations of child sex abuse.

DATED this ---- day of June, 2022.

/s/ Ryan Shaffer_____
Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2022, a true and accurate copy of

the foregoing was served on the following via email and U.S. Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer