# Jon Wilson

| | |
|---|---|
| **From:** | Brett Jensen |
| **Sent:** | Thursday, July 14, 2022 10:14 AM |
| **To:** | Ryan Shaffer; Jon Wilson; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney; Joel Taylor; bruce_mapley@yahoo.com |
| **Cc:** | Jessica Yuhas; Rob Stepans; Matthew Merrill |
| **Subject:** | RE: Depos |

Hi Ryan:

Sorry for the delay. We did discuss this last Friday, and I think generally we are aiming for the first 3 weeks of August and last 2 weeks of September for these proposed depositions. If you could get us some more specific proposed dates in that range, we can work on narrowing things down. WTNY also has some concerns about the parameters of the foundational 30(b)(6) you discuss below. We are further discussing with our client WTNY and will be back with you shortly.

Sincerely,

Brett C. Jensen
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice:** *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Wednesday, July 13, 2022 4:47 PM
**To:** Jon Wilson <jwilson@brownfirm.com>; Brett Jensen <BJensen@brownfirm.com>; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Joel Taylor <jtaylor@mmt-law.com>; bruce_mapley@yahoo.com
**Cc:** Jessica Yuhas <jessica@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Matthew Merrill <matthew@merrillwaterlaw.com>
**Subject:** RE: Depos

Hi there,

I just wanted to let you all know that if we do not hear from you on depo dates, we have no option other than to set them unilaterally. That is not what we want to be doing.

1

Best,

Ryan


**From:** Ryan Shaffer
**Sent:** Wednesday, July 6, 2022 12:40 PM
**To:** Jon Wilson <jwilson@brownfirm.com>; Brett Jensen <BJensen@brownfirm.com>; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Joel Taylor <jtaylor@mmt-law.com>; bruce_mapley@yahoo.com
**Cc:** Jessica Yuhas <jessica@mss-lawfirm.com>
**Subject:** RE: Depos

Hello,

Please get me some available depo dates in August and September.

Thank you.

Ryan


**From:** Ryan Shaffer
**Sent:** Wednesday, June 29, 2022 5:02 PM
**To:** Jon Wilson <jwilson@brownfirm.com>; Brett Jensen <BJensen@brownfirm.com>; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Joel Taylor <jtaylor@mmt-law.com>; bruce_mapley@yahoo.com
**Cc:** Jessica Yuhas <jessica@mss-lawfirm.com>
**Subject:** Depos

We would like to find dates for a few depos:
- Two of them would be in-person, in Billings (Millie Svenson and Yolanda Fraser).
- One of them would likely be remote (Bruce Mapley, Sr.).
- Finally, we want to take the foundational deposition of WTNY, per the Rule 30b6 Notice attached (I am assuming that this one will take place in NY, but let me know if that is not correct).

Please let me know what dates you each have available in August and September for these.

Thanks,


Ryan R. Shaffer


Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

2

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.