**Jon Wilson**

---

**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Monday, September 12, 2022 8:51 AM
**To:** Jon Wilson; Brett Jensen; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney; Jordan.FitzGerald@moultonbellingham.com; Joel Taylor
**Cc:** Rob Stepans; James Murnion; Katy Gannon; Matthew Merrill; Jessica Yuhas
**Subject:** Caekaert v. Watchtower; Rowland v. Watchtower

Counsel,

Plaintiffs do not see a way around obtaining new scheduling orders in both cases.

We did not anticipate the extensive and time consuming litigation that is going to be necessary over WTNY's privilege log, which needs to be resolved before we can complete several fact witness depositions. We have one motion on the privilege log pending, and more are likely coming. However, we need to complete the Brumley and Rule 30b6 depositions to more fully evaluate those motions. I am hopeful that we can get those done this month, but I have not heard back about Brumley's deposition from PA's counsel.

Given these circumstances, I could see discovery going into the middle of next year.

Does anyone have an objection to advising the Court of these circumstances and seeking new scheduling orders? Please let me know.

Thanks,


Ryan R. Shaffer



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

1