

**Meyer, Shaffer & Stepans, PLLP**

Ryan Shaffer | ryan@mss-lawfirm.com
Robert L. Stepans | rob@mss-lawfirm.com
James Murnion | james@mss-lawfirm.com

September 29, 2022

**Via Email and U.S. Mail**

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
P.O. Drawer 849
Billings, MT 59103

jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549

jtaylor@mmt-law.com

Christopher T. Sweeney
Gerry P. Fagan
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT 59103

christopher.sweeney@moultonbellingham.com
gerry.fagan@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com

Re: *Caekaert & Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
    *Rowland & Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*

Dear Counsel,

Due to the dispute about the staggering of WTNY's deposition topics we need to cancel the deposition that was previously noticed for October 11th.

Please find enclosed draft deposition notices for Phillip Brumley, Gary Breaux, Gene Smalley, and Allen Shuster. We are anticipating about a half-day for each of these witnesses. Please confirm that you will produce these gentlemen for depositions (or specifically state that you will not) and let us know dates that work for each as soon as you can.

September 29, 2022
Page 2

     As it pertains to the deposition of WTNY, Plaintiffs would like to agree on a staggered discovery plan where we depose WTNY first on the foundation of the privilege claims and corporate structure so that we can resolve disputes over the privilege, while reserving liability topics (i.e. direction given by WTNY to local congregations, knowledge WTNY had of what occurred at local congregations) for later once we know what evidence and testimony will be in play. Jon has requested that we provide notice of those other topics now. It is not possible to do this right now because the case is evolving with discovery. However, I can state that none of the later topics will duplicate the topics we would notice now. We understand the time limits in the rules and are not asking for an agreement to exceed those right now. We would like to figure out a way to reach an agreement on the staggered discovery rather than burdening the judge with it. However, if that is not possible we will seek relief from the Court early next week. Please let me know by close of business on Monday, October 3rd if you are willing to consider working something out.

     Regarding Plaintiffs' depositions, Ariane Rowland can be available in either Billings or Missoula. However, October 31st does not work. Ms. Rowland is available the week of November 7th. As previously noted, Ms. Caekaert and Ms. Schulze will be available in Missoula where we can best provide for their respective mental health needs before and after their depositions. Jon has asked me to explain why such mental health attention cannot be provided just as easily in Billings. It relates to the association of Billings to the trauma suffered, as well as support available to the Plaintiffs that exists in Missoula that does not exist in Billings. We would hope that the Defendants could understand this. We would work to group Ms. Schulze and Ms. Caekaert together to cut down on travel if that is what the Defendants preferred. We are still working on logistics for Ms. Mapley's video deposition; please confirm you are still preferring October 24th and we will work to make that happen.

     Based on Jon's email of today, I understand that you will be responding to Plaintiffs' Motion for a new Scheduling Order. Given that, and given my request that we work out a plan for staggered discovery to include staggered 30(b)(6) topics for WTNY, we agree that there is no need to seek time with the Court right now.

     We look forward to hearing from you on these issues.

                                Sincerely,

                                MEYER, SHAFFER & STEPANS, PLLP

                                Ryan R. Shaffer

Cc: Bruce Mapley, Sr., via email and U.S. Mail