Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **FOUNDATIONAL AFFIDAVIT OF JON A. WILSON** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>        Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>        Cross-Claim Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

STATE OF MONTANA )
                     : ss.
County of Yellowstone )

I, Jon A. Wilson, being duly sworn, depose and state as follows:

1.    I am an attorney admitted to practice in the State of Montana. I am a shareholder with Brown Law Firm, P.C.

2.    I am co-counsel for Defendant/Cross-Claimant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), in the above-entitled matter, have personal knowledge of the facts set forth herein, and am otherwise competent to testify.

3.    The purpose of this Affidavit is to provide the foundation for and verification of the accuracy of the documents attached hereto in support of WTNY's Response Brief in Opposition to Plaintiffs' Motion to Compel Depositions.

4. Attached as Exhibit 1 is a true and correct copy of WTNY's initial privilege log served on March 25, 2022.

5. Attached as Exhibit 2 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel dated April 13, 2022.

6. Attached as Exhibit 3 is a true and correct copy of a letter from WTNY's counsel to Plaintiffs' counsel dated May 2, 2022, as well as a true and correct copy of the enclosed WTNY's first supplemental privilege log.

7. Attached as Exhibit 4 is a true and correct copy of an e-mail from Plaintiffs' counsel to WTNY's counsel, counsel for Defendant Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "WTPA"), and Cross-Claim Defendant Bruce Mapley Sr. (hereinafter "Mr. Mapley") dated June 29, 2022, as well as a true and correct copy of the draft Notice attached thereto.

8. Attached as Exhibit 5 is a true and correct copy of an e-mail from WTNY's counsel to Plaintiffs' counsel with copies to WTPA's counsel and Mr. Mapley dated July 14, 2022.

9. Attached as Exhibit 6 is a true and correct copy of a letter from WTNY's counsel to Plaintiffs' counsel dated August 15, 2022, which followed a telephone call between Plaintiffs' counsel and WTNY's counsel on August 2, 2022.

10. Attached as Exhibit 7 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel dated August 18, 2022.

11. Attached as Exhibit 8 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel dated August 30, 2022, as well as a true and correct copy of the enclosed Notice.

12. Attached as Exhibit 9 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel dated September 9, 2022.

13. Attached as Exhibit 10 is a true and correct copy of an e-mail from Plaintiffs' counsel to WTNY's counsel and WTPA's counsel dated September 12, 2022.

14. Attached as Exhibit 11 is a true and correct copy of a letter from WTNY's counsel to Plaintiffs' counsel with copy to WTPA's counsel dated September 15, 2022. The issues raised therein were discussed during a telephone call between Plaintiffs' counsel and WTNY's counsel on September 19, 2022.

15. Attached as Exhibit 12 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel dated September 23, 2022.

16. Attached as Exhibit 13 is a true and correct copy of a letter from WTNY's counsel to Plaintiffs' counsel dated September 26, 2022, as well as a true and correct copy of the enclosed WTNY's second supplemental privilege log.

17. Attached as Exhibit 14 is a true and correct copy of an e-mail from Plaintiffs' counsel to WTNY's counsel and WTPA's counsel dated September 27, 2022.

18. Attached as Exhibit 15 is a true and correct copy of an e-mail from WTPA's counsel to Plaintiffs' counsel with copy to WTNY's counsel dated September 28, 2022.

19. Attached as Exhibit 16 is a true and correct copy of an e-mail from Plaintiffs' counsel to WTPA's counsel with copy to WTNY's counsel dated September 28, 2022.

20. Attached as Exhibit 17 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel and WTPA's counsel dated September 29, 2022. While the letter is dated September 29, 2022, WTNY's counsel did not receive it until October 4, 2022, through the U.S. Mail.

21. Attached as Exhibit 18 is a true and correct copy of an e-mail from WTNY's counsel to Plaintiffs' counsel with copy to WTPA's counsel dated October 5, 2022.

22. Attached as Exhibit 19 is a true and correct copy of an e-mail from Plaintiffs' counsel to WTNY's counsel with copy to WTPA's counsel dated October 5, 2022.

Further this Affiant sayeth naught.

DATED this 20th day of October, 2022.

_____
Jon A. Wilson

SUBSCRIBED and SWORN to before me by Jon A. Wilson on this 20th day of October, 2022.

SYLVIA BASNETT
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
August 31, 2026

By: _____
Notary Public for the State of Montana

## CERTIFICATE OF SERVICE

I hereby certify that, on October 20, 2022, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1863 Wazee Street, Suite 3A
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| __1-4__ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| __5__ | U.S. Mail | _____ | Overnight Delivery Services |

By: __/s/ Jon A. Wilson__
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*