
Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S JOINDER IN DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S RESPONSE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS** |

      Cross-Claimants,

-vs-

BRUCE MAPLEY SR.,

      Cross-Defendant.

  Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") hereby joins in Defendant Watchtower Bible and Tract Society of New York, Inc.'s ("WTNY") Response Brief in Opposition to Plaintiffs' Motion to Compel Depositions filed October 20, 2022 (Doc. 160), in requesting the Court deny Plaintiffs' Motion to Compel (Doc. 153).

  WTPA likewise opposes Plaintiffs' Motion and fully incorporates as though wholly set forth herein the arguments, cited authorities, supporting facts, and legal analysis set forth in WTNY's Response Brief (Doc. 160), its attached Exhibits (Doc. 160-1, 160-2, 160-3), and the Foundational Affidavit of Jon A. Wilson (Doc. 161/162).

  **DATED** this 20th day of October, 2022.

            MOULTON BELLINGHAM PC

            By */s/ Jordan W. FitzGerald*
              GERRY P. FAGAN
              CHRISTOPHER T. SWEENEY
              JORDAN W. FITZGERALD

            *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans  
   Ryan R. Shaffer  
   James C. Murnion  
   MEYER, SHAFFER & STEPANS, PLLP  
   430 Ryman Street  
   Missoula, MT 59802  
   *Attorneys for Plaintiffs*

   Matthew L. Merrill (*pro hac vice*)  
   MERRILL LAW, LLC  
   1863 Wazee Street, #3A  
   Denver, CO 80202

3. Jon A. Wilson  
   Brett C. Jensen  
   BROWN LAW FIRM, P.C.  
   315 North 24th Street  
   P.O. Drawer 849  
   Billings, MT 59103-0849  
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

   Joel M. Taylor, Esq. (*pro hac vice*)  
   MILLER MCNAMARA & TAYLOR LLP  
   100 South Bedford Road, Suite 340  
   Mount Kisco, NY 10549

4. Bruce G. Mapley, Sr.  
   3905 Caylan Cove  
   Birmingham, AL 35215  
   *Pro se*

By the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| 4 | U.S. Mail | ____ | Overnight Delivery Services |

By  */s/ Jordan W. FitzGerald*  
Jordan W. FitzGerald