# WATCHTOWER
**BIBLE AND TRACT SOCIETY OF NEW YORK, INC.**

25 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201, U.S.A.    PHONE (212) 625-3600

CABLE WATCHTOWER

March 10, 1983

TO ALL BODIES OF ELDERS

Dear Brothers:

    The Society has made some adjustments in the procedure to be used by congregations in reporting disfellowshippings and disassociations to the Society. Enclosed we are sending you an initial supply of the necessary forms.

    The "Notification of Disfellowshipping or Disassociation" (S-77) form should be filled out in duplicate with the original being sent to the Society and the copy being kept in your confidential files. (Please use typewriter or neatly print all information in ink.) You will notice that there is space on this form to give complete information regarding the case handled. There may be times, though, when it is necessary to give a more complete description of the circumstances than will fit into the space allowed. When this is the case please feel free to provide the further explanation on a separate sheet. A carbon copy of this separate sheet should also be kept in the congregation file along with your copy of the S-77 form.

    Each time that you handle a judicial case that results in a person being disfellowshipped or disassociated, the judicial committee should carefully read all of the instructions on the front and back of the S-77 form. Please fill out the form completely.

    After filling out the S-77 form the judicial committee should then fill out the S-79a and S-79b cards ("Record of Disfellowshipping or Disassociation"). Both of these cards should be filled out as originals rather than making one of them a carbon copy. (Please use a typewriter if possible.) Both of these cards should then be sent to the Society in a special blue envelope along with the S-77 form. (Do not sign the S-79b card.) The S-79a card will be placed in the Society's files and the S-79b card will be stamped to show the date it was received by the Society; then it will be returned to the congregation. When you receive this S-79b card back, it should be kept with your copy of the S-77 form in the confidential files of the congregation.

    If the individual is reinstated (or dies), the secretary should fill in the date of reinstatement (or death) on the S-79b card, sign it, and send it to the Society, using the special blue envelope. This date should also be recorded on your copy of the S-77 form.

EXHIBIT 2

CAEKAERT/MAPLEY 000001

TO ALL BODIES OF ELDERS

March 10, 1983

Page Two

This will complete your records and those of the Society, thus it will not be necessary for the Society to acknowledge its receipt of the S-79b card.

   We are also sending you a supply of special blue envelopes with the Society's address on them. These envelopes are to be used <u>only</u> for sending correspondence to the Society regarding judicial matters. Please do <u>not</u> use these envelopes for any other correspondence with the Society. Committees handling judicial matters should obtain a blue envelope from the secretary for forwarding information regarding judicial matters to the Society.

   When we return the S-79b card to you we will also send you forms to replenish your supply. We will send some additional supplies with the yearly mailing. However, if you find that during the year you are in need of more blue envelopes, S-77 forms or S-79a and S-79b cards, you may borrow these from a nearby congregation and later replace them. Or, on your request, the Society will be glad to send a reasonable amount.

   We believe that this new procedure for notifying the Society of a disfellowshipping or disassociation will prove to be a fine arrangement. It will not only help you brothers who serve on judicial committees to supply the Society with the details we need, thus avoiding unnecessary correspondence, but it will also assist us to process the information more quickly. Your conscientiousness in filling out these forms very carefully will be very much appreciated. Be assured of our warm love and Christian greetings.

                                           Your brothers,

                                           *Watchtower B. & T. Society*
                                           OF NEW YORK, INC.

CAEKAERT/MAPLEY 000002