Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW** |

WATCHTOWER BIBLE AND                )
TRACT SOCIETY OF NEW YORK,          )
INC.                                )
                                    )
            Cross-Claimant,         )
                                    )
vs.                                 )
                                    )
BRUCE MAPLEY SR.,                   )
                                    )
            Cross-Claim Defendant.

_____

        In accordance with the Court's Order during the motion hearing on October

21, 2022 (Doc. 164), Defendant Watchtower Bible and Tract Society of New York,

Inc., hereby provides notice that it has submitted Documents 29, 37, 39, and 40 for

the Court's *in camera* review.  The documents have been hand-delivered to the

Court.

        DATED this 26th day of October, 2022.


                        By:  /s/ Jon A. Wilson
                             Jon A. Wilson
                             BROWN LAW FIRM, P.C.
                             *Attorneys for Defendant Watchtower*
                             *Bible and Tract Society of New York,*
                             *Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 26, 2022, a copy of the foregoing was served

on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1863 Wazee Street, Suite 3A
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| _1-4_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _5_ | U.S. Mail | _____ | Overnight Delivery Services |

By: __/s/ Jon A. Wilson_____
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower*
*Bible and Tract Society of New York,*
*Inc.*