IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Upon the Plaintiffs' Motion for a New Scheduling Order (Doc. 148), and for good cause shown,

IT IS HEREBY ORDERED:

Plaintiffs' Motion for a New Scheduling Order is **Held in Abeyance** pending the Court's orders regarding the various motions to compel. Should the Plaintiffs

1

succeed on their motions, the Court will issue a new scheduling order extending the relevant discovery deadlines.

DATED this 26th day of by October, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge