Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S NOTICE OF ERRATA RE: BRIEF IN RESPONSE TO PLAINTIFFS' AFFIDAVIT OF RYAN SHAFFER** |

|                        |
|------------------------|
| Cross-Claimants,       |
| -vs-                   |
| BRUCE MAPLEY SR.,      |
| Cross-Defendant.       |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") respectfully submits this Notice of Errata to correct and clarify two issues regarding WTPA's Brief in Response to Plaintiffs' Affidavit of Ryan Shaffer (Doc. 165) ("WTPA's Response").

1. WTPA's Response incorrectly states that Plaintiffs never filed a response brief to WTPA's Motion to Dismiss (Doc. 13) for lack of personal jurisdiction. (*See* Doc. 165 at 9, 23.) WTPA provides notice that it corrects that statement. Plaintiffs did file such a response brief on November 5, 2021[1] (Doc. 96) (although it was filed after WTPA had already withdrawn its Motion to Dismiss on November 5, 2021 (*see* Doc. 94)). Plaintiffs also filed a Notice Re: WTPA's Withdrawal of its Rule 12(b)(2) Motion to Dismiss on November 5, 2021 (Doc. 95), which stated their intention to proceed with filing a response brief. (*See* Doc. 95 at 4, ¶ 11.)

---

[1] The deadline for Plaintiffs to file their response was November 9, 2021. (*See* Doc. 90 at 2.)

2

2. WTPA's Response states that Messrs. Shaffer and Murnion billed for 28 and 33 hours respectively in one 24-hour day on November 5, 2021. (*See* Doc. 165 at 9, 23.) While that statement correctly states the amount of hours specified for November 5, 2021, in the Declarations of Messrs. Shaffer and Murnion (*see* Doc. 144-2 at 13; Doc. 144-4 at 13), Plaintiffs' counsel has since informed the undersigned that the asserted time for November 5, 2021, actually occurred over a period of unspecified time, rather than only on November 5, 2021.

**DATED** this 28th day of October, 2022.

                        MOULTON BELLINGHAM PC

                        By  */s/ Gerry P. Fagan*
                            GERRY P. FAGAN
                            CHRISTOPHER T. SWEENEY
                            JORDAN W. FITZGERALD
                            27 North 27th Street, Suite 1900
                            P.O. Box 2559
                            Billings, Montana 59103-2559

                            *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on 28th day of October, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans  
Ryan R. Shaffer  
James C. Murnion  
MEYER, SHAFFER & STEPANS, PLLP  
430 Ryman Street  
Missoula, MT 59802  
*Attorneys for Plaintiffs*

   Matthew L. Merrill (*pro hac vice*)  
MERRILL LAW, LLC  
1863 Wazee Street, #3A  
Denver, CO 80202

3. Jon A. Wilson  
Brett C. Jensen  
BROWN LAW FIRM, P.C.  
315 North 24th Street  
P.O. Drawer 849  
Billings, MT 59103-0849  

   Joel M. Taylor, Esq. (*pro hac vice*)  
MILLER MCNAMARA & TAYLOR LLP  
100 South Bedford Road, Suite 340  
Mount Kisco, NY 10549

   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.  
3905 Caylan Cove  
Birmingham, AL 35215  
*Pro se*

By the following means:

    1, 2, 3   CM/ECF            _____ Fax  
    _____ Hand Delivery      _____ E-Mail  
    4      U.S. Mail            _____ Overnight Delivery Services

By   */s/ Gerry P. Fagan*  
      GERRY P. FAGAN