*Exhibit C*

# CHARTER

## WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

A Not-for-Profit Corporation
(As Amended Through September 2003)

# AMENDED CERTIFICATE OF INCORPORATION

## OF

## WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

(Under Section 402 of the Not-for-Profit Corporation Law)*

FIRST: The name of the corporation is WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

SECOND: The corporation is a corporation as defined in Section 102(a)(5) of the Not-for-Profit Corporation Law and is a Type B corporation as defined in Section 201 of the Not-for-Profit Corporation Law. The purposes of the corporation are religious, educational, and charitable and are specifically to: act as a legal entity for the religious body of Christian persons in the United States known as Jehovah's Witnesses; support the efforts of Jehovah's Witnesses to preach and teach the gospel of God's Kingdom under Christ Jesus as a witness to the name, Word, and supremacy of Almighty God, JEHOVAH (Matthew 24:14; 28:19, 20; Psalm 83:18; Isaiah 43:10-12); print, record by any means and in any medium, and otherwise produce, and distribute Bibles in any medium; disseminate Bible truths in various languages; write, record by any means and in any medium, and otherwise create, publish, and distribute literature in various languages containing information and comment explaining Bible truths and prophecy concerning the establishment of Jehovah's Kingdom under Christ Jesus (2 Timothy 3:16, 17); write, record by any means and in any medium, and otherwise create, publish, and distribute music, art, and other intellectual property of a religious or educational nature in any medium; instruct and educate men, women, and children about the Bible and incidental scientific, historical, and literary subjects and to own and/or operate schools to advance such purpose; improve men, women, and children intellectually and morally by education based on Christian principles and to own and/or operate schools to advance such purpose; establish and operate private Bible schools, and ancillary facilities to house and care for the students at such schools, and classes for instructing men and women about the Bible,

---

*Date of original incorporation: March 4, 1909.

1

2

Bible literature, and Bible history; arrange for and hold assemblies for religious worship (Leviticus 23); maintain one or more religious orders of special ministers of Jehovah's Witnesses (2 Kings 2:3, 5; 6:1); provide humanitarian assistance to persons suffering from natural or man-made disasters and in other times of need; acquire (including by gift, inheritance, and bequest), own, and utilize any interest in real and personal property; and do any and all other lawful things that its Board of Directors, in accordance with the spiritual direction of the ecclesiastical Governing Body of Jehovah's Witnesses, shall deem appropriate in harmony with these purposes.

THIRD: The corporation shall have no capital stock. The corporation shall have members. The number of members, members' qualifications, the manner of electing members, and other matters pertaining to members shall be as provided in the bylaws.

FOURTH: The county location, within this state, in which the office of this corporation is located, is Putnam County.

FIFTH: This corporation is to exist perpetually.

SIXTH: The business and affairs of the corporation shall be managed by and under the direction of the Board of Directors. The number of directors (which shall not be less than three), directors' qualifications, the manner of electing directors, and other matters pertaining to directors shall be as provided in the bylaws.

SEVENTH: The corporation shall have the powers and authority granted by law, specifically including the power to sell, lease, encumber, and otherwise convey interests in its real and personal property and the power to borrow money.

EIGHTH: No part of the assets, income, or profit of the corporation shall inure to the benefit of, or be distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in ARTICLE SECOND hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any political party or candidate for public office. (John 15:19; 17:16) Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

NINTH: Upon winding up and dissolution of the corporation, after paying or adequately providing for the debts and obligations of the corporation, the remaining

3

assets shall be transferred to the Watch Tower Bible and Tract Society of Pennsylvania. If the Watch Tower Bible and Tract Society of Pennsylvania is not then in existence and a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, then the remaining assets shall be distributed to any organization designated by the Governing Body of Jehovah's Witnesses that is organized and operated exclusively for religious, educational, and/or charitable purposes and is a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

TENTH: The Secretary of State is hereby designated as agent of the corporation upon whom process against it may be served. The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is Watchtower Bible and Tract Society of New York, Inc., Attention Philip Brumley, 100 Watchtower Drive, Patterson, New York 12563-9204.

## CERTIFICATE

I do hereby certify that the within and foregoing printed charter of Watchtower Bible and Tract Society of New York, Inc., has been compared with the current charter and is a true and correct copy of the charter of Watchtower Bible and Tract Society of New York, Inc., on file in the Department of State, State of New York, Albany, New York.

*[signature]*

STATE OF NEW YORK  } ss.:
County of Putnam

Before me, the undersigned Notary Public, on this 26th day of February, 20 09, personally appeared Gary N. Breaux, Assistant Secretary of Watchtower Bible and Tract Society of New York, Inc., the corporation named in the above certificate and the within charter, who, upon oath, did depose and say that he signed the certificate and that the charter is a compared and correct copy of the current charter.

*[signature]*
NOTARY PUBLIC

MICHAEL A. GUZMAN
Notary Public-State of New York
No. 01GU6076764
Qualified in Putnam County
My Commission Expires July 1, 20 10

# TOWN OF RAMAPO
### 237 Route 59
### Suffern, New York 10901
### (845)357-5100



TOWN OF RAMAPO
FILED

2001 FEB 27  P 3: 20



**SCOTT J. SHEDLER**
**ASSESSOR**

## OFFICIAL RECEIPT

NAME OF ORGANIZATION: Watchtower Bible Tract Society of New York Inc
#38.14-1-1, 838.14-1-1.1, and 838.14-1-1.2

ORGANIZATION PURPOSE:   NEW ✓     RENEWAL SENT_____   RENEWAL RECVD_____

SCHEDULE A:   NEW_____   RENEWAL SENT_____   RENEWAL RECVD_____

| LOCATION OF PROP | PROP USE SENT | PROP USE RECVD | OCC STATE SENT | OCC. STATE RECVD | MANSE SENT | MANSE RECVD | INIT |
|---|---|---|---|---|---|---|---|
| All Properties CONV AT CLOSING | | | | | | | |
| 148 Lorterdan Crossing (155 Sterling Mine Rd.) + 199 Table Rock. | | ✓ | | | | | |
| | | ✓ | | | | | |
| deed - att | ✓ | | | | | | |
| Irs | ✓ | | | | | | |
| Charter - (no corp papers) | ✓ | | | | | | |
| * Submit CDRC - papers inc. | | | | | | | |
| | | | | | | | |
| | | | | | | | |



**NYS BOARD OF REAL PROPERTY SERVICES**

RP-420-a-Org (9/08)

**APPLICATION FOR REAL PROPERTY TAX EXEMPTION FOR NONPROFIT ORGANIZATIONS - MANDATORY CLASS I-ORGANIZATION PURPOSE**

(See general information and instructions on back of form)

| | |
|---|---|
| Watchtower Bible and Tract Society of New York, Inc. | Richard D. Moake, Associate General Counsel |
| 1a. Name of Organization | d. Name of contact person |
| 25 Columbia Heights | 845-306-3300 |
| | e. Day telephone no. of contact person |
| Brooklyn, NY 11201 | 845-282-2279 (cell) |
| b. Mailing address | Evening telephone no. |
| 11-1753577 | rmoake@jw.org |
| c. Employer ID no. | f. E-mail address (optional) |

2a. Purpose(s) of organization:

- [✓] Religious
- [✓] Educational
- [✓] Charitable
- [ ] Moral or mental improvement of men, women, or children
- [ ] Hospital

b. If the organization has more than one purpose, state the primary purpose: Religious

c. State briefly specific activities related to each purpose checked above: Watchtower Bible and Tract Society of New York, Inc., ("Watchtower") and other religious corporations collectively administer the spiritual needs of Jehovah's Witnesses worldwide and form the "church" of of Jehovah's Witnesses. Among its many activities, Watchtower prints and distributes Bibles and Bible-based literature, provides (a) facilities for printing such literature, (b) offices for the administration of Jehovah's Witnesses' worldwide and domestic activities, and (c) residences and support facilities for members of the Worldwide Order of Special Full-time Servants of Jehovah's Witnesses (the religious order used by Jehovah's Witnesses worldwide), and sponsors schools for training missionaries, traveling ministers, and religious administrators of Jehovah's Witnesses.

(Attach additional sheets if necessary)

――――――――――― FOR ASSESSOR'S USE ―――――――――――

Assessing unit _____ County _____
City/Town _____ Village _____
School District _____

RP-420-a-Org (9/08)                                                                                                    2

3. Is the organization currently exempt from Federal income tax?  ☑ Yes  ☐ No

   If no, skip to question 4. If yes, answer a. through d.

   a. Under which section, subsection and paragraph of the Internal Revenue Code? 501(c)(3)

   b. Did the Internal Revenue Service recognize the exemption on the basis of an application form or a written request or statement?  ☑ Yes  ☐ No

      If yes: (1) Was the exemption recognized by a (check one)

              ☐ Group exemption letter
              ☑ Separate exemption letter

           (2) If exemption was recognized by a group exemption letter, give name and address of organization receiving group exemption. _____

           (3) If the exemption was recognized by an advanced ruling, when does the ruling expire?

               _____
               (month/day/year)

               **ATTACH COPY OF DETERMINATION OR RULING LETTER**

      If no: (4) Please explain how the organization is exempt from Federal income tax (attach additional sheets if needed). _____

   c. Is the organization required to file annual returns with the Internal Revenue Service?  ☐ Yes  ☑ No
      If yes, attach form number(s). _____

   **ATTACH COPY OF EACH RETURN FILED FOR THE ORGANIZATION'S LAST FISCAL YEAR**

   d. For the last fiscal year, did the organization file Internal Revenue Form 990-T (Exempt Organization Business Income Tax Return)?  ☑ Yes*  ☐ No  * Only to recover federal telephone excise tax.

      **IF YES ATTACH COPY OF FORM 990-T AND SKIP TO QUESTION 5**

4. Has the organization applied for recognition of exemption from Federal income tax?  ☐ Yes  ☐ No

   a. Under which section, subsection and paragraph of the Internal Revenue Code? _____

   b. Date of application _____

   **ATTACH COPY OF APPLICATION, REQUEST OR STATEMENT AND ATTACHMENTS
   IF NO, COMPLETE AND ATTACH SCHEDULE A (RP-420-a/b-Org) (obtain Sch. A from assessor)**

5. Is the organization incorporated?  ☑ Yes  ☐ No

   If yes, answer a through c. If no, answer d through f.

RP-420-a-Org (9/08) 3

    a. Date incorporated March 4, 1909    b. State/County in which incorporated New York
    c. Under which law? Law: Not-for-Profit Corporation Law Article or section: Section 402

**ATTACH COPY OF CURRENT ARTICLES OF INCORPORATION** (Note: If a dissolution provision is not included in the articles, also attach a statement describing how assets would be distributed should the organization dissolve.)

    d. Form of organization _____ e. Date formed _____

    f. Has the organization applied for incorporation? ☐ Yes ☐ No - If no, skip to question 6. If yes:

       (1) State/County in which application has been filed _____
       (2) Under which Law? Law: _____ Article or section: _____
       (3) Date application filed: _____

**ATTACH COPY OF APPLICATION AND CONSENTS REQUIRED WITH APPLICATION**

**ATTACH COPY OF CURRENT ARTICLES OF ORGANIZATION** (Note: If a dissolution provision is not included in the articles, also attach a statement describing how assets would be distributed should the organization dissolve.)

6. Is the organization under the supervision of any public regulatory body? ☐ Yes ☑ No
If yes, answer a through c.

    a. Which one(s)? Give name and address _____

    b. Does the organization have an operating certificate, permit, charter, or similar authorization issued by a public regulatory body? ☐ Yes ☐ No

**IF YES, ATTACH COPY OF AUTHORIZATION**

    c. Does the organization solicit contributions from the public? ☐ Yes ☐ No
If yes and the organization is registered with the Attorney General's Charities Bureau, give the organization's registration number _____

—————— **VERIFICATION** ——————

State of New York
             ss:
County of Putnam
Gary N. Breaux _____, being duly sworn, says that __he is the Assistant Secretary of the applicant organization, that the statements contained in this application (including the attached sheets consisting of 15 pages) are true, correct and complete, and that __he makes this application for real property tax exemption as provided by law.

Subscribed and sworn to before me this 27th day of February, 2009

_____     _____
Signature of owner or authorized representative     Commissioner of deeds or notary public

MICHAEL A. GUZMAN
Notary Public-State of New York
No. 01GU6076764
Qualified in Putnam County
My Commission Expires...