*Exhibit E*

```
SUPERIOR COURT OF CALIFORNIA

    COUNTY OF ALMEDA

--------------------------------X

JANE DOE,           No. HG11558324

        Plaintiff,

-v-

THE WATCHTOWER BIBLE AND TRACT

SOCIETY OF NEW YORK, INC., a

corporation, et al.,

        Defendants.

--------------------------------X



        VIDEO DEPOSITION

             OF

        ALLEN SHUSTER

      PATTERSON, NEW YORK

       FEBRUARY 15, 2012

          10:01 A.M.



ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

Nancy Anne Flynn, RPR
FILE NO.: A508ED2
```

A508ED2
ALLEN SHUSTER          FEBRUARY 15, 2012

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | MR. MCCABE: James McCabe, for the North | 10:02 |
| 3 | Congregation of Freemont, California. | 10:02 |
| 4 | MR. MCNAMARA: Francis McNamara, General | 10:02 |
| 5 | Counsel, Watchtower New York. | 10:02 |
| 6 | ALLEN SHUSTER, | 10:02 |
| 7 | having been duly sworn by a Notary | 10:02 |
| 8 | Public in and for the State of New York | 10:02 |
| 9 | Testified as follows: | 10:02 |
| 10 | EXAMINATION | 10:02 |
| 11 | BY MR. SIMONS: | 10:02 |
| 12 | Q  Please state your full name. | 10:02 |
| 13 | A  Allen Eugene Shuster. | 10:02 |
| 14 | Q  Mr. Shuster, my name is Rick Simons, we | 10:02 |
| 15 | met earlier and we are here today for your | 10:02 |
| 16 | deposition. Have you ever had your deposition taken | 10:02 |
| 17 | before? | 10:02 |
| 18 | A  Yes, I have. | 10:02 |
| 19 | Q  Approximately how many times? | 10:02 |
| 20 | A  Once. | 10:02 |
| 21 | Q  Was that in connection with official | 10:02 |
| 22 | duties or capacities that you hold with the | 10:02 |
| 23 | Jehovah's Witnesses and Watchtower, New York? | 10:03 |
| 24 | A  Yes, it was. | 10:03 |
| 25 | Q  How long ago was that deposition? | 10:03 |

Page 6

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | A  Approximately a year and a half. | 10:03 |
| 3 | Q  And did it involve policies or procedures | 10:03 |
| 4 | or other matters related to issues of childhood | 10:03 |
| 5 | sexual abuse? | 10:03 |
| 6 | A  Yes, it did. | 10:03 |
| 7 | Q  Was it a deposition taken with regard to | 10:03 |
| 8 | an action pending in the State of New York? | 10:03 |
| 9 | A  No. | 10:03 |
| 10 | Q  What state was the action pending in | 10:03 |
| 11 | which your previous deposition was taken? | 10:03 |
| 12 | A  My best recollection is Florida. | 10:03 |
| 13 | Q  Do you remember the name of the attorneys | 10:03 |
| 14 | involved? | 10:03 |
| 15 | A  Yes. Mario Moreno and Calvin Rouse. | 10:03 |
| 16 | Q  Did one of those attorneys represent the | 10:03 |
| 17 | individual who had brought an action against | 10:04 |
| 18 | Watchtower of New York or other related entities of | 10:04 |
| 19 | Jehovah's Witnesses? | 10:04 |
| 20 | A  I don't think so. | 10:04 |
| 21 | Q  Was the action one in which the | 10:04 |
| 22 | individual who had brought the action had done so | 10:04 |
| 23 | claiming damages for childhood sexual abuse | 10:04 |
| 24 | experience as claimed at least, to have arisen out | 10:04 |
| 25 | of Jehovah's Witnesses activities? | 10:04 |

Page 7

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | A  I don't understand your question. You | 10:04 |
| 3 | mean the victim? | 10:04 |
| 4 | Q  Yes, was the individual who brought that | 10:04 |
| 5 | lawsuit claiming to be a victim of childhood sexual | 10:04 |
| 6 | abuse within the Jehovah's Witnesses organization? | 10:04 |
| 7 | A  Yes. | 10:04 |
| 8 | Q  Do you remember the name of the attorney | 10:04 |
| 9 | who represented that victim? | 10:04 |
| 10 | A  I do not. | 10:04 |
| 11 | Q  Today I'm going to be asking you some | 10:04 |
| 12 | questions and if I ask you any question that you | 10:04 |
| 13 | don't understand, as you just did earlier, just tell | 10:05 |
| 14 | me that you are not sure of the question and I will | 10:05 |
| 15 | rephrase it or otherwise make it clear to you, all | 10:05 |
| 16 | right? | 10:05 |
| 17 | A  Yes. | 10:05 |
| 18 | Q  And as you have been doing so far, your | 10:05 |
| 19 | answers have to be out loud even though we're on | 10:05 |
| 20 | videotape, the court reporter needs to be able to | 10:05 |
| 21 | take down a verbal audible response. Is that | 10:05 |
| 22 | understood? | 10:05 |
| 23 | A  Yes, understood. | 10:05 |
| 24 | Q  And lastly, even though in normal | 10:05 |
| 25 | conversation we might go back and forth, in a | 10:05 |

Page 8

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | deposition format it's important that we only speak | 10:05 |
| 3 | one at a time as the court reporter can only follow | 10:05 |
| 4 | one of us at a time. So even if you know where my | 10:05 |
| 5 | question is going, allow me to finish, and I promise | 10:05 |
| 6 | to do so eventually, and I will also do my best not | 10:05 |
| 7 | to interrupt your answers, okay? | 10:05 |
| 8 | A  Okay. | 10:05 |
| 9 | Q  Before the deposition began, counsel and | 10:05 |
| 10 | I spoke about your role here today. Your deposition | 10:06 |
| 11 | is being taken in response to our Notice for your | 10:06 |
| 12 | deposition as an individual, and then in addition, | 10:06 |
| 13 | you have been designated as the person most | 10:06 |
| 14 | qualified to testify with regard to certain issues | 10:06 |
| 15 | that have been the subject of Deposition Notices for | 10:06 |
| 16 | the Watchtower Bible and Tract Society of New York, | 10:06 |
| 17 | Inc. | 10:06 |
| 18 | So I think with counsel's kind | 10:06 |
| 19 | permission, I will go through the Deposition Notices | 10:06 |
| 20 | and just clarify which categories you will be | 10:06 |
| 21 | testifying as the representative of the Watchtower | 10:06 |
| 22 | New York, Inc. | 10:06 |
| 23 | And that would include for the | 10:06 |
| 24 | February 15, 2012 1:00 P.M. Deposition Notice, the | 10:07 |
| 25 | matters related to the August 1st, 1995 | 10:07 |

Page 9

**Page 10**

Allen Shuster

Body-of-Elder letter, categories one and two in that Notice. Am I correct in that, Counsel?

MR. SCHNACK: Yes, they are identified as topics one and two in that Deposition Notice.

MR. SIMONS: All right. So I will, again with everyone's permission, attach that Deposition Notice as Exhibit 1 to your deposition, Mr. Shuster.

(Deposition Notice February 15, 2012 1:00 P.M. was marked as Deposition Exhibit Number 1 for identification.)

Q  Similarly, you will be the designated representative to testify as to the correspondence of December 3rd, 1993 and the matters of policy related to that, again from the February 15, 2012 1:30 Deposition Notice. Am I correct in that as well?

MR. SCHNACK: Yes.

MR. SIMONS: Let me mark that as Exhibit 2 then.

(Deposition Notice February 15, 2012 1:30 P.M. was marked as Deposition Exhibit Number 2 for identification.)

Q  Then additionally, certain of the

**Page 11**

Allen Shuster

categories designated in the Deposition Notice for February 16 at 10:30 will be within your purview, which I understand generally to be category one, Corporate administrative structure, category two, Managerial staff functions. But not as to the legal department?

MR. SCHNACK: Yes, topic two only as to the legal department, so that would not be Mr. Shuster.

MR. SIMONS: And topic three, the service department, would include Mr. Shuster's subject matter; is that correct?

MR. SCHNACK: Yes.

MR. SIMONS: And then number four we've had considerable discussion back and forth, and there's a number of objections.

MR. SCHNACK: I'll allow you to ask questions on that and then we can address it further if we need to.

MR. SIMONS: To the extent that questions are permitted that category four will be included then. And category five is also included; am I right?

MR. SCHNACK: Yes.

**Page 12**

Allen Shuster

MR. SIMONS: And category six is also included?

MR. SCHNACK: Yes, subject to the objections.

MR. SIMONS: And for the record, counsel and I have exchanged both correspondence and discussions with regard to the nature and extent of objections to all of these Deposition Notices which we will not burden the record with at this time, but are certainly acknowledged.

And then as to category seven, that is also within Mr. Shuster's purview.

MR. SCHNACK: In part, to the extent it relates to what happens in the service department, yes. Otherwise, again, to the extent it involves the legal department that's going to be off limits. But we will have a PMK from the legal department here later today or tomorrow, depending on when you get to it.

MR. SIMONS: Very good. So let me mark this Deposition Notice as Exhibit 3 then.

(Deposition Notice was marked as Deposition Exhibit Number 3 for

**Page 13**

Allen Shuster

identification.)

Q  Mr. Shuster, do you have an official job title at present?

A  Yes, I do.

Q  What is that?

A  Assistant overseer of the service department.

Q  To whom do you report as your supervisor?

A  The overseer of the service department.

Q  And who is that at present?

A  His name a Gary Breaux.

Q  Who in turned does Mr. Breaux report to?

A  It's called the branch committee.

MR. SCHNACK: Talking about currently?

MR. SIMONS: Yes.

Q  What is the branch committee?

A  It's made up of twelve elders that represent the United States branch territory among Jehovah's Witnesses.

Q  Are there twelve separate territories within the United States or is it twelve elders who represent the territory of the United States?

A  Twelve elders who represent the territories of the United States.

**Page 26**

Allen Shuster

A  Nothing other than the scriptures throughout the bible that refers to keeping matters in confidence. In Proverbs it refers to confidential talk, so from a scriptural standpoint, spiritual advice or counsel would be regarded as confidential.

Q  Are some matters in your experience that are the subject of communications between an elder and a congregation member, not deemed spiritual?

A  Just general conversation with fellow members of Jehovah's Witnesses is not regarded as spiritual in nature.

Q  For example, if a congregation member spoke to an elder about a problem he was having with a car that wouldn't operate correctly and asked for some mechanical advice, would that be deemed spiritual in nature?

A  I don't think any of us would regard that as spiritual in nature.

Q  Where within the definitions that you work with administratively is the dividing line between the subject matter that is deemed spiritual communications and the subject matter that is deemed nonspiritual communications?

**Page 27**

Allen Shuster

MR. SCHNACK: I'm going to object as vague. I'm not sure I understand the question.

But you can go ahead and respond.

A  That's pretty general. I think I would like for you to give me a little more specifics as to what you mean by that.

Q  How do you know in your work whether or not communication between a congregation member and an elder is to be deemed spiritual or is to be deemed nonspiritual, as the example that we talked about earlier?

MR. SCHNACK: Example with the car?

MR. SIMONS: Yes.

A  Well, let me give you an example. If someone came to me and, for example, a woman confessed to committing adultery, I would certainly want someone with me, another elder, to listen to that confession. I think we would both as elders regard that confession as confidential.

Q  Because the subject matter would be deemed spiritual?

A  I don't know that you regard adultery as spiritual, but the fact that the confession is before two elders who represent the Christian

**Page 28**

Allen Shuster

Congregation, from that standpoint it would be spiritual.

Q  It's the confession of wrongdoing that's spiritual, regardless of the wrongdoing itself?

A  It's within the context of a spiritual problem that maybe someone has.

Q  If you have a question in your mind as to whether the subject matter of communication is spiritual in nature or not, how do you resolve that question?

A  Well, again, I think that's pretty general, Mr. Simons. Can you be more specific?

Q  If you are unable to resolve the question of whether a communication is spiritual nature or not in your work, how do you get the answer to the question? Do you ask someone else within the organization in a different department? Do you go to your supervisor? Do you research it yourself and make the decision yourself? How do you resolve a grey area as to whether a communication is spiritual or not?

A  I think through experience, one is able to determine the difference between what is spiritual matter that should be, or for that matter

**Page 29**

Allen Shuster

anything that should be kept confidential, as opposed to something that's not confidential or not spiritual.

Q  When you say experience, are you speaking of your own individual experience or the collective experience of yourself and others within the administration leadership here.

A  My own experience.

Q  When you say experience, are you speaking of your own experience or the collective experience of yourself and others within the administration and leadership here?

A  My own experience.

Q  Have you ever had an occasion during your years of service where you asked for others' guidance in determining whether a communication should be deemed spiritual and confidential or not?

A  Yes.

Q  And in those situations or in that situation, to whom do you go for guidance?

A  It depends on the context, it depends on what the issue is as to who I go to.

Q  Can you give me different examples of the types of subject matters of communications that

**Page 30**

Allen Shuster

2 would lead you to another and to whom it would lead 10:37
3 you? 10:37
4   A   Um-hm. Well, I serve as an elder, I 10:37
5 mentioned since 1979 in various congregations, so in 10:37
6 the role of an elder within the local congregation, 10:37
7 it's made up of a number of elders, varying numbers 10:38
8 of elders within a body in a local congregation. 10:38
9     So if it's in regard to the issue I 10:38
10 referred to earlier where a woman may confess 10:38
11 adultery, then I would consult with another elder in 10:38
12 those matters. We would regard that as 10:38
13 confidential. 10:38
14   Q   How about if the subject matter was not 10:38
15 one which was clear to you as to whether it is 10:38
16 spiritual and confidential or not, and you wanted 10:38
17 further insight from someone else on that in 10:38
18 addition to your own experience, to whom would you 10:38
19 go for guidance on that? 10:38
20   A   Talking about spiritual matters? 10:38
21   Q   Well, about the issue of whether or not a 10:38
22 communication is a spiritual communication as 10:39
23 opposed to one that is not? 10:39
24   A   As an elder in a local congregation I 10:39
25 would consult with other elders. 10:39

**Page 31**

Allen Shuster

2   Q   How about in your capacity here as an 10:39
3 assistant overseer in the service department? 10:39
4   A   I would consult with elders here in the 10:39
5 service department. 10:39
6   Q   Is there someone within the 10:39
7 administrative structure of the organizations who is 10:39
8 the final arbiter of whether a specific type of 10:39
9 communication is to be deemed spiritual and 10:39
10 confidential or not? 10:39
11   A   I believe it depends on the nature of the 10:39
12 spiritual confidential question. 10:39
13   Q   And can you explain that for me? 10:40
14   A   There are some issues, some questions 10:40
15 that are raised that I can freely discuss with my 10:40
16 peers within the department, and based on a 10:40
17 discussion a determination can be made as to whether 10:40
18 we have the authority to make a decision. In other 10:40
19 cases not. 10:40
20   Q   Are there situations in your experience 10:40
21 when the question of whether or not a communication 10:40
22 is a confidential communication you have turned to 10:40
23 the legal department for determination of that 10:40
24 issue? 10:40
25   A   We have gotten legal advice, yes, on a 10:40

**Page 32**

Allen Shuster

2 regular basis. 10:40
3   Q   In your capacity within the service 10:41
4 department do you have the discretion to overrule, 10:41
5 if you will, legal advice you receive from the legal 10:41
6 department of Watchtower New York? 10:41
7   A   Do we have the authority to overrule? 10:41
8 Again I think it depends on the context. 10:41
9   Q   With regard to the question -- I'm sorry 10:41
10 because my question was overbroad, but let me 10:41
11 narrow. On the question of whether an individual's 10:41
12 communication is deemed confidential or not? 10:41
13     MR. SCHNACK: I am going to object to the 10:41
14 form of the question. It seems to me you're 10:41
15 commingling legal issues and spiritual issues. 10:41
16 I'm not sure the church does that. 10:41
17     But to the extent you can respond, go 10:41
18 ahead. 10:41
19   A   I think in response to what Bob is 10:41
20 saying, anything that's confidential is not always 10:41
21 spiritual. Something that's spiritual is not always 10:42
22 confidential. So I don't think we can draw a 10:42
23 parallel because if they are synonymous. But again, 10:42
24 your question? 10:42
25   Q   Thank you for that clarification. With 10:42

**Page 33**

Allen Shuster

2 regard to whether or not a communication is 10:42
3 confidential, are you given the authority to make 10:42
4 that determination in a situation where the legal 10:42
5 department has given you an opinion as to that? Can 10:42
6 you determine it to be different than the legal 10:42
7 department's opinion? 10:42
8   A   Do you mean me personally or as a 10:42
9 department? 10:42
10   Q   You as an assistant overseer in your 10:42
11 official capacity. 10:43
12   A   Again, I think it's a judgment matter, 10:43
13 there are some things that are given in the way of 10:43
14 advice and it is just that, advice. There are other 10:43
15 things that are presented from the legal department 10:43
16 that I personally would not want to take it on 10:43
17 myself to make that decision to overrule the good 10:43
18 advice that we regularly get from our legal counsel. 10:43
19   Q   Going back to the time period before 2001 10:43
20 when the service department was within Watchtower 10:43
21 New York, were the respective roles that we have 10:43
22 been discussing between the service department and 10:43
23 the legal department the same but just kept within 10:43
24 the one organization structure? 10:43
25   A   A little confusing question. 10:43

**Page 34**

```
 1              Allen Shuster
 2     Q    All right. Prior to 2001, was the            10:43
 3   service department in terms of its authority and    10:44
 4   role the same as it is now within the Christian     10:44
 5   Congregation?                                       10:44
 6     A    You mean the difference between when the     10:44
 7   service department was working as the New York      10:44
 8   corporation and since 2001 under Christian          10:44
 9   Congregation.                                       10:44
10     Q    Yes.                                         10:44
11     A    Essentially the same.                        10:44
12     Q    And was the nature of the relationship       10:44
13   between the legal department and service department 10:44
14   the same before 2001 as it is at present?           10:44
15     A    When you say relationship, you mean --       10:44
16     Q    In terms of the nature of the issues that    10:44
17   would be brought to the legal department and the    10:45
18   consequences of information that would come back    10:45
19   from the legal department to the service department? 10:45
20     A    Yes.                                         10:45
21     Q    Are reports or communications received       10:45
22   from a congregation member that may include a report 10:45
23   of suspected childhood sexual abuse by a different  10:45
24   member than the reporter, are those communications  10:45
25   deemed to be confidential within the service        10:45
```

**Page 35**

```
 1              Allen Shuster
 2   department?                                         10:45
 3     A    When you say a different, a different        10:46
 4   person as opposed to the victim?                    10:46
 5     Q    Correct, an individual member of the         10:46
 6   congregation makes a report to an elder of suspicion 10:46
 7   of sexual abuse of a child by a different           10:46
 8   congregation member, is that communication deemed to 10:46
 9   be confidential?                                    10:46
10          MR. SCHNACK: Are you talking about           10:46
11   outside of the service department at this           10:46
12   point?                                              10:46
13          MR. SIMONS: No, within the service           10:46
14   department.                                        10:46
15          MR. SCHNACK: Okay, because the question      10:46
16   didn't include that. Why don't you rephrase it      10:46
17   so we're certain what you are asking.               10:46
18     Q    Within the service department's              10:46
19   implementation of its policies and role, are        10:46
20   communications by a member of a congregation to an  10:46
21   elder which report suspected childhood sexual abuse 10:46
22   by a different member of that congregation, are     10:47
23   those communications deemed to be confidential?     10:47
24     A    Within the context of the work that is       10:47
25   done within the service department?                 10:47
```

**Page 36**

```
 1              Allen Shuster
 2     Q    Yes.                                         10:47
 3     A    They are regarded as confidential.           10:47
 4     Q    Is the basis of that determination one       10:47
 5   that is contained in writings of some kind?         10:47
 6     A    You mean in the sense of guidelines or       10:47
 7   direction or memoranda?                             10:47
 8     Q    Yes, any of those.                           10:47
 9     A    Over the years I worked in the service       10:47
10   department, which is some 31 years, I am certain    10:47
11   that there have been references made on occasion    10:48
12   that matters should be kept confidential. I cannot  10:48
13   tell you an exact date of a memorandum.             10:48
14          MR. SIMONS: Let me mark the letter of        10:48
15   July 1st, 1989 as the next exhibit.                 10:48
16          (July 1, 1989 letter was marked as           10:49
17          Deposition Exhibit Number 5 for              10:49
18          identification.)                             10:49
19     Q    This is a somewhat lengthy document. The     10:49
20   portions that I am going to ask you about I've      10:49
21   highlighted. That will maybe assist you in focusing 10:49
22   on this.                                            10:49
23          MR. SCHNACK: You want him to read            10:49
24   through it or do you want to just start asking      10:50
25   questions?                                          10:50
```

**Page 37**

```
 1              Allen Shuster
 2          MR. SIMONS: If he wants to read through      10:50
 3   it I don't want to interrupt him.                   10:50
 4          MR. SCHNACK: It's up to you how you want     10:50
 5   to conduct the deposition.                          10:50
 6     Q    Have you seen this letter of July 1st,       10:50
 7   1989 before?                                        10:50
 8     A    Yes.                                         10:50
 9     Q    When do you recall first being aware of      10:50
10   this letter?                                        10:50
11     A    Shortly before July 1st, 1989.               10:50
12     Q    Did you participate at all in the            10:50
13   drafting of this letter?                            10:50
14     A    I'm not certain.                             10:51
15     Q    Do you know any of the individuals who       10:51
16   participated in the drafting of this letter?        10:51
17     A    I don't think I could name someone           10:51
18   specific.                                           10:51
19     Q    Is this what is known as a Body of Elder     10:51
20   letter?                                             10:51
21     A    Yes.                                         10:51
22     Q    Is the content of this letter, Exhibit 5,    10:51
23   one that requires the approval of anyone within the 10:51
24   Jehovah's Witnesses organization before it can be   10:51
25   circulated to elders throughout the United States?  10:52
```

**Page 38**

Allen Shuster

2 A Yes.
3 Q What approval or approvals, if there is more than one, must be made before a Body of Elder letter such as this could be circulated, at the time frame we're talking about, July 1st, '89?
7 A Within the time frame of 1989?
8 Q Yes.
9 A There would have been a group of elders within the service department that would have reviewed this letter. It would have been a collaborative effort. You're talking about the service department, right?
14 Q I'm talking about within the organization completely?
16 A Within the organization. Undoubtedly the legal department would have input into this. It would have been approved by a committee of the governing body.
20 Q Has this Body of Elder letter of July 1st, 1989 been revoked?
22 A When you say revoked, you mean in total or in part?
24 Q First in total.
25 A No.

**Page 39**

Allen Shuster

2 Q Have parts of it been modified or revoked?
4 A I would have to review the letter and read it to tell.
6 Q All right, okay.
7 MR. SCHNACK: Do you want him to do that?
8 MR. SIMONS: Yes, I do.
9 MR. SCHNACK: Go ahead, take your time.
10 THE WITNESS: The entire letter?
11 MR. SIMONS: Yes. If you need something to mark the exhibit with to go back and explain later what areas you think have been revoked, feel free to mark it up, that's okay.
15 A What was stated then in 1989, some 22 years ago, I think is essentially the same now. There's maybe one exception. And that's on page four at the very top, the first sentence, "If the alleged wrongdoer confesses to the sin or crime, no one else should be present besides the members of the committee." Just in addition to that, in the case of a child, being a minor, likely in most cases his parent or parents would be present. But other than that, essentially it's the same.
25 Q Okay. In the event that an accused

**Page 40**

Allen Shuster

member does not confess to having committed sexual abuse of a child in response to an accusation, is there a method, an administrative method, in which the truth of the accusation can be determined?
6 MR. SCHNACK: Are you talking about within a judicial investigation or a judicial committee?
9 MR. SIMONS: I don't know because I'm asking the open-ended question of, is there a method at all, and presumably that would include judicial investigation or judicial committee or some other process.
14 MR. SCHNACK: Okay. I am going to object as vague then.
16 To the extent you can answer, go ahead.
17 A I think the key word you said is truth, can you get at the truth. There certainly is a method in which we endeavor to get at the truth.
20 Q What method is that?
21 A You mentioned whenever there is an accusation made against a member of the congregation, that method is that we have an elder, two elders, who are asked to hear or at least confront the accused with whatever it is he is

**Page 41**

Allen Shuster

accused of, and they hear what he has to say about the matter.
4 Q Assuming the accused denies any sexual misconduct with a child, what is the next step in response to that denial, if there is one?
7 A Yes. In the case of a child, I think we would be very careful as to how we proceed. But scripturally, the Bible outlines a procedure in Matthew 18 about, in Matthew, the book of Matthew, about addressing issues of this nature when there is an accusation made against someone, then of course he has a right to hear that, and that's why we have two elders that listen to what he has to say. But then he has the opportunity or should have the opportunity to hear what his accuser is saying.
17 Q And what is the forum in which that opportunity is provided?
19 A So two elders will sit down with the accuser and hear what he has to say, and then weigh that testimony. As I mentioned, in the case of a child, we are very careful about proceeding. In some cases we will not proceed depending on the advice that we get from the legal department. I say we, I mean the local elders in a congregation.

**Page 42**

Allen Shuster

Q   Is the local elder or are the local elders who receive a report of possible sexual abuse of a child by a congregation member, is the elder or are the elders who receive that report required to make a communication to the legal department immediately notifying them of that report?

A   Yes, as stated in this letter, there's a request made that they contact the legal department. Of course, as elders, we — I'm saying "we," I mean I'm an elder in a local congregation, my interest and concern is that of the welfare of the child, making sure that the child is safe, even before we investigate any claims or the validity of a claim of abuse. We do that and maybe even provide comfort and sympathy to the child or parent in an effort to be of spiritual assistance to them.

The next thing we are encouraged to do immediately is to call the legal department for legal advice.

Q   That was the procedure in 1989 after Exhibit 5 was circulated, the Body of Elder letter, and it remains the procedure today; is that accurate?

A   Yes, as on page three, paragraph one.

**Page 43**

Allen Shuster

Q   Going back to my questions about how is the issue resolved as to whether the accusation is truthful or not, is there a standard by which elders are guided in determining the truthfulness of an accusation of sexual abuse of a child by a congregation member?

A   Yes.

Q   What is that standard?

A   The standard is either a confession which we would accept as will be acceptable to prove guilt, or two witnesses testifying to the fact that they either saw or knew of the accused being engaged in that activity.

Q   Would one of those witnesses be the victim himself or herself?

A   Yes.

Q   If the victim is a minor, are they still competent to be a witness in the situation we're talking about?

A   When you say competent, can you define competent?

Q   Yes. If the victim is a minor, is that person still counted as one of the two witnesses?

A   Well, I think it goes to the credibility

**Page 44**

Allen Shuster

of the accused. You say minor, a minor can be from baby to the legal age of maturity.

Q   So would the question of whether or not the victim can be counted as one of the two witnesses be a subject of the discretion of the elders who conduct the investigation?

A   Yes.

Q   Are there any written guidelines or other information provided to elders that you are aware of that helps them determine whether or not a minor who reports sexual abuse may be relied upon as one of the two witnesses?

A   Am I aware of some guidelines?

Q   Yes.

A   Yes.

Q   What guidelines are you aware of?

A   I think our letter here in '89 referred to, let me see if I can find it. Yes, on page two, the last paragraph, it says, "Note the KS 77, pages 66 and 67; KS 81, pages 160 to 170. Likely within that reference there is a guideline.

Q   What is the KS referred to?

A   It's referencing Kingdom Ministry School textbook.

**Page 45**

Allen Shuster

Q   Is there a Kingdom Ministry School textbook at present?

A   Yes.

Q   And has there been for many years going back to before the date of this July 1st, 1989 letter?

A   Yes.

Q   What is the Kingdom Ministry School textbook?

A   It is a publication that is given to elders to help them to provide shepherding and to carry out their duties as elders.

Q   Are all elders required to attend Kingdom Ministry School at some intervals?

A   Required? In what sense?

Q   Are they, as a condition of becoming an elder, required to complete a program of the Kingdom Ministry School?

A   No.

Q   Are they, as elders, encouraged to attend Kingdom Ministry School?

A   Yes.

Q   Is Kingdom Ministry School an ongoing program where even elders with many years of

**Page 106**

1   Allen Shuster
2   across some tools that a homeowner may have left out        02:24
3   in the driveway and is seen to take a tool or to put        02:24
4   them in his pocket or jacket or something and leave         02:24
5   with it, that's a theft, correct?                           02:24
6       A    Okay.                                              02:24
7       Q    In such a situation of what we will call           02:24
8   a petty theft, is that something that falls under           02:24
9   the doctrine of uncleanness?                                02:24
10      A    Uncleanness, I don't know that it would            02:25
11  necessarily fall in that category.  It would fall           02:25
12  more into the category of theft.  Uncleanness has           02:25
13  more to do with physical and sexual in nature.              02:25
14      Q    All right.  That is very helpful, I                02:25
15  appreciate it.  I apologize if some of my questions         02:25
16  seem very basic, but there are many philosophical           02:25
17  and other views of things that are part of your             02:25
18  daily world for many years that are all new to me,          02:25
19  so --                                                       02:26
20      A    I understand.                                      02:26
21           (August 1, 1995 Letter To All Bodies               02:26
22           of Elders in the United States was marked          02:26
23           as Deposition Exhibit 9 for                        02:26
24           identification.)                                   02:26
25      Q    We have marked as Exhibit 9 a letter               02:26

**Page 107**

1   Allen Shuster
2   dated August 1, 1995 (handing).  Have you seen this         02:26
3   in the past?                                                02:26
4       A    Yes, I have.                                       02:26
5       Q    Were you involved in the preparation of            02:26
6   this Body of Elders letter prior to its                     02:26
7   dissemination?                                              02:26
8       A    I can't say for certainty.  There's a              02:26
9   good chance that I was.                                     02:26
10      Q    Was this Body of Elders letter approved            02:26
11  by either a committee of or the entire governing            02:26
12  body prior to its circulation?                              02:27
13      A    Yes.                                               02:27
14      Q    There are references in this letter to             02:27
15  various Awake articles in 1985 and 1993, this is in         02:27
16  the third paragraph.  Are articles that are                 02:27
17  published in Awake reviewed in advance by persons in        02:27
18  the branch committee?                                       02:27
19           MR. SCHNACK:  I'm going to object to the           02:27
20      form of the question.  The branch committee             02:27
21      wasn't in existence at the time that letter was         02:27
22      drafted.                                                02:27
23           MR. SIMONS:  All right.                            02:27
24           MR. SCHNACK:  Is that correct?                     02:27
25           THE WITNESS:  That's correct.                      02:27

**Page 108**

1   Allen Shuster
2       Q    What was the predecessor in terms of               02:27
3   function, to the branch committee?                          02:28
4       A    Prior to the branch committee, which was           02:28
5   formed in 2001, the Bethel Operations, that is, the         02:28
6   operations of the three complexes that make up not          02:28
7   only the world headquarters but also the                    02:28
8   headquarters for United States branch facilities as         02:28
9   well as the field operations, were separated; there         02:28
10  were two separate entities that cared for those             02:28
11  functions.                                                  02:28
12      Q    We talked about the branch committee               02:28
13  guidelines, the published guidelines and the                02:28
14  handbook so to speak.  Was there a predecessor of           02:28
15  similar type before 2001 when the branch committee          02:29
16  was formed?                                                 02:29
17      A    The branch organization is what you are            02:29
18  referring to, has been in existence prior to the            02:29
19  formation of the U.S. branch committee.                     02:29
20      Q    So did the branch organization have a              02:29
21  handbook or guidelines prior to 2001?                       02:29
22      A    I'm sure that there was some guideline             02:29
23  that they went by.  I don't know that there was an          02:29
24  official document, maybe more just internal                 02:29
25  communications or perhaps some memoranda that gave          02:29

**Page 109**

1   Allen Shuster
2   them some structure.                                        02:29
3       Q    Who if anyone would have been required to          02:29
4   approve the content of articles in the Awake before         02:29
5   they were published?  This is back in '85 and '93           02:30
6   and that time period.                                       02:30
7       A    It would be individuals that work in our           02:30
8   writing department.                                         02:30
9       Q    Were articles on the subject matter of             02:30
10  protecting children from sexual abuse subject to            02:30
11  approval from anyone other than persons in the              02:30
12  writing committee back in the time frame that we're         02:30
13  talking about, '85 to '93, as to the articles?              02:30
14           MR. SCHNACK:  You mean the writing                 02:30
15      department.                                             02:30
16           MR. SIMONS:  Writing department, thank             02:30
17      you.                                                    02:30
18      A    I know on occasion that the writing                02:30
19  committee would send, writing department that is,           02:30
20  they would send articles to others outside the              02:30
21  writing department for their purview.                       02:31
22      Q    Would an article setting forth a policy            02:31
23  on something such as childhood sexual abuse such as         02:31
24  the January 22, 1985 article in Awake have been             02:31
25  reviewed and approved by the governing body or a            02:31

**Page 110**

1  Allen Shuster
2  committee of the governing body prior to its                02:31
3  publication?                                                02:31
4    A   My understanding is that they would.                  02:31
5    Q   What is that understanding based on?                  02:31
6    A   Whether all of the members of the then                02:31
7  existing governing body would review articles from          02:31
8  the Awake or the Watchtower, I can't say for                02:31
9  certainty. But what I do say for certainty is that          02:31
10 some members of the governing body would review it,         02:31
11 yes.                                                        02:31
12   Q   What is your understanding based on?                  02:31
13   A   Based on my knowledge.                                02:32
14   Q   Your last answer was that you just                    02:33
15 understand it. Can you tell me a little bit more            02:33
16 about how you acquired the knowledge of the                 02:33
17 governing body's role in terms of approval of Awake         02:33
18 policy articles or Watchtower policy articles?              02:33
19   A   I just know that the writing department,              02:33
20 it's directly overseen by the writing committee of          02:33
21 the governing body, and that there have been members        02:33
22 in the past of the governing body who are in the            02:33
23 writing, on the writing committee, and also work in         02:33
24 the writing department. And I know the process              02:33
25 that's reviewed by a number of writers, and it's            02:33

**Page 111**

1  Allen Shuster
2  been the policy of at least a few members of the            02:33
3  governing body reviewing anything from the                  02:33
4  Watchtower and Awake that is published.                     02:33
5    Q   Have you ever authored an article that                02:34
6  was published in Watchtower or Awake?                       02:34
7    A   I have not.                                           02:34
8    Q   Is the role of the governing body to set              02:34
9  both spiritual and administrative policies of all of        02:34
10 the Jehovah's Witnesses' corporations and entities?         02:34
11       MR. SCHNACK: I object to the form of the              02:34
12   question. I'm not sure what you mean by                   02:34
13   administrative policies.                                  02:34
14       You can respond, if you can.                          02:34
15   A   I guess I would have to know a little bit             02:34
16 more about the question. On a high level, review,           02:34
17 the governing body does establish policies. The             02:34
18 other aspect of your question?                              02:34
19   Q   My question is perhaps a little unclear,              02:34
20 but as to policies and procedures that we have been         02:34
21 discussing, for example, the confession or                  02:35
22 two-witness standard in terms of accusations being          02:35
23 proven to be true, are these policies, no matter            02:35
24 which corporation or entity within the organization         02:35
25 is enforcing them, these are policies that come from        02:35

**Page 112**

1  Allen Shuster
2  the governing body, that's my question. Is that an          02:35
3  accurate statement?                                         02:35
4    A   That is an accurate statement, yes.                   02:35
5        MR. SCHNACK: Is this a good time for a                02:35
6  short break?                                                02:35
7        MR. SIMONS: Yes.                                      02:35
8        MR. SCHNACK: Let's go off the record.                 02:35
9        THE VIDEOGRAPHER: It is now 2:36. We                  02:35
10 are going off the record.                                   02:35
11       (Brief recess)                                        02:54
12       THE VIDEOGRAPHER: We are back on the                  02:54
13 record. The time is 2:54.                                   02:54
14 BY MR. SIMONS:                                              02:54
15   Q   Is there now a service committee?                     02:54
16   A   There is a service committee, yes.                    02:54
17   Q   Was that formed in 2001 when the branch               02:54
18 committees were set up?                                     02:54
19   A   No.                                                   02:54
20   Q   Did it pre-exist 2001?                                02:54
21   A   Yes, it did.                                          02:54
22   Q   Has there been a service committee for as             02:54
23 many years as you have been an elder?                       02:54
24   A   Yes, there has.                                       02:54
25   Q   Are members of the governing body, any                02:54

**Page 113**

1  Allen Shuster
2  members of the governing body, on the service               02:54
3  committee?                                                  02:54
4    A   Yes, there are.                                       02:54
5    Q   How many members total are there in the               02:54
6  service committee?                                          02:54
7    A   On the service committee, let's see, at               02:55
8  least four.                                                 02:55
9    Q   And how many members of the service                   02:55
10 committee are members of the governing body?                02:55
11   A   All of them.                                          02:55
12   Q   When a congregation-member is found                   02:55
13 either by two witnesses or by confession or by both         02:55
14 to have committed sexual abuse of a child, does the         02:55
15 local congregation elders have the option to ban            02:55
16 that individual from field service?                         02:56
17   A   The elders have the responsibility to                 02:56
18 protect children from that perpetrator, yes, to ban         02:56
19 them from the individual ministry that they have.           02:56
20       I think all of us as Christians, as                   02:56
21 Jehovah's Witnesses, have an obligation to bear             02:56
22 witness about God, that's who we are, we are                02:56
23 Jehovah's Witnesses. So what he would have, his             02:56
24 personal responsibility is up to him in witnessing,         02:56
25 but if he were to engage in public ministry with            02:56