# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br>         Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br>         Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br>         Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br>         Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Request for Hearing on Motion to Compel Depositions (Doc. 153). Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED: Plaintiffs' request is GRANTED. The Court will conduct a hearing on Plaintiffs' Motion on the ____ day of _____, 2022, at ___:___ __:m.

DATED this _____ day of _____, 2022.

                                                                      _____
                                                                      Susan P. Watters
                                                                      United States District Court Judge