| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1863 Wazee Street, #3A |
| Meyer, Shaffer & Stepans, PLLP | Denver, CO  80202 |
| 430 Ryman Street | Tel: (303) 947-4453 |
| Missoula, MT  59802 | matthew@merrillwaterlaw.com |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
|  Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) ) ) |
|  Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., |  ) ) ) |
|  Cross Claimant, | ) ) |
| BRUCE MAPLEY, SR., |  ) |
|  Cross Defendant. | ) ) ) |

Case No. CV-20-52-BLG-SPW

**PLAINTIFFS' NOTICE RE: ADDITIONAL MOTIONS TO COMPEL**

In light of the Court's October 26, 2022, Order holding Plaintiffs' Motion for a New Scheduling Order in Abeyance (Doc. 168), and to the extent that the Court's decision on the future scheduling of this case is dependent upon resolution of Plaintiffs' motions to compel, Plaintiffs want the Court to have NOTICE that additional motions to compel evidence being withheld by WTNY are forthcoming, including motions to compel other documents identified in WTNY's privilege log.[1]

DATED this 3rd day of November, 2022.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

---

[1] While the parties are in the process of conferring over WTNY's privilege log entries, it is clear that significant and material disagreements over the claimed privileges will need to be resolved by the Court.

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*