# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE AND DISCOVERY DEADLINES** |

Before the Court is Plaintiffs' Unopposed Motion to Extend the Expert Witness Disclosure and Discovery Deadlines. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and the expert witness disclosure deadline is amended as follows:

- ➢ Plaintiffs' expert witness disclosure deadline: **February 15, 2023**;
- ➢ Defendants' expert witness disclosure deadline: **March 15, 2023**; and

➢ The discovery deadline is extended to **March 31, 2023**.

DATED this _____ day of _____, 2022.

                                          _____
                                          Susan P. Watters
                                          United States District Court Judge