## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>          Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>          Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>          Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>          Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT BRUCE MAPLEY SR.** |

Upon the Plaintiffs' Notice of Dismissal Re: All Claims Against Defendant Bruce Mapley Sr. (Doc. 175), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

1

**IT IS HEREBY ORDERED** that the action and all Plaintiffs' claims against Defendant Bruce Mapley Sr. are **DISMISSED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _16th_ day of November, 2022.

_Susan P. Watters_

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

2