# EXHIBIT A

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **AMENDMENT TO ANSWER TO FIRST AMENDED COMPLAINT, CROSS-CLAIM, AND DEMAND FOR JURY TRIAL OF DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |

WATCHTOWER BIBLE AND )
TRACT SOCIETY OF NEW YORK, )
INC. )
               )
           Cross-Claimant, )
               )
vs. )
               )
BRUCE MAPLEY SR., )
              
           Cross-Claim Defendant.

---

COMES NOW Defendant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through its attorneys, and submits this Amendment to its Answer to First Amended Complaint, Cross-Claim, and Demand for Jury Trial dated July 27, 2020 (Doc. 27) (hereinafter "WTNY's Answer"). This Amendment supplements and incorporates WTNY's Answer as if fully set forth herein.  As such, while the entire contents of WTNY's Answer are not set forth below, WTNY maintains its Answer to the allegations in the First Amended Complaint as set forth in WTNY's Answer, its affirmative defenses as set forth in WTNY's Answer, its Cross-Claim against Bruce Mapley Sr. as set forth in WTNY's Answer, and its Demand for Jury Trial as set forth in WTNY's Answer. This Amendment adds the following affirmative defense to WTNY's Answer:

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

By Plaintiffs' Notice of Dismissal re: All Claims Against Defendant Bruce Mapley Sr. dated November 16, 2022 (Doc. 175), Plaintiffs gave notice of

dismissing their claims against Bruce Mapley Sr. pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P.  By Order Dismissing All Claims Against Defendant Bruce Mapley Sr. dated November 16, 2022 (Doc. 176), the Court dismissed all of Plaintiffs' claims against Bruce Mapley Sr.  The basis for the dismissal of Plaintiffs' claims against Bruce Mapley Sr. is unknown, as Plaintiff Camillia Mapley was instructed by counsel during her deposition on November 29, 2022, not to answer questions regarding whether Plaintiffs had settled their claims against Bruce Mapley Sr. or released him from liability for their claims.

To the extent Plaintiffs have either settled their claims against Bruce Mapley Sr. or released him from liability pursuant to Mont. Code Ann. § 27-1-703(6)(a), WTNY asserts that Plaintiffs' damages were caused in full or in part by Bruce Mapley, Sr.  WTNY hereby provides notice pursuant to Mont. Code Ann. § 27-1-703(6)(f) to all parties in this matter that WTNY is asserting as an affirmative defense that Bruce Mapley Sr. is at fault and that his negligence and wrongdoing caused, in whole or in part, Plaintiffs' alleged injuries and damages.

A copy of this Amendment will be mailed to Bruce Mapley Sr. via certified mail, return receipt requested, as follows:

Bruce Mapley, Sr.
3095 Caylan Cove
Birmingham, AL 35215

DATED this XX day of December, 2022.

By:   /s/ Jon A. Wilson
        Jon A. Wilson
        BROWN LAW FIRM, P.C.
        *Attorneys for Defendant Watchtower*
        *Bible and Tract Society of New York,*
        *Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December XX, 2022, a copy of the foregoing was served on the following person(s):

1.   U.S. District Court, Billings Division

2.   Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
      MEYER, SHAFFER & STEPANS, PLLP
      430 Ryman Street
      Missoula, MT 59802

3.   Matthew L. Merrill (appearing *pro hac vice*)
      MERRILL LAW, LLC
      1863 Wazee Street, Suite 3A
      Denver, CO 80202

4.   Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
      MOULTON BELLINGHAM PC
      P.O. Box 2559
      Billings, MT 59103-2559

5.   Bruce G. Mapley Sr.
      3905 Caylan Cove
      Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| _1-4_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | U.S. Mail | _____ | Overnight Delivery Services |
| _5_ | Certified Mail | | |

By:   _/s/ Jon A. Wilson_
         Jon A. Wilson
         BROWN LAW FIRM, P.C.
         *Attorneys for Defendant Watchtower*
         *Bible and Tract Society of New York,*
         *Inc.*