Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S MOTION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT, CROSS-CLAIM, AND DEMAND FOR JURY TRIAL, PURSUANT TO Fed.R.Civ.P. 15(a)(2).** |

|  | Cross-Claimants, |
|---|---|
| -vs- | |
| BRUCE MAPLEY SR., | |
|  | Cross-Defendant. |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA"), by and through its attorneys, moves the Court for leave to file an amended answer to plaintiffs' First Amended Complaint and Jury Demand (Doc. 22). This motion is made pursuant to Fed.R.Civ.P. 15(a)(2). Plaintiffs object to this motion. A copy of WTPA's proposed amended answer is attached as Exhibit A.

WTPA seeks to amend its answer to assert the defense provided in Mont. Code Ann. § 27-1-703(6), which provides, "In an action based on negligence, a defendant may assert as a defense that the damages of the claimant were caused in full or in part by a person with whom the claimant has settled or whom the claimant has released from liability." WTPA seeks to assert that defense with respect to Bruce Mapley, Sr.

Plaintiffs' claims against Mapley, Sr. were recently dismissed. In particular, on November 16, 2022, plaintiffs filed a notice of dismissal of all claims against defendant Mapley, Sr. (Doc. 175). On November 16, 2022, the Court entered an order dismissing all of plaintiffs' claims against Mapley, Sr. (Doc. 176). It is

unknown at this time if plaintiffs settled their claims against Mapley, Sr. or released Mapley, Sr. from liability for their claims.

Plaintiffs' first amended complaint asserted claims for negligence, negligence per se and punitive damages against all defendants. Plaintiffs also asserted a claim of battery against only Mapley, Sr. Because plaintiffs' lawsuit is an action based on negligence, WTPA is entitled to assert the defense specified in Mont. Code Ann. § 27-1-703(6) following the dismissal of Mapley, Sr.

Fed.R.Civ.P. 15(a)(2) provides that the Court should freely give a party leave to amend its pleading when justice so requires. Further, § 27-1-703(6)(f), provides:

> A defendant alleging that a settled or released person is at fault in the matter shall affirmatively plead the settlement or release as a defense in the answer. A defendant who gains actual knowledge of a settled or released person after the filing of that defendant's answer may plead the defense of settlement or release with **reasonable promptness**, as determined by the trial court, in a manner that is consistent with:
>
> (i) giving the defendant a reasonable opportunity to discover the existence of a settled or released person;
>
> (ii) giving the settled or released person an opportunity to intervene in the action to defend against claims affirmatively asserted, including the opportunity to be represented by an attorney, present a defense, participate in discovery, cross-examine witnesses, and appear as a witness of either party; and
>
> (iii) giving the claimant a reasonable opportunity to defend against the defense.

(emphasis added).

The statute gives WTPA a right to assert the affirmative defense of a settled or released party in a negligence action. Further, WTPA has done so with reasonable promptness. Plaintiffs' claims against Mapley, Sr. were just dismissed on November 16, 2022. Further, plaintiff Camillia Mapley was deposed on November 29, 2022. She was instructed by her counsel not to answer questions regarding whether she settled with Mapley, Sr. or released him from liability.

The other requirements of § 27-1-703(6)(f) have also been met: WTPA has knowledge of Mapley, Sr., the settled and/or released person; WTPA is providing Mapley, Sr., notice of this filing and its proposed amended answer by mailing a copy of this filing and proposed amended answer to Mapley, Sr.'s last-known address by certified mail, return receipt requested, as required by Mont. Code Ann. § 27-1-703(6)(g) and will do the same with its amended answer when it is actually filed; and plaintiffs will receive notice of this amendment and will have a reasonable opportunity to defend against the defense.

WTPA is entitled to assert the defense specified in § 27-1-703, and WTPA respectfully requests leave from the Court to file its amended answer to do so.

**DATED** this 5th day of December, 2022.

                        MOULTON BELLINGHAM PC

                By   */s/   Christopher T. Sweeney*
                      GERRY P. FAGAN
                      CHRISTOPHER T. SWEENEY
                      JORDAN W. FITZGERALD

                      *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of December, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Guy W. Rogers                Joel M. Taylor, Esq. (*pro hac vice*)
   Jon A. Wilson                MILLER MCNAMARA & TAYLOR LLP
   Brett C. Jensen              100 South Bedford Road, Suite 340
   BROWN LAW FIRM, P.C.         Mount Kisco, NY 10549
   315 North 24th Street
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

By the following means:

```
  1, 2, 3   CM/ECF                    _____ Fax
  _____   Hand Delivery             _____ E-Mail
  _____   U.S. Mail                 _____ Overnight Delivery Services
     4      Certified Mail, Return Receipt Requested
```

By   */s/ Christopher T. Sweeney*
      Christopher T. Sweeney