Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO AMEND ANSWER TO ASSERT SETTLED PARTY DEFENSE** |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>　　　　Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>　　　　Cross-Claim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW Defendant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through its counsel of record, and respectfully moves the Court for an extension of time up to and including Wednesday, December 28, 2022, to file a reply brief in support of its Motion to Amend Answer to Assert Settled Party Defense (Doc. 177). Counsel for WTNY have contacted Plaintiffs' counsel, and there is no objection to this requested extension of time. A proposed Order is submitted herewith.

DATED this 20th day of December, 2022.

　　　　　　　　　　　　　　　　By: /s/ Jon A. Wilson
　　　　　　　　　　　　　　　　　　　Jon A. Wilson
　　　　　　　　　　　　　　　　　　　BROWN LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2022, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1863 Wazee Street, Suite 3A
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | |
|---|---|---|
| __1-4__ CM/ECF | _____ Fax | |
| _____ Hand Delivery | _____ E-Mail | |
| _____ U.S. Mail | _____ Overnight Delivery Services | |
| __5__ Certified Mail, Return Receipt Requested | | |

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Defendant Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion for Extension of Time to File Reply Brief in Support of Its Motion to Amend Answer to Assert Settled Party Defense - 3