IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.<br><br>Cross-Claimant,<br><br>vs.<br><br>BRUCE MAPLEY SR.,<br><br>Cross-Claim Defendant. | Cause No. CV 20-52-BLG-SPW<br><br>**ORDER** |

Upon Defendant Watchtower Bible and Tract Society of New York, Inc.'s ("WTNY") Unopposed Motion for Extension of Time to File Reply Brief in

1

Support of Its Motion to Amend Answer to Assert Settled Party Defense, and for good cause appearing,

IT IS HEREBY ORDERED that WTNY have up to and including December 28, 2022, to file a reply brief in support of its Motion to Amend Answer to Assert Settled Party Defense (Doc. 177).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _____ day of December, 2022.

By: _____
HON. SUSAN P. WATTERS
United States District Court Judge