Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT, CROSS-CLAIM, AND DEMAND FOR JURY TRIAL** |

|                          |
| ------------------------ |
| Cross-Claimants,         |
| -vs-                     |
| BRUCE MAPLEY SR.,        |
| Cross-Defendant.         |

COMES NOW Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA"), by and through its counsel of record, and respectfully moves the Court for an extension of time up to and including Wednesday, December 28, 2022, to file a reply brief in support of its Motion to File Amended Answer to First Amended Complaint, Cross-Claim and Demand for Jury Trial (Doc. 178). Counsel for WTPA have contacted Plaintiffs' counsel, and there is no objection to this requested extension of time. A proposed Order is submitted herewith.

**DATED** this 20th day of December, 2022.

                                    MOULTON BELLINGHAM PC

                                    By __/s/ Christopher T. Sweeney____
                                        GERRY P. FAGAN
                                        CHRISTOPHER T. SWEENEY
                                        JORDAN W. FITZGERALD

                                        *Attorneys for Watch Tower Bible and*
                                        *Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on 20th day of December, 2022, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans             Matthew L. Merrill (*pro hac vice*)
   Ryan R. Shaffer               MERRILL LAW, LLC
   James C. Murnion              1863 Wazee Street, #3A
   MEYER, SHAFFER &              Denver, CO 80202
   STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Jon A. Wilson                 Joel M. Taylor, Esq. (*pro hac vice*)
   Brett C. Jensen               MILLER MCNAMARA & TAYLOR LLP
   BROWN LAW FIRM, P.C.          100 South Bedford Road, Suite 340
   315 North 24th Street         Mount Kisco, NY 10549
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215
   *Pro se*

By the following means:

    1, 2, 3   CM/ECF                      Fax
                  Hand Delivery           E-Mail
       4      U.S. Mail                Overnight Delivery Services

_____