IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>                              Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>                              Defendants. | Case No. CV-20-00052-SPW<br><br>**ORDER** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br>                    Cross-Claimants,<br><br>-vs-<br><br>BRUCE MAPLEY SR.,<br><br>                    Cross-Defendant. | |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Unopposed Motion for Extension of Time to File Reply Brief in Support

1

of its Motion to File Amended Answer to First Amended Complaint, Cross-Claim and Demand for Jury Trial (Doc. 182), and for good cause appearing,

**IT IS HEREBY ORDERED** that WTPA shall have up to and including **December 28, 2022**, to file a reply brief in support of its Motion to File Amended Answer to First Amended Complaint, Cross-Claim and Demand for Jury Trial (Doc. 178).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20 ᵗʰ of December, 2022.

SUSAN P. WATTERS
U.S. District Court Judge