

- COURT REPORTING
- LEGAL VIDEOGRAPHY
- VIDEOCONFERENCING
- TRIAL PRESENTATION
- MOCK JURY SERVICES
- LEGAL TRANSCRIPTION
- COPYING AND SCANNING
- LANGUAGE INTERPRETERS







(800) 528-3335
NAEGELIUSA.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

TRACY CAEKAERT, and CAMILLIA MAPLEY,

    Plaintiffs,

v.    Cause No. CV 20-52-BLG-SPW

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC., WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE MAPLEY SR.,

    Defendants.

---

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

    Cross-Claimant,

v.

BRUCE MAPLEY SR.,

    Cross-Claim Defendant.

---

REMOTE VIDEOTAPED DEPOSITION OF

CAMILLIA MAPLEY

TAKEN ON
AEDT: WEDNESDAY, NOVEMBER 30, 2022; 5:12 A.M.
MST:  TUESDAY, NOVEMBER 29, 2022; 11:12 A.M.

WORKSPACES - LEVEL 5
171 COLLINS STREET
MELBOURNE, 3000 AUSTRALIA

1   A.   No. I don't recall.

2   Q.   Do you know if Bruce was ever disciplined
3   by the Jehovah's Witness church?

4   A.   I believe so.

5   Q.   What discipline did he incur?

6   A.   I don't know.

7   Q.   Was Bruce ever dis-fellowshipped from the
8   Hardin Congregation, do you know?

9   A.   I don't think so.

10  Q.   Is Bruce Senior currently a Jehovah's
11  Witness?

12  A.   I don't know. I think so, but I don't
13  know.

14  Q.   Did you ever inform anybody at WTPA or
15  WTNY Bruce's sexual abuse of you?

16  A.   No.

17  Q.   Did you ever inform anybody at the Hardin
18  Congregation?

19  A.   No.

20  Q.   And did you ever inform law enforcement?

21  A.   No.

22  Q.   You have recently dismissed your claims
23  against Bruce Senior, do I have that right?

24       MR. SHAFFER:   Object to form. Her lawyers
25  did that. That's correct. That's what the record

```
 1  will reflect.
 2  BY MR. SWEENEY:
 3       Q.   Cami, are you aware of that?
 4       A.   Yes.
 5       Q.   Can you tell me why?
 6       A.   No, I don't know.
 7       Q.   And you don't --
 8       A.   That's for -- I'm not the legal team.
 9       Q.   Why did you sue Bruce Senior in the first
10  place?
11            MR. SHAFFER:  Object to form.  Cami hired
12  lawyers to take what happened to her, what she
13  recited happened to her and put that into legal
14  papers and filed them on her behalf, so if you're
15  asking her for the strategic reasoning behind her
16  lawyers' decisions, I think that's an improper
17  question.
18            MR. SWEENEY:  I think your comments are
19  improper, Ryan.  My question is direct.  She sued
20  Bruce Mapley Senior.  I'm asking her why.
21            MR. SHAFFER:  Same objection.
22  BY MR. SWEENEY:
23       Q.   You can answer, Cami.
24       A.   Because he sexually abused me.
25       Q.   Then why have you now dismissed your
```

```
 1  claims against Bruce Senior?
 2          MR. SHAFFER:  Same objection.
 3  BY MR. SWEENEY:
 4      A.   And my answer is, is that's the lawyers'
 5  decision.
 6      Q.   Did you reach a settlement with Bruce
 7  Senior?
 8      A.   I have no contact with the man.
 9      Q.   I appreciate that, but do you know if you
10  have entered into a settlement agreement with Bruce
11  Senior?
12      A.   If I have no contact, I have no contact.
13  How can I settle an agreement with him?
14      Q.   Do you know if you have released him from
15  being liable for the allegations in your complaint?
16      A.   I have no idea.
17      Q.   And I think you're testifying that you
18  don't know if you entered into a written settlement
19  agreement with Bruce Senior, is that accurate?
20          MR. SHAFFER:  Object to form.  She said --
21  BY MR. SWEENEY:
22      A.   I never said I --
23      Q.   All right.
24      A.   I never said I didn't know.
25          MR. SHAFFER:  Misstates her testimony.
```



```
 1  BY MR. SWEENEY:
 2      Q.   I'll ask you then, have you entered into a
 3  written settlement agreement with Bruce Senior?
 4      A.   No.
 5      Q.   Is your testimony today that you have no
 6  idea why he has been dismissed from this lawsuit?
 7           MR. SHAFFER:  Asked and answered.
 8  BY MR. SWEENEY:
 9      A.   Once again, that is for my lawyers to make
10  decision about what's happening.
11      Q.   And I appreciate that, Cami.  I'm asking
12  about your personal knowledge.  Do you know why he
13  was dismissed from this lawsuit?
14           MR. SHAFFER:  Cami, don't answer that.
15  You and I have talked about that.  He's not allowed
16  to ask you that question.
17           MR. SWEENEY:  Well, Ryan, she doesn't get
18  to insulate testimony simply by bringing it up with
19  you.  If she knows why a person she'd sue has been
20  dismissed, she has to tell me that.
21           MR. SHAFFER:  If she knows why her lawyers
22  dismissed Bruce Mapley, she has to tell you that?  I
23  disagree.  Cami, don't answer the question.
24           MR. SWEENEY:  Well, Ryan, this is not your
25  lawsuit.  This is hers.  She sued Bruce.  She
```

```
 1  dismissed Bruce.  I'm going to ask her why.
 2          If the answer is she doesn't know, she can
 3  tell me that, but I don't think she gets to hide
 4  behind attorney/client privilege for why she named
 5  somebody as a defendant or why she dismissed them.
 6          MR. SHAFFER:  Her testimony has been
 7  clear.  She left that to her lawyers to decide.  Her
 8  lawyers decided it.  You're asking her now to get
 9  into what her lawyers told her as about why her
10  lawyers dismissed Bruce Mapley, I believe that's
11  getting into attorney/client privilege
12  communication.  I'm not going to let her answer it.
13  BY MR. SWEENEY:
14      Q.   Cami, do you think Bruce Senior should
15  still be a defendant in this lawsuit?
16      A.   Well, his name's still on it, so isn't he?
17      Q.   He has been dismissed by order of court,
18  so inaccurately his name was represented as being in
19  the caption, but the claims have been dismissed, to
20  clear that up for you.
21      A.   Well, I think the truth should come out,
22  and that's what our goal is here, isn't it?
23      Q.   And I appreciate that, but my question is:
24  Do you think Bruce Senior should still be a
25  defendant in this lawsuit?
```

```
 1      A.    Don't know.
 2      Q.    How did you know Gunner Haines?
 3      A.    He was in the congregation.
 4      Q.    When did Gunner pass away?
 5            MR. SHAFFER: Object to form.
 6            MR. SWEENEY: Let's clear that up, Ryan,
 7  just so the record's clear. What exactly is your
 8  objection?
 9            MR. SHAFFER: Foundation. Speculation.
10  If you really want to find that information, it's in
11  the newspaper. I don't think it's a proper question
12  for this witness.
13  BY MR. SWEENEY:
14      Q.    Cami, do you know when Gunner passed away?
15      A.    No.
16      Q.    Has it been more than ten --
17      A.    I have a general idea, but --
18      Q.    What is your general idea?
19      A.    I don't know, Bruce Junior told me. I
20  don't know how long ago that was.
21      Q.    What years do you claim Gunner abused you?
22      A.    '77? '78?
23      Q.    How many times did Gunner Haines abuse
24  you?
25      A.    Once.
```