Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO 80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> AND <br><br> Cause No. CV 20-59-BLG-SPW <br><br> **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF NON-PRIVILEGED INFORMATION IN DOCUMENTS WITHHELD BY WTNY ON THE BASIS OF CLERGY-PENITENT PRIVILEGE** |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

Plaintiffs in the above referenced cases, by and through undersigned counsel, respectfully move the Court for an order compelling Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") to produce all non-privileged information contained in documents being withheld from production on the basis of the clergy-penitent privilege. Alternatively, if the Court is not convinced production of the withheld documents is in order, Plaintiffs request *in camera* review. A brief setting forth the reasons and basis for this Motion is filed contemporaneously herewith, including an exhibit setting forth the discovery being sought and WTNY's responses.

Pursuant to L.R. 26.3 (c), Plaintiffs' counsel certifies that the parties conferred concerning the disputed issues, i.e. application of the clergy-penitent privilege to the withheld documents. Such conferral included detailed written

Plaintiffs' Motion to Compel Production of Non-Privileged Information in Documents Withheld by WTNY on the Basis of Clergy-Penitent Privilege

2

correspondence and a telephone call.  Those conversations have yielded no possibility of resolving any part of the contested issues.

DATED 3rd day of January, 2023.

        MEYER, SHAFFER & STEPANS PLLP

        By: /s/ Ryan Shaffer
            Ryan R. Shaffer
            MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

Plaintiffs' Motion to Compel Production of Non-Privileged Information in Documents Withheld by WTNY on the Basis of Clergy-Penitent Privilege

3

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Motion to Compel Production of Non-Privileged Information in Documents Withheld by WTNY on the Basis of Clergy-Penitent Privilege

4