*Exhibit A*

Shirley Gibson

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MONTANA
 3                      BILLINGS DIVISION
 4   TRACY CAEKAERT, and
 5   CAMILLIA MAPLEY,
 6          Plaintiffs,      Case No. CV-20-52-BLG-SPW
 7       vs.
 8   WATCHTOWER BIBLE AND TRACT
 9   SOCIETY OF NEW YORK, INC.,
10   WATCH TOWER BIBLE AND
11   TRACT SOCIETY OF
12   PENNSYLVANIA, and BRUCE
13   MAPLEY SR.,
14          Defendants.
15   WATCHTOWER BIBLE AND TRACT
16   SOCIETY OF NEW YORK, INC.,
17          Cross Claimant,
18   BRUCE MAPLEY, SR.,
19          Cross Defendant.
20   _____
21   ARIANE ROWLAND, and JAMIE
22   SCHULZE                       Cause No. CV 20-59-BLG-SPW
23          Plaintiff,
24       vs.
25   WATCHTOWER BIBLE AND TRACT
```
1

```
 1  SOCIETY OF NEW YORK, INC.
 2  and WATCH TOWER BIBLE AND
 3  TRACT SOCIETY OF
 4  PENNSYLVANIA,
 5            Defendants.
 6
 7
 8  _____
 9       VIDEOCONFERENCE/VIDEOTAPED DEPOSITION
10              UPON ORAL EXAMINATION OF
11                   SHIRLEY GIBSON
12  _____
13       BE IT REMEMBERED, that the
14  videoconference/videotaped deposition upon oral
15  examination of Shirley Gibson, appearing at the
16  instance of the Plaintiffs, was taken at 800 North
17  Last Chance Gulch, Suite 101, Helena, Montana, on
18  Thursday, April 14, 2022, beginning at the hour of
19  9:07 a.m., pursuant to the Federal Rules of Civil
20  Procedure, before Mary R. Sullivan, Registered
21  Merit Reporter, Certified Realtime Reporter, and
22  Notary Public.
23
24
25
                                                     2
```

Shirley Gibson

```
 1        A.    (Nods head.)
 2        Q.    And then Helena.
 3        A.    Yes.
 4        Q.    Which -- Which Kingdom Hall is in Helena?
 5        A.    I'm in Canyon Ferry congregation.
 6        Q.    Okay.  And have you been a member of
 7   other congregations in Helena?
 8        A.    No.
 9        Q.    Just that one?
10        A.    Just that one.
11        Q.    Okay.  And is that the full list of the
12   congregations where you've served as a member?
13        A.    All the -- All those places that I've
14   been.
15        Q.    Yeah.
16        A.    In Helena, this is the only one, yeah.
17        Q.    Okay.  All right.
18              Let's talk about paragraph 3 of your
19   affidavit.  The first sentence you state that
20   Bruce, Sr. was a pedophile who started molesting
21   Tracy when she was four.  And then you say [As
22   Read]: "This came out in 1977 when we learned that
23   another Ministerial Servant in the Hardin
24   congregation, Gunner Hain, had sexually molested
25   Tracy at his home."
```

60

Shirley Gibson

```
 1        A.    Yes.
 2        Q.    Why do you say 1977?  You fairly -- How
 3   do you feel about that number, that year?  Pretty
 4   certain about that?
 5        A.    Yes.
 6        Q.    Tell me why.
 7        A.    Because it was brought to my attention
 8   all this stuff had happened, and I --
 9        Q.    How -- How was it brought your attention?
10        A.    Well, because of Gunner Hain, it came
11   out.  He was reproved, but they didn't do anything
12   to Bruce 'cause he -- Anyway.  I was told what had
13   happened, and then Bruce admitted he had too,
14   so -- but they didn't do anything with Bruce but
15   they did something -- they -- Gunner Hain was
16   reproved is all.
17        Q.    Who told you that?
18        A.    Harold Rimby.
19        Q.    And so when you say this came out in
20   1977, that -- that -- Harold Rimby told you
21   personally --
22        A.    Yes.
23        Q.    -- about Gunner Hain.
24        A.    And my ex-husband.
25        Q.    And your ex-husband molesting Gunner's
```

61

Shirley Gibson

```
 1  stepdaughter.  Gunner had molested his
 2  stepdaughter and Tracy.
 3       A.   (Nods head.)
 4       Q.   How did Mr. Rimby know that?
 5            MR. SWEENEY:  Objection.  Speculation.
 6       A.   Do I still answer?
 7  BY MR. SHAFFER:
 8       Q.   Yeah, go ahead.  Yeah.
 9       A.   Well, because Gunner told Harold.
10       Q.   And then Harold told you.
11       A.   Yes.
12       Q.   Okay.  Sounds like Harold told you about
13  Gunner.  Did -- In -- In the same conversation he
14  told you that Bruce had done the same thing?
15       A.   Yes.
16       Q.   And do you know how Harold knew
17  that -- that Bruce had molested Tracy?
18            MR. SWEENEY:  Objection.  Speculation.
19  BY MR. SHAFFER:
20       Q.   Go ahead.  It's okay.
21       A.   Well, Bruce admitted to Harold that he
22  had.
23       Q.   Okay.  And then Harold told you.
24       A.   Yes.
25       Q.   Okay.  In 1977 -- Why do you say 1977 as
```

62

Shirley Gibson

```
 1  opposed to 1978?
 2      A.   Because it was the year after we were
 3  baptized.
 4      Q.   Okay.  So you feel -- you're certain
 5  about that number, 1977.
 6      A.   (Nods head.)
 7      Q.   Yeah.  Where were you when you had this
 8  conversation with Mr. Rimby?
 9      A.   In our home at Fort Smith.
10      Q.   Who else was there?
11      A.   My ex-husband.
12      Q.   So just the three of you?
13      A.   Yeah.  Well, my children were there, too.
14      Q.   Okay.  And had Mr. Rimby announced he was
15  going to come over to have this conversation with
16  you or did he just show up, or how'd that happen?
17      A.   I guess just showed up.  I don't
18  remember.  We didn't make announcements; we just
19  came --
20      Q.   Okay.
21      A.   -- to each other's homes.
22      Q.   I take it it was a surprise.  It was
23  shocking.
24      A.   Yes.
25      Q.   Is that fair?
```

63

Shirley Gibson

```
 1         A.    And the first thing I said was "We need
 2   to call the authorities."
 3               And Harold said, "I'll take care of it."
 4         Q.    Okay.
 5         A.    So I assumed he would, but he didn't.
 6         Q.    Okay.
 7         A.    I mean, maybe he did.  He didn't call the
 8   authorities, though.  And that was my mistake.
 9         Q.    Was Harold an elder at that point?
10         A.    Yes.
11         Q.    And you're new to the church at that
12   point in time.
13         A.    Yes.
14         Q.    You understood that if Harold -- Harold
15   was essentially directing how to take care of this
16   situation.  Is that right?
17         A.    Yes.
18         Q.    And would there be a consequence to you
19   as a member if you did -- if you disobeyed
20   Mr. Rimby's command to not tell the authorities?
21         A.    No, there wouldn't have been a problem.
22   I just assumed he was going to do it.  He said he
23   was.
24         Q.    He said he was going to tell the
25   authorities or he was going to handle it?
```

64