*Exhibit G*

## NOTIFICATION OF DISFELLOWSHIPPING OR DISASSOCIATION
(Please use typewriter or neatly print all information in ink.)

_____ | _____ | _____ | _____
Name of congregation | City | State | Congregation Number

_____ | _____ | _____
Name of disfellowshipped or disassociated person | Date disfellowshipped or disassociated | Date reinstated

Check if applicable: ☐ Elder   ☐ Ministerial servant   ☐ Regular or special pioneer   ☐ Listed with the Society as person to receive literature or magazine shipments to congregation (If so, new name and address should be sent to the Society.)

Offense(s) for which disfellowshipped (if disassociated give reason):

Please give a brief but complete review of the matter: (1) What led up to the wrongdoing? (2) Was the individual previously counseled or reproved? (3) What factors, including lack of works befitting repentance, convinced you that this action was necessary? (See Point #3 on other side.) (Use additional sheet if more space is needed.)

What evidence established the wrongdoing, such as confession, two or more witnesses?

Elders who served on the committee sign below. (Print or type names below the line. Sign on the line.) (If disassociation, committee selected to handle the matter should sign.) (Indicate who served as chairman.)

Did individual appeal your decision? _NO_____ If so, this form should be completed and handed to the chairman of the appeal committee who will send it to the Society with the letter from the appeal committee. If the original committee has further observations they should put them in writing and give them to the appeal committee to send to the Society.

If individual was previously disfellowshipped or disassociated show:   1. Date _____

2. Name at that time _____   3. Date reinstated _____

4. Congregation that took the action: _____
   Name of congregation | City | State

NOTE:   Send *original* copy of this form to the Society along with S-79a and S-79b cards you have filled out. Retain a copy of this form for the congregation's confidential files. After the Society receives these forms, the S-79b card will be returned to you. If person is reinstated (or dies) send the S-79b card to the Society, and on your copy of this S-77 form record the date of reinstatement (or death).

S-77   12/89                              (SEE OVER)                              Printed in U.S.A.

CAEKAERT/MAPLEY 002780

# INSTRUCTIONS FOR REPORTING DISFELLOWSHIPPINGS OR DISASSOCIATIONS

The S-79a and S-79b cards and the S-77 forms are to be used by the judicial committee to provide information to the Society when cases of disfellowshipping are handled. When one disassociates himself, a committee will be appointed to handle the matter, and these same forms are to be used by the committee in reporting to the Society. The forms and special blue envelopes will be used as follows:

**Notification of Disfellowshipping or Disassociation (S-77):** Fill out original and carbon copy. Retain carbon copy for the congregation's confidential file and send *original to the Society* in the special blue envelope.

**Record of Disfellowshipping or Disassociation (S-79a and S-79b):** Fill out original copies of each of these cards. Both the S-79a and S-79b cards are to be sent to the Society along with the S-77 form. The S-79a card will be placed in the Society's files. The S-79b card will be stamped showing date recorded and will be returned to the congregation. After it is returned, place the S-79b card with your copy of the S-77 form in the confidential files of the congregation.

If the individual is reinstated (or dies), the secretary should fill in the date on the S-79b card, sign it, and send it to the Society in the special blue envelope. This date should also be recorded on your copy of the S-77 form.

**Blue envelopes:** These special blue envelopes are to be used only when sending the above forms to the Society or when sending correspondence to the Society regarding judicial matters. Please *do not* use the **blue envelopes for any other correspondence.**

## POINTS TO REVIEW WHEN HANDLING EACH CASE

1. How body of elders arranges for qualified brothers to serve on judicial committee.
2. Procedure for judicial committee to follow.
3. Latest information on how to identify true repentance and appropriate works that befit repentance.
4. Direction on how appeal is to be handled, if disfellowshipping is appealed.

CAEKAERT/MAPLEY 002781