| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 6631 Mariposa Court |
| Meyer, Shaffer & Stepans, PLLP | Denver, CO  80221 |
| 430 Ryman Street | Tel: (303) 947-4453 |
| Missoula, MT  59802 | matthew@merrillwaterlaw.com |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | )<br>)<br>) |
| Plaintiffs, | ) Case No. CV-20-52-BLG-SPW<br>) |
| vs. | )<br>) **PLAINTIFFS' MOTION TO** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) **AMEND THEIR COMPLAINT**<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | )<br>) |
| Cross Claimant, | )<br>) |
| BRUCE MAPLEY, SR., | )<br>) |
| Cross Defendant. | )<br>) |

Plaintiffs, by and through undersigned counsel, respectfully move the Court for leave to file an amended complaint. Pursuant to L.R. 15.1, a copy of Plaintiffs' proposed Second Amended Complaint is attached hereto as **Exhibit A**.

Defendants were contacted regarding their position on Plaintiffs' Motion and stated that they oppose it. Accordingly, pursuant to L.R. 7.1(d) a brief in support is being filed contemporaneously herewith.

DATED 6th day of January, 2023.

MEYER, SHAFFER & STEPANS PLLP


By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
      Ryan R. Shaffer
      MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*