Robert L. Stepan
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO 80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | Cause No. CV-20-52-BLG-SPW <br><br> AND <br><br> Cause No. CV 20-59-BLG-SPW <br><br> **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ALL DISCOVERABLE DOCUMENTS AND INFORMATION AT THE JEHOVAH'S WITNESSES' NEW YORK HEADQUARTERS** |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

Plaintiffs, by and through their undersigned counsel, and pursuant to Rules 26, 33, 34, 36, and 37 of the Federal Rules of Civil Procedure, hereby respectfully move the Court for an order compelling Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") to search for and produce all requested information and documents located at the Jehovah's Witnesses' New York headquarters. A brief in support of this Motion is being filed contemporaneously herewith.

Pursuant to L.R. 26.3 (c), Plaintiffs' counsel certifies that the parties conferred regarding the disputed issues, i.e. the scope of the search and control over documents located at the Jehovah's Witnesses' New York headquarters exercised by WTNY. Such conferral included multiple written communications

and at least one phone call, where WTNY plainly stated that it would only search and produce documents that it considers to be in the control of WTNY.

Because the scope of WTNY's search for responsive information and documents is the disputed matter, every single discovery request served by Plaintiffs and WTNY's responses thereto are at issue. As such, pursuant to L.R. 26.3(c)(2)(C), a copy of all discovery requests and WTNY's responses are attached hereto.

DATED 13th day of January, 2023.

                              MEYER, SHAFFER & STEPANS PLLP

                              By: /s/ Ryan Shaffer
                                    Ryan R. Shaffer
                                    MEYER, SHAFFER & STEPANS PLLP

                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*