*Exhibit A*



# KINGDOM MINISTRY SCHOOL COURSE

CAEKAERT/MAPLEY 000486

# KINGDOM MINISTRY SCHOOL COURSE

Compiled and Published by the
Watch Tower Bible and Tract
Society of Pennsylvania

OCTOBER 1972

*This book is the property of the Kingdom Ministry School. Please do not mark or make notes in it, as other students will use it later.*

Made in the United States of America

CAEKAERT/MAPLEY 000487

No. 41 – Second Wednesday, 3:00

# Worldwide Organization to Praise Jehovah

## 'ASSOCIATION OF BROTHERS' UNITEDLY COOPERATES TO PRAISE JEHOVAH

Jesus' ministry saw the gathering of people who recognized him as Jehovah's Messiah, and the equipping and instructing of them to be preachers of the "good news"
  Jehovah showed his favor on those following the lead of Jesus by pouring out his spirit on about 120 persons at Pentecost 33 C.E.; at that time Jehovah's Christian congregation was formed
  Gifts of tongues helped further the preaching work (Acts 1:8; 2:4-11)

In 36 C.E. God turned his attention to the nations "to take out of them a people for his name" (Acts 15:14)

Though congregations met in various places, they were united; thus Peter could refer to these early Christians as, "the entire association of your brothers in the world" (1 Pet. 5:9)
  They did not operate independently, but showed respect for guidance of governing body and concern for the needs of brothers in other congregations (Acts 15:1, 2; Rom. 15:26; 16:16)
  "Association" refers to a group of people gathered together with a common purpose, and the purpose of the Christian congregation is to honor Jehovah by walking in the footsteps of his Son

Congregations of Jehovah's praisers are still being formed in our time, recognizing Jesus as their Head and serving under the direction of his "faithful and discreet slave" class (Matt. 24:45-47)

The congregations belong to God; being under his rule, they are part of a worldwide congregation, theocratically arranged and directed (Acts 5:29; 20:28)

## DEVELOPMENT OF LOCAL CONGREGATIONS

Formation of new congregations
  From a Scriptural standpoint a group of baptized Christians who meet together are a congregation
  To benefit from the services extended to other congregations, an application should be filed with the branch office; for such an application to be accepted, there ought to be a group of persons who are baptized proclaimers of the "good news," persons who truly are Jehovah's Christian witnesses and who recognize the "faithful and discreet slave" and who want to work under its direction to advance pure worship
  Such new congregations may be formed in areas isolated from previously existing congregations
  Other congregations are formed due to growth of already established congregations; the size limitations of the Kingdom Hall may make a new congregation advisable, or problems of transportation or distance may make forming a new congregation advisable
  If more than one congregation is to be affected, the recommendation for the division of an already existing congregation should be made by the elders of all the congregations involved
  If elders wish to await the visit of the circuit overseer to hear his suggestions, they may
  Recommendations to appoint elders and ministerial servants for the new congregation are made to the branch office by the elders in original congregation(s) when division takes place; in the case of isolated areas where no congregation previously existed, mature local brothers, along with the circuit overseer, make the recommendations

Naming congregations is done Biblically, using name of city or town (1 Cor. 1:2; 1 Thess. 1:1)
  When a congregation is divided inside one city, geographic or other designation describing the location is used for each congregation, and on correspondence to the branch office the name of the city is also shown

A city overseer is appointed for each city with more than one congregation; this appointment does not change each year
  Branch office may communicate with the city overseer at times in connection with assemblies or other matters
  He can give assistance to elders in other congregations in the city if requested

## CIRCUIT ORGANIZATION

Circuit overseer is a traveling elder appointed through the branch office to visit the congregations
  He meets with and cooperates with the body of fellow elders in caring for the flock, gives discourses and works with local publishers in the field
  Local support essential for beneficial visit; this should be encouraged by all elders
  Purpose of his visit is to upbuild brothers through Scriptural talks, build up appreciation for privilege of serving Jehovah, share suggestions and experiences

Preparation for his visit
  Congregation is notified about two months in advance of visit
  His visit a time of increased field activity, so

CAEKAERT/MAPLEY 000589

handbills and increased magazine supply may need to be ordered

Accommodations and meals to be arranged for him, and his wife if he is married

Presiding overseer arranges for circuit overseer to meet with congregation, pioneers and body of elders; locations for meetings for service and territory to be selected; records gathered at Kingdom Hall just before visit; enthusiasm stimulated for full support of field service, both mornings and afternoons, during his visit

A good time for some to plan temporary pioneer service

Activity during his visit

Tuesday afternoon he consults congregation records, may read last annual report by former presiding overseer, consult record cards

He examines territory file, accounts, literature supplies; that afternoon or evening he gets details of week's activities from presiding overseer

A meeting with the entire body of elders is arranged later in the week

Local presiding overseer acts as chairman, having in mind matters for discussion, and circuit overseer is invited to give observations or counsel on these or other matters

Chairman can introduce points or ask another elder to do so; all elders should contribute to the discussion

It is not expected that circuit overseer will have answers to all questions, but he will gladly share whatever information and experience he has

No set length of time for meeting; determined by what needs to be discussed

Circuit overseer is a shepherd; individuals should feel free to approach him for help and counsel

Meetings are held at customary times during the visit, conducted by ones normally assigned to do so; times for special meetings are set by the presiding overseer

The book study that circuit overseer visits may be concluded ten minutes early so he can offer words of encouragement (Acts 13:15)

Last half hour of service meeting is assigned to him for a discourse

Hour-and-fifteen-minute meeting near end of week will include new things learned from last six months' *Watchtowers*, Scriptural *Awake!* articles, or new books of the last year, and also a Scriptural talk

The circuit overseer will give the public talk, and, as conclusion of his final meeting with the entire congregation, another thirty-minute discourse

Field ministry is scheduled from Wednesday through Sunday

The circuit overseer has much experience and can share it with congregation in preaching and disciple-making

Any who want to work with him or have him go on a Bible study can arrange appointments through presiding overseer; otherwise he works with the ones who are present for group witnessing, and may arrange for his wife to accompany sisters in the congregation in the field

He and his wife devote as many hours as possible to the field ministry

After meeting with elders he makes report to branch office about his observations, spiritual condition of the congregation, points considered with elders, and leaves a copy with presiding overseer

If there is any unhealthy spiritual condition, appropriate counsel and aid should be considered with elders, maybe with congregation; then included in his report

To follow up circuit overseer's visit, discuss with congregation how to apply beneficial suggestions made

Call on individuals who showed interest during his visit, conducting studies he may have started

If congregation does not cover expenses for transportation, food, lodging, the circuit overseer sends request for these expenses to the branch office with his monthly field service report

He receives a small monthly allowance; these overseers show they put Kingdom interests first by trusting in God to care for needs (Luke 12:31)

CIRCUIT ASSEMBLIES

Circuit assemblies are held twice a year for two days, usually Saturday and Sunday, including congregations served by same circuit overseer

Encourage all to be present for the full program

Sunday morning at assembly, circuit and district overseers meet with all elders in circuit, with district overseer as chairman

Consider shepherding and other needs of congregations, also important material provided recently by "faithful and discreet slave" class

Circuit overseer recommends and branch office appoints permanent assembly personnel: assembly overseer, assistant assembly overseer, and a news representative

Circuit overseer may assign others to care for various departments so he can give primary attention to program

Contribution boxes are provided to cover circuit assembly expenses

Circuit overseer assigns a brother (no regular change of appointment necessary) to care for circuit funds and pay bills circuit overseer approves

If funds to start assembly are insufficient, circuit overseer advises congregations so they can assist

Where a deficit exists at end of assembly, elders discuss what contributions congregations can make, and then this is handled by means of a resolution in each congregation

CAEKAERT/MAPLEY 000590