*Exhibit D*

A803783
**MARIO F. MORENO     APRIL 1, 2014**

1

2   SUPERIOR COURT OF THE STATE OF CALIFORNIA

3   COUNTY OF SAN DIEGO

4   - - - - - - - - - - - - - - - - - x

5   JOSE LOPEZ, individually

6           Plaintiff,

7                               Index No.
                                37-2012-00099849-
8                               CU-PO-CTL

9       -v-

10  DEFENDANT DOE 1, Linda Vista Church
    DEFENDANT DOE 2, Supervisory
11  Organization; DEFENDANT DOE 3,
    Perpetrator; and Does 4 through 100,
12  inclusive,
            Defendants.
13  - - - - - - - - - - - - - - - - - x

14

15                  DEPOSITION OF

16                  MARIO F. MORENO

17                  BROOKLYN, NEW YORK

18                  APRIL 1, 2014
19                  CORRECTED TRANSCRIPT

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com
23
    REPORTED BY:  LA VERNE HAIRSTON
24  FILE #: A803783

25

A803783

**MARIO F. MORENO      APRIL 1, 2014**

---

Page 2

```
 1              M. MORENO
 2  A p p e a r a n c e s :
 3  ZALKIN LAW FIRM, P.C.
         Attorneys for Plaintiff
 4       12555 High Bluff Drive - Suite 260
         SAN DIEGO, CALIFORNIA 92130
 5  BY:  IRWIN M. ZALKIN, ESQ.
         DEVIN M. STOREY, ESQ.
 6
 7  LAW FIRM OF ROCKY COPLEY
         Attorneys for Defendant
 8       DOE 2, SUPERVISORY ORGANIZATION
         WATCHTOWER BIBLE and
 9       TRACT SOCIETY OF NEW YORK, INC.
         225 Broadway - Suite 2100
10       San Diego, California 92101
11  BY:  ROCKY K. COPLEY, ESQ.
12
    THE MCCABE LAW FIRM, APC
13       Attorneys for Defendant
         DOE 1, LINDA VISTA CHURCH
14       4817 Monica Avenue - Suite B
         San Diego, California 92107
15  BY:  JAMES M. MCCABE, ESQ.
16
17  CALVIN A. ROUSE, ESQ.
    WATCHTOWER BIBLE & TRACT SOCIETY OF
18  NEW YORK, INC.
         Attorneys for Defendant
19       DOE 2, SUPERVISORY ORGANIZATION
         WATCHTOWER BIBLE and
20       TRACT SOCIETY OF NEW YORK, INC.
         100 Watchtower Drive
21       Patterson, New York 12563
22  BY:  CALVIN A. ROUSE, ESQ.
23  ALSO PRESENT:  ILITCH PETERS, VIDEOGRAPHER
                    RICHARD ASHE
24
25
```

---

Page 3

```
 1              M. MORENO
 2       VIDEOGRAPHER:  This is tape
 3  number one of the videotape
 4  deposition of Mr. Mario F. Moreno in
 5  the matter of Jose Lopez,
 6  individually plaintiff versus
 7  Defendant Doe 1 et al defendants, in
 8  the Supreme Court of the State of
 9  California, case number
10  37-2012-00099849-CU-PO-CTL.
11       This deposition is being held
12  at the Best Western Arena Hotel, 1324
13  Atlantic Avenue, on April 1, 2014 at
14  approximately 3:22 p.m.
15       My name is Ilitch Peters and
16  the firm is Atkinson-Baker, and I'm
17  the legal video specialist.
18       The court reporter is
19  La Verne Hairston in association with
20  Atkinson-Baker Reporting.
21       For the record, will counsels
22  please introduce themselves.
23       MR. ZALKIN:  Irwin Zalkin for
24  the plaintiff, Jose Lopez.
25       MR. COPLEY:  Rocky Copley on
```

---

Page 4

```
 1              M. MORENO
 2  behalf of the defendant Watchtower
 3  Bible and Tract Society of New York,
 4  Inc.
 5       MR. ROUSE:  Calvin Rouse on
 6  behalf of Watchtower New York, Inc.
 7       MR. COPLEY:  And we have
 8  Mr. McCabe also present for the Linda
 9  Vista Spanish congregation.  He just
10  stepped out of the room.
11       MR. ZALKIN:  And we also have
12  Devin Storey, the Zalkin law firm, on
13  behalf of the plaintiff, Jose Lopez
14  who also just stepped out.
15       VIDEOGRAPHER:  Now, would the
16  court reporter swear in the witness.
17       COURT REPORTER:  Raise your
18  right hand.  Do you swear or affirm
19  to tell the truth so help you God?
20       THE WITNESS:  I do.
21  M A R I O  M O R E N O, the witness herein,
22  having been first duly sworn by a Notary
23  Public of the State of New York, was examined
24  and testified as follows:
25  EXAMINATION BY
```

---

Page 5

```
 1              M. MORENO
 2  MR. ZALKIN:
 3       Q.  State your name for the record,
 4  please.
 5       A.  Mario Moreno.
 6       Q.  Good afternoon Mr. Moreno?
 7       A.  Good afternoon Mr. Zalkin.
 8       Q.  How are you?
 9       A.  Just fine, thank you.  A little
10  tired but fine.
11       Q.  Well, it's been a long two days.
12       You're a licensed practicing
13  attorney?
14       A.  I am.
15       Q.  And where are you licensed to
16  practice law?
17       A.  New York, Arizona, and Connecticut.
18       Q.  And are you employed?
19       A.  I'm not employed, no.
20       Q.  And do you have a position within
21  the Jehovah Witness organization?
22       A.  I do.  I'm associate general counsel
23  with the Watchtower Legal Department.
24       Q.  And how long have you had that
25  position?
```

2 (Pages 2 to 5)

A803783
**MARIO F. MORENO     APRIL 1, 2014**

M. MORENO
1
2   A.  Since about December of 1994.
3   **Q.  And you and I've met on many**
4   **occasions?**
5   A.  On a number of occasions, yes.
6   **Q.  And in your capacity as a lawyer for**
7   **the Jehovah Witness organization, you have**
8   **represented Watchtower in litigation?**
9   A.  I have, yes.
10  **Q.  And some of that litigation has**
11  **involved other victims of Gonzalo Campos?**
12  A.  I was involved in a litigation
13  involving Gonzalo Campos, yes.
14  **Q.  And you provided testimony on behalf**
15  **of the Jehovah's Witness organization in the**
16  **past?**
17  A.  I have.
18  **Q.  You've been designated the person**
19  **most qualified to address certain of the**
20  **questions or areas that we have noticed in**
21  **our notice of deposition, which was Exhibit 1**
22  **to Mr. Ashe's deposition.  Have you had a**
23  **chance to look at that notice?**
24  A.  I have, not recently, but I did days
25  ago.

Page 6

1   M. MORENO
2   **Q.  I understand that you are here to**
3   **address the topic issues numbers 1, 2, 9, 24**
4   **through 30; does that sound right?**
5   A.  I can't say based on memory, but
6   there are issues dealing with the
7   corporations, with the governing body, with
8   reporting.
9   **Q.  Well, let's start and let's talk**
10  **about the structure of the organization, and**
11  **we'll start with the governing body and work**
12  **our way from there, okay?**
13  A.  Okay.
14  **Q.  What is the governing body?**
15  A.  It's a group of spirit anointed
16  Christians, elders who serve as the highest
17  ecclesiastical body for Jehovah's Witnesses
18  and worldwide.  There's presently seven
19  members of the governing body.
20  **Q.  And it is a -- where does it**
21  **physically, where do the members of the**
22  **governing body physically reside?**
23  A.  They reside in Brooklyn, New York.
24  **Q.  And do they have private homes or do**
25  **they have some other kind of -- do they live**

Page 7

1   M. MORENO
2   **in apartments, where do they live?**
3   A.  They live in an apartment or
4   dormitory.
5   **Q.  And who provides that facility for**
6   **them?**
7   A.  The religious order of Jehovah's
8   Witnesses be the corporation that's used to
9   provide that, but it's provided by the
10  worldwide order of special full-time servants
11  of Jehovah's Witnesses which is a religious
12  order.
13  **Q.  The physical facility that they live**
14  **in is owned.  The title is held in the**
15  **corporate name; is that what you're telling**
16  **me?**
17  A.  The buildings are owned by a
18  corporation, the buildings they live in, yes.
19  **Q.  And what corporation is that?**
20  A.  Watchtower Bible and Tract Society
21  of New York, Inc.
22  **Q.  And is any kind of consideration**
23  **paid to the Watchtower Bible and Tract**
24  **Society of New York, Inc. for the rent of**
25  **that, those apartments or dormitories?**

Page 8

1   M. MORENO
2   A.  I'm not sure.  There is a lease
3   agreement, but I'm really not sure what the
4   terms of that lease agreement are in terms of
5   payment.
6   **Q.  Do the members of the governing**
7   **body, do they receive any sort of a**
8   **compensation for the time they spent and the**
9   **work that they do in that capacity?**
10  MR. COPLEY:  Objection, vague.
11  A.  Not compensation per se, but they're
12  provided for by the religious order.
13  Would it be alright with you, just
14  for brevity, if I use the term religious
15  order to represent, for short, if you will,
16  for the religious order of special full-time
17  servants of Jehovah's Witnesses?
18  **Q.  That's fine with me.**
19  A.  So they're provided for, their needs
20  are provided for by the religious order, just
21  like any other member of the religious order.
22  **Q.  Is that religious order incorporated**
23  **in any way?**
24  A.  Not really, the religious order
25  isn't incorporated, but there is a

Page 9

3 (Pages 6 to 9)

A803783

**MARIO F. MORENO    APRIL 1, 2014**

M. MORENO

1  corporation that has a similar name that is
2  used by the religious order.
3  **Q.  And when you say "it is used by the**
4  **religious order," how is it used?**
5  A.  To provide for the needs of the
6  members of the order, healthcare for example,
7  housing, food, medical services.
8  **Q.  Are members of the order**
9  **shareholders in the corporation?**
10  A.  No, it's not a shareholder
11  corporation.  It's a nonprofit corporation
12  but no shareholders.
13  **Q.  And are the members of the order all**
14  **those who dedicate their full-time efforts to**
15  **the Jehovah's Witness organization?**
16  A.  Yes, the members of the religious
17  order are all -- you can say that.  The
18  reason I hesitate is some are infirm, if you
19  will, and so obviously they can't do a lot of
20  work.  But they're all members of the order,
21  and those who can they dedicate as much as
22  their physical circumstances or health
23  circumstances allow them to.  They're
24  basically full time if their circumstances

Page 10

M. MORENO

1  allow them to.
2  **Q.  Who are the members, the current**
3  **members of the governing body?**
4  A.  Samuel Herd, H-E-R-D, Gerrit Losch,
5  L-O-S-C-H.  It's got the little double dot
6  over the O, I don't know what it's called.
7  MR. ZALKIN:  It's called the
8  umlaut.
9  A.  David Splane S-P-L-A-N-E,
10  Steven Lett, L-E-T-T,  Jeffrey Jackson,
11  Anthony Morris and Mark Sanderson, seven of
12  them.  I think I got all seven.
13  **Q.  Do these seven members meet on some**
14  **regular basis?**
15  A.  They do.  They meet generally every
16  Wednesday.  I'm sure there may be occasional
17  exceptions, but those would be rare.
18  Basically every Wednesday they meet.
19  **Q.  Where do they meet?**
20  A.  Here in Brooklyn, New York.
21  **Q.  Is there a particular facility that**
22  **they have their meetings at?**
23  A.  That would be at 25 Columbia
24  Heights, Brooklyn, New York.

Page 11

M. MORENO

1  **Q.  Is that one of the Watchtower**
2  **facilities?**
3  A.  It is, it's owned by Watchtower.
4  **Q.  Watchtower of New York?**
5  A.  Correct.  And if we could agree,
6  whenever I say Watchtower, I'm referring to
7  Watchtower of New York as opposed to
8  Watchtower Pennsylvania?
9  **Q.  That's fine.**
10  A.  And I'll assume the same when you
11  use the term "Watchtower."
12  **Q.  That's fair.**
13  **What occurs at these meetings, what**
14  **is discussed?**
15  A.  Well --
16  MR. ROUSE:  I'm going to make
17  an objection on the first amendment
18  issues.
19  MR. COPLEY:  I'll join.  It's
20  overbroad.
21  A.  They're the Ecclesiastical governing
22  body for Jehovah's Witnesses, so they make --
23  they have spiritual discussions about the
24  Jehovah's Witnesses.  In particular, about

Page 12

M. MORENO

1  the activities of the Jehovah's Witnesses
2  worldwide and provide whatever assistance,
3  direction, decisions might be needed during
4  those course of those meetings.
5  **Q.  Have you ever attended any of these**
6  **meetings?**
7  A.  I have.
8  **Q.  And in what capacity?**
9  A.  As a lawyer.
10  **Q.  And have you attended those meetings**
11  **for purposes of providing legal counsel?**
12  A.  Yes.
13  **Q.  Have you ever attended any of those**
14  **meetings in a capacity other than a legal**
15  **counsel?**
16  A.  No.
17  **Q.  Are those meetings generally -- do**
18  **those meetings generally not include others**
19  **beyond the seven members or previously eight**
20  **members of the governing body?**
21  MR. COPLEY:  Objection, vague.
22  A.  I would say generally the decision
23  making is made without others, other than
24  governing body being present, but they do

Page 13

A803783
**MARIO F. MORENO**   APRIL 1, 2014

---

M. MORENO

1
2  include others.  I mentioned I've been to
3  meetings before to provide input.  In my
4  case, legal input, and others would be called
5  in for whatever they were discussing at the
6  time as needed, so it includes others for
7  parts of the meeting at least.
8      **Q.  But when it comes down to making**
9  **certain decisions, everyone else is excluded;**
10  **is that correct?**
11      A.  Usually, not always.
12      **Q.  To your knowledge, and this may be**
13  **beyond the scope of what you know, but to**
14  **your knowledge, does the governing body from**
15  **time to time discuss matters that have to do**
16  **with sexual abuse of children?**
17          MR. ROUSE:  I object to that.
18      It invades the attorney/client
19      privilege.  Also effects the first
20      amendment objections that I
21      previously articulated.
22          MR. COPLEY:  I'll join that.
23      A.  Somebody will make decisions
24  regarding the beliefs and practices of the
25  Jehovah's Witnesses as to child abuse and

Page 14

---

M. MORENO

1
2  other subjects, so the answer would be yes.
3      If you're asking about specific
4  cases, they don't investigate specific cases.
5  That's handled by local congregations, elders
6  who would consult with the Service Department
7  elders at whatever branch the matter arises.
8      **Q.  Is it the case then that members of**
9  **the governing body are not consulted at any**
10  **time on particular circumstances that might**
11  **involve allegations of childhood sexual**
12  **abuse?**
13          MR. ROUSE:  I object on
14      attorney-client bases and also on the
15      first amendment issues.
16          MR. COPLEY:  I'll join that,
17      but it's also vague.
18      A.  I couldn't talk to you about
19  anything, obviously it would be
20  attorney-client privilege so I am having a
21  hard time with your question.
22      **Q.  Well, you know, I don't know what**
23  **goes on.  I'm just trying to find out.  So,**
24  **if there's some issue about elders or having**
25  **some difficulty with respect to whether a**

Page 15

---

M. MORENO

1
2  **particular conduct, for example, arises to**
3  **the kind of -- rises to some level of child**
4  **molestation or sinful conduct.  And is there**
5  **ever a time when, you know, it may work, that**
6  **question or that issue may work its way up to**
7  **the governing body for some input?**
8          MR. COPLEY:  Objection, vague.
9      By specific conduct, you're talking
10      about just that kind of a specific
11      sin or a specific person who did that
12      conduct?
13      A.  Well, it would be the person did the
14  conduct and there's some question as to
15  whether perhaps that conduct amounts to a sin
16  by definitions that are used within the Bible
17  or otherwise.  Does that ever make its way up
18  to the governing body where they may be asked
19  for input on that?
20          MR. COPLEY:  Objection, vague.
21      Is there a specific sin you had in
22      mind?
23      **Q.  Well, I'm not sure.  But let me give**
24  **you something that came to my mind.  It had**
25  **to do with something in another case, but I**

Page 16

---

M. MORENO

1
2  **thought it would be interesting on how it**
3  **would be handled by Jehovah's Witnesses.**
4      **Let's say you had a peeping Tom, and**
5  **you know maybe that creates a question to**
6  **elders, what is that conduct.  It certainly**
7  **seems wrong but what is it, what sin does it**
8  **amount to.  If it couldn't be determined**
9  **between the local elders, and maybe after**
10  **some discussion with an overseer from the**
11  **Service Department, would it ever work its**
12  **way up to the governing body where they may**
13  **make input, saying yes, we believe this is**
14  **this kind of a sin or would fall under this**
15  **category of a sin?**
16      A.  In a rare case where the Service
17  Department felt like it didn't have a
18  guideline, belief in practice that had been
19  previously communicated to them to work with
20  understanding the scriptures, so they'd
21  research the matter.  They would go to the
22  branch committee and if their branch
23  committee in a rare case they were stumped,
24  and they weren't sure what to do, it'd go to
25  the Service Committee of the governing body,

Page 17

---

5  (Pages 14 to 17)

A803783
**MARIO F. MORENO     APRIL 1, 2014**

M. MORENO
1
2  not to the governing body.
3      **Q.  And the governing body has several**
4  **committees?**
5      A.  They do.
6      **Q.  And what are those committees?**
7      A.  I may miss one but if you like, if I
8  could look at this (indicating), it will help
9  me remember.
10     **Q.  Yes, that's fine.**
11     A.  They have the, it's called the
12  Coordinators Committee, it used to be called
13  the Chairman's Committee, the Writing
14  Committee, the Teaching Committee, the
15  Service Committee, the Publishing Committee,
16  the Personnel Committee.  Those are the
17  committees of the governing body.
18     **Q.  And each of these committees has a**
19  **member or members in the governing body on**
20  **it; is that correct?**
21     A.  That's correct.  Most of them have
22  at least two members, usually three or more.
23     **Q.  And in addition to having members of**
24  **the governing body, there are non-governing**
25  **body members that could be also a part of**
Page 18

M. MORENO
1
2  **Coordinators Committee?**
3      MR. COPLEY:  Members of the
4  governing body?
5      MR. ZALKIN:  Yes.
6      A.  I think there is three at present.
7  It might be four.  Brother Pierce died
8  recently, so I think there is only three
9  right now unless they replaced him.
10     **Q.  And how does one become a member of**
11  **the governing body?**
12     A.  Other governing body members would
13  vote to appoint him.
14     **Q.  And does the Coordinators Committee**
15  **have any oversight of any other JW entity or**
16  **organization?**
17     MR. COPLEY:  Objection, vague.
18     A.  No.  Well, let me take that back,
19  branch committees, to the extent that it's an
20  area within their realm.  They would provide,
21  they would deal with branch committees.  So
22  they would provide direction, advice,
23  approvals to branch committees on legal
24  issues, for example, or natural disastrous
25  issues, what are we going to do to help the
Page 20

M. MORENO
1
2  **that committee as assistants or helpers; is**
3  **that correct?**
4      A.  That's accurate.  They're non-voting
5  helpers, yes.
6      **Q.  Tell me what the Coordinators**
7  **Committee, what was previously referred to as**
8  **the Chairman's Committee, what is that**
9  **committee?**
10     A.  They oversee matters involving
11  disasters.  For example, emergencies that
12  might arise in a different part of the world
13  due to perhaps a natural disaster, and they
14  also would be involved with legal issues
15  around the world, like human rights issues,
16  questions that might come, reports from a
17  branch that's having problems in their
18  country, some Jehovah's Witnesses might be
19  banned for example.  So they would
20  communicate with the Coordinators Committee,
21  if there was some issue of legal importance
22  that they wanted to bring to their attention.
23  Those are the basic areas that come to mind.
24     **Q.  And how many members are there on**
25  **the Chairman's Committee, I mean, on the**
Page 19

M. MORENO
1
2  friends in our territory.  So yes, they have
3  the spiritual oversight with respect to
4  branch committees within their realm of
5  responsibility.
6      **Q.  Did they have oversight over all**
7  **branches?**
8      A.  With respect to their --
9      **Q.  All branch committees I should say.**
10     A.  Yes, with respect to their area of
11  responsibility, that would be true.
12     **Q.  And the committees or the branch**
13  **committees of all branches report to the**
14  **Coordinators Committee of the governing body**
15  **from time to time; is that correct?**
16     A.  From time to time on issues that
17  would fall within their jurisdiction, yes.
18     **Q.  And those are legal matters,**
19  **emergency issues, disasters, human rights**
20  **issues, that sort of thing?**
21     A.  Correct.
22     **Q.  The Writing Committee, how many**
23  **members are on the Writing Committee?**
24     MR. COPLEY:  Governing members?
25     **Q.  Governing body members, I'm sorry.**
Page 21

6  (Pages 18 to 21)

A803783
**MARIO F. MORENO     APRIL 1, 2014**

---

M. MORENO

1     A.  Three or four.
2     **Q.  And is there an overlap because we**
3  **only have seven members, so I'd assume there**
4  **is some overlap between, by members on what**
5  **committees they might be sitting on.**
6     A.  There is, and more than likely, a
7  Writing Committee only has three right now.
8  Some of the committees right now only have
9  two.  I'm just not sure which ones.  I'm sure
10  there will be a third added though.
11     **Q.  Is it typical, is that the preferred**
12  **number, three?**
13     A.  Yes.
14     **Q.  Does that in any way relate to the**
15  **Trilogy?**
16     A.  No way does it relate to the
17  Trilogy.
18     **Q.  Okay, it's just interesting.**
19     **What are the responsibilities of the**
20  **Writing Committee?**
21     A.  Primarily to oversee the
22  publications that have the beliefs, practices
23  of Jehovah's Witnesses that are distributed,
24  such as the Watchtower magazine, the Awake

---

M. MORENO

1  magazine and other books, Bible based
2  publications that Jehovah's Witnesses
3  produce.  So they would be the committee that
4  the Writing Department works directly under
5  and just to help either the Writing
6  Department are the individuals were also
7  members of the religious order who actually
8  prepare, draft the articles, the books.
9  Ultimately, the Writing Committee of the
10  governing body would be the one that would
11  approve publications of Jehovah's Witnesses
12  that are for the general public, as well as
13  for members of the congregations.
14     **Q.  Does the Writing Committee at times**
15  **suggest topics to be researched and written**
16  **about by the Writing Department of the**
17  **branch?**
18     A.  I'm sure that would happen on
19  occasion but, usually, it would be the other
20  way around because they generally would be so
21  busy with -- again, these members sit on more
22  than one committee, if you will.  So they're
23  going to be so busy usually reviewing what's
24  being produced.  So usually, the

---

M. MORENO

1  recommendations for topics would come from
2  the Writing Department, and the Writing
3  Committee would approve, okay, go ahead and
4  write that article.
5     **Q.  I understand.  Just while we are on**
6  **the Writing Department subject, I had asked**
7  **Mr. Ashe previously some questions that he**
8  **felt were beyond his scope, and I think you**
9  **may have volunteered that it might be within**
10  **yours, so I'm going to ask you.**
11     **The Writing Department, let's talk**
12  **about under the U.S. branch.  Do you know how**
13  **many members there are or how many people are**
14  **employed or work within the Writing**
15  **Department?**
16        MR. COPLEY:  Were talking about
17     the Writing Department now not the
18     writing committee?
19        MR. ZALKIN:  Right, not the
20     committee, the department within the
21     branch.
22     A.  It'd be a guess.  More than 30,
23  that's about the best I can do.
24     **Q.  All right.  I take it you're not the**

---

M. MORENO

1  **person most qualified to really discuss how**
2  **the Writing Department works; is that fair?**
3     A.  I know generally how they work, but
4  that's been explained to us before as members
5  of the Bethel family.
6     **Q.  I would assume they have a certain**
7  **number of people that are involved in**
8  **conducting research on issues?**
9     A.  That's correct.
10     **Q.  And do you know how the Department**
11  **decides what they're going to write about,**
12  **and what they're going to include as topics**
13  **in, say a particular Awake article or like**
14  **magazine or Watchtower magazine?**
15     A.  Ultimately, like I mentioned, it
16  would be whatever the Writing Committee
17  approves, that's what the Writing Department
18  would write on, so they're not going to start
19  on something before they get approval.  But
20  in terms of, where do they come up with
21  ideas, other people just like you and I who
22  live in today's world, they read the news.
23  They look at what people's concerns are, what
24  peoples needs are, and that's generally how

**Atkinson-Baker, Inc.**                    **1-800-288-3376**

A803783
**MARIO F. MORENO     APRIL 1, 2014**

M. MORENO

1
2  they come up with the topics, trying to write
3  articles on subjects that can help people to
4  have better lives, and that's in harmony
5  actually with you might say it's nice kind of
6  like the themed scripture, you might say, for
7  the Writing Committee and Writing Department
8  in Matthew Chapter 24. I'll take my glasses
9  off to read, sorry. In Verse 45 in Matthew,
10 Chapter 24, it says, "Who really is the
11 faithful and discreet slave who has master
12 appointed over his domestics to give them
13 their food at the proper time?"
14    So, based on the beliefs of the
15 Jehovah's witnesses that food is referring to
16 spiritual food. So that's what the Writing
17 Department tries to do. It tries to help the
18 faithful and discreet slave, the governing
19 body to provide spiritual food that's needed
20 at the proper time. So the domestics,
21 meaning the rest of us.
22    **Q. There is a Service Committee of the**
23 **governing body?**
24    A. There is.
25    **Q. And is that also two or three**

Page 26

M. MORENO

1
2  scripture is Matthew 24 Verse 14, which
3  Mr. Ashe read earlier. Well, I shouldn't say
4  earlier, I think it was yesterday. Matthew
5  24:14, "And this good news of the Kingdom
6  will be preached in all the inhabited earth
7  for a witness to all the nations and then the
8  end will come." So that's the realm of their
9  activity, if you will, the preaching word.
10    **Q. Let me ask you, what deems you or**
11 **makes you the person most qualified to answer**
12 **our questions about the governing body?**
13    A. What makes me the what?
14    **Q. The person most qualified to answer**
15 **our questions about the governing body and**
16 **its activities and structure?**
17    A. I wouldn't say I'm the only person
18 that could. There are certainly others. But
19 as you know, there can be a number of people
20 who fit that category, but basically for the
21 fact that I worked closely at the world
22 headquarters of Jehovah's Witnesses as well
23 as the US branch but as particular working
24 with the world headquarters aspect, which is
25 what the governing body is part of it. They

Page 28

M. MORENO

1
2  **members, depending on the moment?**
3    A. Actually, there's four at the
4  moment.
5    **Q. And have you ever participated as a,**
6  **in any of the committees as a member of the**
7  **committee, non-governing body member of the**
8  **committee?**
9    A. No.
10    **Q. So you've never been an assistant or**
11 **a helper to any committee?**
12    A. No. I provide legal advice and
13 counsel. I'm a helper in that sense but not
14 helper in the sense that we've been
15 discussing. I'm a member of the committee.
16 I'm not assigned to a specific, any of the
17 committees. I would provide legal advice and
18 counsel as requested.
19    **Q. So the Service Committee -- what**
20 **does the Service Committee of the governing**
21 **body do?**
22    A. They oversee the branch committees
23 throughout the world with respect to the
24 preaching word of Jehovah's Witnesses
25 worldwide. So, you might say their theme

Page 27

M. MORENO

1
2  are the world headquarters oversight, if you
3  will.
4    I've worked closely on a number of
5  issues over the governing body since 1994 and
6  you become privy to lot of things as an
7  attorney that others would not become privy
8  to, so that's what makes me the most
9  qualified, one of the persons most qualified,
10 to answer your questions.
11    **Q. But just to be clear, you've never**
12 **served on any committee of the governing**
13 **body, correct?**
14    A. That's correct, I've worked with the
15 committees of the governing body but I
16 haven't -- I'm not a member of any of the
17 committees, none of the lawyers are.
18    **Q. And you've never participated in any**
19 **of the meetings where the governing body has**
20 **come to certain decisions; is that correct?**
21    MR. ROUSE: Objection, invades
22 attorney/client privilege.
23    MR. COPLEY: Also misstates his
24 testimony.
25    A. And that's not correct. I have been

Page 29

A803783
**MARIO F. MORENO    APRIL 1, 2014**

M. MORENO

1  
2  there when they made decisions on legal
3  matters.
4      **Q. On legal?**
5      A. Uh-huh. Or better stated on matters
6  on which I was provided legal advice, weren't
7  necessarily legal matters.
8      **Q. And does the Service Committee have**
9  **oversight over the Service Department of the**
10 **Branch?**
11     A. No. The Service Department would
12 provide spiritual oversight to branch
13 committees. For example, the United States,
14 they would provide spiritual oversight to the
15 United States branch committee on matters
16 that fall within their jurisdiction or their
17 responsibility is a better way to put it.
18         MR. COPLEY: To have a
19     clear record. He misspoke.
20     **Q. I thought so. You meant Service**
21 **Committee, not Service Department?**
22     A. I'm sorry?
23     **Q. You said Service Department. I**
24 **think you meant Service Committee.**
25     A. The Service Committee would oversee

Page 30

M. MORENO

1  
2  might invite the person and ask him to come
3  on over so he can provide the input or
4  whatever, but that would be real rare, but
5  I'm sure it happens from time to time.
6      **Q. Where do these committees meet, the**
7  **governing bodies, Committees meet?**
8      A. 25 Columbia Heights, Brooklyn, New
9  York.
10     **Q. The Watchtower owned company**
11 **building?**
12     A. Watchtower owns that building, yes.
13     **Q. And where is the U.S. branch**
14 **Committee housed?**
15     A. They are in Patterson, New York.
16 I'm sorry, I'm thinking of the Service
17 Department. The U.S. branch committee is in
18 Brooklyn, New York.
19     **Q. Same building?**
20     A. No, I believe the address, I think,
21 it's 50. It's not the same building. It's
22 close by, I think it's 50 Columbia Heights.
23     **Q. That's sort of a complex of**
24 **buildings that are owned by the Watchtower?**
25     A. They are connected, yes.

Page 32

M. MORENO

1  
2  the branch committee on matters that fall
3  within their areas of responsibility.
4      **Q. Does the Service Committee ever**
5  **interface directly with members of the**
6  **Service Department on a particular matter?**
7      A. I'm sure at least at the U.S.
8  headquarters that there have been occasions
9  when the Service Committee would talk or
10 invite the present overseer of the Service
11 Department, Gary Breaux who is a member of
12 the Service Committee. So in that sense,
13 there is communication, if you will.
14     Gary Breaux is on the Service
15 Committee as a helper.
16         MR. ZALKIN: B-R-E-A-U-X.
17     A. Yes, Breaux, and it could be that
18 he's also on the branch committee, and there
19 could be occasions where he might be meeting
20 with a couple members of the U.S. branch
21 committee and there's somebody in the Service
22 Department that might have certain
23 information that's helpful and whatever issue
24 they are wrestling with. Because of the
25 proximity here of the U.S. headquarters, they

Page 31

M. MORENO

1  
2      **Q. How many members are there of the**
3  **Teaching Committee?**
4      A. I believe there's three governing
5  bodies on the Teaching Committee at present.
6      **Q. And then, I don't want to belabor,**
7  **spend too much time on all the other**
8  **committees. I think the work of the Service**
9  **Committee is probably the one we are going to**
10 **be most interested in.**
11     **The governing body has oversight**
12 **over the U.S. branch committee; is that**
13 **correct?**
14     A. That's correct. The governing body
15 oversees all of the branch committees of
16 Jehovah's Witnesses.
17     **Q. And the U.S. branch committee**
18 **reports to the governing body?**
19     A. As needed, yes.
20     **Q. And the U.S. Branch committee or the**
21 **U.S. branch has several departments?**
22     A. The United States branch has several
23 departments, yes.
24     **Q. And there's a Writing Department?**
25     A. No. Actually, that's not part of

Page 33

9  (Pages 30 to 33)

A803783
**MARIO F. MORENO      APRIL 1, 2014**

M. MORENO

1  the United States branch.
2
3      **Q.  Is the Writing Department a part of**
4  **any branch?**
5      A.  They're part of the World
6  headquarters because they respond directly to
7  the Writing Committee of the governing body.
8  They're not overseen by the United States
9  branch committee.
10      **Q.  In the Service Department of the**
11  **U.S. branch, it reports to the U.S. branch**
12  **committee?**
13      A.  You say "reports," their spiritual
14  oversight is the United States branch
15  committee, yes.  In other words, we don't do
16  like normal reports.
17      **Q.  No, I mean there's certain**
18  **oversight?**
19      A.  It's oversight, yes.  That's the
20  term we would use.
21      **Q.  Let's use the term "oversight."**
22      **The U.S. branch uses corporations**
23  **for certain purposes; is that correct?**
24      A.  That's correct.
25      **Q.  And at one point in time, the**

Page 34

M. MORENO

1
2  States branch committee.  But to communicate
3  prior to, about mid-March of 2001, send
4  correspondence, they used Watchtower for
5  decades before that.  Watchtower was the
6  letterhead that was used to send letters out,
7  and you've seen some of those letters.  Down
8  at the bottom they'd say "Watchtower Bible
9  and Tract Society," and so that's what it
10  means.  It means that they used the
11  letterhead to send out information,
12  referring to the Service Department.
13      **Q.  Do publishers know that, do most**
14  **publishers know that?**
15      MR. COPLEY:  Publishers of the
16  Jehovah Witnesses.
17      MR. ZALKIN:  Yes.
18      A.  I'm not sure what you mean by "know
19  that."  Know what?
20      **Q.  Well, do they know that the Service**
21  **Department is using the Watchtower**
22  **corporation merely as a conduit for**
23  **distributing their letters or other**
24  **information?**
25      A.  Well, they know now.

Page 36

M. MORENO

1
2      **Service Department that the U.S. branch was**
3  **in some way connected to the Watchtower Bible**
4  **and Tract Society of New York; is that**
5  **correct?**
6      MR. COPLEY:  Objection, vague.
7      A.  At one time they used Watchtower,
8  and I'll use that term for Watchtower Bible
9  and Tract Society of New York Inc., at one
10  time they used the Watchtower letterhead to
11  communicate with the bodies of elders and
12  congregations in the United States.
13      **Q.  So what I'm trying to understand and**
14  **I've read a lot of the materials I've been**
15  **provided, it's not clear to me and that's why**
16  **I want to ask you some questions.  What does**
17  **it mean to use the corporation?**
18      MR. COPLEY:  Objection, vague.
19      A.  I can understand.  It's another way
20  of saying that the United States Service
21  Department because we're talking about the
22  Service Department, is not under the
23  oversight of the corporation or the board of
24  directors of the Watchtower corporation.
25  They're under the oversight of the United

Page 35

M. MORENO

1
2      MR. COPLEY:  I'm trying to get
3  an objection in.  Lacks foundation,
4  speculation, vague.
5      **Q.  Before 2001?**
6      MR. COPLEY:  Same objections.
7      A.  I would say it depends on the
8  publisher.  Some did, and I'm sure some
9  didn't.
10      **Q.  Where does the Service Department,**
11  **where does that -- does that department have**
12  **a physical location where it resides?**
13      A.  If I could go back to your previous
14  question, I'm sorry.  I will say this, that
15  publishers know that a corporation is not
16  what is providing spiritual oversight and
17  direction to them.  I don't know if that
18  answers, but that's what occurred to me when
19  thinking about your last question.  They do
20  know that.
21      Do they know that, okay, they're
22  using Watchtower to communicate, do they know
23  whether or not they are part of a department?
24  Some do, some don't.
25      **Q.  Where does the Service Department**

Page 37

**Atkinson-Baker, Inc.**                    **1-800-288-3376**

A803783
**MARIO F. MORENO     APRIL 1, 2014**

M. MORENO
reside, physically reside?
   A. At present, it's in Patterson, New
York.
   Q. And who owns the facility that
they're in in Patterson, New York?
   A. Watchtower.
   Q. And where does the Writing
Department reside?
   A. Brooklyn, New York.
   Q. And is that a Watchtower owned
property?
   A. Yes.
   Q. Now, the Legal Department -- who has
oversight over the Legal Department?
   A. The present overseer is
Phillip Brumley, but the Legal Department has
a dual oversight. With respect to United
States matters, it would be the United States
branch committee. With respect to matters
that the Legal Department might be assisting
with at another branch, they would be working
under the oversight of the Coordinators
Committee of the governing body, because
we're both the World headquarters' Legal

Page 38

M. MORENO
recently, roughly 20. It changes as you can
imagine.
   Q. And I assume it's staffed with
paralegals and secretaries?
   A. That's correct. More of them than
lawyers.
   Q. The Legal Department or the U.S.
branch as I understand it, the Legal
Department would be, it was and is in some
way affiliated with Watchtower corporation,
Watchtower Bible and Tract Society of New
York; is that correct?
   MR. COPLEY: Objection, vague.
   A. That's correct we are the Legal
Department is the Watchtower Bible and Tract
Society of New York, Inc., Legal Department,
is our firm name, if you will.
   Q. What is it?
   A. That's our law firm name, if you
will the Legal Department.
   Q. Are any members of the governing
body officers, directors of any JW
corporation?
   A. No.

Page 40

M. MORENO
Department, as well as the U.S. Legal
Department, you might say.
   Q. So the Legal Department would report
both to the U.S. branch and directly to the
governing body or to the Coordinators
Committee of the governing body?
   A. Well, their oversight is one or the
other depending on the issue or the location
of the issue. To the United States matter,
they'll report to the United States branch
committee or that would be the oversight of
the Legal Department. If it's a matter
outside of the United States, the oversight
would be the Coordinators Committee of the
governing body, with a couple of exceptions
because now the United States branch
committee has oversight of Jamaica, Bahamas,
so there are a couple of islands that are not
the United States.
   Q. Is Mr. Brumley a lawyer?
   A. He is.
   Q. How many lawyers are there in the
Legal Department?
   A. You know I haven't counted them

Page 39

M. MORENO
   Q. In 1986 were any members of the
governing body officers or directors of any
JW corporation?
   A. Yes.
   Q. And who was that?
   A. Well, they're all dead, but I know
Brother Henschel would have been one,
probably Brother Shrodder, that's Milton
Henschel. I don't remember Mr. Shrodder's
first name.
   MR. ASHE: Albert.
   A. Albert Shrodder, thank you, and
probably Mr. Barry was probably an officer
and director, Lloyd Barry. It's been a long
time.
   Q. It's all right.
   A. And there maybe a couple of others
but probably the last officer director died a
number of years ago.
   Q. Were these gentlemen --
   A. And none of them have served since
2000 as officers or directors.
   Q. Of those who served prior to 2000 as
directors or officers, were any of those

Page 41

Atkinson-Baker, Inc.                                    1-800-288-3376

A803783
**MARIO F. MORENO      APRIL 1, 2014**

M. MORENO
1 officers or directors of the Watch Tower
2 Bible and Tract Society of New York?
3     A. Some were, yes.  I don't remember
4 which ones because they were also, some of
5 them were also directors of the Watchtower
6 Bible and Tract of Pennsylvania, some of them
7 were officers and directors of Watchtower
8 Bible and Tract Society of New York.  Some
9 might have been on both.
10     Q. And you said that has not been the
11 case since 2000.  Was there some conscious
12 decision that governing body members should
13 not be officers or directors of any of the
14 corporations?
15     A. I know they realized that they
16 didn't have time.  Particularly secretaries,
17 presidents as you know have to sign paperwork
18 for corporations.  The big thing is it
19 allowed them to concentrate on more important
20 things.
21     I'm referring you to the book of
22 Acts where they assigned other qualified men.
23 They said we're going to let somebody else be
24 officers and directors, so we can concentrate

Page 42

M. MORENO
1 on the spiritual matters.  Because when
2 you're an officer or director, you do have
3 some legal responsibility, corporate
4 responsibility, I guess is a better way to
5 put it.
6     Q. Does the governing body or any of
7 committees of the governing body participate
8 at all in the creation of Body of Elder
9 letters?
10     A. I would say no, not in the creation,
11 no.
12     Q. But there is an approval -- is it
13 fair to say that the governing body does
14 approve Bodies of Elders letters?
15     A. Some, some of them, definitely
16 not -- because a lot of them they don't
17 approve.
18     Q. They're just not involved.  It's not
19 just they disapproved?
20     A. That's correct.  The branch
21 committee would have approve them, right.
22     Q. Are there particular subject matters
23 that do require the governing body to approve
24 the Body of Elders letter before it's

Page 43

M. MORENO
1 distributed?
2     MR. COPLEY:  Objection, vague,
3 ambiguous, violates first amendment.
4     A. It's not necessarily subject matter.
5 It's more if it's something that involves the
6 beliefs of practices that might be new,
7 different in some way, that would be
8 something that the governing or at least --
9 probably not the entire governing body, but
10 probably a service committee of the governing
11 body would want to look at.  And on occasion,
12 there might be something that the entire
13 governing body and those would be more rare.
14     So it has to do with the beliefs and
15 practices, something that's a little
16 different, new, never been covered before, as
17 opposed to something of a more administrative
18 or organizational nature.  Usually the branch
19 committee will take care of that.
20     Q. Do the governing body members ever,
21 to your knowledge, weigh in in some way on
22 Judicial Committee matters?
23     A. They don't.  They don't have time.
24 They've established the beliefs and practices

Page 44

M. MORENO
1 for Judicial Committees, those that have been
2 approved by at least the servicing committee,
3 the governing body at some point.  They leave
4 it to capable local congregation elders to
5 handle those matters.  If they have a
6 question they go to their Service Department.
7     Q. And just clarification, since 2001,
8 the U.S. branch Service Department now is
9 under the CCJW, Christian Congregation of
10 Jehovah's Witnesses; is that correct?
11     A. Not exactly.  Since about mid-March
12 of 2001, the Service Department has used CCJW
13 rather than Watchtower to communicate with
14 the congregations and with the local Bodies
15 of Elders in the United States territory.
16     Q. Why was CCJW formed, do you know?
17     A. Well, one of the big reasons is
18 we're not Watchtower, we're Jehovah's
19 Witnesses.  And so with the public, sometimes
20 the public started, you could tell, it's like
21 they thought of Jehovah's Witnesses as
22 Watchtower, and so it was a way to help the
23 public, have another corporation there.  This
24 is where -- because that's basically the

Page 45

12  (Pages 42 to 45)

Atkinson-Baker, Inc.                    1-800-288-3376

A803783
**MARIO F. MORENO     APRIL 1, 2014**

M. MORENO

1 legal entity that's used now to communicate
2 religious oversight, if you will, it's CCJW,
3 not Watchtower.
4         Watchtower had the association,
5 especially here in New York.  People see the
6 Watchtower building, the Watchtower clock,
7 and they think of a printing company or
8 somebody that just owns these buildings.
9 Whereas, Christian Congregations of Jehovah's
10 Witnesses, it just better conveys what we
11 are.  It's a religion, and they wanted to
12 protect that name too.
13     **Q.  But essentially CCJW, other than**
14 **having a different name, but functionally, it**
15 **operates in the same way that Watchtower was**
16 **operating before?**
17         MR. COPLEY:  Objection, vague.
18     **Q.  Is that correct?**
19     A.  Not entirely.  It is used by the
20 Service Department, for example, in the same
21 manner to communicate the bodies of elders
22 and the local congregations as Watchtower was
23 previously used, or Watchtower letterhead was
24 previously used to do so. There are still

Page 46

M. MORENO

1 other things that Watchtower does that is
2 used for, that CCJW is not used for.
3     **Q.  Is CCJW used for anything other than**
4 **communicating, allowing the service**
5 **Department to communicate its information to**
6 **the public and to members?**
7     A.  Yes, CCJW is used for conventions.
8 We have district conventions every year
9 throughout the United States and CCJW is the
10 corporation that's used if a contract is
11 needed for a facility.  For example, if we
12 want to rent a stadium or something, it would
13 be CCJW that would be used.  CCJW is also the
14 corporation that's used to lease vehicles for
15 the traveling overseers in the United States,
16 I know those are two uses.
17         And CCJW is also the corporation
18 that's used to copyright the Kingdom
19 Ministry, that's a monthly bulletin.  It has
20 the spiritual programs for congregations in
21 the United States.  We call it the Kingdom
22 Ministry.  CCJW is the copyright holder of
23 that.  I might have missed something, but
24 those are some of the other uses.

Page 47

M. MORENO

1     Excuse me, can I get a little water.
2 I'm starting to get a little dry here.
3         MR. ZALKIN:  You want to take a
4 break?  Anybody need a break?
5         VIDEOGRAPHER:  The time is
6 4:15.  We're going off the record.
7         (Whereupon a short break was
8 taken.)
9         VIDEOGRAPHER:  The time is 4:17
10 p.m.  We're back on the record.
11     A.  Mr. Zalkin, I just want to mention
12 too that I forgot when I was talking about
13 the Coordinators Committee and the role of
14 legal oversight, and said there are more
15 important legal matters going on in different
16 branches around the world, the scriptural
17 basis for the -- you might wonder why the
18 governing body members be involved in that.
19 Everything always goes back to the Bible and
20 the scriptural basis for it is Philippians
21 1:7 where it said, Paul wrote "It is only
22 right for me to think this regarding all of
23 you, since I have you in my heart, you who
24 are sharers with me in the undeserved

Page 48

M. MORENO

1 kindness, both in my prison bonds and in the
2 defending and legally establishing of the
3 good news."  So, that's the scriptural basis
4 for the governing body, having some
5 involvement, if you will, with legal matters,
6 to legally defend and establish the good
7 news.
8     **Q.  Thank you.  What is the U.S. branch?**
9     A.  That would be the, all of the
10 departments that are located in three
11 locations in the United States at present.
12 They are located in Patterson, New York,
13 Brooklyn, New York and Wahkill, New York,
14 that facilitate and provide services you
15 might say to congregations of Jehovah's
16 Witnesses in the United States and
17 territories covered or overseen by the United
18 States branch committee.  So it would include
19 departments, such as the Legal Department,
20 Service Department and other departments.
21 You might think of it as a national
22 headquarters, if you would, for Jehovah's
23 Witnesses.
24     **Q.  And as we said before, that the**

Page 49

13  (Pages 46 to 49)

A803783
**MARIO F. MORENO**    **APRIL 1, 2014**

M. MORENO
1
2  branch has several departments?
3      A.  That's correct.
4      Q.  And how many members are there of
5  the branch committee?
6      A.  You know Mr. Ashe gave me that
7  number the other day and I didn't realize
8  because it has changed, it changes.  But I
9  think there is some sort of between 12 and 14
10  members.  I'm not exactly sure.  If I tried
11  to remember them all, I might come up with it
12  but I'd probably miss one.
13      Q.  And the branch committee is the
14  entity that has oversight over the branch?
15      A.  They have oversight over the actual,
16  what we call the Bethel family, the
17  volunteers who work at the branch
18  headquarters.  But they also have a spiritual
19  oversight over all the congregations of the
20  United States and a couple of other places
21  like Jamaica and the Bahamas.
22      Q.  And are the branch committee members
23  cared for in the same way that you've
24  described other full-time members that are
25  involved in these activities, governance for

Page 50

M. MORENO
1
2  the Jehovah's Witness organization?
3      MR. COPLEY:  Objection, vague,
4      overbroad.
5      A.  They are members of the religious
6  order also, and they receive the exact same
7  benefit that every other member, same
8  provisions that every other member of the
9  religious order receives, including the
10  governing body.
11      Q.  And that's housing, insurance, that
12  sort of thing?
13      A.  That's correct.
14      Q.  How are they fed, how do you get
15  fed, do you have an allowance for food and
16  that sort of thing?
17      A.  No.  There's actually dining rooms
18  at the United States branch facility, at each
19  of the complexes, sometimes more than one
20  dining room.  Patterson we have one dining
21  room, Wahkill has one dining room but
22  Brooklyn got a couple dinning rooms at least,
23  because it's more separated.  And so there is
24  breakfast provided 7:00 in the morning until
25  about 7:30.  And there is lunch provided

Page 51

M. MORENO
1
2  about 12:15 to 1:00, and then there is a
3  supper provided about 5:00 to 6:00, and in
4  the evening.  And then on the weekends,
5  there's usually a couple meals and then there
6  is like provisions you can pick up on Friday
7  to make sandwiches or whatever.  Usually,
8  there's not lunch on the weekends, so there's
9  provisions that are made on Friday evening
10  for members of the staff to pick up and make
11  their own lunch.
12      There's also a small allowance given
13  to each member of the religious order, if he
14  misses a meal.  I think it's about $130 a
15  month now we each get.  But most of that goes
16  to transportation, clothing, toothpaste,
17  things like that.
18      Q.  I'm going to give you some documents
19  just to ask you if you're familiar with
20  these.
21      MR. ZALKIN:  Let's mark this as
22  Exhibit number 1 to his deposition.
23  Was the notice Exhibit 1.  I don't
24  think we marked it yet.
25      (Whereupon, a discussion was held

Page 52

M. MORENO
1
2  off the record.)
3      MR. ZALKIN:  You want to just
4  continue where we left off with
5  Mr. Ashe?
6      MR. COPLEY:  Technically, this
7  is part of the PMK.
8      MR. ZALKIN:  Why don't we just
9  do that.  So what was the last number
10  we had, 26.
11      COURT REPORTER:  26.
12      MR. ZALKIN:  We'll mark this
13  number 27.  I can put an M in front
14  of it, if that would help you.  M in
15  front.  So we have an M and 27.
16      (Whereupon, a document was marked
17  as Plaintiff's Exhibit M27, for
18  identification, as of this date.)
19      Q.  Before I give you this, the
20  Watchtower is a corporation?  Watchtower
21  Bible and Tract Society of New York is a
22  corporation?
23      A.  Not-for-profit corporation, yes.
24      Q.  Do you know when it was
25  incorporated?

Page 53

14  (Pages 50 to 53)

A803783

**MARIO F. MORENO     APRIL 1, 2014**

---

**M. MORENO**

1
2      A.  The late 1800's.  I don't remember
3   the exact date.  It wasn't under that name at
4   that time.  Same corporation, changed it's
5   name over time.
6      **Q.  Are you familiar -- have you seen
7   the various iterations of bylaws and
8   articles?**
9      A.  I've seen them in the past, yes.
10     **Q.  Now, I'm just going to hand you this
11  and this is really more for authentication
12  purposes.**
13     A.  I would be able to authenticate it.
14     **Q.  So I'm handing you this Exhibit
15  number 27 and ask if you can authenticate
16  that document.**
17     A.  Looks like an amended charter for
18  Watchtower Bible and Tract Society of New
19  York.  I can authenticate it as such.
20     **Q.  Thank you.  And just doing this for
21  housekeeping purposes, same thing for M29.
22  Can you authenticate that document?**
23        MR. COPLEY:  M29?  It should be
24     28.
25     **Q.  Oh, I'm sorry M28.**

Page 54

---

**M. MORENO**

1
2        **(Whereupon, a document was marked
3     as Exhibit M28, for identification, as
4     of this date.)**
5      A.  Yes, it's a later amendment to the
6   charter of Watchtower.
7      **Q.  And you can authenticate it as such?**
8      A.  I'm sorry?
9      **Q.  You can authenticate it as such?**
10     A.  Yes.
11     **Q.  Thank you.**
12        MR. COPLEY:  Now, we're looking
13     at 29?
14        MR. ZALKIN:  29.
15        (Whereupon, a document was marked
16     as Exhibit M29, for identification, as
17     of this date.)
18        MR. ZALKIN:  We are almost
19     through here, Rocky.
20        MR. COPLEY:  Really.
21        (Whereupon, a discussion was held
22     off the record.)
23     A.  I can authenticate Exhibit M29 as
24  another amendment to the Watchtower charter.
25     **Q.  Thank you.**

Page 55

---

**M. MORENO**

1
2        **(Whereupon, a document was marked
3     as Exhibit M30, for identification, as
4     of this date.)**
5      **Q.  Let me show you M30.**
6      A.  I can authenticate M30 as the bylaws
7   for Watchtower.
8      **Q.  M31.**
9        **(Whereupon, document was marked as
10     Exhibit M31, for identification, as of
11     this date.)**
12     A.  Those are also bylaws for Watchtower
13  again.  I'm not sure of the time period
14  because it doesn't have a date on it, but
15  they read like the bylaws of Watchtower for
16  whatever point in time they cover.
17     **Q.  Are you comfortable authenticating
18  them?**
19     A.  As bylaws for Watchtower, yes.  I'm
20  just not sure they're the current ones.
21     **Q.  And the last one is M32?**
22        **(Whereupon, a document was marked
23     as Exhibit M32, for identification, as
24     of this date.)**
25     A.  It appears to be minutes of an

Page 56

---

M. MORENO

1
2   annual meeting for members of Watchtower held
3   on April 4, 1987.
4      **Q.  Do you know what members are, they
5   might be, they're referring to?**
6      A.  Yes, there is in the neighborhood of
7   50 members of the Watchtower corporation.
8      **Q.  What is a member?**
9      A.  They're members of the corporation.
10  You know, they're both voting members.  They
11  are not stockholders, but the
12  non-stockholding corporations, but they do
13  have members who vote for directors and
14  officers.  Roughly, 50, 55, you know, the
15  numbers vary, and they are all pretty much
16  members of the religious order for many
17  years, usually decades, here in New York
18  mostly of the members.
19     **Q.  Are you able to authenticate M32?**
20     A.  I am.
21     **Q.  And do you authenticate it?**
22     A.  I do.  There are minutes of the date
23  I mentioned.
24     **Q.  So let's move on to the topic of
25  reporting, and then I think we'll be complete**

Page 57

---

15  (Pages 54 to 57)

**Atkinson-Baker, Inc.**                    **1-800-288-3376**

A803783
**MARIO F. MORENO      APRIL 1, 2014**

M. MORENO

1  with your testimony.
2          **Is there a current policy today that**
3  **the Jehovah Witnesses, the Jehovah Witness**
4  **organization ascribes to with respect to**
5  **reporting to secular authorities an**
6  **allegation of childhood sexual abuse that**
7  **involves a member of their congregation?**
8          MR. COPLEY:  Objection, vague.
9          MR. ROUSE:  Objection.  It's
10 overbroad, vague, it's not restricted
11 to the State of California.  It's
12 also vague because I don't know if
13 you're talking about worldwide or
14 what.  It also violates first
15 amendment privilege.
16     A.  There is.
17     **Q.  And what is that?**
18     A.  The scripturally based policy and
19 practice.  Based on a couple of scriptural
20 principals at least.  One of those scriptural
21 principals is in Romans 13:1, where it says,
22 "Let every man -- " excuse me.  That's what
23 happens when I try to read without my
24 glasses.  "Let every person be in subjection

                                    Page 58

M. MORENO

1  to the superior authorities, for there is no
2  authority except by God."
3          So the authorities here, superior
4  authorities are governments.  It can include
5  governments.  It could be a school teacher.
6  Here it can include governments, and so we
7  try to practice what the Bible says here, and
8  so it says we should be in subjection to
9  governments, and so if our government has a
10 reporting law on child abuse, we try to
11 assist our elders to comply with that
12 reporting law.
13         As you know, there are some
14 jurisdictions that require ministers to
15 report allegations of child abuse, so that's
16 one of the beliefs, practices, policies with
17 respect to the guides, policy of Jehovah's
18 Witnesses on child abuse worldwide.  Another
19 one, a scriptural basis is Galatians 6:5,
20 because whether or not there is a duty for an
21 elder, or for that matter a member to report,
22 there are laws that require parents to
23 report.  Some places anybody who knows about
24 child abuse has a duty to report, not just

                                    Page 59

M. MORENO

1  ministers.
2          So another scriptural principal is
3  found in Galatians 6:5, and there it says,
4  "For each one will carry his own load."  So
5  people have to make their own personal
6  decision on whether or not to report an
7  allegation of child abuse, particular, or
8  even whether or not the law requires it.
9          We encourage our members to obey the
10 command of Romans 13:1 that we just read, to
11 follow whatever the law of the land is, but
12 we're not police.  We can't, we don't know
13 whether members are, parents for example, are
14 they reporting when they should or not.
15 We're not providing legal advice to parents,
16 but we do provide legal advice to elders.
17 They're supposed to call.  They're in the
18 United States, the United States Legal
19 Department.  We let them know whether in
20 their jurisdiction, whether or not they have
21 a legal duty as an elder, a minister to
22 report the matter and if they do, we let them
23 know that they got a reporting duty, and we
24 tell them which agency based on their

                                    Page 60

M. MORENO

1  statute, their law they need to report to,
2  sometimes it's the police, sometimes it's
3  Child Protective Services, sometimes it's
4  either one, so we provide them with that
5  legal advice and counsel to carry that out,
6  but sometimes there isn't the law.
7          So then elders are well aware of
8  this principal in Galatians 6:5.  The parents
9  will sometimes ask them, well, what do I do,
10 and they refer them to this.  It's your
11 personal decision.  You have to decide what's
12 best for you, and does the law require me.
13 Our elders don't give legal advice.  That's
14 something they have to carry their own load.
15 If they have a legal question like that,
16 they've got to find out, and then they've got
17 to make their personal decisions as parents.
18 And the reason for that, why elders don't
19 dictate to individuals what to do as Mr. Ashe
20 said, it's their personal right to report or
21 not report, is because of the, another Bible
22 principal.  Part of our beliefs and practices
23 that results in our policy, if you want to
24 call it that, on child abuse worldwide and

                                    Page 61

                              16  (Pages 58 to 61)

**Page 62**

M. MORENO

1  that's in -- wrong book, no wonder, 1
2  Corinthians 11:3 where it says, "But I want
3  you know that the head of every man is the
4  Christ and turning the head of a woman is the
5  man and turning the head of Christ is God."
6  So this is what we refer to as a principled,
7  headship, and that is that the parents,
8  father, mother, they're the head of their
9  family, so they need to decide what they're
10  going to do, that's why we would never
11  tell them -- our elders know they shouldn't
12  be telling parents whether they should report
13  or not.  They're the heads of their families.
14      In harmony with Galatians 6:5, they
15  have to carry their own load and do what's
16  best for their family.  However, going back
17  to Romans 13:1, if the law requires our
18  elders to report, it doesn't matter what the
19  parents want.  Sometimes you have parents
20  that don't want them to report but our elders
21  know they have to report anyway.  They have
22  to comply with the law.
23      So that in a nutshell is the
24  scriptural bases for our policy.  It's

**Page 63**

M. MORENO

1  scripturally based to comply with the law and
2  as far as reporting, that's it.
3      **Q.  So if an elder is approached, if an**
4  **elder of a congregation is approached by a**
5  **parent of a child who claims he was sexually**
6  **abused by a member of the congregation, that**
7  **elder will call the Legal Department for**
8  **advice on what to do, what their reporting**
9  **obligation would be?**
10      MR. COPLEY:  Objection,
11  compound, vague.
12      A.  Exactly.  They call for legal advice
13  to find out whether or not they have a legal
14  duty to report, as ministers to report that
15  in their jurisdiction.
16      **Q.  And if they are within a state that**
17  **has a mandated reporting requirement for**
18  **clergy, they would be instructed that they**
19  **have to follow the law of the state?**
20      A.  They are instructed they have a
21  legal duty to report, and they know that
22  that's what they should do.  And if they
23  don't have a legal duty to report, we tell
24  them, you don't have a legal duty to report

**Page 64**

M. MORENO

1  as an elder.  Like Mr. Ashe said, and what
2  they do is their business.
3      **Q.  If they -- and the policy that if**
4  **a -- under no circumstance should an elder**
5  **dissuade or discourage a parent from**
6  **reporting if they so desire?**
7      A.  That's correct.
8      **Q.  And it would be a violation of that**
9  **policy if an elder was to or a group of**
10  **elders would ever try to do that?**
11      MR. COPLEY:  To discourage?
12  **Q.  Yes.**
13      MR. COPLEY:  Objection, vague,
14  misstates testimony.
15      A.  Elders -- I have a little problem, I
16  guess, when you say violation of policy.  Our
17  elders are instructed in harmony with
18  Galatians 6:5 that it's up to the parents to
19  decide whether or not to report or not, and
20  they should not be trying to discourage them
21  in any way from reporting.  And generally,
22  they shouldn't be trying to encourage them to
23  either.  They should just be neutral about
24  it.  In most cases, there can be rare

**Page 65**

M. MORENO

1  exceptions where it might encourage elders to
2  encourage the parents because of a unique
3  circumstances but that would be case by case.
4  Generally, just elders are not encouraged to
5  do either.  Just to leave it to the parents.
6      **Q.  And if an elder communicates, calls**
7  **the Legal Department to determine whether**
8  **they should report, is that occur only once**
9  **they're determined through a judicial**
10  **committee that the person meets the**
11  **scriptural standard for substantiating the**
12  **allegation, or do they, even upon the mere**
13  **allegation, they will call the Legal**
14  **Department, if there is a statutory duty to**
15  **report, they're going to be instructed to**
16  **report?**
17      MR. COPLEY:  Objection,
18  compound.
19      A.  We've instructed our elders, and
20  tried to make it as clear as we can to them,
21  that upon receiving a mere allegation, they
22  should call the Legal Department immediately.
23  They shouldn't start trying to investigate.
24  They should call right away because of the

A803783
**MARIO F. MORENO      APRIL 1, 2014**

M. MORENO

1  fact that we know that there are some states
2  that require a report immediately. Other say
3  24 hours, others say 48 hours, so we want to
4  be in compliance with the laws, so we
5  instruct them to call us immediately.
6  **Q. What instruction is given with**
7  **respect to allegations or reporting these**
8  **allegations in states that have a penitential**
9  **privilege exception to the clergy mandatory**
10  **reporting requirement?**
11  A. Whatever the law requires. If the
12  law requires a report to be made, and there
13  is no facts based on the call, that would say
14  or that would bring this into a non-reporting
15  situation, then they're going to be told
16  they've got to report.
17      On the other hand, if they've
18  learned of it, let's just say it's for a
19  confession, and you're in a jurisdiction that
20  exempts ministers from reporting a
21  confession, then we would tell the elders,
22  would give them the proper legal advice, that
23  they don't have a legal duty based on their
24  state the reporting law to report. So

Page 66

M. MORENO

1  **that they do not have a duty to report in**
2  **those states that recognize a confessional or**
3  **penitential privilege exception to the**
4  **mandatory reporting requirement?**
5  A. I understand the question, and I
6  can't answer it because it depends on the
7  state law, and how they define the exemption.
8  Some states, in some jurisdictions, if the
9  elders received a report say from a mother
10  and father, come and talk to them in
11  confidence to tell them that their child was
12  abused by so and so in the congregation, in
13  some jurisdictions, that's considered an
14  exception to the reporting requirement for a
15  minister, because of the way they define in
16  their state's statutes the exemption. In
17  other states, that would not be considered an
18  exemption. It's limited to the confession,
19  so it depends on the law of the jurisdiction.
20      Romans 13:1, Obey the reporting law
21  whatever it is.
22      MR. ZALKIN: I will read it
23  too.
24  **Q. And with respect to an elder that**

Page 68

M. MORENO

1  whatever the law is, that's what we tell
2  them. We interpret the law. We don't make
3  it.
4  **Q. What if it's substantiated not by**
5  **confession but by two eye witnesses, what**
6  **position do you take in that regard with**
7  **respect to a confessional or penitential**
8  **exemption to the clergy mandatory reporting?**
9  A. I'm not following the question. I'm
10  sorry.
11      MR. ROUSE: Objection. Assumes
12  facts not in evidence.
13  **Q. If the information is obtained by**
14  **the elders, and its Judicial Committee's been**
15  **conducted or the investigation --**
16      MR. COPLEY: Can you start this
17  from the beginning?
18      MR. ZALKIN: Yes, I am tired.
19  I'll start it all over again.
20  **Q. If a report is made and the elders**
21  **do not obtain a confession from the accused,**
22  **but there are two eye witnesses that**
23  **corroborate the allegation, would that be,**
24  **would the Legal Department advise the elders**

Page 67

M. MORENO

1  **simply determines on his own that he feels he**
2  **wants to report, absent any mandated**
3  **reporting duty, is there any restriction on**
4  **an elder taking it upon himself to report?**
5      MR. COPLEY: Objection, vague.
6  A. I think Mr. Ashe answered that, and
7  I would answer -- he answered it from the
8  Service Department side. From the Legal
9  Department side, we don't tell the elders
10  whether to report or not. We tell them
11  whether they have a legal duty to report or
12  not and then after that, that's Romans 13:1
13  do you have a legal duty. Obey the superior
14  authority, after that then for each elder and
15  they know this, the principal of Galatians
16  6:5 comes into play. "Everyone has to carry
17  their own load," so they still have to make
18  their own personal decision as to what
19  they're going to do.
20  **Q. The elder does?**
21  A. That's right, they've got to live
22  with themselves and conscious.
23  **Q. How would you reconcile that with**
24  **the requirement, this type of information**

Page 69

18 (Pages 66 to 69)

A803783
**MARIO F. MORENO     APRIL 1, 2014**

| | |
|---|---|
| M. MORENO | M. MORENO |

**M. MORENO**

1              **M. MORENO**
2 **needs to be maintained confidential within**
3 **the congregation and among all of the elders**
4 **within the congregation?**
5         MR. COPLEY:  Objection, vague,
6     overbroad, incomplete hypothetical.
7     A.  I'm afraid I don't understand the
8 question.
9     **Q.  Well, it's pretty clear that from**
10 **these last few days, these discussions that**
11 **if elders that receive a report of child**
12 **sexual abuse are to maintain that information**
13 **confidential, and that is to be kept sealed**
14 **in special designated envelopes and that sort**
15 **of thing.  How do you reconcile the**
16 **requirement that that information be kept so**
17 **confidential with an elder who simply decides**
18 **I'm going to go tell the police?**
19     MR. COPLEY:  Objection,
20     argumentative, vague, ambiguous,
21     overbroad, calls for improper
22     opinion.
23     A.  First of all, not every report that
24 an elder always receives is one that he would
25 consider to be one that he received in

Page 70

1              M. MORENO
2 want to report it is because they are trying
3 to protect that family member who is an
4 abuser.
5     **Q.  Is there any encouragement offered**
6 **to elders that they should report an**
7 **allegation of childhood sexual abuse by a**
8 **non-related member of a child in the**
9 **organization to law enforcement or Child**
10 **Protective Services, period?**
11     MR. COPLEY:  Objection.  I'm
12     glad you said "period."  I was
13     waiting.
14     Objection, vague, overbroad,
15     vague as to encouragement.  I'm not
16     even sure what you mean by that.
17     MR. ROUSE:  I'm a little
18     worried about the word "related."
19     **Q.  Let me rephrase it.**
20     A.  It's late in the day I was having a
21 hard time following.
22     **Q.  What I am getting at real simply is:**
23 **Has there been any effort by the**
24 **organization, Jehovah's Witness organization**
25 **to actually encourage elders to report,**

Page 72

1              M. MORENO
2 confidence as an elder.  So there would be
3 those situations where that wouldn't even
4 come into play, if you will.  They didn't
5 receive it in confidence.  They don't always
6 receive reports in confidence.  So there
7 would be probably some elders, maybe many
8 elders who would feel comfortable reporting
9 it themselves if the parents weren't going
10 to.  So they're not always received in
11 confidence.  There maybe other cases where
12 they did received it in confidence but if an
13 elder felt that unless he reported it, for
14 example, these parents were not going to,
15 maybe because one of the parents was the
16 abuser or maybe because the oldest son is the
17 abuser, and they wanted to protect him, then
18 there are many elders who would report that
19 matter to protect the child and as Mr. Ashe
20 said, probably wouldn't be any sanctions.
21     Most parents will report abuse, so
22 it would be a real rare situation where the
23 elder would have to, as you might say, take
24 that upon himself.  Usually in situations
25 where you get that where a parent doesn't

Page 71

1             **M. MORENO**
2 **whether there is a mandatory duty or not?**
3     A.  Not as a general rule, no.  It's
4 handled case by case.  We're going to protect
5 our children and if it only is determined by
6 the Service Department, Legal Department,
7 consulting with the local elders that this is
8 a situation where if the elders don't report
9 it, there's going to be some more abuse in
10 this household or outside the household, we
11 will do what we have to do to protect our
12 kids, but that's such a rare occurrence.  Has
13 it happened?  Yes, but it is rare.  Because
14 it's generally almost always somebody who
15 knows about it that doesn't want it to happen
16 any more and they're going to report it, or
17 we're in a jurisdiction where the elders have
18 a legal duty to report it.
19     Nowadays, over 40 of the 50 states,
20 for example, now have mandatory reporting.
21 Albeit some of them, many of those have
22 exceptions for confessions, but it would be
23 an unusual situation.  So that's why we
24 handle it case by case, that's why they call
25 the Legal Department and if they need

Page 73

**Atkinson-Baker, Inc.**                       **1-800-288-3376**

A803783
**MARIO F. MORENO     APRIL 1, 2014**

M. MORENO

1         M. MORENO
2  spiritual direction, we pass them on to the
3  Service Department.
4      Now, I wanted to make that
5  correction too.  I know Mr. Ashe, he doesn't
6  work in the Legal Department.  I believe he
7  said yesterday, at least it came across to me
8  like we automatically pass these calls to the
9  Service Department, we don't.  If the elders
10  have a spiritual question or a question about
11  what do I do in this situation, then we pass
12  them on to the Service Department.  But if
13  they call, they get their legal direction,
14  they don't have any questions and we perceive
15  that they don't have any questions or don't
16  need direction, we do not pass that call on
17  to the Service Department.
18  **Q.  We are down to the last question.**
19      MR. COPLEY:  Famous last words.
20  **Q.  So would it be fair to say that it**
21  **is imperative that elders and/or parents make**
22  **sure that if there is a person who is an**
23  **abuser in a congregation that everything**
24  **should be done to protect children within**
25  **that congregation?**

Page 74

1        **M. MORENO**
2      MR. COPLEY:  Objection, vague,
3  overbroad, incomplete hypothetical.
4      A.  The elders do everything that they
5  can within their limitations as elders.  They
6  are not parents.  They are not custodians of
7  the child.  The only time they see the child
8  generally is at congregation meetings.
9  Certainly, they do everything they can as
10  elders to make sure that they are safe at the
11  Kingdom Hall.  And when they are engaged in
12  the ministry, and they comply with all the
13  laws, the practice and beliefs in this regard
14  insist that we comply with the laws, and if
15  there was across the board reporting law in
16  this country, we would happily comply with
17  it.
18      If there was a law in this country
19  that requires that we make an announcement to
20  the members of the congregation that someone
21  has been accused of child abuse, as draconian
22  as that would be, we would comply with it.
23  Even if it was mere allegation, if that's
24  what the law required.  Because we do that
25  with reporting, mere allegations, even if

Page 75

1        M. MORENO
2  they're not credible to the elders, they are
3  instructed to report and they do.
4      MR. ZALKIN:  Thank you.
5      MR. COPLEY:  Same stip.
6      MR. ZALKIN:  Same stipulation.
7  Why don't we have the original sent
8  to Mr. Copley and the witness will
9  read it and sign it and make any
10  corrections within 45 days in receipt
11  of it.
12      MR. COPLEY:  You know what I'm
13  going to do is I'm going to mark the
14  written objection I did on this PMK
15  thing as the next in order which
16  would be Exhibit M33.
17      (Whereupon, a document was marked
18  as Exhibit M33, for identification, as
19  of this date.)
20      VIDEOGRAPHER:  Can we go off
21  the record?
22      MR. ZALKIN:  Let's see whatever
23  else is needed.  And a copy can be
24  used for any and all purposes if an
25  original is not available.

Page 76

1        M. MORENO
2      MR. COPLEY:  Correct.  Same
3  stip as we had with the PMK depo, we
4  had with Mr. Ashe.
5      VIDEOGRAPHER:  The time is 4:59
6  p.m., April 1, 2014.  This completes
7  today's deposition of Mr. Mario F.
8  Moreno.
9      (4:59 p.m.)

Page 77

20  (Pages 74 to 77)

A803783
**MARIO F. MORENO    APRIL 1, 2014**

M. MORENO
A C K N O W L E D G E M E N T
1  
2  
3  STATE OF NEW YORK)
4                          :ss
5  COUNTY OF NEW YORK)
6     I, MARIO F. MORENO  hereby certify that I
7  have read the transcript of my testimony taken
8  under oath on APRIL 1, 2014, that the
9  transcript is a true, complete and correct
10  record of what was asked, answered and said
11  during my testimony under oath, and that the
12  answers on the record as given by me are true
13  and correct.
14  
15  
16  
17  _____
18  MARIO MORENO
19  
20  
21  
22  
23  
24  
25  

Page 78

M. MORENO
C E R T I F I C A T E
1  
2  
3     I, LA VERNE HAIRSTON, a shorthand
4  reporter and Notary Public within and for
5  the State of New York, do hereby certify:
6     That the witness(es) whose testimony
7  is hereinbefore set forth was duly sworn by
8  me, and the foregoing transcript is a true
9  record of the testimony given by such
10  witness(es).
11     I further certify that I am not
12  related to any of the parties to this
13  action by blood or marriage, and that I am
14  in no way interested in the outcome
15  of this matter.
16  
17  
18  
19  
20  
21  
22  
23  
24              LA VERNE HAIRSTON
25  

Page 80

M. MORENO
I N D E X
1  
2  
3  
WITNESS          EXAMINATION BY          PAGE
4  
Mario Moreno    Mr. Zalkin          3
5  
6                EXHIBITS
7  PLAINTIFF'S     DESCRIPTION          PAGE
8  M27          Document          53
   M28          Document          55
9  M29          Document          55
   M30          Document          56
10 M31          Document          56
   M32          Document          56
11 M33          Document          76
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

Page 79

21 (Pages 78 to 80)

**Atkinson-Baker, Inc.**                                    **1-800-288-3376**