*Exhibit E*

```
SUPERIOR COURT OF CALIFORNIA

    COUNTY OF ALMEDA

--------------------------------X

JANE DOE,           No. HG11558324

        Plaintiff,

-v-

THE WATCHTOWER BIBLE AND TRACT

SOCIETY OF NEW YORK, INC., a

corporation, et al.,

        Defendants.

--------------------------------X



            VIDEO DEPOSITION

                  OF

            ALLEN SHUSTER

         PATTERSON, NEW YORK

          FEBRUARY 15, 2012

              10:01 A.M.



ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

Nancy Anne Flynn, RPR
FILE NO.:  A508ED2
```

Page 1

**Page 10**

```
1       Allen Shuster
2  Body-of-Elder letter, categories one and two in that      10:07
3  Notice. Am I correct in that, Counsel?                    10:07
4       MR. SCHNACK: Yes, they are identified as             10:07
5  topics one and two in that Deposition Notice.             10:07
6       MR. SIMONS: All right. So I will, again              10:07
7  with everyone's permission, attach that                   10:07
8  Deposition Notice as Exhibit 1 to your                    10:07
9  deposition, Mr. Shuster.                                  10:07
10      (Deposition Notice February 15, 2012                 10:07
11      1:00 P.M. was marked as Deposition                   10:07
12      Exhibit Number 1 for identification.)                10:07
13 Q    Similarly, you will be the designated                10:08
14 representative to testify as to the correspondence        10:08
15 of December 3rd, 1993 and the matters of policy           10:08
16 related to that, again from the February 15, 2012         10:08
17 1:30 Deposition Notice. Am I correct in that as           10:08
18 well?                                                     10:08
19      MR. SCHNACK: Yes.                                    10:08
20      MR. SIMONS: Let me mark that as Exhibit              10:08
21 2 then.                                                   10:08
22      (Deposition Notice February 15, 2012                 10:08
23      1:30 P.M. was marked as Deposition                   10:08
24      Exhibit Number 2 for identification.)                10:08
25 Q    Then additionally, certain of the                    10:08
```

**Page 11**

```
1       Allen Shuster
2  categories designated in the Deposition Notice for        10:08
3  February 16 at 10:30 will be within your purview,         10:08
4  which I understand generally to be category one,          10:09
5  Corporate administrative structure, category two,         10:09
6  Managerial staff functions. But not as to the legal       10:09
7  department?                                               10:09
8       MR. SCHNACK: Yes, topic two only as to               10:09
9  the legal department, so that would not be                10:09
10 Mr. Shuster.                                              10:09
11      MR. SIMONS: And topic three, the service             10:09
12 department, would include Mr. Shuster's subject           10:09
13 matter; is that correct?                                  10:09
14      MR. SCHNACK: Yes.                                    10:09
15      MR. SIMONS: And then number four we've               10:09
16 had considerable discussion back and forth, and           10:09
17 there's a number of objections.                           10:09
18      MR. SCHNACK: I'll allow you to ask                   10:09
19 questions on that and then we can address it              10:09
20 further if we need to.                                    10:09
21      MR. SIMONS: To the extent that questions             10:09
22 are permitted that category four will be                  10:09
23 included then. And category five is also                  10:09
24 included; am I right?                                     10:09
25      MR. SCHNACK: Yes.                                    10:09
```

**Page 12**

```
1       Allen Shuster
2       MR. SIMONS: And category six is also                 10:09
3  included?                                                 10:09
4       MR. SCHNACK: Yes, subject to the                     10:09
5  objections.                                               10:10
6       MR. SIMONS: And for the record, counsel              10:10
7  and I have exchanged both correspondence and              10:10
8  discussions with regard to the nature and                 10:10
9  extent of objections to all of these Deposition           10:10
10 Notices which we will not burden the record               10:10
11 with at this time, but are certainly                      10:10
12 acknowledged.                                             10:10
13      And then as to category seven, that is               10:10
14 also within Mr. Shuster's purview.                        10:10
15      MR. SCHNACK: In part, to the extent it               10:10
16 relates to what happens in the service                    10:10
17 department, yes. Otherwise, again, to the                 10:10
18 extent it involves the legal department that's            10:10
19 going to be off limits. But we will have a PMK            10:10
20 from the legal department here later today or             10:10
21 tomorrow, depending on when you get to it.                10:10
22      MR. SIMONS: Very good. So let me mark                10:10
23 this Deposition Notice as Exhibit 3 then.                 10:10
24      (Deposition Notice was marked as                     10:10
25      Deposition Exhibit Number 3 for                      10:10
```

**Page 13**

```
1       Allen Shuster
2       identification.)                                     10:10
3  Q    Mr. Shuster, do you have an official job             10:11
4  title at present?                                         10:11
5  A    Yes, I do.                                           10:11
6  Q    What is that?                                        10:11
7  A    Assistant overseer of the service                    10:11
8  department.                                               10:11
9  Q    To whom do you report as your supervisor?            10:11
10 A    The overseer of the service department.              10:11
11 Q    And who is that at present?                          10:11
12 A    His name a Gary Breaux.                              10:11
13 Q    Who in turned does Mr. Breaux report to?             10:11
14 A    It's called the branch committee.                    10:11
15      MR. SCHNACK: Talking about currently?                10:11
16      MR. SIMONS: Yes.                                     10:11
17 Q    What is the branch committee?                        10:11
18 A    It's made up of twelve elders that                   10:11
19 represent the United States branch territory among        10:12
20 Jehovah's Witnesses.                                      10:12
21 Q    Are there twelve separate territories                10:12
22 within the United States or is it twelve elders who       10:12
23 represent the territory of the United States?             10:12
24 A    Twelve elders who represent the                      10:12
25 territories of the United States.                         10:12
```

## Page 14

Allen Shuster

Q  As assistant overseer, what are your general duties and responsibilities?  10:12

A  We have within the department several desks. We have a number of desks. I work with the various schools that Jehovah's Witnesses conduct throughout the United States.  10:12

We have a program of constructing Kingdom Halls and Assembly Halls throughout the branch territory. I oversee that. I also oversee the desk that distributes convention assignments for our district conventions.  10:12

Q  How long have you held this position?  10:13

A  The position of overseeing certain aspects of this work, for probably eleven years.  10:13

Q  And prior to holding the position of assistant overseer, what was your previous assignment?  10:13

A  I worked as what is called a contact within the service department.  10:13

Q  What is a contact?  10:13

A  Contact is an elder who consults or is consulted with by a number of different elders within the department.  10:13

Q  Have you been an elder since 1979?  10:13

## Page 15

Allen Shuster

A  Yes.  10:14

Q  How long have you been performing services and duties here at the national headquarters?  10:14

A  Since '76, 1976.  10:14

Q  Have you served as an elder in a congregation?  10:14

A  Yes, I have.  10:14

Q  Where was that congregation or those congregations located?  10:14

A  In New York City.  10:14

Q  What was the time frame of your service in that regard as an elder in a congregation?  10:14

A  I stated from 1979 until transferring up here to Patterson, so that would have been in one congregation from 1979 to 1995, and then from 1995 to the present here at Patterson.  10:14

Q  Is your position a compensated position?  10:15

A  No, it is not.  10:15

Q  Are you in your own mind, not asking for a legal conclusion, but in your own mind do you work as an employee of one of the Jehovah's Witnesses entities?  10:15

A  No, I do not.  10:15

## Page 16

Allen Shuster

Q  As part of the service department currently, are you within the Watchtower Bible and Tract Society of New York, Inc.?  10:15

A  No.  10:15

Q  Is the service department presently operated through the Christian Congregation of Jehovah's Witnesses?  10:15

A  Yes.  10:16

Q  Has that been true since 2001?  10:16

A  That's correct.  10:16

Q  Is there currently a line of communication -- actually let me rephrase that.  10:16

Is there currently a line of authority between Watchtower Bible and Tract Society of New York and Christian Congregation of Jehovah's Witnesses?  10:16

MR. SCHNACK: I am going to object to the form of the question. I don't know what you mean by line of authority between those two entities.  10:16

You can answer if you can.  10:16

MR. SIMONS: I think your objection is well taken. It's not well phrased.  10:16

Q  Do any persons holding positions within  10:16

## Page 17

Allen Shuster

Watchtower Bible and Tract Society of New York exercise supervisory authority over your service department within Christian Congregation?  10:16

A  When you say exercise authority, can you put that in context, what do you mean by exercise authority?  10:17

Q  Are persons who are serving within Watchtower Bible and Tract Society New York, Inc. presently holding authority to implement or impose policies, procedures or decisions upon Christian Congregation of Jehovah's Witnesses?  10:17

A  I believe so.  10:17

Q  And tell me what your understanding is of the relationship between those two entities?  10:17

A  I mentioned earlier that there is a branch committee. I do believe some of those members of the branch committee are members of the New York corporation.  10:17

Q  What is the general role of the branch committee?  10:18

A  They oversee the spiritual activities as well as the administering of the properties at the three complexes here in New York State.  10:18

Q  Is the service committee one of multiple  10:18

**Page 18**

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | committees within the branch committee? | 10:18 |
| 3 | A    When you say service committee? | 10:18 |
| 4 | Q    The service department. | 10:18 |
| 5 | A    The service department. Your question | 10:18 |
| 6 | again? | 10:18 |
| 7 | Q    Is that one of multiple departments or | 10:18 |
| 8 | entities within the branch committee? | 10:18 |
| 9 | A    It is one of a number of departments that | 10:18 |
| 10 | the branch committee has oversight of. | 10:18 |
| 11 | Q    And speaking in terms of the composition | 10:18 |
| 12 | of the branch committee, how large a committee is | 10:18 |
| 13 | it? | 10:19 |
| 14 | A    Twelve members. | 10:19 |
| 15 | Q    And how are its members selected? | 10:19 |
| 16 | A    It's, I'm not privy to the deliberations | 10:19 |
| 17 | of the branch committee, so I'm not sure I can | 10:19 |
| 18 | answer that. | 10:19 |
| 19 | Q    And not asking as to any individual who | 10:19 |
| 20 | might have been appointed to the branch committee, | 10:19 |
| 21 | but generally just speaking procedurally, how are | 10:19 |
| 22 | branch committee members selected, by what authority | 10:19 |
| 23 | or process? | 10:19 |
| 24 | A    Members of the branch committee | 10:19 |
| 25 | collectively, I should say the collective branch | 10:19 |

**Page 19**

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | committee, makes recommendations as to who should be | 10:19 |
| 3 | added in the case of deaths. And so those | 10:19 |
| 4 | recommendations are made to the governing body of | 10:20 |
| 5 | Jehovah's Witnesses. | 10:20 |
| 6 | Q    And what is the governing body within the | 10:20 |
| 7 | administrative structure? I'm not asking for | 10:20 |
| 8 | spiritual or theological information here, I'm | 10:20 |
| 9 | really look administratively, what is the governing | 10:20 |
| 10 | body? | 10:20 |
| 11 | A    The governing body is a committee that | 10:20 |
| 12 | oversees the worldwide activity of Jehovah's | 10:20 |
| 13 | Witnesses. | 10:20 |
| 14 | Q    Does the branch committee have any sort | 10:20 |
| 15 | of written policies, procedures that it follows? | 10:20 |
| 16 | A    Yes. | 10:20 |
| 17 | Q    Is there some form of either a manual or | 10:20 |
| 18 | other documentary compilation that the branch | 10:21 |
| 19 | committee is guided by in its work? | 10:21 |
| 20 | A    Yes. | 10:21 |
| 21 | Q    What is that called? | 10:21 |
| 22 | A    It's called branch organization. | 10:21 |
| 23 | Q    And is that, is the appropriate term a | 10:21 |
| 24 | manual or would it be some other term? | 10:21 |
| 25 | A    I think the terminology is guidelines, | 10:21 |

**Page 20**

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | branch committee guidelines. | 10:21 |
| 3 | Q    Is that series of guidelines applicable | 10:21 |
| 4 | to the service department of the Christian | 10:21 |
| 5 | Congregation? | 10:21 |
| 6 | A    Parts of it are. | 10:21 |
| 7 | Q    What other areas -- well, let me ask you, | 10:21 |
| 8 | have you ever seen the branch committee guidelines? | 10:21 |
| 9 | A    Yes. | 10:22 |
| 10 | Q    And do you use it daily in your, or at | 10:22 |
| 11 | least from time to time, in your work? | 10:22 |
| 12 | A    From time to time. | 10:22 |
| 13 | Q    What are the general subject matters | 10:22 |
| 14 | covered under the branch committee guidelines? | 10:22 |
| 15 | A    Matters having to do with branch | 10:22 |
| 16 | facilities, branch personnel, the managing of the | 10:22 |
| 17 | spiritual activities within a specific branch or | 10:22 |
| 18 | branch territory. Just general operation | 10:22 |
| 19 | guidelines. | 10:22 |
| 20 | Q    Are the branch committee guidelines the | 10:22 |
| 21 | same for every branch throughout the world or are | 10:22 |
| 22 | there separate branch committee guidelines for | 10:23 |
| 23 | different geographical areas? | 10:23 |
| 24 | A    Same throughout the world. | 10:23 |
| 25 | Q    Are the contents of the branch committee | 10:23 |

**Page 21**

| | | |
|---|---|---|
| 1 | Allen Shuster | |
| 2 | guidelines approved by the governing body? | 10:23 |
| 3 | A    Yes. | 10:23 |
| 4 | Q    And would those branch committee | 10:23 |
| 5 | guidelines apply to the Bible and Tract Society of | 10:23 |
| 6 | New York, Inc.? | 10:23 |
| 7 | A    I guess my question would be, when you -- | 10:23 |
| 8 | can you say that one more time? | 10:23 |
| 9 | Q    Yes. | 10:23 |
| 10 | A    I want to make sure I have the question | 10:23 |
| 11 | correct. | 10:23 |
| 12 | Q    Do the branch committee guidelines apply | 10:23 |
| 13 | to the entities within the Watchtower Bible and | 10:23 |
| 14 | Tract Society of New York, Inc., the divisions I | 10:23 |
| 15 | should say? | 10:23 |
| 16 | A    I would think so. | 10:23 |
| 17 | Q    Do they also apply to the Christian | 10:23 |
| 18 | Congregation? | 10:24 |
| 19 | A    Yes. | 10:24 |
| 20 | Q    I know there are other entities such as | 10:24 |
| 21 | Watchtower of Pennsylvania. Would the branch | 10:24 |
| 22 | committee guidelines apply to these other entities | 10:24 |
| 23 | as well? | 10:24 |
| 24 | A    Yes. | 10:24 |
| 25 | Q    Other than the service department, what | 10:24 |

### Page 22

```
 1              Allen Shuster
 2   are the other departments that have existed both --      10:24
 3   well, let me break this down actually, I'm sorry.        10:24
 4         Prior to the formation of Christian                10:24
 5   Congregation, going back to Watchtower of New York,      10:24
 6   what were the various departments within Watchtower      10:25
 7   of New York prior to 2001?                               10:25
 8      A    I don't know that I can name them all. I         10:25
 9   know the service department came under the direction    10:25
10   of Watchtower Corporation of New York. I know            10:25
11   certain other departments did. I can't say with          10:25
12   certainty I know.                                        10:25
13      Q    All right. We talked about the legal             10:25
14   department earlier. Recognizing that you are not         10:25
15   here in that capacity, but do you know of your own       10:25
16   knowledge whether or not the legal department prior      10:25
17   to 2001 was operated through the Watchtower Bible        10:25
18   and Tract Society of New York, Inc.?                     10:25
19      A    I don't know.                                    10:25
20           MR. SCHNACK: I can tell you it was,              10:26
21   Rick.                                                    10:26
22           MR. SIMONS: It was? Okay.                        10:26
23           MR. SCHNACK: And it still is.                    10:26
24      Q    In your work in the service department,          10:26
25   if you have a question that involves legal issues        10:26
```

### Page 23

```
 1              Allen Shuster
 2   presently, do you go to the legal department of          10:26
 3   Watchtower New York or do you have a separate legal      10:26
 4   department within Christian Congregation?                10:26
 5      A    The legal department here at Patterson.          10:26
 6      Q    Is that Watchtower New York?                     10:26
 7      A    As Rick has stated it is -- I'm sorry,           10:26
 8   Bob.                                                     10:26
 9           MR. SIMONS: Let me mark as our exhibit           10:27
10   next in order a document called Affidavit of            10:27
11   Allen Shuster (handing).                                 10:27
12           (August 11, 2011 Affidavit of Allen             10:28
13           Shuster was marked as Deposition Exhibit        10:28
14           Number 4 for identification.)                   10:28
15      Q    First of all, turning to the last page of       10:28
16   this document, page 8, is that your signature after     10:28
17   the August 11, 2011 date?                               10:28
18      A    Yes.                                            10:28
19      Q    And this Affidavit was prepared and             10:28
20   submitted in connection with the litigation of the      10:28
21   case we are here for today; is that correct?            10:28
22      A    Yes.                                            10:28
23      Q    From time to time, have your duties and         10:28
24   responsibilities included participating and             10:28
25   providing Declarations in various lawsuits?             10:28
```

### Page 24

```
 1              Allen Shuster
 2      A    When you say Declarations, you mean?             10:28
 3      Q    Affidavits, Declarations, documents of           10:28
 4   this kind in which there is a series of information      10:28
 5   followed by your signature, and on court related         10:29
 6   paperwork?                                               10:29
 7      A    Yes.                                             10:29
 8      Q    Do you have an estimate as to how many           10:29
 9   times that you have executed some sort of Affidavit      10:29
10   or Declaration for a court proceeding?                   10:29
11      A    I'd have to give you a rough estimate, my        10:29
12   guess is four or five times.                             10:29
13      Q    The case that this Affidavit pertains to         10:29
14   that we're here today involves childhood sexual          10:29
15   abuse claims and allegations. In the other matters       10:29
16   in which you have provided an Affidavit, has the         10:29
17   subject matter of those cases, to your knowledge,        10:29
18   also involved childhood sexual abuse claims?             10:29
19      A    Just the one that you referenced earlier,        10:29
20   I referenced earlier.                                    10:30
21      Q    In Florida?                                      10:30
22      A    In Florida.                                      10:30
23      Q    Are you aware of a case in San Diego             10:30
24   County in California?                                    10:30
25      A    Yes, my mistake.                                 10:30
```

### Page 25

```
 1              Allen Shuster
 2      Q    So that would qualify as well?                   10:30
 3      A    Yes, that would be another one.                  10:30
 4      Q    Any others that come to mind?                    10:30
 5      A    I don't want to make a mistake here. I           10:30
 6   don't think so.                                          10:30
 7      Q    Turning to page 3 of your Affidavit,             10:30
 8   paragraph 7, Jehovah's Witnesses who serve as            10:30
 9   appointed elders are recognized as ordained              10:30
10   ministers and congregation elders. If you could          10:30
11   assist me, is there a distinction between ordained       10:30
12   ministers and congregation elders, as you are using      10:31
13   it in this paragraph?                                    10:31
14      A    No, there is not.                                10:31
15      Q    Looking down at paragraph 10,                    10:31
16   "Congregation Elders are expected to keep confession     10:31
17   and other spiritual communications confidential."        10:31
18   Is there a written definition, to your knowledge, in     10:31
19   any of the materials that you reference in your work     10:31
20   or have been familiar with in your work, as to what      10:31
21   constitutes a spiritual confidential communication?      10:31
22           MR. SCHNACK: I'm sorry, you're asking if         10:31
23   there is a written definition of that?                   10:32
24           MR. SIMONS: Yes, of what is a spiritual          10:32
25   confidential communication.                              10:32
```