*Exhibit F*

 Jehovah's Witnesses

About Us > Frequently Asked Questions



# What Is the Governing Body of Jehovah's Witnesses?

The Governing Body is a small group of mature Christians who provide direction for Jehovah's Witnesses worldwide. Their work is twofold:

- They oversee the preparation of Bible-based instruction through the publications, meetings, and schools of Jehovah's Witnesses.—Luke 12:42.

- They supervise the worldwide work of Jehovah's Witnesses by directing our public ministry and overseeing the use of donated assets.

The Governing Body follows the pattern set by "the apostles and elders in Jerusalem" in the first century, who made important decisions on behalf of the entire Christian congregation. (Acts 15:2) Like those faithful men, the members of the Governing Body are not the leaders of our organization. They look to the Bible for guidance, acknowledging that Jehovah God has appointed Jesus Christ as the Head of the congregation.—1 Corinthians 11:3; Ephesians 5:23.

## Who are the members of the Governing Body?

The members of the Governing Body are Kenneth Cook, Jr., Samuel Herd, Geoffrey Jackson, Stephen Lett, Gerrit Lösch, Anthony Morris III, Mark Sanderson, and David Splane. They serve at our world headquarters in Warwick, New York, U.S.A.

## How is the Governing Body organized?

CAEKAERT/MAPLEY 004203

The Governing Body has established six committees to oversee various aspects of our work, and each member serves on one or more of these committees.

- **Coordinators' Committee:** Supervises legal matters and responds to disasters, to incidents in which Jehovah's Witnesses are persecuted for their religious beliefs, and to other urgent matters affecting Jehovah's Witnesses.

- **Personnel Committee:** Oversees the arrangements for Bethel family members.

- **Publishing Committee:** Supervises the production and shipping of Bible literature and the construction of meeting places, translation offices, and branch facilities.

- **Service Committee:** Oversees our work of preaching the "good news of the Kingdom."—Matthew 24:14.

- **Teaching Committee:** Directs the preparation of spiritual instruction provided by means of meetings, schools, and audio and video programs.

- **Writing Committee:** Directs the preparation of spiritual instruction provided in printed form and on our website and oversees translation work.

In addition to its work through these committees, the Governing Body meets each week to consider the needs of the organization. In these meetings, the members discuss what the Scriptures say, and they yield to the influence of God's holy spirit, striving for unanimous decisions.—Acts 15:25.

## Who are the helpers to the Governing Body?

These are trustworthy Christians who assist Governing Body committees. (1 Corinthians 4:2) They have ability and experience in the work overseen by the committee to which they are assigned, and they attend its weekly meeting. Although they do not share in making decisions, the helpers provide valuable advice and background information, implement the committee's decisions, and monitor the results and progress of these. They may also be assigned by the Governing Body to visit our brotherhood in various parts of the world or to deliver parts at events such as annual meetings or Gilead graduations.

**LIST OF HELPERS**

| Committee | Name |
|---|---|
| **Coordinators'** | Ekrann, John<br>Gillies, Paul<br>Snyder, Troy |

CAEKAERT/MAPLEY 004204

**Personnel**

Grizzle, Gerald
LaFranca, Patrick
Molchan, Daniel
Walls, Ralph
Winder, Jeffrey

**Publishing**

Butler, Robert
Corkern, Harold
Glockentin, Gajus
Gordon, Donald
Luccioni, Robert
Reinmueller, Alex
Sinclair, David

**Service**

Breaux, Gary
Dellinger, Joel
Fleegle, Gage
Griffin, Anthony
Hyatt, Seth
Mavor, Christopher
Perla, Baltasar, Jr.
Smith, Jonathan
Turner, William, Jr.
Weaver, Leon, Jr.

**Teaching**

Curzan, Ronald
Flodin, Kenneth
Malenfant, William
Noumair, Mark
Schafer, David

**Writing**

Ahladis, Nicholas
Christensen, Per
Ciranko, Robert
Godburn, Kenneth
Mantz, James
Marais, Izak
Martin, Clive
Myers, Leonard
Smalley, Gene
van Selm, Hermanus

CAEKAERT/MAPLEY 004205

Copyright © 2023 Watch Tower Bible and Tract Society of Pennsylvania.

CAEKAERT/MAPLEY 004206