*Exhibit L*

# Table of Contents

**Office Support** .................................................................**2**

**Service Desks** .................................................................**3**
    English .............................................................................3
    Spanish .............................................................................4
    Foreign Language ............................................................5
    Bethel Matters .................................................................5
    Bible Questions ................................................................5

**Service Desks - Alphabetical List of States** .............**6**

**Convention and Assembly Desk** ..................................**7**

**Theocratic Schools Desk** .............................................**8**

**Translation Desk** ............................................................**8**

**Field Ministers Desk** .....................................................**9**

**Preaching Needs Desk** ................................................**10**
    Correspondence ............................................................10
    Master Planning .............................................................10
    Pioneer/Branch Transfer ..............................................10
    Special Witnessing .......................................................10
    Territory Maps ...............................................................10

**Remote Volunteers** ......................................................**11**

**Bethel Consultants** ......................................................**12**

**Foreign Language Desks - Language Allocation** ....**13**

**Convention & Assembly Desk Sections Map** ..........**14**

**Assembly Scheduling Map** ........................................**15**

**Field Ministers Desk Map** ..........................................**16**

**Territory Maps** ..............................................................**18**

**Master Planning Map** ..................................................**19**

**Pioneer Record Section Assignments** ....................**20**

**Prison Ministry Map** ....................................................**21**

**Floor Plans** ...................................................................**22**
    Wallkill - Floor - 2 .........................................................22
    Wallkill - Floor - 1 .........................................................23
    Wallkill - Floor - Basement ..........................................24
    Patterson .......................................................................25
    Warwick .........................................................................26
    Puerto Rico ....................................................................27

**Service Desk Phone Mates** .......................................**28**

**Effective 2/1/21**

CAEKAERT/MAPLEY 004249

## Office Support

## SERVICE DEPARTMENT

### OVERSIGHT

| SBB | **Gary Breaux** | **#14600** |
|---|---|---|
| | **SBH** Gregory Churampi | **#14601** |
| | Bethel Matters | |
| | Computer Support | |
| | Oversight | |
| | Service Committee Inquiries | |
| | Special Witnessing | |
| SBE | **Anthony Griffin** | **#14604** |
| | **SBD** Mark Smith | **#14605** |
| | Bible Questions Desk | |
| | Service Policy | |
| | Theocratic Schools Desk | |
| SBF | **Allen Shuster** | **#14602** |
| | **SBG** Randy Rosabal | **#14603** |
| | Convention & Assembly Desk | |
| | Disaster Relief | |
| | Field Ministers Desk | |
| | Master Planning | |
| | Service Desks | |

| SCC | Charles Woody | #50619 |
|---|---|---|
| SCI | Scott Shoffner | #14508 |
| SCJ | Ralph Schaefer | #50775 |
| SCR | Juan Carlos Diaz | #14534 |
| SFE | Grant Clark | #14503 |
| SGB | Jason Owen | #14526 |
| SGM | Brenda Smith | #14402 |
| SGT | Ahmad Laidler | #14578 |
| SGU | William Powers | #14575 |
| SGW | Ethan Tucker | #14418 |
| SGY | Joseph Lynch | #14566 |

### COMPUTER SUPPORT

| SCE | Mark Gustafson | #14471 |
|---|---|---|
| SCK | Sean Plicque | #14924 |
| SCS | Isaac Juarez | #14470 |
| SCU | Deidre Bergmann | #43513 |
| SCW | Daniel Bordier | #14473 |
| SCY | Victoria Bordier | #14475 |
| SGA | Philip Brander | #14472 |
| SGD | Adrienne Grim | #14413 |
| SGS | Michael Brander | #14472 |
| STN | Corey Patterson | #14401 |

### CONTACTS

| SBC | **Luther Georges** | #14606 |
|---|---|---|
| | Caribbean Islands | |
| | Correspondence | |
| | Prison Ministry | |
| | Territory Maps | |
| | Translation Desk | |

| SCA | **Andrew Sciascia** | #14623 |
|---|---|---|
| | Bible Questions Desk Backup | |
| | Master Planning | |
| | Territory Maps Backup | |
| | **Desk Group** | |

| C. Martinez | A. Robinson |
|---|---|
| O. Morales | L. Thaniel |
| G. Ortiz | J. Torres |
| M. Pierini | J. Zanutto |
| S. Pifer | |

| SCB | **Joel Adams** | #14629 |
|---|---|---|

| SCD | **Charles Corbin** | #14550 |
|---|---|---|
| | Master Planning Backup | |
| | Theocratic Schools Desk | |
| | **Desk Group** | |

| J. Allen | A. Flowers |
|---|---|
| T.Bornschein | R. Oshiro |
| J. Emery | S. Shoffner |
| K. Flis | D.Strachan |

| SCF | **Richard Ashe** | #14625 |
|---|---|---|
| | Bethel Matters Backup | |
| | Computer Support | |
| | Convention & Assembly Desk | |
| | Program Desk | |
| | Special Conventions | |
| | Speaking Assignment Desk | |

| SCG | **Joshua Rechanek** | #14521 |
|---|---|---|
| | Bible Questions Desk | |
| | Convention & Assembly Desk Backup | |
| | Photo Shoots Backup | |
| | **Disaster Relief** | |

| A. Alonso | |
|---|---|
| A. Barocio | |
| C. Harr | |
| H. Steele | |

### Desk Group

| B. Cowan | M. Straughter |
|---|---|
| J.C. Diaz | A. Toledo |
| O. Lopez | J. Toledo |
| D. Ramos | E. Torres |
| J. Rumph | |

| SCH | **Virgil Card** | #14422 |
|---|---|---|
| | Field Ministers Desk | |
| | Foreign-Language Desks Backup | |
| | Prison Ministry Backup | |
| | Report Desk Backup | |
| | Special Witnessing Backup | |
| | Territory Maps | |
| | Translation Desk Backup | |

| SCL | **Thomas Jefferson** | #14624 |
|---|---|---|
| | Bethel Matters | |
| | Field Ministers Desk Backup | |
| | Pioneer/Branch Transfer | |
| | Photo Shoots | |
| | Theocratic Schools Desk Backup | |
| | **Desk Group** | |

| J. Adams | M. Molle |
|---|---|
| D. Chappel | J. Owen |
| B. Frey | L. Reeder |
| A. Harrell | J. Smith |
| M. Lindstrom | M. Waddington |

| SCO | **Louis Walker III** | #14607 |
|---|---|---|
| | Pioneer/Branch Transfer Backup | |

| SCZ | **Hernan Steele** | #14608 |
|---|---|---|
| | Computer Support Backup | |
| | Disaster Relief Backup | |
| | Foreign-Language Desks | |
| | Prison Ministry | |
| | Report Desk | |
| | Special Witnessing | |
| | Translation Desk | |
| | **Desk Group** | |

| J. Andrews | B. Hess |
|---|---|
| A. Barocio | E. Mapula |
| A. deBardelaben | K. Wolff |
| A. Gonzalez | W. Young |
| J. Grim | |

| SMB | **Anthony Johnson** | #62500 |
|---|---|---|
| | Correspondence | |

**Effective 2/1/21**

CAEKAERT/MAPLEY 004250

**Service Desks**

## SERVICE DEPARTMENT

**English**

---

**SDA** Lawrence Thaniel #14570 **18**
Contact: SCL   Hunt Group: TN #14280
**SSL** Tillmon Burton #14571
| Delaware | 1 |
| Maine | 3 |
| New Hampshire | 2 |
| Rhode Island | 1 |
| Tennessee | 8 |
| Vermont | 1 |
| Washington DC | 2 |

**SDB** Albert Harrell #14586 **4**
Contact: SCL   Hunt Group: NE #14370
**SSS** Shayne Bayless #14587
| Nebraska | 4 |

**SDC** Scott Pifer #14528 **18**
Contact: SCG   Hunt Group: WI #19660
**SSW** Justin Caldwell #14529
| Arkansas | 6 |
| Louisiana | 6 |
| Wisconsin | 6 |

**SDE** Jonathan Smith
Contact: SCL

**SDF** Armand deBardelaben #14572 **14**
Contact: SCZ   Hunt Group: IN/SC #14199
**SSQ** Thomas Moore #14559
| Indiana | 6 |
| South Carolina | 8 |

**SDG** Leroy Reeder #14538 **17**
Contact: SCL   Hunt Group: TX(E) #14240
**SSC** Leopoldo Rosales #14539
| Texas (East) | 17 |

**SDH** Taylor Bornschein #14568 **12**
Contact: SCD   Hunt Group: CO/HI #14149
**SSB** Jared Morrison #14527
| Colorado | 7 |
| Hawaii | 5 |

**SDI** Russell Oshiro #14504 **18**
Contact: SCD   Hunt Group: GA #14160
**SST** Corey Wadlington #14505
| Georgia | 18 |

**SDJ** Maxwell Pierini #14524 **31**
Contact: SCA   Hunt Group: FL(N) #14150
**SSD** Shane Edwards #14525
| Florida (North) | 17 |
| Washington | 14 |

**SDK** Douglas Chappel #14506 **27**
Contact: SCL   Hunt Group: NY #14250
**SSG** Patrick Joyner #14507
| Connecticut | 4 |
| New York | 23 |

**SDL** Joseph Emery #14532 **20**
Contact: SCD  Hunt Group: FL (S) #14230
**SSK** Christopher St. Julian #14533
| Florida (South) | 12 |
| New Jersey | 8 |

**SDM** Jeffrey Allen #14576 **15**
Contact: SCD   Hunt Group: OH #15430
**SSR** Jade Baker #14577
| Ohio | 15 |

**SDN** Mark Molle #14558 **16**
Contact: SCL   Hunt Group: MI #14190
**SSQ** Thomas Moore #14559
| Michigan | 16 |

**SDO** Adrian Gonzalez #14588 **15**
Contact: SCD   Hunt Group: MN #14139
SSO Jeremy Rogers  #14579
| Alaska | 2 |
| Minnesota | 8 |
| New Mexico | 3 |
| Wyoming | 2 |

**SDP** Jonata Zanutto #14551 **14**
Contact: SCA   Hunt Group: AL/OK #19669
**SSW** Justin Caldwell #14529
| Alabama | 8 |
| Oklahoma | 6 |

**SDQ** Benjamin Frey #14520 **14**
Contact: SCL   Hunt Group: NC #14169
**SST** Corey Wadlington #14505
| North Carolina | 14 |

**SDR** Keith Flis #14540 **28**
Contact: SCD   Hunt Group: CA (S) #14140
**SSJ** Stephen Holt #14541
| California (Southern) | 28 |

**SDS** Benjamin Hess #14548 **15**
Contact: SCD   Hunt Group: AZ #15439
**SSN** Marnen Fuller #14549
| Arizona | 9 |
| Iowa | 3 |
| Kansas | 3 |

**SDT** Alphonso Robinson #14536 **27**
Contact: SCA   Hunt Group: CA (N) #14130
**SSV** Aftab Bhatti #14537
| California (Northern) | 27 |

**SDU** Jacob Rumph #14509 **14**
Contact: SCG   Hunt Group: MS #14259
**SSG** Patrick Joyner #14507
| Mississippi | 6 |
| Montana | 3 |
| Nevada | 3 |
| North Dakota | 1 |
| South Dakota | 1 |

Effective 2/1/21

CAEKAERT/MAPLEY 004251

**Service Desks**

**SERVICE DEPARTMENT**

English | Spanish

---

**SDV** Darwin Strachan #14542 **32**

Contact: SCD   Hunt Group: VA #14260

**SSF** Aaron Fisher #14543

| | |
|---|---|
| Bahamas | 1 |
| Barbados | 3 |
| Caribbean Islands (English except ABC Islands) | |
| Grenada | 1 |
| Jamaica | 8 |
| Kentucky | 5 |
| St. Maarten | 1 |
| Virginia | 11 |
| West Virginia | 2 |

**SDW** Keith Wolff #14522 **20**

Contact: SCZ   Hunt Group: IL #14170

**SSH** Craig Dunkel #14523

| | |
|---|---|
| Idaho | 3 |
| Illinois | 15 |
| Utah | 2 |

**SDX** Mark Lindstrom #14554 **24**

Contact: SCL   Hunt Group: PA #17350

**SSI** Arun Mani #14555

| | |
|---|---|
| Oregon | 9 |
| Pennsylvania | 15 |

**SDY** Obed Lopez #14530 **24**

Contact: SCG   Hunt Group: MA/MO #14180

**SSM** Quennel Sheppard #14531

| | |
|---|---|
| Maryland | 8 |
| Massachusetts | 8 |
| Missouri | 8 |

**SDZ** Matthew Waddington #14512 **15**

Contact: SCL   Hunt Group: TX (W) #14249

**SSP** Michael Churampi #14513

| | |
|---|---|
| Texas (West) | 15 |

**SHA** Eric Schuldt #14626

**SSE** Yonatan Mebrahtu

---

**SFB** Anthony Toledo #14553 **18**

Contact: SCG   Hunt Group: GA-S #14339

**SFK** Aryan Cendan #14582

| | |
|---|---|
| Arkansas | 2 |
| Georgia | 6 |
| Indiana | 1 |
| Massachusetts | 3 |
| Nevada | 3 |
| Oregon | 3 |

**SFC** Daniel Ramos #59800 **27**

Contact: SCG   Hunt Group: CA-S (S) #59700

**SFM** Abdiel Rivera #59801

| | |
|---|---|
| California (Southern) | 27 |

**SFF** Javier Toledo #59804 **26**

Contact: SCG   Hunt Group:FL-S #59710

**SFA** Alain Alonso #59805

| | |
|---|---|
| Florida | 26 |

**SFH** Caleb Martinez #14557 **17**

Contact: SCA   Hunt Group: CO/NM-S #16919

**SFV** Javier Mesinas #14573

| | |
|---|---|
| Colorado | 4 |
| Louisiana | 1 |
| Maryland | 1 |
| Michigan | 1 |
| Mississippi | 1 |
| New Mexico | 3 |
| Ohio | 2 |
| Virginia | 2 |
| Wisconsin | 2 |

**SFI** Alex Barocio #14546 **22**

Contact: SCA   Hunt Group: PR-S #16910

**SFJ** David Sosa #14547

| | |
|---|---|
| ABC Islands (All Languages) | 2 |
| Caribbean Islands (Spanish) | |
| North Carolina | 6 |
| Puerto Rico (English & Spanish) | 13 |
| South Carolina | 1 |

---

**SFN** Marlon Straughter #14518 **20**

Contact: SCG   Hunt Group: CA-S (N) #14330

**SFQ** Luis Mendez #14519

| | |
|---|---|
| California (Northern) | 20 |
| All Other States (Except Caribbean) | |

**SFR** Jose Torres #14516 **29**

Financial Contact

Contact: SCA   Hunt Group: TX-S (W) #16900

**SFD** Jaime Mejia #14517

| | |
|---|---|
| Arizona | 5 |
| Minnesota | 1 |
| Nebraska | 1 |
| Texas (West) | 18 |
| Washington | 4 |

**SFS** Omar Morales #14510 **30**

Contact: SCA   Hunt Group: NY-S #14360

**SFG** Esteban Moran #14511

| | |
|---|---|
| Alabama | 1 |
| Connecticut | 2 |
| Idaho | 1 |
| Illinois | 7 |
| Iowa | 1 |
| Kansas | 1 |
| Kentucky | 1 |
| New Jersey | 5 |
| New York | 8 |
| Pennsylvania | 3 |

**SFX** Ernesto Torres #59802 **22**

Contact: SCG   Hunt Group: TX-S (E) #59720

**SFT** Jorge Castillo #59803

| | |
|---|---|
| Oklahoma | 1 |
| Tennessee | 2 |
| Texas (East) | 18 |
| Utah | 1 |

---

**Effective 2/1/21**

CAEKAERT/MAPLEY 004252

## Service Desks
### SERVICE DEPARTMENT

#### FOREIGN LANGUAGE

**SLC** Edward Mapula #14560 · 43
Contact: SCZ    Hunt Group: FGN B #16970
**SLG** Aaron Telmanik #14561
African
Central American
European
Filipino
Indian
Middle Eastern
South American

**SLF** Joel Grim #14584 · 41
Contact: SCZ    Hunt Group: FGN A #16930
**SLD** Shudi Maeda #14585
Asian
Creoles
Island
Native American
Signed

#### Bethel Matters

**SDB** Albert Harrell #14586
Contact: SCL    Hunt Group: BCA #14590
**SSS** Shayne Bayless #14587

## Bible Questions

Hunt Group: BQUES #59790

### West
**SWB** Duane Hamberg #59810
Contact: SCF
**SWE** Carlos Rivera #59812
Alaska
Arkansas
Arizona
California
Colorado
Hawaii
Idaho
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Michigan
Minnesota
Missouri
Montana
Nebraska
Nevada
New Mexico
North Dakota
Ohio
Oklahoma
Oregon
South Dakota
Texas
Utah
Washington
Wisconsin
Wyoming

### East
**SWD** Angel Monarrez #59813
Contact: SCF
**SWE** Carlos Rivera #59812
Alabama
Aruba
Bahamas
Bermuda
Bonaire
Cayman Islands
Connecticut
Curacao
Delaware
Florida
Georgia
Jamaica
Maine
Maryland
Massachusetts
Mississippi
New Hampshire
New Jersey
New York
North Carolina
Pennsylvania
Puerto Rico
Rhode Island
South Carolina
Tennessee
Turks & Caicos Islands
Vermont
Virginia
Virgin Islands
Washington DC
West Virginia

Bible Questions Support
**SWA** Stanley Weigel #58535
**SWF** John Weigel #50719

**Effective 2/1/21**
CAEKAERT/MAPLEY 004253

## SERVICE DESKS - ALPHABETICAL LIST OF STATES
### SERVICE DEPARTMENT

**ENGLISH SERVICE DESKS**

| State | Name | Code | Number |
|---|---|---|---|
| ABC Islands | Barocio, Alex | SFI | 16910 |
| Alabama | Zanutto, Jonata | SDP | 19669 |
| Alaska | Gonzalez, Adrian | SDO | 14139 |
| Arizona | Hess, Benjamin | SDS | 15439 |
| Arkansas | Pifer, Scott | SDC | 19660 |
| California (N) | Robinson, Alphonso | SDT | 14130 |
| 8, 9, 10, 12, 13, 14, 15, 18, 19, 22, 23, 24, 26, 27, 29, 34, 39, 40, 41, 42, 43, 61, 63, 64, 69,  86,CA-C4 | | | |
| California (S) | Flis, Keith | SDR | 14140 |
| 1, 2, 3, 4, 5, 6, 7, 17, 21, 25, 28, 30, 32, 33, 35, 36, 37, 38, 44, 45, 46, 47, 62, 71, 74, 99, B3, CA-C2 | | | |
| Caribbean Islands (except ABC Islands and Puerto Rico) | Strachan, Darwin | SDV | 14260 |
| Colorado | Bornschein, Taylor | SDH | 14149 |
| Connecticut | Chappel, Doug | SDK | 14250 |
| Delaware | Thaniel, Lawrence | SDA | 14280 |
| Dist. of Col. | Thaniel, Lawrence | SDA | 14280 |
| Florida (N) | Pierini, Max | SDJ | 14150 |
| 2, 3, 5, 9, 10, 11, 12, 13, 20,  23, 30, 32, 35, 44, 45, 56, 66 | | | |
| Florida (S) | Emery, Joseph | SDL | 14230 |
| 1, 4, 6, 7, 8, 17, 24, 27, 41, 42, 54, 59 | | | |
| Georgia | Oshiro, Russell | SDI | 14160 |
| Hawaii | Bornschein, Taylor | SDH | 14149 |
| Idaho | Wolff, Keith | SDW | 14170 |
| Illinois | Wolff, Keith | SDW | 14170 |
| Indiana | deBardeleben, Armand | SDF | 14199 |
| Iowa | Hess, Benjamin | SDS | 15439 |
| Kansas | Hess, Benjamin | SDS | 15439 |
| Kentucky | Strachan, Darwin | SDV | 14260 |
| Louisiana | Pifer, Scott | SDC | 19660 |
| Maine | Thaniel, Lawrence | SDA | 14280 |
| Maryland | Lopez, Obed | SDY | 14180 |
| Massachusetts | Lopez, Obed | SDY | 14180 |
| Michigan | Molle, Mark | SDN | 14190 |
| Minnesota | Gonzalez, Adrian | SDO | 14139 |
| Mississippi | Rumph, Jacob | SDU | 14259 |
| Missouri | Lopez, Obed | SDY | 14180 |
| Montana | Rumph, Jacob | SDU | 14259 |
| Nebraska | Harrell, Albert | SDB | 14370 |
| Nevada | Rumph, Jacob | SDU | 14259 |
| New Hampshire | Thaniel, Lawrence | SDA | 14280 |
| New Jersey | Emery, Joseph | SDL | 14230 |
| New Mexico | Gonzalez, Adrian | SDO | 14139 |
| New York | Chappel, Doug | SDK | 14250 |
| North Carolina | Frey, Benjamin | SDQ | 14169 |
| North Dakota | Rumph, Jacob | SDU | 14259 |
| Ohio | Allen, Jeffrey | SDM | 15430 |
| Oklahoma | Zanutto, Jonata | SDP | 19669 |
| Oregon | Lindstrom, Mark | SDX | 17350 |
| Pennsylvania | Lindstrom, Mark | SDX | 17350 |
| Puerto Rico | Barocio, Alex | SFI | 16910 |
| Rhode Island | Thaniel, Lawrence | SDA | 14280 |
| South Carolina | deBardeleben, Armand | SDF | 14199 |
| South Dakota | Rumph, Jacob | SDU | 14259 |
| Tennessee | Thaniel, Lawrence | SDA | 14280 |
| Texas (E) | Reeder, Leroy | SDG | 14240 |
| 2, 4, 5, 11, 12, 13, 15, 16, 17, 32, 33, 40, 54, 62, 66, 67, 68 | | | |
| Texas (W) | Waddington, Matthew | SDZ | 14249 |
| 1, 3, 6, 7, 8, 9, 10, 14, 18, 30, 36, 37, 43, 49, 61 | | | |
| Utah | Wolff, Keith | SDW | 14170 |
| Vermont | Thaniel, Lawrence | SDA | 14280 |
| Virginia | Strachan, Darwin | SDV | 14260 |
| Washington St. | Pierini, Max | SDJ | 14150 |
| West Virginia | Strachan, Darwin | SDV | 14260 |
| Wisconsin | Pifer, Scott | SDC | 19660 |
| Wyoming | Gonzalez, Adrian | SDO | 14139 |

**SPANISH SERVICE DESKS**

| State | Name | Code | Number |
|---|---|---|---|
| Alabama | Morales, Omar | SFS | 14360 |
| Arizona | Torres, Jose | SFR | 16900 |
| Arkansas | Toledo, Anthony | SFB | 14339 |
| California (N) | Straughter, Marlon | SFN | 14330 |
| 49, 51, 52, 54, 57, 65, 66, 68, 72, 73, 82, 83, 90, 91, 94, A2, A3, A5, A6, C3 | | | |
| California (S) | Ramos, Daniel | SFC | 59700 |
| 48, 50, 53, 55, 56, 58, 59, 60, 67, 75, 77, 78, 79, 80, 81, 84 87, 88, 89, 92, 98, A0, A1, A4, B0, B1, B6 | | | |
| Colorado | Martinez, Caleb | SFH | 16919 |
| Connecticut | Morales, Omar | SFS | 14360 |
| Caribbean Islands | Barocio, Alex | SFI | 16910 |
| Florida | Toledo, Javier | SFF | 59710 |
| Georgia | Toledo, Anthony | SFB | 14339 |
| Idaho | Morales, Omar | SFS | 14360 |
| Illinois | Morales, Omar | SFS | 14360 |
| Indiana | Toledo, Anthony | SFB | 14339 |
| Iowa | Morales, Omar | SFS | 14360 |
| Kansas | Morales, Omar | SFS | 14360 |
| Kentucky | Morales, Omar | SFS | 14360 |
| Louisiana | Martinez, Caleb | SFH | 16919 |
| Maryland | Martinez, Caleb | SFH | 16919 |
| Massachusetts | Toledo, Anthony | SFB | 14339 |
| Michigan | Martinez, Caleb | SFH | 16919 |
| Minnesota | Torres, Jose | SFR | 16900 |
| Mississippi | Martinez, Caleb | SFH | 16919 |
| Nebraska | Torres, Jose | SFR | 16900 |
| Nevada | Toledo, Anthony | SFB | 14339 |
| New Jersey | Morales, Omar | SFS | 14360 |
| New Mexico | Martinez, Caleb | SFH | 16919 |
| New York | Morales, Omar | SFS | 14360 |
| North Carolina | Barocio, Alex | SFI | 16910 |
| Ohio | Martinez, Caleb | SFH | 16919 |
| Oklahoma | Torres, Ernesto | SFX | 59720 |
| Oregon | Toledo, Anthony | SFB | 14339 |
| Pennsylvania | Morales, Omar | SFS | 14360 |
| Puerto Rico | Barocio, Alex | SFI | 16910 |
| South Carolina | Barocio, Alex | SFI | 16910 |
| Tennessee | Torres, Ernesto | SFX | 59720 |
| Texas (E) | Torres, Ernesto | SFX | 59720 |
| 21, 23, 28, 29, 38, 39, 42, 44, 45, 50, 51, 58, 60, 70, 71, 72, 73, 74 | | | |
| Texas (W) | Torres, Jose | SFR | 16900 |
| 20, 24, 25, 26, 27, 31, 34, 35, 41, 46, 47, 52, 53, 56, 57, 63, 64, 65 | | | |
| Utah | Torres, Ernesto | SFX | 59720 |
| Virginia | Martinez, Caleb | SFH | 16919 |
| Washington St. | Torres, Jose | SFR | 16900 |
| Wisconsin | Martinez, Caleb | SFH | 16919 |
| All other US states | Straughter, Marlon | SFN | 14330 |

Effective 2/1/21

CAEKAERT/MAPLEY 004254

## Convention and Assembly Desk
### SERVICE DEPARTMENT

#### CONVENTION VENUE DESK

| | | |
|---|---|---|
| **SEA** | Larry Prueitt | #58645 |
| **SEB** | Andrew Fortin | #14654 |
| **SEC** | Kyle Caldwell | #14688 |
| **SEJ** | Jose Perez | #14655 |
| **SEP** | Rheanna Caldwell | #14688 |
| **SEQ** | Anthony Dinolfo | #14672 |
| **SEW** | Jahret Sylvester | #14635 |
| **SEZ** | Erik Appling | #14671 |
| **SRA** | Steven Barnett | #14574 |
| **SRC** | David DeSimone | #43502 |
| **SRD** | Curtis Gruber | #43515 |
| **SRE** | Christopher Harr | #14621 |
| **SRF** | Joel Kostachek | #14567 |
| **SRG** | Robert Laudadio | #43516 |
| **SRH** | Richard Okarmus | #43517 |
| **SRI** | De'Ann Sylvester | #14659 |
| **SRN** | Seth Robertson | #14636 |
| **SRO** | Whitney Robertson | #14659 |

#### ASSEMBLY SCHEDULING

| | | |
|---|---|---|
| **SEQ** | Anthony Dinolfo | #14672 |
| | Hunt Group: SCHED (E) 15680 | |
| | East | |
| **SEZ** | Erik Appling | #14671 |
| | Hunt Group: SCHED (W) 15690 | |
| | West | |

| | | |
|---|---|---|
| **SED** Keith Brown | | #14678 |
| Hunt Group:V-CNTRL #15420 | | |
| **SEI** Seth Fielders | | #14679 |
| Alabama | | |
| Arkansas | | |
| Florida | | |
| Georgia | | |
| Illinois | | |
| Kentucky | | |
| Louisiana | | |
| Michigan | | |
| Mississippi | | |
| North Carolina | | |
| South Carolina | | |
| Tennessee | | |
| Wisconsin | | |

| | | |
|---|---|---|
| **SEM** Kenneth Varni | | #14660 |
| Hunt Group: V-WEST #15440 | | |
| **SET** Josue Patrocinio | | #14661 |
| Arizona | | |
| Colorado | | |
| Idaho | | |
| Iowa | | |
| Kansas | | |
| Minnesota | | |
| Missouri | | |
| Montana | | |
| Nebraska | | |
| New Mexico | | |
| North Dakota | | |
| Oklahoma | | |
| Oregon | | |
| South Dakota | | |
| Texas | | |
| Utah | | |
| Washington State | | |
| Wyoming | | |

| | | |
|---|---|---|
| **SEK** Kevin Turman | | #14650 |
| Hunt Group: V-CARIB #15390 | | |
| **SEO** Brandon French | | #14651 |
| Alaska | | |
| Aruba | | |
| Bahamas | | |
| Barbados | | |
| Bermuda | | |
| Bonaire | | |
| California | | |
| Cayman Islands | | |
| Curacao | | |
| Hawaii | | |
| Jamaica | | |
| Nevada | | |
| Puerto Rico | | |
| Turks & Caicos Islands | | |

| | | |
|---|---|---|
| **SEV** Brandon Schuetz | | #14638 |
| Hunt Group: V-EAST #15380 | | |
| **SEY** Sean Yi | | #14639 |
| Connecticut | | |
| Delaware | | |
| Indiana | | |
| Maine | | |
| Maryland | | |
| Massachusetts | | |
| New Hampshire | | |
| New Jersey | | |
| New York | | |
| Ohio | | |
| Pennsylvania | | |
| Rhode Island | | |
| Vermont | | |
| Virginia | | |
| Washington DC | | |
| West Virginia | | |

Effective 2/1/21

CAEKAERT/MAPLEY 004255

## Theocratic Schools Desk / Translation Desk
### SERVICE DEPARTMENT

| THEOCRATIC SCHOOLS DESK | TRANSLATION DESK |
|---|---|

**Hunt Groups:**

SCOTW #14630

SKE #17130

PSS #16940

SCE #17140

KMS #16950

| | | |
|---|---|---|
| **SIB** | Oscar Gramillo | #14441 |
| **SIC** | Roland Jacklin | #14440 |
| **SID** | Gregory Scharf | #14447 |
| **SIE** | Will Foster | #14449 |
| **SIG** | Ralpheal Little | #14448 |
| **SIH** | Lauren Sanborn | #14618 |
| **SII** | Jennifer Schuetz | #14689 |
| **SIL** | Marcie Shuster | #14617 |

**Hunt Group: TRANSL #15460**

| | | |
|---|---|---|
| **SAA** | Edward Vosh III | #14580 |
| **SAB** | Nathan Nunez | #14581 |
| **SAE** | Aaron Gerber | #14564 |
| **SAI** | Brian Conn | #14564 |
| **SAJ** | Chip Emerick | #14583 |

**ASL**

| | | |
|---|---|---|
| **SAC** | Keith Lucas | #14437 |
| **SAD** | Michelle Andrews | #14421 |
| **SAG** | Joshua Bellamio | #14438 |
| **SAH** | Timothy Mallory | #14412 |
| **SAK** | Veronica Mallory | #14412 |
| **SAL** | Daphne St. Julian | #14477 |
| **SAM** | Cory Blue | #14446 |
| **SAN** | Dana Blue | #14445 |
| **SAO** | James E. Thomas III | #14466 |
| **SAP** | Cassandra Thomas | #14423 |
| **SAT** | Daisy Russell | #14419 |
| **SAU** | Tania Lane | #14476 |
| **SAV** | Brandon Lane | #14476 |

**Effective 2/1/21**

CAEKAERT/MAPLEY 004256

**Field Ministers Desk**
**SERVICE DEPARTMENT**

---

**SPB** Darrell Buchanan #14430
Hunt Group: FM-TX #15280
**SPT** Jason Smitko #14431
Alaska
Arkansas
Colorado
District of Columbia
Kansas
Maine
Minnesota
Nebraska
Nevada
North Carolina
North Dakota
Oklahoma
Oregon
Texas

---

**SPD** Bobby Nash #14424
Hunt Group: FM-FL #15180
**SPV** Markis West #14425
Connecticut
Delaware
Florida
Illinois
Mississippi
New Jersey
Virginia

---

**SPE** Glen Colebrooke #14433
Hunt Group: FM-MI/PA #19650
**SPY** Abel Perez #14434
Alabama
Anguilla
Antigua and Barbuda
Barbados
Dominica
Georgia
Grenada
Idaho
Indiana
Iowa
Massachusetts
Michigan
Missouri
Montserrat
Nevis
New Hampshire
New Mexico
Pennsylvania
Saba
St. Eustatius
St. Kitts
St. Lucia
St. Vincent and the Grenadines
Washington
West Virginia
Wisconsin

---

**SPA** David Wilson #14426
Hunt Group: FM-CA #14390
**SPI** Jacob Linden #14427
California
Hawaii
Louisiana
Maryland
Montana
Rhode Island
South Dakota
Utah
Vermont
Wyoming

---

**SPH** Mark Correa #14428
Hunt Group: FM-NY #15190
**SPU** Benjamin Holmes #14429
Arizona
Bahamas
Bermuda
Cayman Islands
Jamaica
Kentucky
New York
Ohio
South Carolina
Tennessee
Turks & Caicos Islands

---

**SPO** Ruben Moreno #14435
Hunt Group: FM-PR #17360
**SPS** Jonathan Irizarry #14436
Aruba
Bonaire
Curacao
Puerto Rico
St. Maarten
Virgin Islands (British)
Virgin Islands (U.S)
All Spanish Circuit overseers
CO Pursuit Desk
Substitute CO Desk

---

**FMD Support**
**SPK** Hugh Haisley #43503
**SPL** Nichole Flis #14420
**SPM** Charles Molohan #14432
**SPP** William Young #14628
**SPW** Billie Cowan #14668
**SPX** Alan Flowers #43511
**SPZ** Gilbert Ortiz #43501

CAEKAERT/MAPLEY 004257

**Preaching Needs Desk**

**SERVICE DEPARTMENT**

### CORRESPONDENCE

| | | |
|---|---|---|
| SMA | Hayley McDougal | #62569 |
| SMB | Anthony Johnson | #62500 |
| SMC | Don Kommers | #62505 |
| SMD | Samantha Whitaker | #62569 |
| SME | Massiel Ward | #62569 |
| SMF | Yasuko Takeuchi | #62503 |
| SMG | Laura Bartlett | #62513 |
| SMH | Mirta Buchanan | #50671 |
| SMI | Robert Authier | #62549 |
| SMJ | Jeanette Franklin | #14407 |
| SMK | Consuelo Giglio | #14442 |
| SML | Erin Goss | #62507 |
| SMM | Tracy Hale | #62510 |
| SMN | Verlinda Harrell | #14408 |
| SMO | Janet Haynes | #62516 |
| SMP | Susan Lett | #62514 |
| SMQ | Merete Losch | #62504 |
| SMR | Sandra Malenfant | #62502 |
| SMS | Cynthia Pollock | #62506 |
| SMT | Sue Schulz | #62511 |
| SMU | Livija Sinclair | #62519 |
| SMV | Naomi Thomas | #62518 |
| SMW | Karen Tiglas | #62517 |
| SMX | Sara Vega | #62509 |
| SMY | Ruby Weaver | #14443 |
| SMZ | Elizabeth Scott | #62512 |
| SNB | June Van de Wall | #50778 |
| SNC | Jacqueline Zurich | #62569 |

### MASTER PLANNING

| | | |
|---|---|---|
| SKA | William Nonkes | #43510 |
| SKB | Noe Luna | #14644 |
| SKC | Wes Bisbee | #14640 |
| SKE | Andrea Henderson | #14643 |
| SKF | Fermin Cepeda Jr. | #14514 |
| SKG | Robert Ponce | #14569 |
| SKJ | Gamaliel Contreras | #14566 |
| SKK | Judah Robb | #14552 |
| SKM | Manuel Moreno | #14642 |
| SKS | Dian Flowers | #43514 |
| SKT | Juliana Bayless | #14641 |
| SKV | Arthur Larson | #14562 |
| SKW | Deborah Larson | #14406 |
| SKX | Shawn Backus | #14565 |

### PIONEER/BRANCH TRANSFER

| | | |
|---|---|---|
| SHG | Nicky Strachan | #14409 |
| SHH | Shirrell Georges | #14411 |
| SHJ | Maria Scharf | #14410 |
| SHK | Juliet Weigel | #58835 |
| SHL | Leila Ribble | #14417 |

### SPECIAL WITNESSING

**Hunt Group: SW/RPT # 16960**

| | | |
|---|---|---|
| SHB | David Smith | #14619 |
| SHC | Lourdes Dellinger | #62508 |
| SHD | Mashona Lofton | #14652 |
| SHF | Joseph Brasher | #14622 |
| SHI | Robert Hart | #58125 |
| SHM | David Alexander | #14676 |
| SHN | David Rivera | #14674 |
| SHO | Frank Gronachan | #14653 |
| SHP | Frank Pereyda | #14663 |
| SHS | John Andrews | #14645 |
| SHU | Johnny Turner III | #14662 |

### TERRITORY MAPS

**Hunt Group: TERR #14450**

| | | |
|---|---|---|
| STB | Rachel Kahle | #14414 |
| STC | Chelsea Barocio | #14415 |
| STF | Terrence Pettigrew | #14400 |
| STG | Angela Smith | #62539 |
| STH | Robin Saracco | #62501 |
| STI | Sandra Denney | #14405 |
| STJ | Paula Mullane | #43518 |
| STK | Susan Varni | #14403 |
| STL | Cat Brown | #14444 |

Effective 2/1/21

CAEKAERT/MAPLEY 004258

**Remote Volunteers**

## SERVICE DEPARTMENT

### Conv'n & Assembly Desk

| | |
|---|---|
| Robert Acevedo | Jeffrey Sena |
| Jaime Alanis | Traian Sfera |
| Thomas Aldinger | Jan Staton |
| George Ardolino | Martin Stout |
| Brian Bergeron | Brandon Tebo |
| Michael Borgalio | Hector Vizcarra |
| Andrew Carr | Jerry West |
| Douglas Crist | James Williams |
| Ward Crosier | Kenneth Woodhams |
| Jan Cunningham | James Zimmerman |
| Joel Cunningham | |

### Field Ministers Desk

Richard Carpenter (SPQ)

Scott Cunningham
Charles DiReda
David Eastin
Matthew J. Edwards
Daniel Faber
Michael Frantesl
Scott Galaida

### Office Support

Peter Coconis
**Computer Support**
Jerry Chung
Jason Woods

Daniel Glasure
Christopher Greer
Karl W. Gustafson
Larry Hafer
Richard Hamilton
Jared Hardie
Joel Hendley
Scott Hughes
Roy Jarrett
Christopher Jew
James Kirton
James A. Knight
Ryan Kramer
Beau Leslie
Jesse McDonald
Kurt McKean
James McNeill Jr.
Benjamin D. Miller
Michael D. Miller
Gabriel Najjar
Jorge Nunez
Dana Parker
Mark D. Peterson
Clifford Mark Potter
Henry Preston
Timothy Purscell
Timothy Rathell
Joseph A. Ross JR.
Robert Rodish
Owen Sakima
Charles F. Schroeder
Evan Schwarz
Jonathan Selby

### Preaching Needs Desk

**Territory Maps**
William Turpen (STE)
**Master Planning**
Lynn Branchini
Kristin D'Aust
William D'Aust
Sydney Hawkins
Howard Holmes III
Gabriel Rodriguez
Jeffery Tamayo
Sara Tamayo
Sean Tucker
George Wallis
Lucinda Wallis
**Special Witnessing**
Fenn Austin
Daniel Houghton
Louis La Conte
Joseph Mazacek
Deborah Valdez
Edgar Valdez
Aaron Wallace

### Theocratic Schools Desk

Marc Chobot
Adam Tapia

### Translation Desk

David Katt
Matthew Moore
Reggie Payne
Robert G. Wood, Jr.
Rick Setum

**ASL**
Jeremy Batten
Tania Batten
Autumn Hopman
Cody Hopman
Crystal Lowe
Ronald Lowe
Nathan Pimpinella
Tiffany Pimpinella
Daniel Rappa
Laurie Rappa
Lamar Ray
Judah Reeves
Charles Rich
Emily Tatum
Ryan Tatum
Brian Temple
Janene Temple
Ruth Vigna
Victor Vigna

**Chinese**
Jeffrey Kao
Shao Wang
Paul Kwok Wong
John Wu
Fan Yu

**French**
Jacques Bineng
Michou Kokodoko
Olivier Ranger
Emaus Saintilmont

**Haitian Creole**
Jean Dukens Deshommes
Patrick Jean-Pierre
Fred Alex Lespinasse
Daniel Pierre
Jean-Ricard Rameau

**Korean**
Kevin M. Lee
Tony Oh
Hyunjae Park
Sung Jin Park
Junghoon Shin

**Papiamento**
Mariano Fraaij
Frankie Herms
Ricardo Ruerly
Mario Sanna
Audie Vanblarcum

**Portuguese**
Evan Brooks
Felipe De Oliveira
Paulo Flor
Franklin Zepeda

**Russian**
Ronald Arrowood
Yuriy Kasterin
Arthur Migirov
Edward Titievskiy

**Spanish**
Johnnie Benningfield II
Jose Churampi
Fernando Hurtado
Orlando Maldonado
Ricardo Perales
Jose E. Rodriguez
Roberto Rodriguez
Diego Sorroche
Charles Tenorio
Manuel Topete
Javier Valentin

**Swahili**
Asumani Munga
Keneth Mwangi
Wismon Simwizye
David Woolf

**Tagalog**
Michael Asinas
Emmanuel Del Rosario
Ronald Jocosing
Rodrigo Velasco

Effective 2/1/21

CAEKAERT/MAPLEY 004259

**Consultants**

**SERVICE DEPARTMENT**

### Conv'n & Assembly Desk

David Almodovar
Jamie Anderson
Todd Anderson
Kevin Arowcavage
Addison Avila
Jeffrey Baumgart
Martina Baumgart
Curtis Bernhauser
Byron Crosby
Mark Curtiss
Stephanie Curtiss
Marshall Custis
Derek Cuthrell
Bruce Dobbs
Michael Downing
Edward Dreyer
David Enbey
Alia Faber
Ivy Faber
Roy Faber
Kevin Grace
James Grandy
Andrew Harvey
Ted Hernandez
Robert Jimenez
Henry Lescaille
Karen Leslie
Joseph Marler
Joseph Robertazzi
Jessica Roland
Joseph Sacchetti
Stephen Salvato
Jonathan P. Scibetta
Brian Smith
Randall Thomas
Rodney Wyche

### Office Support

**Marriage Officiant (Jamaica)**
Cecil Donald

### Preaching Needs Desk

**Special Witnessing**
Christopher Marleau Bax
Scott Colwell

### Translation Desk

**ASL**
David Canas
Sandra Canas
Gretchen Falco
Simon Falco
Martin Fillman
Jeremiah Hoagland
Matthew Holmes
Michelle Holmes
Enrique Layton
Naomi Rose Lins
Ryan Jonathan Lins
Betsy Rich
Lily Anne Roman
Peter Bach Roman
Antonio Vigna
Matthew Wilder
Jennifer Wilder

**Effective 2/1/21**

CAEKAERT/MAPLEY 004260

## Foreign Language Service Desk Language Assignments

**NOTE:** Languages are assigned to one of the pre-defined groups based on similarity in region, culture, and other factors.

| **SLF – J. Grim   14584**<br>**Sec: S. Maeda   14585**<br>**Hunt Group: FGN A   16930** | **SLC – E. Mapula   14560**<br>**Sec: A. Telmanik   14561**<br>**Hunt Group: FGN B   16970** | **SFI – A. Barocio   14546**<br>**Sec: D. Sosa   14547**<br>**Hunt Group: PR-S   16910** |
|---|---|---|
| **Asian, Creoles, Island, Native American, Signed** | **African, Central American, European, Filipino, Indian, Middle Eastern, South American** | **ABC Islands (Aruba, Bonaire, Curaçao)** |

| | | |
|---|---|---|
| American Sign Language | Karen (S'gaw) | Akateko | Pennsylvania German | Dutch |
| Apache | Kickapoo | Albanian | Persian | Haitian Creole |
| Bajan | Korean | Amharic | Polish | Papiamento (Aruba) |
| Belize Kriol | Kosraean | Arabic | Portuguese | Papiamento (Curaçao) |
| Blackfoot | Laotian | Armenian | Pular | |
| Cambodian | Marshallese | Bambara | Punjabi | |
| Central Alaskan Yupik | Mnong (Central) | Bengali | Q'anjob'al | |
| Cherokee | Mongolian | Bosnian | Quiche | |
| Chin (Hakha) | Muskogee | Bulgarian | Quichua (Chimborazo) | |
| Chin (Tiddim) | Myanmar | Cebuano | Romanian | |
| Chinese (Fuzhounese) | Navajo | Chatino | Romany (Serbia) | |
| Chinese Cantonese | Nigerian Pidgin | Croatian | Russian | |
| Chinese Mandarin | Okinawan | Ewe | Serbian | |
| Choctaw | O'odham (Tohono) | Finnish | Sinhala | |
| Chuukese | Pidgin (West Africa) | French | Somali | |
| Crow | Ponapean | Ga | Swahili | |
| Dutch Sign Language | Saint Lucian Creole | Garifuna | Swahili (Congo) | |
| Guyanese Creole English | Samoan | Georgian | Tagalog | |
| Haitian Creole* | Tewa | German | Tajiki | |
| Hawai'i Pidgin | Thai | Greek | Tajiki (Northern) | |
| Hawaiian | Tongan | Gujarati | Tamil | |
| Hmong (White) | Trinidadian Creole | Hindi | Tarascan | |
| Hopi | Vietnamese | Igbo | Telugu | |
| Indonesian | Vincentian Creole | Iloko | Tigrinya | |
| Iu-Mien | | Italian | Triqui | |
| Jamaican Creole | | Kabuverdianu | Turkish | |
| Jamaican Sign Language | | Kekchi | Twi | |
| Japanese | | Kinyarwanda | Tzotzil | |
| Jarai | | Kirghiz | Tzutujil | |
| | | Lingala | Ukrainian | |
| *Except for ABC Islands | | Low German | Urdu | |
| | | Malayalam | Uzbek | |
| | | Mam | Yoruba | |
| | | Maya | Zapotec (del Valle) | |
| | | Mixtec (Guerrero) | | |
| | | Mixtec (Mixtepec) | | |
| | | Nahuatl (Guerrero) | | |
| | | Napolitano | | |
| | | Nepali | | |
| | | Nuer | | |

CAEKAERT/MAPLEY 004261

# Convention and Assembly Desk Sections



Erik Appling (SEZ) - 14671 ← → Tony (SEQ) - 14672

AK
HI

WA, OR, MT, ND, MN, ID, SD, WY, IA, NE, UT, CO, KS, MO, AZ, NM, OK, TX

NV, CA

WI, MI, IL, IN, KY, TN, AR, MS, AL, GA, LA, FL, SC, NC, WV, VA

ME, VT, NH, NY, MA, RI, CT, PA, OH, NJ, DE, MD, DC

Kevin Turman (SEK) (14650)
Brandon French (SEO) (14651)
Ken Varni (SEM) (14660)
Josue Patrocinio (SET) (14661)
Keith Brown (SED) (14678)
Seth Fielders (SEI) (14679)
Brandon Schuetz (SEV) (14638)
Sean Yi (SEY) (14639)

Erik Appling (SEZ) - 14671 ← → Tony Dinolfo (SEQ) - 14672

Bahamas
Barbados
Bermuda
Cayman Islands
Jamaica
Turks & Caicos
Puerto Rico
US Virgin Islands
British Virgin Islands
Aruba
Bonaire
Curacao

14

Effective 2/1/21
CAEKAERT/MAPLEY 004262

## SERVICE DEPARTMENT  –  ASSEMBLY SCHEDULING



**WEST**

Direct all callers from states and circuits in ORANGE to E. Appling (SEZ)
Hunt Group: SCHED (W) 15690

**EAST**

Direct all callers from states and circuits in GREEN to A. Dinolfo (SEQ)
Hunt Group: SCHED (E) 15680 However, please direct all callers for Brooklyn, Queens, Jersey City, and Newburgh to 14500.

**WEST – SEZ 15690**

**EAST – SEQ 15680**

**WEST – SEZ  15690**

All Texas except TX-75-SW and TX-76-VT.
Only IN- 1 from Indiana.

**EAST – SEQ  15680**

All Indiana except IN-1.
Only TX-75-SW & TX-76-VT from Texas.
Aruba, Bonaire, Curacao (ABC)
Bahamas
Barbados (All Islands)
Bermuda
British Virgin Islands (BVI)
    -Tortola, Virgin Gorda
Cayman Islands (CYM)
    -Grand CYM, CYM Brac, Little CYM
Jamaica
Puerto Rico, Culebra, Vieques
Turks & Caicos Islands
US Virgin Islands (USVI)
    -St. Croix, St. John, St. Thomas

Effective 2/1/21

CAEKAERT/MAPLEY 004263

# FIELD MINISTERS DESK

US BRANCH TERRITORY



Darrell Buchanan (SPB)
**ALASKA**

Ruben Moreno (SPO)
**ABC ISLANDS:**
   **ARUBA**
   **BONAIRE**
   **CURAÇAO**
**PUERTO RICO**
**ST. MAARTEN**
**VIRGIN ISLANDS, BRITISH**
**VIRGIN ISLANDS, U.S.**

Mark Correa (SPH)
**BAHAMAS**
**BERMUDA**
**CAYMAN ISLANDS**
**JAMAICA**
**TURKS AND CAICOS ISLANDS**

David Wilson (SPA)
**HAWAII**
**MIDWAY ISLAND**

Glen Colebrooke (SPE)
**ANGUILLA**
**ANTIGUA AND BARBUDA**
**BARBADOS**
**DOMINICA**
**GRENADA**
**MONTSERRAT**
**SABA**
**ST. EUSTATIUS**
**ST. KITTS & NEVIS**
**ST. LUCIA**
**ST. VINCENT AND THE GRENADINES**

| | | | Hunt Group # |
|---|---|---|---|
| Bobby Nash (SPD) & Markis West (SPV) | 14424 | 14425 | 15180 |
| David Wilson (SPA) & Jacob Linden (SPI) | 14426 | 14427 | 14390 |
| Mark Correa (SPH) & Benjamin Holmes (SPU) | 14428 | 14429 | 15190 |
| Darrell Buchanan (SPB) & Jason Smitko (SPT) | 14430 | 14431 | 15280 |
| Glen Colebrooke (SPE) & Abel Perez (SPY) | 14433 | 14434 | 19650 |
| Ruben Moreno (SPO) & Jonathan Irizarry (SPS) | 14435 | 14436 | 17360 |

(All Spanish circuit overseers)

Effective 2/1/21
CAEKAERT/MAPLEY 004264

# FIELD MINISTERS DESK

### THE CARIBBEAN ISLANDS



BERMUDA

THE BAHAMAS

Mark Correa (SPH) / Benjamin Holmes (SPU)

Glen Colebrooke (SPE) / Abel Perez (SPY)

TURKS & CAICOS ISLANDS

CAYMAN ISLANDS

JAMAICA

BRITISH VIRGIN ISLANDS

PUERTO RICO

ANGUILLA
ST MAARTEN

US VIRGIN ISLANDS

ANTIGUA & BARBUDA

SABA
ST EUSTATIUS    MONTSERRAT
ST KITTS & NEVIS

Ruben Moreno (SPO) / Jonathan Irizarry (SPS)

DOMINICA

ST LUCIA

ARUBA
CURAÇAO    BONAIRE

ST VINCENT &
THE GRENADINES

BARBADOS

GRENADA

17

# TERRITORY MAPS - NEED GREATER REQUEST

## US BRANCH TERRITORY



### REGION ASSIGNMENT LEGEND

| | | |
|---|---|---|
| | Chelsea Barocio | 14415 |
| | Cat Brown | 14444 |
| | Rachel Kahle | 14414 |
| | Paula Mullane | 43518 |
| | Robin Saracco | 62501 |
| | Angela Smith | 14404 |
| | Susan Varni | 14403 |

Effective 2/1/21

CAEKAERT/MAPLEY 004266

# PREACHING NEEDS DESK - MASTER PLANNING
## US BRANCH TERRITORY



**Wesley Bisbee (SKC)**
Alaska
Hawaii

**Noe Luna (SKB)**
ABC Islands
Bahamas
Bermuda
Cayman Islands
Jamaica
Puerto Rico
Turks and Caicos Islands
Virgin Islands (U.S. & British)

**Manuel Moreno (SKM)**
Barbados
British West Indies
Dominica
Grenada
Montserrat
Saba
St. Eustatius
St. Kitts & Nevis
St. Maarten, St. Lucia
St. Vincent & the Grenadines

|  |  | Phone | Hunt Group Name | Pilot Number |
|---|---|---|---|---|
| 🟦 | Luna | 14644 | MPD (E/W) | 15457 |
| 🟩 | Bisbee | 14640 | MPD (N) | 15458 |
| 🟨 | Moreno | 14642 | MPD (S) | 15459 |

**Effective 2/1/21**
CAEKAERT/MAPLEY 004267

## PIONEER RECORD SECTION ASSIGNMENTS

| Shirrell Georges (SHH) #14411 | Leila Ribble (SHL) #14417 | Maria Scharf (SHJ) #14410 | Nicky Strachan (SHG) #14409 |
|---|---|---|---|
| US Branch Territory Sections | | | |
| ABC Islands | Anguilla | Florida | Alabama |
| Bermuda | Antigua & Barbuda | Iowa | Alaska |
| Connecticut | Arizona | Missouri | Arkansas |
| Delaware | Bahamas | Puerto Rico | Colorado |
| Jamaica | Barbados | Texas | Georgia |
| Maine | California | | Illinois |
| Maryland | Cayman Islands | | Indiana |
| Massachusetts | Dominica | | Hawaii |
| New Hampshire | Grenada | | Idaho |
| New Jersey | Kentucky | | Kansas |
| New York | Minnesota | | Louisiana |
| Pennsylvania | Montserrat | | Michigan |
| Rhode Island | Nevis | | Mississippi |
| Turks & Caicos | North Carolina | | Montana |
| Vermont | Ohio | | Nebraska |
| Virginia | Saba | | Nevada |
| Virgin Islands | South Carolina | | New Mexico |
| West Virginia | St. Eustatius, St. Kitts, St. Lucia, St. Maarten, St. Vincent & The Grenadines | | North Dakota |
| | | | Oklahoma |
| | | | Oregon |
| | Washington DC | | South Dakota |
| | | | Tennessee |
| | | | Utah |
| | | | Washington |
| | | | Wyoming |
| | | | Wisconsin |
| Country Regions | | | |

**ASIA**

Afghanistan, Armenia, Azerbaijan, Bahrain, Bangladesh, Bhutan, Brunei, Burma, Cambodia, China, East Timor, Georgia, Hong Kong, India, Indonesia, Iran, Iraq, Israel, Japan, Jordan, Kazakhstan, Korea, Kuwait, Kyrgyzstan, Laos, Lebanon, Malaysia, Mongolia, Oman, Pakistan, Philippines, Qatar, Russia, Saudi Arabia, Singapore, Sri Lanka, Syria, Taiwan, Tajikistan, Thailand, Turkey, Turkmenistan, United Arab Emirates, Uzbekistan, Vietnam, Yemen.

**EUROPE**

Albania, Austria, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Gibraltar, Greece, Hungary, Iceland, Ireland, Italy, Latvia, Lithuania, Moldova, Montenegro, Netherlands, Norway, Poland, Portugal, Republic of North Macedonia, Romania, Russia, Serbia, Slovakia, Slovenia, Spain, Sweden, Switzerland, Turkey, Ukraine, United Kingdom.

**CENTRAL AMERICA**

Belize, Costa Rica, El Salvador, Guatemala, Honduras, Mexico, Nicaragua, Panama

**NORTH AMERICA**

Canada

**SOUTH AMERICA**

Argentina, Bolivia, Brazil, Chile, Colombia, Ecuador, French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela.

**CARIBBEAN**

Cuba, Dominican Republic, Haiti, Trinidad and Tobago

**AUSTRALASIA**

Australia, New Zealand, Cook, Fiji, Kiribati, Marshall, Micronesia, Nauru, Niue, New Guinea, Palau, Papa New Guinea, Samoa, Solomon Islands, Guam,Tokelau, Tonga,Tuvalu, Vanuatu,and nearby islands of the western Pacific Ocean

**AFRICA**

Algeria, Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Central African Republic, Chad, Comoros Islands, Democratic Republic of the Congo, Djibouti, Egypt, Equatorial Guinea, Eritrea, eSwatini (formerly Swaziland), Ethiopia, Gabon, Gambia, Ghana, Guinea, Guinea-Bissau, Ivory Coast, Kenya, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Morocco, Mozambique, Namibia, Niger, Nigeria, Republic of the Congo, Rwanda, Sao Tome and Principe, Senegal, Sierra Leone, Somalia, South Africa, South Sudan, Sudan, Tanzania, Togo, Tunisia, Uganda, Western Sahara, Zambia, Zimbabwe.

CAEKAERT/MAPLEY 004268

## SPECIAL WITNESSING - PRISON MINISTRY



**WEST** — Direct all callers from states and circuits in ORANGE to F. Gronachan SHO - Hunt Group: PRIS (W) 17160

**EAST** — Direct all callers from states and circuits in GREEN to D. Rivera SHN - Hunt Group: PRIS (E) 17250

All Indiana except IN-1.
Aruba, Bonaire, Curacao (ABC)
Bahamas
Bermuda
British Virgin Islands (BVI)
  -Tortola, Virgin Gorda
Cayman Islands (CYM)
  -Grand CYM, CYM Brac, Little CYM
Jamaica
Puerto Rico, Culebra, Vieques
Turks & Caicos Islands
US Virgin Islands (USVI)
  -St. Croix, St. John, St. Thomas

21

Effective 2/1/21

CAEKAERT/MAPLEY 004269



'E' RESIDENCE

US Branch Committee Office

Service Department
Floor 2

TELECOM
ROOM
(MER-204)

CONV
0004

TR01

COT ROOM
003A

WOMEN'S
0003

MEN'S
0002

MECHANICAL
ROOM
(MER-201)

Anthony
Griffin
14604

Mark
Smith
14605

Greg
Churampi
14601

Gary
Breaux
14600

Randy
Rosabal
14603

ST02

CONFERENCE
ROOM #1
14670

William
Young
14628

Christopher
Perez
11360
PID

Mashona
Lofton
14652

Juliana
Bayless
14641

Noe
Luna
14644

Andrea
Henderson
14643

Manuel
Moreno
14642

John
Andrews
14645

Tony
Dinolfo
14672

Brandon
French
14651

Johnny
Turner III
14662

Jennifer
Schuetz
14689

T.S.D.
14687

Diana
Vosh
T.S.D.
14666

Richina Wolf
11366
PID

Marne
Hendriks
11364
PID

Frank
Pereyda
14663

Jahert
Sylvester
14635

Billie
Cowan
14668

Erik
Appling
14671

Frank
Gronachan
14653

Joseph
Brasher
14622

David
Rivera
14674

Wes
Bisbee
14640

EV02

EV01

ELEVATOR
LOBBY
EB01

ST01

RF02

RF03

Allen
Shuster
14602

Louis
Walker
14607

Luther
Georges
14606

Heman
Steele
14608

Andrew
Sciascia
14623

David
Smith
14619

Sean
Yi
14639

Keith
Brown
14678

Robert
Hendriks
11361
PID

Bryce
Hemmelgarn
11362
PID

Jason Hohl
11363
PID

Lauren
Sanborn
14618

Sheri
Brander
11378

Front
Desk
14503

David
Alexander
14676

Eric
Schuldt
14626

Christopher
Harr
14621

Seth
Robertson
14636

De'Ann
Sylvester/
Whitney
Robertson
14659

Kyle
Caldwell/
Rheanna
Caldwell
14688

RF04

Josue
Patrocinio
14661

Seth
Fielders
14679

Brandon
Schuetz
14638

Thomas
Jefferson
14624

Rick
Ashe
14625

Ken
Varni
14660

Andrew
Fortin
14654

Kevin
Turman
14650

Joel
Adams
14629

Marcie
Shuster
14617

Stephen
Holt
14541

Jose
Perez
14655

RF05

Scanner/Printer 14634

Mail Table

Office Building 2

Floor     02

RF01

PRINTERY 1

SERVICES BUILDING

Effective 3/1/21
CATALKRT-MAPLEY-004276



'E' RESIDENCE BASEMENT

Service Department
Floor 1

SERVICES BUILDING

Office Building 2

Floor    01



**Service Department**
Floor--Basement

| Isaac Juarez 14470 | Mark Gustafson 14471 | Glen Colebrooke 14433 | Darrell Buchanan 14430 | Mark Correa 14428 | Lila Molohan Writing Department | Dan Bordier 14473 |

Office Building 2 — Floor B1

# Service Department
Patterson



**25**

## Service Department
Warwick



**Effective 4/3/20**

CAEKAERT/MAPLEY 004274



Effective 2/1/21
CAEKAERT/MAPLEY 004275

# Service Department Phone Mates

Please note that a change is indicated by green fill of any shade.

| 1st Floor: English/FGN Desks | | HUNT GROUP | | | HUNT GROUP |
|---|---|---|---|---|---|
| SDT – A. Robinson – | 14536 | 14130 ⇔ | SDG – Leroy Reeder | 14538 | 14240 |
| Bhatti | 14537 | CA (N) | Rosales | 14539 | TX (E) |
| SDO – Adrian Gonzalez – | 14588 | 14139 ⇔ | SDZ – M. Waddington | 14512 | 14249 |
| Rogers | 14579 | MN | M. Churampi | 14513 | TX (W) |
| SDH – T Bornschein | 14568 | 14149 ⇔ | SDJ – Max Pierini | 14524 | 14150 |
| Morrison | 14527 | CO/HI | Edwards | 14525 | FL (N) |
| SDR – Keith Flis | 14540 | 14140 ⇔ | SDP – Jonata Zanutto | 14551 | 19669 |
| Holt | 14541 | CA (S) | Caldwell | 14529 | AL/OK |
| SDW – Keith Wolff | 14522 | 14170 ⇔ | SDV – Darwin Strachan | 14542 | 14260 |
| Dunkel | 14523 | IL | Fisher | 14543 | VA |
| SDI – Russell Oshiro | 14504 | 14160 ⇔ | SDK - Doug Chappel | 14506 | 14250 |
| Wadlington | 14505 | GA | Joyner – | 14507 | NY |
| SDQ– Benjamin Frey | 14520 | 14169 ⇔ | SDU – Jacob Rumph | 14509 | 14259 |
| Wadlington | 14505 | NC | Joyner – | 14507 | MS |
| SDX – Mark Lindstrom | 14554 | 17350 ⇔ | SDA – Lawrence Thaniel | 14570 | 14280 |
| Mani | 14555 | PA | Burton | 14571 | TN |
| SDY – Obed Lopez | 14530 | 14180 ⇔ | SDL– Joe Emery | 14532 | 14230 |
| Sheppard | 14531 | MA/MO | St. Julian | 14533 | FL (S) |
| SDN – Mark Molle | 14558 | 14190 ⇔ | SDM – Jeff Allen | 14576 | 15430 |
| Moore | 14559 | MI | Baker | 14577 | OH |
| SDF – A. deBardelaben | 14572 | 14199 ⇔ | SDS – Benjamin Hess | 14548 | 15439 |
| Moore | 14559 | IN/SC | Fuller | 14549 | AZ |
| SDC – Scott Pifer | 14528 | 19660 ⇔ | SDB – Harrell, Albert | 14586 | 14370 |
| Caldwell | 14529 | WI | Bayless | 14587 | NE |
| SLF – Joel Grim | 14584 | 16930 ⇔ | SLC – Edward Mapula | 14560 | 16970 |
| Maeda | 14585 | FGN A | Telmanik | 14561 | FGN B |
| | | | | | |
| Spanish Desks | | | | | |
| SFC – Dan Ramos | 59800 | 59700 ⇨ | SFF – Javier Toledo | | |
| Rivera | 59801 | CA-S (S) | Alonso | | |
| SFF – Javier Toledo | 59804 | 59710 ⇨ | SFX – Ernesto Torres | | |
| Alonso | 59805 | FL-S | Castillo | | |
| SFX – Ernesto Torres | 59802 | 59720 ⇨ | SFC – Dan Ramos | | |
| Castillo | 59803 | TX-S (E) | Rivera | | |
| SFS – Omar Morales | 14510 | 14360 ⇔ | SFR  – Jose Torres | 14516 | 16900 |
| Moran | 14511 | NY-S | J. Mejia | 14517 | TX-S (W) |
| SFN – Marlon Straughter | 14518 | 14330 ⇔ | SFI – Alex Barocio | 14546 | 16910 |
| Mendez | 14519 | CA-S (N) | Sosa | 14547 | PR-S |
| SFB – Anthony Toledo | 14553 | 14339 ⇔ | SFH – Caleb Martinez | 14557 | 16919 |
| Cendan | 14582 | GA-S | Mesinas | 14573 | CO/NM-S |

| B Floor: Field Ministers Desk | | | | | |
|---|---|---|---|---|---|
| SPA – David Wilson | 14426 | 14390 ⇔ | SPD - Bobby Nash | 14424 | 15180 |
| Linden | 14427 | FM CA | West | 14425 | FM FL |
| SPB – D. Buchanan | 14430 | 15280 ⇔ | SPH – Mark Correa | 14428 | 15190 |
| Smitko | 14431 | FM TX | Holmes | 14429 | FM NY |
| SPE – Glen Colebrook | 14433 | 19650 ⇔ | SPO – Ruben Moreno | 14435 | 17360 |
| A. Perez | 14434 | FM MI/PA | Irizarry | 14436 | PR |

| 2nd Floor: Convention/Assemblies Desk | | HUNT GROUP | | | HUNT GROUP |
|---|---|---|---|---|---|
| SEM – Ken Varni | 14660 | 15440 ⇔ | SEK – Kevin Turman | 14650 | 15390 |
| Patrocinio | 14661 | V-WEST | French | 14651 | V-CARIB |
| SEV – Brandon Schuetz | 14638 | 15380 ⇔ | SED – Keith Brown | 14678 | 15420 |
| Yi | 14639 | V-EAST | Fielders | 14679 | V-CNTRL |
| SEQ – Anthony Dinolfo | 14672 | 15680 ⇔ | SEZ – Erik Appling | 14671 | 15690 |
| | | SCHED (E) | | | SCHED (W) |
| SEB – Andrew Fortin | 14654 | | Jennifer Schuetz | 14689 | 17260 |
| J. Perez | 14655 | | Fielders | 14679 | V-GEN |

| Other Desks | | HUNT GROUP |
|---|---|---|
| Bethel Matters Desk - | BCA | 14590 |
| Bible Questions - | BQUES | 59790 |
| Elders School - | SCE | 17140 |
| International/Special Conv | I/S CONV | 16920 |
| Kingdom Ministry School - | KMS | 16950 |
| Master Planning – East/West | MPD (E/W) | 15457 |
| Master Planning – North | MPD (N) | 15458 |
| Master Planning – South | MPD (S) | 15459 |
| Pioneer Records - Nicky | PIO SHG | 14409 |
| Pioneer Records - Shirrell | PIO SHH | 14411 |
| Pioneer Records - Maria | PIO SHJ | 14410 |
| Pioneer Records - Leila | PIO SHL | 14417 |
| Pioneer School - | PSS | 16940 |
| Program Desk - | PGM | 14680 |
| School for CO's & Wives - | SCOTW | 14630 |
| SKE - | SKE | 17130 |
| Special Witnessing/Reports | SW/RPT | 16960 |
| Territory Desk - | TERR | 14450 |
| Translation Desk - | TRANSL | 15460 |

jw.org Help Desk:      49705
Legal:                 46600
Bethel Speaking Desk:  58645, 14650