*Exhibit M*

AMENDED

CERTIFICATE OF INCORPORATION

OF

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

(Under Section 402 of the Not-for-Profit Corporation Law)[*]

FIRST:   The name of the corporation is WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

SECOND:   The corporation is a corporation as defined in Section 102(a)(5) of the Not-for-Profit Corporation Law and is a Type B corporation as defined in Section 201 of the Not-for-Profit Corporation Law. The purposes of the corporation are religious, educational, and charitable and are specifically to: act as a legal entity for the religious body of Christian persons in the United States known as Jehovah's Witnesses; support the efforts of Jehovah's Witnesses to preach and teach the gospel of God's Kingdom under Christ Jesus as a witness to the name, Word, and supremacy of Almighty God, JEHOVAH (Matthew 24:14; 28:19, 20; Psalm 83:18; Isaiah 43:10-12); print, record by any means and in any medium, and otherwise produce, and distribute Bibles in any medium; disseminate Bible truths in various languages; write, record by any means and in any medium, and otherwise create, publish, and distribute literature in various languages containing information and comment explaining Bible truths and prophecy concerning the establishment of Jehovah's Kingdom under Christ Jesus (2 Timothy 3:16, 17); write, record by any means and in any medium, and otherwise create, publish, and distribute music, art, and other intellectual property of a religious or educational nature in any medium; instruct and educate men, women, and children about the Bible and incidental scientific, historical, and literary subjects and to own and/or operate schools to advance such purpose; improve men, women, and children intellectually and morally by education based on Christian principles and to own and/or operate schools to advance such purpose; establish and operate private Bible schools, and ancillary facilities to house and care for the students at such schools, and classes for instructing men and women about the Bible,

[*] Date of original incorporation: March 4, 1909.

1

CAEKAERT/MAPLEY 004278

2

Bible literature, and Bible history; arrange for and hold assemblies for religious worship (Leviticus 23); maintain one or more religious orders of special ministers of Jehovah's Witnesses (2 Kings 2:3, 5; 6:1); provide humanitarian assistance to persons suffering from natural or man-made disasters and in other times of need; acquire (including by gift, inheritance, and bequest), own, and utilize any interest in real and personal property; and do any and all other lawful things that its Board of Directors, in accordance with the spiritual direction of the ecclesiastical Governing Body of Jehovah's Witnesses, shall deem appropriate in harmony with these purposes.

THIRD:   The corporation shall have no capital stock. The corporation shall have members. The number of members, members' qualifications, the manner of electing members, and other matters pertaining to members shall be as provided in the bylaws.

FOURTH:   The county location, within this state, in which the office of this corporation is located, is Putnam County.

FIFTH:   This corporation is to exist perpetually.

SIXTH:   The business and affairs of the corporation shall be managed by and under the direction of the Board of Directors. The number of directors (which shall not be less than three), directors' qualifications, the manner of electing directors, and other matters pertaining to directors shall be as provided in the bylaws.

SEVENTH:   The corporation shall have the powers and authority granted by law, specifically including the power to sell, lease, encumber, and otherwise convey interests in its real and personal property and the power to borrow money.

EIGHTH:   No part of the assets, income, or profit of the corporation shall inure to the benefit of, or be distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in ARTICLE SECOND hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any political party or candidate for public office. (John 15:19; 17:16) Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

NINTH:   Upon winding up and dissolution of the corporation, after paying or adequately providing for the debts and obligations of the corporation, the remaining

CAEKAERT/MAPLEY 004279

3

assets shall be transferred to the Watch Tower Bible and Tract Society of Pennsylvania. If the Watch Tower Bible and Tract Society of Pennsylvania is not then in existence and a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code, then the remaining assets shall be distributed to any organization designated by the Governing Body of Jehovah's Witnesses that is organized and operated exclusively for religious, educational, and/or charitable purposes and is a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding section of any future federal tax code.

TENTH: The Secretary of State is hereby designated as agent of the corporation upon whom process against it may be served. The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is Watchtower Bible and Tract Society of New York, Inc., Attention Philip Brumley, 100 Watchtower Drive, Patterson, New York 12563-9204.

CAEKAERT/MAPLEY 004280

4

## C E R T I F I C A T E

  I do hereby certify that the within and foregoing printed charter of Watchtower Bible and Tract Society of New York, Inc., has been compared with the current charter and is a true and correct copy of the charter of Watchtower Bible and Tract Society of New York, Inc., on file in the Department of State, State of New York, Albany, New York.

STATE OF NEW YORK  }
County of _Putnam____  }   ss.:

  Before me, the undersigned Notary Public, on this _26th___ day of _February____, 20_09_, personally appeared _Gary N. Breaux_____, _Assistant Secretary___ of Watchtower Bible and Tract Society of New York, Inc., the corporation named in the above certificate and the within charter, who, upon oath, did depose and say that he signed the certificate and that the charter is a compared and correct copy of the current charter.

NOTARY PUBLIC

MICHAEL A. GUZMAN
Notary Public-State of New York
No. 01GU6076764
Qualified in Putnam County
My Commission Expires July 1, 20_10_