| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 6631 Mariposa Court |
| Meyer, Shaffer & Stepans, PLLP | Denver, CO  80221 |
| 430 Ryman Street | Tel: (303) 947-4453 |
| Missoula, MT  59802 | matthew@merrillwaterlaw.com |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) |
| Plaintiffs, | ) ) Cause No. CV-20-52-BLG-SPW |
| vs. | ) AND ) Cause No. CV 20-59-BLG-SPW |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) ) ) ) **PLAINTIFFS' MOTION TO COMPEL *IN CAMERA* REVIEW OF DOCUMENTS WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE** |
| Defendants, | ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) ) ) ) |
| Cross Claimants, | ) |
| BRUCE MAPLEY, SR., | ) |
| Cross Defendant. | ) |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Plaintiffs, by and through their undersigned counsel, and pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure, hereby respectfully move the Court for an order compelling *in camera* review of documents withheld by Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") under the attorney-client privilege. A brief in support of this Motion is being filed contemporaneously herewith.

Pursuant to L.R. 26.3 (c), Plaintiffs' counsel certifies that the parties conferred regarding the disputed issues, i.e. the exact nature of the privilege being asserted and how it applied to the withheld documents. Such conferral included multiple written communications and at least one phone call, where WTNY stated that it would not submit the withheld document to the Court for *in camera* review.

Plaintiffs' Motion to Compel *In Camera* Review of Documents
Withheld on the Basis of Attorney-Client Privilege
Page **2** of **4**

Pursuant to L.R. 26.3(c)(2)(C), a copy of all relevant discovery requests and WTNY's responses are attached as an exhibit to the brief in support being filed contemporaneously herewith.

DATED 18th day of January, 2023.

                MEYER, SHAFFER & STEPANS PLLP

                By: /s/ Ryan Shaffer
                    Ryan R. Shaffer
                    MEYER, SHAFFER & STEPANS PLLP

                *Attorneys for Plaintiffs*

Plaintiffs' Motion to Compel *In Camera* Review of Documents
Withheld on the Basis of Attorney-Client Privilege
Page **3** of **4**

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

DATED 18th day of January, 2023.

        MEYER, SHAFFER & STEPANS PLLP

        By: /s/ Ryan Shaffer
            Ryan R. Shaffer
            MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

Plaintiffs' Motion to Compel *In Camera* Review of Documents
Withheld on the Basis of Attorney-Client Privilege
Page **4** of **4**