Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
*Attorneys for Plaintiffs*

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO 80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Cross Claimants, <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | Cause No. CV-20-52-BLG-SPW <br><br> AND <br><br> Cause No. CV 20-59-BLG-SPW <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR STATUS CONFERENCE** |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Plaintiffs, by and through undersigned counsel, hereby respectfully request that the Court convene a status conference for the purpose of discussing the setting of depositions in advance of the current discovery deadline of March 31, 2023. In particular:

1. Plaintiffs are attempting to set and take all depositions prior to the current discovery deadline;

2. At the same time, numerous motions to compel discovery that stand to impact the scope and sequence of those depositions are pending before the Court; and

3. WTNY has expressed the possibility of objecting to topics in Plaintiffs' Rule 30(b)(6) Notice and it is not clear that those objections will be capable of resolution before the current discovery deadline.

Therefore, Plaintiffs request a status conference to discuss the efficiency and desirability of completing discovery in this posture.

Defendants were contacted regarding this Motion and do not oppose it. A proposed Order is attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED 19th day of January, 2023.

                MEYER, SHAFFER & STEPANS PLLP

                By: /s/ Ryan Shaffer
                     Ryan R. Shaffer
                     MEYER, SHAFFER & STEPANS PLLP

                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

DATED 19th day of January, 2023.

        MEYER, SHAFFER & STEPANS PLLP

        By: /s/ Ryan Shaffer
            Ryan R. Shaffer
            MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*