# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Cross Claimants, <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | Cause No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Status Conference. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED:

Plaintiffs' Unopposed Motion for Status Conference is GRANTED. The Court shall conduct a status conference at _____ on the _____ day of _____, 2023.

DATED this _____ day of _____, 2023.

                                                            _____
                                                            Susan P. Watters
                                                            United States District Court Judge