# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br><br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Upon review of the Plaintiffs' Unopposed Motion for Status Conference (Doc. 197),

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for a Status Conference (Doc. 197) is **DENIED.** However,

**IT IS FURTHER ORDERED** that Plaintiff's Motion for New Scheduling Order (Doc. 148) is **GRANTED.** Therefore,

**IT IS FURTHER ORDERED** that a <u>telephonic</u> scheduling conference will be conducted on **Tuesday, February 7, 2023 at 9:30 a.m**. Counsel shall appear telephonically by following these steps:

1. Dial: 1-669-254-5252
2. When Prompted Enter Meeting ID: 161 474 66922
3. Press: # #

The Clerk is directed to notify counsel of the entry of this Order.

DATED this 24th day of January, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge