Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br><br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **PRIVILEGE LOG RE: PLAINTIFF TRACY CAEKAERT** |

| Parties to Communication | General Description | Claim of Privilege |
|---|---|---|
| Plaintiff Tracy Caekaert & Plaintiff's Counsel | Notes from Plaintiff to her counsel re: responses to WTNY's first set of discovery | Attorney-Client communication |
| Plaintiff's Counsel and Investigator Todd Bontecou | Notes and discussion re: Mr. Bontecou interviews with numerous witnesses in preparation of litigation and trial | Work Product |
| Plaintiff's Counsel and Mark O'Donnell | Multiple communications regarding the JW organization preparation for litigation and trial. All documents received have or will shortly be produced. | Work Product |
| Plaintiff's Counsel and Barbara Anderson | Multiple communications regarding the JW organization preparation for litigation and trial. All documents received have or will shortly be produced. | Work Product |
| Plaintiff Tracy Caekaert & Plaintiff's Counsel | Plaintiff's comments to her counsel re: text messages from Jodi Warnock, redacted from CAEKAERT/MAPLEY 4037 | Attorney-Client communication |

DATED this 9th day of March, 2022.

MEYER, SHAFFER & STEPANS PLLP

By: _____
Ryan R. Shaffer
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799

*Attorney for Plaintiff*

Privilege Log re: Plaintiff Tracy Caekaert
First Requests for Production to Plaintiff Tracy Caekaert - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2022, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

Jessica Yuhas, Paralegal

Privilege Log re: Plaintiff Tracy Caekaert
First Requests for Production to Plaintiff Tracy Caekaert - 3

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants, <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., <br><br> Cross Claimant, <br><br> BRUCE MAPLEY, SR., <br><br> Cross Defendant. | Case No. CV-20-52-BLG-SPW <br><br> **PRIVILEGE LOG RE: PLAINTIFF CAMILLIA MAPLEY** |

| Parties to Communication | General Description | Claim of Privilege |
|---|---|---|
| Plaintiff Camillia Mapley & Plaintiff's Counsel | Notes from Plaintiff to her counsel re: responses to WTNY's first set of discovery | Attorney-Client communication |
| Plaintiff's Counsel and Investigator Todd Bontecou | Notes and discussion re: Mr. Bontecou interviews with numerous witnesses in preparation of litigation and trial | Work Product |
| Plaintiff's Counsel and Mark O'Donnell | Multiple communications regarding the JW organization preparation for litigation and trial. All documents received have or will shortly be produced. | Work Product |
| Plaintiff's Counsel and Barbara Anderson | Multiple communications regarding the JW organization preparation for litigation and trial. All documents received have or will shortly be produced. | Work Product |

DATED this 9th day of March, 2022.

MEYER, SHAFFER & STEPANS PLLP

By: _____
Ryan R. Shaffer
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of March 2022, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

Jessica Yuhas, Paralegal

Privilege Log re: Plaintiff Camillia Mapley
First Requests for Production to Plaintiff Camillia Mapley - 3