*Exhibit B*

# UNITED STATES BRANCH OFFICE OF JEHOVAH'S WITNESSES

Wallkill, New York
United States of America



WELCOME



Witnessing in Dyer Bay, Steuben, Maine, U.S.A.

# "GO, THEREFORE, AND MAKE DISCIPLES" MATTHEW 28:19

The United States branch supports the work of over 1.2 million publishers.

## What Does a Branch Office Do?

In over 230 lands, more than eight million Witnesses of Jehovah are carrying out the commission that Jesus gave his followers—to preach the good news of God's Kingdom. (Matthew 24:14; 28:19, 20) To organize this work, there are some 90 branch offices worldwide, all serving under the direction of the Governing Body of Jehovah's Witnesses, located in Warwick, New York, U.S.A.

Branch offices coordinate the Kingdom-preaching work and care for the needs of Jehovah's Witnesses within a specific geographic area. The Governing Body appoints mature elders to serve as members of a Branch Committee. As representatives of the Governing Body in their assigned territory, Branch Committee members faithfully carry out the direction coming from God's Word and "the faithful and discreet slave."—Matthew 24:45-47.

**LANDS UNDER THE OVERSIGHT OF THE UNITED STATES BRANCH:**

- ARUBA
- BAHAMAS
- BERMUDA
- BONAIRE
- CAYMAN ISLANDS
- CURAÇAO
- JAMAICA
- PUERTO RICO
- TURKS AND CAICOS ISLANDS
- UNITED STATES OF AMERICA
- VIRGIN ISLANDS (BRITISH)
- VIRGIN ISLANDS (U.S.)



Planning for regional conventions

HLC representative sharing information with doctor

Disaster Relief Desk

Providing Scriptural direction for congregations

# DIRECTING THE WORK

The branch office supervises the activities of Jehovah's Witnesses in various ways.

The Service Department cares for matters related to the preaching work and provides Scriptural guidance regarding congregation activities. It also arranges conventions, assemblies, and theocratic schools. In addition, the Service Department looks after congregation territory boundaries and works closely with the Local Design/Construction Department to determine where Kingdom Halls and Assembly Halls are needed.

When medical emergencies arise, the branch office provides loving support and direction through the Hospital Information Desk. This desk helps Jehovah's Witnesses to obtain competent medical treatment without blood and strives to promote a spirit of cooperation between doctors and their Witness patients. The work of the elders serving on the Hospital Liaison Committees (HLCs) has played a vital role in this effort.

Another area in which the branch provides direction and assistance is disaster relief. The local branch office is quick to respond, supplying provisions and funds to those in need.



The LDC reviews Kingdom Hall designs

**FACILITIES LOCATED IN THE UNITED STATES BRANCH TERRITORY (AS OF 2017)**

- ABOUT 6,000 KINGDOM HALLS
- 50 ASSEMBLY HALLS
- 4 REMOTE TRANSLATION OFFICES
- BETHEL COMPLEXES IN FISHKILL, PATTERSON, WALLKILL, AND WARWICK, NEW YORK, AND IN GUAYNABO, PUERTO RICO
- BIBLE SCHOOL AT PALM COAST, FLORIDA

# CONSTRUCTION AND MAINTENANCE

## Building Houses of Worship

The branch office is responsible for approving and overseeing the construction of Kingdom Halls and Assembly Halls and for ensuring that existing halls are being maintained properly. Construction is coordinated through the Local Design/Construction Department (LDC). The LDC develops architectural plans and works with field representatives to schedule projects. Using volunteers to build and maintain facilities results in buildings that are economical, practical, and comfortable.

## Using Donated Funds Wisely

In order to get the most value from existing facilities, the LDC arranges for Kingdom Halls to be inspected regularly. This helps to ensure that any safety or maintenance issues are handled promptly. The LDC also provides maintenance training for local congregation members.



Maintenance training

Kingdom Hall inspection

Case 1:20-cv-00052-SPW   Document 206-2   Filed 02/10/23   Page 6 of 9

# TRANSLATION

### Words That Touch the Heart

Bible truths often reach the heart more quickly when people read Bible-based literature in their mother tongue. Therefore, when the need arises for publications to be translated into additional languages, branch offices make their recommendations to the Governing Body.

### Remote Translation Offices

The United States branch oversees four remote translation offices (RTOs) within its territory. RTOs are usually located near communities where the language being translated is spoken. This helps the translators to be immersed in their target language as they share in the preaching work, attend Christian meetings, and engage in daily activities.


Translation team in Chinle


RTO in Curaçao


RTO in Fort Lauderdale

**RTOs IN THE UNITED STATES BRANCH TERRITORY**

- Chinle, Arizona (Navajo)
- Fort Lauderdale, Florida (American Sign Language)
- Sacramento, California (Hmong, Iu Mien)
- Willemstad, Curaçao (Papiamento)



Pressroom

## PRINTING AND SHIPPING

The United States branch has been printing Bible-based literature since 1920. As a result, millions of people have responded to the good news found in God's Word. The Kingdom message is now available online in hundreds of languages on jw.org, but the printed page remains a powerful tool for reaching hearts worldwide.

The United States branch office produces books, Bibles, and brochures, and the Canada branch produces magazines and tracts.

### UNITED STATES BRANCH PRINTERY FACTS

- 400,000 SQUARE FEET FOR PRINTING, BINDING, AND WAREHOUSING
- EACH HIGH-SPEED WEB-OFFSET PRESS PRINTS BETWEEN 50,000 AND 74,000 PAGES PER MINUTE
- SOME 420 TONS OF LITERATURE ARE PRODUCED EACH MONTH
- THE UNITED STATES BRANCH PRINTS THE *NEW WORLD TRANSLATION* IN 75 LANGUAGES



Printery

### Prepress

The prepress area schedules upcoming jobs for the Printery. It also prepares electronic files for printing and makes printing plates for the four-color offset presses at Wallkill.

### Printing

At the heart of the United States branch printing operation are two massive high-speed printing presses. Each press, which is the size of a small building, can print thousands of pages per minute. After a large roll of paper is fed into it, the press prints and folds the paper into book sections called signatures, which are then sent to the bindery.

### Binding

The bindery is where the printed pages are glued together to make books. Careful research and testing are done to ensure that the materials and binding methods produce books that will withstand long-term use.

### Warehousing and Shipping

The literature warehouse stores hundreds of different publications in many languages. Shipping is equipped with high-tech systems, allowing humans and machines to organize, sort, pick, and pack requested congregation literature into boxes for shipment. Most literature is shipped via commercial carriers.



Prepress

A high-speed web-offset press

Quality check in the bindery

Shipping floor

Case 1:20-cv-00052-SPW Document 206-2 Filed 02/10/23 Page 9 of 9

# SUPPORT SERVICES

The United States branch office simply could not function without the many dedicated volunteers who work in support services. There are cooks, waiters, laundry workers, hairdressers, gardeners, painters, carpenters, electricians, plumbers, computer specialists, farmers, engineers, accountants, nurses, mechanics, drivers, and many more who care for the buildings, equipment, and personnel. But no matter what assignment we receive, it is our pleasure to serve, for we do it out of love for Jehovah God and our brothers and sisters.

## Thank You for Visiting!

We sincerely hope that your visit to the United States branch office has been a rewarding one. No doubt it has helped you to become better acquainted with the work we are doing to support the preaching of the good news about God's Kingdom. May your visit encourage you to learn more about our loving Creator and keep God's Kingdom first in your life. —Matthew 6:33.



Would you like to know more about the work at branch offices and how you can support it? See lessons 21 and 22 of the brochure *Who Are Doing Jehovah's Will Today?*

## Planning a Visit?

Tours are available Monday to Friday, 8:00 a.m. to 4:00 p.m. Make a reservation online at:

JW.ORG > ABOUT US > OFFICES & TOURS



**United States Branch Office of Jehovah's Witnesses**
**900 Red Mills Road, Wallkill, NY 12589-3223**

© 2017 Watch Tower Bible and Tract Society of Pennsylvania
Printed in U.S.A.     fo-E Us