*Exhibit B*

# IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT

**STATE OF ILLINOIS**    )    ) SS    20cm1338    GEN. NO. _____

**COUNTY OF MCHENRY**    )      ☐ Jury    ☐ Non-Jury

PEOPLE

FILED
McHenry County, Illinois

MAR 1 8 2022

VS.

KATHERINE M. KEEFE
Clerk of the Circuit Court

MICHAEL PENKAVA

Date: 3/18/2022    Plaintiff's Attorney: PEOPLE    Defendant's Attorney: PROSENITZ

## ORDER

Matter coming before court for decision on Defendant's Motion for Directed Finding, Court denies motion.

Matter coming before court for continued bench trial, bench trial having been held, as to count 1, Violate Reporting Provisions, Court finds defendant guilty.

Sentencing set for March 25, 2022 @ 1:30 PM.

Prepared by: _____

Attorney for: _____

Attorney Registration No.: _____    Judge: _____

**IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT**
**McHENRY COUNTY, ILLINOIS**

☑ PEOPLE OF THE STATE OF ILLINOIS
☐ Municipality of _____

vs.                                                                   CASE NO. _20 cm 1338_

_Michael Penkava_ , Defendant

FILED
McHenry County, Illinois

MAR 25 2022

KATHERINE M. KEEFE

### MISDEMEANOR SENTENCING ORDER

On the charge(s) of _____VIOLATE  REPORTING  PROVISIONS_ the Defendant has been found the Court

guilty after a ([negotiated] plea of guilty (trial) stipulation of facts sufficient to convict). The Court has been fully advised in the premises and has considered the circumstances of the offense; the history, character and condition of the Defendant and any evidence in aggravation or mitigation.

**NOW, THEREFORE, IT IS ORDERED:** Judgment of conviction ☐ enters ☑ deferred.

The Defendant is sentenced to ☑ **supervision** ☐ **conditional discharge** ☐ **reporting probation** ☐ **720 ILCS 550/10 probation** beginning today and ending on _____3/24/23_____. Defendant shall appear in Court that day at ___9:00 A.M._,
Courtroom __303__. A violation of any obligation imposed below may result in Defendant's arrest, a revocation of this sentence and a resentencing on the original offense to any authorized disposition including incarceration.

The Defendant shall:

- notify the Clerk of this Court in writing of any change in the Defendant's address within five days after such change;
- submit written reports and appear in person as directed by this Court, its Clerk or by the Department of Court Services;
- not violate any criminal law or ordinance of any jurisdiction including traffic regulations;
- immediately report to and then make all required payments as directed by the Financial Compliance Office in the Clerk of Court;
  ☑ pay a **fine** in the amount of __$ 250__ and all assessments before __3/24/23__ ;
  ☐ pay **restitution** in the amount of _____ to the Clerk of this Court before _____ for the benefit of _____.
  ☐ serve a term in jail of _____ days (day-for-day credit) (credit for _____ days served) (time considered served) and report to the McHenry County, Illinois, jail at _____, ____.M. on _____, and thereafter as directed;
  ☐ serve a term of **periodic imprisonment** in the county jail as specified in the ORDER OF PERIODIC IMPRISONMENT;
  ☐ attend and complete, including the payment of fees, the Illinois Department of Alcohol and Substance Abuse licensed **remedial alcohol or substance abuse program(s)** specified below and deliver a written certificate of completion to the Clerk of this Court and to Court Services by release date:
    ☐ D.U.I. Treatment, Level _____; ☐ Victim Impact Panel(s); ☐ _____ Evaluation.
  ☐ file within _____ days with the Clerk of this Court a written _____ evaluation by an approved provider and follow all recommendations by release date;
  ☑ perform __10__ hours of (home) community service and deliver written proof of completion to Court Services before __3/24/23__. Report immediately to the Department of Court Services.
  ☐ submit to and pay for not less than _____ instance(s) of random periodic drug testing at the direction of Court Services. Report immediately to the Department of Court Services.
  ☐ have no contact with _____;
  ☐ deliver a completion certificate for the _____ hour **Traffic Safety School** to the Court Clerk by release date;
  ☐ **report immediately and as directed hereafter to the Adult Probation Division** of the Department of Court Services and at such other times as directed by a Probation Officer; follow all directives of the Probation Department; keep the Probation Department advised of the Defendant's home address and telephone number; not leave the State without the written permission of either Adult Probation or the Court; permit the Probation Officer to visit at Defendant's home or elsewhere at the request of the Officer and pay any Probation Service Fees. Defendant is subject to the Administrative Sanctions Program, Court Services Drug Testing Program, electronic monitoring, GPS monitoring and transdermal alcohol monitoring.
  ☑ If Defendant is in full compliance with this Order, he need not appear on the release date.
  ☐ Other: _____.

RECEIVED BY: _Arthur Penkava_
_Michael Penkava_                     Date: _3/25/22_

Address: _70 ___ West Franklin Ave_
_Crystal Lake, IL 60014_

Telephone: _815 347 5430_

_____ Judge