Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO 80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>   Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>   Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>   Cross Claimants,<br><br>BRUCE MAPLEY, SR.,<br><br>   Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' NOTICE OF FULLY BRIEFED MOTIONS** |

Plaintiffs respectfully provide Notice of the Motions that they understand to be fully briefed and ripe for decision in this matter:

| Matter | File Date | Response Date | Reply Date |
|---|---|---|---|
| Plaintiffs' Motion to Compel re: Waived Privilege | 8/11/22 (Doc. 132) | 8/25/22 (Docs. 136, 137) | 9/08/22 (Doc. 140) |
| Plaintiffs' Motion for Sanctions re: WTPA's Motion to Dismiss (*See* Doc. 135, p. 15) | 9/20/22 (Doc. 144) | 10/24/22 (Doc. 165) | N/A |
| Plaintiffs' Motion to Compel Depositions | 10/06/22 (Doc. 153) | 10/20/22 (Doc. 160) | 11/02/22 (Doc. 170) |
| WTNY's Motion to Amend Answer to Assert Settled Party Defense | 12/02/22 (Doc. 177) | 12/07/22 (Doc. 179) | 12/28/22 (Doc. 185) |
| WTPA's Motion to File Amended Answer to First Amended Complaint, Cross-Claim, and Demand for Jury Trial Pursuant to Fed. R. Civ. P. 15(a)(2) | 12/05/22 (Doc. 178) | 12/07/22 (Doc. 180) | 12/28/22 (Doc. 186) |
| Plaintiffs' Motion to Compel Production of Non-Privileged Information in Documents Withheld by WTNY on Basis of Clergy-Penitent Privilege | 1/03/23 (Doc. 187) | 1/17/23 (Doc. 193) | 1/31/23 (Doc. 203) |
| Plaintiffs' Motion to Amend Their Complaint | 1/06/23 (Doc. 189) | 1/20/23 (Docs. 198, 199) | 1/25/23 (Doc. 201) |
| Plaintiffs' Motion to Compel Production of All Discoverable Documents and Information at the Jehovah's Witnesses' New York Headquarters | 1/13/23 (Doc. 191) | 1/27/23 (Doc. 202) | 2/10/23 (Doc. 207) |
| Plaintiffs' Motion to Compel *in camera* Review of Documents Withheld on Basis of Attorney-Client Privilege | 1/18/23 (Doc. 195) | 2/01/23 (Doc. 204) | 2/15/23 (Doc. 208) |

DATED this 23rd day of February, 2023.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                              By: /s/ Ryan Shaffer
                                    Ryan R. Shaffer
                                    MEYER, SHAFFER & STEPANS PLLP

                              *Attorneys for Plaintiffs*