Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S MOTION FOR LEAVE TO FILE SURREPLY PURSUANT TO LOCAL RULE 7.1(d)(1)(D).** |

WATCHTOWER BIBLE AND            )
TRACT SOCIETY OF NEW YORK,      )
INC.                            )
                                )
                                )
            Cross-Claimant,     )
                                )
                                )
vs.                             )
                                )
                                )
BRUCE MAPLEY SR.,               )
                                )
            Cross-Claim Defendant. )

**COMES NOW**, Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY"), by and through its attorneys of record, and respectfully moves the Court for leave to file a surreply to Plaintiffs' Reply in Support of Their Motion to Compel Documents Withheld Based on Attorney Client Privilege (Doc. 208). Pursuant to Local Rule 7.1 (d)(1)(D), WTNY respectfully requests leave to file a surreply for the reasons stated in the contemporaneously filed Brief supporting this Motion.

Counsel for Plaintiffs has been contacted, and Plaintiffs oppose this Motion.

DATED this 28th day of February, 2023.

By:  /s/ Jon A. Wilson
     Jon A. Wilson
     BROWN LAW FIRM, P.C.
     *Attorneys for Defendant Watchtower*
     *Bible and Tract Society of New York,*
     *Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on February 28, 2023, a copy of the foregoing was served

on the following person(s):

1.  U.S. District Court, Billings Division

2.  Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
    MEYER, SHAFFER & STEPANS, PLLP
    430 Ryman Street
    Missoula, MT 59802

3.  Matthew L. Merrill (appearing *pro hac vice*)
    MERRILL LAW, LLC
    1863 Wazee Street, Suite 3A
    Denver, CO 80202

4.  Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
    MOULTON BELLINGHAM PC
    P.O. Box 2559
    Billings, MT 59103-2559

5.  Bruce G. Mapley Sr.
    3905 Caylan Cove
    Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| 1-4 | CM/ECF | | Fax |
| | Hand Delivery | | E-Mail |
| 5 | U.S. Mail | | Overnight Delivery Services |

By:   /s/ Jon A. Wilson
      Jon A. Wilson
      BROWN LAW FIRM, P.C.
      *Attorneys for Defendant Watchtower*
      *Bible and Tract Society of New York,*
      *Inc.*