Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | ) ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| BRUCE MAPLEY SR., | ) ) ) |
| Cross-Claim Defendant. | ) ) ) ) |

PLEASE TAKE NOTICE that the undersigned attorney, Michael P. Sarabia, is admitted to practice in this Court and hereby enters this Notice of Appearance on behalf of Defendant Watchtower Bible and Tract Society of New York, Inc.

DATED this 10th day of March, 2023.

By:   /s/ Michael P. Sarabia
Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 10, 2023, a copy of the foregoing was served

on the following person(s):

1.     U.S. District Court, Billings Division

2.     Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
       MEYER, SHAFFER & STEPANS, PLLP
       430 Ryman Street
       Missoula, MT 59802

3.     Matthew L. Merrill (appearing *pro hac vice*)
       MERRILL LAW, LLC
       1863 Wazee Street, Suite 3A
       Denver, CO 80202

4.     Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
       MOULTON BELLINGHAM PC
       P.O. Box 2559
       Billings, MT 59103-2559

5.     Bruce G. Mapley Sr.
       3905 Caylan Cove
       Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| 1-4 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| 5 | U.S. Mail | _____ | Overnight Delivery Services |

By:   /s/ Michael P. Sarabia
       Michael P. Sarabia
       BROWN LAW FIRM, P.C.
       *Attorneys for Defendant Watchtower*
       *Bible and Tract Society of New York,*
       *Inc.*