Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> -vs- <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Case No. CV-20-00052-SPW-TJC <br><br><br> **DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S MOTION TO COMPEL RESPONSES BY CAMILLIA MAPLEY** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | |

|  |  |
|---|---|
| Cross-Claimants, | |
| -vs- | |
| BRUCE MAPLEY SR., | |
| Cross-Defendant. | |

Co-Defendant Watchtower Bible and Tract Society of Pennsylvania ("WTPA") respectfully requests that the Court compel Plaintiff Camillia Mapley to provide Responses to WTPA's Requests for Production Nos. 10 and 36 and to Interrogatories Nos. 3, 5, 6 & 7 that comply fully with the Rules of Civil Procedure. Plaintiff Mapley's counsel have asserted objections that are improper and unsupported, and Plaintiff Mapley has not properly responded to these Requests.

WTPA certifies that the parties have conferred multiple times to attempt to resolve the dispute over Ms. Mapley's Responses. The efforts to resolve the dispute are detailed in the accompanying Brief in Support. The discovery responses at issue are also attached to the Brief in Support.

**DATED** this 21st day of April, 2023.

          MOULTON BELLINGHAM PC

          By  /s/ Gerry Fagan
            Gerry Fagan

          *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2023, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
   Ryan R. Shaffer
   James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802
   *Attorneys for Plaintiffs*

3. Jon A. Wilson              Joel M. Taylor, Esq. (*pro hac vice*)
   Brett C. Jensen             MILLER MCNAMARA & TAYLOR LLP
   BROWN LAW FIRM, P.C.        100 South Bedford Road, Suite 340
   315 North 24th Street       Mount Kisco, NY 10549
   P.O. Drawer 849
   Billings, MT 59103-0849
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

By the following means:

|   |   |   |   |
|---|---|---|---|
| __1, 2, 3__ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | U.S. Mail | _____ | Overnight Delivery Services |
| __4__ | Certified Mail, Return Receipt Requested | | |

By   */s/ Gerry Fagan*
     Gerry Fagan

4881-0412-1419, v. 2