Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**AMENDMENT TO ANSWER TO FIRST AMENDED COMPLAINT, CROSS-CLAIM, AND DEMAND FOR JURY TRIAL OF DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.** |

COMES NOW Defendant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), by and through its attorneys, and submits this Amendment to its Answer to First Amended Complaint, Cross-Claim, and Demand for Jury Trial dated July 27, 2020 (Doc. 27) (hereinafter "WTNY's Answer"). This Amendment supplements and incorporates WTNY's Answer as if fully set forth herein. As such, while the entire contents of WTNY's Answer are not set forth below, WTNY maintains its Answer to the allegations in the First Amended Complaint as set forth in WTNY's Answer, its affirmative defenses as set forth in WTNY's Answer, its Cross-Claim against Bruce Mapley Sr. as set forth in WTNY's Answer, and its Demand for Jury Trial as set forth in WTNY's Answer. This Amendment adds the following affirmative defense to WTNY's Answer:

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

By Plaintiffs' Notice of Dismissal re: All Claims Against Defendant Bruce Mapley Sr. dated November 16, 2022 (Doc. 175), Plaintiffs gave notice of dismissing their claims against Bruce Mapley Sr. pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P. By Order Dismissing All Claims Against Defendant Bruce Mapley Sr. dated November 16, 2022 (Doc. 176), the Court dismissed all of Plaintiffs' claims against Bruce Mapley Sr. Plaintiffs' dismissal of their claims constitutes an abandonment thereof, and they have thus released Bruce Mapley Sr. from liability. (*See* Doc. 220, pp. 6-7).

Precisely because Plaintiffs have released Bruce Mapley Sr. from liability pursuant to Mont. Code Ann. § 27-1-703(6)(a), WTNY asserts that Plaintiffs' damages were caused in full or in part by Bruce Mapley, Sr. WTNY hereby provides notice pursuant to Mont. Code Ann. § 27-1-703(6)(f) to all parties in this matter that WTNY is asserting as an affirmative defense that Bruce Mapley Sr. is at fault and that his negligence and wrongdoing caused, in whole or in part, Plaintiffs' alleged injuries and damages.

A copy of this Amendment will be mailed to Bruce Mapley Sr. via certified mail, return receipt requested, as follows:

Bruce Mapley, Sr.
3095 Caylan Cove
Birmingham, AL 35215

DATED this 26th day of April, 2023.

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2023, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1863 Wazee Street, Suite 3A
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

```
  1-4    CM/ECF              _____ Fax
_____  Hand Delivery       _____ E-Mail
_____  U.S. Mail           _____ Overnight Delivery Services
   5     Certified Mail
```

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*