Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, CROSS-CLAIM, AND DEMAND FOR JURY TRIAL** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | |

Cross-Claimants,

-vs-

BRUCE MAPLEY SR.,

Cross-Defendant.

Pursuant to the Court's Order (Doc. 221), defendant Watch Tower Bible and Tract Society of Pennsylvania hereby submits its amended answer to Plaintiffs' First Amended Complaint and Demand for Jury Trial (Doc. 22). This amendment supplements and incorporates WTPA's Answer (Doc. 100), and therefore the entire contents of WTPA's Answer are not set forth below. WTPA maintains its answer to the allegations, its cross-claim against Bruce Mapley, Sr., and its affirmative defenses set forth in WTPA's Answer. The purpose of this amendment is to assert the defense as provided in Mont. Code Ann. § 27-1-703(6). The amendment is as follows:

**AFFIRMATIVE DEFENSES**

28.    The Court has determined that plaintiffs have released Bruce Mapley, Sr. from liability for their claims. (Doc. 221). Pursuant to Mont. Code Ann. § 27-1-703(6), WTPA asserts as a defense that plaintiffs' alleged damages were caused in full or in party by Bruce Mapley, Sr. Pursuant to Mont. Code Ann. § 27-1-703(6)(d), plaintiffs' release of Bruce Mapley, Sr. constitutes an assumption of liability, if any, allocated to Bruce Mapley, Sr., and plaintiffs' claims against the remaining

2

defendants is reduced by the percentage of Bruce Mapley, Sr.'s equitable share of the obligation, as determined by Mont. Code Ann. § 27-1-703(4).

Pursuant to Mont. Code Ann. § 27-1-703(6)(f) and (g), WTPA gives notice to the plaintiffs, Bruce Mapley, Sr., and all other parties in this matter that WTPA is asserting the affirmative defense in this action alleging that Bruce Mapley, Sr. is at fault in this matter and that his negligence caused, in whole or in part, plaintiffs' alleged damages. A copy of this pleading will be mailed to Bruce Mapley, Sr. at his last known address by certified mail, return receipt requested as follows:

Bruce Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

**DATED** this 26th day of April, 2023.

MOULTON BELLINGHAM PC

By    /s/    *Christopher T. Sweeney*
     GERRY P. FAGAN
     CHRISTOPHER T. SWEENEY
     JORDAN W. FITZGERALD

     *Attorneys for Watch Tower Bible and*
     *Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of April, 2023, a copy of the foregoing was served upon the following by certified mail, return receipt requested:

Bruce Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215


_/s/ Christopher T. Sweeney_

4881-0315-1169, v. 3