Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>　　　　　　　　　Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>　　　　　　　　　Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**SATISFACTION OF SANCTIONS ORDERS (DOC. 135 & 219)** |

**NOTICE** is hereby given to the Court that, in compliance with its Orders dated August 23, 2022 (Doc. 135), and April 14, 2023 (Doc. 219), payment in the

amount of $154,448.11 has been made to counsel for Plaintiffs as sanctions ordered by the Court against Philip Brumley.  With the payment of sanctions, however, both Mr. Brumley and Watch Tower Bible and Tract Society of Pennsylvania expressly reserve all their legal and equitable rights, including but not limited to the right to appeal or otherwise challenge the Court's Orders regarding sanctions in this case.  (Doc. 135 & 219.)

**DATED** this 5th day of May, 2023.

          MOULTON BELLINGHAM PC

          By   */s/ Christopher T. Sweeney*
                GERRY P. FAGAN
                CHRISTOPHER T. SWEENEY
                JORDAN W. FITZGERALD
                27 North 27th Street, Suite 1900
                P.O. Box 2559
                Billings, Montana 59103-2559

                *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*