Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**NOTICE OF APPEAL** |

Please take notice that Philip Brumley hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order awarding

sanctions against Mr. Brumley entered on April 14, 2023 (Doc. 219), as well as its related Order entered on August 23, 2022 (Doc. 135).

**DATED** this 5th day of May, 2023.

                                  MOULTON BELLINGHAM PC

                              By   */s/ Christopher T. Sweeney*
                                    GERRY P. FAGAN
                                    CHRISTOPHER T. SWEENEY
                                    JORDAN W. FITZGERALD
                                    27 North 27th Street, Suite 1900
                                    P.O. Box 2559
                                    Billings, Montana 59103-2559

                                    *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*