*Exhibit A*



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS







(800) 528-3335

NAEGELIUSA.COM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

TRACY CAEKAERT, and CAMILLIA MAPLEY,

      Plaintiffs,

v.                               Cause No. CV 20-52-BLG-SPW

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC., WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE MAPLEY SR.,

      Defendants.
_____

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

      Cross-Claimant,

v.

BRUCE MAPLEY SR.,

      Cross-Claim Defendant.
_____

REMOTE VIDEOTAPED DEPOSITION OF

CAMILLIA MAPLEY

TAKEN ON
AEDT:  WEDNESDAY, NOVEMBER 30, 2022; 5:12 A.M.
MST:  TUESDAY, NOVEMBER 29, 2022; 11:12 A.M.

WORKSPACES - LEVEL 5
171 COLLINS STREET
MELBOURNE, 3000 AUSTRALIA

```
1     Q.   Do you know if he abused Tracy?
2     A.   Yes.
3     Q.   Did he abuse the two of you at the same
4 time?
5     A.   No.
6     Q.   How do you know he abused Tracy?
7     A.   Because she told me.
8     Q.   When did she tell you?
9     A.   When I was going to spend the night at the
10 Haines'.
11    Q.   Can you give me a year?
12    A.   I don't know.  I don't know. I just did.
13 I just said '77, '78.
14    Q.   That's when the abuse occurred, and also
15 when Tracy told you about it?
16    A.   Yes.
17    Q.   Who at WTNY or WTPA knew about Gunner's
18 abuse of you?
19    A.   Couldn't possibly know.
20    Q.   Did you ever inform anybody at WTPA or
21 WTNY that you were abused by Gunner?
22    A.   No.
23    Q.   Did you ever --
24         MR. SHAFFER:  When she was nine years old,
25 did she tell anybody in New York?  Is that your
```