*Exhibit B*

| | |
|---|---|
| **From:** | Ryan Shaffer |
| **Sent:** | Tuesday, May 2, 2023 2:54 PM |
| **To:** | Gerry.Fagan@moultonbellingham.com |
| **Cc:** | Rob Stepans; James Murnion; Katy Gannon; Matthew Merrill; Jessica Yuhas |
| **Subject:** | RE: Caekaert/Mapley - Letter re WTPA's Motion to Compel |
| **Attachments:** | 2023-05-02 Stip re Relevancy (Draft).docx |

Gerry,

As a follow up to my letter of today, please find attached a proposed stipulation regarding relevancy that comports with WTPA's position on RFPs 10 and 36.  It seems to me that this should resolve our dispute over these RFPs.  We would execute the same in the Rowland case.  Assuming this is agreeable to WTPA, please coordinate with your colleagues at the Brown firm and we can circulate a final version for execution.  We will then produce all of the documents in our firm's files that are relating to alleged child sexual abuse by, or claims against, religious entities and members of Jehovah's Witnesses.

I look forward to hearing from you by close of business Thursday on this.

Best,


Ryan R. Shaffer



*Montana Office:*
430 Ryman St.
Missoula, MT  59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br>　　　　Plaintiffs,<br>　vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br>　　　　Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>　　　　Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>　　　　Cross Defendant. | Case No. CV-20-52-BLG-SPW<br><br>**STIPULATION REGARDING RELEVANCY** |

## RECITALS

1. On May 11, 2022, Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") served its first set of written discovery on Plaintiffs, including Requests for Production No. 10, which seeks production of:

   *[A]ll written or electronic information in your possession, custody, or control about alleged child sexual abuse by, or claims against, religious entities and members of Jehovah's Witnesses . . .*

2. In response, Plaintiff objected, stating:

   *Objection, vague, ambiguous, overbroad, and work product because it is not clear whether this RFP is seeking such material in the possession of Plaintiff's lawyers.  Objection, this RFP is not reasonably calculated to lead to the discovery of admissible evidence because it has nothing to do with any fact at issue in the case.*

3. On August 9, 2022 WTPA served its second set of written discovery on Plaintiffs, including Request for Production No. 36, which seeks production of:

   *[A]ny documents that your or your attorneys have received from any third parties relating to alleged child sexual abuse by, or claims against, religious entities and members of Jehovah's Witnesses . . .*

4. In response, Plaintiff objected, stating, *inter alia:*

> *Objection, this request is not compliant with the scope of discovery as set forth in Fed. R. Civ. Pro. 26 (b) (1) because it does not seek evidence bearing on any fact in dispute in this case and is instead a fishing expedition for anything and everything in the files of Plaintiffs' attorneys related to child sex abuse and therefore appears to be more of an effort to learn what Plainitffs' lawyers know about child sex abuse perpetrated by members of religious entities in general (i.e. attorney work product) rather than an effort to obtain information about any fact issues that is in dispute in this case.*

5. On April 21, 2023 WTPA filed a Motion to Compel responses to RFPs 10 and 36.

## STIPULATION

In order to resolve the Parties' dispute about RFPs 10 and 36, the Parties stipulate as follows:

1. Any and all documents and information relating to alleged child sexual abuse by, or claims against, religious entities and members of Jehovah's Witnesses are relevant to the claims and defenses in this case; and

2. The parties shall produce all documents and information in their respective possession, custody, and control relating to alleged child sexual abuse by, or claims against, religious entities and members of Jehovah's Witnesses.

DATED this ____ day of _____, 2023.

         By: /s/ Ryan Shaffer_____
           Ryan R. Shaffer
           MEYER, SHAFFER & STEPANS PLLP

           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

         By: /s/ Ryan Shaffer_____
           Ryan R. Shaffer
           MEYER, SHAFFER & STEPANS PLLP

           *Attorneys for Plaintiffs*