Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and | Case No. CV-20-00052-SPW<br><br>**DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE REPLY ON ITS MOTION TO COMPEL** |

| | |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>      Cross-Claimants,<br><br> -vs-<br><br>BRUCE MAPLEY SR.,<br><br>      Cross-Defendant. | |

COMES NOW Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA"), by and through its counsel of record, and respectfully moves the Court for an extension of time up to and including Friday, May 26, 2023, in which to file a reply brief in support of its Motion to Compel Responses by Camillia Mapley [Doc. 223]. Counsel for WTPA have contacted Plaintiffs' counsel, and there is no objection to this requested extension of time. A proposed Order is submitted herewith.

**DATED** this 9th day of May, 2023.

            MOULTON BELLINGHAM PC

            By  */s/ Gerry P. Fagan*
               GERRY P. FAGAN
               CHRISTOPHER T. SWEENEY
               JORDAN W. FITZGERALD

            *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2023, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
MEYER, SHAFFER & STEPANS, PLLP
430 Ryman Street
Missoula, MT 59802
*Attorneys for Plaintiffs*

3. Jon A. Wilson           Joel M. Taylor, Esq. (*pro hac vice*)
Brett C. Jensen           MILLER MCNAMARA & TAYLOR LLP
Michael P. Sarabia        100 South Bedford Road, Suite 340
BROWN LAW FIRM, P.C.      Mount Kisco, NY 10549
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4. Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215

By the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| 4 | U.S. Mail | _____ | Overnight Delivery Services |
| _____ | Certified Mail, Return Receipt Requested | | |

By   */s/ Gerry P. Fagan*
         Gerry P. Fagan

3