IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　　　　　　Defendants.<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br>　　　　　　　　　Cross-Claimants,<br><br>　-vs-<br><br>BRUCE MAPLEY SR.,<br><br>　　　　　　　　　Cross-Defendant. | Case No. CV-20-00052-SPW<br><br>**ORDER** |

　　　　Pursuant to Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Unopposed Motion for Extension of Time to File Reply Brief in Support of its Motion to Compel, and for good cause appearing,

IT IS HEREBY ORDERED that WTPA shall have up to and including May 26, 2023, in which to file its reply brief in support of its Motion to Compel [Doc. 223].

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___ of May, 2023.

 

_____
HON. SUSAN P. WATTERS
U.S. District Court Judge

4854-5183-7027, v. 1