Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Cause No. CV 20-52-BLG-SPW |
| Plaintiffs, | **DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c).** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | |
| Defendants. | |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | ) ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| BRUCE MAPLEY SR., | ) ) ) |
| Cross-Claim Defendant. | ) ) ) |

**COMES NOW,** Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY"), by and through its counsel of record, and respectfully moves the Court for a protective order pursuant to Rule 26(c), Fed. R. Civ. P., to preclude the depositions of Messrs. Allen Shuster, Gary Breaux, and Marvin Gene Smalley. As more fully explained in the accompanying Brief in Support, these three men do not have unique knowledge regarding Plaintiffs' purported deposition topics, two of them are high-level corporate officers whose depositions are subject to the apex doctrine, and Plaintiffs have failed to pursue less intrusive discovery, to include WTNY's duly identified alternative witnesses who are better suited to address Plaintiffs' deposition topics.

The undersigned hereby certifies that WTNY's counsel has attempted to meet-and-confer in good faith with Plaintiffs' counsel in an attempt to resolve the subject matter of this motion, including an offer to depose three alternative

Defendant Watchtower Bible and Tract Society of New York, Inc.'s Motion for Protective Order
- 2

witnesses better suited to testify about Plaintiffs' purported topics. Plaintiffs'

counsel has served Notices of Deposition for above-named individuals, and

WTNY understands Plaintiffs object to this motion.

DATED this 18th day of May, 2023.

By:   /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower*
*Bible and Tract Society of New York,*
*Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2023, a copy of the foregoing was served on the following person(s):

1.  U.S. District Court, Billings Division

2.  Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
    MEYER, SHAFFER & STEPANS, PLLP
    430 Ryman Street
    Missoula, MT 59802

3.  Matthew L. Merrill (appearing *pro hac vice*)
    MERRILL LAW, LLC
    1863 Wazee Street, Suite 3A
    Denver, CO 80202

4.  Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
    MOULTON BELLINGHAM PC
    P.O. Box 2559
    Billings, MT 59103-2559

5.  Bruce G. Mapley Sr.
    3905 Caylan Cove
    Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| _1-4_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _5_ | U.S. Mail | _____ | Overnight Delivery Services |

By: /s/ Michael P. Sarabia
Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Defendant Watchtower Bible and Tract Society of New York, Inc.'s Motion for Protective Order
- 4