Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>　　　　　Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**FOUNDATIONAL AFFIDAVIT OF JON A. WILSON IN SUPPORT OF DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S MOTION FOR PROTECTIVE ORDER** |

STATE OF MONTANA )
: ss.
County of Yellowstone )

I, Jon A. Wilson, being duly sworn, depose and state as follows:

1. I am an attorney admitted to practice in the State of Montana. I am a shareholder with Brown Law Firm, P.C.

2. I am co-counsel for Defendant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), in the above-entitled matter, have personal knowledge of the facts set forth herein, and am otherwise competent to testify.

3. The purpose of this Affidavit is to provide the foundation for and verification of the accuracy of the documents attached hereto in support of WTNY's Motion for Protective Order.

4. Attached as Exhibit 1 is a true and correct copy of an e-mail from Plaintiffs' counsel to WTNY's counsel and Watch Tower Bible and Tract Society of Pennsylvania's (hereinafter "WTPA") counsel dated April 19, 2023.

5. Attached as Exhibit 2 are true and correct copies of e-mails between WTNY's counsel and Plaintiffs' counsel scheduling a telephone call to meet and confer, which telephone call occurred on April 25, 2023. During that call, Plaintiffs' counsel indicated depositions of Messrs. Allen Shuster, Gary Breaux, and Marvin Smalley would not be binding on the organizations.

6. Attached as Exhibit 3 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel, without enclosures, dated April 26, 2023.

7. Attached as Exhibit 4 is a true and correct copy of an e-mail from Plaintiffs' counsel to WTNY's counsel dated April 26, 2023.

8. Attached as Exhibit 5 is a true and correct copy of a letter from WTNY's counsel to Plaintiffs' counsel, with copy to WTPA's counsel, dated May 1, 2023.

9. Attached as Exhibit 6 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel dated May 1, 2023.

10. Attached as Exhibit 7 is a true and correct copy of a letter from WTNY's counsel to Plaintiffs' counsel, with copy to WTPA's counsel, dated May 3, 2023.

11. Attached as Exhibit 8 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel dated May 15, 2023.

12. Attached as Exhibit 9 is a true and correct copy of a letter from Plaintiffs' counsel to WTNY's counsel and WTPA's counsel dated May 17, 2023, with enclosed deposition notices of Messrs. Smalley, Breaux, and Shuster.

13. Attached as Exhibit 10 is a true and correct copy of a letter from WTNY's counsel to Plaintiffs' counsel, with copy to WTPA's counsel, dated May 17, 2023.

14. Attached as Exhibit 11 is a true and correct copy of an e-mail from Plaintiffs' counsels' paralegal to WTNY's counsel and WTPA's counsel dated December 23, 2022, as well as the draft Second Amended Notice of Rule 30(b)(6) Foundation Deposition, without exhibit, attached thereto.

Further this Affiant sayeth naught.

DATED this 18th day of May, 2023.

_____
Jon A. Wilson

SUBSCRIBED and SWORN to before me by Jon A. Wilson on this 18th day of May, 2023.

By: _____
Notary Public for the State of Montana

SYLVIA BASNETT
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
August 31, 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2023, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1863 Wazee Street, Suite 3A
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| 1-4 | CM/ECF | ___ Fax |
| --- | --- | --- |
| ___ | Hand Delivery | ___ E-Mail |
| 5 | U.S. Mail | ___ Overnight Delivery Services |

By: /s/ Jon A. Wilson
Jon A. Wilson
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Foundational Affidavit of Jon A. Wilson in Support of Defendant Watchtower Bible and Tract Society of New York, Inc.'s Motion for Protective Order - 5