# Jon Wilson

| | |
|---|---|
| **From:** | Ryan Shaffer <ryan@mss-lawfirm.com> |
| **Sent:** | Wednesday, April 19, 2023 3:57 PM |
| **To:** | Jon Wilson; Brett Jensen; Michael Sarabia; Christopher Sweeney; Gerry.Fagan@moultonbellingham.com; jtaylor@mmt-law.com; Jordan.FitzGerald@moultonbellingham.com |
| **Cc:** | Rob Stepans; James Murnion; Matthew Merrill; Katy Gannon |
| **Subject:** | Deps of Shuster, Breaux, Smalley |

Gentlemen,

We would still like to depose Mr. Shuster, Mr. Breaux, and Mr. Smalley. Since your briefs on the matter emphatically state that you never refused to produce these witnesses for deposition, please let me know if you will now do so.

If not, I would like to schedule a time to confer regarding:
1. How the defendants identify and determine who qualifies as an apex witness;
2. Identification of individuals that you will produce for deposition who have substantially similar personal history and personal knowledge (for all time periods at issue in this case) of the JW Organization's corporate structure, the policies and procedures in place for handling accusations of child sex abuse, how the Service Department communicated with local congregations, and the process for the appointment and deletion of elders and ministerial servants; and
3. Any reason that Plaintiffs should not be permitted to depose Mr. Smalley.

I look forward to hearing from you.

Best,

Ryan R. Shaffer



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT  59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.