# Jon Wilson

| | |
|---|---|
| **From:** | James Murnion <james@mss-lawfirm.com> |
| **Sent:** | Wednesday, April 26, 2023 12:33 PM |
| **To:** | Jessica Yuhas; Jon Wilson; Brett Jensen; Michael Sarabia; Joel Taylor (jtaylor@mmt-law.com |
| **Cc:** | Ryan Shaffer; Rob Stepans; Katy Gannon; Matthew Merrill; Barbara Bessey; Sylvia Basnett |
| **Subject:** | RE: Deps of Shuster, Breaux, Smalley |

Counsel,

On our call you refused to tell me if you would produce Shuster, Breaux, or Smalley for deposition unless and until you saw their deposition notices. I can assure you the notices will be substantially similar to the draft notices we sent you on September 29, 2022 and will contain the name of the deponent, their address (if known), and the time and place of the deposition—exactly what Rule 30(b)(1) requires to be in a deposition notice. Obviously, the time and place of these depositions are yet to be determined and will be updated once we all agree on dates that work for everyone involved. Please let me know if you have any questions, and if not, whether you will voluntarily produce these witnesses for deposition.


James C. Murnion
Associate Attorney



Meyer, Shaffer
& Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449


The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

**From:** Jessica Yuhas <jessica@mss-lawfirm.com>
**Sent:** Wednesday, April 26, 2023 10:44 AM
**To:** jwilson@brownfirm.com; Brett Jensen <BJensen@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>; Joel Taylor (jtaylor@mmt-law.com <jtaylor@mmt-law.com>
**Cc:** Ryan Shaffer <ryan@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; James Murnion <james@mss-lawfirm.com>; Katy Gannon <katy@mss-lawfirm.com>; Matthew Merrill <matthew@merrillwaterlaw.com>; Barbara

1

Bessey <BBessey@brownfirm.com>; Sylvia Basnett <SBasnett@brownfirm.com>
**Subject:** FW: Deps of Shuster, Breaux, Smalley

Counsel,

Please see our attached letter of today's date. This will follow via U.S. Mail.

Thank you,

Jessica Yuhas
Paralegal



*Montana Office:*
430 Ryman St.
Missoula, MT  59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

**From:** Jon Wilson <jwilson@brownfirm.com>
**Sent:** Thursday, April 20, 2023 11:25 AM
**To:** Ryan Shaffer <ryan@mss-lawfirm.com>; Brett Jensen <BJensen@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Gerry.Fagan@moultonbellingham.com; jtaylor@mmt-law.com; Jordan.FitzGerald@moultonbellingham.com
**Cc:** Rob Stepans <rob@mss-lawfirm.com>; James Murnion <james@mss-lawfirm.com>; Matthew Merrill <matthew@merrillwaterlaw.com>; Katy Gannon <katy@mss-lawfirm.com>; Sylvia Basnett <SBasnett@brownfirm.com>; Barbara Bessey <BBessey@brownfirm.com>
**Subject:** RE: Deps of Shuster, Breaux, Smalley

Hi Ryan,

Would you be available for a call next Tuesday, April 25, at 2 p.m. mountain to discuss these issues? If that time works, we'll get a conference call set up. Thanks.

Jon A. Wilson
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849

Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice:** *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Wednesday, April 19, 2023 3:57 PM
**To:** Jon Wilson <jwilson@brownfirm.com>; Brett Jensen <BJensen@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Gerry.Fagan@moultonbellingham.com; jtaylor@mmt-law.com; Jordan.FitzGerald@moultonbellingham.com
**Cc:** Rob Stepans <rob@mss-lawfirm.com>; James Murnion <james@mss-lawfirm.com>; Matthew Merrill <matthew@merrillwaterlaw.com>; Katy Gannon <katy@mss-lawfirm.com>
**Subject:** Deps of Shuster, Breaux, Smalley

Gentlemen,

We would still like to depose Mr. Shuster, Mr. Breaux, and Mr. Smalley. Since your briefs on the matter emphatically state that you never refused to produce these witnesses for deposition, please let me know if you will now do so.

If not, I would like to schedule a time to confer regarding:
1. How the defendants identify and determine who qualifies as an apex witness;
2. Identification of individuals that you will produce for deposition who have substantially similar personal history and personal knowledge (for all time periods at issue in this case) of the JW Organization's corporate structure, the policies and procedures in place for handling accusations of child sex abuse, how the Service Department communicated with local congregations, and the process for the appointment and deletion of elders and ministerial servants; and
3. Any reason that Plaintiffs should not be permitted to depose Mr. Smalley.

I look forward to hearing from you.

Best,

Ryan R. Shaffer



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.