*Exhibit A*

Defendant WTNY marked this deposition transcript as "Confidential" Pursuant to the Protective Order Entered 1/26/2022 (Docs. No. 110-1 and 111).

Plaintiffs have requested WTNY's permission to file the transcript in the public record. If such permission is not granted by WTNY, Plaintiffs will seek leave to file the transcript under seal pursuant to L.R. 5.2.

A copy of the deposition excerpts referenced as Exhibit A are simultaneously being emailed to the Court at spw_propord@mtd.uscourts.gov.

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     FOR THE COUNTY OF SAN DIEGO

 3

 4

 5    JOHN DORMAN, Individually, and   )
      JOEL GAMBOA, Individually,       )
 6                                     )
                      Plaintiffs,      ) No. 37-2010-00092450-
 7                                     )     CU-PO-CTL
      vs.                              )
 8                                     )
      DEFENDANT DOE 1, LA JOLLA        )
 9    CHURCH; DEFENDANT DOE 2, LINDA   )
      VISTA CHURCH; DEFENDANT DOE 3,   )
10    SUPERVISORY ORGANIZATION;        )
      DEFENDANT DOE 4, PERPETRATOR;    )
11    AND DOES 5 through 100,          )
                                       )
12                    Defendants.      )
      _____)
13

14

15

16

17                         DEPOSITION OF

18                         ALLEN SHUSTER

19                     SAN DIEGO, CALIFORNIA

20                        MARCH 27, 2012

21

      ATKINSON-BAKER, INC.
22    COURT REPORTERS
      (800) 288-3376
23    www.depo.com

24    REPORTED BY:   GRACIELA WARNER, CSR NO. 9502
      FILE NO.:      A602E89
25
```

                                                                1