***Exhibit B***

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALMEDA

--------------------------------X

JANE DOE, No. HG11558324

Plaintiff,

-v-

THE WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., a corporation, et al.,

Defendants.

--------------------------------X

VIDEO DEPOSITION

OF

ALLEN SHUSTER

PATTERSON, NEW YORK

FEBRUARY 15, 2012

10:01 A.M.

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

Nancy Anne Flynn, RPR
FILE NO.: A508ED2

MR. MCCABE: James McCabe, for the North Congregation of Freemont, California.

MR. MCNAMARA: Francis McNamara, General Counsel, Watchtower New York.

ALLEN SHUSTER,

having been duly sworn by a Notary Public in and for the State of New York Testified as follows:

EXAMINATION

BY MR. SIMONS:

**Q Please state your full name.**

A Allen Eugene Shuster.

**Q Mr. Shuster, my name is Rick Simons, we met earlier and we are here today for your deposition. Have you ever had your deposition taken before?**

A Yes, I have.

**Q Approximately how many times?**

A Once.

**Q Was that in connection with official duties or capacities that you hold with the Jehovah's Witnesses and Watchtower, New York?**

A Yes, it was.

**Q How long ago was that deposition?**

A Approximately a year and a half.

**Q And did it involve policies or procedures or other matters related to issues of childhood sexual abuse?**

A Yes, it did.

**Q Was it a deposition taken with regard to an action pending in the State of New York?**

A No.

**Q What state was the action pending in which your previous deposition was taken?**

A My best recollection is Florida.

**Q Do you remember the name of the attorneys involved?**

A Yes. Mario Moreno and Calvin Rouse.

**Q Did one of those attorneys represent the individual who had brought an action against Watchtower of New York or other related entities of Jehovah's Witnesses?**

A I don't think so.

**Q Was the action one in which the individual who had brought the action had done so claiming damages for childhood sexual abuse experience as claimed at least, to have arisen out of Jehovah's Witnesses activities?**

A I don't understand your question. You mean the victim?

**Q Yes, was the individual who brought that lawsuit claiming to be a victim of childhood sexual abuse within the Jehovah's Witnesses organization?**

A Yes.

**Q Do you remember the name of the attorney who represented that victim?**

A I do not.

**Q Today I'm going to be asking you some questions and if I ask you any question that you don't understand, as you just did earlier, just tell me that you are not sure of the question and I will rephrase it or otherwise make it clear to you, all right?**

A Yes.

**Q And as you have been doing so far, your answers have to be out loud even though we're on videotape, the court reporter needs to be able to take down a verbal audible response. Is that understood?**

A Yes, understood.

**Q And lastly, even though in normal conversation we might go back and forth, in a**

**deposition format it's important that we only speak one at a time as the court reporter can only follow one of us at a time. So even if you know where my question is going, allow me to finish, and I promise to do so eventually, and I will also do my best not to interrupt your answers, okay?**

A Okay.

**Q Before the deposition began, counsel and I spoke about your role here today. Your deposition is being taken in response to our Notice for your deposition as an individual, and then in addition, you have been designated as the person most qualified to testify with regard to certain issues that have been the subject of Deposition Notices for the Watchtower Bible and Tract Society of New York, Inc.**

**So I think with counsel's kind permission, I will go through the Deposition Notices and just clarify which categories you will be testifying as the representative of the Watchtower New York, Inc.**

**And that would include for the February 15, 2012 1:00 P.M. Deposition Notice, the matters related to the August 1st, 1995**

Allen Shuster

**Body-of-Elder letter, categories one and two in that Notice. Am I correct in that, Counsel?** 10:07

MR. SCHNACK: Yes, they are identified as topics one and two in that Deposition Notice. 10:07

MR. SIMONS: All right. So I will, again with everyone's permission, attach that Deposition Notice as Exhibit 1 to your deposition, Mr. Shuster. 10:07

(Deposition Notice February 15, 2012 1:00 P.M. was marked as Deposition Exhibit Number 1 for identification.) 10:07

**Q Similarly, you will be the designated representative to testify as to the correspondence of December 3rd, 1993 and the matters of policy related to that, again from the February 15, 2012 1:30 Deposition Notice. Am I correct in that as well?** 10:08

MR. SCHNACK: Yes. 10:08

MR. SIMONS: Let me mark that as Exhibit 2 then. 10:08

(Deposition Notice February 15, 2012 1:30 P.M. was marked as Deposition Exhibit Number 2 for identification.) 10:08

**Q Then additionally, certain of the** 10:08

Allen Shuster

**categories designated in the Deposition Notice for February 16 at 10:30 will be within your purview, which I understand generally to be category one, Corporate administrative structure, category two, Managerial staff functions. But not as to the legal department?** 10:09

MR. SCHNACK: Yes, topic two only as to the legal department, so that would not be Mr. Shuster. 10:09

MR. SIMONS: And topic three, the service department, would include Mr. Shuster's subject matter; is that correct? 10:09

MR. SCHNACK: Yes. 10:09

MR. SIMONS: And then number four we've had considerable discussion back and forth, and there's a number of objections. 10:09

MR. SCHNACK: I'll allow you to ask questions on that and then we can address it further if we need to. 10:09

MR. SIMONS: To the extent that questions are permitted that category four will be included then. And category five is also included; am I right? 10:09

MR. SCHNACK: Yes. 10:09

Allen Shuster

MR. SIMONS: And category six is also included? 10:09

MR. SCHNACK: Yes, subject to the objections. 10:10

MR. SIMONS: And for the record, counsel and I have exchanged both correspondence and discussions with regard to the nature and extent of objections to all of these Deposition Notices which we will not burden the record with at this time, but are certainly acknowledged. 10:10

And then as to category seven, that is also within Mr. Shuster's purview. 10:10

MR. SCHNACK: In part, to the extent it relates to what happens in the service department, yes. Otherwise, again, to the extent it involves the legal department that's going to be off limits. But we will have a PMK from the legal department here later today or tomorrow, depending on when you get to it. 10:10

MR. SIMONS: Very good. So let me mark this Deposition Notice as Exhibit 3 then. 10:10

(Deposition Notice was marked as Deposition Exhibit Number 3 for 10:10

Allen Shuster

identification.) 10:10

**Q Mr. Shuster, do you have an official job title at present?** 10:11

A Yes, I do. 10:11

**Q What is that?** 10:11

A Assistant overseer of the service department. 10:11

**Q To whom do you report as your supervisor?** 10:11

A The overseer of the service department. 10:11

**Q And who is that at present?** 10:11

A His name a Gary Breaux. 10:11

**Q Who in turned does Mr. Breaux report to?** 10:11

A It's called the branch committee. 10:11

MR. SCHNACK: Talking about currently? 10:11

MR. SIMONS: Yes. 10:11

**Q What is the branch committee?** 10:11

A It's made up of twelve elders that represent the United States branch territory among Jehovah's Witnesses. 10:12

**Q Are there twelve separate territories within the United States or is it twelve elders who represent the territory of the United States?** 10:12

A Twelve elders who represent the territories of the United States. 10:12

**Q As assistant overseer, what are your general duties and responsibilities?**

A We have within the department several desks. We have a number of desks. I work with the various schools that Jehovah's Witnesses conduct throughout the United States.

We have a program of constructing Kingdom Halls and Assembly Halls throughout the branch territory. I oversee that. I also oversee the desk that distributes convention assignments for our district conventions.

**Q How long have you held this position?**

A The position of overseeing certain aspects of this work, for probably eleven years.

**Q And prior to holding the position of assistant overseer, what was your previous assignment?**

A I worked as what is called a contact within the service department.

**Q What is a contact?**

A Contact is an elder who consults or is consulted with by a number of different elders within the department.

**Q Have you been an elder since 1979?**

A Yes.

**Q How long have you been performing services and duties here at the national headquarters?**

A Since '76, 1976.

**Q Have you served as an elder in a congregation?**

A Yes, I have.

**Q Where was that congregation or those congregations located?**

A In New York City.

**Q What was the time frame of your service in that regard as an elder in a congregation?**

A I stated from 1979 until transferring up here to Patterson, so that would have been in one congregation from 1979 to 1995, and then from 1995 to the present here at Patterson.

**Q Is your position a compensated position?**

A No, it is not.

**Q Are you in your own mind, not asking for a legal conclusion, but in your own mind do you work as an employee of one of the Jehovah's Witnesses entities?**

A No, I do not.

**Q As part of the service department currently, are you within the Watchtower Bible and Tract Society of New York, Inc.?**

A No.

**Q Is the service department presently operated through the Christian Congregation of Jehovah's Witnesses?**

A Yes.

**Q Has that been true since 2001?**

A That's correct.

**Q Is there currently a line of communication -- actually let me rephrase that.**

**Is there currently a line of authority between Watchtower Bible and Tract Society of New York and Christian Congregation of Jehovah's Witnesses?**

MR. SCHNACK: I am going to object to the form of the question. I don't know what you mean by line of authority between those two entities.

You can answer if you can.

MR. SIMONS: I think your objection is well taken. It's not well phrased.

**Q Do any persons holding positions within**

**Watchtower Bible and Tract Society of New York exercise supervisory authority over your service department within Christian Congregation?**

A When you say exercise authority, can you put that in context, what do you mean by exercise authority?

**Q Are persons who are serving within Watchtower Bible and Tract Society New York, Inc. presently holding authority to implement or impose policies, procedures or decisions upon Christian Congregation of Jehovah's Witnesses?**

A I believe so.

**Q And tell me what your understanding is of the relationship between those two entities?**

A I mentioned earlier that there is a branch committee. I do believe some of those members of the branch committee are members of the New York corporation.

**Q What is the general role of the branch committee?**

A They oversee the spiritual activities as well as the administering of the properties at the three complexes here in New York State.

**Q Is the service committee one of multiple**

Allen Shuster

**committees within the branch committee?** 10:18
A When you say service committee? 10:18
**Q The service department.** 10:18
A The service department. Your question again? 10:18
**Q Is that one of multiple departments or entities within the branch committee?** 10:18
A It is one of a number of departments that the branch committee has oversight of. 10:18
**Q And speaking in terms of the composition of the branch committee, how large a committee is it?** 10:19
A Twelve members. 10:19
**Q And how are its members selected?** 10:19
A It's, I'm not privy to the deliberations of the branch committee, so I'm not sure I can answer that. 10:19
**Q And not asking as to any individual who might have been appointed to the branch committee, but generally just speaking procedurally, how are branch committee members selected, by what authority or process?** 10:19
A Members of the branch committee collectively, I should say the collective branch 10:19

Allen Shuster

committee, makes recommendations as to who should be added in the case of deaths. And so those recommendations are made to the governing body of Jehovah's Witnesses. 10:20
**Q And what is the governing body within the administrative structure? I'm not asking for spiritual or theological information here, I'm really look administratively, what is the governing body?** 10:20
A The governing body is a committee that oversees the worldwide activity of Jehovah's Witnesses. 10:20
**Q Does the branch committee have any sort of written policies, procedures that it follows?** 10:20
A Yes. 10:20
**Q Is there some form of either a manual or other documentary compilation that the branch committee is guided by in its work?** 10:21
A Yes. 10:21
**Q What is that called?** 10:21
A It's called branch organization. 10:21
**Q And is that, is the appropriate term a manual or would it be some other term?** 10:21
A I think the terminology is guidelines, 10:21

Allen Shuster

branch committee guidelines. 10:21
**Q Is that series of guidelines applicable to the service department of the Christian Congregation?** 10:21
A Parts of it are. 10:21
**Q What other areas -- well, let me ask you, have you ever seen the branch committee guidelines?** 10:21
A Yes. 10:22
**Q And do you use it daily in your, or at least from time to time, in your work?** 10:22
A From time to time. 10:22
**Q What are the general subject matters covered under the branch committee guidelines?** 10:22
A Matters having to do with branch facilities, branch personnel, the managing of the spiritual activities within a specific branch or branch territory. Just general operation guidelines. 10:22
**Q Are the branch committee guidelines the same for every branch throughout the world or are there separate branch committee guidelines for different geographical areas?** 10:23
A Same throughout the world. 10:23
**Q Are the contents of the branch committee** 10:23

Allen Shuster

**guidelines approved by the governing body?** 10:23
A Yes. 10:23
**Q And would those branch committee guidelines apply to the Bible and Tract Society of New York, Inc.?** 10:23
A I guess my question would be, when you -- can you say that one more time? 10:23
**Q Yes.** 10:23
A I want to make sure I have the question correct. 10:23
**Q Do the branch committee guidelines apply to the entities within the Watchtower Bible and Tract Society of New York, Inc., the divisions I should say?** 10:23
A I would think so. 10:23
**Q Do they also apply to the Christian Congregation?** 10:24
A Yes. 10:24
**Q I know there are other entities such as Watchtower of Pennsylvania. Would the branch committee guidelines apply to these other entities as well?** 10:24
A Yes. 10:24
**Q Other than the service department, what** 10:24

Allen Shuster

**are the other departments that have existed both -- well, let me break this down actually, I'm sorry.** 10:24
**Prior to the formation of Christian Congregation, going back to Watchtower of New York, what were the various departments within Watchtower of New York prior to 2001?** 10:25
A I don't know that I can name them all. I know the service department came under the direction of Watchtower Corporation of New York. I know certain other departments did. I can't say with certainty I know. 10:25
**Q All right. We talked about the legal department earlier. Recognizing that you are not here in that capacity, but do you know of your own knowledge whether or not the legal department prior to 2001 was operated through the Watchtower Bible and Tract Society of New York, Inc.?** 10:25
A I don't know. 10:25
MR. SCHNACK: I can tell you it was, Rick. 10:26
MR. SIMONS: It was? Okay. 10:26
MR. SCHNACK: And it still is. 10:26
**Q In your work in the service department, if you have a question that involves legal issues** 10:26

Allen Shuster

**presently, do you go to the legal department of Watchtower New York or do you have a separate legal department within Christian Congregation?** 10:26
A The legal department here at Patterson. 10:26
**Q Is that Watchtower New York?** 10:26
A As Rick has stated it is -- I'm sorry, Bob. 10:26
MR. SIMONS: Let me mark as our exhibit next in order a document called Affidavit of Allen Shuster (handing). 10:27
(August 11, 2011 Affidavit of Allen Shuster was marked as Deposition Exhibit Number 4 for identification.) 10:28
**Q First of all, turning to the last page of this document, page 8, is that your signature after the August 11, 2011 date?** 10:28
A Yes. 10:28
**Q And this Affidavit was prepared and submitted in connection with the litigation of the case we are here for today; is that correct?** 10:28
A Yes. 10:28
**Q From time to time, have your duties and responsibilities included participating and providing Declarations in various lawsuits?** 10:28

Allen Shuster

A When you say Declarations, you mean? 10:28
**Q Affidavits, Declarations, documents of this kind in which there is a series of information followed by your signature, and on court related paperwork?** 10:29
A Yes. 10:29
**Q Do you have an estimate as to how many times that you have executed some sort of Affidavit or Declaration for a court proceeding?** 10:29
A I'd have to give you a rough estimate, my guess is four or five times. 10:29
**Q The case that this Affidavit pertains to that we're here today involves childhood sexual abuse claims and allegations. In the other matters in which you have provided an Affidavit, has the subject matter of those cases, to your knowledge, also involved childhood sexual abuse claims?** 10:29
A Just the one that you referenced earlier, I referenced earlier. 10:30
**Q In Florida?** 10:30
A In Florida. 10:30
**Q Are you aware of a case in San Diego County in California?** 10:30
A Yes, my mistake. 10:30

Allen Shuster

**Q So that would qualify as well?** 10:30
A Yes, that would be another one. 10:30
**Q Any others that come to mind?** 10:30
A I don't want to make a mistake here. I don't think so. 10:30
**Q Turning to page 3 of your Affidavit, paragraph 7, Jehovah's Witnesses who serve as appointed elders are recognized as ordained ministers and congregation elders. If you could assist me, is there a distinction between ordained ministers and congregation elders, as you are using it in this paragraph?** 10:31
A No, there is not. 10:31
**Q Looking down at paragraph 10, "Congregation Elders are expected to keep confession and other spiritual communications confidential." Is there a written definition, to your knowledge, in any of the materials that you reference in your work or have been familiar with in your work, as to what constitutes a spiritual confidential communication?** 10:31
MR. SCHNACK: I'm sorry, you're asking if there is a written definition of that? 10:32
MR. SIMONS: Yes, of what is a spiritual confidential communication. 10:32

Allen Shuster

**would lead you to another and to whom it would lead you?** 10:37

A Um-hm. Well, I serve as an elder, I mentioned since 1979 in various congregations, so in the role of an elder within the local congregation, it's made up of a number of elders, varying numbers of elders within a body in a local congregation. 10:37

So if it's in regard to the issue I referred to earlier where a woman may confess adultery, then I would consult with another elder in those matters. We would regard that as confidential. 10:38

**Q How about if the subject matter was not one which was clear to you as to whether it is spirituel and confidential or not, and you wanted further insight from someone else on that in addition to your own experience, to whom would you go for guidance on that?** 10:38

A Talking about spiritual matters? 10:38

**Q Well, about the issue of whether or not a communication is a spiritual communication as opposed to one that is not?** 10:39

A As an elder in a local congregation I would consult with other elders. 10:39

Allen Shuster

**Q How about in your capacity here as an assistant overseer in the service department?** 10:39

A I would consult with elders here in the service department. 10:39

**Q Is there someone within the administrative structure of the organizations who is the final arbiter of whether a specific type of communication is to be deemed spiritual and confidential or not?** 10:39

A I believe it depends on the nature of the spiritual confidential question. 10:39

**Q And can you explain that for me?** 10:40

A There are some issues, some questions that are raised that I can freely discuss with my peers within the department, and based on a discussion a determination can be made as to whether we have the authority to make a decision. In other cases not. 10:40

**Q Are there situations in your experience when the question of whether or not a communication is a confidential communication you have turned to the legal department for determination of that issue?** 10:40

A We have gotten legal advice, yes, on a 10:40

Allen Shuster

regular basis. 10:40

**Q In your capacity within the service department do you have the discretion to overrule, if you will, legal advice you receive from the legal department of Watchtower New York?** 10:41

A Do we have the authority to overrule? Again I think it depends on the context. 10:41

**Q With regard to the question -- I'm sorry because my question was overbroad, but let me narrow. On the question of whether an individual's communication is deemed confidential or not?** 10:41

MR. SCHNACK: I am going to object to the form of the question. It seems to me you're commingling legal issues and spiritual issues. I'm not sure the church does that. 10:41

But to the extent you can respond, go ahead. 10:41

A I think in response to what Bob is saying, anything that's confidential is not always spiritual. Something that's spiritual is not always confidential. So I don't think we can draw a parallel because if they are synonymous. But again, your question? 10:42

**Q Thank you for that clarification. With** 10:42

Allen Shuster

**regard to whether or not a communication is confidential, are you given the authority to make that determination in a situation where the legal department has given you an opinion as to that? Can you determine it to be different than the legal department's opinion?** 10:42

A Do you mean me personally or as a department? 10:42

**Q You as an assistant overseer in your official capacity.** 10:43

A Again, I think it's a judgment matter, there are some things that are given in the way of advice and it is just that, advice. There are other things that are presented from the legal department that I personally would not want to take it on myself to make that decision to overrule the good advice that we regularly get from our legal counsel. 10:43

**Q Going back to the time period before 2001 when the service department was within Watchtower New York, were the respective roles that we have been discussing between the service department and the legal department the same but just kept within the one organization structure?** 10:43

A A little confusing question. 10:43

Allen Shuster

**Q All right. Prior to 2001, was the service department in terms of its authority and role the same as it is now within the Christian Congregation?** 10:43

A You mean the difference between when the service department was working as the New York corporation and since 2001 under Christian Congregation. 10:44

**Q Yes.** 10:44

A Essentially the same. 10:44

**Q And was the nature of the relationship between the legal department and service department the same before 2001 as it is at present?** 10:44

A When you say relationship, you mean -- 10:44

**Q In terms of the nature of the issues that would be brought to the legal department and the consequences of information that would come back from the legal department to the service department?** 10:44

A Yes. 10:45

**Q Are reports or communications received from a congregation member that may include a report of suspected childhood sexual abuse by a different member than the reporter, are those communications deemed to be confidential within the service** 10:45

**Allen Shuster**

**department?** 10:45

A When you say a different, a different person as opposed to the victim? 10:46

**Q Correct, an individual member of the congregation makes a report to an elder of suspicion of sexual abuse of a child by a different congregation member, is that communication deemed to be confidential?** 10:46

MR. SCHNACK: Are you talking about outside of the service department at this point? 10:46

MR. SIMONS: No, within the service department. 10:46

MR. SCHNACK: Okay, because the question didn't include that. Why don't you rephrase it so we're certain what you are asking. 10:46

**Q Within the service department's implementation of its policies and role, are communications by a member of a congregation to an elder which report suspected childhood sexual abuse by a different member of that congregation, are those communications deemed to be confidential?** 10:46

A Within the context of the work that is done within the service department? 10:47

Allen Shuster

**Q Yes.** 10:47

A They are regarded as confidential. 10:47

**Q Is the basis of that determination one that is contained in writings of some kind?** 10:47

A You mean in the sense of guidelines or direction or memoranda? 10:47

**Q Yes, any of those.** 10:47

A Over the years I worked in the service department, which is some 31 years, I am certain that there have been references made on occasion that matters should be kept confidential. I cannot tell you an exact date of a memorandum. 10:47

MR. SIMONS: Let me mark the letter of July 1st, 1989 as the next exhibit. 10:48

(July 1, 1989 letter was marked as Deposition Exhibit Number 5 for identification.) 10:49

**Q This is a somewhat lengthy document. The portions that I am going to ask you about I've highlighted. That will maybe assist you in focusing on this.** 10:49

MR. SCHNACK: You want him to read through it or do you want to just start asking questions? 10:49

Allen Shuster

MR. SIMONS: If he wants to read through it I don't want to interrupt him. 10:50

MR. SCHNACK: It's up to you how you want to conduct the deposition. 10:50

**Q Have you seen this letter of July 1st, 1989 before?** 10:50

A Yes. 10:50

**Q When do you recall first being aware of this letter?** 10:50

A Shortly before July 1st, 1989. 10:50

**Q Did you participate at all in the drafting of this letter?** 10:50

A I'm not certain. 10:51

**Q Do you know any of the individuals who participated in the drafting of this letter?** 10:51

A I don't think I could name someone specific. 10:51

**Q Is this what is known as a Body of Elder letter?** 10:51

A Yes. 10:51

**Q Is the content of this letter, Exhibit 5, one that requires the approval of anyone within the Jehovah's Witnesses organization before it can be circulated to elders throughout the United States?** 10:51

A Yes. 10:52
**Q What approval or approvals, if there is more than one, must be made before a Body of Elder letter such as this could be circulated, at the time frame we're talking about, July 1st, '89?** 10:52
A Within the time frame of 1989? 10:52
**Q Yes.** 10:52
A There would have been a group of elders within the service department that would have reviewed this letter. It would have been a collaborative effort. You're talking about the service department, right? 10:52
**Q I'm talking about within the organization completely?** 10:52
A Within the organization. Undoubtedly the legal department would have input into this. It would have been approved by a committee of the governing body. 10:53
**Q Has this Body of Elder letter of July 1st, 1989 been revoked?** 10:53
A When you say revoked, you mean in total or in part? 10:53
**Q First in total.** 10:53
A No. 10:53

**Q Have parts of it been modified or revoked?** 10:53
A I would have to review the letter and read it to tell. 10:53
**Q All right, okay.** 10:53
MR. SCHNACK: Do you want him to do that? 10:53
MR. SIMONS: Yes, I do. 10:53
MR. SCHNACK: Go ahead, take your time. 10:54
THE WITNESS: The entire letter? 10:54
MR. SIMONS: Yes. If you need something to mark the exhibit with to go back and explain later what areas you think have been revoked, feel free to mark it up, that's okay. 10:54
A What was stated then in 1989, some 22 years ago, I think is essentially the same now. There's maybe one exception. And that's on page four at the very top, the first sentence, "If the alleged wrongdoer confesses to the sin or crime, no one else should be present besides the members of the committee." Just in addition to that, in the case of a child, being a minor, likely in most cases his parent or parents would be present. But other than that, essentially it's the same. 11:02
**Q Okay. In the event that an accused** 11:02

**member does not confess to having committed sexual abuse of a child in response to an accusation, is there a method, an administrative method, in which the truth of the accusation can be determined?** 11:03
MR. SCHNACK: Are you talking about within a judicial investigation or a judicial committee? 11:03
MR. SIMONS: I don't know because I'm asking the open-ended question of, is there a method at all, and presumably that would include judicial investigation or judicial committee or some other process. 11:03
MR. SCHNACK: Okay. I am going to object as vague then. 11:03
To the extent you can answer, go ahead. 11:03
A I think the key word you said is truth, can you get at the truth. There certainly is a method in which we endeavor to get at the truth. 11:03
**Q What method is that?** 11:03
A You mentioned whenever there is an accusation made against a member of the congregation, that method is that we have an elder, two elders, who are asked to hear or at least confront the accused with whatever it is he is 11:04

accused of, and they hear what he has to say about the matter. 11:04
**Q Assuming the accused denies any sexual misconduct with a child, what is the next step in response to that denial, if there is one?** 11:04
A Yes. In the case of a child, I think we would be very careful as to how we proceed. But scripturally, the Bible outlines a procedure in Matthew 18 about, in Matthew, the book of Matthew, about addressing issues of this nature when there is an accusation made against someone, then of course he has a right to hear that, and that's why we have two elders that listen to what he has to say. But then he has the opportunity or should have the opportunity to hear what his accuser is saying. 11:05
**Q And what is the forum in which that opportunity is provided?** 11:05
A So two elders will sit down with the accuser and hear what he has to say, and then weigh that testimony. As I mentioned, in the case of a child, we are very careful about proceeding. In some cases we will not proceed depending on the advice that we get from the legal department. I say we, I mean the local elders in a congregation. 11:06

Allen Shuster

**Q Is the local elder or are the local elders who receive a report of possible sexual abuse of a child by a congregation member, is the elder or are the elders who receive that report required to make a communication to the legal department immediately notifying them of that report?** 11:06

A Yes, as stated in this letter, there's a request made that they contact the legal department. Of course, as elders, we -- I'm saying "we," I mean I'm an elder in a local congregation, my interest and concern is that of the welfare of the child, making sure that the child is safe, even before we investigate any claims or the validity of a claim of abuse. We do that and maybe even provide comfort and sympathy to the child or parent in an effort to be of spiritual assistance to them. 11:07

The next thing we are encouraged to do immediately is to call the legal department for legal advice. 11:07

**Q That was the procedure in 1989 after Exhibit 5 was circulated, the Body of Elder letter, and it remains the procedure today; is that accurate?** 11:07

A Yes, as on page three, paragraph one. 11:07

Allen Shuster

**Q Going back to my questions about how is the issue resolved as to whether the accusation is truthful or not, is there a standard by which elders are guided in determining the truthfulness of an accusation of sexual abuse of a child by a congregation member?** 11:08

A Yes. 11:08

**Q What is that standard?** 11:08

A The standard is either a confession which we would accept as will be acceptable to prove guilt, or two witnesses testifying to the fact that they either saw or knew of the accused being engaged in that activity. 11:08

**Q Would one of those witnesses be the victim himself or herself?** 11:09

A Yes. 11:09

**Q If the victim is a minor, are they still competent to be a witness in the situation we're talking about?** 11:09

A When you say competent, can you define competent? 11:09

**Q Yes. If the victim is a minor, is that person still counted as one of the two witnesses?** 11:09

A Well, I think it goes to the credibility 11:09

Allen Shuster

of the accused. You say minor, a minor can be from baby to the legal age of maturity. 11:09

**Q So would the question of whether or not the victim can be counted as one of the two witnesses be a subject of the discretion of the elders who conduct the investigation?** 11:09

A Yes. 11:10

**Q Are there any written guidelines or other information provided to elders that you are aware of that helps them determine whether or not a minor who reports sexual abuse may be relied upon as one of the two witnesses?** 11:10

A Am I aware of some guidelines? 11:10

**Q Yes.** 11:10

A Yes. 11:10

**Q What guidelines are you aware of?** 11:10

A I think our letter here in '89 referred to, let me see if I can find it. Yes, on page two, the last paragraph, it says, "Note the KS 77, pages 66 and 67; KS 81, pages 160 to 170. Likely within that reference there is a guideline. 11:10

**Q What is the KS referred to?** 11:11

A It's referencing Kingdom Ministry School textbook. 11:11

Allen Shuster

**Q Is there a Kingdom Ministry School textbook at present?** 11:11

A Yes. 11:11

**Q And has there been for many years going back to before the date of this July 1st, 1989 letter?** 11:11

A Yes. 11:11

**Q What is the Kingdom Ministry School textbook?** 11:11

A It is a publication that is given to elders to help them to provide shepherding and to carry out their duties as elders. 11:11

**Q Are all elders required to attend Kingdom Ministry School at some intervals?** 11:12

A Required? In what sense? 11:12

**Q Are they, as a condition of becoming an elder, required to complete a program of the Kingdom Ministry School?** 11:12

A No. 11:12

**Q Are they, as elders, encouraged to attend Kingdom Ministry School?** 11:12

A Yes. 11:12

**Q Is Kingdom Ministry School an ongoing program where even elders with many years of** 11:12

Allen Shuster

seniority may return again and again for information and guidance on how to perform their work? 11:12
A Yes. 11:12
Q If an elder does not attend Kingdom Ministry School, is that a basis for removal from their position? 11:13
A No. 11:13
Q Is there a program by the service department that keeps track of elders who have attended Kingdom Ministry School and those that have not? 11:13
A No. 11:13
Q Is the Kingdom Ministry School taught only in one location or is it taught in multiple locations throughout the country? 11:13
A Multiple locations. 11:13
Q Is it a program of maybe some two or three days in length on an average? 11:13
A It varies. 11:13
Q From what to what? 11:14
A It could be one day, as in the case of ministerial servants. It could be a day and a half, perhaps more, in the case of elders. 11:14
Q Do you participate in preparing the 11:14

Allen Shuster

curriculum of the Kingdom Ministry School? 11:14
A Yes. 11:14
Q And does that curriculum change, from time to time? 11:14
A Yes. 11:14
Q Are parts of it always the same and parts of it change? 11:14
A Parts of it are similar. 11:14
Q And how frequently is the curriculum revised? 11:14
A It varies between typically two to three years. 11:14
Q Does the curriculum include teachings on the questions of investigation or discipline for childhood sexual abuse? 11:15
A It has in the past. 11:15
Q And when, to your knowledge, did the curriculum first include any matters related to childhood sexual abuse issues? 11:15
A The schools themselves that were conducted? Is the question, you're talking about the schools themselves, when did they first have part of the curriculum include matters of child abuse? 11:16

Allen Shuster

Q Correct. When did the Kingdom Ministry School first include issues of childhood sexual abuse in its curriculum? 11:16
A Um-hm? It would be after this letter so I would think in the nineties, in the early to mid nineties. 11:16
Q In addition to the July 1st, 1989 Body of Elder letter, were other written or printed or visual materials provided to elders as part of the Kingdom Ministry School on the subject of childhood sexual abuse? 11:16
A No. 11:16
Q We talked about the KS pages that are referenced in Exhibit 5. Is the textbook of the Kingdom Ministry School provided to the elders who attend or is it for those who teach only? 11:17
A Neither. 11:17
Q Neither? 11:17
A Yes. 11:17
Q For whom is the Kingdom Ministry School textbook prepared? 11:17
A For the elders. 11:17
Q When you say the elders, all elders within Jehovah's Witnesses? Which elders are you 11:17

Allen Shuster

referring to? 11:17
A All elders who are Jehovah's Witnesses. 11:17
Q And upon being accepted as an elder, is each elder provided with a copy of the Kingdom Ministry School textbook? 11:17
A Yes. 11:17
Q How long a book is that? 11:17
A Less than one hundred pages, around one hundred pages. 11:18
Q And I assume there are many subject matters addressed in it, one of which would be issues of childhood sexual abuse? 11:18
A That's correct. 11:18
MR. SIMONS: We need to take just a brief break to change the videotape. 11:18
THE VIDEOGRAPHER: Here marks the end of videotape one, the time is 11:18. We are going off the record. 11:18
(Brief recess) 11:31
THE VIDEOGRAPHER: The time is 1131. We are back on the record. Here marks the beginning of recording two. 11:31
BY MR. SIMONS: 11:31
Q Mr. Shuster, we were talking about the 11:31

Allen Shuster

**policies and procedures of the July 1st, 1989 letter, and I would like to now go back to Exhibit 4 if you would be so kind, your Affidavit in this case, and continue on with some other issues relating to that. So turning --** 11:31

A Okay. 11:31

**Q So turning to page five, paragraph fifteen, the last sentence, "At times, a judicial committee will determine that an accused congregant should be spiritually disciplined internally based upon Jehovah's Witnesses' understanding of the Bible."** 11:32

**By spiritually disciplined internally, can you explain to me what you are referring to?** 11:32

A Yes. Well, this has reference to a judicial committee that meets with an accused and either by confession or by the confirmation of two witnesses to prove his, providing enough evidence of guilt, then the discipline has reference to the withholding of certain what we term privilege responsibility within the congregation. 11:32

It also has reference to scriptural admonition. The Bible provides, there are many, many scriptures that can be used depending on what 11:33

Allen Shuster

offense has been committed, as in the case of adultery, we mentioned that previously, I mentioned that previously. 11:33

First Corinthians, Chapter 6, Verses 9 and 10 outline very clearly that the Bible condemns that type of activity, and so from that standpoint, from the standpoint of admonition from the Bible, scriptural admonition, and from the standpoint of withholding certain privilege from the person within the organization. 11:33

**Q Are there specific levels of internal discipline by category, in other words?** 11:33

A Yes. 11:33

**Q Would disfellowshipping be such a level of discipline?** 11:34

A Yes. 11:34

**Q What are the other levels?** 11:34

A It's, in the case of an individual that has confessed to a sin or it's been confirmed that he has or she has committed that sin, then the purpose of the judicial committee of course is to help, to be of a spiritual assistance to someone who has gone astray, according to what the Bible has outlined is the proper way to go. 11:34

Allen Shuster

And so the intent is to administer spiritual assistance to help that one, and if they can be helped, and if they prove that they are repentant, they have regret for what they have done, then it can be deemed by that judicial committee that they can remain part of the membership of Jehovah's Witnesses, which is regarded as a clean organization. And so if that is the case then, what is administered is a reproof, that's the terminology that we use, a reproof, which means again, the use of the Bible, reading various scriptures that in effect reprove that one, or to set that one straight. 11:35

**Q In my field as a lawyer we have an agency called the State Bar which licenses and disciplines lawyers and they have a public reproval and a private reproval. Does Jehovah's Witnesses have those two categories of reproval?** 11:35

A Not technically, no. 11:36

**Q Are all reprovals public?** 11:36

A No. 11:36

**Q Are all reprovals private?** 11:36

A No. 11:36

**Q What determines whether or not a member** 11:36

**Allen Shuster**

**who has been the subject of reproval has that reproof reported to the congregation?** 11:36

A My apologies, your question one more time? Just to make sure I have it clearly in my mind. 11:36

**Q Okay. Let me back up and see if we can get to the question more clearly.** 11:36

**If a person is disfellowshipped that's announced to the congregation, correct?** 11:36

A Yes. 11:36

**Q Are reproofs announced to the congregation?** 11:36

A In some cases. 11:36

**Q What kinds of cases are those?** 11:36

A As in the case of where there is some threat to other members of the congregation; in the case of notoriety among the community. It's for the purpose of letting others know that may have become aware of this conduct that the matter has been addressed, that the one is still repentant, is still a member of the congregation, and that certain scriptural reproof has been administered. 11:37

So it's for the purpose of protecting others in the congregation. 11:37

Allen Shuster

**Q Who determines whether or not a member constitutes a continuing threat to engage in unclean conduct such as sexual abuse of a child?** 11:37 11:37 11:38
A The judicial committee. 11:38
**Q Does the judicial committee have any written or other stated guidelines for making that determination which are provided to it from the service department?** 11:38 11:38 11:38 11:38
A That's a little vague question. 11:38
**Q Let me rephrase it. How does the judicial committee make the determination as to whether or not the individual constitutes a continuing threat?** 11:38 11:38 11:38 11:38
A How do they determine it? 11:38
**Q Yes, by what standard or guidelines or criteria?** 11:38 11:39
A By guidelines, standards and criteria that have been given to them by the organization, Jehovah's Witnesses' organization. We referenced earlier the KS textbooks, that primarily. There is also information in a publication that's available to all of Jehovah's Witnesses, not just elders, it's called Organized to Do Jehovah's Will, that publication. 11:39 11:39 11:39 11:39 11:39 11:39 11:39 11:39

Page 54

Allen Shuster

Various magazines that we have published in the past over the years, Watchtower and Awake Magazine outline certain guidelines in that setting. 11:39 11:39 11:39
**Q Let me ask you a question that may seem somewhat silly to you, but what is the difference in purpose between the Awake Magazine and Watchtower Magazine?** 11:39 11:39 11:39 11:39
A The Watchtower Magazine is a magazine that deals a lot with prophecy, Bible prophecy, and world events, and how these world events that we see happening today are really part of a prophetic sign as to the times we are living in. And so the name Watchtower is taken from, as if a sentry were standing out in the wilderness on top of a tower overlooking a panoramic view and he can see far in advance these events, what is coming his way, that's the idea behind the Watchtower. 11:39 11:40 11:40 11:40 11:40 11:40 11:40 11:40 11:40 11:40
The Awake Magazine is more designed towards the public in general and articles of interest on creation, history, geography. They both have a printing of over 42 million copies. Watchtower is in 194 languages and the Awake is in 84 languages, so it's worldwide, both of them have worldwide distribution. 11:40 11:40 11:40 11:40 11:41 11:41 11:41

Page 55

Allen Shuster

**Q When members or publishers go out to spread the Word to the community at large among nonmembers, do they provide to the community, at least as to persons that are interested, both Awake and Watchtower?** 11:41 11:41 11:41 11:41 11:41
A Yes, both awake and Watchtower and other publications. 11:41 11:41
**Q So am I correct in saying neither Awake nor Watchtower are published exclusively for the membership of Jehovah's Witnesses but are directed towards the larger community as well?** 11:41 11:41 11:41 11:41
A The Watchtower, about three years ago was, there's two publications, there's the public edition of the Watchtower and now there is a study copy, a study edition of the Watchtower, and the study edition of the Watchtower is designed specifically for the membership. 11:42 11:42 11:42 11:42 11:42 11:42
**Q And that's a more recent development?** 11:42
A Yes. 11:42
**Q If we look back to the 1990s would we have what is now the equivalent of the public Watchtower and Awake both being distributed for use of members and to the public at large?** 11:42 11:42 11:42 11:42
A Yes. 11:42

Page 56

Allen Shuster

**Q Going back to the question of internal disciplines, would one level of internal discipline include the removal of a member from a position that they may hold within the congregation?** 11:43 11:43 11:43 11:43
A That's correct. 11:43
**Q For example, the removal of a ministerial servant from his position would be an internal discipline that would be appropriate for certain kinds of misconduct; is that correct?** 11:43 11:43 11:43 11:43
A That's correct. 11:43
**Q Have you reviewed any of the materials or information or records relating to Jonathan Kendrick?** 11:43 11:43 11:43
A Yes, I have. 11:43
**Q What have you reviewed with regard to Jonathan Kendrick?** 11:43 11:43
A The information that was provided in the Notice from you. 11:43 11:43
**Q Do you have a specific recollection as to what documents that involved?** 11:43 11:43
A It would have been -- is it the December 3, 1993 letter from the branch office to the Body of Elders where Jonathan Kendrick was at the time. 11:44 11:44 11:44 11:44

Page 57

Allen Shuster
**Q Any other documents?** 11:44
A All of the supporting documents that were in that Notice. 11:44
**Q Do you recall any of those specifically?** 11:44
A The letter from the Body of Elders that I believe is the North Fremont Congregation, that correspondence. There is also some correspondence in that Notice from the Oakley Congregation that I believe is some years after 1993. 11:44
**Q We talked about disfellowship and reproof and removal. Are there any other levels of discipline which may be imposed internally for misconduct by a congregant?** 11:45
A I think I mentioned earlier that withholding of certain privileges within the congregation that we would regard as an exemplary privilege that one would have to conduct himself in a certain way to merit having that privilege, for example, passing microphones in the congregation, handling the stage, things of that nature. 11:45
**Q Is there a general title for which the disciplines of withholding privileges might fall?** 11:45
A No. 11:45
**Q It would be a case by case specific** 11:45

Page 58

Allen Shuster
**instruction, if you will, from the local Body of Elders to the congregant?** 11:46
A That's correct. 11:46
**Q In the future, you are not allowed to engage in this activity or receive this privilege?** 11:46
A It could be by communication. Often it is, but it could be just by the nature of the offense and in some cases the announcement that is made, it's obvious that there's no need to communicate that lack of privilege to that person. 11:46
**Q For all of the different levels of discipline that we have been discussing, from disfellowship down to the most minor level, are any of these levels of discipline warranted in the absence of either a confession of misconduct or the evidence of two credible witnesses?** 11:46
A No. 11:47
**Q Has that been the policy for as many years as you have been an elder in the service of Jehovah's Witnesses?** 11:47
A Yes. 11:47
**Q And is the source of that policy ultimately found in the governing body?** 11:47
A You mean the policy that's been 11:47

Page 59

Allen Shuster
established that elders abide by? 11:47
**Q Is the policy that no discipline is warranted in the absence of either two witnesses, two credible witnesses or a confession, is that policy one that is approved by the governing body?** 11:48
A Yes. 11:48
**Q You mentioned the Watchtower now being utilized in certain study committees. Am I correct that there are various kinds of regular meetings and study sessions that congregations hold within Jehovah's Witnesses?** 11:48
A Yes, we do. 11:48
**Q Are there regular meetings held by congregations at the Kingdom Halls?** 11:48
A Yes. 11:48
**Q And how frequently would regular sessions at the Kingdom Hall be held in most congregations, at least in your knowledge and experience?** 11:49
A You mean meetings that a congregation would have as opposed to meetings that Kingdom Hall would have? 11:49
**Q Yes.** 11:49
A Yes, a congregation typically would have two meetings a week, one during mid week and 11:49

Page 60

Allen Shuster
typically one on the weekend. 11:49
**Q And do each of these meetings have a different purpose or is the purpose the same?** 11:49
A Different purpose. 11:49
**Q What are the purposes of the two meetings in the mid week and the weekend meetings?** 11:49
A Well, both are open to the public so anyone is invited to attend these meetings. The mid week meeting is made up of three different types of meetings: One is called the Congregation Bible Study and there is a publication that Jehovah's Witnesses use, it varies from year to year, that is considered for 25 minutes or half hour; and then we have what is called a Theocratic Ministry School that helps to train the congregants as to how to perform public speaking or public reading, speaking to others about the Bible. 11:50
And then the last part of the meeting is called a service meeting, and information from a periodical called Our kingdom Ministry is reviewed, and again, having to do with the ministry. That's what Jehovah's Witnesses do, is we speak to others about God and bear witness about him and tell others about what we consider to be good news from the 11:51

Page 61

Allen Shuster

**across some tools that a homeowner may have left out in the driveway and is seen to take a tool or to put them in his pocket or jacket or something and leave with it, that's a theft, correct?** 02:24

A Okay. 02:24

**Q In such a situation of what we will call a petty theft, is that something that falls under the doctrine of uncleanness?** 02:24

A Uncleanness, I don't know that it would necessarily fall in that category. It would fall more into the category of theft. Uncleanness has more to do with physical and sexual in nature. 02:25

**Q All right. That is very helpful, I appreciate it. I apologize if some of my questions seem very basic, but there are many philosophical and other views of things that are part of your daily world for many years that are all new to me, so --** 02:26

A I understand. 02:26

(August 1, 1995 Letter To All Bodies of Elders in the United States was marked as Deposition Exhibit 9 for identification.) 02:26

**Q We have marked as Exhibit 9 a letter** 02:26

Allen Shuster

**dated August 1, 1995 (handing). Have you seen this in the past?** 02:26

A Yes, I have. 02:26

**Q Were you involved in the preparation of this Body of Elders letter prior to its dissemination?** 02:26

A I can't say for certainty. There's a good chance that I was. 02:26

**Q Was this Body of Elders letter approved by either a committee of or the entire governing body prior to its circulation?** 02:27

A Yes. 02:27

**Q There are references in this letter to various Awake articles in 1985 and 1993, this is in the third paragraph. Are articles that are published in Awake reviewed in advance by persons in the branch committee?** 02:27

MR. SCHNACK: I'm going to object to the form of the question. The branch committee wasn't in existence at the time that letter was drafted. 02:27

MR. SIMONS: All right. 02:27

MR. SCHNACK: Is that correct? 02:27

THE WITNESS: That's correct. 02:27

Allen Shuster

**Q What was the predecessor in terms of function, to the branch committee?** 02:28

A Prior to the branch committee, which was formed in 2001, the Bethel Operations, that is, the operations of the three complexes that make up not only the world headquarters but also the headquarters for United States branch facilities as well as the field operations, were separated; there were two separate entities that cared for those functions. 02:28

**Q We talked about the branch committee guidelines, the published guidelines and the handbook so to speak. Was there a predecessor of similar type before 2001 when the branch committee was formed?** 02:29

A The branch organization is what you are referring to, has been in existence prior to the formation of the U.S. branch committee. 02:29

**Q So did the branch organization have a handbook or guidelines prior to 2001?** 02:29

A I'm sure that there was some guideline that they went by. I don't know that there was an official document, maybe more just internal communications or perhaps some memoranda that gave 02:29

Allen Shuster

them some structure. 02:29

**Q Who if anyone would have been required to approve the content of articles in the Awake before they were published? This is back in '85 and '93 and that time period.** 02:30

A It would be individuals that work in our writing department. 02:30

**Q Were articles on the subject matter of protecting children from sexual abuse subject to approval from anyone other than persons in the writing committee back in the time frame that we're talking about, '85 to '93, as to the articles?** 02:30

MR. SCHNACK: You mean the writing department. 02:30

MR. SIMONS: Writing department, thank you. 02:30

A I know on occasion that the writing committee would send, writing department that is, they would send articles to others outside the writing department for their purview. 02:31

**Q Would an article setting forth a policy on something such as childhood sexual abuse such as the January 22, 1985 article in Awake have been reviewed and approved by the governing body or a** 02:31

Allen Shuster

**committee of the governing body prior to its publication?**

A My understanding is that they would.

**Q What is that understanding based on?**

A Whether all of the members of the then existing governing body would review articles from the Awake or the Watchtower, I can't say for certainty. But what I do say for certainty is that some members of the governing body would review it, yes.

**Q What is your understanding based on?**

A Based on my knowledge.

**Q Your last answer was that you just understand it. Can you tell me a little bit more about how you acquired the knowledge of the governing body's role in terms of approval of Awake policy articles or Watchtower policy articles?**

A I just know that the writing department, it's directly overseen by the writing committee of the governing body, and that there have been members in the past of the governing body who are in the writing, on the writing committee, and also work in the writing department. And I know the process that's reviewed by a number of writers, and it's

Allen Shuster

been the policy of at least a few members of the governing body reviewing anything from the Watchtower and Awake that is published.

**Q Have you ever authored an article that was published in Watchtower or Awake?**

A I have not.

**Q Is the role of the governing body to set both spiritual and administrative policies of all of the Jehovah's Witnesses' corporations and entities?**

MR. SCHNACK: I object to the form of the question. I'm not sure what you mean by administrative policies.

You can respond, if you can.

A I guess I would have to know a little bit more about the question. On a high level, review, the governing body does establish policies. The other aspect of your question?

**Q My question is perhaps a little unclear, but as to policies and procedures that we have been discussing, for example, the confession or two-witness standard in terms of accusations being proven to be true, are these policies, no matter which corporation or entity within the organization is enforcing them, these are policies that come from**

Allen Shuster

**the governing body, that's my question. Is that an accurate statement?**

A That is an accurate statement, yes.

MR. SCHNACK: Is this a good time for a short break?

MR. SIMONS: Yes.

MR. SCHNACK: Let's go off the record.

THE VIDEOGRAPHER: It is now 2:36. We are going off the record.

(Brief recess)

THE VIDEOGRAPHER: We are back on the record. The time is 2:54.

BY MR. SIMONS:

**Q Is there now a service committee?**

A There is a service committee, yes.

**Q Was that formed in 2001 when the branch committees were set up?**

A No.

**Q Did it pre-exist 2001?**

A Yes, it did.

**Q Has there been a service committee for as many years as you have been an elder?**

A Yes, there has.

**Q Are members of the governing body, any**

Allen Shuster

**members of the governing body, on the service committee?**

A Yes, there are.

**Q How many members total are there in the service committee?**

A On the service committee, let's see, at least four.

**Q And how many members of the service committee are members of the governing body?**

A All of them.

**Q When a congregation member is found either by two witnesses or by confession or by both to have committed sexual abuse of a child, does the local congregation elders have the option to ban that individual from field service?**

A The elders have the responsibility to protect children from that perpetrator, yes, to ban them from the individual ministry that they have.

I think all of us as Christians, as Jehovah's Witnesses, have an obligation to bear witness about God, that's who we are, we are Jehovah's Witnesses. So what he would have, his personal responsibility is up to him in witnessing, but if he were to engage in public ministry with