*Exhibit C*

Defendant WTNY marked this deposition transcript as "Confidential" Pursuant to the Protective Order Entered 1/26/2022 (Docs. No. 110-1 and 111).

Plaintiffs have requested WTNY's permission to file the transcript in the public record. If such permission is not granted by WTNY, Plaintiffs will seek leave to file the transcript under seal pursuant to L.R. 5.2.

A copy of the deposition excerpts referenced as Exhibit C are simultaneously being emailed to the Court at spw_propord@mtd.uscourts.gov.

**CONFIDENTIAL INFORMATION**

ORIGINAL

# In the Matter Of:

## JOHN DOE I v. WATCHTOWER BIBLE

DC-14-12402

# GARY BREAUX

*May 29, 2015*

*Vol 1*



800.211.DEPO (3376)
*EsquireSolutions.com*

**CONFIDENTIAL INFORMATION**

WIT002643