*Exhibit D*

FILED
FEB 28 2007
THOMAS R. FALLQUIST
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| AIMEY MERIE VIGUE, a single person; ROBERT SCOTT VIGUE and KAY VIGUE, husband and wife, | No. 04-2-02451-4 |
| Plaintiffs, | **DECLARATION OF GARY N. BREAUX** |
| vs. | |
| EDWARD NORMAN DAVIS and CHERYLE RUSTAD, husband and wife and marital community thereof; WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; OPPORTUNITY CONGREGATION OF JEHOVAH'S WITNESSES, | |
| Defendants. | |

I, Gary N. Breaux, am over 18 years of age, make this Declaration based on personal knowledge, and am competent to testify herein.

1. I have served as an elder since 1972.

DECLARATION OF GARY N. BREAUX - 1

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000

2. I have been a voting member of Watch Tower Bible and Tract Society of Pennsylvania since January 21, 2002. As a voting member, I attend all annual meetings of the corporation and am involved in all corporate decisions made by the voting members.

3. Watch Tower Bible and Tract Society of Pennsylvania was incorporated in the State of Pennsylvania in 1884. It has its principal place of business at 25 Columbia Heights, Brooklyn, New York.

4. Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower" is two words) is a separate corporate entity from Watchtower Bible and Tract Society of New York, Inc. ("Watchtower" is one word).

5. Watch Tower Bible and Tract Society of Pennsylvania ("WT-PA") has always maintained its own separate corporate records and observed all corporate formalities, and it has never had a parent or any subsidiary corporations, wholly-owned or otherwise.

6. WT-PA holds the copyright to publications of Jehovah's Witnesses, makes funds donated worldwide available to local congregations of Jehovah's Witnesses to assist in the construction of Kingdom Halls (places of worship), and provides assistance to local congregations in obtaining insurance coverage.

7. WT-PA has never exercised control over the personnel, accounting, management functions, or operational activities of any other corporation or entity.

8. Since 1994, I have also served in the capacity of an elder in the Service Department at the U.S. Branch Offices of Jehovah's Witnesses in Patterson, New York. I provide spiritual assistance to elders in the United States who call or write to the Service Department for spiritual help. Prior to March 2001, the spiritual assistance provided by the

DECLARATION OF GARY N.
BREAUX - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Service Department, along with the appointment of elders, was communicated to all congregations of Jehovah's Witnesses through Watchtower Bible and Tract Society of New York, Inc. ("WT-NY"). Since March 16, 2001, this communication, oversight, and control is communicated through Christian Congregation of Jehovah's Witnesses ("CCJW").

9. CCJW was incorporated on August 21, 2000. I am also a voting member of CCJW and have served in that capacity since October 5, 2000. I can attest to the fact that since March 16, 2001, all spiritual assistance, oversight, appointment, and control of the congregations, including all elders of Jehovah's Witnesses in the United States, has been communicated by the Service Department through CCJW.

10. Since at least the 1960's, WT-PA has not been used to communicate spiritual assistance, supervision, or advice to any congregation of Jehovah's Witnesses in the United States.

11. WT-PA has never appointed or supervised any elders in the Opportunity Congregation in Spokane, Washington. It has never appointed or supervised defendant Edward Davis as an elder in the Opportunity Congregation in Spokane, Washington.

12. WT-PA has never been used to communicate spiritual supervision or direction to any of the plaintiffs in the Opportunity Congregation, Spokane, Washington.

13. Prior to October of 2002, WT-PA had no knowledge of any propensities of defendant Edward Davis or that he might pose a danger to minors.

DECLARATION OF GARY N. BREAUX - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct upon my knowledge, information, and belief.

DATED this 3 day of October, 2006.

_____
GARY N. BREAUX

I:\Spodocs\30137\00002\plead\00445648.DOC

DECLARATION OF GARY N. BREAUX - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

# `CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February, 2007, I caused to be served a true and correct copy of the foregoing document to the following:

David M. Miller  
MILLER & PROTHERO  
868 Paulsen Building  
421 W. Riverside Avenue  
Spokane, WA  99201

____ U.S. MAIL  
✓ HAND DELIVERED  
____ OVERNIGHT MAIL  
____ TELECOPY (FAX)

    Attorneys for PLAINTIFFS

Dustin Deissner  
VAN CAMP & DEISSNER  
1707 W. Broadway Avenue  
Spokane, WA  99201

____ U.S. MAIL  
✓ HAND DELIVERED  
____ OVERNIGHT MAIL  
____ TELECOPY (FAX)

    Attorneys for PLAINTIFFS

Bevan J. Maxey  
MAXEY LAW OFFICES, P.S.  
1835 West Broadway  
Spokane, WA  99201

____ U.S. MAIL  
✓ HAND DELIVERED  
____ OVERNIGHT MAIL  
____ TELECOPY (FAX)

    Attorneys for DEFENDANT EDWARD DAVIS

Dean E. White  
Attorney at Law  
921 N. Adams  
Spokane, WA  99201

____ U.S. MAIL  
✓ HAND DELIVERED  
____ OVERNIGHT MAIL  
____ TELECOPY (FAX)

    Attorneys for DEFENDANT CHERYLE RUSTAD

_____  
Donald G. Stone  
Gerald Kobluk

I:\Spodocs\30137\00002\plead\00273741.DOC

DECLARATION OF GARY N. BREAUX - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*  
*717 WEST SPRAGUE AVENUE, SUITE 1200*  
*SPOKANE, WA 99201 PHONE: (509) 455-6000*