*Exhibit F*

| | | |
|---|---|---|
| 1 | Gregory J. Arpin, WSBA #2746 | The Honorable Edward F. Shea |
| 2 | Donald G. Stone, WSBA #7547 | |
| 3 | PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP | |
| 4 | 717 W. Sprague Avenue, Suite 1200 | |
| 5 | Spokane, Washington 99201-3505 | |
| 6 | Telephone: (509) 455-6000 | |
| | Facsimile: (509) 838-0007 | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 05 2003

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Attorneys for Defendants Watchtower
and Othello (North) Spanish Congregation

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

ERICA RODRIGUEZ, a single person,

    Plaintiff,

vs.

WATCHTOWER BIBLE and TRACT SOCIETY OF NEW YORK, INC., a New York corporation; OTHELLO SPANISH CONGREGATION OF JEHOVAH'S WITNESSES, an unknown legal entity; and MANUEL BELIZ, individually and on behalf of his marital community,

    Defendants.

No. CS-02-0190-EFS

**DEFENDANTS WATCHTOWER AND OTHELLO (NORTH) SPANISH CONGREGATION'S DISCLOSURES RE: EXPERT WITNESSES**

DEFENDANTS WATCHTOWER AND OTHELLO'S DISCLOSURES RE: EXPERT WITNESSES - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

COMES NOW the defendants Watchtower Bible and Tract Society of New York, Inc. and the Othello (North) Spanish Congregation of Jehovah's Witnesses, by and through their attorneys, who hereby disclose the identity of expert witnesses that may be called at the time of trial of this matter:

(1) Park Dietz & Associates, Inc.
Forensic Consultants in Medicine and the Behavioral Sciences
537 Newport Center Drive, Suite 300
Newport Beach, CA 92660
Telephone (949) 760-0422

Dr. Park Dietz (M.D., M.P.H., Ph.D.) is a forensic psychiatrist, whose curriculum vitae is attached. Dr. Daniel A. Martell (Ph.D.) is nationally recognized forensic neuropsychologist, whose curriculum vitae is also attached.

Depending upon specifics of disclosures yet to be received with respect to plaintiff's experts, it is anticipated that the above individuals will review specifics of any opinions and conclusions of plaintiff's experts, together with treatment records, test data, depositions, testimony and other documents and information and formulate opinions based upon their background, training and experience. Further, depending upon the specifics of such substantive disclosures by plaintiff's experts, it is anticipated that Dr Martell may

DEFENDANTS WATCHTOWER AND
OTHELLO'S DISCLOSURES RE: EXPERT
WITNESSES - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

undertake testing and examination of plaintiff. They will also develop opinions in assessment of plaintiff's claimed injuries and damages. It is further anticipated that Dr. Dietz, a nationally recognized expert on the subject of the detection and recognition of sex offenders, the affects of child sexual abuse, and related subject matter, will offer expert opinion testimony specific to the inherent difficulty associated with identifying pedophiles from among volunteers in a church organization. It is further anticipated Dr. Dietz will offer opinion testimony that defendants Watchtower and the Othello (North) Spanish Congregation of Jehovah's Witnesses in this instance could not have reasonably identified or prevented Manuel Beliz from molesting plaintiff.

Depending upon disclosures of plaintiff's experts, the above individuals may offer additional expert opinion testimony on subject matter addressed on opinions and conclusions of plaintiff's experts to the extent that such opinions and conclusions differ from their own. Their reports will be made available following reasonable opportunity for review of disclosures from plaintiffs expert(s) and following the depositions of plaintiff's expert(s) at which time they will be made available for deposition.

DEFENDANTS WATCHTOWER AND OTHELLO'S DISCLOSURES RE: EXPERT WITNESSES - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

(2)  In reviewing the information provided by plaintiff with respect to William Bowen, these defendants are of the opinion that the proffered opinions of Mr. Bowen are not the appropriate subject matter for expert opinion testimony in this case and anticipate a motion directed to the exclusion of such testimony. However, in the event that the Court permits testimony of Mr. Bowen regarding church practices and procedures, these defendants may offer expert opinion testimony from Gary Breaux, previously identified in these defendants' Rule 26(a)(1) disclosures on such subject matter.

These defendants reserve the right to have the above-referenced experts consider new issues or reconsider issues already considered as this case progresses, to include any new assertions by plaintiff or third parties. Further, these experts' particular opinions may change dependent upon newly identified facts and information. These defendants will supplement these disclosures as additional information regarding the opinions, facts and bases for such opinions as such information becomes available, and there has been reasonable opportunity for review of the data, testing, facts and bases for opinions of plaintiff's experts, once such are disclosed.

///

DEFENDANTS WATCHTOWER AND
OTHELLO'S DISCLOSURES RE: EXPERT
WITNESSES - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA  99201 PHONE: (509) 455-6000*

DATED this 5th day of June, 2003.

                    PAINE, HAMBLEN, COFFIN,
                    BROOKE & MILLER LLP

By: _____
     Gregory J. Arpin, WSBA #2746
     Donald G. Stone, WSBA #7547
     Attorneys for Defendants
     Watchtower and Othello (North)
     Spanish Congregation

DEFENDANTS WATCHTOWER AND
OTHELLO'S DISCLOSURES RE: EXPERT
WITNESSES - 5

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

# CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2003, a true and correct copy of the foregoing DEFENDANTS WATCHTOWER AND OTHELLO (NORTH) SPANISH CONGREGATION'S DISCLOSURES RE: EXPERT WITNESSES, was caused to be served as indicated below and addressed as follows:

| | |
|---|---|
| Richard C. Eymann<br>EYMANN, ALLISON, FENNESSY,<br> HUNTER & JONES, P.S.<br>601 West Main Avenue, Suite 801<br>Spokane, WA 99201<br><br>    Attorneys for Plaintiff | ____ U.S. MAIL<br>__✓__ HAND-DELIVERED<br>____ OVERNIGHT MAIL<br>____ TELECOPY (FAX) |
| Timothy D. Kosnoff<br>Attorney at Law<br>Bellevue Place Building<br>800 Bellevue Way N.E., Suite 300<br>Bellevue, WA 98004-4229<br><br>    Attorneys for Plaintiff | __✓__ U.S. MAIL<br>____ HAND-DELIVERED<br>____ OVERNIGHT MAIL<br>__✓__ TELECOPY (FAX) |
| Jeffrey R. Anderson<br>Jodean A. Thronson<br>Cynthia J. Waldt<br>JEFF ANDERSON & ASSOCIATES, P.A.<br>E-1000 First National Bank Bldg.<br>332 Minnesota Street<br>St. Paul, MN 55101<br><br>    Attorneys for Plaintiff | __✓__ U.S. MAIL<br>____ HAND-DELIVERED<br>____ OVERNIGHT MAIL<br>____ TELECOPY (FAX) |

///

DEFENDANTS WATCHTOWER AND
OTHELLO'S DISCLOSURES RE: EXPERT
WITNESSES - 6

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

| | |
|---|---|
| 1  Manuel L. Beliz, #783393,G-C-17 | ✓ U.S. MAIL |
| 2  STAFFORD CREEK CORRECTIONAL | ___ HAND-DELIVERED |
|       CENTER | ___ OVERNIGHT MAIL |
| 3  191 Constantine Way | ___ TELECOPY (FAX) |
| 4  Aberdeen, WA  98520 | |

_____
GREGORY J. ARPIN
DONALD G. STONE

I:\Spodocs\30137\00001\plead\00118660.DOC

DEFENDANTS WATCHTOWER AND
OTHELLO'S DISCLOSURES RE: EXPERT
WITNESSES - 7

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA  99201 PHONE: (509) 455-6000*