| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 6631 Mariposa Court |
| Victoria K.M. Gannon | Denver, CO  80221 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) ) **PLAINTIFFS' NOTICE OF** |
| vs. | ) **FILING EXHIBITS** ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) ) |
| Defendants, | ) ) ) |

Plaintiffs, Tracey Caekaert and Camillia Mapley, hereby submit this Notice of Filing Exhibits in Support of their Response Brief to Defendant WTNY's Motion for Protective Order (Doc. 234).  Plaintiffs submit excerpts from the

Deposition of Allen Shuster, *Dorman and Gamboa v. Does 1-100, et al.* (Mar. 27, 2012) (No. 37-2010-92450-CU-PO-CTL) as Exhibit A and excerpts from the Deposition of Gary Breaux at 11, *Doe v. Watchtower* (May 29, 2015) (No. DC-14-12402) as Exhibit C.  These transcripts were not filed with the response on June 1, 2023 (Doc. 243) as they had been marked by Defendant WTNY as "Confidential" pursuant to the Protective Order entered on January 26, 2022 (Docs. No. 110-1 and 111).  WTNY has since granted Plaintiffs permission to file these transcript excerpts in the public record.

DATED this 2nd day of June, 2023.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*