*Exhibit C*

**CONFIDENTIAL INFORMATION**

ORIGINAL

# In the Matter Of:

## JOHN DOE I v. WATCHTOWER BIBLE

DC-14-12402

# GARY BREAUX

*May 29, 2015*

*Vol 1*



800.211.DEPO (3376)
*EsquireSolutions.com*

**CONFIDENTIAL INFORMATION**

WTNY002645

**CONFIDENTIAL INFORMATION**

```
 1  which we served on Counsel, setting forth the legal
 2  basis for our objections.
 3              And if we can mark this as an exhibit and
 4  incorporate it into the record, that would be terrific.
 5              (Exhibit 2 marked.)
 6       Q.    (BY MR. SCHULTE) And, Mr. Breaux, do you
 7  understand that, prior to your deposition today, even
 8  though this objection was filed, counsel for all parties
 9  withdrew those motions and objections to this deposition
10  notice?
11              MR. FEINBERG:  Objection.
12              MR. MILLER:  No, that wasn't withdrawn.
13  It was the other one that was withdrawn.
14              MR. SCHULTE:  All right.  We can take that
15  up with the Court.
16       Q.    (BY MR. SCHULTE) Did you bring any sort of
17  documents responsive to what's marked as Exhibit A,
18  aside from your driver's license?
19       A.    No, I did not.
20       Q.    Okay.  What is your date of birth?
21       A.    January 21st, 1947.
22       Q.    January what?
23       A.    21st.
24       Q.    All right.  How are you currently employed?
25       A.    I'm part of the Religious Order of Jehovah's
```



```
 1  Witnesses.
 2       Q.   All right.  How long have you been part of the
 3  Jehovah's Witness Religious Order?
 4       A.   I think 1986, since 1986 sometime.
 5       Q.   Okay.  From 1986, currently, you have been
 6  part of the Religious Order of Jehovah's Witnesses?
 7       A.   Yes.
 8       Q.   All right.  And is that part of the Service
 9  Department of the Watchtower Bible and Tract Society of
10  New York?
11       A.   Service Department is part of the Branch.
12       Q.   All right.  How long did you work for the
13  Service Department?
14       A.   I started in 1994.
15       Q.   Are you currently an elder?
16       A.   Yes, I am.
17       Q.   All right.  How long have you been an elder?
18       A.   Over 40 years.
19       Q.   Did you actually serve as a -- strike that.
20            Did you actually serve as an elder of a
21  congregation?
22       A.   Yes, I did.
23       Q.   During which years and which congregation?
24       A.   I was in Jennings Congregation in St. Louis,
25  Missouri.  And let's see.  Then I was in the -- I was a
```



```
 1  circuit overseer, so you're not appointed as an elder in
 2  a particular congregation.  1994, when I was -- I came
 3  into New York, I was part of East Danbury, Connecticut,
 4  congregation.  I've been there since.
 5       Q.   You're currently an elder of the East Danbury
 6  congregation?
 7       A.   That's correct.
 8       Q.   All right.  And during what years did you
 9  serve the St. Louis congregation as an elder?
10       A.   Approximately 1972 through 1975 and then again
11  1981 to 1986.
12       Q.   Okay.  And during that tenure, 1972 to 1975
13  and 1981 to '86, did you always serve as the elder of
14  that congregation?
15       A.   I was one of the elders in the congregation,
16  yes.
17       Q.   All right.  You mentioned that you also served
18  as a circuit overseer?
19       A.   That is correct.
20       Q.   Just briefly describe what a circuit overseer
21  is.
22       A.   He visits the congregation one week at a time,
23  gives talks, goes out in the door-to-door ministry,
24  meets with the pioneers, offers general encouragement.
25       Q.   To each congregation?
```



800.211.DEPO (3376)
EsquireSolutions.com

**CONFIDENTIAL INFORMATION**
Case 1:20-cv-00052-SPW   Document 244-2   Filed 06/02/23   Page 6 of 15

```
 1      A.   Each congregation within a circuit.
 2      Q.   Okay.  And then if I understand you, after you
 3 concluded your tenure as circuit overseer, you then went
 4 back to a congregation where you're currently at in
 5 Danbury?
 6      A.   Yes.  More correctly, I was -- I was a circuit
 7 overseer.  Then I left for a few years back to St.
 8 Louis, and then I went back in the circuit work until I
 9 came in Danbury.
10      Q.   Okay.  When did you come into Danbury?
11      A.   1994.
12      Q.   All right.  In conjunction with your service
13 as an elder of Danbury, did you also work for Watchtower
14 Service Department?
15      A.   Yes.  I was part of the Bethel Arrangement of
16 Service Department.
17      Q.   All right.  And during what years did you work
18 for the Watchtower Service Department?
19      A.   1994 until present.
20      Q.   From 1994 to the present, while working at the
21 Service Department, what specific positions did you
22 hold?
23      A.   I served as a service desk until I was
24 appointed on the Branch Committee, and then I no longer
25 had a particular desk.  I was more in consulting.
```



800.211.DEPO (3376)
EsquireSolutions.com

**CONFIDENTIAL INFORMATION**

WTNY002657

```
 1      Q.    What is the Branch Committee?
 2      A.    The Branch Committee is a group of men
 3 appointed by the Governing Body to care for the
 4 spiritual needs of a particular country or countries.
 5      Q.    Was the Branch Committee within the Service
 6 Department?
 7      A.    No.
 8      Q.    All right.  Is the Branch Committee a part of
 9 the Watchtower Bible and Tract Society?
10      A.    When you say "Watchtower Bible and Tract
11 Society," you mean the legal?  Is that what you're
12 having reference to?
13      Q.    Let me back up.  Is the Watchtower Service
14 Department within the organization of Watchtower Bible
15 and Tract Society of New York?
16      A.    What time period are you talking about?
17      Q.    From 1994 to 2001.
18      A.    Well, Service Department was part of Bethel
19 itself.  Watchtower is a corporation.  Bethel is -- New
20 York Bethel is the branch for the United States, so we
21 had letterheads that were on Watchtower letterheads.
22      Q.    All right.  More specifically, was the Service
23 Department part of the Watchtower Bible and Tract
24 Society from approximately 1970 through 2000?
25            MR. FEINBERG:  Objection to the form.
```



**CONFIDENTIAL INFORMATION**

```
 1              If you understand the question, you can
 2   answer.
 3       A.    Are you waiting for me to answer?
 4       Q.    (BY MR. SCHULTE) Yeah, yeah.
 5              MR. FEINBERG:  I'm sorry.
 6       A.    I'm sorry.
 7       Q.    (BY MR. SCHULTE) That's all right.  What is --
 8   strike that.
 9              You understand what the Watchtower Service
10   Department is?
11       A.    Yeah.  You say "Watchtower."  You mean Service
12   Department of Jehovah's Witnesses?  I understand that.
13       Q.    Yes, sir.
14       A.    Yes, I do understand what it is.
15       Q.    All right.  And is that particular department,
16   the Watchtower Service Department, within the
17   organization of Watchtower Bible and Tract Society of
18   New York?
19              MR. FEINBERG:  Objection to the form.
20              You can answer it, if you understand it.
21       A.    Yeah.  Watchtower Bible and Tract Society is a
22   legal -- it's a legal arrangement, a legal corporation.
23   Service Department is not -- it's not a legal entity.
24       Q.    (BY MR. SCHULTE) What is -- let me ask it this
25   way:  What is your understanding of the Service
```



**CONFIDENTIAL INFORMATION**

```
 1  Department affiliation or association with the
 2  Watchtower Bible and Tract Society of New York?
 3       A.    Service Department meets in the buildings
 4  owned by Watchtower New York.
 5       Q.    Are you saying that the Watchtower Service
 6  Department is a separate entity?
 7       A.    No.  I'm saying Service Department is part of
 8  the overall Jehovah's Witnesses arrangement.
 9       Q.    All right.
10       A.    The Watchtower is just a legal instrument
11  that's used by Jehovah's Witnesses.
12       Q.    All right.  How long were you working with the
13  Watchtower Service Department?
14       A.    Again, you say "Watchtower."  You use the term
15  "Watchtower."  I worked in the Service Department of
16  Jehovah's Witnesses since 1994 to present.
17       Q.    All right.  The Service Department, how
18  long -- so 1994 to the present?
19       A.    Yeah, uh-huh.
20       Q.    All right.  And you were an elder during that
21  time period?
22       A.    Yes.
23       Q.    All right.  What sort of positions did you
24  hold within the Service Department during that time
25  period?
```



800.211.DEPO (3376)
EsquireSolutions.com

**CONFIDENTIAL INFORMATION**

WTNY002660

```
 1      A.   Well, 1994, I served as a service desk
 2 until -- I don't remember the exact -- I can give you
 3 approximate.  2007, 2008, I was appointed to the Branch
 4 Committee.  I no longer handled the service desk.  I had
 5 different assignments in the Service Department --
 6      Q.   Okay.  Fair to say --
 7      A.   -- and otherwise.
 8      Q.   Sorry.  Fair to say from approximately 1994 to
 9 approximately 2008, you worked for the Service
10 Department of the -- you worked for the service desk of
11 the Service Department?
12      A.   Yeah, that's -- yes, that's right.
13      Q.   All right.  Did you also or were you also the
14 head of the Service Department?
15      A.   No.
16      Q.   All right.
17      A.   When you say "head," what do you mean by
18 "head" of the Service Department?
19      Q.   Did you -- well, do you know Alan Shuster?
20      A.   Yes, I do.
21      Q.   All right.  What is his position?
22      A.   He's an assistant.  At what time period are
23 you having reference to?
24      Q.   Sure.  From 1994 to 2008.
25      A.   He was -- he was like a consultant for service
```



```
 1  desk.  He had various administrative duties in the
 2  Service Department.
 3       Q.   Were you ever the supervisor to Alan Shuster?
 4       A.   What time do you have reference to?  Ever?
 5       Q.   From 1994 to 2008.
 6       A.   No.
 7       Q.   You were not?
 8       A.   No.
 9       Q.   Okay.  Were you ever regarded as the overseer
10  of the Service Department?
11       A.   What time period?
12       Q.   From 1994 to 2008.
13       A.   No.
14       Q.   You've never been regarded as the overseer or
15  head of the Service Department at Watchtower?
16       A.   I have, after that.
17       Q.   When were you regarded in that capacity?
18       A.   Approximately 2011.
19       Q.   When you say you worked for the Service
20  Department from 1994 to 2008, what was your role in that
21  capacity?
22       A.   The service desk; I handled the service desk.
23       Q.   What does that mean?
24       A.   You handle correspondence, phone inquiries for
25  a particular part of the country.
```



**CONFIDENTIAL INFORMATION**

```
 1     Q.    Okay.  What sort of phone inquiries?
 2     A.    Oh, my.  Requesting scriptural direction.  I
 3  mean, they're varied.  I mean, I could -- many things
 4  they'll call in asking.
 5     Q.    When you say "they," are you referring to
 6  elders of congregations?
 7     A.    Individuals, non-Witnesses, Witnesses.
 8     Q.    During 1994 to 2008, were you ever regarded as
 9  the supervisor to Richard Ash?
10     A.    When you say "supervisor," what do you mean?
11     Q.    Okay.  Were you ever ranked higher than either
12  Alan Shuster or Richard Ash?
13     A.    I was -- was not his overseer, no.
14     Q.    Okay.  You've heard of both of them?
15     A.    Yes.
16     Q.    All right.  They're both elders?
17     A.    Yes, they are.
18     Q.    All right.  They're both within the Service
19  Department?
20     A.    Yes.
21     Q.    All right.  Do you know how long Alan Shuster
22  was in the Service Department?
23     A.    I would be guessing.  He was there when I came
24  in, so I don't know exactly.
25                 MR. FEINBERG:  Mr. Schulte, there are no
```



```
 1  allegations in this case after the year 2000.  You've
 2  been asking questions about events from 2000 to 2011.  I
 3  haven't objected yet, but I think you've gone pretty far
 4  on that, and I'm going to start objecting if this
 5  continues.
 6              MR. SCHULTE:  Fair enough.
 7       Q.   (BY MR. SCHULTE) What is the role of the
 8  Service Department?
 9       A.   Well, I'm speaking as an individual, because
10  that's what my testimony is.  It works under the
11  direction of the Branch Committee to help to oversee the
12  preaching activities in the United States Branch and
13  congregation activities.
14       Q.   Okay.  The Service Department oversees the
15  congregations of the United States; is that true?
16              MR. FEINBERG:  I'm going to object and ask
17  that the questions be limited to the period 2000 and
18  earlier, which is the time period involved.
19              MR. SCHULTE:  That's fine. Let me
20  rephrase the question.  That's fine.
21       Q.   (BY MR. SCHULTE) In the '70s, '80s and up
22  until the 2000 time period, was the Service Department
23  responsible for providing oversight to the
24  congregations?
25       A.   Yes, under the direction of the Branch
```



1  Committee.
2      Q.   Okay.  And during that same time period, was
3  the Service Department also responsible for providing
4  guidelines and instructions and communications to the
5  congregations?
6      A.   When you say "responsible," what do you mean
7  by "responsible"?
8      Q.   Okay.  The Service Department communicated
9  with the congregations; is that true?
10     A.   Yes.
11     Q.   All right.  And they -- through those
12 communications, they provided guidelines and
13 instructions; is that true?
14     A.   Yes.
15     Q.   All right.  And often times, those guidelines
16 and instructions were on letterhead; is that true?
17     A.   Yes.
18     Q.   All right.  And between the time period that
19 we're talking about in the 1970s, '80s and '90s up until
20 2000, that letterhead was the Watchtower Bible and Tract
21 Society of New York; is that true?
22     A.   To my knowledge, yes.
23     Q.   All right.  And they were often sent out from
24 the Service Department of the Watchtower; is that true?
25     A.   Often, yes.



**CONFIDENTIAL INFORMATION**

```
 1      Q.    All right.  And these letters were often
 2 called body of elder letters; is that true?
 3      A.    Often?
 4      Q.    Yes.
 5      A.    No.
 6      Q.    All right.
 7      A.    I don't think so.  I mean, it included letters
 8 to bodies of elders.
 9      Q.    The letters were addressed to body of elders?
10      A.    Not all of them.
11      Q.    Okay.  A lot were?
12      A.    A lot were, yes.
13      Q.    All right.  Bodies of elders, what does that
14 mean?  Is that -- what do you mean by bodies of elders?
15      A.    Okay.  It's -- elders is a group of men, so
16 what qualifies a man to be an elder?  We're a religious
17 organization.  We're not a secular organization, so to
18 answer your question, I have to go to the Bible to
19 explain to you what is an elder.
20      Q.    Well, I'm not interested in knowing what an
21 elder is.
22            MR. FEINBERG:  Whether you're interested
23 or not, he's giving an answer, so please don't interrupt
24 him.
25            MR. SCHULTE:  It's just nonresponsive.
```

