Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br><br>**NOTICE RE NO TRANSCRIPTS ORDERED FOR APPEAL** |

Pursuant to 9th Cir. R. 10-3.1(c), please take notice that no transcripts will be

ordered for the current Ninth Circuit appeal, No. 23-35329, by Philip Brumley from

the Court's sanctions Order in this matter (Doc. 219).[1]  Appellant Philip Brumley served Plaintiffs-Appellees with a notice under 9th Cir. R. 10-3.1(a) on May 17, 2023, that he did intend to order any additional transcripts for the appeal.  However, Brumley did designate for use on appeal the transcript from the District Court Hearing on April 5, 2022, regarding Plaintiffs' Motion for Sanctions, which is already on file with the District Court (Doc. 130).  Plaintiffs-Appellees had until May 29, 2023, to designate additional transcripts, but they did not do so.

      **DATED** this 7th day of June, 2023.

MOULTON BELLINGHAM PC

By   */s/ Jordan W. FitzGerald*
      GERRY P. FAGAN
      CHRISTOPHER T. SWEENEY
      JORDAN W. FITZGERALD
      27 North 27th Street, Suite 1900
      P.O. Box 2559
      Billings, Montana 59103-2559

      *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*

---

[1] *See* Doc. 230, Notice of Appeal.