*Exhibit C*



**Meyer, Shaffer & Stepans, PLLP**

**Ryan Shaffer** | ryan@mss-lawfirm.com
**Robert L. Stepans** | rob@mss-lawfirm.com
**James Murnion** | james@mss-lawfirm.com

September 29, 2022

**Via Email and U.S. Mail**

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
P.O. Drawer 849
Billings, MT  59103

jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549

jtaylor@mmt-law.com

Christopher T. Sweeney
Gerry P. Fagan
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103

christopher.sweeney@moultonbellingham.com
gerry.fagan@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com

　　　　Re: *Caekaert & Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
　　　　*Rowland & Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*

Dear Counsel,

　　　　Due to the dispute about the staggering of WTNY's deposition topics we need to cancel the deposition that was previously noticed for October 11th.

　　　　Please find enclosed draft deposition notices for Phillip Brumley, Gary Breaux, Gene Smalley, and Allen Shuster.  We are anticipating about a half-day for each of these witnesses. Please confirm that you will produce these gentlemen for depositions (or specifically state that you will not) and let us know dates that work for each as soon as you can.

September 29, 2022
Page 2

As it pertains to the deposition of WTNY, Plaintiffs would like to agree on a staggered discovery plan where we depose WTNY first on the foundation of the privilege claims and corporate structure so that we can resolve disputes over the privilege, while reserving liability topics (i.e. direction given by WTNY to local congregations, knowledge WTNY had of what occurred at local congregations) for later once we know what evidence and testimony will be in play. Jon has requested that we provide notice of those other topics now. It is not possible to do this right now because the case is evolving with discovery. However, I can state that none of the later topics will duplicate the topics we would notice now. We understand the time limits in the rules and are not asking for an agreement to exceed those right now. We would like to figure out a way to reach an agreement on the staggered discovery rather than burdening the judge with it. However, if that is not possible we will seek relief from the Court early next week. Please let me know by close of business on Monday, October 3rd if you are willing to consider working something out.

Regarding Plaintiffs' depositions, Ariane Rowland can be available in either Billings or Missoula. However, October 31st does not work. Ms. Rowland is available the week of November 7th. As previously noted, Ms. Caekaert and Ms. Schulze will be available in Missoula where we can best provide for their respective mental health needs before and after their depositions. Jon has asked me to explain why such mental health attention cannot be provided just as easily in Billings. It relates to the association of Billings to the trauma suffered, as well as support available to the Plaintiffs that exists in Missoula that does not exist in Billings. We would hope that the Defendants could understand this. We would work to group Ms. Schulze and Ms. Caekaert together to cut down on travel if that is what the Defendants preferred. We are still working on logistics for Ms. Mapley's video deposition; please confirm you are still preferring October 24th and we will work to make that happen.

Based on Jon's email of today, I understand that you will be responding to Plaintiffs' Motion for a new Scheduling Order. Given that, and given my request that we work out a plan for staggered discovery to include staggered 30(b)(6) topics for WTNY, we agree that there is no need to seek time with the Court right now.

We look forward to hearing from you on these issues.

Sincerely,

MEYER, SHAFFER & STEPANS, PLLP

Ryan R. Shaffer

Cc: Bruce Mapley, Sr., via email and U.S. Mail

Robert L. Stepans                           Matthew L. Merrill (appearing *pro hac vice*)
Ryan R. Shaffer                             Merrill Law, LLC
James C. Murnion                            1863 Wazee Street, #3A
Meyer, Shaffer & Stepans, PLLP              Denver, CO 80202
430 Ryman Street                            Tel: (303) 947-4453
Missoula, MT 59802                          matthew@merrillwaterlaw.com
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) | |
|     Plaintiffs, | ) | Case No. CV-20-52-BLG-SPW |
|   vs. | ) | |
| | ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) | |
|     Defendants, | ) | |
| | ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) | |
|     Cross Claimant, | ) | |
| | ) | |
| BRUCE MAPLEY, SR., | ) | |
|     Cross Defendant. | ) | |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Cause No. CV 20-59-BLG-SPW

## NOTICE OF CANCELLATION OF 30(b)(6) DEPOSITION OF DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

PLEASE TAKE NOTICE that Plaintiffs, by and through undersigned counsel, hereby cancel the previously noticed Rule 30(b)(6) deposition of Defendant Watch Tower Bible and Tract Society of New York, Inc. set for **Tuesday, October 11, 2022 at 9:00 a.m. (ET).**

DATED this 29th day of September, 2022.

MEYER, SHAFFER & STEPANS, PLLP

/s/ Ryan Shaffer
Ryan R. Shaffer

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of September, 2022, a true and accurate

copy of the foregoing was served on the following via email and U.S. Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer

Robert L. Stepans                         Matthew L. Merrill (appearing *pro hac vice*)
Ryan R. Shaffer                           Merrill Law, LLC
James C. Murnion                          1863 Wazee Street, #3A
Meyer, Shaffer & Stepans, PLLP            Denver, CO  80202
430 Ryman Street                          matthew@merrillwaterlaw.com
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,                      ) | |
|               Plaintiffs,          ) | Case No. CV-20-52-BLG-SPW |
|     vs.                                    ) | |
|                             ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., ) | |
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and ) | |
| BRUCE MAPLEY SR.,                        ) | |
|               Defendants,          ) | |
|                             ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., ) | |
|               Cross Claimant,          ) | |
|                             ) | |
| BRUCE MAPLEY, SR.,                       ) | |
|               Cross Defendant.          ) | |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Cause No. CV 20-59-BLG-SPW

## NOTICE OF DEPOSITION OF GARY BREAUX

**PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled actions will take the oral deposition of Gary Breaux on **(DATE) starting at 9:00 a.m. (ET)**, and there after until the same shall be completed.  The deposition will take place at **Veritext Legal Solutions, 50 Main Street, 3rd Floor, White Plains, NY 10606**. The deposition will be recorded by stenographic means before a duly qualified court reporter, and by audiovisual  means.  The deposition shall be used consistent with all purposed permitted by law.

DATED this ___ day of September, 2022.

MEYER, SHAFFER & STEPANS, PLLP

/s/ Ryan Shaffer
Ryan R. Shaffer

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _____ day of September, 2022, a true and

accurate copy of the foregoing was served on the following via email and U.S.

Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1863 Wazee Street, #3A
Denver, CO  80202
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br>            Plaintiffs,<br>  vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br>            Defendants,<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.,<br>            Cross Claimant,<br><br>BRUCE MAPLEY, SR.,<br>            Cross Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-20-52-BLG-SPW |

ARIANE ROWLAND, and JAMIE )
SCHULZE                     )
                            )        Cause No. CV 20-59-BLG-SPW
            Plaintiff,      )
                            )
    vs.                     )
                            )
WATCHTOWER BIBLE AND TRACT  )
SOCIETY OF NEW YORK, INC., and )
WATCH TOWER BIBLE AND TRACT )
SOCIETY OF PENNSYLVANIA,    )
                            )
            Defendants.     )
_____ )

### NOTICE OF DEPOSITION OF PHILIP BRUMLEY

**PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled actions will

take the oral deposition of Philip Brumley on **(DATE) starting at 9:00 a.m. (ET)**,

and there after until the same shall be completed.  The deposition will take place at

**Veritext Legal Solutions, 50 Main Street, 3rd Floor, White Plains, NY 10606**.

The deposition will be recorded by stenographic means before a duly qualified

court reporter, and by audiovisual  means.  The deposition shall be used consistent

with all purposed permitted by law.

DATED this ___ day of September, 2022.

MEYER, SHAFFER & STEPANS, PLLP

/s/ Ryan Shaffer_____
Ryan R. Shaffer

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of September, 2022, a true and

accurate copy of the foregoing was served on the following via email and U.S.

Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer

Robert L. Stepans                      Matthew L. Merrill (appearing *pro hac vice*)
Ryan R. Shaffer                        Merrill Law, LLC
James C. Murnion                       1863 Wazee Street, #3A
Meyer, Shaffer & Stepans, PLLP         Denver, CO  80202
430 Ryman Street                       matthew@merrillwaterlaw.com
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) | |
|           Plaintiffs, | ) | Case No. CV-20-52-BLG-SPW |
|    vs. | ) ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) | |
|           Defendants, | ) ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) | |
|           Cross Claimant, | ) ) | |
| BRUCE MAPLEY, SR., | ) | |
|           Cross Defendant. | ) ) | |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE )<br><br>Plaintiff, )<br><br>vs. )<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, )<br><br>Defendants. ) | Cause No. CV 20-59-BLG-SPW |

**NOTICE OF DEPOSITION OF ALLEN SHUSTER**

**PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled actions will take the oral deposition of Allen Shuster on **(DATE) starting at 9:00 a.m. (ET)**, and there after until the same shall be completed.  The deposition will take place at **Veritext Legal Solutions, 50 Main Street, 3rd Floor, White Plains, NY 10606**. The deposition will be recorded by stenographic means before a duly qualified court reporter, and by audiovisual means.  The deposition shall be used consistent with all purposed permitted by law.

DATED this ___ day of September, 2022.

MEYER, SHAFFER & STEPANS, PLLP

/s/ Ryan Shaffer
Ryan R. Shaffer

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _____ day of September, 2022, a true and

accurate copy of the foregoing was served on the following via email and U.S.

Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer
_____

Robert L. Stepans                         Matthew L. Merrill (appearing *pro hac vice*)
Ryan R. Shaffer                           Merrill Law, LLC
James C. Murnion                          1863 Wazee Street, #3A
Meyer, Shaffer & Stepans, PLLP            Denver, CO  80202
430 Ryman Street                          matthew@merrillwaterlaw.com
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) | |
| Plaintiffs, | ) | Case No. CV-20-52-BLG-SPW |
| vs. | ) ) | |
| | ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., | ) ) ) ) ) | |
| Defendants, | ) | |
| | ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., | ) ) | |
| Cross Claimant, | ) | |
| | ) | |
| BRUCE MAPLEY, SR., | ) | |
| Cross Defendant. | ) | |
| | ) | |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Cause No. CV 20-59-BLG-SPW

## NOTICE OF DEPOSITION OF GENE SMALLEY

**PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled actions will take the oral deposition of Gene Smalley on **(DATE) starting at 9:00 a.m. (ET)**, and there after until the same shall be completed. The deposition will take place at **Veritext Legal Solutions, 50 Main Street, 3rd Floor, White Plains, NY 10606**. The deposition will be recorded by stenographic means before a duly qualified court reporter, and by audiovisual means. The deposition shall be used consistent with all purposed permitted by law.

DATED this ___ day of September, 2022.

MEYER, SHAFFER & STEPANS, PLLP

/s/ Ryan Shaffer
Ryan R. Shaffer

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _____ day of September, 2022, a true and

accurate copy of the foregoing was served on the following via email and U.S.

Mail:

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer
_____