*Exhibit D*



**Ryan Shaffer** | ryan@mss-lawfirm.com
**Robert L. Stepans** | rob@mss-lawfirm.com
**James Murnion** | james@mss-lawfirm.com

October 4, 2022

**Via Email and U.S. Mail**

Jon A. Wilson
Brett C. Jensen
BROWN LAW FIRM, P.C.
P.O. Drawer 849
Billings, MT 59103

jwilson@brownfirm.com
bjensen@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549

jtaylor@mmt-law.com

Christopher T. Sweeney
Gerry P. Fagan
Jordan W. FitzGerald
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT 59103

christopher.sweeney@moultonbellingham.com
gerry.fagan@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com

      Re: *Caekaert & Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
          *Rowland & Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*

Dear Counsel,

      In our 9/29/22 correspondence, we asked whether you will agree to produce Phillip Brumley, Gary Breaux, Gene Smalley, and Allen Shuster for depositions in New York. As I understand it, WTPA has agreed to produce Mr. Brumley for a deposition so we will need to find a date for that. On 9/28/22 Chris Sweeney stated that counsel would need to consult with the other three gentlemen "and evaluate any notices addressed to them individually to assess next steps." We provided draft notices to you on 9/29/22 and are again asking whether you will produce Gary Breaux, Gene Smalley, and Allen Shuster for depositions? Alternatively, if you are not willing to make these gentlemen available, please state the reason so that we may evaluate your position.

October 4, 2022
Page 2

      With regard to Plaintiffs' depositions, please let us know how you wish to proceed so that we can make adequate arrangements.

                                Sincerely,

                                MEYER, SHAFFER & STEPANS, PLLP

                                Ryan R. Shaffer

Cc: Bruce Mapley, Sr., via email and U.S. Mail