*Exhibit G*

| | |
|---|---|
| **From:** | James Murnion |
| **To:** | Jessica Yuhas; jwilson@brownfirm.com; Brett Jensen; Michael Sarabia; Joel Taylor (jtaylor@mmt-law.com |
| **Cc:** | Ryan Shaffer; Rob Stepans; Katy Gannon; Matthew Merrill; Barbara Bessey; Sylvia Basnett |
| **Subject:** | RE: Deps of Shuster, Breaux, Smalley |
| **Date:** | Wednesday, April 26, 2023 12:33:12 PM |

Counsel,

On our call you refused to tell me if you would produce Shuster, Breaux, or Smalley for deposition unless and until you saw their deposition notices. I can assure you the notices will be substantially similar to the draft notices we sent you on September 29, 2022 and will contain the name of the deponent, their address (if known), and the time and place of the deposition—exactly what Rule 30(b)(1) requires to be in a deposition notice. Obviously, the time and place of these depositions are yet to be determined and will be updated once we all agree on dates that work for everyone involved. Please let me know if you have any questions, and if not, whether you will voluntarily produce these witnesses for deposition.

James C. Murnion
Associate Attorney



*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.