*Exhibit I*



# BROWN LAW FIRM, PC

Michael P. Heringer
Guy W. Rogers
Scott G. Gratton
Kelly J.C. Gallinger*
Jon A. Wilson
Seth A. Cunningham
Shane A. MacIntyre
Brett C. Jensen*
Nathan A. Burke
Alex J. Ames
Zachary A. Hixson
Michael Sarabia
John R. Knisely
Kai B. Thorsgard*

Of Counsel
Robert L. Sterup

Retired
Rockwood Brown
John Walker Ross
Margy Bonner
John J. Russell

315 N. 24th Street | PO Drawer 849 | Billings, Montana 59103-0849
Phone: 406.248.2611 | Fax: 406.248.3128

Jon A. Wilson
jwilson@brownfirm.com

Brett C. Jensen
bjensen@brownfirm.com

Michael P. Sarabia
msarabia@brownfirm.com

May 3, 2023

**VIA EMAIL and U.S. MAIL**
Robert L. Stepans / rob@mss-lawfirm.com
Ryan R. Shaffer / ryan@mss-lawfirm.com
James C. Murnion / james@mss-lawfirm.com
MEYER SHAFFER & STEPANS PLLP
430 Ryman Street
Missoula, MT 59802

Re:     *Tracy Caekaert and Camillia Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
         USDC Billings Division 20-CV-52-SPW-TJC
         File No. 78280.001

         *Ariane Rowland and Jamie Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*
         USDC Billings Division 20-CV-59-SPW-TJC
         File No. 78280.002

Counsel:

        Thanks for your letter of May 1, 2023, regarding your desire to depose Messrs. Breaux, Shuster, and Smalley. We disagree with your contentions, characterizations, and accusations in that letter.

        Since you do not find our alternative witnesses acceptable, it appears we are at an impasse regarding the potential depositions discussed in our respective letters from May 1, 2023, and which were also the topic of our meet-and-confer call on April 25, 2023. When and if you issue deposition notices directed to Messrs. Breaux, Shuster, and

*also licensed in
North Dakota

Brown Law Firm, P.C.
May 3, 2023
Page 2 of 2

Smalley, this issue will be ripe for consideration by the Court, and we will proceed with filing a motion for protective order. In light of your May 1, 2023, letter, we assume you will object to such a motion for protective order. If we are mistaken, please let us know as soon as possible so that we can so inform the Court.

Sincerely,

Jon A. Wilson
Michael P. Sarabia
JAW/MPS
cc:    Joel M. Taylor (via e-mail)
       Gerry Fagan, Christopher Sweeney, Jordan Fitzgerald (via e-mail)