*Exhibit J*



Ryan Shaffer | ryan@mss-lawfirm.com
Robert L. Stepans | rob@mss-lawfirm.com
James Murnion | james@mss-lawfirm.com
Katy Gannon | katy@mss-lawfirm.com

May 17, 2023

**Via Email and U.S. Mail**

| | |
|---|---|
| Jon A. Wilson | Christopher T. Sweeney |
| Brett C. Jensen | Gerry P. Fagan |
| Michael P. Sarabia | Jordan W. FitzGerald |
| BROWN LAW FIRM, P.C. | 27 North 27th Street, Suite 1900 |
| PO Drawer 849 | P.O. Box 2559 |
| Billings, MT 59103 | Billings, MT 59103 |
| jwilson@brownfirm.com | christopher.sweeney@moultonbellingham.com |
| bjensen@brownfirm.com | gerry.fagan@moultonbellingham.com |
| msarabia@brownfirm.com | jordan.fitzgerald@moultonbellingham.com |

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549
jtaylor@mmt-law.com

Re: Notices of Deposition to Gene Smalley, Gary Breaux, and Allen Shuster
*Caekaert & Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
*Rowland & Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*

Dear Counsel,

Please find enclosed deposition notices for Gene Smalley, Gary Breaux, and Allen Shuster to be taken in New York on August 30th, 31st, and September 1st.

As noted in our letter of May 15th, based on our extensive conferral we understand that you object to these depositions. Please let me know if this is not correct. Assuming you still object, please file for a protective order by 5/22/23 so that the Court can take the matter up well in advance of the noticed dates. If you do not file for a protective order (or withdraw your objections to these depositions by direct communication to me by 5/22/23) Plaintiffs intend to ask the Court to compel the depositions.

Sincerely,

MEYER, SHAFFER & STEPANS, PLLP

Ryan R. Shaffer

Missoula, MT: (406) 543-6929 | Jackson, WY: (307) 734-9544
430 Ryman St, Missoula, MT 59802 | mss-lawfirm.com

| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 6631 Mariposa Court |
| Victoria K.M. Gannon | Denver, CO 80221 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT 59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) |
| Plaintiffs, | ) Case No. CV-20-52-BLG-SPW |
| vs. | ) |
| | ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) |
| Defendants, | ) |
| | ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) |
| Cross Claimants | ) |
| | ) |
| BRUCE MAPLEY, SR., | ) |
| Cross Defendant. | ) |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE <br><br> Plaintiff, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants. | Case No. CV-20-59-BLG-SPW |

## NOTICE OF DEPOSITION OF GENE SMALLEY

**PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled actions will take the oral deposition of Gene Smalley on **Wednesday, August 30, 2023 starting at 9:00 a.m. (EDT)**, and there after until the same shall be completed. The deposition will take place at **Veritext Legal Solutions, 50 Main Street, 3rd Floor, White Plains, NY 10606**. The deposition will be recorded by stenographic means before a duly qualified court reporter, and by audiovisual means. The deposition shall be used consistent with all purposes permitted by law.

DATED this 17th day of May, 2023.

MEYER, SHAFFER & STEPANS, PLLP

/s/ Ryan Shaffer
Ryan R. Shaffer

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2023, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
Brown Law Firm, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com
msarabia@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
Moulton Bellingham, P.C.
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com
*Attorneys for Plaintiffs*

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO 80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) |
| Plaintiffs, | ) Case No. CV-20-52-BLG-SPW |
| vs. | ) |
| | ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) |
| Defendants, | ) |
| | ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) |
| Cross Claimants | ) |
| | ) |
| BRUCE MAPLEY, SR., | ) |
| Cross Defendant. | ) |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE )<br><br>    Plaintiff,       )<br><br>  vs.                              )<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, )<br><br>    Defendants.     ) | Case No. CV-20-59-BLG-SPW |

### NOTICE OF DEPOSITION OF GARY BREAUX

**PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled actions will take the oral deposition of Gary Breaux on **Thursday, August 31, 2023 starting at 9:00 a.m. (EDT)**, and there after until the same shall be completed. The deposition will take place at **Veritext Legal Solutions, 50 Main Street, 3rd Floor, White Plains, NY 10606**. The deposition will be recorded by stenographic means before a duly qualified court reporter, and by audiovisual means. The deposition shall be used consistent with all purposes permitted by law.

DATED this 17th day of May, 2023.

MEYER, SHAFFER & STEPANS, PLLP

/s/ Ryan Shaffer
Ryan R. Shaffer

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2023, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
Brown Law Firm, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com
msarabia@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
Moulton Bellingham, P.C.
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer

| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 6631 Mariposa Court |
| Victoria K.M. Gannon | Denver, CO  80221 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) |
| Plaintiffs, | ) Case No. CV-20-52-BLG-SPW |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) |
| Defendants, | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | ) ) ) ) |
| Cross Claimants | ) ) |
| BRUCE MAPLEY, SR., | ) ) |
| Cross Defendant. | ) |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE<br><br>              Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>              Defendants. | Case No. CV-20-59-BLG-SPW |

**NOTICE OF DEPOSITION OF ALLEN SHUSTER**

**PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled actions will take the oral deposition of Allen Shuster on **Friday, September 1, 2023 starting at 9:00 a.m. (EDT)**, and there after until the same shall be completed. The deposition will take place at **Veritext Legal Solutions, 50 Main Street, 3rd Floor, White Plains, NY 10606**. The deposition will be recorded by stenographic means before a duly qualified court reporter, and by audiovisual means. The deposition shall be used consistent with all purposes permitted by law.

DATED this 17th day of May, 2023.

                                              MEYER, SHAFFER & STEPANS, PLLP

                                              /s/ Ryan Shaffer
                                              Ryan R. Shaffer

                                              *Attorneys for Plaintiffs*

<u>C CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of May, 2023, a true and accurate copy of the foregoing was served on the following via email and U.S. Mail:

Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
Brown Law Firm, P.C.
315 North 24th Street
PO Drawer 849
Billings, MT  59103
jwilson@brownfirm.com
bjensen@brownfirm.com
msarabia@brownfirm.com

Joel M. Taylor, Esq. *pro hac vice*
Miller McNamara & Taylor LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY  10549
jtaylor@mmt-law.com

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
Moulton Bellingham, P.C.
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, MT  59103
gerry.fagan@moultonbellingham.com
christopher.sweeney@moultonbellingham.com
jordan.fitzgerald@moultonbellingham.com

Bruce G. Mapley, Sr.
3905 Caylan Cove
Birmingham, AL 35215
bruce_mapley@yahoo.com

/s/ Ryan Shaffer