IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIERY OF PENNSYLVANIA, INC.<br><br>Defendants. | CV 20-52-BLG-SPW<br><br>ORDER |

RE: Documents 1, 4, 5, 6, and 7 produced to the Court pursuant to the Court's order in Doc. 79

The Court reviewed the above-referenced records *in camera* and ruled on associated motion to compel on July 30, 2021. (Doc. 82). The above-referenced documents need to be filed in the record under seal. Therefore,

IT IS SO ORDERED that Documents 1, 4, 5, 6, and 7 produced to the Court pursuant to the Court's Order in Doc. 79 shall be filed under seal to be accessed only by this Court or an Appellate Court.

DATED this 19th day of July, 2023.

SUSAN P. WATTERS
United States District Judge

1