Robert L. Stepans  
Ryan R. Shaffer  
James C. Murnion  
Victoria K.M. Gannon  
Meyer, Shaffer & Stepans, PLLP  
430 Ryman Street  
Missoula, MT  59802  
Tel: (406) 543-6929  
Fax: (406) 721-1799  
rob@mss-lawfirm.com  
ryan@mss-lawfirm.com  
james@mss-lawfirm.com  
katy@mss-lawfirm.com  

Matthew L. Merrill (appearing *pro hac vice*)  
Merrill Law, LLC  
6631 Mariposa Court  
Denver, CO  80221  
Tel: (303) 947-4453  
matthew@merrillwaterlaw.com  

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants, | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' NOTICE RE: DEPOSITIONS OF SHUSTER, BREAUX, AND SMALLEY** |

Plaintiffs respectfully provide the following Notice:

1. On May 17, 2023, Plaintiffs noticed the depositions of witnesses Allen Shuster, Gary Breaux, and Gene Smalley.

2. Defendant WTNY objects to the depositions and motions are currently pending before the Court.

3. On August 17, 2023, WTNY stated that it would not produce the witnesses for deposition unless ordered to do so by the Court.

4. Because WTNY has stated that it will not produce the witnesses for the noticed depositions, Plaintiffs' counsel will not be traveling to New York to take them as presently noticed.

5. Should the Court rule in Plaintiffs' favor and permit the depositions taken they will be rescheduled to provide adequate time for preparation and travel.

DATED this 17th day of August, 2023.

By: /s/ Ryan Shaffer
   Ryan R. Shaffer
   MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Notice re: Depositions of Shuster, Breaux, and Smalley
*Caekaert and Mapley v. Watchtower Bible Tract Society of New York, Inc., et. al.*
Page **2** of **3**

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
　　Ryan R. Shaffer
　　MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Notice re: Depositions of Shuster, Breaux, and Smalley
*Caekaert and Mapley v. Watchtower Bible Tract Society of New York, Inc., et. al.*
Page **3** of **3**