Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DOC. 261)** |

COMES NOW Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA"), by and through its counsel of record, and respectfully

moves the Court for an extension of time up to and including Wednesday, October 4, 2023, to file a response brief in opposition to Plaintiffs' Motion for Protective Order re: WTPA's Fourth Discovery Requests to Plaintiffs (Doc. 261). Counsel for WTPA have contacted Plaintiffs' counsel, and there is no objection to this requested extension of time. A proposed Order is submitted herewith.

**DATED** this 20th day of September, 2023.

                                              MOULTON BELLINGHAM PC

                                              By   */s/ Christopher T. Sweeney*
                                                   GERRY P. FAGAN
                                                   CHRISTOPHER T. SWEENEY
                                                   JORDAN W. FITZGERALD
                                                   27 North 27th Street, Suite 1900
                                                   P.O. Box 2559
                                                   Billings, Montana 59103-2559

                                                   *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2023, a copy of the foregoing was served via CM/ECF on the following persons:

U.S. District Court, Billings Division

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
MEYER, SHAFFER & STEPANS, PLLP
430 Ryman Street
Missoula, MT 59802
*Attorneys for Plaintiffs*

Matthew L. Merrill (*pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO 80221

Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Joel M. Taylor, Esq. (*pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549

By   */s/ Christopher T. Sweeney*
          Christopher T. Sweeney