IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DOC. 261)** |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Unopposed Motion for Extension of Time,

**IT IS HEREBY ORDERED** that WTPA has up to and including Wednesday, October 4, 2023 to file a response to Plaintiffs' Motion for Protective Order re: WTPA's Fourth Discovery Requests to Plaintiffs (Doc. 261).

**DATED** this _____ day of September, 2023.

_____
SUSAN P. WATTERS
United States District Judge