IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>　　　　　　　　　　Defendants. | CV-20-00052-BLG-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

Upon Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Protective Order (Doc. 263),

**IT IS HEREBY ORDERED** that WTPA has up to and including **Wednesday, October 4, 2023** to file a response to Plaintiffs' Motion for Protective Order re: WTPA's Fourth Discovery Requests to Plaintiffs (Doc. 261).

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of September, 2023.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge