Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO  80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>                     Plaintiffs,<br>      vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA.,<br><br>                     Defendants. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR HEARING ON MOTION FOR PROTECTIVE ORDER RE: WTPA'S FOURTH DISCOVERY REQUESTS TO PLAINTIFFS (DOC. 261)** |

Plaintiffs, by and through undersigned counsel, respectfully request a hearing on Plaintiffs' Motion for Protective Order re: WTPA's Fourth Discovery Requests to Plaintiffs (Doc. 261).  Defendant WTPA does not oppose this motion.

A proposed Order is attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED this 21ˢᵗ day of September, 2023.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for Hearing on Motion for Protective Order re:
WTPA's Fourth Discovery Requests to Plaintiffs
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
2

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Plaintiffs' Unopposed Motion for Hearing on Motion for Protective Order re:
WTPA's Fourth Discovery Requests to Plaintiffs
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
3