# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Hearing on Motion for Protective Order re: WTPA's Fourth Discovery Requests to Plaintiffs (Doc. 261). Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED:  Plaintiffs' request is GRANTED.  The Court will conduct a hearing on Plaintiffs' Motion on the ____ day of _____, 2023, at ___:___ __:m.

DATED this _____day of _____, 2023.

_____
Susan P. Watters
United States District Court Judge