# BROWN LAW FIRM, PC

315 N. 24th Street | PO Drawer 849 | Billings, Montana 59103-0849
Phone: 406.248.2611 | Fax: 406.248.3128

Michael P. Heringer
Guy W. Rogers
Scott G. Gratton
Kelly J.C. Gallinger*
Jon A. Wilson
Seth A. Cunningham
Shane A. MacIntyre
Adam M. Shaw
Brett C. Jensen*
Nathan A. Burke
Alex J. Ames
Zachary A. Hixson
Michael P. Sarabia
John R. Knisely

Of Counsel
Robert L. Sterup

Retired
Rockwood Brown
John Walker Ross
Margy Bonner
John J. Russell

*also licensed in
North Dakota

Jon A. Wilson
jwilson@brownfirm.com

Brett C. Jensen
bjensen@brownfirm.com

Michael P. Sarabia
msarabia@brownfirm.com

April 10, 2023

**VIA EMAIL and U.S. MAIL**
Robert L. Stepans / rob@mss-lawfirm.com
Ryan R. Shaffer / ryan@mss-lawfirm.com
James C. Murnion / james@mss-lawfirm.com
Victoria K.M. Gannon / katy@mss-lawfirm.com
MEYER SHAFFER & STEPANS PLLP
430 Ryman Street
Missoula, MT 59802

Matthew L. Merrill / matthew@merrillwaterlaw.com
MERRILL LAW, LLC
6631 Mariposa Court
Denver, CO 80221

Re:   *Tracy Caekaert and Camillia Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
USDC Billings Division 20-CV-52-SPW-TJC
File No. 78280.001

*Ariane Rowland and Jamie Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*
USDC Billings Division 20-CV-59-SPW-TJC
File No. 78280.002

Counsel:

Please be advised that Defendants Watchtower Bible and Tract Society of New York, Inc., and Watchtower Bible and Tract Society of Pennsylvania, have jointly selected Michael Butz, Ph.D., to serve as Rule 35, Fed. R. Civ. P., evaluator for the above matters. A copy of Dr. Butz's most recent CV is enclosed.

**EXHIBIT 3**

Brown Law Firm, P.C.
April 10, 2023
Page 2 of 2

Due to the volume of documents and time needed to prepare, along with the logistics of arranging your clients travel to Billings for their in-person evaluations, I expect these 4 evaluations will be staggered over the next 6-9 months. Please note that Defendants will not accept remote forensic evaluations.

Dr. Butz has requested that Ariane Rowland's evaluation be set first, on Friday May 26, 2023. Please confirm her availability for this date. I will be back in touch with you shortly with respect to the time and specific location in Billings.

Sincerely,

Brett C. Jensen

BCJ

cc:   Joel M. Taylor (via e-mail);
      Gerry P. Fagan / Christopher T. Sweeney / Jordan W. FitzGerald (via e-mail)