BROWN LAW FIRM, PC

315 N. 24th Street | PO Drawer 849 | Billings, Montana 59103-0849
Phone: 406.248.2611 | Fax: 406.248.3128

Michael P. Heringer
Guy W. Rogers
Scott G. Gratton
Kelly J.C. Gallinger*
Jon A. Wilson
Seth A. Cunningham
Shane A. MacIntyre
Brett C. Jensen*
Nathan A. Burke
Alex J. Ames
Zachary A. Hixson
Michael P. Sarabia
John R. Knisely
Kai B. Thorsgard

Of Counsel
Robert L. Sterup

Retired
Rockwood Brown
John Walker Ross
Margy Bonner
John J. Russell

*also licensed in North Dakota

Jon A. Wilson
jwilson@brownfirm.com

Brett C. Jensen
bjensen@brownfirm.com

Michael P. Sarabia
msarabia@brownfirm.com

April 26, 2023

**VIA EMAIL**
Robert L. Stepans / rob@mss-lawfirm.com
Ryan R. Shaffer / ryan@mss-lawfirm.com
James C. Murnion / james@mss-lawfirm.com
Victoria K.M. Gannon / katy@mss-lawfirm.com
MEYER SHAFFER & STEPANS PLLP
430 Ryman Street
Missoula, MT 59802

Matthew L. Merrill / matthew@merrillwaterlaw.com
MERRILL LAW, LLC
6631 Mariposa Court
Denver, CO 80221

Re: *Tracy Caekaert and Camillia Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.*
USDC Billings Division 20-CV-52-SPW-TJC
File No. 78280.001

*Ariane Rowland and Jamie Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.*
USDC Billings Division 20-CV-59-SPW-TJC
File No. 78280.002

Counsel:

Please allow this letter to serve as response to Katy Gannon's letter dated April 20, 2023. I have enclosed with this letter a copy of Dr. Michael Butz's response to your technical questions and a copy of his testimony list as requested.

EXHIBIT 5

Dr. Butz has provided the scope of his proposed examinations in his letter. Please let me know if you have any further questions or concerns in that regard.

Regarding Camillia Mapley, I will remind you once more that she has filed a lawsuit against our clients in the Montana Billings Division. She has purposely availed herself of this jurisdiction and is free to dismiss her claims at any time. Her personal challenges, while understandably fraught, are frankly none of our concern. We have already accommodated Ms. Mapley once by allowing her deposition to take place via Zoom. Dr. Butz has raised legitimate concerns in his letter about conducting her forensic exam remotely. As an alternative, Dr. Butz would potentially consider evaluating Ms. Mapley in person in Australia, subject of course to the licensing issues discussed in his letter. We would be happy to accommodate this request assuming you agree to cover his travel costs. Otherwise, please arrange for Ms. Mapley to travel to Billings within the jurisdiction where she filed suit. We will ask Dr. Butz to evaluate Ms. Mapley later in the lineup so that the appropriate travel arrangements can be made.

Considering Tracy Caekaert's medical conditions, Dr. Butz is willing to evaluate her later in the lineup as well. Dr. Butz also addressed Jamie Schulze and Ariane Rowland's request for frequent breaks in his letter. He did request information regarding what accomodations were made when Ms. Rowland was examined in 2021 so he could consider something similar. As for recording, Dr. Butz has no problem with this so long as the same is done in accordance with the procedures set forth in his letter. This procedure conforms to my usual practice of allowing the recording of the history taking portion of a Rule 35 exam, but not the objective portions.

Finally, regarding costs, I have never even been requested, much less have I agreed, to cover travel costs for a Plaintiff attending a Rule 35 exam in the jurisdiction where she filed suit. Were we requesting that Plaintiffs travel out of jurisdiction for an exam, that would be a different matter. If you have any substantive authority aside from your understanding, I would be happy to review and consult with my client.

Since it appears Ms. Rowland has the fewest objections and lives the closest, please confirm that we can get her scheduled for her exam and I will verify that June 2nd is still available. I am also happy to further discuss the other issues raised in your letter.

Sincerely,

Brett C. Jensen

BCJ

cc: Joel M. Taylor (via e-mail)
Gerry Fagan, Christopher Sweeney, Jordan Fitzgerald (via e-mail)

Aspen Practice P.C.
dba, Michael R. Bütz, Ph.D.

April 25, 2023

Brett C. Jensen, Esq.
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, Montana 59103-0849

RE: Correspondence regarding request for evaluations of Plaintiffs, Rule 35, *Caekaert & Mapley v. Watchtower Bible and Tract Society of New York, Inc., et al.* and *Rowland & Schulze v. Watchtower Bible and Tract Society of New York, Inc., et al.* (Letter 4.20.23, Email 4.24.23).

Dear Mr. Jensen:

I have received your email from the 24th and the attached letter from the 20th from Ms. Gannon. In this letter I will address both and use a numbering system for clarifying my responses.

As to the first basic query, for our purposes here #1, which attends to the 'manner, conditions, and scope' of the assessments that will be conducted. The assessments, if and/or when conducted, will hold with general principles of the practice of psychological assessment, and practices in the field of behavioral healthcare. Therefore, the referral question will be identified, there will be an informed consent process that will be reviewed and documented, the examinee's understanding of the nature of the referral will be reviewed and documented, a social history will be conducted and documented, a mental status interview as well will be conducted and documented, and the examinee will be administered a number of standardized psychological assessment instruments, and those findings, their analysis and bearing on the case will be documented. Obviously, such an assessment will also include considerations involving collateral documentation and the matters involved with ecological validity in order to produce meaningful diagnostic impressions and recommendations.

As to the second matter, item #2, please find the attached summary of cases in which I have testified as an expert at trial or in a deposition (History of Forensic Testimony 6.28.22).

The third matter, which essentially boils down to item# 3, are the location and mental-physical state of two Plaintiffs. A matter related to this, is that a Dr. Holmberg had performed an examination remotely. It is not clear to me what kind of expert this is, nor the scope of their work? But, what I am able to address is that in a case like this the ideal circumstance is to evaluate the examinee face-to-face. Essentially, that is the gold standard. Although, accommodations have been made during the pandemic, taking shortcuts and performing a less than optimal examinations tends to be problematic with cases that have such import. There are numerous considerations involved with remote administration of psychological assessments in cases like these. Typically, a preferred method is for the examiner to simply travel to the location of the examinee and conduct the assessment at an objectively neutral site with requisite conditions.

This does involve looking into the licensing laws for practice in different countries and states, and I can certainly look into these matters if that is the agreed-upon approach.

As to the fourth matter, item #4, I frequently work with individuals who require accommodations in the examination schedule and breaks, such as the elderly, those who are impaired for neuropsychologically, and children that have difficulty managing themselves for long periods of time, etc. Accommodating breaks in the assessment process is a regular part of my practice. Parenthetically, I did take note of the fact that Ms. Rowland had been examined in 2021, which by the sounds of it was psychologist. I would be interested to see that examination and know what kind of accommodations were documented at that point in time to aid her in completing the process.

Rounding things out, with item #5, we do have an audio recording authorization form that is used at Aspen Practice, P.C., and I have no problem with an audio recording of parts of the session that do not violate copyright laws or test security. Having another party present for the examination tends to be more cumbersome and interferes with the assessment process. Still, adjustments have been made in order to address informed consent when there are questions of competence, and to provide support and/or clarification of the social history involving elderly, those who are impaired for neuropsychologically, and/or children. It is my understanding, however, that these are all independently functioning adults. With regard to the first paragraph of Page 3 of Ms. Gannon's letter, these matters have been addressed on our website's Reviews/History page (see website link below).

It is my hope that this letter addresses the matters raised in the letter of April 20th, and your subsequent email on the 24th. As always, if there are any needed clarifications and/or questions, please feel free to contact our office.

Sincerely yours,

Michael R. Bütz, Ph.D.
Fellow, American Psychological Association
Licensed Psychologist
Montana #365
Virginia #0810007438
Wyoming #818

att: History of Forensic Testimony (6.28.22).

xc: File.

# HISTORY OF FORENSIC TESTIMONY

June 28, 2022

***Michael R. Bütz, Ph.D.***
*Aspen Practice, P.C.*
P.O. Box 81546
Billings, Montana 59108
Phone: (406) 294-9677
Email: office@aspenpractice.net
Web Site: www.aspenpractice.net

**2004-Present – Montana & Wyoming**
A number of forensic assessments were conducted in this evaluator's work at Aspen Practice, P.C., numbering over eighty designated forensic cases at this writing. Subsequently, this evaluator was called to testify in the following cases.

**Ramsey vs. Ramsey – Expert Witness (6.24.22)**
- *Cause Number: DR 20-0160*
- *Parenting Plan Hearing*
- *Judge Davies (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Turner*

**Bonner vs. Bonner – Expert Witness (3.9.22)**
- *Cause Number: DR 20-731*
- *Hearing on Appointing Parent Coordinator*
- *Judge Harris (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Brown*

**Ramsey vs. Ramsey – Expert Witness (2.3.22)**
- *Cause Number: DR 20-0160*
- *Parenting Plan Hearing*
- *Judge Davies (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Turner*

**Montana vs. Legros – Expert Witness (1.13.22)**
- *Cause Number: DN 18-05; 06; 07*
- *Termination Hearing*
- *Judge Reeger (Dawson County, Montana)*
- *Attorneys –Ms. Belue v. Mr. Lensing, Mr. Waller, and Mr. Wheatcroft*

**Counts vs. Counts – Expert Witness (8.18.21)**
- *Cause Number: DR 18-716*
- *Parenting Plan Hearing*

- *Judge Davies (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Raffiani*

**Bates & Bates vs. Matrix Production, Co., Miller, Bliss & Bryla – Expert Witness (6.18.21)**

- *Cause Number: Civil 17594*
- *Deposition*
- *Judge Allan (Eighth Judicial District, Converse County, Wyoming)*
- *Attorneys – Mr. Vincent vs. Mr. Dodson*

**Horton vs. Horton – Expert Witness (3.18.21)**

- *Cause Number: CDR-2020-275*
- *Interim Parenting Plan Hearing*
- *Judge Seeley (Lewis and Clark County, Montana)*
- *Attorneys – Mr. Carlson vs. Ms. Weber*

**Horton vs. Horton – Expert Witness Court Ordered Custody Evaluator (12.28.20)**

- *Cause Number: DR 11-0978*
- *Status Hearing*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney vs. Ms. Hunter*

**Grantier vs. Babb – Expert Witness (11.17.20)**

- *Cause Number: DDV 17-575*
- *Jury Trial*
- *Judge McLean (Lewis and Clark County, Montana)*
- *Attorneys – Mr. Daily and Mr. Sherwood vs. Ms. Miltko and Mr. Ivins*

**State of Montana vs. Williams (TQW) – Expert Witness (11.16.20)**

- *Cause Number: DN 19-304*
- *Show Cause, Adjudication, Disposition, and Treatment Plan Hearing*
- *Judge Knisely (Yellowstone County, Montana)*
- *Attorneys – Mr. Tiernan vs. Mr. Wahl, GAL Ms. Peirce*

**Carroll vs. Isackson – Expert Witness Court Ordered Custody Evaluator (10.20.20)**

- *Cause Number: DR 19-0849*
- *Hearing on Parenting Plan*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Ball*

**Carroll vs. Isackson – Expert Witness Court Ordered Custody Evaluator (8.25.20)**

- *Cause Number: DR 19-0849*
- *Status Hearing*

- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Ball*

**Carroll vs. Isackson – Expert Witness Court Ordered Custody Evaluator (8.17.20)**

- *Cause Number: DR 19-0849*
- *Status Hearing*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Ball*

**State of Montana vs. Ciarra Valdez – Expert Witness (6.24.20)**

- *Causes Number: DN-18-183, DN-18-184*
- *Termination of Parental Rights, Permanent Legal Custody and the Right to Consent to Adoption – Continued.*
- *Judge Mosses (Yellowstone County, Montana)*
- *Attorneys – Ms. Murphy vs. Mr. Howard*
  *GAL, Mr. Snodgrass*

**State of Montana vs. Ciarra Valdez – Expert Witness (5.7.20)**

- *Causes Number: DN-18-183, DN-18-184*
- *Termination of Parental Rights, Permanent Legal Custody and the Right to Consent to Adoption.*
- *Judge Mosses (Yellowstone County, Montana)*
- *Attorneys – Ms. Murphy vs. Mr. Howard*
  *GAL, Mr. Snodgrass*

**Cheney vs. Cheney – Expert Witness, GAL Report (2.11.20)**

- *Cause Number: DR-17-16C*
- *Hearing on Parenting Plan*
- *Standing Master Bowen (Gallatin County, Montana)*
- *Attorneys – Ms. Dinwiddie vs. Ms. Mull Core*

**Sweeney vs. Sweeney – Expert Witness, Child Evaluator (2.11.20)**

- *Cause Number: DDR-18-0585*
- *Hearing on Parenting Plan*
- *Judge Parker (Cascade County, Montana)*
- *Attorneys – Mr. Flaherty vs. Mr. Ferguson*

**Riddle vs. Riddle – Expert Witness Court Ordered Custody Evaluator (11.21.19)**

- *Cause Number: DR 18-232*
- *Hearing on Parenting Plan*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Waller*

**Wood vs. Dickinson – Expert Witness (10.17.19)**

- *Cause Number: DR-13-13*
- *Hearing on Request for Assessment of Children*
- *Judge Snipes-Ruiz (Chouteau County, Montana)*
- *Attorneys – Mr. Mills vs. Mr. Yellin*

**Haerr v. Whelahan (9.20.19)**

- *Cause Number DR 15-156*
- *Emergency Hearing on Motion to Suspend Petitioner's Parenting Time*
- *Judge Gilbert (Park County, Montana)*
- *Attorneys – Ms. Lawellin/Ms. Rebsom*

**Williams vs. Williams – Expert Witness (8.12.19)**

- *Cause Number: DR 15-13*
- *Hearing on Parenting Plan*
- *Judge Wald (Stillwater County, Montana)*
- *Attorneys – Ms. Casey vs. Mr. Radovich*

**Blair vs. Blair – Expert Witness Court Ordered Custody Evaluator (8.9.19)**

- *Cause Number: DR 15-1057*
- *Hearing on Parenting Plan*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. Grygiel vs. Ms. Lee*

**Grantier vs. Babb – Expert Witness (6.14.19)**

- *Cause Number: DDV 17-575*
- *Deposition*
- *Judge Reynolds (Lewis and Clark County, Montana)*
- *Attorneys – Mr. Sherwood vs. Mr. Ivins*

**Law vs. Law – Expert Witness (3.29.19)**

- *Cause Number: DR 2016-1359*
- *Motion to Amend Parenting Plan and Hearing on Notice of Intent to Move*
- *Judge Mosses (Yellowstone County, Montana)*
- *Attorneys – Ms. Berst vs. Mr. Stockdale*

**Sneed vs. Rossberg – Expert Witness (2.22.19)**

- *Cause Number: XDBR-16-309*
- *In the Matter of T.A.R.*
- *Judge Menahan (Cascade County, Montana)*
- *Attorneys – Ms. Henkle vs. Mr. Mills*

**Sylvyn vs. Sylvyn – Expert Witness (1.11.19)**

- *Cause Number: DR-17-0472*
- *Hearing on Replacing Reunification Therapist*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeny vs. Mr. Waller*

**Thaw vs. United States of America – Expert Witness (12.7.18)**

- *Cause Number: CR 18-37-BLG-SPW*
- *Sentencing Hearing*
- *Judge Watters (U.S. District Court, Billings, Montana)*
- *Attorneys – Ms. Strong vs. Mr. Rubich*

**Vincent vs. Ransom – Expert Witness (11.7.18)**

- *Cause Number: DF-13-01*
- *Hearing on Ex Parte Order for Interim Parenting Plan*
- *Judge Cybulski (Roosevelt County, Montana)*
- *Attorneys – Mr. Batterman vs. Ms. Rose-Miller*

**Thompson vs. Thompson – Expert Witness (10.24.18)**

- *Cause Number: DR-12-1126*
- *Motion to Amend Parenting Plan*
- *Judge Harris (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeny vs. Ms. Lee*

**Morton vs. Jarratt, MDU, et. al. – Fact Witness (10.17.18)**

- *Cause Number: DV-17-998*
- *Deposition*
- *At Crowley Fleck Office (Billings, Montana)*
- *Attorneys – Mr. Young vs. Mr. Oven, Mr. Gregersen, and Mr. Duke*

**Gregoire vs. Gregoire – Expert Witness (11.13.17)**

- *Cause Number: CV 455-17-396, DR-17-075, & DR-17-078*
- *Marriage Dissolution and Custody Hearing*
- *Judge Yvonne Laird (Hill County, Montana)*
- *Attorneys – Mr. Yellin vs. Ms. Kostelecky*

**Utter vs. Utter– Expert Witness (6.23.17)**

- *Cause Number: DR-14-64*
- *Motion to Amend Parenting Plan and Request for Expedited Hearing*
- *Judge Gilbert (Park County, Montana)*
- *Attorneys – Ms. Marshall vs. Mr. Gillette*

**State of Montana vs. Kristine Hightower– Expert Witness (6.20.17)**
- *Cause Number: DDN-15-237, DDN-15-238, and DDN-16-188*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Custer vs. Mr. Small*

**Conner vs. Nagel – Expert Witness (6.8.17)**
- *Cause Number: DR 13-5-005*
- *Marriage Dissolution and Custody Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys –Ms. Crossguns vs. Ms. Forsyth*

**State of Montana vs. Kristine Hightower– Expert Witness (12.19.16)**
- *Cause Number: DDN-16-188*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Custer vs. Mr. Olsen.*

**Abromeit v. Truchot (11.17.16)**
- *Cause Number DR 06-329*
- *Review Hearing*
- *Judge Fagg (Yellowstone County, Montana)*
- *Attorneys – Mr. Mackey v. Mr. Radovich*

**Veith v. Veith (10.11-12.16)**
- *Cause Number CV-16-330*
- *Review Hearing*
- *Judge Oldenburg (Fergus, Judith Basin, and Petroleum County, Montana)*
- *Attorneys – Mr. Yellin v. Ms. Lorang*

**State of Montana vs. Kristine Hightower– Expert Witness (10.3.16)**
- *Cause Number: DDN-16-188*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Custer vs. Mr. Olsen.*

**Disability Rights Montana v. State of Montana (9.20-21.16)**
- *Cause Number DR 13-380C*
- *Review Hearing Continued Use of Seclusion and Restraint on Montana State Hospital Patients*
- *Judge Seeley (Broadwater & Lewis and Clark Counties, Montana)*
- *Attorneys – B. Erickson, DRM v. C. Drake, etc.*

**Wolf v. Wolf (6.2.16)**

- *Cause Number DR 13-380C*
- *Review Hearing*
- *Judge Gilbert (Gallatin County, Montana)*
- *Attorneys – T. Greenfield/L. Schraudner v. M. Uda*

**State of Montana vs. Shelly Wagner– Expert Witness (5.11.16)**

- *Cause Number: BDN-15-115*
- *Adjudicatory Hearing after Temporary Investigative Authority*
- *Judge Pinski (Cascade County, Montana)*
- *Attorneys – Mr. Robertson (State) vs. Mr. Ferguson (Father) and Ms. Schaff-Kostelecky (Mother)*

**State of Montana vs. Shelly Wagner– Expert Witness (4.15.16)**

- *Cause Number: BDN-15-115*
- *Adjudicatory Hearing after Temporary Investigative Authority*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Ms. Winfield (State) vs. Mr. Ferguson (Father) and Ms. Schaff-Kostelecky (Mother)*

**State of Montana vs. Kristine Hightower– Expert Witness (2.12.16)**

- *Cause Number: CDN-15-238/CDN-15-237*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Peterson vs. Ms. Crossguns*

**Wolf v. Wolf (12.15.15)**

- *Cause Number DR 13-380C*
- *Review Hearing*
- *Judge Gilbert (Gallatin County, Montana)*
- *Attorneys – T. Greenfield/L. Schraudner v. M. Uda*

**State of Montana vs. Kelly Allen – Expert Witness (7.23.15)**

- *Cause Number: BN-13-127*
- *Termination of Parental Rights Hearing*
- *Judge Mckittrick (Cascade County, Montana)*
- *Attorneys – Mr. Robertson vs. Ms. Berger*

**Stroop v. Stroop (6.16.15)**

- *Cause Number DR 12-649*
- *Custody Hearing*
- *Judge Moses (Yellowstone County, Montana)*

- *Attorneys – D. Gannett vs. E. Honaker*

**Axelson v. A.O. (5.20.15)**

- *Cause Number DR 07-401*
- *Protection Order Hearing*
- *Judge Moses (Yellowstone County, Montana)*
- *Attorneys – C. Thimson vs. L. Harris*

**Fort Peck Assiniboine & Sioux Tribes in the Matter of T.S. – Expert Witness (4.1.15)**

- *Cause Number: F14-08-189*
- *Custody Hearing*
- *Judge* Youpee *(Fort Peck Tribal Court, Wolf Point, Montana)*
- *Attorneys – Moran vs. St. Germaine/Martin (self-represented)*

**State of Montana vs. Peter Northcutt – Expert Witness (11.25.13)**

- *Cause Number: DC 11-36*
- *Sentencing Hearing*
- *Judge Tucker (Carbon County, Montana)*
- *Attorneys – Ms. Strong vs. Mr. Nixon*

**Golie vs. Golie– Expert Witness (1.18.13)**

- *Cause Number:*
- *Marriage Dissolution and Custody Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys – Ms. Golie (self-represented) vs. Mr. Yellin*

**State of Montana in the Matter of JNGW – Expert Witness (12.6.12)**

- *Cause Number: DN 12-10.*
- *Termination of Parental Rights Hearing (Regarding JNGW)*
- *Judge Swandal (Park County, Montana)*
- *Attorneys - County Attorney's Office, Ms. Carrick and Mr. Voyich vs. Mr. Breuner*

**Schwartz vs. Schwartz –Expert Witness (11.29.12)**

- *Cause Number: DR 11-0029*
- *Divorce/Parenting Plan Modification Request*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Mr. LaBeau vs. Mr. Sweeney*

**Woerner vs. Woerner –Expert Witness (8.16.12)**

- *Cause Number: DR 09-1455*
- *Parenting Plan Modification Request*
- *Judge Todd (Yellowstone County, Montana)*

- *Attorneys – Ms. Harris vs. Mr. Sweeney*

**United States of America vs. Andrew Rice – Expert Witness (7.3.12)**

- *Cause Number: CR 10-21-GF-SEH*
- *Sentencing Hearing*
- *Judge Haddon (U.S. District Court, Great Falls, Montana)*
- *Attorneys – US. Attorney General's Office, Montana, Mr. Grewell vs. Mr. Yellin*

**State of Montana vs. Richard Svedahl – Expert Witness (6.25.12)**

- *Cause Number: DC-11-009*
- *Motion to Strike Hearing (Regarding Expert Witness, William Stratford, M.D.)*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys - County Attorney's Office vs. Mr. Yellin*

**State of Montana vs. Gina Berg– Expert Witness (9.29.11)**

- *Cause Number: DC-11-02*
- *Sentencing Hearing*
- *Judge Spalding (Wheatland County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Day)*

**Evig vs. Williams– Fact Witness (8.10.11)**

- *Cause Number: DR 04-1172*
- *Parenting Plan Modification Request*
- *Judge Fagg (Yellowstone County, Montana)*
- *Attorneys – Mr. Simkovic vs. Mr. Sweeney*

**State of Montana vs. Dennis Lawlor– Expert Witness (8.9.11)**

- *Cause Number: DI-11-002, DI-11-004*
- *Commitment Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys - County Attorney's Office vs. Mr. Yellin and Mr. Wagner*

**State of Montana vs. Dennis Lawlor– Expert Witness (6.30.11)**

- *Cause Number: DI-11-002, DI-11-004*
- *Competency, Criminal and Commitment Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys - County Attorney's Office vs. Mr. Yellin and Mr. Donovan*

**State of Montana vs. Bobby Cooksey– Expert Witness (1.5.11)**

- *Cause Number: CR-2009-43*
- *Sentencing Hearing*
- *Judge Spalding (Musselshell County, Montana)*

- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Day and Sheehy)*

**J.R.C. vs. Great Falls School District – Expert Witness (12.6-7.10)**

- *OSPI Number: 2009-S*
- *Hearing*
- *Ross Cannon, Hearing Officer*
- *Attorneys – Mr. Tarum and Ms. Larose vs. Great Falls School District (Ms. Faure and Mr. McKittrick)*

**J.R.C. vs. Great Falls School District – Expert Witness (10.14.10)**

- *OSPI Number: 2009-S*
- *Hearing*
- *Ross Cannon, Hearing Officer*
- *Attorneys – Mr. Tarum and Ms. Larose vs. Great Falls School District (Ms. Faure and Mr. McKittrick)*

**J.R.C. vs. Great Falls School District – Expert Witness (10.4, 7.10)**

- *OSPI Number: 2009-S*
- *Deposition*
- *Ross Cannon, Hearing Officer*
- *Attorneys – Mr. Tarum and Ms. Larose vs. Great Falls School District (Ms. Faure and Mr. McKittrick)*

**State of Montana vs. Bobby Cooksey– Expert Witness (9.27.10)**

- *Cause Number: CR-2009-43*
- *Jury Trial*
- *Judge Spaulding (Musselshell County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Day and Sheehy)*

**United States of American vs. Adrian Good Bear, Expert Witness (8.12.10)**

- *Cause Number CR 08-132-BLG-RFC*
- *Sentencing Hearing*
- *Attorneys – K. Varnes, Attorney at Law vs. United States*

**T.A.S. and G.S., on behalf of T.S. and N.S., Minor Children vs. J.J.H, Fact Witness (1.8.10)**

- *Cause Number DR 08-338*
- *Deposition*
- *Attorneys – J. Reuss, Attorney at Law vs. Brooke Murphy, Attorney at Law*

**State of Montana vs. Linda Kapsa– Expert Witness (6.30.09)**

- *Cause Number DC: 09-018*
- *Competency Hearing*
- *Judge Watters (Yellowstone County, Montana)*

- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Murphy D'Alton, Duke and Sheehy)*

**State of Montana, Matter of K.L. Youth in Need of Care – Expert Rebuttal Witness (6.17.09)**

- *Cause Number DN-08-22*
- *Custody Hearing*
- *Judge Day (Custer County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Schneder)*

**T.A.S. and G.S., on behalf of T.S. and N.S., Minor Children vs. J.J.H, Fact Witness (5.26.09)**

- *Cause Number DR 08-338*
- *Protection Order Hearing*
- *Judge Gustafson (Yellowstone County, Montana)*
- *Attorneys – J. Reuss, Attorney at Law vs. Brooke Murphy, Attorney at Law*

**State of Montana vs. Jerry Paul Gonzales– Expert Witness (5.12.09)**

- *Cause Number DC 07-1022*
- *Competence Hearing, Withdrawal Guilty Plea (Criminal Charges)*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. Penelope Strong, Attorney at Law*

**State of Montana vs. Sean Slicker – Expert Witness (8.26.08)**

- *Cause Number CDJ-07-144*
- *Suppression Hearing (Criminal Charges)*
- *Judge Neil (Cascade County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Carlson)*

**State of Montana vs. Sean Slicker – Expert Witness (6.17.08)**

- *Cause Number CDJ-07-144*
- *Suppression Hearing (Criminal Charges)*
- *Judge Neil (Cascade County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Carlson)*

**State of Montana vs. Robert Hans Hoffman – Expert Witness (11.28.07)**

- *Cause Number 06-0989*
- *Competence Hearing (Criminal Charges)*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Copenhaver-Landon, Claus)*

**State of Montana vs. Adam Heitkemper – Expert Witness (8.24.07 & 11.06.07)**

- *Cause Number 05-722, 06-677, 06-0718, 06-885, 06-1128, 06-1533*
- *Competence Hearing (Criminal Charges)*

- *Judge Baugh (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Claus)*

**State of Montana vs. Logan David Schuler – Expert Witness (2.14.07)**

- *Cause Number 05-0579.*
- *Competence Hearing (Criminal Charges)*
- *Judge Watters (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (DeBelly, Phillips)*

**Richling vs. Romero – Testimony as a Fact Witness/Treating Expert Witness (7.25.07)**

- *Hearing (Civil)*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Waller vs. Sweeney*

**State of Montana vs. Leonard Suko – Expert Witness (4.17.2007)**

- *Recommitment Hearing, Seriously Developmentally Disabled*
- *Judge Honzel (Lewis & Clark County, Montana)*
- *Attorneys – Stahl (Lewis & Clark County) vs. Larose (Montana Advocacy Program)*

**Horton vs. Kobielusz – Testimony as a Fact Witness/Treating Expert Witness (1.31.07)**

- *Hearing, Mediation (Civil)*
- *Court (Sheridan County, Montana)*
- *Attorneys – Arney vs. Kinnard*

**State of Montana vs. Ulstad – Expert Witness (1.26.07)**

- *Deposition (Civil and Criminal Charges)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Claus)*

**D.J.W. vs. State of Montana Office of Public Instruction - Expert Witness (3.8.06)**

- *Deposition (Civil)*
- *Attorneys – Stutz (Montana School Boards Association) vs. Larose (Montana Advocacy Program)*

---

***Given the relative dearth of occasions this evaluator was called to court in comparison with the number of forensic assessments that were conducted, no summary of Forensic Testimony had been assembled or memorialized prior to 2008. Then, given the number of times this evaluator was called to court, it was apparent that it was a growing necessity. For that reason, some of the earlier occasions this evaluator was called to court had not been recorded in detail.***

---

**1999-2004 – Maine**

Forensic assessments numbering in the dozens were conducted while living in Maine and working with Cathance Psychological Services/Washington County Psychotherapy Associates. There were at least two, perhaps more, events that required this evaluator to be present in court testifying as an expert witness. There were, by this evaluator's recollection, a combination of civil and criminal charges involved in each case even though they were matters largely involving child protective services cases.

**1998-1999 – Idaho**

A number of forensic assessments were conducted in work for the Shoshone-Bannock Tribes spanning Federal, State and Tribal jurisdictions; and while no Federal or State courts called for testimony, through the Tribal Courts this evaluator was called to hearings, as memory serves, on two occasions. Both, by recollection, were a combination of civil and criminal charges.

**1994-1998 – Wyoming**

There, a large number of forensic assessments were conducted both in work conducted while employed by Wyoming State Hospital and by Mountain Regional Services, Inc./Cornerstone Behavioral Health, Inc. Even so, at no time was this evaluator called to testify at a hearing, trial or other court proceeding.