| | |
|---|---|
| **From:** | Brett Jensen |
| **To:** | Katy Gannon |
| **Cc:** | Ryan Shaffer; Rob Stepans; Jessica Yuhas; Jon Wilson; Michael Sarabia; Gerry Fagan; "Christopher Sweeney"; Jordan W. FitzGerald; Joel Taylor; Jared Brannan |
| **Subject:** | RE: Rule 35 Exam |
| **Date:** | Friday, June 23, 2023 10:13:15 AM |
| **Attachments:** | F0383 Letter 4.25.23.pdf |
| | F0383 Lttr 5.26.23.pdf |
| | A-V Recording PDF 2019.pdf |
| | Morel-TestSecurityMedicolegalCases 2009.pdf |
| | Kaufmann-ProtetRawData_Copyright 2009.pdf |
| | Memorandum of Agreement RE Rule 35 Exams.docx |

Hi Katy:

Please see the attached memorandum, which has been workshopped with all defense counsel and Dr. Butz. A couple technical matters we will need to settle on:

1. Where in Australia will the exam need to occur for Ms. Mapley? I'm not certain what town she resides in and what kinds of services are available there. I assume if she lives quite rural, she would need to travel to a town large enough that Dr. Butz can at least reserve a hotel conference room with sufficient amenities for her evaluation to occur.
2. Same consideration for Ms. Caekaert.
3. As to #6, the referenced letters are attached.
4. As to #7, I have requested Dr. Butz's authorizations to incorporate into the agreement and will supply those when received. I am attaching the studies by Kaufmann and Morel referenced in support of Dr. Butz's position regarding raw testing data.
5. As to #8, Dr. Butz's A-V recording agreement is attached.

Brett C. Jensen
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice:** *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

EXHIBIT 8

**From:** Katy Gannon <katy@mss-lawfirm.com>
**Sent:** Monday, June 12, 2023 3:58 PM
**To:** Brett Jensen <BJensen@brownfirm.com>
**Cc:** Ryan Shaffer <ryan@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jessica Yuhas <jessica@mss-lawfirm.com>; Jon Wilson <jwilson@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>
**Subject:** Rule 35 Exam

Hey Brett,

We received your letter dated 06/01/2023 regarding the Rule 35 Evaluation. Will you send us your proposed Memorandum of Agreement outlining the areas we do agree upon at this time and a list of issues we will need to have addressed by the Court if no agreement can be reached?

Additionally, we will agree to pay for Dr. Butz to travel to Cami and Tracy.

Thanks,

Katy Gannon
Associate Attorney



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.