**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Monday, July 31, 2023 12:57 PM
**To:** Brett Jensen <BJensen@brownfirm.com>; 'Christopher Sweeney'
<Christopher.Sweeney@moultonbellingham.com>; Jon Wilson <jwilson@brownfirm.com>
**Subject:** RE: Caekaert et al. v. WTNY et al. Conference Call RE Rule 35 issues

Hopping on now.

-----Original Appointment-----
**From:** Brett Jensen <BJensen@brownfirm.com>
**Sent:** Monday, July 31, 2023 11:10 AM
**To:** Ryan Shaffer; 'Christopher Sweeney'; Jon Wilson
**Subject:** Caekaert et al. v. WTNY et al. Conference Call RE Rule 35 issues
**When:** Monday, July 31, 2023 1:00 PM-2:00 PM (UTC-07:00) Mountain Time (US & Canada).
**Where:** Phone: 480-302-6988 Passcode 203602

**EXHIBIT**

14