| | |
|---|---|
| **From:** | Brett Jensen |
| **To:** | Ryan Shaffer; Jessica Yuhas; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney; Jon Wilson; Michael Sarabia; Jordan.FitzGerald@moultonbellingham.com; Joel Taylor (jtaylor@mmt-law.com |
| **Cc:** | Rob Stepans; Jared Brannan; carrie.nance@moultonbellingham.com; Barbara Bessey; Sylvia Basnett; Katy Gannon; James Murnion; Matthew Merrill; Debbie Braaten |
| **Subject:** | RE: Caekaert/Mapley & Rowland Schulze: Response to WTNY"s 7/27/2023 Ltr. re Rule 35 Exam |
| **Date:** | Tuesday, August 1, 2023 2:25:00 PM |

Thanks Ryan. I am following up with Dr. Bütz about this. That seems like a sensible solution re the raw testing data—I just need to make sure he is good with it.

I've also had some continued discussions with WTNY about the business class upgrades and time in transit. Can we resolve this issue if WTNY agrees to cover the upgrades, i.e. Plaintiffs cover the cost of seats in economy and WTNY covers the upgrades, and in exchange Plaintiffs cover Dr. Bütz's time in transit? Like we discussed yesterday, the concession for Dr. Bütz to fly halfway around the world in lieu of Ms. Mapley completing litigation activities in the forum where she filed suit is already a major concession. Dr. Bütz has thoroughly explained in his letters and provided supporting studies showing why in-person assessments are necessary. I frankly don't understand Plaintiffs' distinction between time in transit and travel costs. Both are additional costs directly related to Dr. Bütz's concession to travel for the examinations. Let me know if that would be a workable compromise.

Brett C. Jensen
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice**: *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Monday, July 31, 2023 1:51 PM
**To:** Brett Jensen <BJensen@brownfirm.com>; Jessica Yuhas <jessica@mss-lawfirm.com>; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Jon Wilson <jwilson@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>; Jordan.FitzGerald@moultonbellingham.com; Joel Taylor (jtaylor@mmt-law.com <jtaylor@mmt-law.com>

EXHIBIT 15

**Cc:** Rob Stepans <rob@mss-lawfirm.com>; Jared Brannan <jbrannan@mmt-law.com>; carrie.nance@moultonbellingham.com; Barbara Bessey <BBessey@brownfirm.com>; Sylvia Basnett <SBasnett@brownfirm.com>; Katy Gannon <katy@mss-lawfirm.com>; James Murnion <james@mss-lawfirm.com>; Matthew Merrill <matthew@merrillwaterlaw.com>; Debbie Braaten <debbie.braaten@moultonbellingham.com>
**Subject:** RE: Caekaert/Mapley & Rowland Schulze: Response to WTNY's 7/27/2023 Ltr. re Rule 35 Exam

Brett,

Following up on our call, so long as Dr. Butz agrees to provide the raw test data to our experts (Bone and Holmberg) we are good not requiring disclosure to Plaintiffs' counsel.

Thanks,


Ryan R. Shaffer



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.


**From:** Brett Jensen <BJensen@brownfirm.com>
**Sent:** Monday, July 31, 2023 10:45 AM
**To:** Jessica Yuhas <jessica@mss-lawfirm.com>; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Jon Wilson <jwilson@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>; Jordan.FitzGerald@moultonbellingham.com; Joel Taylor (jtaylor@mmt-law.com <jtaylor@mmt-law.com>

**Cc:** Ryan Shaffer <ryan@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jared Brannan <jbrannan@mmt-law.com>; carrie.nance@moultonbellingham.com; Barbara Bessey <BBessey@brownfirm.com>; Sylvia Basnett <SBasnett@brownfirm.com>; Katy Gannon <katy@mss-lawfirm.com>; James Murnion <james@mss-lawfirm.com>; Matthew Merrill <matthew@merrillwaterlaw.com>; Debbie Braaten <debbie.braaten@moultonbellingham.com>
**Subject:** RE: Caekaert/Mapley & Rowland Schulze: Response to WTNY's 7/27/2023 Ltr. re Rule 35 Exam

Hi Ryan:

Thanks for your letter. Can you chat with us today at 2pm? I will send out instructions to our conference line.

Brett C. Jensen
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice:** *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

**From:** Jessica Yuhas <jessica@mss-lawfirm.com>
**Sent:** Friday, July 28, 2023 2:52 PM
**To:** Brett Jensen <BJensen@brownfirm.com>; Gerry.Fagan@moultonbellingham.com; Christopher Sweeney <Christopher.Sweeney@moultonbellingham.com>; Jon Wilson <jwilson@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>; Jordan.FitzGerald@moultonbellingham.com; Joel Taylor (jtaylor@mmt-law.com <jtaylor@mmt-law.com>
**Cc:** Ryan Shaffer <ryan@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jared Brannan <jbrannan@mmt-law.com>; carrie.nance@moultonbellingham.com; Barbara Bessey <BBessey@brownfirm.com>; Sylvia Basnett <SBasnett@brownfirm.com>; Katy Gannon <katy@mss-lawfirm.com>; James Murnion <james@mss-lawfirm.com>; Matthew Merrill <matthew@merrillwaterlaw.com>; Debbie Braaten <debbie.braaten@moultonbellingham.com>
**Subject:** Caekaert/Mapley & Rowland Schulze: Response to WTNY's 7/27/2023 Ltr. re Rule 35 Exam

Counsel,

Please see our attached response to your letter of July 27, 2023. This will follow via U.S. Mail.

Thank you,

Jessica Yuhas
Paralegal


Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT  59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.