**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Friday, August 25, 2023 4:06 PM
**To:** Brett Jensen <BJensen@brownfirm.com>
**Cc:** Katy Gannon <katy@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jessica Yuhas <jessica@mss-lawfirm.com>
**Subject:** RE: Dr. Butz

Brett,

Thanks for the call. I think that the modifications we discussed in the MOA will alleviate our concerns with the Authorization. We will turn a redline and clean version of the MOA around early next week.

On the testing front, Dr. Bone cannot tell if Dr. Butz is proposing a battery of neuropsychological tests for each Plaintiff. Can you get clarification on this from Dr. Butz please.

Thanks,


Ryan R. Shaffer



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.


**From:** Brett Jensen <BJensen@brownfirm.com>
**Sent:** Friday, August 25, 2023 2:47 PM
**To:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Subject:** RE: Dr. Butz

EXHIBIT 23

Hi Ryan:

Sorry I have been tied up till now working on a deadline. I will be in the office probably until 5 if you have a chance to call me back.

Brett C. Jensen
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice:** *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Friday, August 25, 2023 10:49 AM
**To:** Brett Jensen <BJensen@brownfirm.com>
**Subject:** RE: Dr. Butz

Brett,

I just tried your office, it went to vm. I am in the office today, give me a ring when you are free.

Thanks,

RS

**From:** Brett Jensen <BJensen@brownfirm.com>
**Sent:** Thursday, August 24, 2023 12:52 PM
**To:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Cc:** Katy Gannon <katy@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jon Wilson <jwilson@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>
**Subject:** RE: Dr. Butz

Okay thanks Ryan. In a mediation today but I can chat with you about it tomorrow if that works.

Brett C. Jensen
Brown Law Firm, P.C.

315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice:** *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Thursday, August 24, 2023 12:51 PM
**To:** Brett Jensen <BJensen@brownfirm.com>
**Cc:** Katy Gannon <katy@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>
**Subject:** Dr. Butz

Hey Brett,

Katy Gannon and I have been talking about Dr. Butz's Authorization. Given that he is going to be a signatory to the MOA, there may be a way to work with his proposed Authorization. There are still probably a couple non-starters, like the fee clause that would require my clients to pay Aspen's bill if the Brown firm does not... but that should not be controversial.

Give me a ring and maybe we can work through it.

Thanks,

Ryan R. Shaffer



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*

3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.