| | |
|---|---|
| **From:** | Jessica Yuhas |
| **To:** | Brett Jensen |
| **Cc:** | Katy Gannon; Rob Stepans; Jon Wilson; Michael Sarabia; Matthew Merrill; James Murnion; Ryan Shaffer; Joel Taylor (jtaylor@mmt-law.com); Gerry.Fagan@moultonbellingham.com; Christopher Sweeney; Jordan.FitzGerald@moultonbellingham.com; Barbara Bessey; Sylvia Basnett; carrie.nance@moultonbellingham.com |
| **Subject:** | RE: Rule 35 exams |
| **Date:** | Wednesday, September 20, 2023 10:49:47 AM |
| **Attachments:** | 2023-09-20 Ltr. to WTNY re Rule 35 Exams.pdf |

Mr. Jensen,

Attached please find Ryan's letter of today's date. This will follow via U.S. Mail.

Thank you,

Jessica Yuhas
Paralegal



Meyer, Shaffer & Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT  59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

**From:** Brett Jensen <BJensen@brownfirm.com>
**Sent:** Tuesday, September 19, 2023 4:12 PM
**To:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Cc:** Katy Gannon <katy@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jessica Yuhas <jessica@mss-lawfirm.com>; Jon Wilson <jwilson@brownfirm.com>; Michael Sarabia <MSarabia@brownfirm.com>
**Subject:** RE: Rule 35 exams

Hi Ryan:

EXHIBIT
25

As you know, the turnarounds on this are slow on our end because every time you change something I have to run it by WTNY and Dr. Bütz and get their approval. Frankly, the latest MOU sent to us on August 30th was completely unacceptable. There were many changes that had never been made in previous drafts that were not previously negotiated. I think this has become a drawn out exercise in futility. I think to keep thing moving along we just need to get the Rule 35 motion in front of Judge Watters. If there are concessions to be made about the parameters of the exams, they can be made in the briefing. If we see an opportunity to get an agreement signed such that the exams can proceed while the motion is being decided, I am open to that.

I assume you object to the motion, which will be filed along the same parameters of the latest MOA we sent you on August 16th, but please let me know by tomorrow at noon.

Sincerely,

Brett C. Jensen
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Telephone: (406) 248-2611
Fax: (406) 248-3128

**Confidentiality Notice:** *The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). This information, along with any attachments, constitutes attorney-client and/or attorney work product and is confidential in nature. This information is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.*

**From:** Ryan Shaffer <ryan@mss-lawfirm.com>
**Sent:** Tuesday, September 19, 2023 2:40 PM
**To:** Brett Jensen <BJensen@brownfirm.com>
**Cc:** Katy Gannon <katy@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jessica Yuhas <jessica@mss-lawfirm.com>
**Subject:** RE: Rule 35 exams

Hey Brett,

Are Defendants still interested in getting this MOA/MOU done and having Dr. Butz examine the Plaintiffs?

Ryan R. Shaffer



Meyer, Shaffer
& Stepans, PLLP

*Montana Office:*
430 Ryman St.
Missoula, MT  59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.

**From:** Ryan Shaffer
**Sent:** Wednesday, August 30, 2023 6:17 PM
**To:** Brett Jensen <BJensen@brownfirm.com>
**Cc:** Katy Gannon <katy@mss-lawfirm.com>; Rob Stepans <rob@mss-lawfirm.com>; Jessica Yuhas <jessica@mss-lawfirm.com>
**Subject:** Rule 35 exams

Brett,

Please find attached a modified MOU.  We can call it an MOA if you are wed to that.

As to Section B, we could simplify it by taking out our respective positions, and just identify the three disagreements that will either get resolved, or be the subject of later motions.

Before finalizing, we still need to know whether Dr. Butz is proposing the general category of neuropsych testing.

Ryan R. Shaffer



*Montana Office:*
430 Ryman St.
Missoula, MT 59802
Tel: 406-543-6929
Fax: 406-721-1799

*Wyoming Office:*
3490 Clubhouse Drive, Suite 104
Wilson, WY 83014
Tel: 307-734-9544
Fax: 307-733-3449

The information contained in this email is confidential and privileged. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake. This email may be subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, please ignore and delete this message and inform the sender of the mistake.