Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO  80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>    Plaintiffs,<br>  vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA.,<br><br>    Defendants. | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO WTNY'S MOTION FOR ORDER DIRECTING RULE 35, FED. R. CIV. P. EXAMS (DOC. 266)** |

Plaintiffs, by and through undersigned counsel, respectfully move the Court

for an extension of time up to and including, Wednesday, October 25, 2023, to file

a response to WTNY's Motion for Order Directing Rule 35, Fed. R. Civ. P. Exams

(Doc. 266).  Defendant WTNY does not oppose this motion.  A proposed Order is

attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED this 3rd day of October, 2023.

By: /s/ Ryan Shaffer
        Ryan R. Shaffer
        MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

Plaintiffs' Unopposed for Extension of Time to Respond to WTNY's
Motion for Order Directing Rule 35, Fed. R. Civ. P. Exams (Doc. 266)
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
        Ryan R. Shaffer
        MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

Plaintiffs' Unopposed for Extension of Time to Respond to WTNY's
Motion for Order Directing Rule 35, Fed. R. Civ. P. Exams (Doc. 266)
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
3