# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Respond to WTNY's Motion for Order Directing Rule 35, Fed. R. Civ. P. Exams (Doc. 266). Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs have up to and including Wednesday, October 25, 2023 to file a response to WTNY's Motion for Order Directing Rule 35, Fed. R. Civ. P. Exams (Doc. 266).

DATED this _____ day of _____, 2023.

_____
Susan P. Watters
United States District Court Judge