IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Respond (Doc. 269) to WTNY's Motion for Order Directing Rule 35, Fed. R. Civ. P. Exams (Doc. 266). Having reviewed the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs Motion (Doc. 269) is GRANTED. Plaintiffs have up to and including **Wednesday, October 25, 2023** to file a response to WTNY's Motion for Order Directing Rule 35, Fed. R. Civ. P. Exams (Doc. 266).

DATED this 3rd day of October, 2023.

SUSAN P. WATTERS
United States District Court Judge