*Exhibit B*

Exhibit B has been marked "Confidential" by WTNY and is therefore subject to the Protective Order Entered by the Court on 1/26/2022.  See ECF Docs. No. 110-1 and 111.

Plaintiffs sought WTNY's permission to file Exhibit B in the public record.  WTNY insists that Exhibit B be filed under seal.

Accordingly, Plaintiffs are submitting a copy of Exhibit B to the Court via email at spw_propord@mtd.uscourts.gov and are moving contemporaneously pursuant to L.R. 5.2 for permission to file a copy of Exhibit B in the record under seal.