Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO  80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>          Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA.,<br><br>          Defendants, | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

Pursuant to L.R. 5.2(b) Plaintiffs Tracy Caekaert and Camillia Mapley

respectfully move the Court for Leave to file "Exhibit B" to their Brief in Support

of their Motion for Leave to File a Motion for Reconsideration (ECF Doc. 273)

under seal.  Defendant Watchtower Bible and Tract Society of New York

("WTNY") was contacted about this Motion, requested that "Exhibit B" be filed

under seal, and therefore does not object to this Motion.

**"EXHIBIT B"**

"Exhibit B" is a two-page letter outlining multiple instances of child sexual

abuse at issue in this case and has been previously referred to as *Document 29*.  *See*

*e.g.* ECF Doc. 251 at 4-5.  After conducting *in camera* review, the Court recently

ordered WTNY to produce a copy of "Exhibit B" with redactions.  *Id.*[1]  WTNY

subsequently produced a copy of "Exhibit B" to Plaintiffs and marked it as

CONFIDENTIAL.

**BASIS FOR FILING "EXHIBIT B" UNDER SEAL**

The parties stipulated to, and the Court entered, a Stipulated Protective

Order in this case that permits each party to designate certain categories of

documents as CONFIDENTIAL and governs the handling and filing of such

documents.  *See* ECF Doc. 110-1, 111.  Here, WTNY marked "Exhibit B" as

CONFIDENTIAL and the applicable Stipulated Protective Order therefore requires

that it be filed under seal unless the CONFIDENTIAL designation is successfully

---

[1] The Court also ordered that Document 29 be "filed under seal to be accessed only
by this Court or an Appellate Court."  ECF Doc. 253.

challenged or WTNY waives such requirement.  *Id*.  Plaintiffs have not successfully challenged WTNY's CONFIDENTIAL designation of "Exhibit B."

On October 5, 2023, Plaintiffs' counsel asked for WTNY's position on whether "Exhibit B" must be filed under seal.  On October 6, 2023, WTNY's counsel stated that "Exhibit B" must be filed under seal:

➢ Pursuant to L.R. 5.2, WTNY's counsel further stated that the reason why inclusion of "Exhibit B" in the public record is not appropriate is because of "Paragraph 8 of the Stipulated Protective Order agreed to by the parties and agreed to and entered by the Court."

➢ Pursuant to L.R. 5.2, WTNY's counsel further stated that the reason why it is not feasible to file a redacted version of "Exhibit B" in the public record is because of "Paragraph 8 of the Stipulated Protective Order agreed to by the parties and agreed to and entered by the Court."

Accordingly, pursuant to WTNY's request and the Stipulated Protective Order in this case, Plaintiffs respectfully request permission to file "Exhibit B" to their Brief in Support of their Motion for Leave to File Motion for Reconsideration under seal.

Pursuant to L.R. 7.1, a proposed order is attached and will be emailed to spw_propord@mtd.uscourts.gov.

DATED this 6th day of October, 2023.


By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
     Ryan R. Shaffer
     MEYER, SHAFFER & STEPANS PLLP

     *Attorneys for Plaintiffs*