# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Document Under Seal. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED that the Motoin to file "Exhibit B" to Plaintiffs' Brief in Support of their Motion for Leave to File a Motion for Reconsideration (ECF Doc. 273) is GRANTED. Upon filing, Plaintiffs must adhere to L.R. 5.2.

DATED this _____ day of _____, 2023.

_____
Susan P. Watters
United States District Court Judge