IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> ORDER |

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Document Under Seal (Doc. 274). Having reviewed the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion (Doc. 274) to file "Exhibit B" to Plaintiffs' Brief in Support of their Motion for Leave to File a Motion for Reconsideration is **GRANTED**. Upon filing, Plaintiffs must adhere to L.R. 5.2.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of October, 2023.

SUSAN P. WATTERS
United States District Court Judge