# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | |
| Defendants. | |

Before the Court is Plaintiffs' Unopposed Motion for an Interim Scheduling Conference. Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED:

Plaintiffs' Unopposed Motion for an Interim Scheduling Conference is GRANTED.

The Court shall conduct a telephonic scheduling conference at _____ a.m./p.m. on the _____ day of _____, 2023.

DATED this _____ day of _____, 2023.

_____
Susan P. Watters
United States District Court Judge