IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-52-BLG-SPW<br><br>**ORDER SETTING INTERIM SCHEDULING CONFERENCE** |

Before the Court is Plaintiffs' Unopposed Motion for an Interim Scheduling Conference (Doc. 277). Having reviewed the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for an Interim Scheduling Conference (Doc. 277) is **GRANTED**. The Court shall conduct a telephonic scheduling conference for the purpose of discussing the status of discovery, expert witness disclosures, pretrial motions yet to be completed and set deadlines that will facilitate completion of all pretrial matters on **Wednesday, November 1, 2023 at 2:30 p.m.**

1

Counsel shall appear telephonically by following these steps:

1. Dial: 1-669-254-5252
2. When Prompted Enter Meeting ID: 161 474 66922
3. Press: # #

The clerk is directed to notify counsel of the entry of this Order.

DATED this 12th day of October, 2023.

                                                      SUSAN P. WATTERS
                                                   United States District Judge