*Exhibit F*

Robert L. Stepans  
Ryan R. Shaffer  
James C. Murnion  
Victoria K.M. Gannon  
Meyer, Shaffer & Stepans, PLLP  
430 Ryman Street  
Missoula, MT 59802  
Tel: (406) 543-6929  
Fax: (406) 721-1799  
rob@mss-lawfirm.com  
ryan@mss-lawfirm.com  
james@mss-lawfirm.com  
katy@mss-lawfirm.com  

Matthew L. Merrill (appearing *pro hac vice*)  
Merrill Law, LLC  
6631 Mariposa Court  
Denver, CO 80221  
Tel: (303) 947-4453  
matthew@merrillwaterlaw.com  

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) <br> ) Case No. CV-20-52-BLG-SPW <br> ) |
| Plaintiffs, | ) **DECLARATION OF** <br> ) **NATASHA MISKO** |
| vs. | ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) <br> ) <br> ) <br> ) |
| Defendants, | ) <br> ) |

I, Natasha Misko, a nationally accredited mediator and human rights advocate in New South Wales, Australia, declare that the following is true and correct:

Natasha-Mia Misko  
JP Registration No: 250630  
A Justice of the Peace in and for  
the State of New South Wales

1. I submit this Declaration in support of Plaintiffs' Opposition to Defendant WTNY's Motion for Order Directing Rule 35, Fed. R. Civ. P., Exams.

2. I am a retained mediator overseeing a custody dispute between Camillia Mapley and Phillip Marshall.

3. Ms. Mapley and Mr. Marshall have one child, Adler Marshall (11).

4. Ms. Mapley and Adler have been the victims of substantiated physical and emotional abuse perpetrated on them by Mr. Marshall.

5. Mr. Marshall has recently been denied a gun license by the Australian government because of his concerning behavior of continued threats of violence towards Ms. Mapley

6. The Department of Public Prosecution (the police) has initiated an Apprehended Violence Order against Mr. Marshall due to his violent behavior towards Ms. Mapley.

7. Ms. Mapley is the sole caretaker and provider for Adler.

8. Currently, Adler has no contact with Mr. Marshall.

9. Adler does not have a passport and cannot travel outside of Australia.

10. I am currently making progress towards obtaining a passport for Adler.

Natasha-Mia Misko
JP Registration No: 250630
A Justice of the Peace in and for
the State of New South Wales

11. I, along with Ms. Mapley am working with the Australian Family Court System to mediate any disputes between Ms. Mapley and Mr. Marshall, to include obtaining a passport for Adler.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of October, 2023.

By: _____
Natasha Misko

Natasha-Mia Misko
JP Registration No: 250630
A Justice of the Peace in and for
the State of New South Wales