*Exhibit G*

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO 80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) |
| | ) |
| Defendants, | ) ) |

Case No. CV-20-52-BLG-SPW

**DECLARATION OF
JESSICA YUHAS**

I, Jessica Yuhas, declare that the foregoing is true and correct:

1.    I am over the age of 21 years and am competent to and do state the facts and matters contained in this affidavit are true and based upon my personal knowledge.

2.    I am a paralegal at Meyer, Shaffer & Stepans, PLLP.

3.    I was asked to arrange an itinerary for Camillia Mapley to travel from her home in Jamieson, Victoria, Australia to Billings, MT.

4.    This requires Ms. Mapley to travel by road from her home to Melbourne Tullamarine Airport (MEL), which is the airport closest to Ms. Mapley that offers international flights to Billings, MT.

5.    Current costs for flights from Melbourne Tullamarine Airport (MEL) to Billings-Logan International Airport (BIL) are as follows:

    a.  $2,067 USD for Basic Economy; $2,149 USD for Economy; $2,471 USD for Economy fully refundable.  See attached **EX 1.**

6.    Flight time to and from Melbourne Tullamarine Airport (MEL) to Billings-Logan International Airport (BIL) takes between 24-27.  See attached **EX 1.**

7.    Ms. Mapley lives approximately 235 km/146 miles from Melbourne Tullamarine Airport (MEL).

8.      Travel from Ms. Mapley's residence to the airport takes 4-5 hours using a combination of personal and public transportation.  Travel times were calculated as follows:

    a.  Ms. Mapley's residence to MMBL Depot/High Street (Mansfield): 37 km/23 miles or approximately 30-minute drive time via personal car.

    b.  MMBL Depot/High Street (Mansfield) to Southern Cross Coach Terminal/Spencer Street (Melbourne City) via V/Line: 3-4 hours depending on stops and traffic according to the timetable obtained from vline.com.au attached hereto as **EX 2.**

    c.   Southern Cross Coach Terminal/Spencer Street (Melbourne City) to Melbourne Tullamarine Airport (MEL) via SkyBus Express: 30-45 minutes depending on traffic and time of day.  See attached **EX 3.**

9.  The cost associated with travel from Ms. Mapley's residence to Melbourne Tullamarine Airport (MEL) is as follows:

    a.  $20 AUD/$12.67 USD round trip from MBL Depot/High Street (Mansfield) to Southern Cross Coach Terminal/Spencer Street (Melbourne City) via V/Line.

b. $36 AUD/$22.80 USD round trip from Southern Cross Coach Terminal/Spencer Street (Melbourne City) to Melbourne Tullamarine Airport (MEL) via SkyBus.

10. Due to the travel time required between Ms. Mapley's residence and Melbourne Tullamarine Airport (MEL) and the requirement that Ms. Mapley be at the airport 3 hours prior to her departure time, she would have to travel to Melbourne the day prior to her departure.

11. The cost for a standard hotel room at the Holiday Inn Melbourne Airport for one night is $240 AUD/$152.03 USD including taxes & fees.  See attached **EX 4.**

12. The hotel closest to Dr. Bütz's office in Billings, MT is the Hilltop Inn by Riversage.  The cost to book a room at the Hilltop Inn with a check-in date of February 26, 2024, and a check-out date of March 2, 2024, is $598.08 USD.  See attached **EX 5.**

13. Assuming an examination beginning on Thursday, February 29, 2024, and ending on Friday, March 1, 2024, the proposed Itinerary for Ms. Mapley's travel to Billings, MT, and back to Australia for the Rule 35 Exam is as follows:

a. February 26, 2024: Ms. Mapley travels from her residence to Melbourne Tullamarine Airport (MEL).

b. February 27, 2024: Ms. Mapley flies from Melbourne Tullamarine Airport (MEL) to Billings-Logan International Airport (BIL).

c. February 28, 2024: Ms. Mapley takes the day to acclimate to the time zone changes and jet lag.

d. February 29, 2024, and March 1, 2024: Ms. Mapley undergoes the proposed exam by Dr. Bütz.

e. March 2, 2024: Ms. Mapley flies from Billings-Logan International Airport (BIL) to Melbourne Tullamarine Airport (MEL). Upon landing, Ms. Mapley travels from Melbourne Tullamarine Airport (MEL) to her residence.

14. Assuming that all travel plans take place as scheduled, it is my estimate that Ms. Mapley's travel from Australia to Billings, MT for the Rule 35 exam with Dr. Bütz will take 6 days.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 25th day of October, 2023.

By: _____
Jessica Yuhas

*Exhibit 1*

https://www.united.com/en/us/fsr/choose-flights?f=MEL&t=BIL&d=2024-02-27&r=2024-03-02&sc=7%2C7&st=bestmatches&bm=1&cln=2...1&t=0&cp=0&ce=0&px=1&taxng=1&clm=78&cartId=27E10481-08FE-4588-A272-3FC5b7D3F689&tqp=R



October 23, 2023

English - United States | Search | SIGN IN | MENU

| MEL | ⇄ | BIL | | Feb 27 – Mar 2 | | Money | | Update |
| Melbourne, VIC, AU | | Billings, MT, US | | | | | | or Advanced Search |

Sort | Stops | Fare Type | Duration | Connections | Refundable fares | Aircraft | Reset all

EXCLUSIVE OFFER
$300 STATEMENT CREDIT + 25,000 BONUS MILES
Learn more →

## DEPART ON: February 27

All fares shown are the total price roundtrip, per person. Additional bag charges may apply. Fare attributes apply to flights operated by United and United Express®. United flights may be listed first.

Compare fare types | 7-day calendar

| | Basic Economy (most restrictive) | Economy | Economy (fully refundable) | Premium Economy | Business |
|---|---|---|---|---|---|
| **2 STOPS** 1:00 PM – 5:22 PM MEL –22H, 22M– BIL SFO –2H, 36M– DEN –1H, 7M Includes Travel Operated by Mesa Airlines dba United Express 854 kg CO₂ | Roundtrip **$2,067** United Economy (W) | Roundtrip **$2,149** United Economy (W) | Roundtrip **$2,471** United Economy (W) | Roundtrip **$3,776** Mixed cabin | Roundtrip **$10,606** |

Details | Seats

| 1:00 PM – 8:30 AM MEL –14H, 30M– SFO Melbourne, VIC, AU (MEL) to San Francisco, CA, US (SFO) UA 61 (Boeing 777-300ER) | United Economy (W) (most restrictive) 🍴 Lunch | United Economy (W) 🍴 Lunch | United Economy (W) (fully refundable) 🍴 Lunch | United Premium Plus (R) 🍴 Lunch | United Polaris business (D) 🍴 Lunch |

ⓘ Long Layover   ⓘ Change of Terminal
ⓘ Over Night

------ Connection: 2 hours and 30 minutes ------

| 11:00 AM – 2:34 PM SFO –2H, 34M– DEN San Francisco, CA, US (SFO) to Denver, CO, US (DEN) UA 1999 (Boeing 737-900) | United Economy (W) (most restrictive) 🍴 Snacks for Purchase | United Economy (W) 🍴 Snacks for Purchase | United Economy (W) (fully refundable) 🍴 Snacks for Purchase | United Economy (B) 🍴 Snacks for Purchase | United First (D) 🍴 Lunch |

ⓘ Long Layover   ⓘ Change of Terminal
ⓘ Over Night

------ Connection: 1 hours and 7 minutes ------

| 3:41 PM – 5:22 PM DEN –1H, 41M– BIL Denver, CO, US (DEN) to Billings, MT, US (BIL) UA 6194 (Canadair Regional Jet 900) Operated by Mesa Airlines dba United Express | United Economy (W) (most restrictive) 🍴 Meals are not offered for this flight | United Economy (W) 🍴 Meals are not offered for this flight | United Economy (W) (fully refundable) 🍴 Meals are not offered for this flight | United Economy (B) 🍴 Meals are not offered for this flight | United First (D) 🍴 Meals are not offered for this flight |

ⓘ Long Layover   ⓘ Change of Terminal
ⓘ Over Night

On-time Performance

MileagePlus earnings (each way, per person):

| 4,665 base award miles 0 PQF • 933 PQP | 4,870 base award miles 3 PQF • 974 PQP | 5,675 base award miles 3 PQF • 1,135 PQP | 8,660 base award miles 3 PQF • 1,732 PQP | 25,500 base award miles 3 PQF • 5,100 PQP |

| **2 STOPS** 11:30 AM – 5:22 PM MEL –23H, 52M– BIL LAX –2H– DEN –3H, 38M Includes Travel Operated by Mesa Airlines dba United Express 778 kg CO₂ | Roundtrip **$2,067** United Economy (W) | Roundtrip **$2,149** United Economy (W) | Roundtrip **$2,471** United Economy (W) | Roundtrip **$3,776** Mixed cabin | Roundtrip **$10,606** |

Details | Seats

| **2 STOPS** 11:30 AM – 5:22 PM MEL –23H, 52M– BIL LAX –3H, 45M– DEN –1H, 52M Includes Travel Operated by Mesa Airlines dba United Express 787 kg CO₂ | Roundtrip **$2,067** United Economy (W) | Roundtrip **$2,149** United Economy (W) | Roundtrip **$2,471** United Economy (W) | Roundtrip **$3,776** Mixed cabin | Roundtrip **$10,606** |

Details | Seats

| **2 STOPS** 1:00 PM – 8:41 PM MEL –25H, 41M– BIL SFO –6H, 9M– DEN –57M | Roundtrip **$2,067** United Economy (W) | Roundtrip **$2,149** United Economy (W) | Roundtrip **$2,471** United Economy (W) | Roundtrip **$3,776** Mixed cabin | Roundtrip **$10,606** |

Details | Seats   825 kg CO₂

| **2 STOPS** 1:00 PM – 8:41 PM MEL –25H, 41M– BIL SFO –4H, 26M– DEN –2H, 36M | Roundtrip **$2,067** United Economy | Roundtrip **$2,149** United Economy | Roundtrip **$2,471** United Economy | Roundtrip **$3,776** Mixed cabin | Roundtrip **$10,606** |

828 kg CO₂

Site Feedback



| | Roundtrip $2,067 United Economy (W) | Roundtrip $2,149 United Economy (W) | Roundtrip $2,471 United Economy (W) | Roundtrip $3,776 Mixed cabin | Roundtrip $10,606 |
|---|---|---|---|---|---|

**2 STOPS**
1:00 PM — 8:41 PM
MEL ——— 25H, 41M ——— BIL
SFO — 2H, 30M   DEN — 4H, 33M
∨ Details   ∨ Seats   828 kg CO₂ ⓘ

| | Roundtrip $2,067 United Economy (W) | Roundtrip $2,149 United Economy (W) | Roundtrip $2,471 United Economy (W) | Roundtrip $3,776 Mixed cabin | Roundtrip $10,606 |
|---|---|---|---|---|---|

**2 STOPS**
11:30 AM — 8:41 PM
MEL ——— 27H, 11M ——— BIL
LAX — 7H, 45M   DEN — 1H, 17M
∨ Details   ∨ Seats   753 kg CO₂ ⓘ

| | Roundtrip $2,067 United Economy (W) | Roundtrip $2,149 United Economy (W) | Roundtrip $2,471 United Economy (W) | Roundtrip $3,776 Mixed cabin | Roundtrip $10,606 |
|---|---|---|---|---|---|

**2 STOPS**
11:30 AM — 8:41 PM
MEL ——— 27H, 11M ——— BIL
LAX — 5H, 55M   DEN — 3H, 5M
∨ Details   ∨ Seats   737 kg CO₂ ⓘ

| | Roundtrip $2,067 United Economy (W) | Roundtrip $2,149 United Economy (W) | Roundtrip $2,471 United Economy (W) | Roundtrip $3,776 Mixed cabin | Roundtrip $10,606 |
|---|---|---|---|---|---|

**2 STOPS**
11:30 AM — 8:41 PM
MEL ——— 27H, 11M ——— BIL
LAX — 6H, 27M   DEN — 2H, 31M
∨ Details   ∨ Seats   768 kg CO₂ ⓘ

| | Roundtrip $2,067 United Economy (W) | Roundtrip $2,149 United Economy (W) | Roundtrip $2,471 United Economy (W) | Roundtrip $3,776 Mixed cabin | Roundtrip $10,606 |
|---|---|---|---|---|---|

**2 STOPS**
11:30 AM — 8:41 PM
MEL ——— 27H, 11M ——— BIL
LAX — 2H   DEN — 7H, 4M
∨ Details   ∨ Seats   751 kg CO₂ ⓘ

| | Roundtrip $2,067 United Economy (W) | Roundtrip $2,149 United Economy (W) | Roundtrip $2,471 United Economy (W) | Roundtrip $3,776 Mixed cabin | Roundtrip $10,606 |
|---|---|---|---|---|---|

**2 STOPS**
11:30 AM — 8:41 PM
MEL ——— 27H, 11M ——— BIL
LAX — 3H, 45M   DEN — 5H, 18M
∨ Details   ∨ Seats   760 kg CO₂ ⓘ

| | Not available | Roundtrip $6,010 United Economy (Y) | Roundtrip $9,346 United Economy (Y) | Roundtrip $7,355 Mixed cabin | Roundtrip $12,473 |
|---|---|---|---|---|---|

**3 STOPS**
11:30 AM — 5:22 PM
MEL ——— 23H, 52M ——— BIL
LAX — 1H, 48M   LAS — 2H, 17M   DEN — 41M
Includes Travel Operated by Mesa Airlines dba United
Express
∨ Details   ∨ Seats   823 kg CO₂ ⓘ

| | Not available | Roundtrip $6,010 United Economy (Y) | Roundtrip $9,346 United Economy (Y) | Roundtrip $7,355 Mixed cabin | Roundtrip $12,473 |
|---|---|---|---|---|---|

**3 STOPS**
11:30 AM — 5:22 PM
MEL ——— 23H, 52M ——— BIL
LAX — 1H, 55M   SAN — 1H, 47M   DEN — 50M
Includes Travel Operated by SkyWest dba United Express,
Mesa Airlines dba United Express
∨ Details   ∨ Seats   861 kg CO₂ ⓘ

| | Not available | Roundtrip $6,010 United Economy (Y) | Roundtrip $9,346 United Economy (Y) | Roundtrip $7,355 Mixed cabin | Roundtrip $12,473 |
|---|---|---|---|---|---|

**3 STOPS**
11:30 AM — 5:22 PM
MEL ——— 23H, 52M ——— BIL
LAX — 1H, 30M   SFO — 1H, 17M
DEN — 1H, 7M
Includes Travel Operated by Mesa Airlines dba United
Express
∨ Details   ∨ Seats   860 kg CO₂ ⓘ

| | Not available | Roundtrip $6,010 United Economy (Y) | Roundtrip $9,346 United Economy (Y) | Roundtrip $7,355 Mixed cabin | Roundtrip $12,473 |
|---|---|---|---|---|---|

**3 STOPS**
1:00 PM — 8:41 PM
MEL ——— 25H, 41M ——— BIL
SFO — 2H, 10M   LAS — 1H, 27M
DEN — 2H, 37M
∨ Details   ∨ Seats   858 kg CO₂ ⓘ

| | Not available | Roundtrip $6,010 United Economy (Y) | Roundtrip $9,346 United Economy (Y) | Roundtrip $7,355 Mixed cabin | Roundtrip $12,473 |
|---|---|---|---|---|---|

**3 STOPS**
1:00 PM — 8:41 PM
MEL ——— 25H, 41M ——— BIL
SFO — 2H, 10M   LAS — 2H, 39M
DEN — 1H, 25M
∨ Details   ∨ Seats   873 kg CO₂ ⓘ

| | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|

**3 STOPS**
1:00 PM — 8:41 PM

| Flight | | Not available | United Economy (Y) | United Economy (Y) | Mixed cabin | |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| SFO — 2H, 10M  SBP — 58M  DEN — 2H, 44M | | | | | | |
| Includes Travel Operated by SkyWest dba United Express | | | | | | |
| Details  Seats  955 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 10M  PHX — 2H, 53M  DEN — 47M | | | | | | |
| Details  Seats  889 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 10M  PHX — 1H, 9M  DEN — 2H, 30M | | | | | | |
| Details  Seats  874 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 15M  SNA — 1H, 6M  DEN — 2H, 27M | | | | | | |
| Details  Seats  907 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 10M  SBA — 1H, 1M  DEN — 2H, 34M | | | | | | |
| Details  Seats  954 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 20M  SUN — 43M  DEN — 2H, 32M | | | | | | |
| Includes Travel Operated by SkyWest dba United Express | | | | | | |
| Details  Seats  1007 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 5M  LAX — 2H, 12M  DEN — 1H, 17M | | | | | | |
| Details  Seats  897 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 5M  LAX — 54M  DEN — 2H, 31M | | | | | | |
| Details  Seats  913 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 45M  BZN — 1H, 40M  DEN — 1H | | | | | | |
| Includes Travel Operated by Mesa Airlines dba United Express | | | | | | |
| Details  Seats  971 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 1H, 55M  MFR — 1H, 2M  DEN — 2H, 27M | | | | | | |
| Details  Seats  956 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | United Economy (Y) | United Economy (Y) | Mixed cabin | |
| SFO — 2H, 5M  ACV — 37M  DEN — 2H, 40M | | | | | | |
| Includes Travel Operated by SkyWest dba United Express | | | | | | |
| Details  Seats  991 kg CO₂ | | | | | | |

| 3 STOPS | | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|---|
| 1:00 PM | 8:41 PM | | | | | |
| MEL ------------- 25H, 41M ------------- BIL | | | | | | |
| SFO — 2H, 15M  PDX — 40M  DEN — 2H, 27M | | | | | | |



| | Not available | Roundtrip $6,010 | Roundtrip $9,346 | Roundtrip $7,355 | Roundtrip $12,473 |
|---|---|---|---|---|---|
| 3 STOPS<br>1:00 PM — 8:41 PM<br>MEL — BIL<br>SFO — 1H, 50M  PSC — 1H, 1M<br>DEN — 2H, 27M<br>25H, 41M<br>Includes Travel Operated by SkyWest dba United Express<br>Details  Seats  971 kg CO₂ | | | United Economy (Y) | United Economy (Y) | Mixed cabin |
| 3 STOPS<br>1:00 PM — 8:41 PM<br>MEL — BIL<br>SFO — 2H, 5M  EUG — 44M  DEN — 2H, 27M<br>25H, 41M<br>Details  Seats  979 kg CO₂ | Not available | Roundtrip $6,010 | Roundtrip $9,346<br>United Economy (Y) | Roundtrip $7,355<br>Mixed cabin | Roundtrip $12,473 |
| 3 STOPS<br>11:30 AM — 8:41 PM<br>MEL — BIL<br>LAX — 1H, 48M  LAS — 3H, 47M<br>DEN — 2H, 37M<br>27H, 11M<br>Details  Seats  778 kg CO₂ | Not available | Roundtrip $6,010 | Roundtrip $9,346<br>United Economy (Y) | Roundtrip $7,882<br>Mixed cabin | Roundtrip $12,473 |
| 3 STOPS<br>11:30 AM — 8:41 PM<br>MEL — BIL<br>LAX — 6H, 10M  LAS — 37M  DEN — 1H, 25M<br>27H, 11M<br>Details  Seats  803 kg CO₂ | Not available | Roundtrip $6,010 | Roundtrip $9,346<br>United Economy (Y) | Roundtrip $7,882<br>Mixed cabin | Roundtrip $12,473 |
| 3 STOPS<br>11:30 AM — 8:41 PM<br>MEL — BIL<br>LAX — 4H, 15M  PHX — 3H, 3M  DEN — 47M<br>27H, 11M<br>Details  Seats  806 kg CO₂ | Not available | Roundtrip $6,010 | Roundtrip $9,346<br>United Economy (Y) | Roundtrip $7,882<br>Mixed cabin | Roundtrip $12,473 |
| 3 STOPS<br>11:30 AM — 8:41 PM<br>MEL — BIL<br>LAX — 4H, 15M  PHX — 1H, 19M<br>DEN — 2H, 30M<br>27H, 11M<br>Details  Seats  790 kg CO₂ | Not available | Roundtrip $6,010 | Roundtrip $9,346<br>United Economy (Y) | Roundtrip $7,882<br>Mixed cabin | Roundtrip $12,473 |
| 3 STOPS<br>11:30 AM — 8:41 PM<br>MEL — BIL<br>LAX — 1H, 55M  SAN — 3H, 18M<br>DEN — 2H, 45M<br>27H, 11M<br>Includes Travel Operated by SkyWest dba United Express<br>Details  Seats  830 kg CO₂ | Not available | Roundtrip $6,010 | Roundtrip $9,346<br>United Economy (Y) | Roundtrip $7,882<br>Mixed cabin | Roundtrip $12,473 |

Displaying 35 of 63

**Show all flights**

Did you find what you were looking for?  Yes  No

| Additional fare details | ⌄ |
|---|---|
| MileagePlus earnings | ⌄ |

About United    Products and services    Popular destinations    Careers ↗    ⓘ IMPORTANT NOTICES

**Corporate information**
Good Leads The Way
Newsroom
Investor relations
Leadership team
United Airlines Ventures
Global community engagement
Diversity, Equity and Inclusion
Sustainability
Chief Trash Officer

**Media and partners**
Global alliances
United Express® partners
Advertise with us ↗
Branding
United Shop ↗

**Business services**
United business credit cards ↗
United UATP®
United PassPlus℠
United PerksPlus℠ ↗

English - United States (Español)

Contract of carriage
Lengthy tarmac delay plan

Legal information
Our United Customer Commitment
Help Center

Accessible travel
Privacy Policy
Interest Based Ads

United Jetstream
Cargo

Q Search for a topic

STAY CONNECTED

Indicates an external site that may or may not meet accessibility guidelines. Copyright © 2023 United Airlines, Inc. All rights reserved.

A STAR ALLIANCE MEMBER

CoBrowse

Site Feedback



| | Roundtrip | Roundtrip | Roundtrip | Roundtrip |
|---|---|---|---|---|
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 9:30 AM <br> BIL ------------- 32H, 30M ------------- MEL <br> DEN — 4H, 47M  LAX — 7H, 40M <br> Details  Seats   961 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,544 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 9:30 AM <br> BIL ------------- 32H, 30M ------------- MEL <br> DEN — 7H, 16M  LAX — 5H, 4M <br> Details  Seats   977 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,544 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 9:30 AM <br> BIL ------------- 32H, 30M ------------- MEL <br> DEN — 2H, 42M  LAX — 9H, 35M <br> Details  Seats   952 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,544 <br><br> Mixed cabin | **$6,480** <br><br> 🛒 Add to cart |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 9:30 AM <br> BIL ------------- 32H, 30M ------------- MEL <br> DEN — 10H, 19M  LAX — 1H, 58M <br> Details  Seats   970 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,544 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 9:30 AM <br> BIL ------------- 32H, 30M ------------- MEL <br> DEN — 11H, 38M  LAX — 38M <br> Details  Seats   984 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,544 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 9:30 AM <br> BIL ------------- 32H, 3M ------------- MEL <br> DEN — 1H, 3M  LAX — 11H, 12M <br> Details  Seats   996 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,544 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 9:30 AM <br> BIL ------------- 32H, 30M ------------- MEL <br> DEN — 8H, 48M  LAX — 3H, 27M <br> Details  Seats   972 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,544 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 10:00 AM <br> BIL ------------- 33H ------------- MEL <br> DEN — 6H, 58M  SFO — 5H, 46M <br> Details  Seats   1038 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,018 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 10:00 AM <br> BIL ------------- 33H ------------- MEL <br> DEN — 4H, 44M  SFO — 8H <br> Details  Seats   1038 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,018 <br><br> Mixed cabin | **$6,480** <br><br> 🛒 Add to cart |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 10:00 AM <br> BIL ------------- 33H ------------- MEL <br> DEN — 9H, 13M  SFO — 3H, 23M <br> Details  Seats   1049 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,018 <br><br> Mixed cabin | $6,480 |
| **2 STOPS** <br> Arrives Mar 4 <br> 7:00 AM — 10:00 AM <br> BIL ------------- 33H ------------- MEL <br> DEN — 2H, 38M  SFO — 9H, 56M <br> Details  Seats   1046 kg $CO_2$ | $2,149 <br><br> United Economy (W) | $2,471 <br><br> United Economy (W) | $3,018 <br><br> Mixed cabin | $6,480 |

Site Feedback

| | United Economy (W) | United Economy (W) | Mixed cabin | |
|---|---|---|---|---|
| 2 STOPS<br>Arrives Mar 4<br>7:00 AM — 10:00 AM<br>BIL ———— 33H ———— MEL<br>DEN — 1H, 17M  SFO — 11H, 14M<br>⌄ Details  ⌄ Seats   1048 kg CO$_2$ ⓘ | Roundtrip<br>**$2,149**<br><br>United Economy (W) | Roundtrip<br>$2,471<br><br>United Economy (W) | Roundtrip<br>$3,018<br><br>Mixed cabin | Roundtrip<br>$6,480 |
| 2 STOPS<br>Arrives Mar 4<br>7:00 AM — 10:00 AM<br>BIL ———— 33H ———— MEL<br>DEN — 10H, 43M  SFO — 1H, 47M<br>⌄ Details  ⌄ Seats   1064 kg CO$_2$ ⓘ | Roundtrip<br>**$2,149**<br><br>United Economy (W) | Roundtrip<br>$2,471<br><br>United Economy (W) | Roundtrip<br>$3,018<br><br>Mixed cabin | Roundtrip<br>$6,480 |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 9:30 AM<br>BIL ———— 24H, 35M ———— MEL<br>DEN — 1H, 35M  LAS — 1H, 35M  LAX — 54M<br>⌄ Details  ⌄ Seats   1006 kg CO$_2$ ⓘ | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$6,439<br><br>Mixed cabin | Roundtrip<br>$8,252 |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 10:00 AM<br>BIL ———— 25H, 5M ———— MEL<br>DEN — 1H, 10M  LAS — 1H, 3M<br>SFO — 1H, 24M<br>⌄ Details  ⌄ Seats   1095 kg CO$_2$ ⓘ | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$6,439<br><br>Mixed cabin | Roundtrip<br>$8,252 |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 10:00 AM<br>BIL ———— 25H, 5M ———— MEL<br>DEN — 55M  LAX — 1H, 22M  SFO — 1H, 10M<br>⌄ Details  ⌄ Seats   1101 kg CO$_2$ ⓘ | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$6,439<br><br>Mixed cabin | Roundtrip<br>$8,252 |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 10:00 AM<br>BIL ———— 25H, 5M ———— MEL<br>DEN — 1H, 7M  SLC — 1H, 12M  SFO — 1H, 7M<br>Includes Travel Operated by SkyWest dba United Express<br>⌄ Details  ⌄ Seats   1159 kg CO$_2$ ⓘ | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$6,439<br><br>Mixed cabin | Roundtrip<br>$8,252 |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 10:00 AM<br>BIL ———— 25H, 5M ———— MEL<br>DEN — 55M  LAX — 37M  SFO — 1H, 50M<br>⌄ Details  ⌄ Seats   1107 kg CO$_2$ ⓘ | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$6,439<br><br>Mixed cabin | **Roundtrip**<br>**$8,252**<br><br>🛒 Add to cart |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 10:00 AM<br>BIL ———— 25H, 5M ———— MEL<br>DEN — 1H, 2M  PHX — 1H, 5M  SFO — 1H, 6M<br>⌄ Details  ⌄ Seats   1105 kg CO$_2$ ⓘ | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$5,962<br><br>United Economy (Y) | Roundtrip<br>$6,439<br><br>Mixed cabin | Roundtrip<br>$8,252 |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 10:45 AM<br>BIL ———— 25H, 50M ———— MEL<br>DEN — 55M  LAX — 1H, 52M  AKL — 1H, 25M<br>Includes Travel Operated by Air New Zealand<br>⌄ Details  ⌄ Seats | Not available | Not available | Roundtrip<br>$6,466<br><br>Mixed cabin | Not available |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 12:15 PM<br>BIL ———— 27H, 20M ———— MEL<br>DEN — 55M  LAX — 1H, 52M  AKL — 2H, 40M<br>Includes Travel Operated by QANTAS Airways<br>⌄ Details  ⌄ Seats | Roundtrip<br>$6,001 | Roundtrip<br>$6,001 | Roundtrip<br>$6,478<br><br>Mixed cabin | Roundtrip<br>$15,571<br><br>Mixed cabin |
| 3 STOPS<br>Arrives Mar 4<br>2:55 PM — 12:35 PM | Roundtrip<br>$2,178 | Roundtrip<br>$2,500 | Roundtrip<br>$3,047 | **Roundtrip**<br>**$6,510** |

Site Feedback

**Add to cart**

| | Roundtrip | Roundtrip | Roundtrip | Roundtrip |
|---|---|---|---|---|
| | | | Mixed cabin | |

SYD — 1H, 55M

Includes Travel Operated by QANTAS Airways
Details   Seats

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 12:35 PM
BIL ————————————— MEL
DEN — 3H, 45M  LAX — 43M  SYD — 1H, 55M
Includes Travel Operated by QANTAS Airways
Details   Seats

| Roundtrip $2,178 | Roundtrip $2,500 | Roundtrip $3,047 | Roundtrip $6,510 |
|---|---|---|---|
| | | Mixed cabin | |

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 12:35 PM
BIL ————————————— MEL
DEN — 55M  LAX — 3H, 32M  SYD — 1H, 55M
Includes Travel Operated by QANTAS Airways
Details   Seats

| Roundtrip $2,178 | Roundtrip $2,500 | Roundtrip $3,047 | Roundtrip $6,510 |
|---|---|---|---|
| | | Mixed cabin | |

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 12:35 PM
BIL ————————————— MEL
DEN — 27H, 40M  SFO — 3H, 8M
SYD — 1H, 45M
Includes Travel Operated by QANTAS Airways
Details   Seats

| Roundtrip $2,178 | Roundtrip $2,500 | Roundtrip $3,047 | Roundtrip $6,510 |
|---|---|---|---|
| | | Mixed cabin | |

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 12:35 PM
BIL ————————————— MEL
DEN — 2H, 50M  SFO — 1H, 32M
SYD — 1H, 45M
Includes Travel Operated by QANTAS Airways
Details   Seats

| Roundtrip $2,178 | Roundtrip $2,500 | Roundtrip $3,047 | Roundtrip $6,510 |
|---|---|---|---|
| | | Mixed cabin | |

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 1:15 PM
BIL ————————————— MEL
DEN — 1H, 20M  SFO — 3H, 38M
BNE — 2H, 25M
Includes Travel Operated by Virgin Australia
Details   Seats

| Roundtrip $2,171 | Roundtrip $2,493 | Roundtrip $6,461 | Roundtrip $6,503 |
|---|---|---|---|
| | | Mixed cabin | |

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 1:15 PM
BIL ————————————— MEL
DEN — 2H, 50M  SFO — 2H, 2M
BNE — 2H, 25M
Includes Travel Operated by Virgin Australia
Details   Seats

| Roundtrip $2,171 | Roundtrip $2,493 | Roundtrip $6,461 | Roundtrip $6,503 |
|---|---|---|---|
| | | Mixed cabin | |

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 1:35 PM
BIL ————————————— MEL
DEN — 2H, 26M  LAX — 2H, 3M
SYD — 2H, 55M
Includes Travel Operated by Virgin Aust Intl For Virgin Aust
Details   Seats

| Roundtrip $2,169 | Roundtrip $2,491 | Roundtrip $6,459 | Roundtrip $6,501 |
|---|---|---|---|
| | | Mixed cabin | |

---

**3 STOPS**
Arrives Mar 4
2:55 PM ————————— 1:35 PM
BIL ————————————— MEL
DEN — 3H, 45M  LAX — 43M  SYD — 2H, 55M
Includes Travel Operated by Virgin Aust Intl For Virgin Aust
Details   Seats

| Roundtrip $2,169 | Roundtrip $2,491 | Roundtrip $6,459 | Roundtrip $6,501 |
|---|---|---|---|
| | | Mixed cabin | |

---

Displaying 35 of 64

**Show all flights**

Did you find what you were looking for?

Additional fare details ⌄

MileagePlus earnings ⌄



☐ Indicates an external site that may or may not meet accessibility guidelines. Copyright © 2023 United Airlines, Inc. All rights reserved.

*Exhibit 2*





**Melbourne via Yea**

**Coach**

Service operates from 21.12.2023 until further notice

## Monday to Friday

| | | Coach | Coach |
|---|---|---|---|
| Wheelchair Accessible Services | | ♿ | ♿ |
| Vehicle Type | | Coach | Coach |
| Facilities | | R | R |
| Morning (am) / Afternoon (pm) | | am | pm |
| MMBL Depot/High St (Mansfield) | DEP | 7:30 | 1:15 |
| Opposite CFA/Maroondah Hwy (Maindample) | | 7:40 | 1:25 |
| Phillip St/Bon Cres (Bonnie Doon) | | 7:45 | 1:30 |
| Woolshed Rd/Maroondah Hwy (Woodfield) | | 7:50 | 1:35 |
| Euroa - Mansfield Rd/Maroondah Hwy (Merton) | | 8:00 | 1:40 |
| Wrights St/Maroondah Hwy (Yarck) | | 8:10 | 1:50 |
| General Store/Goulburn Valley Hwy (Molesworth) | | 8:20 | 2:00 |
| east of Pechell St/High St (Yea) | | 8:35 | 2:15 |
| Flowerdale Hotel/Whittlesea-Yea Rd (Flowerdale) | | 8:55 | |
| Hazeldene Bridge/Whittlesea-Yea Rd (Hazeldene) | | 9:00 | |
| Silver Creek Rd/Whittlesea-Yea Rd (Hazeldene) | | 9:05 | |
| General Store/Whittlesea-Yea Rd (Kinglake West) | | 9:15 | |
| Walnut St/Church St (Whittlesea) | | D9:30 | |
| Bundoora RMIT/Plenty Rd (Bundoora) | | D9:50 | |
| Roadhouse/Melba Hwy (Glenburn) | | | 2:35 |
| Herbert St/Melba Hwy (Yarra Glen) | | | D2:55 |
| Lilydale Station/Maroondah Hwy (Lilydale) | | | D3:15 |
| Dorset Rd/Maroondah Hwy (Croydon) | | | D3:25 |
| Ringwood Station/Maroondah Hwy (Ringwood) | | | D3:35 |
| Walker Park/Whitehorse Rd (Nunawading) | | | D3:45 |
| Watts St/Whitehorse Rd (Box Hill) | | | D3:50 |
| Southern Cross Coach Terminal/Spencer St (Melbourne City) | ARR | D10:30 | D4:35 |

## Saturday

| | | Coach | Coach |
|---|---|---|---|
| Wheelchair Accessible Services | | ♿ | ♿ |
| Vehicle Type | | Coach | Coach |
| Facilities | | R | R |
| Morning (am) / Afternoon (pm) | | am | pm |
| MMBL Depot/High St (Mansfield) | DEP | 7:30 | 1:15 |
| Opposite CFA/Maroondah Hwy (Maindample) | | 7:40 | 1:25 |
| Phillip St/Bon Cres (Bonnie Doon) | | 7:45 | 1:30 |
| Woolshed Rd/Maroondah Hwy (Woodfield) | | 7:50 | 1:35 |
| Euroa - Mansfield Rd/Maroondah Hwy (Merton) | | 8:00 | 1:40 |
| Wrights St/Maroondah Hwy (Yarck) | | 8:10 | 1:50 |
| General Store/Goulburn Valley Hwy (Molesworth) | | 8:20 | 2:00 |
| east of Pechell St/High St (Yea) | | 8:35 | 2:15 |
| Flowerdale Hotel/Whittlesea-Yea Rd (Flowerdale) | | 8:55 | |
| Hazeldene Bridge/Whittlesea-Yea Rd (Hazeldene) | | 9:00 | |
| Silver Creek Rd/Whittlesea-Yea Rd (Hazeldene) | | 9:05 | |
| General Store/Whittlesea-Yea Rd (Kinglake West) | | 9:15 | |
| Walnut St/Church St (Whittlesea) | | D9:30 | |
| Bundoora RMIT/Plenty Rd (Bundoora) | | D9:50 | |
| Roadhouse/Melba Hwy (Glenburn) | | | 2:35 |
| Herbert St/Melba Hwy (Yarra Glen) | | | D2:55 |
| Lilydale Station/Maroondah Hwy (Lilydale) | | | D3:15 |
| Dorset Rd/Maroondah Hwy (Croydon) | | | D3:25 |
| Ringwood Station/Maroondah Hwy (Ringwood) | | | D3:35 |
| Walker Park/Whitehorse Rd (Nunawading) | | | D3:45 |
| Watts St/Whitehorse Rd (Box Hill) | | | D3:50 |
| Southern Cross Coach Terminal/Spencer St (Melbourne City) | ARR | D10:30 | D4:35 |

## Sunday

| | | Coach |
|---|---|---|
| Wheelchair Accessible Services | | ♿ |
| Vehicle Type | | Coach |
| Facilities | | R |
| Morning (am) / Afternoon (pm) | | pm |
| MMBL Depot/High St (Mansfield) | DEP | 6:00 |
| Opposite CFA/Maroondah Hwy (Maindample) | | 6:10 |
| Phillip St/Bon Cres (Bonnie Doon) | | 6:15 |
| Woolshed Rd/Maroondah Hwy (Woodfield) | | 6:20 |
| Euroa - Mansfield Rd/Maroondah Hwy (Merton) | | 6:30 |
| Wrights St/Maroondah Hwy (Yarck) | | 6:40 |
| General Store/Goulburn Valley Hwy (Molesworth) | | 6:50 |
| east of Pechell St/High St (Yea) | | 7:05 |
| Roadhouse/Melba Hwy (Glenburn) | | 7:25 |
| Herbert St/Melba Hwy (Yarra Glen) | | D7:45 |
| Lilydale Station/Maroondah Hwy (Lilydale) | | D8:00 |
| Dorset Rd/Maroondah Hwy (Croydon) | | D8:05 |
| Ringwood Station/Maroondah Hwy (Ringwood) | | D8:15 |
| Walker Park/Whitehorse Rd (Nunawading) | | D8:25 |
| Watts St/Whitehorse Rd (Box Hill) | | D8:30 |
| Southern Cross Coach Terminal/Spencer St (Melbourne City) | ARR | D9:05 |

**Service Information**

R = ** RESERVATIONS REQUIRED **  D = Drops off passengers only  Coach = Coach  ♿ = Wheelchair Accessible
Coach

 **V/Line**

 **PT**

## Mansfield via Yea

**Coach**

Service operates from 21.12.2023 until further notice

### Monday to Friday

| Wheelchair Accessible Services | | Coach | Coach |
|---|---|---|---|
| Vehicle Type | | | |
| Facilities | | R | R |
| **Morning (am) / Afternoon (pm)** | | am | pm |
| Southern Cross Coach Terminal/Spencer St (Melbourne City) | DEP | 8:30 | 6:01 |
| Watts St/Whitehorse Rd (Box Hill) | | U9:15 | |
| Walker Park/Whitehorse Rd (Nunawading) | | U9:20 | |
| Eastland SC/Warrandyte Rd (Ringwood) | | U9:30 | |
| Exeter Rd/Maroondah Hwy (Croydon North) | | U9:45 | |
| Lilydale Station/Maroondah Hwy (Lilydale) | | U9:55 | |
| Herbert St/Melba Hwy (Yarra Glen) | | U10:10 | |
| Roadhouse/Melba Hwy (Glenburn) | | 10:30 | |
| RMIT Bundoora Campus West/Plenty Rd (Bundoora) | | | U6:35 |
| Church St/Walnut St (Whittlesea) | | | U7:00 |
| General Store/Whittlesea-Yea Rd (Kinglake West) | | | 7:15 |
| Silver Creek Rd/Whittlesea-Yea Rd (Hazeldene) | | | 7:25 |
| Hazeldene Bridge/Whittlesea-Yea Rd (Hazeldene) | | | 7:30 |
| Flowerdale Hotel/Whittlesea-Yea Rd (Flowerdale) | | | 7:35 |
| east of Pechell St/High St (Yea) | | 10:50 | 7:55 |
| General Store/Goulburn Valley Hwy (Molesworth) | | 11:00 | 8:05 |
| Wrights St/Maroondah Hwy (Yarck) | | 11:10 | 8:15 |
| Euroa-Mansfield Rd/Maroondah Hwy (Merton) | | 11:20 | 8:25 |
| Woolshed Rd/Maroondah Hwy (Woodfield) | | 11:25 | 8:30 |
| Phillip St/Bon Cres (Bonnie Doon) | | 11:30 | 8:35 |
| Opposite CFA/Maroondah Hwy (Maindample) | | 11:35 | 8:40 |
| MMBL Depot/High St (Mansfield) | ARR | D11:50 | D8:55 |

### Saturday

| Wheelchair Accessible Services | | Coach | Coach |
|---|---|---|---|
| Vehicle Type | | | |
| Facilities | | R | R |
| **Morning (am) / Afternoon (pm)** | | am | pm |
| Southern Cross Coach Terminal/Spencer St (Melbourne City) | DEP | 8:30 | 6:01 |
| Watts St/Whitehorse Rd (Box Hill) | | U9:15 | |
| Walker Park/Whitehorse Rd (Nunawading) | | U9:20 | |
| Eastland SC/Warrandyte Rd (Ringwood) | | U9:30 | |
| Exeter Rd/Maroondah Hwy (Croydon North) | | U9:45 | |
| Lilydale Station/Maroondah Hwy (Lilydale) | | U9:55 | |
| Herbert St/Melba Hwy (Yarra Glen) | | U10:10 | |
| Roadhouse/Melba Hwy (Glenburn) | | 10:30 | |
| RMIT Bundoora Campus West/Plenty Rd (Bundoora) | | | U6:35 |
| Church St/Walnut St (Whittlesea) | | | U7:00 |
| General Store/Whittlesea-Yea Rd (Kinglake West) | | | 7:15 |
| Silver Creek Rd/Whittlesea-Yea Rd (Hazeldene) | | | 7:25 |
| Hazeldene Bridge/Whittlesea-Yea Rd (Hazeldene) | | | 7:30 |
| Flowerdale Hotel/Whittlesea-Yea Rd (Flowerdale) | | | 7:35 |
| east of Pechell St/High St (Yea) | | 10:50 | 7:55 |
| General Store/Goulburn Valley Hwy (Molesworth) | | 11:00 | 8:05 |
| Wrights St/Maroondah Hwy (Yarck) | | 11:10 | 8:15 |
| Euroa-Mansfield Rd/Maroondah Hwy (Merton) | | 11:20 | 8:25 |
| Woolshed Rd/Maroondah Hwy (Woodfield) | | 11:25 | 8:30 |
| Phillip St/Bon Cres (Bonnie Doon) | | 11:30 | 8:35 |
| Opposite CFA/Maroondah Hwy (Maindample) | | 11:35 | 8:40 |
| MMBL Depot/High St (Mansfield) | ARR | D11:50 | D8:55 |

### Sunday

| Wheelchair Accessible Services | | Coach |
|---|---|---|
| Vehicle Type | | |
| Facilities | | R |
| **Morning (am) / Afternoon (pm)** | | pm |
| Southern Cross Coach Terminal/Spencer St (Melbourne City) | DEP | 1:00 |
| Watts St/Whitehorse Rd (Box Hill) | | U1:35 |
| Walker Park/Whitehorse Rd (Nunawading) | | U1:40 |
| Eastland SC/Warrandyte Rd (Ringwood) | | U1:50 |
| Exeter Rd/Maroondah Hwy (Croydon North) | | U2:00 |
| Lilydale Station/Maroondah Hwy (Lilydale) | | U2:15 |
| Herbert St/Melba Hwy (Yarra Glen) | | U2:30 |
| Roadhouse/Melba Hwy (Glenburn) | | 2:50 |
| east of Pechell St/High St (Yea) | | 3:10 |
| General Store/Goulburn Valley Hwy (Molesworth) | | 3:20 |
| Wrights St/Maroondah Hwy (Yarck) | | 3:25 |
| Euroa-Mansfield Rd/Maroondah Hwy (Merton) | | 3:35 |
| Woolshed Rd/Maroondah Hwy (Woodfield) | | 3:40 |
| Phillip St/Bon Cres (Bonnie Doon) | | 3:45 |
| Opposite CFA/Maroondah Hwy (Maindample) | | 3:50 |
| MMBL Depot/High St (Mansfield) | ARR | D4:05 |

### Service Information

R = ** RESERVATIONS REQUIRED **    D = Drops off passengers only    U = Picks up passengers only    **Coach** = Coach    = Wheelchair Accessible Coach

### Customer Information

For more information or to give feedback visit **ptv.vic.gov.au** or call **1800 800 007**

**Coach**  Coach

All times are subject to alteration without notice.

*Exhibit 3*

October 24, 2023

pelago  by SINGAPORE AIRLINES

Search for destinations or activities          AUD     English     Support     Log in     Sign up

Home › Australia › Melbourne Things To Do › Airport Transfer › SkyBus Melbourne Tullamarine Airport (MEL) Express Transfer Ticket

# SkyBus Melbourne Tullamarine Airport (MEL) Express Transfer Ticket

No cancellation     Instant confirmation

★ 4.5  337 reviews



1/6

BEST PRICE GUARANTEED ⓘ

From
## AUD 22
or use 2,289 KrisFlyer miles

**Book now**

⤴ Share       ♡ Save



**Enjoy 10% off\* on your first booking with PELAGOWELCOME10**

*\*T&Cs apply*

COPY CODE ⧉

## Next available dates

| Wed 25 Oct | Thu 26 Oct | Fri 27 Oct | Sat 28 Oct | Sun 29 Oct | Mon 30 Oct | Tue 31 Oct | 📅 |

Available options

🏅 Bestseller

**Tullamarine Airport to Melbourne City - Return**

From
AUD 36

📅 Next availability: Today, 24 Oct

**Check availability**

**Melbourne City to Tullamarine Airport - One Way**

From
AUD 22

📅 Next availability: Today, 24 Oct

**Check availability**

**Melbourne City to Tullamarine Airport - Return**

From
AUD 36

📅 Next availability: Today, 24 Oct

**Check availability**

**Tullamarine Airport to Melbourne City - One Way**

From
AUD 22

📅 Next availability: Today, 24 Oct

**Check availability**

## Highlights

SkyBus is famous for fast, frequent and affordable travel to and from the airport – and it's easy! Jump off your flight and onto one of SkyBus' iconic red buses - and you'll be on your way to the heart of the city. With frequent departures, a bus is never far away. There's no need to reserve a travel time and no excess luggage fees.

Read more

      

View all



**What's included**

**INCLUDED**

- ✓ One SkyBus express service to/from the Southern Cross Station and Melbourne Tullamarine Airport
- ✓ Toll fees
- ✓ WiFi on board
- ✓ Tickets are valid for 3 months from date of purchase

**Customer reviews**

⭐ **4.5** 337 reviews     ✓ Reviews by customers who tried Pelago's activities

⭐⭐⭐⭐⭐
Easy to book, confusing at the airport to begin with but managed.

Amanda · Solo Traveller
4 days ago

⭐⭐⭐⭐⭐
Easy to redeem by scanning the qr code with the staff manning the line. We found it didn't seem to matter in
Read more

PF · Couples
7 days ago

⭐⭐⭐⭐⭐
It was great

Wing Chi · Solo Traveller
5 days ago

⭐⭐⭐⭐⭐
Reliable , friendly and punctual. Thank you for the great service

Jose · Solo Traveller
19 days ago

See all reviews



**Enjoy 3x KrisFlyer miles today**
Earn an upsized rate of **3 miles per S$1** spend at Pelago. Learn more

KRISFLYER

**Additional information**

Operating hours                                    ⌄

Good to know                                       ⌃

- Frequency: Every 10-15 minutes
- Duration: Approximately 30-45 minutes
- The average trip time takes approximately 30 minutes. During peak times (approximately 6:00AM - 10:00AM and 3:00PM -7:00PM), please allow around 45 minutes of travel time.

Booking confirmation                               ⌄

Refund/cancellation policy                         ⌄

Advanced booking                                   ⌄

Redemption notes                                   ⌄

Ticket validity                                    ⌄

**Location**

**Address**
Melbourne Airport - Kerbside at Terminals 1, 3 & 4

**Directional Tips**
- Melbourne Tullamarine Airport: T1 (pick up and drop off), T3 (pick up and drop off), and T4 (pick up only)
- Southern Cross Station: Pick up from Bay 75 and drop off at Bay 51





## Why book with Pelago?

 **Best price guaranteed**
See it cheaper elsewhere? Let us know and we'll refund the difference. Learn more

 **Earn KrisFlyer rewards**
Earn miles for every booking and use miles to redeem your purchases. Learn more

 **Service that soars**
Verified reviews, secure payments, and high-quality standards. A **Singapore Airlines** company.

 **Connect to culture**
Discover top-rated activities – from tours to hidden gems and everything in between.



## You might also like

 



Puffing Billy Railway Steam Train Tickets



Melbourne Skydeck Admission Tickets



Melbourne Zoo Tickets
Available tomorrow



Sea Life Aquarium Melbourne
Available tomorrow



*Exhibit 4*

https://www.ihg.com/holidayinn/hotels/us/en/find-hotels/select-roomrate?fromRedirect=true&qSrt=sBR&qBrs=6c.hi.ex.rs.ic.cp.in.sb.cw.cv.ul.vn.ki.nd.ct&qAlt=1&qChld=0&qCpid=2&qCpMy=1120242&qCoU=27&qCzMy=1120242&qCoY=11120242&qCpNc=1120242   October 24, 2023
AAR=6CBARC&qRtP=6CBARC&setPMCookies=true&qSHbrC=HI&qDest=10%20-%2014%20Centre%20Road,%20Melbourne%20VIC,%20AU&qpMn=0&srb_u=1&qRml=r
📞 1 888 HOLIDAY (1 888 465 4329)   NEED HELP?   TRAVEL ADVISORY       🇺🇸 ENGLISH ▾   SIGN IN / JOIN   IHG ONE REWARDS

**Holiday Inn**
AN IHG HOTEL

Explore    Our Brand    Offers    Groups & Events    IHG® One Rewards

← Select a Different Hotel          💬 Need Help? Ask our virtual assistant    Best Price Guarantee  IHG

10 - 14 Centre Road, Melbourne, VIC, AU  |  02/26/2024 - 02/27/2024  |  1 Guest  |  1 Room          Change Search ▾

🏨 Holiday Inn: Melbourne Airport

## Select your room

Bed type    ♿    Amenities    AUD ▾    Packages          Cash  Points + Cash  Points

6 rooms found



### 1 Queen Standard Room
👤 2    🛏 24 sqmt
Room Details

Free cancellation available

MEMBER DISCOUNT
From 247
**240**
AUD per night
Includes taxes and fees

View Prices ▾



### 2 Double Standard Room
👤 4    🛏 30 sqmt
Room Details

Free cancellation available

MEMBER DISCOUNT
From 247
**240**
AUD per night
Includes taxes and fees

View Prices ▾



### Standard Room
👤 2    🛏
Room Details

Free cancellation available

MEMBER DISCOUNT
From 247
**240**
AUD per night
Includes taxes and fees

View Prices ▾



### 1 King Premium Room
👤 2    🛏 30 sqmt
Room Details

Free cancellation available

MEMBER DISCOUNT
From 272
**264**
AUD per night
Includes taxes and fees

View Prices ▾



### Premium Room
👤 2    🛏
Room Details

Free cancellation available

MEMBER DISCOUNT
From 272
**264**
AUD per night
Includes taxes and fees

View Prices ▾



### 1 King Suite High Floor
👤 2    🛏 59 sqmt
Room Details

Free cancellation available

MEMBER DISCOUNT
⚡ Only 1 room left
From 297
**288**
AUD per night
Includes taxes and fees

View Prices ▾

Rates reflect average nightly rate for one room.

More information ▾

Back to Top



# A travel card with no annual fee

Earn a $150 Statement Credit and 50K bonus points with our IHG One Rewards Traveler Credit Card.

**LEARN MORE**



Feedback

Feedback

**Social Media**

  

**Company**

About IHG

IHG Careers

IHG Global Brands

Hotel Development

Need Help?

Explore Hotels

Email Management

Terms of Use

AdChoices

Privacy and Cookie Center

Do Not Sell or Share My Personal Information

 Best Price Guarantee
*when you book with us*

Book online or call:
**1 888 HOLIDAY (1 888 465 4329)**



**Download the IHG One Rewards app**
Learn more about fast booking and Rewards on the go

© 2023 IHG. All rights reserved. Most hotels are independently owned and operated.

*Exhibit 5*



**THE HILLTOP INN BY RIVERSAGE**

1116 N. 28th St., Billings, Montana, United States
Tel: 406-245-5000, Email: htinfo@riversageinns.com

📍 THE HILLTOP INN BY RIVERSAGE

**AVAILABLE ROOMS** 🔍 Change search  ✏️ Modify/Cancel

Feb 26, 2024 → Mar 2, 2024

5 🌙 | 1 👤

---

**DELUXE REGULAR ROOM** ⌄

3 👤 + 2 🛏 | ✅ PETS | ✅ WIFI | ✅ A/C



RESERVE | FEB 26 - MAR 02 | 5 🌙 | **$108.90** USD/NIGHT (excl tax) ℹ️

— Website Rate ⌄

---

**BUSINESS KING ROOM** ⌄

3 👤 + 1 🛏 | ✅ PETS | ✅ WIFI | ✅ A/C



RESERVE | FEB 26 - MAR 02 | 5 🌙 | **$106.20** USD/NIGHT (excl tax) ℹ️

— Website Rate ⌄



| Item | Price |
| --- | --- |
| Room Feb 26, 2024 | $101.70 |
| Room Feb 27, 2024 | $101.70 |
| Room Feb 28, 2024 | $101.70 |
| Room Feb 29, 2024 | $101.70 |
| Room Mar 01, 2024 | $137.70 |
| State Tax | 43.58 |
| TBID | 10.00 |
| **TOTAL** | **598.08** |

/NIGHT (excl tax)

Cancel

**DELUXE REGULAR ROOM**

3 👤 + 2 🛏   ✓ PETS   ✓ WIFI

**BUSINESS KING ROOM** ⌄

3 👤 + 1 🛏   ✓ PETS   ✓ WIFI   ✓ A/C



RESERVE   FEB 26 - MAR 02   5 🌙   **$106.20** USD/NIGHT (excl tax) ℹ

— Website Rate ⌄

Powered by WebRezPro