IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIERY OF PENNSYLVANIA, INC.<br><br>Defendants. | CV 20-52-BLG-SPW<br><br>ORDER |

Before the Court is Plaintiffs Tracy Caekaert and Camillia Mapley's Motion for Leave to File Motion for Reconsideration. (Doc. 272). Plaintiffs indicated that Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") opposes the motion, but WTNY did not file a response. (*Id.*).

"[F]ailure to file a response brief may be deemed an admission that the motion is well taken." D. Mont. L.R. 7.1(d)(1)(B)(ii). As such, the Court grants Plaintiffs' motion.

IT IS SO ORDERED that Plaintiffs Tracy Caekaert and Camillia Mapley's Motion for Leave to File Motion for Reconsideration (Doc. 272) is GRANTED.

1

DATED the 27th day of October, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE