*Exhibit B*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| JARED GRAFMYER,<br><br>Plaintiff,<br><br>v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and LANCASTER CONGREGATION OF JEHOVAH'S WITNESSES,<br><br>Defendants. | No. 06C15281<br><br>**DECLARATION OF MERTON V. CAMPBELL** |

I, Merton V. Campbell, testify as follows:

1. I am over 18 years of age, of sound mind, and am competent to make this Declaration. I have personal knowledge of the matters contained herein, and they are all true and correct.

2. I have served as an Elder in the Jehovah's Witnesses Church since 1972.

3. Since 1952, I have served in the Service Department at the U.S. Branch Office of Jehovah's Witnesses in New York. I provide spiritual assistance to congregation Elders who call or write the Service Department for help. Prior to March 2001, the spiritual assistance provided by the Service Department, along with the appointment of Elders, was

Page 1— DECLARATION OF MERTON V. CAMPBELL

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

communicated to congregations of Jehovah's Witnesses through the Watchtower Bible and Tract Society of New York, Inc. Since March 2001, this has been communicated through the Christian Congregation of Jehovah's Witnesses.

4. My duties in the Service Department also include monitoring the functioning, organization, and staffing of congregations of Jehovah's Witnesses, including reviewing the qualifications for the appointment of Elders to congregations of Jehovah's Witnesses in the United States.

5. Jehovah's Witnesses are not automatically appointed to serve as congregation Elders. Rather, they must first meet certain qualifications that are outlined in the Bible as follows: Before a male member of the congregation can be considered for appointment as a congregation Elder, he must first be baptized as one of Jehovah's Witnesses. Next, the individual must gain further knowledge of the Holy Scriptures and show a willingness to be used in a further way to assist others in the congregation. If he shows such a willingness, he must then meet Scriptural qualifications set out in 1 Timothy 3:8-13. Thereafter, he may qualify and be appointed as a ministerial servant. Although a ministerial servant would not provide spiritual supervision in the congregation, he could be assigned certain tasks to assist the congregation Elders as they carry out their duties. After a period of time—perhaps many years—a ministerial servant who has faithfully carried out his assignments and has gained more experience may meet the qualifications of a congregation Elder as outlined in 1 Timothy 3:1-7 and Titus 1:6-9. When this occurs, the congregation Elders will make this recommendation to the circuit overseer (a representative of the Branch Office). If the circuit overseer agrees with the recommendation, it will then be forwarded to the Branch Office's Service Department. Approved Elders in the Service Department will then review the recommendation in accord with the guidelines outlined in the Holy Scriptures adopted by the Governing Body of Jehovah's Witnesses. The Branch office will then inform the local congregation's body of Elders, in writing, of their determination with regards to the

Page 2– DECLARATION OF MERTON V. CAMPBELL

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

1 recommendation.

2     6. If an individual is appointed to serve as a congregation Elder, the letter of appointment from the Branch Office is read to the congregation. It is as this time that he is officially vested with ministerial authority. In other words, he is appointed as a congregation Elder.

    7. Jehovah's Witnesses who serve as appointed Elders are recognized as ordained ministers and congregation Elders.

    8. Like Jesus and his apostles, congregation Elders do not receive a salary for their ministerial work. Nonetheless, as ordained ministers and congregation Elders, they are responsible for providing spiritual supervision to the congregations, which includes hearing confessions and other confidential communications made to them by members of the congregation who are seeking religious or spiritual advice or comfort.

    9. Congregation Elders are authorized to hear confessions and other private, confidential communications and to provide confidential spiritual guidance and counsel by virtue of the Holy Scriptures and the Governing Body of Jehovah's Witnesses.

    10. According to the religious beliefs and practices of Jehovah's Witnesses, congregation Elders are expected to keep confession and other confidential communications confidential. An Elder who reveals such a confession or communication, without the express permission of the one making the confession or communication, may be disqualified from serving as an Elder.

    11. All Elders of the Lancaster congregation are now, and were at all times relevant to this case, ordained ministers and the spiritual leaders of those congregations.

    12. As with all congregations of Jehovah's Witnesses, the Lancaster Elders frequently provide spiritual counsel and advice to members of the congregation concerning highly confidential personal and spiritual matters

    13. In addition, at all times relevant to this case, the Lancaster Elders occasionally

Page 3– DECLARATION OF MERTON V. CAMPBELL

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

1  communicated with Elders serving in the Branch Office's Service Department in order to
2  receive spiritual guidance and advice as to how to apply the religious doctrine and
3  procedures of Jehovah's Witnesses to issues concerning the congregation and its members,
4  as well as Elders serving as circuit or district overseers. As discussed more fully below, the
5  religious beliefs of these Elders also require that any confidential communications that they
6  have with congregation Elders must be kept strictly confidential. The spiritual guidance and
7  advice given by the Elders serving in the Service Department is based on Jehovah's
8  Witnesses' understanding of the Bible.

9      14.    The elders of congregations of Jehovah's Witnesses are also responsible for
10  conducting what are referred to as "judicial investigations" when a member of a
11  congregation is accused of serious Scriptural wrongdoing.

12      15.    The goal of a judicial investigation is to make certain that the Christian
13  congregation remains spiritually and morally clean. (James 1:26) In doing so, the Elders
14  endeavor to provide vital assistance to those who may have erred, with the hope of assisting
15  them to regain their spirituality and relationship with God. (Galatians 6:1, 2) At times, a
16  judicial committee will determine that an accused person should be disciplined internally
17  based on Jehovah's Witnesses' understanding of the Bible.

18      16.    Judicial discipline administered by Elders of Jehovah's Witnesses is based
19  solely on Jehovah's Witnesses' understanding of the Bible as applied to the facts of the
20  matter.

21      17.    Jehovah's Witnesses recognize the Bible's admonition to confess one's sins to
22  God. (1 John 1:8, 9 ("If we confess our sins, he is faithful and righteous so as to forgive us
23  our sins and to cleanse us from all unrighteousness.").)

24      18.    In addition, Jehovah's Witnesses believe that there can be much benefit from
25  speaking to the congregation Elders ("older men") regarding such confidential matters.
26  (James 5:13-16 ("Is there anyone suffering evil among YOU? Let him carry on prayer. Is

Page 4— DECLARATION OF MERTON V. CAMPBELL

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

there anyone in good spirits? Let him sing psalms. Is there anyone sick among YOU? Let him call the older men of the congregation to [him], and let them pray over him, greasing [him] with oil in the name of Jehovah. And the prayer of faith will make the indisposed one well, and Jehovah will raise him up. Also, if he has committed sins, it will be forgiven him. Therefore openly confess YOUR sins to one another and pray for one another, that YOU may get healed.").) Jehovah's Witnesses view confessions as confidential communications. (Proverbs 25:9.)

19. Jehovah's Witnesses do not believe that the confidentiality of communications they may have with the congregation Elders is limited to confessions. Rather, as outlined in James 5:13-16, Jehovah's Witnesses are encouraged to seek the spiritual assistance of the elders in a variety of life situations. Jehovah's Witnesses view all such discussions as confidential communications.

20. Elders do not allow extraneous third parties to be a party to a confidential communication. However, at times, more than one Elder may be a party to the conversation. For instance, it is Jehovah's Witnesses' religious belief and practice to have at least three Elders present during judicial committee hearings. (Deuteronomy 17:6; Deuteronomy 19:15; Matthew 18:15-17; 2 Corinthians 13:1; 1 Timothy 5:19) Before one becomes one of Jehovah's Witnesses, he is made aware of this provision. *Your Word Is a Lamp To My Foot*, pages 176-79; *Organization for Kingdom-Preaching and Disciple-Making*, pages 159-65; *Organized to Accomplish Our Ministry*, pages 145-47; *Organized To Do Jehovah's Will*, pages 151-2. In addition, there may be instances where a husband and wife, or a parent and child, may together seek or would be provided with spiritual advice or consolation from the Elders. All participants to these conversations also view these conversations as confidential.

21. In addition, the religious doctrine of Jehovah's Witnesses requires that all Elders keep these matters confidential. *The Watchtower*, April 1, 1971, pages 222-224; *Kingdom Ministry*, July 1975; *The Watchtower*, December 15, 1975, pages 764-66; *The*

Page 5— DECLARATION OF MERTON V. CAMPBELL

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

1 *Watchtower*, September 1, 1983, pages 21-26; *The Watchtower*, September 15, 1989, pages
2 10-15; *The Watchtower*, September 1, 1991, pages 22-27; *The Watchtower*, November 15,
3 1991, pages 19-23. Indeed, an Elder who reveals the contents of a confidential
4 communication may be subject to removal.
5     I hereby declare that the above statement is true to the best of my knowledge and
6 belief, and that I understand it is made for use as evidence in court and is subject to penalty
7 for perjury.
8 DATED: *October 23*, 2006.
9
10 By *Merton V. Campbell*
    Merton V. Campbell

Page 6— DECLARATION OF MERTON V. CAMPBELL

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915