*Exhibit C*

```
 1
 2  SUPERIOR COURT OF THE STATE OF CALIFORNIA
 3  COUNTY OF SAN DIEGO
 4  - - - - - - - - - - - - - - - - x
 5  JOSE LOPEZ, individually
 6            Plaintiff,
 7                                Index No.
                                  37-2012-00099849-
 8                                CU-PO-CTL
 9        -v-
10  DEFENDANT DOE 1, Linda Vista Church
    DEFENDANT DOE 2, Supervisory
11  Organization; DEFENDANT DOE 3,
    Perpetrator; and Does 4 through 100,
12  inclusive,
              Defendants.
13    - - - - - - - - - - - - - - - x
14
15              VOLUME I
                DEPOSITION OF
16
                RICHARD ASHE
17
                BROOKLYN, NEW YORK
18
                MARCH 31, 2014
19              CORRECTED TRANSCRIPT
20
21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com
23
    REPORTED BY: LA VERNE HAIRSTON
24  FILE# A803782
25
```

1

CAEKAERT/MAPLEY 003642

1                       R. ASHE
2    Department a need or an issue that it wants
3    the Service Department to address and
4    communicate to the bodies of elders of the
5    congregations of the United States for
6    example?
7              MR. COPLEY:  Objection, vague,
8         compound.  Go ahead.
9        A.   Within my knowledge, I do not know
10   that that has happened.  The Service
11   Department recognizes needs that develop or
12   exist within the United States field.  So we
13   identify those things.
14       Q.   And before a body of elder letter is
15   issued, is the content of that letter, does
16   that have to be approved by the governing
17   body before it is distributed?
18       A.   No, it does not.
19       Q.   Does the governing body have any
20   involvement in the information guidelines or
21   instructions that are contained in the body
22   of elder letters?
23       A.   It depends on what the letter is.
24       Q.   So there might be a circumstance
25   where the content of that letter, the

CAEKAERT/MAPLEY 003676

```
 1                    R. ASHE
 2  guidelines, recommendations or instructions
 3  might be of a matter that the governing body
 4  would want to have some input on; is that
 5  correct?
 6       A.  If it is a matter of policy, the
 7  governing body would approve it.  Although
 8  they would not likely generate it.
 9       Q.  So if it is a matter of policy, then
10  the governing body will approve it or must
11  approve it?
12       A.  Yes.
13       Q.  Up until 2001, at least in terms of
14  bodies of elders letters that have been
15  distributed to congregations within the
16  United States to bodies of elders of
17  congregations in the United States, they seem
18  to come on the letterhead of the Watchtower
19  Bible and Tract Society of New York; is that
20  correct?
21       A.  That's correct, up until 2001.
22       Q.  And since 2001, they now appear on
23  the letterhead of the Christian Congregation
24  of Jehovah Witnesses, correct?
25       A.  That is correct.
```

CAEKAERT/MAPLEY 003677