*Exhibit E*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

```
TRACY CAEKAERT, and
CAMILLIA Mapely,

     Plaintiffs,
vs.                                Case No. CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., and WATCH TOWER BIBLE
AND TRACT SOCIETY OF
PENNSYLVANIA.

     Defendants,
_____)
```

Expert Videotaped Deposition

In Person/Zoom Videoconference

Bradley Lovett

August 11, 2023

Reported By: Gidgette Nieves, CSR No. 10142
WORDS COURT REPORTING SERVICES, INC.
(844) 289-WORD(9673)
www.WordsCourtReporting.com

| | | |
|---|---|---|
| 10:28:06 | 1 | 1971 in Hardin. Tell me how you learn to do your |
| 10:28:10 | 2 | job as an elder? |
| 10:28:14 | 3 | A From what we see in the publications. |
| 10:28:21 | 4 | Q Let's talk about that for a second. Which |
| 10:28:25 | 5 | publications are we talking about? |
| 10:28:28 | 6 | A Actually anything pertinent, I guess. |
| 10:28:33 | 7 | Q Kingdom ministry school coursebook? |
| 10:28:36 | 8 | A That could be, Uh-huh, yes. |
| 10:28:39 | 9 | Q Okay. And would that be a book that would |
| 10:28:41 | 10 | be at a, like an elder training convention? |
| 10:28:47 | 11 | A Yeah. |
| 10:28:47 | 12 | Q Okay. And who would put on those |
| 10:28:49 | 13 | conventions, those elder training conventions? |
| 10:28:53 | 14 | A The -- we say the branch though we didn't |
| 10:28:55 | 15 | -- the -- yeah, Watch Tower put them on through the |
| 10:29:00 | 16 | branch arrangement. |
| 10:29:02 | 17 | Q In your mind during this period of time |
| 10:29:04 | 18 | was there a difference between the branch and the |
| 10:29:07 | 19 | Watch Tower? |
| 10:29:08 | 20 | A Well in my own mind I just -- we just |
| 10:29:11 | 21 | refer to it in general. We always just -- if they |
| 10:29:14 | 22 | say the Society or whatever. |
| 10:29:17 | 23 | Q They'd say the Society? |
| 10:29:19 | 24 | A Well, we would amongst ourselves. No, |
| 10:29:22 | 25 | they've -- they've approved this recommendation or |

```
10:33:43   1   '80s, elders would be trained on how to do their job
10:33:47   2   and what the expectations were from the Watch Tower
10:33:50   3   Society by going through the Kingdom Ministry course
10:33:54   4   publication at a -- at a convention or a training;
10:33:57   5   is that right?
10:33:58   6        A    We had those schools.
10:34:00   7        Q    Okay.
10:34:00   8        A    And I'm just saying it from my own
10:34:03   9   standpoint in our last meeting.
10:34:04  10             VIDEOGRAPHER:  Let's -- let's look at
10:34:05  11   Document Number 4.  This gentleman will help you.
10:34:18  12   Thank you, sir.
10:34:36  13             MR. SHAFFER:  All right. Exhibit 4 is the
10:34:37  14   Kingdom school MINISTRY course.
10:34:42  15             (Exhibit 4 marked for identification.)
10:34:42  16             MR. MCCABE:  It's actually called the
10:34:44  17   "Kingdom Ministry School Course."
10:34:47  18   BY MR. SHAFFER:
10:34:47  19        Q    Kingdom Ministry School.  "Compiled and
10:34:50  20   published by the Watch Tower Bible and Tract Society
10:34:53  21   of Pennsylvania, 1972."
10:35:02  22             Have you seen -- no this is just a copy of
10:35:05  23   it.  Have you seen this publication in book form
10:35:12  24   before?
10:35:14  25        A    I -- I don't recall.  They -- there used
```

```
10:35:18   1  to be a book I believe that was, you know, bound and
10:35:24   2  that they used in these courses.
10:35:29   3       Q    Okay.
10:35:29   4       A    And it was -- it was abridge at this time
10:35:32   5  went on and even the materials were done.  They
10:35:34   6  would -- not everybody went to the same school,
10:35:40   7  taught the same thing.  They --
10:35:46   8       Q    Let's flip to the next page.  Thank you,
10:35:54   9  sir.
10:35:55  10            All right. The first few words here "The
10:35:57  11  Kingdom Ministry School course has been arranged by
10:35:59  12  the Watch Tower Bible and Tract Society to help
10:36:04  13  overseers become equipped to shepherd the flock of
10:36:07  14  God.  The school was dedicated to Jehovah God and
10:36:12  15  the advancement of Kingdom interest."  What does
10:36:15  16  that mean to you?
10:36:15  17       A    Better do a job.  Is that what you mean?
10:36:19  18       Q    Okay.  And when it says "Watch Tower Bible
10:36:21  19  and Tract Society" in that first paragraph, what
10:36:24  20  does that mean to you?  Does that mean a particular
10:36:26  21  corporation or is just a society like we've talked
10:36:30  22  about?
10:36:31  23       A    Just a society in general and most all of
10:36:33  24  it.
10:36:34  25       Q    Is it fair to say that elders are expected
```

```
10:36:37   1  to kind of know what's in this document, the Kingdom
10:36:41   2  Ministry School course?
10:36:43   3       A    Well, as many as -- as they will attend
10:36:48   4  it.  But like I say, they're usually in a
10:36:53   5  different -- a different times and they may have
10:36:56   6  added material or subtracted material depending on
10:37:00   7  the circumstance.  I'd say generally that's --
10:37:05   8  that's true.
10:37:06   9       Q    It's true in general that elders are
10:37:08  10  expected to know the material in this document; is
10:37:10  11  that fair?
10:37:11  12       A    Yeah, they are instructed about it.
10:37:16  13       Q    Who are the instructors at a Kingdom
10:37:19  14  Ministry school course?
10:37:22  15       A    Generally it's local circuit overseer,
10:37:26  16  generally at that time.
10:37:28  17       Q    Okay.  And who decides what materials
10:37:30  18  comes to the course?
10:37:33  19       A    The branch -- it's -- it's -- it's
10:37:36  20  printed, you know, they make that decision.  And
10:37:39  21  then how it's taught we might have a lot of
10:37:45  22  discretion as to what we would do if we were
10:37:50  23  teaching something like that.  How you present it.
10:37:54  24       Q    Okay.  I think what you're saying is the
10:37:56  25  branch would provide the circuit overseer the
```

```
10:37:58   1  material, and then the circuit overseer would have
10:38:02   2  discretion how to teach that material at the -- at
10:38:07   3  the school?
10:38:07   4       A    Yeah, yes.
10:38:08   5       Q    Is that how it was in the 1970s, 1980s?
10:38:13   6       A    As best I can remember, yes.
10:38:36   7       Q    Do you remember any other documents beside
10:38:39   8  the Kingdom Ministry School course that you would
10:38:42   9  have as a circuit overseer at a -- at an overseer
10:38:49  10  training?
10:38:50  11       A    Sometimes there might be letters that have
10:38:52  12  come directly and if it's making a correction or
10:38:56  13  something, and they might get that, that's about all
10:39:00  14  I can think of.
10:39:02  15       Q    And are you speaking about this kind of
10:39:04  16  your personal experience as a circuit overseer at
10:39:08  17  this courses?
10:39:09  18       A    Uh-huh, yes.
10:39:16  19       Q    Okay.  I want to see if we're done with
10:39:19  20  Document 2.  Give me a second.  I'm going to look at
10:39:22  21  Document 2 and see if we're done with it.
10:40:05  22            Are you familiar with the books that are
10:40:07  23  entitled "To Pay Attention to Yourselves and All The
10:40:10  24  Flock"?
10:40:10  25       A    Yes.
```

```
10:59:00   1   for how to perform their duties in a congregation?
10:59:03   2       A    I think that this dealt with -- with that
10:59:08   3   subject and -- and what the scripture say about
10:59:22   4   it.
10:59:27   5            MR. SHAFFER:  Okay.  The next document is
10:59:28   6   Document 12.  We'll mark that as well.
10:59:43   7            (Exhibit Document 12 marked for
10:59:43   8            identification.)
10:59:43   9   BY MR. SHAFFER:
10:59:43  10       Q    This is the October -- this is the October
10:59:47  11   1st, 1983, version of the Watch Tower.  We go to the
10:59:52  12   second page.  This one says it's published by the
10:59:55  13   Watch Tower Bible and Tract Society of Pennsylvania,
11:00:01  14   25 Columbia Heights, Brooklyn.  Is that an address
11:00:05  15   that's familiar with you, Mr. Lovett, 25 Columbia
11:00:09  16   Heights, Brooklyn, New York?
11:00:11  17       A    Yes.
11:00:12  18       Q    Is that where a circuit over either you
11:00:14  19   sent reports and things like that?
11:00:16  20       A    Yes.
11:00:18  21       Q    Okay.  Let's go back to your time as an
11:00:51  22   elder.  Let's go back to the first.  You were an
11:00:54  23   elder before you were a circuit overseer.  If you
11:00:58  24   read something either in the Kingdom Ministry School
11:01:02  25   Coursebook or the pay attention to the your -- to
```

```
11:01:05   1  the flock book, and you had a question about it.
11:01:08   2  What it meant, how to apply it, how to instruct it,
11:01:11   3  what would you do?  Who would you call?
11:01:15   4       A     Well, they would generally have you put it
11:01:17   5  in writing.  But --
11:01:19   6       Q     You say they?
11:01:21   7       A     I would call the -- what we call the
11:01:25   8  branch now.  But who was handling the work in the
11:01:32   9  United States.
11:01:33  10       Q     Okay.  So either write to the branch or
11:01:35  11  call somebody at the branch with a question?
11:01:38  12       A     Uh-huh.
11:01:38  13       Q     That was a yes?
11:01:40  14       A     Yes.
11:01:46  15       Q     And did you understand -- let's again go
11:01:48  16  back to your first period of time as an elder.  Did
11:01:53  17  you understand that you could be removed from your
11:01:57  18  position?
11:01:58  19       A     Yes.
11:01:58  20       Q     Did you ever see that happen?  Did you
11:02:00  21  ever see an elder removed?
11:02:02  22       A     Yes.
11:02:03  23       Q     And what was the reason that you saw
11:02:05  24  elders removed from their positions?
11:02:08  25       A     Just a whole variety of -- of reasons.
```

```
11:48:09   1        Q    Okay.  Reporting.  As a circuit overseer,
11:48:14   2   You'd send reports to the branch office, right?
11:48:22   3        A    Yes.
11:48:23   4        Q    You've got -- you've got your reports from
11:48:25   5   your visit with the congregation.  That's one kind
11:48:28   6   of report; is that right?
11:48:29   7        A    Yes.
11:48:31   8        Q    So you visit with the congregation.  You'd
11:48:33   9   fill out the form, I can't remember, it's an "S"
11:48:37  10   something.  But You fill that out and send it to the
11:48:39  11   branch?
11:48:39  12        A    Yes.
11:48:40  13        Q    And then you've got an S301.  Does that
11:48:43  14   ring a bell?
11:48:44  15        A    That's a congregation -- report on the
11:48:48  16   congregation.  What's needed or what's -- what's
11:48:51  17   being done well.
11:48:53  18        Q    Yeah.  I think that's an S303.  The S301
11:48:59  19   was a monthly report.  Did you submit monthly
11:49:03  20   reports to the branch office just on your work in
11:49:06  21   general as a circuit overseer?
11:49:08  22        A    I don't recall ever doing that.
11:49:11  23        Q    Okay.  Did you ever make recommendations
11:49:18  24   to the branch office for other people to service
11:49:21  25   circuit overseers?
```

```
13:40:50  1   told you that these two members of the Hardin
13:40:54  2   congregation admitted to sexually abusing girls?
13:41:00  3   How did you learn about?
13:41:01  4        A    Just -- somebody just talking about it
13:41:03  5   among other things.
13:41:05  6        Q    Okay.  And it -- but they never -- I
13:41:06  7   never -- we never had a report of anything about any
13:41:12  8   of this when we were there and even for years
13:41:16  9   afterwards?
13:41:35 10             Go to Tab 14 in your book.  This is marked
13:41:36 11   as Exhibit 14.
13:41:37 12        Q    It's got a date of March 14 through 19,
13:41:43 13   1978.  Do you see that?
13:41:44 14        A    Uh-huh, Uh-huh.
13:41:45 15        Q    It's titled "Report on Circuit Overseers
13:41:49 16   visit with Congregation."
13:41:51 17        A    Uh-huh.
13:41:52 18        Q    Is this sort of a report you submit as a
13:41:57 19   circuit overseer after visiting a congregation?
13:41:59 20        A    Uh-huh.
13:41:59 21        Q    Is that a yes?
13:41:59 22             MR. MCKAY:  Say the word yes or no. You
13:42:00 23        nod your head --
13:42:01 24             THE WITNESS:  I keep nodding my head, I'm
13:42:04 25   sorry.
```

```
13:42:05  1               Yes, that's the -- that's the report.
13:42:06  2    BY MR. SHAFFER:
13:42:06  3        Q    Let's try to be careful to not to speak
13:42:08  4    over each other.  As the day gets later, it gets
13:42:12  5    easier to do.
13:42:14  6        A    Uh-huh.
13:42:14  7        Q    All right.  So the first page here March
13:42:18  8    14 to the 19th, 1978.  Would that be the date of
13:42:21  9    your visit in that congregation?
13:42:27 10        A    Yes.
13:42:28 11        Q    It says "Hardin congregation."  It's got
13:42:32 12    the presiding overseer as Martin Svenson.  You see
13:42:35 13    that?
13:42:35 14        A    Yes.
13:42:36 15        Q    You're the circuit overseer; is that
13:42:38 16    correct?
13:42:39 17        A    Yes.
13:42:48 18        Q    All right. Section number one there.  What
13:42:50 19    is that talking about, where it says public meeting?
13:42:54 20    Is that -- tell me what that is.
13:42:56 21        A    Attendance.  Average attendance.
13:42:59 22        Q    Average attendance?
13:43:01 23        A    Uh-huh.
13:43:01 24        Q    So this is information you're getting from
13:43:02 25    the congregation and you're sending this back to the
```

```
13:43:06   1  branch office, correct?
13:43:10   2       A    Yes.
13:43:11   3       Q    Okay.  And this information you're getting
13:43:12   4  about average attendance, that's being kept by the
13:43:15   5  congregation itself, is that right?
13:43:17   6       A    Yes.  They have attendance cards and they
13:43:20   7  just write it down every week.
13:43:22   8       Q    And that's information the branch office
13:43:25   9  wants to know about the congregation.  Is that fair
13:43:26  10  to say?
13:43:28  11       A    Yeah.
13:43:43  12       Q    Number three there.  Since last visit.
13:43:46  13  How many were just fellowship, that's not filled
13:43:49  14  out.  I assume that's just zero?
13:43:52  15       A    Yes.
13:43:53  16       Q    How many were disassociated -- how many
13:43:54  17  disassociated themselves, that's zero.  How many
13:43:57  18  were reproved.  In some way they're put on
13:44:00  19  restriction by the judicial committee, that's zero.
13:44:03  20  It's not filled out there.  Does that mean that's
13:44:07  21  zero?
13:44:08  22       A    Evidently, yes.
13:44:09  23       Q    Okay.  Let's go to the second page.
13:44:17  24  Section seven.  "The friends here are doing well and
13:44:20  25  are enjoying exceptionally good relations with one
```

```
13:44:25   1   another with no trace of past problems, noted."
13:44:28   2           What is that referring to?
13:44:30   3      A    Just some personality issues from someone
13:44:34   4   who had moved in to the congregation.
13:44:36   5      Q    I want to know exactly what those
13:44:39   6   personality issues were.  And, yeah, who are you
13:44:41   7   talking about?
13:44:42   8      A    Well, two of the women really.  They got
13:44:47   9   after each other.  They had disagreements.  I don't
13:44:49  10   know if it was jealousy or what, that was
13:44:53  11   basically.
13:44:53  12      Q    Who were the women?
13:44:57  13      A    I -- I'm trying to remember.  I can't -- I
13:44:59  14   can't remember the names.
13:45:02  15      Q    James Roland's wife?
13:45:04  16      A    No, no.  No, it was -- it wasn't -- it
13:45:12  17   wasn't her.  It wasn't anyone that's on any of this.
13:45:21  18      Q    Okay.  Keep going.  "The Kingdom Hall is
13:45:26  19   crowded and the meetings well attended in both
13:45:29  20   Hardin and Landier."
13:45:31  21           Is that what was reported to you by the
13:45:33  22   Hardin congregation elders?
13:45:36  23      A    I'm -- I'm assuming anything coming from
13:45:39  24   Landier someone would have to basically tell me.
13:45:46  25           They eventually build to me.  A new
```

```
13:45:51   1   building, a bigger one.
13:45:59   2        Q    In the section nine.  "Ministerial Servant
13:46:02   3   Gunner, Brother Gunner Hain was restricted."  How
13:46:07   4   did you learn that?
13:46:08   5        A    They told me.
13:46:09   6        Q    Okay.  And "The Society was not notified
13:46:13   7   that he was restricted.  The elders are intending to
13:46:15   8   write immediately, and several months have past."
13:46:18   9             Why was Mr. Hain restricted?
13:46:21  10        A    I don't know.  That was at a period of
13:46:23  11   time when they told us leave it to local elders,
13:46:27  12   don't inquire, don't report on it, but take -- just
13:46:30  13   make note of it, I guess.  I didn't learn about
13:46:34  14   that, I don't think, until the end of the week or
13:46:37  15   something, but --
13:46:39  16        Q    And I see you didn't add that to section
13:46:41  17   number three, right, in terms of how many others
13:46:44  18   were reproved and some way put under restriction?
13:46:50  19        A    No.
13:46:50  20        Q    Okay.
13:46:51  21        A    It hadn't been -- it hadn't been handled
13:46:54  22   and you had to wait until those things were all
13:46:56  23   established.
13:46:56  24        Q    And then this is the form that you filled
13:46:59  25   out.  See your signature at the bottom of page two,
```

```
13:47:02   1   right?
13:47:03   2       A    Yes.
13:47:03   3       Q    And then you sent this on to the branch
13:47:06   4   office?
13:47:06   5       A    Yes.
13:47:11   6       Q    Why did you underline "write immediately,"
13:47:16   7   the elders are intending to, quote, write
13:47:19   8   immediately?
13:47:20   9       A    Because it's so easy for everybody to put
13:47:23  10   things off.  And they evidently -- they had and so I
13:47:26  11   would tell them to write immediately, if anything
13:47:28  12   came up like that, don't delay and do it now.
13:47:33  13       Q    Okay.  Is if fair to say that this gave
13:47:38  14   branch office notice that Gunner Hain had been
13:47:41  15   restricted, this document here?
13:47:44  16       A    Yes.
13:47:45  17            MR. SWEENEY:  Objection; lacks
13:47:49  18   foundation.
13:47:50  19   BY MR. SHAFFER:
13:47:50  20       Q    Okay.  And your testimony is that you did
13:47:53  21   nothing to inquire into the reason that Mr. Hain was
13:47:55  22   restricted?
13:47:57  23       A    Uh-huh.
13:47:58  24            MR. MCCABE:  Is that a yes or no?
13:47:59  25            THE WITNESS:  No.  We weren't supposed to.
```