*Exhibit I*



TELEPHONE (212) 625-1240

BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG          June 11, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses
c/o Mr. Harold D. Rimby
701 North Crook
Hardin, Montana   59035

Dear Brothers:

The Society is happy to inform you that the application submitted for the Hardin, Montana, Congregation has been approved. Jehovah's New World society is ever expanding, and this progressive step is another evidence of his blessing upon his people to preach the good news and aid the other sheep to come into his organization.

As you begin to function as a new congregation of Jehovah's people, each one should carefully consider what is required. An assignment of territory is issued, and it is the responsibility of each one that is associated to cooperate with the arrangements made for covering the territory regularly with the Kingdom message. As you locate interest, be sure to keep a careful record of this so that you can call back effectively and follow this up with back-calls and home Bible studies. Aid the interested ones to grow in their knowledge and share with you in singing Jehovah's praises. We know that also those who are more mature and experienced will want to aid the newer and less-experienced ones so that they may progress to maturity. Then as all have a regular share in the service, be sure to be on hand each meeting night for the spiritual food from Jehovah's table. Keep strong and properly equipped for Jehovah's service.

The appointed servants should always take a diligent lead in discharging their responsibilities as to Jehovah. The mature ones have much responsibility. To whom much is given, more will be required. But these privileges are joyful ones to be performed in behalf of our brothers. With all cooperating, the congregation will be strong and active in Jehovah's praise. We will look forward to receiving the first report on your congregation and noting the progress that has been made. Be assured of our prayers and best wishes.

Working with you in the
New Order society,

Watchtower B. & T. Society
OF NEW YORK, INC.

MAP_HARDIN000002