*Exhibit J*

# B R A N C H   O R G A N I Z A T I O N

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 001819

# 4.   C O N G R E G A T I O N S,   C I R C U I T S,   D I S T R I C T S

1.   PREACHING THE GOOD NEWS:  The primary purpose of a branch organization is to coordinate the preaching activities of our brothers so that the good news is declared in the assigned territory.  The field is the world and the preaching work has been assigned to all who are Jesus' disciples. (Matt. 28: 19,20)  While individual assignments may vary, all are working together as one to achieve a common goal.  Most of them are congregation publishers while others are pioneers, special pioneers and missionaries.  Some have added responsibilities as elders, ministerial servants, circuit and district over-seers.  All are part of Jehovah's organization and equally share the respon-sibility to preach the good news everywhere to the vindication of Jehovah's name.

2.   CONGREGATIONS:  The congregations form the backbone of every branch. The latest publication from the Society on organizational matters sets out information to assist the elders and ministerial servants in caring for their responsibilities.  Additionally, information is supplied as to what congregation publishers, pioneers, as well as circuit and district overseers can do in fulfilling their responsibilities as followers of Christ Jesus.

3.   Recommendations for new appointments of elders and ministerial servants are usually made at the time the circuit overseer visits a congregation. (See paragraphs 58-60  for information on appointments or deletions of elders and ministerial servants during the circuit overseer's visit as well as recommenda-tions made between visits.)

4.   In cities where two or more congregations exist, the circuit over-seer will recommend to the branch a qualified elder to serve as city overseer. The appointment is shown on the city overseer's appointment slip (S-53a) that is sent to all of the congregations in the city.  A copy of the appointment slip (S-53b) is retained in the Society's files.

5.   CERTIFICATE FOR ORDAINED MINISTER:  Currently appointed elders or ministerial servants in need of a certificate verifying their ordination may request one from the Society.  When requesting a certificate, the individual will specifically state the reason the certificate is needed.  Often a letter signed by the elders or the presiding overseer of the congregation will suffice to verify one's ordination.  If a Certificate for Ordained Minister is sent by the Society, it should be signed by the branch coordinator or someone else having authority to do so.  It may be notarized if advisable.  If it is necessary to specify the date of ordination, this can be ascertained by having the congregation check their file for the date of the original appointment according to the earliest appointment letter. then show the date of baptism.

6.   APPLICATION FOR CONGREGATION:  Any group of people in your territory who want to worship Jehovah God in spirit and truth and who want to do it under the direction of the Governing Body of Jehovah's Witnesses may make application to form a congregation.  It is good for circuit overseers to carry with them Congregation Application forms (S-51) and the letter on Congregation Information (S-50).  They can help the brothers organize a congregation if and when such is advisable.  Elders in an existing congregation may write to the

4-1

CAEKAERT/MAPLEY 001861

branch for a Congregation Application (S-51) and a letter on Congregation Information (S-50) if the circuit overseer will not be visiting in the near future and they feel there is a need to recommend a new congregation.

7. The group of people should be strong enough spiritually to keep the congregation functioning actively with, if possible, at least one elder or ministerial servant who can provide the necessary spiritual oversight and take the lead in the preaching work. Where pioneer sisters or other mature sisters help in forming a congregation, they may handle the responsibility until a local brother qualifies as ministerial servant or a qualified brother moves in. If there is no one to take oversight so as to become a congregation, then the group may continue to be looked after by a nearby congregation if possible. The circuit overseer can visit these groups while serving the congregation they are associated with. It should always be appreciated that persons in such groups particularly need loving spiritual care because of their isolated situation. Branches should look well to caring for all of the publishers in their assignment, including small groups that may develop into congregations and newly-formed congregations.

8. In congregations where there are no appointed elders but where there are ministerial servants, then one of the more experienced ministerial servants (or a sister if a dedicated brother is not available) may handle the work in lieu of an appointed secretary. Later if one of the ministerial servants qualifies as an elder, then he may be appointed as the secretary.

9. If ministerial servants are substituting as elders in some assignment, such as school overseer, then they will also be present at the meeting with the circuit overseer when recommendations for elders and ministerial servants are considered.

10. Where there are no male members to serve in positions of responsibility a sister (dedicated and baptized) may be requested to look after the needs of the group and take the lead in the field service, etc. When conducting meetings and prayer she will be expected to have her head covered.--1 Cor. 11:5,6.

11. In cases where new congregations are formed from existing congregations, where there are many elders and ministerial servants, care should be exercised to see that all are accounted for and appointed to serve with one of the congregations involved. No new recommendations for elders or ministerial servants will be considered at the time of forming a new congregation unless the application is submitted during the circuit overseer's visit.

12. When the Congregation Application (S-51) is received and approved, write the brothers a kind and encouraging letter. If the application is submitted during the circuit overseer's visit, the S-2 forms can be used to make recommendations for brothers to serve as elders and ministerial servants and for any deletions because of brothers moving, etc. If the application is submitted between visits of the circuit overseer, then information will need to be supplied as outlined in the congregation information letter. The names of elders and ministerial servants will be listed on the S-52a form. The S-52b form will be filed in the permanent file of the congregation. Information should be supplied as to the territory assignment for the respective congregations. If information on the territory assignment will be sent later, this can be indicated in the letter that is written. Also various printed

CAEKAERT/MAPLEY 001862