*Exhibit Q*

FILED July 29, 2021
Candace Fisher
SANDERS COUNTY CLERK OF DISTRICT COURT
BY C. Fish

MONTANA SEVENTH JUDICIAL DISTRICT COURT, SANDERS COUNTY

| | |
|---|---|
| ALEXIS NUNEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES and THOMPSON FALLS CONGREGATION OF JEHOVAH'S WITNESSES,<br><br>　　　　Defendants. | Cause No. DV-16-084<br><br>**ORDER WARNING OF SANCTION OF JUDGMENT ON LIABILITY FOR CONTINUED VIOLATION OF DISCOVERY ORDERS** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES and THOMPSON FALLS CONGREGATION OF JEHOVAH'S WITNESSES.<br><br>　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>IVY MCGOWAN-CASTLEBERRY,<br><br>　　　　Third-Party Defendant. | |

On Thursday, July 29, 2021, at 8:18 a.m., the Plaintiffs emailed to the Court their Notice of Defendants' Non-Compliance with Court Orders in which they

advised that Defendants have not complied with the Court's Orders (Docs. 210, 214, and 229).

At 8:26 a.m., Joel Taylor, one of Defendants' counsel, emailed to the Court that, "We are making production later today." This in an unacceptable response.

IT IS HEREBY ORDERED that:

1. Defendants shall fully comply with the Court's Orders not later than **1:00 p.m. today, July 29, 2021**. A courtesy copy shall be provided to the Court at chambers by emailing to Sheena.JendroCobb@mt.gov.

2. **WARNING: The Court is considering judgment on liability as a sanction for repeated violations of its orders.**

DATED this 29th day of July, 2021.

_____
Elizabeth A. Best
District Court Judge

7/29/2021
Copies emailed by JA Sheena Cobb
cc: James P. Molloy
D. Neil Smith/Ross Leonoudakis
Bradley J. Luck/Tessa A. Keller
Joel M. Taylor
Ivy McGowan-Castleberry

## MONTANA TWENTIETH JUDICIAL DISTRICT COURT
## SANDERS COUNTY

| | |
|---|---|
| ALEXIS NUNEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES and THOMPSON FALLS CONGREGATION OF JEHOVAH'S WITNESSES,<br><br>    Defendants. | Cause No. DV-16-084<br><br><br>**ORDER SETTING HEARING AND ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON DEFENDANTS FOR DISCOVERY ABUSE** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES and THOMPSON FALLS CONGREGATION OF JEHOVAH'S WITNESSES.<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>IVY MCGOWAN-CASTLEBERRY,<br><br>    Third-Party Defendant. | |

Nuñez v. Watchtower – Order Setting Hearing to Show Cause re Discovery Abuse- 1

IT IS HEREBY ORDERED that all parties and interested persons are ordered to appear before this Court via Zoom (instructions attached), or in person at the Sanders County Courthouse on **Wednesday, August 11, 2021, at 11:00 a.m.**

The Defendants are advised that they are expected to show cause why the Court should not assess sanctions, up to and including default judgment on liability and revocation of Mr. Taylor's *pro hac vice* authorization to practice law in Montana for violation of the applicable statutes, law and procedural rules of the State of Montana.

The Court has read all pleadings filed to date. The parties shall assume that the Court is familiar with the file and address any matters not of record.

Sanders County will provide a clerk and court reporter via Zoom.

DATED this 6th day of August, 2021.

_____
Elizabeth A. Best
District Court Judge

cc: James P. Molloy
     D. Neil Smith/Ross Leonoudakis
     Bradley J. Luck/Tessa A. Keller
     Joel M. Taylor
     Ivy McGowan-Castleberry