Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

TRACY CAEKAERT, and CAMILLIA
MAPLEY,

      Plaintiffs,

  vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,

      Defendants.

Cause No. CV 20-52-BLG-SPW

**AFFIDAVIT OF MICHAEL R.
BUTZ, PH.D.**



WATCHTOWER BIBLE AND )
TRACT SOCIETY OF NEW YORK, )
INC. )
)
      Cross-Claimant, )
)
vs. )
)
BRUCE MAPLEY SR., )
)
      Cross-Claim Defendant. )
)

State of Montana      )
             ) ss:
County of Yellowstone  )

     I, Michael R. Bütz, Ph.D. (Dr. Michael Bütz) declare under penalty of perjury as follows:

1. I am a licensed clinical psychologist practicing in Montana and Wyoming. A true and accurate copy of my curriculum vitae is attached as Exhibit 1, specialization summaries attached as Exhibit 2, and history of forensic testimony attached as Exhibit 3, and incorporated by reference.

2. It is my understanding that Brown Law Firm, representing Watchtower Bible and Tract Society of New York, Inc., has asked for my thoughts on *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion for Order Directing Rule 35, Fed. R. Civ. P., Exams*.

3. In the paragraphs below, I will respond to the claims made in the "Summary of Plaintiffs' Position" on pages 2-3 of *Plaintiff's Response Brief in Opposition*, and which claims are reiterated throughout that *Brief*.

4. In response to the claim: "Despite applicable rules and multiple courts telling him that he has an obligation to produce the raw test data underlying his opinions, he will not agree to do so;", it is important to note, first of all, the language in the drafted Memorandum of Understanding (Doc. 267-1, p. 4 of 5) (referenced on Page 9 of the *Plaintiff's Response Brief in Opposition*):

> "As part of this agreement, *Dr. Bütz has specifically agreed that his test raw data will only be transmitted to Plaintiffs' expert Dr. Jonathan D. Bone.*[1] Further, at no point will Dr. Bütz be requested to release copywritten forms for psychological instruments/tests as this would violate his user agreements with various instrument/test vendors."

Clearly, then, it is not true that I "will not agree" to produce test raw data; it is simply that I have agreed to provide test raw data only to the Plaintiffs' qualified expert, Dr. Jonathan Bone.

---

[1] Italics added for emphasis.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

5. Should I have adopted a different stance it would be woefully contradictory to not only the recent article that my colleagues and I published in *Applied Neuropsychology: Adult*[2]; but it also would have been inconsistent with basic conventions of ethics[3], the laws of the state of Montana[4], and my contractual duties to test developers, e.g. NCS Pearson, Inc., Psychological Assessment Resources, Inc., etc.[5] Instead, what has been described in my conversations and correspondence (see my letters from 4.25.23, 5.24.23 and 7.17.23, at Docs. 267-5; 267-7; and 267-11) has been in keeping with the highest standards in the field of psychological assessment.

6. The statement that "Despite applicable rules and multiple courts telling him that he has an obligation to produce the raw test data underlying his opinions, he will not agree to do so" is misinformed and incorrect. Plaintiffs offered the established Protective Order in *Shepherd, et al. v. Matrix Production Company, et al.*, in support of their position. However, as those involved with these legal proceedings are well aware, a protective

---

[2] This is a peer reviewed journal, and the reference for the article follows below:
Bütz, M. R., English, J. V., Meyers, J. E., & Cohen, L. J. (2023). Threats to the Integrity of Psychological Assessment: The Misuse of Test Raw Data and Materials. *Applied Neuropsychology: Adult*. https://doi.org/10.1080/23279095.2023.2241094
[3] American Psychological. Association (APA). (2017). *Ethical principles of psychologists and code of conduct.* American Psychological Association.
[4] *Mont. Admin. R. (2012). 24.189.2309 (4) (d-f).*
[5] See for example:
NCS Pearson, Inc. (2023, November 4). *Terms and conditions of sale and use of Pearson products.* NCS Person, Inc. https://www.pearsonassessments.com/footer/terms-of-sale--use.html
Psychological Assessment Resources, Inc. (2023, November 4). *PAR's Position on the Release and Photocopying of Test Materials.* Psychological Assessment Resources, Inc. https://www.parinc.com/IP-Position

4

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

order serves a certain purpose. For the purposes in the *Shepherd* case, it ensured that David Hartman, Ph.D.—a qualified psychologist with suitable training, supervision, and experience to review and interpret test raw data and who was aware of copyright laws—could review not only the test raw data but also: "True and accurate xerox or scanned copies of all original pages of material..." This latter demand for copies, should I have consented without the *Shepherd* Protective Order in place, would have violated my copyright/intellectual property agreements with the various instrument/test vendors involved. Further, the *Protective Order* specifically stated the following to address my concerns about the laws associated with copyright/intellectual property agreements:

> "The Parties agree, and the Court FINDS, the production of this information, documents, and other materials ordered in this matter will not violate any copyright protection attached to the materials provided and that the information is properly subject to this Court's direction."

(Doc. 280-1, p. 2 of 9). It follows that by agreeing to this *Protective Order*, I was able to meet my ethical and legal obligations with respect to producing test raw data to only qualified individuals and protecting the copyright/intellectual property of instrument/test vendors.

5

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

7. Addressing the other two cases Plaintiffs provided in Exhibit A to their Brief—*Horton v. Horton*, No. DR11978 (Mont. Dist. 2021), and *Ramsey v. Ramsey*, No. DR200160 (Mont. Dist. 2021)—in those cases the attorneys and/or the Courts had changed their method for ordering a parenting plan assessment. Prior to these two cases, and in my experience, attorneys and/or the Courts had typically ordered an assessment in keeping with Administrative Rules of Montana (ARM) § 24.189.810 (3): "Psychologists shall understand, clarify, and utilize the concept of the 'best interests of the child' guideline as set forth in Title 40, chapter 4, MCA." That is, Montana Code Annotated (MCA) § 40-4-212. But, in *Horton* and *Ramsey*, I was appointed under MCA § 40-4-215, which I understand is typically used for the appointment of *Guardians Ad Litem* to conduct investigations. Critically, that statute provides:

> "…the investigator shall make available to counsel and to any party not represented by counsel the investigator's file of underlying data and reports, complete texts of diagnostic reports made to the investigator pursuant to the provisions of subsection (3)[…]"

MCA § 40-4-215(4). The appointment under this statute had been made by and through interactions among respective counsel and the judges in both

6

*Horton* and *Ramsey*;[6] therefore, I only later realized that these orders were inconsistent with Administrative Rules of Montana requirements for psychologists conducting parenting plans and the handling of test raw data:

> "Psychologists shall recognize that all items in the case file, other than copies of tests, raw test data, and computer-generated interpretive reports may be brought into the courtroom."

ARM § 24.189.823(9).

> "...shall refrain from releasing raw test results or raw data to persons, other than to clients as appropriate, who are not qualified to use such information."

ARM § 24.189.2309(4)(f).

8. In accordance with my understanding of these duties and ethical responsibilities, I efforted to respond and in fact obtained my own counsel to advocate for not turning over test raw data and copyrighted forms in *Horton v. Horton* (Ken Frazer and Kyle Moen of Felt, Martin, P.C.). In *Ramsey v. Ramsey*, while Judge Davies had initially agreed with my position[7], she ultimately required me to turn over test raw data in *Ramsey v. Ramsey*.

---

[6] See attached Exhibits 4 and 5.
[7] See Exhibit 4, p. 4.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

9.   When opposing parties provide experts with the requisite qualifications to review and interpret test raw data, and establish an appropriate degree of awareness of copyright laws and contractual obligations with test developers, I am willing to provide the test raw data to such qualified opposing experts as demonstrated in *Shepherd, et al. v. Matrix Production Company, et al.*

10. The opposing parties in both *Horton v Horton* and *Ramsey v Ramsey* used the same group of experts: Burke Newell Consulting. In *Ramsey v. Ramsey*, I was able to review their credentials, and three out of four of these experts did not even have the basic training, supervision or experience described by the Society of Personality Assessment in the publication *Standards for Education and Training in Psychological Assessment: Position of the Society for Personality Assessment: An Official Statement of the Board of Trustees of the Society for Personality Assessment*.[8] The fourth's graduate education was in Special Education, with no or limited training in adult psychopathology from bricks and mortar graduate school quarter/semester-based instruction. He did attend workshops on, generically, the MMPI, and

---

[8] Society for Personality Assessment (SPA). (2006). Standards for education and training in psychological assessment: Position of the Society for Personality Assessment. *Journal of Personality Assessment*, 87(3), 355-357. https://doi.org/10.1207/s15327752jpa8703_17

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

then the Rorschach. But these sorts of weekend or week-long trainings do not compare to the kind of aforementioned graduate education in psychological assessment, which involves a considerable portion of a quarter/semester, or else an entire quarter/semester, dedicated to these instruments/tests. Thus, my concerns in *Horton v. Horton* and *Ramsey v. Ramsey* about the ability of these opposing experts to knowledgably score, analyze, and interpret test raw data, and to respect copyright/intellectual property laws were ultimately well-founded.

11. *Horton v. Horton* and *Ramsey v. Ramsey* joined with the cumulative aggregate of cases that caused me to initiate and write what eventually became the article, *Threats to the Integrity of Psychological Assessment: The Misuse of Test Raw Data and Materials.* (*See* Doc. 267-27). A piece, in which I was fortunate enough to be joined by the likes of James English, Psy.D., ABN, ABPP of Montana Neuropsychological Corporation, P.C. (Fellow, American Academy of Professional Neuropsychology; Fellow, American Academy of Clinical Psychology; and Fellow, National Academy of Neuropsychology), John Meyers, Psy.D., ABN, ABPdN of Meyers Neuropsychological Services, Florida (President, National Academy of Neuropsychology,

9

2017; Fellow, National Academy of Neuropsychology, and Larry Cohen, J.D., Ph.D. of Cronus Law, PLLC, Arizona.

12. Regarding Plaintiffs' concerns about our office's *Authorization for Forensic Psychological Assessment: Informed Consent & Fee Agreement*, there appears to be a misunderstanding. First of all, it is plain who has hired me in this case: WTNY. Second, yes, the findings of the assessment will be provided to the law firm or entity that hired me. Third, however, I would not misstate who paid for services and that portion of the form may certainly be adjusted to reflect who has hired me, and to reflect Plaintiffs will not have to pay for my services. But, fourth, as a professional, regardless of who requested services, these services will be delivered in a fashion that is scientifically neutral and payment of fees is irrespective to the ultimate findings of the assessment conducted. Fifth, as to the repeated statement from Plaintiff's counsel, and there can be little misunderstanding of this, the *Authorization for Forensic Psychological Assessment: Informed Consent & Fee Agreement* does not say I will not release test raw data; rather, it states that I will not release test raw data, unless ordered, to those individuals who do not possess suitable training, supervision, and

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

experience to review and interpret test raw data for the reasons already described above.

13. Plaintiffs also claim I "will not disclose even general categories of testing he intends…" This is simply not so, and was addressed in my letter of July 17, 2023, which read as follows on Page 3: "These will be academic, cognitive and personality assessment instruments." (Doc. 267-11, p. 5 of 10).

14. The statements on Page 2 of the *Plaintiff's Response Brief in Opposition* raise a dispute about the capacity to evaluate remotely by stating it: "…will have little or no impact on the scientific validity of the results." While I had supplied an earlier article as an example of some of the considerations on this matter[9], the fundamental contours of this article have been represented otherwise since it was but a survey, and still it concludes:

> "The COVID-19 pandemic has *forced*[10] forensic mental health professionals and institutions to deliver services remotely via teleservices…. Scrutiny of the results reveals an unexpected level of

---

[9] Daffern, M., Shea, D. E., & Ogloff, J. R. (2021). Remote forensic evaluations and treatment in the time of COVID-19: An international survey of psychologists and psychiatrists. *Psychology, Public Policy, and Law, 27*(3), 354. http://dx.doi.org/10.1037/law0000308

[10] Italics added for emphasis.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

complexity that is valuable for informing emerging best practice. It is important that guidance is developed for when and how to best incorporate AV conferencing into routine practice. This will require a clear acknowledgment of its relative strengths and limitations, along with any required adaptations associated with this medium. Despite challenges to the incorporation of AV conferencing into routine forensic work, best practice guidance is required."

15. As of 2021, remote administration was forced on the forensic assessment community, these services are 'unexpectedly complex', guidance is needed, and there were no agreed upon best practices at the time.

16. The Court should be aware that the American Psychological Association developed *Guidelines for the Practice of Telepsychology* [11] in 2013, but that in searching this document there is no mention of the term "court" or "forensic", not even once.

---

[11] Joint Task Force for the Development of Telepsychology Guidelines for Psychologists. (2013). Guidelines for the practice of telepsychology. *American Psychologist, 68*(9):791–800. https://doi.org/10. 1037/a0035001

12

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

17. Young is an able authority of the topic of, as he phrases it, telehealth[12]; and in 2023 he aptly described concerns about the aforementioned *Guidelines* in three different passages:

> "The American Psychological Association [27] and the Canadian Psychological Association [41] have published guidelines on telehealth, but they do not deal with forensic evaluations."

> -

> "Chenneville and Schwartz-Mette [15] have described the principles and standards of the APA ethics code that stand behind the development of telepsychology and tele-assessment. However, they do not consider the increased risks of this service format in high stakes and forensic cases. Legal bars on admissibility, application of relevant science, and instruments' reliability and validity cannot be jeopardized or even altered for practical reasons."

> -

> "Although carefully written by leading experts in the field, this chapter author maintains that the APA guidelines for tele-assessment do not consider the forensic context carefully. Rules and regulations

---

[12] Young, G. (2023). Psychology, law, ethics, telehealth, and the global pandemic. In *Integrated science of global epidemics* (pp. 403-427). Cham: Springer International Publishing.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

in local laws and ethical documents such as professional ethics codes might suggest more caution than intimated in the APA guidelines. For example, how far can data deviate from the standard in tele-assessment, how does one establish test substitution standards, and how much loss of test validity is acceptable for testimony validity in court, such as in reports proffered to court? Questions such as these need more specific answers for proper and admissible forensic tele-assessments."

18. Others have voiced similar concerns, such as Wright and Rainford in 2020[13], who emphasized:

"While professional organization guidance would be both welcome and extremely helpful, forensic psychologists should certainly be *conservative*[14] in the use of tele-assessment services."

19. Young's 2023 treatment of the topic was quite thorough, and echoed the statement made by Wright and Rainford above:

---

[13] Wright, A. J., & Raiford, S. E. (2020). *Essentials of psychological tele-assessment*. John Wiley & Sons.
[14] Italics added for emphasis.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

14

"The threat to the reliability, validity, and probative value of these assessments for court purposes calls for a *cautious attitude*[15] in the assessments."[16]

Young comments aptly on the differences between the use of telehealth for therapy and for assessment as well:

"Primers have addressed how to conduct telepsychology practice [13]. The research has shown that telepsychology allows for equivalence in efficacy compared to standard face-to-face delivery modalities of psychological services in creating rapport and dealing with common mental health diagnoses, such as anxiety and PTSD [14]. *However, there is little research on the comparability of the assessment procedures in the two modes. Indeed, some types of evaluations are not feasible in the remote context, especially forensically.*[17] Psychological practitioners are being placed under external pressures to lower the minimum criteria for undertaking valid assessments in mandated arenas, in high stake cases requiring immediate evaluations, and by attorneys and other court-related

---

[15] Italics added for emphasis.
[16] Young, G. (2023). Psychology, law, ethics, telehealth, and the global pandemic. In Integrated science of global epidemics (pp. 403-427). Cham: Springer International Publishing
[17] Italics added for emphasis.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

professionals who need the assessments for their determinations. The same pressures apply to the assessment procedures themselves and the tests used in the procedures."

20. Young allows for addressing cases of early life trauma and maltreatment to be examined through telehealth; but importantly also states that academic and cognitive assessment methods are not viable via telehealth. Moreover, he reports that, for example, the Minnesota Multiphasic Personality Inventory – Second Edition- Restructured Forma (MMPI-2-RF), often used in trauma and maltreatment assessments, is ill-advised according to some, including one of the authors of the instrument:

"Corey and Ben-Porath [50] were quite circumspect about administering the MMPI-2-RF in tele-assessment. *They maintained remote testing presents challenges and perils that risk violating*[18] ethical standards, compromising the test results and interpretation, and federal and local laws on test security and personal health information, let alone publishing company proscriptions. *They cautioned that in the forensic context remote test administration*

---

[18] Italics added for emphasis.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

might be 'ill-suited' and could lead to 'more problems than it
solves'[19] (pp. 202–203)."[20]

21. Young speaks specifically of forensic work in his concluding remarks, as
well as the difficult matter of informed consent with these considerations:

"What about the legal context? Does it support the use of forensic
tele-assessments? Batastini, Pike, Thoen, Jones, Davis, and Escalera
[52] found that attorneys and judges held negative views about the
modality in a survey study. Judges might be prone to rule that tele-
assessment evidence is inadmissible to court according to Federal
Rules of Evidence ([53]; Rule 702) or based on the Daubert [54]
legal decision. The legal respondents had been practicing law for
almost 20 years. Nevertheless, they were generally open to the
possibility that tele-assessments might be more probative than
prejudicial. Burney [55] reviewed the legal arena for governmental
regulations related to telehealth and found a disparate mixture.

The recent literature review on tele-assessment considers the
evaluation possible *yet fraught with danger, including violating
ethical, regulatory, legal, expected testing standards, and other*

---

[19] Ibid.
[20] Young, G. (2023). Psychology, law, ethics, telehealth, and the global pandemic. In Integrated science of global epidemics (pp. 403-427). Cham: Springer International Publishing.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to
Defendant WTNY's Motion*

*practice standards*.[21] In some contexts, the decision to conduct forensic tele-assessment evaluations should be negative. This is partly due to the harm that could be caused to the client, including legally. However, after all the pros and cons have been weighed, and the psychologist believes that she or he has the requisite competencies for a tele-assessment evaluation, including forensically, when the psychologist decides to proceed with the evaluation, one of the first steps will be to obtain informed consent."[22]

22. Young continues about the prospect of informed consent:

"Tele-assessments in the forensic context and related work are especially problematic because of the altered methods used. Practitioners should proceed with caution when undertaking such assessments, including in the informed consent process, and openly acknowledge the limitations and risks in all evaluation phases and in the court process."

23. Thus, Plaintiffs' counsel's comments about, "…little or no impact on the scientific validity of the results", are far from accurate according to several

---

[21] Italics added for emphasis.
[22] Young, G. (2023). Psychology, law, ethics, telehealth, and the global pandemic. In *Integrated science of global epidemics* (pp. 403-427). Cham: Springer International Publishing

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

examples provided from the relevant literature. On the other hand, my conservative approach to these examinations is supported by the representative literature on the topic in the context of forensic psychological assessments.

24. Plaintiffs' counsel makes five different requests in the *Response Brief* (Doc. 280, p. 3), and my responses to these matters will be concise. In response to #1, I would simply offer a passage from the article mentioned earlier that my colleagues and I wrote:

> "To bring this matter into focus, one may ask these professionals: Would it be reasonable for the contents of law school admissions tests or the bar exam to be known and discoverable? Test security applies not only to such exams, but also to psychological assessment (Morel, 2009)."[23]

Also, Plaintiffs have been made aware of the scope of my testing: "These will be academic, cognitive and personality assessment instruments." (Doc. 267-11, p. 5).

25. As to request #2 in the *Response Brief* (Doc. 280, p. 3), it has been agreed that I will provide Dr. Bone with test raw data, and Plaintiff's counsel will

---

[23] *Threats to the Integrity of Psychological Assessment: The Misuse of Test Raw Data and Materials.* (*See* Doc. 267-27).

19

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

be supplied with my reports. I would offer the same response to request #3.

26. Request #4 in the *Response Brief* (Doc. 280, p. 3) has been addressed earlier as a partial misunderstanding of my office's Authorization Form, which may be ameliorated with revisions. And, as for Request #5, there are now obvious and substantial reasons for examinations to be conducted in person. Forensic cases like this one are not the place to use a promising, and yet unproven, method for conducting psychological assessments where many instruments/tests have no normative scientifically valid data for examinations under these conditions.

27. *Plaintiffs' Response Brief in Opposition* requests, on Page 5, a report of findings. As noted, a report will be provided and that is not contested. However, the request for "a copy of all like reports" is unduly burdensome, since I have conducted hundreds, if not thousands, of psychological assessments where the referral question has involved the matter of alleged trauma since 1995 across four different states.

28. Plaintiffs repeatedly raise an issue about, "neuropsychological testing" (*See* Doc. 280, p. 10). Again, I have made plain what I intend to assess: "These will be academic, cognitive and personality assessment instruments." There appears to be confusion about what is

20

neuropsychology and so the most serviceable description comes from the National Academy of Neuropsychology (NAN)[24], of which I am a member, when informing clients/patients what a neuropsychological evaluation is for and what kinds of tests are involved (see *Patient Information* produced by NAN):

> "A neuropsychological evaluation involves testing that is sensitive to problems in brain functioning. Unlike CT or MRI scans, which show what the structure of the brain looks like, neuropsychological testing examines how well the brain is working when it performs certain functions (for example, remembering). The types of tests that you will take depend upon the questions you and your doctor have. The tests may assess the following areas: attention and memory, reasoning and problem-solving, visual-spatial functions, language functions, sensory perceptual functions, motor functions, academic skills, and emotional functioning."

29. Also, NAN has described the scope of what clinical neuropsychologists examine (see *NAN Definition of a Clinical Neuropsychologist*[25]):

---

[24] See Exhibit 6.
[25] See this supporting reference as well, attached as Exhibit 7:
   Barth, J. T., Pliskin, N., Axelrod, B., Faust, D., Fisher, J., Harley, J. P., ... & Silver, C. (2003). Introduction to the NAN 2001 definition of a clinical neuropsychologist NAN policy and planning committee. *Archives of Clinical Neuropsychology, 18*(5), 551-555.

21

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

"Clinical neuropsychologists use this knowledge in the assessment, diagnosis, treatment, and/or rehabilitation of patients across the lifespan with neurological, medical, neurodevelopmental and psychiatric conditions, as well as other cognitive and learning disorders."

Hopefully these descriptions clear these matters up, since the Affidavit supplied by Dr. Holmberg and Dr. Bone provided a misleading set of statements on Page 4 of that document, that are not consistent with what is regarded as neuropsychology in the field. Instead, they have supplied a truncated notion of neuropsychological assessment.

30. Page 12 of the *Response Brief* returns to the matter of neuropsychology. Just to be clear, it is false to state that trauma and neuropsychological functioning are mutually exclusive. Below are just a few examples from the relevant literature that show it is just not that simple:

Clausen, A. N., Francisco, A. J., Thelen, J., Bruce, J., Martin, L. E., McDowd, J., ... & Aupperle, R. L. (2017). PTSD and cognitive symptoms relate to inhibition-related prefrontal activation and functional connectivity. *Depression and anxiety*, *34*(5), 427-436.

Mozzambani, A. C. F., Fuso, S. F., Malta, S. M., Ribeiro, R. L., Pupo, M. C., Flaks, M. K., & Mello, M. F. (2017). Long-term

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

follow-up of attentional and executive functions of PTSD patients. *Psychology & Neuroscience, 10*(2), 215–224.https://doi.org/10.1037/pne0000088

Malarbi, S., Abu-Rayya, H. M., Muscara, F., & Stargatt, R. (2017). Neuropsychological functioning of childhood trauma and post-traumatic stress disorder: A meta-analysis. *Neuroscience & Biobehavioral Reviews*, *72*, 68-86.

Kavanaugh, B. C., Dupont-Frechette, J. A., Jerskey, B. A., & Holler, K. A. (2017). Neurocognitive deficits in children and adolescents following maltreatment: Neurodevelopmental consequences and neuropsychological implications of traumatic stress. *Applied Neuropsychology: Child, 6*(1), 64-78.

Scott, J. C., Matt, G. E., Wrocklage, K. M., Crnich, C., Jordan, J., Southwick, S. M., ... & Schweinsburg, B. C. (2015). A quantitative meta-analysis of neurocognitive functioning in posttraumatic stress disorder. *Psychological Bulletin*, *141*(1), 105-140.

Wisdom, N. M., Pastorek, N. J., Miller, B. I., Booth, J. E., Romesser, J. M., Linck, J. F., & Sim, A. H. (2014). PTSD and

23

cognitive functioning: Importance of including performance validity testing. *The Clinical Neuropsychologist*, *28*(1), 128-145.

Nijdam, M. J., Gersons, B. P., & Olff, M. (2013). The role of major depression in neurocognitive functioning in patients with posttraumatic stress disorder. *European Journal of Psychotraumatology*, *4*(1), 19979.

31. In *Shepherd, et al. v. Matrix Production Company, et al.*, No. 17594 (Wyo. Dist. 2021), I provided test raw data to Dr. David Hartman, PhD, under the terms of a protective order. Dr. Hartman was a duly qualified individual for the purposes of receiving and interpreting test raw data.

32. In this case, I have agreed to provide test raw data to Dr. Jonathan Bone, PhD, Plaintiffs' expert psychologist, precisely because he is a duly qualified individual for the purposes of receiving and interpreting test raw data.

33. It is my understanding that Administrative Rule of Montana 24.189.2305(9) applies to my work in this case and that I am required to make reasonable efforts to protect test raw data from individuals who are unqualified/untrained to read, interpret, and handle such data.

34. In addition to the requirements of Administrative Rule of Montana 24.189.2305(9), I have contractual duties to, for example, NCS Pearson,

24

Inc., Psychological Assessment Resources, Inc., and other vendors to protect test security and to protect these vendor's  copyrights and intellectual property for the instruments/tests that they have developed. Accordingly, I cannot provide copywritten test forms as requested by Plaintiffs' counsel.

35. As an expert psychologist, Plaintiffs' expert, Dr. Jonathan Bone, should have his own copywritten test forms that he can use to input test raw data for analysis and interpretation. My colleagues and I made this plain in our aforementioned article (Page 2):

> "Test raw data and their proper use are anchored in the practice of replicating scientific experiments (Kerlinger, 1979). In basic terms, findings produced from test raw data should in practice, and in theory, be replicable across assessments by stripping away all but the test raw data itself (Attix, et al., 2007). That is, if the motivation for requesting the test raw data is based on the scientific endeavor alone…. Accordingly, no copyrighted forms are produced, and appropriately trained, supervised, and experienced evaluators will be able to input these test raw data and produce identical results. That is, the receiving evaluator will be able to replicate the findings from the original evaluator's work."

25

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

36. Plaintiffs' counsel, and their expert Dr. Trent Holmberg, MD, are not qualified to read, interpret, and handle test raw data from the instruments/tests I intend to administer in the examinations of Plaintiffs. It is customary for me, as an expert psychologist, to protect test raw data from untrained and unqualified individuals. In fact, I have hopefully made clear that it is my duty and legal obligation. Accordingly, I respectfully request the Court protect the underlying test raw data by not requiring it to be disclosed to these unqualified individuals. Plaintiffs' expert psychologist, Dr. Jonathan Bone, PhD, may receive the test raw data and derive his own opinions and interpretations of the same.

37. My office's authorization forms, in the court record at Document 280-2, are the forms I typically use when conducting the type of examinations intended here. Nonetheless, they can be modified to reflect the fact Plaintiffs are not expected to pay my fees in order to address that concern raised by Plaintiffs.

38. In order to address another concern raised by Plaintiffs, the authorization forms can be changed to clarify that the Plaintiffs were referred to me by WTNY.

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

39. The type of instruments/tests I intend to administer to Plaintiffs—namely, academic, cognitive, and personality assessment instruments, are appropriate and scientifically relevant to address Plaintiffs' alleged mental and emotional trauma in this case, including their alleged PTSD, Dissociative Identity Disorder and Multiple Personality Disorder.

40. Just as putative law students do not receive the specific Law School Admissions Test questions in advance of taking the test, I typically do not provide putative examinees, in advance, the specific test questions I will administer in forensic psychological examinations because that allows lawyers and their experts to prepare the examinees to potentially cheat on the tests. Again, an issue my co-authors and I dealt with in the referenced article we recently published. It is crucial to the assessment process that attorneys, experts, nor those who are to be examined do not receive the specific questions in advance in order to protect the integrity and validity of the forensic examinations.

41. There are currently no generally recognized or governing norms, standards, or guidelines for remotely administering forensic evaluations, such as the complement I intend to administer in this case. Further, experts like Young cited above (2023), has specifically advised against the remote administration of academic and cognitive

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

instruments/tests. Accordingly, in-person forensic examinations are strongly preferred by psychologists, and are the best way to ensure the scientific validity of any results.

RESPECTFULLY SUBMITTED this 8th Day of November, 2023.

_____

Michael R. Bütz, Ph.D.
Fellow, American Psychological Association
Licensed Psychologist
Montana #365
Wyoming #365

STATE OF MONTANA       )
                                          :ss.
County of Yellowstone    )

SUBSCRIBED and SWORN to before me by Michael R. Bütz, on this 8th day of November, 2023.

By _____

Notary Public for the State of Montana

(SEAL)



VIVIAN G. SMITH
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
May 6, 2025

28

Bütz Affidavit Responding to: *Plaintiff's Response Brief in Opposition to Defendant WTNY's Motion*

# EXHIBIT 1

# Curriculum Vitae

April 15, 2021



*Michael R. Bütz, Ph.D.*

P.O. Box 81546, Billings, Montana 59108
Phone:  (406) 294-9677
Fax:       (406) 371-5535
Emails: drbutz@aspenpractice.net
Web Site: www.aspenpractice.net

**Major interests:** As a clinical psychologist by training, the scientist-practitioner model has been the approach to the work which has been the most appealing. Across my experience as a practitioner I have been fortunate to have found work situations that has allowed flexibility as a clinician, researcher and instructor. Administratively, it has been a privilege to be involved with arrangements that allow for a similar diversity of experiences and stimulation across different executive management positions in the past. Specific therapeutic interests have focused on a psychodynamic/family systems orientation, and this is particularly applicable to one of my areas of specialization with children and adolescents. Although, I am also comfortable working with a wide range of adults, and have the necessary training, supervision and experience with this population as well as most therapeutic modalities and settings. Areas of more specific dedicated experience, research and training have included clinical neuropsychology and forensic psychology, with other specializations in cross cultural matters, developmental disabilities, couple and family therapies, among others.

### Licensure & Related Issues

Psychologist in the State of Montana (License number 365).
Clinical Psychologist in the State of Virginia (License number 0810007438)

Fellow, Society of Clinical Psychology (Division 12), American Psychological Association (2008).
Fellow, American Society for the Advancement of Pharmacotherapy (Division 55), American Psychological Association (2009).

Certificate of Professional Qualification in Psychology,
Association of State and Provincial Psychology Boards (CPQ #3490).
National Register of Health Service Providers in Psychology (#43800).

Staff Privileges, Psychology, Specified Professional Personnel, St. Vincent Healthcare

### Education

Ph.D., Psychology, 1992 - Wright Institute, Berkeley, California.
Program Accredited in Clinical Psychology by the American Psychological Association.

M.S., Clinical Psychology, 1989
B.A., Clinical Psychology and General Experimental Psychology, 1987
San Francisco State University, San Francisco, California.

**Clinical and Academic Experience**

***Aspen Practice, P.C.***
*Billings, Montana*
President and CEO
October 2004 to Present

A forensic private practice, wherein I supply work in civil and criminal proceedings including a variety of assessment and consultation models, mental state at the time of the alleged crim, custody work that includes matters such as parenting coordination services, guardianship - end of life competency, as well as employment work such as fitness for duty and pre-screening. I have worked in the forensic field since the mid '90s, and provide psychological assessments and intervention services commensurate to the skills discussed in the major interest paragraph above. In addition, I do and have done presentations on a wide variety of topics as well as produced published works on areas as diverse as clinical case studies to making information technology a measurable and understandable commodity for behavioral health organizations.

***St. Vincent Healthcare Behavioral Health Associates***
*Billings, Montana*
Clinical and Neuro – Psychologist
Project Advisor, Integrated Behavioral Health
November 2015 to Present

St. Vincent Healthcare approached me in June of 2015 and indicated that they had a need for psychologist to expand clinical and neuropsychological services, and in time we came to an arrangement that would take over the clinical and neuropsychological practice and records from Aspen Practice, P.C. (2004-2015). St. Vincent Healthcare occupies four days a week, wherein I conduct assessments, consultations and therapy a member of Behavioral Health Associates, and serve in the on call rotation providing crisis services in the Emergency Department. In addition, in my role I conduct clinical staffings for the clinical staff as well as lead monthly trainings on topics germane to BHA practice. Since joining BHA our staff have been very productive, I had co-authored two grants on integrated behavioral healthcare, and four different articles followed this work. The first grant was in 2016, *Integrated Behavioral Health Care in a Frontier State* for $500,000, and was ultimately funded by U.S. Department of Health and Human Services, Health Resources & Services Administration (HRSA) in 2017. The second was in 2017, *Utilizing Virtual Health Solutions to Address Behavioral Health Specialty Care in Primary Care Settings* for $150,000, and was ultimately funded by the Montana Healthcare Foundation in 2017. Both grants were funded across multiple years described my leadership role such as Project Clinical Advisor. BHA has since hired nine more staff members from another clinical and neuro-psychologist to behavioral health specialists in primary care settings. Parenthetically, St. Vincent Healthcare has been distinguished by a number of awards across recent years, such as a Five Star Rating by CMS (2019, 2020), one of the World's Best Hospitals by Newsweek, and one of Truven's Top 100 Hospitals for example.

***Montana Psychological Association***
*Helena, Montana*
Federal Advocacy Chair (2016-2021)

Acting Legislative Chair (2014-2016)
Past-President and Acting Legislative Chair (2012-2014)
President and Acting Legislative Chair (2010-2012)
President-Elect and Legislative Chair (2008-0210)
Member at Large and Legislative Chair (2007-2008)
Legislative Chair (2005-2008)
October 2005 to Present

Montana Psychological Association is a state-level association which operates in conjunction with the American Psychological Association and is committed to meeting the public need for education, innovation, and services with professionals who are "qualified" through appropriate training, supervision, experience and demonstrated competence.

The association's Mission is to promote and advance the art, science and practice of psychology in service of all Montanans, and its Vision is to be the source for psychological expertise meeting the changing needs of our profession and others, working collaboratively for the benefit of all Montanans. Awards of distinction that came in association with my work at Montana Psychological Association are as follows.

*2017 Federal Advocacy Coordinator of the Year Award* by American Psychological Association Practice Organization (March, 2017).

*2013 Award Outstanding Staff Member by a State Provincial, or Territorial Psychological Association,* American Psychological Association, Division 31, Division of State Provincial and Territorial Psychological Association Affairs (March, 2013).

*2012 Award Outstanding Achievement by a State Provincial, or Territorial Psychological Association,* American Psychological Association, Division 31, Division of State Provincial and Territorial Psychological Association Affairs (March, 2012). Associations nominated for this award span Canada and the United States, and it has only been awarded on five occasions previously reflecting "...a psychological association that provides a model for other associations to emulate, by achievements and outstanding accomplishments."

*Charles E. Kelly Memorial Award,* for Outstanding Professional Contribution to Montana Psychological Association (April, 2010).

Dr. Bütz has, over the years, been invited to attend what was called the State Leadership Conference (2009, 2011, 2012, 2015, 2016) and what was later described as the Practice Leadership Conference (2017-2020) as a representative of Montana to the American Psychological Association (APA). At this conference, approximately 300-400 of psychology's leadership from provinces, states and territories across North America gather for the most up to date information on the field, and then these attendees are asked to represent their fellow members of APA by speaking with their state's Congressional representatives on these important matters on Capitol Hill. In addition, Dr. Bütz created the daylong conference that will be held September 21st, 2018 and sponsored by Montana Psychological Association, co-sponsored by Bighorn Valley Health Center and with CME's provided by University of North Dakota: *Behavioral Healthcare Mutuality: Primary Care Integration and Specialty Clinic Services.*

**Indian Health Board of Billings, Inc.**
*Billings, Montana*
Consulting Clinical Psychologist (Part-Time)
January 2009 to October 2010

Provided psychological assessments and therapeutic services which included initial interviews, individual, family and group psychotherapy, participated in treatment team meetings, served as a consultant to other community agencies, and provided in-service trainings to Indian Health Board personnel as well as other agencies at times.

**CARF (Commission on Accreditation of Rehabilitation Facilities)**
*Tucson, Arizona*
Surveyor
May, 2003 to January, 2008

As part of a survey team in the role of either an administrative or program surveyor, site surveys were conducted to gather information about an organization's programs and services. These surveys were conducted in a consultative fashion to determine the organization's conformance to CARF Standards. When determined appropriate, offered consultation to the organization during the survey process focused on program improvement as it relates to CARF Standards and best practices. In addition, worked in the capacity of a 'Beta Tester' for the software product that assimilates and coordinates surveys. It should be noted that surveyors are not full, or even part-time employees, rather they are employed on a survey-by-survey basis out of the cadre of available surveyors based on best fit with the survey to be conducted.

**Washington County Psychotherapy Associates, P.A./Cathance Psychological Services, P.A.**
*Machias, Maine*
Chief Operations Officer
Member of the Board of Trustees and Stockholder
September, 1999 to September, 2004

In this position, a substantial amount of the responsibilities centered directly on providing administrative and clinical oversight for the programs of WCPA/CPS. This included leading the agency's compliance committee and information technology department; as well as supervising psychologists (and overseeing their evaluations), social workers, licensed clinical counselors and substance abuse counselors, etc. One of the key elements of focus had been developing and implementing an array of information technology applications in order to work more effectively and efficiently. The applications were wide-ranging from straight-forward programming in a variety of languages, developing web sites, seeing to the implementation of a Wide Area Network (WAN) via a microwave link, the implementation of an electronic database, to project oversight (Our team served as 'Beta Testers' for both key software products used within the organization, and I lead the regional 'User's Group' for one of the products). Job duties also included leading accreditation and licensure efforts as WCPA became a CARF Accredited agency (Crisis Services) in the Fall of 2002, and has to it's credit spotless licensing visits in the Fall of 2000 and 2003 for outpatient services.

An assortment of services were delivered by WCPA ranging from populations that are literally "womb to tomb;" a brief list of these modalities and populations include crisis, family preservation, forensics (mainly child protection work), geriatric services, outpatient counseling and/or psychotherapy, psychiatry, school counseling, and residential services. The position required program development across this variety of programs as well as travel to a mixture of settings in rural Maine covering four counties. Since September of 1999, the organization has grown from an organization with sixty-five employees and a 2.5 million dollar budget to an organization that numbered one-hundred-eighty employees and had a 7.5 million dollar budget.

Clinical work included carrying a clinical caseload two days a week, with the provision of specialized assessments, some forensic work and long term psychotherapy. These assessments were anything from parental capacity evaluations to specialized dual diagnosis evaluations (developmental disabilities and mental illnesses) and behavioral management plans. The latter involved extensive coordination, record review, team building and education in order to produce successful outcomes; and was the impetus for the development of a program initiative entitled Catalist (A joint effort with the state of Maine's Department of Behavioral and Developmental Services (BDS))[1], a team-based concept to assess and provide services for high needs individuals who are dually diagnosed. In addition to these clinical duties, in a combined role as clinician and administrator several committees were attended at the state and local level such as child protective Multi-Disciplinary Teams, initiative meetings such as Safe Start, Safe Schools as well as such efforts as the Decreasing Barriers Committee (BDS) where colleagues worked to find and institute effective and cost-efficient methods of providing better services to the people of Maine.

***Bangor Mental Health Institute (BMHI)***
*Bangor, Maine*
Governance Board
August, 2003 to September, 2004

Bangor Mental Health Institute (BMHI) is one of two psychiatric state hospitals in Maine. Breaking with one hundred years of tradition to only include BMHI staff members or other members of the State's behavioral health staff, BMHI invited a handful of community providers on to the Governance Board in the summer of 2003. It was an honor to be included, and the Governance Board not only served in an oversight capacity, but also provided for institutional planning, establishing medical staff bylaws, and other such duties.

***University of Maine at Machias\****
*Machias, Maine*
Assistant Professor (Part-Time)
January, 2003 to October, 2004

---

1 This program was based, in essence, on the work conducted in Wyoming and our successful outcomes where seventy individuals were transitioned into community placements from institutional settings, with only one failure due to irrevocable physical complications.

The responsibilities of this position entailed teaching roughly one course a semester and assisting the university in developing curriculum that would meet the criteria for a Mental Health Rehabilitation Technician/Community (MHRT/C), a post-bachelors behavioral health certification in the state of Maine.

*UMM was Ranked 5th by U.S. News & World Report as a Top Public Comprehensive College in the Northern United States.*

**Behavioral Health Resource Locator**
*Machias, Maine*
Director of Systems Design
June, 2001 to September, 2004

In a partnership with other primaries of Washington County Psychotherapy Associates, P.A. we have dedicated ourselves to create an interactive web-based system for behavioral health clientele and providers. As part of this project my job duties had included designing and overseeing the setup and management of this interactive web site operation. At departure, there are two projects in the "works" and we are negotiating with another party on instituting web-based "real-time" service location systems.

**MentalHealthAccess.com™**
*Gardner, Maine*
Director of Systems Design
June, 2000 to June 2001

Is a partnership between John Shaw Jr., L.C.S.W. and Washington County Psychotherapy Associates, P.A. we had dedicated our energies toward creating web-based services for mental health clientele and providers. As part of this project, my job duties included designing and overseeing the setup and management of this interactive web site operation.

**Counseling and Family Services**
**Shoshone-Bannock Tribes, Fort Hall, Idaho**
Counseling and Family Services Program Manager
October, 1998 to September, 1999

This clinic represented the entire range of mental health services provided to Shoshone-Bannock Tribes of Fort Hall, Idaho. All mental health services provided to this population were rendered through this clinic and in close coordination with substance abuse services, which served a population of roughly 12,000 individuals of tribal heritage or their relation across a five county area in Southeastern, Idaho. Services included intakes, medication review and management, psychological evaluations, the provision of psychotherapy in a variety of modalities and forensic services for the Tribe. In addition, crisis services were also offered twenty-four hours a day, seven days a week; and the Program Manager lead this Crisis Response Team. This position entailed interfacing with all levels of local, state and federal governmental agencies across a vast array of disciplines including clinical, education, forensic and medical, etc. At the time of my departure, we were in the process of seeking CARF Accreditation and had been awarded *Most Improved Program*

within Tribal Health & Human Services for FY-1999.

**Cornerstone Behavioral Health,**
**a branch of Mountain Regional Services, Evanston, Wyoming**
Director of Child & Adolescent Services
May, 1995 to October, 1998

At this CARF and state accredited agency in rural Wyoming, duties included facilitating all aspects of child, adolescent and formerly substance abuse care (May, 1995 to September, 1996 as Director of Substance Abuse Services) in the facility (including grant writing). While busy in this regard, a heavy client load was also maintained with a variety of individuals in several different therapeutic modalities ranging from family therapy with children/adolescents and their parents, to working with developmentally delayed adults, adolescents and children in individual, family and group therapy. It should be emphasized, and continues to be somewhat uncommon, that in this organization the psychologist, or as in my case, senior psychologist, lead the treatment team in all aspects of care in both entities.

In addition to psychological evaluations conducted as part of mental health and developmental disability services, in- depth clinical and forensic assessments were performed on individuals. These services included a rotation schedule among senior psychologists where on a monthly basis a client who was particularly challenging to a regional provider was transported to the agency for 30 days or more, and a comprehensive assessment conducted to address the issues associated with this client's care – the final report often numbering between forty and one hundred pages in length. Also, each senior psychologist on staff worked as a consultant to other agencies with difficult therapy cases via videoconferencing as well as presenting training seminars on a variety of topics through that modality.[2]

Supervisory duties were, at the same time, also maintained as we had a staff of ten psychologists and interns, where licensure candidates and interns were supervised in our newly developed APPIC approved internship. Leading weekly seminar instruction was also part of the set of responsibilities for senior psychology staff. Management responsibilities included interfacing with a wide variety of agencies at the state and local level including, for example, being President of the local Child Protective Team involved with child protection work in region. During my tenure at this agency, it grew from an agency of one hundred and fifty employees to an agency of three hundred and fifty employees.

**Mountain Regional Services, Incorporated, Evanston, Wyoming**
Psychological Resident
July, 1994 to May, 1995

---

[2] The paper below, "Bridging the gap," documents our team's work in the state of Wyoming where seventy individuals were transitioned out of state institutions into community placements with only one failure due to irrevocable medical complications.

Holderegger, J., Fortune, J., Fortune, B. (2000). BRIDGING THE GAP: Telehealth in profoundly rural America. Paper given at the 11th International Association for Scientific Study of Intellectual Disabilities (IASSID), on August 3, 2000 Seattle, Washington.

Before working at Cornerstone, I worked at Mountain Regional Services, Inc. (an umbrella organization of which Cornerstone is one component) which provides a set of distinct services to developmentally delayed adults, adolescents and children. As part of those services, I did individual, couples, and group therapy with these clients and their families. There, the psychologist, or in my case at the time, psychology resident, lead the treatment team in working toward the goal of allowing the client(s) to live in the least restrictive environment possible.

### *Wyoming State Hospital, Evanston, Wyoming*
Co-director of Psychology and Adolescent Unit Psychologist
July, 1994 to May, 1995

Originally hired as the Adolescent Unit Psychologist, circumstances necessitated the Superintendent of the hospital to appoint myself, and the other Co-Director as the Chiefs of Psychology. Therefore, we were responsible for the administration and delivery of all psychological services at the 140 bed hospital. Services offered there included attending to the following units: adolescent, adult, forensic, and geriatric. And, services provided on those units included individual, family and group therapies as well as conducting intakes and psychological assessments; plus forensic assessments that ranged from adolescents presented as a Child In Need of Supervision (CHINS) to murder cases where the alleged murderer was pursuing a defense of Not Guilty by Reason of Insanity (NGI). All the while, we had obtained a listing in the APICC Directory for our internship, and my Co-Director and I were also primarily responsible for the supervision and training of two pre-doctoral interns. While there was continued attention to the Adolescent Unit, it was to a reduced degree given the time demands of the position.

### *Rivendell of Montana Day Hospital and Outreach Center, Billings, Montana*
Director
Clinical Director (July-September)
July, 1993 to July, 1994

This site, Billings, was a JACHO Accredited program and part of a larger network of services that extended throughout the state of Montana and nationally, that in the state included a continuum of modalities from inpatient to outpatient services. As director, I was responsible for all aspects of administration and treatment at the facility. Along with other duties, my task was to "retool" what had historically been a sixty-two bed inpatient hospital into include a wide variety of day hospital and outpatient services and make the facility profitable again. Accomplishing this goal, upon my resignation we had three successful new day hospital programs for children, adolescents and adults and some outpatient services that served Billings and the surrounding community within a sixty mile radius.

### *Rivendell Psychiatric Center, Billings, Montana*
Part-time Consulting Therapist
October, 1992 to July, 1993

My role was that of a primary therapist on some of the more difficult cases in the facility. There, I worked with the treatment team doing individual, family and group therapy, but also parenting

classes (most specifically focused on single-parent and blended family issues).

**Montana State University, Billings, Montana**
Acting Chair and Assistant Professor
January, 1992 to August, 1993

This was a tenure-track assistant professorship. The responsibilities of this position entailed teaching a full course load, supervised all aspects of undergraduate clinical fieldwork, and acted as the liaison for one of the local tribal colleges (Dull Knife) on the Northern Cheyenne Reservation. Outside of teaching the requisite courses, I was also named the Acting Chair during several periods of time as well as the last six months of my tenure for five full-time professors and two part-time professors. In addition, Psi Chi and the Psychology Club were my advisory responsibilities.

**Internships and Supervision**
*Post-doctoral - Wyoming State Hospital*
Psychological Resident, under the supervision of Kim K. Faulkner, Ph.D. (less than a year).
July, 1994 to May, 1995

*Post-doctoral - Rivendell of Montana, Montana State University, Billings & Aspen Counseling*
Psychology Intern, under the supervision of Richard D. Recor, Ph.D. (over a year).
October, 1992 to April, 1994

*Post-doctoral - Montana State University, Billings*
Psychology Intern, under the supervision of Robert F. Morgan, Ph.D. (over a year).
January, 1992 to May, 1993

*Pre-doctoral - National Asian American Psychology Training Center, San Francisco, California*
Psychology Intern, under the supervision of Eddie Ong, Ph.D., May Tung, Ph.D.,
and William Vlach, Ph.D.
January, 1991 to January, 1992

An NIMH training site, and fully accredited by the American Psychological Association, the National Asian American Psychology Training Center is housed in the Richmond Area Multi-Services (RAMS) community mental health clinic in San Francisco, California. There, the staff was multi-lingual and interdisciplinary, and roughly sixty-five percent of the population served was multi-ethnic. This particular site was one of two Asian-Focused clinics in the San Francisco Community Mental Health system. The training there included experiences in outpatient, inpatient (San Francisco General Hospital), day treatment, crisis clinic settings, community centers, and local public schools. Fifty percent or more of the hours there were devoted to direct care (therapy and assessment), while the rest of the time was spent in training on specific cultural and therapeutic issues.

*Internship - Pacific Graduate School of Psychology, Psychology Clinic, Palo Alto, California*
Psychology Intern, under the supervision of Ricardo Carrillo, Ph.D. and Robert F. Morgan, Ph.D.
September, 1989 to August, 1990

Work at this clinic involved seeing a broad range of clients in an outpatient setting doing therapy and assessment. An important amount of work was also performed in East Palo Alto, working there with the school district on assessments, and with community agencies in doing groups with "at-risk" adolescents. The responsibilities of this experience were later split between duties of doing intake work, seeing clients and clinic "business." Clinic "business" entailed work on such projects as research on therapy outcome, setting up different programs, and establishing procedures, i.e. Policy and Procedures for clinic operations, the Therapist's Procedures Manual, and the Field Placement Symposium.

*Internship - Kaiser Permanente Department of Psychiatry, Vallejo, California*
Psychology Intern, under the supervision of
Betty Majors, Ph.D., Bob Fisher, Ph.D. and Alex Nemeth, Ph.D.
September, 1988 to August, 1989

At this internship the primary focus was on substance abuse utilizing modalities such as individual, family and group therapies. In addition, a substantive amount of time was spent conducting neuropsychological assessments, crisis intervention, and couples therapy. The treatment focus was brief, i.e. twenty sessions or less. Seminars at this internship included neuropsychological assessment, family systems, psychodynamic therapy and Analytical therapy.

*Internship - San Francisco State University, Psychology Clinic, San Francisco, California*
Psychology Intern, under the supervision of Ruth Goldman, Ph.D., Doris Gilbert, Ph.D., and Bill Littel, Ph.D.
September, 1987 to June, 1988

Work at this clinic included individual therapy with adults and children, developmental assessments of kindergartners, and psychoeducational tutoring in a kindergarten classroom.

*Internship - San Francisco General Hospital, Forensic Unit, San Francisco, California*
Psychology Intern, under the supervision of Rosemarie Bowler, Ph.D. and Ann Agbiayi, O.T.
September, 1986 to May, 1987

As an undergraduate intern, I worked with the occupational therapists doing a variety of groups with some individual therapy clients. In addition to the general milieu one would expect on this type of unit, this was the first unit devoted to treating decompensating AIDS patients.

**Grant Writing Experience**
September of 2017, As part of my work at St. Vincent Healthcare co-authored grant through Montana Healthcare Foundation, an Integrated Behavioral Healthcare Implementation Grant. Title: *Utilizing Virtual Health Solutions to Address Behavioral Health Specialty Care in Primary Care Settings. Submitted October 2017 - $150,000 – FUNDED.*

January of 2016, As part of my work at St. Vincent Healthcare co-authored grant through U.S. Department of Health and Human Services, Health Resources & Services Administration (HRSA), Nurse Education, Practice Quality and Retention-Interprofessional Collaborative Practice Program:

Behavioral Health Integration. Title: *Integrated Behavioral Health Care in a Frontier State. Funded 2017 $500,000 – FUNDED.* See also:
http://billingsgazette.com/news/local/st-vincent-healthcare-aims-to-identify-patients-with-mental-health/article_b09cddfe-1d25-58f9-8203-d9c5c75e9087.html

*April of 2011, In Association with the Leadership of Montana Psychological Association*
American Psychological Association Practice Directorate, Emergency Legislative Grant
$7,700 to Support Legislative Efforts for Psychologists – *FUNDED.*

*March of 2011, In Association with the Leadership of Montana Psychological Association*
American Psychological Association Practice Directorate, Emergency Legislative Grant
$17,000 to Support Legislative Efforts for Psychologists – *FUNDED.*

*November of 2010, In Association with the Leadership of Montana Psychological Association*
American Psychological Association Practice Directorate, Legislative Grant
$30,000 to Support Prescription Privileges for Psychologists – *FUNDED.*

*December of 2008, In Association with the Leadership of Montana Psychological Association*
American Psychological Association Practice Directorate, Emergency Legislative Grant
$16,000 to Support Legislative Efforts for Psychologists – *FUNDED.*

**Teaching Experience**
*University of Maine at Machias; Machias, Maine*
Assistant Professor (Part-Time)
January, 2003 to October, 2004

Introduction to Behavioral and Community Health Systems (Fall 2003), Introduction to Psychology (Spring 2003), and Crisis Identification and Resolution (Spring 2004).

*Montana State University, Billings, Montana*
Assistant Professor (Full-Time)
January, 1992 to August, 1993

Abnormal Psychology (2), Adult Developmental Psychology, Cognitive Processes, General Psychology (2), Psychology Fieldwork (4 times) and Research Design in Psychology (2)

*San Francisco State University, San Francisco, California*
Teaching Assistant (Part Time)
September, 1987 to June, 1988

Introduction to Research Psychology for Sheila Zipf, Ph.D.
Introduction to Statistics for Bill Littel, Ph.D.

**Research and other academic pursuits**
*Nonlinear Dynamics Group - University of Utah Social Research Institute, Salt Lake City, UT.*
This is an ongoing interdisciplinary research group interested in nonlinear dynamics. We have been

working on models that describe family interactions integrating metaphor and mathematics from chaos and complexity theory.
February, 1996 to current

*Program Co-Chair, Montana Psychological Association Annual Meeting, Billings, Montana*
Together with two other psychologists, was responsible for all aspects of conducting the annual meeting for the association, including selecting papers, scheduling the sessions, and chairing the student paper forum with selected judges.
April, 1993

*Chair, Chaos theory research group of Montana State University, Billings, Montana*
As chair, I worked with ten other individuals on developing ideas devoted to chaos theory's integration into psychology. This included work on development, therapy, cross-cultural issues, paradigm shifts and education.
September, 1992 to August, 1993

*Research Assistant for Robert F. Morgan, Ph.D.*
*Pacific Graduate School of Psychology, Palo Alto, California.*
My task was to perform research on institutional difficulties, and various other projects including iatrogenic issues.
January, 1990 to August, 1990

*Clinical Judge, for Tracy Eells, Ph.D. at University of California, San Francisco, California*
Psychotherapy Study on the Role Relationship Model, one of the projects being conducted by Marty Horowitz, Ph.D. in his Program for the Study of Conscious and Unconscious Mental Processes.
January, 1990 to May, 1990

*Research Assistant for Doris Gilbert, Ph.D., at San Francisco State University, California*
Performed research on Borderline Personality Disorder, with an emphasis on the etiology of the disorder based on early trauma.
January, 1988 to May, 1988

**Publications**
Bütz, M. R., English, J.V. & Meyers, J.E. (in progress). *Test Raw Data, Science, Ignorance, and Sellouts: Preserving the Integrity of Psychological Assessment.* Manuscript submitted for publication.

Bütz, M. R. (in progress). *A process to determine child competency and Miranda warning capacity: A three-legged stool, the FIT-R, and Grisso's Miranda Instruments.* Unpublished manuscript.

Bütz, M. R., Clark, J., Roberts, C. (in progress). *Parental Alienation, a suggested re-unification protocol for an alienated child: Mindful of Interrelated Multidimensional Diagnoses.* Unpublished manuscript.

Bütz, M. R. (in progress). *Protecting Televideo Therapy Sessions in Parental Alienation and Other*

*Restricted Access Cases, During This Time of COVID-19 and Otherwise, When Practitioners with a Particular Expertise is Required.* Unpublished manuscript.

Bütz, M. R. and Miller, R.M. (in progress). *Interrelated Multidimensional Diagnoses Inventories©* (Factitious Disorder by Proxy and Parental Alienation). Unpublished, www.imd-i.org.

Bütz, M. R. and Rock, K. (in progress). *Interrelated Multidimensional Diagnoses Motions©* (Factitious Disorder by Proxy and Parental Alienation). Unpublished, www.imd-m.org.

Bütz, M. R. (2020). *Interrelated Multidimensional Diagnoses Checklists©* (Factitious Disorder by Proxy and Parental Alienation). Published online, www.imd-c.org.

Bütz, M. R. (2020). *Parental Alienation and Factitious Disorder by Proxy Beyond DSM-5: Interrelated Multidimensional Diagnoses.* Routledge Publishers: New York, New York.

Bütz, M. R. (in progress). *A structural model for the conceptualization and treatment of Obsessive-Compulsive Disorder.* Unpublished manuscript.

Bütz, M. R. (in progress). Challenges and diverse experiences: Perspective and seeing what others do not. In Chamberlain, L., *Lessons from the "Big Chair": What I've learned from a career as a psychotherapist*. Unpublished book chapter.

Bütz, M. R. (in progress). Reflections on Advocacy: Taking care of yourself, taking care of others, and taking care of our citizens. In Chamberlain, L., *Lessons from the "Big Chair": What I've learned from a career as a psychotherapist*. Unpublished book chapter.

Bütz, M. R. (2020). Behavioral healthcare and primary care, models of integration, and this modality's place in the continuum of services... *Mental Health and Family Medicine*, 16, 913-917.

Bütz, M. R. and Tynan, W.D. (2019). Integrating behavioral healthcare and primary care, appropriate balance on what model is driving care, and, the whole spectrum is coming through the door... *Journal of Clinical Psychology in Medical Settings,* DOI 10.1007/s10880-019-09679-3.

Bütz, M. R., Schwinn, C. and Chamberlain, L. (in progress). *Transforming Crisis Theory: Moving from stasis to developmental adaptation.* Manuscript in revision for publication.

Bütz, M. R. and Evans, F.B. (2019). Factitious Disorder by Proxy, Parental Alienation, and the Argument for Interrelated Multidimensional Diagnoses. *Professional Psychology: Research and Practice*, 50(6), 364-375. http://dx.doi.org/10.1037/pro0000250.

Bütz, M. R. (2019). Integrating healthcare requires caution. *The National Psychologist, 28* (1), 8-9.

Bütz, M. R. (2018). Integrating behavioral healthcare and primary care, and the necessity of

breaking the glass to preserve the HIPAA Privacy Rule and 42 CFR... *The Montana Psychologist*, 6-9, June, 2018.

Bütz, M.R. (September 24, 2017). Guest opinion: Reckless attempt to repeal Affordable Care Act. *Billings Gazette*: Billings, Montana.

Bütz, M.R. (June 25, 2017). Guest opinion: Guest opinion: Reform' could leave Montanans uncovered. *Billings Gazette*: Billings, Montana.

Bütz, M.R. (March 18, 2017). Guest opinion: Congress should extend behavioral health care. *Billings Gazette*: Billings, Montana.

Bütz, M. R. (2017). *Nonlinear dynamics retrospective impact on psychological theory and practice, and, a roughed out formula for crises.* Requested book chapter for *quaderni di matematica (vol. 29), Overlapping of Mathematics and Humanities.* Aracne editrice International: Rome, Italy/Goodyear, Arizona.

Bütz, M. R. (January 6, 2017). Guest Opinion: Cures Act will boost U.S. mental health care. *Billings Gazette*: Billings, Montana.

Bütz, M. R. (December 22, 2016). Guest Column: Thank congressmen for 21st Century Cures Act. *Missoulian:* Missoula, Montana.

Bütz, M. R. (December 20, 2016). Featured: Thank you, Congressmen, for 21st Century Cures Act. *Independent Record:* Helena, Montana.

Bütz, M. R. (July 15, 2016). Featured, Opinion: Zinke votes for Montana in supporting mental health bill. *Billings Gazette*: Billings, Montana.

Bütz, M. R. (July 13, 2016). Mental health bill a major step forward. *Bozeman Chronicle:* Bozeman, Montana.

Bütz, M. R. (July 10, 2016). Mental health bill is a major step forward for U.S. *Great Falls Tribune:* Great Falls, Montana.

Bütz, M. R. (2016). Congressman Zinke Co-Sponsors the *Families in Mental Health Crisis Act, Medicare Mental Health Access Act* and grants an interview to describe these important decisions. *The Montana Psychologist,* Spring-Summer Issue, 4-7.

Bütz, M. R. (2016). *Nifty Tool and Your Strategic Plan – all in one: SAMHSA-HRSA Center for Integrated Health Solutions. The Montana Psychologist,* Winter Issue, 8-10.

Montana Psychological Association. (2016). *Mental Health Professional Person Field Manual*

(Second Edition). Helena, Montana: Montana Psychological Association.

Bütz, M. R. (2014). Dealing with the reality of the DSM-5, clinically and ethically. *The National Psychologist,* 23(4), 17.

Bütz, M. R. (2013). DSM-5, A Statement - Scientific Enough? *The Montana Psychologist,* Winter Issue, 10-11.

Bütz, M. R. (2013). Let the Buyer Beware: Psychological Assessments… *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2012). Legislative Column: *Open Letter to other professionals on psychological assessment. The Montana Psychologist,* Fall Issue.

Bütz, M. R. (2012). They're coming, they're coming; and they're not the British – or are they? The DSM-5 and the ICD-10. *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2012). President's Column: *Where do we stand among state and territorial associations, and the state of our association… The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2012). Legislative Column: *Legislative work is messy but is on the front line for educating decision makers; where just a few can make a big difference! The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2011). President's Column: A great deal accomplished out of sight, inherited privilege and a bit of fun… *The Montana Psychologist,* Winter Issue.

Bütz, M. R. (2011). Practice Guidelines, the DSM-IV-TR, APA's Guidelines, and Other Developments Like the DM-ID, PDM, etc. *The Montana Psychologist,* Fall Issue.

Bütz, M. R. (2011*). Including Psychopharmacology with a Mind Toward Integrated Practice, and Noted Cautions. The Montana Psychologist,* Fall Issue.

Bütz, M. R. (2011). President's Column: The Future, and the Courage to be a Part of it… *The Montana Psychologist,* Fall Issue.

Bütz, M. R. (2011). Legislative Column: Service and Involvement… *The Montana Psychologist,* Fall Issue.

Bütz, M. R. (2011). President's Column: Strong Work within Leadership, and Then Considering a Difference that Makes a Difference… *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2011). A long legislative session… *The Tablet,* 12(2), 23-27.

Michael R. Bütz, Ph.D.                    15

Bütz, M. R. (2011). State Leadership Conference 2011. *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2011). Legislative Column: A long legislative session… *The Montana Psychologist,* Spring Issue.

Ostler, S. and Bütz, M.R. (2011). *Cub Scout Day Camp Director's Guide, Black Otter District, Montana Council* (3rd Edition). Unpublished Manual for Administrative Use.

Bütz, M.R. (2011). Introduction for: A funny thing happened on the way to the State House: How psychopharmacology training can decrease meds and CBT referrals. *The Tablet*, 12(1), 16-18.

Bütz, M. R. (2010). More insights from Dr. Rogers and his colleagues: Cautions on Malingered Neurocognitive Dysfunction. *The Montana Psychologist,* Winter Issue.

Bütz, M. R. (2010). President's Column: Direction, or Directions… *The Montana Psychologist,* Winter Issue.

Bütz, M. R. (2010). President's Column: Compromise, Conflict and Duty… *The Montana Psychologist,* Fall Issue.

Ostler, S. and Bütz, M.R. (2010). *Cub Scout Day Camp Director's Guide; Black Otter District, Montana Council* (2nd Edition). Unpublished Manual for Administrative Use.

Pecarina, T., Bütz, M.R. and Smith, E. (2010). *Camp Ranger Guide & Responsibilities, Cub Scout Day Camp; Black Otter District, Montana Council*. Unpublished Manual for Administrative Use.

Bütz, M. R. (2010). President's Column: We are Psychologists, first and foremost… *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2010). President's Column: Charting a course with the wind at our backs, by sharing a common mission, vision, and set of values. *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2010). Legislative Column: Follow-through is everything! Did, you, get the message out? *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2009). Legislative Column: Actions speak louder than words… *The Montana Psychologist,* Winter Issue.

Bütz, M. R. (2009). Legislative Column: As Our Nation Debates Costs: What of Quality and Standards? *The Montana Psychologist,* Fall Issue.

Bütz, M. R. and Watson, G. (2009). State Leadership, and Washington, D.C. *The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2009). Legislative Column: Embattled, A Good Place to Be… *The Montana Psychologist,* Spring Issue.

Bütz, M. R., Evans, F.B., Webber-Dereszynski, R. (2009). A practitioner's complaint and proposed direction: Munchausen Syndrome By Proxy, Factitious Disorder By Proxy and Fabricated and/or Induced Illness in Children. *Professional Psychology: Research & Practice*, 40(1), 31-38.

Bütz, M.R. (February 18, 2009). Opinion Editorial: MONTANA IN CRISIS - MONTANA HAS HIGHEST SUICIDE RATE IN THE COUNTRY. *Billings Gazette*, Opinion Page.

Bütz, M. R. (2008). Legislative Column: Intervention with a Capital "I". *The Montana Psychologist,* Fall-Winter Issue.

Bütz, M. R. (2008). The Evolution of Prescription Privileges: Maintaining *Responsible* Choices. *The Tablet,* 9(4), 6-8.

Bütz, M. R. (2008). Legislative Column: Asking questions, and planting seeds*. The Montana Psychologist,* Spring Issue.

Bütz, M. R. (2008). Legislative Column: Promises made, promises kept. *The Montana Psychologist,* Winter Issue.

Bütz, M. R. (2007). *The Next Generation of Heroes and Heroines.* Bloomington, IN: AuthorHouse.

Bütz, M. R., and Freestone, A., Brooks, K. and Connors, W. (2007). *Information Technology Primer for Healthcare Leadership.* Book Proposal.

Bütz, M. R. (2007). Legislative Column: So, what happened in 2007? *The Montana Psychologist,* June Issue.

Montana Psychological Association. (2007). *Mental Health Professional Person Field Manual.* Helena, Montana: Montana Psychological Association.

Bütz, M. R., Patenaude, W., Watson, G., Micken, S. and Wangen, M. (2007). 56 Days in Montana: Exceeding expectations in prescriptive authority when the opportunity arises. *The Clinical Practitioner*, 2(3), 15-18.

Bütz, M. R. (2007). Legislative Column: Stepping across the creek. *The Montana Psychologist,* March Issue.

Bütz, M. R. (2006). Legislative Column: 'Buckle up!' *The Montana Psychologist, December*.

Bütz, M. R. (2006). Legislative Column: Just some basics… *The Montana Psychologist, September*.

Bütz, M. R. (2006). Legislative Column: Picking Up Momentum, and A Must Read… *The Montana Psychologist, June*.

Bütz, M. R. (2006). Legislative Column: A few reports, and a pat on the back. *The Montana Psychologist, March*.

Bütz, M. R. (2005). Legislative Column: 'Wakie, Wakie…' *The Montana Psychologist, December*.

Bütz, M. R. (2005). Legislative Column. *The Montana Psychologist, September*.

Bütz, M. R. (2005). The Evolution of Prescription Privileges: Maintaining *Responsible* Choices. *The Montana Psychologist, June, 3-5*.

Bütz, M. R. and Connors, B. (2004). IT's a two way street: Boards and Executive Management's interrelationships in information technology. *National Council News,* XXVII (11), 15.

Bütz, M. R. and Connors, B. (2004). Every CEO should know IT; That is Information Technology, and its integration with an Electronic Medical Record . *National Council News,* XXVII (7), 16-17.

Connors, B and Bütz, M. R. (2004). Don't dismiss executive's role in EMR implementation. *Behavioral Health Management*, 24(1), 58-60.

*Bütz, M.R., Bowling, J. B., Bliss, C. A. (2000). Psychotherapy with the mentally retarded: a review of the literature and second call for research. *Professional Psychology: Research & Practice*, 31 (1), 42-47.

\* Cited in American Psychological Association's *Guidelines for Assessment of and Intervention With Persons With Disabilities* (2011).

Bütz, M.R. (1999). Basic considerations in assessing under-represented people. *The Idaho Psychologist,* Winter 98/99.

Bütz, M.R. (1998). Ethics, one issue at a time: Claiming a specialization. *The Wyoming Psychologist*, XVII (October), 2-3.

Bütz, M. R., Carlson, M. J., Carlson, J. (1998). Self-organization and symbolic representation in family systems. *The Family Journal*, 6(2), 106-115.

Chamberlain, L., Bütz, M. R. (1998). *Clinical chaos, a therapist's guide to nonlinear dynamics and therapeutic change*. Philadelphia, PA: Brunner/Mazel.

Bütz, M. R., Chamberlain, L., McCown, W. G. (1997). *Strange attractors: chaos, complexity and the art of family therapy.* New York: John Wiley & Sons. (See review in *Contemporary Psychology,* Vol. 43 (4), pp. 270-271 & *Nonlinear Dynamics, Psychology and Life Sciences*, Vol. 2 (3), pp. 253-259).

Bütz, M. R. (1997). *Chaos and complexity, the implications for psychological theory and practice*. Washington, D. C.: Taylor & Francis.

Bütz, M. R. (1995). Emergence in Neurological Positivism, and the algorithm of number in Analytical Psychology. In Robertson, R. and Combs, A. (Eds.), *Chaos theory in psychology and the life sciences.* New Jersey: Lawrence-Erlbaum.

Bütz, M. R., Duran, E., Tong, B. D. (1995). Cross-cultural approaches to chaos, and chaos theory.  In Robertson, R. and Combs, A. (Eds.), *Chaos theory in psychology and the life sciences.* New Jersey: Lawrence-Erlbaum.

Bütz, M. R. (1994). Psychopharmacology, psychology's Jurassic Park? *Psychotherapy*, 31 (4), 692-699.

Bütz, M. R. (1995). Hegemonic therapy, not recognizing the symbol: a case study of a Russian family's attempt to self-organize. *Journal of Family Psychotherapy*, 6 (2), 33-48.

Bütz, M. R. (1995). Chaos theory, philosophically old, scientifically new. *Counseling and Values*, 39, 84-98.

Bütz, M. R. (1995). *Teleconferencing as an adjunctive therapy for rural sites, preliminary comments.* Unpublished manuscript.

Bütz, M. R. (1994). Emergence in Neurological Positivism, and the algorithm of number in Analytical Psychology. *Contemporary Psychodynamics*, 1(1).

Bütz, M. R., Austin, S. (1993). Management of the adult impulsive client: identification, timing and methods of treatment. In McCown, W.G., Johnson, J. L., Shure, M. B. (Eds.), *The impulsive client: theory, research and treatment.* Washington, D. C.: American Psychological Association.

Bütz, M. R. (1993). Chaos theory's implications for psychological transformation: process, perspective and symöbia. *Studies in Psychoanalytic Theory*, 2, 3-18.

Bütz, M. R. (1993). Practical application of chaos theory to the psychotherapy process. *Psychological Reports*, 73, 543-554.

Bütz, M. R. (1993). Systemic family therapy and symbolic chaos. *Humanity & Society*, 17(2), 199-221.

Bütz, M. R. (1993). The vampire, a metaphor for working with abuse. *American Journal of Orthopsychiatry*, 63(3), 426-431.

Bütz, M. R. (1993). Looking for unification? Remember chaos theory? *The Social Dynamicist*, 4(1), 8-9.

Bütz, M. R. (1992). *The necessary chaos of development: chaos theory and a new symbolic developmental paradigm.* (Doctoral Dissertation, Wright Institute, 1992). University Microfilms International, 54(2), p. 1075.

Bütz, M. R. (1992). The fractal nature of the development of the Self. *Psychological Reports,* 71, 1043-1063.

Bütz, M. R. (1992). Chaos, an omen of transcendence in the psychotherapy process. *Psychological Reports,* 71, 827-843.

Bütz, M. R., Morgan, R. F.  (1992). Chaos theory, and theories of successful aging: Prigogine's dissipative structures. *The Social Dynamicist*, 3(2), 1-2.

Bütz, M. R. (1991). Fractal dimensionality and paradigms. *The Social Dynamicist,* 2(4), 4-7.

Bütz, M. R., Duran, E., Tong, B.D., Tung, M. (1991). Older civilizations and chaos theory: concern about horses, tigers and their relation to Heraclitus. *The Social Dynamicist*, 2(4), commentary section.

Bütz, M. R. (1991). Negotiation as a therapeutic tool in couples therapy. *Mediation Quarterly (Now referred to as Conflict Resolution Quarterly)*, 8(3), 211-223.

**Delayed Works in Progress**
Bütz, M. R. (WIP). *Developmental amnesia and the neurobiology of fear: The case study of J.K., a fearful child, lost in time and space.* Unpublished Manuscript.

Bütz, M.R. & Duran, E. (WIP). *Chronic Systemic Instability and the Indian Reorganization Act of 1934.* Unpublished manuscript.

Bütz, M. R. and Woodward, K. (WIP). *The Behavioral Healthcare Balancing Act: An "Incomplete" Outline the Systems' History – Past 25 Years.* Unpublished Manuscript.

Bütz, M. R. (WIP). *The argument for a dimensional reality: The case study of J.K., a fearful child, lost in time and space.* Unpublished Manuscript.

Bütz, M. R. (WIP). *Lies, and damn lies: Evidence Based Practices.* Unpublished Manuscript.

Bütz, M.R., Bliss, C. A., Bowling, J. B. (WIP). *Psychodynamic psychotherapy with the mentally retarded.* Unpublished manuscript.

Recor, R. D., Bütz, M. R. (WIP). *Rural psychology: differences in culture, differences in therapy.* Unpublished manuscript.

**Presentations**
Below are a list of International, national and regional presentations, symposia and workshops. Via consultation and other means, numerous other presentations have been made on my work with children and adolescents as well as with the developmentally disabled at the state and local level that have been omitted here to conserve space.

Bütz, M.R. (*2021, May 21*). Munchausen's Syndrome by Proxy/Factitious Disorder by Proxy *: Interrelated Multidimensional Diagnoses.* Zoom One-Hour Workshop via Zur Institute, www.zurinstitute.com

Bütz, M.R. (*2021, April 16*). *Parental Alienation, an Introduction to Interrelated Multidimensional Diagnoses.* Zoom One-Hour Workshop via Zur Institute, www.zurinstitute.com

Bütz, M.R. (*2021, February 3*). *Brown Bag - Conducting a Proper Mental Status Interview.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, December 16*). *Clinical Staffing... Recognizing Seizure Disorders.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2021, January 6*). *Brown Bag - Assessing Danger to Self or Others.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, December 16*). *Clinical Staffing... Recognizing Seizure Disorders.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, December 2*). *Brown Bag - Ethics, Mandated Reporting, and Dangerous Patients...* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, November 20*). *Parental Alienation, an Advanced Course in Interrelated Multidimensional Diagnosis.* Zoom Six-Hour Workshop via Meetings Northwest, www.imdregistration.org

Bütz, M.R. (*2020, November 4*). *Brown Bag – Psychosis and Substance Induced Psychoses...* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, October 7*). *Brown Bag - Assessing Suicidal Risk 3 of 3.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, September 18*). *Parental Alienation, an Interrelated Multidimensional Diagnosis.* Zoom Four-Hour Workshop via Meetings Northwest, www.imdregistration.org

Bütz, M.R. (*2020, September 2*). *Brown Bag - Assessing Suicidal Risk 2 of 3.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, August 19*)  *Brown Bag - Assessing Suicidal Risk 1 of 3.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, July 15*). *Reading and Understanding Psychological Assessments: What Should be in Them and Basic Training for the Work.* Presented at St. Vincent Healthcare Behavioral Health Associates Clinical Staffing, Billings, Montana.

Bütz, M.R. (*2020, July 1*). *Adverse Drug Reactions and Co-Occurring Substance Abuse/Mental Health Diagnoses. (Session 2).* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, June 3*). *Adverse Drug Reactions and Co-Occurring Substance Abuse/Mental Health Diagnoses. (Session 1).* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, May 20*). *Identification of Dementia.* Presented at St. Vincent Healthcare Behavioral Health Associates Clinical Staffing, Billings, Montana.

Bütz, M.R. (*2020, May 6*). *How to see systems: Baumrind's parenting styles and Olson's Circumplex Model. (Presentation 3 of 3).* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, February 28*). *Munchausen's Syndrome by Proxy, Factitious Disorder by Proxy, Related Conditions, and Proposed Interrelated Multidimensional Diagnoses.* Presented at St. Vincent Healthcare Grand Rounds, Billings, Montana.

Bütz, M.R. (*2020, March 4*). *Interrelated Multidimensional Diagnoses, Relational Problems, and DSM Diagnoses; what's the difference? (Presentation 1 of 3).* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2020, January 18*). *Parental Alienation, an Interrelated Multidimensional Diagnosis.* Presented to Crossway Counseling as a one-day workshop, Billings, Montana.

Bütz, M.R. (*2020, January 15*). *Munchausen's Syndrome by Proxy, Factitious Disorder by Proxy, Related Conditions, and Proposed Interrelated Multidimensional Diagnoses.* Presented at St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2019, November 30*). *Suicidal Behavior: Information, Risk and Management.* Presented at St. Vincent Healthcare Grand Rounds, Billings, Montana.

Bütz, M.R., Invited Address (*2019, August 29*). *Crisis Shelters and Systems Overview for Yellowstone County Commissioners*, Billings, Montana.

Bütz, M.R. (*2019, August 28*). *Fielding Phone Calls and Managing the Front Desk in Behavioral Health.* Presented St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R., Panelist (*2019, April 26*). *Round Table Discussion with Congressman Gianforte on Suicide and Behavioral Health*, Billings, Montana.

Bütz, M.R. (*2019, March*). *Suicidal Behavior: Information, Risk and Management.* Presented St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2018, December-2019, February*). *Reconceptualizing Obsessive Compulsive Disorder, and Cluster C Personality Functioning.* Presented St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R., Hamilton, E., Nordstrom, T. and Ryan, E. (*2018, September*). *Mutuality of Services: Primary Care Integration and Specialty Clinics.* Presented at Montana Psychological Association Fall Conference on *Behavioral Healthcare Mutuality: Primary Care Integration and Specialty Clinic Services*, Doubletree Inn Billings, Montana.

*Created Conference:*
Bütz, M.R., Epperly, T., Hamilton, E., McArthur, L., Nordstrom, T. and Ryan, E., Tynan, W.D. (*2018, September*). *Behavioral Healthcare Mutuality: Primary Care Integration and Specialty Clinic Services.* Presented by Montana Psychological Association in co-sponsorship with Bighorn Valley Health Center at Montana Psychological Association Fall Conference, Doubletree Inn, Billings, Montana.

Bütz, M.R. (*2018, August*). *Health, Well-Being and Behavioral Healthcare.* Presented St. Vincent Healthcare Mansfield Center, Billings, Montana August 16, 2018.

Bütz, M.R. (*2018, August and July*). *The Nature of Crises, Defenses & Nonlinear Dynamics.* Presented St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2018, June and May*). *Transformation of DSM-IV-TR Anxiety Disorders into DSM-5*

*Anxiety and Trauma Disorders.* Presented St. Vincent Healthcare Behavioral Health Associates Monthly Inservice, Billings, Montana.

Bütz, M.R. (*2016, June*). *Helping Families in Mental Health Crisis Act of 2016.* Presented on KULR Television News Billings, Montana June 17, 2016.

Bütz, M.R. (*2012, December*). *Psychologist says children need assurance after Connecticut shootings.* Presented on KTVQ Television News Billings, Montana December 14, 2012.

Matranga, J., Carlat, D.J. and Bütz, M.R. (*2011, March*). *Introduction for: A funny thing happened on the way to the State House: How psychopharmacology training can decrease meds and CBT referrals.* Presented as a joint session at the American Psychological Association State Leadership Conference and American Society for the Advancement of Psychopharmacology's (Division 55) Midwinter Conference, Washington, D.C.

Bütz, M.R. (*2009, October*). *Forensic assessment and mental competency.* Presented at the Office of the State Public Defender Annual Conference, Helena, Montana.

Bütz, M.R. (*2009, April*). *The idea of a 'just right' crisis: The ongoing dance of development between children, their care providers and their families.* Montana Department of Public Health and Human Services Spring Public Health Conference, *Public Health: New Frontiers for a Healthy Montana*, Billings, Montana.

Bütz, M.R. (*2009, April*). *Heroes and complex science: The future of psychology.* Guest Lectures at San Francisco State University's College of Behavioral and Social Sciences, San Francisco, California.

Bütz, M.R. (*2009, April*). *Heroes and complex science: The future of psychology.* Colloquia given at Argosy University, Phoenix, Arizona.

Stuart, P., Sutherland, E., Marquez, M., Tulkin, S., Bütz, M., and Wyatt, M. (*2008, August*). *Prescribing psychologists: A new resource for behavioral health.* Presented at the Indian Health Services/Substance Abuse and Mental Health Services Administration National Behavioral Health Conference in Billings, Montana.

Bütz, M. R. (*2008, June*). *The Next Generation of Heroes and Heroines* –Brief Presentation and Book Signing. Presentation was given at Barnes & Noble, Billings Montana.

Bütz, M. R. (*2008, April*). *Understanding Personality Disordered individuals: And, how to work with them.* Presentation was requested by Montana's Vocational Rehabilitation Program, and conducted at the Best Western, Kwa Taq Nuk Resort, in Polson, Montana.

Bütz, M. R. (*2007, October*). *Developing behavioral plans for aggressive clients in Montana.* Workshop was sponsored by Lorman Educational Services and will be presented at the Billings Hotel and Convention Center in Billings, Montana.

Bütz, M. R., Chamberlain, L.L., and Morgan, R. F. (*2007, August*). *Transformation Through Crisis: Finding Opportunity in the Midst of Danger.* Symposium was presented at the American Psychological Association National Convention in San Francisco, California.

Bütz, M. R., Schwinn, C. K. and Chamberlain, L.L. (2006, August). *Transforming Crisis Theory in Behavioral Healthcare: Stasis to developmental adaptation.* Symposium was presented at the American Psychological Association National Convention in New Orleans, Louisiana.

Bütz, M. R. (July 2006). *Understanding the behavioral health needs of Developmentally Disabled young people.* Presentation given to staff members of Youth Dynamics, Inc. in Billings and throughout their sites in central and eastern Montana.

Bütz, M. R. and Others. (2006, April). *Autism and Asperger's: Resources and Strategies*. Day long presentation will be sponsored by Parents Let's Unite for Kids (PLUK) and will be conducted in Billings, Montana.

Bütz, M. R. (2006, February). *Understanding the behavioral health needs of the developmentally disabled.* Presentation given staff members of DPHHS, Developmental Disabilities Department, Billings, Montana.

Bütz, M. R. (2005, June). *Numbers can be deceiving: Obsolete instruments, the Flynn Effect, and True Scores...* Presentation given to STEP, Inc., Billings, Montana.

Bütz, M. R. (2005, March). *Heroes of the Next Generation.* Presentation given to Middle School at Parochial Schools, Billings Catholic Schools, Billings, Montana.

Bütz, M. R. (2004, November). *Transformative Crisis Intervention.* Presentation given to Youth Dynamics, Inc. Clinical Staff, Billings, Montana.

Bütz, M. R. (2004, August). *The Power of Positive Behavioral Management.* Presentation given to the Developmental Disabilities Crisis Teams for the State of Maine, Skowhegan, Maine.

Bütz, M. R., Schwinn, C. K., Whalen, D. and Kesselring, K. (2004, July). *Crisis theory in behavioral health: Danger may be an opportunity, bifurcated adaptation.* In Bütz, M. R. (Chair) Society for Chaos Theory in Psychology & Life Sciences 14th Annual International Conference, Milwaukee, WI.

Bütz, M. R. (2004, March). *What every CEO and COO should know.* In T. Trabin (Chair) Informatics Summit, Annual Training Conference of the National Council for Community Behavioral Healthcare in New Orleans, Louisiana.

Bütz, M. R., Connors, B. (2003, October). *What every CEO and COO should know.* Sequest Technologies Annual User's Conference in Lombard, Illinois.

Bütz, M. R., Connors, B. (2002, October). *How to benefit from a user's group.* Sequest Technologies Annual User's Conference in Lombard, Illinois.

Bütz, M. R. (2002, June). *Co-Occurring Disorders.* Presentation given at the WCPA Annual Conference in Calais, Maine.

Bütz, M. R., et.al. (2002, June). *Panel Discussion: Licensing Issues in the State of Maine*. State Licensing Departments Training Meeting in Waterville, Maine.

Bütz, M. R. (2002, May). *Crisis as an opportunity.* Presentation given at the WCPA Crisis Services Annual Conference in Milbridge, Maine.

Bütz, M. R. (2002, May). *Development of Personality Structure - Implications for Crises.* Presentation given at the WCPA Crisis Services Annual Conference in Milbridge, Maine.

Bütz, M. R. (2001, September). *The ethics of rural practice, a multicultural exchange.* Presentation given at the WCPA Annual Conference in Machias, Maine.

Bütz, M. R. (2000, September). *Understanding Attention Deficit Hyperactivity Disorder, many considerations in diagnoses.* Presentation given at the Washington County Consortium "Harvest Of Ideas" in Machias, Maine.

Bütz, M. R., Swift, L. (2000, September). *Safe Schools and making use of behavioral health providers in a new environment.* Presentation given at the Washington County Consortium "Harvest Of Ideas" in Machias, Maine.

Bütz, M. R. (2000, March). *Complexity of ethical considerations.* Presentation given at the WCPA Annual Conference in Ellsworth, Maine.

Bütz, M. R., Bliss, C. A. (1998, November). *Psychotherapy with the mentally retarded: reviewing the literature, considering practice and advancing the research.* Presentation given at NADD Annual Conference in Albuquerque, New Mexico.

Bütz, M.R. (1998, August). *Clinically speaking, working with the notions of chaos, complexity and nonlinear dynamics: Exploring multiple modalities of therapeutic practice*. Workshop presented at the International Society for Chaos Theory in Psychology and Life Sciences: Boston, MA.

Bütz, M.R. (1997, August). The constant chaos of the new family: adding order amidst the fray. In M.R. Bütz (Chair), *Shifting from chaos toward order: crucial times for contemporary families*

presented at the American Psychological Association National Convention, Chicago, IL.

Bütz, M.R. (1997, March). *Children and parenting: making sense of your children's behavior by clarifying the context of your family.* Paper presented as part of Intermountain Health Care's Lite Lunch Series at Evanston Regional Hospital, Evanston, WY.

Bütz, M.R. (1996, October). Panel discussant. Jackson, M. J. (Chair), *Who we are and what we do*, presented at the National Health Service Corps Annual Conference, Regions VIII, IX, & X: Denver, CO.

Bütz, M. R. (1996, August). New families and new challenges: coherence and adaptation in chaos and complexity. In Bütz, M. R. (Chair), *Moving from chaos toward order: critical times for contemporary families,* presented at the American Psychological Association National Convention, Toronto, Ontario, Canada.

Bütz, M. R. (1996, June). Panel discussant. Chamberlain, L. (Chair), *Clinical chaos: nonlinear models in mental health research and practice,* presented at the International Society for Chaos Theory in Psychology and Life Sciences: Berkeley, CA.

Bütz, M. R. (1996, June). Panel discussant. Robertson, R. (Chair), *A sense of wonder: philosophical issues of chaos/complexity in the study of mind,* presented at the Society for Chaos Theory in Psychology and Life Sciences: Berkeley, CA.

Bütz, M. R. (1996, March). Communities and adaptation: coherence, chaos and complexity. In Chamberlain, L. (Chair*), Chaos and change in couples, families and communities: implications of nonlinear dynamics for systemic transformation.* symposium presented at the 27th Annual Mid-Winter Convention, Scottsdale, Arizona.

Bütz, M. R. (1995, November). Chaos, the ancient symbol of human change: chaos theory's implications for psychological theory and therapy. Invited workshop given at the American Academy of Psychotherapists Annual Institute and Conference entitled *Containing the chaotic: preserving the integrity of the creative psychotherapist,* San Francisco, California.

Bütz, M. R. (1995, August). Self-organization and spirituality in chaotic systems: how a therapist understands the changing symbols. In McCown, W.G.(Chair), *Chaos, complexity, spirituality, and self-organization: contemporary implications for family therapy* (Cassette Recording 95-227*),* symposium presented at the American Psychological Association National Convention, New York, New York.

Bütz, M. R. (1994, August). Case material from a self-organizing perspective: a family's ability to transcend. In Chamberlain, L. (Chair), *Chaos theory and the family*, a symposium presented at the American Psychological Association National Convention, Los Angeles, California.

Bütz, M. R., Recor, R. D. (1994, April). *Rural psychology: differences in culture, differences in therapy.* Paper presented at the Montana Psychological Association Annual Meeting, Great Falls, Montana.

Bütz, M. R. (1994, March). Psychopharmacology: psychology's Jurassic Park? Scene one. In Bütz, M. R. (Chair), *Psychopharmacology: psychology's Jurassic Park?,* symposium presented at the 25th Annual Mid-Winter Convention, Phoenix, Arizona.

Bütz, M. R. (1994, February). Chaos in the family. Paper presented at the "Grand Rounds" for Rivendell Psychiatric Center, Billings, Montana.

Bütz, M. R. (1993, September). Practical application of chaos theory to the psychotherapy process. Paper presented at the "Grand Rounds" for Rivendell Psychiatric Center, Billings, Montana.

Bütz, M. R. (1993, August). Chaos theory and familial dynamics: what does it look like? In Bütz, M. R. (Chair), *Chaos theory and the family: practical applications - research and practice,* symposium presented at the American Psychological Association National Convention, Toronto, Ontario, Canada.

Bütz, M. R. (1993, August). *Psychopharmacology: psychology's Jurassic Park?* Paper presented at the Annual Conference of the Society for Chaos Theory in Psychology, Toronto, Ontario, Canada.

Bütz, M. R. (1993, April). Inability to self-organize and hegemonic therapy: not recognizing the symbol. In Bütz, M. R. (Chair), *Chaos theory and the family: clinical tales of butterfly effects and self-organization,* symposium presented at the Joint Annual Convention of the Western Psychological Association and the Rocky Mountain Psychological Association, Phoenix, Arizona.

Bütz, M. R. (1993, April). *Continuum of cooperation: chemical self-organizations, artificial life, and symbolic representations.* Paper presented at the Joint Annual Convention of the Western Psychological Association and the Rocky Mountain Psychological Association, Phoenix, Arizona.

Plant, J., Bütz, M. R. (1993, April). *The influence of chaos theory on neurology and brain function.* Paper presented at the Joint Annual Convention of the Western Psychological Association and the Rocky Mountain Psychological Association, Phoenix, Arizona.

Bütz, M. R. (1993, April). *Single-Parent groups, an initial protocol.* Paper presented at Montana Psychological Association's Annual Meeting, Billings, Montana.

Bütz, M. R. (1993, April). *Chaos theory and its implications for clinicians.* Paper presented at Montana Psychological Association's Annual Meeting, Billings, Montana.

Recor, R. D., Bütz, M. R. (1993, April). *Paraprofessional training: preparing for healthcare reform with psychological assistants.* Paper presented at Montana Psychological Association's Annual

Meeting, Billings, Montana.

Bütz, M. R. (1992, August). Chaos theory, philosophically old, scientifically new. In Bütz, M. R. (Chair), *Chaos theory's implications for a cross-cultural perspective*, symposium presented at the American Psychological Association National Convention, Washington, D. C..

Bütz, M. R. (1992, August). Systemic family therapy and symbolic chaos. In McCown, W. G. (Chair), *Chaos theory and family therapy - a new unifying paradigm?*, symposium presented at the American Psychological Association National Convention, Washington, D. C..

Bütz, M. R. (1992, August). Chaos theory's implications for psychological transformation: process, perspective and symöbia. In Vandervert, L. (Chair), *Chaos theory in a historical and philosophical perspective: initial translations,* symposium presented at the American Psychological Association National Convention, Washington, D. C..

Bütz, M. R. (1992, August). *Beyond explication of fractal dimensionality: the paradigms afoot in science and psychology*. Paper presented at the Annual Conference of the Society for Chaos Theory in Psychology, Washington, D. C..

Bütz, M. R. (1992, July). *Models of developmental and psychotherapeutic growth that chaos theory inspires.* Paper presented at the XXV International Congress of Psychology, Brussels, Belgium.

Bütz, M. R. (1992, May). *Chaos theory, and theories of successful aging: Prigogine's dissipative structures.* Paper presented at the Montana Psychological Association's Annual Conference, Bozeman, Montana.

Bütz, M. R. (1992, May). *The vampire, a metaphor for working with abuse*. Paper presented at the Montana Psychological Association's Annual Conference, Bozeman, Montana.

Bütz, M. R. (1991, August). *Practical application of chaos theory to the psychotherapy process.* Paper presented at the Annual Conference of the Society for Chaos Theory in Psychology, San Francisco, California.

Bütz, M. R. (1991, August). *The fractal nature of the development of the Self.* Paper presented at the Annual Conference of the Society for Chaos Theory in Psychology, San Francisco, California.

Bütz, M. R. (1991, August). *Chaos, an omen of transcendence in the psychotherapy process.* Paper presented at the Annual Conference of the Society for Chaos Theory in Psychology, San Francisco, California.

Bütz, M. R. (1990, August). Chaos, an omen of transcendence in the psychotherapy process. In Vandervert, L. (Chair), *A chaotic/fractal dynamical unification model for psychology,* symposium presented at the American Psychological Association National Convention, Boston, Massachusetts.

Bütz, M. R. (1990, August). *Chaos, an omen of transcendence in the psychotherapy process*. Paper presented at the Conference on Chaos and Psychology, Springfield, Massachusetts.

**Peer Review Experience**
2000, Brunner/Mazel, text on assessing language and speech development, and ancillary use of behavioral health services.

1999, Brunner/Mazel, text on contemporary issues in competence assessment.

1998, Brunner/Mazel, text on synchronicity & a proposal on terminating therapy with children.

1996 & 1997, Division of Family Therapy (43), proposals for 97' & 98' APA National Convention.

1994, American Psychological Association, text on chaos theory.

1993, American Psychologist, article on chaos theory and psychology.

1992, American Psychologist, article on chaos theory and therapy dynamics.

1992, Society for Chaos Theory in Psychology, proceedings published later as: *Chaos theory in psychology and the life sciences* (Robertson, Combs, 1995).

**Media Exposure**
KTVQ Television News Billings, Montana January 1, 2021.
*Caring for our Behavioral Health, and Facing 2021.*

Billings Gazette, Rob Rogers, Billings, Montana, June 22, 2017
*St. Vincent Healthcare aims to identify patients with mental health needs earlier.*

Practice Update, American Psychological Association, Washington, D.C., March 23, 2017
*Psychologists honored at the Practice Leadership Conference for advocacy work.*

Practice Update, Sophie Bethune and Jewel Edwards-Ashman, American Psychological Association, Washington, D.C., February 23, 2017
*Psychologists seeing more stress in patients postelection: New APA Stress in America™ survey shows many Americans stressed about future of nation.*

Billings Gazette, Zach Benoit, Billings, Montana, January 9, 2017
*Montana team recommends hospitals add depression screening to patient questionnaires.*

NBC Montana, Will Wadley, Helena, Montana September 22, 2016
*Psychologist criticizes restraint, seclusion at Montana State Hospital*

KULR Television News Billings, Montana June 17, 2016
*Helping Families in Mental Health Crisis Act of 2016.*

Yellowstone Valley Woman, Laura Bailey, Billings, Montana October 20, 2014
*Your Child's Brain on Stress.*

KTVQ Television News Billings, Montana December 14, 2012.
*Psychologist says children need assurance after Connecticut shootings.*

Rocky Mountain Health Network, 2008, Spring – *Ancillary Provider News.*
Article reviewed a number of new publications, including: *The Next Generation of Heroes and Heroines, Professional Person's Field Manual,* and *A practitioner's complaint and proposed direction: Munchausen Syndrome By Proxy, Factitious Disorder By Proxy and Fabricated and/or Induced Illness in Children.*

APA Monitor, 1997, Seppa, N. (28 (3), p. 4, 33).
*Loan-Repayment option aids rural, city practice.*
Article reviewed my involvement with the National Health Service Corps
in rural Wyoming as a clinical psychologist.

Inner Vision, 1994, staff (September).
*Chaos, may mean growth.*
The work I have done on chaos theory and therapy was featured in this front page article.

APA Monitor, 1993, De Angelis, T. (24(1), p. 1, 41).
*Chaos, chaos everywhere is what the theorists think.*
In this front page article, myself and other colleagues were featured about our views on chaos theory and its integration into psychology.

Brain/Mind Bulletin of Breakthroughs, 1993, Ferguson, E. (18(2), p. 1, 8).
*Mind's chaotic periods may lead to higher order.*
In this front page article, myself and other colleagues were featured about our views on chaos theory and the therapeutic process.

WJJZ, Philadelphia, Pennsylvania - radio interview conducted August, 1993 on a paper I presented entitled "Psychopharmacology: psychology's Jurassic Park?" The interview was done for the program *Talking Psychologically.*

KTVQ, Billings, Montana - television interview conducted June, 1993 requesting commentary on a recent wave of violence that was being witnessed in the community.

KTVQ, Billings, Montana - television interview conducted April, 1992 requesting commentary on

the impact of a teachers strike on children in that district.

I have also had other newspaper articles written about my work as an administrator, therapist and researcher in the following papers: *Billings Gazette, The Montana Standard, Meager County News, Hungry Horse News, Chinook Opinion, Cascade Courier, Laurel Outlook* and the *Uinta County Herald*.

**Affiliations & Honors**

Fellow & Member, American Psychological Association, 1990 – Present
    Clinical Psychology, Clinical Child (12), 1996 – Present
    Psychotherapy (29), 1992 - Present
    American Psychology – Law Society, 2018 - Present
    Family Therapy (43), 1992 - Present
    Pediatric Psychology (56), 2008 - Present

Member, Montana Psychological Association, 1992-1994, 2004 – Present
    *Federal Advocacy Chair, Montana Psychological Association, 2016-2021
    *Past-President, Montana Psychological Association, 2012-2014
    *President, Montana Psychological Association, 2010 – 2012
    *President-Elect, Montana Psychological Association, 2008 – 2010
    *Member at Large, Montana Psychological Association, 2007 – 2008
    *Legislative Chair, Montana Psychological Association, 2005 – 2016

Member, Maine Psychological Association, 1999 – 2004

Member, Idaho Psychological Association, 1998 – 1999
    *Eastern Regional Representative

Member, Wyoming Psychological Association, 1997 – 1998
    *Chair of the Ethics Committee

*Board of Directors, and Vice President of the Board (2007-2010), STEP, Inc. 2005 - 2010
*Ancillary Provider Committee & Outreach Committee (October, 2007), Rocky Mountain Healthcare Network, 2005 - 2009
*Assistant Scoutmaster, Boy Scout Troop 27, 2008 - 2015
*Cub Scout Day Camp Director, Black Otter District, Montana Council, 2010 – 2011 (Nationally Accredited Camp by Boy Scouts of America).
*Committee Chair, Cub Scout Pack 44, 2008 - 2011
*Order of the Arrow, Honor Society of the Boy Scouts of America (Tapped Out 5.4.10, Ordeal 9.10.10).
*District Training Staff, Black Otter District Montana Council, 2009-2011
*District Activities Chair, Black Otter District, Montana Council, 2008 - 2009
*Woodbadge Training, Boy Scouts of America (Fall 2008 – Completed 6.21.09)
*Cub Scout Day Camp Assistant Director, Black Otter District, Montana Council, 2006 – 2009

(Nationally Accredited Camp by Boy Scouts of America).
*CubScouter Award, Black Otter District, Montana Council 2009
*District Award of Merit, Black Otter District, Montana Council 2009
*Cub Scouter of the Year, Black Otter District, Montana Council 2008
*Cubmaster Award, Black Otter District, Montana Council 2008
*Cubmaster, Cub Scout Pack 44, 2006 - 2008
*Youth and Young Adult Suicide Prevention Task Force, Alternate, 2006 - 2008
*Associate Board, Parents Let's Unite for Kids (PLUK), 2005 – 2007
*Maine Telehealth Network Advisory Committee, 2002 – 2004;
*National Health Service Corps, 1996-1998, 2001-2003;
*Advisory Board, *The Family Journal*, 1998;
*Deputy Federal Advocacy Coordinator - Montana, American Psychological Association, 1994;
*Former Board Member of Yellowstone Psychological Association, 1992-1994;
*Former Member, Rocky Mountain States Psychological Association, 1993;
*Former Member, Western Psychological Association, 1993;
*American Psychological Association Travel Grant Recipient, 1992,
 for XXV International Congress of Psychology;
*Award of Supervisory Appreciation Psi Chi National Honor Society, 1992,
 Montana State University, Billings;
*Founding Member of the Society for Chaos Theory in Psychology, 1991;
*San Francisco State University, Entering Graduate Student Scholarship, 1989,
 Pacific Graduate School of Psychology, Palo Alto, California;
*Leader, Backroads Bicycle Touring, 1987-1990;
*Psi Chi National Honor Society, 1987;
*Golden Key National Honor Society, 1987;
*Dorothy Wells Scholarship, San Francisco State University, California, 1986;
*Varsity Soccer (Lettered), San Francisco State University, California, 1986;
*Varsity Soccer (Lettered), University of LaVerne, California, 1980-1982;
*Professional Soccer (Maintained Amateur Status), Phoenix Inferno Farm Team, Arizona, 1980.
*Eagle Scout, Boy Scouts of America, June 15, 1975.

**Relevant Workshops Attended**
*Meyers Neuropsychological Battery/System Workshop*. Presented by John Meyers, Psy.D., ABN, APBdN by Televideo, May 15-16, 2020.

**American Academy of Pediatric Neuropsychology Conference:** *Cecil R. Reynolds—The Why and How of Performance Validity Testing in Children and Adolescents, The Pediatric Performance Validity Test Suite (PdPVTS); Paul Beljan—Assessment and Diagnosis of ADHD: Practical Lessons from 30 Years of Practice; Len Lecci & Julian Keith—Advances in Recognition and Management of Sports Concussion in Youth; and Jeff Lewine—Advances in the Neuroscience of Developmental Disorders: Neuroimaging.* Presented by Televideo, April 23-26, 2020.

*Ask the Experts: Best Practices and Risk Mitigation Strategies for a Successful 2020* by Higuchi, S.A., Nessman, A.C., Galietti, C., Steinbrecker, B., Bergner, C.G., Huben-Kearney, A. and Funicelli, A. at

American Psychological Association Practice Leadership Conference in Washington, D.C., March 9, 2020.

*Identifying Strengths and Challenges within Intergenerational Leadership Groups* by Shullman, S.L. Smedley, J.M. and Alexander, E. at American Psychological Association Practice Leadership Conference in Washington, D.C., March 8, 2020.

*Meyers Neuropsychological Battery/System Workshop*. Presented by John Meyers, Psy.D., ABN, APBdN and Marty Rohling, Ph.D. at the Embassy Suites Phoenix Biltmore Hotel, Phoenix, Arizona, May 3-4, 2019.

*Meyers Neuropsychological Battery 101 and Dashboard (DB!) 101 Workshop*. Presented by John Meyers, Psy.D., ABN, APBdN at the Embassy Suites Phoenix Biltmore Hotel, Phoenix, Arizona, May 2, 2019.

*Personality Assessment Consultation Opportunities with the Federal Aviation Administration: An Orientation to FAA Practices and Standards* by Chris Front, Psy.D. Society for Personality Assessment Convention, New Orleans, Louisiana, March 20, 2019.

*Advanced Topics in Personnel Selection for High-Risk Occupations* by Ray King, Psy.D., J.D., Society for Personality Assessment Convention, New Orleans, Louisiana, March 21, 2019.

*The Rorschach Performance Assessment System Overview and Case Illustrations* by Gregory Meyer, Ph.D., Society for Personality Assessment Convention, New Orleans, Louisiana, March 20, 2019.

*Suicidality Webcast: Clinical, Ethical and Risk Management Issues* by Dan Taube, J.D., Ph.D. Sponsored by The Trust & The Trust Practice and Risk Management Association (TrustPARMA), November 30, 2018

*Behavioral Healthcare Mutuality: Primary Care Integration and Specialty Clinic Services.* Presented by Montana Psychological Association in co-sponsorship with Bighorn Valley Health Center at Montana Psychological Association Fall Conference, Doubletree Inn, Billings, Montana, September 21, 2018.

*The Ethical and Collaborative Role of Psychologists in Integrated Healthcare Systems*. St. Luke's Hospital, Meridian, Idaho, April 27-28, 2018.

*2017 HRSA Nurse-Led Safety Net Clinics* by AIMS Center, University of Washington. Seattle, Washington, November 16-17, 2017. *Attended in accordance with HRSA Grant.*

*Motivational Interviewing* by Kyle DeYoung, Ph.D., University of Wyoming Psychology Clinic. Laramie, Wyoming, October 21, 2017.

*Integrated Healthcare Training Series* by National Register of Psychologists. Online February 15, through March 22, 2017.

*Paying for Psychology's Changing Roles in Health Care; GR Issue Briefing for Western States; Featured Presentation - Ask the Attorneys: Town Hall Meeting with Legal & Regulatory Affairs; Practice Transformation for Healthcare and APA's Center for Medicare and Medicaid Innovation Cooperative Agreement.* Presented at American Psychological Association's Practice Leadership Conference, March 4-7, 2017.

*Evidence-Based Practices for Children Exposed to Traumatic Events* by Cameo Borntrager, Ph.D. Presentation at the Fall CE Conference of the Montana Psychological Association in Bozeman, Montana, October 22, 2011

*Clinical Neuropsychology of Emotion, Executive Functioning, and Physical and Mental Health* by Yana Suchy, Ph.D. Presentation at the Fall CE Conference of the Montana Psychological Association in Bozeman, Montana, October 21, 2011

*Collaborative Behavioral Health Care: Current and Future Directions and Opportunities* by Steven M. Tovian, Ph.D, ABPP, Presentation at the Summer CE Conference of the Montana Psychological Association in Missoula, Montana, July 22-23, 2011

*Assessment of Malingering: Theory and Forensic Practice,* by Richard Rogers, Ph.D. Presentation at the Fall CE Conference of the Montana Psychological Association in Missoula, Montana, October 16, 2010

*Evaluation of Juveniles' Competence to Stand Trial*, Julie by Gallagher, Psy.D. Presentation at the Fall CE Conference of the Montana Psychological Association in Missoula, Montana, October 15, 2010

*'Integrating Psychopharmacology with Psychological Treatments in Children and Adolescents.* This presentation given by Mario Marquez, Ph.D. at the Spring CE Conference of the Montana Psychological Association and Co-Sponsored with the California School of Professional Psychology, Alliant International University in Billings, Montana, April 17, 2010.

*Working with the Legal Aspects of Child and Family Services Cases: Considerations in Family Reunification and Parental Termination.* This presentation was given by Justice Greg Todd at the Spring CE Conference of the Montana Psychological Association in Billings, Montana, April 17, 2010.

*The Circle of Security: Integrating Attachment Theory with Relationship-Based Interventions.* This presentation was given by Bob Marvin, Ph.D. at the Spring CE Conference of the Montana Psychological Association in Billings, Montana, April 16, 2010.

*Ethical Decision Making and Risk Management in Clinical Practice* by Jeffery Younggren, Ph.D., ABPP. This was presentation was Co-Sponsored by the American Psychological Association Insurance Trust and Montana Psychological Association at Fairmont Hot Springs, Montana on July 24, 2009.

*APA State Leadership Conference: Future of Healthcare.* This presentation given by Katherine Nordal, Ph.D. at the national State Leadership Conference of the American Psychological Association, Washington, D.C., March 1-2, 2009.

*An Introduction to the MMPI-2-RF.* This presentation given by Paul Arbisi, Ph.D., ABAP at the Fall CE Conference of the Montana Psychological Association at the Crowne Plaza Hotel, Billings, Montana, November 7, 2008.

*Psychopharmacology in the Treatment of Trauma - Current Research and Practical Treatment Approaches.* This presentation given by John Preston, Psy.D., ABPP at the Fall CE Conference of the Montana Psychological Association and Co-Sponsored with the California School of Professional Psychology, Alliant International University at the Crowne Plaza Hotel, Billings, Montana, November 6, 2008.

*Forensic Psychology: Assessment, Report Writing, and Court Testimony in Criminal Cases* by Office of the Public Defender, Bernie Lewis, Ph.D., Laura Wendlandt, Ph.D., and Eric Olson. Conference given in Missoula, Montana, April 24 & 25.

*12th Annual Conference, The Practice Use of Psychiatric Medications.* This conference was put on the Northwest Research & Education Institute at the Mansfield Center in Billings, Montana, April 18, 2008.

*Indigenous theory and practice, restoring the soul to psychology* by Eduardo Duran, Ph.D. This presentation given at the Spring Annual Meeting of the Montana Psychological Association and Co-Sponsored with the California School of Professional Psychology, Alliant International University at the Wingate Inn, Bozeman, Montana, April 11-12, 2008.

*What personality assessment can do for you* by Irving Weiner, Ph.D. This presentation given at the Fall CE Conference of the Montana Psychological Association and Co-Sponsored with the Society for Personality Assessment at Chico Hot Springs Resort in Pray, Montana, October 12, 2007.

*The Rorschach Comprehensive System: An Update* by Barton Evans, Ph.D. This presentation given at the Fall CE Conference of the Montana Psychological Association in Bozeman, Montana, July 21, 2007.

*Parenting Plan Evaluations: Initial Steps on the Road to Re-Negotiating Family Relationships* by Philip Bornstein, Ph.D., March Bornstein, Ph.D. and Hallie Bornstein-Banziger, Ph.D. This was presentation was sponsored by the Montana Psychological Association in Missoula, Montana on April 21, 2007.

*Ethical Decision Making and Risk Management in Clinical Practice* by Eric Harris, Ph.D. This was presentation was Co-Sponsored by the American Psychological Association Insurance Trust and Montana Psychological Association in Missoula, Montana on April 20, 2007.

*Legal issues in behavioral health in Montana* by Eric Olson, Paulette Kohman and Laura Wendlandt, Ph.D. This was presented in Missoula, Montana on April 18, 2007.

*Panel on working as a Certified Professional Person.* Panel Member: Patrick Davis, Ph. D., Vince River, Ph.D., Duff Gerrish, Ph.D., William Patenaude, Ph.D. This presentation was given at the Montana Psychological Association Meeting, Helena, Montana on January 20, 2007.

*Mental Health Professional Persons: An Overview* by Bobbi Renner, Ph.D. This was presented at the Montana Psychological Association Meeting, Helena, Montana on January 20, 2007.

*Assessment of Adjudicative Competence in Montana* by Patrick Davis, Ph.D. This presentation was given at the Montana Psychological Association's Fall Meeting in Fairmont Hot Springs, Montana on October 7, 2006.

*COPPS Open Discussion: Revision of the APA Guidelines for Child-Custody Evaluations in Divorce Proceedings* by Mary Connell, Ed.D., Gary Lovejoy, Ph.D., Stephen Lally, Ph.D. and Bonnie Spring, Ph.D. This presentation was given at the American Psychological Association's National Convention in New Orleans, Louisiana on August 12, 2006.

*Use of the Rorschach in Forensic Settings* by Barton Evans, Ph.D. This presentation given at the Fall CE Conference of the Montana Psychological Association in Chico Hot Springs, Montana, October 15, 2005.

*IDEA Reauthorization – What's important for parents* by Bob Runkel, Administrator Division of Special Education and Panel from Division. Presentation given by Parents Let's Unite for Kids (PLUK), Helena, Montana on October 12, 2005.

*Neuropsychology of developmental disorders* by Jack Fletcher, Ph.D., ABPP. Presentation given by Montana Association of School Psychologist, Billings, Montana on June 12-14, 2005.

*Parenting plan evaluations & APA standards* by Bruce Copeland, Ph.D., J.D.; *Assessment instruments in custody evaluation* by Barton Evans, Ph.D.; *The use of temperament in evaluations* by Charles Kelly, Ph.D. These presentations given at the Fall CE Conference of the Montana Psychological Association in Bozeman, Montana, October 9, 2004.

*Informatics Summit,* Annual Training Conference of the National Council for Community Behavioral Healthcare in New Orleans, Louisiana conducted on February 28 – March 2, 2004.

*Progress in psychopharmacology* by New England Educational Institute. This workshop included

presentations by Ross Baldessarini, M.D., among others, and was conducted in Woodstock, Vermont on February 18-21, 1999.

*Ethical dilemmas and decisions in psychological practice* by Gerald Koocher, Ph.D. and Ted Packard, Ph.D. This workshop was part of the Utah Psychological Association Annual Meeting in Salt Lake City, UT on May 7, 1998.

*Introduction to forensic criminal evaluation* by William Foote, Ph.D., ABPP. This workshop was part of the Wyoming Psychological Association Annual Meeting in Saratoga, WY on September 27 & 28, 1997.

*Interviewing young children about abuse* by Gay Deitrich-Maclean, Ph.D. This workshop was part of the Wyoming Psychological Association Annual Meeting in Saratoga, WY on September 27, 1997.

*A workshop for forensic training in criminal competency evaluations: Parts 1 & 2*, by Bruce Kahn, J.D., M.D. These workshops were provided first via teleconferencing on March 14 & 15 and second in Lander, WY on September 12 & 13, 1997.

*Child custody evaluations for the experienced practitioner* by Marc Ackerman, Ph.D. Provided at the American Psychological Association National Convention, Chicago, IL on August 16, 1997.

*Child sexual abuse evaluation: meeting the challenge and avoiding the pitfalls* by William Hanbacher, Ph.D. Provided at the American Psychological Association National Convention, Toronto, Ontario, Canada, on August 9, 1996.

*How to conduct a comprehensive custody evaluation* by Barry Bricklin, Ph.D. & Gail Elliot, Ph.D., Presented as part of Mental Health, Psychology and the Law, given by the Colorado Psychological Association at the Joint Conference of the Colorado & Wyoming Psychological Associations; Cheyenne, WY on October 5-7, 1995.

*Annual Interdisciplinary Seminar on Mental Health, Law, Policy and Practice* by State of Utah, Division of Mental Health, Division for People with Disabilities, Administrative Office of the Courts, and State Academic Collaboration Committee, The University of Utah College of Law, Department of Psychology, and Department of Psychiatry; the Utah Bar Association; and the Utah State Hospital held in Salt Lake City, Utah on July 28-29, 1994.

*Update on Legal/Forensic Issues: Applications of Current Law to Psychology Practice* by L. Johnson, Ph.D., B. Bredehoft, Ph.D., S. Sachsenmaier, Ph.D. and A. Walters, Ph.D. Presented as part of Montana Psychological Association Spring Conference given by the Montana Psychological Association in Great Falls, MT on April 15, 1994.

**References**
Available upon request

# EXHIBIT 2

Aspen Practice, P.C.
dba, Michael R. Bütz, Ph.D.

## *Specialized Training in Clinical Neuropsychology*
### *Michael Bütz, Ph.D.*

**Clinical Neuropsychology**

Over the years, it is clear that Clinical Neuropsychology has evolved as a specialized area of study which addresses behavioral and psychological manifestations of neuropsychological, neuropathological, pathophysiological and neurochemical in the brain via aberrations in the central nervous system, disease, and injury. The fundamental training elements involved in this specialization include basic experimental research in physiological and cognitive psychology, the development of quantitative and qualitative methods of clinical practice, and the analysis and understanding of syndromes in affecting the central nervous system.

In addressing these matters, it should be noted that the requirements to describe oneself as a Clinical Neuropsychologist has changed over the years and this is an evolving field. To claim a specialization has always required substantial training, supervision and experience beyond one's core area of study and/or that this specialty was the core area of study. To this end, my undergraduate degree had a dual emphasis in General Experimental Psychology and Clinical Psychology, and graduate degrees follows this same path which will be articulated below. What has been articulated in a separate document includes the core coursework in psychological assessment that was acquired across the masters degree at San Francisco State University and the doctoral degree at Wright Institute.

**Training at San Francisco State University, 1987-1989**

Training for this specialty began during the first year I was enrolled at San Francisco State University as a master's level student in Clinical Psychology. There, as part of a review course we studied the three most well known models in an introductory fashion, with an overview of the Halstead-Reitan, Luria-Nebraska and the Boston Process approach best represented by the work of Lezak. This review constituted working-through each model, training and practice administering these instruments. The course description (Psychology 721) stated: "Discussions, demonstrations, and application of individual assessment techniques including the standard individual tests of intelligence for children and adults as well as neuropsychological, educational achievement, and perceptual-motor tests."

Across this course of study, intermittent educational opportunities were also offered by Rosemarie Bowler, Ph.D. who was a well-trained Neuropsychologist who would share the work that she and her team did with on-site assessment of chemical spills/other toxins victims.

Subsequent to the introduction above, during my second year at San Francisco State University, I participated in a year-long internship at Kaiser Permanente Psychiatry Department in Vallejo, California. There was a yearlong training rotation on neuropsychology conducted by Alex Nemeth, Ph.D., who was a well-known and practiced Neuropsychologist. The focus of the

training offered again reviewed the three methods above, but was rooted in the Process Method and a comprehensive review of the text *Neuropsychological Assessment* (Second Edition, 1983) by Muriel Lezak, Ph.D., and after the first quarter there was the presentation of a study battery by one of the interns and in addition ongoing batteries conducted on a weekly or every-other week basis by each intern across the year that was individually supervised by Dr. Nemeth.

### Training at Pacific Graduate School of Psychology, 1989-1990 (APA Accredited)

To extend training in this area, two courses were taken to extend this work further with two doctoral level courses, *Biological Bases of Behavior I: Neuropsychology* and *Biological Bases of Behavior II: Psychopharmacology*. The considerable test for this first course was *Principles of Neural Science* by Kandel and Schwartz and the course description was as follows:

> "Advanced study of the neurobiological bases of human behavior. Topics studied include neuroanatomical structures and functions, neuroendocrine regulation of behavior, neuronal bases of perception and attention, and hemispheric specialization."

The second course's text was *Chemotherapy in Psychiatry* by Baldessarini, and that course description is as follows:

> "Examination of physiological and behavioral actions of psychoactive drugs. Psychotropic agents are presented by classification system. Research on psychotherapeutic effectiveness and iatrogenic effects is reviewed. Ethical issues surrounding the use of psychoactive drugs are covered."

### Training at Wright Institute, 1990-1992 (APA Accredited)

Further extending training in this area at this doctoral program included another course focusing in on *Cognition and Emotion* was taken with Bernard Baars, Ph.D. whose work was nationally known in this area. The text was his own book entitled *A Cognitive Theory of Consciousness*.

### Post-Doctoral Training

1992-1993
Training, supervision and experience with Luria-Nebraska and Other Neuropsychological Instruments via Richard Recor, Ph.D., Aspen Counseling

1994-1998
Intensive training, supervision and experience in assessing developmental disabilities by Kim Faulkner, Ph.D. as well as extensive independent studies on the topic.

1995-1996
Independent Study of the revised and updated (1995), *Neuropsychological Assessment* by Muriel Lezak, Ph.D.

1995-1996
Independent Study of *Smith's Recognizable Patterns of Human Malformations* (1998), by Kenneth Jones, M.D.

1997
*Wechsler Adult Intelligence Scale-III/ Wechsler Memory Scale-III* by D. Tulsky, Ph.D. and M. Ledbetter, Ph.D.  Provided by the Psychological Corporation via televideo by Distance Learning Network to Wyoming State Hospital link on October 3, 1997.

*1998*
*The Many Facets of Extrapyramidal Side Effects, by Primedia Televideo Training*

2000
*Progress in Psychopharmacology* by New England Educational Institute, Woodstock, VT.

*Psychopharmacology in Crisis Intervention* by Northeast Crisis Service, Ellsworth, ME.

2001
*Opioid Addictions and Treatment* by Scott Farnham sponsored by WCPA/CPS, Milbridge, ME.

2001-2002
*Psychological Assessment Survey Courses (WAIS/WISC, SB:V, WJ-III, Leiter-R, etc.).*  These training were conducted at Washington County Psychotherapy Associations/Cathance Psychological Services in Machias, Maine.

2001-2004
Supervision of Clinical Neuropsychologists and other Clinical and School Psychologists Washington County Psychotherapy Associations/Cathance Psychological Services in Machias, Maine.

2002
*ABCs of Psychopharmacology by Tripp Gardner, M.D.* sponsored by WCPA/CPS, Calais, ME.

2003
Intensive study on Aspergers Disorder, review of numerous journal articles and the text *Asperger's Syndrome* by Klin, Volkmar and Sparrow.

Intensive study on Prader-Willi Syndrome, review of numerous journal articles and the texts.

2004-2005
Intensive study on Developmental Amnesia, review of numerous journal articles and the update of the text *Principles of Neural Science* by Kandel, Schwartz and Jessell.

2005-2006

Independent Study of revised and updated *Smith's Recognizable Patterns of Human Malformations* (1997), by Kenneth Jones, M.D.

2005

*Neuropsychology of developmental disorders* by Jack Fletcher, Ph.D., ABPP.  Presentation given by Montana Association of School Psychologist, Billings, Montana on June 12-14, 2005.

**More information can be supplied should it be requested.**
Rev.  7.1.05

Aspen Practice, P.C.
dba, Michael R. Bütz, Ph.D.

# SPECIALIZATION TRAINING
### Michael R. Bütz, PhD.

## DEVELOPMENTAL DISABILITIES AND FORENSIC PSYCHOLOGY

### Developmental Disabilities

#### Experience
Extensive training, and supervised experience under Kim Faulkner, Ph.D. while at Mountain Regional Services, Inc (1994-1998). One project involved placing 70 developmentally disabled clients and/or related issues into community placements (with 1 failure due to a severe seizure disorder),[1] and have continued to compile experience since then having presented and published on the topic nationally and regionally. At the time, the State of Wyoming was ranked 4th nationally with regard to the quality of its services, and the recidivism of this population. Worked as a consultant for the State of Maine on very challenging, complex, cases; and currently serve on the Board of Directors for STEP, Inc. and the Associate Board for Parents Let's Unite for Kids.

#### Presentations and Publications
Bütz, M. R., Bliss, C. A. (1998, November). *Psychotherapy with the mentally retarded: reviewing the literature, considering practice and advancing the research.* Presentation given at NADD Annual Conference in Albuquerque, New Mexico.

Bütz, M.R., Bowling, J. B., Bliss, C. A. (2000). Psychotherapy with the mentally retarded: a review of the literature and second call for research. *Professional Psychology: Research & Practice*, 31 (1), 42-47.

Bütz, M. R. (2004, August). *The Power of Positive Behavioral Management.* Presentation given to the Developmental Disabilities Crisis Teams for the State of Maine, Skowhegan, Maine.

Bütz, M. R. (2005, June). *Numbers can be deceiving: Obsolete instruments, the Flynn Effect, and True Scores...* Presentation given to STEP, Inc., Billings, Montana.

Bütz, M. R. (2006, February). *Understanding the behavioral health needs of the developmentally disabled.* Presentation given staff members of DPHHS, Developmental Disabilities Department, Billings, Montana.

---

[1] Holderegger, J., Fortune, J., Fortune, B. (2000). BRIDGING THE GAP: Telehealth in profoundly rural America. Paper given at the *11th International Association for Scientific Study of Intellectual Disabilities (IASSID)*, on August 3, 2000 Seattle, Washington.



Bütz, M. R. (April, 2006).  *Family adjustment to major developmental disabilities.* Presented at Autism and Asperger's: Resources and Strategies, a day long presentation sponsored by Parents Let's Unite for Kids (PLUK) in Billings, Montana.

Bütz, M. R. (July 2006).  *Understanding the behavioral health needs of Developmentally Disabled young people.*  Presentation given to staff members of Youth Dynamics, Inc. in Billings and throughout their sites in central and eastern Montana.

Bütz, M. R.  (2006).  *A practitioner's complaint and proposed direction:  Munchausen Syndrome By Proxy, Factitious Disorder By Proxy and Fabricated and/or Induced Illness in Children.* Unpublished Manuscript (submitted for publication).

Bütz, M. R., Schwinn, C. K. and Chamberlain, L.L. (2006, August).  *Transforming Crisis Theory in Behavioral Healthcare:  Stasis to developmental adaptation.*  Symposium will be presented at the American Psychological Association National Convention in New Orleans, Louisiana.

Chamberlain, L., Bütz, M. R. (2006*). Transformation through crisis:  Finding opportunity in the midst of danger.*  Unpublished Edited Book Manuscript (in discussion with publisher).

Montana Psychological Association.  (2007).  *Certified Professional Person Field Manual.*  Helena, Montana:  Montana Psychological Association.

*See also Curriculum Vitae for more recent information.*

**Forensic**

<u>Courses</u>
1986
Seminar Field Services
Psychological Field Service
San Francisco General Hospital Forensic Unit (San Francisco State University)

<u>Experience</u>
Extensive Forensic Training under the supervision of Kim Faulkner, Ph.D. while at Wyoming State Hospital (1994-1995) and Mountain Regional Services, Inc. (1994-1998), dozens of hours of CEUs at that time and since on Competency, Parental Capacity, etc. (see below).  Dr. Bütz has also continued to gain experience and training since the time-frames provided above.

<u>Trainings Attended</u>
*Update on Legal/Forensic Issues:  Applications of Current Law to Psychology Practice* by L. Johnson, Ph.D., B. Bredehoft, Ph.D., S. Sachsenmaier, Ph.D. and A. Walters, Ph.D.  Presented as part of Montana Psychological Association Spring Conference given by the Montana Psychological Association in Great Falls, MT on April 15, 1994.



*Annual Interdisciplinary Seminar on Mental Health, Law, Policy and Practice* by State of Utah, Division of Mental Health, Division for People with Disabilities, Administrative Office of the Courts, and State Academic Collaboration Committee, The University of Utah College of Law, Department of Psychology, and Department of Psychiatry; the Utah Bar Association; and the Utah State Hospital held in Salt Lake City, Utah on July 28-29, 1994.

*How to conduct a comprehensive custody evaluation* by Barry Bricklin, Ph.D. & Gail Elliot, Ph.D., Presented as part of Mental Health, Psychology and the Law, given by the Colorado Psychological Association at the Joint Conference of the Colorado & Wyoming Psychological Associations; Cheyenne, WY on October 5-7, 1995.

*How reliable is children's testimony (#2169).* Provided at the American Psychological Association National Convention, Toronto, Ontario, Canada, on August 9, 1996.

*Understanding children's susceptibility in the forensic interview (#2054).* Provided at the American Psychological Association National Convention, Toronto, Ontario, Canada, on August 9, 1996.

*Child sexual abuse evaluation: meeting the challenge and avoiding the pitfalls* by William Hanbacher, Ph.D. Provided at the American Psychological Association National Convention, Toronto, Ontario, Canada, on August 9, 1996.

*Child custody evaluations for the experienced practitioner* by Marc Ackerman, Ph.D. Provided at the American Psychological Association National Convention, Chicago, IL on August 16, 1997.

*A workshop for forensic training in criminal competency evaluations: Parts 1 & 2*, by Bruce Kahn, J.D., M.D.. These workshops were provided first via teleconferencing on March 14 & 15 and second in Lander, WY on September 12 & 13, 1997.

*Interviewing young children about abuse* by Gay Deitrich-Maclean, Ph.D.. This workshop was part of the Wyoming Psychological Association Annual Meeting in Saratoga, WY on September 27, 1997.

*Enhance the journey of life through courage, knowledge and healing.* Provided at the 2nd Annual Child Abuse & Neglect Prevention Conference sponsored by Tribal Health and Human Services, Shoshone-Bannock Tribes in Fort Hall, Idaho on April 22 & 23, 1999.

*Introduction to forensic criminal evaluation* by William Foote, Ph.D., ABPP. This workshop was part of the Wyoming Psychological Association Annual Meeting in Saratoga, WY on September 27 & 28, 1997.

*Treatment Model for DHS Clients* by Steven Dawson, Ph.D. This training was put on by



*ASPEN PRACTICE, P.C.*

Washington County Psychotherapy Associations in Machias, Maine on July 12, 2000.

*Introduction to Forensic Testimony* by Steven Dawson, Ph.D.   This training was put on by Washington County Psychotherapy Associations in Machias, Maine on September 20, 2000.

*Recognizing and reporting child abuse and neglect training for Mandated Reports*.  This training was put on by Keeping Children Safe Down East, A Safe Start Initiative, in Machias, Maine on February 13, 2001.

*Parenting plan evaluations & APA standards* by Bruce Copeland, Ph.D., J.D.; *Assessment instruments in custody evaluation* by Barton Evans, Ph.D.; *The use of temperament in evaluations* by Charles Kelly, Ph.D.  These presentations given at the Fall CE Conference of the Montana Psychological Association in Bozeman, Montana, October 9, 2004.

*Use of the Rorschach in Forensic Settings* by Barton Evans, Ph.D.  This presentation given at the Fall CE Conference of the Montana Psychological Association in Chico Hot Springs, Montana, October 15, 2005.

*COPPS Open Discussion:  Revision of the APA Guidelines for Child-Custody Evaluations in Divorce Proceedings* by Mary Connell, Ed.D., Gary Lovejoy, Ph.D., Stephen Lally, Ph.D. and Bonnie Spring, Ph.D.   This presentation was given at the American Psychological Association's National Convention in New Orleans, Louisiana on August 12, 2006.

*Assessment of Adjudicative Competence in Montana* by Patrick Davis, Ph.D.  This presentation was given at the Montana Psychological Association's Fall Meeting in Fairmont Hot Springs, Montana on October 7, 2006.

*Panel on working as a Certified Professional Person*.  Panel Member:  Davis, P., River, V., Gerrish, D., Patenaude, W.  This presented was given at the Montana Psychological Association Meeting, Helena, Montana on January 20, 2007.

*Mental Health Professional Persons:  An Overview* by Bobbi Renner, Ph.D.  This presented was given at the Montana Psychological Association Meeting, Helena, Montana on January 20, 2007.

*See also Curriculum Vitae for more recent information.*

# EXHIBIT 3

# HISTORY OF FORENSIC TESTIMONY

June 28, 2022

### *Michael R. Bütz, Ph.D.*

*Aspen Practice, P.C.*
P.O. Box 81546
Billings, Montana 59108
Phone:  (406) 294-9677
Email:  office@aspenpractice.net
Web Site:  www.aspenpractice.net



**2004-Present – Montana & Wyoming**
A number of forensic assessments were conducted in this evaluator's work at Aspen Practice, P.C., numbering over eighty designated forensic cases at this writing. Subsequently, this evaluator was called to testify in the following cases.

**Ramsey vs. Ramsey – Expert Witness (6.24.22)**
- *Cause Number: DR 20-0160*
- *Parenting Plan Hearing*
- *Judge Davies (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Turner*

**Bonner vs. Bonner – Expert Witness (3.9.22)**
- *Cause Number: DR 20-731*
- *Hearing on Appointing Parent Coordinator*
- *Judge Harris (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Brown*

**Ramsey vs. Ramsey – Expert Witness (2.3.22)**
- *Cause Number: DR 20-0160*
- *Parenting Plan Hearing*
- *Judge Davies (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Turner*

**Montana vs. Legros – Expert Witness (1.13.22)**
- *Cause Number: DN 18-05; 06; 07*
- *Termination Hearing*
- *Judge Reeger (Dawson County, Montana)*
- *Attorneys –Ms. Belue v. Mr. Lensing, Mr. Waller, and Mr. Wheatcroft*

**Counts vs. Counts – Expert Witness (8.18.21)**
- *Cause Number: DR 18-716*
- *Parenting Plan Hearing*

- *Judge Davies (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney v. Mr. Raffiani*

**Bates & Bates vs. Matrix Production, Co., Miller, Bliss & Bryla – Expert Witness (6.18.21)**
- *Cause Number: Civil 17594*
- *Deposition*
- *Judge Allan (Eighth Judicial District, Converse County, Wyoming)*
- *Attorneys – Mr. Vincent vs. Mr. Dodson*

**Horton vs. Horton – Expert Witness (3.18.21)**
- *Cause Number: CDR-2020-275*
- *Interim Parenting Plan Hearing*
- *Judge Seeley (Lewis and Clark County, Montana)*
- *Attorneys – Mr. Carlson vs. Ms. Weber*

**Horton vs. Horton – Expert Witness Court Ordered Custody Evaluator (12.28.20)**
- *Cause Number: DR 11-0978*
- *Status Hearing*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeney vs. Ms. Hunter*

**Grantier vs. Babb – Expert Witness (11.17.20)**
- *Cause Number: DDV 17-575*
- *Jury Trial*
- *Judge McLean (Lewis and Clark County, Montana)*
- *Attorneys – Mr. Daily and Mr. Sherwood vs. Ms. Miltko and Mr. Ivins*

**State of Montana vs. Williams (TQW) – Expert Witness (11.16.20)**
- *Cause Number: DN 19-304*
- *Show Cause, Adjudication, Disposition, and Treatment Plan Hearing*
- *Judge Knisely (Yellowstone County, Montana)*
- *Attorneys – Mr. Tiernan vs. Mr. Wahl, GAL Ms. Peirce*

**Carroll vs. Isackson – Expert Witness Court Ordered Custody Evaluator (10.20.20)**
- *Cause Number: DR 19-0849*
- *Hearing on Parenting Plan*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Ball*

**Carroll vs. Isackson – Expert Witness Court Ordered Custody Evaluator (8.25.20)**
- *Cause Number: DR 19-0849*
- *Status Hearing*

Michael R. Bütz, Ph.D. – History of Forensic Testimony

- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Ball*

**Carroll vs. Isackson – Expert Witness Court Ordered Custody Evaluator (8.17.20)**
- *Cause Number: DR 19-0849*
- *Status Hearing*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Ball*

**State of Montana vs. Ciarra Valdez – Expert Witness (6.24.20)**
- *Causes Number: DN-18-183, DN-18-184*
- *Termination of Parental Rights, Permanent Legal Custody and the Right to Consent to Adoption – Continued.*
- *Judge Mosses (Yellowstone County, Montana)*
- *Attorneys – Ms. Murphy vs. Mr. Howard*
      *GAL, Mr. Snodgrass*

**State of Montana vs. Ciarra Valdez – Expert Witness (5.7.20)**
- *Causes Number: DN-18-183, DN-18-184*
- *Termination of Parental Rights, Permanent Legal Custody and the Right to Consent to Adoption.*
- *Judge Mosses (Yellowstone County, Montana)*
- *Attorneys – Ms. Murphy vs. Mr. Howard*
      *GAL, Mr. Snodgrass*

**Cheney vs. Cheney – Expert Witness, GAL Report (2.11.20)**
- *Cause Number: DR-17-16C*
- *Hearing on Parenting Plan*
- *Standing Master Bowen (Gallatin County, Montana)*
- *Attorneys – Ms. Dinwiddie vs. Ms. Mull Core*

**Sweeney vs. Sweeney – Expert Witness, Child Evaluator (2.11.20)**
- *Cause Number: DDR-18-0585*
- *Hearing on Parenting Plan*
- *Judge Parker (Cascade County, Montana)*
- *Attorneys – Mr. Flaherty vs. Mr. Ferguson*

**Riddle vs. Riddle – Expert Witness Court Ordered Custody Evaluator (11.21.19)**
- *Cause Number: DR 18-232*
- *Hearing on Parenting Plan*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. LaRance vs. Mr. Waller*

**Wood vs. Dickinson – Expert Witness (10.17.19)**
- *Cause Number: DR-13-13*
- *Hearing on Request for Assessment of Children*
- *Judge Snipes-Ruiz (Chouteau County, Montana)*
- *Attorneys – Mr. Mills vs. Mr. Yellin*

**Haerr v. Whelahan (9.20.19)**
- *Cause Number DR 15-156*
- *Emergency Hearing on Motion to Suspend Petitioner's Parenting Time*
- *Judge Gilbert (Park County, Montana)*
- *Attorneys – Ms. Lawellin/Ms. Rebsom*

**Williams vs. Williams – Expert Witness (8.12.19)**
- *Cause Number: DR 15-13*
- *Hearing on Parenting Plan*
- *Judge Wald (Stillwater County, Montana)*
- *Attorneys – Ms. Casey vs. Mr. Radovich*

**Blair vs. Blair – Expert Witness Court Ordered Custody Evaluator (8.9.19)**
- *Cause Number: DR 15-1057*
- *Hearing on Parenting Plan*
- *Judge Fehr (Yellowstone County, Montana)*
- *Attorneys – Ms. Grygiel vs. Ms. Lee*

**Grantier vs. Babb – Expert Witness (6.14.19)**
- *Cause Number: DDV 17-575*
- *Deposition*
- *Judge Reynolds (Lewis and Clark County, Montana)*
- *Attorneys – Mr. Sherwood vs. Mr. Ivins*

**Law vs. Law – Expert Witness (3.29.19)**
- *Cause Number: DR 2016-1359*
- *Motion to Amend Parenting Plan and Hearing on Notice of Intent to Move*
- *Judge Mosses (Yellowstone County, Montana)*
- *Attorneys – Ms. Berst vs. Mr. Stockdale*

**Sneed vs. Rossberg – Expert Witness (2.22.19)**
- *Cause Number: XDBR-16-309*
- *In the Matter of T.A.R.*
- *Judge Menahan (Cascade County, Montana)*
- *Attorneys – Ms. Henkle vs. Mr. Mills*

**Sylvyn vs. Sylvyn – Expert Witness (1.11.19)**
- *Cause Number: DR-17-0472*
- *Hearing on Replacing Reunification Therapist*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeny vs. Mr. Waller*

**Thaw vs. United States of America – Expert Witness (12.7.18)**
- *Cause Number: CR 18-37-BLG-SPW*
- *Sentencing Hearing*
- *Judge Watters (U.S. District Court, Billings, Montana)*
- *Attorneys – Ms. Strong vs. Mr. Rubich*

**Vincent vs. Ransom – Expert Witness (11.7.18)**
- *Cause Number: DF-13-01*
- *Hearing on Ex Parte Order for Interim Parenting Plan*
- *Judge Cybulski (Roosevelt County, Montana)*
- *Attorneys – Mr. Batterman vs. Ms. Rose-Miller*

**Thompson vs. Thompson – Expert Witness (10.24.18)**
- *Cause Number: DR-12-1126*
- *Motion to Amend Parenting Plan*
- *Judge Harris (Yellowstone County, Montana)*
- *Attorneys – Mr. Sweeny vs. Ms. Lee*

**Morton vs. Jarratt, MDU, et. al. – Fact Witness (10.17.18)**
- *Cause Number: DV-17-998*
- *Deposition*
- *At Crowley Fleck Office (Billings, Montana)*
- *Attorneys – Mr. Young vs. Mr. Oven, Mr. Gregersen, and Mr. Duke*

**Gregoire vs. Gregoire – Expert Witness (11.13.17)**
- *Cause Number: CV 455-17-396, DR-17-075, & DR-17-078*
- *Marriage Dissolution and Custody Hearing*
- *Judge Yvonne Laird (Hill County, Montana)*
- *Attorneys – Mr. Yellin vs. Ms. Kostelecky*

**Utter vs. Utter– Expert Witness (6.23.17)**
- *Cause Number: DR-14-64*
- *Motion to Amend Parenting Plan and Request for Expedited Hearing*
- *Judge Gilbert (Park County, Montana)*
- *Attorneys – Ms. Marshall vs. Mr. Gillette*

**State of Montana vs. Kristine Hightower– Expert Witness (6.20.17)**
- *Cause Number: DDN-15-237, DDN-15-238, and DDN-16-188*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Custer vs. Mr. Small*

**Conner vs. Nagel – Expert Witness (6.8.17)**
- *Cause Number:  DR 13-5-005*
- *Marriage Dissolution and Custody Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys –Ms. Crossguns vs. Ms. Forsyth*

**State of Montana vs. Kristine Hightower– Expert Witness (12.19.16)**
- *Cause Number:  DDN-16-188*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Custer vs. Mr. Olsen.*

**Abromeit v. Truchot (11.17.16)**
- *Cause Number DR 06-329*
- *Review Hearing*
- *Judge Fagg (Yellowstone County, Montana)*
- *Attorneys – Mr. Mackey v. Mr. Radovich*

**Veith v. Veith (10.11-12.16)**
- *Cause Number CV-16-330*
- *Review Hearing*
- *Judge Oldenburg (Fergus, Judith Basin, and Petroleum County, Montana)*
- *Attorneys – Mr. Yellin v. Ms. Lorang*

**State of Montana vs. Kristine Hightower– Expert Witness (10.3.16)**
- *Cause Number:  DDN-16-188*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Custer vs. Mr. Olsen.*

**Disability Rights Montana v. State of Montana (9.20-21.16)**
- *Cause Number DR 13-380C*
- *Review Hearing Continued Use of Seclusion and Restraint on Montana State Hospital Patients*
- *Judge Seeley (Broadwater & Lewis and Clark Counties, Montana)*
- *Attorneys – B. Erickson, DRM v. C. Drake, etc.*

6

**Wolf v. Wolf (6.2.16)**
- *Cause Number DR 13-380C*
- *Review Hearing*
- *Judge Gilbert (Gallatin County, Montana)*
- *Attorneys – T. Greenfield/L. Schraudner v. M. Uda*

**State of Montana vs. Shelly Wagner– Expert Witness (5.11.16)**
- *Cause Number:  BDN-15-115*
- *Adjudicatory Hearing after Temporary Investigative Authority*
- *Judge Pinski (Cascade County, Montana)*
- *Attorneys – Mr. Robertson (State) vs. Mr. Ferguson (Father) and Ms. Schaff-Kostelecky (Mother)*

**State of Montana vs. Shelly Wagner– Expert Witness (4.15.16)**
- *Cause Number:  BDN-15-115*
- *Adjudicatory Hearing after Temporary Investigative Authority*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Ms. Winfield (State) vs. Mr. Ferguson (Father) and Ms. Schaff-Kostelecky (Mother)*

**State of Montana vs. Kristine Hightower– Expert Witness (2.12.16)**
- *Cause Number:  CDN-15-238/CDN-15-237*
- *Termination of Parental Rights Hearing*
- *Judge McKittrick (Cascade County, Montana)*
- *Attorneys – Mr. Peterson vs. Ms. Crossguns*

**Wolf v. Wolf (12.15.15)**
- *Cause Number DR 13-380C*
- *Review Hearing*
- *Judge Gilbert (Gallatin County, Montana)*
- *Attorneys – T. Greenfield/L. Schraudner v. M. Uda*

**State of Montana vs. Kelly Allen – Expert Witness (7.23.15)**
- *Cause Number:  BN-13-127*
- *Termination of Parental Rights Hearing*
- *Judge Mckittrick (Cascade County, Montana)*
- *Attorneys – Mr. Robertson vs. Ms. Berger*

**Stroop v. Stroop (6.16.15)**
- *Cause Number DR 12-649*
- *Custody Hearing*
- *Judge Moses (Yellowstone County, Montana)*

- *Attorneys – D. Gannett vs. E. Honaker*

**Axelson v. A.O. (5.20.15)**
- *Cause Number DR 07-401*
- *Protection Order Hearing*
- *Judge Moses (Yellowstone County, Montana)*
- *Attorneys – C. Thimson vs. L. Harris*

**Fort Peck Assiniboine & Sioux Tribes in the Matter of T.S. – Expert Witness (4.1.15)**
- *Cause Number:  F14-08-189*
- *Custody Hearing*
- *Judge* Youpee *(Fort Peck Tribal Court, Wolf Point, Montana)*
- *Attorneys – Moran vs. St. Germaine/Martin (self-represented)*

**State of Montana vs. Peter Northcutt – Expert Witness (11.25.13)**
- *Cause Number:  DC 11-36*
- *Sentencing Hearing*
- *Judge Tucker (Carbon County, Montana)*
- *Attorneys – Ms. Strong vs. Mr. Nixon*

**Golie vs. Golie– Expert Witness (1.18.13)**
- *Cause Number:*
- *Marriage Dissolution and Custody Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys – Ms. Golie (self-represented) vs. Mr. Yellin*

**State of Montana in the Matter of JNGW – Expert Witness (12.6.12)**
- *Cause Number:  DN 12-10.*
- *Termination of Parental Rights Hearing (Regarding JNGW)*
- *Judge Swandal (Park County, Montana)*
- *Attorneys - County Attorney's Office, Ms. Carrick and Mr. Voyich vs. Mr. Breuner*

**Schwartz vs. Schwartz –Expert Witness (11.29.12)**
- *Cause Number:  DR 11-0029*
- *Divorce/Parenting Plan Modification Request*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Mr. LaBeau vs. Mr. Sweeney*

**Woerner vs. Woerner –Expert Witness (8.16.12)**
- *Cause Number:  DR 09-1455*
- *Parenting Plan Modification Request*
- *Judge Todd (Yellowstone County, Montana)*

8

Michael R. Bütz, Ph.D. – History of Forensic Testimony

- *Attorneys – Ms. Harris vs. Mr. Sweeney*

**United States of America vs. Andrew Rice – Expert Witness (7.3.12)**
- *Cause Number:  CR 10-21-GF-SEH*
- *Sentencing Hearing*
- *Judge Haddon (U.S. District Court, Great Falls, Montana)*
- *Attorneys – US. Attorney General's Office, Montana, Mr. Grewell vs. Mr. Yellin*

**State of Montana vs. Richard Svedahl – Expert Witness (6.25.12)**
- *Cause Number:  DC-11-009*
- *Motion to Strike Hearing (Regarding Expert Witness, William Stratford, M.D.)*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys - County Attorney's Office vs. Mr. Yellin*

**State of Montana vs. Gina Berg– Expert Witness (9.29.11)**
- *Cause Number:  DC-11-02*
- *Sentencing Hearing*
- *Judge Spalding (Wheatland County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Day)*

**Evig vs. Williams– Fact Witness (8.10.11)**
- *Cause Number:  DR 04-1172*
- *Parenting Plan Modification Request*
- *Judge Fagg (Yellowstone County, Montana)*
- *Attorneys – Mr. Simkovic vs. Mr. Sweeney*

**State of Montana vs. Dennis Lawlor– Expert Witness (8.9.11)**
- *Cause Number:  DI-11-002, DI-11-004*
- *Commitment Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys - County Attorney's Office vs. Mr. Yellin and Mr. Wagner*

**State of Montana vs. Dennis Lawlor– Expert Witness (6.30.11)**
- *Cause Number:  DI-11-002, DI-11-004*
- *Competency, Criminal and Commitment Hearing*
- *Judge Boucher (Hill County, Montana)*
- *Attorneys - County Attorney's Office vs. Mr. Yellin and Mr. Donovan*

**State of Montana vs. Bobby Cooksey– Expert Witness (1.5.11)**
- *Cause Number:  CR-2009-43*
- *Sentencing Hearing*
- *Judge Spalding (Musselshell County, Montana)*

- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Day and Sheehy)*

**J.R.C. vs. Great Falls School District – Expert Witness (12.6-7.10)**
- *OSPI Number:  2009-S*
- *Hearing*
- *Ross Cannon, Hearing Officer*
- *Attorneys – Mr. Tarum and Ms. Larose vs. Great Falls School District (Ms. Faure and Mr. McKittrick)*

**J.R.C. vs. Great Falls School District – Expert Witness (10.14.10)**
- *OSPI Number:  2009-S*
- *Hearing*
- *Ross Cannon, Hearing Officer*
- *Attorneys – Mr. Tarum and Ms. Larose vs. Great Falls School District (Ms. Faure and Mr. McKittrick)*

**J.R.C. vs. Great Falls School District – Expert Witness (10.4, 7.10)**
- *OSPI Number:  2009-S*
- *Deposition*
- *Ross Cannon, Hearing Officer*
- *Attorneys – Mr. Tarum and Ms. Larose vs. Great Falls School District (Ms. Faure and Mr. McKittrick)*

**State of Montana vs. Bobby Cooksey– Expert Witness (9.27.10)**
- *Cause Number:  CR-2009-43*
- *Jury Trial*
- *Judge Spaulding (Musselshell County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Day and Sheehy)*

**United States of American vs. Adrian Good Bear, Expert Witness (8.12.10)**
- *Cause Number CR 08-132-BLG-RFC*
- *Sentencing Hearing*
- *Attorneys – K. Varnes, Attorney at Law vs. United States*

**T.A.S. and G.S., on behalf of T.S. and N.S., Minor Children vs. J.J.H, Fact Witness (1.8.10)**
- *Cause Number DR 08-338*
- *Deposition*
- *Attorneys – J. Reuss, Attorney at Law vs. Brooke Murphy, Attorney at Law*

**State of Montana vs. Linda Kapsa– Expert Witness (6.30.09)**
- *Cause Number DC:  09-018*
- *Competency Hearing*
- *Judge Watters (Yellowstone County, Montana)*

- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Murphy D'Alton, Duke and Sheehy)*

**State of Montana, Matter of K.L. Youth in Need of Care – Expert Rebuttal Witness (6.17.09)**
- *Cause Number DN-08-22*
- *Custody Hearing*
- *Judge Day (Custer County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Schneder)*

**T.A.S. and G.S., on behalf of T.S. and N.S., Minor Children vs. J.J.H, Fact Witness (5.26.09)**
- *Cause Number DR 08-338*
- *Protection Order Hearing*
- *Judge Gustafson (Yellowstone County, Montana)*
- *Attorneys – J. Reuss, Attorney at Law vs. Brooke Murphy, Attorney at Law*

**State of Montana vs. Jerry Paul Gonzales– Expert Witness (5.12.09)**
- *Cause Number DC 07-1022*
- *Competence Hearing, Withdrawal Guilty Plea (Criminal Charges)*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. Penelope Strong, Attorney at Law*

**State of Montana vs. Sean Slicker – Expert Witness (8.26.08)**
- *Cause Number CDJ-07-144*
- *Suppression Hearing (Criminal Charges)*
- *Judge Neil (Cascade County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Carlson)*

**State of Montana vs. Sean Slicker – Expert Witness (6.17.08)**
- *Cause Number CDJ-07-144*
- *Suppression Hearing (Criminal Charges)*
- *Judge Neil (Cascade County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Carlson)*

**State of Montana vs. Robert Hans Hoffman – Expert Witness (11.28.07)**
- *Cause Number 06-0989*
- *Competence Hearing (Criminal Charges)*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Copenhaver-Landon, Claus)*

**State of Montana vs. Adam Heitkemper – Expert Witness (8.24.07 & 11.06.07)**
- *Cause Number 05-722, 06-677, 06-0718, 06-885, 06-1128, 06-1533*
- *Competence Hearing (Criminal Charges)*

Michael R. Bütz, Ph.D. – History of Forensic Testimony

- *Judge Baugh (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Claus)*

**State of Montana vs. Logan David Schuler – Expert Witness (2.14.07)**
- *Cause Number 05-0579.*
- *Competence Hearing (Criminal Charges)*
- *Judge Watters (Yellowstone County, Montana)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (DeBelly, Phillips)*

**Richling vs. Romero – Testimony as a Fact Witness/Treating Expert Witness (7.25.07)**
- *Hearing (Civil)*
- *Judge Todd (Yellowstone County, Montana)*
- *Attorneys – Waller vs. Sweeney*

**State of Montana vs. Leonard Suko – Expert Witness (4.17.2007)**
- *Recommitment Hearing, Seriously Developmentally Disabled*
- *Judge Honzel (Lewis & Clark County, Montana)*
- *Attorneys – Stahl (Lewis & Clark County) vs. Larose (Montana Advocacy Program)*

**Horton vs. Kobielusz – Testimony as a Fact Witness/Treating Expert Witness (1.31.07)**
- *Hearing, Mediation (Civil)*
- *Court (Sheridan County, Montana)*
- *Attorneys – Arney vs. Kinnard*

**State of Montana vs. Ulstad – Expert Witness (1.26.07)**
- *Deposition (Civil and Criminal Charges)*
- *Attorneys - County Attorney's Office vs. State Office of the Public Defender (Claus)*

**D.J.W. vs. State of Montana Office of Public Instruction - Expert Witness (3.8.06)**
- *Deposition (Civil)*
- *Attorneys – Stutz (Montana School Boards Association) vs. Larose (Montana Advocacy Program)*

---

*Given the relative dearth of occasions this evaluator was called to court in comparison with the number of forensic assessments that were conducted, no summary of Forensic Testimony had been assembled or memorialized prior to 2008. Then, given the number of times this evaluator was called to court, it was apparent that it was a growing necessity. For that reason, some of the earlier occasions this evaluator was called to court had not been recorded in detail.*

---

**1999-2004 – Maine**

Forensic assessments numbering in the dozens were conducted while living in Maine and working with Cathance Psychological Services/Washington County Psychotherapy Associates. There were at least two, perhaps more, events that required this evaluator to be present in court testifying as an expert witness. There were, by this evaluator's recollection, a combination of civil and criminal charges involved in each case even though they were matters largely involving child protective services cases.

**1998-1999 – Idaho**

A number of forensic assessments were conducted in work for the Shoshone-Bannock Tribes spanning Federal, State and Tribal jurisdictions; and while no Federal or State courts called for testimony, through the Tribal Courts this evaluator was called to hearings, as memory serves, on two occasions. Both, by recollection, were a combination of civil and criminal charges.

**1994-1998 – Wyoming**

There, a large number of forensic assessments were conducted both in work conducted while employed by Wyoming State Hospital and by Mountain Regional Services, Inc./Cornerstone Behavioral Health, Inc. Even so, at no time was this evaluator called to testify at a hearing, trial or other court proceeding.

# EXHIBIT 4

KEVIN T. SWEENEY
1601 Lewis Avenue, Suite 109
Billings, Montana  59102
Telephone (406) 256-8060
Facsimile (406-254-8448
*kevintsweeney@hotmail.com*

ATTORNEY FOR PETITIONER

## MONTANA, THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| IN RE THE MARRIAGE OF: | Cause No. DR 20-0160 |
| CLARK RYAN RAMSEY, | Judge: Colette B. Davies |
| Petitioner, | |
| -and- | **MOTION FOR PARENTING ASSESSMENT** |
| WHITNEY LYNN RAMSEY, | |
| Respondent. | |

The petitioner, CLARK RYAN RAMSEY, comes now before the Court, through counsel, and moves the Court to appoint Michael Butz to perform a parenting evaluation pursuant to Section 40-4-215 MCA. The petitioner agrees to pay all costs for this Court ordered evaluation.

DATED this _____ day of February, 2021.

KEVIN T. SWEENEY
1601 Lewis Avenue, Suite 109
Billings, Montana  59102

ATTORNEY FOR RESPONDENT

*mailed* 3.2.21
*Client & Atr. Butz*

## MONTANA, THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

IN RE THE MARRIAGE OF:             )

CLARK RYAN RAMSEY,              )

                   Petitioner,     )

-and-                       )

WHITNEY LYNN RAMSEY,        )

                   Respondent.  )

Cause No. DR 20-0160

Judge: Colette B. Davies

**ORDER – INTERIM RELIEF**

This matter came on regularly before the Court on February 22, 2021 for consideration of the cross-motions filed by the parties. At the commencement of proceedings, the parties informed the Court that they had resolved matters at issue. The Court was informed of the terms of the parties' agreement and recited the terms of record. The parties both informed the Court that the agreement is as was recited into the record.

As to the cross-motion, pursuant to the agreement and for cause shown, the COURT ORDERS:

INTERIM CHILD SUPPORT. Commencing as of March 1, 2021, the petitioner shall pay respondent as interim child support the sum of $1,100.00 monthly, divided into two installment payments of $550.00 to be paid on the first and fifteenth day of each month. The parties shall continue the practice of petitioner making direct payment of the child support to respondent by bank account transfer of funds.

Petitioner shall continue to provide the children with health insurance coverage as is presently in force for the children's benefit, and petitioner shall pay 100% of the children's healthcare bills, both current and future including counseling charges, promptly provided to him. Missed appointment charges shall not be considered children healthcare bills.

The parties specifically reserve for trial all argument that this amount of interim child support is inappropriate given the facts of this case.

PARENTING ASSSESSMENT. The Court grants the motion for a parenting assessment and orders that Dr. Michael Butz perform a parenting assessment in this matter. Dr. Butz shall present his report to the Court, and to counsel for the parties when completed. The cost for the assessment shall be paid by the petitioner. The parties are ordered to cooperate with Dr. Butz in this assessment process.

DATED this 25 day of February , 2021.

Colette B. Davies
COLETTE B. DAVIES District Court Judge

cc: Kevin T. Sweeney
    Jeff A. Turner

CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by mail/hand/inter-office delivery upon the parties or their attorneys of record at their last known addresses this

26 day of February 20 21

By Anthony F. Anderson
   Judicial Assistant. to Hon. Colette B. Davies

2

F0345

1

2

3

4

5

### MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
### YELLOWSTONE COUNTY

6

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) Cause No. DR 20-0160 |
| | ) |
| CLARK R. RAMSEY, | ) Judge Colette B. Davies |
| | ) |
| Petitioner, | ) **ORDER RE: PARENTING ASSESSMENT** |
| | ) |
| and | ) |
| | ) |
| WHITNEY L. RAMSEY, | ) |
| | ) |
| Respondent. | ) |
| | ) |

7

8

9

10

11

12

13     **WHEREAS,** the parties have agreed to a parenting assessment by Dr. Michael Butz, the

14 Court hereby appoints Dr. Butz of Aspen Practice, P.C., to act as the Court's Evaluator and to

15 focus his attention to the standard of the best interests of the children. Further, as requested by

16 Dr. Butz and as agreed to by the parties, Aspen Practice, P.C. shall not release raw psychological

17 instrument (test) data directly to attorneys or other individuals.

18

19     **DATED** this ____ day of April, 2021.

20

21                                     Colette B. Davies

                                      COLETTE B. DAVIES

22                                       DISTRICT COURT JUDGE

Cc:    Kevin T. Sweeney

23         Jeff A. Turner

        Michael Butz, Ph.D.

24                           CERTIFICATE OF SERVICE

25                         This is to certify that the foregoing was duly
served by mail/hand/inter-office delivery upon
the parties or their attorneys of record at
their last known addresses this

____ day of ___April___, 20__31__

By ___Anthony F. Anderson___

Judicial Assistant. to Hon. Colette B. Davies

-1-

# EXHIBIT 5

KEVIN T. SWEENEY
1601 Lewis Avenue, Suite 109
Billings, Montana 59102
Telephone (406) 256-8060
Facsimile (406-254-8448
*kevintsweeney@hotmail.com*

ATTORNEY FOR RESPONDENT

## MONTANA, THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| IN THE MARRIAGE OF | Cause No. DR 11-0978 |
| BRANDY HORTON, | Judge Gregory R. Todd |
| Petitioner, | |
| -and- | **MOTION FOR PARENTING ASSESSMENT AND ORDER FOR PARENTING ASSESSMENT** |
| STEPHEN HORTON, | |
| Respondent. | |

The respondent, STEPHEN HORTON, comes now before the Court, through counsel, and moves the Court to appoint Michael Butz to perform a parenting evaluation pursuant to Section 40-4-215 MCA. At the time of the scheduling conference held in this matter, the parties agreed that should respondent pay for the evaluation charges that the Court would order an assessment. The respondent has paid for the charges.

DATED this _**30**_ day of March, 2020.

KEVIN T. SWEENEY
1601 Lewis Avenue, Suite 109
Billings, Montana 59102

ATTORNEY FOR RESPONDENT

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a true and correct copy of the foregoing document was served upon counsel of record, by personal service / US Mail this _30_ day of March, 2020. - *Email*

Amanda G. Hunter
Axilon Law Group, PLLC
P.O. Box 987
Billings, MT 59103

By: _Michelle Black_

## ORDER

Pursuant to the foregoing motion for parenting evaluation made by the respondent and upon the agreement of counsel presented to the Court at the time of the scheduling conference, Michael Butz, Billings Montana shall perform a parenting evaluation as permitted under Section 40-4-215, MCA. The parties shall cooperate with Dr. Butz in the evaluation process. The respondent shall pay for all of the charges to this evaluation.

DATED this _____ day of _____ April _____, 2020.

_____
GREGORY R. TODD, District Court Judge

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a true and correct copy of the foregoing document was served upon counsel of record, by personal service / US Mail this _____ day of March, 2020.

Amanda G. Hunter
Axilon Law Group, PLLC
P.O. Box 987
Billings, MT 59103

Kevin T. Sweeney
1601 Lewis Avenue, Suite 109
Billings, MT 59102

By: _____
Judicial Assistant to Hon. Gregory R. Todd

3

# EXHIBIT 6

National Academy of Neuropsychology                                                                                    1



# PATIENT INFORMATION
_____

**WHY HAVE YOU BEEN REFERRED FOR A NEUROPSYCHOLOGICAL EVALUATION?**

Your doctor or healthcare provider has referred you for a neuropsychological evaluation. This evaluation may be of help in:

1) finding possible problems with your brain functioning,
2) forming a diagnosis,
3) defining your thinking skill strengths and weaknesses,
4) guiding treatment for your personal, educational or vocational needs,
5) making relevant recommendations to your health care provider(s), and/or
6) documenting possible changes in your functioning over time.

**WHAT IS A NEUROPSYCHOLOGICAL EVALUATION?**

A neuropsychological evaluation involves testing that is sensitive to problems in brain functioning.  Unlike CT or MRI scans, which show what the structure of the brain looks like, neuropsychological testing examines how well the brain is working when it performs certain functions (for example, remembering).  The types of tests that you will take depend upon the questions you and your doctor have.  The tests may assess the following areas: *attention and memory, reasoning and problem-solving, visual-spatial functions, language functions, sensory-perceptual functions, motor functions, academic skills, and emotional functioning.*  The tests are not invasive; that is, they do not involve attaching you to machines or using X-rays.  Most of the tests will involve questions-and-answers,  or working with materials on a table.  Some tests may use a computer.  The testing may be performed by the neuropsychologist or by a trained staff member.  The neuropsychologist or a staff member will also spend some time talking with you about your medical, personal, and school history.  The total time involved in your evaluation will depend upon the questions you and your doctor have.

**WHAT IS A NEUROPSYCHOLOGIST?**

A neuropsychologist is a licensed psychologist specializing in the area of brain-behavior relationships.  Although a neuropsychologist has a doctoral degree in psychology, he or she does not just focus on emotional or psychological problems.  The neuropsychologist has additional training in the specialty field of clinical neuropsychology.  That means a neuropsychologist is educated in brain anatomy, brain function, and brain injury or disease. The neuropsychologist also has specialized training in administering and interpreting the specific kinds of tests included in your neuropsychological evaluation.  As a part of the required education, a neuropsychologist also has years of practical experience working with people who have had problems involving the brain.  An official, more detailed definition of a clinical neuropsychologist has been approved by the National Academy of Neuropsychology and can be viewed at the NAN website (www.NANonline.org).

## WHAT WILL HAPPEN AFTER THE EVALUATION?

There are at least two ways you might expect to hear about the results of this evaluation. The neuropsychologist may schedule an appointment to go over the results with you and/or may send you a written report. With your permission, the neuropsychologist may send the results to the doctor or healthcare provider who referred you. This doctor may talk to you about the results of testing on your next office visit. If requested, the neuropsychologist will give you specific recommendations to guide your treatment or otherwise help you in your daily life.

****************

If you have any questions, ask the neuropsychologist or his/her staff. We want to be sure that you understand the evaluation procedure and have all your questions answered.

*The **National Academy of Neuropsychology** is a not-for-profit organization whose purpose is to preserve and enhance knowledge of the assessment and remediation of neurological impairments by psychological means, and foster the development of neuropsychology as a discipline, science and profession. Membership in the National Academy of Neuropsychology is not intended to imply endorsement by the Academy or evidence of competency in neuropsychology.*

# EXHIBIT 7

# NAN DEFINITION OF A CLINICAL NEUROPSYCHOLOGIST 2001

***Official Position of the National Academy of Neuropsychology***
***Approved by the Board of Directors 05/05/2001***

***This 2001 definition expands upon and modifies the 1989 definition by Division 40 of the American Psychological Association, which was used as the foundation for this updated document.***

A clinical neuropsychologist is a professional within the field of psychology with special expertise in the applied science of brain-behavior relationships.  Clinical neuropsychologists use this knowledge in the assessment, diagnosis, treatment, and/or rehabilitation of patients across the lifespan with neurological, medical, neurodevelopmental and psychiatric conditions, as well as other cognitive and learning disorders. The clinical neuropsychologist uses psychological, neurological, cognitive, behavioral, and physiological principles, techniques and tests to evaluate patients' neurocognitive, behavioral, and emotional strengths and weaknesses and their relationship to normal and abnormal central nervous system functioning.  The clinical neuropsychologist uses this information and information provided by other medical/healthcare providers to identify and diagnose neurobehavioral disorders, and plan and implement intervention strategies.  The specialty of clinical neuropsychology is recognized by the American Psychological Association and the Canadian Psychological Association. Clinical neuropsychologists are independent practitioners (healthcare providers) of clinical neuropsychology and psychology.

The clinical neuropsychologist (minimal criteria) has:
1. A doctoral degree in psychology from an accredited university training program.
2. An internship, or its equivalent, in a clinically relevant area of professional psychology.
3. The equivalent of two (fulltime) years of experience and specialized training, at least one of which is at the post-doctoral level, in the study and practice of clinical neuropsychology and related neurosciences.  These two years include supervision by a clinical neuropsychologist[1].
4. A license in his or her state or province to practice psychology and/or clinical neuropsychology independently, or is employed as a neuropsychologist by an exempt agency.

At present, board certification is not required for practice in clinical neuropsychology.  Board certification (through formal credential verification, written and oral examination, and peer review) in the specialty of clinical neuropsychology is further evidence of the above advanced training, supervision, and applied fund of knowledge in clinical neuropsychology.

## References

Report of the Division 40/INS Joint Task Force on Education, Accreditation, and Credentialing (1984). Division 40 Newsletter, Vol.2, no. 2, pp. 3-8.

Definition of a Clinical Neuropsychologist, *The Clinical Neuropsychologist* 1989, Vol. 3, No. 1, pp.22

---

[1] Individuals receiving training in clinical neuropsychology prior to this 2001 definition should be subject to the educational and experiential guidelines published by Division 40 of the American Psychological Association (APA, 1984; 1989).  The 2001 definition should not be interpreted as negating the credentials of individuals whose education and experience predates the Division 40-APA definitions.  Individuals meeting these prior criteria are and continue to be clinical neuropsychologists under this 2001 definition.