Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> -vs- <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV-20-52-BLG-SPW <br><br> **DEFENDANT WTPA'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE RESPONSE BRIEF TO PLAINTIFFS' MOTION FOR SANCTIONS RE: WTNY'S NON-COMPLIANCE WITH COURT ORDER (ECF NO. 85)** |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") respectfully requests leave of Court in order to file a response brief to "Plaintiffs'

Motion for Sanctions Re: WTNY's Non-Compliance with Court Order (ECF No. 85)", filed on November 6, 2023. (Doc. No. 287)

Plaintiffs' Motion for Sanctions is not directed at WTPA; it is only directed at WTNY. Therefore, WTPA is not a party to the Motion. However, some or all of the sanctions sought by Plaintiffs in their Motion for Sanctions would significantly impact WTPA. For example, Plaintiffs request in their Motion as a sanction against WTNY a ruling that "WTNY, WTPA, the US Branch Office, the Governing Body, and local congregations are all alter egos of each other" and are vicariously liable for each other's actions. (Doc. No. 288, at p. 17.) This sanction would obviously and drastically impact WTPA even though it is not a party to Plaintiffs' Motion for Sanctions.

WTPA requests respectfully the opportunity to respond to Plaintiffs' request for sanctions which would affect or impact WTPA. WTPA would only address the remedies sought in the Motion. It would not address the merits of the Motion or the discovery dispute, since the merits and the discovery dispute do not involve WTPA. WTPA requests to be allowed to file a response brief by November 27, 2023.

The undersigned contacted Plaintiffs' counsel about this Motion. Plaintiffs do not object to this Motion.

**DATED** this 20th day of November, 2023.

        MOULTON BELLINGHAM PC

        By   */s/* Gerry P. Fagan
            GERRY P. FAGAN
            CHRISTOPHER T. SWEENEY
            JORDAN W. FITZGERALD
            27 North 27th Street, Suite 1900
            P.O. Box 2559
            Billings, Montana 59103-2559

            *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on 20th day of November, 2023, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans  
   Ryan R. Shaffer  
   James C. Murnion  
   MEYER, SHAFFER & STEPANS, PLLP  
   430 Ryman Street  
   Missoula, MT 59802  
   *Attorneys for Plaintiffs*

   Matthew L. Merrill (*pro hac vice*)  
   MERRILL LAW, LLC  
   1863 Wazee Street, #3A  
   Denver, CO 80202

3. Jon A. Wilson  
   Brett C. Jensen  
   BROWN LAW FIRM, P.C.  
   315 North 24th Street  
   P.O. Drawer 849  
   Billings, MT 59103-0849  
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

   Joel M. Taylor, Esq. (*pro hac vice*)  
   MILLER MCNAMARA & TAYLOR LLP  
   100 South Bedford Road, Suite 340  
   Mount Kisco, NY 10549

4. Bruce G. Mapley, Sr.  
   3905 Caylan Cove  
   Birmingham, AL 35215  
   *Pro se*

By the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| 4 | U.S. Mail | _____ | Overnight Delivery Services |

By   /s/ Gerry P. Fagan  
     GERRY P. FAGAN