IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV-20-52-BLG-SPW<br><br>**ORDER GRANTING DEFENDANT WTPA'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE RESPONSE BRIEF TO PLAINTIFFS' MOTION FOR SANCTIONS RE: WTNY'S NON-COMPLIANCE WITH COURT ORDER (ECF NO. 85)** |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") filed on November 20, 2023, an Unopposed Motion for Leave of Court to File Response Brief to "Plaintiffs' Motion for Sanctions Re: WTNY's Non-Compliance with Court Order (ECF No. 85)." Plaintiffs' Motion was filed on November 6, 2023. (Doc. No. 287)

WTPA requests leave of Court in order to file a response on behalf of WTPA to Plaintiffs' Motion for Sanctions against WTNY because some or all of the

remedies sought by Plaintiffs in the Motion for Sanctions would impact WTPA, even though WTPA is not a party to Plaintiffs' Motion. WTPA states it would only address the remedies sought in Plaintiffs' Motion.

WTPA indicates that Plaintiffs do not oppose its Motion.

For good cause appearing, and noting Plaintiffs do not oppose the Motion, the Court hereby GRANTS WTPA's Motion. WTPA is granted leave of Court to file a response brief to Plaintiffs' Motion for Sanctions (Doc. No. 287). WTPA shall only address the remedies sought in Plaintiffs' Motion. WTPA has until November 27, 2023, to file their Response to Plaintiffs' Motion.

**DATED** this \_\_\_\_\_ day of November, 2023.

_____
HON. SUSAN P. WATTERS
United States District Judge