## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) ) | **[PROPOSED] ORDER** |
| Defendants. | ) ) ) | |

Before the Court is Plaintiffs' Unopposed Motion for Leave to File

Documents Under Seal.  Having reviewed the Motion and for good cause shown,

IT IS HEREBY ORDERED that the Motion to file "Exhibit B" and "Exhibit

C" to Plaintiffs' Reply Brief in Support of Their Motion for Sanctions re: WTNY's

Non-Compliance with Court Order (ECF No. 287) is GRANTED.

DATED this _____day of _____, 2023.


_____
Susan P. Watters
United States District Court Judge