IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | CV-20-00052-BLG-SPW |
| Plaintiffs, | **ORDER** |
| -vs- | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | |
| Defendants. | |

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Documents Under Seal (Doc. 295). Having reviewed the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion (Doc. 295) to file "Exhibit B" and "Exhibit C" to Plaintiffs' Reply Brief in Support of Their Motion for Sanctions re: WTNY's Non-Compliance with Court Order (Doc. 287) is **GRANTED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___4th___ day of December, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1