*Exhibit A*

REPORT ON CIRCUIT OVERSEER'S VISIT WITH CONGREGATION   Dates served: March 14-19, 1978

Name of cong. **Hardin**   City **Hardin**   Province or State **Mont.**   Cong. No. **4365**

Name of circuit overseer **Bradley R. Lovett**   Circuit No. **Wyo. #1**

Presiding overseer: **Martin Svenson**   **406-665-1727**
(Name)   (Area Code  Phone)
**608 No. Custer**   **Hardin, Mont. 59034**
(Address)   (City, Province or State, Zone or Code)

Field overseer: **James Rowland**   **406-477-6401**
(Name)   (Area Code  Phone)
**Box 435**   **Lame Deer, Mont. 59043**
(Address)   (City, Province or State, Zone or Code)

Bible study overseer: **Harold Rimby**   **406-665-1735**
(Name)   (Area Code  Phone)
**Box 211**   **Hardin, Mont. 59034**
(Address)   (City, Province or State, Zone or Code)

Secretary: **Harold Rimby** 8   **406-665-1735**
(Name)   (Area Code  Phone)
**Box 211**   **Hardin, Mont. 59034**
(Address)   (City, Province or State, Zone or Code)

If the address indicated above for the secretary is different from that shown on the last circuit overseer's report, please check. ☐

Kingdom Hall Address* **536 W. 5th, Hardin, Montana**
~~Permanent mailing address:~~

1. Congregation Meetings:   Day and time held*   Average attendance (for past six months)

| Meeting | Day | Time | Attendance |
|---|---|---|---|
| Public meeting | Sunday | 9:30 am | 76 |
| Watchtower study | " | 10:30 am | 76 |
| Theocratic School | Friday | 7:30 pm | 66 |
| " | " | 8:30 pm | 66 |
| Service meeting | Tuesday | 7:30 pm | 67 |

Total number of cong. book studies: **4**

* If the Kingdom Hall address or meeting times indicated above are different from those shown on the last circuit overseer's report, please check. ☐

Meeting Attendance During Visit: Service meeting talk **96**   Second service talk **81**   Public talk **95**

2. Analysis based on Publisher's Record Cards: Total Kingdom proclaimers (Include pioneers in figures) **58**   Total persons (Include pioneers), who reported regularly (whether for past six months or regularly each month since they began reporting) **52**   Number of regular pioneers at present **0**   Number of special pioneers **0**   Number of different publishers who have been auxiliary pioneers at some time since last visit **10**   Total of newly dedicated persons immersed since last visit **0**   New publishers started since last visit **1**   Number who became inactive since last visit, not reporting for six months **0**

3. Since last visit: How many were disfellowshiped? **0**   How many disassociated themselves? **0**   How many others were reproved in some way or put under restrictions by the judicial committee? **0**   Was notification sent to the branch office concerning all who were disfellowshiped or disassociated, and concerning any regular or special pioneer, any elder or ministerial servant, who was disfellowshiped, disassociated, reproved or put under any restrictions by the judicial committee for serious wrongdoing? **No-79**

4. Total number of territories in congregation **48**   Number of territories not worked with magazines or other literature offers during the past year **1**   During the past six months **3**

(Do not include coverage with Kingdom News tracts in the above figures. If there is considerable difference in frequency of coverage of territory in adjoining congregations, arrange for the service committees involved to discuss what can be done to cover territory or possible adjustment in territory boundaries. If they cannot readily get together, suggest that they bring needed maps and information with them to the next circuit assembly to discuss it there.)

5. How many copies of Our Kingdom Service does the congregation receive? **80**   Total number needed **80**

6. Are the elders giving a good lead in field service?   **The elders appear to be doing what their circumstances allow in working with the congregation. The friends here definitely need assistance in the door to door work itself & are willing to accept help and direction from the brothers.**

S-303   4/77   Printed in U.S.A.

CAEKAERT/MAPLEY 004159

7. What are your observations as to the spiritual condition and the needs of the congregation and what did you do during your visit to meet those needs?

The friends here are doing well and are enjoying exceptionally good relations with one another, with no trace of past problems noted. The elders are outstandingly hospitable, freely welcoming all into their homes and showing a genuine interest in others; this has done much toward encouraging those of other ethnic backgrounds. The kingdom hall is crowded and the meetings are well attended in both Hardin & Lame Deer; there are good prospects for continued growth. Progress is being made on the part of new ones in adjusting their lives to christian conduct; some are in need of continued help to overcome prejudices. The terr.s appear to be covered regularly, however, it seems that more emphasis on the sermon work is needed. At each opportunity during the week, I talked with young ones, especially yg. marrieds about enlarging their activity; seize the opportunities to change our circumstances & "reach out" to make ourselves more "serviceable" to the cong.. In talks encouraged all to appreciate value of deep personal study—considered examples of benefits.

8. What specific matters that would be helpful to the congregation did you discuss with the body of elders?

Most of our meeting was spent considering the qualifications for servant recommendations and also the qualif. of those appointed; some min. servants need to give a better lead in field service, espec. the house to house work, if they are to continue to serve./ The building used for meetings in Lame Deer, continues to detract from the kingdom message due to lack of care in maintaining it, as much as the need for obvious repair. Though persons (worldly) in this community on the Cheyenne Indian Reservation, don't generally maintain their homes & belongings as persons in other areas, a reasonable standard should be kept regarding kingdom "belongings" Matt. 24:47. Discussed need & practical ways of giving direction to youth in the congregation.

9. Were there any problems involving the unity or the moral cleanness of the congregation that you assisted in handling during your visit? What did you do? What still needs to be done?

Ministerial Svt., bro. Gunnar Hain, was restricted (prayer, talks, etc.); Society was not notified. The elders are intending to write immediately, as several months have passed.

10. What did you discuss with the pioneers during your visit?

Are there any problems in connection with the pioneers that need attention? (Specify) If so, what did you do about the situation, and what still needs to be done? no pios.

11. Date of latest monthly statement from the branch office ... Feb '78 ... Amount shown thereon for literature account $335.24
Value of literature on hand at the end of that same month* $335.24. Amount shown thereon for magazine account $32.67
Value of magazines (no more than a month old) on hand at the end of that same month* $100.76 If accounts are in poor condition, what steps did the elders say that they plan to take to correct the situation? — —

* Include in Value, remittances made but not appearing on that month's statement from the branch office; also requests for credit for that month that do not appear on the statement.

12. Does it appear advisable for a new congregation to be formed from the already-existing congregation(s) in this area? no
If so, what is being done to arrange for it? — — —

*Brad Lovett*
(Signature of circuit overseer)

(To be filled out in duplicate for each congregation served. Original should be mailed promptly to the branch office; duplicate should be left with the presiding overseer.)

CAEKAERT/MAPLEY 004160