Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
6631 Mariposa Court
Denver, CO  80221
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>    Plaintiffs,<br><br> vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA.,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV-20-52-BLG-SPW

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SANCTIONS RE: WTNY'S NON-COMPLIANCE WITH COURT ORDER (ECF No. 85) RE: WTPA'S RESPOSNE**

Plaintiffs Tracy Caekaert and Camillia Mapley submit the following Reply

Brief in Support of their Motion for Sanctions re: Watchtower Bible and Tract

Society's ("WTNY") Non-Compliance with Court Order (ECF No. 85) re:

Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA")
Response.

WTPA argues that the first, third, and fourth sanctions sought against
WTNY are not permissible because they would "significantly impact WTPA if
granted."  However, the first and third sanctions sought, by their very terms, do not
affect WTPA's ability to defend itself in this case.  The first requested sanction
would restrict WTNY's ability to present evidence and argument; WTPA's ability
to present evidence and argument would not be affected.  The third requested
sanction would strike some of WTNY's affirmative defenses; WTPA's affirmative
defenses would not be affected.  WTPA makes no showing how these two
sanctions would impair its ability to present argument and defenses at trial.  The
fourth requested sanction would admittedly affect WTPA.  As such, if the Court is
convinced this sanction is inappropriate as applied to WTPA, it can simply remove
WTPA from the list of entities in the requested sanction.

DATED this 4th day of December, 2023.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.3(d)(2), Plaintiff hereby certifies that this brief complies with the length requirement for briefs, and that this brief contains 187 words, excluding the caption, certificates of service, and compliance, table of contents, and authorities, and exhibit index.

By: /s/ Ryan Shaffer
     Ryan R. Shaffer
     MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
     Ryan R. Shaffer
     MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*