Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Joel M. Taylor, Esq. (*pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P 56** |

Defendants Watchtower Bible and Tract Society of New York, Inc. and Watch Tower Bible and Tract Society of Pennsylvania hereby jointly move the Court pursuant to Fed. R. Civ. P. 56 for an order granting partial summary judgment in their favor on Plaintiffs Tracy Caekaert and Camillia Mapley's Second Claim for Negligence Per Se.  The basis for this Motion is that there are no genuine disputes as to material facts relating to Plaintiffs' claim for negligence per se, and Defendants are entitled to judgment as a matter of law on that cause of action.  This Motion is supported by an accompanying Brief and Statement of Undisputed Facts.

**DATED** this 26th day of December, 2023.

        BROWN LAW FIRM, P.C.

        By:   */s/ Michael P. Sarabia*
            JON A. WILSON
            BRETT C. JENSEN
            MICHAEL P. SARABIA

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

        MOULTON BELLINGHAM PC

        By:   */s/ Jordan W. FitzGerald*
            GERRY P. FAGAN
            CHRISTOPHER T. SWEENEY
            JORDAN W. FITZGERALD

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*