| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany St. #404 |
| Victoria K.M. Gannon | Denver, CO  80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF NON-COMPLIANCE WITH COURT ORDER (ECF NO. 293) AND MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | |
| Defendants, | |

Plaintiffs, by and through their counsel of record, provide this Notice that Defendants' retained expert, Dr. Michael Butz, has failed to comply with the Court's November 21, 2023, Order (ECF No. 293). As a result, Plaintiffs seek an

order protecting them from examination by Dr. Butz until he certifies that he will not conduct neuropsychological testing.

A brief in support of this Notice and Motion is being filed contemporaneously herewith. Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") was contacted and opposes this Motion.

DATED this 29th day of December, 2023.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                     By: /s/ Ryan Shaffer
                           Ryan R. Shaffer
                           MEYER, SHAFFER & STEPANS PLLP

                     *Attorneys for Plaintiffs*