Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1401 Delgany St. #404
Denver, CO  80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants, | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 302)** |

Plaintiffs' by and through undersigned counsel, respectfully move the Court

for an extension of time up to and including Tuesday, January 30, 2024, to file a

response brief in opposition to Defendants Watchtower Bible and Tract Society of

New York, Inc's ("WTNY") and Watch Tower Bible and Tract Society of

Pennsylvania's ("WTPA") Motion for Partial Summary Judgment.  (Doc. 302).

Defendants WTNY and WTPA do not oppose this motion.  A proposed Order is

attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

     DATED this 9th day of January, 2024.


     By: /s/ Ryan Shaffer
        Ryan R. Shaffer
        MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*