IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA.,<br><br>Defendants. | Case No. CV-20-52-BLG-SPW<br><br>ORDER |

Upon the Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Joint Motion for Partial Summary Judgment (Doc. 309), and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion (Doc. 309) is **GRANTED**. Plaintiffs have up to and including **Tuesday, January 30, 2024**, to file a response to Defendants' Joint Motion for Partial Summary Judgment (Doc. 302).

DATED this 9th day of January, 2024.

_____
SUSAN P. WATTERS
United States District Court Judge