| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany St. #404 |
| Victoria K.M. Gannon | Denver, CO  80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 302)** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | |
| Defendants, | |

Plaintiffs' by and through undersigned counsel, respectfully move the Court for an additional extension of time up to and including Tuesday, February 6, 2024, to file a response brief in opposition to Defendants Watchtower Bible and Tract

Society of New York, Inc's ("WTNY") and Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Motion for Partial Summary Judgment. (Doc. 302). Defendants WTNY and WTPA do not oppose this motion. A proposed Order is attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED this 24th day of January, 2024.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

**Plaintiffs' Unopposed Motion for Additional Time to Respond to
Defendants' Joint Motion for Partial Summary Judgment**
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
2

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*