# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Additional Time to Respond to Defendants' Joint Motion for Partial Summary Judgment (Doc. 302).

**IT IS HEREBY ORDERED** that Plaintiffs have up to and including Tuesday, February 6, 2024, to file a response to Defendants' Joint Motion for Partial Summary Judgment (Doc. 302).

DATED this _____ day of _____, 2024.

_____
Susan P. Watters
United States District Court Judge