*Exhibit B*



# BRANCH ORGANIZATION

CAEKAERT/MAPLEY 001818

# BRANCH ORGANIZATION

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

CAEKAERT/MAPLEY 001819

27. It should be practical to handle most personal problems locally in the branch, but major questions and problems can be taken up with the Personnel Committee.

28. Copies of Bethel personnel lists should be sent in with the Annual Reports for review by the Personnel Committee. (See "Annual Reports," paragraphs 26-29.)

29. If a member of the family desires to leave, he should send a thirty-day notice to the coordinator at the branch. This is in addition to any vacation time he may yet be taking.

30. When any worker is transferred from one position to another, it would be a good thing to let him know why. Thus he will not wonder if the change is because of a failure on his part, or if there is something on which he should try to improve.

31. CHAIRMAN'S COMMITTEE: This Committee is composed of the current chairman of the Governing Body, the previous chairman and the one next in line to be chairman. The current chairman will serve as the coordinator.

32. The Chairman's Committee of the Governing Body should be alert to see that the Governing Body operates smoothly and efficiently and that there is no unnecessary overlapping of work of the various Committees.

33. Reports on major emergencies, disasters or persecutions and any other urgent matters affecting Jehovah's Witnesses will come immediately to this Committee and will be taken up with the Governing Body.

34. LEGAL CORPORATIONS: The Watch Tower Bible and Tract Society of Pennsylvania is the parent corporate agency of Jehovah's Witnesses. It works with its subsidiary legal agencies such as the Watchtower Bible and Tract Society of New York, Inc., the International Bible Students Association, and many others scattered throughout the earth, for carrying on the business that must be done in order to print and ship the good news. All these agencies are subject to and work under the direction of the "faithful and discreet slave" class and its Governing Body.

35. BRANCH COMMITTEES: Jehovah's Witnesses through their Governing Body operate branch offices located in most of the principal countries of the world. The Governing Body of Jehovah's Witnesses approves of the recommendations for elders who will serve on the Branch Committees for such offices. The Branch Committee has the responsibility for the oversight of the preaching of the good news of Jehovah's Kingdom in the territory assigned to the branch. It also gives the necessary supervision to the Christian congregations, missionaries, special pioneers, pioneers, and interested ones, organizing the congregations into circuits and districts and making recommendations to the Governing Body for the appointment of circuit and district overseers, Bethel family members and students for Gilead School.

36. <u>The Governing Body gives direction to the Branch Committees</u> throughout the world by means of such publications as <u>The Watchtower</u> and <u>Awake!</u> magazines, <u>Our Kingdom Service</u>, publications outlining organizational arrangements, as well

CAEKAERT/MAPLEY 001826