*Exhibit F*

| DOCUMENT | PUBLISHER | COPYRIGHT |
|---|---|---|
| Kingdom Ministry School Course (October 1972) (WTPA000001-000136) | WTPA (WTPA000001) | None Listed |
| Pay Attention to Yourselves and to All the Flock (1991) Kingdom Ministry School Textbook (WTPA000137-000292) | WTNY International Bible Students Association (WTPA000140) | WTPA (WTPA000140) |
| Awake! (1973-1977) (WTPA000293-000324) | WTNY (WTPA000294) (WTPA001190) (WTPA002150) (WTPA003270) (WTPA003718) | None Listed |
| Awake! (1978-1985) (WTPA004421-004452) | WTNY (WTPA004422) (WTPA005094) (WTPA006118) (WTPA006726) (WTPA007654) (WTPA008518) (WTPA009158) (WTPA009990) | WTNY (WTPA004422) (WTPA005094) (WTPA006118) (WTPA006726) (WTPA007654) (WTPA008518) (WTPA009158) (WTPA009990) |
| Awake! (1986-1987) (WTPA010885-010916) | WTNY (WTPA010886) (WTPA011528) | WTNY and International Bible Students Association (WTPA010886) (WTPA011528) |
| Awake! (1988-1992) (WTPA012421-012452) | WTNY (WTPA012425) (WTPA013224) (WTPA013864) (WTPA014568) (WTPA015208) | WTPA (WTPA012425) (WTPA013224) (WTPA013864) (WTPA014569) (WTPA015209) |
| New World Translation of the Holy Scriptures (New Edition of 1981) (WTPA015653-017124) | WTNY (WTPA015656) | WTPA (1961 & 1981) (WTPA015656) |
| New World Translation of the Holy Scriptures with References (Revised 1984) (WTPA017125-018726) | WTNY (WTPA017130) | WTPA (1961, 1981, 1984) (WTPA017130) |
| New World Translation of the Holy Scriptures (Revised 1984) (WTPA018727-020392) | WTNY (WTPA018732) | WTPA and International Bible Students Association (1984) (WTPA018732) |

1

| | | |
|---|---|---|
| Organized to Accomplish Our Ministry (1983) (WTPA028731-028954) | WTNY and International Bible Students Association (WTPA028732) | WTPA (1983) (WTPA028732) |
| Organized to Accomplish Our Ministry (1989) (WTPA0033861-034084) | WTNY and International Bible Students Association (WTPA033862) | WTPA (1983, 1989) (WTPA033862) |
| You Can Live Forever in Paradise on Earth (1982, 1989) (WTPA034085-034346) | WTNY and International Bible Students Association (WTPA034091) | WTPA (1982, 1989) (WTPA034091) |
| Reasoning from the Scriptures (2009 Printing) (WTPA034347-034794) | WTNY (WTPA034350) | WTPA (1985, 1989) (WTPA034350) |
| Questions Young People Ask (2006 Printing) (WTPA034795-035113) | WTNY (WTPA034798) | WTPA (1989) (WTPA034798) |
| The Bible God's Word or Man's (2006 Printing) (WTPA035114-035305) | WTNY (WTPA035115) | WTPA (1989) (WTPA035115) |
| All Scripture Is Inspired of God and Beneficial (1990 Printing) (WTPA035306-035661) | WTNY and International Bible Students Association (WTPA035311) | WTPA (1963, 1990) (WTPA035311) |
| Mankind's Searching For God (1990) (WTPA035662-036053) | WTNY and International Bible Students Association (WTPA035667) | WTPA (1990) (WTPA035667) |
| The Greatest Man Who Ever Lived (1991) (WTPA036054-036506) | WTNY and International Bible Students Association (WTPA036057) | WTPA (WTPA036057) |
| Theocratic Ministry School Guidebook (1971, 1992) (WTPA036507-036699) | WTNY and International Bible Students Association (WTPA036509) | WTPA (WTPA036509) |
| Jehovah's Witnesses in the Twentieth Century (1978) (WTPA036704-036735) | WTNY and International Bible Students Association (WTPA036705) | WTPA (1978) (WTPA036705) |
| Jehovah's Witnesses in the Twentieth Century (1979) (WTPA036736-036767) | WTNY and International Bible Students Association (WTPA036737) | WTPA (1979) (WTPA036737) |
| Enjoy Life on Earth Forever! (1982) (WTPA036768-036799) | WTNY and International Bible Students Association (WTPA036769) | WTPA (1982) (WTPA036769) |
| School and Jehovah's Witnesses (1983) (WTPA036800-036831) | WTNY and International Bible Students Association (WTPA036801) | WTPA (1983) (WTPA036801) |
| The Government That Will Bring Paradise (1985) (WTPA036896-036927) | WTNY and International Bible Students Association (WTPA036897) | WTPA (1985) (WTPA036897) |

2

| Jehovah's Witnesses United Doing God's Will Worldwide (1986) (WTPA036928-036959) | WTNY and International Bible Students Association (WTPA036929) | WTPA (1986) (WTPA036929) |
|---|---|---|
| Look! I Am Making All Things New (1986) (WTPA036960-036991) | WTNY and International Bible Students Association (WTPA036961) | WTPA (1986) (WTPA036961) |
| Jehovah's Witnesses in the Twentieth Century (1989) (WTPA036992-037023) | WTNY and International Bible Students Association (WTPA036993) | WTPA (1979, 1989) (WTPA036993) |
| Should You Believe in the Trinity? (1989) (WTPA037024-037055) | WTNY and International Bible Students Association (WTPA037025) | WTPA (1989) (WTPA037025) |
| How Can Blood Save Your Life? (1990) (WTPA037056-037087) | WTNY and International Bible Students Association (WTPA037057) | WTPA (1990) (WTPA037057) |
| Our Problems Who Will Help Us Solve Them? (1990) (WTPA037088-037119) | WTNY and International Bible Students Association (WTPA037089) | WTPA (1990) (WTPA037089) |
| Spirits of the Dead Can they Help You or Harm You? Do they Really Exist (1991) (WTPA037120-037151) | WTNY and International Bible Students Association (WTPA037122) | WTPA (1991) (WTPA037122) |
| Does God Really Care About Us? If so why does he permit suffering? Will it ever end? (1992) (WTPA037152-037183) | WTNY and International Bible Students Association (WTPA037153) | WTPA (1992) (WTPA037153) |
| Will There Ever Be a World Without War? (1992) (WTPA037185) | WTNY and International Bible Students Association (WTPA037185) | WTPA (1992) (WTPA037185) |
| Watch Tower Publications Index 1930-1985 (WTPA037285-038424) | WTNY and International Bible Students Association (WTPA037291) | WTPA (1986, 1990, 1994) (WTPA037291) |
| Watch Tower Publications Index 1986-1995 (WTPA038425-039166) | WTNY and International Bible Students Association (WTPA038431) | WTPA (1996) (WTPA038431) |
| The Watchtower (1973-1977) (WTPA040779-040810) | WTPA (WTPA040780) (WTPA041484) (WTPA042668) (WTPA043116) (WTPA043788) | None Listed |

| | | |
|---|---|---|
| The Watchtower (1978-1984) (WTPA044683-044714) | WTPA (WTPA044684) (WTPA045932) (WTPA046860) (WTPA047820) (WTPA048396) (WTPA049580) | WTPA (WTPA044684) (WTPA045932) (WTPA046860) (WTPA047820) (WTPA048396) (WTPA049580) |
| The Watchtower (1985-1987) (WTPA050443-050474) | WTPA (WTPA050444) (WTPA050892) (WTPA051820) | WTPA and International Bible Students Association (WTPA050444) (WTPA050892) (WTPA051820) |
| The Watchtower (1988-1992) (WTPA052683-052714) | WTPA (WTPA052684) (WTPA053420) (WTPA053900) (WTPA054764) (WTPA055820) | WTPA (WTPA052684) (WTPA053420) (WTPA053900) (WTPA054764) (WTPA055820) |
| Organization for Kingdom-Preaching and Disciple-Making (1972) (WTPA063278-063469) | WTNY and International Bible Students Association (WTPA063279) | WTPA (1972) (WTPA063279) |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (1977) (WTNY000224-000323) | WTNY (WTNY000227) | None Listed |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (1979) Kingdom Ministry School Textbook (ks79) (WTNY000324-000355) | WTNY (WTNY000325) | None Listed |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (1979) Kingdom Ministry School Textbook (ks81) (WTNY000000356-000419) | WTNY (WTNY000357) | None Listed |
| Pay Attention to Yourselves and to All the Flock (September 1977) (CAEKAERT/MAPLEY 000624-000723) | WTNY (CAEKAERT/MAPLEY 000627) | None Listed |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (September 1979) (CAEKAERT/MAPLEY 000724-000755) | WTNY (CAEKAERT/MAPLEY 000725) | None Listed |

| | | |
|---|---|---|
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (September 1981) (CAEKAERT/MAPLEY 000756-000819) | WTNY (CAEKAERT/MAPLEY 000757) | None Listed |
| Shepherd The Flock of God – 1 PETER 5:2 (2010) (CAEKAERT/MAPLEY 000820-000965) | WTNY (2010 Printing) (CAEKAERT/MAPLEY 000824) | WTPA (2010) (CAEKAERT/MAPLEY 000824) |
| Circuit Overseer Guidelines (January 2018) (CAEKAERT/MAPLEY 001240-001369) | None Listed | WTPA (CAEKAERT/MAPLEY 001240) |
| Circuit Overseer Guidelines (October 2015) (CAEKAERT/MAPLEY 001370-001499) | None Listed | WTPA (CAEKAERT/MAPLEY 001370) |

# KINGDOM MINISTRY
# SCHOOL COURSE

Compiled and Published by the
Watch Tower Bible and Tract
Society of Pennsylvania

**OCTOBER 1972**

*This book is the property of the Kingdom Ministry
School. Please do not mark or make notes in it, as
other students will use it later.*

Made in the United States of America

WTPA000001

# "PAY ATTENTION TO YOURSELVES AND TO ALL THE FLOCK"

## ACTS 20:28

## Kingdom Ministry School Textbook

A copy of this textbook is issued to each appointed elder, and he may retain it as long as he continues to serve as an elder in any congregation. At such time as he should cease to serve in that capacity, his copy of the book must be handed over to the Congregation Service Committee, since this publication is congregation property. No copies are to be made of any part of this publication.

WTPA000139

© 1991
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.
Prior editions in English: 1977, 1979, 1981

Unless otherwise indicated, *New World Translation of the Holy Scriptures—With References* is used.

*"Pay Attention to Yourselves and to All the Flock"*      English (*ks91*-E)      Made in the United States of America

WTPA000140



# Are You Learning to Think Clearly?

PAGE 3

# My Life as a Gypsy

PAGE 9

# How Christendom Became Trinitarian

PAGE 16

# Snail Fever—Slow Death for Millions

PAGE 20

JANUARY 8, 1973

WTPA000293

## THE REASON FOR THIS MAGAZINE

News sources that are able to keep you awake to the vital issues of our times must be unfettered by censorship and selfish interests. "Awake!" has no fetters. It recognizes facts, faces facts, is free to publish facts. It is not bound by political ties; it is unhampered by traditional creeds. This magazine keeps itself free, that it may speak freely to you. But it does not abuse its freedom. It maintains integrity to truth.

The viewpoint of "Awake!" is not narrow, but is international. "Awake!" has its own correspondents in scores of nations. Its articles are read in many lands, in many languages, by millions of persons.

In every issue "Awake!" presents vital topics on which you should be informed. It features penetrating articles on social conditions and offers sound counsel for meeting the problems of everyday life. Current news from every continent passes in quick review. Attention is focused on activities in the fields of government and commerce about which you should know. Straightforward discussions of religious issues alert you to matters of vital concern. Customs and people in many lands, the marvels of creation, practical sciences and points of human interest are all embraced in its coverage. "Awake!" provides wholesome, instructive reading for every member of the family.

"Awake!" pledges itself to righteous principles, to exposing hidden foes and subtle dangers, to championing freedom for all, to comforting mourners and strengthening those disheartened by the failures of a delinquent world, reflecting sure hope for the establishment of God's righteous new order in this generation.

Get acquainted with "Awake!" Keep awake by reading "Awake!"

PUBLISHED SEMIMONTHLY BY
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
117 Adams Street                                    Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*                            GRANT SUITER, *Secretary*

**Average printing each issue: 7,500,000**          **Now published in 29 languages**

Five cents a copy

| | |
|---|---|
| **Offices** | Yearly subscription rates for semi-monthly editions in local currency |
| **America, U.S.,** 117 Adams Street, Brooklyn, N.Y. 11201 | $1.50 |
| **Australia,** 11 Beresford Rd., Strathfield, N.S.W. 2135 | $1.50 |
| **Canada,** 150 Bridgeland Ave., Toronto, Ont. M6A 1Z5 | $1.50 |
| **England,** Watch Tower House, The Ridgeway, London NW7 1RN | 65p |
| **New Zealand,** 621 New North Rd., Auckland 3 | $1.50 |
| **Philippines,** P.O. Box 2044, Manila D-406 | P10 |
| **South Africa,** Private Bag 2, P.O. Elandsfontein, Tvl. | R1.10 |

(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Brooklyn. Notice of expiration is sent at least two issues before your subscription expires.

Semimonthly—Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Zulu.

Monthly—Chinese, Cinyanja, Hiligaynon, Indonesian, Malayalam, Melanesian-Pidgin, Polish, Tamil, Ukrainian, Yoruba.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, 117 Adams Street, Brooklyn, New York 11201, U.S.A.

Second-class postage paid at Brooklyn, N.Y.
Printed in U.S.A.

The Bible translation regularly used in "Awake!" is the "New World Translation of the Holy Scriptures."
When other translations are used, this is clearly marked.

# CONTENTS

| | |
|---|---|
| Are You Learning to Think Clearly? | 3 |
| Thinking Aids for a Balky Brain | 6 |
| My Life as a Gypsy | 9 |
| Aqueducts—Great Engineering Feats! | 13 |
| How Christendom Became Trinitarian | 16 |
| Snail Fever—Slow Death for Millions | 20 |
| Bamboo—Asia's Towering Grass | 22 |
| Let's Shake Hands | 25 |
| "Your Word Is Truth" Not Everything Called "Christian" Is Approved by God | 27 |
| Watching the World | 29 |

WTPA000294



# Awake!

## FAMINE Scorches Africa

### HOW ADVERTISING CAN MANIPULATE YOUR MIND

MARCH 8, 1974

WTPA001189

## THE REASON FOR THIS MAGAZINE

News sources that are able to keep you awake to the vital issues of our times must be unfettered by censorship and selfish interests. "Awake!" has no fetters. It recognizes facts, faces facts, is free to publish facts. It is not bound by political ties; it is unhampered by traditional creeds. This magazine keeps itself free, that it may speak freely to you. But it does not abuse its freedom. It maintains integrity to truth.

The viewpoint of "Awake!" is not narrow, but is international. "Awake!" has its own correspondents in scores of nations. Its articles are read in many lands, in many languages, by millions of persons.

In every issue "Awake!" presents vital topics on which you should be informed. It features penetrating articles on social conditions and offers sound counsel for meeting the problems of everyday life. Current news from every continent passes in quick review. Attention is focused on activities in the fields of government and commerce about which you should know. Straightforward discussions of religious issues alert you to matters of vital concern. Customs and people in many lands, the marvels of creation, practical sciences and points of human interest are all embraced in its coverage. "Awake!" provides wholesome, instructive reading for every member of the family.

"Awake!" pledges itself to righteous principles, to exposing hidden foes and subtle dangers, to championing freedom for all, to comforting mourners and strengthening those disheartened by the failures of a delinquent world, reflecting sure hope for the establishment of God's righteous new order in this generation.

Get acquainted with "Awake!" Keep awake by reading "Awake!"

PUBLISHED SEMIMONTHLY BY
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
117 Adams Street                    Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*            GRANT SUITER, *Secretary*

**Average printing each issue: 7,800,000**

**Five cents a copy**

|  |  |
|---|---|
| **Offices** | Yearly subscription rates for semi-monthly editions in local currency |
| America, U.S., 117 Adams Street, | |
| Brooklyn, N.Y. 11201 | $1.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $1.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ont. M6A 1Z5 | $1.50 |
| England, Watch Tower House, | |
| The Ridgeway, London NW7 1RN | 75p |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | $1.50 |
| Philippines, P.O. Box 2044, Manila D-406 | P8 |
| South Africa, Private Bag 2, P.O. Elandsfontein 1406 | R1.10 |

(Monthly editions cost half the above rates.)
Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Brooklyn. Notice of expiration is sent at least two issues before subscription expires.

**Now published in 31 languages**

Semimonthly—Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Zulu.
Monthly—Chinese, Cinyanja, Hiligaynon, Indonesian, Malayalam, Melanesian-Pidgin, Polish, Sesotho, Tamil, Ukrainian, Xhosa, Yoruba.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, 117 Adams Street, Brooklyn, New York 11201, U.S.A.

Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.                    Printed in U.S.A.

The Bible translation regularly used in "Awake!" is the "New World Translation of the Holy Scriptures."
When other translations are used, this is clearly marked.

# CONTENTS

| | |
|---|---|
| "Never Pay Back Evil for Evil" —Why Not? | 3 |
| Famine Scorches Africa | 5 |
| Dust Dimming the Sun | 8 |
| How Advertising Can Manipulate Your Mind | 9 |
| Faced with the Threat of Rape | 13 |
| When the Electric Power Fails | 17 |
| Thousands Baptized Each Week | 20 |
| A Challenging Puzzle | 23 |
| Banishing B.O. | 24 |
| What Is the Bible's View? Honesty in Business —Can You Afford It? | 27 |
| Watching the World | 29 |

WTPA001190



# Awake!

## A Worldwide Flood—What Does It Mean to You?
PAGE 5

## How Safe Are the Banks?
PAGE 9

## Teaching Children to Be Unselfish
PAGE 14

## The Amazing Ability of Hearing
PAGE 17

JUNE 8, 1975

WTPA002149



June 8, 1975
Vol. 56, Num. 11

Average Printing Each Issue:
**9,150,000**

## WHY THIS MAGAZINE IS PUBLISHED

Today as never before, what goes on in the rest of the world affects each one of us. "Awake!" reports on the world scene. But it does more for you personally.

It probes beneath the surface and points to the real meaning behind current events. And it gives practical suggestions to help you to cope effectively with the mounting problems of our time.

The scope of subjects covered by "Awake!" makes it a magazine for the entire family. Customs and people in many lands, the marvels of creation, religion, practical sciences and points of human interest all are included in its pages.

In keeping its freedom to bring you the truth, this magazine has no commercial advertisers to please. Also, it stays politically neutral and it does not exalt one race above another.

Most importantly, "Awake!" provides hope, giving you a basis for confidence in the Creator's promise of a new order of lasting peace and true security within our generation.

---

### Now published in 31 languages

**Semimonthly Editions:**

| | | | |
|---|---|---|---|
| Afrikaans | Finnish | Italian | Spanish |
| Cebuano | French | Japanese | Swedish |
| Danish | German | Korean | Tagalog |
| Dutch | Greek | Norwegian | Zulu |
| English | Iloko | Portuguese | |

**Monthly Editions:**

| | | | |
|---|---|---|---|
| Chinese | Malayalam | Polish | Ukrainian |
| Cinyanja | Melanesian- | Sesotho | Xhosa |
| Hiligaynon | Pidgin | Tamil | Yoruba |
| Indonesian | | | |

Five cents a copy

| Watch Tower Society offices | Yearly subscription rates for semi-monthly editions in local currency |
|---|---|
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | $1.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $1.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $1.50 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £1.30 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $1.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | $1.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | N1.05 |
| Philippines, P.O. Box 2044, Manila 2800 | P8 |
| South Africa, Private Bag 2, P.O. Elandsfontein, 1406 | R1.10 |

(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Brooklyn. Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, 117 Adams St., Brooklyn, New York 11201, U.S.A.

The Bible translation used in "Awake!" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated. Printed in U.S.A.

## IN THIS ISSUE

| | |
|---|---|
| When Others Are Unkind—How Will You React? | 3 |
| A Worldwide Flood—What Does It Mean to You? | 5 |
| How Safe Are the Banks? | 9 |
| Teaching Children to Be Unselfish | 14 |
| The Amazing Ability of Hearing | 17 |
| A Tower with Its Top in the Heavens | 21 |
| An Ancient Means of Detection | 24 |
| Democracy Returns to Its "Cradle" | 25 |
| What Is the Bible's View? Accept or Refuse Blood Transfusions? | 27 |
| Watching the World | 29 |

---

PUBLISHED BY
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*      GRANT SUITER, *Secretary*

WTPA002150



# Awake!

## THE BEST KIND OF TRAINING

### —JUDO? KARATE?

### OR WHAT?

## Millions Inoculated Against Swine Flu—Why?

NOVEMBER 22, 1976

WTPA003269



Reg. U.S. Pat. Off.
November 22, 1976
Vol. 57, Num. 22

Average Printing Each Issue:
**10,100,000**

## WHY THIS MAGAZINE IS PUBLISHED

Today as never before, what goes on in the rest of the world affects each one of us. "Awake!" reports on the world scene. But it does more for you personally.

It probes beneath the surface and points to the real meaning behind current events. And it gives practical suggestions to help you to cope effectively with the mounting problems of our time.

The scope of subjects covered by "Awake!" makes it a magazine for the entire family. Customs and people in many lands, the marvels of creation, religion, practical sciences and points of human interest all are included in its pages.

In keeping its freedom to bring you the truth, this magazine has no commercial advertisers to please. Also, it stays politically neutral and it does not exalt one race above another.

Most importantly, "Awake!" provides hope, giving you a basis for confidence in the Creator's promise of a new order of lasting peace and true security within our generation.

### Now Published in 33 Languages

**Semimonthly Editions:**

| | | | |
|---|---|---|---|
| Afrikaans | Finnish | Italian | Spanish |
| Cebuano | French | Japanese | Swedish |
| Danish | German | Korean | Tagalog |
| Dutch | Greek | Norwegian | Zulu |
| English | Iloko | Portuguese | |

**Monthly Editions:**

| | | | |
|---|---|---|---|
| Chinese | Malayalam | Sesotho | Ukrainian |
| Cinyanja | Melanesian- | Tahitian | Xhosa |
| Hiligaynon | Pidgin | Tamil | Yoruba |
| Indonesian | Polish | Twi | |

**Five cents a copy**

Watch Tower Society offices — Yearly subscription rates for semi-monthly editions in local currency

America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 $1.50
Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 $2.50
Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 $1.50
England, Watch Tower House, The Ridgeway, London NW7 1RN £1.50
Hawaii, 1228 Pensacola St., Honolulu 96814 $1.50
New Zealand, 6-A Western Springs Rd., Auckland 3 $1.50
Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State ₦1.10
Philippines, P.O. Box 2044, Manila 2800 ₱8
South Africa, Private Bag 2, P.O. Elandsfontein, 1406 R1,30
(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201. Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, R.D. 1, Box 300, Wallkill, New York 12589, U.S.A. POSTMASTER: Send Form 3579 to Watchtower, Wallkill, N.Y. 12589.

The Bible translation used in "Awake!" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.
Printed in U.S.A.

## IN THIS ISSUE

The Best Kind of Training
—Judo? Karate? or What? — 3
Millions Inoculated Against
Swine Flu—Why? — 5
A National "Day of Thanks"
—The Dream and the Reality — 9
Habitat Conference—A Hope
for Mankind? — 13
Metric—The Better Way — 16
What Has Happened to the Rhine? — 20
Greece Safeguards the Right
of Assembling — 22
A Fish That Can Live out of Water — 25
What Is the Bible's View?
Does Christianity Have a
Visible Symbol? — 27
Watching the World — 29

PUBLISHED BY
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*       GRANT SUITER, *Secretary*

WTPA003270

# Awake!

## The Continents Beneath Your Feet

### —Are They DRIFTING?

How We Prepared for Childbirth

JUNE 22, 1977

WTPA003717



Reg. U.S. Pat. Off.
June 22, 1977
Vol. 58, Num. 12

Average Printing Each Issue:
**10,125,000**

## WHY THIS MAGAZINE IS PUBLISHED

Today as never before, what goes on in the rest of the world affects each one of us. "Awake!" reports on the world scene. But it does more for you personally.

It probes beneath the surface and points to the real meaning behind current events. And it gives practical suggestions to help you to cope effectively with the mounting problems of our time.

The scope of subjects covered by "Awake!" makes it a magazine for the entire family. Customs and people in many lands, the marvels of creation, religion, practical sciences and points of human interest all are included in its pages.

In keeping its freedom to bring you the truth, this magazine has no commercial advertisers to please. Also, it stays politically neutral and it does not exalt one race above another.

Most importantly, "Awake!" provides hope, giving you a basis for confidence in the Creator's promise of a new order of lasting peace and true security within our generation.

---

### Now Published in 32 Languages

**Semimonthly Editions:**

| | | | |
|---|---|---|---|
| Afrikaans | Finnish | Italian | Spanish |
| Cebuano | French | Japanese | Swedish |
| Danish | German | Korean | Tagalog |
| Dutch | Greek | Norwegian | Zulu |
| English | Iloko | Portuguese | |

**Monthly Editions:**

| | | | |
|---|---|---|---|
| Chinese | Melanesian- | Tahitian | Xhosa |
| Cinyanja | Pidgin | Tamil | Yoruba |
| Hiligaynon | Polish | Twi | |
| Malayalam | Sesotho | Ukrainian | |

Five cents a copy

Watch Tower Society offices — Yearly subscription rates for semimonthly editions in local currency
America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 — $1.50
Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 — $2.50
Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 — $1.50
England, Watch Tower House, The Ridgeway, London NW7 1RN — $1.50
Hawaii, 1228 Pensacola St., Honolulu 96814 — $1.50
New Zealand, 6-A Western Springs Rd., Auckland 3 — $1.50
Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State — ₦1.10
Philippines, P.O. Box 2044, Manila 2800 — ₱8
South Africa, Private Bag 2, P.O. Elandsfontein, 1406 — R1,30
(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201. Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, R.D. 1, Box 300, Wallkill, New York 12589, U.S.A. POSTMASTER: Send Form 3579 to Watchtower, Wallkill, N.Y. 12589.

The Bible translation used in "Awake!" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.
Printed in U.S.A.

## IN THIS ISSUE

| | |
|---|---|
| What Can Help You to Cope? | 3 |
| Discerning Judges Protect Minority Rights | 5 |
| How We Prepared for Childbirth | 11 |
| Backstage at a Bible Drama | 13 |
| The Continents Beneath Your Feet—Are They Drifting? | 16 |
| Tagalog—Versatile Language | 21 |
| An Unexpected Reception | 23 |
| They Volunteered to Serve Anywhere | 25 |
| What Is the Bible's View? "The Lake of Fire"—Literal or Symbolic? | 27 |
| Watching the World | 29 |

---

PUBLISHED BY
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, President   GRANT SUITER, Secretary

WTPA003718

MAY 22, 1978

# Awake!



# HOW TO PRAY

## AND BE HEARD BY GOD

WTPA004421



May 22, 1978
Vol. 59, Num. 10

--- FEATURE ARTICLES ---

5   **HOW TO PRAY AND BE HEARD BY GOD.**  Prayer books, prayers to saints, use of a rosary, praying in "tongues"—all these are common practices. But what does the Bible itself say about how to pray?

16   **SURVIVAL AT SEA!**  A survivor recounts one of history's worst sea disasters, 33 years ago; the questions it raised, and how these were answered

--- OTHER ITEMS ---

3   Are You Too Busy?

9   Hospitality in a
    Changing Africa

12   "The Happy God"
     —Really Different!

13   A Breathtaking Railway

21   Let's Plan a Trip

25   Animal Lovers, Beware!

27   The Bible's View
     Woman's Role in the
     First-Century Congregation

29   Watching the World

**WHY THIS MAGAZINE IS PUBLISHED**

"Awake!" is for the enlightenment of the entire family. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another. It also shows how to cope with today's problems. Most importantly, "Awake!" builds confidence in the Creator's promise of a peaceful and secure new order within our generation.

The Bible translation used in "Awake!" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

Ten cents a copy

| Watch Tower Society offices | Yearly subscription rates for semimonthly editions in local currency |
|---|---|
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | $2.00 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | A$2.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $2.00 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £1.70 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $2.00 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | NZ$3.00 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦1.40 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱10.00 |
| South Africa, Private Bag 2, Elandsfontein, 1406 | R1,80 |
| (Monthly editions cost half the above rates.) | |

Copyright © 1978 by Watchtower Bible and Tract Society of New York, Inc. All rights reserved.

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201.

Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, R.D. 1, Box 300, Wallkill, New York 12589, U.S.A.

POSTMASTER: Send Form 3579 to Watchtower, Wallkill, N.Y. 12589. Printed in U.S.A.

**NOW PUBLISHED IN 33 LANGUAGES**

SEMIMONTHLY EDITIONS

Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Zulu

MONTHLY EDITIONS

Chichewa, Chinese, Hiligaynon, Malayalam, Melanesian-Pidgin, Polish, Sesotho, Swahili, Tahitian, Tamil, Twi, Ukrainian, Xhosa, Yoruba

AVERAGE PRINTING EACH ISSUE: 8,900,000

Published by
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, Pres.                    Grant Suiter, Secy.



APRIL 8, 1979

# Awake!

What Is Your Concept Of **GOD?**

What does creation tell us about his qualities?

WTPA005093



April 8, 1979
Vol. 60, Num. 7

━━━━━━━━━━ FEATURE ARTICLES ━━━━━━━━━━

Many people have no real idea as to God's personality. What about you? If someone asked you to describe your concept of God, what would you say? Could knowing some of his qualities draw you closer to God? These articles provide clear concepts from creation and the Bible

3   WHAT IS YOUR CONCEPT OF GOD?

4   GOD AS A PERSONALITY

━━━━━━━━━━ OTHER ITEMS ━━━━━━━━━━

9   The Day We Had Our Baby!

12   Tomorrow's Adults

13   The Scar That Became a Beauty Spot—The Great Rift Valley

17   Learning to Respect the Ozone

22   Faith—Does It Really Move "Mountains"?

27   Japan's Largest Cherry Tree

28   The Bible's View Jesus Christ as "the First-Born of All Creation"

30   Watching the World

WHY THIS MAGAZINE IS PUBLISHED

"Awake!" is for the enlightenment of the entire family. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another. It also shows how to cope with today's problems. Most importantly, "Awake!" builds confidence in the Creator's promise of a peaceful and secure new order within our generation.

The Bible translation used in "Awake!" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

Ten cents a copy

| Watch Tower Society offices | Yearly subscription rates for semi-monthly editions in local currency |
|---|---|
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | $2.00 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | A$2.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $2.00 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £2.00 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $2.00 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | NZ$3.00 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦1.40 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱10.00 |
| South Africa, Private Bag 2, Elandsfontein, 1406 | R1.80 |

(Monthly editions cost half the above rates.)

Copyright © 1979 by Watchtower Bible and Tract Society of New York, Inc. All rights reserved.

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201.

Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, B.D. 1, Box 300, Wallkill, New York 12589, U.S.A.

POSTMASTER: Send Form 3579 to Watchtower, Wallkill, N.Y. 12589. Printed in U.S.A.

NOW PUBLISHED IN 34 LANGUAGES

SEMIMONTHLY EDITIONS
Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Zulu

MONTHLY EDITIONS
Chichewa, Chinese, Hiligaynon, Malayalam, Melanesian-Pidgin, Polish, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Yoruba

AVERAGE PRINTING EACH ISSUE: 8,300,000

Published by
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, Pres.          Grant Suiter, Secy.

WTPA005094

# Awake!

AUGUST 8, 1980



# MARIJUANA
## —what really are its effects?

WTPA006117



August 8, 1980
Vol. 61, Num. 15

## FEATURE ARTICLES

5   MARIJUANA—Why the Conflicting Views? What Really Are Its Effects?
It is widely used, especially among young people. Some persons argue that, moderately used, it is no more harmful than alcohol. What are the facts? Recent research has caused a dramatic change in viewpoint on the part of experts

12   ALCOHOL FOR FUEL—The Answer?
A report on Brazil's answer to the energy crisis

## OTHER ITEMS

3   Have You Ever Wondered— Is It Wrong to Gamble?

11   Good Advice on Living

15   Animals in the News

16   Josephus—Historian Well-suited to His Subject

20   I Worshiped My Ancestors

22   "They Practice What They Preach"

23   Meet the Negritos

25   Is Handcrafting for You?

28   "God Is My Copilot" —Is He Yours?

29   Watching the World

### WHY THIS MAGAZINE IS PUBLISHED

"Awake!" is for the enlightenment of the entire family. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another. It also shows how to cope with today's problems. Most importantly, "Awake!" builds confidence in the Creator's promise of a peaceful and secure new order within our generation.

The Bible translation used in "Awake!" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

Ten cents (U.S.) a copy

| Watch Tower Society offices | Yearly subscription rates for semi-monthly editions in local currency |
| --- | --- |
| America, U.S., Watchtower, Wallkill, N.Y. 12589 | $2.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $2.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $3.00 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £3.00 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $2.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | NZ$3.00 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦2.40 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱17.50 |
| South Africa, Private Bag 2, Elandsfontein, 1406 | R3,60 |
| (Monthly editions cost half the above rates.) | |

Copyright © 1980 by Watchtower Bible and Tract Society of New York, Inc. All rights reserved.

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Watchtower, Wallkill, N.Y. 12589, U.S.A.

Notice of expiration is sent at least two issues before subscription expires.

Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, Wallkill, N.Y. 12589, U.S.A.

POSTMASTER: Send address changes to Watchtower, Wallkill, N.Y. 12589. Awake! (ISSN 0005-237X)          Printed in U.S.A.

NOW PUBLISHED IN 34 LANGUAGES

SEMIMONTHLY EDITIONS

Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog

MONTHLY EDITIONS

Chichewa, Chinese, Hiligaynon, Malayalam, New Guinea Pidgin, Polish, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Yoruba, Zulu

AVERAGE PRINTING EACH ISSUE: 7,650,000

Published by
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, Pres.                    Grant Suiter, Secy.

# Awake!

MAY 22, 1981



# The New Drug Addicts— Anybody You Know?

WTPA006725



May 22, 1981
Vol. 62, Num. 10

## FEATURE ARTICLES

Drug addiction on the rise worldwide. The new addicts: housewives, businessmen, juveniles, adults—they come from all categories. Why are people turning to drugs to cope? Is there a better way?

3   DRUG ADDICTION ON THE RISE WORLDWIDE
4   THE NEW DRUG ADDICTS—ANYBODY YOU KNOW?
5   DO YOU NEED TRANQUILIZERS TO COPE?
6   ANOTHER GLOBAL ADDICTION—ALCOHOL
7   COMMUNICATE WITH YOUR DOCTOR!
8   POPULAR MYTHS ABOUT MARIJUANA
10  WHY ARE PEOPLE TURNING TO DRUGS?
11  FINDING A BETTER WAY

## OTHER ITEMS

12  "Somebody Ought to Do Something About It!"
15  Safe, by a Hair!
15  Costly Rodent Antics
16  'After the Flowers, the Stones' —on the Soccer Field
20  When Disaster Struck Athens
22  Focus on the Philippine Church
25  Christian Missionary Work —Is It Outdated?
27  How Safe Are Microwave Ovens?
29  Watching the World

### WHY THIS MAGAZINE IS PUBLISHED

"Awake!" is for the enlightenment of the entire family. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another. It also shows how to cope with today's problems. Most importantly, "Awake!" builds confidence in the Creator's promise of a peaceful and secure new order within our generation.

The Bible translation used in "Awake!" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

Ten cents (U.S.) a copy

Watch Tower Society offices

| | Yearly subscription rates for semi-monthly editions in local currency |
|---|---|
| America, U.S., Watchtower, Wallkill, N.Y. 12589 | $2.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $3.00 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $3.00 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £4.00 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $2.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | NZ$4.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | N2.50 |
| Philippines, P.O. Box 2044, Manila 2800 | P17.50 |
| South Africa, Private Bag 2, Elandsfontein, 1406 | R3,60 |

(Monthly editions cost half the above rates.)

Copyright © 1981 by Watchtower Bible and Tract Society of New York, Inc. All rights reserved.

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Watchtower, Wallkill, N.Y. 12589, U.S.A.

Notice of expiration is sent at least two issues before subscription expires.

Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, Wallkill, N.Y. 12589, U.S.A.

POSTMASTER: Send address changes to Watchtower, Wallkill, N.Y. 12589. Awake! (ISSN 0005-237X)          Printed in U.S.A.

NOW PUBLISHED IN 34 LANGUAGES

SEMIMONTHLY EDITIONS
Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog

MONTHLY EDITIONS
Chichewa, Chinese, Hiligaynon, Malayalam, New Guinea Pidgin, Polish, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Yoruba, Zulu

AVERAGE PRINTING EACH ISSUE: 7,800,000

Published by
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, Pres.          Grant Suiter, Secy.

# Awake!

AUGUST 8, 1982



"Surviving" the First Year of

# MARRIAGE

ALSO IN THIS ISSUE:
War's Effect on the Mind

WTPA007653



August 8, 1982
Vol. 63, No. 15

## WHY AWAKE! IS PUBLISHED

*AWAKE!* is for the enlightenment of the entire family. It shows how to cope with today's problems. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another.

Most importantly, this magazine builds confidence in the Creator's promise of a peaceful and secure new order before the generation that saw the events of 1914 C.E. passes away.

### *Average Printing Each Issue: 8,200,000*

### *Now Published in 47 Languages*

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog

MONTHLY EDITIONS AVAILABLE BY MAIL
Chichewa, Chinese, Cibemba, Hiligaynon, Malayalam, New Guinea Pidgin, Polish, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Yoruba, Zulu

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1982 by Watchtower Bible and Tract Society of New York, Inc. All rights reserved.

*Changes of address* should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label).

*Awake!* (ISSN 0005-237X) is published semimonthly for $3.50 per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Printed in U.S.A.

## Feature Articles

Families are breaking up in record numbers. Often the start of a marriage can be the most crucial time. How can couples not only 'survive' the first year but really enjoy it and build an enduring relationship?

Family Breakdown—"A World Tragedy"  ...  3

"Surviving" the First Year of Marriage  ....  4

## Also in This Issue

A Book for All People  ............................  9

Making Wise Health Decisions  ................  12

Do They Come Back the Same?  .................  16

He Came Back a Stranger  .....................  19

Crossword Puzzle  ..............................  22

Young People Ask . . . When the Music Ends, How Do We Solve the Problems?  ..............  23

"He's Going to Be a Little Boy"  .................  26

From Our Readers  .............................  28

Watching the World  ...........................  29

Fifteen cents (U.S.) a copy

*Watch Tower Society offices*

| | Yearly subscription rates Semimonthly |
|---|---|
| *America,* U.S., Watchtower, Wallkill, N.Y. 12589 | $3.50 |
| *Australia,* Box 280, Ingleburn, N.S.W. 2565 | $3.50 |
| *Canada,* Box 4100, Georgetown, Ontario L7G 4Y4 | $4.00 |
| *England,* The Ridgeway, London NW7 1RN | £4.00 |
| *New Zealand,* 6-A Western Springs Rd., Auckland 3 | $5.00 |
| *Nigeria,* P.O. Box 194, Yaba, Lagos State | ₦2.50 |
| *Philippines,* P.O. Box 2044, Manila 2800 | ₱25.00 |
| *South Africa,* Private Bag 2, Elandsfontein, 1406 | R4,00 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

Published by

**Watchtower Bible and Tract Society of New York, Inc.**

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President        Grant Suiter, Secretary

WTPA007654

# Awake!

SEPTEMBER 22, 1983



## Is the End of Disease in Sight?

WTPA008517



September 22, 1983
Vol. 64, No. 18

## WHY AWAKE! IS PUBLISHED

*AWAKE!* is for the enlightenment of the entire family. It shows how to cope with today's problems. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another.

Most importantly, this magazine builds confidence in the Creator's promise of a peaceful and secure New Order before the generation that saw the events of 1914 passes away.

---

*Average Printing Each Issue: 8,900,000*

---

*Now Published in 51 Languages*

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog

MONTHLY EDITIONS AVAILABLE BY MAIL
Chichewa, Chinese, Cibemba, Hiligaynon, Malayalam, New Guinea Pidgin, Polish, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Yoruba, Zulu

---

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

---

Copyright © 1983 by Watchtower Bible and Tract Society of New York, Inc. All rights reserved.

---

*Changes of address* should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label).

---

*Awake!* (ISSN 0005-237X) is published semimonthly for $3.50 per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.
**Postmaster:** Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Printed in U.S.A.

## Feature Articles

Modern medical science has made remarkable strides. Smallpox has been eliminated. Several forms of cancer are now curable. Other diseases claim fewer and fewer victims each year. Does this mean that the end of all sickness is finally in sight? Are there any limits to what medical science can do for mankind? Or will sickness always be a part of the human condition? What is the major cause of sickness today?

Is the End of Disease in Sight? . . . . . . . . . . .   3
What Medical Science Is Up Against . . . . . .   5
Shall We Ever Be Rid of Disease? . . . . . . .   10

## Also in This Issue

Toxic Wastes and Organized Crime . . . . . . . . . . . . . .   11
Modern Technology Against the Wolves . . . . . . . . . .   11
Teenage Marriage—Pleasure or Pain? . . . . . . . . . . . .   12
Young People Ask . . .
   How Wise Is a Teenage Marriage? . . . . . . . . . . . . . .   16
The First World War—Was It the Prelude to Man's
   Final Era? (Part II) . . . . . . . . . . . . . . . . . . . . . . . . . . .   20
What Is the World Coming To? . . . . . . . . . . . . . . . . . .   23
'Our Son Is a Beautiful Colour Now' . . . . . . . . . . . . .   24
'Fouling Our Nest' . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   27
How Much Is a Tree Worth? . . . . . . . . . . . . . . . . . . . . .   27
From Our Readers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   28
Watching the World . . . . . . . . . . . . . . . . . . . . . . . . . . . .   29

*Fifteen cents (U.S.) a copy*          *Yearly subscription rates*
*Watch Tower Society offices*                 *Semimonthly*
*America,* U.S., Watchtower, Wallkill, N.Y. 12589          $3.50
*Australia,* Box 280, Ingleburn, N.S.W. 2565               $5.00
*Canada,* Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4  $4.00
*England,* The Ridgeway, London NW7 1RN                    £4.00
*New Zealand,* 6-A Western Springs Rd., Auckland 3         $5.00
*Nigeria,* P.O. Box 194, Yaba, Lagos State                 ₦2.50
*Philippines,* P.O. Box 2044, Manila 2800                  ₱30.00
*South Africa,* Private Bag 2, Elandsfontein, 1406         R4,80

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

---

Published by

**Watchtower Bible and Tract Society
of New York, Inc.**

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President          Grant Suiter, Secretary

WTPA008518

Case 1:20-cv-00052-SPW   Document 320-6   Filed 02/06/24   Page 32 of 165

# Awake!

JULY 22, 1984



# UNEMPLOYMENT
## Still a World Problem

WTPA009157



July 22, 1984
Vol. 65, No. 14

## WHY AWAKE! IS PUBLISHED

*AWAKE!* is for the enlightenment of the entire family. It shows how to cope with today's problems. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another.

Most importantly, this magazine builds confidence in the Creator's promise of a peaceful and secure New Order before the generation that saw the events of 1914 passes away.

---

*Average Printing Each Issue: 8,900,000*

---

*Now Published in 54 Languages*

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Yoruba

MONTHLY EDITIONS AVAILABLE BY MAIL
Chichewa, Chinese, Cibemba, Hiligaynon, Igbo, Malayalam, New Guinea Pidgin, Polish, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Zulu

---

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

---

Copyright © 1984 by Watchtower Bible and Tract Society of New York, Inc. All rights reserved.

---

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

*Awake!* (ISSN 0005-237X) is published semimonthly for $3.50 per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Printed in U.S.A.

## Feature Articles

In most countries of the world, unemployment is still a major problem. Unemployment has been cut back in the United States, but even there it is still high. How does being unemployed affect the breadwinner? Is there anything families can do to lessen its impact? What may help in finding a job? If no jobs are available, what other possibilities are there?

Unemployment—Still a World Problem . .    3
How to Cope With Unemployment . . . . . . .    4
Finding a Job, or Creating One . . . . . . . . .    8

## Also in This Issue

Jesus of Nazareth—Who Really Was He? . . . . .   10
A High School Senior Reports
  on Her Advanced Biology Project . . . . . . . . . . .   14
Young People Ask . . . 'Can I Go to School
  Without Getting Beat Up?' . . . . . . . . . . . . . . . . . . .   16
"I Started Out a Warbird
  but Ended Up a Dove" . . . . . . . . . . . . . . . . . . . . . .   19
What You Hear May Hurt You . . . . . . . . . . . . . . . . .   23
Your Friend the Dictionary . . . . . . . . . . . . . . . . . . . .   25
From Our Readers . . . . . . . . . . . . . . . . . . . . . . . . .   28
Watching the World . . . . . . . . . . . . . . . . . . . . . . . . .   29

*Fifteen cents (U.S.) a copy*     *Yearly subscription rates*
*Watch Tower Society offices*     *Semimonthly*
*America,* U.S., Watchtower, Wallkill, N.Y. 12589    $3.50
*Australia,* Box 280, Ingleburn, N.S.W. 2565    A$5.00
*Canada,* Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4    $4.00
*England,* The Ridgeway, London NW7 1RN    £4.00
*New Zealand,* 6-A Western Springs Rd., Auckland 3    $5.50
*Nigeria,* P.O. Box 194, Yaba, Lagos State    ₦3.50
*Philippines,* P.O. Box 2044, Manila 2800    ₱35.00
*South Africa,* Private Bag 2, Elandsfontein, 1406    R4,80

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

---

Published by

*Watchtower Bible and Tract Society
of New York, Inc.*

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President

WTPA009158

# Awake!

AUGUST 22, 1985



# HIROSHIMA
## Has Its Lesson Been Lost?

WTPA009989

# Awake!®

August 22, 1985
Vol. 66, No. 16

## WHY AWAKE! IS PUBLISHED

*AWAKE!* is for the enlightenment of the entire family. It shows how to cope with today's problems. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another.

Most importantly, this magazine builds confidence in the Creator's promise of a peaceful and secure New Order before the generation that saw the events of 1914 passes away.

---

*Average Printing Each Issue: 9,800,000*

*Now Published in 54 Languages*

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Yoruba

MONTHLY EDITIONS AVAILABLE BY MAIL
Chichewa, Chinese, Cibemba, Hiligaynon, Igbo, Malayalam, New Guinea Pidgin, Polish, Russian, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Zulu

---

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1985 by Watchtower Bible and Tract Society of New York, Inc., and International Bible Students Association. All rights reserved.

---

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

*Awake!* (ISSN 0005-237X) is published semimonthly for $4.00 (U.S.) per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.
*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Printed in U.S.A.

## Feature Articles

Forty years ago this month, the bombing of Hiroshima ushered in the nuclear age. Yet, today many have forgotten what was learned from what happened then. To help readers recall, this issue of *Awake!* relates remembrances by survivors of that holocaust. And it explores the question, Has the lesson of Hiroshima been lost?

Hiroshima
—An Unforgettable Experience ......... 3
Hiroshima—Has Its Lesson Been Lost? ... 6
My Wounds of Hiroshima Are Gone! ....... 9

## Also in This Issue

The "Way of the Gods"
—Where Did It Lead Japan? ................... 12
Nutrition for Good Health ........................ 14
The Bushman—Africa's Master of Survival ...... 18
Why Is My Teacher So Unfair? ................... 22
'Do You Have the Time?' ......................... 25
From Our Readers ................................ 28
Watching the World .............................. 29

*Twenty cents (U.S.) a copy*       *Yearly subscription*
*Watch Tower Society offices*              *Semimonthly*
*America,* U.S., Watchtower, Wallkill, N.Y. 12589                $4.00
*Australia,* Box 280, Ingleburn, N.S.W. 2565               A$6.00
*Canada,* Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4  $5.20
*England,* The Ridgeway, London NW7 1RN                    £5.00
*Ireland,* 29A Jamestown Road, Finglas, Dublin 11          £5.00
*New Zealand,* 6-A Western Springs Rd., Auckland 3        $10.00
*Nigeria,* P.O. Box 194, Yaba, Lagos State                  ₦6.00
*Philippines,* P.O. Box 2044, Manila 2800                  ₱50.00
*South Africa,* Private Bag 2, Elandsfontein, 1406          R5,60

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

---

Published by
*Watchtower Bible and Tract Society*
*of New York, Inc.*

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President

Case 1:20-cv-00052-SPW   Document 320-6   Filed 02/06/24   Page 36 of 165

# Awake!

OCTOBER 22, 1986



## How Safe Are the BANKS?

WTPA010885



October 22, 1986
Vol. 67, No. 20

### WHY AWAKE! IS PUBLISHED

*AWAKE!* is for the enlightenment of the entire family. It shows how to cope with today's problems. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it stays politically neutral and does not exalt one race above another.

Most importantly, this magazine builds confidence in the Creator's promise of a peaceful and secure new system before the generation that saw the events of 1914 passes away.

---

*Average Printing Each Issue: 10,480,000*

---

*Now Published in 53 Languages*

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL
Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Yoruba

MONTHLY LANGUAGES AVAILABLE BY MAIL
Chichewa, Chinese, Cibemba, Hiligaynon, Igbo, Malayalam, New Guinea Pidgin, Polish, Russian, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Zulu

---

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

---

Copyright © 1986 by Watchtower Bible and Tract Society of New York, Inc., and International Bible Students Association. All rights reserved.

---

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

---

Awake! (ISSN 0005-237X) is published semimonthly for $4.00 (U.S.) per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Printed in U.S.A.

## Feature Articles

Recent years have seen bank failures increasing at an alarming rate. Even some of the world's largest financial institutions are in trouble. They have lent billions of dollars to developing countries—a number of which cannot now pay back even the interest! Is a collapse of the world banking system imminent? Is your money safe in the bank? These and other questions are discussed in the following articles

The Need for Money ........................... 3
Why Banks Fail ................................ 4
How Safe Are the Banks? ..................... 7

## Also in This Issue

A Tragic Saturday That Shattered My Family ........... 12
Young People Ask . . .
    'What's Wrong With Having a Good Time?' ........... 17
The Secret of Longevity ........................ 20
Cancer—How Can You Be Supportive? ............... 23
Fighting Back Against Cancer ...................... 27
From Our Readers ............................. 28
Watching the World
    Religious Persecution in Greece—Why? ........... 29

---

*20 cents (U.S.) a copy*   Yearly subscription (see language lists at left)

| Watch Tower Society offices | Semimonthly Languages | Monthly Languages |
|---|---|---|
| *America,* U.S., Watchtower, Wallkill, N.Y. 12589 | $4.00 | $2.00 |
| *Australia,* Box 280, Ingleburn, N.S.W. 2565 | A$7.00 | A$3.50 |
| *Canada,* Box 4100, Halton Hills, Ontario L7G 4Y4 | $5.20 | $2.60 |
| *England,* The Ridgeway, London NW7 1RN | £5.00 | £2.50 |
| *Ireland,* 29A Jamestown Road, Finglas, Dublin 11 | IR£6.00 | IR£3.00 |
| *New Zealand,* 6-A Western Springs Rd., Auckland 3 | NZ$15.00 | NZ$7.50 |
| *Nigeria,* PMB 001, Shomolu, Lagos State | ₦7.50 | ₦3.60 |
| *Philippines,* P.O. Box 2044, Manila 2800 | ₱50.00 | ₱25.00 |
| *South Africa,* Private Bag 2, Elandsfontein, 1406 | R6.50 | R3.25 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

---

Published by

*Watchtower Bible and Tract Society of New York, Inc.*

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President



# Awake!

**August 22, 1987**

# TRADE WAR
## How It Affects the Prices You Pay

WTPA011525



August 22, 1987
Vol. 68, No. 16

**Average Printing: 10,610,000**
**Published in 53 Languages**

# Contents

## Feature Articles

**Trade War—How It Affects You** .... 3
**What Is Causing the Problem?** ...... 5
**Is There a Lasting Solution?** ........ 8

## Also in This Issue

Plants Under Stress ........................... 10
Sacrifices Bring Rich Rewards ................. 11
New Shipping Facilities
    of Jehovah's Witnesses ..................... 16
Other Activities in Furman Street Building ..... 18
Satellite Television
    —Is It for You? ............................. 19
Young People Ask . . .
    Why Do My Things Have to Be So Neat? ..... 23
Rio's Sugarloaf and Hunchback ................. 26
From Our Readers ............................. 28
Watching the World ............................ 29
Alligators Make a Comeback ................... 31

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL: Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Yoruba

MONTHLY LANGUAGES AVAILABLE BY MAIL: Chichewa, Chinese, Cibemba, Hiligaynon, Igbo, Malayalam, New Guinea Pidgin, Polish, Russian, Sesotho, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Zulu

*20 cents (U.S.) a copy   Yearly subscription (see language lists above)*

| Watch Tower Society offices | Semimonthly Languages | Monthly Languages |
| --- | --- | --- |
| *America,* U.S., Watchtower, Wallkill, N.Y. 12589 | $4.00 | $2.00 |
| *Canada,* Box 4100, Halton Hills, Ontario L7G 4Y4 | $5.50 | $2.75 |
| *England,* The Ridgeway, London NW7 1RN | £5.00 | £2.50 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

**Changes of address** should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

**Copyright** © 1987 by Watchtower Bible and Tract Society of New York, Inc., and International Bible Students Association. All rights reserved.

Unless otherwise indicated, "New World Translation of the Holy Scriptures" used.                                    Printed in U.S.A.

*Awake!* (ISSN 0005-237X) is published semimonthly for $4.00 (U.S.) per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. **Postmaster:** Send address changes to Watchtower, **Wallkill, N.Y. 12589.**

August 1986. As a result, Japanese workers last year received the smallest wage increase in 31 years—an average of 4.5 percent. And unemployment reached 2.9 percent of the work force, the highest since 1953. It is feared that the rate "may worsen to 7%-8%," according to the chairman of the Japan Federation of Employers' Associations.

### Result of Trade Imbalance

But why did the dollar shrink? Simply put, it was due to trade war in the very competitive world of international business. Some nations manage to export more goods than they import, resulting in a trade surplus. Canada, for example, has an annual trade surplus of $18.6 billion, and Japan exported goods worth $82.7 billion more than the goods it imported in 1986.

On the other hand, countries like the United States now import far more goods than they export. It is easy to see what this situation does to a country's economy. The resulting trade deficit creates serious unemployment problems and deals a blow to its economic stability.

Realizing that the economy of the world depends largely on the soundness of the U.S. economy, finance ministers and banking magnates of the five leading industrial nations met in September 1985 and agreed to depreciate the U.S. dollar against the major currencies of the world. The idea was that with the value of the dollar lower, goods from the United States would be cheaper and more competitive in other countries. This would boost U.S. exports. At home, demand for imported goods would decline, as these would now carry higher price tags. The net result, theoretically, would be to reduce the U.S. trade deficit.

Since the launching of the plan, the val-

WTPA011528



# Awake!

October 22, 1988

## Child Custody
### A Painful Issue

WTPA012421

# *Child Custody*
## *Should Religion Be an Issue?*

**K**ARON "has love for the children and attempts to properly provide for them. However, her beliefs as a Jehovah's Witness come first, and by her actions and beliefs she is jeopardizing the health, welfare and best interests of the children."

This statement by a circuit court judge hit Karon like a thunderbolt. It meant that she had lost custody of her two small children—one an 11-month-old infant. Her husband, who before their divorce had taunted, "It's Jehovah's Witnesses or me!" now had custody. Karon could see her girls only every other weekend.

"My lawyer had assured me that my children could not be taken away from me because of my religion but that I had to be proved an unfit mother," explained Karon, a housewife in the state of Missouri, United States. "I was devastated." And no wonder, since undisputed testimony was presented in court that she was a loving mother who 'regularly spent quality time with her girls.'

To visit her girls, Karon now had to travel to a city a hundred miles away. "Each time I left from the visits, my ex-husband's parents, who were keeping the girls, literally had to drag them off my legs so that I could go," recalled Karon. "They were kicking and screaming, 'Why can't we go home with you?' There were times I had to pull over on the roadside on the way home because of my tears and pray that Jehovah give me strength." Karon appealed to a higher court.

In a unanimous decision, the six judges of the Missouri Supreme Court gave her girls back to her. Appellate judge John Bardgett expressed the "firm conviction that the trial court was wrong" in concluding "that the members of the Jehovah's Witnesses religion, as a class and because of the tenets of

**Awake!**® 

October 22, 1988
Vol. 69, No. 20

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL: Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Yoruba

MONTHLY LANGUAGES AVAILABLE BY MAIL: Chichewa, Chinese, Cibemba, Hiligaynon, Igbo, Malayalam, New Guinea Pidgin, Polish, Russian, Sesotho, Sinhalese, Swahili, Tahitian, Tamil, Thai, Twi, Ukrainian, Xhosa, Zulu

Printed in U.S.A.

**Average Printing: 11,350,000**     **Published in 54 Languages**

25 cents (U.S.) a copy

*Watch Tower Society offices*

| | Semimonthly Languages | Monthly Languages |
|---|---|---|
| | *Yearly subscription (see language lists)* | |
| **America**, U.S., Watchtower, Wallkill, N.Y. 12589 | $5.00 | $2.50 |
| **Australia**, Box 280, Ingleburn, N.S.W. 2565 | A$8.00 | A$4.00 |
| **Canada**, Box 4100, Halton Hills, Ontario L7G 4Y4 | $7.00 | $3.50 |
| **England**, The Ridgeway, London NW7 1RN | £5.00 | £2.50 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

***Changes of address*** should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label). © 1988 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.

Unless otherwise indicated, *New World Translation of the Holy Scriptures* used.

*Awake!* (ISSN 0005-237X) is published semimonthly for $5.00 (U.S.) per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. **Postmaster:** Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

# AWAKE!

**November 8, 1989**

# WHAT'S HAPPENING TO SPORTS?

WTPA013221

# Violence in Sports

## Why the Increase?

"**S**PORT means health" is an old adage. In ancient times Greek doctors claimed that moderate sporting activity could bring good health.

Today, however, many sporting events are anything but healthy for either participants or spectators. Violence in sports has reached such proportions that an authoritative agency, the European Parliament, has approved a lengthy resolution "on vandalism and violence in sport." Alarmed by the ferocity of clashes before and after sporting events, both between the players and between the fans of opposing teams, the members of the European Parliament examined the phenomenon in its various features, its causes, and possible measures to stem it. What did they find, and what forms has violence in sports taken?

### 'A Widespread Phenomenon'

Soccer, the world's favorite sport, comes in for most of the criticism, but almost all other kinds of sport are involved in the problem. In 1988 violence flared during the European international soccer championships held in Germany. After a game involving their national team, British fans started a raging battle that ended up with wounded policemen, damaged property, and 300 persons arrested. After a victory of the Italian team during the same championships, three people died in a frenzy of enthusiasm.

In Britain infamous hooligans sow panic wherever they go, helping "to destroy the image of English football at home and abroad," as *The Guardian* said. And several times during one sports season, the Monday editions of

---

**Awake!**®     November 8, 1989
Vol. 70, No. 21

*Semimonthly Languages Available by Mail:* Afrikaans, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Yoruba

*Monthly Languages Available by Mail:* Arabic, Chichewa, Chinese, Cibemba, Hiligaynon, Igbo, Malayalam, New Guinea Pidgin, Polish, Russian, Sesotho, Sinhalese, Swahili, Tahitian, Tamil, Thai, Ukrainian, Xhosa, Zulu

Printed in U.S.A.

*Average Printing: 11,250,000*    *Published in 53 Languages*

25 cents (U.S.) a copy

| Watch Tower Society offices | *Semimonthly Languages* | *Monthly Languages* |
|---|---|---|
| *America*, U.S., Watchtower, Wallkill, N.Y. 12589 | $5.00 | $2.50 |
| *Australia*, Box 280, Ingleburn, N.S.W. 2565 | A$8.00 | A$4.00 |
| *Canada*, Box 4100, Halton Hills, Ontario L7G 4Y4 | $7.00 | $3.50 |
| *England*, The Ridgeway, London NW7 1RN | £5.00 | £2.50 |

*Yearly subscription (see language lists)*

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

© 1989 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.

Unless otherwise indicated, *New World Translation of the Holy Scriptures* used.

*Awake!* (ISSN 0005-237X) is published semimonthly for $5.00 (U.S.) per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. *Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

WTPA013224

# Awake!

September 8, 1990



# YOUTH
## Meeting the Challenge of the 1990's

WTPA013861

coca paste and similar substances is common in many such lands. UN Secretary-General Javier Pérez de Cuéllar thus said that the problem of illicit trafficking in and abuse of drugs "presents as destructive a threat to present and coming generations as the plagues which swept many parts of the world in earlier ages."

The use of legal drugs, such as alcohol and tobacco, among youths also has many experts—and parents—worried. Reports the *UN Chronicle:* "Over the past 30 to 40 years, according to WHO [World Health Organiza-tion], increasing percentages of children and adolescents have begun to drink alcohol; the quantities and frequency of consumption have increased; and the age at which drink-ing begins has declined."

Granted, only a minority of young people are depressed or engaging in self-destructive behavior. Worldwide, however, it still amounts to many millions who have severe prob-lems. As we will next see, young people today are being exposed to stresses and pres-sures that are unique to the times we are liv-ing in.



# Today's Youth

# The Challenges They Face

"RESEARCH shows that the teen years are without a doubt among the most confusing and stressful times of life." So wrote Dr. Bet-tie B. Youngs in her book *Help-ing Your Teenager Deal With Stress.* In times past, youths had their hands full just being young. Nowadays, though, they must deal with both the travails of adolescence and the formidable adult pressures of life in the 1990's.

Wrote Dr. Herbert Friedman in *World Health* magazine: "The transition from child



**Awake!**®

September 8, 1990
Vol. 71, No. 17

**Semimonthly Languages Available by Mail:** Afri-kaans, Arabic, Cebuano, Danish, Dutch, English, Finnish, French, German, Greek, Iloko, Italian, Japanese, Korean, Norwegian, Portuguese, Spanish, Swedish, Tagalog, Yoruba, Zulu

**Monthly Languages Available by Mail:** Chiche-wa, Chinese, Cibemba, Croatian, Hiligaynon, Hun-garian, Igbo, Kannada, Malayalam, New Guinea Pidgin, Polish, Russian, Sepedi, Serbian, Sesotho, Sinhalese, Slovenian, Swahili, Tahitian, Tamil, Thai, Tswana, Xhosa

Printed in U.S.A.

*Average Printing: 11,930,000*     *Published in 61 Languages*

*Subscription requests should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.*

*America. United States of,* 25 Columbia Heights, Brooklyn, N.Y. 11201
*Australia,* Box 280, Ingleburn, N.S.W. 2565
*Canada L7G 4Y4.* Box 4100, Halton Hills (Georgetown), Ontario
*England NW7 1RN,* The Ridgeway, London

*New Zealand,* P.O. Box 142, Manurewa
*Nigeria,* P.M.B. 1090, Benin City, Bendel State
*South Africa,* Private Bag 2067, Krugersdorp, 1740

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

Unless otherwise indicated, *New World Translation of the Holy Scriptures* is used.

*Would you welcome more information? Write Watch Tower at appropriate address above. This is part of a worldwide Bible educational work supported by voluntary donations.*

© 1990 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.

*Awake!* (ISSN 0005-237X) is published semimonthly by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. *Postmaster:* Send address changes to *Awake!,* c/o Watchtower, **Wallkill, N.Y. 12589.**

WTPA013864



# Awake!

August 8, 1991

# How to Cope When You Lose Your Job

WTPA014565

number of white-collar workers also lost their jobs. "These are the economic icon jobs," said Dan Lacey, editor of the newsletter *Workplace Trends,* "the jobs that gave us the ability to buy a house in a nice neighborhood and drive two cars."

Many of those jobs were lost in the last few years. And the workers who were laid off found themselves, as *Newsweek* put it, "weighted down by mortgages, young families, big bills and an increasingly uncertain future."

### What Are the Effects?

There is a twofold impact to all of this: Laid-off workers are hit both financially and



emotionally. The financial strain is obvious. With less income, one's standard of living must be adjusted. And unemployment has an emotional effect as well.

For example, the outlook of young people toward job security changes. Sporadic employment becomes a normal, accepted way of life. *The Wall Street Journal* noted that off-and-on unemployment has turned many of Britain's youths into "permanent adolescents."

There are more deep-seated emotional implications for those who are laid off after years of steady employment. "When there's a layoff," said management psychologist Neil P. Lewis, "it's not just losing a paycheck, but losing a bit of your self-concept."

In fact, psychologists have noted that the trauma of being laid off is similar to the trauma associated with the death of a loved one and with divorce. Initial shock gives way to anger, which in turn leads to grief and then acceptance. "Some people go through it all in two days," says Lewis. "Others take weeks and months."

**Awake!**

**Why *Awake!* Is Published** *Awake!* is for the enlightenment of the entire family. It shows how to cope with today's problems. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it always stays politically neutral and does not exalt one race above another. Most important, this magazine builds confidence in the Creator's promise of a peaceful and secure new world before the generation that saw the events of 1914 passes away.

**Would you welcome more information? Write Watch Tower at the appropriate address on page 5. This is part of a worldwide Bible educational work that is supported by voluntary donations.**

Unless otherwise indicated, *New World Translation of the Holy Scriptures—With References* is used.

*Awake!* (ISSN 0005-237X) is published semimonthly by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. *Postmaster:* Send address changes to *Awake!,* c/o Watchtower, *Wallkill, N.Y. 12589.* Vol. 72, No. 15                   Printed in U.S.A.

WTPA014568



# Awake!

**June 8, 1992**

# GAMBLING
## Does It Pay?

WTPA01520



I'd do without Atlantic City," she remarks. "This is our fun, you know, this is what we do."

For others, gambling is much more than mere amusement, an escape from everyday routine, or a hopeful stab at riches. In their case it is an important—if not essential—part of life.

"I'm a gambler because I enjoy the risk involved," explains Luciano, from Córdoba, Spain. "I'm not making excuses for myself,"

he adds, "but the fact is I was feeling depressed, and that is why I started playing bingo. Then I looked for other games of chance. You feel great when you have a pocketful of bills and are ready to play." Another habitual gambler, who had lost his job as a company director, was asked if he had ever considered giving up his vice. "Give it up?" he replied. "I couldn't do that. It's my living."

Although the motives may vary, gamblers are certainly not a minority group. To a greater or lesser extent, 3 out of 4 adult Americans gamble; the proportion in Spain, another country where gambling is endemic, is similar. And gambling is big business. Only a few industrial corporations in the world have annual sales that exceed those generated by the lotteries in 39 countries.

Evidently, gambling's magic is potent. But is it a harmless enchantment, or does it harbor hidden dangers? An ancient proverb warns: "He that is hastening to gain riches will not remain innocent." (Proverbs 28:20) Is this true in the case of those who would be rich the gambling way?

---

**Awake!**

**Why Awake! Is Published**  Awake! is for the enlightenment of the entire family. It shows how to cope with today's problems. It reports the news, tells about people in many lands, examines religion and science. But it does more. It probes beneath the surface and points to the real meaning behind current events, yet it always stays politically neutral and does not exalt one race above another. Most important, this magazine builds confidence in the Creator's promise of a peaceful and secure new world before the generation that saw the events of 1914 passes away.

**Would you welcome more information? Write Watch Tower at the appropriate address on page 5. This is part of a worldwide Bible educational work that is supported by voluntary donations.**

Unless otherwise indicated, New World Translation of the Holy Scriptures—With References is used.

Awake! (ISSN 0005-237X) is published semimonthly by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. **Postmaster:** Send address changes to Awake!, c/o Watchtower, **Wallkill, N.Y. 12589.** Vol. 73, No. 11                                                                                                                                                              Printed in U.S.A.

WTPA015208

# New World Translation

## of the

# Holy Scriptures

Rendered from the Original Languages

by the

NEW WORLD BIBLE TRANSLATION COMMITTEE

—Revised 1971 C.E.—

—New Edition of 1981—

"THIS IS WHAT THE SOVEREIGN LORD JEHOVAH [יהוה,
YHWH] HAS SAID: '. . . HERE I AM CREATING NEW
HEAVENS AND A NEW EARTH; AND THE FORMER
THINGS WILL NOT BE CALLED TO MIND, NEITHER
WILL THEY COME UP INTO THE HEART.' "
—Isaiah 65:13, 17; also see 2 Peter 3:13.

WTPA015655

COPYRIGHT, 1961 and 1981

by

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA


Total Printing to 1981:
34,000,000 copies


Also published in
Dutch, French, German, Italian, Portuguese and Spanish
(Also in part in Danish, Finnish, Japanese and Swedish)

\*     \*     \*



PUBLISHERS
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
International Bible Students Association
Brooklyn, New York, U.S.A.


Made in the United States of America

WTPA015656

# New World Translation
## of the
# Holy Scriptures

## With References

Rendered from the Original Languages
by the
New World Bible Translation Committee
—Revised 1984—

"This is what the Sovereign Lord Jehovah [יהוה, *YHWH*] has said:

' . . . Here I am creating new heavens and a new earth;

and the former things will not be called to mind,

neither will they come up into the heart.' "

—Isaiah 65:13, 17; also see 2 Peter 3:13.

WTPA017129

© 1961, 1981, 1984
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All Rights Reserved

PUBLISHERS

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

Complete editions published in Afrikaans, Albanian, Arabic, Cebuano, Chinese, Chinese (Simplified), Cibemba, Croatian, Czech, Danish, Dutch, English (also Braille), Finnish, French, Georgian, German, Greek, Hungarian, Igbo, Iloko, Indonesian, Italian, Japanese, Korean, Macedonian, Malagasy, Maltese, Norwegian, Polish, Portuguese (also Braille), Romanian, Russian, Serbian, Serbian (Roman), Sesotho, Shona, Slovak, Spanish (also Braille), Swahili, Swedish, Tagalog, Tsonga, Tswana, Turkish, Twi (Akuapem), Xhosa, Yoruba, and Zulu

(Also in part in American Sign Language [on DVD], Amharic, Armenian, Bulgarian, Cambodian, Chichewa, Efik, Ewe, Hiligaynon, Hindi, Italian Braille, Kannada, Kinyarwanda, Kirghiz, Kirundi, Lingala, Luganda, Malayalam, Myanmar, Ossetian, Samoan, Sango, Sepedi, Sinhala, Slovenian, Sranantongo, Tamil, Thai, Tumbuka, and Ukrainian)

Total Printed of All Editions of *New World Translation:*
154,611,000 Copies

This publication is not for sale. It is provided as part of a worldwide Bible educational work supported by voluntary donations.

*New World Translation of the Holy Scriptures—With References*
English (*Rbi8*-E)

Made in the United States of America

# New World Translation
### of the
# Holy Scriptures

Rendered from the Original Languages
by the
NEW WORLD BIBLE TRANSLATION COMMITTEE
—Revised 1984—

"THIS IS WHAT THE SOVEREIGN LORD JEHOVAH [יהוה, *YHWH*] HAS SAID:
' . . . HERE I AM CREATING NEW HEAVENS AND A NEW EARTH;
AND THE FORMER THINGS WILL NOT BE CALLED TO MIND,
NEITHER WILL THEY COME UP INTO THE HEART.' "
—Isaiah 65:13, 17; also see 2 Peter 3:13.

WTPA018731

COPYRIGHT © 1984
by
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
and
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION

Total printing of the complete New World Translation
in all editions to 1984:
39,500,000 copies

Complete editions published in Dutch, English,
French, German, Italian, Japanese, Portuguese and Spanish
(Also in part in Danish, Finnish and Swedish)

New World Translation of the Holy Scriptures
English   (bi12-E)

PUBLISHERS

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
International Bible Students Association
Brooklyn, New York, U.S.A.

Made in the United States of America

# ORGANIZED TO ACCOMPLISH OUR MINISTRY

"You, though, keep your senses in all things, suffer evil, do the work of an evangelizer, fully accomplish your ministry."—2 Tim. 4:5.

WTPA028731

COPYRIGHT, 1983
by

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA


Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

WTPA028732

# ORGANIZED
# TO
# ACCOMPLISH
# OUR MINISTRY

"You, though, keep your senses in all things, suffer evil, do the work of an evangelizer, fully accomplish your ministry."—2 Tim. 4:5.

WTPA033861

© 1983, 1989
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Organized to Accomplish Our Ministry
English (om-E)

Made in the United States of America



# You Can Live Forever in Paradise on Earth

WTPA034090

It is the hope of this book's publishers
that you will be among those of
whom the Bible says: "The righteous
themselves will possess the earth,
and they will reside forever upon it."
—Psalm 37:29.

© 1982, 1989

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

INTERNATIONAL BIBLE STUDENTS
ASSOCIATION

Brooklyn, New York, U.S.A.

This Book Is Published in 116 Languages
Total Books Printed of All Editions:
72,600,000 Copies

Unless otherwise indicated, Scripture quotations
in this book are from the modern-language
*New World Translation of the Holy Scriptures,*
New Edition of 1981.

*You Can Live Forever in Paradise on Earth*
English (*pe*-E)

Made in the United States of America

WTPA034091

# Reasoning
## from the
# Scriptures

"According to Paul's custom he went
inside to them, and . . . he reasoned
with them from the Scriptures,
explaining and proving by references
that it was necessary for the Christ
to suffer and to rise from the dead."
—Acts 17:2, 3.

WTPA034349

© 1985, 1989
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All Rights Reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

2009 Printing

This publication is not for sale. It is provided as part of a worldwide Bible educational work supported by voluntary donations.

*Reasoning From the Scriptures*
English (*rs*-E)

Made in the United States of America

WTPA034797

© 1989
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
All Rights Reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

2006 Printing

Unless otherwise indicated,
Scripture quotations are from the modern-language
*New World Translation of the Holy Scriptures—With References,* 1984 Edition

## Picture Credits

Pictures are listed by page number and by order of appearance on page, top to bottom.
Bronx Zoo; photographed and used with the kind cooperation of: page 195 (2)
National Aeronautics and Space Administration, Washington, D.C.:
pages 307, 311 (background)
National Archives, Washington, D.C.: page 304 (background)

*Questions Young People Ask*
*Answers That Work*
English (*yp*-E)
Made in the United States of America

WTPA034798

# THE BIBLE | *God's Word or Man's?*

WTPA035114

© 1989
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
All Rights Reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

2006 Printing
This publication is provided as part of a
worldwide Bible educational work
supported by voluntary donations.

Unless otherwise indicated,
Scripture quotations are from the modern-language
*New World Translation of the Holy Scriptures—With References,* 1984 Edition

*The Bible—God's Word or Man's?*
English (*gm*-E)
Made in the United States of America

## Cover Credits:

■ Third-century papyrus and Hebrew scroll of Esther: The Trustees of
the Chester Beatty Library, Dublin   ■ Bust of Alexander the Great:
Musei Capitolini, Roma

WTPA035115

# "All Scripture Is Inspired of God and Beneficial"

"All Scripture is inspired of God and beneficial
for teaching, for reproving, for setting things straight,
for disciplining in righteousness, that the man of God may be
fully competent, completely equipped for every good work."
—2 Timothy 3:16, 17.

WTPA035310

©1963, 1990

WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA

All rights reserved

Publishers

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

INTERNATIONAL BIBLE STUDENTS ASSOCIATION

Brooklyn, New York, U.S.A.

1990 Printing in English:
2,000,000 Copies



Unless otherwise indicated, Scripture quotations are from the modern-language
*New World Translation of the Holy Scriptures—With References,* 1984 Edition

*"All Scripture Is Inspired of God and Beneficial"*
English (*si*-E)

Made in the United States of America

WTPA035311

# MANKIND'S SEARCH FOR GOD

During the
thousands of
years of man-
kind's history,
man's search for
God has led down
many pathways. The
result has been the enor-
mous diversity of religious
expression found worldwide
—from the endless variety of
Hinduism to the monotheism of
Judaism, Islām, and Christendom
and to the Oriental philosophies of
Shinto, Taoism, Buddhism, and Confu-
cianism. In other vast regions, mankind has
turned to animism, magic, spiritism, and sha-
manism. Has this search for God been successful?
Through this book we invite you, regardless of your
religious background, to join in this fascinating search
for the true God.—The Publishers

WTPA035666

WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

First Printing in English:   3,000,000 Copies

Symbols for translations of the Bible and for other religious books used herein:

| | |
|---|---|
| AS | - *American Standard Version*, American Revision Committee (1901) |
| AYA | - *The Holy Qur-an*, translation by Abdullah Yusuf Ali (1934) |
| BG | - *Bhagavad gītā as It Is*, Abridged Edition, translation by A. C. Bhaktivedanta Swami Prabhupāda (1976) |
| Int | - *The Kingdom Interlinear Translation of the Greek Scriptures* (1985) |
| JP | - *The Holy Scriptures*, The Jewish Publication Society of America (1955) |
| KJ | - *King James Version* (1611) |
| MMP | - *The Glorious Qur'an*, translation by Muhammad M. Pickthall (1977) |
| NAB | - *The New American Bible*, Saint Joseph Edition (1970) |
| NJD | - *The Koran*, translation by N. J. Dawood (1974) |
| NW | - *New World Translation of the Holy Scriptures—With References* (1984) |
| RS | - *Revised Standard Version*, Catholic Edition (1966) |
| Ta | - *Tanakh, The Holy Scriptures*, The New Jewish Publication Society Translation (1985) |

Unless otherwise stated, Bible quotations or citations are from the *New World Translation of the Holy Scriptures*.

## *Bibliography of Some Major Works Consulted*

■ *Abingdon Dictionary of Living Religions*, K. Crim, editor, 1981. ■ *Ancient Near Eastern Texts Relating to the Old Testament*, J. B. Pritchard, editor, 1969. ■ *Ancient Sun Kingdoms of the Americas, The*, V. W. von Hagen, 1961. ■ *Archeology of World Religions, The*, J. Finegan, 1952. ■ *Bible of the World, The*, Robert O. Ballou, editor, 1939. ■ *Buddhism*, Richard A. Gard, editor, 1961. ■ *Crucible of Christianity, The*, A. Toynbee, editor, 1975. ■ *Encyclopaedia Judaica*, 1973. ■ *Encyclopedia of Eastern Philosophy and Religion, The*, 1989. ■ *Encyclopedia of World Faiths, The*, P. Bishop and M. Darton, editors, 1988. ■ *Great Asian Religions*, C. George Fry and others, 1984. ■ *Great Voices of the Reformation*, Harry Emerson Fosdick, editor, 1952. ■ *Here I Stand*, Roland Bainton, 1950. ■ *Hinduism*, Louis Renou, 1961. ■ *Hindu Mythology*, W. J. Wilkins, 1988. ■ *History of the Arabs*, Philip K. Hitti, 1943. ■ *Insight on the Scriptures*, Watchtower Bible and Tract Society of N.Y., Inc., 1988. ■ *Islam*, John Alden Williams, editor, 1961. ■ *Judaism*, Arthur Hertzberg, 1961. ■ *Kodansha Encyclopedia of Japan*, 1983. ■ *Lao Tsu, Tao Te Ching, A New Translation*, Gia-fu Feng and J. English, 1972. ■ *Man's Religions*, John B. Noss, 1980. ■ *Manual of Buddhism, A*, Nārada Thera, 1949. ■ *Mixture of Shintoism and Buddhism, The*, Hidenori Tsuji, 1988. ■ *Mythology—An Illustrated Encyclopedia*, R. Cavendish, editor, 1980. ■ *New Encyclopædia Britannica, The*, 1987. ■ *New Larousse Encyclopedia of Mythology*, 1984. ■ *Oxford Dictionary of Popes, The*, J. N. D. Kelly, 1986. ■ *Philosophy of Confucius, The*, J. Legge, translator. ■ *Reformation of the Sixteenth Century, The*, Roland Bainton, 1965. ■ *Search for the Christian Doctrine, The*, R. P. C. Hanson, 1988. ■ *Servetus and Calvin*, R. Willis, 1877. ■ *Sources of Modern Atheism, The*, Marcel Neusch, 1982. ■ *South American Mythology*, H. Osborne, 1983. ■ *Story of Civilization, The*, W. and A. Durant, 1954-75. ■ *Story of the Reformation, The*, William Stevenson, 1959. ■ *Symbolism of Hindu Gods and Rituals, The*, A. Parthasarathy, 1985. ■ *Twelve Caesars, The*, Suetonius, translated by R. Graves, 1986. ■ *Wisdom of Confucius, The*, Lin Yutang, editor, 1938. ■ *World Religions—From Ancient History to the Present*, G. Parrinder, editor, 1983.

*Mankind's Search for God*   English (*sh*-E)
Made in the United States of America



THE
GREATEST
MAN
WHO EVER LIVED

WTPA036056

©1991
**WATCH TOWER BIBLE AND TRACT SOCIETY**
**OF PENNSYLVANIA**
All rights reserved

Publishers
**WATCHTOWER BIBLE AND TRACT SOCIETY**
**OF NEW YORK, INC.**
**INTERNATIONAL BIBLE STUDENTS ASSOCIATION**
Brooklyn, New York, U.S.A.

First Printing in English: 4,000,000 Copies

Scripture quotations are from the modern-language
*New World Translation of the Holy Scriptures*, 1984 Edition

Picture Credits
Endsheet photographs: Garo Nalbandian
Front: Shepherd and sheep, between Bethlehem and Jerusalem
Back: Fishermen on the Sea of Galilee
Map preceding Chapter 1: based on a map copyrighted by
Pictorial Archive (Near Eastern History) Est. and Survey of Israel

*The Greatest Man Who Ever Lived*   English (*gt*-E)
Made in the United States of America

WTPA036057



"Ponder over these things; be absorbed
in them, that your advancement may
be manifest to all persons."
—1 Tim. 4:15.

WTPA036508

© 1971, 1992
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
All rights reserved

PUBLISHERS

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

INTERNATIONAL BIBLE STUDENTS ASSOCIATION

Brooklyn, New York, U.S.A.

*Theocratic Ministry School Guidebook*
English (*sg*-E)

Made in the United States of America
WTPA036509



# JEHOVAH'S WITNESSES
## IN THE
# TWENTIETH CENTURY

WTPA036704

**who are they?**     3

**their modern development and growth**     6

**what do they believe?**     12

**the "good news" they want you to hear**     14

**ways they use to tell it to you**     18

**practical value of the "good news" to your community**     23

**their worldwide organization and work**     25

**questions often asked about them**     26

Copyright, 1978, by
Watch Tower Bible and Tract Society of Pennsylvania

Publishers:
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

WTPA036705



JEHOVAH'S
WITNESSES
IN THE
TWENTIETH
CENTURY

WTPA036736

**who are they?** 3

**their modern development
and growth** 6

**what do they believe?** 12

**the "good news" they want
you to hear** 14

**ways they use to tell it to you** 18

**practical value of the "good news"
to your community** 23

**their worldwide organization
and work** 25

**questions often asked
by interested persons** 26

Revised Edition
Copyright, 1979, by
Watch Tower Bible and Tract Society of Pennsylvania

Publishers:
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

WTPA036737



Enjoy Life on Earth Forever!

WTPA036768

# CONTENTS

| | Pictures |
|---|---|
| Who Created You? | 1 – 7 |
| Why Does Man Die? | 8 – 14 |
| What Is Death? | 15 – 17 |
| God Destroys a Bad World | 18 – 21 |
| Will God Destroy Bad People Again? | 22 – 28 |
| Jehovah Gives Us a Savior | 29 – 34 |
| How We Are Saved from Sin and Death | 35 – 40 |
| A Heavenly King Brings Blessings to Earth | 41 – 49 |
| What Should You Do? | 50 – 76 |

© 1982
WATCH TOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

This Brochure Is Published in
207 Languages
Total Brochures Printed of All Editions:
85,250,000 Copies

*Enjoy Life on Earth Forever!*
English (*le*-E)

Made in the United States of America

Would you welcome more information?
Write Jehovah's Witnesses at the appropriate address below.

# School and Jehovah's Witnesses



WTPA036800

# *CONTENTS*

*Subject*                    *Page*

**The Reason for This Brochure** ............ 3
**Our Purpose in Life** ........................ 4
**Our View of the Future** ................... 6
**The Moral Principles We Follow** .......... 8
**Flag Salute, Anthems and Voting** ........ 12
**Holidays and Celebrations** ................. 17
**Extracurricular Activities** ................. 22
**Class Instruction** .......................... 26
**Cooperation With the School System** .... 30

*Copyright, 1983, by*
**WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA**

*Publishers*
**WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.**

**INTERNATIONAL BIBLE STUDENTS ASSOCIATION**
*Brooklyn, New York, U.S.A.*

*Made in the United States of America*

Scripture quotations in this brochure are from the modern-language *New World Translation of the Holy Scriptures*, 1981 Edition.

WTPA036801



# The Government That Will Bring Paradise

WTPA036896





# The Government That Will Bring Paradise

Copyright © 1985
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
INTERNATIONAL BIBLE STUDENTS ASSOCIATION

Publishers
Watchtower Bible and Tract Society of New York, Inc.
International Bible Students Association
Brooklyn, New York, U.S.A.

If you would like additional information, write to the office of the Watch Tower Society nearest to you:

**AMERICA,** U.S., 25 Columbia Hts., Brooklyn, N.Y. 11201
**AUSTRALIA,** Box 280, Ingleburn, N.S.W. 2565
**CANADA,** Box 4100, Georgetown, Ontario L7G 4Y4
**ENGLAND,** The Ridgeway, London NW7 1RN

**NEW ZEALAND,** 6-A Western Springs Rd., Auckland 3
**NIGERIA,** P.O. Box 194, Yaba, Lagos State
**PHILIPPINES,** P.O. Box 2044, Manila 2800
**SOUTH AFRICA,** Private Bag 2, Elandsfontein, 1406

The Government That Will Bring Paradise English (bp-E) Made in the United States of America

WTPA036897

# Jehovah's Witnesses
## *Unitedly Doing God's Will*
### *Worldwide*



WTPA036928

## CONTENTS

Page
 3  We Want to Be of Help
 4  God's Purpose Now Reaching Its Climax
 6  The First-Century Christian Congregation
 8  Jehovah Gathers and Equips His People for Work
12  Congregations for Building Up in Love and Unity
14  Meetings for Inciting to Love and Fine Works
16  Congregations Organized for Preaching God's Kingdom
19  Rejoicing and Praising God at Assemblies
20  Traveling Overseers—Fellow Workers in the Truth
22  Full-Time Ministers Spearhead the Preaching Work
24  Producing Bible Literature to Praise God
26  Shepherding God's Flock in Unity
28  Financially Supported by Voluntary Contributions
29  Persecuted for Righteousness' Sake
30  United in Doing God's Will



© 1986
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
All rights reserved

Publishers
Watchtower Bible and Tract Society of New York, Inc.
International Bible Students Association

Brooklyn, New York, U.S.A.

Scripture quotations in this brochure are from the modern-language
*New World Translation of the Holy Scriptures,* 1984 Edition.

If you would like additional information, write to the office
of the Watch Tower Society nearest you:

**AMERICA, U.S.,** 25 Columbia Hts., Brooklyn, N.Y. 11201
**AUSTRALIA,** Box 280, Ingleburn, N.S.W. 2565
**CANADA,** Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4
**ENGLAND,** The Ridgeway, London NW7 1RN
**NEW ZEALAND,** P.O. Box 142, Manurewa
**NIGERIA,** PMB 001, Shomolu, Lagos State
**PHILIPPINES, Rep. of,** P.O. Box 2044, 1099 Manila
**SOUTH AFRICA,** Private Bag 2067, Krugersdorp, 1740

Jehovah's Witnesses—Unitedly Doing God's Will Worldwide    English (je-E)
Made in the United States of America

WTPA036929



WTPA036960



UNITED STATES

BRAZIL

**This brochure is prepared for worldwide distribution in many languages at the Watch Tower printing plants shown here**

AUSTRALIA

JAPAN

BRITAIN

ITALY

GERMANY

CANADA

Copyright © 1986
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
INTERNATIONAL BIBLE STUDENTS ASSOCIATION

Published in 1959; revised in 1986 by
Watchtower Bible and Tract Society of New York, Inc.
International Bible Students Association
Brooklyn, New York, U.S.A.

PICTURE CREDITS: Page 9—Lord Kelvin/*National Portrait Gallery*, London; Page 11—atomic explosion/*U.S. National Archives*; Page 13—horses/*Kentucky Department of Travel Development*, moose/*U.S. Fish & Wildlife Service*; Page 24—war scene/*U.S. Army*, famine/*WHO photo*, disease/*WHO photo*; Page 31—Earth from space/*NASA*

"Look! I Am Making All Things New"  English  (Lmn-E)  Made in the United States of America

WTPA036961

# JEHOVAH'S WITNESSES IN THE TWENTIETH CENTURY

WTPA036992

WHO ARE THEY?                                    3

THEIR MODERN
DEVELOPMENT AND GROWTH               6

WHAT DO THEY BELIEVE?                     12

THE GOOD NEWS
THEY WANT YOU TO HEAR                  14

WAYS THEY USE
TO TELL IT TO YOU                               18

PRACTICAL VALUE OF THE GOOD
NEWS TO YOUR COMMUNITY              23

THEIR WORLDWIDE
ORGANIZATION AND WORK                 25

QUESTIONS OFTEN ASKED
BY INTERESTED PERSONS                      26



© 1979, 1989

Watch Tower Bible and Tract Society
of Pennsylvania

All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC.

INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Jehovah's Witnesses in the Twentieth Century
English (br78-E)
Made in the United States of America

WTPA036993

# Should You Believe in the Trinity?

## *Is Jesus Christ the Almighty God?*

WTPA037024



**People often say they believe in the Trinity, yet they differ in their understanding of it.**

**What, exactly, is the Trinity?**

**Does the Bible teach it?**

**Is Jesus Christ the Almighty God and part of the Trinity?**



Left: Egyptian sculpture of the second millennium (B.C.E.) Triad of Amon-Ra, Ramses II, and Mut.   Right: Fourteenth century (C.E.) Trinity sculpture of Jesus Christ, the Father, and the holy spirit. Note, three persons but only four legs.

## Contents

3  Should You Believe It?

3  How Is the Trinity Explained?

5  Is It Clearly a Bible Teaching?

7  How Did the Trinity Doctrine Develop?

12  What Does the Bible Say About God and Jesus?

16  Is God Always Superior to Jesus?

20  The Holy Spirit—God's Active Force

23  What About Trinity "Proof Texts"?

30  Worship God on His Terms

©1989
WATCH TOWER
BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL
BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

First Printing in English:
5,000,000 Copies

*Should You Believe in the Trinity?*   English (*ti*-E)
Made in the United States of America

Unless otherwise indicated, Scripture quotations are from the modern-language *New World Translation of the Holy Scriptures—With References*, 1984 Edition

WTPA037025



# HOW CAN BLOOD SAVE YOUR LIFE?

WTPA037056



EACH day people face ethical decisions about health: organ transplants, abortion, the "right to die." Hopefully, you will never face those problems.

Yet, there is one issue that demands your attention: How can blood be used to save life?

With good reason, many now ask, 'How safe are blood transfusions?' But this is more than a medical issue. It has made news involving Jehovah's Witnesses. Have you wondered why these ethical people, who believe in good medicine, refuse to accept blood?

As you will see, the medical and moral aspects of using blood bear directly on how you can save your most valued possession: LIFE.

| CONTENTS: | |
|---|---|
| BLOOD—VITAL FOR LIFE | 3 |
| BLOOD TRANSFUSIONS—HOW SAFE? | 7 |
| QUALITY ALTERNATIVES TO TRANSFUSION | 13 |
| YOU HAVE THE RIGHT TO CHOOSE | 17 |
| THE BLOOD THAT REALLY SAVES LIVES | 22 |

©1990 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved
Publishers: Watchtower Bible and Tract Society of New York, Inc.
International Bible Students Association, Brooklyn, New York, U.S.A.
First Printing in English: 3,500,000 Copies
Cover Photo: Camerique/H. Armstrong Roberts
How Can Blood Save Your Life? English (hb-E) Made in the United States of America

WTPA037057



# OUR PROBLEMS
## Who Will Help Us Solve Them?

WTPA037088



Do you
have the
answers?

### To the Reader:

We are sure you have your own share of problems. Everyone has. At school or at work, you may face interesting problems that challenge you. Other problems are more painful, though. If you are poor, just getting enough to eat can be a continuing challenge. Sickness in the family makes matters worse. Unhappy marriages, prejudice, unfair practices, political unrest, and economic uncertainty make life more difficult.

Can such problems be solved? That is the subject of this publication. The question is discussed in conversations between two families. The conversations and the families are fictional. But the problems discussed are real, and the solutions arrived at really work. If you study and apply what this publication says, the information will truly change your life for the better. There are questions on page 30 that can be used to review the material.

© 1990
WATCH TOWER
BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL
BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

Unless otherwise indicated, Scripture quotations are from the modern-language *New World Translation of the Holy Scriptures*, 1984 Edition

**Picture Credits.** Pictures are listed by page number and by order of appearance on page, left to right. Page 14, (2) U.S. Army; page 14, (3) WHO photo; page 15, (1) U.S. National Archives photo

*Our Problems—Who Will Help Us Solve Them?*    English (*op*-E)

Made in the United States of America

WTPA037089

# Spirits
## of the
## Dead

## Can They Help You
## or Harm You?

## Do They
## Really Exist?

WTPA037120



*Such experiences are common in West Africa. Here, as in other parts of the world, countless millions believe that dead people pass on to the spirit world, where they are able to observe and influence the lives of people on earth. Is this belief true? Are the dead really alive? If not, who are those who claim to be spirits of the dead? Knowing the correct answers to these questions is vitally important. It is a life-and-death matter.*

## Contents

4   Spirits Have Not Lived and Died on Earth

7   Millions of Spirit Creatures

8   Rebellion in the Spirit Realm

11   The Demons Are Killers!

13   The Demons Falsely Claim the Dead Are Alive

19   The Demons Encourage Rebellion Against God

23   Serve Jehovah, Not Satan

28   A Marvelous Future

30   The Paradise Earth

© 1991
Watch Tower Bible and Tract Society of Pennsylvania
All rights reserved

Publishers: Watchtower Bible and Tract Society of New York, Inc.
International Bible Students Association, Brooklyn, New York, U.S.A.

First Printing in English: 3,500,000 Copies

Unless otherwise indicated, Scripture quotations are from the modern-language
*New World Translation of the Holy Scriptures,* 1984 Edition

*Spirits of the Dead—Can They Help You or Harm You? Do They Really Exist?*
English (*sp*-E)
Made in the United States of America

WTPA037122



# DOES GOD REALLY CARE ABOUT US?

If so,
why does he
permit
suffering?
Will it
ever end?

WTPA037152



Is a new world free from suffering near?

©1992
WATCH TOWER
BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL
BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

First Printing in English:
5,000,000 Copies

Unless otherwise indicated, Scripture
quotations are from the modern-language
*New World Translation of the Holy Scriptures
—With References*, 1984 Edition

*Does God Really Care About Us?*
English (*dg*-E)
Made in the United States of America

## TABLE OF CONTENTS

| Part | | Page |
|---|---|---|
| 1. | Does God Really Care About Us? | 3 |
| 2. | An Earth Free From Suffering | 3 |
| 3. | How We Can Know There Is a God | 4 |
| 4. | God Informs Us About His Purposes | 9 |
| 5. | The Wonderful Gift of Free Will | 10 |
| 6. | Why God Has Permitted Suffering | 12 |
| 7. | What Has Been the Result of Rebellion? | 14 |
| 8. | God's Purpose Moves Toward Fulfillment | 17 |
| 9. | How We Know We Are in "the Last Days" | 19 |
| 10. | The Marvelous New World of God's Making | 22 |
| 11. | The New World's Foundation Now Being Formed | 28 |

# Will There Ever Be a World Without War?



WTPA037184



◄ Mt. Hermon

Near the
Sea
of Galilee ►

Earth
could be a
paradise
—man has
made it a
battlefield

▼ Jordan River

Cover: United Nations
Peace Statue set against
a background of the
Isaiah Wall

**Will There Ever Be a World Without War?—**In our time we have seen the most devastating wars ever to afflict humankind. Millions of widows, widowers, and orphans have been left to grieve for their loved ones. At the 1991 Madrid Middle East peace conference, Yitzhak Shamir said: "I am sure that there is no Arab mother who wants her son to die in battle—just as there is no Jewish mother who wants her son to die in war." Thus, our title is appropriate, Will There Ever Be a World Without War?

Also, have you ever asked: Is there any way to confirm the existence of God? If so, why has he allowed so much suffering? What is God's purpose for us, and how can we know it? What evidence is there that the Bible is inspired? Exactly what is the state of the dead, and what hope, if any, is there for them? These questions and others will be covered in the course of this discussion.

© 1992
WATCH TOWER
BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL
BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

First Printing in English:
3,000,000 Copies

## CONTENTS

Will There Ever Be a World Without War?          3
The Bible—Inspired by God?                       3
What Is God's Purpose for Mankind?              11
Knowing the True God—What Does It Mean?         19
Who Will Lead the Nations to Peace?             24
A World Without War—You Can See It              31

All citations in this brochure, unless otherwise stated, are from the modern (1985) *Tanakh, A New Translation of the Holy Scriptures,* The Jewish Publication Society.

Symbols for translations of the Bible used:
*JP - The Holy Scriptures,* The Jewish Publication Society of America (1955)
*NW - New World Translation of the Holy Scriptures—With References* (1984)
*Ta - Tanakh, A New Translation of the Holy Scriptures,* The Jewish Publication Society (1985)

*Will There Ever Be a World Without War?*     English (*wi-E*)     Made in the United States of America

WTPA037185



INDEX

1930
-
1985

WATCH
TOWER
PUBLICATIONS INDEX
1930-1985

WTPA037285



# WATCH TOWER PUBLICATIONS INDEX

## of Subjects Discussed and Scriptures Explained
### 1930-1985

"If you keep seeking for it as for silver, and as for hid treasures you keep searching for it, in that case you will understand the fear of Jehovah, and you will find the very knowledge of God."—Proverbs 2:4, 5.

WTPA037290

© 1986, 1990, 1994
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
All rights reserved



PUBLISHERS
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
BROOKLYN, NEW YORK, U.S.A.

*Watch Tower Publications Index 1930-1985*
English (*dx30-85*-E)

Made in the United States of America

INDEX

1986
-
1995

WATCH
TOWER
PUBLICATIONS INDEX
1986-1995

WTPA038425



# WATCH TOWER
## PUBLICATIONS INDEX
### of Subjects Discussed and Scriptures Explained
### 1986-1995

"If you keep seeking for it as for silver, and as for hid treasures you keep searching for it, in that case you will understand the fear of Jehovah, and you will find the very knowledge of God."—Proverbs 2:4, 5.

WTPA038430

© 1996
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved



Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

*Watch Tower Publications Index 1986-1995*
English (*dx86-95*-E)

Made in the United States of America

WTPA038431



# The WATCHTOWER

*Announcing* **JEHOVAH'S KINGDOM**

**MARCH 1, 1973**
Semimonthly

## RIGHTS OR DUTIES—WHICH?

IS CHRISTIAN MARRIAGE SUCCEEDING IN AFRICA?

HOW DO YOU VIEW MATERIAL POSSESSIONS?

©WTB&TS

"YOU ARE MY WITNESSES," SAYS JEHOVAH.—Isa. 43:12

WTPA040779

# THE PURPOSE OF "THE WATCHTOWER"

Every watchtower has its purpose. It serves as an elevated place for a wide-awake person with sharp vision. It enables him to see far ahead into the distance and tell those below for whom he is a watchman what is drawing near, whether it is a danger against which to prepare or it is something good over which to be glad with strong faith and hope.

Because of having the name "The Watchtower" this magazine justly has to render a similar useful service to the people of all nations. This is an international magazine and makes no racial distinctions, for we are all facing a common world danger; we are all hoping for a common good.

Ever since "The Watchtower" began to be published in July of 1879 it has looked ahead into the future, always striving to aid its readers to advance in knowledge and to gain a clearer picture of the glorious new order of things that is in store for righteous mankind. No, "The Watchtower" is no inspired prophet, but it follows and explains a Book of prophecy the predictions in which have proved to be unerring and unfailing till now. "The Watchtower" is therefore under safe guidance. It may be read with confidence, for its statements may be checked against that prophetic Book.

Among the many nations of today there are hundreds of differing religions. Which one does this magazine present? Not the confused religions of Christendom, but the religion of the oldest sacred Book on earth. Which Book? The Sacred Bible of the Holy Scriptures, written by inspiration in the name of the Creator of heaven and earth, the only living and true God.

The sacred, nonpolitical purpose of "The Watchtower" is accordingly to encourage and promote study of the Holy Bible and to give our many readers the needed unsectarian help to understand that Book of true religion and infallible prophecy. Thus this magazine will be helping them to prove worthy of perfect life and happiness in God's promised new order under His everlasting kingdom of righteousness.

---

PUBLISHED BY THE
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
117 Adams Street                          Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*              GRANT SUITER, *Secretary*
"They will all be taught by Jehovah."—John 6:45; Isaiah 54:13

## CONTENTS

| | |
|---|---|
| What Kind of God Do You Worship? | 131 |
| After the Managua Earthquake | 134 |
| Rights or Duties—Which? | 136 |
| A Free People—but Obedient | 141 |
| Heeding Divine Warning Is Wisdom | 147 |
| Is Christian Marriage Succeeding in Africa? | 151 |
| How Do You View Material Possessions? | 155 |
| Questions from Readers | 159 |

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, 117 Adams St., Brooklyn, New York 11201, U.S.A.

**Average Printing Each Issue:**      **7,850,000**

Five cents a copy

### Now Published in 74 Languages

**Semimonthly:** Afrikaans, Arabic, Cebuano, Chinese, Chishona, Cibemba, Cinyanja, Danish, Dutch, English, Finnish, French, German, Greek, Hiligaynon, Iloko, Italian, Japanese, Korean, Malagasy, Norwegian, Portuguese, Sesotho, Spanish, Swahili, Swedish, Tagalog, Thai, Xhosa, Yoruba, Zulu.

**Monthly:** Armenian, Bengali, Bicol, Croatian, Efik, Ewe, Fijian, Ga, Gun, Hebrew, Hindi, Hungarian, Ibo, Icelandic, Indonesian, Kanarese, Kikongo, Lingala, Malayalam, Marathi, Melanesian-Pidgin, Motu, Pampango, Pangasinan, Papiamento, Polish, Russian, Samar-Leyte, Samoan, Sango, Sepedi, Serbian, Silozi, Sinhalese, Slovenian, Tamil, Tswana, Tumbuka, Turkish, Twi, Ukrainian, Urdu, Vietnamese.

Yearly subscription rates for semi-
Watch Tower Society offices        monthly editions in local currency
| | |
|---|---|
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | $1.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $1.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $1.50 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | 65p |
| Ghana, West Africa, Box 760, Accra | ₡1.90 |
| New Zealand, 621 New North Rd., Auckland 3 | $1.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | 10/9 |
| Philippines, P.O. Box 2044, Manila D-406 | P10 |
| South Africa, Private Bag 2, P.O. Elandsfontein, Transvaal | R1,10 |
(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Brooklyn.
Notice of expiration is sent at least two issues before subscription expires.
Second-class postage paid at Brooklyn, N.Y.

WTPA040780 in U.S.A.

# *The* WATCHTOWER

## Can a Government Be Free from Corruption?

## Getting Better Acquainted with the Bible Lands

## Finding Joy in Training Children

**FEBRUARY 1, 1974**

©WTB&TS

ANNOUNCING JEHOVAH'S KINGDOM

WTPA041483

# THE WATCHTOWER

February 1, 1974
Vol. 95, Number 3

A watchtower enables a person to see far into the distance and announce to others what is coming. Can a magazine serve similarly in our day? Yes, from its first issue (July 1879) onward, *The Watchtower,* published by Jehovah's witnesses, has done just that.

How can it benefit you? Consider: Do you long for a better world, one of true justice and free from sorrow, hatred and war? Do you want to live at a time when genuine peace and love prevail among people of all races? Then this magazine can aid you. Using God's Word, the Bible, as its authority, it points out the clear evidence that the present wicked system of things will soon end, destroyed by God. But it also announces the coming in of a righteous new order. There, under the rule of God's kingdom, his heavenly government, people will enjoy life forever in true peace, health and happiness on a paradise earth.

Faithfulness to the Word of God lifts *The Watchtower* above the contradicting religious teachings and philosophies of men. It stays strictly neutral as regards political affairs. It wholeheartedly upholds the highest moral standard—that of man's Maker, Jehovah God. From this source, it shows solutions to the problems of daily life.

We know that many sincere persons would appreciate a discussion of these things in their own home with a qualified person. A minister of Jehovah's witnesses will be glad to call on you free of charge. To arrange for this, simply write the publishers of this magazine or contact Jehovah's witnesses locally.

---

## IN THIS ISSUE

| | |
|---|---|
| Can a Government Be Free from Corruption? | 67 |
| Insight on the News | 71 |
| Earthquakes Affect Everyone | 72 |
| Does Christianity Require Belief in a Trinity? | 75 |
| Getting Better Acquainted with the Bible Lands | 77 |
| Are Your Children Christ's Disciples? | 81 |
| Finding Joy in Training Children | 88 |
| District Assemblies Planned for 1974 | 94 |
| Questions from Readers | 95 |

### Average Printing Each Issue: 8,025,000

### Now Published in 76 Languages

**Semimonthly Editions:**

| | | | |
|---|---|---|---|
| Afrikaans | Dutch | Italian | Swahili |
| Arabic | English | Japanese | Swedish |
| Cebuano | Finnish | Korean | Tagalog |
| Chinese | French | Malagasy | Thai |
| Chishona | German | Norwegian | Xhosa |
| Cibemba | Greek | Portuguese | Yoruba |
| Cinyanja | Hiligaynon | Sesotho | Zulu |
| Danish | Iloko | Spanish | |

**Monthly Editions:**

| | | | |
|---|---|---|---|
| Armenian | Hungarian | Motu | Sinhalese |
| Bengali | Ibo | Pampango | Slovenian |
| Bicol | Icelandic | Pangasinan | Tamil |
| Croatian | Indonesian | Papiamento | Tshiluba |
| Efik | Kanarese | Polish | Tswana |
| Ewe | Kikongo | Russian | Turkish |
| Fijian | Kiluba | Samar-Leyte | Twi |
| Ga | Lingala | Samoan | Ukrainian |
| Greenlandic | Malayalam | Sango | Urdu |
| Gun | Marathi | Sepedi | Vietnamese |
| Hebrew | Melanesian- | Serbian | |
| Hindi | Pidgin | Silozi | |

| Five cents a copy | Watch Tower Society offices | Yearly subscription rates for semi-monthly editions in local currency |
|---|---|---|
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | | $1.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | | $1.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | | $1.50 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | | 75p |
| Ghana, West Africa, Box 760, Accra | | ₵1.90 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | | $1.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | | ₦1.05 |
| Philippines, P.O. Box 2044, Manila D-406 | | P8 |
| South Africa, Private Bag 2, P.O. Elandsfontein 1406 | | R1.10 |

(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Brooklyn.

Notice of expiration is sent at least two issues before subscription expires.

Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, 117 Adams St., Brooklyn, New York 11201, U.S.A.

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

---

PUBLISHED BY
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*      GRANT SUITER, *Secretary*



*The*

# WATCHTOWER

## How the Bible Can Help Your Marriage

**ALSO IN THIS ISSUE:**

**DO NOT LET YOURSELF BE SIDETRACKED IN THE RACE FOR LIFE**

**AUGUST 15, 1975**

ANNOUNCING JEHOVAH'S KINGDOM

WTPA042667

# WATCHTOWER

August 15, 1975
Vol. 96, Number 16

A watchtower enables a person to see far into the distance and announce to others what is coming. Can a magazine serve similarly in our day? Yes, from its first issue (July 1879) onward, *The Watchtower,* published by Jehovah's witnesses, has done just that.

How can it benefit you? Consider: Do you long for a better world, one of true justice and free from sorrow, hatred and war? Do you want to live at a time when genuine peace and love prevail among people of all races? Then this magazine can aid you. Using God's Word, the Bible, as its authority, it points out the clear evidence that the present wicked system of things will soon end, destroyed by God. But it also announces the coming in of a righteous new order. There, under the rule of God's kingdom, his heavenly government, people will enjoy life forever in true peace, health and happiness on a paradise earth.

Faithfulness to the Word of God lifts *The Watchtower* above the contradicting religious teachings and philosophies of men. It stays strictly neutral as regards political affairs. It wholeheartedly upholds the highest moral standard—that of man's Maker, Jehovah God. From this source, it shows solutions to the problems of daily life.

We know that many sincere persons would appreciate a discussion of these things in their own home with a qualified person. A minister of Jehovah's witnesses will be glad to call on you free of charge. To arrange for this, simply write the publishers of this magazine or contact Jehovah's witnesses locally.

---

PUBLISHED BY
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*    GRANT SUITER, *Secretary*

## IN THIS ISSUE

| | |
|---|---|
| How the Bible Can Help Your Marriage | 483 |
| Insight on the News | 487 |
| Argentina Receives the "Good News of Peace" | 488 |
| A Capital for the Universe | 490 |
| Do Not Let Yourself Be Sidetracked in the Race for Life | 493 |
| Do Not Let Yourself Be Ensnared by Fads and Entertainment | 499 |
| Do Not Let Your Faith Be Shipwrecked by Discouragement or Personalities | 505 |
| Questions from Readers | 511 |

## Average Printing Each Issue: 9,650,000

## Now Published in 78 Languages

**Semimonthly Editions:**

| | | | |
|---|---|---|---|
| Afrikaans | Dutch | Iloko | Spanish |
| Arabic | English | Italian | Swahili |
| Cebuano | Finnish | Japanese | Swedish |
| Chinese | French | Korean | Tagalog |
| Chishona | German | Malagasy | Thai |
| Cibemba | Greek | Norwegian | Xhosa |
| Cinyanja | Hiligaynon | Portuguese | Yoruba |
| Danish | Ibo | Sesotho | Zulu |

**Monthly Editions:**

| | | | |
|---|---|---|---|
| Armenian | Hindi | Melanesian-Pidgin | Serbian |
| Bengali | Hiri Motu | | Silozi |
| Bicol | Hungarian | Pampango | Sinhalese |
| Bohemian | Icelandic | Pangasinan | Slovenian |
| Croatian | Indonesian | Papiamento | Tamil |
| Efik | Kanarese | Polish | Tshiluba |
| Ewe | Kikongo | Romanian | Tsonga |
| Fijian | Kiluba | Russian | Tswana |
| Ga | Lingala | Samar-Leyte | Turkish |
| Greenlandic | Malayalam | Samoan | Twi |
| Gun | Marathi | S..ngo | Ukrainian |
| Hebrew | | Sepedi | Urdu |

---

Five cents a copy

Yearly subscription rates for semi-monthly editions in local currency

| Watch Tower Society offices | |
|---|---|
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | $1.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $1.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $1.50 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £1.30 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $1.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | $1.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦1.05 |
| Philippines, P.O. Box 2044, Manila 2800 | P8 |
| South Africa, Private Bag 2, P.O. Elandsfontein, 1406 | R1.10 |

(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Brooklyn.
Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, 117 Adams St., Brooklyn, New York 11201, U.S.A.

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," 1971 edition, unless otherwise indicated.

*The*

# WATCHTOWER

## Reconciliation
### Through
## God's Mercy

## BEFORE HAR-MAGEDON

Also in this issue:

## A HAPPY FAMILY LIFE
## —HOW WE ACHIEVED IT

MARCH 15, 1976

ANNOUNCING JEHOVAH'S KINGDOM

WTPA043115

# The WATCHTOWER

March 15, 1976
Vol. 97, Number 6

A watchtower enables a person to see far into the distance and announce to others what is coming. Can a magazine serve similarly in our day? Yes, from its first issue (July 1879) onward, *The Watchtower*, published by Jehovah's witnesses, has done just that.

How can it benefit you? Consider: Do you long for a better world, one of true justice and free from sorrow, hatred and war? Do you want to live at a time when genuine peace and love prevail among people of all races? Then this magazine can aid you. Using God's Word, the Bible, as its authority, it points out the clear evidence that the present wicked system of things will soon end, destroyed by God. But it also announces the coming in of a righteous new order. There, under the rule of God's kingdom, his heavenly government, people will enjoy life forever in true peace, health and happiness on a paradise earth.

Faithfulness to the Word of God lifts *The Watchtower* above the contradicting religious teachings and philosophies of men. It stays strictly neutral as regards political affairs. It wholeheartedly upholds the highest moral standard—that of man's Maker, Jehovah God. From this source, it shows solutions to the problems of daily life.

We know that many sincere persons would appreciate a discussion of these things in their own home with a qualified person. A minister of Jehovah's witnesses will be glad to call on you free of charge. To arrange for this, simply write the publishers of this magazine or contact Jehovah's witnesses locally.

---

PUBLISHED BY
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*    GRANT SUITER, *Secretary*

## IN THIS ISSUE

| | |
|---|---|
| Will Things Get Better? | 163 |
| What Is Greatness? | 165 |
| Insight on the News | 167 |
| A Happy Family Life —How We Achieved It | 168 |
| Exodus—When Jehovah God Made Himself Known | 173 |
| Loyalty to Marriage Covenant Moves God to Mercy | 176 |
| Reconciliation Through God's Mercy Before Har-Magedon | 182 |
| Nineveh—Proud Assyrian Capital | 189 |
| Questions from Readers | 192 |

---

## Average Printing Each Issue: 10,100,000

## Now Published in 78 Languages

**Semimonthly Editions:**

| | | | |
|---|---|---|---|
| Afrikaans | Dutch | Iloko | Spanish |
| Arabic | English | Italian | Swahili |
| Cebuano | Finnish | Japanese | Swedish |
| Chinese | French | Korean | Tagalog |
| Chishona | German | Malagasy | Thai |
| Cibemba | Greek | Norwegian | Xhosa |
| Cinyanja | Hiligaynon | Portuguese | Yoruba |
| Danish | Ibo | Sesotho | Zulu |

**Monthly Editions:**

| | | | |
|---|---|---|---|
| Armenian | Hindi | Melanesian- | Serbian |
| Bengali | Hiri Motu | Pidgin | Silozi |
| Bicol | Hungarian | Pampango | Sinhalese |
| Bohemian | Icelandic | Pangasinan | Slovenian |
| Croatian | Indonesian | Papiamento | Tamil |
| Efik | Kanarese | Polish | Tshiluba |
| Ewe | Kikongo | Romanian | Tsonga |
| Fijian | Kiluba | Russian | Tswana |
| Ga | Lingala | Samar-Leyte | Turkish |
| Greenlandic | Malayalam | Samoan | Twi |
| Gun | Marathi | Sango | Ukrainian |
| Hebrew | | Sepedi | Urdu |

---

**Five cents a copy**

| | Yearly subscription rates for semi- |
|---|---|
| Watch Tower Society offices | monthly editions in local currency |
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | $1.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $2.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $1.50 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £1.50 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $1.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | $1.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦1.05 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱3 |
| South Africa, Private Bag 2, P.O. Elandsfontein, 1406 | R1.30 |
| (Monthly editions cost half the above rates.) | |

**Remittances** for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201. **Notice** of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

**CHANGES OF ADDRESS** should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, R.D. 1, Box 300, Wallkill, New York 12589, U.S.A. POSTMASTER: Send Form 3579 to same address.

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," 1971 ed., otherwise indicated.
Printed in U.S.A.

*The*

# WATCHTOWER

"Have *Tender Affection* For One Another"

**FEBRUARY 1, 1977**

## ANNOUNCING JEHOVAH'S KINGDOM

WTPA043787

*The*

# WATCHTOWER

February 1, 1977
Vol. 98, Number 3

A watchtower enables a person to see far into the distance and announce to others what is coming. Can a magazine serve similarly in our day? Yes, from its first issue (July 1879) onward, *The Watchtower*, published by Jehovah's witnesses, has done just that.

How can it benefit you? Consider: Do you long for a better world, one of true justice and free from sorrow, hatred and war? Do you want to live at a time when genuine peace and love prevail among people of all races? Then this magazine can aid you. Using God's Word, the Bible, as its authority, it points out the clear evidence that the present wicked system of things will soon end, destroyed by God. But it also announces the coming in of a righteous new order. There, under the rule of God's kingdom, his heavenly government, people will enjoy life forever in true peace, health and happiness on a paradise earth.

Faithfulness to the Word of God lifts *The Watchtower* above the contradicting religious teachings and philosophies of men. It stays strictly neutral as regards political affairs. It wholeheartedly upholds the highest moral standard—that of man's Maker, Jehovah God. From this source, it shows solutions to the problems of daily life.

We know that many sincere persons would appreciate a discussion of these things in their own home with a qualified person. A minister of Jehovah's witnesses will be glad to call on you free of charge. To arrange for this, simply write the publishers of this magazine or contact Jehovah's witnesses locally.

———◆———

PUBLISHED BY
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
N. H. KNORR, *President*     GRANT SUITER, *Secretary*

# IN THIS ISSUE

| | |
|---|---|
| Does It Really Matter Who Your Friends Are? | 67 |
| "Have Tender Affection for One Another" | 69 |
| Telling Forth Jehovah's Praise in the Islands | 72 |
| Insight on the News | 77 |
| What Did the Wise Man Mean? | 78 |
| Do You Appreciate God's Patience Toward You? | 80 |
| Continue to Be Patient | 85 |
| The "Old Testament"—Necessary for Christians Today? | 90 |
| 1977 District Assemblies of Jehovah's Witnesses | 94 |
| New Method of Conducting *Watchtower* Study | 96 |

## Average Printing Each Issue: 10,400,000

## Now Published in 79 Languages

**Semimonthly Editions:**

| | | | |
|---|---|---|---|
| Afrikaans | English | Japanese | Swedish |
| Arabic | Finnish | Korean | Tagalog |
| Cebuano | French | Malagasy | Thai |
| Chinese | German | Norwegian | Xhosa |
| Chishona | Greek | Portuguese | Yoruba |
| Cibemba | Hiligaynon | Sango | Zulu |
| Cinyanja | Ibo | Sesotho | |
| Danish | Iloko | Spanish | |
| Dutch | Italian | Swahili | |

**Monthly Editions:**

| | | | |
|---|---|---|---|
| Armenian | Hindi | Melanesian-Pidgin | Silozi |
| Bengali | Hiri Motu | Pampango | Sinhalese |
| Bicol | Hungarian | Pangasinan | Slovenian |
| Bohemian | Icelandic | Papiamento | Tahitian |
| Croatian | Indonesian | Polish | Tamil |
| Efik | Kanarese | Romanian | Tshiluba |
| Ewe | Kikongo | Russian | Tsonga |
| Fijian | Kiluba | Samar-Leyte | Tswana |
| Ga | Lingala | Samoan | Turkish |
| Greenlandic | Malayalam | Sepedi | Twi |
| Gun | Marathi | Serbian | Ukrainian |
| Hebrew | | | Urdu |

**Five cents a copy**

| | Yearly subscription rates for semi- |
|---|---|
| Watch Tower Society offices | monthly editions in local currency |
| America, U.S.A., 117 Adams St., Brooklyn, N.Y. 11201 | $1.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $2.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $1.50 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £1.50 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $1.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | $1.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦1.10 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱8 |
| South Africa, Private Bag 2, P.O. Elandsfontein, 1406 | R1.30 |

(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201. Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, R.D. 1, Box 300, Wallkill, New York 12589, U.S.A. POSTMASTER: Send Form 3579 to Watchtower, Wallkill, N.Y. 12589.

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures" unless otherwise indicated.

Printed in U.S.A.



APRIL 1, 1978

# THE WATCHTOWER
Announcing Jehovah's Kingdom

## Peace And Security—

## WHEN?

WTPA044683



April 1, 1978
Vol. 99, No. 7

## THE WATCHTOWER ®
Announcing Jehovah's Kingdom

---

### IN THIS ISSUE

**3** **How Rewarding Is the Pursuit of Fame and Fortune?**
The disillusionment experienced by a multimillionaire

**4** **Peace and Security**
World leaders cry, 'Peace! Peace!' but the stockpiling of murderous weapons accelerates. On the other hand, the Bible tells how and when permanent peace will be established

**7** **Insight on the News**

**8** **A Friendly Island Listens—Report from Sri Lanka**

**12** **The One Genealogy of Great Importance**
A faith-strengthening examination of Messiah's origins

**16** **Recognize Christ's Vital Place**
What are the "governments" or "authorities" created through Christ? What is the 'fullness that dwells in Christ,' and how does this affect human philosophies? As to personal viewpoints, what must Christians guard against? How should the "peace of the Christ" govern relationships in our families and with other believers?

**24** **First Samuel Highlights Importance of Obedience**

**27** **The "Great King" Disciplines a Human King**

**29** **The Sermon on the Mount**

**31** **Questions from Readers**

---

A WATCHTOWER enables a person to look far into the distance and announce to others what is seen. Likewise, this magazine, published by Jehovah's Witnesses, aids the reader to see what the future holds. Since it began publication in 1879, "The Watchtower" has held faithfully to God's Word as its authority. It stays clear of all political involvement. It points to the Bible prophecies showing that Jesus Christ is God's means for restoring peace and harmony to this globe. It shows that this Son of God, on the basis of his shed blood, will release mankind from sin and death to enjoy eternal life in happiness on a paradise earth. Because Jehovah God will accomplish all this soon through his kingdom by Jesus Christ, "The Watchtower" announces that kingdom as the real hope for mankind.

Copyright © 1978 by Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.

Ten cents a copy

Yearly subscription rates for semi-
Watch Tower Society offices      monthly editions in local currency
America, U.S., 117 Adams St., Brooklyn, N.Y. 11201            $2.00
Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135       A$2.50
Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5        $2.00
England, Watch Tower House, The Ridgeway, London NW7 1RN    £1.70
Hawaii, 1228 Pensacola St., Honolulu 96814                    $2.00
New Zealand, 6-A Western Springs Rd., Auckland 3           NZ$3.00
Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State        ₦1.40
Philippines, P.O. Box 2044, Manila 2800                     ₱10.00
South Africa, Private Bag 2, P.O. Elandsfontein, 1406        R1.80
(Monthly editions cost half the above rates.)
Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201.                              Printed in U.S.A.

### NOW PUBLISHED IN 79 LANGUAGES

SEMIMONTHLY EDITIONS

Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Chishona, Cibemba, Danish, Dutch, English, Finnish, French, German, Greek, Hiligaynon, Ilo, Iloko, Italian, Japanese, Korean, Malagasy, Norwegian, Portuguese, Sesotho, Spanish, Swahili, Swedish, Tagalog, Thai, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS

Armenian, Bengali, Bicol, Croatian, Czech, Efik, Ewe, Fijian, Ga, Greenlandic, Gun, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kanarese, Kikongo, Kiluba, Lingala, Luvale, Malayalam, Marathi, Melanesian-Pidgin, Pampango, Pangasinan, Papiamento, Polish, Romanian, Russian, Samar-Leyte, Samoan, Sepedi, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Tshiluba, Tsonga, Tswana, Turkish, Twi, Ukrainian, Urdu

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, R.D. 1, Box 300, Wallkill, New York 12589, U.S.A.

POSTMASTER: Send Form 3579 to Watchtower, Wallkill, N.Y. 12589.

#### Average Printing Each Issue:
#### 9,800,000

Published by
Watch Tower Bible and Tract Society
of Pennsylvania
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
Frederick W. Franz, Pres.          Grant Suiter, Secy.

# THE WATCHTOWER

### Announcing Jehovah's Kingdom



*Benefiting from "One Mediator Between God and Men"*

WTPA045931

Case 1:20-cv-00052-SPW   Document 320-6   Filed 02/06/24   Page 123 of 165

# IN THIS ISSUE

3   Hope—A Valuable Possession

4   Convention Delegates with "Living Hope"

9   Jonathan—'One Man in a Thousand'

12   Endeavoring to Reach All Finland with the "Good News"

16   Jacob's Distress and God's New Covenant

21   Benefiting from "One Mediator Between God and Men"

28   Unbearable Distress Caused by Slanderous Tongues

29   Insight on the News

30   Gilead Graduates Told: "You Must Become Nothing but Joyful"

31   Questions from Readers

A living hope! A hope that bears promise of everlasting life in a peaceful and loving human society! At the "Living Hope" Conventions of Jehovah's Witnesses thousands have thrilled to this hope. You, too, may share in it, as described in the opening pages herewith

---

A WATCHTOWER enables a person to look far into the distance and announce to others what is seen. Likewise, this magazine, published by Jehovah's Witnesses, aids the reader to see what the future holds. Since it began publication in 1879, "The Watchtower" has held faithfully to God's Word as its authority. It stays clear of all political involvement. It points to the Bible prophecies showing that Jesus Christ is God's means for restoring peace and harmony to this globe. It shows that this Son of God, on the basis of his shed blood, will release mankind from sin and death to enjoy eternal life in happiness on a paradise earth. Because Jehovah God will accomplish all this soon through his kingdom by Jesus Christ, "The Watchtower" announces that kingdom as the real hope for mankind.

Copyright © 1979 by Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.

Ten cents a copy

Yearly subscription rates for semi-monthly editions in local currency

| Watch Tower Society offices | |
|---|---|
| America, U.S., 117 Adams St., Brooklyn, N.Y. 11201 | $2.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | A$2.50 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $3.00 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £2.30 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $2.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | NZ$3.00 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦2.40 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱17.50 |
| South Africa, Private Bag 2, Elandsfontein, 1406 | R2.20 |

(Monthly editions cost half the above rates.)

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to 117 Adams Street, Brooklyn, N.Y. 11201.
Printed in U.S.A.

## NOW PUBLISHED IN 82 LANGUAGES

SEMIMONTHLY EDITIONS

Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish, Dutch, English, Finnish, French, German, Greek, Hiligaynon, Ibo, Iloko, Italian, Japanese, Korean, Malagasy, Norwegian, Portuguese, Sesotho, Shona, Spanish, Swahili, Swedish, Tagalog, Thai, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS

Armenian, Bengali, Bicol, Croatian, Czech, Efik, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Kikongo, Kikuyu, Kiluba, Lingala, Luvale, Malayalam, Marathi, New Guinea Pidgin, Pampango, Pangasinan, Papiamento, Polish, Romanian, Russian, Samar-Leyte, Samoan, Sepedi, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tshiluba, Tsonga, Tswana, Turkish, Twi, Ukrainian, Urdu

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

Notice of expiration is sent at least two issues before subscription expires. Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, R.D. 1, Box 300, Wallkill, New York 12589, U.S.A.

POSTMASTER: Send Form 3579 to Watchtower (ISSN 0043-1087), Wallkill, N.Y. 12589.

### Average Printing Each Issue:
### 9,200,000

Published by
Watch Tower Bible and Tract Society of Pennsylvania
117 Adams Street, Brooklyn, N.Y. 11201, U.S.A.
Frederick W. Franz, Pres.        Grant Suiter, Secy.



WTPA046859

# THE WATCHTOWER

Announcing Jehovah's Kingdom ®

February 1, 1981
Vol. 102, No. 3

## IN THIS ISSUE

3   What Smoking Does to the Smoker

5   Can the Smoking of Others Hurt You?

8   Can You Love Your Neighbor and Smoke?

10   How to Stop Smoking

12   Health Dangers of Tobacco Suppressed

13   Changes Come to the Islands of Yap

16   Sounding the Divine Warning

OUR COVER: Tobacco smoke—does it hurt people physically and spiritually more than most think? The following pages show how the quality of love is also involved

20   The Time for a Watchman like Ezekiel

26   Lovers of God Resolve . . .

29   Insight on the News

30   Her Hope Is Real

31   Questions from Readers

32   It Helped Them Stop Smoking

A WATCHTOWER provides a vantage point from which the watchman can observe and warn of approaching danger. This magazine, published by Jehovah's Witnesses since 1879, serves a similar purpose. It keeps watch on world events in these critical times and calls attention to God's warning of his vengeance soon to be executed on those ruining the earth. It comforts all peoples with the hope that God's kingdom by Jesus Christ is about to bring in a global paradise of peace. It encourages all to exercise faith in the ransoming power of Jesus' shed blood, and points to the joyous prospect of everlasting life on earth under the sovereignty of the true God, Jehovah. "The Watchtower Announcing Jehovah's Kingdom" is nonpolitical, and adheres to the Bible as authority.

Copyright © 1981 by Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.

Ten cents (U.S.) a copy

Yearly subscription rates for semimonthly editions in local currency

| Watch Tower Society offices | |
| --- | --- |
| America, U.S., Watchtower, Wallkill, N.Y. 12589 | $2.50 |
| Australia, 11 Beresford Rd., Strathfield, N.S.W. 2135 | $3.00 |
| Canada, 150 Bridgeland Ave., Toronto, Ontario M6A 1Z5 | $3.00 |
| England, Watch Tower House, The Ridgeway, London NW7 1RN | £3.00 |
| Hawaii, 1228 Pensacola St., Honolulu 96814 | $2.50 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | NZ$4.50 |
| Nigeria, West Africa, P.O. Box 194, Yaba, Lagos State | ₦2.50 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱17.50 |
| South Africa, Private Bag 2, Elandsfontein, 1406 | R3,60 |
| (Monthly editions cost half the above rates.) | |

Remittances for subscriptions should be sent to the office in your country. Otherwise send your remittance to Watchtower, Wallkill, N.Y. 12589, U.S.A.                                                          Printed in U.S.A.

### NOW PUBLISHED IN 106 LANGUAGES

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL

Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish, Dutch, English, Finnish, French, German, Greek, Hiligaynon, Ibo, Iloko, Italian, Japanese, Korean, Malagasy, Maltese, Norwegian, Portuguese, Sesotho, Shona, Spanish, Swahili, Swedish, Tagalog, Thai, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS AVAILABLE BY MAIL

Armenian, Bengali, Bicol, Croatian, Czech, Efik, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Kikongo, Kikuyu, Kiluba, Lingala, Luvale, Malayalam, Marathi, New Guinea Pidgin, Pampango, Pangasinan, Papiamento, Polish, Romanian, Russian, Samar-Leyte, Samoan, Sepedi, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tshiluba, Tsonga, Tswana, Turkish, Twi, Ukrainian, Urdu

The Bible translation used in "The Watchtower" is the modern-language "New World Translation of the Holy Scriptures," unless otherwise indicated.

Notice of expiration is sent at least two issues before subscription expires.

Second-class postage paid at Brooklyn, N.Y. and at additional mailing offices.

CHANGES OF ADDRESS should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label). Write Watchtower, Wallkill, N.Y. 12589, U.S.A.

POSTMASTER: Send address changes to Watchtower (ISSN 0043-1087), Wallkill, N.Y. 12589.

### Average Printing Each Issue: 8,900,000

Published by
Watch Tower Bible and Tract Society
of Pennsylvania
25 Columbia Heights, Brooklyn, N.Y. 11201 U.S.A.
Frederick W. Franz, Pres.            Grant Suiter, Secy.

May 1, 1982

# The Watchtower
Announcing Jehovah's Kingdom



"Let your kingdom come"

# Why?  When?  How?
—see page 8

WTPA047819

# The Watchtower®
Announcing Jehovah's Kingdom

May 1, 1982
Vol. 103, No. 9

## IN THIS ISSUE

| | |
|---|---:|
| In Search of Success | 3 |
| Insight on the News | 7 |
| Why Pray, "Let Your Kingdom Come"? | 8 |
| God's Kingdom 'Comes'—When? | 12 |
| How the Kingdom 'Comes' | 16 |
| How Should John's Gospel Affect You? | 20 |
| 'Return to the Shepherd of Your Souls' | 24 |
| "Honor Jehovah with Your Valuable Things" | 28 |
| Questions from Readers | 31 |
| "I Love How They Face Reality" | 32 |

THE PURPOSE OF "THE WATCHTOWER" is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning king, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. "The Watchtower," published by Jehovah's Witnesses since 1879, is nonpolitical. It adheres to the Bible as its authority.

## "WATCHTOWER" STUDIES FOR THE WEEKS

June 6: Why Pray, "Let Your Kingdom Come"? Page 8. God's Kingdom 'Comes'—When?, pars. 1-5. Page 12. Songs to Be Used: 118, 19.

June 13: God's Kingdom 'Comes'—When?, pars. 6-12. Page 13. How the Kingdom 'Comes.' Page 16. Songs to Be Used: 13, 105.

## Average Printing Each Issue: 9,300,000

### Now Published in 106 Languages

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish, Dutch, English, Finnish, French, German, Greek, Hiligaynon, Igbo, Iloko, Italian, Japanese, Korean, Lingala, Malagasy, Maltese, Norwegian, Portuguese, Sesotho, Shona, Spanish, Swahili, Swedish, Tagalog, Thai, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bislama, Bulgaran, Croatian, Czech, Efik, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Kikuyu, Kiluba, Luvale, Malayalam, Marathi, New Guinea Pidgin, Pampango, Pangasinan, Papiamento, Polish, Rarotongan, Romanian, Russian, Samar-Leyte, Samoan, Sango, Sepedi, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tshiuba, Tsonga, Tswana, Turkish, Twi, Ukrainian, Urdu, Vietnamese

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1982 by Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.          Printed in U.S.A.

Fifteen cents (U.S.) a copy

| Watch Tower Society offices | Yearly subscription rates Semimonthly |
|---|---:|
| **America,** U.S., Watchtower, Wallkill, N.Y. 12589 | $3.50 |
| **Australia,** Box 280, Ingleburn, N.S.W. 2565 | $3.50 |
| **Canada,** Box 4100, Georgetown, Ontario L7G 4Y4 | $4.00 |
| **England,** The Ridgeway, London NW7 1RN | £4.00 |
| **New Zealand,** 6-A Western Springs Rd., Auckland 3 | $5.00 |
| **Nigeria,** P.O. Box 194, Yaba, Lagos State | ₦2.50 |
| **Philippines,** P.O. Box 2044, Manila 2800 | ₱25.00 |
| **South Africa,** Private Bag 2, Elandsfontein, 1406 | R3.60 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

**Changes of address** should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label).

The Watchtower (ISSN 0043-1087) is published semimonthly for $3.50 per year by Watch Tower Bible and Tract Society of Pennsylvania, 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

**Postmaster:** Send address changes to Watchtower, **Wallkill, N.Y. 12589.**

Published by

**Watch Tower Bible and Tract Society of Pennsylvania**

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President    Grant Suiter, Secretary

WTPA047820

# The Watchtower
Announcing Jehovah's Kingdom



# Obscene Talk

# –Is It Really Harmful?

WTPA048395

# The Watchtower®

Announcing Jehovah's Kingdom

February 1, 1983
Vol. 104, No. 3

## In This Issue

| | |
|---|---|
| The Age of Obscenity | 3 |
| Obscenities—Are They Really Harmful? | 5 |
| Insight on the News | 8 |
| Timothy Gets Counsel From an Older Man | 9 |
| Titus Tackles a Tough Assignment | 13 |
| Evangelism—Its Place in True Worship | 16 |
| Are You One That God Would Choose? | 21 |
| Persecution in a Peaceful Land | 27 |
| The "Kingdom Unity" District Conventions | 31 |
| 1983 "Kingdom Unity" Convention Locations | 32 |

THE PURPOSE OF "THE WATCHTOWER" is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a Paradise. It encourages faith in the now-reigning king, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. "The Watchtower," published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### "WATCHTOWER" STUDIES FOR THE WEEKS

March 6: Evangelism—Its Place in True Worship. Page 16. Songs to Be Used: 89, 16.

March 13: Are You One That God Would Choose? Page 21. Songs to Be Used: 90, 9.

---

### *Average Printing Each Issue: 10,050,000*

#### *Now Published in 102 Languages*

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish, Dutch, English, Finnish, French, German, Greek, Hiligaynon, Igbo, Iloko, Italian, Japanese, Korean, Lingala, Malagasy, Maltese, Norwegian, Portuguese, Sesotho, Shona, Spanish, Swahili, Swedish, Tagalog, Thai, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bulgariar, Croatian, Czech, Efik, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kanrada, Kikuyu, Kiluba, Luvale, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Polish, Rarotongan, Romanian, Russian, Samar-Leyte, Samoan, Sango, Sepedi, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tshiluba, Tsonga, Tswana, Turkish, Twi, Ukrainian, Urdu, Vietnamese

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1983 by Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved. Printed in U.S.A.

Fifteen cents (U.S.) a copy

| | Yearly subscription rates |
|---|---|
| **Watch Tower Society offices** | **Semimonthly** |
| **America,** U.S., Watchtower, Wallkill, N.Y. 12589 | $3.50 |
| **Australia,** Box 280, Ingleburr, N.S.W. 2565 | $3.50 |
| **Canada,** Box 4100, Georgetown, Ontario L7G 4Y4 | $4.00 |
| **England,** The Ridgeway, London NW7 1RN | £4.00 |
| **New Zealand,** 6-A Western Springs Rd., Auckland 3 | $5.00 |
| **Nigeria,** P.O. Box 194, Yaba, Lagos State | ₦2.50 |
| **Philippines,** P.O. Box 2044, Manila 2800 | ₱25.00 |
| **South Africa,** Private Bag 2, Elandsfontein, 1406 | R4.00 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

**Changes of address** should reach us thirty days before your moving date. Give us your old and new address (if possible, your old address label).

*The Watchtower* (ISSN 0043-1087) is published semimonthly for $3.50 per year by Watch Tower Bible and Tract Society of Pennsylvania, 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

**Postmaster:** Send address changes to Watchtower, **Wallkill, N.Y. 12589.**

Published by

#### Watch Tower Bible and Tract Society of Pennsylvania

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President    Grant Suiter, Secretary

# The Watchtower
### Announcing Jehovah's Kingdom



## Living Forever
### *Is It Just a Dream?*

WTPA049579

Case 1:20-cv-00052-SPW Document 320-6 Filed 02/06/24 Page 131 of 165



August 15, 1984
Vol. 105, No. 16

# The Watchtower®

Announcing Jehovah's Kingdom

## In This Issue

Living Forever—Is It Just a Dream?                      3

How Will Living Forever Be Possible?                    4

How You Can Understand the Bible                        8

Must All True Christians
Be Ministers?                                          10

How to Become Effective Ministers                      15

Effective Ministry
Leading to More Disciples                              21

Insight on the News                                    26

One God in Three?                                      27

Do You Remember?                                       31

THE PURPOSE OF "THE WATCHTOWER" is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a Paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. "The Watchtower," published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

## "WATCHTOWER" STUDIES FOR THE WEEKS

September 16: Must All True Christians Be Ministers? Page 10. Songs to Be Used: 192, 129 (6, 66).

September 23: How to Become Effective Ministers. Page 15. Songs to Be Used: 209, 92 (33, 51).

September 30: Effective Ministry Leading to More Disciples. Page 21. Songs to Be Used: 156, 6 (118, 4).

(Alternate songs are from 1966 songbook.)

## *Average Printing Each Issue: 10,200,000*

### *Now Published in 102 Languages*

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish, Dutch, Efik, English*, Finnish, French, German, Greek, Hiligaynon, Igbo, Iloko, Italian, Japanese, Korean, Lingala, Malagasy, Maltese, Norwegian, Portuguese, Sepedi, Sesotho, Shona, Spanish, Swahili, Swedish, Tagalog, Thai, Tswana, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bulgarian, Croatian, Czech, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Kikuyu, Kiluba, Macedonian, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Polish, Rarotongan, Romanian, Russian, Samar-Leyte, Samoan, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tshiluba, Tsonga, Turkish, Twi, Ukrainian, Urdu, Venda, Vietnamese
*Study articles also available in large-print edition at same cost.

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1984 by Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.          Printed in U.S.A.

Fifteen cents (U.S.) a copy

| Watch Tower Society offices | Yearly subscription rates Semimonthly |
| --- | --- |
| *America*, U.S., Watchtower, Wallkill, N.Y. 12589 | $3.50 |
| *Australia*, Box 280, Inglebum, N.S.W. 2565 | A$5.00 |
| *Canada*, Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4 | $4.00 |
| *England*, The Ridgeway, London NW7 1RN | £4.00 |
| *New Zealand*, 6-A Western Springs Rd., Auckland 3 | $5.50 |
| *Nigeria*, P.O. Box 194, Yaba, Lagos State | N3.50 |
| *Philippines*, P.O. Box 2044, Manila 2800 | P35.00 |
| *South Africa*, Private Bag 2, Elandsfontein, 1406 | R4.80 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill N.Y. 12589, U.S.A.

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

*The Watchtower* (ISSN 0043-1087) is published semimonthly for $3.50 per year by Watch Tower Bible and Tract Society of Pennsylvania, 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Published by

### Watch Tower Bible and Tract Society of Pennsylvania

25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.

Frederick W. Franz, President

WTPA049580

# The Watchtower
## Announcing Jehovah's Kingdom



PEACE AND SECURITY
—From This Source?

WTPA050443

# The Watchtower®

Announcing Jehovah's Kingdom

October 1, 1985
Vol. 106, No. 19

## In This Issue

**Peace and Security—The Hope**   3

**Peace and Security
—From What Source?**   4

**A "Disgusting Thing"
Fails to Bring Peace**   8

**Peace, Security, and
the 'Image of the Beast'**   13

**My Ten Years in
Spain's Military Prisons**   19

**"The Highest Service,"
"The Most Pleasant Life"**   23

**Learning From Jesus' Temptations**   24

**"Teach Me Goodness"**   26

**Kingdom Proclaimers Report**   29

**School and Jehovah's Witnesses
—Are You Using It?**   30

**Questions From Readers**   31

THE PURPOSE OF "THE WATCHTOWER" is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. "The Watchtower," published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### "WATCHTOWER" STUDIES FOR THE WEEKS

November 3: A "Disgusting Thing" Fails to Bring Peace. Page 8. Songs to Be Used: 168, 85.

November 10: Peace, Security, and the 'Image of the Beast.' Page 13. Songs to Be Used: 119, 139.

### Average Printing Each Issue: 11,150,000

#### Now Published in 103 Languages

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish, Dutch,* Efik, English,* Finnish, French, German,* Greek, Hiligaynon, Igbo, Iloko, Italian,* Japanese,* Korean, Lingala, Malagasy, Maltese, Norwegian, Portuguese, Russian, Sepedi, Sesotho, Shona, Spanish,* Swahili, Swedish, Tagalog, Thai, Tswana, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bulgarian, Croatian, Czech, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Kikuyu, Kiluba, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Polish, Rarotongan, Romanian, Samar-Leyte, Samoan, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tshiluba, Tsonga, Turkish, Twi, Ukrainian, Urdu, Venda, Vietnamese

* Study articles also available in large-print edition.

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1985 by Watch Tower Bible and Tract Society of Pennsylvania and International Bible Students Association. All rights reserved.   Printed in U.S.A.

Twenty cents (U.S.) a copy

| Watch Tower Society offices | Yearly subscription Semimonthly |
|---|---|
| **America,** U.S., Watchtower, Wallkill, N.Y. 12589 | $4.00 |
| **Australia,** Box 280, Ingleburn, N.S.W. 2565 | A$7.00 |
| **Canada,** Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4 | $5.20 |
| **England,** The Ridgeway, London NW7 1RN | £5.00 |
| **Ireland,** 29A Jamestown Road, Finglas, Dublin 11 | £5.00 |
| **New Zealand,** 6-A Western Springs Rd., Auckland 3 | $10.00 |
| **Nigeria,** P.O. Box 194, Yaba, Lagos State | ₦6.00 |
| **Philippines,** P.O. Box 2044, Manila 2800 | ₱50.00 |
| **South Africa,** Private Bag 2, Elandsfontein, 1406 | R5.60 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

**Changes of address** should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

The Watchtower (ISSN 0043-1087) is published semimonthly for $4.00 (U.S.) per year by Watch Tower Bible and Tract Society of Pennsylvania, 25 Columbia Heights Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

**Postmaster:** Send address changes to Watchtower, **Wallkill, N.Y. 12589.**

Published by
**Watch Tower Bible and Tract Society
of Pennsylvania**
25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.
Frederick W. Franz, President

WTPA050444



# The Watchtower
## Announcing Jehovah's Kingdom



# THE BIBLE

## PRACTICAL FOR MODERN MAN?

WTPA050891



# The Watchtower®

### Announcing Jehovah's Kingdom

May 1, 1986
Vol. 107, No. 9

## In This Issue

The Bible—Practical for Our Day? 3

The Bible—Practical for You 4

Back Home in Capernaum 8

Is Your Eye "Simple"? 10

'Keep Spotless, Unblemished, and in Peace' 15

Kingdom Proclaimers Report 21

Professionals Who Found Real Lifetime Employment 22

Profaning God's Name —By Not Using It 25

"Gentle" or "Babes"—Which? 25

Can You Accept Discipline? 26

You Are Invited to the "Divine Peace" Conventions 29

Index of Moral Breakdown 30

Questions From Readers 31

THE PURPOSE OF "THE WATCHTOWER" is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. "The Watchtower," published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### "WATCHTOWER" STUDIES FOR THE WEEKS

June 1: Is Your Eye "Simple"? Page 10. Songs to Be Used: 26, 9.

June 8: 'Keep Spotless, Unblemished, and in Peace.' Page 15. Songs to Be Used: 177, 178.

*Average Printing Each Issue: 11,630,000*

*Now Published in 103 Languages*

SEMIMONTHLY EDITIONS AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish,* Dutch,* Efik, English,* Finnish, French,* German,* Greek,* Hiligaynon, Igbo, Iloko, Italian,* Japanese,* Korean, Lingala, Malagasy, Maltese, Norwegian, Portuguese, Russian, Sepedi, Sesotho, Shona, Spanish,* Swahili, Swedish, Tagalog, Thai, Tsonga, Tswana, Xhosa, Yoruba, Zulu

MONTHLY EDITIONS AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bulgarian, Croatian, Czech, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Kiluba, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Polish, Rarotongan, Romanian, Samar-Leyte, Samoan, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tongan, Tshiluba, Turkish, Twi, Ukrainian, Urdu, Venda, Vietnamese
* Study articles also available in large-print edition.

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1986 by Watch Tower Bible and Tract Society of Pennsylvania and International Bible Students Association. All rights reserved.                          Printed in U.S.A.

Twenty cents (U.S.) a copy

| Watch Tower Society offices | Yearly subscription Semimonthly |
| --- | --- |
| America, U.S., Watchtower, Wallkill, N.Y. 12589 | $4.00 |
| Australia, Box 280, Ingleburn, N.S.W. 2565 | A$7.00 |
| Canada, Box 4100, Halton Hills (Georgetown), Ontario L7G 4Y4 | $5.20 |
| England, The Ridgeway, London NW7 1RN | £5.00 |
| Ireland, 29A Jamestown Road, Finglas, Dublin 11 | £5.00 |
| New Zealand, 6-A Western Springs Rd., Auckland 3 | NZ$12.00 |
| Nigeria, P.O. Box 194, Yaba, Lagos State | ₦6.00 |
| Philippines, P.O. Box 2044, Manila 2800 | ₱50.00 |
| South Africa, Private Bag 2, Elandsfontein, 1406 | R5,60 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

The Watchtower (ISSN 0043-1087) is published semimonthly for $4.00 (U.S.) per year by Watch Tower Bible and Tract Society of Pennsylvania, 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Published by
**Watch Tower Bible and Tract Society of Pennsylvania**
25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.
Frederick W. Franz, President

WTPA050892

# The Watchtower

**July 15, 1987**

**Announcing Jehovah's Kingdom**

# FAITH
## CAN MOVE
## MOUNTAINS!

WTPA051819



# The Watchtower®

### Announcing Jehovah's Kingdom

July 15, 1987
Vol. 108, No. 14

## In This Issue

**Faith Can Move Mountains!** 3

**Building Faith to Move Mountains** 4

**Another Preaching Tour of Galilee** 8

**How Meaningful Are Your Prayers?** 10

**Prayers Require Works** 15

**William Tyndale's Bible for the People** 21

**Insight on the News** 24

**'Fishing for Men' in the Arctic** 25

**Does True Christianity Produce Fanatics?** 28

**Questions From Readers** 31

Cover photo: Pictorial Archive (Near Eastern History) Est.

THE PURPOSE OF "THE WATCHTOWER" is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. "The Watchtower," published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### "WATCHTOWER" STUDIES FOR THE WEEKS

August 23: How Meaningful Are Your Prayers? Page 10. Songs to Be Used: 161, 88.

August 30: Prayers Require Works. Page 15. Songs to Be Used: 167, 160.

*Average Printing Each Issue: 12,315,000*

*Now Published in 103 Languages*

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish,* Dutch,* Efik, English,* Finnish,* French,* German,* Greek,* Hiligaynon, Igbo, Iloko, Italian,* Japanese,* Korean, Lingala, Malagasy, Maltese, Norwegian, Portuguese,* Russian, Sepedi, Sesotho, Shona, Spanish,* Swahili, Swedish,* Tagalog, Thai, Tsonga, Tswana, Xhosa, Yoruba, Zulu

MONTHLY LANGUAGES AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bislama, Bulgarian, Croatian, Czech, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Polish, Rarotongan, Romanian, Samar-Leyte, Samoan, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tongan, Tshiluba, Turkish, Twi, Ukrainian, Urdu, Venda, Vietnamese

* Study articles also available in large-print edition.

| | Yearly subscription for the above: | |
|---|---|---|
| **Watch Tower Society offices** | Semimonthly Languages | Monthly Languages |
| *America,* U.S., Watchtower, Wallkill, N.Y. 12589 | $4.00 | $2.00 |
| *Australia,* Box 280, Ingleburn, N.S.W. 2565 | A$7.00 | A$3.50 |
| *Canada,* Box 4100, Halton Hills, Ontario L7G 4Y4 | $5.50 | $2.75 |
| *England,* The Ridgeway, London NW7 1RN | £5.00 | £2.50 |
| *Ireland,* 29A Jamestown Road, Finglas, Dublin 11 | IR£6.00 | IR£3.00 |
| *New Zealand,* P.O. Box 142, Manurewa | NZ$15.00 | NZ$7.50 |
| *Nigeria,* PMB 001, Shomolu, Lagos State | N8.00 | N4.00 |
| *Philippines,* P.O. Box 2044, Manila 2800 | P60.00 | P30.00 |
| *South Africa,* Private Bag 2067, Krugersdorp, 1740 | R9.00 | R4.50 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

20 cents (U.S.) a copy

The Bible translation used is the "New World Translation of the Holy Scriptures," unless otherwise indicated.

Copyright © 1987 by Watch Tower Bible and Tract Society of Pennsylvania and International Bible Students Association. All rights reserved.                    Printed in U.S.A.

*The Watchtower* (ISSN 0043-1087) is published semimonthly for $4.00 (U.S.) per year by Watch Tower Bible and Tract Society of Pennsylvania, 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.

*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

Published by
**Watch Tower Bible and Tract Society of Pennsylvania**
25 Columbia Heights, Brooklyn, N.Y. 11201, U.S.A.
Frederick W. Franz, President

# The Watchtower

**September 1, 1988**

**Announcing Jehovah's Kingdom**

# IS SATAN REAL?



WTPA052683



# The Watchtower ®

### Announcing Jehovah's Kingdom

September 1, 1988
Vol. 109, No. 17

## In This Issue

Satan—Is He Real? ............................................ 3

Satan Worship in Our Time ......................... 4

Unmasking the Serpent ................................ 8

Stand Firm Against
   Satan's Machinations ............................... 13

A Pioneer Partnership for Life ................. 19

Dining With a Pharisee ............................... 24

Jehovah Gives Hope Amid Sorrow ....... 26

Children 'on Loan'
   —How Wise Is the Practice? ................. 28

Questions From Readers .......................... 31

THE PURPOSE OF *THE WATCHTOWER* is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. *The Watchtower*, published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### *WATCHTOWER* STUDIES FOR WEEKS OF

September 26: Unmasking the Serpent. Page 8. Songs to Be Used: 57, 21.

October 3: Stand Firm Against Satan's Machinations. Page 13. Songs to Be Used: 38, 47.

*Average Printing Each Issue: 13,045,000*

*Now Published in 103 Languages*

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish,* Dutch,* Efik, English* (also Braille and cassettes†), Finnish,* French,* German,* Greek,* Hiligaynon, Igbo, Iloko, Italian,* Japanese,* Korean, Lingala, Malagasy, Maltese, Norwegian, Polish, Portuguese,* Russian, Sepedi, Sesotho, Shona, Spanish,* Swahili, Swedish,* Tagalog, Thai, Tsonga, Tswana, Xhosa, Yoruba, Zulu

MONTHLY LANGUAGES AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bislama, Bulgarian, Croatian, Czech, Ewe, Fijian, Ga, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Rarotongan, Romanian, Samar-Leyte, Samoan, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tongan, Tshiluba, Turkish, Twi, Ukrainian, Urdu, Venda, Vietnamese

* Study articles also available in large-print edition.

† Outside the United States and Canada, write U.S. office concerning rates and certification for the blind and visually impaired.

| Watch Tower Society offices | *Yearly subscription for the above:* | |
| --- | Semimonthly Languages | Monthly Languages |
| *America*, U.S., Watchtower, Wallkill, N.Y. 12589 | $5.00 | $2.50 |
| *Australia*, Box 280, Ingleburn, N.S.W. 2565 | A$8.00 | A$4.00 |
| *Canada*, Box 4100, Halton Hills, Ontario L7G 4Y4 | $7.00 | $3.50 |
| *England*, The Ridgeway, London NW7 1RN | £5.00 | £2.50 |
| *Ghana*, Box 760, Accra | C600 | C300 |
| *Ireland*, 29A Jamestown Road, Finglas, Dublin 11 | IR£6.00 | IR£3.00 |
| *Jamaica*, Box 180, Kingston 10 | $20.00 | $10.00 |
| *New Zealand*, P.O. Box 142, Manurewa | NZ$15.00 | NZ$7.50 |
| *Nigeria*, PMB 001, Shomolu, Lagos State | N8.00 | N4.00 |
| *Philippines*, P.O. Box 2044, 1099 Manila | P60.00 | P30.00 |
| *South Africa*, Private Bag 2067, Krugersdorp, 1740 | R10.00 | R5.00 |
| *Trinidad and Tobago, Rep. of,* Lower Rapsey Street & Laxmi Lane, Curepe | TT$18.00 | TT$9.00 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

25 cents (U.S.) a copy

The Bible translation used is the *New World Translation of the Holy Scriptures,* unless otherwise indicated.

© 1988 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.                           Frederick W. Franz, President

*The Watchtower* (ISSN 0043-1087) is published semimonthly for $5.00 (U.S.) per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.                           Printed in U.S.A.

*Postmaster:* Send address changes to Watchtower, *Wallkill, N.Y. 12589.*

WTPA052684



The**Watchtower**

August 15, 1989

**Announcing Jehovah's Kingdom**

THE END OF
**CRIME**
NOW NEAR!

WTPA053419



# The Watchtower®

### Announcing Jehovah's Kingdom

August 15, 1989
Vol. 110, No. 16

## In This Issue

Why So Much Crime? — 3

The End of Crime Now Near! — 4

Workers in the Vineyard — 8

Opening Up the Way Back to Paradise — 10

Paradise Restored Glorifies God — 15

Persecution in Burundi —A Broken Promise of Religious Freedom! — 21

Guatemalans Embrace the Good News — 25

Do You Remember? — 29

Questions From Readers — 30

THE PURPOSE OF *THE WATCHTOWER* is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. *The Watchtower,* published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### *WATCHTOWER* STUDIES FOR WEEKS OF

September 18: Opening Up the Way Back to Paradise. Page 10. Songs to Be Used: 218, 206.

September 25: Paradise Restored Glorifies God. Page 15. Songs to Be Used: 4, 222.

*Average Printing Each Issue: 13,030,000*

*Now Published in 105 Languages*

SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL
Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Danish,* Dutch,* Efik, English* (also Braille and cassettes†), Ewe, Finnish,* French,* Ga, German,* Greek,* Hiligaynon, Igbo, Iloko, Italian,* Japanese,* Korean, Malagasy, Maltese, Norwegian, Polish, Portuguese,* Russian, Sepedi, Sesotho, Shona, Spanish,* Swahili, Swedish,* Tagalog, Thai, Tsonga, Tswana, Twi, Xhosa, Yoruba, Zulu

MONTHLY LANGUAGES AVAILABLE BY MAIL
Armenian, Bengali, Bicol, Bislama, Bulgarian, Croatian, Czech, Fijian, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Hungarian, Icelandic, Kannada, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Rarotongan, Romanian, Samar-Leyte, Samoan, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tongan, Turkish, Tuvaluan, Ukrainian, Urdu, Venda, Vietnamese

* Study articles also available in large-print edition.

† Outside the United States and Canada, write U.S. office concerning rates and certification for the blind and visually impaired.

| Watch Tower Society offices | Yearly subscription for the above: Semimonthly Languages | Monthly Languages |
|---|---|---|
| **America,** U.S., Watchtower, Wallkill, N.Y. 12589 | $5.00 | $2.50 |
| **Australia,** Box 280, Ingleburn, N.S.W. 2565 | A$8.00 | A$4.00 |
| **Canada,** Box 4100, Halton Hills, Ontario L7G 4Y4 | $7.00 | $3.50 |
| **England,** The Ridgeway, London NW7 1RN | £5.00 | £2.50 |
| **Ghana,** Box 760, Accra | ¢1,000 | ¢500 |
| **Ireland,** 29A Jamestown Road, Finglas. Dublin 11 | IR£6.00 | IR£3.00 |
| **Jamaica,** Box 180, Kingston 10 | $20.00 | $10.00 |
| **New Zealand,** P.O. Box 142, Manurewa | NZ$12.00 | NZ$6.00 |
| **Nigeria,** PMB 001, Shomolu, Lagos State | ₦15.00 | ₦7.50 |
| **Philippines,** P.O. Box 2044, 1099 Manila | ₱60.00 | ₱30.00 |
| **South Africa,** Private Bag 2067, Krugersdorp, 1740 | R10.00 | R5.00 |
| **Trinidad and Tobago, Rep. of,** Lower Rapsey Street & Laxmi Lane, Curepe | TT$21.00 | TT$10.50 |

Remittances should be sent to the office in your country or to Watchtower, Wallkill, N.Y. 12589, U.S.A.

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

25 cents (U.S.) a copy

The Bible translation used is the *New World Translation of the Holy Scriptures,* unless otherwise indicated.

© 1989 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.               Frederick W. Franz, President

*The Watchtower* (ISSN 0043-1087) is published semimonthly for $5.00 (U.S.) per year by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices.               Printed in U.S.A.

**Postmaster:** Send address changes to Watchtower, **Wallkill, N.Y. 12589.**





**April 1, 1990**

# The Watchtower

## Announcing Jehovah's Kingdom

# WHO
## WILL LEAD MANKIND TO PEACE?

WTPA053899



# The Watchtower®

### Announcing Jehovah's Kingdom

April 1, 1990
Vol. 111, No. 7

## In This Issue

"A Peace Epidemic"?   3

Peace—What Are the Chances?   4

Who Will Lead Mankind to Peace?   7

"All Those in the Memorial Tombs"   10

God's Word Is Truth   11

"The Word of God Is Alive
and Exerts Power"   16

Serving the Greatest Artist of All   21

Kingdom Proclaimers Report   23

Confidence During the Last Days   24

'I Mounted Up
With Wings Like Eagles'   26

"That Woman Jezebel"   30

Questions From Readers   31

THE PURPOSE OF *THE WATCHTOWER* is to exalt Jehovah God as the Sovereign of the universe. It keeps watch on world events as they fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in the now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. *The Watchtower,* published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

### WATCHTOWER STUDIES FOR WEEKS OF

May 7: God's Word Is Truth. Page 11. Songs to Be Used: 46, 180.

May 14: "The Word of God Is Alive and Exerts Power." Page 16. Songs to Be Used: 111, 79.

---

### *Average Printing Each Issue: 13,950,000*

### *Now Published in 107 Languages*

**SEMIMONTHLY:** Afrikaans, Arabic, Cebuano, Chicheŵa, Chinese, Cibemba, Danish,* Dutch,* Efik, English* (also Braille and cassettes†), Ewe, Finnish,* French,* Ga, German,* Greek,* Hiligaynon, Hungarian, Igbo, Iloko, Italian,* Japanese,* Korean, Malagasy, Maltese, Norwegian, Polish, Portuguese,* Romanian, Russian, Samoan, Sepedi, Sesotho, Shona, Spanish,* Swahili, Swedish,* Tagalog, Thai, Tsonga, Tswana, Twi, Ukrainian, Xhosa, Yoruba, Zulu

**MONTHLY:** Armenian, Bengali, Bicol, Bislama, Bulgarian, Croatian, Czech, Fijian, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Icelandic, Kannada, Macedonian, Malayalam, Marathi, New Guinea Pidgin, Pangasinan, Papiamento, Rarotongan, Samar-Leyte, Sango, Serbian, Silozi, Sinhalese, Slovenian, Solomon Islands-Pidgin, Tahitian, Tamil, Telugu, Tongan, Turkish, Tuvaluan, Urdu, Venda, Vietnamese

* Study articles also available in large-print edition.

† Outside the United States and Canada, write U.S. office concerning certification for the blind and visually impaired.

---

*For further information or a free home Bible study, please write Watch Tower, using the appropriate address below.*

*America, U.S.,* Watchtower, 25 Columbia Heights, Brooklyn, N.Y. 11201
*Australia,* Box 280, Ingleburn, N.S.W. 2565
*Bahamas,* Box N-1247, Nassau, N.P.
*Barbados,* Fontabelle Rd., Bridgetown
*Canada L7G 4Y4,* Box 4100, Halton Hills (Georgetown), Ontario
*England NW7 1RN,* The Ridgeway, London
*Fiji,* Box 23, Suva
*Germany, Federal Republic of,* Postfach 20, D-6251 Selters/Taunus 1
*Ghana,* Box 760, Accra
*Guyana,* 50 Brickdam, Georgetown 16
*Hawaii 96819,* 2055 Kam IV Rd., Honolulu
*Hong Kong,* 4 Kent Road, Kowloon Tong
*India,* Post Bag 10, Lonavla, Pune Dis., Mah. 410 401
*Ireland,* 29A Jamestown Road, Finglas, Dublin 11
*Italy,* Via della Bufalotta 1281, 1-00138 Rome RM
*Jamaica,* Box 180, Kingston 10

*Japan,* 1271 Nakashinden, Ebina City, Kanagawa Pref., 243-04
*Kenya,* Box 47788, Nairobi
*Korea, Republic of,* Box 33 Pyungtaek P.O., Kyunggido, 450-600
*Liberia,* P.O. Box 10-0380, 1000 Monrovia 10
*New Zealand,* P.O. Box 142, Manurewa
*Nigeria,* PMB 1090, Benin City, Bendel State
*Panama,* Apartado 1835, Panama 9A
*Papua New Guinea,* Box 636, Boroko, N.C.D.
*Philippines, Republic of,* P.O. Box 2044, 1099 Manila
*South Africa,* Private Bag 2067, Krugersdorp, 1740
*Spain,* Apartado postal 132, E-28850 Torrejón de Ardoz (Madrid)
*Switzerland,* Ulmenweg 45; P.O. Box 225, CH-3602 Thun
*Trinidad and Tobago, Rep. of,* Lower Rapsey Street & Laxmi Lane, Curepe
*Zambia, Rep. of,* Box 21598, Kitwe
*Zimbabwe,* 35 Fife Avenue, Harare

The Bible translation used is the *New World Translation of the Holy Scriptures,* unless otherwise indicated.

© 1990 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.    Frederick W. Franz, President

---

*The Watchtower* (ISSN 0043-1087) is published semimonthly by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. **Postmaster:** Send address changes to Watchtower, Wallkill, N.Y. 12589.    Printed in U.S.A.

WTPA053900

The **Watchtower**

May 15, 1991

Announcing Jehovah's Kingdom

# Put God First in Your Family Life!



WTPA054763



The Watchtower®

Announcing Jehovah's Kingdom

May 15, 1991
Vol. 112, No. 10

## In This Issue

**What Causes Family Distress?** 3

**Put God First in Your Family Life!** 4

**At God's Right Hand** 8

**Consider Models of Long-Suffering** 10

**Be Long-Suffering Toward All** 16

**Jehovah Hears Our Urgent Cries for Help** 21

**The Challenge of Sowing Kingdom Seed in Southern Chile** 24

**Can You Be Happy With Much to Do?** 28

**Questions From Readers** 31

THE PURPOSE OF *THE WATCHTOWER* is to exalt Jehovah God as Sovereign Lord of the universe. It keeps watch on world events as these fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in God's now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. *The Watchtower*, published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

## *WATCHTOWER* STUDIES FOR WEEKS OF

June 17: Consider Models of Long-Suffering. Page 10. Songs to Be Used: 165, 224.

June 24: Be Long-Suffering Toward All. Page 16. Songs to Be Used: 145, 89.

*Average Printing Each Issue: 15,290,000*

*Now Published in 111 Languages.*

*Semimonthly Languages Available by Mail:* Afrikaans, Arabic, Cebuano, Chichewa, Chinese, Cibemba, Croatian, Czech, Danish,* Dutch,* Efik, English* (also Braille and cassettes‡), Estonian, Finnish,* French,* German,* Greek,* Hiligaynon, Hungarian, Igbo, Iloko, Italian,* Japanese,* Korean, Macedonian, Malagasy, Maltese, Norwegian, Polish, Portuguese,* Rarotongan, Romanian, Russian, Samoan, Sepedi, Serbian, Sesotho, Shona, Slovak, Slovenian, Spanish,* Swahili, Swedish,* Tagalog, Thai, Tsonga, Tswana, Twi, Ukrainian, Xhosa, Yoruba, Zulu

*Monthly Languages Available by Mail:* Albanian, Armenian, Bengali, Bicol, Bislama, Bulgarian, Fijian, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Hiri Motu, Icelandic, Kannada, Kwanyama/Ndonga, Malayalam, Marathi, Nepali, New Guinea Pidgin, Niuean, Pangasinan, Papiamento, Samar-Leyte, Sango, Silozi, Sinhalese, Solomon Islands-Pidgin, Sranan Tongo, Tahitian, Tamil, Telugu, Tongan, Turkish, Tuvaluan, Urdu, Venda, Vietnamese

* Study articles also available in large-print edition.

‡ Outside the United States and Canada, write U.S. office concerning certification for the blind and visually impaired.

*Subscription requests should be sent to Watch Tower at the appropriate address below.*

**America, United States of,** Wallkill, N.Y. 12589
**Australia,** Box 280, Ingleburn, N.S.W. 2565
**Bahamas,** Box N-1247, Nassau, N.P.
**Barbados,** Fontabelle Rd., Bridgetown
**Canada L7G 4Y4,** Box 4100, Halton Hills (Georgetown), Ontario
**England NW7 1RN,** The Ridgeway, London
**Germany,** Postfach 20, W-6251 Selters/Taunus 1
**Ghana,** Box 760, Accra
**Guyana,** 50 Brickdam, Georgetown 16
**Hawaii 96819,** 2055 Kam IV Rd., Honolulu
**Hong Kong,** 4 Kent Road, Kowloon Tong
**India,** Post Bag 10, Lonavla, Pune Dis., Mah. 410 401
**Ireland,** 29A Jamestown Road, Finglas, Dublin 11
**Jamaica,** Box 180, Kingston 10
**Japan,** 1271 Nakashinden, Ebina City, Kanagawa Pref., 243-04
**Kenya,** Box 47788, Nairobi
**Liberia,** P.O. Box 10-0380, 1000 Monrovia 10
**New Zealand,** P.O. Box 142, Manurewa
**Nigeria,** P.M.B. 1090, Benin City, Bendel State
**Philippines, Republic of,** P.O. Box 2044, 1099 Manila
**South Africa,** Private Bag 2067, Krugersdorp, 1740
**Trinidad and Tobago, Rep. of,** Lower Rapsey Street & Laxmi Lane, Curepe
**Zambia, Rep. of,** Box 21598, Kitwe
**Zimbabwe,** 35 Fife Avenue, Harare

*Changes of address* should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

The Bible translation used is the *New World Translation of the Holy Scriptures—With References,* unless otherwise indicated.

*Would you welcome more information or a free home Bible study? Please write Watch Tower, using the appropriate address above.*

*This is part of a worldwide Bible educational work that is supported by voluntary donations.*

© 1991 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.                    Frederick W. Franz, President

*The Watchtower* (ISSN 0043-1087) is published semimonthly by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. **Postmaster:** Send address changes to Watchtower, **Wallkill, N.Y. 12589.**                    Printed in U.S.A.

OCTOBER 1, 1992

# THE WATCHTOWER
## ANNOUNCING JEHOVAH'S KINGDOM

# Does the World Need a Messiah?

WTPA055819

# THE WATCHTOWER.

## ANNOUNCING JEHOVAH'S KINGDOM

October 1, 1992     Average Printing Each Issue: 15,570,000     Vol. 113, No. 19

THE PURPOSE OF *THE WATCHTOWER* is to exalt Jehovah God as Sovereign Lord of the universe. It keeps watch on world events as these fulfill Bible prophecy. It comforts all peoples with the good news that God's Kingdom will soon destroy those who oppress their fellowmen and that it will turn the earth into a paradise. It encourages faith in God's now-reigning King, Jesus Christ, whose shed blood opens the way for mankind to gain eternal life. *The Watchtower,* published by Jehovah's Witnesses continuously since 1879, is nonpolitical. It adheres to the Bible as its authority.

## IN THIS ISSUE

3  Does Mankind
   Really Need a Messiah?

5  The Messiah—A Real Hope?

9  "We Have Found the Messiah"!

14  The Messiah's Presence and His Rule

20  'Should I Get Baptized?'

24  Shining as Illuminators
    in the World

26  Learn Obedience
    by Accepting Discipline

30  Jehovah's Witnesses—The
    Organization Behind the Name

32  'The Heavens Declare . . .'

Cover photos: Top: U.S. Naval Observatory photo; Bottom: NASA photo

### WATCHTOWER STUDIES FOR WEEKS OF

**NOVEMBER 9:** "We Have Found the Messiah"! Page 9. *Songs to be used: 106, 121.*

**NOVEMBER 16:** The Messiah's Presence and His Rule. Page 14. *Songs to be used: 143, 168.*

**Now published in 111 languages.**

**SEMIMONTHLY LANGUAGES AVAILABLE BY MAIL:** Afrikaans, Arabic, Bislama, Cebuano, Chichewa, Chinese, Cibemba, Croatian, Czech, Danish,*† Dutch,* Efik, English*† (also Braille), Estonian, Ewe, Finnish,*† French,*† Ga, German,*† Greek,* Hiligaynon, Hiri Motu, Hungarian, Igbo, Iloko, Indonesian, Italian,* Japanese,* Kannada, Korean,* Macedonian, Malagasy, Malayalam, Maltese, Myanmar, New Guinea Pidgin, Norwegian, Papiamento, Polish, Portuguese,* Rarotongan, Romanian, Russian, Samoan, Sepedi, Serbian, Sesotho, Shona, Slovak, Slovenian, Spanish,* Swahili, Swedish,* Tagalog, Tahitian, Tamil, Thai, Tsonga, Tswana, Twi, Ukrainian, Vietnamese, Wallisian, Xhosa, Yoruba, Zulu

**MONTHLY LANGUAGES AVAILABLE BY MAIL:** Albanian, Armenian, Bengali, Bicol, Bulgarian, Fijian, Greenlandic, Gujarati, Gun, Hausa, Hebrew, Hindi, Icelandic, Kinyarwanda, Kwanyama/Ndonga, Luganda, Marathi, Moore, Nepali, Niuean, Pangasinan, Samar-Leyte, Sango, Silozi, Sinhalese, Solomon Islands Pidgin, Sranantongo, Telugu, Tongan, Turkish, Tuvaluan, Urdu, Venda

* Study articles also available in large-print edition.
† Audiocassettes also available.

© 1992 Watch Tower Bible and Tract Society of Pennsylvania. All rights reserved.     Frederick W. Franz, President

**Subscription requests should be sent to Watch Tower at the appropriate address below.**

*America, United States of:* Wallkill, N.Y. 12589. *Australia:* Box 280, Ingleburn, N.S.W. 2565. *Bahamas:* Box N-1247, Nassau, N.P. *Barbados:* Fontabelle Rd., Bridgetown. *Canada* L7G 4Y4: Box 4100, Halton Hills (Georgetown), Ontario. *England* NW7 1RN: The Ridgeway, London. *Germany:* Postfach 20, W-6251 Selters/Taunus 1. *Ghana:* Box 760, Accra. *Guyana:* 50 Brickdam, Georgetown 16. *Hawaii 96819:* 2055 Kam IV Rd., Honolulu. *Hong Kong:* 4 Kent Road, Kowloon Tong. *India:* Post Bag 10, Lonavla, Pune Dis., Mah. 410 401. *Ireland:* 29A Jamestown Road, Finglas, Dublin 11. *Jamaica:* Box 180, Kingston 10. *Japan:* 1271 Nakashinden, Ebina City, Kanagawa Pref., 243-04. *Kenya:* Box 47788, Nairobi. *Liberia:* P.O. Box 10-0380, 1000 Monrovia 10. *New Zealand:* P.O. Box 142, Manurewa. *Nigeria:* P.M.B. 1090, Benin City, Edo State. *Philippines, Republic of:* P.O. Box 2044, 1099 Manila. *South Africa:* Private Bag 2067, Krugersdorp, 1740. *Trinidad and Tobago, Republic of:* Lower Rapsey Street & Laxmi Lane, Curepe. *Zambia, Republic of:* Box 21598, Kitwe. *Zimbabwe:* 35 Fife Avenue, Harare.

The Bible translation used is the New World Translation of the Holy Scriptures—With References, unless otherwise indicated.

*Would you welcome more information or a free home Bible study? Please write Watch Tower, using the appropriate address above.*

*This is part of a worldwide Bible educational work that is supported by voluntary donations.*

**Changes of address** should reach us 30 days before your moving date. Give us your old and new address (if possible, your old address label).

The Watchtower (ISSN 0043-1087) is published semimonthly by Watchtower Bible and Tract Society of New York, Inc., 25 Columbia Heights, Brooklyn, N.Y. 11201. Second-class postage paid at Brooklyn, N.Y., and at additional mailing offices. **Postmaster:** Send address changes to Watchtower, **Wallkill, N.Y. 12589.** Printed in U.S.A.



"This good news of the kingdom will be preached in all the inhabited earth for a witness to all the nations." "Go . . . and make disciples of people of all the nations, baptizing them . . . teaching them."—Matt. 24:14; 28:19, 20.

WTPA063278

# CONTENTS

| CHAPTER | | PAGE |
|---|---|---|
| 1 | The Work of Preaching and Disciple-making | 3 |
| 2 | The Organization That Jehovah Is Using | 7 |
| 3 | Your Relationship with God | 13 |
| 4 | Shepherds of the Flock of God | 53 |
| 5 | Meetings at Which to Be Taught by Jehovah | 91 |
| 6 | Your Service to God | 107 |
| 7 | Serving Jehovah Whole-souled | 132 |
| 8 | Financing the Work of Preaching and Disciple-making | 148 |
| 9 | Safeguarding the Cleanness of the Congregation | 154 |
| 10 | Endurance That Results in Divine Approval | 182 |

COPYRIGHT, 1972
by
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA

PUBLISHERS
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS ASSOCIATION
Brooklyn, New York, U.S.A.

Made in the United States of America

WTPA063279

# "Pay Attention to Yourselves and to All the Flock."—Acts 20:28.

**Kingdom Ministry School Textbook**

WTNY000226

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1977

Made in the United States of America

WTNY000227

# "Pay Attention to Yourselves and to All the Flock."—Acts 20:28.

**Kingdom Ministry School**
**Textbook (ks79)**

WTNY000324

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1979

Made in the United States of America

WTNY000325

# "Pay Attention to Yourselves and to All the Flock."—Acts 20:28.

**Kingdom Ministry School
Textbook (*ks*81)**

WTNY000356

Published by

<span style="font-variant: small-caps;">Watchtower Bible and Tract Society
of New York, Inc.</span>
Brooklyn, New York, U.S.A.

<span style="font-variant: small-caps;">September</span> 1981

Made in the United States of America

WTNY000357

# "Pay Attention to Yourselves

# and to

# All the Flock."—Acts 20:28.

Kingdom Ministry School

Textbook

CAEKAERT/MAPLEY 000626

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1977

Made in the United States of America

CAEKAERT/MAPLEY 000627

# "Pay Attention to Yourselves and to All the Flock."—Acts 20:28.

Kingdom Ministry School
Textbook (ks79)

CAEKAERT/MAPLEY 000724

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1979





Made in the United States of America

CAEKAERT/MAPLEY 000725

# "Pay Attention to Yourselves and to All the Flock."—Acts 20:28.

Kingdom Ministry School
Textbook (*ks*81)

CAEKAERT/MAPLEY 000756

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1981

Made in the United States of America

CAEKAERT/MAPLEY 000757



"SHEPHERD
THE FLOCK OF GOD"
—1 PETER 5:2

CAEKAERT/MAPLEY 000820

© 2010
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
All Rights Reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

2010 Printing

This publication is not for sale. It is provided as part of a worldwide
Bible educational work supported by voluntary donations.

Unless otherwise indicated, Scripture quotations are from the modern-language
*New World Translation of the Holy Scriptures—With References*

*"Shepherd the Flock of God"—1 Peter 5:2*
English (*ks10*-E)

Made in the United States of America

CAEKAERT/MAPLEY 000824

# CIRCUIT OVERSEER GUIDELINES

January 2018

© 2018
Watch Tower Bible and Tract Society of Pennsylvania
*Circuit Overseer Guidelines*
English (*tg*-E)

# CIRCUIT OVERSEER GUIDELINES

October 2015

© 2015
Watch Tower Bible and Tract Society of Pennsylvania
*Circuit Overseer Guidelines*
English (*tg*-E)

CAEKAERT/MAPLEY 001370