*Exhibit H*





TELEPHONE (212) 625-1240

**WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.**

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

CABLE WATCHTOWER

S:SSD                    July 30, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

The Society is pleased to advise that the servant appointment to the position named below has been made. The newly appointed servant will want to fulfill this privilege of service in a manner that is pleasing to Jehovah and that will bring the greatest blessings to his brothers.

Congregation servant:
Address

Assistant congregation servant:
Address

Bible study servant:                      Martin Svenson

Magazine-Territory servant:

Literature servant:                       Martin Svenson

Accounts servant:

<u>Watchtower</u> study servant:

Ministry school servant:

Book study servant(s):

Your fellow ministers of Jehovah God,

Watchtower B. & T. Society
OF NEW YORK, INC.

Note to overseer: Please see that the newly appointed servant becomes thoroughly familiar with his duties as they are set forth in the book "*Your Word Is a Lamp to My Foot*," *Kingdom Ministry* and other publications of the Society. The newly appointed servant is to receive from the former servant all forms, records and files pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a   9/67



TELEPHONE (212) 625-1240

**WATCHTOWER**
BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG     June 11, 1971

## EFFECTIVE JULY 1, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

The Society is pleased to advise that the servant appointment to the position named below has been made. The newly appointed servant will want to fulfill this privilege of service in a manner that is pleasing to Jehovah and that will bring the greatest blessings to his brothers.

| | |
|---|---|
| Congregation servant: Address | Harold D. Rimby<br>701 North Crook<br>Hardin, Montana 59035 |
| Assistant congregation servant: Address | Bradley Lovett<br>605 West Fifth<br>Hardin, Montana 59035 |
| Bible study servant: | Harold D. Rimby |
| Magazine-Territory servant: | Bradley Lovett |
| Literature servant: | Mrs. Harold Rimby * |
| Accounts servant: | Mrs. Harold Rimby * |
| <u>Watchtower</u> study servant: | Bradly Lovett |
| Ministry school servant: | Harold D. Rimby |
| Book study servant(s): | Add: Harold D. Rimby<br>Bradley Lovett |

Your fellow ministers of Jehovah God,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

Note to overseer: Please see that the newly appointed servant becomes thoroughly familiar with his duties as they are set forth in the book "*Your Word Is a Lamp to My Foot,*" *Kingdom Ministry* and other publications of the Society. The newly appointed servant is to receive from the former servant all forms, records and files pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a   9/67   * Sister Rimby will serve as a substitute servant until a qualified brother is available.