*Exhibit I*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

TRACY CAEKAERT, and
CAMILLIA Mapely,

    Plaintiffs,
vs.                              Case No. CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., and WATCH TOWER BIBLE
AND TRACT SOCIETY OF
PENNSYLVANIA.

    Defendants,
_____)


Expert Videotaped Deposition

In Person/Zoom Videoconference

Bradley Lovett

August 11, 2023


Reported By: Gidgette Nieves, CSR No. 10142
WORDS COURT REPORTING SERVICES, INC.
(844) 289-WORD(9673)
www.WordsCourtReporting.com

```
09:50:46   1   different than an elder or is that the same?
09:50:49   2       A    Well, we didn't have elders at the time.
09:50:52   3   And they needed to fill these slots.  And -- you'll
09:51:00   4   notice even my mother was put in there.
09:51:04   5       Q    And that's not typical is it to have a
09:51:07   6   female on here as a servant or an elder or
09:51:11   7   anything?
09:51:11   8       A    At that time -- it wasn't typical but it
09:51:14   9   wasn't uncommon.
09:51:16  10       Q    Okay.  How many approximately people were
09:51:19  11   at the -- in the new Hardin congregation in 1971, if
09:51:23  12   you remember?
09:51:25  13       A    Maybe -- maybe 30, 35.  I'm just
09:51:30  14   guessing.
09:51:33  15       Q    And this -- this document we're looking at
09:51:36  16   Exhibit 1, it looks like it came from the Watch
09:51:40  17   Tower Society in New York?
09:51:42  18       A    Yes.
09:51:43  19       Q    Looks like the Watch Tower Society is
09:51:45  20   saying that -- I'll read it.  Their pleased to
09:51:50  21   advise that the servant appointments to the
09:51:54  22   positions below have been made.
09:51:56  23            Did you understand that the Watch Tower
09:52:00  24   Society had approved these -- these specific
09:52:02  25   appointments?
```

09:52:03   1        A     Well, when the letter came back that

09:52:05   2   was --

09:52:05   3        Q     That's what this letter is saying?

09:52:07   4        A     Uh-huh.

09:52:08   5        Q     The Watch Tower Society approved these

09:52:12   6   appointments, correct?

09:52:13   7        A     Uh-huh, yeah.

09:52:14   8        Q     Okay.  And again, I'm sorry, I don't know

09:52:18   9   if you answered that question.  About how many

09:52:19   10  people were in the congregation at that time?

09:52:22   11       A     30, maybe 35.

09:52:24   12       Q     How did you go about finding these

09:52:26   13  people?

09:52:27   14       A     We -- we contacted them in the -- either

09:52:32   15  in our house-to-house ministry and some had known in

09:52:39   16  some other areas they -- they -- and they wanted

09:52:41   17  to -- to attend so they had moved to Hardin and they

09:52:48   18  began attending once we had a -- a meeting plan.

09:52:55   19       Q     Okay.  If you look at the bottom of this

09:53:01   20  document, sir --

09:53:02   21       A     Uh-huh.

09:53:03   22       Q     -- in the fine print down there it states

09:53:06   23  that "Please see that the newly appointed servant

09:53:10   24  becomes thoroughly familiar with his duties as they

09:53:14   25  are set forth in the book.  Your world is a Lamp to

09:53:17  1    my foot, comma, and then the Kingdom ministry."  Do

09:53:22  2    you see that, sir?

09:53:23  3         A    Yeah, uh-huh.

09:53:26  4         Q    And are those books that you would -- the

09:53:28  5    congregation would get from the Watch Tower

09:53:31  6    Society?

09:53:31  7         A    Yes.

09:53:32  8         Q    And you understood from this letter that

09:53:33  9    the servants in this congregation, the new servants

09:53:38  10   needed to become familiar with the duties that are

09:53:40  11   set forth in those books?

09:53:42  12        A    Yes.

09:53:42  13        Q    Okay.  That's part of the job of being a

09:53:45  14   servant in a new congregation?

09:53:50  15        A    Yeah.

09:53:57  16        Q    Do you recall when the first elders were

09:54:00  17   appointed on this new congregation?

09:54:04  18        A    Probably.  I think the arrangement came in

09:54:06  19   about '71, I think.

09:54:08  20        Q    Who were the original elders?

09:54:14  21        A    I can't remember.  Martin Svenson I think

09:54:21  22   was one.  Harold Rimby.  And they put me down even

09:54:27  23   though I think I been baptized six months or

09:54:32  24   something at the time.  I'm trying to think if there

09:54:39  25   were others.  I can't remember.

| | | |
|---|---|---|
| 10:20:07 | 1 | BY MR. SHAFFER: |
| 10:20:07 | 2 | Q    Is this a document -- or have you ever |
| 10:20:08 | 3 | seen a document like this before? |
| 10:20:10 | 4 | A    Uh-huh. |
| 10:20:11 | 5 | Q    What kind of document is this?  What is |
| 10:20:16 | 6 | this? |
| 10:20:16 | 7 | A    It's -- I forget the -- the number on it. |
| 10:20:18 | 8 | But it was where they put the |
| 10:20:20 | 9 | recommendations for elder's ministerial service. |
| 10:20:23 | 10 | Q    Okay.  When you say "they put the |
| 10:20:26 | 11 | recommendation," you mean the circuit overseer would |
| 10:20:29 | 12 | do that? |
| 10:20:30 | 13 | A    The local congregation along with the |
| 10:20:34 | 14 | circuit overseer. |
| 10:20:34 | 15 | Q    Okay.  And then if we flip to the second |
| 10:20:37 | 16 | page of Exhibit 3, I'm going to direct you to -- |
| 10:20:46 | 17 | let's go back to the first page.  Just one second. |
| 10:20:54 | 18 | The stamp up here in the upper left-hand corner |
| 10:20:58 | 19 | duplicate copy to "society for return after |
| 10:21:01 | 20 | approval"? |
| 10:21:02 | 21 | MR. MCCABE:  There's no stamp on this |
| 10:21:04 | 22 | copy. |
| 10:21:05 | 23 | BY MR. SHAFFER: |
| 10:21:05 | 24 | Q    Do you see where it says "duplicate copy |
| 10:21:09 | 25 | to Society for return after approval."  Do you see |

10:21:11  1   that, Mr. Lovett?

10:21:13  2        A    Yes.

10:21:13  3        Q    And is that referring to the copy that

10:21:15  4   would go to New York that would get stamped either

10:21:18  5   approving or not approving the elders and then come

10:21:22  6   back to the congregation?

10:21:23  7        A    Yeah.

10:21:24  8        Q    And if we flip to the next page, same

10:21:32  9   corner there, upper left-hand corner.  "Governing

10:21:37  10  body has approved the recommendations on the reverse

10:21:40  11  side as indicated by the Watch Tower Society stamp,"

10:21:42  12  below; do you see that, Mr. Lovett?

10:21:44  13       A    Yes.

10:21:45  14       Q    And then there's the Stamp Watch Tower

10:21:47  15  Bible and Tract Society New York?

10:21:48  16       A    Yes.

10:21:50  17       Q    SCL, May 7th, 1984.  You see that?

10:21:53  18       A    Yes.

10:21:53  19       Q    Is that the Watch Tower Society then

10:21:56  20  approving the appointment of those elders on the

10:21:57  21  previous page?

10:21:58  22       A    Yes.

10:21:59  23       Q    Okay.  Is that how the process worked in

10:22:01  24  the 70s as you understood it?

10:22:04  25       A    As I recall, Uh-huh.

| | | |
|---|---|---|
| 10:22:05 | 1 | Q    Okay.  Do you know what SCL stands for? |
| 10:22:11 | 2 | A    Yeah, I'm not sure.  I guess it's just a |
| 10:22:15 | 3 | designation. |
| 10:22:17 | 4 | Q    All right. |
| 10:22:18 | 5 | A    I want to say Southern California but it |
| 10:22:22 | 6 | doesn't.  It's in Montana. |
| 10:22:23 | 7 | Q    All right.  Let's go back to Document |
| 10:22:26 | 8 | number? |
| 10:22:26 | 9 | A    Is this the one you -- |
| 10:23:23 | 10 | Q    Okay.  I'm going to flip this to a page. |
| 10:23:25 | 11 | Sorry, this is going to be a little tedious for |
| 10:23:28 | 12 | awhile this morning, just flipping through this |
| 10:23:29 | 13 | document.  But we'll get through it. |
| 10:23:53 | 14 | James, we're missing some pages on this |
| 10:23:55 | 15 | one.  We are just going to use mine for number two. |
| 10:24:30 | 16 | All right.  We'll stick this one.  So we're looking |
| 10:24:33 | 17 | at Caekaert/Mapely 1872 on the bottom right. |
| 10:24:39 | 18 | Paragraph 58.  Can you read -- are you able to read |
| 10:24:42 | 19 | that paragraph 58.  I don't want you to read the |
| 10:24:45 | 20 | whole thing.  But I just want to know if you can |
| 10:24:47 | 21 | read it in general. |
| 10:24:48 | 22 | A    Yeah. |
| 10:24:49 | 23 | Q    That says recommendations for new |
| 10:24:50 | 24 | appointments or deletions.  It says, that they're |
| 10:24:51 | 25 | made on the S2 form when the circuit overseer visits |

| | | |
|---|---|---|
| 10:24:55 | 1 | the congregation.  Is that the process we were just |
| 10:24:58 | 2 | talking about for the appointment of elders? |
| 10:25:02 | 3 | A    Yes. |
| 10:25:03 | 4 | Q    Okay.  Says the S2 form is then sent to |
| 10:25:06 | 5 | the Society along with another Form S303 form. |
| 10:25:13 | 6 | Shows the appointments for elders or deletions.  And |
| 10:25:20 | 7 | then it says:  The branch committee must decide |
| 10:25:24 | 8 | whether or not to approve the recommendations by the |
| 10:25:27 | 9 | elders and by the circuit overseer.  Is that the |
| 10:25:30 | 10 | process -- the same process we've talked about this |
| 10:25:33 | 11 | morning for appointing elders? |
| 10:25:36 | 12 | A    Yes.  It appears to be. |
| 10:25:47 | 13 | Q    All right.  Did you under -- was there any |
| 10:25:48 | 14 | other way to be appointed as an elder in the |
| 10:25:53 | 15 | 1970s -- let's talk about the late 70s then, after |
| 10:25:57 | 16 | 77? |
| 10:25:58 | 17 | A    I don't know.  I don't know all of |
| 10:25:59 | 18 | their -- I know that way.  But I -- I  don't know if |
| 10:26:02 | 19 | there were other -- |
| 10:26:02 | 20 | Q    Are you aware -- aware of any another |
| 10:26:07 | 21 | method to be appointed as an elder? |
| 10:26:10 | 22 | A    Not actually.  There was no -- this was |
| 10:26:12 | 23 | the only routine that you went through. |
| 10:26:15 | 24 | Q    Okay.  Can we agree then that the only way |
| 10:26:17 | 25 | to be appointed an elder during this time period |

| | | |
|---|---|---|
| 10:26:21 | 1 | would be if the Watch Tower Society approved it? |
| 10:26:25 | 2 | A    I don't know. |
| 10:26:26 | 3 | MR. TAYLOR:  Listen to the question. |
| 10:26:26 | 4 | MR. SHAFFER:  Sorry, we couldn't hear you, |
| 10:26:26 | 5 | Joel. |
| 10:26:36 | 6 | We couldn't hear you. |
| 10:26:36 | 7 | MR. TAYLOR:  I didn't understand which |
| 10:26:39 | 8 | defendant he was referring to.  He just said, "Watch |
| 10:26:42 | 9 | Tower Society" so I just objected for the record. |
| 10:26:46 | 10 | BY MR. SHAFFER: |
| 10:26:46 | 11 | Q    Okay.  Are you aware of any other way that |
| 10:26:49 | 12 | an elder can be appointed other than by approval of |
| 10:26:52 | 13 | the Watch Tower Society? |
| 10:26:53 | 14 | A    I'm just -- I'm not aware.  There may be |
| 10:26:54 | 15 | other -- other ways or whatever, but I don't know. |
| 10:26:55 | 16 | I'm not -- I'm just a little -- |
| 10:26:57 | 17 | Q    Yeah.  This is the only method you're |
| 10:27:00 | 18 | aware of. |
| 10:27:01 | 19 | A    Yes, that I'm aware of.  That I used when |
| 10:27:04 | 20 | I was there, yes. |
| 10:27:04 | 21 | Q    You can't appoint yourself as an elder, |
| 10:27:08 | 22 | right? |
| 10:27:09 | 23 | A    I assume. |
| 10:27:10 | 24 | Q    Okay.  Have you ever seen -- have you ever |
| 10:27:13 | 25 | seen anybody appointed as an elder that wasn't |

| | | |
|---|---|---|
| 10:27:17 | 1 | approved by the Watch Tower Society? |
| 10:27:20 | 2 | A    No. |
| 10:27:22 | 3 | MR. TAYLOR:   Again, my objection to the |
| 10:27:23 | 4 | form of the question. |
| 10:27:25 | 5 | BY MR. SHAFFER: |
| 10:27:25 | 6 | Q    Mr. Lovett do you understand the |
| 10:27:27 | 7 | question? |
| 10:27:27 | 8 | A    Uh-huh, yes. |
| 10:27:28 | 9 | Q    Are you aware of anybody ever being |
| 10:27:30 | 10 | appointed an elder to a congregation that was not |
| 10:27:34 | 11 | approved by the Watch Tower Society? |
| 10:27:36 | 12 | A    I -- I don't know.  I'm -- |
| 10:27:37 | 13 | Q    You don't know whether you're aware of |
| 10:27:38 | 14 | it? |
| 10:27:39 | 15 | A    If there is another method, I have no |
| 10:27:42 | 16 | idea. |
| 10:27:42 | 17 | Q    Okay.  So the only method you're aware of |
| 10:27:45 | 18 | is when the Watch Tower Society approves it? |
| 10:27:48 | 19 | MR. TAYLOR:   Again, objection to the form |
| 10:27:49 | 20 | of the question. |
| 10:27:54 | 21 | BY MR. SHAFFER: |
| 10:27:54 | 22 | Q    Yes or no? |
| 10:27:57 | 23 | A    They've always handled it this way, that's |
| 10:27:59 | 24 | it. |
| 10:28:01 | 25 | Q    Okay.  All right.  You become an elder in |

| | | |
|---|---|---|
| 10:28:06 | 1 | 1971 in Hardin.  Tell me how you learn to do your |
| 10:28:10 | 2 | job as an elder? |
| 10:28:14 | 3 | A     From what we see in the publications. |
| 10:28:21 | 4 | Q     Let's talk about that for a second.  Which |
| 10:28:25 | 5 | publications are we talking about? |
| 10:28:28 | 6 | A     Actually anything pertinent, I guess. |
| 10:28:33 | 7 | Q     Kingdom ministry school coursebook? |
| 10:28:36 | 8 | A     That could be, Uh-huh, yes. |
| 10:28:39 | 9 | Q     Okay.  And would that be a book that would |
| 10:28:41 | 10 | be at a, like an elder training convention? |
| 10:28:47 | 11 | A     Yeah. |
| 10:28:47 | 12 | Q     Okay.  And who would put on those |
| 10:28:49 | 13 | conventions, those elder training conventions? |
| 10:28:53 | 14 | A     The -- we say the branch though we didn't |
| 10:28:55 | 15 | -- the -- yeah, Watch Tower put them on through the |
| 10:29:00 | 16 | branch arrangement. |
| 10:29:02 | 17 | Q     In your mind during this period of time |
| 10:29:04 | 18 | was there a difference between the branch and the |
| 10:29:07 | 19 | Watch Tower? |
| 10:29:08 | 20 | A     Well in my own mind I just -- we just |
| 10:29:11 | 21 | refer to it in general.  We always just -- if they |
| 10:29:14 | 22 | say the Society or whatever. |
| 10:29:17 | 23 | Q     They'd say the Society? |
| 10:29:19 | 24 | A     Well, we would amongst ourselves.  No, |
| 10:29:22 | 25 | they've -- they've approved this recommendation or |

```
10:29:24   1   whatever.  We just -- that was pretty common.
10:29:26   2       Q    And that's what the literature would say,
10:29:28   3   right, the literature would say with the Society,
10:29:31   4   wouldn't it, the publications?
10:29:33   5            MR. TAYLOR:   Again Objection to the
10:29:34   6   form.
10:29:35   7            THE WITNESS:  What would -- yeah, what
10:29:37   8   would you have in mind?  What were you -- what were
10:29:39   9   you thinking?
10:29:40  10   BY MR. SHAFFER:
10:29:40  11       Q    Well, I want to know what you were
10:29:42  12   thinking.  How did you come to refer to as the
10:29:44  13   Society?  I mean you saw that somewhere, right?
10:29:46  14       A    Well, it -- it was printed by them.
10:29:48  15   Whatever it was printed we'd say well, we got that
10:29:52  16   from the Society.
10:29:53  17       Q    Okay.  And did you understand the Society
10:29:54  18   was different from the branch office?
10:29:57  19       A    They are somewhat different in the sense
10:30:03  20   that -- but we -- we just generally referred to it
10:30:05  21   as -- as the Society.  We wrote a letter to the
10:30:08  22   Society and it would be to the branch actually.  But
10:30:12  23   we just --
10:30:15  24       Q    Okay.  All right.  We were talking about
10:30:16  25   how you learned to do your job as an elder.  We
```

| | |
|---|---|
| 10:30:18 | 1 |
| 10:30:21 | 2 |
| 10:30:24 | 3 |
| 10:30:27 | 4 |
| 10:30:30 | 5 |
| 10:30:31 | 6 |
| 10:30:34 | 7 |

10:30:18   1   talked about the publication.  You mentioned

10:30:21   2   publications.  I mentioned the Kingdom Ministry

10:30:24   3   coursebook.  And then we talked about that would be

10:30:27   4   introduced to the elders at a -- like an elder

10:30:30   5   training convention.

10:30:31   6        A    It could be.  They did it a number of

10:30:34   7   different ways.

10:30:34   8        Q    And as a circuit overseer you've attended

10:30:39   9   and instructed elders at a Kingdom School Ministry

10:30:43   10   course, haven't you?

10:30:44   11        A    Yes.

10:30:45   12        Q    And that's -- is that a meeting where

10:30:47   13   you'll meet with elders and you'll have literature

10:30:50   14   from the Watch Tower Society with you that you go

10:30:53   15   through kind of on a schedule with the elders to

10:30:56   16   instruct them how to do their job.  Is that a fair

10:31:00   17   description?

10:31:01   18        A    Well, a lot of that changed over the years

10:31:04   19   too.  And I'm trying to think back on the various

10:31:13   20   methods or approaches.  But there would be -- our

10:31:18   21   schools we would have that would deal with certain

10:31:23   22   aspects of -- of the arrangement.  They didn't --

10:31:28   23   they didn't comprehensively do everything all at

10:31:30   24   once, they just -- and that's where you would learn

10:31:34   25   certain things.  But all of those things can be

10:31:37  1  abridge by letters or -- or other publications that
10:31:40  2  might come out later.
10:31:41  3      Q    So everything in the Kingdom school
10:31:44  4  ministry course could be abridged by a letter that
10:31:47  5  would come from the Watch Tower Society or other
10:31:50  6  publications; is that fair?
10:31:51  7      A    Or some direction, you know, specifically
10:31:53  8  dealing with -- with that subject.
10:31:56  9      Q    Okay.  Do you know who James Roland is?
10:31:57 10      A    Yes.
10:31:58 11      Q    He's been deposed.  And he said when he
10:32:01 12  was appointed as an elder he went to a training
10:32:05 13  course for elders in Billings.
10:32:08 14      A    Uh-huh.
10:32:09 15      Q    And he described going through the Kingdom
10:32:10 16  school ministry course.
10:32:12 17      A    Uh-huh.
10:32:12 18      Q    Does that ring a bell to you having an
10:32:15 19  elder training in Billings at any point in time
10:32:18 20  or?
10:32:18 21      A    We never did in -- in Billings.
10:32:21 22      Q    Where did you do them?  Where did the
10:32:23 23  Hardin congregations elders have their Kingdom
10:32:26 24  school ministry course?
10:32:27 25      A    I don't know.  I was gone.

```
10:32:28   1        Q    Okay.  But in the period of let's say the
10:32:35   2   late 1970s at least through the mid '80s were elders
10:32:41   3   trained at a Kingdom school ministry course with a
10:32:46   4   document called the Kingdom school ministry
10:32:49   5   course?
10:32:51   6        A    I don't -- it was pretty much related to a
10:32:59   7   particular subject; whatever it might happen to be.
10:33:02   8   There's -- I mean you could -- you could spend
10:33:05   9   months on -- on some of that.
10:33:06  10        Q    But sure.  Let's not -- I don't want to
10:33:08  11   get into the particulars of what was being trained
10:33:12  12   and taught or instructed.  But just in general as a
10:33:15  13   concept isn't that how elders would learn to do
10:33:18  14   their job in the late 70s to mid 80s, they'd go to a
10:33:21  15   Kingdom school ministry course with publications
10:33:23  16   from the Watch Tower Society?
10:33:24  17        A    Most --
10:33:25  18             MR. TAYLOR:  Again objection to the form
10:33:26  19   of the question.
10:33:28  20   BY MR. SHAFFER:
10:33:28  21        Q    You can answer.  It's okay.
10:33:30  22        A    Most of the time.  What my -- what I was
10:33:35  23   trying to say a minute ago -- what was your
10:33:37  24   question?
10:33:39  25        Q    As a general concept late 1970s to the mid
```

| | | |
|---|---|---|
| 10:33:43 | 1 | '80s, elders would be trained on how to do their job |
| 10:33:47 | 2 | and what the expectations were from the Watch Tower |
| 10:33:50 | 3 | Society by going through the Kingdom Ministry course |
| 10:33:54 | 4 | publication at a -- at a convention or a training; |
| 10:33:57 | 5 | is that right? |
| 10:33:58 | 6 | A    We had those schools. |
| 10:34:00 | 7 | Q    Okay. |
| 10:34:00 | 8 | A    And I'm just saying it from my own |
| 10:34:03 | 9 | standpoint in our last meeting. |
| 10:34:04 | 10 | VIDEOGRAPHER:  Let's -- let's look at |
| 10:34:05 | 11 | Document Number 4.  This gentleman will help you. |
| 10:34:18 | 12 | Thank you, sir. |
| 10:34:36 | 13 | MR. SHAFFER:  All right. Exhibit 4 is the |
| 10:34:37 | 14 | Kingdom school MINISTRY course. |
| 10:34:42 | 15 | (Exhibit 4 marked for identification.) |
| 10:34:42 | 16 | MR. MCCABE:  It's actually called the |
| 10:34:44 | 17 | "Kingdom Ministry School Course." |
| 10:34:47 | 18 | BY MR. SHAFFER: |
| 10:34:47 | 19 | Q    Kingdom Ministry School.  "Compiled and |
| 10:34:50 | 20 | published by the Watch Tower Bible and Tract Society |
| 10:34:53 | 21 | of Pennsylvania, 1972." |
| 10:35:02 | 22 | Have you seen -- no this is just a copy of |
| 10:35:05 | 23 | it.  Have you seen this publication in book form |
| 10:35:12 | 24 | before? |
| 10:35:14 | 25 | A    I -- I don't recall.  They -- there used |

```
10:35:18   1   to be a book I believe that was, you know, bound and
10:35:24   2   that they used in these courses.
10:35:29   3        Q    Okay.
10:35:29   4        A    And it was -- it was abridge at this time
10:35:32   5   went on and even the materials were done.  They
10:35:34   6   would -- not everybody went to the same school,
10:35:40   7   taught the same thing.  They --
10:35:46   8        Q    Let's flip to the next page.  Thank you,
10:35:54   9   sir.
10:35:55  10            All right. The first few words here "The
10:35:57  11   Kingdom Ministry School course has been arranged by
10:35:59  12   the Watch Tower Bible and Tract Society to help
10:36:04  13   overseers become equipped to shepherd the flock of
10:36:07  14   God.  The school was dedicated to Jehovah God and
10:36:12  15   the advancement of Kingdom interest."  What does
10:36:15  16   that mean to you?
10:36:15  17        A    Better do a job.  Is that what you mean?
10:36:19  18        Q    Okay.  And when it says "Watch Tower Bible
10:36:21  19   and Tract Society" in that first paragraph, what
10:36:24  20   does that mean to you?  Does that mean a particular
10:36:26  21   corporation or is just a society like we've talked
10:36:30  22   about?
10:36:31  23        A    Just a society in general and most all of
10:36:33  24   it.
10:36:34  25        Q    Is it fair to say that elders are expected
```

10:36:37  1  to kind of know what's in this document, the Kingdom

10:36:41  2  Ministry School course?

10:36:43  3      A    Well, as many as -- as they will attend

10:36:48  4  it.  But like I say, they're usually in a

10:36:53  5  different -- a different times and they may have

10:36:56  6  added material or subtracted material depending on

10:37:00  7  the circumstance.  I'd say generally that's --

10:37:05  8  that's true.

10:37:06  9      Q    It's true in general that elders are

10:37:08  10  expected to know the material in this document; is

10:37:10  11  that fair?

10:37:11  12      A    Yeah, they are instructed about it.

10:37:16  13      Q    Who are the instructors at a Kingdom

10:37:19  14  Ministry school course?

10:37:22  15      A    Generally it's local circuit overseer,

10:37:26  16  generally at that time.

10:37:28  17      Q    Okay.  And who decides what materials

10:37:30  18  comes to the course?

10:37:33  19      A    The branch -- it's -- it's -- it's

10:37:36  20  printed, you know, they make that decision.  And

10:37:39  21  then how it's taught we might have a lot of

10:37:45  22  discretion as to what we would do if we were

10:37:50  23  teaching something like that.  How you present it.

10:37:54  24      Q    Okay.  I think what you're saying is the

10:37:56  25  branch would provide the circuit overseer the

10:41:25  1       Q     Branch Organization?

10:41:27  2       A     Yeah, we never -- we didn't follow -- we

10:41:30  3   weren't involved with that.  It may be things from

10:41:33  4   it, may be repeated in other places.  But none of

10:41:37  5   those were ever handed out to anybody that I know

10:41:40  6   of.

10:41:41  7       Q     How about a circuit overseer.  Did you

10:41:43  8   ever see that document, the Branch organization

10:41:50  9   Manual?

10:41:51  10      A     No, we didn't get any of that.

10:41:54  11      Q     Okay.  Do you know who used that book, the

10:41:57  12  Branch Organization Manual?

10:42:00  13      A     No.

10:42:03  14      Q     Okay.  I think we're probably done with

10:42:05  15  Exhibit 2 then.

10:42:39  16            MR. SHAFFER:  Let's look at Tab 5, mark

10:42:43  17  Exhibit 5.

10:42:44  18            (Exhibit 5 marked for identification.)

10:42:44  19  BY MR. SHAFFER:

10:42:44  20      Q     All right.  This is a book I've mentioned

10:42:47  21  "Pay Attention to Yourself and all the Flock."  Flip

10:42:51  22  to the third page.  There you go.  It says "Kingdom

10:43:01  23  Ministry School Textbook."  Do you see that, Mr.

10:43:06  24  Lovett?

10:43:07  25      A     Yes.

| | | |
|---|---|---|
| 10:43:07 | 1 | Q    Is that in reference to the fact that this |
| 10:43:10 | 2 | is a sort of a book you have in an elder ministry |
| 10:43:14 | 3 | school? |
| 10:43:15 | 4 | A    Yes. |
| 10:43:16 | 5 | Q    Okay, in general.  And go to the next |
| 10:43:19 | 6 | page.  It says "Published by Watch Tower Bible and |
| 10:43:23 | 7 | Tract Society.  This one is of New York, September |
| 10:43:26 | 8 | 1977.  I assume the fact that this one is from New |
| 10:43:35 | 9 | York and the previous one was published and |
| 10:43:37 | 10 | distributed by Watch Tower Bible and Tract Society |
| 10:43:41 | 11 | Pennsylvania.  I -- I assume that didn't effect your |
| 10:43:44 | 12 | job at all as a circuit overseer teaching this |
| 10:43:47 | 13 | stuff, did it? |
| 10:43:48 | 14 | A    I don't -- no, I don't believe so. |
| 10:43:55 | 15 | Q    All right.  So if we can look at this |
| 10:43:59 | 16 | page.  You got there.  Thank you.  Bate's number |
| 10:44:00 | 17 | 229, this is WTNY229.  The top there's "To the |
| 10:44:08 | 18 | student."  Who would the student be in this |
| 10:44:12 | 19 | course? |
| 10:44:13 | 20 | A    Probably the elders I would think. |
| 10:44:15 | 21 | Q    Okay.  Pay Attention to Yourselves and All |
| 10:44:18 | 22 | the Flock is a continuation of the Kingdom of |
| 10:44:23 | 23 | Ministry school course.  So it looks like this is |
| 10:44:26 | 24 | kind of an addition to, and you've kind of mentioned |
| 10:44:29 | 25 | this, this morning.  You have abridgements or |

10:44:31  1  additions to the Kingdom of School -- Kingdom

10:44:34  2  Ministry School coursebook.  This would be one of

10:44:37  3  those -- looks like this would be one of those

10:44:40  4  additions to it; is that right?

10:44:42  5      A    I don't know as you would say it's an

10:44:44  6  addition, but it would explain many things that have

10:44:49  7  already been taught or they would go back and deal

10:44:52  8  with that.

10:44:52  9      Q    Okay.  Is this a document, sir, that you

10:45:02  10 became familiar with as an elder and a circuit

10:45:05  11 overseer?

10:45:06  12     A    Well you tried, uh-huh.

10:45:08  13     Q    Okay.  That's what the Watch Tower Society

10:45:11  14 wanted you to do, correct?

10:45:15  15     A    Yes.

10:45:39  16          MR. SHAFFER:  Okay.  Number 6.  Document

10:45:40  17 number 6.

10:45:43  18          (Exhibit Number 6 marked for identification.)

10:45:43  19 BY MR. SHAFFER:

10:45:43  20     Q    Again, bottom right corner on the cover

10:45:45  21 page, Kingdom Ministry School Textbook, and it says

10:45:48  22 KS81.  The next page Published by Watch Tower Bible

10:45:53  23 and Tract Society of New York.  This one is 1981.  I

10:46:04  24 forgot to mention that.  This one starts -- if you

10:46:09  25 look at the table of content, sir, Bate's document

11:01:05  1  the flock book, and you had a question about it.

11:01:08  2  What it meant, how to apply it, how to instruct it,

11:01:11  3  what would you do?  Who would you call?

11:01:15  4      A    Well, they would generally have you put it

11:01:17  5  in writing.  But --

11:01:19  6      Q    You say they?

11:01:21  7      A    I would call the -- what we call the

11:01:25  8  branch now.  But who was handling the work in the

11:01:32  9  United States.

11:01:33  10     Q    Okay.  So either write to the branch or

11:01:35  11  call somebody at the branch with a question?

11:01:38  12     A    Uh-huh.

11:01:38  13     Q    That was a yes?

11:01:40  14     A    Yes.

11:01:46  15     Q    And did you understand -- let's again go

11:01:48  16  back to your first period of time as an elder.  Did

11:01:53  17  you understand that you could be removed from your

11:01:57  18  position?

11:01:58  19     A    Yes.

11:01:58  20     Q    Did you ever see that happen?  Did you

11:02:00  21  ever see an elder removed?

11:02:02  22     A    Yes.

11:02:03  23     Q    And what was the reason that you saw

11:02:05  24  elders removed from their positions?

11:02:08  25     A    Just a whole variety of -- of reasons.

| | | |
|---|---|---|
| 11:02:13 | 1 | If they -- then -- you know, for an |
| 11:02:19 | 2 | extended period of time they didn't come to the |
| 11:02:22 | 3 | meetings, they didn't participate in -- in the field |
| 11:02:26 | 4 | that, that type of thing.  And it goes wrong, they |
| 11:02:30 | 5 | would of course they would be removed. |
| 11:02:33 | 6 | Q    Okay.  Failure to perform the duties of an |
| 11:02:37 | 7 | elder would that be a reason to be removed or |
| 11:02:42 | 8 | deleted as an elder? |
| 11:02:44 | 9 | A    Yes.  It depends on what -- what duties, I |
| 11:02:46 | 10 | guess too.  Cause sometimes they couldn't help it. |
| 11:02:47 | 11 | They had some other reason, but they were not able |
| 11:02:49 | 12 | to share or participate. |
| 11:02:51 | 13 | Q    And if an elder is deleted does that |
| 11:02:54 | 14 | follow kind of the process we talked about for the |
| 11:02:58 | 15 | appointment whereby there's that S2 form that has |
| 11:03:01 | 16 | appointments and deletions? |
| 11:03:03 | 17 | A    Uh-huh. |
| 11:03:03 | 18 | Q    If it's a deletion the elder's name would |
| 11:03:06 | 19 | be put in the column for the deletion that would be |
| 11:03:08 | 20 | sent to the branch office, right? |
| 11:03:11 | 21 | A    Uh-huh. |
| 11:03:11 | 22 | Q    That's a yes? |
| 11:03:13 | 23 | A    With an explanation.  What -- what the |
| 11:03:15 | 24 | situation was. |
| 11:03:16 | 25 | Q    And the branch officer review it, and if |

| | | |
|---|---|---|
| 11:03:19 | 1 | the branch office approved it, you'd get the |
| 11:03:22 | 2 | stamp? |
| 11:03:22 | 3 |     A    Come back just like you saw. |
| 11:03:24 | 4 |     Q    It would come back to the congregation? |
| 11:03:27 | 5 |     A    Yeah. |
| 11:03:28 | 6 |     Q    Okay.  Branch office kept a copy of that |
| 11:03:31 | 7 | document as far as you know? |
| 11:03:33 | 8 |     A    As far as I know.  And I don't, you know, |
| 11:03:38 | 9 | I don't know what they do with a lot of that.  But |
| 11:03:41 | 10 | as far as I know. |
| 11:03:44 | 11 |     Q    You have not seen their files, I take |
| 11:03:47 | 12 | it? |
| 11:03:47 | 13 |     A    No. |
| 11:03:48 | 14 |     Q    Fair enough.  Tell me about your files. |
| 11:03:50 | 15 | Did you keep files as an -- as an elder? |
| 11:03:54 | 16 |     A    Yes. |
| 11:03:55 | 17 |     Q    How would you keep those documents? |
| 11:03:58 | 18 |     A    Well, you just make a copy of whatever |
| 11:04:00 | 19 | reports you were sending in. |
| 11:04:02 | 20 |     Q    Okay.  And would you keep hard copies? |
| 11:04:07 | 21 | Back in the '70s and '80s, would you keep the hard |
| 11:04:10 | 22 | copies? |
| 11:04:11 | 23 |     A    Yes. |
| 11:04:11 | 24 |     Q    Is there a file cabinet in the |
| 11:04:14 | 25 | congregation?  Did you keep it at your house?  How |

| | | |
|---|---|---|
| 12:29:11 | 1 | specifically.  The elders would write about some |
| 12:29:15 | 2 | specifics and everything else and send that into the |
| 12:29:18 | 3 | Society. |
| 12:29:25 | 4 | Q    And you said at some point in time |
| 12:29:28 | 5 | specific procedures for handling child sex abuse |
| 12:29:32 | 6 | came down from the branch of the Society, right? |
| 12:29:35 | 7 | A    Yeah.  Well, you -- yes, you'd see it. |
| 12:29:37 | 8 | Q    Do you know why that was.  Do you know why |
| 12:29:39 | 9 | specific procedures were handed down for child sex |
| 12:29:42 | 10 | abuse? |
| 12:29:43 | 11 | A    Well I would assume to kind of standardize |
| 12:29:45 | 12 | it and give them some good guidance on what to do. |
| 12:29:52 | 13 | I don't know the first time it ever came up.  There |
| 12:29:54 | 14 | was many of them.  And it really wasn't established. |
| 12:29:58 | 15 | But we -- we couldn't find a lot on it.  But we knew |
| 12:30:01 | 16 | that it was wicked and wrong.  And you'd act on it |
| 12:30:08 | 17 | if you could and you'd use the scriptures you had. |
| 12:30:10 | 18 | And usually they were -- they were sufficient at |
| 12:30:14 | 19 | that time. |
| 12:30:15 | 20 | Q    And you're talking the time before |
| 12:30:17 | 21 | specific procedures were handed out? |
| 12:30:20 | 22 | A    Yeah.  In the, oh, the 70s these things |
| 12:30:26 | 23 | kind of come out.  As needed, they come out in these |
| 12:30:29 | 24 | letters.  But usually it was to address a |
| 12:30:32 | 25 | specific. |

```
12:35:24   1        Q     Sure.  That's part of the role of the
12:35:27   2   elder, isn't it, to check in on the flock like
12:35:29   3   that?
12:35:30   4        A     Uh-huh.
12:35:31   5        Q     That's a yes?
12:35:32   6        A     Without -- yeah, without overdoing it and
12:35:36   7   just giving your best answer off the top of your
12:35:39   8   head.  You want to have some basis for whatever you
12:35:45   9   -- you're saying, if at all possible.
12:35:48  10             MR. MCCABE:  Excuse me.  I'm just going to
12:35:50  11   stick my head out and ask for more air.  I think
12:36:16  12   we're going to die in here pretty soon.
12:36:16  13             MR. SHAFFER:  Sure.
12:36:16  14             MR. SWEENEY:  The air conditioning works
12:36:19  15   pretty well in here.
12:36:19  16             MR. SHAFFER:  Yeah, if we have AC that's
12:36:19  17   fine.
12:36:19  18   BY MR. SHAFFER:
12:36:19  19        Q     And tell me as an elder what do you
12:36:21  20   have -- if someone comes to you and you're talking
12:36:23  21   to that person about their problem, you're maybe
12:36:27  22   reading some scripture to them.  I assume it's
12:36:31  23   pretty important to keep that stuff confidential?
12:36:34  24        A     Yes.
12:36:35  25        Q     Okay.  Do you tell anybody about it?  Do
```

14:06:59  1        Q     No.   The reporting.   I think we're talking

14:07:01  2   about the reporting now?

14:07:02  3        A     Oh, the reporting.   I'm not sure when that

14:07:06  4   took place.

14:07:07  5        Q     Okay.

14:07:08  6        A     But I know it came up and maybe it was one

14:07:11  7   of our schools or something.

14:07:13  8        Q     All right.   Are you aware that, I'm sure

14:07:16  9   you are, that Jehovah's Witness church has a

14:07:22  10  confidentiality policy?

14:07:23  11       A     Uh-huh.

14:07:24  12       Q     Comes from scripture?

14:07:27  13       A     Huh.

14:07:27  14       Q     Is that right?

14:07:28  15       A     Yes.   I don't know what you -- what you

14:07:30  16  mean as far as -- as far as that goes.

14:07:33  17       Q     You don't talk about --

14:07:34  18       A     Explain it to me.

14:07:35  19       Q     Yeah.   You don't talk about things that

14:07:37  20  you've learned about other people, right?

14:07:40  21       A     True.

14:07:41  22       Q     That's important?

14:07:42  23       A     Pardon.

14:07:43  24       Q     That's important to not talk about things

14:07:46  25  you've learned about other people, you agree?

14:07:48   1        A     That's true.

14:07:49   2        Q     And that's a policy that comes right from

14:07:51   3   scripture?

14:07:52   4        A     Yes.  You're not gossiping about them or

14:07:55   5   telling things that are untrue.

14:08:10   6        Q     Has that been the policy ever since you've

14:08:14   7   been a part of the church?

14:08:17   8              MR. MCCABE:  What policy, I'm sorry?

14:08:19   9   BY MR. SHAFFER:

14:08:19  10        Q     Confidentiality policy of not talking

14:08:22  11   about what you learn about other people?

14:08:23  12              MR. TAYLOR:   Just object to the form

14:08:24  13   of term -- form of the question, and the term

14:08:25  14   "policy."  If it's a principle found in the Bible,

14:08:29  15   they might follow it.

14:08:31  16   BY MR. SHAFFER:

14:08:31  17        Q     Has that been the same throughout your

14:08:34  18   experience in Jehovah's Witness church,

14:08:36  19   Mr. Lovett?

14:08:38  20        A     Yes.

14:08:45  21        Q     Okay.  And like any sin I assume that's --

14:08:47  22   you  have to answer to God if you were to violate

14:08:49  23   that policy, that rule, that scripture --

14:08:53  24        A     Uh-huh.

14:08:53  25        Q     --  is that fair?

```
14:08:55   1        A    Up to us to make -- to retain
14:09:00   2   confidentiality.
14:09:01   3        Q    And if you don't do that you have to
14:09:02   4   answer to got at some point in time; is that fair?
14:09:05   5        A    Well, he would be aware of what -- what
14:09:09   6   you've done if you've done that sort of thing and
14:09:12   7   that's all.
14:09:13   8        Q    And so if you've learned that a person has
14:09:16   9   been sexually abused or that a person has sexually
14:09:20  10   abused a young girl, let's put it that way.  You've
14:09:22  11   learned that a member sexually abused a young girl,
14:09:25  12   you've got an obligation to keep that confidential,
14:09:28  13   what that person has done?
14:09:30  14             MR. TAYLOR:   Objection to the form of the
14:09:32  15   question.  Poses an incomplete hypothetical for
14:09:35  16   which this individual has already said he's never
14:09:38  17   participated in any type of hearing about that.
14:09:40  18   BY MR. SHAFFER:
14:09:40  19        Q    Talking about the application of the
14:09:42  20   confidentiality policy that you said has been the
14:09:44  21   same throughout your --
14:09:47  22        A    Well, we've always been talking to keep it
14:09:49  23   confident, and we don't discuss it with anyone.
14:09:53  24        Q    So someone -- you learned that somebody
14:09:54  25   steals a car, a member of the church steals a car.
```

14:09:58  1  You have an obligation to keep that confidential,

14:10:01  2  right?

14:10:02  3       A     Yes --

14:10:04  4            MR. TAYLOR:    Objection.   Objection again

14:10:04  5  to the form of the question.   If he learns of this

14:10:07  6  communication in a confidential setting in a

14:10:10  7  judicial committee, he might have certain

14:10:13  8  obligations.   If he observed someone as a witness

14:10:16  9  stealing a car, just as a particular person, he

14:10:19  10  might have different obligations.   The hypothetical

14:10:23  11  is incomplete.

14:10:26  12  BY MR. SHAFFER:

14:10:26  13       Q     You learned that so and so steals a car in

14:10:29  14  your role as an elder, you're not supposed to gossip

14:10:33  15  about that, are you?

14:10:35  16       A     No.

14:10:35  17            MR. MCCABE:    Objection as to the

14:10:37  18  incomplete hypothetical.   So and so member of the

14:10:41  19  congregation or are they just a passerby?

14:10:44  20  BY MR. SHAFFER:

14:10:44  21       Q     Okay.   You learn that a member of the

14:10:46  22  congregation hurts his wife, physical abuse, you're

14:10:50  23  not supposed to gossip about that, are you?

14:10:54  24       A     Well, depending on the situation.   We

14:10:56  25  would take it to the elders and depending on how

14:11:01  1   extreme it was and whatever sometimes it's -- these

14:11:06  2   are misunderstanding or it's not a judicial

14:11:10  3   matter.

14:11:11  4       Q    So the elders might discuss it amongst

14:11:14  5   themselves?

14:11:16  6       A    Well on these issues where you're trying

14:11:18  7   to form a committee or trying to help them in some

14:11:22  8   way that would, they can do that, they can discuss

14:11:23  9   it, but they have to keep it among themselves.

14:11:27  10       Q    The elders do?

14:11:28  11       A    Yeah.  They can't spread it around.

14:11:31  12       Q    And so the elders would be held to that

14:11:34  13   confidentiality policy on that subject matter?

14:11:39  14       A    Yes, yes.

14:11:52  15       Q    Same rule applies to -- let's say you

14:11:55  16   learned that again as your time as an elder you

14:11:59  17   learned that somebody sexually abused a young girl,

14:12:02  18   a member of the congregation has abused a young

14:12:06  19   girl, confidentiality policy would require you to

14:12:10  20   keep that confidential, correct?

14:12:12  21            MR. MCCABE:  Objection; incomplete

14:12:15  22   hypothetical; asked and answered.

14:12:17  23   BY MR. SHAFFER:

14:12:17  24       Q    You can share it with other elders if you

14:12:20  25   learn that a -- let's say you learned that an elder

14:12:22  1 | has sexually abused a girl in the congregation.  Who
14:12:28  2 | could you share that information without violating
14:12:29  3 | the confidentiality policy?
14:12:33  4 |     A    The elders themselves would -- would hear
14:12:36  5 | of it and do it and then try to determine the
14:12:36  6 | legitimacy.  And then if they need to form a
14:12:40  7 | committee that's fine.  If they need to tell the
14:12:44  8 | officials, they -- they have to do that too.
14:12:46  9 |     Q    If sharing outside of the elders, that
14:12:48 10 | would be prohibited by the confidentiality policy,
14:12:53 11 | correct?
14:12:55 12 |         MR. MCCABE:  Objection; incomplete
14:12:58 13 | hypothetical.  Vague as to time.
14:12:59 14 | BY MR. SHAFFER:
14:12:59 15 |     Q    Go ahead.  You can answer.
14:13:00 16 |         The elders themselves can discuss it but
14:13:02 17 | they couldn't share it outside the group of elders,
14:13:05 18 | correct?
14:13:05 19 |         MR. MCCABE:  Objection; same objection;
14:13:07 20 | it's an incomplete hypothetical; it's vague as to
14:13:10 21 | time.
14:13:13 22 | BY MR. SHAFFER:
14:13:13 23 |     Q    Go ahead, Mr. Lovett.
14:13:14 24 |     A    I'm just trying to calculate this.  But
14:13:19 25 | normally we don't talk to anyone outside.  Let's

| | |
|---|---|
| 14:13:22 | 1 |
| 14:13:26 | 2 |
| 14:13:30 | 3 |
| 14:13:32 | 4 |
| 14:13:34 | 5 |
| 14:13:35 | 6 |
| 14:13:38 | 7 |

14:13:22   1   say, you do -- it becomes a judicial matter, you

14:13:26   2   don't tell even the other -- the other elders.  It's

14:13:30   3   kept between yourself --

14:13:32   4        Q    Right.

14:13:34   5        A    -- and the other -- other two guys.

14:13:35   6        Q    And you certainly wouldn't tell the other

14:13:38   7   publishers in the congregation?

14:13:39   8        A    No.

14:13:40   9        Q    And so you wouldn't tell the rest of the

14:13:42   10  congregation that maybe there's an admitted child

14:13:46   11  molester in the congregation, would you?

14:13:50   12       MR. MCCABE:  Objection; incomplete

14:13:52   13  hypothetical; it's vague as to time.  You're asking

14:13:54   14  him to speculate.  He's never dealt with such a

14:13:58   15  thing.

14:13:59   16  BY MR. SHAFFER:

14:13:59   17       Q    Go ahead, Mr. Lovett.

14:14:00   18       A    Ditto.  There's -- as I've said, I have

14:14:05   19  not dealt with anything with that in particular.

14:14:08   20       Q    Right.  I'm asking you to apply the

14:14:11   21  confidentiality policy just like you said.  You said

14:14:14   22  even -- even served elders in a congregation

14:14:15   23  wouldn't know what the results of a judicial

14:14:20   24  committee was, correct?

14:14:21   25       A    Yeah.  Well, it isn't even that.  The --

14:14:29  1  when it's reported, then the brothers would try to

14:14:34  2  determine how serious it was, especially on a matter

14:14:37  3  like that.  And -- and then they form their

14:14:43  4  committee.  But you don't go talking about it --

14:14:46  5      Q    Right.

14:14:47  6      A    -- with anybody.  And of course you inform

14:14:50  7  the Society.  And then you -- they'll determine if

14:14:55  8  they're going to be able to do anything about it or

14:14:58  9  if there's enough evidence, that sort of thing.

14:15:01  10     Q    You were talking about, and this is your

14:15:03  11 testimony, is that if there's a committee that's

14:15:05  12 form and they come to a conclusion about something

14:15:07  13 or a member confesses to a committee about an act of

14:15:12  14 wrongdoing, I think your testimony is that only --

14:15:14  15 only the elders in that committee would know about

14:15:17  16 that, correct?

14:15:18  17     A    Uh-huh, that's correct.

14:15:19  18          MR. MCCABE:  Objection; incomplete

14:15:22  19 hypothetical; and misstate his testimony.

14:15:23  20 BY MR. SHAFFER:

14:15:23  21     Q    Did I misstate your testimony at all, Mr.

14:15:26  22 Lovett?

14:15:27  23     A    Run it back.

14:15:27  24     Q    Yeah.  There's a judicial committee forum

14:15:28  25 that determines somebody acted wrong.  Only the

| | | |
|---|---|---|
| 14:15:31 | 1 | elders in that committee would know about that, |
| 14:15:33 | 2 | correct? |
| 14:15:34 | 3 | A    That's the -- that-- that's the normal |
| 14:15:37 | 4 | procedure. |
| 14:15:37 | 5 | Q    Okay.  Nobody else would -- |
| 14:15:38 | 6 | A    I'm just acting from my own experience |
| 14:15:40 | 7 | from what I've seen. |
| 14:15:41 | 8 | Q    I understand, that's all I'm asking.  All |
| 14:15:43 | 9 | I want you to do is give me your testimony based on |
| 14:15:45 | 10 | your experience.  Which is like 30 years as a |
| 14:15:49 | 11 | circuit overseer, correct? |
| 14:15:52 | 12 | A    Yes. |
| 14:15:53 | 13 | Q    All right.  Are you -- as a circuit |
| 14:15:58 | 14 | overseer are you an elder -- or excuse me.  Are you |
| 14:16:02 | 15 | a member of the clergy? |
| 14:16:04 | 16 | A    No. |
| 14:16:04 | 17 | Q    Do they consider circuit overseers |
| 14:16:08 | 18 | elders? |
| 14:16:08 | 19 | A    Yes. |
| 14:16:09 | 20 | Q    So you've been an elder, your an elder |
| 14:16:12 | 21 | today? |
| 14:16:13 | 22 | A    Yes. |
| 14:16:14 | 23 | Q    All right.  That's all I'm asking.  Is |
| 14:16:20 | 24 | your experience based as an elder -- as an elder |
| 14:16:23 | 25 | for, and then I might be wrong here, over 40 years |

14:16:27   1    is that right?

14:16:28   2          A      Yeah, an elder, yeah.

14:16:30   3          Q      All right.  That's a lot of experience as

14:16:32   4    an elder in the Jehovah's Witness church, isn't

14:16:37   5    it?

14:16:37   6          A      Well it is.  There are so many of these

14:16:41   7    things you don't deal with on a regular basis and

14:16:45   8    sometimes never.

14:16:47   9          Q      Confidentiality you deal with that

14:16:48   10   probably quite often?

14:16:51   11         A      Uh-huh.  Yes.

14:17:15   12         Q      In your 40 or 50 years as an elder, are

14:17:19   13   you ever aware of a situation where a judicial

14:17:22   14   committee comes to a conclusion that someone has

14:17:26   15   committed a wrong and that that was announced -- the

14:17:29   16   specifics of what that person did was announced to

14:17:33   17   the congregation?

14:17:35   18         A      No.  I'm thinking.  I can't recall anyone

14:17:44   19   ever getting explicit.

14:17:46   20         Q      It's usually pretty vague.  Like so and so

14:17:50   21   didn't take care of his family appropriately.  Or

14:17:53   22   got too acquainted with a -- with a young girl, or

14:17:57   23   something like that, right?

14:17:58   24         A      You don't -- you don't use that

14:17:59   25   description either.  They've been reproved or

14:18:04   1   something like that, but you don't get into

14:18:06   2   details.

14:18:07   3       Q    Okay.  The details are confidential,

14:18:10   4   right?

14:18:12   5       A    Suppose to be, yeah.

14:18:15   6            MR. SHAFFER:  Okay.  I think I'm almost

14:18:18   7   done so let's take five minutes.

14:18:23   8            VIDEOGRAPHER:  We're now going off the

14:18:24   9   record.  The time is 2:18 p.m.

14:39:18  10            (Recess taken.)

14:39:18  11            VIDEOGRAPHER:  We are now going back on

14:39:20  12   the record.  The time is 2:39 p.m.

14:39:25  13   BY MR. SHAFFER:

14:39:25  14       Q    Mr. Lovett, we've talked a little bit

14:39:28  15   about situations that can result in a judicial

14:39:31  16   committee about a confession --

14:39:48  17            MR. TAYLOR:  Is it possible to turn the

14:39:48  18   Zoom video back on?

14:39:48  19            COURT REPORTER:  Oh, I thought I did.

14:39:48  20            All right.  Here you go.

14:39:48  21            MR. TAYLOR:  Thank you kindly.

14:39:48  22   BY MR. SHAFFER:

14:39:48  23       Q    Confession is one circumstance where a

14:39:50  24   judicial committee would be formed, two or more

14:39:53  25   witnesses, correct?