*Exhibit J*

SSL NOV 22 1983

Name of congregation ........ **HARDIN** ........ City ........ **HARDIN** ........ Province or State ........ **MONTANA** ........

Cong. No. **43653**

November 12, 1983
..............................................
(Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Secretary **Harold D. Rimby**

**850 W. 4th Sp. B**

**Hardin, MT 59034**

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| | First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Martin Svenson | | 54 | 7/30/58 | O | E | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year. See *or* pp. 60, 61.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshiped, or disassociated themselves, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. See *or* book, pp. 177, 178. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshiping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself please attach his letter to this form.

| First name | Last name | Present position (elder (E) or ministerial servant (MS)) | Reason for deletion   (If person moved, show name of new congregation, if known.) | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b   2/81

Printed in U.S.A.

**MAP_HARDIN000095**

Name of congregation ......HARDIN...................... City ......HARDIN........ Province or State ......MONTANA......

The Governing Body has approved the above recommendations as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

Your fellow servants,

*[signature]* James C. Rowland
Presiding overseer

*[signature]*
Previous presiding overseer

*[signature]* Harold D Rimby
Next presiding overseer

*[Watchtower B. & T. Society of New York, Inc. stamp]*

SCL NOV 26 1983

SELECTION OF PO:        (Comments of circuit overseer)

CO Comments:  Bro. Svenson has many years of experience in faithful service to Jehovah.  He is approachable and humble.  He is a good listener, not committing himself too quickly.  He has the respect of the body as well as the congregation.

Comments of body:  In discussing the qualifications of PO we felt that Bro. Martin Svenson, in view of his many faithful years of dedicated service to Jehovah and his quality of humility and the respect of the brothers in the congregation, would be qualified to serve in this capacity.

| Names and date of appointment of elders in the congregation Name | Date | In what capacity does each serve? | Baptism Date |
|---|---|---|---|
| Quentin Means Jr. | 7/29/82 | CBSC | 9/27/69 |
| Roger Mullin | 2/17/82 | CBSC | 3/4/51 |
| William O'Neill | 11/25/82 | CBSC | 7/19/74 |
| Harold D. Rimby | 8/1/72 | SEC;CBSC | 1/6/68 |
| James C. Rowland | 9/10/74 | PO | 7/17/70 |
| Martin Svenson | 8/1/72 | WT;CBSC;LIT | 7/30/58 |
| James Warnock | 4/25/79 | TMSO;CBSC;ACCTS;SO | 6/1/68 |

| Names and date of appointment of ministerial servants in the congregation Name | Date | In what capacity does each serve? | Baptism Date |
|---|---|---|---|
| Gunnar Hain | 8/11/81 | MAG;STAGE | 5/15/70 |
| Bruce Haley | 9/23/75 | ASST ACCTS;ATT | 4/5/69 |
| Delbert Hiebert | 8/11/81 | ASST LIT;MAINT | 7/26/69 |
| Bruce Mapely | 10/10/74 | ASST ACCT;ATT | 6/6/76 |

(If additional space is needed use additional sheets)

*[signature]*
Circuit overseer

MAP_HARDIN000096

SSL MAY   4 1984

Name of congregation ...HARDIN.................................. City .....HARDIN............................ Province or State .....MONTANA..........

Cong. No. ...43653................................................ ....April 21, 1984........................

(Date)

> **DUPLICATE COPY to Society for return after approval.**
> The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Secretary ...Martin Svenson...........................

...1015 N. Crawford.........................

...Hardin, MT 59034.........................

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

   After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Delbert | Hiebert | 31 | 7/26/69 | O | MS | Hardin, MT | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

   It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion (If person moved, show name of new congregation, if known.) |
|---|---|---|---|
| Harold D. | Rimby | E | Moved to Cottage Grove Cong., Central Pt., OR |
| | | | |
| | | | |

S-2b    4/83

MAP_HARDIN000093

Name of congregation ......HARDIN...................... City ........HARDIN...... Province or State ...MONTANA....

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
*OF NEW YORK, INC.*

SCL MAY 07 1984

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Mullin*
Secretary

*[signature]*
Service overseer

(Comments of circuit overseer)

Delbert Hiebert:   Bro. Hiebert has been a min. svt. here in Hardin since 1981 and has proven himself to be responsible, hard-working and cooperative.  He is an exemplary family man and takes the lead in evangelizing, averaging 11.8 hours per month in the field.  The elders are unanimous in recommending him and I feel the same way.

| Names and date of appointment of elders in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| Quentin Means Jr. | 7/29/82 | 9/27/69 | CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | CBSC |
| William O'Neill | 11/25/82 | 7/19/74 | CBSC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC |
| Martin Svenson | 8/1/72 | 7/30/58 | PO;WT;CBSC;SEC |
| James Warnock | 4/25/79 | 6/1/68 | TMSO;SO |
| Delbert Hiebert | Recommended | 7/26/69 | |

| Names and date of appointment of ministerial servants in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAG |
| Bruce Haley | 9/23/75 | 4/5/69 | ATT |
| ~~Delbert Hiebert~~ | 8/11/81 | 7/26/69 | MAINT;LIT |
| Bruce Mapely | 10/10/74 | 6/6/76 | ATT;ACCTS |

(If additional space is needed, use additional sheets.)

*[signature]*
Circuit overseer

MAP_HARDIN000094