*Exhibit N*

Shirley Gibson

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MONTANA

 3                   BILLINGS DIVISION

 4   TRACY CAEKAERT, and

 5   CAMILLIA MAPLEY,

 6           Plaintiffs,        Case No. CV-20-52-BLG-SPW

 7       vs.

 8   WATCHTOWER BIBLE AND TRACT

 9   SOCIETY OF NEW YORK, INC.,

10   WATCH TOWER BIBLE AND

11   TRACT SOCIETY OF

12   PENNSYLVANIA, and BRUCE

13   MAPLEY SR.,

14           Defendants.

15   WATCHTOWER BIBLE AND TRACT

16   SOCIETY OF NEW YORK, INC.,

17           Cross Claimant,

18   BRUCE MAPLEY, SR.,

19           Cross Defendant.

20   _____

21   ARIANE ROWLAND, and JAMIE

22   SCHULZE                     Cause No. CV 20-59-BLG-SPW

23           Plaintiff,

24       vs.

25   WATCHTOWER BIBLE AND TRACT
```

1

Shirley Gibson

```
 1   SOCIETY OF NEW YORK, INC.

 2   and WATCH TOWER BIBLE AND

 3   TRACT SOCIETY OF

 4   PENNSYLVANIA,

 5            Defendants.

 6

 7

 8   _____

 9        VIDEOCONFERENCE/VIDEOTAPED DEPOSITION

10            UPON ORAL EXAMINATION OF

11                 SHIRLEY GIBSON

12    _____

13        BE IT REMEMBERED, that the

14   videoconference/videotaped deposition upon oral

15   examination of Shirley Gibson, appearing at the

16   instance of the Plaintiffs, was taken at 800 North

17   Last Chance Gulch, Suite 101, Helena, Montana, on

18   Thursday, April 14, 2022, beginning at the hour of

19   9:07 a.m., pursuant to the Federal Rules of Civil

20   Procedure, before Mary R. Sullivan, Registered

21   Merit Reporter, Certified Realtime Reporter, and

22   Notary Public.

23

24

25
```

2

**Shirley Gibson**

```
1        A.    (Nods head.)

2        Q.    And then Helena.

3        A.    Yes.

4        Q.    Which -- Which Kingdom Hall is in Helena?

5        A.    I'm in Canyon Ferry congregation.

6        Q.    Okay.  And have you been a member of

7   other congregations in Helena?

8        A.    No.

9        Q.    Just that one?

10       A.    Just that one.

11       Q.    Okay.  And is that the full list of the

12   congregations where you've served as a member?

13       A.    All the -- All those places that I've

14   been.

15       Q.    Yeah.

16       A.     In Helena, this is the only one, yeah.

17       Q.    Okay.  All right.

18             Let's talk about paragraph 3 of your

19   affidavit.  The first sentence you state that

20   Bruce, Sr. was a pedophile who started molesting

21   Tracy when she was four.  And then you say [As

22   Read]: "This came out in 1977 when we learned that

23   another Ministerial Servant in the Hardin

24   congregation, Gunner Hain, had sexually molested

25   Tracy at his home."
```
                                                    60

**Shirley Gibson**

```
1        A.    Yes.
2        Q.    Why do you say 1977?  You fairly -- How
3   do you feel about that number, that year?  Pretty
4   certain about that?
5        A.    Yes.
6        Q.    Tell me why.
7        A.    Because it was brought to my attention
8   all this stuff had happened, and I --
9        Q.    How -- How was it brought your attention?
10       A.    Well, because of Gunner Hain, it came
11  out.  He was reproved, but they didn't do anything
12  to Bruce 'cause he -- Anyway.  I was told what had
13  happened, and then Bruce admitted he had too,
14  so -- but they didn't do anything with Bruce but
15  they did something -- they -- Gunner Hain was
16  reproved is all.
17       Q.    Who told you that?
18       A.    Harold Rimby.
19       Q.    And so when you say this came out in
20  1977, that -- that -- Harold Rimby told you
21  personally --
22       A.    Yes.
23       Q.    -- about Gunner Hain.
24       A.    And my ex-husband.
25       Q.    And your ex-husband molesting Gunner's
```

61

**Shirley Gibson**

```
 1   stepdaughter.  Gunner had molested his
 2   stepdaughter and Tracy.
 3        A.   (Nods head.)
 4        Q.   How did Mr. Rimby know that?
 5             MR. SWEENEY:  Objection.  Speculation.
 6        A.   Do I still answer?
 7   BY MR. SHAFFER:
 8        Q.   Yeah, go ahead.  Yeah.
 9        A.   Well, because Gunner told Harold.
10        Q.   And then Harold told you.
11        A.   Yes.
12        Q.   Okay.  Sounds like Harold told you about
13   Gunner.  Did -- In -- In the same conversation he
14   told you that Bruce had done the same thing?
15        A.   Yes.
16        Q.   And do you know how Harold knew
17   that -- that Bruce had molested Tracy?
18             MR. SWEENEY:  Objection.  Speculation.
19   BY MR. SHAFFER:
20        Q.   Go ahead.  It's okay.
21        A.   Well, Bruce admitted to Harold that he
22   had.
23        Q.   Okay.  And then Harold told you.
24        A.   Yes.
25        Q.   Okay.  In 1977 -- Why do you say 1977 as
```

62

**Shirley Gibson**

```
1   opposed to 1978?
2       A.   Because it was the year after we were
3   baptized.
4       Q.   Okay.  So you feel -- you're certain
5   about that number, 1977.
6       A.   (Nods head.)
7       Q.   Yeah.  Where were you when you had this
8   conversation with Mr. Rimby?
9       A.   In our home at Fort Smith.
10      Q.   Who else was there?
11      A.   My ex-husband.
12      Q.   So just the three of you?
13      A.   Yeah.  Well, my children were there, too.
14      Q.   Okay.  And had Mr. Rimby announced he was
15  going to come over to have this conversation with
16  you or did he just show up, or how'd that happen?
17      A.   I guess just showed up.  I don't
18  remember.  We didn't make announcements; we just
19  came --
20      Q.   Okay.
21      A.   -- to each other's homes.
22      Q.   I take it it was a surprise.  It was
23  shocking.
24      A.   Yes.
25      Q.   Is that fair?
```

**Shirley Gibson**

```
 1        A.    And the first thing I said was "We need
 2   to call the authorities."
 3              And Harold said, "I'll take care of it."
 4        Q.    Okay.
 5        A.    So I assumed he would, but he didn't.
 6        Q.    Okay.
 7        A.    I mean, maybe he did.  He didn't call the
 8   authorities, though.  And that was my mistake.
 9        Q.    Was Harold an elder at that point?
10        A.    Yes.
11        Q.    And you're new to the church at that
12   point in time.
13        A.    Yes.
14        Q.    You understood that if Harold -- Harold
15   was essentially directing how to take care of this
16   situation.  Is that right?
17        A.    Yes.
18        Q.    And would there be a consequence to you
19   as a member if you did -- if you disobeyed
20   Mr. Rimby's command to not tell the authorities?
21        A.    No, there wouldn't have been a problem.
22   I just assumed he was going to do it.  He said he
23   was.
24        Q.    He said he was going to tell the
25   authorities or he was going to handle it?
```

**Shirley Gibson**

```
 1        Q.    Okay.   Who -- Can you identify other
 2    people who knew about it by name?
 3        A.    Martin Svenson, James Rowland,
 4    Joyce Hains, June Rimby.   All deceased now.
 5        Q.    Mm-hmm.   Anyone else that you know that
 6    knew about it?
 7        A.    No.
 8        Q.    Were you permitted to tell people about
 9    it?
10        A.    I could have, but I didn't.
11        Q.    Okay.   So you understood that you could,
12    you could have gone to the authorities or you
13    could have told people about it, but you didn't.
14        A.    Yes.
15        Q.    You chose not to.
16        A.    I chose not to.
17        Q.    Okay.
18        A.    It was a mistake.
19        Q.    Sorry?
20        A.    Was a mistake.
21        Q.    Okay.   And had you ever been taught as a
22    member of the church that the elders direct how to
23    handle situations like wrongdoing within the
24    congregation?
25        A.    Yes.
```

                                                          66

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

**Shirley Gibson**

1    Q.   Okay.  Tell me about that.  When were you

2  taught that?

3    A.   I suppose during my studies.  I

4  don't -- I don't remember where I learned it.  I

5  mean, it's just something we do.

6    Q.   How was it supposed to work, then?  So

7  there's -- there's alleged wrongdoing in the

8  church.  How is it supposed to work?  What are --

9  What are you supposed to do with that information?

10    A.   Okay.  You go to the elders.

11    Q.   Okay.

12    A.   You have a sit-down with them, tell them

13  the situation, and they take care of it.

14    Q.   And they're in charge of handling that,

15  right, at that point?

16    A.   Yes.

17    Q.   It's out of your hands.

18    A.   Yes.

19    Q.   Okay.

20    A.   Well, I mean, unless they need more

21  information.

22    Q.   Okay.  And is there a process that the

23  elders are supposed to use to determine if

24  wrongdoing has occurred?

25    A.   I don't know how they handle it.  I know

67

**Shirley Gibson**

```
 1   they discuss it, and I don't -- I don't know.

 2        Q.   Yeah.  Right.  Is it a process, though,

 3   that as a member you've -- you come to trust this

 4   process, you're taught this process if there's

 5   wrongdoing, you take it to an elder and you trust

 6   it's going to be handled.  Right?

 7        A.   Yes.

 8        Q.   Okay.  And that's what you're taught as a

 9   member.

10        A.   Yes.

11        Q.   Okay.  Did you know Mr. Hain?

12        A.   Yes, I did.

13        Q.   And did he voluntarily go to Mr. Rimby

14   and the elders to say, "Hey," --

15        A.   I have no idea.

16        Q.   -- "I molested" --

17        A.   I never asked.

18        Q.   So you don't know how that came about.

19        A.   Hm-mmm.

20        Q.   And do you know what brought about

21   Bruce's decision to tell Mr. Rimby that he had

22   been molesting Tracy?

23        A.   I don't know what his reason was.

24   Probably because he'd molested other girls, too,

25   so -- I don't know that for sure, but...
```

                                                                    68

**Shirley Gibson**

```
1        A.    So how could we control --
2        Q.    Sure.
3        A.    -- what he did?
4        Q.    Sure.  Yeah.
5        A.    I don't think the organization should be
6    responsible for somebody's conduct.
7        Q.    I understand, yeah.
8              Do you know what Mr. Rimby did, if
9    anything?
10       A.    No, I do not.
11       Q.    So you don't know if he did anything with
12   the information you gave him.
13       A.    No.
14       Q.    But you did trust that was the proper way
15   to handle it.  Correct?
16       A.    Yes.
17       Q.    Okay.  Tell me about that.  Why did you
18   trust that that was the proper way to handle it?
19       A.    Well, because Jehovah has an
20   organization.  He's appointed men to shepherd our
21   congregation, take care of us.
22       Q.    Those men being the elders.
23       A.    Yes.
24       Q.    In your experience with the church, have
25   you -- have you been able to observe how members
```

82