*Exhibit V*

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF MONTANA
 3                        BILLINGS DIVISION
 4    TRACY CAEKAERT and
 5    CAMILLIA MAPLEY,
 6           Plaintiffs,       Case No. CV-20-00052-SPW-TJC
 7        vs.
 8    WATCHTOWER BIBLE AND TRACT
 9    SOCIETY OF NEW YORK, INC.,
10    WATCH TOWER BIBLE AND
11    TRACT SOCIETY OF
12    PENNSYLVANIA, and BRUCE
13    MAPLEY SR.,
14           Defendants.
15    _____
16    WATCHTOWER BIBLE AND TRACT
17    SOCIETY OF NEW YORK, INC.,
18    and WATCH TOWER BIBLE AND
19    TRACT SOCIETY OF
20    PENNSYLVANIA,
21           Cross-Claimants,
22        vs.
23    BRUCE MAPLEY SR.,
24           Cross-Defendant.
25
                                                          1
```

**Tracy Caekaert**

1  _____

2  VIDEOCONFERENCE/VIDEOTAPED DEPOSITION

3  UPON ORAL EXAMINATION OF

4  TRACY CAEKAERT

5  _____

6  BE IT REMEMBERED, that the

7  videoconference/videotaped deposition upon oral

8  examination of Tracy Caekaert, appearing at the

9  instance of the Defendant Watch Tower Bible and

10 Tract Society of Pennsylvania, was taken at 211

11 North Higgins, Suite 303, Missoula, Montana, on

12 Friday, February 9, 2023, beginning at the hour of

13 9:11 a.m., pursuant to the Federal Rules of Civil

14 Procedure, before Mary R. Sullivan, Registered

15 Merit Reporter, Certified Realtime Reporter, and

16 Notary Public.

17

18

19

20

21

22

23

24

25

2

**Tracy Caekaert**

```
 1       A.   I'm disfellowshipped.
 2       Q.   Anything else?
 3       A.   No.
 4       Q.   Did you ever talk to Shirley about the
 5  sexual abuse that you're alleging against
 6  Bruce, Sr.?
 7       A.   Yes.
 8       Q.   When?
 9       A.   After it happened --
10       Q.   Can you --
11       A.   -- with Gunner.
12       Q.   After it happened with Gunner.  Is that
13  what you said?
14       A.   Mm-hmm.  That's the first that I was made
15  to tell her what had happened.
16       Q.   Okay.  How old were you?
17       A.   Ten.  Nine.  Somewhere between nine and
18  ten.
19       Q.   And who made you tell her?
20       A.   Bruce Mapley, Sr.
21       Q.   We'll talk about that more here in a
22  minute, but other than that instance when you were
23  ten or so, have you talked to Shirley about these
24  allegations at any other time?
25       A.   No.
```

66

```
 1        Q.   And when you were ten and you told her,
 2   did you tell her about both Bruce, Sr. and Gunner?
 3        A.   No, I was only made to tell her about
 4   Gunner.
 5        Q.   And at that same time did Cami also tell
 6   her?
 7        A.   No.
 8        Q.   Why did Bruce, Sr. make you tell Shirley
 9   about the -- Gunner?
10             MR. SHAFFER:  Object to form.
11        A.   The night that Gunner sexually molested
12   me, not long after that, he called Bruce, Sr. to
13   tell him what he had just done to me.  My father
14   came and picked me up from the home, Gunner Hain's
15   home, and in the car my father asked me if Gunner
16   had done something to me, and he made me tell him
17   what Gunner had done to me.
18   BY MR. SWEENEY:
19        Q.   And that was immediately after it was
20   done?
21        A.   Within a few hours.
22        Q.   And then in relation to that, when did you
23   tell Shirley?
24        A.   My father made me repeat the story all
25   the way from Hardin to Fort Smith, took me up in
```

67

Tracy Caekaert

1   Q.   Approximately seven years old?
2   A.   Yeah.
3   Q.   Okay.  And so when did the sexual abuse by
4   Bruce start?  How old were you?
5   A.   I was very young.  I was probably
6   somewhere around the age of five.
7   Q.   And where were you living at that time?
8   A.   I recall -- My memory is I recall it
9   happening in Michigan.
10  Q.   So it occurred before you were back to
11  Montana.
12  A.   Yes.
13  Q.   And continued to occur after you moved
14  back to Montana.
15  A.   Yes.
16  Q.   Is that true for Cami as well, do you
17  know?
18  A.   Yes.
19  Q.   Have you spoken to Cami about that?
20  A.   Well, it happened with us together, so we
21  already know about that.  As far as talking about
22  it, I -- I'm sure that we have, yes.
23  Q.   Okay.  Before you moved back to Montana,
24  where did the abuse occur?  Was it in a home,
25  someplace else?

84

| | |
|--|--|
| 1 | A.   With me it was in my home.  It was |
| 2 | also -- He would take me to other people's homes |
| 3 | when they were not home and sexually molest me in |
| 4 | other people's homes. |
| 5 | Q.   He would take you to just vacant houses |
| 6 | and molest you there? |
| 7 | A.   I'm assuming that they were people he was |
| 8 | friends with and had access to their home. |
| 9 | Q.   Okay. |
| 10 | A.   I can't say.  I don't know. |
| 11 | Q.   At that point before you moved back to |
| 12 | Montana, what did the sexual abuse consist of? |
| 13 | A.   Gratifying him through oral sex, him |
| 14 | lubing up my legs with Vaseline and making me |
| 15 | cross my legs really tight and placing his penis |
| 16 | close to my vagina and motioning in a sexual |
| 17 | manner to gratify himself.  Fondling or groping my |
| 18 | genitals, making me kiss him as I was a -- like a |
| 19 | lover.  Just touching, fondling, groping, and just |
| 20 | gratifying him in any way that gave him sexual |
| 21 | pleasure. |
| 22 | Q.   Before -- At that time before you moved |
| 23 | back to Montana, did -- how often would this |
| 24 | happen? |
| 25 | A.   Every time my mom would leave the house. |

85

**Tracy Caekaert**

1  Q. Was that weekly, daily? Can you give me
2  an idea of how often?
3  A. I understand she was on a bowling league,
4  so it could be several times a week.
5  Q. Did anybody ever witness this? And I'm
6  talking about the period before you moved to
7  Montana.
8  A. No.
9  Q. The complaint says that you or your family
10 joined the Hardin congregation in 1973. Is 1973
11 also the year your family moved back to Montana?
12 A. I remember that I was halfway through my
13 third grade year when we moved to -- to
14 Fort Smith.
15 Q. Okay. How long had your family lived in
16 Montana before they joined the Hardin congregation?
17 A. I was pretty young. I wouldn't be able
18 to really give you an accurate answer on that.
19 Q. This abuse from Bruce, did it continue
20 after you moved back to Montana?
21 A. Yes.
22 Q. And was the -- was it the same type of
23 abuse or anything --
24 A. Yes.
25 Q. -- different?

86

Tracy Caekaert

```
 1              When did the abuse from Bruce, Sr. stop?
 2       A.    I was 17 years old -- and about four or
 3   five months old when I finally stood up to him
 4   when he tried to grope me, and I stood up and I
 5   said, "You will never touch me again."
 6       Q.    Just so I'm clear, you're saying you were
 7   17 and four or five months old?
 8       A.    Mm-hmm.
 9       Q.    During that time between when you were
10   five and when you were 17 -- I'll just say 17 and a
11   half, I know it was less than that, but 17 and a
12   half, did -- was the abuse always the same or did
13   it change throughout the years?
14       A.    I would say that there was times it was
15   different for -- Are you asking for an instance?
16   What are you asking for?
17       Q.    I'm just asking, you -- you described in
18   detail what the abuse consisted of before you moved
19   back to Montana.  I'm curious if that changed at
20   all after you moved back to Montana or if it was
21   the same.
22       A.    It was basically the same, and there was
23   a lot of groping, touching, using me to gratify
24   himself.
25       Q.    Talking about when you're now in Montana
```

87

```
 1      Q.   Okay.  So let's walk through this so I
 2   understand how this works timeline.  Did all of
 3   this happen in the same afternoon, that you told
 4   Shirley about Gunner and that Bruce confessed about
 5   what he did to you?
 6      A.   My best recollection is yes.
 7      Q.   Okay.  And it started out -- correct me if
 8   I'm wrong -- but it started out with you and
 9   Shirley and Bruce, Sr. in a room, and you telling
10   Shirley about what Gunner had done to you.
11      A.   Yes.
12      Q.   Okay.  And then what happened after that
13   that led to Bruce, Sr. confessing what he had done?
14      A.   I don't know what initiated him to then
15   confess that to my mother.  I have no idea what
16   -- I don't really know what spurred that on.
17      Q.   You were in the room when he confessed
18   that to your mother?
19      A.   Yes.
20      Q.   And how did Cami and Bruce, Jr. end up in
21   the room?
22      A.   I don't know.  He brought us all into the
23   room.
24      Q.   Okay.  What did Bruce, Sr. say to your
25   mother?
```

91

```
 1        A.   He -- He was crying.  He put his
 2   hands -- his head into his hands, and he had huge
 3   tears dropping, and he just said, "I've been
 4   molesting Tracy for years."
 5        Q.   Okay.  Did he say the same thing about
 6   your sister Cami?
 7        A.   Not that I recall of.
 8        Q.   Okay.  And what was your mother's
 9   reaction?
10        A.   My mother had a very stern look on her
11   face.  You know, it's kind of hard as a kid to be
12   able to tell you exactly how I remember my mother,
13   but I remember when I told her about what Gunner
14   had done.  I don't think I remember looking at my
15   mom when Bruce was confessing because I was so
16   focused on these huge tears that were coming out
17   of my father, I'd never seen my father cry, but
18   when I had to tell Shirley about Gunner, her face
19   looked -- I don't have a better term than to say
20   maybe grief stricken or shocked.  She never said
21   anything, but her face was -- you could tell she
22   was not -- she was unhappy.
23        Q.   Did -- Did Shirley say anything?
24        A.   No.
25        Q.   How long did this meeting last, this
```

92

Tracy Caekaert

```
 1        Q.   Were you still living at the home at that
 2   point?
 3        A.   Yes.
 4        Q.   How long did his abuse of Cami continue,
 5   do you know?
 6        A.   No.  That I don't know.
 7        Q.   Other than the one time Bruce broke down
 8   crying telling the family that he had molested you,
 9   did he ever -- were you ever present when he told
10   the family that again?
11        A.   No.
12        Q.   Did Bruce ever confess that he molested
13   you to anybody else?
14             MR. SHAFFER:  Object to form.
15        A.   That --
16             MR. SHAFFER:  Foundation.
17        A.   That I wouldn't know.
18   BY MR. SWEENEY:
19        Q.   Nothing that you were a part of?
20        A.   Nothing I was a part of.  Well, you know,
21   that's -- Well, the thing is I don't know.  All I
22   know is what happened afterwards.  'Cause
23   he -- from what I understand, he openly confessed
24   to -- to the elders.
25        Q.   Were you present when that happened?
```

95

```
 1       A.   No, that's what I think I'm trying to say
 2   is, no, I wasn't present at that.
 3       Q.   Where do you get that understanding?
 4       A.   Not long after it happened Martin Svenson
 5   got up on the podium at the end of the meeting and
 6   made an announcement to the congregation that
 7   Gunner was being removed -- he was being put on
 8   public reproof, and he was being removed as a
 9   ministerial servant.
10            After the meeting, I was in the back of
11   the Kingdom Hall, and Gunner's wife, Joyce Hain,
12   cornered me, stuck her finger in my face, and told
13   me "This is all your fault."  She had her teeth
14   gritting, and she said, "It's all your fault, and
15   I want you to stay away from me and my family."
16            And then at that point, that I knew that
17   the elders knew because these men told them.
18       Q.   Do you remember who the elders were at
19   that time?
20       A.   Yes.
21       Q.   Who were they?
22       A.   Harold Rimby and Martin Svenson.
23       Q.   Is Joyce Hain deceased?
24       A.   Yes.
25       Q.   Was your -- your father ever
```

96