# *Exhibit Y*

# PRIVILEGE LOG

*Tracy Caekaert & Camilla Mapley v. Watchtower Bible & Tract Society of New York, e.al.*

(Cause No. CV 20-52-BLG-SPW)

|  | Date | Title/Type | Basis for Withholding |
|---|---|---|---|
| 1. | April 23, 1997 | Correspondence from Hardin Congregation elders made in confidence to Watchtower New York for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Elders Expectation of Confidentiality |
| 2. | May 5, 2011 | Correspondence from the Hardin Congregation to Watchtower New York Legal Department seeking legal advice. | Attorney-Client Privilege |
| 3. | July 13, 2011 | Correspondence from the Hardin Congregation to Watchtower New York Legal Department seeking legal advice. | Attorney-Client Privilege |
| 4. | Undated | Correspondence from Congregant to Hardin Congregation elders made in confidence to the elders for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |
| 5. | Undated | Correspondence from Hardin Congregation made in confidence to Wisconsin elder for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |
| 6. | Undated | Correspondence from Hardin Congregation made in confidence to Watchtower New York for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Congregant Expectation of Confidentiality |
| 7. | Undated | Internal note by Hardin Congregation concerning ecclesiastical investigation method. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy |

# PRIVILEGE LOG

*Ariane Rowland and Jamie Schulze v. Watchtower Bible & Tract Society of New York, e.al.*

(Cause No. CV 20-59-BLG-SPW)

|    | Date | Title/Type | Basis for Withholding |
|----|------|------------|------------------------|
| 1. | February 24, 1996 | Internal notes by Hardin congregation elders documenting ecclesiastical communications made in confidence to the elders for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804[1] Third-Party Privacy; Congregant Expectation of Confidentiality (produced w/redactions as ROW_HARDIN000104) |
| 2. | January 4, 1997 | Internal notes by Hardin congregation elders documenting ecclesiastical communications made in confidence to the elders for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality (produced w/ redactions as ROW_HARDIN000105-108) |
| 3. | January 6, 1997 | Internal note documenting legal advice received by the Hardin Congregation from Watchtower New York Legal Department. | Attorney-Client Privilege |
| 4. | February 12, 1997 | Correspondence from Congregant made in confidence to elders in the Hardin Congregation, for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |
| 5. | February 19, 1997 | Internal note by Hardin congregation elders documenting ecclesiastical communications made in confidence to the elders for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |
| 6. | April 23, 1997 | Correspondence from Hardin Congregation elders made in confidence to Watchtower New York for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Elders Expectation of Confidentiality |

---

[1] *See* State v. MacKinnon, 288 P.2d 329 (Mont. 1998) expressly adopting the holding of Scott v. Hammock, 870 P.2d 947 (Utah 1994) addressing the expanded application of the Clergy/Penitent Privilege.

| 7. | December 28, 2010 | Correspondence from New Mexico elder to elders in the Hardin Congregation made in confidence to assist the elders in providing religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Elder Expectation of Confidentiality |
|---|---|---|---|
| 8. | May 5, 2011 | Correspondence from the Hardin Congregation to Watchtower New York Legal Department seeking legal advice. | Attorney-Client Privilege |
| 9. | July 13, 2011 | Correspondence from the Hardin Congregation to Watchtower New York Legal Department seeking legal advice. | Attorney-Client Privilege |
| 10. | January 8, 2012 | Correspondence from Hardin Congregation made in confidence to Christian Congregation of Jehovah's Witnesses for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Elders Expectation of Confidentiality |
| 11. | Undated | Correspondence from Congregant to Hardin Congregation elders made in confidence to the elders for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |
| 12. | Undated | Correspondence from Congregant made in confidence to elders in the Hardin Congregation, for the purpose of seeking or receiving religious guidance, admonishment, or advice. | Clergy-Penitent Privilege § 26–1–804; Third Party Privacy; Congregant Expectation of Confidentiality |