Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1401 Delgany St. #404
Denver, CO  80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants, | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO DEFENDANTS' EXPERT WITNESS REPORTS** |

Plaintiffs' by and through undersigned counsel, respectfully move the Court for an extension of time to file their objections to the timeliness or sufficiency of

Defendants' Rule 26(a)(2)(B) disclosures.  The basis for the requested extension is as follows:

1. Plaintiffs agreed to extend the Defendants' deadline for disclosing "Rebuttal Experts" to February 29, 2024.

2. Defendants' expert witness, Dr. Michael Bütz, has proposed an examination schedule that would not complete all of Plaintiffs' Rule 35 exams until June 15, 2024.

3. Plaintiffs have agreed to Dr. Bütz's proposed examination schedule pending agreement (and approval by the Court) of commensurate deadlines for Rule 26 and Rule 35 disclosures, deposition dates, and motions related to his trial testimony.

4. Thus, as of this filing, Plaintiffs have not received reports from any defense experts in this case.

Given the foregoing, Plaintiffs were unable to file objections to Defendants' expert disclosures by the current February 27, 2024, deadline.  *See* ECF No. 286. Accordingly, Plaintiffs seek a continuance of that deadline to be commensurate with the extensions that Plaintiffs have given Defendants for their expert witness disclosures:

**Plaintiffs' Unopposed Motion for Extension of Time to Object to
Timeliness or Sufficiency of Expert Witness Disclosures**
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
2

1. For Defendants' "Rebuttal Experts" Plaintiffs shall file their objections to the timeliness or sufficiency of the Rule 26(a)(2)(B) reports within fourteen (14) days of February 29, 2024.

2. For Defendants' expert, Dr. Michael Bütz, Plaintiffs shall file their objections to the timeliness or sufficiency of his Rule 26(a)(2)(B) reports within fourteen (14) days of receipt of such reports, the dates of such disclosures to be established by subsequent order of this Court.

Defendants do not oppose this Motion and a proposed Order is attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED this 28th day of February, 2024.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*