# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Object to Defendants' Expert Witness Reports.

**IT IS HEREBY ORDERED** that:

1) For Defendants' "Rebuttal Experts" Plaintiffs shall file their objections to the timeliness or sufficiency of the Rule 26(a)(2)(B) reports within fourteen (14) days of February 29, 2024; and

2) For Defendants' expert, Dr. Michael Bütz, Plaintiffs shall file their objections to the timeliness or sufficiency of his Rule 26(a)(2)(B) reports within fourteen (14) days of receipt of such reports, the dates of such disclosures to be established by subsequent order of this Court.

DATED this _____ day of _____, 2024.

                                                                                  _____
Susan P. Watters
United States District Court Judge