IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER** |

Upon the Plaintiffs' Unopposed Motion for Extension of Time to Object to Defendants' Expert Witness Reports (Doc. 322), and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1) For Defendants' "Rebuttal Experts", Plaintiffs shall file their objections to the timeliness or sufficiency of the Rule 26(a)(2)(B) reports within fourteen (14) days of February 29, 2024; and

2) For Defendants' expert, Dr. Michael Bütz, Plaintiffs shall file their objections to the timeliness or sufficiency of his Rule 26(a)(2)(B) reports

1

within fourteen (14) days of receipt of such reports, the dates of such disclosures to be established by subsequent order of this Court.

DATED this 28th day of February, 2024.

_____
SUSAN P. WATTERS
United States District Court Judge