Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR MODIFIED BRIEFING SCHEDULE** |

| | |
|---|---|
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. | )<br>)<br>)<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| BRUCE MAPLEY SR., | )<br>)<br>) |
| Cross-Claim Defendant. | )<br>)<br>) |

**COMES NOW**, Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY"), by and through its attorneys of record, and respectfully moves for a modified briefing schedule as to its disclosed damages expert and Rule 35 examiner Michael Bütz, PhD. Counsel for WTNY has conferred with Plaintiffs' counsel, and this Motion is unopposed. In support of this Motion, counsel for WTNY represents as follows:

Following disposition of WTNY's Motion for Order Directing Rule 35 Examinations (Doc. 266) and Plaintiff's Notice of Non-Compliance with Court Order and Motion for Protective Order (Doc. 307), Dr. Bütz supplied counsel with a proposed examination schedule as follows:

    Ms. Schulze
    Billings, Montana
    Aspen Practice, P.C.
    March 22nd and 23rd

Ms. Rowland
Billings, Montana
Aspen Practice, P.C.
April 26th and 27th

Ms. Caekaert
Phoenix, Arizona
Site to be determined
May 24th and 25th

Ms. Mapley
Mansfield, Victoria, Australia
Site to be determined
June 14th and 15th

Counsel previously stipulated that defendants WTNY and Watchtower Bible and Tract Society of Pennsylvania would supplement their Joint Damages Expert Disclosure with Dr. Bütz's reports at the conclusion of the examinations. Dr. Bütz has since indicated his reports will be prepared following the conclusion of Ms. Mapley's exam, no later than July 8, 2024. Dr. Bütz also agreed to make himself available for depositions for a 2-day block on July 25 and 26, 2024.

Counsel have been diligently working on the logistics of these examinations, and are attempting to do everything possible to complete this segment of discovery in advance of the trial date, August 12, 2024. However, in the event Plaintiffs determine any pre-trial motions are necessary regarding Dr. Bütz, the current schedule leaves little time to brief motions, much less receive a ruling in advance of trial.

Counsel for WTNY proposes the following modified briefing schedule:

1. Plaintiffs shall file any Motions challenging Dr. Bütz's testimony no later than August 2, 2024;

2. Defendants shall file written responses no later than 7 days later on August 9, 2024;

3. Plaintiffs shall not be entitled to file any reply briefs;

4. The parties agree the Court may defer ruling on any Motions until time of trial.

A proposed Order is submitted herewith pursuant to L.R. 7.1(c)(3).

DATED this 29th day of February, 2024.

By: /s/ Brett C. Jensen
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 29, 2024, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion/Victoria K.M. Gannon
MEYER, SHAFFER & STEPANS, PLLP
430 Ryman Street
Missoula, MT 59802

3.  Matthew L. Merrill (appearing *pro hac vice*)
    MERRILL LAW, LLC
    6631 Mariposa Court
    Denver, CO 80221

4.  Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
    MOULTON BELLINGHAM PC
    P.O. Box 2559
    Billings, MT 59103-2559

5.  Bruce G. Mapley Sr.
    3905 Caylan Cove
    Birmingham, AL 35215

by the following means:

|  |  |  |
|---|---|---|
| _1-4_ CM/ECF | ____Fax |
| ____Hand Delivery | ____E-Mail |
| _5_ U.S. Mail | ____Overnight Delivery Services |

By: /s/ Brett C. Jensen
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*