# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br> Defendants. <br><br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. <br><br> Cross-Claimant, <br><br> vs. <br><br> BRUCE MAPLEY SR., <br><br> Cross-Claim Defendant. | Cause No. CV 20-52-BLG-SPW <br><br> **ORDER GRANTING DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR MODIFIED BRIEFING SCHEDULE** |

Upon the Motion of Defendant Watchtower Bible and Tract Society of New York, Inc., there being no objection from the Plaintiffs, and for good cause appearing,

IT IS ORDERED the parties shall comply with the following modified briefing schedule concerning the testimony of Michael Bütz, PhD:

1. Plaintiffs shall file any Motions challenging Dr. Bütz's testimony no later than August 2, 2024;

2. Defendants shall file written responses no later than 7 days later on August 9, 2024;

3. Plaintiffs shall not be entitled to file any reply briefs;

4. The Court may defer ruling on any Motions until time of trial.

DATED this _____ day of _____, 2024.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE