*Exhibit A*

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1401 Delgany St. #404
Denver, CO 802022
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants, | Case No. CV-20-52-BLG-SPW <br><br> **AFFIDAVIT OF JAMES C. MURNION** |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE )<br>)<br>     Plaintiff, )<br>vs. )<br>)<br>WATCHTOWER BIBLE AND TRACT )<br>SOCIETY OF NEW YORK, INC., and )<br>WATCH TOWER BIBLE AND TRACT )<br>SOCIETY OF PENNSYLVANIA, )<br>)<br>     Defendants. )<br>) | Cause No. CV 20-59-BLG-SPW |

Pursuant to this Court's Orders (ECF No. 318 in CV 20-52-BLG-SPW; ECF No. 253 in CV-20-59-BLG-SPW-TJC) I, James C. Murnion, an attorney duly admitted to practice law in this Court, submits the following Affidavit and supporting documents of expenses, and attorney's fees "for their work finding the attached exhibits not disclosed to them in discovery" and "preparing the instant motion [referring to ECF No. 287 in CV 20-52-BLG-SPW; ECF No. 240 in CV-20-59-BLG-SPW-TJC (hereinafter "Plaintiffs' Motion"]".

  1.  I am an Associate at the law firm of Meyer, Shaffer & Stepans, PLLP and represent Plaintiffs in this matter.

  2.  Costs and expenses related to Plaintiffs' Motion were tracked contemporaneously, and where receipts are available, they have been provided in the separate Declaration of Patti L. Gruwell.

Affidavit of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 2 of 5

3. Attorney and paralegal time expenditures were not kept contemporaneously because Plaintiffs are not being billed by the hour. Nevertheless, sufficient records and documentation existed to provide a basis for reasonable estimates of some of the time spent finding exhibits and preparing Plaintiffs' Motion. Much of the actual time spent is not reflected in records or documentation, and therefore Plaintiffs are not requesting fees for this time.

4. Regarding the finding of exhibits from other cases, this project began in 2022 when Plaintiffs fully appreciated that, for whatever reason, Defendants and their representatives were more than willing to openly discuss certain issues in prior cases that they were unwilling to be forthcoming about in this case. Plaintiffs accordingly endeavored to find documents from prior cases in which one or both Defendants discussed the issues in Plaintiffs' Motion, among others. This work began with locating cases involving one or both Defendants around the country. Paralegal Jessica Yuhas then reviewed the docket reports for each case for documents that could contain information about issues in this case, including the ones presented in Plaintiffs' Motion. Each document was then placed on a document tracking spreadsheet for attorney review.

5. Next, Plaintiffs' counsel reviewed documents. While some of this work was contemporaneously documented in the tracking spreadsheet, much of it

Affidavit of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 3 of 5

was not, nor does Plaintiffs' counsel have any objective way to recreate the time spent reviewing such documents. As such, Plaintiffs are not claiming fees for work they cannot tether to the tracking spreadsheet.

6. For work they can tether to the tracking spreadsheet, Plaintiffs are merely claiming one minute of attorney time per page of document reviewed. The spreadsheet reflects that I reviewed 3,241 pages of documents and Associate Katy Gannon reviewed 1,311 pages of documents for a total of 4,552 pages reviewed by associate attorneys, estimated at 75.86 hours spent. Partner Ryan Shaffer reviewed 987 Pages of documents and Partner Rob Stepans reviewed 2,287 pages for a total of 3,274 pages reviewed by partners, estimated at 54.56 hours spent. Excerpts from the spreadsheet are attached hereto as **Exhibit 1**. Partner time is ordinarily and customarily billed at $300 per hour in cases we bill by the hour. Associate time is ordinarily and customarily billed at $200 per hour in cases we bill by the hour. As such, the fees for attorney time spent reviewing documents is $31,543 total. This is a gross underestimation of the actual time spent, but without objective indicators of the actual time spent, Plaintiffs are not comfortable claiming anything more.

7. Regarding the preparation of Plaintiffs' Motion, this work was primarily conducted by me and Mr. Shaffer. Our time spent was not

Affidavit of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 4 of 5

contemporaneously tracked. However, based on my six (6) years of experience litigating contested civil matters, I know that one page of well-researched and well-edited briefing typically requires one hour of work, and therefore the sixteen (16) pages of substantive content in Plaintiffs' opening brief and thirteen (13) pages of substantive content in Plaintiffs' reply brief would take twenty-nine (29) hours of attorney time. Again, since this time was not contemporaneously tracked, I cannot say with precision how much time I spent versus how much time Mr. Shaffer spent briefing Plaintiffs' Motion. However, Mr. Shaffer and I reasonably believe the time was approximately fifty percent each and therefore request fourteen and a half (14.5) hours of partner time and fourteen and a half (14.5) hours of associate time for a total of $7,250.00.

8. Based upon the foregoing and the documents supporting this Affidavit, I affirm and certify that the amount now being claimed is a very conservative reflection of the actual time and expense spent finding documents pertinent to Plaintiffs' Motion and preparing the motion.

DATED this 7th day of March, 2024.

By: /s/ JCM
James C. Murnion
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

Affidavit of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 5 of 5

State of Montana

County of Missoula

This instrument was signed and sworn to before me on March 7th, 2024 by James C. Murnion.

[Notary Seal: PATTI L GRUWELL, NOTARY PUBLIC for the State of Montana, Residing at Missoula, MT, My Commission Expires October 14, 2025.]

_____
(Notary Signature)

Patti L. Gruwell
Print Name of Notary Public
Notary Public for the State of MT
Residing at: Missoula, MT
My Commission Expires: 10/14/25

Affidavit of James C. Murnion
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 6 of 5

*Exhibit 1*

| STATE | COURT INFO | CASE NO. | PARTIES | DOCUMENT DATE | DOCUMENT DESCRIPTION | PAGE COUNT | RVW ATTORNEY |
|---|---|---|---|---|---|---|---|
| MT | MT Supreme Court | DA 19-0077 | Nunez (PL) | 5/22/2019 | Appellants' Opening Brief | 69 | JAMES |
| MT | MT Supreme Court | DA 19-0077 | Nunez (PL) | 8/14/2019 | Appellants' Reply Brief | 35 | JAMES |
| MT | MT Supreme Court | DA 19-0077 | Nunez (PL) | 1/8/2020 | Synopsis of the Case | 2 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 9/24/2018 | Trial Transcripts - Afternoon Session | 426 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 8/11/2021 | Hearing Transcript - Hearing to Show Cause | 46 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 4/23/2018 | Motion for Protective Order by WTNY and CCJW Regarding Requests for Production and Brief in Support (Doc. 35) | 25 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 4/23/2018 | Motion for Protective Order by WTNY and CCJW Regarding Deposition Topics and Brief in Support (Doc. 38) | 14 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 5/18/2018 | WTNY & CCJW's Reply in Support of Motion for Protective Order Regarding Requests for Production (Doc. 55) | 9 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 6/8/2018 | Religious Defendants' Opposition to PLs' Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment (Doc. 62) | 23 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 6/26/2018 | Defendants' Motion for Summary Judgment as to Claims Brought by Alex Nunez or, in Alternative, Motion for Summary Adjudication of Individual Claims and Supporting Brief (Doc. 67) | 25 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 8/7/2018 | Notice of Filing of Proposed Final Pretrial Order (Doc. 69) | 32 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 8/7/2018 | Reply Brief in Support of Motion for Summary Judgment of Claims Brought by Alex Nunez, or in Alternative, Motion for Summary Adjudication of Individual Claims (Doc. 95) | 10 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 2/10/2020 Court Filing 1/26/2017 | Affidavit of Danny Bland filed as an Exhibit to Doc. 151 | 38 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 5/4/2020 | Defendants' Opposition to Motion for Leave to Proceed with Claim for Common Law Negligence (Doc. 173) | 21 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 5/4/2020 | Defendants' Response to PLs' Motion for Leave to File Second Amended Complaint and to Add WTPA (Doc. 174) | 13 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 4/20/2021 | PL's Motion to Compel and Brief in Support (Doc. 207) | 112 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 5/11/2021 | WTNY's Opposition to PL's Motion to Compel (Doc. 208) | 23 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 5/28/2021 | Order Compelling Production (Doc. 210) | 11 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 6/23/2021 | Order Compelling Production & for Sanctions (Doc. 214) | 8 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 6/25/2021 | Religious Defendants' Motion to Alter or Amend Order Compelling Production & for Sanctions and Brief in Support (Doc. 216) | 5 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 6/25/2021 | Fourteenth Foundational Affidavit of Tessa A. Keller (Doc. 217) | 20 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 7/19/2021 | Religious Defendants' Reply in Support of Motion to Alter or Amend Order Compelling Production & for Sanctions (Doc. 228) | 10 | JAMES |
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 7/29/2021 | Order Warning of Sanction of Judgment on Liability for Continued Violation of Discovery Orders | 2 | JAMES |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MT | Twentieth District Court - Sanders County | DV-16-84 | Nunez (PL) | 8/3/2021 | Religious Defendants' Objections to PL's Second Notice of Non-Compliance (Doc. 239) | 14 | JAMES |
| WA | Spokane County Superior | 04-2-02451-4 | Vigue (PL) | 1/27/2005 | Defendant WTPA's Motion to Dismiss for Lack of PJ (Doc. 27) | 3 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 1/27/2005 | Defendant WTPA's Memorandum in Support of Motion to Dismiss for Lack of PJ (Doc. 28) | 12 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 1/27/2005 | Affidavit of Alexander W. Reinmueller (Doc. 29) | 6 | JAMES |
| WA | Spokane County Superior | 04-2-02451-4 | Vigue (PL) | 1/31/2005 | Church Defendants' Disclosure of Lay and Expert Witnesses (Doc. | 5 | JAMES |
| WA | Spokane County Superior | 04-2-02451-4 | Vigue (PL) | 2/1/2005 | Rustad's List of Defendant's Witnesses (Doc. 32) | 1 | JAMES |
| WA | Spokane County Superior | 04-2-02451-4 | Vigue (PL) | 10/28/2005 | Affidavit of Alexander W. Reinmueller (Doc. 59) | 5 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 10/28/2005 | Affidavit of Andrew Mitchell re WTPA's Motion to Dismiss for Lack of PJ (Doc. 61) | 9 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 10/28/2005 | Affidavit of Gene Smalley re WTPA's Motion to Dismiss for Lack of PJ (Doc. 60) | 4 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 2/28/2007 | Defendant's WTNY, WTPA, CCJS & Opportunity Congregation of JW's Memorandum of Law in Support of Motion for Summary Judgment (Doc. 86) | 28 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 2/28/2007 | Declaration of Donald G. Sonte in Support of Church Defendants' Motion for Summary Judgment (Doc. 87) | 51 | JAMES |
| WA | Spokane County Superior | 04-2-02451-4 | Vigue (PL) | 2/28/2007 | Declaration of Kenneth Harding (Doc. 89) | 6 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 10/28/2005 | WTPA's Supplemental Brief re Motion to Dismiss for Lack of PJ (Doc. 58) | 27 | JAMES |
| WA | Spokane County Superior Court | 04-2-02451-4 | Vigue (PL) | 2/28/2007 | Declaration of Gary N. Breaux (Doc. 88) | 5 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 5/6/2011 | WTNY's Memorandum of Points and Authorities in Opposition to PLs' Notice of Motion and Motion to Compel Further Documents from Defendant (Doc. 49) | 45 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 5/13/2011 | Notice of Lodgment in Support of PL's Motion to Compel Further Documents from Defendants | 74 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 9/26/2011 | Defendant Watchtower's Notice of Motion and Motion for Summary Judgment or in the Alternative Summary Adjudication (Doc. 110) | 190 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 9/26/2011 | Defendant Doe 1, La Jolla Church's Notice of Motion and Motion for Summary Judgment or in the Alternative Summary Adjudication (Doc. 111) | 126 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 10/4/2011 | Linda Vista's Notice of Motion and Motion for Summary Judgment on the Second Amended Complaint or, in the Alternative Summary Adjudication of Issues (Doc. 115) | 166 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 11/17/2011 | Linda Vista Spanish Congregation's Opposition to PLs' Motion to Amend Complaint to Allege Punitive Damages (Doc. 133) | 16 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 11/17/2011 | Defendant WTNY's Memorandum of Points and Authorities in Opposition to PLs' Motion to Allege Punitive Damages (Doc. 131) | 21 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 12/8/2011 | Declaration of Mario F. Moreno in Support of Defendants WTNY's Lodgment of Exhibits in Support of Separate Statement of Facts in Reply to PLs' Opposition to Defendant's Motions for Summary Judgment | 2 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 12/8/2011 | Defendant WTNY's Lodgment of Exhibits in Support of Separate Statement of Facts in Reply to PLs' Opposition to Defendants' Motions for Summary Judgment (Doc. 159) | 21 | JAMES |

| State | Court | Case Number | Party | Date | Description | Pages | Custodian |
|---|---|---|---|---|---|---|---|
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 12/9/2011 | Linda Vista Spanish Congregation's Opposition to PLs' Separate Statement of Undisputed Material Facts (Doc. 158) | 24 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 12/9/2011 | Defendant WTNY's Memorandum of Points and Authorities in Reply to PLs' Opposition to Defendants' Motions for Summary Judgment (Doc. 159) | 20 | JAMES |
| CA | San Diego Superior Court | 37-2010-00092450-CU-PO-CTL | Dorman & Gamboa (PL) | 12/12/2011 | Defendant WTNY & Playa Pacifica Spanish Congregation's Joint Memorandum of Points and Authorities in Opposition to PLs' Notice of Motion and Second Motion to Compel Further Documents from Defendant (Doc. 162) | 14 | JAMES |
| OR | Multnomah Circuit Court | 14CV18423 | Alston (PL) | 3/9/2016 | PLs' Motion to Compel Documents from Defendant Watchtower | 5 | JAMES |
| OR | Multnomah Circuit Court | 14CV18424 | Alston (PL) | 3/9/2016 | PLs' Memorandum in Support of Motion to Compel Documents form Defendant Watchtower | 20 | JAMES |
| OR | Multnomah Circuit Court | 14CV18425 | Alston (PL) | 4/15/2016 | Defendant WTNY's Memorandum in Opposition to PLs' Motion to Compel | 36 | JAMES |
| OR | Multnomah Circuit Court | 14CV18426 | Alston (PL) | 4/15/2016 | Declaration of Philip Van Der Weele in Opposition to PLs' Motion to Compel | 27 | JAMES |
| OR | Multnomah Circuit Court | 14CV18427 | Alston (PL) | 4/15/2016 | Declaration of Isaac Juarez in Opposition to PLs' Motion to Compel | 7 | JAMES |
| OR | Multnomah Circuit Court | 14CV18428 | Alston (PL) | 4/15/2016 | Declaration of Thomas Jefferson, Jr. in Opposition to PLs' Motion to Compel | 14 | JAMES |
| OR | Multnomah Circuit Court | 14CV18429 | Alston (PL) | 5/31/2016 | Defendant North Hillsboro Congregation of JW's Motion for Summary Judgment | 10 | JAMES |
| OR | Multnomah Circuit Court | 14CV18430 | Alston (PL) | 5/31/2016 | Declaration of Thomas V. Dulcich in Support of North Hillsboro Congregation of JW's Motion for Summary Judgment | 24 | JAMES |
| OR | Multnomah Circuit Court | 14CV18431 | Alston (PL) | 5/31/2016 | Declaration of Kim Hutchinson in Support of North Hillsboro Congregation of JW's Motion for Summary Judgment | 3 | JAMES |
| OR | Multnomah Circuit Court | 14CV18432 | Alston (PL) | 6/20/2016 | Declaration of Joel Taylor Authenticating Supplemental Authority in Response to New Authority Cited by Plaintiffs in their Reply Mem in Support of their Motion to Compel Documents from Defendant Watchtower | 24 | JAMES |
| OR | Multnomah Circuit Court | 14CV18433 | Alston (PL) | 9/27/2016 | Order on PLs' Motion to Compel | 6 | JAMES |
| OR | Multnomah Circuit Court | 14CV18434 | Alston (PL) | 3/24/2017 | Judgment | 8 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 8/25/2014 | Doc. 2 Complaint | 21 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 8/31/2018 | Doc. 857 Defendant Doe 1 Congregation's Memorandum of Points and Authorities in Support of MSJ Against Plaintiffs Rudy Padrol and Jose Monteagudo, or in the Alternative Summary Adjudication | 19 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 8/9/2019 | Doc. 1244 CA COA Order re Respondent's Motion to Dismiss Appeal, Request for Sanctions, and Request for Judicial Notice. | 1 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 10/3/2019 | Doc. 1254 Notice of Ruling on Defendant Doe 2 Supervisory Organization's Motions Compelling PLs to Serve Supplemental Responses and Responsive Documents re Requests for Production | 7 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 6/29/2020 | Doc. 1259 CA COA Opinion - Dismissal Denied and Sanctions Granted | 26 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 7/29/2020 | Doc. 1260 CA COA - Order Denying Request for Rehearing | 2 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 8/31/2020 | Doc. 1261 CA COA - Remittitur | 27 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 9/8/2020 | Doc. 1263 PLs' Request for Dismissal with Prejudice - Doe 3, Perpetrator Only | 5 | JAMES |
| CA | Orange County Superior Court | 30-2014-00741722-CU-PO-CJC | Roe (PL) | 9/8/2020 | Doc. 1264 PLs' Request for Dismissal with Prejudice - Doe 3, Perpetrator Only | 5 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/11/2003 | Defendants' Notice of Motion to Quash Service of Summons Based on Lack of Personal Jurisdiction | 3 | JAMES |

| State | Court | Case No. | Parties | Date | Document | Pages | Custodian |
|---|---|---|---|---|---|---|---|
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/11/2003 | Memorandum of Points & Authorities in Support of Motion to Quash Service of Summons | 12 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/11/2003 | Appendix of Non-California Authorities in Support of Defendants' Motion to Quash Service of Summons<br>*Helicopertos Nacionales De Colombia v. Hall*<br>*Bancorft & Masters, Inc. v Augusta National Inc* | 29 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/18/2003 | Defendants' Notice of Demurrers to PLs' Complaint | 4 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/18/2003 | Memorandum of Points & Authorities in Support of Church Defendants' Demurrers | 30 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/18/2003 | Appendix of Non-California Authorities in Support of Defendants Demurrers<br>*Amato v. Greenquist*<br>*Ehrens v. Lutheran Church-Missouri Synod*<br>*Franco v. Church of Jesus Christ of Latter-Day Saints*<br>*H.R.B. v. J.L.G*<br>*Langford v. Roman Catholic Diocese of Brooklyn*<br>*Schieffer v. Catholic Archdiocese of Omaha*<br>18 C.J.S Corporations § 12 (2003)<br>86 C.J.S. Torts § 38 (1997) | 88 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 10/31/2003 | Church Defendants' Reply Memorandum of Points and Authorities in Support of Demurrers | 8 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 10/31/2003 | Moving Church Defendants' Reply in Support of Motion to Quash Service of Summons | 8 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 1/14/2004 | Defendants' Notice of Demurrers to PLs' Amended Complaint | 3 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 1/14/2004 | Memorandum of Points & Authorities in Support of Church Defendants' Demurrers Against Amended Complaint | 15 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/2/2004 | Supplemental Memorandum of Points & Authorities in Support of Motion to Quash Service of Summons | 20 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/2/2004 | Second Affidavit of Richard E. Abrahamson | 4 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/2/2004 | Supplemental Memorandum of Points & Authorities in Support of Motion to Quash Service of Summons<br>Appendix of Non-California Authorities<br>*Asahi Metal Industry Company v. Superior Court*<br>*Bancroft & Masters, Inc. v. Augusta National Inc.*<br>Burger King Corp. v. Rudzewicz<br>Gate Learjet Corp. v. Jensen<br>Helicopteros Nacionales De Colombia v. Hall<br>Internat. Shoe Co. v. Washington<br>Perkins v. Benguet Consol. Mining Co.<br>Shute v. Carnival Cruise Lines<br>Thos. P. Gonzalez Corp. v. Consejo Nacional de Produccion de Costa Rica | 117 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/13/2004 | Church Defendants' Reply in Support of Demurrers to PLs' Amended Complaint | 7 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 11/29/2004 | Church Defendants' Brief re Extent of Coordination | 9 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 11/29/2004 | Defendants' Joint Statement re Extent of Coordination | 11 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 12/2/2004 | Church Defendants' Reply re Extent of Coordination | 6 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/1/2005 | Memorandum of Points & Authorities in Support of Church Defendants' Demurrers in All Coordinated Cases | 17 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/1/2005 | Notice of Church Defendants' Motions to Strike Portions of PLs' Complaints in the Coordinated Cases | 24 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/1/2005 | Memorandum of Points & Authorities in Support of Church Defendants' Motions to Strike Portions of Complaints in Coordinated Cases | 15 | JAMES |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 2/1/2005 | Defendants' Notice of Demurrers in Coordinated Cases | 5 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 3/14/2005 | WTPA's Response in Opposition to Motion to Compel Discovery | 10 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 3/14/2005 | Defendants' Opposition to PLs' Separate Statement in Support of Motion to Compel WTPA's Responses to Form Interrogatories | 6 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 3/14/2005 | Defendants' Opposition to PLs' Separate Statement in Support of Motion to Compel WTPA's Responses to Special Interrogatories, Set One | 44 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 3/14/2005 | Defendants' Opposition to PLs' Separate Statement in Support of Motion to Compel WTPA's Responses to PMK Deposition Areas of Inquiry | 21 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 3/14/2005 | Dec. of Robert J. Schnack in Support of WTPA's Response in Opposition to Motion to Compel Discovery | 193 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 3/14/2005 | Defendants' Opposition to PLs' Separate Statement of in Support of Motion to Compel WTPA's Responses to RFPs, Set One | 26 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 3/14/2005 | Defendants' Opposition to PLs' Separate Statement in Support of Motion to Compel WTPA's Responses to Document Requests Contained in Fourth Amended Deposition Notice of PMK | 10 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 5/5/2005 | Defendant CCJW's Notice of Motions for Summary Judgment and Alternative Motions for Summary Adjudication in all Coordinated Cases | 4 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 5/5/2005 | Defendant CCJW's Memorandum of Points & Authorities in Support of Motions for Summary Judgment and Alternative Motions for Summary Adjudication in all Coordinated Cases | 9 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 5/5/2005 | Defendants CCJW's Separate Statement of Undisputed Facts in Support of Motions for Summary Judgment and Alternative Motions for Summary Adjudication in all Coordinated Cases | 5 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 5/5/2005 | Affidavit of William H. Nonkes in Support of Defendant CCJW's Motions for Summary Judgment | 5 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 8/30/2005 | Defendants' Objections to PLs' Reply Brief and Corresponding Motions to Strike | 15 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/30/2005 | Church Defendants' Notice of Motion for Protective Order Regarding the Deposition Notice for J.R. Brown | 4 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/30/2005 | Memorandum of Points & Authorities in Support of Motion for Protective Order Regarding the Notice of Deposition re J.R. Brown | 10 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/30/2005 | Dec. of Robert J. Schnack in Support of Motion for Protective Order Regarding the Deposition Notice of J.R. Brown | 18 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/30/2005 | Dec. of J.R. Brown in Support of Motion for Protective Order Regarding the Deposition Notice for J.R. Brown | 4 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 10/18/2005 | Reply to Opposition to Defendants' Motion for Protective Order Regarding the Notice of Deposition re J.R. Brown | 8 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 10/19/2005 | Dec. of Robert J. Schnack in Support of Motion to Stay Execution of Order to Produce Documents Pending Writ | 4 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 10/19/2005 | Memorandum of Points & Authorities in Support of Church Defendants' Motion to Stay Execution of Order to Produced Documents Pending Writ | 7 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 10/19/2005 | Declaration of Mario F. Moreno | 10 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 6/7/2006 | Church Defendants' Response to PL's Motion to Set Trial Dates | 11 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 6/7/2006 | Dec of Robert J. Schnack in Support of Church Defendants' Response to PL's Motion to Set Trial Dates | 6 | JAMES |
| CA | CA COA | A114329 | Charissa W & Nicole D (PL) | 6/28/2006 | Petition for Writ of Mandate, Verification of Robert J. Schnack, and Memorandum of Points & Authorities | 30 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/15/2006 | Notice of Motion and Motion to Compel PMK Deposition and Document Request Regarding the Legal Department | 2 | JAMES |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/15/2006 | Memorandum of Points & Authorities in Support of Motion to Compel PMK Deposition and Document Request Regarding the Legal Department | 21 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/29/2006 | Dec. of Robert J. Schnack in Support of Opposition to PLs' Motion to Compel Deposition PMK Deposition and Document Request Regarding the Watchtower Legal Department | 5 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/29/2006 | Church Defendants' Memorandum of Points & Authorities in Opposition to PLs' Motion to Compel Deposition and/or Motion for a Protective Order Regarding the Woodland Elders | 17 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/29/2006 | Dec. of J. Gary Hayes in Support of Defendants' Opposition to PLs' Motion to Compel Deposition and/or Motion for Protective Order Regarding the Woodland Elders | 6 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/29/2006 | Dec. of Arturo Almanza in Support of Defendants' Opposition to PLs' Motion to Compel Deposition and/or Motion for Protective Order Regarding the Woodland Elder | 6 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/29/2006 | Church Defendants' Memorandum of Points & Authorities in Opposition to PLs' Motion to Compel Deposition PMK Deposition and Document Request Regarding General Discovery Matters | 39 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/29/2006 | Church Defendants' Memorandum of Points & Authorities in Opposition to PLs' Motion to Compel Deposition PMK Deposition and Document Request Regarding the Watchtower Legal Department | 9 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 9/29/2006 | Dec. of Mario F. Moreno in Support of Opposition to PLs' Motion to Compel Deposition PMK Deposition and Document Request Regarding the Watchtower Legal Department | 30 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 10/16/2006 | Court's Ruling on Discovery Motions | 3 | JAMES |
| CA | Napa County Superior Court | 26-22191 | Charissa W & Nicole D (PL) | 11/21/2006 | Church Defendants' Response in Opposition to Coordinate and "Add On" Case | 20 | JAMES |
| CA | Riverside Superior Court | MCC 1300850 | J.W. (PL) | 2/9/2015 | Notice of Filing Ruling re: Plaintiff's Motion for Sanctions Against all Defendants | 7 | JAMES |
| | | | | 2/11/1986 | Affidavit of Don Adams | 10 | JAMES |
| | | | | | | **TOTAL: 3,241** | |

| STATE | COURT INFO | CASE NO. | PARTIES | DOCUMENT DATE | DOCUMENT DESCRIPTION | PAGE COUNT | RVW ATTORNEY |
|---|---|---|---|---|---|---|---|
| TX | 251st District Court - Potter County | 91,048-C-1 | Amy B. (PL) | 1/30/2004 | WTNY, et. al.'s Motion for Summary Judgment with Exhibits: Affidavits of Larry Kelley, Chuck Regal, Christopher Jensen PL's Original Petition Documents: Kell 171, 175, 181 & 189 Amy B. Depo. Excerpts | 74 | KATY |
| TX | 251st District Court - Potter County | 91,048-C-1 | Amy B. (PL) | 1/30/2004 | WTNY, et. al.'s Brief in Supp. Motion for Summary Judgment | 21 | KATY |
| TX | 251st District Court - Potter County | 91,048-C-1 | Amy B. (PL) | 3/17/2004 | WTNY, et. al.'s Objections to PL's Summary Judgment Evidence | 55 | KATY |
| TX | 251st District Court - Potter County | 91,048-C-1 | Amy B. (PL) | 3/17/2004 | WTNY, et. al.'s Reply in Support of their MSJ Affidavits of Merton Campbell & Charles Regal | 29 | KATY |
| OR | Marion County Circuit Court | 06-C-15281 | Grafmyer | 10/11/2006 | DFs' Memo in Opposition to Motion to Compel Docs | 5 | KATY |
| OR | Marion County Circuit Court | 06-C-15281 | Grafmyer | 10/25/2006 | DFs' Supp. Memo in Opposition to Motion to Compel Docs | 24 | KATY |
| OR | Marion County Circuit Court | 06-C-15281 | Grafmyer | 10/27/2006 | PL's Response to DFs' Supp. Memo in Opposition to Motion to Compel Documents | 17 | KATY |
| OR | Marion County Circuit Court | 06-C-15281 | Grafmyer | 11/7/2006 | DFs' 3rd Memo in Opposition to Motion to Compel Document | 8 | KATY |
| OR | Marion County Circuit Court | 06-C-15281 | Grafmyer | 11/14/2006 | Supp. Dec. of Merton V. Campbell (Elder) | 3 | KATY |
| OR | Marion County Circuit Court | 06-C-15281 | Grafmyer | 3/9/2004 | Excerpts from Deposition Transcript - James Walter Whitney WTNY001151-001338 | 187 | KATY |
| TX | Polk County District Court Smith County District Court | CIV2600 03-2368C/B | Kaleena S. | 11/18/2003 | Deposition Transcript - Curtis Hall | 23 | KATY |
| TX | Polk County District Court Smith County District Court | CIV2600 03-2368C/B | Kaleena S. | 12/18/2003 | DFs' Joint Motion for Partial Summary Judgment as to all Individual Claims and Causes of Action of Plaintiff, Kaleena S. | 11 | KATY |
| TX | Polk County District Court Smith County District Court | CIV2600 03-2368C/B | Kaleena S. | 2/4/2004 | PL's Omnibus Motion to Compel | 16 | KATY |
| TX | Polk County District Court Smith County District Court | CIV2600 03-2368C/B | Kaleena S. | 2/10/2004 | PL's Supplemental Omnibus Motion to Compel | 6 | KATY |
| TX | Polk County District Court Smith County District Court | CIV2600 03-2368C/B | Kaleena S. | 3/17/2004 | Hearing Transcript - Motion for Summary Judgment | 15 | KATY |
| TX | Polk County District Court Smith County District Court | CIV2600 03-2368C/B | Kaleena S. | 6/18/2004 | Order Granting Motion to Compel | 1 | KATY |
| OR | County of Linn District Court | 03-0431 | Morley, Schroeder & Vizenor (PL) | 3/18/1999 | Deposition Transcript Excerpts - Edward Burke (former Elder) | 6 | KATY |

| State | Court | Case No. | Party | Date | Description | Pages | Atty |
|---|---|---|---|---|---|---|---|
| OR | County of Linn District Court | 03-0431 | Morley, Schroeder & Vizenor (PL) | 5/21/2003 | DFs' Motions to Dismiss & Supporting MOL<br>EX: Supreme Court of Main Decision - Bryan R. v. WTNY | 36 | KATY |
| OR | County of Linn District Court | 03-0431 | Morley, Schroeder & Vizenor (PL) | 7/9/2003 | DFs' Reply re Motions to Dismiss | 34 | KATY |
| OR | County of Linn District Court | 03-0431 | Morley, Schroeder & Vizenor (PL) | 9/26/2005 | DF's Motion for Partial Summary Judgment<br>Dec. of Alexander Reinmueller<br>Dec. of Patrick J. LaFranca<br>Dec. or William Nonkes | 9 | KATY |
| OR | County of Linn District Court | 03-0431 | Morley, Schroeder & Vizenor (PL) | 4/5/2006 | DF's Motion for Summary Judgment<br>Dec. of John Kaempf with Excerpts for PL's 11/30/2005 Depo. Transcript | 20 | KATY |
| OR | County of Linn District Court | 03-0431 | Morley, Schroeder & Vizenor (PL) | Undated | Letter from WTNY to BOE regarding the deletion of an elder | 2 | KATY |
| CA | COA -4th District | D070723 | Padron (PL) | 3/15/2017 | Appellant's Opening Brief | 62 | KATY |
| CA | COA - 4th District - Div. 1 | D070723 | Padron (PL) | 7/18/2017 | Respondent's Opening Brief | 77 | KATY |
| CA | COA - 4th District - Div. 1 | D070723 | Padron (PL) | 8/21/2017 | Appellant's Reply Brief | 31 | KATY |
| CA | COA - 4th District - Div. 1 | D070723 | Padron (PL) | 11/9/2017 | COA Opinion | 39 | KATY |
| WA | USDC - Eastern District | CV-11-00623 | LLS America | 9/17/2013 | PL's MIL No. 15 to Admit Evidence of Transfers made by Debtor prior to 7/15/2005 and Memo in Support (Doc. 10) | 472 | KATY |
| WA | USDC - Eastern District | CV-11-00623 | LLS America | 10/18/2013 | Response to PL's MIL No. 15 (Doc. 12) | 6 | KATY |
| WA | USDC - Eastern District | CV-11-00623 | LLS America | 11/1/2012 | PL's Local Rule 56.1(c) Statement (Doc. 17) | 8 | KATY |
| WA | USDC - Eastern District | CV-11-00623 | LLS America | 11/1/2013 | Dec. of Richard L. Mount in Support of Reply to PL's MIL No. 15 (Doc. 18) | 14 | KATY |
| | | | | | **TOTAL: 1,311** | | |

| STATE | COURT INFO | CASE NO. | PARTIES | DOCUMENT DATE | DOCUMENT DESCRIPTION | PAGE COUNT | RVW ATTORNEY |
|---|---|---|---|---|---|---|---|
| PA | Philadelphia County Court of Common Pleas | 13-09-01293 | Fessler | 2/7/2017 | Trial Transcript - Day I - P.M. Session<br>Opening Statements<br>Thomas Jefferson Testimony | 131 | RYAN |
| PA | Philadelphia County Court of Common Pleas | 13-09-01293 | Fessler | 2/8/2017 | Trial Transcript - Day 2 - A.M. Session<br>Thomas Jefferson Testimony | 131 | RYAN |
| PA | Philadelphia County Court of Common Pleas | 13-09-01293 | Fessler | 2/9/2017 | Trial Transcript - Day II - P.M. Session<br>Eric Hoffman Testimony<br>Donald Hollingworth Testimony | 115 | RYAN |
| PA | Philadelphia County Court of Common Pleas | 13-09-01293 | Fessler | 2/10/2017 | Trial Transcript - Day 3 - A.M. Session<br>T. Monheim Testimony<br>L. Layden Testimony | 140 | RYAN |
| PA | Philadelphia County Court of Common Pleas | 13-09-01293 | Fessler | 2/13/2017 | Trial Transcript - Day 4 - A.M. Session<br>L. Layden Testimony | 107 | RYAN |
| IL | McHenry County Twenty-Second Circuit Court | 20 CM 1338 | Penkava (DF) | 12/16/2021 | Hearing Transcript - Excerpt of Pretrial Proceedings | 143 | RYAN |
| IL | McHenry County Twenty-Second Circuit Court | 20 CM 1338 | Penkava (DF) | 12/16/2021 | Hearing Transcript - Pretrial Testimony of John Miller & Eloina Hernandez | 143 | RYAN |
| IL | McHenry County Twenty-Second Circuit Court | 20 CM 1338 | Penkava (DF) | 12/17/2021 | Hearing Transcript - Closing Arguments | 41 | RYAN |
| IL | McHenry County Twenty-Second Circuit Court | 20 CM 1338 | Penkava (DF) | 12/23/2021 | Court's Ruling on Motions and Testimoy | 36 | RYAN |
| Various | Various | Various | Various | Various | Affidavits of Moreno, Brumley, & Polidoro in Support of WTPA's copyright infringement cases | | RYAN |
| | | | | | | **TOTAL: 987** | |

| STATE | COURT INFO | CASE NO. | PARTIES | DOCUMENT DATE | DOCUMENT DESCRIPTION | PAGE COUNT | RVW ATTORNEY |
|---|---|---|---|---|---|---|---|
| CA | Alameda County Superior | HG115588324 | Conti | 3/28/2011 | MOA in Supp. of Church DFs' Demurrer to PL's Complaint | 8 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 7/19/2011 | Meet & Confer Dec. of Simons in Supp. of PL's Motion to Compel Documents | 49 | ROB |
| CA | Alameda County Superior | HG115588324 | Conti | 7/19/2011 | MOA in Supp. of PL's Motion to Compel Documents | 5 | ROB |
| CA | Alameda County Superior | HG115588324 | Conti | 8/16/2011 | PL's Reply in Support of Motion to Compel Documents | 5 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 8/17/2011 | WTNY, et. al's MOA in Opposition to Motion to Compel Further Production of Documents | 35 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 8/17/2011 | Foreign Cases Filed in Support of WTNY, et. al.'s MOA in Opposition to PL's Motion to Compel Documents | 160 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 9/7/2011 | PL's Motion, MOA and Dec. of Simons re Motion to Compel Answer to Deposition Answers from Abrahamson | 6 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 9/7/2011 | Dec. of Simons in Support of PL's Motion to Compel Deposition Answers from Gary Abrahamson | 40 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 9/16/2011 | WTNY, et. al's MOA in Opposition to Motion to Compel Deposition Answers from Abrahamson. | 33 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 9/20/2011 | Order Granting Motion to Compel Deposition Answers from Abrahamson | 2 | ROB |
| CA | Alameda County Superior | HG115588324 | Conti | 10/17/2011 | Order Granting Motion to Compel Documents | 2 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 5/3/2012 | Order and Minutes from 5/3/2012 Hearing re PL's Motion to Amend Complaint | 2 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 5/9/2012 | Jury Trial Transcript-Day 1<br>Opening Statements<br>Gary Abrahamson Testimony<br>Michael Clarke Testimony | 226 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 5/30/2012 | Jury Trial Transcript-Day 2<br>Michael Clark Testimony Continued<br>Evelyn Kendrick Testimony<br>Claudia Francis Testimony<br>Andrea Sylvia Testimony<br>Kathleen Conti Testimony<br>Dorothy Conti Testimony<br>Clifford Williams Testimony<br>Lawrence Lamerdin Testimony | 209 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 5/31/2012 | Jury Trial Transcript-Day 3<br>Car Lewis Testimony<br>Neal Conti Testimony<br>Allen Shuster Testimony<br>Laura Walton, M.D. Testimony<br>Laura Fraser, M.D. Testimony | 221 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 6/4/2012 | Jury Trial Transcript-Day 4<br>Robert Davila Testimony<br>Carolyn Martinez Testimony<br>Anna Salter, PhD Testimony<br>Candace Conti Testimony | 169 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 6/5/2012 | Jury Trial Transcript-Day 5<br>Elizabeth Ponton, M.D. Testimony<br>Bernice Munoz Testimony<br>Sylvia Munoz Testimony<br>Monica Applewhite, PhD Testimony<br>Allen Shuster Testimony | 192 | ROB |
| CA | Alameda County Superior | HG115588324 | Conti | 6/6/2012 | Jury Trial Transcript - Day 6 | 72 | ROB |
| CA | Alameda County Superior Court | HG115588324 | Conti | 6/11/2012 | Jury Trial Transcript - Day 7<br>Closing Arguments | 224 | ROB |
| CA | Alameda County Superior | HG115588324 | Conti | 2/15/2012 | Depo. of Mario F. Moreno | 10 | ROB |
| CA | San Diego Superior Court | 37-2012-00099849-CU-PO-CTL | Lopez (PL) | 3/30/2017 | Dec. of Storey in Support of Pl's Opposition to WTNY's Motion for Summary Judgment or Alternative Summary Adjudication Issues (Doc. 513) | 220 | ROB |
| CA | San Diego Superior Court | 37-2012-00099849-CU-PO-CTL | Lopez (PL) | 3/31/2014 | Deposition Transcript - Richard Ashe (Vol. I)<br>CAEKAERT/MAPLEY 003642-003864 | 223 | ROB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CA | San Diego Superior Court | 37-2012-00099849-CU-PO-CTL | Lopez (PL) | 4/1/2014 | Deposition Transcript - Richard Ashe (Vol. II) CAEKAERT/MAPLEY 003865-004017 | 153 | ROB |
| CA | San Diego Superior Court | 37-2012-00099849-CU-PO-CTL | Lopez (PL) | 4/1/2014 | Deposition Transcript - Mario F. Moreno | 21 | ROB |
| | | | | | | **TOTAL: 2,287** | |