*Exhibit B*

Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT 59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1401 Delgany St. #404
Denver, CO 80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **DECLARATION OF JESSICA YUHAS** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | |
| Defendants, | |

Declaration of Jessica Yuhas
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page 1 of 6

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE ) )  | |
| Plaintiff, ) | Cause No. CV 20-59-BLG-SPW |
| vs. ) | |
| ) | |
| WATCHTOWER BIBLE AND TRACT ) SOCIETY OF NEW YORK, INC., and ) WATCH TOWER BIBLE AND TRACT ) SOCIETY OF PENNSYLVANIA, ) | |
| ) | |
| Defendants. ) | |

I, Jessica Yuhas, declare that the foregoing is true and correct:

1. I am over the age of 21 years and am competent to and do state the facts and matters contained in this affidavit are true and based upon my personal knowledge.

2. I am a paralegal at Meyer, Shaffer & Stepans, PLLP.

3. My time expenditure was not kept contemporaneously, but sufficient records and documentation existed to provide a basis for reasonable, and indeed very conservative, expenditures of billable time for each task described below.

4. In some circumstances, my firm represents clients on an hourly fee basis where my ordinary and customary rate is $75/hour.

5. We learned about prior litigation cases involving the Jehovah's Witnesses' entities (WTNY, WTPA, CCJW, various Congregation, etc.) through our consultants, references in documents we obtained from other Court cases,

Declaration of Jessica Yuhas
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **2** of **6**

documents produced by WTNY or WTPA, and internet searches (which include general searches for lawsuits and media articles about the Jehovah's Witnesses Organization).

6. Attached hereto as **Exhibit 1** is a list of all cases we've uncovered during our research. Prior to filing Plaintiffs' Motion for Sanctions re: WTNY's Non-Compliance with Court Order (Doc. 287) we independently obtained approximately 736 documents from these cases. These 736 documents constituted 34,917 pages of information to be reviewed.

7. Following the filing of the above Motion, I continued to obtain case documents, however, this time is not accounted for in this Declaration.

8. For each of the cases listed on Exhibit 1, I was tasked with obtaining a Docket Report. I did this by either contacting the appropriate Clerk of Court to request the Docket Report or by locating the Court's online repository and pulling the docket report myself. Because each Court is different, the process for locating cases and obtaining docket reports varies widely. I've obtained copies of 44 case docket reports. I estimate that it took between 5-10 minutes per case to locate the case docket report and save a copy to our system. At 5 minutes per case a conservative estimate of the time it took me to obtain 44 case docket reports is 4 hours.

Declaration of Jessica Yuhas
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **6**

9. Once the docket report was obtained and saved to our file, I reviewed it to determine which documents should be reviewed for our cases. On average the review of docket reports takes 30 seconds per page, however, due to the complexity of some cases and docket reports this could be as much as 1-2 minutes per page. I reviewed a total of 631 pages for docket reports. At 30 seconds per page, a conservative estimate of the time I spent reviewing 631 pages of docket reports is 5.25 hours.

10. Once the docket report was reviewed by me, I had a conversation with one of the firm's attorneys to discuss which documents we'd like to spend the time and money obtaining. On average these conversations took 30 minutes to complete, however, due to the length and complexity of some of the docket reports these calls could last as long as an hour. I reviewed a total of 45 docket reports. At 30 minutes per call, a conservative estimate of the time I spent discussing 45 docket reports with the firm's attorneys is 22.5 hours.

11. I then either contacted the Clerk of Court or went to the Court's online repository and obtained a copy of each document. Documents obtained from the Clerk of Court electronically or from the Court's online repository were saved to our filing system and cataloged into a document tracking

Declaration of Jessica Yuhas
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **4** of **6**

spreadsheet. Some Clerk of Court files were received as one large, combined document and had to be separated by individually filed documents. Because the process for requesting documents varied by each case and the Court in which each case was filed, the time required to obtain docket reports and case documents varied greatly. I conservatively estimate that I spent 120 hours requesting case documents.

12. Documents obtained from the Clerk of Court in paper form had to be scanned individually, saved to our filing system, and cataloged into a document tracking spreadsheet. Depending upon how the documents were received from the Clerk of Court the time spent saving documents, ensuring they were searchable, and cataloging them took between 2-3 minutes per document. Prior to filing Plaintiffs' Motion for Sanctions re: WTNY's Non-Compliance with Court Order (Doc. 287) we independently obtained approximately 736 documents from these cases. At 2 minutes per document, a conservative estimate of the time I spent saving the 736 documents, ensuring they were searchable, and cataloging them is 24.5 hours.

13. Once documents were properly saved and cataloged, they were individually reviewed by an attorney for relevant information, which was input into a tracking spreadsheet for future reference.

Declaration of Jessica Yuhas
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **5** of **6**

14. A conservative estimate of the time I spend finding cases, obtaining and reviewing docket reports, discussions with attorneys about docket reports and document requests, requesting case records, saving documents, and cataloging the same is 176.25 hours.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 7th day of March, 2024.

By: _____
Jessica Yuhas

Declaration of Jessica Yuhas
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **6 of 6**

*Exhibit 1*

| Case Number | Case Title | Court Information | Docket Page Count | Document Page Count |
|---|---|---|---|---|
| DV 16-84 | Alexis Nunez and Holly McGowan v. Watchtower Bible Tract Society of New York, Inc., and Thompson Falls Congregation of Jehovah's Witnesses | Montana Twentieth Judicial District Court of Sanders County | 14 | 1,118 |
| 04-2-02451-4 | Aimey Merie Vigue and Kay Vigue v. Edward Norman Davis and Cheryle Davis, WTNY, WTPA, CCJW, and Opportunity Congregation of Jehovah's Witnesses | Superior Court of Washington, Spokane County | 3 | 413 |
| 85-4012 | Paul V. Watchtower Bible Tract Soc. of NY | 9th Circuit COA | 0 | 10 |
| 37-2010-00092450-CU-PO-CTL | John Dorman and Joel Gamboa v. Defendant Doe 1, La Jolla Church; Defendant Doe 2, Linda Vista Church; Defendant Doe 3, Supervisory Organization; Defendant Doe 4, Perpertrator; and Does 5-100 | Superior Court of California, County of San Diego | 9 | 896 |
| CS-02-0190-EFS | Erica Rodriguez v. WTNY, Othello Spanish Congregation of Jehovah's Witnesses, & Manuel Beliz | USDC - Eastern District of Washington | 4 | 544 |
| HG11558324 | Jane Doe (Conti) v. WTNY, WTPA, Governing Body, Jehovah's Witnesses on Peralta Blvd Fremont, Kingdom Hall of Jehovah's Witnesses, Jonathan Kendrick & Roes 1-10 | Superior Court of California, County of Alameda | 17 | 613 |

| | | | | |
|---|---|---|---|---|
| 14CV-18423 | Velicia Alston & John Roe v. WTNY & North Hillsboro Congregation of Jehovah's Witnesses | Circuit Court of Oregon, Multnomah County | 17 | 184 |
| 37-2012-00099849-CU-PO-CTL | Jose Lopez v. Defendant Doe 1, Linda Vista Church; Defendant Doe 2, Supervisory Organization; Defendant Doe 3, Perpertrator; and Does 4-100 | Superior Court of California, San Diego County | 26 | 1,816 |
| 91,08-C-1 | Amy B., v. Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Pennsylvania, Inc., Christian Congregation of Jehovah's Witnesses, Dumas Congregation of Jehovah's Witnesses, Amarillo-Southwest Congregation of Jehovah's Witnesses and | District Court of the State of Texas for the County of Potter | 11 | 179 |
| 30-2014-00741722-CU-PO-CJC | John Roe 1 & John Roe 2 v. DF Doe 1, Congregation (Laguna Hills Congregation); DF Doe 2, Supervisory Organization; DF Doe 3 Perpetrator; and Does 4-100 | Superior Court of California, Orange County | 36 | 1,368 |

| | | | | |
|---|---|---|---|---|
| A461675 | Dawn Bradley, Amanda Cirone, Annette Reed, Donna Wilkes and Lori L. vs. Watchtower Bible and Tract Society of New York, Inc., Jehovah's Witnesses Nevada Circuit, Yerrington English Congregation of Jehovah's Witnesses, Inc., Watchtower Enterprise, Inc., Watchtowner Foundation, Inc., Watchtower Associates, Ltd., Kindgom Support Services, Inc., Christian Congregation of Jehovah's Witnesses, Religious Order of Jehovah's Witnesses, Daniel Steven Fitzwater, and Charles | District Court of the State of Nevada for the County of Clark | 8 | 32 |
| CV508137 | Jason Cobb v. Ernest Brede, Luis Contreas, Larry Alverdure | Superior Court of California, County of San Mateo | | 245 |
| 26-22191 | Charissa W. and Nicole D., v. Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Society of Pennsylvania, Christian Congregation of Jehovah's Witnesses, Napa Kindgom Hall now doing business as Napa Congregation of Jehovah's Witnesses and Oak Knoll Congregation of Jehovah's Witnesses, and Does 1-20 | Superior Court of California, County of Napa | 42 | 6,764 |
| 13CV181057 | Elizabeth McFarland v. West Congregation of Jehovah's Witnesses, WTNY & CCJW | Common Pleas Court, Lorain County | 6 | 973 |
| 15CA010740 | Elizabeth McFarland v. West Congregation of Jehovah's Witnesses, WTNY & CCJW | OH Ninth Judicial District Court of Appeals | 3 | 31 |
| 130901293 | Stephanie Fessler v. WTNY, CCJW & Spring Grove Congregation of Jehovah's Witnesses | Common Please Court First Judicial District | 42 | 632 |
| CI12898 | Richard Churchfield and Lezly Churchfield and Lezly Churchfiled and GAL for minor Tina L. Churchfield v. Daniel Steven Fitzwater and Lynn Fitzwater, Yerington Kingdom Hall of Jehovah's Witnesses, Watchtower Bible and Tract Society of New York, Inc., and Does I-X. | Third Judicial District Court of the State of Nevada for the County of Lyon | 0 | 35 |

| | | | | |
|---|---|---|---|---|
| DC-14-12402 | John Doe I, John Doe II, Jane Doe I, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, Jane Doe VI, & Jane Doe VII v. WTNY & WTPA | 14th Judicial District Court, Dallas County | 14 | 2,864 |
| 05-17-00362-CV | John Doe I, John Doe II, Jane Doe I, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, Jane Doe VI, & Jane Doe VII v. WTNY & WTPA | TX Fifth District Court of Appeals | 0 | 11 |
| CV-2003-1439 | West & Pence v. WTNY, WTPA, Watchtower Enterprises, LLC, Watchtower Foundation, Inc., Watchtower Associates, LTD, Kingdom Support Services, Inc., CCJW, Religious Order of JW, Woodland Congregation of JW, Quincy CA Congregation of JW, and Timothy Silva | Superior Court of California, County of Yolo | 22 | 24 |
| HNT-L-000336-19 | Lynn Haggan & Tarah Bird v. WTNY, WTPA, CCJW & Donald Nicolson | Superior Court of New Jersey Law Division, Hunterdon County | 10 | 2,166 |
| 06-C-15281 | Jared Grafmyer v. Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Pennsylvania, Inc. and Lancaster Congregation of Jehovah's Witnesses | Circuit Court of the State of Oregon for the County of Marion | 7 | 245 |
| 2009-CA-2547 | Rodmon Hollis v. Dean Mennis, WTNY & WTFL | Circuit Court of the Second Judicial Circuit, Leon County | 15 | 0 |
| 52598 | Julianne Wimberley Gutierrez and Joshua Wimberley v. Roes 1-10 and Does 110-120 | Superior Court of California, County of Tehama | 0 | 23 |

| | | | | |
|---|---|---|---|---|
| RG12619034 | Joshua Hood, GAD for Amie Hood v. WTNY, English Congregation of Jehovah's Witnesses, Fremont CA Congregation of Jehovah's Witnesses dba North Congregation of Jehovah's Witnesses, Jonathan Kendrick & Does 1-10 | Superior Court of California, County of Alameda | 12 | 0 |
| CIV20600 (Polk County) 03-2368C/B (Smith County) | Kaleena S. and Next Friend of Amanda M. v. Watchtower Bible and Tract Society of New York, Inc., Jehovah's Witnesses - East Congregation. Jehovah's Witnesses - White House Congregation, Watchtower Bible and Tract Society of Pennsylvania, Inc., and James Harvey | Disrtict Court of the State of Texas for the County of Smith | 2 | 174 |
| 1CCV-20-0000390 | N.D. v. Makaha, Hawaii Congregation of Jehovah's Witnesses, Makaha Congregation of Jehovah's Witnesses and Kingdom Hall, Makaha Congregation of Jehovah's Witnesses, WTNY, Kenneth L. Apana, and Does 1-100 | Circuit Court of First Circuit State of Hawaii | 77 | 670 |
| SCV 16600 | Ken L. v. Roes 1-10 and Does 110-120 | Superior Court of California, County of Placer | 2 | 21 |
| 316 M.D. 2020 | Ivy Hill Congregation of Jehovah's Witnesses v. Commonwealth Pennsylvania, Department of Human Services | Commonwealth Court of Pennsylvania | 11 | 721 |

| | | | | |
|---|---|---|---|---|
| 030431 | Leanna (Morley) Stone, Jessica Schroeder & Christina Vizenor v. North Albany Oregon Congregation of Jehovah's Witnesses, Inc., f/k/a Albany Oregon Company of Jehovah's J Witnesses, Inc., Watchtower Bible and Tract Society of New York, Inc., Watchtower Bible and Tract Society of Pennsylvania, Watchtower Enterprises, L.L.C., Watchtower Foundation, Inc., Watchtower Associates, LTD, Kindgom Support Services, Inc., Christian Congregation of Jehovah's Witnesses, Religious Order of Jehovah's Witnesses, The Watchtower Group, Inc., and North Bothell Congregation of Jehovah's | Circuit Court of the State of Oregon for the County of Linn | 17 | 113 |
| S-CV-0016723 | Javier C. v. WTNY, WTPA, CCJW, Roseville Congregation, and Carlos Vasquez | Superior Court of California, County of Placer | 3 | 0 |
| 26-23929 | Tabitha H. v. Roes 1-100 and Does 110-120 | Superior Court of California, County of Napa | 12 | 35 |
| SCV234140 | Daniella A v. Oakland Congregation, CCJW, WTPA, and WTNY | Superior Court of California, County of | 12 | 0 |
| 52594 | Tim W. v. WTNY, WTPA, Watchtower Enterprise LLC, Watchtower Foundation Inc., Watchtower Associates, LTD, Kingdom Support Services, Inc., CCJW, Religious Order of Jehovah's Witnesses, North Congregation of Jehovah's Witnesses, Red Bluff CA, James Henderson, & Does 1-20 | Superior Court of California, County of Tehama | 9 | 22 |
| 500-06-000886-172 | Lisa Balis v. WTCA, WTPA, WTNY, and CCJW | Superior Court of Canada, Providence of Quebec, District of Montreal | 0 | 3 |

| | | | | |
|---|---|---|---|---|
| 37-2013-00067529-CU-PO-CTL **Appeal**: D070723 (CA 4th Appellate Dist. Div. One) | Osbaldo Padron v. Playa Pacifica Spanish Congretation, Watchtower Bible and Tract Society of NY, Inc., and Defendant Doe 3 | Superior Court of California, County of San Diego | 17 | 2,176 |
| D070723 | Osbaldo Padron v. Playa Pacifica Spanish Congretation, Watchtower Bible and Tract Society of NY, Inc., and Defendant Doe 3 | CA COA - Fourth Appellate District | 0 | 1,581 |
| 2:14-cv-00205-cr | Annessa Lewis v. Bellos Falls Congregation of Jehovah's Witnesses, Bellows Falls, Vermont, Inc.; Watchtower Bible and Tract Society of New York, Inc.; and Norton True | USDC - District of Vermont | 12 | 2,148 |
| 515069/2021 | Santos Soto v. Yonkers Congregation of Jehovah's Witnesses, WTNY, Governing Body & Larry Cortez | Superior Court of New York, Kings County | 0 | 2 |
| 210345 | Tyler Charles Davidow v. North Albany OR Congregation, North Corvallis Congregation OR, WTNY, WTPA, Watchtower Associates, LTD, Kingdom Support Services, Inc., CCJW, Religious Order of JW, and Troy Christian McKenzie | | 16 | 0 |
| 2020CM001338 | People v. Penkava, Michael M | | 0 | 740 |
| 7:11-cv-03656-CS | Lorterdam Properties at Ramapo I, LLC v. WTNY | USDC - Southern District of NY | 9 | 124 |
| MCC1300850 | J.W. vs. Mountain View Congregation of Jehovah's Witnesses, French Valley Congregation of Jehovah's Witnesses, WTNY, & CCJW | Superior Court of California, County of Riverside | 78 | 1,037 |
| E066555 | J.W. v. WTNY | CA COA - Fourth Appellate District | 0 | 294 |

| | | | | |
|---|---|---|---|---|
| 19-40 | WTNY v. J.W. | SCOTUS | 0 | 150 |
| | Rita Williams v. Kingdom Hall of Jehovah's Witnesses, Roy Utah, WTNY, Harry Diamanti, Eric Stocker, Raulon Hicks, and Dan Harper. | Second Judicial District Court for Weber County | 0 | 0 |
| 20170783 | Ria Williams v. Kingdom Hall of Jehovah's Witnesses | Utah Court of Appeals - Second District | 2 | 0 |
| 20190422 | Ria Williams v. Kingdom Hall of Jehovah's Witnesses | Utah Supreme Court - Second District | 2 | 165 |
| LCV2020187211 | Cornine Gravenese v. Phillip Zabel, Jehovah's Witness Kingdom Hall, John Doe 1-100, Dover Congregation of Jehovah's Witnesses, Belvidere Congregation of Jehovah's Witnesses, and WTNY | Superior Court of New Jersey Law Division, Cumberland County | 8 | 682 |
| See Below | See Below | See Below | | |
| 2018cv00609 | Seungjin Kim v. Watch Tower Bible & Tract Society of PA, Watch Tower Bible & Tract Society of NY, Christian Congregation of Jehovah Witnesses, Religious Order of Jehovah's Witnesses, NY, Kindgom Support Services, Inc., NY, Watch Tower Bible & Tract Society of Australia, Watch Tower Bible & Tract Society of Canada, Apple, Inc., and Google, Inc., | USDC - District of Columbia | 2 | 0 |
| 2018cv00268 | John Doe v. Watch Tower Bible & Tract Society of PA | USDC - Souther District of NY | 4 | 0 |
| 2003cv00362 | Jessie Samuel Rufus Benford v. Watch Tower Bible Tract Society, Jehovah's Witness - Halls Ferry Congregation, and Local Kindgod Hall of Jehovah's Witnesses - New Halls Ferry Congregation | USDC - Eastern District of Missouri | 2 | 0 |
| 2012cv00623 | | | | 500 |
| 2002cv02790 | Peter Nexi Nedd v. Watch Tower Bible Tract Soceity | USDC - Eastern District of NY | 2 | 0 |
| 2020cv00254 | William Harding v. Watch Tower Bible & Tract Society of NY, Christian Congregation of Jehovah Witnesses, Christian Congregation of Jehovah Witnesses of Muskogee OK, Samuel Portis (Elder), and Frank Lee (Ministerial Servant) | USDC - Western District of Oklahoma | 2 | 0 |

| | | | | |
|---|---|---|---|---|
| CV-13-4917 | Jason Cobb v. Don Adams, Joel Adams, Allen Shuster, CCJW, Kingdom Support Services, Inc., Regional Building Committee of Jehovah's Witnesses, Inc., Religious Order of Jehovah's Witnesses, Inc., WTPA, English Congregation of Jehovah's Witnesses, Melno Park California, Inc., Daniel Kassabian, The County of Santa Clara, William Anthony Dixon, Jeff Keegan, Victoria Trask, The City of Melno Park, The County of San Mateo, | USDC - Northern District of California | 6 | 166 |
| LCV20211914643 | Corinne Pandelo v. The Governing Body of Jehovah's Witnesses, Fairlawn Congregation of Jehovah's Witnesses, WTNY, Hackensack Congregation of Jehovah's Witnesses, and John and Jane Does 1-100 | Superior Court of New Jersey Law Division, Bergen County | 6 | 1,852 |
| See Below | See Below | See Below | | |
| 2017-MC-00195 | In re DMCA (Digital Millennium Copyright Act) Subpoena to Google, Inc. | USDC - Southern District of NY | 0 | 18 |
| 2018-MC-00268 | In re DMCA (Digital Millennium Copyright Act) Subpoena to YouTube (Google, Inc.) | USDC - Southern District of NY | 0 | 33 |
| 2017-MC-00241 | In re DMCA (Digital Millennium Copyright Act) Subpoena to GoDaddy.com, LLC | USDC - Southern District of NY | 0 | 14 |
| 2018-MC-00177 | In re DMCA (Digital Millennium Copyright Act) Subpoena to Microsoft Corportation | USDC - Southern District of NY | 0 | 11 |
| 2018-MC-00076 | In re DMCA (Digital Millennium Copyright Act) Subpoena to YouTube (Google, Inc.) | USDC - Southern District of NY | 0 | 39 |
| 2019-MC-00085 | In re DMCA (Digital Millennium Copyright Act) Subpoena to Google LLC (YouTube) | USDC - Southern District of NY | 0 | 12 |
| 2018-MC-00362 | In re DMCA (Digital Millennium Copyright Act) Subpoena to Facebook, Inc. | USDC - Southern District of NY | 0 | 13 |
| 2018-MC-00179 | In re DMCA (Digital Millennium Copyright Act) Subpoena to Google, Inc. | USDC - Southern District of NY | 0 | 78 |
| 2019-MC-00260 | In re DMCA (Digital Millennium Copyright Act) Subpoena to Scribd, Inc., | USDC - Southern District of NY | 0 | 14 |

| | | | | |
|---|---|---|---|---|
| 2020-CV-03366 | Watch Tower Bible & Tract Society of PA v. The Truth and Transparency Foundation, Ryan C. McKnight and Ethan G. Dodge | USDC - Southern District of NY | 0 | 123 |
| | | | **631** | **34,917** |