Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
412 Clock Tower Commons Dr.
Brewster, NY 10509
Tel./E-Fax (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br>         Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR., <br><br>         Defendants. | Cause No. CV 20-52-BLG-SPW <br><br> **DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S RESPONSE TO PLAINTIFFS' STATEMENT OF EXPENSES AND FEES RE: ECF NO. 318** |

Pursuant to the Court's Order dated February 6, 2024 (Doc. 318) (hereinafter "Order"), Defendant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY"), hereby submits its response to Plaintiffs' Statement of Expenses and Fees Re: ECF No. 318 dated March 7, 2024 (Doc. 326) (hereinafter "Plaintiffs' Statement"). WTNY does not agree with certain gratuitous insinuations in Plaintiffs' Statement, including but not limited to the suggestion at p. 2 of Plaintiffs' Statement that any disagreement with Plaintiffs constitutes a "quibble," as well as the allegation of "constant lies and half-truths" at p. 6 of Plaintiffs' Statement. WTNY also has questions regarding certain of the time estimates in Plaintiffs' Statement and the Affidavits attached thereto, particularly the estimate that it took 120 hours to request case documents relating to the two interrogatories at issue. *See* Doc. 326-2, ¶ 11.

Nevertheless, in order to get to the merits of the claims, and without waiving any right to argue on appeal any issue with respect to the Order, WTNY will pay the $52,976.19 set forth in Plaintiffs' Statement.

DATED this 20th day of March, 2024.

By: /s/ Jon A. Wilson
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

By:  /s/ Joel M. Taylor
MILLER MCNAMARA & TAYLOR LLP
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(d)(2)(E), the undersigned hereby certifies this brief complies with L.R. 7.1(d)(2)(A). According to the word-processing unit used to prepare this brief, the word count is 237 words excluding caption, table of contents and authorities, exhibit index, and certificates of service and compliance.

DATED this 20th day of March, 2024.

        By: /s/ Jon A. Wilson
        Jon A. Wilson / Brett C. Jensen /
        Michael P. Sarabia
        BROWN LAW FIRM, P.C.
        *Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 20th, 2024, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1401 Delgany St. #404
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| _1-4_ | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| _5_ | U.S. Mail | ____ | Overnight Delivery Services |

By: /s/ Jon A. Wilson
Jon A. Wilson / Brett C. Jensen /
Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

4