Exhibit C has been marked "Confidential" by WTNY and is therefore subject to the Protective Order Entered by the Court on January 26, 2022.  *See* ECF Docs. 110-1 and 111.

Exhibit C to Plaintiffs' Brief in Support of Motion re: Sanctions for Spoliation of Evidence will be filed immediately following the entry of this document into the record.  This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

# *Exhibit C*