*Exhibit C*

# KINGDOM MINISTRY SCHOOL COURSE

Compiled and Published by the
Watch Tower Bible and Tract
Society of Pennsylvania

**OCTOBER 1972**

*This book is the property of the Kingdom Ministry School. Please do not mark or make notes in it, as other students will use it later.*

Made in the United States of America

WTPA000001

No. 30 – Second Monday, 2:10

# Jehovah's Progressive Organization

**EARTHLY ARRANGEMENT TO CONTINUE**

Counting from the creation of the first man, Adam, in the early autumn of 4026 B.C.E., 6,000 years of man's existence on earth will evidently end by the mid-1970's

But faithful mankind and Jehovah's governmental arrangements for the earth will continue and progress on into the endless future

**JEHOVAH HAS ALWAYS HAD SOME FAITHFUL WITNESSES ON THE EARTH**

A long line of faithful men recorded in Hebrews 11:1-40

Abel was the first faithful witness (Gen. 4:4; Heb. 11:4)

Nation of Israel became organized as a "chosen people" in 1513 B.C.E. with a theocratic government founded on the Law covenant as a constitution (Ex. 19:5-9)

Following the rejection of the promised Messiah by the Jewish congregation, Jehovah's use of the newly established Christian congregation became manifest (Matt. 21:33-43)

Heavenly direction of the Christian congregation was shown by the outpouring of holy spirit at Pentecost, 33 C.E. (Acts 2:1-4)

Anointing by spirit was extended to Gentiles in 36 C.E. (Acts 10:44, 45)

Centuries of spiritual darkness characterized the long period of apostasy or falling away after the death of the faithful apostles by 100 C.E.

"Man of lawlessness," apostate leaders of Christendom, developed (2 Thess. 2:3, 4)

Organized during the fourth century, Christendom reached its peak during the "Dark Ages"

But true Christianity was not snuffed out; as foretold, both "wheat" (true Christians) and "weeds" (imitation Christians) continued to grow until the "harvest" (Matt. 13:30, 36-43)

**THE PROGRESS OF JEHOVAH'S MODERN-DAY ORGANIZATION**

From the 1870's onward, God's modern-day "faithful and discreet slave" class began to be manifest and to be restored to spiritual wakefulness

The turning from religious confusion was given impetus as the result of a searching study of the Bible by Charles Taze Russell; interest was aroused in the invisible return of Christ

In July 1879, the first issue of *Zion's Watch Tower and Herald of Christ's Presence* was published

In 1909 its name was changed to *The Watch Tower and Herald of Christ's Presence* and in 1939 to its present name, *The Watchtower, Announcing Jehovah's Kingdom*

Congregations, called "ecclesias," were established in the late 1870's

They were loosely structured, with elders being chosen by elections, but all were receiving the same spiritual food through the *Watch Tower* and certain bound volumes

The headquarters building, called the "Bible House," was built in the Allegheny section of Pittsburgh in 1889

It served as headquarters until 1909, when buildings were acquired in Brooklyn

A "Society" was organized in 1881 to expand the distribution of printed material; this was legally incorporated in 1884 and is now called Watch Tower Bible and Tract Society of Pennsylvania

Other corporations were formed to operate in various places, such as, in 1909, the one now known as Watchtower Bible and Tract Society of New York, Inc., and International Bible Students Association formed in England in 1914, etc.

These all serve as instruments of the "faithful and discreet slave" class and its governing body (Matt. 24:45-47)

A great public preaching activity characterized the modern progressive organization

*The Watch Tower* carried the stirring call: "Wanted 1000 Preachers"; also an article entitled "Anointed to Preach," based on Isaiah 61:1

Magazines and books were printed by commercial firms

"Publishers" shared in distributing literature part time, while "colporteurs" did so full time and gave the message wide distribution by offering sets of volumes

Basic truths of God's Word were made clear again, Bible chronology was carefully studied and the annual Memorial celebration was restored

Doctrines such as the ransom, soul, resurrection, condition of the dead and others were properly explained from the Bible; Trinity and immortality of human souls were exposed as false

As far back as 1876, Brother Russell Scripturally demonstrated that the year 1914 would mark the end of the 'Gentile Times' or "appointed times of the nations" (Luke 21:24)

The Memorial was seen to be an "Anniversary Supper," to be celebrated once a year on Nisan 14

Opposition to Jehovah's Kingdom interests and its governmental direction, both from within the congregation and outside thereof, was met by going on the offensive spiritually, with good results (Acts 5:39)

WTPA000076