*Exhibit E*

1   Gregory J. Arpin, WSBA #2746        The Honorable Wm. Fremming Nielsen
2   Donald G. Stone, WSBA #7547
3   PAINE, HAMBLEN, COFFIN,
      BROOKE & MILLER LLP
4   717 W. Sprague Avenue, Suite 1200
5   Spokane, Washington 99201-3505                    FILED IN THE
                                                   U.S. DISTRICT COURT
6   Telephone:  (509) 455-6000                 EASTERN DISTRICT OF WASHINGTON
    Facsimile:  (509) 838-0007
                                                     AUG 0 5 2002
7
                                                 JAMES R. LARSEN, CLERK
8   Attorneys for Defendants Watchtower     _____DEPUTY
                                                  SPOKANE, WASHINGTON
9     and Othello North Spanish Congregation

10          UNITED STATES DISTRICT COURT FOR THE
11              EASTERN DISTRICT OF WASHINGTON

12  ERICA RODRIGUEZ, a single        )
13  person,                          )
                                     )        No.  CS-02-0190-~~WFN~~ EFS
14                                   )
                 Plaintiff,          )
15                                   )        **DEFENDANTS**
16  vs.                              )        **WATCHTOWER AND**
                                     )        **OTHELLO (NORTH)**
17                                   )        **SPANISH**
18  WATCHTOWER BIBLE and             )        **CONGREGATION'S**
    TRACT SOCIETY OF NEW YORK,       )        **ANSWER TO PLAINTIFF'S**
19  INC., a New York corporation;    )        **COMPLAINT**
20  OTHELLO SPANISH                  )
    CONGREGATION OF                  )
21  JEHOVAH'S WITNESSES, an          )        **And**
22  unknown legal entity; and MANUEL )
23  BELIZ, individually and on behalf of )    **JOINDER IN DEMAND FOR**
    his marital community,           )        **JURY TRIAL**
24                                   )
25                Defendants.        )
                 _____ )
26
27
28
29  DEFENDANTS WATCHTOWER and        *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
    OTHELLO'S ANSWER TO PLAINTIFF'S        *717 WEST SPRAGUE AVENUE, SUITE 1200*
30  COMPLAINT - 1                       *SPOKANE, WA  99201 PHONE: (509) 455-6000*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

The defendants, WATCHTOWER BIBLE and TRACT SOCIETY OF NEW YORK, INC., (hereinafter "Watchtower") and OTHELLO SPANISH CONGREGATION OF JEHOVAH'S WITNESSES (hereinafter "Othello North Spanish Congregation"), by and through their attorneys, Paine, Hamblen, Coffin, Brooke & Miller LLP, Gregory J. Arpin and Donald G. Stone, for answer to plaintiff's complaint, admit, deny, and allege as follows:

## I.

## JURISDICTION

Admit that the amount in controversy exceeds $75,000 and that diversity of citizenship exists between the plaintiff and the defendants. Further admit that this Court has jurisdiction over the subject matter of the plaintiff's complaint under the authority cited in paragraph I of plaintiff's complaint.    Defendants deny any remaining allegations of paragraph I of plaintiff's complaint.

## II.

## PARTIES

1.    With reference to paragraph 1 of plaintiff's complaint, admit that plaintiff Erica Rodriguez previously resided in the State of Washington; admit

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1   that she currently resides in Sacramento, California; admit that she is presently

2
3   of the age of majority; and further admit that plaintiff and her parents

4   previously attended services of the Othello North Spanish Congregation of

5
6   Jehovah's Witnesses in Othello, Washington. Defendants deny any remaining

7   allegations of paragraph 1 of plaintiff's complaint.

8
9       2.      With reference to paragraph 2 of plaintiff's complaint, admit that

10  defendant Othello Spanish Congregation of Jehovah's Witnesses, more

11
12  properly known as Othello North Spanish Congregation of Jehovah's

13  Witnesses located in Othello, Washington, is an unincorporated association

14
15  and a part of the worldwide religious organization known as Jehovah's

16  Witnesses, but deny any remaining allegations of paragraph 2 of plaintiff's

17
18  complaint.

19
        3.      With reference to paragraph 3 of plaintiff's complaint, admit that
20
21  at one time, plaintiff and her parents were publishers and previously associated

22
23  with the Othello North Spanish Congregation of Jehovah's Witnesses, but

24  deny any remaining allegations of paragraph 3 of plaintiff's complaint.

25
        4.      Deny paragraph 4 of plaintiff's complaint.
26

27

28  DEFENDANTS WATCHTOWER and

29  OTHELLO'S ANSWER TO PLAINTIFF'S
    COMPLAINT - 3
30

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

5.      With reference to paragraph 5 of plaintiff's complaint, admit that the Governing Body exercises spiritual oversight of the organization of Jehovah's Witnesses worldwide; admit that such Governing Body presently consists of 11 men, who are part of what is known as the Faithful and Discreet Slave described at Matthew 24:45-47; admit that all members of the Governing Body are spirit-anointed Christians that have a heavenly hope; admit that some of the members of the Governing Body served as members of the Board of Directors and as officers of Watchtower Bible and Tract Society of Pennsylvania, Inc., and of Watchtower Bible and Tract Society of New York, until October, 2000; further admit that the Governing Body used Watchtower Bible and Tract Society of Pennsylvania, to help carry out the activities of Jehovah's Witnesses worldwide; admit that the Governing Body exercises spiritual oversight over the organization of Jehovah's Witnesses worldwide and oversees the appointment of congregation elders and ministerial servants; admit that the Governing Body has six committees (Chairman's, Writing, Teaching, Publishing, Personnel and Service); and admit that the Governing Body overseers the promulgation of policies and procedures for the spiritual, physical, and emotional welfare of all persons

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

associating with Jehovah's Witnesses, as well as for all of mankind in general, but deny any remaining allegations of paragraph 5 of plaintiff's complaint.

6.    With reference to paragraph 6 of plaintiff's complaint, admit that the address for defendant Watchtower Bible and Tract Society of New York, Inc., is 25 Columbia Heights, Brooklyn, New York 11201, and the Governing Body does have ultimate spiritual authority to bar a publisher from serving in certain positions of responsibility within the organization of Jehovah's Witnesses.    Deny any remaining allegations of paragraph 6 of plaintiff's complaint.

7.    Admit paragraph 7 of plaintiff's complaint.

8.    With reference to paragraph 8 of plaintiff's complaint, admit that the Governing Body exercises spiritual oversight over the organization of Jehovah's Witnesses worldwide; admit that the Othello North Spanish Congregation of Jehovah's Witnesses has publishers, elders, ministerial servants, pioneers and others; admit that the Governing Body oversees the appointment of congregation elders, who are those individuals who have demonstrated by their speech and conduct that they meet the spiritual requirements to serve as an elder, and further admit that elders serve as

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 5

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

spiritual shepherds and teachers for their local congregation.  Defendants

further admit that the elders in a local congregation are referred to as the

"body of elders" and that the positions of congregation Presiding Overseer,

Secretary, Service Overseer, Watchtower Study Conductor, Theocratic School

Overseer and Book Study Overseer are held by elders.  Further admit that

elders also investigate and respond to allegations of serious sins involving a

congregation publisher in accordance with the Holy Scriptures and the

procedures and policies established by the Governing Body of Jehovah's

Witnesses.  Further admit that ministerial servants are recommended by the

body of elders and appointed under the oversight of the Governing Body to

render a variety of practical services within the congregation, and further

allege that those individuals who are appointed as ministerial servants are men

who have demonstrated by their speech and conduct that they reasonably meet

the spiritual qualifications for such a position. Allegations of child molestation

made against congregation publishers are investigated by congregation elders.

Defendants admit that publishers who are appointed as ministerial servants are

individuals who have given evidence through their speech and conduct that

they reasonably meet the spiritual qualifications for such a position; admit that

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 6

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA  99201 PHONE: (509) 455-6000*

1
2
3
4
5
6

a regular pioneer is a publisher who has demonstrated exemplary speech and conduct, and whose personal circumstances allow the spending of 840 hours per year in publicly preaching the good news of God's Kingdom. Defendants deny any remaining allegations of paragraph 8 of plaintiff's complaint.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

9.      With reference to paragraph 9 of plaintiff's complaint, defendants admit that congregations of Jehovah's Witnesses are organized into circuits which are composed of a number of congregations, and further allege that a qualified elder serves as a circuit overseer to visit and provide spiritual encouragement to each congregation in the circuit. Defendants admit that substitute circuit overseers under the oversight of a Governing Body exist to visit congregations if the circuit overseer is unavailable to do so; admit that several circuits are organized into a district and that some of the congregations within the district are visited by a district overseer who is appointed by the Governing Body to provide spiritual encouragement to the congregations in the district of assignment; admit that periodically arrangements are made by the Governing Body to have qualified elders serve as zone overseers to visit one or more of the branch offices of Jehovah's Witnesses worldwide; admit that in each of the branch offices of Jehovah's Witnesses around the world,

28
29
30

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 7

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1   there is a branch committee that provides spiritual oversight over the activities

2
3   in the country or countries under their jurisdiction, and allege that Jehovah's

4   Witnesses assigned as volunteers at branch offices are commonly referred to

5
6   as "Bethelites," or members of the "Bethel" family; admit that there are three

7   Bethel complexes in the United States located in Brooklyn, Patterson and

8
9   Wallkill, New York; admit that the Executive Offices, Treasurer's Office, the

10  majority of the Writing Department, and the Governing Body of Jehovah's

11
12  Witnesses are located in Brooklyn, New York; admit that the United States

13  branch Service Department and most of the Legal Department are located in

14
15  Patterson, New York; admit that among the duties of the Service Department

16  are the spiritual oversight of the congregations, elders, circuit and district

17
18  overseers, and the preaching activity of Jehovah's Witnesses in the United

19  States; further admit that from time to time the Service Department issues
20
21  letters that provide spiritual assistance and guidance to congregations elders,

22  circuit and district overseers, and to congregations, but deny any remaining
23
24  allegations of paragraph 9 of plaintiff's complaint.

25          10.     With reference to paragraph 10 of plaintiff's complaint, admit
26
27  that the Governing Body of Jehovah's Witnesses provides spiritual oversight

28
DEFENDANTS WATCHTOWER and
29  OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 8
30

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

over the activities of Jehovah's Witnesses worldwide and further admit that the Governing Body oversees the appointment of spiritually qualified men to provide spiritual oversight over branches, districts, circuits and congregations of Jehovah's Witnesses throughout the earth, but deny the remaining allegations of paragraph 10 of plaintiff's complaint.

11.     With reference to paragraph 11 of plaintiff's complaint, admit that Jehovah's Witnesses teach that congregation elders, as well as members of the Governing Body, are appointed by Holy Spirit to their office of spiritual oversight; admit that Jehovah's Witnesses believe that wisdom and understanding can be acquired from reading and studying the Bible; admit that congregation elders serve as spiritual teachers for all persons associated with their congregation, but deny the remaining allegations of paragraph 11 of plaintiff's complaint.

12.     With reference to paragraph 12 of plaintiff's complaint, allege that individual Jehovah's Witnesses exercise free choice as to whether or not they want to follow direction, guidance and policies promulgated by the organization, and further allege that many choose not to follow such direction. Further allege that no one is capable of, or expected to follow such to

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 9

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

perfection, and deny the specific allegations in paragraph 12 of plaintiff's complaint.

13. With reference to paragraph 13 of plaintiff's complaint, defendants allege that there is much more to an individual Jehovah's Witness becoming a publisher than the ritual of baptism. Baptism is merely the final step. Further allege that publishers do not donate personally or collect donations because they are directed by the Governing Body or the local congregation. Defendants further allege that a publisher's choice to do so is on a voluntary basis based upon their own free will. Further allege that there is no record kept of what individual publishers do in this regard, and that some undoubtedly are incapable of donating and/or do not collect donations. Defendants deny any remaining allegations of paragraph 13 of plaintiff's complaint.

14. With reference to paragraph 14 of plaintiff's complaint, allege that some adult male publishers will never be eligible to be elders. Further allege that the recommendation for someone to be an elder is made by the entire local body of elders, and not by the Service Committee of the local congregation; allege that the recommendation is sent to the United States

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 10

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000*

branch where it is then reviewed by appointed elders in the Service Department. Further, defendants allege that publishers are not told that all elders are exemplary, and allege that publishers know that elders are imperfect humans who make mistakes, and further that some of them fall away from the faith and are far from exemplary. Further allege that when it becomes known that an elder is no longer conducting himself in an exemplary fashion, he is removed. Defendants deny any remaining allegations of paragraph 14 of plaintiff's complaint.

15. With reference to paragraph 15 of plaintiff's complaint, defendants allege that publishers are encouraged, but not expected, to teach Bible truths to others, to include the good news of God's Kingdom, and deny any remaining allegations of paragraph 15 of plaintiff's complaint.

16. With reference to paragraph 16 of plaintiff's complaint, admit that at various times in the past Manuel Beliz was associated with the Othello North Spanish Congregation of Jehovah's Witnesses and that he was a resident of the state of Washington during this association. Defendants further admit that subsequently, upon information and belief, Manuel Beliz was convicted of felony crimes involving sexual abuse of a minor and remains

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 11

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

incarcerated in the state of Washington. Further allege that Manuel Beliz was disfellowshipped for a period of time, during which time Mr. Beliz would not have been one of Jehovah's Witnesses. Defendants deny the remaining allegations of paragraph 16 of plaintiff's complaint.

## III.

## VENUE

17. Admit that venue is proper in this Court pursuant to 28 U.S.C. § 1391, but deny any remaining allegations of paragraph 17 of plaintiff's complaint.

## IV.

## OPERATIVE FACTS

18. With reference to paragraph 18 of plaintiff's complaint, admit that John White is an elder in the Othello North Spanish Congregation of Jehovah's Witnesses, and further admit that congregation elders administer spiritual counsel and discipline as needed to publishers associated with their local congregation, but deny any remaining allegations of paragraph 18 of plaintiff's complaint.

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 12

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

19.   Deny paragraph 19 of plaintiff's complaint for lack of present information upon which to form a basis for belief.

20.   Deny paragraph 20 of plaintiff's complaint for lack of present information upon which to form a basis for belief.

21.   With reference to paragraph 21 of plaintiff's complaint, admit that, upon information and belief, plaintiff and her family moved to Sacramento, California, and for a period of time were members of the Las Palmas Congregation of Jehovah's Witnesses at that location, but deny any remaining allegations of paragraph 21 of plaintiff's complaint.

22.   With reference to paragraph 22 of plaintiff's complaint, admit that in June, 1996, plaintiff reported to Las Palmas Congregation elders Carlos Chicas and Milton Melendez that she had been sexually abused by Manuel Beliz, and deny any remaining allegations of paragraph 22 of plaintiff's complaint.

23.   With reference to paragraph 23 of plaintiff's complaint, defendants admit that subsequent to receipt of the information referenced in paragraph 22 of plaintiff's complaint, elder Carlos Chicas contacted elder John White of the Othello North Spanish Congregation, and advised John White

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 13

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1  that plaintiff had made allegations that Manuel Beliz had sexually abused her.

2
3  Defendants deny the remaining allegations of paragraph 23 of plaintiff's

4  complaint.

5
6      24.    With reference to paragraph 24 of plaintiff's complaint, admit

7  that Manuel Beliz was disfellowshipped in 1996 and reinstated in 1998; admit

8
9  that plaintiff provided information to police authorities in Sacramento,

10  California, and Othello, Washington, which led to the subsequent arrest and

11
12  conviction of Manuel Beliz, but deny the remaining allegations of

13  paragraph 24 of plaintiff's complaint.

14
15      25.    With reference to paragraph 25 of plaintiff's complaint, admit

16  that Manuel Beliz was convicted of felony criminal sexual conduct with a

17
18  minor in the Adams County Superior Court in Ritzville, Washington, and

19  further admit that John White provided testimony to the court at the time of

20
21  sentencing of Mr. Beliz, but deny the remaining allegations of paragraph 25 of

22  plaintiff's complaint.

23
24      26.    With respect to paragraph 26 of plaintiff's complaint, defendants

25  deny that Washington had an applicable statute mandating any report by

26
27  church ministers, to include elders of the Othello North Spanish Congregation

28
29  DEFENDANTS WATCHTOWER and
   OTHELLO'S ANSWER TO PLAINTIFF'S
30  COMPLAINT - 14

to report allegations of child abuse to law enforcement authorities, and specifically deny any lawful duty to do so under circumstance of the information related by plaintiff to church elders in Sacramento and/or as subsequently related to elder John White of the Othello North Spanish Congregation of Jehovah's Witnesses. Further allege that the applicable Washington statute (RCW 26.44.030) imposes no such requirement or duty as a matter of law. Defendants allege that the decision on reporting plaintiff's allegations to law enforcement authority was left to the sole discretion of plaintiff and/or her parents, and defendants deny any remaining allegations of paragraph 26 of plaintiff's complaint.

27.    With reference to paragraph 27 of plaintiff's complaint, defendants admit that Manuel Beliz was subsequently convicted on felony charges based upon the information provided by the plaintiff to law enforcement authorities, but deny the remaining allegations of paragraph 27 for lack of present information upon which to form a basis for belief.

28.    Deny paragraph 28 of plaintiff's complaint for lack of present information upon which to form a basis for belief.

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 15

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000

29. With reference to paragraph 29 of plaintiff's complaint, these defendants reallege their response to paragraph 26 of plaintiff's complaint, as if more fully set forth herein; admit that John White is an elder with the Othello North Spanish Congregation of Jehovah's Witnesses, and that Carlos Chicas is an elder of the Las Palmas Congregation of Jehovah's Witnesses in Sacramento, but deny any remaining allegations of paragraph 29 of plaintiff's complaint.

30. Deny paragraph 30 of plaintiff's complaint, and specifically allege that defendants did not learn of any allegations of sexual abuse by Manuel Beliz until after plaintiff first related such information in June, 1996, to elders of the Las Palmas Congregation of Jehovah's Witnesses in Sacramento, California.

31. Deny paragraph 31 of plaintiff's complaint.

32. With respect to paragraph 32 of plaintiff's complaint, defendants allege upon information and belief that elders John White and Carlos Chicas acted appropriately upon receiving information from plaintiff, but deny all of the remaining allegations of paragraph 32 of plaintiff's complaint.

33. Deny paragraph 33 of plaintiff's complaint.

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 16

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

34.     Deny paragraph 34 of plaintiff's complaint.

35.     Deny paragraph 35 and subparts (a) – (g) thereof of plaintiff's complaint.

36.     Deny paragraph 36 of plaintiff's complaint.

37.     Deny paragraph 37 of plaintiff's complaint for lack of present information upon which to form a basis for belief, and specifically deny that plaintiff was unable to discover any injury caused by the sexually abusive actions of Mr. Beliz as of the time of her disclosure of such information in June, 1996.

## V.

## FIRST CAUSE OF ACTION:

## NEGLIGENCE

38.     These defendants incorporate their answer to all paragraphs of this complaint as necessary to respond to paragraph 38 of plaintiff's complaint.

39.     Deny paragraph 39 of plaintiff's complaint.

40.     Deny paragraph 40 of plaintiff's complaint.

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 17

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

# VI.

## SECOND CAUSE OF ACTION:

## BREACH OF FIDUCIARY DUTY

41.    Defendants reallege their answer to all paragraphs of this complaint as necessary to respond to paragraph 41 of plaintiff's complaint.

42.    Deny paragraph 42 of plaintiff's complaint.

43.    With reference to paragraph 43 of plaintiff's complaint, defendants allege first knowledge of plaintiff's claims of sexual abuse by Manuel Beliz when such information was first provided in June, 1996; deny that any fiduciary duty was owed to plaintiff under the circumstances herein; deny that any duty was breached under the circumstances herein; and further deny any remaining allegations of paragraph 43 of plaintiff's complaint.

44.    Deny paragraph 44 of plaintiff's complaint for lack of present information upon which to form a basis for belief, and specifically deny that plaintiff was unable to discover any injury caused by the alleged abusive acts of Manuel Beliz as of the date of the first disclosure to these defendants in June, 1996.

45.    Deny paragraph 45 of plaintiff's complaint.

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 18

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

46.     Deny paragraph 46 of plaintiff's complaint.

47.     Deny paragraph 47 of plaintiff's complaint.

48.     Deny paragraph 48 of plaintiff's complaint.

## VII.

## THIRD CAUSE OF ACTION:

## CHILDHOOD SEXUAL ABUSE

49.     Defendants reallege their answer to plaintiff's complaint as necessary to respond to paragraph 49 of plaintiff's complaint.

50.     Deny paragraph 50 of plaintiff's complaint for lack of present information upon which to form a basis for belief.

51.     Deny paragraph 51 of plaintiff's complaint for lack of present information upon which to form a basis for belief.

## VIII.

## CAUSATION AND DAMAGES

52.     Defendants reallege their answer to plaintiff's complaint as necessary to respond to paragraph 52 of plaintiff's complaint.

53.     Deny paragraph 53 of plaintiff's complaint.

54.     Deny paragraph 54 of plaintiff's complaint.

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 19

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA  99201 PHONE: (509) 455-6000*

55.    Deny paragraph 55 of plaintiff's complaint.

## IX.

## JURY DEMAND

56.    These defendants join plaintiff in a request for jury trial.

FOR FURTHER ANSWER TO PLAINTIFF'S COMPLAINT AND AS AFFIRMATIVE DEFENSES THERETO, defendants allege as follows:

1.    Plaintiff's complaint fails to set forth a cause of action for which relief can be granted as against these answering defendants.

2.    Plaintiff's service of process on defendant Watchtower was insufficient.  Process server Angelo Rivera, of Avenger Process Services, Inc., stated in an Affidavit of Service that he left a copy of the plaintiff's complaint with Watchtower employee Ms. Donna Bush; however, Watchtower does not now and has not ever employed anyone by the name of Donna Bush.

3.    The  plaintiff's  complaint  is  barred  by  operation  of RCW 4.16.340.

4.    These answering defendants owed no legal duty, and no fiduciary duty, to plaintiff under the circumstances herein such that her claims fail to

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 20

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

state a cause of action for which relief can be granted as against these answering defendants.

5.    Plaintiff's injuries and damages, if any, were due to the actions of Manuel Beliz, for whom these answering defendants have no lawful liability.

6.    Plaintiff's injuries and damages, if any, were caused by the intervening, superseding actions or omissions of third-parties for whom these answering defendants have no lawful liability.

7.    Plaintiff's injuries and damages, if any, resulted from her own fault, carelessness and negligence, and were not caused by the negligence of these answering defendants.  If not the sole and proximate cause of plaintiff's injuries and damages, plaintiff's fault, carelessness and negligence was a contributing cause such that the amount of any damages must be reduced by the percentage of fault, carelessness or negligence as found to exist at the time of trial herein.

8.    Plaintiff's claims are barred by the doctrine of laches.

9.    Plaintiff's claims against these answering defendants must be dismissed under provisions of the United States Constitution, First

DEFENDANTS WATCHTOWER and
OTHELLO'S ANSWER TO PLAINTIFF'S
COMPLAINT - 21

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1   Amendment, to specifically include the separation of church and state, and the

2
3   freedom of religion.

4        10.    Contrary    to    the    assertions    in    plaintiff's    complaint,

5
6   RCW 26.44.030 does not require church ministers or clergy to report claims of

7   sexual abuse of a minor, and any claims premised upon such allegation fail to

8
9   state a claim for which relief can be granted herein.

10       11.    Plaintiff has failed to mitigate her damages herein.

11

12

13       WHEREFORE, having fully answered plaintiff's complaint, and having

14
15   asserted affirmative defenses thereto, these answering defendants pray that

16   plaintiff's claim be dismissed with prejudice, and that these defendants be

17
18   awarded their costs and disbursements herein, to include reasonable attorney

19   ////

20

21   ////

22   ////

23

24   ////

25   ////

26

27   ////

28

29   DEFENDANTS WATCHTOWER and
     OTHELLO'S ANSWER TO PLAINTIFF'S
30   COMPLAINT - 22

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000

1  fees, and such other and further relief as the Court may deem just and

2  equitable under the circumstances herein.

3

4

5      DATED this  5ᵗʰ  day of August, 2002.

6

7                           PAINE, HAMBLEN, COFFIN,
                              BROOKE & MILLER LLP
8

9

10

11     By:_____

12                    Gregory J. Arpin, WSBA #2746
                       Donald G. Stone, WSBA #7547
13                    Attorneys for Defendants
14                    Watchtower and Othello North
                       Spanish Congregation
15

16

17

18

19

20

21

22

23

24

25

26

27

28     DEFENDANTS WATCHTOWER and          PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
       OTHELLO'S ANSWER TO PLAINTIFF'S            717 WEST SPRAGUE AVENUE, SUITE 1200
29                                             SPOKANE, WA  99201 PHONE: (509) 455-6000
       COMPLAINT - 23
30

1

## CERTIFICATE OF SERVICE

2

3     I certify that on this __5-ᵗʰ__ day of August, 2002, a true and correct copy
4   of the foregoing DEFENDANTS WATCHTOWER AND OTHELLO
    SPANISH CONGREGATION'S ANSWER TO PLAINTIFF'S COMPLAINT
5   and JOINDER IN DMAND FOR JURY TRIAL, was caused to be served as
6   indicated below and addressed as follows:

7   Richard C. Eymann                          _____ U.S. MAIL
8   EYMANN, ALLISON, FENNESSY,                  __✓__ HAND-DELIVERED
9     HUNTER & JONES, P.S.                       _____ OVERNIGHT MAIL
    601 West Main Avenue, Suite 801            _____ TELECOPY (FAX)
10  Spokane, WA  99201

11      Attorneys for Plaintiff

12

13  Timothy D. Kosnoff                          __✓__ U.S. MAIL
    Attorney at Law                            _____ HAND-DELIVERED
14  Bellevue Place Building                    _____ OVERNIGHT MAIL
15  800 Bellevue Way N.E., Suite 300           _____ TELECOPY (FAX)
16  Bellevue, WA  98004-4229

17      Attorneys for Plaintiff

18

19  Jeffrey R. Anderson                         __✓__ U.S. MAIL
    Jodean A. Thronson                         _____ HAND-DELIVERED
20  REINHARDT & ANDERSON                       _____ OVERNIGHT MAIL
21  E-1000 First National Bank Bldg.           _____ TELECOPY (FAX)
    332 Minnesota Street
22  St. Paul, MN  55101

23      Attorneys for Plaintiff

24

25

26                                              GREGORY J. ARPIN
                                                DONALD G. STONE
27  00054314.DOC:bkm

28                                              *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
    DEFENDANTS WATCHTOWER and                        *717 WEST SPRAGUE AVENUE, SUITE 1200*
29  OTHELLO'S ANSWER TO PLAINTIFF'S               *SPOKANE, WA 99201 PHONE: (509) 455-6000*
30  COMPLAINT - 24