*Exhibit F*


Jehovah's Witnesses

Library  >  Books & Brochures  >  1970 Yearbook of Jehovah's Witnesses

# 1970 Yearbook of Jehovah's Witnesses

**1970 Yearbook of Jehovah's Witnesses**                                                           5

A few decades ago mankind in general gave good attention to religion. But times are changing! Most people in Christendom seem quite pleased with the new sophisticated attitude that the clergy have taken toward the changing world. The "new morality" idea is generally accepted as old standards become passé, and many religious leaders support the "God is dead" theory. Logically this raises in the minds of the parishioners of Christendom's churches the question: If God is dead, God's law is null and void too, is it not? So why follow the counsel set forth in the Bible? "Live the way YOU want to live," is the thinking of most people in the world today.

On the other hand, there are great crowds of people from many nations who are very much interested in the Bible and in the God it tells us about. Such ones still want to cling to Bible teachings, though their faith may have been shaken by their religious teachers. They know things are bad because of the way people are conducting themselves today, in adultery, fornication, homosexuality, thievery, extortion and almost every other wicked act. These things are looked upon by many persons as not out of line with the normal procedure of life. "If you can get away with it, who cares?" is the attitude of the majority. However, Jehovah's witnesses hold that the Bible is the Word of God and that the moral code set out in the Holy   6
Scriptures is the proper and right one to follow. Nineteen centuries ago Jesus Christ lived according to God's perfect law, and his teachings and actions showed that there was the implanting of Jehovah's written word in his heart and mind.

Jehovah's witnesses believe that Jesus is the Son of God as the Bible says, and is therefore the One that God, his Father, sent into this world "in order that everyone exercising faith in him might not be destroyed but have everlasting life." (John 3:16) Jehovah's witnesses believe that Christ Jesus will take away the sin of the world during his peaceful reign of one thousand years. Worldly-wise men will say that Christians with such faith are naïve or that Jehovah's witnesses are strange people. However, it did not sound strange to the followers of Christ Jesus who lived at the time when Jesus was walking in the flesh here upon the earth. His faithful followers preached his message through much opposition. For some of these it even meant losing their lives for the sake of Christ. Nor has it seemed strange to millions of persons who have lived during the nineteen hundred years since the days of Christ Jesus' earthly sojourn. But in these days in which we now live, and which are described in the Bible

CAEKAERT/MAPLEY 003174

directors has officers, a president, vice-president, and secretary-treasurer. These officers and directors see that the work is done in accordance with the purpose of the corporation. They see to it that the Holy Bible is studied and that material is prepared for publication that helps people to understand the Bible. This material is prepared by many persons throughout the world who are keen students of the Bible and who can write well. It is then sent to the headquarters organization at 124 Columbia Heights, Brooklyn, New York, and through a writing staff the material is edited by brothers who are of the anointed remnant and published in *The Watchtower* and *Awake!* or in bound books and booklets for distribution in many languages throughout the earth.

So really the governing body of Jehovah's witnesses is the board of directors of the Watch Tower Bible and Tract Society of Pennsylvania, all of whom are dedicated to Jehovah God and anointed by his holy spirit. They are keenly interested in advancing the knowledge of God and promoting his purposes world wide. Jehovah's blessing has been upon the Watch Tower Society and the other societies that cooperate fully with the Pennsylvania corporation. The charters of these other corporations are similar to that of the Pennsylvania corporation. Some of such corporations are the Watchtower Bible and Tract Society of New York, Inc., International Bible Students Association of England and of Canada. These, too, are interested in promoting Bible education throughout their countries.

In this day, with such a conglomeration of nations and rulers, it has been found necessary to establish corporations in different parts of the world. Therefore corporations have been established not only in England and Canada, as mentioned, but also in Germany, Brazil and elsewhere. All of these corporations have been organized by Jehovah's witnesses, people dedicated to doing the will of Jehovah God. They all look to the Watch Tower Bible and Tract Society of Pennsylvania as the mother organization that supervises the printing and publication of all the literature that has proved so beneficial to Jehovah's witnesses in their study of the Bible, and in their proclamation of the good news of God's kingdom.   66

Jehovah's witnesses do not honor any men, but they worship God. They do have deep respect for men who have been put in positions of overseership and who carry the responsibility of advancing Kingdom interests throughout the world. So the board of directors of the Pennsylvania corporation of the Watch Tower Society has the full cooperation of all the other societies throughout the world. Persons dedicated to Jehovah God do see eye to eye. If only all people could appreciate the words of the psalmist: "Know that Jehovah is God. It is he that has made us, and not we ourselves." ([Ps. 100:3](#)) When an individual gets to appreciate that, then he will appreciate, too, that Jehovah God has an organization and that he is working through such organization. Jehovah's witnesses are a people made up of all languages, nationalities and tongues. They use the Watch Tower Bible and Tract Society of Pennsylvania to arrange conventions, such as those just described, the "Peace on Earth" International Assemblies, to build printing plants for the publication of Bibles, the *Watchtower* and *Awake!*

CAEKAERT/MAPLEY 003211

Brooklyn Bethel home constructed in 1950, showing 1927 structure on far end and 1969 building in foreground at right

**[Picture on page 77]** 77

Addition to Bethel home completed in 1960, with roof of 1969 building in close foreground

**[Picture on page 77]**

Latest addition to Brooklyn Bethel; three historical buildings and large apartment at right also provide housing for family

**[Picture on page 82]** 82

Completed in 1956

Purchased in 1958

Dedicated in 1968

Built in 1927; enlarged in 1937 and 1949

Watchtower factories in Brooklyn cover four city blocks

---

Copyright © 2021 Watch Tower Bible and Tract Society of Pennsylvania.