*Exhibit J*

# WATCHTOWER
**BIBLE AND TRACT SOCIETY OF NEW YORK, INC.**

CABLE WATCHTOWER

25 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201. U.S.A.   PHONE (718) 625-3600

July 1, 1989

TO ALL BODIES OF ELDERS IN THE UNITED STATES

C O N F I D E N T I A L

Dear Brothers:

We are writing to help all of you as individual elders be aware of a growing concern regarding the handling of your duties that may involve legal issues or questions. **Due to its importance, the presiding overseer should arrange for a special meeting of the body of elders to read and consider this letter carefully.**

In spreading the Kingdom message, it is appropriate that we be bold and outspoken. Jesus commanded that "what you hear whispered, preach from the housetops." (Matthew 10:27) Even when worldly authorities demand that we keep silent, we reply as did the apostles: "We cannot stop speaking about the things we have seen and heard." (Acts 4:20) The Christian congregation will continue to declare the Kingdom message boldly until Jehovah says the work is done.

Elders share the obligation to shepherd the flock. However, they must **be careful not to divulge information about personal matters to unauthorized persons.** There is "a time to keep quiet," when "your words should prove to be few." (Ecclesiastes 3:7; 5:2) Proverbs 10:19 warns: "In the abundance of words there does not fail to be transgression, but the one keeping his lips in check is acting discreetly." Problems are created when elders unwisely reveal matters that should be kept confidential. Elders must give special heed to the counsel: "Do not reveal the confidential talk of another." (Proverbs 25:9) Often the peace, unity, and spiritual well-being of the congregation are at stake. Improper use of the tongue by an elder can result in serious legal problems for the individual, the congregation, and even the Society.

While we as Christians are ready to forgive others who may wrong us, those in the world are not so inclined. Worldly persons are quick to resort to lawsuits if they feel their "rights" have been violated. Some who oppose the Kingdom preaching work readily take advantage of any legal provisions to interfere with it or impede its progress. Thus, elders must especially guard the use of the tongue. Jesus faced opposers who tried to "catch him in speech, so as to turn him over to the government." (Luke 20:20) He instructed us to be "cautious as serpents and yet innocent as doves" in such situations. (Matthew 10:16) Where such a threat exists, our position as elders should be in line with David's words: "I will set a muzzle as a guard to my own mouth, as long as anyone wicked is in front of me."—Psalm 39:1.

CAEKAERT/MAPLEY 002782

TO ALL BODIES OF ELDERS
July 1, 1989
Page 2

In recent years, this matter has come to be a cause for increasing concern. The spirit of the world has sensitized people regarding their legal "rights" and the legal means by which they can exact punishment if such "rights" are violated. Hence, a growing number of vindictive or disgruntled ones, as well as opposers, have initiated lawsuits to inflict financial penalties on the individual, the congregation, or the Society. **Many of these lawsuits are the result of the misuse of the tongue.** As elders, remember that ill-advised statements or actions on your part can sometimes be interpreted legally as violating others' "rights."

**The need for elders to maintain strict confidentiality has been repeatedly stressed.** Please see *The Watchtower* of April 1, 1971, pages 222-4, and September 1, 1987, pages 12-15. The September 1977 *Our Kingdom Service*, page 6, paragraph 36, and the *ks77* text-book, page 65, also provide helpful direction and counsel. That material strongly emphasized the elders' responsibility to avoid revealing confidential information to those not entitled to it.

The legal consequences of a breach of confidentiality by the elders can be substantial. If the elders fail to follow the Society's direction carefully in handling confidential matters, such mistakes could result in successful litigation by those offended. Substantial monetary damages could be assessed against the elders or congregation. In some cases where the authorities are involved, certain complications could lead to a fine or imprisonment. These possibilities underscore **the need for elders to be discerning and to follow carefully directions provided by the Society.**

### I. WHAT TO DO IN SPECIFIC CASES

#### A. Judicial Committee Matters

Judicial committees must follow carefully the Society's instructions in carrying out their duties. (Note *ks77*, pages 66-70; *ks81*, pages 160-70.) Anything submitted in writing to the committee by the alleged wrongdoer or by witnesses should be kept in strict confidence. If it is necessary to continue at a later time a committee hearing, the members of the committee should submit to the chairman any personal notes they have taken. The chairman will keep these notes in a secure place to prevent breaches of confidentiality. The notes may be returned to the individual elders when the hearing resumes. Upon conclusion of the case, the chairman should place only necessary notes and documents, a summary of the case, and the S-77 forms in a sealed envelope for the congregation file. Nothing should be preserved outside of this sealed envelope (including unnecessary personal notes) by any elder on the committee. Obviously, no committee will ever allow judicial proceedings to be tape recorded or allow witnesses testifying before the committee to take notes.

### B. Child Abuse

Many states have child abuse reporting laws. When elders receive reports of physical or sexual abuse of a child, they should contact the Society's Legal Department immediately. Victims of such abuse need to be protected from further danger.—See "If the Worst Should Happen," Awake! January 22, 1985, page 8.

### C. Search Warrants and Subpoenas

1. A search warrant is a court order authorizing the police to search premises to locate evidence that may be used in a criminal prosecution. No elder should ever consent to the search of a Kingdom Hall or any other place where confidential records are stored. However, armed with a search warrant the police do not need consent and may even use force to accomplish their task. Likely before obtaining a search warrant, the police or other governmental officials will make inquiries regarding confidential records, make request to obtain the records, or indicate that they will seek a search warrant if the elder(s) involved does not cooperate. In any such situation, the Society's Legal Department should be called immediately.

At any time an elder is confronted with a search warrant (whether given advance notice or not), the elder should first ask to read the warrant. After reading it he should ask if he can call for legal guidance and then call the Society's Legal Department. If for some reason the Legal Department cannot be contacted, the elders involved should make every effort to obtain the assistance of a local attorney for the purpose of protecting the confidentiality of the records. It may be impossible to stop determined officers from conducting the search authorized by the warrant. Conscientious elders will want to do all they reasonably and peaceably can to preserve the confidentiality of the congregation in harmony with the principle set out in Acts 5:29.

2. Subpoenas are demands for records or for the appearance of an individual at a trial or deposition to give testimony. Subpoenas may be issued by a court or in some cases by a governmental agency or an attorney. If an elder receives a subpoena, he should contact the Society's Legal Department immediately. Never turn over records, notes, documents, or reveal any confidential matter sought by subpoena without receiving direction from the Legal Department.

### D. Crimes and Criminal Investigations

In some cases the elders will form judicial committees to handle alleged wrongdoing that also could constitute a violation of Caesar's criminal laws (e.g., theft, assault, etc.). Generally, a secular investigation into a matter that is a concern to the congregation should not delay conducting a judicial hearing. To avoid entanglement with the secular authorities who may be investigating the same matter, the strictest confidentiality (even of the fact that there is a committee) must be maintained.

TO ALL BODIES OF ELDERS
July 1, 1989
Page 4

If the alleged wrongdoer confesses to the sin (crime), no one else should be present besides the members of the committee. When evidence supports the accusation but genuine repentance is not displayed resulting in a decision to disfellowship, this should be handled in the normal course regarding advice of appeal rights and announcements to the congregation. In cases of serious criminal wrongdoing (e.g., murder, rape, etc.), or where the criminal conduct is widely known in the community, the body of elders should contact the Society before proceeding with the judicial committee process.

### E. When Servants and Publishers Move

A considerable number of publishers, including **elders and ministerial servants move from one congregation to another.** Sometimes the circumstances surrounding their departure are unsettled. Some appointed brothers may be experiencing problems that have brought their qualifications into question. It is not uncommon for a body of elders to hold back in giving counsel, allowing a brother to move without discussing his problem. Thereafter, they decline to recommend his reappointment in his new congregation. Often such a brother protests, requiring extensive correspondence between the bodies of elders. Much personal, and sometimes embarrassing, information must then be passed on. Such mishandling of things greatly increases the potential for serious repercussions. Problems can be avoided by the body of elders assuming its responsibility to inform a brother that he will not be favorably recommended, fully explaining the reasons why. **Every effort should be made to resolve any difference before he leaves, eliminating any need for controversy involving his new congregation.** The body should assign two elders to meet with him before he moves, letting him know whether they are recommending him to the new congregation.

This would likewise apply to publishers who move at a time when their personal conduct requires investigation by the elders. **If serious accusations of wrongdoing have been made against an individual and he moves to another congregation before matters are finalized, usually it is best for the elders in the original congregation to follow through in handling matters, if possible and if distance permits.** They are acquainted with the individual and the circumstances surrounding the alleged wrongdoing; this ordinarily puts them in the best position to get the facts and to handle the case. Handling matters in this way will eliminate the need to reveal confidential information unnecessarily about the private lives of individuals.

### F. When Lawsuits Are Threatened

If the congregation or the elders (in their capacity as elders) are threatened with a lawsuit, the Society's Legal Department should be contacted immediately. No statements should be made by any member of the body of elders about the merits or validity of an actual or threatened lawsuit without authorization from the Society.

TO ALL BODIES OF ELDERS
July 1, 1989
Page 5

### G. Child Custody

Elders may learn that a publisher is facing a dispute over child custody in a divorce proceeding. If the parental rights of such is challenged on the basis of our Christian beliefs, or on the assertion that our beliefs are harmful to a child's best interests, the elders should immediately write to the Society's Legal Department. In a rare emergency, a telephone call may be necessary. The Legal Department will assess the facts and determine the degree of its involvement, if any. Elders have no authority to make any promises about the Society's paying legal fees or handling specific cases. There is no need to contact the Society if there is no indication that the beliefs and practices of Jehovah's Witnesses will be attacked in a child custody dispute.

When you write to the Society's Legal Department about a specific case, please provide the following information:

1. The names of the parents and their attorneys.
2. The number of children involved and their ages.
3. A brief description of the facts, including the presence of any apostates.
4. An assessment of the Christian parent's spiritual condition—Is he or she new in the truth? Active? Inactive? Balanced?
5. The status of the legal proceedings—Has the matter gone to trial? Has the trial date been set? If so, when?

## II. POINTS TO REMEMBER

### A. Appreciate the Importance of Maintaining Confidentiality

Elders must exercise extraordinary caution when it comes to handling confidential information about the private lives of others. Do not mistakenly minimize the gravity of a breach of confidentiality. Unauthorized disclosure of confidential information can result in costly lawsuits. Even if a lawsuit turns out favorably, valuable time and energy that could have been devoted to Kingdom interests will be lost.

### B. Do Not Make Statements to Secular Authorities Until You Receive Legal Advice from the Society

You are not legally required to make immediate responses to secular authorities about matters that could involve the disclosure of confidential information. Voluntarily allowing the Kingdom Hall or confidential records to be searched, where no search warrant is produced, could infringe on the legal rights of the congregation or of others. No statements should be made until you have an understanding of your legal position from the Society's Legal Department.

TO ALL BODIES OF ELDERS
July 1, 1989
Page 6

### C. Be Extremely Careful with Written Material

All material related to judicial matters should be kept in a safe place, accessible only to elders. **Final reports on the handling of judicial matters should be placed in a sealed envelope in the congregation file.** A judicial committee should avoid sending to an individual any kind of correspondence that accuses him of specific wrongdoing. (Note ks77, pages 68-9.) **Nothing should be put in writing to any disfellowshipped person to advise him of his status or the reasons for it without specific direction from the Society.** The rules and procedures of Jehovah's Witnesses do not require such written disclosures. Anything in writing submitted to a judicial committee should be kept in strict confidence. If a judicial committee disfellowships an individual, he should be informed **orally** of the action taken and of the right to appeal. If the wrongdoer refuses to attend the hearing, two members of the judicial committee should attempt to contact the individual at his home and inform him **orally** of the decision. If this is not possible, the two elders may be able to inform him by telephone.

### D. Guard the Use of Your Tongue

Think before you speak. Do not discuss private and judicial matters with members of your family, including your wives, or with other members of the congregation. Be extremely careful not to inadvertantly disclose private information when others are present, such as when speaking on the telephone with others listening in or nearby. (Note ks77, page 65.) At times, complicated judicial cases may necessitate consultation with an experienced, mature elder in another congregation or with the circuit overseer. Unless the circuit overseer is the elder consulted, only the pertinent details should be discussed and names should not be used.

Elders bear a heavy responsibility in ministering to the needs of the Christian congregation, and observing confidentiality as they do so. (1 Corinthians 16:13) We trust that the information in this letter will help you carry this burden. Please be assured of our love and prayers, and may Jehovah continue to bless you as you shepherd his flock.—1 Peter 5:1-3.

Your brothers,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

P.S. Due to the importance of the information that is presented herein it is suggested that the body of elders jointly read and consider this letter as soon as possible after its receipt in the congregation. Please do not make any copies of this letter, nor should it be read by others. It should be kept in the congregation's confidential files for any future reference that may be required by the body of elders.

**WATCHTOWER**
BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

25 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201, U.S.A.    PHONE (718) 625-3600

March 23, 1992

TO ALL BODIES OF ELDERS

Dear Brothers:

After the recent Kingdom Ministry School, the Society received many expressions of appreciation from you brothers for the fine instruction presented. Indeed, not only did the school remind us of the privilege we have as elders but it provided us with practical direction on how to care properly for our many responsibilities.

As elders, you certainly have much to do —keeping your families spiritually strong, studying and preparing for meetings, caring for judicial matters, working at assemblies and conventions. Some of you willingly expend yourselves in building and maintaining Kingdom Halls and even in doing construction work at Bethel or on branch projects. And all of this is in addition to your taking the lead in the field ministry.

Your work in shepherding God's people is also very much needed and deeply appreciated. (1 Pet. 5:1-3) We often receive reports of your hard work in giving spiritual encouragement and personal attention to the needs of individual members of the congregation, some of whom are experiencing very serious problems. This is true of many who have been victims of child abuse. They also need our loving understanding and help. Many of these, even after learning the truth, continue to suffer emotional scars and must cope with unhappy memories. The Kingdom Ministry School drew attention to some of the things that the Bible and the Society's publications show that you, as spiritual shepherds, can do to help such victims. We would like to review some of these points and others with you. We also hope to answer various questions that you have asked about meeting the needs of such victims of child abuse, particularly those sexually abused.

**HELPING VICTIMS OF CHILD ABUSE**

Many children who have been continually violated by adults grow up with severe emotional scars and certainly need much loving attention. Thus, you will want to be conscious of treating such victims of abuse with much thoughtfulness and kindness. (See *"Pay Attention to Yourselves and to All the Flock,"* page 17.) Such an attitude helps to assure the victim that you really care for him and that you are "like a hiding place from the wind and a place of concealment from the rainstorm." (Isa. 32:2) Like Jesus, we should be "tenderly compassionate."—Eph. 4:32.

One way you can show sincere interest is by being a good listener. James counseled: "Every man must be swift about hearing, slow about speaking." (Jas. 1:19) Further, Proverbs 21:13 says: "As for anyone stopping up his ear from the complaining cry of the lowly one, he himself also will call and not be answered." So as patient spiritual counselors, listen carefully when a victim's problem is being discussed. The October 1, 1983, issue of *The Watchtower,* on page 28, cautions against telling a sufferer who seeks assistance "just to forget" what occurred. Many have found great relief simply in talking with a sympathetic, nonjudgmental elder who can provide "the good word" of

CAEKAERT/MAPLEY 003170

encouragement. (Prov. 12:25) Though you may need to ask tactful questions to help the victim express matters, avoid probing unnecessarily or repeatedly into the details of the abuse, which can have a discouraging effect.

Many victims of abuse have learned to handle their emotional scars quite well, which is commendable. If the victim is leading a calm and peaceful life, then there is no need to dredge up memories that have been handled and put in the past. Others can be helped to put this problem to rest. On the other hand, there are still others, as described at Psalm 55:17, who 'cannot but show concern and moan' over their turmoil. In such cases, it may be very difficult for them to heal completely. Still, we want to help such ones feel that there is hope. By reasoning on the Scriptures and strengthening the victim with words of consolation and encouragement, elders may be able to help such troubled ones put the bad experiences behind them.—Job 16:5; 1 Pet. 5:12.

**BALANCING YOUR RESPONSIBILITIES**

It must be recognized that the time you can spend in helping an abuse victim is limited. Therefore, this shepherding responsibility must be balanced with your other responsibilities, which include caring for the spiritual, emotional, and material needs of your own family and assisting those in the congregation who have other problems. In some cases an incest survivor wants more attention than you can give. So some elders have found it beneficial to put boundaries, or some limits, on the time they spend. Depending on the individual's need, it may take several visits to get the desired relief for the victim, if this is possible. If the individual approaches you looking for help at times when you cannot discuss the problem extensively, perhaps giving some brief words of encouragement assuring that one of Jehovah's love, reading an appropriate scripture, or offering a short prayer, will affirm to the sufferer your interest and willingness to help to the extent possible.

Sometimes abuse victims approach capable older sisters for help. It is understood that a sister should not be in the awkward position of trying to help in a situation that would appropriately be cared for by an elder, but the sister can give victims emotional support and encouragement as her circumstances and time allow. (See the March 15, 1990, issue of *The Watchtower*, page 28.) If the sister is approached by a child-abuse victim and endeavors to help her, she should periodically let the elders know what is being accomplished. If an abuse victim accuses a member of the Christian congregation of having molested her, then it would not be appropriate for a sister to become involved in this aspect of the matter. It is best for the victim to be assisted by the elders.

Just as good judgment is needed in selecting brothers to serve on a judicial committee, depending on what is involved, so, too, it would be wise to select among yourselves those best fitted to assist certain abuse victims. Since elders have varied abilities, some may be more effective than others in handling these cases. —Compare 1 Corinthians 12:4.

**WHAT ABOUT PROFESSIONAL THERAPY?**

There are times when an emotionally distressed Christian may seek professional help. Whether or not a brother or a sister pursues treatment from psychiatrists, psychologists, or therapists is a personal decision as long as the therapy does not conflict with Bible principles. (See *The Watchtower* of April 15, 1975, pages 255-6.) Potential problems may be avoided if a patient, or a companion, explains to the therapist the importance of the sufferer's religious beliefs.

Some medical professionals and therapists offer group therapy to those suffering from the effects of child abuse. While participating in group therapy by a professional therapist is a personal decision, there could be problems of revealing confidential facts about other

2

CAEKAERT/MAPLEY 003171

members of the Christian congregation during such therapy if a Christian does not exercise discretion. (See July 8, 1982, issue of *Awake!*, page 8.) Thus, elders can give cautions to their brothers and sisters, such as those outlined in the October 15, 1988, issue of *The Watchtower*, page 29, under the subheading "Talk Therapies." They can be helped to see that talking indiscriminately to others about child abuse may result in circulating damaging and harmful talk.—Prov. 17:9.

It must be recognized that elders as such are not mental-health professionals or therapists but are spiritual shepherds. (1 Pet. 5:2) Consequently, they should not conduct sessions where victims have come together for what some may view as group therapy. Nor should elders spend time reading secular publications dealing with worldly psychology or psychiatry. They should not take on a role similar to that of a professional therapist. Someone who has a serious mental or emotional illness may need professional help.

If a current case of child abuse comes to light in your congregation, elders should do what they can to protect children from further abuse. (See *"Pay Attention to Yourselves and to All the Flock,"* page 93.) How might this be accomplished? In the Addendum presented at the Kingdom Ministry School, direction was given that when elders receive reports of physical or sexual abuse of a child, they should contact the Society immediately for legal advice. Thereafter, if it is established that a member of the congregation is guilty of sexually abusing a child, a judicial committee would meet with this one, following theocratic procedures. If the person is not repentant over the gross sin, disfellowshipping action would be warranted. Additionally, elders can encourage parents to review the January 22, 1985, issue of *Awake!*, which provides suggestions on what they can do to protect their children from sexual abuse by anyone, inside or outside the family.—See also *Awake!* issues of June 22, 1982, and December 22, 1986.

Hopefully, the above direction will assist you brothers lovingly to help victims of abuse, as well as others in the congregation who face different problems. May Jehovah's rich blessing continue to be with you in carrying out your many responsibilities as shepherds of the flock. With this letter we send our warm Christian love and best wishes.

Your brothers,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

P.S. The presiding overseer should arrange to read this letter to the body of elders. Thereafter, the secretary should place it in the congregation file. In the future if elders are called upon to assist a victim of child abuse, this letter should be reviewed by them.

A copy of the information "What Elders Can Say to Abuse Victims," which appears on the following page, may be made for each elder.

3

# WHAT ELDERS CAN SAY TO ABUSE VICTIMS

The apostle Paul said to "speak consolingly to the depressed souls." (1 Thess. 5:14) So, in line with James 5:13-15, elders want to use God's Word in helping victims to heal, as stressed in *The Watchtower* of April 1, 1990, pages 13 and 14, paragraphs 12-14, under the subheading "The Bible's Counsel—Uniquely Wise." In addition, becoming well acquainted with fine Bible-based articles in *The Watchtower* and *Awake!* is also vital. In fact, one of the reasons for the articles on sexual abuse in the October 8, 1991, issue of *Awake!* was to aid elders in giving more effective Scriptural assistance to abuse victims. The response, as described in the April 8, 1992, *Awake!*, shows how effective and acceptable these articles proved to be to the victims. The article "Help for the Victims of Incest" in the October 1, 1983, issue of *The Watchtower* explains that victims often are filled with shame, anger, and frequently an overwhelming sense of guilt because of such abuse. Thus, strive to help such ones see that they were not at fault; they were being victimized.

Help such ones to see that their worth as individuals is not diminished by the shameful way they were treated. The important thing is how Jehovah views them. By means of the ransom sacrifice, Jehovah purchased such ones with the "precious blood" of Jesus. (1 Pet. 1:19) Surely, if Jehovah paid such a price, he must love them dearly as he loves all who put their faith in that valuable shed blood. (John 3:16) Jehovah considers desirable all of the "great crowd," who have "washed their robes and made them white in the blood of the Lamb." Despite any past abuse, they now have a clean standing as God's friends and are assured that "God will wipe out every tear from their eyes." He is not insensitive to their suffering but will help them heal their emotional scars as they call upon him in faith. He guarantees to heal the wounds completely in the future. —Rev. 7:9, 14, 17; Isa. 65:17; Hag. 2:7; see "Will You Benefit From Undeserved Kindness?" in the February 15, 1990, issue of *The Watchtower*.

By earnest prayer and by considering upbuilding, wholesome things, the excelling 'peace of God will guard the heart and mental powers' of these ones. (Phil. 4:6-9) Remind them of the value of keeping their mind on maintaining fine works. When followed, this divine counsel can be most beneficial, enabling them to move forward and find joy. (Titus 3:8) When an individual fills his mind with the many lovable things in God's Word, he is strengthened and refreshed. (Ps. 19:7, 8, 14) Not only can this lessen the pain of any past abuse but it can also restore one's spiritual health.

In some instances, emotional pains of this nature simply have to be endured. Yet, such endurance produces "an approved condition." (Rom. 5:3-5) As "the Father of tender mercies and the God of all comfort," Jehovah promises to give us sufficient strength so that we are not overwhelmed by grief. (2 Cor. 1:3, 4) The apostle Paul contended with "a thorn in the flesh." Although this made it harder for him to carry out his ministry, he was able to endure faithfully with the strength provided by Jehovah. (2 Cor. 12:7-10) Today, too, a depressed person needs to keep as active as he can with field service, meeting attendance, and close association with the congregation.