During this deposition, Defendants requested that the transcript be treated as "Confidential" pursuant to the Protective Order Entered by the Court on January 26, 2022.  See ECF Docs. 110-1 and 111.

Therefore, the transcript excerpts designated as Exhibit K to Plaintiffs' Brief in Support of Their Motion re: Sanctions Interrogatory Nos. 9 and 15 (ECF No. 85 & 318) will be filed immediately following the entry of this document into the record.  This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

# *Exhibit K*