*Exhibit N*

```
                  IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF MONTANA

                           BILLINGS DIVISION

TRACY CAEKAERT, and
CAMILLIA Mapely,

      Plaintiffs,
vs.                                   Case No. CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., and WATCH TOWER BIBLE
AND TRACT SOCIETY OF
PENNSYLVANIA.

      Defendants,
_____)




                     Expert Videotaped Deposition

                   In Person/Zoom Videoconference

                            Bradley Lovett

                           August 11, 2023




Reported By: Gidgette Nieves, CSR No. 10142
WORDS COURT REPORTING SERVICES, INC.
(844) 289-WORD(9673)
www.WordsCourtReporting.com
```

```
10:06:06   1   assigned him up there.
10:06:08   2        Q    Who's they, when you say they assigned
10:06:12   3   him?
10:06:12   4        A    This -- the Society.  Who would now be
10:06:14   5   known as the branch.  But the Watch Tower Bible
10:06:19   6   Tract Society they're the ones that make these
10:06:24   7   assignments and he got his from there.  And that was
10:06:25   8   -- would tell them the number of congregations and
10:06:29   9   things that he was to work with.
10:06:32  10        Q    And was he part of the conversation
10:06:32  11   amongst your friends?  Was he aware you're moving to
10:06:33  12   Red Lodge?
10:06:37  13        A    And not him.  At that time that would have
10:06:40  14   been another -- another circuit overseer.  They
10:06:50  15   serve through the years they change.
10:06:51  16        Q    Who was the circuit overseer after --
10:06:52  17             THE WITNESS:  I have a hard time hearing
10:06:52  18   you.
10:06:57  19             MR. MCCABE:  She wants you to speak up a
10:07:00  20   little louder.
10:07:02  21             THE WITNESS:  Ah.  I couldn't hear her
10:07:02  22   say, to be honest.
10:07:03  23   BY MR. SHAFFER:
10:07:03  24        Q    Who was circuit overseer after Mr.
10:07:07  25   Slagel?
```

```
10:29:24   1  whatever.  We just -- that was pretty common.
10:29:26   2       Q    And that's what the literature would say,
10:29:28   3  right, the literature would say with the Society,
10:29:31   4  wouldn't it, the publications?
10:29:33   5            MR. TAYLOR:   Again Objection to the
10:29:34   6  form.
10:29:35   7            THE WITNESS:  What would -- yeah, what
10:29:37   8  would you have in mind?  What were you -- what were
10:29:39   9  you thinking?
10:29:40  10  BY MR. SHAFFER:
10:29:40  11       Q    Well, I want to know what you were
10:29:42  12  thinking.  How did you come to refer to as the
10:29:44  13  Society?  I mean you saw that somewhere, right?
10:29:46  14       A    Well, it -- it was printed by them.
10:29:48  15  Whatever it was printed we'd say well, we got that
10:29:52  16  from the Society.
10:29:53  17       Q    Okay.  And did you understand the Society
10:29:54  18  was different from the branch office?
10:29:57  19       A    They are somewhat different in the sense
10:30:03  20  that -- but we -- we just generally referred to it
10:30:05  21  as -- as the Society.  We wrote a letter to the
10:30:08  22  Society and it would be to the branch actually.  But
10:30:12  23  we just --
10:30:15  24       Q    Okay.  All right.  We were talking about
10:30:16  25  how you learned to do your job as an elder.  We
```

```
11:06:46   1   the time.
11:06:47   2       Q    What was the policy with judicial
11:06:48   3   things?
11:06:50   4       A    Well, you would keep them for a period of
11:06:52   5   time, but they would always be in the -- in the
11:06:55   6   congregation filed and locked, that sort of thing.
11:07:00   7       Q    How did the elders learn when they were
11:07:02   8   supposed to purge judicial things?
11:07:05   9       A    You just got -- you -- you get a letter --
11:07:08  10   generally it would say, you know, you don't get rid
11:07:10  11   of the judicial things for a number of years.  And
11:07:14  12   they had -- I think they had some -- some
11:07:18  13   stipulations about it, but I can't remember.
11:07:22  14       Q    When you say "they," again you're
11:07:25  15   referring to --
11:07:25  16       A    The branch.
11:07:26  17       Q    -- the branch office?
11:07:27  18       A    They would give direction on that.
11:07:29  19       Q    The branch office is part of the Society
11:07:31  20   in New York as you understood it?
11:07:33  21       A    Uh-huh, yes.
11:07:40  22       Q    Circuit Overseer.  I want to know about
11:07:43  23   document retention as an elder.  Let's talk about
11:07:47  24   circuit overseers.  And I think you touched on it.
11:07:50  25   I might have missed a little bit.  But do you keep
```

```
11:12:51   1  there's times when they need something to do this.
11:12:54   2  Because you know they -- they come and go as well.
11:12:57   3  And the circuit overseer generally would inquire
11:13:01   4  than they -- I guess like the congregation, I don't
11:13:06   5  know what they -- how they handled it back then.
11:13:08   6  But we're --
11:13:10   7       Q    When you say "they needed," you mean the
11:13:12   8  Watch Tower Society?
11:13:13   9       A    Uh-huh.  The -- the branch.  You know,
11:13:14  10  what I would call the branch today, the Watch Tower
11:13:18  11  Society, yes.
11:13:19  12       Q    Okay.  And the documents I've seen kind of
11:13:21  13  describe the process like this.  The current circuit
11:13:25  14  overseer who's interacting with all the elders in
11:13:28  15  the congregation in that circuit would kind of be in
11:13:32  16  the lookout for people who would be a good fit as a
11:13:37  17  circuit overseer.  Is that fair so far?
11:13:39  18       A    Yes.  And availability was the big deal.
11:13:43  19  You know, who can -- who can pick up and go like
11:13:45  20  that.  Like if you have a family you know you --
11:13:48  21       Q    Tell me about that.  Yeah, what does
11:13:50  22  availability mean, someone who is able to just move
11:13:54  23  at the drop of a dime?
11:13:55  24       A    Well, in circuit you change every -- you
11:13:58  25  change your group of approximately 20 or more
```

```
14:50:40   1        A    Yes.
14:50:41   2        Q    Are Bethelites people in the branch
14:50:44   3   office?
14:50:45   4        A    Yes.  I doubt you know the answer to any
14:50:47   5   of those.
14:50:53   6        Q    And that's okay.  I'm just interested in
14:50:56   7   your answers, I guess.  All right.
14:51:01   8             But thank you for helping me understand a
14:51:03   9   little bit.
14:51:04  10             What -- what's the difference in your view
14:51:06  11   between the service department and the branch
14:51:08  12   office?
14:51:11  13        A    Rephrase that, what?
14:51:12  14        Q    In your mind, what's the difference
14:51:14  15   between the service department and the branch
14:51:17  16   office?
14:51:17  17        A    Well, the service department as I
14:51:20  18   understand is part of the -- the branch.
14:51:26  19        Q    Okay.
14:51:27  20        A    It's a department there.
14:51:29  21        Q    And then what's the difference between the
14:51:30  22   branch and like Watch Tower corporations, in your
14:51:34  23   view?
14:51:35  24        A    Well, one, the corporation, the legal
14:51:37  25   means by which they do these things.  And the branch
```

```
14:51:42   1   is mainly dealing with our country or a country.
14:51:44   2        Q    Okay.  And does the branch have like
14:51:47   3   letterhead and stuff?  Does it say Jehovah's Witness
14:51:51   4   branch office?
14:51:52   5        A    I think they -- I think it does go into
14:51:55   6   the branch now.  But the Watch Tower was the heading
14:51:59   7   for years.  And then now this is viewed as a branch
14:52:04   8   then they -- they can mention that.  I don't -- You
14:52:07   9   know, I don't actually know what their letterhead is
14:52:11  10   at this time.
14:52:12  11        Q    When you were getting reimbursement
14:52:14  12   checks, were those coming on Watch Tower checks?
14:52:18  13        A    They actually I think were just credited
14:52:22  14   to our -- our account so to speak.
14:52:25  15        Q    What does that mean?
14:52:27  16        A    Where they would give you credit and then
14:52:30  17   you could request that, basically.
14:52:34  18        Q    How would they pay?
14:52:36  19        A    Well they would -- they would give you a
14:52:40  20   credit there at the branch itself if you wanted
14:52:42  21   to (unintelligible).  They have a little store there
14:52:47  22   for groceries and things for the Bethelites.
14:52:52  23        Q    When you were circuit overseeing you were
14:52:54  24   getting reimbursed for gas on your allowance, which
14:52:58  25   you said wasn't much.  Would you get a check or
```