IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIERY OF PENNSYLVANIA, INC.<br><br>Defendants. | CV 20-52-BLG-SPW<br><br>ORDER |

This matter comes before the Court following Plaintiffs Tracy Caekaert and Camillia Mapley's Statement of Expenses and Fees. (Doc. 326). Plaintiffs had moved for sanctions against Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") in November 2023 for WTNY's failure to comply with a discovery order issued by the Court. (Doc. 287). Plaintiffs requested that the Court prohibit WTNY from asserting certain affirmative defenses. (*Id.*). The Court granted the motion as to the necessity for sanctions but denied Plaintiffs' requested sanction. (Doc. 318 at 2). Instead, the Court ordered certain facts deemed established and imposed monetary sanctions. (*Id.*). The Court ordered Plaintiffs' counsel to file a pleading setting forth the amount of expenses and attorney's fees

1

recoverable for their work finding the exhibits at issues in the motion and preparing the motion. (*Id.* at 40).

Plaintiffs filed the Statement of Expenses and Fees (Doc. 326) pursuant to that order. Plaintiffs' fees and expenses totaled $52,976.19. (*Id.* at 6). WTNY responded that they would agree to pay the amount requested by Plaintiffs, while reserve the right to argue on appeal any issue in the Court's order. (Doc. 327 at 2).

Since WTNY does not contest Plaintiffs' Statement of Expenses and Fees, the Court awards Plaintiffs' attorneys $52,976.19 for WTNY's sanctioned conduct in this case and in the companion case, *Rowland v. Watchtower Tract and Bible Society of New York*, CV 20-59-BLG-SPW.

DATED the 5th day of April, 2024.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

2