Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**DEFENDANT WTPA'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE RESPONSE BRIEF TO PLAINTIFFS' MOTION FOR SANCTIONS RE: INTERROGATORY NOS. 9 AND 15** |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") respectfully requests leave of Court in order to file a short response brief to

Plaintiffs' "Motion for Sanctions Re: Interrogatory Nos. 9 and 15 (ECF No. 85 & 318)", filed on April 4, 2024. (Doc. No. 331)

Plaintiffs assert their Motion for Sanctions Re: Interrogatory Nos. 9 & 15 against only WTNY. (*See* Doc. No. 331) Their Motion is related to their previous Motion for Sanctions against WTNY, which the Court ruled upon in Doc. No. 318. However, as Plaintiffs did in their previous Motion for Sanctions (*see* Doc. no. 288), some of the sanctions sought by Plaintiffs in their Motion for Sanctions Re: Interrogatories Nos. 9 and 15 against WTNY would significantly impact WTPA. Plaintiffs request in their Motion as a sanction against WTNY a ruling deeming admitted the alleged facts that "[d]uring the period 1973 to 1992, the Governing Body acted through WTNY **and** **WTPA** when it promulgated the policies and procedures elders at local congregations were to follow when handling allegations of child sexual abuse" and "[d]uring the period 1973 to 1992, the Governing Body was acting through WTNY **and** **WTPA** for all purposes relevant to this case." (Doc. No. 332, at p. 14) (emphasis added) These alleged facts, if deemed admitted as additional sanctions against WTNY, would obviously also impact WTPA even though it is not a party to Plaintiffs' Motion for Sanctions Re: Interrogatory Nos. 9 and 15 and is not even accused of any improper conduct.

WTPA respectfully requests the opportunity to respond to Plaintiffs' request for sanctions which would affect or impact WTPA. WTPA would only address the

remedies sought in the Motion that affect WTPA. WTPA requests to be allowed to file a response brief by April 18, 2024.

The undersigned contacted Plaintiffs' counsel about this Motion. Plaintiffs do not object to this Motion.

**DATED** this 10th day of April, 2024.

                MOULTON BELLINGHAM PC

                By   */s/* Gerry Fagan
                      GERRY P. FAGAN
                      CHRISTOPHER T. SWEENEY
                      JORDAN W. FITZGERALD
                      27 North 27th Street, Suite 1900
                      P.O. Box 2559
                      Billings, Montana 59103-2559

                      *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on 10th day of April, 2024, a copy of the foregoing was served on the following persons:

1. U.S. District Court, Billings Division

2. Robert L. Stepans  
   Ryan R. Shaffer  
   James C. Murnion  
   MEYER, SHAFFER & STEPANS, PLLP  
   430 Ryman Street  
   Missoula, MT 59802  
   *Attorneys for Plaintiffs*

   Matthew L. Merrill (*pro hac vice*)  
   MERRILL LAW, LLC  
   1863 Wazee Street, #3A  
   Denver, CO 80202

3. Jon A. Wilson  
   Brett C. Jensen  
   BROWN LAW FIRM, P.C.  
   315 North 24th Street  
   P.O. Drawer 849  
   Billings, MT 59103-0849  
   *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

   Joel M. Taylor, Esq. (*pro hac vice*)  
   MILLER MCNAMARA & TAYLOR LLP  
   100 South Bedford Road, Suite 340  
   Mount Kisco, NY 10549

4. Bruce G. Mapley, Sr.  
   3905 Caylan Cove  
   Birmingham, AL 35215  
   *Pro se*

By the following means:

| | | | |
|---|---|---|---|
| 1, 2, 3 | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| 4 | U.S. Mail | ____ | Overnight Delivery Services |

By    */s/* Gerry Fagan