IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>       Plaintiffs,<br><br> -vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>       Defendants. | Case No. CV-20-00052-SPW-TJC<br><br><br>**ORDER GRANTING DEFENDANT WTPA'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE RESPONSE BRIEF TO PLAINTIFFS' MOTION FOR SANCTIONS RE: INTERROGATORY NOS. 9 AND 15** |

Defendant Watch Tower Bible and Tract Society of Pennsylvania ("WTPA")

filed on April 10, 2024, an Unopposed Motion For Leave Of Court To File Response

Brief To Plaintiffs' "Motion For Sanctions Re: Interrogatory Nos. 9 And 15 (ECF

No. 85 & 318)." Plaintiffs' Motion was filed on April 4, 2024, and seeks to sanction

WTNY. (Doc. No. 331)

WTPA requests leave of Court in order to file a response on behalf of WTPA

to Plaintiffs' "Motion for Sanctions Re: Interrogatories Nos. 9 and 15 (ECF No. 85

& 318)" because some of the remedies sought by Plaintiffs in the Motion for

Sanctions would impact WTPA, even though WTPA is not a party to Plaintiffs' Motion and Plaintiffs do not accuse it of improper conduct. WTPA states it would only address the remedies sought in Plaintiffs' Motion that would impact WTPA.

WTPA indicates that Plaintiffs do not oppose its Motion.

For good cause appearing, and noting Plaintiffs do not oppose the Motion, the Court hereby GRANTS the Motion for Leave of Court by WTPA. WTPA is granted leave of Court to file a response brief to Plaintiffs' Motion for Sanctions. (Doc. no. 331). WTPA shall only address the remedies sought in Plaintiffs' Motion that impact it. WTPA has until April 18, 2024, to file its Response to Plaintiffs' Motion.

**DATED** this _____ day of April, 2024.


By _____
District Court Judge Susan Watters

2