*Exhibit B*

IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
MICHAEL J. KINSLOW, ESQ. (#238310)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 260
San Diego, CA 92130
Tel: 858-259-3011
Fax: 858-259-3015
Email: Irwin@zalkin.com
       dms@zalkin.com
       mjpk@zalkin.com

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| Jose Lopez, Individually,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Defendant Doe 1, Linda Vista Church, and Defendant Doe 2, Supervisory Organization, Defendant Doe 3, Perpetrator, and Does 4 through 100, inclusive,<br><br>　　　　Defendants. | Case No:　37-2012-0099849-CU-PO-CTL<br><br>**STIPULATION RE FOUNDATION OF DOCUMENTS AND AGENCY OF INDIVIDUALS IN SPECIFIED POSITIONS**<br><br>Dept:　C-65<br>Judge:　Joan M. Lewis<br>Trial:　None Set |

Plaintiff Jose Lopez (hereinafter Plaintiff) and Defendant Linda Vista Spanish Congregation of Jehovah's Witnesses, San Diego, California, and Defendant Watchtower Bible and Tract Society of New York, Inc. (hereinafter "the Church Defendants"), by and through their respective counsel of record, hereby stipulate to the foundation and business record status of documents produced by the parties in discovery and the agency status of individuals holding the positions of Elder or Ministerial Servant.

Plaintiff and the Church Defendants further agree and stipulate that the stipulations agreed to herein shall be maintained in confidence and shall be used for the sole and exclusive purposes of preparing this action for motions, hearings, trial or appeal, and shall not be disclosed to any person or entity for any purpose unrelated to the prosecution of the present litigation. The agreements reached herein are not intended to be used, and are specifically intended to be of no effect in any other action.

## STIPULATED AGREEMENT

WHEREAS, Plaintiff Jose Lopez has commenced an action alleging sexual abuse at the hands of Gonzalo Campos while Campos was one of Jehovah's Witnesses, wherein Plaintiff has commenced this action against Defendant Linda Vista Spanish Congregation of Jehovah's Witnesses, Defendant Watchtower Bible and Tract Society of New York, Inc., and Defendant Gonzalo Campos. Defendant Gonzalo Campos is not a signatory to this Stipulation;

WHEREAS, all parties to this stipulation have engaged in the discovery process, and either have produced documents in response to requests for production of documents or by agreement will be producing documents in response to requests for production of documents, and the parties to this stipulation seek to streamline the process of establishing the foundation of such documents, including their authenticity and business record status;

WHEREAS, Gonzalo Campos was associated with Defendant Linda Vista Spanish Congregation of Jehovah's Witnesses at the time of the molestation of Plaintiff. At the time of the events that are the subject matter of this action, and prior to April of 2001, Defendant Watchtower Bible & Tract Society of New York, Inc., made the final determination of which men were appointed to the positions of Elder and Ministerial Servant for each Congregation of Jehovah's Witnesses in the United States;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

All Documents hereto produced in the above-captioned action by any party to this stipulation, as well as any document subsequently produced by any party to this stipulation, are genuine and authentic, and satisfy the requirements for authentication as that term is used in Evidence Code § 1400.

All Documents hereto produced in the above-captioned action by any party to this stipulation, as well as any document subsequently produced by any party to this stipulation, meets the requirements of a business record as that term is defined in Evidence Code § 1271.

No party will challenge the foundation, genuineness, or business record status of any document produced at any time in this litigation by any party to this stipulation. Nothing in this stipulated agreement shall be construed to limit, in any way, any party's right to object to the admissibility of any document produced in this action, or any content included in any such document, on any other ground (relevance, hearsay on hearsay, etc.).

Each individual holding the position of Ministerial Servant or Elder in any local congregation of Jehovah's Witnesses, including Linda Vista Spanish Congregation of Jehovah's Witnesses, is an agent, as that term is defined in Civil Code § 2295 of the local congregation in which they hold that title, as well as an agent of The Watchtower Bible and Tract Society of New York, Inc., for the time period prior to April 2001.

No Defendant will dispute that an individual holding the position of Elder or Ministerial Servant is an agent of the local congregation to which he is appointed during the period of time that he holds such positions, or that an individual holding such a position is an agent of The Watchtower Bible and Tract Society of New York, Inc. during the period of time prior to April 2001 that he holds such position, and Plaintiffs will not conduct discovery for the purpose of establishing that each local congregation of Jehovah's Witnesses is an agent or alter ego of The

Watchtower Bible and Tract Society of New York, Inc. Nothing in this agreement shall be construed to preclude any party from conducting discovery regarding other issues.

IT IS SO STIPULATED.

Dated: 2/28/13

THE ZALKIN LAW FIRM, P.C.

_____
Devin M. Storey, Esq.
Attorney for Plaintiffs

Dated: 2/28/13

THE MCCABE LAW FIRM, APC

_____
James M. McCabe, Esq.
Attorney for Linda Vista Spanish Congregation of of Jehovah's Witnesses

Dated: 2/28/13

WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC., LEGAL DEPARTMENT

_____
Calvin A. Rouse, Esq.
Attorney for the Watchtower Bible and Tract Society of New York, Inc.

Dated: 2/28/13

LAW OFFICE OF ROCKY K. COPLEY

_____
Rocky K. Copley, Esq.
Attorney for the Watchtower Bible and Tract Society of New York, Inc.