*Exhibit C*

```
 1      THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2            IN AND FOR THE COUNTY OF SAN MATEO

 3

 4   JASON E. COBB,               )
                                  )
 5                  PLAINTIFF,    )
                                  )
 6   VS.                          )    CASE NO. CIV508137
                                  )
 7   ERNEST BREDE, et al.,        )
                                  )
 8                  DEFENDANT.    )
     _____)
 9

10

11          REPORTER'S TRANSCRIPT OF PROCEEDINGS

12

13          BEFORE HONORABLE JONATHAN E. KARESH
                       DEPARTMENT 20
14             WEDNESDAY, FEBRUARY 22, 2012

15   A P P E A R A N C E S:
16
     FOR THE PLAINTIFF:    APPEARING IN PRO PER
17
     FOR THE DEFENDANTS:   ANTHONY SMITH, ESQ.
18
     FOR ERNEST BREDE:     CALVIN ROUSE, ESQ.
19

20

21

22

23

24

25

26   REPORTED BY:  JOAN WOODS, CSR 4573
```

CAEKAERT/MAPLEY 007689

```
 1   hearing is suppose to go.
 2           MR. ROUSE:  I will do it if you want me to,
 3   Your Honor.
 4           MR. SMITH:  I was going to say, we do have two
 5   witnesses here.  We have parties here, but we do have
 6   two individuals who are non-parties who may be called as
 7   witnesses at some point.  I imagine they would need to
 8   step outside however the Court deems appropriate.
 9           THE COURT:  When there is testimony we will
10   send them out.
11           MR. ROUSE:  Your Honor, a complaint was filed
12   against these three named party defendants who are
13   ministers in a local Menlo Park Congregation of
14   Jehovah's Witnesses.  They are the current ministers of
15   the congregation.  And the complaint was filed by our
16   ex-minister, one that has been removed by the
17   organization.
18           And I say "organization."  I am general counsel
19   for the National Organization of Jehovah's Witnesses out
20   of Brooklyn, New York.  Ordinarily, I wouldn't be here,
21   but this is one of our 13,000 congregations in the
22   United States.  We are a hierarchal religion structured
23   just like the Catholic Church.  And when the order from
24   the Pope comes down in the church defrocking a priest
25   and kicking him out, he no longer has any say in any
26   matter in the local parish priest -- in the parish.
```

1           The same situation as here.  In his complaint
2   he brings one claim.  He claims that he wants to be
3   reinstated as a director and an officer in the Menlo
4   Park Congregation.  This is contrary to our church rules
5   and regulations and bylaws.
6           We brought our organizational bylaws book, our
7   rule book here, and we are prepared to present witnesses
8   that this is a hierarchal organization.  It is governed
9   from the top down.  We are protective of property rights
10  and office holding rights of any degree at all in any of
11  our churches.
12          And I am representing the presiding minister,
13  Mr. Brede here.  And so we challenge that.  We say that
14  that is a matter of First Amendment constitutional law.
15  He can't do an end run as a defrocked minister and try
16  to get his toe back in the administrative structure of
17  our religion and by means of a court order.  So, that's
18  one point we are going to show through the evidence.
19          The other is that he let the statute of
20  limitations run clearly in regard -- even under
21  California law for a bringing a challenge like this.
22          THE COURT:  Mr. Cobb, do you want to tell me
23  anything before we start the hearing?
24          MR. COBB:  Well, I will do the best I can under
25  the circumstances, Your Honor.  I am pro per.  It was
26  not my expectation that there would be a hearing today.

```
1    STATE OF CALIFORNIA )
2                        )   SS.
3    COUNTY OF SAN MATEO )
4
5
6
7            I, JOAN WOODS, CERTIFIED SHORTHAND REPORTER,
8    HEREBY CERTIFY:
9            THAT THE FOREGOING CONTAINS A TRUE, FULL AND
10   CORRECT TRANSCRIPT OF THE PROCEEDINGS GIVEN AND HAD IN
11   THE WITHIN ENTITLED MATTER, AND WAS REPORTED BY ME AT
12   THE TIME AND PLACE MENTIONED, AND THEREAFTER TRANSCRIBED
13   BY ME INTO LONGHAND TYPEWRITING, AND THAT THE SAME IS A
14   CORRECT TRANSCRIPT OF THE PROCEEDINGS.
15            DATED:   3.14.12
16            REDWOOD CITY, CALIFORNIA.
17
18            _____Joan Woods_____
19            JOAN WOODS, CSR. 4573
20                      -oOo-
21
22
23
24
25
26
```