*Exhibit P*

# PREACHING AND TEACHING IN PEACE AND UNITY

"Seek peace and pursue it.
For Jehovah's eyes are upon the righteous."
—1 Pet. 3:11, 12.

ISSUED JANUARY 1, 1960, BY THE

**WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA**
**BROOKLYN, N.Y.**

Made in the United States of America

WTPA066250

recommended as study conductors; however, here only one name need be submitted for each recommendation. If the individual was ever on probation, this should be mentioned, as well as the reason for the probation, its length and when it terminated. If a new congregation servant or assistant congregation servant is recommended, a full mailing address and telephone number should be given. Complete and specific reasons for recommending a change should be stated by the committee. All three committee servants should sign the letter when sent to the Society. If the circuit servant is scheduled to visit the congregation soon, the committee can wait until his visit to make their suggestions for a change. At no time is the Society bound by the recommendations made by the circuit servant or the committee, but the Society is pleased to receive and consider the recommendations.

## APPOINTMENT OF SERVANTS

91 The Society will appoint the necessary servants to care for congregation matters. In this booklet the servants are listed under their respective headings and their duties are defined. Sometimes it may be necessary to appoint one person to more than one position. Qualified sisters may be appointed to fill servants' positions if there are not sufficient brothers to serve, but none would be thought of as overseer. The Society will send an appointment letter to the congregation and this letter is to be read to the congregation and should be held as part of the congregation's permanent file.

92 A good servant will appreciate his responsibilities toward the congregation. He will try to be on hand at least twenty minutes before each meeting to care for his duties and to help the publishers in their service activity. He should keep his records up to date, take his parts on the program, prepare well for the meetings and, above all, set an excellent example of ministry in the field service. He should be anxious and willing to help other publishers to improve in their service by taking them with him into the service. The congregation servant is the presiding minister of the congregation, and all the other servants who are appointed are assistants to him, looking after specific divisions of the work. In large congregations often the servants cannot care for all the responsibilities of their position, such as the work in the bookroom or with the magazines. These appointed servants may have assistants to help them. These assistants should be approved by the congregation servant.

WTPA066276

93 Where there are no dedicated, qualified brothers the Society will appoint sisters as servants to care for all the congregation appointments. Sisters will care for theocratic matters in the same manner as the brothers do. As time goes on and some brother dedicates himself to Jehovah's service and becomes qualified as an overseer should be, then the committee of sisters may recommend that brother as congregation servant, *Watchtower* study servant, school servant and study conductor.

## CONGREGATION SERVANT

94 The congregation servant is appointed by the Society to serve as the presiding minister and overseer of all congregation matters. He should acquaint himself thoroughly with the booklet *Preaching and Teaching in Peace and Unity*, so that he will know what his duties are as well as the duties of his assistants. For convenience all communications with the Society will be through him. The congregation servant should regularly check the records of all other servants, offer counsel if necessary and, if needed, assign each servant an assistant to help take care of records and handle matters in the Kingdom Hall.

95 Any letters the Society has for the congregation will reach the congregation through the congregation servant. He will read all letters addressed to the congregation at the first service meeting following receipt of the letter or according to the directions of the letter. He will turn correspondence addressed to other servants over to them promptly. Forms, reports and other correspondence sent to the Society will be approved and sent to the Society by him. This in no wise prohibits other individual publishers from writing directly to the Society, if and when they think such correspondence is necessary.

96 He will see that all meetings are properly conducted and started on time and that those appointed to serve look after their responsibilities. He should plan his service meetings a month in advance and give ample notice to those who are to take part in the service meetings, so they can have the demonstration or talk they are to give well prepared. He should plan and organize the preaching work for the entire congregation and then set the right example by participating in all features of the service work regularly. He should arrange to visit the sick or have others visit them. He should help brothers who are spiritually sick and see that they are en-

WTPA066277