*Exhibit V*

# COUNSEL ON THEOCRATIC ORGANIZATION FOR JEHOVAH'S WITNESSES



ISSUED MARCH 1, 1949, BY THE
WATCH TOWER BIBLE AND TRACT SOCIETY
BROOKLYN, N.Y.

WTPA066317

purely a local one, and if the company is in position to help it may do so.

## DIFFICULTIES

[188] If brethren in a congregation have some personal difficulties, they always have the privilege of going to a mature brother, an appointed servant or other qualified person in the company, to seek counsel; but they cannot expect the company to bear their personal "load of responsibility". (Gal. 6:5, *Moffatt*) Difficulties among the brethren should be avoided. This is the time of unity, and no energy or time can be profitably spent in controversies.

[189] If a brother sees a fellow servant do that which is out of harmony with the Lord's Word and organization, he should not gossip among others; but he would do well to go to his brother and in a kind manner call his attention to his shortcomings. If an individual associated with a company persists in wrongdoing and does not act according to the Scriptures as is becoming a Christian, then the representative members of the congregation who are the servants in the company, the mature ones or spiritually qualified, can decide what course should be taken. (Matt. 18:15-18) The Scriptural admonition is to have nothing to do with wrongdoers who seek to cause divisions. (Rom. 16:17; Titus 3:10, 11) The mature brethren of responsibility would so advise the congregation, disfellowshiping the w r o n g d o e r. (1 Cor. 5:11-13) Later if genuine repentance is shown by the dismissed offender the responsible brethren may receive him back into their midst, and inform the congregation.—Prov. 17:10; 2 Cor. 2:6-11; 7:8-12; 2 Thess. 3:14, 15.

[190] Appointed servants must lead exemplary lives and be able to counsel their brethren on proper Scriptural procedure when necessary. If an appointed servant should be found guilty of wrongdoing, however, and it is deemed necessary to write the Society regarding his action, the one (or ones) writing should furnish the individual with a copy of the letter written to the Society.

In all correspondence carried on with the Society, all facts and names of persons involved should be submitted, in order that the Society may be in position to act properly and intelligently on the matter being considered. If all brethren keep uppermost in mind the Kingdom work, study to mind their own business, nullify minor, trivial differences and show great mercy, forgiving one another as often as "seventy times seven", difficulties and troubles will be few indeed. Peace and unity will prevail and the company will shine forth for all in the community to behold as the one Christian organization of light and truth in the territory.—Psalm 145; 1 Thess. 4:11; Matt. 18:21, 22, *An Amer. Trans.;* 5:14; Eph. 4:25-32, *An Amer. Trans.*

## GODLY DEPORTMENT

[191] All ministers in the Lord's organization should always bear in mind that they are representatives of Jehovah God and ambassadors of the heavenly Theocratic government. Appreciating this, you will deport yourself in harmony with the righteous principles of God's Word. You should be clean in mind and body. (Isa. 52:11; Phil. 4:8) You should have control of your spirit and at all times use proper language. (Eccl. 7:9; 1 Pet. 3:10, 11) The records of the life of Christ Jesus and the acts of the apostles show that the ministers of the Lord are bold and fearless, yet not rude and unkind. (1 Cor. 4:9-13; 2 Cor. 3:12, *margin;* Acts 19:8; Eph. 6:18-20) You should be patient, long-suffering, meek, humble, and always express faith and love for God by good works. (Jas. 2:26) A Christian's action in his own home should be above reproach. (1 Cor. 7:10-17; 1 Pet. 3:1-11) Let your daily lives be examples so that you may be able to gain others to the side of The Theocracy. (Phil. 1:27; 1 Tim. 4:12, 16) Do not enter into lengthy arguments concerning immaterial matters. (Titus 3:9) Shun the detrimental things of this world. (1 John 2:15) Keep yourself wholly devoted to the Kingdom interests. (Titus 2:12-14) Maintain your integrity and sin not with your tongue. (Ps. 39:1) Obey

WTPA066374