*Exhibit AA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

TRACY CAEKAERT, and
CAMILLIA Mapely,

    Plaintiffs,
vs.                          Case No. CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., and WATCH TOWER BIBLE
AND TRACT SOCIETY OF
PENNSYLVANIA.

    Defendants,
_____)

Expert Videotaped Deposition

In Person/Zoom Videoconference

Bradley Lovett

August 11, 2023

Reported By: Gidgette Nieves, CSR No. 10142
WORDS COURT REPORTING SERVICES, INC.
(844) 289-WORD(9673)
www.WordsCourtReporting.com

| | | |
|---|---|---|
| 09:50:46 | 1 | different than an elder or is that the same? |
| 09:50:49 | 2 | A    Well, we didn't have elders at the time. |
| 09:50:52 | 3 | And they needed to fill these slots.  And -- you'll |
| 09:51:00 | 4 | notice even my mother was put in there. |
| 09:51:04 | 5 | Q    And that's not typical is it to have a |
| 09:51:07 | 6 | female on here as a servant or an elder or |
| 09:51:11 | 7 | anything? |
| 09:51:11 | 8 | A    At that time -- it wasn't typical but it |
| 09:51:14 | 9 | wasn't uncommon. |
| 09:51:16 | 10 | Q    Okay.  How many approximately people were |
| 09:51:19 | 11 | at the -- in the new Hardin congregation in 1971, if |
| 09:51:23 | 12 | you remember? |
| 09:51:25 | 13 | A    Maybe -- maybe 30, 35.  I'm just |
| 09:51:30 | 14 | guessing. |
| 09:51:33 | 15 | Q    And this -- this document we're looking at |
| 09:51:36 | 16 | Exhibit 1, it looks like it came from the Watch |
| 09:51:40 | 17 | Tower Society in New York? |
| 09:51:42 | 18 | A    Yes. |
| 09:51:43 | 19 | Q    Looks like the Watch Tower Society is |
| 09:51:45 | 20 | saying that -- I'll read it.  Their pleased to |
| 09:51:50 | 21 | advise that the servant appointments to the |
| 09:51:54 | 22 | positions below have been made. |
| 09:51:56 | 23 | Did you understand that the Watch Tower |
| 09:52:00 | 24 | Society had approved these -- these specific |
| 09:52:02 | 25 | appointments? |

```
09:52:03   1        A    Well, when the letter came back that
09:52:05   2   was --
09:52:05   3        Q    That's what this letter is saying?
09:52:07   4        A    Uh-huh.
09:52:08   5        Q    The Watch Tower Society approved these
09:52:12   6   appointments, correct?
09:52:13   7        A    Uh-huh, yeah.
09:52:14   8        Q    Okay.  And again, I'm sorry, I don't know
09:52:18   9   if you answered that question.  About how many
09:52:19  10   people were in the congregation at that time?
09:52:22  11        A    30, maybe 35.
09:52:24  12        Q    How did you go about finding these
09:52:26  13   people?
09:52:27  14        A    We -- we contacted them in the -- either
09:52:32  15   in our house-to-house ministry and some had known in
09:52:39  16   some other areas they -- they -- and they wanted
09:52:41  17   to -- to attend so they had moved to Hardin and they
09:52:48  18   began attending once we had a -- a meeting plan.
09:52:55  19        Q    Okay.  If you look at the bottom of this
09:53:01  20   document, sir --
09:53:02  21        A    Uh-huh.
09:53:03  22        Q    -- in the fine print down there it states
09:53:06  23   that "Please see that the newly appointed servant
09:53:10  24   becomes thoroughly familiar with his duties as they
09:53:14  25   are set forth in the book.  Your world is a Lamp to
```

09:53:17  1  my foot, comma, and then the Kingdom ministry."  Do

09:53:22  2  you see that, sir?

09:53:23  3       A    Yeah, uh-huh.

09:53:26  4       Q    And are those books that you would -- the

09:53:28  5  congregation would get from the Watch Tower

09:53:31  6  Society?

09:53:31  7       A    Yes.

09:53:32  8       Q    And you understood from this letter that

09:53:33  9  the servants in this congregation, the new servants

09:53:38 10  needed to become familiar with the duties that are

09:53:40 11  set forth in those books?

09:53:42 12       A    Yes.

09:53:42 13       Q    Okay.  That's part of the job of being a

09:53:45 14  servant in a new congregation?

09:53:50 15       A    Yeah.

09:53:57 16       Q    Do you recall when the first elders were

09:54:00 17  appointed on this new congregation?

09:54:04 18       A    Probably.  I think the arrangement came in

09:54:06 19  about '71, I think.

09:54:08 20       Q    Who were the original elders?

09:54:14 21       A    I can't remember.  Martin Svenson I think

09:54:21 22  was one.  Harold Rimby.  And they put me down even

09:54:27 23  though I think I been baptized six months or

09:54:32 24  something at the time.  I'm trying to think if there

09:54:39 25  were others.  I can't remember.

| | | |
|---|---|---|
| 10:20:07 | 1 | BY MR. SHAFFER: |
| 10:20:07 | 2 |     Q    Is this a document -- or have you ever |
| 10:20:08 | 3 | seen a document like this before? |
| 10:20:10 | 4 |     A    Uh-huh. |
| 10:20:11 | 5 |     Q    What kind of document is this?  What is |
| 10:20:16 | 6 | this? |
| 10:20:16 | 7 |     A    It's -- I forget the -- the number on it. |
| 10:20:18 | 8 | But it was where they put the |
| 10:20:20 | 9 | recommendations for elder's ministerial service. |
| 10:20:23 | 10 |     Q    Okay.  When you say "they put the |
| 10:20:26 | 11 | recommendation," you mean the circuit overseer would |
| 10:20:29 | 12 | do that? |
| 10:20:30 | 13 |     A    The local congregation along with the |
| 10:20:34 | 14 | circuit overseer. |
| 10:20:34 | 15 |     Q    Okay.  And then if we flip to the second |
| 10:20:37 | 16 | page of Exhibit 3, I'm going to direct you to -- |
| 10:20:46 | 17 | let's go back to the first page.  Just one second. |
| 10:20:54 | 18 | The stamp up here in the upper left-hand corner |
| 10:20:58 | 19 | duplicate copy to "society for return after |
| 10:21:01 | 20 | approval"? |
| 10:21:02 | 21 |     MR. MCCABE:  There's no stamp on this |
| 10:21:04 | 22 | copy. |
| 10:21:05 | 23 | BY MR. SHAFFER: |
| 10:21:05 | 24 |     Q    Do you see where it says "duplicate copy |
| 10:21:09 | 25 | to Society for return after approval."  Do you see |

| | | |
|---|---|---|
| 10:21:11 | 1 | that, Mr. Lovett? |
| 10:21:13 | 2 | A    Yes. |
| 10:21:13 | 3 | Q    And is that referring to the copy that |
| 10:21:15 | 4 | would go to New York that would get stamped either |
| 10:21:18 | 5 | approving or not approving the elders and then come |
| 10:21:22 | 6 | back to the congregation? |
| 10:21:23 | 7 | A    Yeah. |
| 10:21:24 | 8 | Q    And if we flip to the next page, same |
| 10:21:32 | 9 | corner there, upper left-hand corner.  "Governing |
| 10:21:37 | 10 | body has approved the recommendations on the reverse |
| 10:21:40 | 11 | side as indicated by the Watch Tower Society stamp," |
| 10:21:42 | 12 | below; do you see that, Mr. Lovett? |
| 10:21:44 | 13 | A    Yes. |
| 10:21:45 | 14 | Q    And then there's the Stamp Watch Tower |
| 10:21:47 | 15 | Bible and Tract Society New York? |
| 10:21:48 | 16 | A    Yes. |
| 10:21:50 | 17 | Q    SCL, May 7th, 1984.  You see that? |
| 10:21:53 | 18 | A    Yes. |
| 10:21:53 | 19 | Q    Is that the Watch Tower Society then |
| 10:21:56 | 20 | approving the appointment of those elders on the |
| 10:21:57 | 21 | previous page? |
| 10:21:58 | 22 | A    Yes. |
| 10:21:59 | 23 | Q    Okay.  Is that how the process worked in |
| 10:22:01 | 24 | the 70s as you understood it? |
| 10:22:04 | 25 | A    As I recall, Uh-huh. |

| | | |
|---|---|---|
| 10:27:17 | 1 | approved by the Watch Tower Society? |
| 10:27:20 | 2 | A    No. |
| 10:27:22 | 3 | MR. TAYLOR:   Again, my objection to the |
| 10:27:23 | 4 | form of the question. |
| 10:27:25 | 5 | BY MR. SHAFFER: |
| 10:27:25 | 6 | Q    Mr. Lovett do you understand the |
| 10:27:27 | 7 | question? |
| 10:27:27 | 8 | A    Uh-huh, yes. |
| 10:27:28 | 9 | Q    Are you aware of anybody ever being |
| 10:27:30 | 10 | appointed an elder to a congregation that was not |
| 10:27:34 | 11 | approved by the Watch Tower Society? |
| 10:27:36 | 12 | A    I -- I don't know.  I'm -- |
| 10:27:37 | 13 | Q    You don't know whether you're aware of |
| 10:27:38 | 14 | it? |
| 10:27:39 | 15 | A    If there is another method, I have no |
| 10:27:42 | 16 | idea. |
| 10:27:42 | 17 | Q    Okay.  So the only method you're aware of |
| 10:27:45 | 18 | is when the Watch Tower Society approves it? |
| 10:27:48 | 19 | MR. TAYLOR:   Again, objection to the form |
| 10:27:49 | 20 | of the question. |
| 10:27:54 | 21 | BY MR. SHAFFER: |
| 10:27:54 | 22 | Q    Yes or no? |
| 10:27:57 | 23 | A    They've always handled it this way, that's |
| 10:27:59 | 24 | it. |
| 10:28:01 | 25 | Q    Okay.  All right.  You become an elder in |

| | | |
|---|---|---|
| 10:28:06 | 1 | 1971 in Hardin.  Tell me how you learn to do your |
| 10:28:10 | 2 | job as an elder? |
| 10:28:14 | 3 | A    From what we see in the publications. |
| 10:28:21 | 4 | Q    Let's talk about that for a second.  Which |
| 10:28:25 | 5 | publications are we talking about? |
| 10:28:28 | 6 | A    Actually anything pertinent, I guess. |
| 10:28:33 | 7 | Q    Kingdom ministry school coursebook? |
| 10:28:36 | 8 | A    That could be, Uh-huh, yes. |
| 10:28:39 | 9 | Q    Okay.  And would that be a book that would |
| 10:28:41 | 10 | be at a, like an elder training convention? |
| 10:28:47 | 11 | A    Yeah. |
| 10:28:47 | 12 | Q    Okay.  And who would put on those |
| 10:28:49 | 13 | conventions, those elder training conventions? |
| 10:28:53 | 14 | A    The -- we say the branch though we didn't |
| 10:28:55 | 15 | -- the -- yeah, Watch Tower put them on through the |
| 10:29:00 | 16 | branch arrangement. |
| 10:29:02 | 17 | Q    In your mind during this period of time |
| 10:29:04 | 18 | was there a difference between the branch and the |
| 10:29:07 | 19 | Watch Tower? |
| 10:29:08 | 20 | A    Well in my own mind I just -- we just |
| 10:29:11 | 21 | refer to it in general.  We always just -- if they |
| 10:29:14 | 22 | say the Society or whatever. |
| 10:29:17 | 23 | Q    They'd say the Society? |
| 10:29:19 | 24 | A    Well, we would amongst ourselves.  No, |
| 10:29:22 | 25 | they've -- they've approved this recommendation or |

| | | |
|---|---|---|
| 10:30:18 | 1 | talked about the publication.  You mentioned |
| 10:30:21 | 2 | publications.  I mentioned the Kingdom Ministry |
| 10:30:24 | 3 | coursebook.  And then we talked about that would be |
| 10:30:27 | 4 | introduced to the elders at a -- like an elder |
| 10:30:30 | 5 | training convention. |
| 10:30:31 | 6 |      A    It could be.  They did it a number of |
| 10:30:34 | 7 | different ways. |
| 10:30:34 | 8 |      Q    And as a circuit overseer you've attended |
| 10:30:39 | 9 | and instructed elders at a Kingdom School Ministry |
| 10:30:43 | 10 | course, haven't you? |
| 10:30:44 | 11 |      A    Yes. |
| 10:30:45 | 12 |      Q    And that's -- is that a meeting where |
| 10:30:47 | 13 | you'll meet with elders and you'll have literature |
| 10:30:50 | 14 | from the Watch Tower Society with you that you go |
| 10:30:53 | 15 | through kind of on a schedule with the elders to |
| 10:30:56 | 16 | instruct them how to do their job.  Is that a fair |
| 10:31:00 | 17 | description? |
| 10:31:01 | 18 |      A    Well, a lot of that changed over the years |
| 10:31:04 | 19 | too.  And I'm trying to think back on the various |
| 10:31:13 | 20 | methods or approaches.  But there would be -- our |
| 10:31:18 | 21 | schools we would have that would deal with certain |
| 10:31:23 | 22 | aspects of -- of the arrangement.  They didn't -- |
| 10:31:28 | 23 | they didn't comprehensively do everything all at |
| 10:31:30 | 24 | once, they just -- and that's where you would learn |
| 10:31:34 | 25 | certain things.  But all of those things can be |

| | | |
|---|---|---|
| 10:31:37 | 1 | abridge by letters or -- or other publications that |
| 10:31:40 | 2 | might come out later. |
| 10:31:41 | 3 |     Q   So everything in the Kingdom school |
| 10:31:44 | 4 | ministry course could be abridged by a letter that |
| 10:31:47 | 5 | would come from the Watch Tower Society or other |
| 10:31:50 | 6 | publications; is that fair? |
| 10:31:51 | 7 |     A   Or some direction, you know, specifically |
| 10:31:53 | 8 | dealing with -- with that subject. |
| 10:31:56 | 9 |     Q   Okay.  Do you know who James Roland is? |
| 10:31:57 | 10 |     A   Yes. |
| 10:31:58 | 11 |     Q   He's been deposed.  And he said when he |
| 10:32:01 | 12 | was appointed as an elder he went to a training |
| 10:32:05 | 13 | course for elders in Billings. |
| 10:32:08 | 14 |     A   Uh-huh. |
| 10:32:09 | 15 |     Q   And he described going through the Kingdom |
| 10:32:10 | 16 | school ministry course. |
| 10:32:12 | 17 |     A   Uh-huh. |
| 10:32:12 | 18 |     Q   Does that ring a bell to you having an |
| 10:32:15 | 19 | elder training in Billings at any point in time |
| 10:32:18 | 20 | or? |
| 10:32:18 | 21 |     A   We never did in -- in Billings. |
| 10:32:21 | 22 |     Q   Where did you do them?  Where did the |
| 10:32:23 | 23 | Hardin congregations elders have their Kingdom |
| 10:32:26 | 24 | school ministry course? |
| 10:32:27 | 25 |     A   I don't know.  I was gone. |

10:32:28   1       Q    Okay.  But in the period of let's say the
10:32:35   2    late 1970s at least through the mid '80s were elders
10:32:41   3    trained at a Kingdom school ministry course with a
10:32:46   4    document called the Kingdom school ministry
10:32:49   5    course?
10:32:51   6       A    I don't -- it was pretty much related to a
10:32:59   7    particular subject; whatever it might happen to be.
10:33:02   8    There's -- I mean you could -- you could spend
10:33:05   9    months on -- on some of that.
10:33:06   10      Q    But sure.  Let's not -- I don't want to
10:33:08   11   get into the particulars of what was being trained
10:33:12   12   and taught or instructed.  But just in general as a
10:33:15   13   concept isn't that how elders would learn to do
10:33:18   14   their job in the late 70s to mid 80s, they'd go to a
10:33:21   15   Kingdom school ministry course with publications
10:33:23   16   from the Watch Tower Society?
10:33:24   17      A    Most --
10:33:25   18           MR. TAYLOR:  Again objection to the form
10:33:26   19   of the question.
10:33:28   20   BY MR. SHAFFER:
10:33:28   21      Q    You can answer.  It's okay.
10:33:30   22      A    Most of the time.  What my -- what I was
10:33:35   23   trying to say a minute ago -- what was your
10:33:37   24   question?
10:33:39   25      Q    As a general concept late 1970s to the mid

| | | |
|---|---|---|
| 10:33:43 | 1 | '80s, elders would be trained on how to do their job |
| 10:33:47 | 2 | and what the expectations were from the Watch Tower |
| 10:33:50 | 3 | Society by going through the Kingdom Ministry course |
| 10:33:54 | 4 | publication at a -- at a convention or a training; |
| 10:33:57 | 5 | is that right? |
| 10:33:58 | 6 |     A    We had those schools. |
| 10:34:00 | 7 |     Q    Okay. |
| 10:34:00 | 8 |     A    And I'm just saying it from my own |
| 10:34:03 | 9 | standpoint in our last meeting. |
| 10:34:04 | 10 |     VIDEOGRAPHER:  Let's -- let's look at |
| 10:34:05 | 11 | Document Number 4.  This gentleman will help you. |
| 10:34:18 | 12 | Thank you, sir. |
| 10:34:36 | 13 |     MR. SHAFFER:  All right. Exhibit 4 is the |
| 10:34:37 | 14 | Kingdom school MINISTRY course. |
| 10:34:42 | 15 |     (Exhibit 4 marked for identification.) |
| 10:34:42 | 16 |     MR. MCCABE:  It's actually called the |
| 10:34:44 | 17 | "Kingdom Ministry School Course." |
| 10:34:47 | 18 | BY MR. SHAFFER: |
| 10:34:47 | 19 |     Q    Kingdom Ministry School.  "Compiled and |
| 10:34:50 | 20 | published by the Watch Tower Bible and Tract Society |
| 10:34:53 | 21 | of Pennsylvania, 1972." |
| 10:35:02 | 22 |     Have you seen -- no this is just a copy of |
| 10:35:05 | 23 | it.  Have you seen this publication in book form |
| 10:35:12 | 24 | before? |
| 10:35:14 | 25 |     A    I -- I don't recall.  They -- there used |

10:35:18  1   to be a book I believe that was, you know, bound and

10:35:24  2   that they used in these courses.

10:35:29  3        Q    Okay.

10:35:29  4        A    And it was -- it was abridge at this time

10:35:32  5   went on and even the materials were done.   They

10:35:34  6   would -- not everybody went to the same school,

10:35:40  7   taught the same thing.   They --

10:35:46  8        Q    Let's flip to the next page.   Thank you,

10:35:54  9   sir.

10:35:55  10       All right. The first few words here "The

10:35:57  11  Kingdom Ministry School course has been arranged by

10:35:59  12  the Watch Tower Bible and Tract Society to help

10:36:04  13  overseers become equipped to shepherd the flock of

10:36:07  14  God.  The school was dedicated to Jehovah God and

10:36:12  15  the advancement of Kingdom interest."  What does

10:36:15  16  that mean to you?

10:36:15  17       A    Better do a job.  Is that what you mean?

10:36:19  18       Q    Okay.  And when it says "Watch Tower Bible

10:36:21  19  and Tract Society" in that first paragraph, what

10:36:24  20  does that mean to you?  Does that mean a particular

10:36:26  21  corporation or is just a society like we've talked

10:36:30  22  about?

10:36:31  23       A    Just a society in general and most all of

10:36:33  24  it.

10:36:34  25       Q    Is it fair to say that elders are expected

| | | |
|---|---|---|
| 10:36:37 | 1 | to kind of know what's in this document, the Kingdom |
| 10:36:41 | 2 | Ministry School course? |
| 10:36:43 | 3 | A    Well, as many as -- as they will attend |
| 10:36:48 | 4 | it.  But like I say, they're usually in a |
| 10:36:53 | 5 | different -- a different times and they may have |
| 10:36:56 | 6 | added material or subtracted material depending on |
| 10:37:00 | 7 | the circumstance.  I'd say generally that's -- |
| 10:37:05 | 8 | that's true. |
| 10:37:06 | 9 | Q    It's true in general that elders are |
| 10:37:08 | 10 | expected to know the material in this document; is |
| 10:37:10 | 11 | that fair? |
| 10:37:11 | 12 | A    Yeah, they are instructed about it. |
| 10:37:16 | 13 | Q    Who are the instructors at a Kingdom |
| 10:37:19 | 14 | Ministry school course? |
| 10:37:22 | 15 | A    Generally it's local circuit overseer, |
| 10:37:26 | 16 | generally at that time. |
| 10:37:28 | 17 | Q    Okay.  And who decides what materials |
| 10:37:30 | 18 | comes to the course? |
| 10:37:33 | 19 | A    The branch -- it's -- it's -- it's |
| 10:37:36 | 20 | printed, you know, they make that decision.  And |
| 10:37:39 | 21 | then how it's taught we might have a lot of |
| 10:37:45 | 22 | discretion as to what we would do if we were |
| 10:37:50 | 23 | teaching something like that.  How you present it. |
| 10:37:54 | 24 | Q    Okay.  I think what you're saying is the |
| 10:37:56 | 25 | branch would provide the circuit overseer the |

| | | |
|---|---|---|
| 10:37:58 | 1 | material, and then the circuit overseer would have |
| 10:38:02 | 2 | discretion how to teach that material at the -- at |
| 10:38:07 | 3 | the school? |
| 10:38:07 | 4 | A    Yeah, yes. |
| 10:38:08 | 5 | Q    Is that how it was in the 1970s, 1980s? |
| 10:38:13 | 6 | A    As best I can remember, yes. |
| 10:38:36 | 7 | Q    Do you remember any other documents beside |
| 10:38:39 | 8 | the Kingdom Ministry School course that you would |
| 10:38:42 | 9 | have as a circuit overseer at a -- at an overseer |
| 10:38:49 | 10 | training? |
| 10:38:50 | 11 | A    Sometimes there might be letters that have |
| 10:38:52 | 12 | come directly and if it's making a correction or |
| 10:38:56 | 13 | something, and they might get that, that's about all |
| 10:39:00 | 14 | I can think of. |
| 10:39:02 | 15 | Q    And are you speaking about this kind of |
| 10:39:04 | 16 | your personal experience as a circuit overseer at |
| 10:39:08 | 17 | this courses? |
| 10:39:09 | 18 | A    Uh-huh, yes. |
| 10:39:16 | 19 | Q    Okay.  I want to see if we're done with |
| 10:39:19 | 20 | Document 2.  Give me a second.  I'm going to look at |
| 10:39:22 | 21 | Document 2 and see if we're done with it. |
| 10:40:05 | 22 | Are you familiar with the books that are |
| 10:40:07 | 23 | entitled "To Pay Attention to Yourselves and All The |
| 10:40:10 | 24 | Flock"? |
| 10:40:10 | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:40:11 | 1 | Q    What's that book used for? |
| 10:40:14 | 2 | A    More or less the same thing, organization. |
| 10:40:17 | 3 | And I'm thinking about the same.  Well have lot of |
| 10:40:21 | 4 | changes in titles. |
| 10:40:23 | 5 | Q    Sure.  Just in general your recollection |
| 10:40:25 | 6 | you say the same thing.  Is it to instruct and help |
| 10:40:31 | 7 | elders understand their obligations to their |
| 10:40:35 | 8 | congregations? |
| 10:40:35 | 9 | A    Yes. |
| 10:40:37 | 10 | Q    I'm just asking.  These documents that I'm |
| 10:40:40 | 11 | personally not familiar with like the Kingdom |
| 10:40:43 | 12 | Ministry School course.  The Pay attention to |
| 10:40:46 | 13 | Yourself and all the Flock.  The branch Organization |
| 10:40:51 | 14 | Manual.  Organized to accomplish our Religion. |
| 10:40:53 | 15 | Those are documents I'm not familiar, so I'm kind of |
| 10:40:56 | 16 | just hoping you can help me understand what those |
| 10:40:58 | 17 | documents are used for.  Does that make sense? |
| 10:41:02 | 18 | A    No, I understand what you're asking. |
| 10:41:02 | 19 | Yeah, the one that referred to at the beginning, |
| 10:41:06 | 20 | none of us elders know anything about that, that's |
| 10:41:09 | 21 | just internally with the -- the branch or |
| 10:41:17 | 22 | organization, and usually a small part of that. |
| 10:41:21 | 23 | Q    Okay.  That's the one you were confused on |
| 10:41:23 | 24 | Exhibit 2? |
| 10:41:24 | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:41:25 | 1 | Q    Branch Organization? |
| 10:41:27 | 2 | A    Yeah, we never -- we didn't follow -- we |
| 10:41:30 | 3 | weren't involved with that.  It may be things from |
| 10:41:33 | 4 | it, may be repeated in other places.  But none of |
| 10:41:37 | 5 | those were ever handed out to anybody that I know |
| 10:41:40 | 6 | of. |
| 10:41:41 | 7 | Q    How about a circuit overseer.  Did you |
| 10:41:43 | 8 | ever see that document, the Branch organization |
| 10:41:50 | 9 | Manual? |
| 10:41:51 | 10 | A    No, we didn't get any of that. |
| 10:41:54 | 11 | Q    Okay.  Do you know who used that book, the |
| 10:41:57 | 12 | Branch Organization Manual? |
| 10:42:00 | 13 | A    No. |
| 10:42:03 | 14 | Q    Okay.  I think we're probably done with |
| 10:42:05 | 15 | Exhibit 2 then. |
| 10:42:39 | 16 | MR. SHAFFER:  Let's look at Tab 5, mark |
| 10:42:43 | 17 | Exhibit 5. |
| 10:42:44 | 18 | (Exhibit 5 marked for identification.) |
| 10:42:44 | 19 | BY MR. SHAFFER: |
| 10:42:44 | 20 | Q    All right.  This is a book I've mentioned |
| 10:42:47 | 21 | "Pay Attention to Yourself and all the Flock."  Flip |
| 10:42:51 | 22 | to the third page.  There you go.  It says "Kingdom |
| 10:43:01 | 23 | Ministry School Textbook."  Do you see that, Mr. |
| 10:43:06 | 24 | Lovett? |
| 10:43:07 | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:43:07 | 1 | Q    Is that in reference to the fact that this |
| 10:43:10 | 2 | is a sort of a book you have in an elder ministry |
| 10:43:14 | 3 | school? |
| 10:43:15 | 4 | A    Yes. |
| 10:43:16 | 5 | Q    Okay, in general.  And go to the next |
| 10:43:19 | 6 | page.  It says "Published by Watch Tower Bible and |
| 10:43:23 | 7 | Tract Society.  This one is of New York, September |
| 10:43:26 | 8 | 1977.  I assume the fact that this one is from New |
| 10:43:35 | 9 | York and the previous one was published and |
| 10:43:37 | 10 | distributed by Watch Tower Bible and Tract Society |
| 10:43:41 | 11 | Pennsylvania.  I -- I assume that didn't effect your |
| 10:43:44 | 12 | job at all as a circuit overseer teaching this |
| 10:43:47 | 13 | stuff, did it? |
| 10:43:48 | 14 | A    I don't -- no, I don't believe so. |
| 10:43:55 | 15 | Q    All right.  So if we can look at this |
| 10:43:59 | 16 | page.  You got there.  Thank you.  Bate's number |
| 10:44:00 | 17 | 229, this is WTNY229.  The top there's "To the |
| 10:44:08 | 18 | student."  Who would the student be in this |
| 10:44:12 | 19 | course? |
| 10:44:13 | 20 | A    Probably the elders I would think. |
| 10:44:15 | 21 | Q    Okay.  Pay Attention to Yourselves and All |
| 10:44:18 | 22 | the Flock is a continuation of the Kingdom of |
| 10:44:23 | 23 | Ministry school course.  So it looks like this is |
| 10:44:26 | 24 | kind of an addition to, and you've kind of mentioned |
| 10:44:29 | 25 | this, this morning.  You have abridgements or |

10:44:31  1  additions to the Kingdom of School -- Kingdom

10:44:34  2  Ministry School coursebook.  This would be one of

10:44:37  3  those -- looks like this would be one of those

10:44:40  4  additions to it; is that right?

10:44:42  5      A    I don't know as you would say it's an

10:44:44  6  addition, but it would explain many things that have

10:44:49  7  already been taught or they would go back and deal

10:44:52  8  with that.

10:44:52  9      Q    Okay.  Is this a document, sir, that you

10:45:02 10  became familiar with as an elder and a circuit

10:45:05 11  overseer?

10:45:06 12      A    Well you tried, uh-huh.

10:45:08 13      Q    Okay.  That's what the Watch Tower Society

10:45:11 14  wanted you to do, correct?

10:45:15 15      A    Yes.

10:45:39 16           MR. SHAFFER:  Okay.  Number 6.  Document

10:45:40 17  number 6.

10:45:43 18           (Exhibit Number 6 marked for identification.)

10:45:43 19  BY MR. SHAFFER:

10:45:43 20      Q    Again, bottom right corner on the cover

10:45:45 21  page, Kingdom Ministry School Textbook, and it says

10:45:48 22  KS81.  The next page Published by Watch Tower Bible

10:45:53 23  and Tract Society of New York.  This one is 1981.  I

10:46:04 24  forgot to mention that.  This one starts -- if you

10:46:09 25  look at the table of content, sir, Bate's document

| | | |
|---|---|---|
| 10:52:07 | 1 | Q    Skip one.  Let's go to 28734.  Thank you. |
| 10:52:21 | 2 | Thank you.  I want to point your |
| 10:52:22 | 3 | attention, Mr. Lovett, to this paragraph here |
| 10:52:24 | 4 | starting with general information. |
| 10:52:27 | 5 | A    Uh-huh. |
| 10:52:28 | 6 | Q    "General information is here published |
| 10:52:30 | 7 | concerning the duties of elders and ministerial |
| 10:52:34 | 8 | servants.  Judicial procedures and various features |
| 10:52:37 | 9 | of congregation organization." |
| 10:52:39 | 10 | Is that consistent with how you understood |
| 10:52:42 | 11 | this document that it was for the purpose of |
| 10:52:47 | 12 | communicating the duties of elders and ministerial |
| 10:52:51 | 13 | servants? |
| 10:52:53 | 14 | MR. MCCABE:  Among other things. |
| 10:52:54 | 15 | BY MR. SHAFFER: |
| 10:52:54 | 16 | Q    Among other things.  Is that how |
| 10:52:56 | 17 | understand it? |
| 10:52:58 | 18 | A    Uh-huh. |
| 10:52:59 | 19 | Q    That's a yes? |
| 10:53:00 | 20 | A    Yes. |
| 10:53:01 | 21 | Q    Thank you. |
| 10:53:25 | 22 | We've talked about a few other |
| 10:53:25 | 23 | publications.  If you talked about letters, would |
| 10:53:27 | 24 | that be like an all body as an elder letter? |
| 10:53:31 | 25 | A    It could be. |

| | | |
|---|---|---|
| 10:53:32 | 1 | Q    And that could have instruction to elders |
| 10:53:35 | 2 | on how to perform their duties? |
| 10:53:36 | 3 | A    Yes. |
| 10:53:37 | 4 | Q    Okay.  Awake magazines? |
| 10:53:43 | 5 | A    Not so much. |
| 10:53:44 | 6 | Q    What was the purpose of the Awake |
| 10:53:47 | 7 | magazine? |
| 10:53:48 | 8 | A    Generally distributed to the public and -- |
| 10:53:50 | 9 | but it didn't generally use -- deal with the -- how |
| 10:53:54 | 10 | to organize this or that. |
| 10:53:57 | 11 | Q    Okay.  How about the our Kingdom service |
| 10:54:01 | 12 | newsletters? |
| 10:54:02 | 13 | A    They were used for the weekly service |
| 10:54:08 | 14 | meetings part. |
| 10:54:09 | 15 | Q    Okay.  How about the Watch Tower |
| 10:54:13 | 16 | magazine? |
| 10:54:15 | 17 | A    What would you want to know. |
| 10:54:18 | 18 | Q    What was the purpose of the Watch Tower |
| 10:54:20 | 19 | magazine.  Did it -- |
| 10:54:21 | 20 | Go ahead. |
| 10:54:22 | 21 | A    Instructed.  It instructed you know. |
| 10:54:25 | 22 | But -- |
| 10:54:27 | 23 | Q    Instructed elders? |
| 10:54:29 | 24 | A    Yeah.  And generally everybody.  You know, |
| 10:54:33 | 25 | anybody can get a Watch Tower.  And there were any |

| | | |
|---|---|---|
| 11:01:05 | 1 | the flock book, and you had a question about it. |
| 11:01:08 | 2 | What it meant, how to apply it, how to instruct it, |
| 11:01:11 | 3 | what would you do?  Who would you call? |
| 11:01:15 | 4 | A    Well, they would generally have you put it |
| 11:01:17 | 5 | in writing.  But -- |
| 11:01:19 | 6 | Q    You say they? |
| 11:01:21 | 7 | A    I would call the -- what we call the |
| 11:01:25 | 8 | branch now.  But who was handling the work in the |
| 11:01:32 | 9 | United States. |
| 11:01:33 | 10 | Q    Okay.  So either write to the branch or |
| 11:01:35 | 11 | call somebody at the branch with a question? |
| 11:01:38 | 12 | A    Uh-huh. |
| 11:01:38 | 13 | Q    That was a yes? |
| 11:01:40 | 14 | A    Yes. |
| 11:01:46 | 15 | Q    And did you understand -- let's again go |
| 11:01:48 | 16 | back to your first period of time as an elder.  Did |
| 11:01:53 | 17 | you understand that you could be removed from your |
| 11:01:57 | 18 | position? |
| 11:01:58 | 19 | A    Yes. |
| 11:01:58 | 20 | Q    Did you ever see that happen?  Did you |
| 11:02:00 | 21 | ever see an elder removed? |
| 11:02:02 | 22 | A    Yes. |
| 11:02:03 | 23 | Q    And what was the reason that you saw |
| 11:02:05 | 24 | elders removed from their positions? |
| 11:02:08 | 25 | A    Just a whole variety of -- of reasons. |

| | | |
|---|---|---|
| 11:02:13 | 1 | If they -- then -- you know, for an |
| 11:02:19 | 2 | extended period of time they didn't come to the |
| 11:02:22 | 3 | meetings, they didn't participate in -- in the field |
| 11:02:26 | 4 | that, that type of thing.  And it goes wrong, they |
| 11:02:30 | 5 | would of course they would be removed. |
| 11:02:33 | 6 | Q    Okay.  Failure to perform the duties of an |
| 11:02:37 | 7 | elder would that be a reason to be removed or |
| 11:02:42 | 8 | deleted as an elder? |
| 11:02:44 | 9 | A    Yes.  It depends on what -- what duties, I |
| 11:02:46 | 10 | guess too.  Cause sometimes they couldn't help it. |
| 11:02:47 | 11 | They had some other reason, but they were not able |
| 11:02:49 | 12 | to share or participate. |
| 11:02:51 | 13 | Q    And if an elder is deleted does that |
| 11:02:54 | 14 | follow kind of the process we talked about for the |
| 11:02:58 | 15 | appointment whereby there's that S2 form that has |
| 11:03:01 | 16 | appointments and deletions? |
| 11:03:03 | 17 | A    Uh-huh. |
| 11:03:03 | 18 | Q    If it's a deletion the elder's name would |
| 11:03:06 | 19 | be put in the column for the deletion that would be |
| 11:03:08 | 20 | sent to the branch office, right? |
| 11:03:11 | 21 | A    Uh-huh. |
| 11:03:11 | 22 | Q    That's a yes? |
| 11:03:13 | 23 | A    With an explanation.  What -- what the |
| 11:03:15 | 24 | situation was. |
| 11:03:16 | 25 | Q    And the branch officer review it, and if |

```
11:03:19   1    the branch office approved it, you'd get the
11:03:22   2    stamp?
11:03:22   3         A    Come back just like you saw.
11:03:24   4         Q    It would come back to the congregation?
11:03:27   5         A    Yeah.
11:03:28   6         Q    Okay.  Branch office kept a copy of that
11:03:31   7    document as far as you know?
11:03:33   8         A    As far as I know.  And I don't, you know,
11:03:38   9    I don't know what they do with a lot of that.  But
11:03:41  10    as far as I know.
11:03:44  11         Q    You have not seen their files, I take
11:03:47  12    it?
11:03:47  13         A    No.
11:03:48  14         Q    Fair enough.  Tell me about your files.
11:03:50  15    Did you keep files as an -- as an elder?
11:03:54  16         A    Yes.
11:03:55  17         Q    How would you keep those documents?
11:03:58  18         A    Well, you just make a copy of whatever
11:04:00  19    reports you were sending in.
11:04:02  20         Q    Okay.  And would you keep hard copies?
11:04:07  21    Back in the '70s and '80s, would you keep the hard
11:04:10  22    copies?
11:04:11  23         A    Yes.
11:04:11  24         Q    Is there a file cabinet in the
11:04:14  25    congregation?  Did you keep it at your house?  How
```

11:55:21  1  literature?

11:55:22  2       A    Almost never.  I paid for it myself.

11:55:25  3       Q    But you said, "Almost never."  That means

11:55:27  4  you did at some point?

11:55:28  5       A    No.  Someone said I'm trying to just leave

11:55:31  6  it, leave it open.  But I never --

11:55:33  7       Q    I don't want to leave it open.  I want a

11:55:38  8  yes or no.

11:55:41  9       A    I never made any money on that if that

11:55:44 10  makes any -- any sense.  But it was just a something

11:55:48 11  where we just -- we would give the literature to

11:55:52 12  whomever needed it.  I never mentioned anything

11:55:55 13  about funds or whatever.

11:55:57 14       Q    Did you ever Receive a single dollar from

11:56:01 15  placing Jehovah's Witness literature anyplace?

11:56:05 16       A    Yes.  I've seen -- Well, we had -- we had

11:56:06 17  25 cents for these little, little books, you know.

11:56:11 18  And I think there was one that sold for a dollar.

11:56:15 19  It was a children's book, or something like that.

11:56:18 20       Q    So I'm reading from the 1977 Branch

11:56:21 21  Organization Manual, which is Exhibit 2.  I'm at

11:56:25 22  Bate's number 1875.  Paragraph 70.  "In addition to

11:56:30 23  the income they may receive from placing literature,

11:56:32 24  the circuit and district overseers are given a

11:56:36 25  monthly allowance by the Society."

11:56:39   1        A     Uh-huh.

11:56:39   2        Q     Is that true or not true?

11:56:41   3        A     That's true.  It was enough.  Ten bucks or

11:56:46   4   eight bucks or whatever.  It was -- it was nothing

11:56:48   5   almost.

11:56:49   6        Q     Okay.  Do you remember exactly how much it

11:56:51   7   was in like 1978?

11:56:53   8        A     No, I don't.

11:56:55   9        Q     So you can't tell me how much your

11:56:58  10   allowance was from the Society?

11:56:59  11        A     No.  It wasn't -- it wasn't much.  They

11:57:01  12   had like a yearly clothing allowance and it was $60,

11:57:07  13   or something like that.

11:57:08  14        Q     So you did receive money from the Society

11:57:10  15   during your work as a circuit overseer.  Can we

11:57:15  16   agree on that?

11:57:16  17        A     Yes, we -- we did, Uh-huh.

11:57:17  18        Q     Okay.  Did you use that money to buy

11:57:20  19   anything?

11:57:21  20        A     Maybe to replace -- what is to pay for

11:57:25  21   what we had already almost viewed as a reimbursement

11:57:29  22   for what we had already expensed.  What we had

11:57:32  23   already paid for.

11:57:33  24        Q     Okay.  But that would be in addition to

11:57:35  25   your gas reimbursement, correct, your monthly

| | | |
|---|---|---|
| 12:12:40 | 1 | A    My mind is -- is very hard to recall a lot |
| 12:12:46 | 2 | of that.  Not because I don't want to.  I'm just |
| 12:12:49 | 3 | trying to think of what they -- cause there were all |
| 12:12:52 | 4 | kinds of little forms that you'd send in.  You |
| 12:12:54 | 5 | respond on these little forms.  We used to get angry |
| 12:12:58 | 6 | cause some of them were that big and you're supposed |
| 12:13:00 | 7 | to type on them, and -- but it was just routine |
| 12:13:01 | 8 | things. |
| 12:13:02 | 9 | Q    Where would that form come from? |
| 12:13:03 | 10 | A    That was from the branch.  It was just |
| 12:13:06 | 11 | a -- and they I guess they went back and put it in |
| 12:13:10 | 12 | some file or something. |
| 12:13:11 | 13 | Q    So you'd get all these forms from the |
| 12:13:13 | 14 | branch office in New York? |
| 12:13:15 | 15 | A    Uh-huh. |
| 12:13:16 | 16 | Q    That's a yes? |
| 12:13:17 | 17 | A    Yes. |
| 12:14:05 | 18 | Q    Let's go to Chapter 9.  Caekaert/Mapely |
| 12:14:07 | 19 | 1410.  This is expenses and reimbursements.  I want |
| 12:14:19 | 20 | to go to paragraph two.  "Circuit overseers may |
| 12:14:22 | 21 | submit for reimbursement general weekly expenses |
| 12:14:25 | 22 | including some food expenses, office expenses, |
| 12:14:28 | 23 | transportation, certain moderate personal expenses." |
| 12:14:33 | 24 | Was that the case when you were a circuit |
| 12:14:35 | 25 | overseer in the 1970s, Mr. Lovett? |

| | | |
|---|---|---|
| 12:14:39 | 1 | A    Yes.  They let you do that, Uh-huh. |
| 12:14:42 | 2 | Q    Okay.  If we go to the next page, this is |
| 12:14:58 | 3 | Bates number 1411.  There's a procedure for |
| 12:15:07 | 4 | submitting expenses. |
| 12:15:16 | 5 | A    Uh-huh. |
| 12:15:21 | 6 | Q    It basically says "You need an itemized |
| 12:15:24 | 7 | list of expenses together with the receipts." |
| 12:15:27 | 8 | Is that -- was that the procedure when you |
| 12:15:28 | 9 | were a circuit overseer in the 1970s? |
| 12:15:32 | 10 | A    Yeah. |
| 12:15:37 | 11 | Q    Go to the next page 1412.  Personal |
| 12:15:42 | 12 | expense account.  "It's a personal expense account |
| 12:15:45 | 13 | is made available to those in special full-time |
| 12:15:48 | 14 | service." |
| 12:15:49 | 15 | First of all, what is special full-time |
| 12:15:51 | 16 | service? |
| 12:15:55 | 17 | A    Well, we to do with us, we generally be a |
| 12:15:59 | 18 | Bethalizer or special pioneers or missionaries and |
| 12:16:07 | 19 | things as opposed to just being a -- a publisher, |
| 12:16:10 | 20 | you know, and -- let's see not and regular pioneers |
| 12:16:15 | 21 | weren't included there either.  They may be now but |
| 12:16:18 | 22 | I don't know. |
| 12:16:19 | 23 | Q    Is a circuit overseer a special full |
| 12:16:22 | 24 | title? |
| 12:16:23 | 25 | A    Yes. |

12:16:24   1          Q     Okay.

12:16:25   2          A     Yes.

12:16:26   3          Q     Did you have a personal expense account

12:16:28   4     when you were a circuit overseer?

12:16:31   5          A     Yes.

12:16:32   6          Q     It was -- it was limited, you know.  They

12:16:35   7     would credit you so much, more like three-, four- --

12:16:43   8                MR. MCCABE:  No question pending.  Just

12:16:45   9     wait.

12:16:47  10                THE WITNESS:  Okay.  500.

12:16:53  11     BY MR. SHAFFER:

12:16:53  12          Q     Next page.  Bates 1413.  Expenses incurred

12:17:02  13     in connection with conventions.  "A circuit overseer

12:17:06  14     are signed by the branch office to serve as a

12:17:10  15     convention chairman."

12:17:13  16                First of all, do you ever serve as a

12:17:13  17     convention chairman?

12:17:13  18          A     No.  Convention overseer but not

12:17:18  19     chairman.

12:17:20  20          Q     Okay.  This -- if we go down further right

12:17:27  21     kind of paragraph 20 talks about expenses incurred

12:17:32  22     moving to a new assignment as a circuit overseer.

12:17:35  23     Did you ever get moving expenses covered from moving

12:17:39  24     to a new circuit?

12:17:44  25          A     Where did it say newer?  Generally that

14:50:40   1        A    Yes.

14:50:41   2        Q    Are Bethelites people in the branch

14:50:44   3   office?

14:50:45   4        A    Yes.  I doubt you know the answer to any

14:50:47   5   of those.

14:50:53   6        Q    And that's okay.  I'm just interested in

14:50:56   7   your answers, I guess.  All right.

14:51:01   8             But thank you for helping me understand a

14:51:03   9   little bit.

14:51:04  10             What -- what's the difference in your view

14:51:06  11   between the service department and the branch

14:51:08  12   office?

14:51:11  13        A    Rephrase that, what?

14:51:12  14        Q    In your mind, what's the difference

14:51:14  15   between the service department and the branch

14:51:17  16   office?

14:51:17  17        A    Well, the service department as I

14:51:20  18   understand is part of the -- the branch.

14:51:26  19        Q    Okay.

14:51:27  20        A    It's a department there.

14:51:29  21        Q    And then what's the difference between the

14:51:30  22   branch and like Watch Tower corporations, in your

14:51:34  23   view?

14:51:35  24        A    Well, one, the corporation, the legal

14:51:37  25   means by which they do these things.  And the branch

14:51:42  1   is mainly dealing with our country or a country.

14:51:44  2        Q    Okay.  And does the branch have like

14:51:47  3   letterhead and stuff?  Does it say Jehovah's Witness

14:51:51  4   branch office?

14:51:52  5        A    I think they -- I think it does go into

14:51:55  6   the branch now.  But the Watch Tower was the heading

14:51:59  7   for years.  And then now this is viewed as a branch

14:52:04  8   then they -- they can mention that.  I don't -- You

14:52:07  9   know, I don't actually know what their letterhead is

14:52:11  10  at this time.

14:52:12  11       Q    When you were getting reimbursement

14:52:14  12  checks, were those coming on Watch Tower checks?

14:52:18  13       A    They actually I think were just credited

14:52:22  14  to our -- our account so to speak.

14:52:25  15       Q    What does that mean?

14:52:27  16       A    Where they would give you credit and then

14:52:30  17  you could request that, basically.

14:52:34  18       Q    How would they pay?

14:52:36  19       A    Well they would -- they would give you a

14:52:40  20  credit there at the branch itself if you wanted

14:52:42  21  to (unintelligible).  They have a little store there

14:52:47  22  for groceries and things for the Bethelites.

14:52:52  23       Q    When you were circuit overseeing you were

14:52:54  24  getting reimbursed for gas on your allowance, which

14:52:58  25  you said wasn't much.  Would you get a check or