*Exhibit GG*





TELEPHONE (212) 625-1240

# WATCHTOWER

BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

S:SSD                              July 30, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

    The Society is pleased to advise that the servant appointment
to the position named below has been made.  The newly appointed
servant will want to fulfill this privilege of service in a manner
that is pleasing to Jehovah and that will bring the greatest bless-
ings to his brothers.

Congregation servant:
Address

Assistant congregation servant:
Address

Bible study servant:                    Martin Svenson

Magazine-Territory servant:

Literature servant:                     Martin Svenson

Accounts servant:

Watchtower study servant:

Ministry school servant:

Book study servant(s):

    Your fellow ministers of Jehovah God,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

Note to overseer:  Please see that the newly appointed servant becomes thoroughly familiar with his duties
as they are set forth in the book *"Your Word Is a Lamp to My Foot,"* *Kingdom Ministry* and other publications
of the Society. The newly appointed servant is to receive from the former servant all forms, records and files
pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a    9/67

MAP_HARDIN000001



**WATCHTOWER**

TELEPHONE (212) 625-1240

BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG                June 11, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses
c/o  Mr. Harold D. Rimby
701 North Crook
Hardin, Montana   59035

Dear Brothers:

    The Society is happy to inform you that the application submitted for the Hardin, Montana, Congregation has been approved. Jehovah's New World society is ever expanding, and this progressive step is another evidence of his blessing upon his people to preach the good news and aid the other sheep to come into his organization.

    As you begin to function as a new congregation of Jehovah's people, each one should carefully consider what is required. An assignment of territory is issued, and it is the responsibility of each one that is associated to cooperate with the arrangements made for covering the territory regularly with the Kingdom message.  As you locate interest, be sure to keep a careful record of this so that you can call back effectively and follow this up with back-calls and home Bible studies.  Aid the interested ones to grow in their knowledge and share with you in singing Jehovah's praises.  We know that also those who are more mature and experienced will want to aid the newer and less-experienced ones so that they may progress to maturity. Then as all have a regular share in the service, be sure to be on hand each meeting night for the spiritual food from Jehovah's table.  Keep strong and properly equipped for Jehovah's service.

    The appointed servants should always take a diligent lead in discharging their responsibilities as to Jehovah.  The mature ones have much responsibility.  To whom much is given, more will be required.  But these privileges are joyful ones to be performed in behalf of our brothers.  With all cooperating, the congregation will be strong and active in Jehovah's praise.  We will look forward to receiving the first report on your congregation and noting the progress that has been made.  Be assured of our prayers and best wishes.

                    Working with you in the
                    New Order society,

                    *Watchtower B. & T. Society*
                    OF NEW YORK, INC.

MAP_HARDIN000002



TELEPHONE (212) 625-1240

# WATCHTOWER
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG          June 11, 1971

<u>EFFECTIVE JULY 1, 1971</u>

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

The Society is pleased to advise that the servant appointment to the position named below has been made.  The newly appointed servant will want to fulfill this privilege of service in a manner that is pleasing to Jehovah and that will bring the greatest blessings to his brothers.

Congregation servant:          Harold D. Rimby
Address                        701 North Crook
                               Hardin, Montana   59035

Assistant congregation servant:  Bradley Lovett
Address                          605 West Fifth
                                 Hardin, Montana   59035

Bible study servant:           Harold D. Rimby

Magazine-Territory servant:    Bradley Lovett

Literature servant:            Mrs. Harold Rimby   *

Accounts servant:              Mrs. Harold Rimby   *

<u>Watchtower</u> study servant:      Bradly Lovett

Ministry school servant:       Harold D. Rimby

Book study servant(s):    Add:   Harold D. Rimby
                                 Bradley Lovett

Your fellow ministers of Jehovah God,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

Note to overseer:  Please see that the newly appointed servant becomes thoroughly familiar with his duties as they are set forth in the book *"Your Word Is a Lamp to My Foot,"* *Kingdom Ministry* and other publications of the Society. The newly appointed servant is to receive from the former servant all forms, records and files pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a   9/67   * Sister Rimby will serve as a substitute servant until a qualified brother is available.