*Exhibit HH*

Name of congregation **Hardin**          City _____          Province or state **MT**

Cong. No. **43653**          ‥          **June 17, 1995**
                                         (Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer     **BRUCE HALEY**

**HC 71 BOX 1239**

**ASHLAND, MT. 59003**

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment*. Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

**ELDERS**

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Richard | Anderson | 40 | 12-25-83 | O | MS | This congregation | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | congregation |
|---|---|---|---|---|---|---|---|
| ✓ | Harold | Matthews | 46 | 05-19-74 | O | MS | Wilburton cong.Oklahoma |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

\* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b   2/93

Printed in U.S.A.

Name of congregation __Hardin__   City _____   Province or state __MT__

| | |
|---|---|
| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.<br><br>*Watchtower B. & T. Society*<br>*OF NEW YORK, INC.*<br>SOL JUN 2 6 1995<br>For Office Use Only | Your fellow servants,<br><br>*Bruce N Haley*<br>Presiding overseer<br><br>*Tom Meyers*<br>Secretary<br><br>*Martin Svenson*<br>Service overseer |

**(Comments of circuit overseer)**

__RICHARD ANDERSON__- He has been reaching out.  He is an excellent family man. He takes a good lead in ser. with his family. His 12 yr old is a reg. aux. pio. He is viewed in the cong. as an elder, works well with the elders on shepherding calls. He has served as a MS for the past 9 yrs & is an excellent teacher, handles  assignments well.  He has served where the need is greater. He has a good attitude & works well with the elders. We worked in service in the past, he does a fine job. Elders recommend him unanimously. I agree.

__HAROLD MATTHEWS__- Moved here to serve where the need is greater with an excellent recommendation.  Wife a reg. pio. He takes a good lead in ministry, is an excellent teacher, is responsible & serious minded. He accepts any assignment given him.  Elders recommend him unanimously.  I agree.

| Alphabetical list of elders in the congregation<br>Name | Appointment date | Baptism date<br>(ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WTS CBSC |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, CBSC |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |
| | | | |
| Richard Anderson | Recommended 12-25-83 | | TMSO, CBSC |

| Alphabetical list of ministerial servants<br>in the congregation<br>Name | Appointment date | Baptism date<br>(ordination) | In what capacity does each serve? |
|---|---|---|---|
| Richard Anderson | 11-25-94 | 12-25-83 | TERR |
| Delbert Hiebert | 04-02-94 | 07-26-68 | TERR |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG |
| | | | |
| Harold Matthews | Recommended 05-19-74 | | ACCTS |

*Gregory J Milnick*
Circuit overseer

(If additional space is needed, use additional sheets.)

Name of congregation **Hardin** _____ City _____ Province or state **MT**

Your fellow servants,

*Bruce N Haley*
Presiding overseer

*Tom Meyer*
Secretary

*Martin Svenson*
Service overseer

For Office Use Only

**(Comments of circuit overseer)**

BRUCE HALEY-The former P.O. Howard Earl moved.  Bro. Haley has been acting P.O. for several months.  We discussed the qualifications 4/15/83 letter to CO, DO.  The brothers feel that he adequately meets all the qualifications. He has served in this congregation for 22 years and he is  capable of handling this position.  Elders recommend him unanimously.  I agree.
RICHARD ANDERSON-Moved here from Granada were he was serving where the work was greater with a favorable letter of recommendation.  He readily accepts any assignments given him.  We worked in service together, he is very effective in the ministry. He is know for having concern for weaker ones and is always willing to help them out.  He does well in all of his assignments. Elders recommend him unanimously.  I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|------|------------------|---------------------------|-----------------------------------|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WSC, CBSC |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, ACCTS |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|------|------------------|---------------------------|-----------------------------------|
| Delbert Hiebert | 04-02-94 | 07-26-68 | TERR |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG. |
| Richard Anderson | Recommended | | |

(If additional space is needed, use additional sheets.)

*Gregory J Nichols*
circuit overseer

**MAP_HARDIN000023**

Name of congregation **Hardin**                    City _____    Province or state **MT**

Cong. No. **43653**                                                **November 19, 1994**
                                                                          (Date)

---

**DO NOT SEND THIS CARBON COPY TO SOCIETY**
(Keep this copy for the congregation files)

---

Presiding overseer   **BRUCE HALEY**
                     **HC 71 BOX 1239**
                     **ASHLAND, MT. 59003**

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

**ELDERS**

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Bruce Haley | | 56 | 04-05-69 | O | E | This congregation | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date | | | | |
|---|---|---|---|---|---|---|---|
| Richard Anderson | | 40 | 12-25-83 | O | MS | Grenville Cong, Granada | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| Howard Earl | | E | MOVED-Havre Cong., Havre MT. | |
| | | | | |
| | | | | |

S-2c   2/94

Printed in U.S.A.

Name of congregation **Hardin** _____ City _____ Province or state **MT**

Cong. No. **43653** _____ **November 19, 1994**
(Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer **BRUCE HALEY**

**HC 71 BOX 1239**

**ASHLAND, MT. 59003**

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| POV | Bruce Haley | | 56 | 04-05-69 | O | E | This congregation | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| | First name | Last name | Age | Date of baptism | | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | Richard Anderson | | 40 | 12-25-83 | O | MS | Grenville Cong, Granada | |
| | | | | | | | | |
| | | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.
* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| | First name | Last name | Present position (elder (E) or ministerial servant (MS)) | Reason for deletion | (If person moved, show name of new congregation if known.) | |
|---|---|---|---|---|---|---|
| ✓ | Howard Earl | | E | MOVED-Havre Cong., Havre MT. | | |
| | | | | | | |
| | | | | | | |

S-2b   2/93

Printed in U.S.A.

**MAP_HARDIN000025**

Name of congregation **Hardin** _____ City _____ Province or state **MT**

| | |
|---|---|
| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment. *Watchtower B. & T. Society* **OF NEW YORK, INC.** **SDL NOV 2 5 1994** For Office Use Only | Your fellow servants, *Bruce M Haley* Presiding overseer *Tom Meyers* Secretary *Martin Svenson* Service overseer |

#### (Comments of circuit overseer)

BRUCE HALEY—The former P.O. Howard Earl moved.  Bro. Haley has been acting
P.O. for several months.  We discussed the qualifications 4/15/83 letter to
CO, DO.  The brothers feel that he adequately meets all the qualifications.
He has served in this congregation for 22 years and he is  capable of
handling this position.    Elders recommend him unanimously.  I agree.
RICHARD ANDERSON—Moved here from Granada were he was serving where the need
was greater with a favorable letter of recommendation.  He readily accepts
any assignments given him.  We worked in service together, he is very
effective in the ministry. He is know for having concern for weaker ones and
is always willing to help them out.  He does well in all of his assignments.
Elders recommend him unanimously.  I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WSC, ~~CBSC~~ |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, ~~ACCTS~~ CBSC |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Delbert Hiebert~~ | ~~04-02-94~~ | ~~07-26-68~~ | ~~TERR~~ |
| ~~Vern Moehr~~ | ~~10-19-92~~ | ~~06-17-89~~ | ~~LIT, SOUND~~ |
| ~~Don Mouat~~ | ~~10-19-92~~ | ~~09-15-71~~ | ~~ATTN, MAG.~~ |
| ~~Richard Anderson~~ | ~~Recommended~~ | | *ACCTS* |

*Gregory J. Michuk*
Circuit overseer

MAP_HARDIN000026

Name of congregation **Hardin**   City _____   Province or state **MSSN APR 01 1994**

Cong. No. **43653**   March 26, 1994
(Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer   **HOWARD EARL**

**850 W. 4th St.   C**

**HARDIN, MT. 59034**

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Thomas Meyers | | 41 | 07-09-76 | O | MS | This congregation | |
| | | | | | | | | |
| | | | | | | | | |

MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| | First name | Last name | Age | Date | | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | Delbert Hiebert | | 41 | 07-26-68 | O | | Vernon British Colombia | |
| | | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2b   2/93   Printed in U.S.A.

**MAP_HARDIN000027**

Name of congregation __Hardin__   City _____   Province or state __MT__

| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment. | Your fellow servants, |
|---|---|
| *[Watchtower Society stamp]* OF NEW YORK, INC. **SDL APR 2 1994** For Office Use Only | *Howard Earl* Presiding overseer *Bruce M. Haley* Secretary *Martin Svenson* Service overseer |

### (Comments of circuit overseer)

__THOMAS MEYERS__-Served as a M.S. for a total of 12 yrs. During a 2 year period (91-92) while serving in Custer, SD, he did not serve. When he moved there the elders felt he did not set a good example in his appearance & home. He has been here for 2 yrs serving as an MS most of that time & the bros see no problem with him in this area. We worked door to door & made a shepherding call together, he does extremely well. He is a good student of the Bible & an excellent teacher. He is a good family man, is warm & friendly toward all in the cong. & is viewed as an elder. Elders recommend him unanimously. I agree.

### SEE ATTACHMENT

| Alphabetical list of elders in the congregation Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Howard Earl | 02-22-91 | 11-21-64 | PO, TERR |
| Bruce Haley | 06-13-89 | 04-05-69 | SEC, WSC, CBSC  PO |
| Martin Svenson | 07- -91 | 07-30-58 | SO, CBSC |
| | | | |
| Thomas Meyers | Recommended | 07-09-76 | Accts — Sec |

| Alphabetical list of ministerial servants in the congregation Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Tom Meyers | 10-19-92 | 07-09-76 | ACCTS |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT. SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN., MAG. |
| | | | |
| Delbert Hiebert | Recommended | 07-26-68 | Terr |

(If additional space is needed, use additional sheets.)

*[signature]* Circuit overseer

MAP_HARDIN000028

Name of congregation  **Hardin**           City _____   Province or state  **MT**

Cong. No.  **43653**                        **March 26, 1994**
                                                    (Date)

```
┌─────────────────────────────────────────────────┐
│  DO NOT SEND THIS CARBON COPY TO SOCIETY         │
│     (Keep this copy for the congregation files)  │
└─────────────────────────────────────────────────┘
```

Presiding overseer    **HOWARD EARL**

**850 W. 4th St.   C**

**HARDIN, MT. 59034**

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

   After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Thomas Meyers | | 41 | 07-09-76 | O | MS | This congregation | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS  (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | | | NR |
|---|---|---|---|---|---|---|---|
| Delbert Hiebert | | 41 | 07-26-68 | O | | Vernon British Colombia | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

   It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2c    2/93

Name of congregation  **Hardin**          City _____          Province or state  **MT**

```
┌─────────────────────────────────┐
│                                 │
│                                 │
│                                 │
│                                 │
│        For Office Use Only      │
└─────────────────────────────────┘
```

Your fellow servants,

*Howard Earl*
Presiding overseer

*Bruce M. Haley*
Secretary

*Martin Svenson*
Service overseer

(Comments of circuit overseer)

THOMAS MEYERS-Served as a M.S. for a total of 12 yrs.  During a 2 year period (91-92)while serving in Custer, SD, he did not serve. When he moved there the elders felt he did not set a good example in his appearance & home. He has been here for 2 yrs serving as an MS most of that time & the bros see no problem with him in this area.  We worked door to door & made a shepherding call together, he does extremely well.  He is a good student of the Bible & an excellent teacher. He is a good family man, is warm & friendly toward all in the cong. & is viewed as an elder. Elders recommend him unanimously. I agree.

## SEE ATTACHMENT

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Howard Earl | 02-22-91 | 11-21-64 | PO, TERR |
| Bruce Haley | 06-13-89 | 04-05-69 | SEC, WSC, CBSC |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |
| | | | |
| Thomas Meyers | Recommended | 07-09-76 | |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Tom Meyers | 10-19-92 | 07-09-76 | ACCTS |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG |
| | | | |
| Delbert Hiebert | Recommended | 07-26-68 | |

(If additional space is needed, use additional sheets.)

*Gregory J. Richard*
Circuit overseer

Name of congregation **Hardin**      City _____      Province or state **MT**

Cong. No. **43653**      **October 9, 1993**

(Date)

---

**DO NOT SEND THIS CARBON COPY TO SOCIETY**

(Keep this copy for the congregation files)

---

Presiding overseer    HOWARD EARL

850 W. 4th St.   -C-

HARDIN, MT. 59034

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

**ELDERS**

| First name | Last name | Age | Date of baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| None |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**MINISTERIAL SERVANTS**   (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| None |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

S-2c   2/93

MAP_HARDIN000031

Name of congregation **Hardin**                    City                    Province or state **MT**

For Office Use Only

Your fellow servants,

*Howard Earl*
Presiding overseer

*Bruce Haley*
Secretary

*Martin Svenson*
Service overseer

(Comments of circuit overseer)

No recommendations at this time.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Howard Earl | 02-22-91 | 11-21-64 | PO, TERR |
| Bruce Haley | 06-13-89 | 04-05-69 | SEC, WSC, CBSC |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Tom Meyers | 10-19-92 | 07-09-76 | ACCTS |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG |

(If additional space is needed, use additional sheets.)

Circuit overseer

Name of congregation __Hardin__ _____ City _____ Province or State __SSN MAR 23 1993__ MT

Cong. No. __43653__ _____ March 20, 1993
                                         (Date)

---

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer __Howard Earl__

__850 W 4th St  -C-__

__Hardin, MT 59034__

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | | | | | | |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b   12/89

Name of congregation **Hardin**　City _____　Province or State **MT**

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
*OF NEW YORK, INC.*
**SCL MAR 30 1993**
For Office Use Only

Your fellow servants,

*Howard Earl*
Presiding overseer

*Bruce M. Haley*
Secretary

*Howard Earl*
Service overseer

(Comments of circuit overseer)

The elders have no recommendations at this time and I agree.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;WSC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | PO;SO;TERR |
| Martin Svenson | | 7/30/58 | CBSC |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Vern Moehr | 10/19/92 | 6/17/89 | SOUND;LIT |
| Don Mouat | 10/19/92 | 9/15/71 | MAGS;SUBS |
| Tom Meyers | 10/19/92 | 7/9/76 | ACCTS |

(If additional space is needed, use additional sheets.)

*Joseph Polakosh*
Circuit overseer

Name of congregation **Hardin**   City _____   Province or State   **MT**

Cong. No. **43653** _____   **March 20, 1993**
_____ (Date)

┌─────────────────────────────────────────────────┐
│ **DO NOT SEND THIS CARBON COPY TO SOCIETY**      │
│ (Keep this copy for the congregation files)      │
└─────────────────────────────────────────────────┘

Presiding overseer   **Howard Earl**

850 W 4th St. -C-

Hardin, MT 59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | | NR |
|------------|-----------|-----|-----------------|-----------------------------------|---------|---|-----|
| NONE | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | | NR |
|------------|-----------|-----|-----------------|-----------------------------------|---------|---|-----|
| NONE | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|------------|-----------|----------------------------------------------------------|---------------------|-------------------------------------------------------------|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2c   12/89

MAP_HARDIN 000035 A.

Name of congregation **Hardin**          City _____          Province or State    MT

Your fellow servants,

*Howard Earl*

Presiding overseer

*Bruce M. Haley*

Secretary

*Howard Earl*

Service overseer

For Office Use Only

(Comments of circuit overseer)

The elders have no recommendations at this time and I agree.

| Names and date of appointment of elders in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;WSC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | PO;SO;TERR |
| Martin Svenson | | 7/30/58 | CBSC |

| Names and date of appointment of ministerial servants in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| Vern Moehr | 10/19/92 | 6/17/89 | SOUND;LIT |
| Don Mouat | 10/19/92 | 9/15/71 | MAGS;SUBS |
| Tom Meyers | 10/19/92 | 7/9/76 | ACCTS |

(If additional space is needed, use additional sheets.)

*Joseph W. Polkaboski*

Circuit overseer

**MAP_HARDIN000036**

Name of congregation ____Hardin____ City _____ Province or State SSN OCT 1 7 1992

Cong. No. 43653 _____ October 10, 1992
(Date)

┌─────────────────────────────────────────────┐
│ DUPLICATE COPY to Society for return after approval. The │
│ circuit overseer will send this form to the Society along │
│ with his report following his visit to the congregation. │
└─────────────────────────────────────────────┘

Presiding overseer __Howard Earl__

____850 W 4th St  -C-____

____Hardin, MT 59034____

┌─────────────────────────────────────────────┐
│ If any brother recommended is appointed by │
│ the Society, please have two elders speak to │
│ him *before announcing the appointment.* │
│ Ask if there is any reason why it should not │
│ be announced. If so, do not announce it but │
│ return this form and advise the Society why │
│ he is disqualified. │
└─────────────────────────────────────────────┘

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS    (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| | First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Vern Moehr | | 33 | 6/17/89 | O | | | |
| ✓ | Don Mouat | | 62 | 9/15/71 | O | | | |
| ✓ | Tom Meyers | | 40 | 7/9/76 | O | | | |
| | | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b    12/89

Printed in U.S.A.

MAP_HARDIN000037

Name of congregation __Hardin__   City _____   Province or State __MT__

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCL OCT 19 1992
For Office Use Only

Your fellow servants,

*Howard Earl*
Presiding overseer

*Bruce Haley*
Secretary

*Howard Earl*
Service overseer

(Comments of circuit overseer)

Vern Moehr rec as ministerial servant: Very humble brother. Very willing and dependable in caring for things assigned. Very kind and generous in dealing with others, and goes out of his way to assist others. Has zeal for the ministry avg. 32 hrs mnth. Used in Sound,Subs,Terr
Don Mouat rec as ministerial servant: Served as elder in Forsyth, MT. Stepped aside due to personal problems in 1982. He is a very capable brother who is a good student of the bible. Very willing to aid the friends in any way he can. Very kind and caring in his dealing with others. Dependable in caring for assignments. Zealous for the ministry frequently aux. pio.
Tom Meyers rec as ministerial servant: Served as MS in Hot Springs, SD. Stepped aside in 1988 due to health and personal problems. Very outgoing, hospitable brother. Eager to be of assistance to others. Very reg in his support of field service activity. Diligent to care for assignments given.
The elders are unanimous in their recommendation of these brothers and I agree.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | PO;SO;TERR;MAGS;SOUND;ACCTS |
| Martin Svenson | | 7/30/58 | CBSC;LIT |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Vern Moehr | "RECOMMENDED" | 6/17/89 | |
| Don Mouat | "RECOMMENDED" | 9/15/71 | |
| Tom Meyers | "RECOMMENDED" | 7/9/76 | |

(If additional space is needed, use additional sheets.)

*Joseph W Polabash*
Circuit overseer

MAP_HARDIN000038

Name of congregation _____ Hardin _____ City _____ Province or State _____ MT

Cong. No. 43653 _____ October 10, 1992
(Date)

┌─────────────────────────────────────────────────┐
│ **DO NOT SEND THIS CARBON COPY TO SOCIETY**      │
│ (Keep this copy for the congregation files)      │
└─────────────────────────────────────────────────┘

Presiding overseer _____ Howard Earl _____

_____ 850 w 4th St –C– _____

_____ Hardin, MT 59034 _____

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

### ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|------------|-----------|-----|-----------------|----------------------------------|---------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### MINISTERIAL SERVANTS (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of Baptism | An't'd | E or MS | | NR |
|------------|-----------|-----|-----------------|--------|---------|---|-----|
| Vern Moehr | | 33 | 6/17/89 | O | | | |
| Don Mouat | | 62 | 9/15/71 | O | | | |
| Tom Meyers | | 40 | 7/9/76 | O | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

### DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant (MS)) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|------------|-----------|----------------------------------------------------------|---------------------|-------------------------------------------------------------|
| None | | | | |
| | | | | |
| | | | | |

S-2c   12/89

Name of congregation __Hardin__   City _____   Province or State __MT__



For Office Use Only

Your fellow servants,

_Howard Earl_
Presiding overseer

_Bruce Haley_
Secretary

_Howard Earl_
Service overseer

(Comments of circuit overseer)

<u>Vern Moehr rec as ministerial servant:</u>Very humble brother. Very willing and dependable in caring for things assigned. Very kind and generous in dealing with others, and goes out of his way to assist others. Has zeal for the ministry avg. 32 hrs mnth. Used in Sound,Subs,Terr
<u>Don Mouat rec as ministerial servant:</u> Served as elder in Forsyth, MT. Stepped aside due to personal problems in 1982. He is a very capable brother who is a good student of the bible. Very willing to aid the friends in any way he can. Very kind and caring in his dealing with others. Dependable in caring for assignments. Zealous for the ministry frequently aux. pio.
<u>Tom Meyers rec as ministerial servant:</u> Served as MS in Hot Springs, SD. Stepped aside in 1988 due to health and personal problems. Very outgoing, hospitable brother. Eager to be of assistance to others. Very reg in his support of field service activity. Diligent to care for assignments given.
The elders are unanimous in their recommendation of these brothers and I agree.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | PO;SO;TERR;MAGS;SOUND;ACCTS |
| Martin Svenson | | 7/30/58 | CBSC;LIT |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| Vern Moehr | "RECOMMENDED" | 6/17/89 | |
| Don Mouat | "RECOMMENDED" | 9/15/71 | |
| Tom Meyers | "RECOMMENDED" | 7/9/76 | |

(If additional space is needed, use additional sheets.)

_John W Polansk_
Circuit overseer

MAP_HARDIN000040

# WATCHTOWER
BIBLE AND TRACT SOCIETY OF NEW YORK, INC.

25 COLUMBIA HEIGHTS, BROOKLYN, NEW YORK 11201, U.S.A.     PHONE (718) 625-3600

SCL:SSN   August 20, 1992

Hardin Congregation
of Jehovah's Witnesses, MT
c/o Howard Earl
850 West 4 St  #C
Hardin MT  59034

Dear Brothers:

The Governing Body of Jehovah's Witnesses is pleased to advise that the following brother(s) has been appointed to serve in your congregation. Each one appointed should be sure that he is well acquainted with what the Bible says about his responsibilities in the congregation. In all that he does, he should look to God's Word for guidance and should cooperate closely with the faithful and discreet slave class, through whom the Lord is providing direction for his congregation. Further details as to the assignments to be cared for by each one will be provided by the local body of elders.

ELDER(S)                                    MINISTERIAL SERVANT(S)

DELETION(S)

Larry Archer

Serving with you under the appointed
Head of the congregation, Jesus Christ,

*[signature]*
OF NEW YORK, INC.

P.S. To body of elders: If any brother recommended is appointed by the Society, please have two elders speak to him before announcing the appointment. Ask if there is any reason why it should not be announced. If so, do not announce it, but return this form and advise the Society why he is disqualified.

If there is a deletion only, it is not necessary to read the first paragraph. Simply announce the deletion. If an elder is deleted for reasons other than moving to another congregation with a favorable recommendation, he should turn over his Kingdom Ministry School textbook(s) to the presiding overseer, who should give it to the circuit overseer.

S-52a    8/91

Sub mark 02 1992

Name of congregation    Hardin    City    Province or State    MT

Cong. No. 43653    February 22, 1992
(Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer    Larry Archer

Rt 1 BOX 1242

Hardin, MT 59034

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

### ELDERS

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### MINISTERIAL SERVANTS    (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of Baptism | | | | |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

### DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| | First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion    (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| V | John Donovan | | MS | No longer qualifies 1 TIM 3:10 not "free from accusation" |
| ✓ | Gary Baker | | E | Resigned, also no longer qualifies 1 Tim 3:4,5; Titus 1:6 "not presiding over household in fine manner";"child under charge of debauchery" |

S-2b    12/89    Printed in U.S.A.

Name of congregation ___Hardin___ City _____ Province or State __MT__

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

SCL MAR 5 1992

For Office Use Only

Your fellow servants,

_____
Presiding overseer

_____
Secretary

_____
Service overseer

(Comments of circuit overseer)

Gary Baker rec for deletion as elder:

John Donovan rec for deletion as ministerial servant:

PLEASE SEE ATTACHED SUPPLEMENT.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| Larry Archer | 5/11/88 | 10/27/74 | PO;WSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | SO;TERR;MAGS;SOUND;ACCTS |
| Martin Svenson | | 7/30/58 | CBSC;LIT |

The elders could not locate the S-2b, returned to them after the last visit. Could you please provide the appointment date for Bro. Martin Svenson.

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |

(If additional space is needed, use additional sheets.)

_____
Circuit overseer

MAP_HARDIN000043

Name of congregation  __Hardin__  City _____  Province or State __MT__

Cong. No. __43653__                    __February 22, 1992__
                                              (Date)

---

**DO NOT SEND THIS CARBON COPY TO SOCIETY**
(Keep this copy for the congregation files)

---

Presiding overseer  __Larry Archer__
                    __Rt 1 BOX 1242__
                    __Hardin, MT 59034__

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| None | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name   Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion   (If person moved, show name of new congregation, if known.) |
|---|---|---|
| John Donovan | MS | No longer qualifies 1 TIM 3:10 not "free from accusation" |
| Gary Baker | E | Resigned, also no longer qualifies 1 Tim 3:4,5; Titus 1:6 "not presiding over household in fine manner";"child under charge of debauchery" |

S-2c   12/89

MAP_HARDIN000044

Name of congregation _Hardin_____ City _____ Province or State _MT___

For Office Use Only

Your fellow servants,

_Larry Archer_
Presiding overseer

_Bruce M. Haley_
Secretary

_Howard Earl_
Service overseer

(Comments of circuit overseer)

Gary Baker rec for deletion as elder:

John Donovan rec for deletion as ministerial servant:

PLEASE SEE ATTACHED SUPPLEMENT.

### Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| Larry Archer | 5/11/88 | 10/27/74 | PO;WSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | SEC;CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | SO;TERR;MAGS;SOUND;ACCTS |
| Martin Svenson | | 7/30/58 | CBSC;LIT |

### Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|------|------|---------------------------|-----------------------------------|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |

(If additional space is needed, use additional sheets.)

_Joseph W Palchak_
Circuit overseer

MAP_HARDIN000045

JSM JUN 28 1991

Name of congregation __Hardin__    City _____    Province or State __MT__

Cong. No. __43653__    June 22, 1991
(Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer __Larry Archer__

__RT 1 BOX 1242__

__Hardin, MT  59034__

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Martin Svenson | | 62 | 7/30/58 | O | MS | 2 yrs. this cong.; Also served as elder for total of 17 yrs. in this cong. and Miles City, MT cong. | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b    2/89

Printed in U.S.A.

Name of congregation  Hardin  City _____  Province or State  MT

| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment. | Your fellow servants, |
|---|---|

*Watchtower B. & T. Society*
*OF NEW YORK, INC.*

**SCQ JUL 15 1991**

For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L Baker*
Secretary

*Howard Earl*
Service overseer

(Comments of circuit overseer)

<u>Martin Svenson recommended as elder:</u> Bro. Svenson stepped aside as an elder and was deleted in Dec. 1988. He was reappointed as a MS 6/13/89. The circumstances leading to his deletion in 1988 involved difficulties he was having with another elder who also was deleted at the same time. Since that time Bro. Svenson has worked diligently to re-qualify as an elder. He has accepted his share of the blame for past difficulties, and has responded well to any counsel given. He is a very humble, patient brother. He is a good student of the bible and demonstrates a good command of the scriptures. He is kind, warm, and loving in his dealings with the brothers and sisters, and is always very encouraging to them. He displays a high degree of loyalty to Jehovah and the organization. He is a very capable teacher. Any possible reproach brought on by past failings has been lived down and he now has the respect of the entire cong. The elders are unanimous in their recommendation and I agree.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5/11/88 | 10/27/74 | PO;CBSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Bruce Haley | 6/13/89 | 4/5/69 | CBSC |
| Howard Earl | 2/22/91 | 11/21/64 | SO;TERR;MAGS |
| | | | |
| Martin Svenson | "RECOMMENDED" | 7/30/58 | |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |
| ~~Martin Svenson~~ | ~~6/13/89~~ | ~~7/30/58~~ | ~~LIT~~ |

(If additional space is needed, use additional sheets.)

*Joseph W. Palahniuk*
Circuit overseer

Name of congregation __Hardin__ City _____ Province or State __MT__

Cong. No. __43653__          __January 26, 1991__
(Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer __Larry Archer__
__RT 1 BOX 1242__
__Hardin, MT   59034__

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

## ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Howard Earl | | 56 | 11/21/64 | O | MS | Havre, MT 2 1/2 yrs.  This cong. 1 1/2 yrs. | |
| | | | | | | | |
| | | | | | | | |

## MINISTERIAL SERVANTS

(Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| | | | | | |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

## DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion   (If person moved, show name of new congregation, if known.) |
|---|---|---|---|
| Gunner Hain | | E | 1 TIM 3:5 – failure to "preside over household"  TITUS 1:6 – "children under charge of debauchery" |
| | | | |
| | | | |

S-2b   12/89                                                    Printed in U.S.A.

Name of congregation __Hardin__ City _____ Province or State __MT__

The Governing Body has approved the recommenda-
tions on the reverse side as indicated by the Watch-
tower Society stamp below. The date stamped below
constitutes the date of appointment.

*Watchtower B. & T. Society*

OF NEW YORK, INC.

FEB 22 1991

For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L. Baker*
Secretary

*Bruce M. Haley*
Service overseer

(Comments of circuit overseer)

Howard Earl recommended as Elder: Bro. Earl is a well-respected spiritual man. He has
demonstrated himself to be a serious-minded student of God's Word. As a reg. pio. he displays
a zeal for the ministry. In working with the bro. & sis. he is kind, showing empathy,
concern and a desire to aid. He is currently used in teaching capacities, giving Instr.talks,
SM parts, and PT, as well as in the shepherding activity. He is a humble bro. who has
responded well to counsel. The elders are unanimous in their recommendation and I agree.

Gunner Hain deleted as Elder: Bro. Hain has recently had a baptized minor daughter
disfellowshipped from the cong. The elders feel that Bro. Hain is partly responsible, being
negligent in carrying out his obligations as family head. The problems w/his daughter have
been ongoing for a couple of years, but Bro. Hain failed to respond to counsel offered by
the elders over that period of time. Scripturally he no longer qualifies according to
1 TIM 3:4,5,12 and  TITUS 1:6 Bro. Hain is in agreement with his deletion.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5/11/88 | 10/27/74 | PO;CBSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Gunner Hain | 12/26/88 | 5/15/70 | SO |
| Bruce Haley | 6/13/89 | 4/5/69 | CBSC |
| | | | |
| Howard Earl | "RECOMMENDED" | 11/21/64 | SO |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |
| Howard Earl | 1/12/90 | 11/21/64 | MAGS;TERR |
| Martin Svenson | 6/13/89 | 7/30/58 | LIT |

(If additional space is needed, use additional sheets.)

*Joseph W. Polahowski*
Circuit overseer

Name of congregation _____ **Hardin** _____ City _____ Province or State __ **MT** __

Cong. No. _**43653**_                                    _____ **January 26, 1991** _____
                                                                                  (Date)

---

> ## DO NOT SEND THIS CARBON COPY TO SOCIETY
> (Keep this copy for the congregation files)

---

Presiding overseer   _**Larry Archer**_____

_**RT 1 BOX 1242**_____

_**Hardin, MT   59034**_____


Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

### ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Howard | Earl | 56 | 11/21/64 | O | MS | Havre, MT 2 1/2 yrs. This cong. 1 1/2 yrs. | |
| | | | | | | | |
| | | | | | | | |

### MINISTERIAL SERVANTS  (Brothers recommended must be baptized for at least a year. Also please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of Baptism | | | | |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

\* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

### DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion   (If person moved, show name of new congregation, if known.) |
|---|---|---|---|
| Gunner | Hain | E | 1 TIM 3:5 – failure to "preside over household" |
| | | | TITUS 1:6 – "children under charge of debauchery" |
| | | | |
| | | | |

Name of congregation __Hardin__   City _____   Province or State __MT__

| For Office Use Only |
|---|

Your fellow servants,

_Larry Archer_
Presiding overseer

_Gary L Baker_
Secretary

_Bruce M. Haley_
Service overseer

(Comments of circuit overseer)

__Howard Earl recommended as Elder:__ Bro. Earl is a well-respected spiritual man. He has demonstrated himself to be a serious-minded student of God's Word. As a reg. pio. he displays a zeal for the ministry. In working with the bro. & sis. he is kind, showing empathy, concern and a desire to aid. He is currently used in teaching capacities, giving Instr.talks, SM parts, and PT, as well as in the shepherding activity. He is a humble bro. who has responded well to counsel. The elders are unanimous in their recommendation and I agree.

__Gunner Hain deleted as Elder:__ Bro. Hain has recently had a baptized minor daughter disfellowshipped from the cong. The elders feel that Bro. Hain is partly responsible, being negligent in carrying out his obligations as family head. The problems w/his daughter have been ongoing for a couple of years, but Bro. Hain failed to respond to counsel offered by the elders over that period of time. Scripturally he no longer qualifies according to 1 TIM 3:4,5,12 and TITUS 1:6 Bro. Hain is in agreement with his deletion.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5/11/88 | 10/27/74 | PO;CBSC |
| Gary Baker | 5/20/85 | 7/19/65 | SEC;WSC |
| Scott Duy | 1/12/90 | 7/7/84 | TMSO;CBSC |
| Gunner Hain | 12/26/88 | 5/15/70 | SO |
| Bruce Haley | 6/13/89 | 4/5/69 | CBSC |
| | | | |
| Howard Earl | "RECOMMENDED" | 11/21/64 | |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovon | 5/11/88 | 7/6/73 | ACCTS;ATTNDT |
| Howard Earl | 1/12/90 | 11/21/64 | MAGS;TERR |
| Martin Svenson | 6/13/89 | 7/30/58 | LIT |

(If additional space is needed, use additional sheets.)

_Joseph W. Polchowski_
Circuit overseer

MAP_HARDIN000051

Name of congregation ___ HARDIN ___ City ___ Hardin ___ Province or State ___ MT ___ SGM JUL 2 1990

Cong. No. __ 43653 __                                    June 19-24, 1990
                                                              (Date)

> DUPLICATE COPY to Society for return after approval. The
> circuit overseer will send this form to the Society along
> with his report following his visit to the congregation.

Presiding overseer ___ Larry Archer ___

___ Rte 1, Box 1242 ___

___ Hardin, MT 59034 ___

> If any brother recommended is appointed by
> the Society, please have two elders speak to
> him *before announcing the appointment.*
> Ask if there is any reason why it should not
> be announced. If so, do not announce it but
> return this form and advise the Society why
> he is disqualified.

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

## ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | NR |
|---|---|---|---|---|---|---|
| None | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

## MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | | | |
|---|---|---|---|---|---|---|
| None | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

## DELETIONS

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b   2/89

Printed in U.S.A.

MAP_HARDIN000052

Name of congregation _____ HARDIN _____ City _____ Hardin _____ Province MT
                                                                      or State

| The Governing Body has approved the recommenda-<br>tions on the reverse side as indicated by the Watch-<br>tower Society stamp below. The date stamped below<br>constitutes the date of appointment.<br><br>*Watchtower B. & T. Society*<br>OF NEW YORK, INC.<br>SCO JUL 1 5 1990<br>For Office Use Only |
|---|

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L Baker*
Secretary

*Gunner Hain*
Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5-11-88 | 10-27-74 | PO; CBSC |
| Gary Baker | 5-20-85 | 7-19-65 | SEC; WSC |
| Scott Duy | 1-12-90 | 7-7-84 | TMSO |
| Gunner Hain | 12-26-88 | 5-15-70 | SO; CBBC |
| Bruce Haley | 6-13-89 | 4-5-69 | CBSC |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Names and date of appointment of ministerial servants in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Howard L Earl | 1-12-90 | 11-21-64 | MAGS |
| Martin Svenson | 6-13-89 | 7-30-58 | LIT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If additional space is needed, use additional sheets.)

*Ronald F. Miller*
Circuit overseer
Ronald F Miller

MAP_HARDIN000053

Name of congregation ........ HARDIN ....... City ... Hardin ... Province or State  MT

Cong. No. .. 43653 ..                                June 19-24, 1990
                                                        (Date)

```
┌─────────────────────────────────────────────┐
│  DO NOT SEND THIS CARBON COPY TO SOCIETY      │
│     (Keep this copy for the congregation files)│
└─────────────────────────────────────────────┘
```

Presiding overseer ___ Larry Archer ___
                   ___ Rte 1. Box 1242 ___
                   ___ Hardin, MT 59034 ___

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

   After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | | | | |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been reinstated in the last five years, state when on a separate sheet. Also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

   It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2c   2/89                                                              Printed in U.S.A.

Name of congregation ____ HARDIN ____ City __ Hardin __ Province __ MT
                                                          or State

| For Office Use Only |
| :-- |

Your fellow servants,

_Larry Archer_
Presiding overseer

_Gary L Baker_
Secretary

_Gunner Hain_
Service overseer

(Comments of circuit overseer)

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
| :-- | :-- | :-- | :-- |
| Larry Archer | 5-11-88 | 10-27-74 | PO;CBSC |
| Gary Baker | 5-20-85 | 7-19-65 | SEC;WSC |
| Scott Duy | 1-12-90 | 7-7-84 | TMSO |
| Gunner Hain | 12-26-88 | 5-15-70 | SO;CBBC |
| Bruce Haley | 6-13-89 | 4-5-69 | CBSC |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
| :-- | :-- | :-- | :-- |
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Howard L Earl | 1-12-90 | 11-21-64 | MAGS |
| Martin Svenson | 6-13-89 | 7-30-58 | LIT |

(If additional space is needed, use additional sheets.)

_Ronald T Miller_
(Circuit overseer)
Ronald T Miller

Name of congregation    HARDIN    City    Hardin    Province or State   MT

Cong. No. 43653            12/26–12/31, 1989
                                   (Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer    Larry Archer

Rte 1, Box 1242

Hardin, MT 59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

     After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| | First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Scott Duy | | 40 | 7-7-84 | (O) | MS | this congregation | |
| | | | | | | | | |
| | | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Howard L Earl | | 55 | 11-21-64 | (O) | MS | Havre, MT. | |
| | | | | | | | | |
| | | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

     It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| | First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|---|
| ✓ | Keith Kolstad | | MS | moved-Belle Fourshe, S.D. | |
| | | | | | |
| | | | | | |

MAP_HARDIN000056

Name of congregation ___ HARDIN ___   City ___ Hardin ___   Province or State ___ MT ___

| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment. | Your fellow servants, |
|---|---|

*Watchtower B. & T. Society*
OF NEW YORK, INC.
SCQ JAN 1 2 1990
For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L Baker*
Secretary

*Gunner Hain*
Service overseer

### (Comments of circuit overseer)

**Scott Duy as Elder:** Good, strong MS who has been trained well by Elders. He is being used as sub TMSO as well as giving PT, handling major SM parts, and is involved in Elders sheperding program. Good family who all show a nice zeal for the ministry.

**Howard L Earl as MS:** Outstanding reccomendation from previous congregation. He is a regular pioneer as is his wife. Will be a nice asset to the existing body of servants.

In both cases we are unanimous that the brothers meet the qualifications for MS and Elders as outlined in the Bible.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 5-11-88 | 10-27-74 | PO;CBSC |
| Gary Baker | 5-20-85 | 7-19-65 | SEC;WSC |
| Gunner Hain | 12-26-88 | 5-15-70 | SO;CBSC |
| Bruce Haley | 6-13-89 | 4-5-69 | CBSC |
| Scott Duy | RECCOMENDED | 7-7-84 | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| ~~Scott Duy~~ | ~~5-20-86~~ | ~~7-7-84~~ | ~~SUB-TMSO;MAGS;TERR~~ |
| Martin Svenson | 6-13-89 | 7-30-58 | LIT |
| Howard L Earl | RECCOMENDED | 11-21-64 | |

(If additional space is needed, use additional sheets.)

*Ronald F. Miller*
Circuit overseer
Ronald F. Miller

Name of congregation ___HARDIN___ City ___Hardin___ Province or State ___MT___

Cong. No. ___43653___                           ___Dec. 11, 1988___
                                                      (Date)

| DO NOT SEND THIS CARBON COPY TO SOCIETY |
|---|
| (Keep this copy for the congregation files) |

Presiding overseer  ___Larry Archer___
                    ___Rte 1, Box 1242___
                    ___Hardin, MT 59034___

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| | First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Gunner Hain | | 39 | 5-15-70 | (O) | MS | this congregation | |
| | Larry Archer | | | | | | | |
| | | | | | | | | |

**MINISTERIAL SERVANTS** (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or sheep (O) | E or MS | | |
|---|---|---|---|---|---|---|---|
| Keith Kolstad | | 43 | 3-29-86 | (O) | MS | Spearfish, S Dakota | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| James C Rowland | | E | stepped down—see supplement letter | |
| Martin Svenson | | E | stepped down—see supplement letter | |
| | | | | |
| | | | | |

S-2c     3/87                                                    Printed in U.S.A.

Name of congregation ___HARDIN___   City ___Hardin___   Province or State ___MT___

```
+-----------------------------+
|                             |
|                             |
|                             |
|                             |
|                             |
|     For Office Use Only     |
+-----------------------------+
```

Your fellow servants

_[signature]_
Presiding overseer

_[signature]_
Secretary

_[signature]_
Service overseer

**(Comments of circuit overseer)**

Gunner Hain as Elder: MS for 7 plus yrs. Legally blind Brother who is zealous for the ministry, teaches both from the platform and on sheperding calls. Respected as an Elder now in the congregation. Keith Kolstad as MS: Excellant reccomendation from previous congregation. Brothers are already using him. Good sprirtual family. Larry Archer as PO: Has been an Elder for short period but has shown himself to be organized an Theocratically sound. Best man for the job. In each case the Elders are unanimous and I agree.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5-20-85 | 7-19-69 | SEC;WSC;CBSC |
| Larry Archer | 5-11-88 | 10-27-74 | PO;SO;TMSO |
| Gunner Hain | RECC | | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Scott Duey | 5-20-85 | 7-7-84 | TERR;ASST LIT |
| Gunner Hain | 5-11-81 | 5-15-70 | MAGS;SUB CBSC |
| Bruce Haley | 9-13-75 | 4-5-69 | LIT;SUB CBSC |
| Keith Kolstad | RECC | | |

_[signature]_
Circuit overseer

(If additional space is needed, use additional sheets.)

SSF JUN 12 1989

| Name of congregation | HARDIN | City | Hardin | Province or State | MT |
|---|---|---|---|---|---|

Cong. No. __43653__                                    __5/30-6/4, 1989__
                                                              (Date)

---

**DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.**

---

Presiding overseer     Larry Archer

Rte 1, Box 1242

Hardin, MT 59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Bruce Haley | | 48 | 4-5-69 | (O) | MS | This congregation | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS** (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| Martin Svenson | | 60 | 7-30-58 | (O) | E | This congregation | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2b    3/87

Name of congregation _____ HARDIN _____ City ____ Hardin ____ Province or State ____ MT

| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment. |
|---|

*Watchtower B. & T. Society*
OF NEW YORK, INC.
SCA JUN 1 3 1989
For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L Baker*
Secretary

*Gunnar Hain*
Service overseer

(Comments of circuit overseer)

Martin Svenson as MS: Please see supplement letter on last visit when he stepped aside. The Elders say he has responded to counsel given and has shown a humble attitude. I see pesonally that he has really devoted some time to getting his household in order. We all feel that he qualifies as a MS and if the overall attitude continues he will again fullfill the qualifications of an Elder. Bruce Haley as Elder: 14 yrs as a faithful MS with much experience. Used as teacher, in sheperding, zeal for the ministry and excellant family man. Elders are unanimous and I agree.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5-20-85 | 7-19-69 | SEC;WSC;CBSC |
| Larry Archer | 5-11-88 | 10-27-74 | PO;TMSO |
| Gunner Hain | 12-26-88 | 5-15-70 | SO;CBSC |
| Bruce Haley | RECCOMENDED | 4-5-69 | |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Scott Duey | 5-20-86 | 7-7-84 | LIT |
| Bruce Haley | 9-13-75 | 4-5-69 | CBSC |
| Keith Kolstad | 12-26-88 | 3-29-86 | TERR;SOUND |
| Martin Svenson | RECCOMENDED | 7-30-58 | |

(If additional space is needed, use additional sheets.)

*Ronald F. Miller*
Circuit overseer
Ronald F Miller

MAP_HARDIN000061

Name of congregation _____ HARDIN _____ City _____ Hardin _____ Province or State _____ MT

SSI DEC 1 3 1988

Cong. No. __43653__

Dec. 11, 1988
(Date)

```
┌─────────────────────────────────────────────┐
│ DUPLICATE COPY to Society for return after   │
│ approval. The circuit overseer will send     │
│ this form to the Society along with his      │
│ report following his visit to the            │
│ congregation.                                │
└─────────────────────────────────────────────┘
```

Presiding overseer     Larry Archer
                       Rte 1, Box 1242
                       Hardin, MT 59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| ✓ Gunner Hain | | 39 | 5-15-70 | (O) | MS | this congregation | |
| ✓ Larry Archer | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| ✓ Keith Kolstad | | 43 | 3-29-86 | (O) | MS | Spearfish, S Dakota | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ✓ James C Rowland | | E | stepped down—see supplement letter | |
| ✓ Martin Svenson | | E | stepped down—see supplement letter | |
| | | | | |
| | | | | |

S-2b   3/87

Name of congregation ___ HARDIN ___ City ___ Hardin ___ Province or State ___ MT

The Governing Body has approved the recommenda-
tions on the reverse side as indicated by the Watch-
tower Society stamp below. The date stamped below
constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCADEC 26 1988
For Office Use Only

Your fellow servants,

*Larry Archer*
Presiding overseer

*Gary L. Baker*
Secretary

*Larry Archer*
Service overseer

**(Comments of circuit overseer)**

Gunner Hain as Elder: MS for 7 plus yrs. Legally blind Brother who is
zealous for the ministry, teaches both from the platform and on shep-
erding calls. Respected as an Elder now in the congregation.
Keith Kolstad as MS: Excellant reccomendation from previous congre-
gation. Brothers are already using him. Good spriritual family.
Larry Archer as PO: Has been an Elder for short period but has shown
himself to be organized an Theocratically sound. Best man for the job.
In each case the Elders are unanimous and I agree.

| Names and date of appointment of elders in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| Gary Baker | 5-20-85 | 7-19-69 | SEC;WSC;CBSC |
| Larry Archer | 5-11-88 | 10-27-74 | PO;SO;TMSO |
| JAMES C. ROWLAND | 9/10/74 | 7/17/70 | RESIGNED |
| Gunner Hain | RECC | 5/15/70 | |
| MARTIN SVENSON | 8/1/72 | 7/30/58 | RESIGNED |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Names and date of appointment of ministerial servants in the congregation | | Baptism Date | In what capacity does each serve? |
|---|---|---|---|
| Name | Date | (Ordination) | |
| John Donovan | 5-11-88 | 7-6-73 | ACCTS |
| Scott Duey | 5-20-85 | 7-7-84 | TERR;ASST LIT |
| Gunner Hain | 5-11-81 | 5-15-70 | MAGS;SUB CBSC |
| Bruce Haley | 9-13-75 | 4-5-69 | LIT;SUB CBSC |
| | | | |
| Keith Kolstad | RECC | 3/29/86 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Donald F. Miller*
Circuit overseer

(If additional space is needed, use additional sheets.)

SST MAY 5 1988

| Name of congregation | Hardin | City | Hardin | Province or State | Mt. |
|---|---|---|---|---|---|

Cong. No. __43653__                                    4-18-24,  1988

                                                        (Date)

---

**DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.**

---

Presiding overseer   Martin Svensen

                     1015 N. Crawford

                     Hardin, Mt.   59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

   After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Larry Archer | | 33 | 10-27-74 | (O) | | | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| John Donovan | | 48 | 7-6-73 | (O) | MS | Lewistown, MT. 10 to 12 years ago | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.).

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

   It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

S-2b   3/87

Name of congregation  Hardin          City  Hardin          Province or State  Mt.

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCA MAY 11 1988
For Office Use Only

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Gary L. Baker*
Secretary

*James C. Rowland*
Service overseer

Larry Archer- Has been reaching out  has been tested as to fitness. He has been used in conducting Cong. book study and other teaching parts. He is an approachable bro. Some in the Cong. have come to him with problems. The brothers have used him extensively in shepherding work. So wee are all in agreement he should be added to body of Elders.

John Donovan- Had served as a MS. in Lewistown, Mt. Cong. approx. 10 years ago. He was deleted their because of allowing financial problems distract from responsiblity and Kingdom interests. In recent years he has worked out hhings so as to lead in the congregation. He has been tested and used in congregation in small responsibilities for past few months. So the body of Elders and myself are all in agreement that he should be used in the congregation as Ministerial Servent.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5-20-85 | 7-19-69 | CBS, SEC, TSO |
| James C. Rowland | 9-10-74 | 7-17-70 | CBS, SO |
| Martin Svensen | 6-1-72 | 7-30-58 | CBS, WTC, PO |
| | | | |
| Larry Archer | REC | 10/27/74 | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 8-5-86 | 10-27-74 | ACCTS |
| Scott Duey | 5-20-85 | 7-7-84 | ASSI,Liter  Terr |
| Gunner Hain | 5-11-81 | 5-15-70 | MAGS |
| Bruce Haley | 9-13-75 | 4-5-69 | LITER |
| | | | |
| John Donovan | REC | 7/ 6/73 | |

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer C. Woodley    (Russell Finkbeiner)

MAP_HARDIN000065

Name of congregation **Hardin**     City **Hardin,**     Province or State **Mt.**

Cong. No. **43653**     **4-18-24, 1988**
                                                 (Date)

---

### DO NOT SEND THIS CARBON COPY TO SOCIETY
(Keep this copy for the congregation files)

---

Presiding overseer    **Martin Svensen**

**1015 N. Crawford**

**Harden, Mt.    59034**

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Larry Archer | | 33 | 10-27-74 | (O) | | | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS** (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| John Donovan | | 48 | 7-6-73 | (O) | MS | Lewistown, MT. 10 to 12 years ago | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2c    3/87                                                     **MAP_HARDIN000066**

Name of congregation ___Hardin___   City ___Hardin___   Province or State ___Mt.___

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Gary L. Baker*
Secretary

*James G. Rowland*
Service overseer

For Office Use Only

Larry Archer- Has been reaching out, has been tested as to fitness. He has been used in conducting Cong. book study and conducts teaching parts. He is an approachable bro. Some in the Cong. have come to him with problems. The brothers have used him extensively in shepherding work. So wee are all in agreement he should be added to body of Elders.

John Donovan- Had served as a MS. in Lewistown, Mt. Cong. approx. 10 years ago. He was deleted their because of allowing financial problems distract from responsiblity and Kingdom interests. In recent years he has worked out things so as to lead in the congregation. He has been tested and used in congregation in small responsibilities for past few months. So the body of Elders and myself are all in agreement that he should be used in the congregation as Ministerial Servent.

| Names and date of appointment of elders in the congregation |  | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Name | Date |  |  |
| Gary Baker | 5-20-85 | 7-19-69 | CBS, SEC, TSO |
| James G. Rowland | 9-10-74 | 7-17-70 | CBS, SO |
| Martin Svensen | 8-1-72 | 7-30-58 | CBS, WTC, PO |

| Names and date of appointment of ministerial servants in the congregation |  | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Name | Date |  |  |
| Larry Archer | 8-5-86 | 10-27-74 | ACCTS |
| Scott Duey | 5-20-85 | 7-7-84 | ASST,Elter  Terr |
| Gunner Hain | 5-11-81 | 5-15-70 | MAGS |
| Bruce Haley | 9-13-75 | 4-5-69 | LITER |

(If additional space is needed, use additional sheets.)

*Elmer C. Woodley*   Circuit overseer   (Russell Finkbeiner)

MAP_HARDIN000067

SSK AUG 4 1987

Name of congregation ___Hardin___  City ___Hardin___  Province or State ___Mt.___

Cong. No. __43653__          ___7/21-26, 1987___
                                    (Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

Presiding overseer __Martin Svenson__

___1015 N. Crawford___

___Hardin, Mt. 59034___

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Name of congregation ___Hardin___  City ___Hardin___  Province or State ___Mt.___

| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment. | Your fellow servants, |
|---|---|
| *Watchtower B. & T. Society* | *Martin Svenson* |
| OF NEW YORK, INC. | Presiding overseer |
| SCH AUG 4 1987 | *Gary L Baker* |
| For Office Use Only | Secretary |
| | *James C. Rowland* |
| | Service overseer |

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5/20/85 | 7/19/69 | CBS, SEC, TSO |
| James C. Rowland | 9/10/74 | 7/17/70 | CBS, SO |
| Martin Svensen | 8/1/72 | 7/30/58 | CBS, WTC, PO |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Names and date of appointment of ministerial servants in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 8/5/86 | 10/27/74 | ACCTS |
| Scott Duey | 5/20/85 | 7/7/84 | ASST LITER TERR |
| Gunner Hain | 5/11/81 | 5/15/70 | MAGS |
| Bruce Haley | 9/13/75 | 4/5/69 | LITER |
| | | | |
| | | | |
| | | | |

(If additional space is needed, use additional sheets.)

Circuit overseer

Elmer C. Woodall

| Name of congregation | Hardin | City | Hardin | Province or State | Mt. |
|---|---|---|---|---|---|

Cong. No. 43653                    7/21-26, 1987

_(Date)_

> **DO NOT SEND THIS CARBON COPY TO SOCIETY**
> (Keep this copy for the congregation files)

Presiding overseer   Martin Svensen
1015 N. Crawford
Hardin, Mt. 59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

S-2c   3/87

Name of congregation ___Hardin___   City ___Hardin___   Province or State ___Mt.___

Your fellow servants,

_(signature)_
Presiding overseer _____

_(signature)_
Secretary _____

_(signature)_
Service overseer _____

┌─────────────────────────────┐
│                             │
│                             │
│      For Office Use Only    │
└─────────────────────────────┘

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5/20/85 | 7/19/69 | CBS, SBC, TSO |
| James C. Rowland | 9/10/74 | 7/17/70 | CBS, SO |
| Martin Svensen | 8/1/72 | 7/30/58 | CBS, WTC, PO |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 8/5/86 | 10/27/74 | ACCTS |
| Scott Doty | 5/20/85 | 7/7/84 | ASST LITER TERR |
| Gunner Hain | 5/11/81 | 5/15/70 | MAGS |
| Bruce Haley | 9/13/75 | 4/5/69 | LITER |

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer C. Woodley

SSK FEB 1 4 1987

Name of congregation ____Hardin____ City ____Hardin____ Province or State ____Mt.____

Cong. No. ____43653____ ____2/3-8/87____ (Date)

---

**DUPLICATE COPY to Society for return after approval.** The circuit overseer will send this form to the Society along with his report following his visit to the congregation.

---

Secretary ____Martin Svenson____

____1015 N. Crawford St.____

____Hardin, Mt.  59034____

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

### ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

### MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

### DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

S-2b   4/83

Name of congregation _____ Hardin _____ City ___ Hardin ___   Province or State ___ Mt. ___

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B&T Society*
OF NEW YORK, INC.
SCH FEB 4 1987

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger B. Mullins*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker   82 | 5/20/85 | 7/19/69 | CBS LITER TSO |
| Roger Mullins | 2/17/82 | 3/4/51 | CBS, SBC, WTC |
| James C. Rowland   973 | 9/10/74 | 7/17/70 | CBS, PO, PIO |
| Martin Svenson   65 | 8/1/72 | 7/30/58 | CBS, PO. |

3/4/4

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer   265 | 8/5/86 | 10/27/74 | ACCTS |
| Scott Duy   95 | 5/20/85 | 7/7/84 | TERR |
| Gunnar Hain   478 | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley   53 | 9/13/75 | 4/5/69 | ASST LITER |

3/1

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer C. Woodley

| Name of congregation | Hardin | City | Hardin | Province or State | Mt. |

Cong. No. 43653                                        2/3-8/87
                                                        (Date)

---

**DO NOT SEND THIS CARBON COPY TO SOCIETY**
(Keep this copy for the congregation files)

---

Secretary   Martin Svenson
            1015 N. Crawford St.
            Hardin, Mt.   59034

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**MINISTERIAL SERVANTS**  (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

S-2c   4/83

Name of congregation ___ Hardin ___ City ___ Hardin ___ Province or State ___ Mt.

Your fellow servants,

Presiding overseer

Secretary

Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5/20/85 | 7/19/69 | CBS LITER TSO |
| Roger Mullins | 2/17/82 | 3/4/51 | CBS, SEC, WTC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBS, PO. PIO |
| Martin Svenson | 8/1/72 | 7/30/58 | CBS, PO. |

| Names and date of appointment of ministerial servants in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Larry Archer | 8/5/86 | 10/27/74 | ACCTS |
| Scott Duy | 5/20/85 | 7/7/84 | TERR |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley | 9/13/75 | 4/5/69 | ASST LITER |

(If additional space is needed, use additional sheets.)

Circuit overseer

Elmer C. Woodley

MAP_HARDIN000075

Name of congregation ............................................   City ............................   Province or State ........

Cong. No. .................   ....................................
........................................
(Date)

```
┌─────────────────────────────────────────────┐
│  DO NOT SEND THIS CARBON COPY TO SOCIETY      │
│      (Keep this copy for the congregation files)  │
└─────────────────────────────────────────────┘
```

Secretary ......................................

........................................

........................................

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| Larry Archer | | 30 | 10/27/78 | O | MS | Here about 1982 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| Quintin Means Jr. | | E | Has had problems controlling his children Elders feel he has lost respect, he also this is a good possiblity. All in agreement. | |
| | | | | |
| | | | | |

S-2c   4/83

Name of congregation _____ Hardin _____ City _____ Hardin _____ Province or State _____ Mt _____

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C Mullis*
Secretary

*James C. Rowland*
Service overseer

**(Comments of circuit overseer)**

Larry Archer; Brother Archer was MS here about 4 yrs ago, was deleted because of activity, had to work to pay debts, so was low in activiyt, problem has been over come so we all feel he should be used as MS again.  He has been reaching out for some time, good family planning to regular pioneer.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 5/20/85 | 7/19/69 | CBS. LITER |
| Quintin Means Jr. | 7/29/82 | 9/27/59 | CBS. TSO |
| Roger Mullins | 2/17/82 | 3/4/51 | SEC WFC ACCTS |
| James C. Rowland | 3/10/74 | 7/17/76 | CBS. SO |
| Martin Svenson | 8/1/72 | 7/30/58 | CBS. PO |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 5/20/85 | 7/7/84 | TMSR |
| Gunnar Hein | 6/11/81 | 5/15/76 | MAGS |
| Bruce Haley | 9/13/75 | 4/5/69 | ASST LITER |
| Larry Archer | RPNC | | |

(If additional space is needed, use additional sheets.)

Elmer C  Circuit overseer

SSO AUG 5 1986

Name of congregation ......Hardin........ City ....Hardin...... Province or State ....Mt....

Cong. No. ..43653....                                    7/22-27, 1986
                                                           (Date)

---

DUPLICATE COPY to Society for return after approval.
The circuit overseer will send this form to the Society along
with his report following his visit to the congregation.

---

Secretary ......Martin Svenson..........

......3015 N. Crawford Street.........

......Hardin Mt. 59034.........

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's
Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers
recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate
in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd | E/MS | |
|---|---|---|---|---|---|---|
| ✓ Larry Archer | | 30 | 10/27/79 | O | MS | Here about 1982 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated
themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have
gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the
appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed,
mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long
the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as
indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc.,
supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state
whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not
and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ✓ Quintin Moans Jr. | | E | Has had problems controling his children Elders feel he has lost respect, he also this is a good posibility. All in agreement. | |
|  |  |  |  |  |
|  |  |  |  |  |

S-2b    4/83                                                     S-2-A

Name of congregation __Hardin__   City __Hardin__   Province or State __Mt__

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

**SCH** AUG 5 1986

Your fellow servants

*Martin Svenson*
Presiding overseer

*Roger C. Mullius*
Secretary

*James C. Rowland*
Service overseer

### (Comments of circuit overseer)

Larry Archer; Brother Archer was Ms here about 4 yrs ago, was deleted because of activity, had to work to pay debts, so was low in activiyt, problem has been over come so we all feel he should be used as MS again.  He has been reaching out for some time, goo# family planning to regular pioneer.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker        9S | 5/20/85 | 7/19/69 | CBS. LITER. TSO |
| Quintin Means Jr. | 7/29/82 | 9/27/69 | CBS  TCO |
| Roger Mullins     96 | 2/17/82 | 3/4/51 | SEC WTC  A### C6s |
| James C. Rowland  4LL | 9/10/74 | 7/17/70 | CBS. SQ  PIO |
| Matin Svensen     9S | 8/1/72 | 7/30/58 | CBS. PO |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duv    129 | 5/20/85 | 7/7/84 | TERR |
| Gunnar Nain  4L9 | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley  52 | 9/13/75 | 4/5/69 | ASST LITER |
| | | | |
| Larry Archer 34S | RECC | | ACCTS |
| | | | |
| | | | |
| | | | |
| | | | |

(If additional space is needed, use additional sheets.)

Circuit overseer
Elmer C. Woodley

MAP_HARDIN000079

SSO JAN 2 2 1986

Name of congregation _____ **Hardin** _____ City _____   Province or State __ MT __

Cong. No. __ 43653 __          **January 11, 1986**
                                        (Date)

```
┌─────────────────────────────────────────────────────────┐
│ DUPLICATE COPY to Society for return after approval.     │
│ The circuit overseer will send this form to the Society  │
│ along with his report following his visit to the         │
│ congregation.                                            │
└─────────────────────────────────────────────────────────┘
```

Secretary   **Roger Mullin**

            **Box 810**

            **Lame Deer, MT   59043**

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended). | NR |
|---|---|---|---|---|---|---|---|
| Gary Baker | | 32 | 7/19/69 | os | ms | Same | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | | | |
|---|---|---|---|---|---|---|---|
| Scott Dean Duy | | 36 | 7/7/84 | os | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by prevous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| Delbert Hiebert | | E | Moved to Vernon Cong., British Columbia | |
| | | | | |
| | | | | |

S-2b    4/83

| Name of congregation | Hardin | City | | Province or State | MT |
|---|---|---|---|---|---|

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCH JAN 2 2 1986

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Mullin*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

<u>Gary Baker</u> - for elder. Has been a m/s for 7-8 years in different congs. A zealous pub. averaging 17 hrs. Family zealous and good example. Has good knowledge of Bible and OR. Good teaching from platform and at door, has been taken on shepherding calls, does well. Hospitable, empathetic. Follows direction and can give it. Elder unanimous, I agree. Elder body has lost two elders in last six months, he should make fine addition.
<u>Scott Dean Duy</u> - for m/s. Very zealous in ministry, wife too; he averages 21.2 hrs with 3 months additional AP'ing within last 9 months, while having full-time job. Has had problem with running ahead of the elders in times past out of enthusiasm to help, but has taken counsel well. Has also had "rough" back-ground, so took time to refine his attitude and again has humbly taken counsel and acted on it. Very helpful in duties, etc. Elders unanimous, I agree.

| Names and date of appointment of elders in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | TMSO,CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC,SEC,ACCTS |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC,SO |
| Martin Svenson | 4/25/79 | 7/30/58 | PO,CBSC |
| | | | |
| RECOMMENDATION: | | | |
| Gary Baker | | | |

| Names and date of appointment of ministerial servants in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 1/11/85 | 7/19/69 | ATTN,TERR,LIT,CBSC |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAGS,SOUND |
| Bruce Haley | 9/13/75 | 4/5/69 | ASSIST LIT |
| | | | |
| RECOMMENDATION: | | | |
| Scott Dean Duy | | | |

*Fred [Signature]*
Circuit overseer

(If additional space is needed, use additional sheets.)

Name of congregation **Hardin**     City _____    Province or State **MT**

Cong. No. **43653**         **January 11, 1986**

(Date)

```
┌─────────────────────────────────────────────────┐
│  DO NOT SEND THIS CARBON COPY TO SOCIETY          │
│       (Keep this copy for the congregation files) │
└─────────────────────────────────────────────────┘
```

Secretary   **Roger Mullin**

**Box 810**

**Lame Deer, MT  59043**

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| Gary Baker | | 32 | 7/19/69 | os | ms | Same | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | | | |
|---|---|---|---|---|---|---|---|
| Scott Dean Duy | | 36 | 7/7/84 | os | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion (If person moved, show name of new congregation, if known.) |
|---|---|---|---|
| Delbert Hiebert | | E | Moved to Vernon Cong., British Columbia |
| | | | |
| | | | |

S-2c    4/83

Name of congregation  **Hardin**  City                                    Province or State  **MT**

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Mullin*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

**Gary Baker** - for elder. Has been a m/s for 7-8 years in different congs. A zealous pub. averaging 17 hrs. Family zealous and good example. Has good knowledge of Bible and OR. Good teaching from platform and at door, has been taken on shepherding calls, does well. Hospitable, empathetic. Follows direction and can give it. Elder unanimous, I agree. Elder body has lost two elders in last six months, he should make fine addition.

**Scott Dean Duy** - for m/s. Very zealous in ministry, wife too; he averages 21.2 hrs with 3 months additional AP'ing within last 9 months, while having full-time job. Has had problem with running ahead of the elders in times past out of enthusiasm to help, but has taken counsel well. Has also had "rough" back-ground, so took time to refine his attitude and again has humbly taken counsel and acted on it. Very helpful in duties, etc. Elders unanimous, I agree.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | TMSO, CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC, SEC, ACCTS |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC, SO |
| Martin Svenson | 4/25/79 | 7/30/58 | PO, CBSC |
| | | | |
| RECOMMENDATION: | | | |
| Gary Baker | | | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 1/11/85 | 7/19/69 | ATTN, TERR, LIT, CBSC |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAGS, SOUND |
| Bruce Haley | 9/13/75 | 4/5/69 | ASSIST LIT |
| | | | |
| RECOMMENDATION: | | | |
| Scott Dean Duy | | | |

(If additional space is needed, use additional sheets.)

*Fred Shepard Jr.*
Circuit overseer

**MAP_HARDIN000083**

Name of congregation ......... **Hardin** ......... City ......... Province or State **MT**

Cong. No. **43653** ......... **June 8, 1985**
(Date)

+---------------------------------------------------+
| **DO NOT SEND THIS CARBON COPY TO SOCIETY**       |
| (Keep this copy for the congregation files)       |
+---------------------------------------------------+

Secretary ......... **Roger Mullin**
......... **Box 810**
......... **Lame Deer, MT 59043**

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

　　After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

　　It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

S-2c    4/83

Name of congregation __Hardin_____ City _____ Province or State __MT__

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Mullin*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Delbert Hiebert | 8/11/81 | 5/7/84 | CBSC |
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | ASSIST TMSO,CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC,SEC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC,SO |
| Martin Svenson | 8/1/72 | 7/30/58 | PO,CBSC |
| James Warnock | 4/25/79 | 6/1/68 | CBSC,TMSO,ACCTS |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gary Baker | 1/11/85 | 7/19/69 | ATTN,ASSIST LIT, *Territory* |
| Gunnar Hain | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley | 9/13/75 | 4/5/69 | LIT |

(If additional space is needed, use additional sheets.)

Circuit overseer

MAP_HARDIN000085

SSY JUN 18 1985

| Name of congregation | Hardin | City | | Province or State | MT |

Cong. No. 43653          June 8, 1985
                                    (Date)

> DUPLICATE COPY to Society for return after approval.
> The circuit overseer will send this form to the Society along
> with his report following his visit to the congregation.

Secretary   Roger Mullin
            Box 910
            Lame Deer, MT 59043

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

　　After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) E or "other or sheep" (O) MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

　　It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

S-2b   4/83

MAP_HARDIN000086

Name of congregation _____ Hardin _____ City _____ Province or State _____ MT

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
**OF NEW YORK, INC.**
**SCD JUN 20 1985**

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Mullin*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

| Names and date of appointment of elders in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Delbert~~ Hiebert | 8/11/81 | 5/7/84 | CBSC |
| Quentin Means, Jr. 48 | 7/29/82 | 9/27/69 | ASSIST TMSO,CBSC |
| Roger Mullin 70 | 2/17/82 | 3/4/51 | WSC,SEC |
| James C. Rowland 76 | 9/10/74 | 7/17/70 | CBSC,SO |
| Martin Svenson 60 | 8/1/72 | 7/30/58 | PO,CBSC |
| James Warnock | 4/25/79 | 6/1/68 | CBSC,TMSO,ACCTS |
| Gary Baker 89 | | | CBS Lit |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Names and date of appointment of ministerial servants in the congregation<br>Name | Date | Baptism Date<br>(Ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Gary Baker~~ | 1/11/85 | 7/19/69 | ATTN,ASSIST LIT,TER |
| Gunnar Nain 84 | 8/11/81 | 5/15/70 | MAGS |
| Bruce Haley 47 | 9/13/75 | 4/5/69 | LIT |
| Scott Dug 300 | 7-7-84<br>3-20-85 | 7-7-84 | |
| | | | |
| | | | |
| | | | |
| | | | |

(If additional space is needed, use additional sheets.)

*[signature]*
Circuit overseer

**MAP_HARDIN000087**

SEE DEC 31 1984

Name of congregation ~~Hardin~~    City _____ Province or State   ~~MT~~

Cong. No. ~~43653~~      ~~December 22, 198~~ (Date)

> **DUPLICATE COPY to Society for return after approval.**
> The circuit overseer will send this form to the Society along
> with his report following his visit to the congregation.

Secretary ~~Martin Svenson~~
~~1015 N. Crawford~~
~~Hardin, MT  59034~~

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).*

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| ~~Gary Baker~~ | | 31 | 7/19/69 | os | ms | ~~Miles City, MT~~ |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ~~William O'Neill~~ | | E | ~~Moved to Frosyth Congregation~~ | |
| ~~Bruce Mapely~~ | | MS | ~~Moved to Laurel, MT. Not rec. because of poor f/s and other things elders discussed w/ him. He agreed no longer qualifies.~~ | |

S-2b   4/83

Name of congregation ——— Hardin ——— City ————————— Province or State ——— MT

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
OF NEW YORK, INC.

SCD JAN 11 1985

Your fellow servants,

*Martin Svenson*
Presiding overseer

*not available (snowed in)*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

<u>Gary Baker</u> – Good letter of recommendation from Miles City elders.  Good publisher, though could be more balanced in the various phases (elders will mention if appt'd).  Elders say fine teacher, accepts responsibility with seriousness.  Has lived in Hardin before, elders know brother and family, we feel good examples.  Elders unanimous, I have worked with him in f/s this week and agree with their recommendation.

*NOTE:  New secretary was decided on this week, but used old secretary on otherside, because new secretary is getting PO box this week; it was not available at time of this writing

| Names and date of appointment of elders in the congregation | | Baptism Date | In what capacity does each serve? |
| Name | Date | (Ordination) | |
| --- | --- | --- | --- |
| Delbert Hiebert | 8/11/81 | 5/7/84 | CBSC,LIT |
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | ASSIST TMS,STC |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC,SO |
| Martin Svenson | 8/1/72 | 7/30/58 | PO,CBSC |
| James Warnock | 4/25/79 | 6/1/68 | CBSC,TMSO,ACCTS |

| Names and date of appointment of ministerial servants in the congregation | | Baptism Date | In what capacity does each serve? |
| Name | Date | (Ordination) | |
| --- | --- | --- | --- |
| Gunnar Hain | 8/11/81 | 5/15/70 | CBSC,LIT |
| Bruce Haley | 9/13/75 | 4/5/69 | ASSIST LIT |
| RECOMMENDED:  Gary Baker | | | |

(If additional space is needed, use additional sheets.)

*Fred Deegan, Jr.*
Circuit overseer

Name of congregation ~~Hardin~~ City _____ Province or State ~~MT~~

Cong. No. ~~43653~~ ~~December 22, 1984~~ (Date)

---

**DO NOT SEND THIS CARBON COPY TO SOCIETY**
(Keep this copy for the congregation files)

---

Secretary ~~Martin Svenson~~
~~1015 N. Crawford~~
~~Hardin, MT   59034~~

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS**   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

| First name | Last name | Age | Date of Baptism | | | | |
|---|---|---|---|---|---|---|---|
| Gary | Baker | 31 | 7/19/69 | os | ns | Miles City, MT | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| ~~William~~ | ~~O'Neill~~ | ~~E~~ | ~~Moved to Forsyth Congregation~~ | |
| ~~Bruce~~ | ~~Mapely~~ | ~~MS~~ | ~~Moved to Laurel, MT. Not rec. because of~~ | |
| | | | ~~poor f/s and other things elders discussed~~ | |
| | | | ~~w/ him. He agreed no longer qualifies.~~ | |

S-2c   4/83

U.S.A.

MAP_HARDIN000090

Name of congregation ——Hardin——            City            Province or State ——MT

Your fellow servants,

*Martin Svenson*
Presiding overseer

*not available (moved in)*
Secretary

*James C. Rowland*
Service overseer

(Comments of circuit overseer)

<u>Gary Baker</u> – Good letter of recommendation from Miles City elders.  Good publisher, though could be more balanced in the various phases (elders will mention if appt'd).  Elders say fine teacher, accepts responsibility with seriousness.  Has lived in Hardin before, elders know brother and family well, feel good examples.  Elders unanimous, I have worked with him in f/s this week and agree with their recommendation.

<u>*NOTE:</u>  New secretary was decided on this week, but used old secretary on otherside, because new secretary is getting PO box this week; it was not available at time of this writing.

Names and date of appointment of elders in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Delbert Hiebert | 8/11/81 | 5/7/64 | CBSC, LIT |
| Quentin Means, Jr. | 7/29/82 | 9/27/69 | ASSIST TMS, SEC* |
| Roger Mullin | 2/17/82 | 3/4/51 | WSC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC, SO |
| Martin Svenson | 3/1/72 | 7/30/58 | PO, CBSC |
| James Warnock | 4/25/79 | 6/1/68 | CBSC, TMSO, ACCTS |

Names and date of appointment of ministerial servants in the congregation

| Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gunner Hain | 8/11/81 | 5/15/70 | CBSC, LIT |
| Bruce Haley | 9/13/75 | 4/5/69 | ASSIST LIT |
| | | | |
| RECOMMENDED:  Gary Baker | | | |

*Fred Slegin, Jr.*
Circuit overseer

(If additional space is needed, use additional sheets.)

MAP_HARDIN000091

November 11, 1964

Body of Elders
Laural Congregation
Laural Montana

Dear Brothers,

This letter is in reference to Brother Bruce Mapley and his recent move to your congregation. We were sorry to see the Mapleys move, but are sure you will be encouraged by their presence in Laural.

Bruce has served as a Ministerial Servant for some years here in Hardin, but due to some personal problems, which he is aware of, we feel we cannot recommend that he continue to serve. In our discussion with Bruce he made this expression himself. With personal assistance we feel that Bruce will be able to reach out again.

In the past the Mapley family has set a fine example in the field service and we sincerely hope they will continue on even more fully in this endeavor. If we can be of any assistance on Bruce and his family, please let us know.

Your Fellow Servants,

_Martin Svenson_
Martin Svenson

_Del Heibert_
Del Heibert

_James Warnock_
James Warnock

_Roger Mullin_
Roger Mullin

_C. L. Means, Jr._
C. L. Means, Jr.

_James C. Rowland_
James C. Rowland

SOL MAY 4 1984

Name of congregation __HARDIN__          City __HARDIN__          Province or State __MONTANA__

Cong. No. __43653__                          April 21, 1984
                                                (Date)

DUPLICATE COPY to Society for return after approval.
The circuit overseer will send this form to the Society along
with his report following his visit to the congregation.

Secretary __Martin Svenson__
__1015 N. Crawford__
__Hardin, MT  59034__

Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's
Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers
recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate
in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

ELDERS

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other or sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended). | NR |
|---|---|---|---|---|---|---|---|
| Delbert Hiebert |  | 31 | 7/26/69 | O | MS | Hardin, MT |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

MINISTERIAL SERVANTS   (Brothers must be at least 20 years old at time of making recommendation and baptized for at least a year.)

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshipped, or disassociated
themselves in the last ten years, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they have
gained the respect of the congregation. If any elders have reservations about recommending a brother state this and the reason. If you recommend the
appointment of a brother previously removed as an elder or ministerial servant provide complete information on his progress since being removed,
mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended. State how long
the person has been with your congregation and why you recommend him.

DELETIONS

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as
indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or disfellowshipping, etc.,
supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also state
whether elders discussed matter with individual and if he agrees he no longer qualifies Scripturally to serve. If he does not
and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation, if known.) |
|---|---|---|---|---|
| Harold D. Rimby |  | E | Moved to Cottage Grove Cong., Central Pt., OR |  |
|  |  |  |  |  |
|  |  |  |  |  |

S-2b    4/83

Name of congregation __HARDIN__   City __HARDIN__   Province or State __MONTANA__

The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

*Watchtower B. & T. Society*
*OF NEW YORK, INC.*

SCL MAY 07 1984

Your fellow servants,

*Martin Svenson*
Presiding overseer

*Roger C. Miller*
Secretary

*Jim Huse*
Service overseer

(Comments of circuit overseer)

__Delbert Hiebert:__  Bro. Hiebert has been a min. svt. here in Hardin since 1981 and has proven himself to be responsible, hard-working and cooperative.  He is an exemplary family man and takes the lead in evangelizing, averaging 11.8 hours per month in the field.  The elders are unanimous in recommending him and I feel the same way.

| Names and date of appointment of elders in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Quentin Means Jr. | 7/29/82 | 9/27/69 | CBSC |
| Roger Mullin | 2/17/82 | 3/4/51 | CBSC |
| William O'Neill | 11/25/82 | 7/19/74 | CBSC |
| James C. Rowland | 9/10/74 | 7/17/70 | CBSC |
| Martin Svenson | 8/1/72 | 7/30/58 | PO;WT;CBSC;SEC |
| James Warnock | 4/25/79 | 6/1/68 | TMSO;SO |
| Delbert Hiebert | Recommended | 7/26/69 | |

| Names and date of appointment of ministerial servants in the congregation Name | Date | Baptism Date (Ordination) | In what capacity does each serve? |
|---|---|---|---|
| Gunnar Hain | 8/11/81 | 5/15/70 | MAG |
| Bruce Haley | 9/23/75 | 4/5/69 | ATT |
| Delbert Hiebert | 8/11/81 | 7/26/69 | MAINT;LIT |
| Bruce Mapely | 10/10/74 | 6/6/76 | ATT;ACCTS |

(If additional space is needed, use additional sheets.)

*David Caughman*
Circuit overseer

MAP_HARDIN000094

SSI NOV 22 1983

Name of congregation .......... HARDIN .......... City .......... HARDIN .......... Province or State .......... MONTANA

Cong. No. .......... 43653                                   November 12, 1983
                                                              (Date)

┌─────────────────────────────────────────────┐
│ **DUPLICATE COPY to Society for return after approval.** │
│ The circuit overseer will send this form to the │
│ Society along with his report following his visit │
│ to the congregation. │
└─────────────────────────────────────────────┘

Secretary  Harold D. Rimby

  850 W. 4th Sp. B

  Hardin, MT  59034


Governing Body of Jehovah's Witnesses
c/o Watchtower Bible and Tract Society of New York, Inc.
25 Columbia Heights
Brooklyn, New York 11201

Dear Brothers:

    After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in
God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the
brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers
regularly participate in proclaiming the good news to others. (Matt. 24:14; Rom. 10:10)

**ELDERS**

| First name | Last name | Age | Date of Baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or ministerial servant (MS) state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR. |
|---|---|---|---|---|---|---|---|
| PO  Martin Svenson | | 54 | 7/30/58 | O | E | | |
| | | | | | | | |
| | | | | | | | |

**MINISTERIAL SERVANTS**  (Brothers must be at least 20 years old at time of making recommendation and baptized for at least
a year. See or pp. 60, 61.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(If brothers recommended have been reproved in the last three years for serious wrongdoing, or if they have been disfellowshiped, or
disassociated themselves, state when on separate sheet and the reason; also mention when all restrictions were removed and whether they
have gained the respect of the congregation. See or book, pp. 177, 178. If any elders have reservations about recommending a brother
state this and the reason. If you recommend the appointment of a brother previously removed as an elder or ministerial servant provide
complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed.)

* For any not recommended by previous congregation, please attach a copy of their letter to this form showing why not recommended.
State how long the person has been with your congregation and why you recommend him.

**DELETIONS**

    It is recommended that the following brothers be deleted from the list of appointed elders and ministerial
servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation or
disfellowshiping, etc., supply complete information below or in supplementary letter as to Scriptural reasons for
recommending removal. Also state whether elders discussed matter with individual and if he agrees he no longer
qualifies Scripturally to serve. If he does not and wishes to express himself please attach his letter to this form.

| First name | Last name | Present position (elder (E) or ministerial servant (MS)) | Reason for deletion (If person moved, show name of new congregation, if known.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

S-2b   2/81                                                    Printed in U.S.A.

MAP_HARDIN000095

Name of congregation __HARDIN__     City __HARDIN__     Province or State __MONTANA__

The Governing Body has approved the above recommendations as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.

Your fellow servants:

_James C. Rowland_
Presiding overseer

_[signature]_
Previous presiding overseer

_Harold D. Rimby_
Next presiding overseer

*Watchtower B. & T. Society OF NEW YORK, INC.*

SCL NOV 26 1983

(Comments of circuit overseer)

**SELECTION OF PO:**

CO Comments:  Bro. Svenson has many years of experience in faithful service to Jehovah. He is approachable and humble. He is a good listener, not committing himself too quickly. He has the respect of the body as well as the congregation.

Comments of body:  In discussing the qualifications of PO we felt that Bro. Martin Svenson, in view of his many faithful years of dedicated service to Jehovah and his quality of humility and the respect of the brothers in the congregation, would be qualified to serve in this capacity.

| Names and date of appointment of elders in the congregation | | In what capacity does each serve? | Baptism Date |
|---|---|---|---|
| Name | Date | | |
| Quentin Means Jr. | 7/29/82 | CBSC | 9/27/69 |
| Roger Mullin | 2/17/82 | CBSC | 3/4/51 |
| William O'Neill | 11/25/82 | CBSC | 7/19/74 |
| Harold D. Rimby | 8/1/72 | SEC;VBSC | 1/6/68 |
| James C. Rowland | 9/10/74 | PO | 7/17/70 |
| Martin Svenson | 8/1/72 | WT;CBSC;LIT | 7/30/58 |
| James Warnock | 4/25/79 | TMSO;CBSC;ACCTS.SO | 6/1/68 |

| Names and date of appointment of ministerial servants in the congregation | | In what capacity does each serve? | Baptism Date |
|---|---|---|---|
| Name | Date | | |
| Gunnar Hain | 8/11/81 | MAG;STAGE | 5/15/70 |
| Bruce Haley | 9/23/75 | ASST.ACCTS;ATT | 4/5/69 |
| Delbert Hiebert | 8/11/81 | ASST.LIT;MAINT | 7/26/69 |
| Bruce Mapely | 10/10/74 | ASST.ACCT;ATT | 6/6/76 |

(If additional space is needed use additional sheets)

_[signature]_
Circuit overseer

MAP_HARDIN000096



TELEPHONE (212) 625-1240

# WATCHTOWER
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG                    June 11, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses
c/o Mr. Harold D. Rimby
701 North Crook
Hardin, Montana  59035

Dear Brothers:

The Society is happy to inform you that the application
submitted for the Hardin, Montana, Congregation has been approved.
Jehovah's New World society is ever expanding, and this progres-
sive step is another evidence of his blessing upon his people to
preach the good news and aid the other sheep to come into his
organization.

As you begin to function as a new congregation of Jehovah's
people, each one should carefully consider what is required.
An assignment of territory is issued, and it is the responsi-
bility of each one that is associated to cooperate with the
arrangements made for covering the territory regularly with
the Kingdom message.  As you locate interest, be sure to keep
a careful record of this so that you can call back effectively
and follow this up with back-calls and home Bible studies.  Aid
the interested ones to grow in their knowledge and share with
you in singing Jehovah's praises.  We know that also those who
are more mature and experienced will want to aid the newer and
less-experienced ones so that they may progress to maturity.
Then as all have a regular share in the service, be sure to be
on hand each meeting night for the spiritual food from Jehovah's
table.  Keep strong and properly equipped for Jehovah's service.

The appointed servants should always take a diligent lead
in discharging their responsibilities as to Jehovah.  The mature
ones have much responsibility.  To whom much is given, more will
be required.  But these privileges are joyful ones to be per-
formed in behalf of our brothers.  With all cooperating, the
congregation will be strong and active in Jehovah's praise.  We
will look forward to receiving the first report on your congre-
gation and noting the progress that has been made.  Be assured
of our prayers and best wishes.

Working with you in the
New Order society,

Watchtower B. & T. Society
OF NEW YORK, INC.

MAP_HARDIN000097



TELEPHONE (212) 625-1240

**WATCHTOWER**
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG           June 11, 1971

<u>EFFECTIVE JULY 1, 1971</u>

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

    The Society is pleased to advise that the servant appointment
to the position named below has been made.  The newly appointed
servant will want to fulfill this privilege of service in a manner
that is pleasing to Jehovah and that will bring the greatest bless-
ings to his brothers.

Congregation servant:            Harold D. Rimby
Address                        701 North Crook
                              Hardin, Montana   59035

Assistant congregation servant:  Bradley Lovett
Address                        605 West Fifth
                              Hardin, Montana   59035

Bible study servant:           Harold D. Rimby

Magazine-Territory servant:      Bradley Lovett

Literature servant:             Mrs. Harold Rimby  *

Accounts servant:               Mrs. Harold Rimby  *

<u>Watchtower</u> study servant:      Bradly Lovett

Ministry school servant:      Harold D. Rimby

Book study servant(s):    Add:  Harold D. Rimby
                               Bradley Lovett

          Your fellow ministers of Jehovah God,

               *Watchtower B. & T. Society*
                    OF NEW YORK, INC.

---

Note to overseer:  Please see that the newly appointed servant becomes thoroughly familiar with his duties
as they are set forth in the book *"Your Word Is a Lamp to My Foot,"* *Kingdom Ministry* and other publications
of the Society. The newly appointed servant is to receive from the former servant all forms, records and files
pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a  9/67   * Sister Rimby will serve as a substitute servant until a
                   qualified brother is available.





TELEPHONE (212) 625-1240

**BIBLE AND TRACT SOCIETY**
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

S:SSD                              July 30, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

   The Society is pleased to advise that the servant appointment
to the position named below has been made.  The newly appointed
servant will want to fulfill this privilege of service in a manner
that is pleasing to Jehovah and that will bring the greatest bless-
ings to his brothers.

Congregation servant:
Address

Assistant congregation servant:
Address

Bible study servant:                    Martin Svenson

Magazine-Territory servant:

Literature servant:                     Martin Svenson

Accounts servant:

Watchtower study servant:

Ministry school servant:

Book study servant(s):


                Your fellow ministers of Jehovah God,

                            *Watchtower B. & T. Society*
                            OF NEW YORK, INC.

---

Note to overseer:  Please see that the newly appointed servant becomes thoroughly familiar with his duties
as they are set forth in the book *"Your Word Is a Lamp to My Foot,"* *Kingdom Ministry* and other publications
of the Society. The newly appointed servant is to receive from the former servant all forms, records and files
pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a   9/67