*Exhibit KK*

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MONTANA
                       BILLINGS DIVISION
_____

TRACY CAEKAERT, and              Case No.
CAMILLIA MAPLEY,                 CV-20-52-BLG-SPW

        Plaintiffs,

   vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., et al,

        Defendants,

WATCHTOWER BIBLE AND             VIDEO-RECORDED
TRACT SOCIETY OF                 DEPOSITION UPON ORAL
NEW YORK, INC., et al,           EXAMINATION OF DELBERT
                                 HIEBERT
        Cross Claimants,

   vs.

BRUCE MAPLEY, SR.,

        Cross Defendant.


ARIANE ROWLAND, and
JAMIE SCHULZE,

        Plaintiffs,              Cause No.
                                 CV 20-59-BLG-SPW
   vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., et al,

        Defendants.
_____
```

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

**Delbert Hiebert**

1    '79, to your knowledge?

2        A.   I believe he was.

3        Q.   And so as an Elder in Hardin, you've never

4    dealt with these forms before?

5        A.   I have never had to deal with these forms.

6    They might have -- they will have obviously been

7    sent from the branch to the congregation

8    acknowledging this appointment, but I had no reason

9    to see it.

10       Q.   And so your understanding is this was sent

11   from the branch to the congregation?

12       A.   This is my guess that this is what it is,

13   you know.  I've never seen one of these before,

14   so...

15       Q.   Okay.  Well, let's go through -- let's

16   just go through some of the information contained

17   in it and see if that's something that you can

18   speak to.

19            So under Martin Svensen's name and an

20   address there, do you see where it says, "Governing

21   Body of Jehovah's Witnesses" on page 1 of --

22       A.   Correct.

23       Q.   -- Exhibit 13?

24            What is the governing body of Jehovah's

25   Witnesses?

20

**Delbert Hiebert**

1       A.    The governing body is a group of Elders

2    that care for providing literature worldwide.  They

3    help to understand the doctrines of the Bible.

4    I've never been asked that question before.

5    They're -- obviously they're -- they review

6    recommendations for Elders and have the final say

7    whether a man is appointed as an Elder.  At least

8    they did at that time.

9       Q.    Do you know if that's changed?

10       A.    Yes.  Recently that's -- the circuit

11    overseers do the appointing.  The circuit overseers

12    in the nineties would forward the recommendation

13    from a body of Elders to the branch, and then the

14    recommendation would be approved or disapproved.

15          And recently, I don't know when this took

16    place, but in the past few years, that has changed

17    where circuit overseers have been given that

18    authority.

19       Q.    When you say, "the branch," what are you

20    referring to as the branch?

21       A.    The branch of the Watchtower Society, like

22    New York -- the New York branch.  There's branches

23    all around the world, and that's the branch of the

24    United States.

25       Q.    Okay.  The United States branch.

21

**Delbert Hiebert**

```
 1        A.    Yes, the United States branch.

 2        Q.    I see.

 3        A.    And which is headquarters.

 4        Q.    And what do you -- what's headquarters?

 5        A.    The worldwide headquarters is --

 6   that's in -- is the New York branch, but there are

 7   Germany branch and, you know, Mexico,

 8   South America.

 9        Q.    Okay.  That makes sense.  Thank you.

10        A.    Okay.

11        Q.    And you mentioned circuit overseers.

12   What's a circuit overseer?  What do they do?

13        A.    He's a traveling overseer who usually has

14   a dozen or so congregations that he travels around

15   to to encourage, and kind of checks up on things,

16   makes sure that the territory's being covered;

17   that, you know, in our ministry, you know, we kind

18   of make -- that's our job is to preach the good

19   news of the kingdom.  And that's the whole effort

20   of our organization is to make sure everybody gets

21   a chance to hear the -- our message.

22              And the circuit overseer, he travels

23   around, spends a week with each congregation.  And

24   usually twice a year he comes by and -- just to

25   encourage the congregation, encourage the body of
```

22

**Delbert Hiebert**

```
 1    Elders, and give any needed direction that we need.
 2         Q.   And do you have an understanding of who
 3    the circuit overseer -- prior to the time that you
 4    said it changed, where they became the ones who
 5    oversaw the appointment of Elders, prior to that
 6    time, did you have an understanding of who the
 7    circuit overseers reported to?
 8         A.   Who they report to?
 9         Q.   Yes.
10         A.   To the New York branch.
11         Q.   And is the New York branch the name as the
12    governing body?
13         A.   The governing body is the governing body.
14    The branch is -- is under the direction, I suppose,
15    of the governing body.  You know, they're -- as far
16    as teachings, you know, and providing -- being
17    provided with materials, you know, publisher --
18    publications and so on.
19              What was the question again, the
20    difference between --
21         Q.   The governing body and the branch as you
22    described it.
23         A.   Well, yeah, branches are all over the
24    world.  The governing body just happens to be
25    located in the buildings of the New York branch.
```

23

**Delbert Hiebert**

1    Q.   And what is your understanding of the

2  governing body's relationship to the branches?  I

3  guess maybe that would be a better question.

4    A.   Well, the branches are in charge of their

5  territory to provide literature and direction to

6  the congregations to, you know -- you know, to

7  provide materials for them and encouragement.

8         The governing body provides encouragement

9  and the shepherding, more or less, to all of the

10  branches so that we're in unison.  Our -- our --

11  their goal is to keep our organization harmonious.

12    Q.   I see.  And how do you understand that

13  they do that, keep everything in unison and keep

14  things harmonious?

15    A.   Well, provide the literature that we all

16  use worldwide.  The Watchtower magazine.  We print

17  bibles.  Bible education materials.  And we're

18  all -- to keep everybody on the same page.  When we

19  conduct a Watchtower study in our branch, it's the

20  same as in the German branch or Switzerland or

21  wherever, you know.

22    Q.   And is that because -- you identify the

23  publications -- is that because the publications

24  are consistent throughout --

25    A.   Yes.

24

**Delbert Hiebert**

1    direction in helping the judicial committee do

2    that?

3        A.    Well, there are Elder schools where we're

4    helped to determine, for instance, whether --

5    whether the wrongdoer is repentant, which might --

6    it can change things.  In certain cases, it can

7    change to whether a person is disfellowshipped or

8    whether he is reproved before the congregation

9    where an announcement has been made that so-and-so

10   has been reproved so that anybody who knew of this

11   wrongdoer would know that he's been dealt with.

12       Q.    And when you say that there are Elder

13   schools, did you attend one?

14       A.    Uh-huh.  Several.

15       Q.    And tell me, if you would, what were you

16   told or taught about how to determine whether or

17   not someone was repentant or truthful in their

18   repentance?

19       A.    Had they stopped, or were they still doing

20   it.  That's the main factor there.  Have they made

21   apologies, if that was necessary, to the one that

22   they had done wrong to.  Was there signs that they

23   really truly were repentant over what they'd done.

24   If there was no signs, then of course that

25   determines the outcome too, you know.

                                                    42

**Delbert Hiebert**

1      Q.   Anything else that you were taught in the

2   Elder schools about judicial committees?

3      A.   Well, the one real factor that is if

4   there's any inclination that there is something

5   illegal, that -- call the branch's legal department

6   immediately.  Don't go push ahead on your own

7   without -- without direction from legal.

8      Q.   Any of the Elder schools that you went to,

9   did you learn how to speak with victims of a crime

10   or alleged victims of a crime?

11      A.   How to speak to them.  I guess I really

12   don't -- I don't recall.  You know, they're -- yes,

13   I remember one.  There was a video.  It was kind of

14   like a reenactment type of thing, a scenario.  This

15   and thus happened, and so how would you respond to

16   that.  You know, like -- do you want to hear a for

17   instance?

18      Q.   Please, yeah, if you can give me the

19   example.  And when -- do you know approximately

20   when the video that you're talking about, when you

21   saw it and when it was made?

22      A.   It's been since I was an Elder in the

23   early 2000's.  It was in Billings here at the

24   Billings Heights Kingdom Hall.

25           And there was a video showing where, for

                                                        43