*Exhibit MM*

**REPORT ON CIRCUIT OVERSEER'S VISIT WITH CONGREGATION**

Dates served __March 16-21, 1993__

Name of cong. __Hardin__ ............ City ............................................. Province or State __MT__ .... Cong. No. __43653__

Name of circuit overseer __Joseph W. Polakowski__ .................... Circuit No. __MT # 2__

Presiding overseer __Howard Earl__ ...................................... __406/665-1750__
(Name) .......................................................... (Area Code   Phone)

__850 W 4th St -C-__ ........................ __Hardin, MT 59034__
(Address) ......................... (City, Province or State, Zone or Code)

Secretary __Bruce Haley__ .................................................. __406/784-2553__
(Name) .......................................................... (Area Code   Phone)

__Haley Ranch__ ........................... __Ashland, MT 59003__
(Address) ......................... (City, Province or State, Zone or Code)

If there has been a change in presiding overseer, secretary, or the address of the presiding overseer and an S-29 form has not been sent, please enclose one with this report and check. ☐

Kingdom Hall Address __536 W 5th Ave., Hardin, MT 59034__ __406/no phone__
......................................................................... (Area Code   Phone)

1. Congregation Meetings:

| | Day and time held | Avg. attendance (for past six months) | Meeting attendance during visit |
|---|---|---|---|
| Public Meeting | Sun. 10:00 am | 66 | 76 Serv. Mtg. talk |
| *Watchtower* Study | Sun. 10:50 am | 66 | 91 2nd serv. talk |
| Theocratic Ministry School | Fri. 7:30 pm | 54 | 26 Public talk |
| Service Meeting | Fri. 8:20 pm | 54 | |
| Number of Cong. Book Studies __4__ | Tues. 7:30 pm | 68 | |

If there has been a change in the Kingdom Hall address or meeting times since the start of the new service year, has the appropriate form been sent to the Society? __n/a__ If not, please enclose.

2. Literature and magazines: (Check Progressive Inventory)
   __no__ Is literature being overstocked?  __no__ Are back issues of magazines accumulating?
   __yes__ Are supplies being maintained in proper condition?  __n/a__ If a problem exists, did you assist the elders to remedy it?

   __72__ Total *Our Kingdom Ministry* received  __72__ Total *Our Kingdom Ministry* needed

3. Analysis based on Congregation's Publishers Record cards:
   __54__ Total active publishers (including pioneers)
   __41__ Total persons (including pioneers) reporting regularly (for past six months or since starting)
   __7__ Number of regular pioneers at present  __0__ Number of special pioneers

4. Total since last visit:
   __-__ New publishers started  __-__ Newly baptized persons
   __-__ Became inactive, not reporting for six months  __-__ Reactivated
   __6__ Different publishers who have auxiliary pioneered
   __8__ Publishers who have moved out of the congregation (elders are to write letters of introduction)
   __-__ Disfellowshipped  __n/a__ Was the Society notified?
   __-__ Disassociated  __n/a__ Was the Society notified?
   __-__ Reinstated  __n/a__ Was the Society notified?
   __1__ Reproved by judicial committee  __n/a__ If any elders, ministerial servants, or pioneers have been reproved, disfellowshipped, or disassociated, has the Society been notified?

5. __110__ Total number of territories: (Inform Society if any should be transferred to unassigned status)
   __34__ Number not worked during past six months
   __2__ Number not worked during past year

6. __yes__ Are accounts audited regularly and in harmony with the Society's instructions?
   __1/1/93__ Date of last audit

S(d)-303   1/91

Printed in U.S.A.

WTNY000764

**7. Are the elders giving a good lead in field service?**
The servant body is to be commended for their efforts in the field. Two of the elders continue as reg. pio. while the other two avg. 15.4 hours per month. The MS are also doing well, two of them sharing in the aux. pio. activity and avg. as a group about 19 hours. While the amount of time has increased there is a continuing need to make sure they are actually working with the different pubs in their CBS groups.

**8. What are your observations as to the spiritual condition of the congregation?**
The congregation has shown some very encouraging trends in the last six months. They have reached a two year peak in the field ministry avg. 11.8 hours per month which is almost a 6 hr per month increase over last visit. While much of this is due to the vigorous exertion of a few strong publishers, there has also been general improvement in that the number of irreg and low hr pubs has decreased. Meeting attendance has also seen some nice improvement with 4 of the 5 meetings being attended by 100% of pubs. whereas last visit three meetings were below 100%. Especially noteworthy is the CBS going from the lowest in attendance to the highest this time.

**9. What are the needs of the congregation and what did you do during the visit to meet those needs?**
Nice improvement is also seen in the productivity of the friends as they have doubled their magazine placements and the number of return visits. In addition to this bible studies have almost tripled over the last six months. While there has been improvement in field service activity, it is still an area of concern as irreg and low hr publishers still represent over 25% of the cong. The elders can do a great deal to stimulate the friends by shouldering their responsibility to work with the friends in the ministry. They need to develop a systematic approach to this, working their way progressively thru their CBS groups.(KS pp 50-53,57-61)

**10. What specific things would you suggest that the body of elders work on in the coming months and why? (Please discuss these with the body of elders.)**
1) At the next elders meeting, which should be held soon, the brothers need to follow thru on the direction of the Society in their letter to this body (SCL:SSN October 16, 1992). While the brothers have read the letter as a group, they have yet to "as a composite body of elders review" the material presented in the KS book Unit 4a as was suggested. This is needed as there have continued to be difficulties on the body due to a failure to communicate and show honor to one another. Their relationship as a body needs to be given top priority. Related material that could be

**11. What were you able to do to help inactive ones? What arrangements were made to assist these?**
beneficially tied into this discussion is:(KS 85-88;WT 77 720-724;WT 75 707-708;WT 11/15/91 19-21;WT 9/15/86 10-20;WT 10/1/88 15-20)
Visited with one young brother desirous of becoming active in the ministry again. The elders are attempting to assist him thru a reg. bible study.

**12. Were there any problems in the congregation that you assisted in handling during your visit? What did you do? What still needs to be done? (Confidential matters involving individuals should be reported on a separate sheet.)**
Discussed with the elders what steps to take to follow thru on a pending judicial matter involving a young sister in the congregation. They will be corresponding with the Society in the near future to obtain further direction in this matter.

**13. What did you discuss with the pioneers during your visit? (List names of regular pioneers.)**
IMITATE EXAMPLES OF FAITH   HEB 11
Mrs Vern Moehr;Mr & Mrs Howard Earl;Mr & Mrs Martin Svenson;Nikki Rose;Mrs Gunner Hain

**14. Are there any problems in connection with the pioneers that need attention? If so, what did you do about the situation, and what still needs to be done? (Outline in separate letter if confidential.)**
None brought to my attention.

**15. Has the Society been notified of all regular pioneer deletions, name changes, and congregation assignment changes since last visit? If not, provide information on separate sheet.**
YES

........................................................................
(Signature of circuit overseer)

(To be filled out in duplicate for each congregation served. Original should be mailed promptly to the branch office; duplicate should be left with the presiding overseer.)

WTNY000765