Exhibit TT has been marked "Confidential" by WTNY and is therefore subject to the Protective Order Entered by the Court on January 26, 2022. See ECF Docs. 110-1 and 111.

Exhibit TT to Plaintiffs' Statement of Undisputed Facts in Support of Their Motion for Partial Summary Judgment re: Hardin Elders are Agents of WTNY will be filed immediately following the entry of this document into the record. This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

*Exhibit TT*