esceIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | CV 20-52-BLG-SPW<br><br>**ORDER** |

Pursuant to the Court's Scheduling Order and Local Rule 1.4(b)(5), the parties must submit paper copies, three-hole punched, of all filings in excess of twenty (20) pages. (Doc. 286 at 6). The Order defines "filings" as "any combination of a motion, brief in support, attachments or exhibits that when taken together exceed twenty (20) pages." (*Id.*). Motions for summary judgment are subject to this requirement. (*Id.*).

Plaintiffs have consistently complied with this requirement. However, neither Defendant has complied. Given the volume of the summary judgment filings, it is imperative for Defendants to begin complying with this requirement.

Accordingly, IT IS SO ORDERED that within three (3) business days from the date of this order, Defendants shall deliver to the Court hard copies of their filings (*i.e.* any motions, briefing, attachments, and exhibits) in all pending motions and

1

must comply with the Court's Scheduling Order and Local Rule 1.4(b)(5) in the future.

DATED this 12th day of April, 2024.

SUSAN P. WATTERS
United States District Judge