| | |
|---|---|
| Jon A. Wilson | Joel M. Taylor, Esq. (*pro hac vice*) |
| Brett C. Jensen | MILLER MCNAMARA & TAYLOR LLP |
| Michael P. Sarabia | 100 South Bedford Road, Suite 340 |
| BROWN LAW FIRM, P.C. | Mount Kisco, New York 10549 |
| 315 North 24th Street | Tel./E-Fax (845) 288-0844 |
| P.O. Drawer 849 | |
| Billings, MT 59103-0849 | |
| Tel. (406) 248-2611 | |

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordon.Fitzgerald@moultonbellingham.com
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S JOINT MOTION FOR SUMMARY JUDGMENT** |

Defendants Watchtower Bible and Tract Society of New York, Inc. and Watch Tower Bible and Tract Society of Pennsylvania hereby jointly move the Court pursuant to Fed. R. Civ. P. 56 for an order granting summary judgment in their favor on Plaintiffs Tracy Caekaert and Camillia Mapley's first cause of action for general negligence. Defendants previously moved for partial summary judgment as to Plaintiffs' second cause of action for negligence per se. (Doc. 302.)

The basis for this Motion is that there are no genuine disputes as to material facts relating to the element of duty for Plaintiffs' general negligence claim, and Defendants are entitled to judgment as a matter of law on that cause of action as well. As such, Defendants respectfully request the Court to dismiss this action with prejudice in its entirety. This Motion is supported by an accompanying Brief and Statement of Undisputed Facts.

**DATED** this 12th day of April, 2024.

                                            BROWN LAW FIRM, P.C.

                                            By:  */s/ Jon A. Wilson*
                                                  JON A. WILSON
                                                  BRETT C. JENSEN
                                                  MICHAEL P. SARABIA
                                            *Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

MOULTON BELLINGHAM PC


By: */s/ Jordan W. FitzGerald*
     GERRY P. FAGAN
     CHRISTOPHER T. SWEENEY
     JORDAN W. FITZGERALD
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*