*Exhibit A*



Jehovah's Witnesses

# 1970 Yearbook of Jehovah's Witnesses

**1970 Yearbook of Jehovah's Witnesses**                                                                                                    5

A few decades ago mankind in general gave good attention to religion. But times are changing! Most people in Christendom seem quite pleased with the new sophisticated attitude that the clergy have taken toward the changing world. The "new morality" idea is generally accepted as old standards become passé, and many religious leaders support the "God is dead" theory. Logically this raises in the minds of the parishioners of Christendom's churches the question: If God is dead, God's law is null and void too, is it not? So why follow the counsel set forth in the Bible? "Live the way YOU want to live," is the thinking of most people in the world today.

On the other hand, there are great crowds of people from many nations who are very much interested in the Bible and in the God it tells us about. Such ones still want to cling to Bible teachings, though their faith may have been shaken by their religious teachers. They know things are bad because of the way people are conducting themselves today, in adultery, fornication, homosexuality, thievery, extortion and almost every other wicked act. These things are looked upon by many persons as not out of line with the normal procedure of life. "If you can get away with it, who cares?" is the attitude of the majority. However, Jehovah's witnesses hold that the Bible is the Word of God and that the moral code set out in the Holy    6
Scriptures is the proper and right one to follow. Nineteen centuries ago Jesus Christ lived according to God's perfect law, and his teachings and actions showed that there was the implanting of Jehovah's written word in his heart and mind.

Jehovah's witnesses believe that Jesus is the Son of God as the Bible says, and is therefore the One that God, his Father, sent into this world "in order that everyone exercising faith in him might not be destroyed but have everlasting life." (John 3:16) Jehovah's witnesses believe that Christ Jesus will take away the sin of the world during his peaceful reign of one thousand years. Worldly-wise men will say that Christians with such faith are naïve or that Jehovah's witnesses are strange people. However, it did not sound strange to the followers of Christ Jesus who lived at the time when Jesus was walking in the flesh here upon the earth. His faithful followers preached his message through much opposition. For some of these it even meant losing their lives for the sake of Christ. Nor has it seemed strange to millions of persons who have lived during the nineteen hundred years since the days of Christ Jesus' earthly sojourn. But in these days in which we now live, and which are described in the Bible

CAEKAERT/MAPLEY 003174

turmoil, hatred, and strife, and he has been trying to get every man's hand to rise up in anger against his neighbor. On the other hand, Jehovah's witnesses are preaching peace on earth. So under Jehovah's direction and by his undeserved kindness all of God's dedicated people will continue to declare "glory to God in high heaven, and peace on earth for men whom he favours!" (Luke 2:14, *Moffatt*) Many lovers of righteousness today are fleeing from Babylon the Great so as to gain God's favor, and so we will continue to preach peace on earth to those who want it, and we will show them how to gain it and help them to have that great pleasure of giving glory to God in high heaven. Those who drank deeply of the truths of God's Word as expressed in this delightful "Peace on Earth" assembly will always have in mind that "the fruit of righteousness has its seed sown under peaceful conditions for those who are making peace."—Jas. 3:18.

64

**WHO ORGANIZED THESE CONVENTIONS?**

Jehovah's witnesses are known world wide, and in most large cities throughout the world you will find Kingdom Halls of Jehovah's witnesses. But many people ask, who is behind the work of Jehovah's witnesses? Very simply stated, Jehovah God is behind these witnesses, and they are anxious to serve God. You will often hear them quote the text from Psalm 83:18, which says: "That people may know that you, whose name is Jehovah, you alone are the Most High over all the earth." Jehovah's witnesses love God and they want to serve him. But you may ask: How about the organization we see here in the earth? Just what makes it go? What keeps it together? Who is its organizer?

The modern-day witnesses of Jehovah are Christian witnesses, and, of course, the real organizer of Christians was Christ Jesus himself. He encouraged people who believed in Jehovah God and in himself as man's redeemer to come together in congregations and worship Jehovah in spirit and in truth. It is over nineteen hundred years ago that Jesus organized God's people for great activity. So, right down until this twentieth century, Christians, Jehovah's witnesses, have gathered together in congregations to do a work. They have a legal organization known as the Watch Tower Bible & Tract Society of Pennsylvania. This organization they use as a servant or steward to plan their activity and to provide them with spiritual food. This organization helps them with their understanding of the Word of God.

The Watch Tower Bible and Tract Society of Pennsylvania was incorporated by dedicated Christian witnesses of Jehovah in the year 1884. A number of dedicated men formed this Society in Allegheny, Pennsylvania. The purpose of this Society was to preach the good news of God's kingdom, and to help people live in a Christian way. This the people could do by studying the Bible and then living by its teachings.

65

There is a board of directors that is elected by those who make up the membership of this legal corporation, the Watch Tower Bible and Tract Society of Pennsylvania. This board of

CAEKAERT/MAPLEY 003210

directors has officers, a president, vice-president, and secretary-treasurer. These officers and directors see that the work is done in accordance with the purpose of the corporation. They see to it that the Holy Bible is studied and that material is prepared for publication that helps people to understand the Bible. This material is prepared by many persons throughout the world who are keen students of the Bible and who can write well. It is then sent to the headquarters organization at 124 Columbia Heights, Brooklyn, New York, and through a writing staff the material is edited by brothers who are of the anointed remnant and published in *The Watchtower* and *Awake!* or in bound books and booklets for distribution in many languages throughout the earth.

So really the governing body of Jehovah's witnesses is the board of directors of the Watch Tower Bible and Tract Society of Pennsylvania, all of whom are dedicated to Jehovah God and anointed by his holy spirit. They are keenly interested in advancing the knowledge of God and promoting his purposes world wide. Jehovah's blessing has been upon the Watch Tower Society and the other societies that cooperate fully with the Pennsylvania corporation. The charters of these other corporations are similar to that of the Pennsylvania corporation. Some of such corporations are the Watchtower Bible and Tract Society of New York, Inc., International Bible Students Association of England and of Canada. These, too, are interested in promoting Bible education throughout their countries.

In this day, with such a conglomeration of nations and rulers, it has been found necessary to establish corporations in different parts of the world. Therefore corporations have been established not only in England and Canada, as mentioned, but also in Germany, Brazil and elsewhere. All of these corporations have been organized by Jehovah's witnesses, people dedicated to doing the will of Jehovah God. They all look to the Watch Tower Bible and Tract Society of Pennsylvania as the mother organization that supervises the printing and publication of all the literature that has proved so beneficial to Jehovah's witnesses in their study of the Bible, and in their proclamation of the good news of God's kingdom.

66

Jehovah's witnesses do not honor any men, but they worship God. They do have deep respect for men who have been put in positions of overseership and who carry the responsibility of advancing Kingdom interests throughout the world. So the board of directors of the Pennsylvania corporation of the Watch Tower Society has the full cooperation of all the other societies throughout the world. Persons dedicated to Jehovah God do see eye to eye. If only all people could appreciate the words of the psalmist: "Know that Jehovah is God. It is he that has made us, and not we ourselves." (Ps. 100:3) When an individual gets to appreciate that, then he will appreciate, too, that Jehovah God has an organization and that he is working through such organization. Jehovah's witnesses are a people made up of all languages, nationalities and tongues. They use the Watch Tower Bible and Tract Society of Pennsylvania to arrange conventions, such as those just described, the "Peace on Earth" International Assemblies, to build printing plants for the publication of Bibles, the *Watchtower* and *Awake!*

CAEKAERT/MAPLEY 003211

magazines, and other Bible textbooks and booklets. This corporation also sends out special ministers, such as circuit and district servants, to visit all the congregations of Jehovah's witnesses throughout the world. These servants come under the direction of branch servants who are appointed by the president of the Watch Tower Bible and Tract Society of Pennsylvania.

Jehovah's witnesses are very much interested in education in Bible truths. So the Watch Tower Society has organized the Theocratic Ministry School, the Kingdom Ministry School, the Watchtower Bible School of Gilead and regular meetings for the study of the Bible and the publications of the Society. All of this serves to bind Jehovah's witnesses together in all parts of the earth as they do the marvelous work of declaring the good news of God's kingdom in all nations for a witness to them. After that work is accomplished the end of this wicked system of things will come.

**THEOCRATIC MINISTRY SCHOOL**

The chart on pages 26 to 33 of this book shows that there are 25,694 congregations of Jehovah's witnesses throughout the world. Each of these congregations has a Theocratic Ministry School. Jehovah's witnesses feel it advisable to be enrolled in this school, which schooling never terminates. Therein they receive good training in speaking. Individuals are regularly assigned to speak on various Bible subjects. They have to do research in this school, so most congregations of Jehovah's witnesses maintain small libraries in their Kingdom Halls for the use of the congregation.   67

This schooling is not only for Jehovah's witnesses; many persons who have not yet dedicated their lives to do God's will join the school. Some are young persons who have begun coming to the congregation meetings of Jehovah's witnesses, while others are older individuals. These enroll in the school because of the great spiritual benefit it is to them. These students soon find out that they are able to express themselves much better, and they are given good training through an advanced speech training course. This school is in session for about one hour each week. It is usually tied in with the service meeting in the various congregations throughout the world. The school starts with an instruction talk on some important subject, chosen by the Society; the Theocratic Ministry School servant, or some other capable individual in the congregation, gives this talk. Following this there are four student talks given, generally two by male members and two by female members of the congregation. These persons talk 6 or 7 minutes. The Theocratic Ministry School servant gives good counsel to these individuals on how they covered the assigned material, if it was presented properly and clearly, etc. Each one of Jehovah's witnesses is sincerely trying to use delightful and "correct words of truth" from the Word of God. They want to express the truth to others in an appealing and helpful way. This Theocratic Ministry School helps one do this.

CAEKAERT/MAPLEY 003212

Every one of Jehovah's witnesses knows that wisdom is vital and that they must turn to the Bible for this wisdom. That is why the wise man said, as recorded in Proverbs 4:7: "Wisdom is the prime thing. Acquire wisdom; and with all that you acquire, acquire understanding." Jehovah's witnesses want to understand the Bible, and they want to help others understand the Bible. Since 1943 Jehovah's witnesses have been enjoying the Theocratic Ministry School. It has helped them improve their presentation of the Kingdom message, and every individual in the school knows that he is making progress year by year as he improves in the use of grammar, pronunciation, argumentation, logic and understanding of the Holy Scriptures. Jehovah's witnesses are anxious to help people of all nations understand the truth. So with simplicity they hold forth to the world a knowledge of God's Word. Would you like to be in a school that never has a graduation, but continues year after year so that the student can always observe the progress he is making? If you are not enrolled in the Theocratic Ministry School in your congregation, then now is the time to see the Theocratic Ministry School servant.

68

**KINGDOM MINISTRY SCHOOL**

This school was especially organized by the governing body of Jehovah's witnesses of the Watch Tower Bible and Tract Society of Pennsylvania for the benefit of the overseers in the congregations of Jehovah's witnesses. The training period is just two weeks in duration, but all day long. The congregation servants, assistant congregation servants and Bible study servants in the congregations of Jehovah's witnesses are invited to attend this school. Generally these brothers come to the branch office location for the schooling; but if this is not convenient, they go to some Kingdom Hall in a city where they can receive this two-week course. The classes usually consist of twenty-five students, but all of these men are ordained ministers.

It must be remembered that many new persons are coming into Jehovah's organization each year. During the 1969 service year 120,905 were baptized in symbol of their dedication. Sometimes within two or three years, or a little longer, many of these men become ministerial servants and have to take on special responsibility within the organization. This school is to help them better appreciate their responsibilities and to study some of the deeper things of God's Word the Bible. They delve into a study of the doctrines of God's Word, also the modern-day organization and what their privileges are as overseers or ministerial servants.

During the past few years in the United States of America the Kingdom Ministry School has been based in Brooklyn, New York. During the year 1969 there were twenty-four sessions of two weeks each conducted; however, only three of them were held in New York and twenty-one were in Pittsburgh, Pennsylvania, at the Society's office building and Kingdom Hall located at 4100 Bigelow Boulevard. We were too crowded in Brooklyn during the past year to accommodate the usual classes of fifty students each. So the school was temporarily

69

CAEKAERT/MAPLEY 003213

transferred to Pittsburgh. It will probably operate there for a while yet until we have sufficient room in Brooklyn to accommodate the students once again.

In the United States during the past year there were 1,207 brothers who went through the two-week training period. Of this number 439 were congregation servants, 729 were assistant congregation servants and 39 were Bible study servants. They came to Pittsburgh or Brooklyn from all parts of the United States.

The Kingdom Ministry School had its beginning in 1959 in the United States, and schools of a similar nature were started in the branch offices throughout the world after that. During the ten and one-half years of its operation in the United States 10,329 students have been given this special schooling.

The brothers who get this training pay their own way to and from the school. Many of the brothers take their two-week vacation period to attend the school. Classes are arranged for a year in advance. In many countries all the overseers of the congregations have been given the schooling as well as the assistant congregation servants and Bible study servants. In Canada, England, Germany, and a few other countries, as well as the United States, the school is continuing to operate. From time to time, when there are enough new overseers and ministerial servants to be trained, the school is opened again by the branch office and twenty-five students are called.

This schooling has proved to be very advantageous world wide in helping the brothers who are overseers or ministerial servants and who are very interested in the sheeplike ones in the congregation. One group that finished a two-week session wrote this: "We knew we had the truth when we came here, but we are more firmly convinced of how deeply rooted in the Bible Jehovah's organization is. You have given us a deeper sense of respect, love, hard work and Christian responsibility. So now we will go home in front of Jehovah's people as better shepherds. Thanks to Jehovah, and the Society, for the wonderful teaching we have received here." Letters of this kind are numerous, and the Society is very happy that it can operate the Kingdom Ministry School and keep it going to aid the congregation servant, his assistant, and the Bible study servant.

The brothers in the cities where the school is conducted, such as Pittsburgh in the United     70
States, are very kind in that they accommodate these students free of charge in their homes. The Society arranges for the group to be fed at the place where the school is conducted. When the school is held in the branch office, the students stay in the Bethel home, if that is possible, and eat with the Bethel family. It is marvelous to see how anxious the brothers and sisters in the various congregations are when it comes to helping to keep the school going in different parts of the world for the blessing of their fellow workers.

**WATCHTOWER BIBLE SCHOOL OF GILEAD**

CAEKAERT/MAPLEY 003214

Brooklyn Bethel home constructed in 1950, showing 1927 structure on far end and 1969 building in foreground at right

**[Picture on page 77]** 77

Addition to Bethel home completed in 1960, with roof of 1969 building in close foreground

**[Picture on page 77]**

Latest addition to Brooklyn Bethel; three historical buildings and large apartment at right also provide housing for family

**[Picture on page 82]** 82

Completed in 1956

Purchased in 1958

Dedicated in 1968

Built in 1927; enlarged in 1937 and 1949

Watchtower factories in Brooklyn cover four city blocks

Copyright © 2021 Watch Tower Bible and Tract Society of Pennsylvania.