During this deposition, Defendants requested that the transcript be treated as "Confidential" pursuant to the Protective Order Entered by the Court on January 26, 2022. See ECF Docs. 110-1 and 111.

Therefore, the transcript excerpts designated as Exhibit B to Plaintiffs' Statement of Undisputed Facts in Support of Their Motion for Partial Summary Judgment re: Hardin Elders are Agents of a Joint Enterprise Between WTNY & WTPA will be filed immediately following the entry of this document into the record. This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

# *Exhibit B*