*Exhibit E*

B R A N C H   O R G A N I Z A T I O N

Effective December 15, 1977

Watch Tower Bible and Tract Society
of Pennsylvania
Brooklyn, New York, U.S.A.

Made in the United States of America

CAEKAERT/MAPLEY 001819

27. It should be practical to handle most personal problems locally in the branch, but major questions and problems can be taken up with the Personnel Committee.

28. Copies of Bethel personnel lists should be sent in with the Annual Reports for review by the Personnel Committee. (See "Annual Reports," paragraphs 26-29.)

29. If a member of the family desires to leave, he should send a thirty-day notice to the coordinator at the branch. This is in addition to any vacation time he may yet be taking.

30. When any worker is transferred from one position to another, it would be a good thing to let him know why. Thus he will not wonder if the change is because of a failure on his part, or if there is something on which he should try to improve.

31. CHAIRMAN'S COMMITTEE: This Committee is composed of the current chairman of the Governing Body, the previous chairman and the one next in line to be chairman. The current chairman will serve as the coordinator.

32. The Chairman's Committee of the Governing Body should be alert to see that the Governing Body operates smoothly and efficiently and that there is no unnecessary overlapping of work of the various Committees.

33. Reports on major emergencies, disasters or persecutions and any other urgent matters affecting Jehovah's Witnesses will come immediately to this Committee and will be taken up with the Governing Body.

34. LEGAL CORPORATIONS: The Watch Tower Bible and Tract Society of Pennsylvania is the parent corporate agency of Jehovah's Witnesses. It works with its subsidiary legal agencies such as the Watchtower Bible and Tract Society of New York, Inc., the International Bible Students Association, and many others scattered throughout the earth, for carrying on the business that must be done in order to print and ship the good news. All these agencies are subject to and work under the direction of the "faithful and discreet slave" class and its Governing Body.

35. BRANCH COMMITTEES: Jehovah's Witnesses through their Governing Body operate branch offices located in most of the principal countries of the world. The Governing Body of Jehovah's Witnesses approves of the recommendations for elders who will serve on the Branch Committees for such offices. The Branch Committee has the responsibility for the oversight of the preaching of the good news of Jehovah's Kingdom in the territory assigned to the branch. It also gives the necessary supervision to the Christian congregations, missionaries, special pioneers, pioneers, and interested ones, organizing the congregations into circuits and districts and making recommendations to the Governing Body for the appointment of circuit and district overseers, Bethel family members and students for Gilead School.

36. <u>The Governing Body gives direction to the Branch Committees</u> throughout the world by means of such publications as <u>The Watchtower</u> and <u>Awake!</u> magazines, <u>Our Kingdom Service</u>, publications outlining organizational arrangements, as well

CAEKAERT/MAPLEY 001826

## 23. SCHOOLS FOR THEOCRATIC TRAINING

1. KINGDOM MINISTRY SCHOOL: The revised Kingdom Ministry School program will offer 15 hours of study for elders in five units of instruction of three hours each. In most cases there will be two instructors for each school. Each instructor will handle half of a teaching unit. From time to time supplementary refresher courses may be arranged for and administered in this way to offer progressive training for this school program.

2. Scheduling of the school sessions can be flexible. Three units could be covered on Saturday and two units on Sunday. In this way the school could be conducted over a weekend. Or, one unit of three hours could be covered each evening with the course running for five evenings. In some cases day-time classes may be preferable, with the course running for two and a half days. It will be up to the branch office to schedule school sessions in harmony with what is best locally.

3. This school is primarily open to the appointed elders in the congregations. It is recommended for the entire local body of elders of a congregation to attend the school at the same time. For this reason the Governing Body has authorized a special program whereby all the elders in a given branch area may be offered the same course in a comparatively short time, perhaps three to five weeks. This will be organized through the circuit overseers. Each circuit will have a Kingdom Ministry School of two instructors appointed by the Society. Sessions of twenty-five or so students in a circuit will be conducted in local Kingdom Halls until all the elders who desire to attend have attended this refresher course. Some circuits will have six or more sessions to complete the number of elders attending. An enrollment form filled out by the circuit overseer and finally approved by the branch office will guide and govern the enrollment in these schools.

4. In some countries congregations may have only a few elders or none at all, with ministerial servants serving in place of overseers, or in rare cases, some may not even have ministerial servants, yet those available are used to help local congregations keep functioning and handle correspondence. Some of these may also be brought to the school. This is left to the discretion of the Branch Committee.

5. The revised textbook is entitled "<u>Pay Attention to Yourselves and to All the Flock</u>." A further refresher course may be offered periodically using additional textbook supplements if necessary. After each refresher course each student will be permitted to take his textbook home with him for further use. In this way every congregation will have several of these textbooks available for the elders to use to guide the congregations in unity and harmony. In countries that are under ban or where there are serious restrictions, branches may supply the congregations with at least one copy of the current revised textbook to be kept in a safe place for the local elders to use and to study on their own. When the circuit overseer visits, he can help the elders by teaching them from the book they already have on hand.

6. PIONEER SERVICE SCHOOLS: Pioneer Service Schools are established

23-1

CAEKAERT/MAPLEY 002035