*Exhibit G*

Case 1:20-cv-00052-SPW   Document 352-7   Filed 04/12/24   Page 2 of 3

# 1980 YEARBOOK

## of Jehovah's Witnesses

Containing Report for the Service Year of 1979

Also Daily Texts and Comments



*Corporate Publishers*
**WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA**
**WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.**
**INTERNATIONAL BIBLE STUDENTS ASSOCIATION**
124 Columbia Heights
Brooklyn, N.Y. 11201, U.S.A.

Branch offices appear on last page

Made in the United States of America

WTPA058773

Case 1:20-cv-00052-SPW   Document 352-7   Filed 04/12/24   Page 3 of 3

# Theocratic Instrumentalities

Witnessing to Jehovah's name and kingdom in modern times requires both Bibles and Bible study aids. To have these always available as needed at a low cost, Jehovah's Witnesses have found it advantageous to produce these themselves. To this end they have formed legal corporations of a religious, nonprofit nature. The first of these, formed in 1881 and incorporated in 1884, is known today as the Watch Tower Bible and Tract Society of Pennsylvania. It is the parent of similar religious corporations formed world wide. Among such are the Watchtower Bible and Tract Society of New York, Inc., and the International Bible Students Association in a number of British Commonwealth nations. (This past year the religious corporation "Association Chrétienne Les Témoins de Jéhovah de France" was recognized by the French government.)

These legal bodies cooperate closely with the Governing Body of Jehovah's Witnesses, which is located in Brooklyn, New York, at the headquarters of Jehovah's Witnesses, known as the Brooklyn Bethel. This body functions in a way similar to that of the body of apostles and elders in Jerusalem who directed the activity of Christians in apostolic times. Since the Governing Body of modern times strives hard to proceed according to God's inspired Word and recognizes Jehovah God as its ruler, it, as well as the legal bodies directed by it, can properly be termed theocratic instrumentalities. "Theocratic" means to be divinely guided or ruled.

Even as the Governing Body in apostolic times served to keep Christians united in teaching, practice and preaching, so does the Governing Body of Jehovah's Witnesses today. (Acts 15:1-29; Gal. 2:7-10) Only in this way is it possible for all these Christians to be obeying the command of the apostle Paul as recorded at 1 Corinthians 1:10: "Now I exhort you, brothers, through the name of our Lord Jesus Christ that you should all speak in agreement, and that there should not be divisions among you, but that you may be fitly united in the same mind and in the same line of thought."

The Governing Body functions by means of committees of which there are six: Chairman's, Writing,

WTPA059029