*Exhibit H*

# ORGANIZED TO ACCOMPLISH OUR MINISTRY

"You, though, keep your senses in all things, suffer evil, do the work of an evangelizer, fully accomplish your ministry."—2 Tim. 4:5.

WTPA033861

© 1983, 1989
WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA
All rights reserved

Publishers
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
INTERNATIONAL BIBLE STUDENTS
ASSOCIATION
Brooklyn, New York, U.S.A.

Organized to Accomplish Our Ministry
English (om-E)

Made in the United States of America

WTPA033862

26    **ORGANIZED TO ACCOMPLISH OUR MINISTRY**

and to care for all His "belongings," or Kingdom interests on earth. (Matt. 24:45-47; Luke 12:42-44) Rather than being an individual Christian, the 'faithful slave' today is the remnant, still living on earth, of the composite body of Christ's anointed footstep followers. Such remaining ones are a part of spiritual Israel, the anointed congregation of God. (Gal. 6:16; compare Isaiah 43:10.) This remnant is faithfully discharging the responsibilities of the "slave" during this time of the end by taking the lead in the preaching of "this good news of the kingdom" throughout all the earth and by providing spiritual food at the proper time for the household of faith.—Matt. 24:14.

### USE OF RELIGIOUS CORPORATIONS

During these last days of the present wicked system of things, the "belongings" of the Master have increased abundantly throughout all the earth. This has placed a heavy responsibility on the 'faithful slave.' In discharging its responsibility to provide spiritual food at the proper time and in order to get the good news of the Kingdom preached before the end comes, the remnant on earth, as "the faithful and discreet slave" class, has formed certain agencies, or legal entities. It has proved to be the course of wisdom for the 'faithful slave' to organize certain corporations that are recognized by the laws of various countries. These religious corporations own and operate printing facilities that produce and distribute Bibles and Bible literature on a worldwide basis for use in the Kingdom ministry.

The first in time and the principal corporation used in this way is the Watch Tower Bible and Tract Society of Pennsylvania. This nonprofit religious society was incorporated in 1884, is made

WTPA033886

**HOW THE CONGREGATION IS ORGANIZED AND GOVERNED** 27

up of dedicated, baptized Christians and is exclusively devoted to advancing the interests of true worship in the earth. The Watch Tower Society has extended its works worldwide, establishing branch offices in various countries. Also, in compliance with local governmental regulations, a number of other religious societies have been legally formed, such as the Watchtower Bible and Tract Society of New York, Inc. (1909) and the International Bible Students Association in London, England (1914). All these legal instrumentalities cooperate with one another. These and other legal corporations are used by the modern-day Governing Body of Jehovah's Witnesses to facilitate the preaching of the good news worldwide and to care for the spiritual needs of the entire congregation of God in all parts of the earth.

### STRUCTURE UNDER BRANCH ORGANIZATION

Whenever a branch office is established, a Branch Committee of three or more elders is appointed to care for the various responsibilities involved in looking after the work in the country or countries under the jurisdiction of that particular branch. One member of the committee serves as the coordinator of the Branch Committee.

Local congregations under each branch organization are arranged into circuits and a number of circuits make up a district. Circuits and districts may be of various sizes depending on geographical and language considerations, as well as the number of congregations within the area assigned to a branch. A circuit overseer is appointed to serve the congregations in each circuit. District overseers visit the different circuits, serve at circuit assemblies and spend some time serving

WTPA033887