*Exhibit I*

| **1973-1992 Summary of Comparision of WTPA and WTNY Corporate Officers and Governing Body Members** | |
|---|---|
| YEAR | SUMMARY |
| 1973 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1974 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1975 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1976 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1977 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1978 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1979 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1980 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1981 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body **except W.K. Jackson** |
| 1982 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1983 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body **except G. Suiter** |
| 1984 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1985 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1986 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1987 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |

CAEKAERT/MAPLEY 004018

| | |
|---|---|
| 1988 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1989 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1990 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1991 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body. |
| 1992 | WTPA and WTNY Corporate Officers are all the same including the roles they held. All Corporate Officers served on the Governing Body **except F.W. Franz** |

CAEKAERT/MAPLEY 004019