*Exhibit R*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

TRACY CAEKAERT, and
CAMILLIA Mapely,

    Plaintiffs,

vs.                          Case No. CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., and WATCH TOWER BIBLE
AND TRACT SOCIETY OF
PENNSYLVANIA.

    Defendants,
_____)


Expert Videotaped Deposition

In Person/Zoom Videoconference

Bradley Lovett

August 11, 2023


Reported By: Gidgette Nieves, CSR No. 10142
WORDS COURT REPORTING SERVICES, INC.
(844) 289-WORD(9673)
www.WordsCourtReporting.com

```
10:20:07   1   BY MR. SHAFFER:
10:20:07   2        Q    Is this a document -- or have you ever
10:20:08   3   seen a document like this before?
10:20:10   4        A    Uh-huh.
10:20:11   5        Q    What kind of document is this?  What is
10:20:16   6   this?
10:20:16   7        A    It's -- I forget the -- the number on it.
10:20:18   8             But it was where they put the
10:20:20   9   recommendations for elder's ministerial service.
10:20:23  10        Q    Okay.  When you say "they put the
10:20:26  11   recommendation," you mean the circuit overseer would
10:20:29  12   do that?
10:20:30  13        A    The local congregation along with the
10:20:34  14   circuit overseer.
10:20:34  15        Q    Okay.  And then if we flip to the second
10:20:37  16   page of Exhibit 3, I'm going to direct you to --
10:20:46  17   let's go back to the first page.  Just one second.
10:20:54  18   The stamp up here in the upper left-hand corner
10:20:58  19   duplicate copy to "society for return after
10:21:01  20   approval"?
10:21:02  21             MR. MCCABE:  There's no stamp on this
10:21:04  22   copy.
10:21:05  23   BY MR. SHAFFER:
10:21:05  24        Q    Do you see where it says "duplicate copy
10:21:09  25   to Society for return after approval."  Do you see
```

```
10:21:11   1   that, Mr. Lovett?
10:21:13   2        A     Yes.
10:21:13   3        Q     And is that referring to the copy that
10:21:15   4   would go to New York that would get stamped either
10:21:18   5   approving or not approving the elders and then come
10:21:22   6   back to the congregation?
10:21:23   7        A     Yeah.
10:21:24   8        Q     And if we flip to the next page, same
10:21:32   9   corner there, upper left-hand corner.  "Governing
10:21:37  10   body has approved the recommendations on the reverse
10:21:40  11   side as indicated by the Watch Tower Society stamp,"
10:21:42  12   below; do you see that, Mr. Lovett?
10:21:44  13        A     Yes.
10:21:45  14        Q     And then there's the Stamp Watch Tower
10:21:47  15   Bible and Tract Society New York?
10:21:48  16        A     Yes.
10:21:50  17        Q     SCL, May 7th, 1984.  You see that?
10:21:53  18        A     Yes.
10:21:53  19        Q     Is that the Watch Tower Society then
10:21:56  20   approving the appointment of those elders on the
10:21:57  21   previous page?
10:21:58  22        A     Yes.
10:21:59  23        Q     Okay.  Is that how the process worked in
10:22:01  24   the 70s as you understood it?
10:22:04  25        A     As I recall, Uh-huh.
```

10:27:17   1   approved by the Watch Tower Society?

10:27:20   2        A     No.

10:27:22   3             MR. TAYLOR:   Again, my objection to the

10:27:23   4   form of the question.

10:27:25   5   BY MR. SHAFFER:

10:27:25   6        Q     Mr. Lovett do you understand the

10:27:27   7   question?

10:27:27   8        A     Uh-huh, yes.

10:27:28   9        Q     Are you aware of anybody ever being

10:27:30   10  appointed an elder to a congregation that was not

10:27:34   11  approved by the Watch Tower Society?

10:27:36   12       A     I -- I don't know.   I'm --

10:27:37   13       Q     You don't know whether you're aware of

10:27:38   14  it?

10:27:39   15       A     If there is another method, I have no

10:27:42   16  idea.

10:27:42   17       Q     Okay.   So the only method you're aware of

10:27:45   18  is when the Watch Tower Society approves it?

10:27:48   19             MR. TAYLOR:   Again, objection to the form

10:27:49   20  of the question.

10:27:54   21  BY MR. SHAFFER:

10:27:54   22       Q     Yes or no?

10:27:57   23       A     They've always handled it this way, that's

10:27:59   24  it.

10:28:01   25       Q     Okay.   All right.   You become an elder in

10:28:06   1   1971 in Hardin.  Tell me how you learn to do your

10:28:10   2   job as an elder?

10:28:14   3        A     From what we see in the publications.

10:28:21   4        Q     Let's talk about that for a second.  Which

10:28:25   5   publications are we talking about?

10:28:28   6        A     Actually anything pertinent, I guess.

10:28:33   7        Q     Kingdom ministry school coursebook?

10:28:36   8        A     That could be, Uh-huh, yes.

10:28:39   9        Q     Okay.  And would that be a book that would

10:28:41  10   be at a, like an elder training convention?

10:28:47  11        A     Yeah.

10:28:47  12        Q     Okay.  And who would put on those

10:28:49  13   conventions, those elder training conventions?

10:28:53  14        A     The -- we say the branch though we didn't

10:28:55  15   -- the -- yeah, Watch Tower put them on through the

10:29:00  16   branch arrangement.

10:29:02  17        Q     In your mind during this period of time

10:29:04  18   was there a difference between the branch and the

10:29:07  19   Watch Tower?

10:29:08  20        A     Well in my own mind I just -- we just

10:29:11  21   refer to it in general.  We always just -- if they

10:29:14  22   say the Society or whatever.

10:29:17  23        Q     They'd say the Society?

10:29:19  24        A     Well, we would amongst ourselves.  No,

10:29:22  25   they've -- they've approved this recommendation or

| | |
|---|---|
| 10:29:24 | 1 |
| 10:29:26 | 2 |
| 10:29:28 | 3 |
| 10:29:31 | 4 |
| 10:29:33 | 5 |
| 10:29:34 | 6 |
| 10:29:35 | 7 |
| 10:29:37 | 8 |
| 10:29:39 | 9 |
| 10:29:40 | 10 |
| 10:29:40 | 11 |
| 10:29:42 | 12 |
| 10:29:44 | 13 |
| 10:29:46 | 14 |
| 10:29:48 | 15 |
| 10:29:52 | 16 |
| 10:29:53 | 17 |
| 10:29:54 | 18 |
| 10:29:57 | 19 |
| 10:30:03 | 20 |
| 10:30:05 | 21 |
| 10:30:08 | 22 |
| 10:30:12 | 23 |
| 10:30:15 | 24 |
| 10:30:16 | 25 |

1 whatever.  We just -- that was pretty common.

2     Q    And that's what the literature would say,

3 right, the literature would say with the Society,

4 wouldn't it, the publications?

5          MR. TAYLOR:   Again Objection to the

6 form.

7          THE WITNESS:  What would -- yeah, what

8 would you have in mind?  What were you -- what were

9 you thinking?

10 BY MR. SHAFFER:

11     Q    Well, I want to know what you were

12 thinking.  How did you come to refer to as the

13 Society?  I mean you saw that somewhere, right?

14     A    Well, it -- it was printed by them.

15 Whatever it was printed we'd say well, we got that

16 from the Society.

17     Q    Okay.  And did you understand the Society

18 was different from the branch office?

19     A    They are somewhat different in the sense

20 that -- but we -- we just generally referred to it

21 as -- as the Society.  We wrote a letter to the

22 Society and it would be to the branch actually.  But

23 we just --

24     Q    Okay.  All right.  We were talking about

25 how you learned to do your job as an elder.  We

10:30:18   1   talked about the publication.  You mentioned

10:30:21   2   publications.  I mentioned the Kingdom Ministry

10:30:24   3   coursebook.  And then we talked about that would be

10:30:27   4   introduced to the elders at a -- like an elder

10:30:30   5   training convention.

10:30:31   6        A    It could be.  They did it a number of

10:30:34   7   different ways.

10:30:34   8        Q    And as a circuit overseer you've attended

10:30:39   9   and instructed elders at a Kingdom School Ministry

10:30:43  10   course, haven't you?

10:30:44  11        A    Yes.

10:30:45  12        Q    And that's -- is that a meeting where

10:30:47  13   you'll meet with elders and you'll have literature

10:30:50  14   from the Watch Tower Society with you that you go

10:30:53  15   through kind of on a schedule with the elders to

10:30:56  16   instruct them how to do their job.  Is that a fair

10:31:00  17   description?

10:31:01  18        A    Well, a lot of that changed over the years

10:31:04  19   too.  And I'm trying to think back on the various

10:31:13  20   methods or approaches.  But there would be -- our

10:31:18  21   schools we would have that would deal with certain

10:31:23  22   aspects of -- of the arrangement.  They didn't --

10:31:28  23   they didn't comprehensively do everything all at

10:31:30  24   once, they just -- and that's where you would learn

10:31:34  25   certain things.  But all of those things can be

| | | |
|---|---|---|
| 10:31:37 | 1 | abridge by letters or -- or other publications that |
| 10:31:40 | 2 | might come out later. |
| 10:31:41 | 3 | Q    So everything in the Kingdom school |
| 10:31:44 | 4 | ministry course could be abridged by a letter that |
| 10:31:47 | 5 | would come from the Watch Tower Society or other |
| 10:31:50 | 6 | publications; is that fair? |
| 10:31:51 | 7 | A    Or some direction, you know, specifically |
| 10:31:53 | 8 | dealing with -- with that subject. |
| 10:31:56 | 9 | Q    Okay.  Do you know who James Roland is? |
| 10:31:57 | 10 | A    Yes. |
| 10:31:58 | 11 | Q    He's been deposed.  And he said when he |
| 10:32:01 | 12 | was appointed as an elder he went to a training |
| 10:32:05 | 13 | course for elders in Billings. |
| 10:32:08 | 14 | A    Uh-huh. |
| 10:32:09 | 15 | Q    And he described going through the Kingdom |
| 10:32:10 | 16 | school ministry course. |
| 10:32:12 | 17 | A    Uh-huh. |
| 10:32:12 | 18 | Q    Does that ring a bell to you having an |
| 10:32:15 | 19 | elder training in Billings at any point in time |
| 10:32:18 | 20 | or? |
| 10:32:18 | 21 | A    We never did in -- in Billings. |
| 10:32:21 | 22 | Q    Where did you do them?  Where did the |
| 10:32:23 | 23 | Hardin congregations elders have their Kingdom |
| 10:32:26 | 24 | school ministry course? |
| 10:32:27 | 25 | A    I don't know.  I was gone. |

10:32:28  1      Q     Okay.  But in the period of let's say the

10:32:35  2  late 1970s at least through the mid '80s were elders

10:32:41  3  trained at a Kingdom school ministry course with a

10:32:46  4  document called the Kingdom school ministry

10:32:49  5  course?

10:32:51  6      A     I don't -- it was pretty much related to a

10:32:59  7  particular subject; whatever it might happen to be.

10:33:02  8  There's -- I mean you could -- you could spend

10:33:05  9  months on -- on some of that.

10:33:06  10     Q     But sure.  Let's not -- I don't want to

10:33:08  11 get into the particulars of what was being trained

10:33:12  12 and taught or instructed.  But just in general as a

10:33:15  13 concept isn't that how elders would learn to do

10:33:18  14 their job in the late 70s to mid 80s, they'd go to a

10:33:21  15 Kingdom school ministry course with publications

10:33:23  16 from the Watch Tower Society?

10:33:24  17     A     Most --

10:33:25  18           MR. TAYLOR:  Again objection to the form

10:33:26  19 of the question.

10:33:28  20 BY MR. SHAFFER:

10:33:28  21     Q     You can answer.  It's okay.

10:33:30  22     A     Most of the time.  What my -- what I was

10:33:35  23 trying to say a minute ago -- what was your

10:33:37  24 question?

10:33:39  25     Q     As a general concept late 1970s to the mid

| | | |
|---|---|---|
| 10:33:43 | 1 | '80s, elders would be trained on how to do their job |
| 10:33:47 | 2 | and what the expectations were from the Watch Tower |
| 10:33:50 | 3 | Society by going through the Kingdom Ministry course |
| 10:33:54 | 4 | publication at a -- at a convention or a training; |
| 10:33:57 | 5 | is that right? |
| 10:33:58 | 6 | A    We had those schools. |
| 10:34:00 | 7 | Q    Okay. |
| 10:34:00 | 8 | A    And I'm just saying it from my own |
| 10:34:03 | 9 | standpoint in our last meeting. |
| 10:34:04 | 10 | VIDEOGRAPHER:  Let's -- let's look at |
| 10:34:05 | 11 | Document Number 4.  This gentleman will help you. |
| 10:34:18 | 12 | Thank you, sir. |
| 10:34:36 | 13 | MR. SHAFFER:  All right. Exhibit 4 is the |
| 10:34:37 | 14 | Kingdom school MINISTRY course. |
| 10:34:42 | 15 | (Exhibit 4 marked for identification.) |
| 10:34:42 | 16 | MR. MCCABE:  It's actually called the |
| 10:34:44 | 17 | "Kingdom Ministry School Course." |
| 10:34:47 | 18 | BY MR. SHAFFER: |
| 10:34:47 | 19 | Q    Kingdom Ministry School.  "Compiled and |
| 10:34:50 | 20 | published by the Watch Tower Bible and Tract Society |
| 10:34:53 | 21 | of Pennsylvania, 1972." |
| 10:35:02 | 22 | Have you seen -- no this is just a copy of |
| 10:35:05 | 23 | it.  Have you seen this publication in book form |
| 10:35:12 | 24 | before? |
| 10:35:14 | 25 | A    I -- I don't recall.  They -- there used |

| | | |
|---|---|---|
| 10:37:58 | 1 | material, and then the circuit overseer would have |
| 10:38:02 | 2 | discretion how to teach that material at the -- at |
| 10:38:07 | 3 | the school? |
| 10:38:07 | 4 | A     Yeah, yes. |
| 10:38:08 | 5 | Q     Is that how it was in the 1970s, 1980s? |
| 10:38:13 | 6 | A     As best I can remember, yes. |
| 10:38:36 | 7 | Q     Do you remember any other documents beside |
| 10:38:39 | 8 | the Kingdom Ministry School course that you would |
| 10:38:42 | 9 | have as a circuit overseer at a -- at an overseer |
| 10:38:49 | 10 | training? |
| 10:38:50 | 11 | A     Sometimes there might be letters that have |
| 10:38:52 | 12 | come directly and if it's making a correction or |
| 10:38:56 | 13 | something, and they might get that, that's about all |
| 10:39:00 | 14 | I can think of. |
| 10:39:02 | 15 | Q     And are you speaking about this kind of |
| 10:39:04 | 16 | your personal experience as a circuit overseer at |
| 10:39:08 | 17 | this courses? |
| 10:39:09 | 18 | A     Uh-huh, yes. |
| 10:39:16 | 19 | Q     Okay.  I want to see if we're done with |
| 10:39:19 | 20 | Document 2.  Give me a second.  I'm going to look at |
| 10:39:22 | 21 | Document 2 and see if we're done with it. |
| 10:40:05 | 22 | Are you familiar with the books that are |
| 10:40:07 | 23 | entitled "To Pay Attention to Yourselves and All The |
| 10:40:10 | 24 | Flock"? |
| 10:40:10 | 25 | A     Yes. |

10:40:11  1        Q    What's that book used for?

10:40:14  2        A    More or less the same thing, organization.

10:40:17  3   And I'm thinking about the same.  Well have lot of

10:40:21  4   changes in titles.

10:40:23  5        Q    Sure.  Just in general your recollection

10:40:25  6   you say the same thing.  Is it to instruct and help

10:40:31  7   elders understand their obligations to their

10:40:35  8   congregations?

10:40:35  9        A    Yes.

10:40:37  10       Q    I'm just asking.  These documents that I'm

10:40:40  11  personally not familiar with like the Kingdom

10:40:43  12  Ministry School course.  The Pay attention to

10:40:46  13  Yourself and all the Flock.  The branch Organization

10:40:51  14  Manual.  Organized to accomplish our Religion.

10:40:53  15  Those are documents I'm not familiar, so I'm kind of

10:40:56  16  just hoping you can help me understand what those

10:40:58  17  documents are used for.  Does that make sense?

10:41:02  18       A    No, I understand what you're asking.

10:41:02  19  Yeah, the one that referred to at the beginning,

10:41:06  20  none of us elders know anything about that, that's

10:41:09  21  just internally with the -- the branch or

10:41:17  22  organization, and usually a small part of that.

10:41:21  23       Q    Okay.  That's the one you were confused on

10:41:23  24  Exhibit 2?

10:41:24  25       A    Yes.

| | | |
|---|---|---|
| 10:52:07 | 1 | Q    Skip one.  Let's go to 28734.  Thank you. |
| 10:52:21 | 2 | Thank you.  I want to point your |
| 10:52:22 | 3 | attention, Mr. Lovett, to this paragraph here |
| 10:52:24 | 4 | starting with general information. |
| 10:52:27 | 5 | A    Uh-huh. |
| 10:52:28 | 6 | Q    "General information is here published |
| 10:52:30 | 7 | concerning the duties of elders and ministerial |
| 10:52:34 | 8 | servants.  Judicial procedures and various features |
| 10:52:37 | 9 | of congregation organization." |
| 10:52:39 | 10 | Is that consistent with how you understood |
| 10:52:42 | 11 | this document that it was for the purpose of |
| 10:52:47 | 12 | communicating the duties of elders and ministerial |
| 10:52:51 | 13 | servants? |
| 10:52:53 | 14 | MR. MCCABE:  Among other things. |
| 10:52:54 | 15 | BY MR. SHAFFER: |
| 10:52:54 | 16 | Q    Among other things.  Is that how |
| 10:52:56 | 17 | understand it? |
| 10:52:58 | 18 | A    Uh-huh. |
| 10:52:59 | 19 | Q    That's a yes? |
| 10:53:00 | 20 | A    Yes. |
| 10:53:01 | 21 | Q    Thank you. |
| 10:53:25 | 22 | We've talked about a few other |
| 10:53:25 | 23 | publications.  If you talked about letters, would |
| 10:53:27 | 24 | that be like an all body as an elder letter? |
| 10:53:31 | 25 | A    It could be. |

10:53:32   1        Q     And that could have instruction to elders

10:53:35   2   on how to perform their duties?

10:53:36   3        A     Yes.

10:53:37   4        Q     Okay.  Awake magazines?

10:53:43   5        A     Not so much.

10:53:44   6        Q     What was the purpose of the Awake

10:53:47   7   magazine?

10:53:48   8        A     Generally distributed to the public and --

10:53:50   9   but it didn't generally use -- deal with the -- how

10:53:54  10   to organize this or that.

10:53:57  11        Q     Okay.  How about the our Kingdom service

10:54:01  12   newsletters?

10:54:02  13        A     They were used for the weekly service

10:54:08  14   meetings part.

10:54:09  15        Q     Okay.  How about the Watch Tower

10:54:13  16   magazine?

10:54:15  17        A     What would you want to know.

10:54:18  18        Q     What was the purpose of the Watch Tower

10:54:20  19   magazine.  Did it --

10:54:21  20              Go ahead.

10:54:22  21        A     Instructed.  It instructed you know.

10:54:25  22   But --

10:54:27  23        Q     Instructed elders?

10:54:29  24        A     Yeah.  And generally everybody.  You know,

10:54:33  25   anybody can get a Watch Tower.  And there were any