*Exhibit S*

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MONTANA
                   BILLINGS DIVISION
_____

  TRACY CAEKAERT, and           Case No.
  CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

        Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

        Defendants,

  WATCHTOWER BIBLE AND          VIDEO-RECORDED
  TRACT SOCIETY OF              DEPOSITION UPON ORAL
  NEW YORK, INC., et al,        EXAMINATION OF THOMAS
                                MEYERS
        Cross Claimants,

     vs.

  BRUCE MAPLEY, SR.,

        Cross Defendant.


  ARIANE ROWLAND, and
  JAMIE SCHULZE,

        Plaintiff,              Cause No.
                                CV 20-59-BLG-SPW
     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

        Defendants.
_____
```

```
 1  ministerial servant could sit on?
 2       A.   Not that I've ever heard of.
 3       Q.   All right.  And what I'm asking, I guess,
 4  is how -- how would you know that, say, Elders can
 5  be on a judicial committee but ministerial servants
 6  should not?  Or would that be up to you guys in
 7  Hardin?
 8       A.   No.  That's -- that's -- that's
 9  organizational information, yeah.
10       Q.   And when you say, "organizational," what
11  do you mean by that?
12       A.   It's something set by the Watchtower
13  organization, the brothers back at the service
14  department, for example.
15       Q.   And how would that information be conveyed
16  to you as an Elder when you're an Elder?
17       A.   It's in print.  We -- we receive letters,
18  not a whole lot of them, but periodic ones,
19  especially if something is changed.
20            There's also an Elder, like, handbook, if
21  you will, that gets updated periodically.
22       Q.   All right.  And is there more than one
23  Elder handbook?  I've seen a few that look like --
24       A.   It's just evolved over time.
25       Q.   And what do you call it?  Do you call it
```
45

```
 1   an Elder handbook, or do you have another name for
 2   it?
 3       A.   Currently it's called the shepherding
 4   book.
 5       Q.   And -- Shepherd the Flock, or is that a
 6   different --
 7       A.   Something like that, yeah.  It changes.
 8   My memory's not good.
 9       Q.   But it sounds like, regardless, it was --
10   those directions were in print and that they came
11   from what you described as the Watchtower Society.
12   Is that --
13       A.   That's correct.
14       Q.   The service department was your
15   understanding?  Is that --
16       A.   Right.  Yes.
17       Q.   Did you ever have input on those policies
18   when you were an Elder?
19       A.   No.  I don't know what you mean, I guess.
20       Q.   Did you -- when you were an Elder, did you
21   ever give input to the circuit overseer about what
22   should be included in the manuals?
23       A.   I don't recall ever doing it.  I don't --
24   may -- might have expressed my opinion here and
25   there, but not -- nothing that I can remember.
```

46

Thomas Meyers

1       Q.    Other than the manuals that -- that you
2   described, that the names have changed, were there
3   other places that you -- when you were an Elder,
4   that you got directions about how to perform your
5   duties as an Elder?
6       A.    No.  It was always in print.
7       Q.    So you didn't have to look anywhere else
8   other than those periodicals and the printed
9   materials that laid out the directions for being an
10  Elder?
11      A.    Yes.
12      Q.    And would those materials that you're
13  describing, would each Elder have a copy sent to
14  them, or would there be, like, one reference, or
15  did it vary?
16      A.    We would each have our own copy, yeah.
17      Q.    All right.
18      A.    Currently, it's all digital, so that
19  simplifies everybody having a copy.
20      Q.    For sure.
21      A.    Yeah.
22      Q.    When did that change happen?  Do you
23  remember at all?
24      A.    No, I don't remember.  I know -- I feel
25  like I'm left in the dust, you know, on that one.

47

```
 1   of wanted to -- where it says, "Please see The
 2   Watchtower of March 15th, 1983, page 29," do you
 3   see that?
 4        A.   Yeah, I see that.
 5        Q.   I'm not asking you to recall what that is,
 6   but what I'm asking is what -- or you previously
 7   described that when you're an Elder, the
 8   publications would tell you, you know, how to do
 9   things and what to do.
10        A.   Right.
11        Q.   Would this be the kind of description that
12   you would see in those publications where it would
13   refer you to a place to answer a specific question?
14        A.   I believe so, yeah.  That's a good way to
15   put it.
16        Q.   Let's go to the second page of Exhibit 11.
17   And just start up at the top there.  Underneath
18   where it says, "Name of congregation, Hardin,"
19   there's a box.  Do you see that?
20        A.   Yes.
21        Q.   And it says, "The governing body has
22   approved the recommendations on the reverse side as
23   indicated by the Watchtower Society stamp below.
24   The date stamp below constitutes the date of
25   appointment."
```

73

```
 1            And so in that box, where it says, "The
 2   governing body has approved the recommendations,"
 3   what's your understanding of what the governing
 4   body's role was there?
 5        A.   Apparently they review this -- and, well,
 6   there is something here about what you read earlier
 7   that maybe they'd have -- would draw them to ask
 8   more questions, perhaps.  I don't know.  But on
 9   this form it didn't look like there was any
10   questions that they came up with, so they approved
11   it.
12        Q.   And is it your understanding that the
13   governing body is the one who approves the
14   appointment of others?
15        A.   I suppose so.
16        Q.   And I understand that that's what this
17   says, but I'm asking for was that -- is that your
18   understanding?
19        A.   I don't know personally if they read this
20   themselves.  I don't know.  I have no idea.  But
21   they obviously take responsibility for putting a
22   stamp on it.
23        Q.   And so when you say "they" --
24        A.   The governing body, I was referring to.
25        Q.   And -- okay.  And so the -- do you
```

74

```
 1  how to go about this?
 2       A.   Well, because the -- the -- I don't know,
 3  call it a crime, you know, because of the stuff
 4  that happened, was kind of old, you know.  It was
 5  decades old.  We needed to get some direction,
 6  because the direction we had basically was, you
 7  know, if this happened in recent -- last couple,
 8  three years, you know, we're talking a couple,
 9  three decades, so we needed to get some kind of
10  information what to do about it.
11       Q.   And were you ever trained how to talk to
12  victims of -- child victims of sexual abuse?
13       A.   In general terms, yeah.
14       Q.   By whom?
15       A.   We'd go to these Elder schools.  There's
16  things in The Watchtower and Awake! too on that.
17       Q.   So you turned to The Watchtower and Awake!
18  and go to some conferences?
19       A.   Yeah.
20       Q.   And what did you -- what did you learn
21  specifically?
22       A.   To not do all the talking.
23       Q.   Did you learn the process of taking
24  interviews and talking to victims of abuse?
25       A.   Try to draw them out, get the facts, and
```

130