*Exhibit T*




TELEPHONE (212) 625-1240     **WATCHTOWER**     CABLE WATCHTOWER
BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

S:SSD          July 30, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

    The Society is pleased to advise that the servant appointment to the position named below has been made. The newly appointed servant will want to fulfill this privilege of service in a manner that is pleasing to Jehovah and that will bring the greatest blessings to his brothers.

Congregation servant:
Address

Assistant congregation servant:
Address

Bible study servant:                        Martin Svenson

Magazine-Territory servant:

Literature servant:                          Martin Svenson

Accounts servant:

<u>Watchtower</u> study servant:

Ministry school servant:

Book study servant(s):

                 Your fellow ministers of Jehovah God,

                              *Watchtower B. & T. Society*
                                 OF NEW YORK, INC.

Note to overseer: Please see that the newly appointed servant becomes thoroughly familiar with his duties as they are set forth in the book "*Your Word Is a Lamp to My Foot,*" *Kingdom Ministry* and other publications of the Society. The newly appointed servant is to receive from the former servant all forms, records and files pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a    9/67

MAP_HARDIN000001





TELEPHONE (212) 625-1240

BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG         June 11, 1971

Hardin, Montana, Congregation
of Jehovah's Witnesses
c/o  Mr. Harold D. Rimby
701 North Crook
Hardin, Montana  59035

Dear Brothers:

The Society is happy to inform you that the application submitted for the Hardin, Montana, Congregation has been approved. Jehovah's New World society is ever expanding, and this progressive step is another evidence of his blessing upon his people to preach the good news and aid the other sheep to come into his organization.

As you begin to function as a new congregation of Jehovah's people, each one should carefully consider what is required. An assignment of territory is issued, and it is the responsibility of each one that is associated to cooperate with the arrangements made for covering the territory regularly with the Kingdom message. As you locate interest, be sure to keep a careful record of this so that you can call back effectively and follow this up with back-calls and home Bible studies. Aid the interested ones to grow in their knowledge and share with you in singing Jehovah's praises. We know that also those who are more mature and experienced will want to aid the newer and less-experienced ones so that they may progress to maturity. Then as all have a regular share in the service, be sure to be on hand each meeting night for the spiritual food from Jehovah's table. Keep strong and properly equipped for Jehovah's service.

The appointed servants should always take a diligent lead in discharging their responsibilities as to Jehovah. The mature ones have much responsibility. To whom much is given, more will be required. But these privileges are joyful ones to be performed in behalf of our brothers. With all cooperating, the congregation will be strong and active in Jehovah's praise. We will look forward to receiving the first report on your congregation and noting the progress that has been made. Be assured of our prayers and best wishes.

        Working with you in the
        New Order society,

        Watchtower B. & T. Society
        OF NEW YORK, INC.

MAP_HARDIN000002



TELEPHONE (212) 625-1240

**WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.**

CABLE WATCHTOWER

117 ADAMS STREET, BROOKLYN, NEW YORK 11201, U.S.A.

SCE:SSG   June 11, 1971

**EFFECTIVE JULY 1, 1971**

Hardin, Montana, Congregation
of Jehovah's Witnesses

Dear Brothers:

The Society is pleased to advise that the servant appointment to the position named below has been made. The newly appointed servant will want to fulfill this privilege of service in a manner that is pleasing to Jehovah and that will bring the greatest blessings to his brothers.

| | |
|---|---|
| Congregation servant:<br>Address | Harold D. Rimby<br>701 North Crook<br>Hardin, Montana  59035 |
| Assistant congregation servant:<br>Address | Bradley Lovett<br>605 West Fifth<br>Hardin, Montana  59035 |
| Bible study servant: | Harold D. Rimby |
| Magazine-Territory servant: | Bradley Lovett |
| Literature servant: | Mrs. Harold Rimby  * |
| Accounts servant: | Mrs. Harold Rimby  * |
| <u>Watchtower</u> study servant: | Bradly Lovett |
| Ministry school servant: | Harold D. Rimby |
| Book study servant(s): | Add:  Harold D. Rimby<br>Bradley Lovett |

Your fellow ministers of Jehovah God,

*Watchtower B. & T. Society*
OF NEW YORK, INC.

Note to overseer: Please see that the newly appointed servant becomes thoroughly familiar with his duties as they are set forth in the book *"Your Word Is a Lamp to My Foot," Kingdom Ministry* and other publications of the Society. The newly appointed servant is to receive from the former servant all forms, records and files pertaining to his duties. Please retain this letter as a permanent record in the congregation file.

S-52a  9/67   * Sister Rimby will serve as a substitute servant until a qualified brother is available.

Name of congregation ...Hardin............ City ................................ Province or state ...MT...........

Cong. No. ...43653............                                    June 17, 1995
                                                                  (Date)

DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer ...BRUCE HALEY.............
                    ...HC 71 BOX 1239..........
                    ...ASHLAND, MT. 59003......

If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment.* Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| ✓ Richard | Anderson | 40 | 12-25-83 | O | MS | This congregation | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | | NR |
|---|---|---|---|---|---|---|---|
| ✓ Harold | Matthews | 46 | 05-19-74 | O | MS | Wilburton cong. Oklahoma | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2b  2/93                                                      Printed in U.S.A.

MAP_HARDIN000021

Name of congregation: Hardin   City: _____   Province or state: MT

> The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment.
>
> *Watchtower B. & T. Society*
> *OF NEW YORK, INC.*
> **SDL JUN 26 1995**
> For Office Use Only

Your fellow servants,

_Bruce M Haley_
Presiding overseer

_Tom Meyers_
Secretary

_Martin Svenson_
Service overseer

(Comments of circuit overseer)

<u>RICHARD ANDERSON</u>- He has been reaching out. He is an excellent family man. He takes a good lead in ser. with his family. His 12 yr old is a reg. aux. pio. He is viewed in the cong. as an elder, works well with the elders on shepherding calls. He has served as a MS for the past 9 yrs & is an excellent teacher, handles assignments well. He has served where the need is greater. He has a good attitude & works well with the elders. We worked in service in the past, he does a fine job. Elders recommend him unanimously. I agree.

<u>HAROLD MATTHEWS</u>- Moved here to serve where the need is greater with an excellent recommendation. Wife a reg. pio. He takes a good lead in ministry, is an excellent teacher, is responsible & serious minded. He accepts any assignment given him. Elders recommend him unanimously. I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | ~~TMSO,~~ CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WTS CBSC |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, ~~CBSC~~ |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |
| Richard Anderson | Recommended 12-25-83 | | TMSO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Richard Anderson~~ | ~~11-25-94~~ | ~~12-25-83~~ | ~~TERR~~ |
| ~~Delbert Hiebert~~ | ~~04-02-94~~ | ~~07-26-68~~ | ~~TERR~~ |
| ~~Vern Moehr~~ | ~~10-19-92~~ | ~~06-17-89~~ | ~~LIT, SOUND~~ |
| ~~Don Mouat~~ | ~~10-19-92~~ | ~~09-15-71~~ | ~~ATTN, MAG~~ |
| ~~Harold Matthews~~ | ~~Recommended 05-19-74~~ | | ACCTS |

(If additional space is needed, use additional sheets.)

_signature_
Circuit overseer

MAP_HARDIN000022

Name of congregation **Hardin**     City _____     Province or state **MT**

Your fellow servants,

_Bruce R Haley_
Presiding overseer

_Tom Meyers_
Secretary

_Martin Svenson_
Service overseer

For Office Use Only

(Comments of circuit overseer)

BRUCE HALEY–The former P.O. Howard Earl moved. Bro. Haley has been acting P.O. for several months. We discussed the qualifications 4/15/83 letter to CO, DO. The brothers feel that he adequately meets all the qualifications. He has served in this congregation for 22 years and he is capable of handling this position. Elders recommend him unanimously. I agree.

RICHARD ANDERSON–Moved here from Granada were he was serving where the need was greater with a favorable letter of recommendation. He readily accepts any assignments given him. We worked in service together, he is very effective in the ministry. He is know for having concern for weaker ones and is always willing to help them out. He does well in all of his assignments. Elders recommend him unanimously. I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WSC, CBSC |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, ACCTS |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Delbert Hiebert | 04-02-94 | 07-26-68 | TERR |
| Vern Moehr | 10-19-92 | 06-17-89 | LIT, SOUND |
| Don Mouat | 10-19-92 | 09-15-71 | ATTN, MAG |
| Richard Anderson | Recommended | | |

(If additional space is needed, use additional sheets.)

_Gregory J Milnik_
Circuit overseer

MAP_HARDIN000023

Name of congregation ...Hardin........... City ............................ Province or state ...MT...

Cong. No. ...43653...                                        November 19, 1994
                                                                   (Date)

**DO NOT SEND THIS CARBON COPY TO SOCIETY**
(Keep this copy for the congregation files)

Presiding overseer ...BRUCE HALEY...
                   ...HC 71 BOX 1239...
                   ...ASHLAND, MT. 59003...

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

   After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Bruce Haley | | 56 | 04-05-69 | O | E | This congregation | |
| | | | | | | | | |
| | | | | | | | | |

MINISTERIAL SERVANTS  (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | (last congregation) | NR |
|---|---|---|---|---|---|---|---|
| Richard Anderson | | 40 | 12-25-83 | O | MS | Grenville Cong, Granada | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

   It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| Howard Earl | | E | MOVED-Havre Cong., | Havre MT. |
| | | | | |
| | | | | |

S-2c   2/94                                                    Printed in U.S.A.
                                                               MAP_HARDIN000024

REC'D NOV 2 3 1994

Name of congregation __Hardin_____ City _____ Province or state __MT__

Cong. No. __43653__                                    __November 19, 1994__
                                                            (Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer __BRUCE HALEY__
__HC 71 BOX 1239__
__ASHLAND, MT. 59003.__

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment*. Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| | First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|---|
| PO | Bruce Haley | | 56 | 04-05-69 | O | E | This congregation | |
| | | | | | | | | |
| | | | | | | | | |

MINISTERIAL SERVANTS (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| | First name | Last name | Age | Date of baptism | A/O | E/MS | | NR |
|---|---|---|---|---|---|---|---|---|
| ✓ | Richard Anderson | | 40 | 12-25-83 | O | MS | Grenville Cong, Granada | |
| | | | | | | | | |
| | | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.
* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| | First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|---|
| ✓ | Howard Earl | | E | MOVED-Havre Cong., | Havre MT. |
| | | | | | |
| | | | | | |

S-2b  2/93                                                    Printed in U.S.A.
                                                           MAP_HARDIN000025

Name of congregation __Hardin__ City _____ Province or state __MT__

| The Governing Body has approved the recommendations on the reverse side as indicated by the Watchtower Society stamp below. The date stamped below constitutes the date of appointment. |
|---|
| *Watchtower B. & T. Society* |
| OF NEW YORK, INC. |
| SDL NOV 2 5 1994 |
| For Office Use Only |

Your fellow servants,

_Bruce M. Haley_
Presiding overseer

_Tom Meyers_
Secretary

_Martin Svenson_
Service overseer

(Comments of circuit overseer)

BRUCE HALEY-The former P.O. Howard Earl moved. Bro. Haley has been acting P.O. for several months. We discussed the qualifications 4/15/83 letter to CO, DO. The brothers feel that he adequately meets all the qualifications. He has served in this congregation for 22 years and he is capable of handling this position. Elders recommend him unanimously. I agree.

RICHARD ANDERSON-Moved here from Granada were he was serving where the need was greater with a favorable letter of recommendation. He readily accepts any assignments given him. We worked in service together, he is very effective in the ministry. He is know for having concern for weaker ones and is always willing to help them out. He does well in all of his assignments. Elders recommend him unanimously. I agree.

Alphabetical list of elders in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| Scott Duy | 01-12-90 | 07-07-84 | TMSO, CBSC |
| Bruce Haley | 06-13-89 | 04-05-69 | PO, WSC, ~~CBSC~~ |
| Thomas Meyers | 04-01-94 | 07-09-76 | SEC, ~~ACCTS~~ CBSC |
| Martin Svenson | 07-  -91 | 07-30-58 | SO, CBSC |

Alphabetical list of ministerial servants in the congregation

| Name | Appointment date | Baptism date (ordination) | In what capacity does each serve? |
|---|---|---|---|
| ~~Delbert Hiebert~~ | ~~04-02-94~~ | ~~07-26-68~~ | ~~TERR~~ |
| ~~Vern Moehr~~ | ~~10-19-92~~ | ~~06-17-89~~ | ~~LIT, SOUND~~ |
| ~~Don Mouat~~ | ~~10-19-92~~ | ~~09-15-71~~ | ~~ATTN, MAG.~~ |
| ~~Richard Anderson~~ | ~~Recommended~~ | | ACCTS |

(If additional space is needed, use additional sheets.)

_Gregory J. Michuk_
Circuit overseer

MAP_HARDIN000026

Name of congregation ..Hardin.............................. City ................................. Province or state ..MSN........   APR 01 1994

Cong. No. 43653                                             March 26, 1994
                                                                (Date)

> DUPLICATE COPY to Society for return after approval. The circuit overseer will send this form to the Society, along with his report, following his visit to the congregation.

Presiding overseer  HOWARD EARL
                    850 W. 4th St.  C
                    HARDIN, MT. 59034

> If any brother recommended is appointed by the Society, please have two elders speak to him *before announcing the appointment*. Ask if there is any reason why it should not be announced. If so, do not announce it but return this form and advise the Society why he is disqualified.

GOVERNING BODY OF JEHOVAH'S WITNESSES
C/O WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
25 COLUMBIA HEIGHTS
BROOKLYN, NEW YORK 11201-2483

Dear Brothers:

After careful and prayerful consideration of the requirements for elders and ministerial servants as set out in God's Word, we submit the following recommendations for NEW appointments. To the best of our knowledge, the brothers recommended meet all the requirements set out in the Bible for the positions indicated. These brothers regularly participate in proclaiming the good news to others.—Matt. 24:14; Rom. 10:10.

ELDERS

| First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | If he has ever served as an elder (E) or a ministerial servant (MS), state which and give name of last congregation. If favorable recommendation for any person listed was not received from the congregation where he last served, please place a check mark in the column headed "NR" (not recommended).* | NR |
|---|---|---|---|---|---|---|---|
| ✓ Thomas | Meyers | 41 | 07-09-76 | O | MS | This congregation | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MINISTERIAL SERVANTS (Brothers recommended must be baptized for at least a year. Also, please see *The Watchtower* of July 1, 1989, page 29.)

| First name | Last name | Age | Date of baptism | An't'd (A) or "other sheep" (O) | E or MS | last congregation | NR |
|---|---|---|---|---|---|---|---|
| ✓ Delbert | Hiebert | 41 | 07-26-68 | O | | Vernon British Colombia | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

If brothers recommended have been reproved in the last three years for serious wrongdoing or if they have been reinstated in the last five years, state when on a separate sheet. Also, mention when all restrictions were removed and whether these brothers have gained the respect of the congregation. If any elders have reservations about recommending a brother, state this and the reason. If you recommend the appointment of a brother previously removed as an elder or a ministerial servant, provide complete information on his progress since being removed, mentioning the date of his removal and the reason why he was removed. Please see *The Watchtower* of March 15, 1983, page 29, regarding individuals who entered into an adulterous marriage.

* For any not recommended by previous congregation, please attach to this form a copy of their letter showing why not recommended. State how long the person has been with your congregation and why you recommend him.

DELETIONS

It is recommended that the following brothers be deleted from the list of appointed elders and ministerial servants, as indicated, for the reasons stated. If reason for deletion is other than moving, death, disassociation, disfellowshipping, and so forth, supply complete information below or in supplementary letter as to Scriptural reasons for recommending removal. Also, state whether elders discussed matter with individual and he agrees he no longer qualifies Scripturally to serve. If he does not agree and wishes to express himself, please attach his letter to this form.

| First name | Last name | Present position (elder [E] or ministerial servant [MS]) | Reason for deletion | (If person moved, show name of new congregation if known.) |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

S-2b  2/93                                                                                          Printed in U.S.A.
                                                                                                    MAP_HARDIN000027