Exhibit V has been marked "Confidential" by WTNY and is therefore subject to the Protective Order Entered by the Court on January 26, 2022.  See ECF Docs. 110-1 and 111.

Exhibit V to Plaintiffs' Statement of Undisputed Facts in Support of Their Motion for Partial Summary Judgment re: Hardin Elders are Agents of a Joint Enterprise Between WTNY & WTPA  will be filed immediately following the entry of this document into the record.  This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

*Exhibit V*