*Exhibit GG*

| DOCUMENT | PUBLISHER | COPYRIGHT |
|---|---|---|
| Kingdom Ministry School Course (October 1972) (WTPA000001-000136) | WTPA (WTPA000001) | None Listed |
| Pay Attention to Yourselves and to All the Flock (1991) Kingdom Ministry School Textbook (WTPA000137-000292) | WTNY International Bible Students Association (WTPA000140) | WTPA (WTPA000140) |
| Awake! (1973-1977) (WTPA000293-000324) | WTNY (WTPA000294) (WTPA001190) (WTPA002150) (WTPA003270) (WTPA003718) | None Listed |
| Awake! (1978-1984) (WTPA004421-004452) | WTNY (WTPA004422) (WTPA005094) (WTPA006118) (WTPA006726) (WTPA007654) (WTPA008518) (WTPA009158) | WTNY (WTPA004422) (WTPA005094) (WTPA006118) (WTPA006726) (WTPA007654) (WTPA008518) (WTPA009158) |
| Awake! (1985-1987) (WTPA010885-010916) | WTNY (WTPA010886) (WTPA011528) (WTPA009990) | WTNY and International Bible Students Association (WTPA010886) (WTPA011528) (WTPA009990) |
| Awake! (1988-1992) (WTPA012421-012452) | WTNY (WTPA012425) (WTPA013224) (WTPA013864) (WTPA014568) (WTPA015208) | WTPA (WTPA012425) (WTPA013224) (WTPA013864) (WTPA014569) (WTPA015209) |
| New World Translation of the Holy Scriptures (New Edition of 1981) (WTPA015653-017124) | WTNY (WTPA015656) | WTPA (1961 & 1981) (WTPA015656) |
| New World Translation of the Holy Scriptures with References (Revised 1984) (WTPA017125-018726) | WTNY (WTPA017130) | WTPA (1961, 1981, 1984) (WTPA017130) |
| New World Translation of the Holy Scriptures (Revised 1984) (WTPA018727-020392) | WTNY (WTPA018732) | WTPA and International Bible Students Association (1984) (WTPA018732) |

CAEKAERT/MAPLEY 008130

| | | |
|---|---|---|
| Organized to Accomplish Our Ministry (1983) (WTPA028731-028954) | WTNY and International Bible Students Association (WTPA028732) | WTPA (1983) (WTPA028732) |
| Organized to Accomplish Our Ministry (1989) (WTPA0033861-034084) | WTNY and International Bible Students Association (WTPA033862) | WTPA (1983, 1989) (WTPA033862) |
| You Can Live Forever in Paradise on Earth (1982, 1989) (WTPA034085-034346) | WTNY and International Bible Students Association (WTPA034091) | WTPA (1982, 1989) (WTPA034091) |
| Reasoning from the Scriptures (2009 Printing) (WTPA034347-034794) | WTNY (WTPA034350) | WTPA (1985, 1989) (WTPA034350) |
| Questions Young People Ask (2006 Printing) (WTPA034795-035113) | WTNY (WTPA034798) | WTPA (1989) (WTPA034798) |
| The Bible God's Word or Man's (2006 Printing) (WTPA035114-035305) | WTNY (WTPA035115) | WTPA (1989) (WTPA035115) |
| All Scripture Is Inspired of God and Beneficial (1990 Printing) (WTPA035306-035661) | WTNY and International Bible Students Association (WTPA035311) | WTPA (1963, 1990) (WTPA035311) |
| Mankind's Searching For God (1990) (WTPA035662-036053) | WTNY and International Bible Students Association (WTPA035667) | WTPA (1990) (WTPA035667) |
| The Greatest Man Who Ever Lived (1991) (WTPA036054-036506) | WTNY and International Bible Students Association (WTPA036057) | WTPA (WTPA036057) |
| Theocratic Ministry School Guidebook (1971, 1992) (WTPA036507-036699) | WTNY and International Bible Students Association (WTPA036509) | WTPA (WTPA036509) |
| Jehovah's Witnesses in the Twentieth Century (1978) (WTPA036704-036735) | WTNY and International Bible Students Association (WTPA036705) | WTPA (1978) (WTPA036705) |
| Jehovah's Witnesses in the Twentieth Century (1979) (WTPA036736-036767) | WTNY and International Bible Students Association (WTPA036737) | WTPA (1979) (WTPA036737) |
| Enjoy Life on Earth Forever! (1982) (WTPA036768-036799) | WTNY and International Bible Students Association (WTPA036769) | WTPA (1982) (WTPA036769) |
| School and Jehovah's Witnesses (1983) (WTPA036800-036831) | WTNY and International Bible Students Association (WTPA036801) | WTPA (1983) (WTPA036801) |

CAEKAERT/MAPLEY 008131

| | | |
|---|---|---|
| The Government That Will Bring Paradise (1985) (WTPA036896-036927) | WTNY and International Bible Students Association (WTPA036897) | WTPA and International Bible Students Association (1985) (WTPA036897) |
| Jehovah's Witnesses United Doing God's Will Worldwide (1986) (WTPA036928-036959) | WTNY and International Bible Students Association (WTPA036929) | WTPA and International Bible Students Association (1986) (WTPA036929) |
| Look! I Am Making All Things New (1986) (WTPA036960-036991) | WTNY and International Bible Students Association (WTPA036961) | WTPA and International Bible Students Association (1986) (WTPA036961) |
| Jehovah's Witnesses in the Twentieth Century (1989) (WTPA036992-037023) | WTNY and International Bible Students Association (WTPA036993) | WTPA (1979, 1989) (WTPA036993) |
| Should You Believe in the Trinity? (1989) (WTPA037024-037055) | WTNY and International Bible Students Association (WTPA037025) | WTPA (1989) (WTPA037025) |
| How Can Blood Save Your Life? (1990) (WTPA037056-037087) | WTNY and International Bible Students Association (WTPA037057) | WTPA (1990) (WTPA037057) |
| Our Problems Who Will Help Us Solve Them? (1990) (WTPA037088-037119) | WTNY and International Bible Students Association (WTPA037089) | WTPA (1990) (WTPA037089) |
| Spirits of the Dead Can they Help You or Harm You? Do they Really Exist (1991) (WTPA037120-037151) | WTNY and International Bible Students Association (WTPA037122) | WTPA (1991) (WTPA037122) |
| Does God Really Care About Us? If so why does he permit suffering? Will it ever end? (1992) (WTPA037152-037183) | WTNY and International Bible Students Association (WTPA037153) | WTPA (1992) (WTPA037153) |
| Will There Ever Be a World Without War? (1992) (WTPA037185) | WTNY and International Bible Students Association (WTPA037185) | WTPA (1992) (WTPA037185) |
| Watch Tower Publications Index 1930-1985 (WTPA037285-038424) | WTNY and International Bible Students Association (WTPA037291) | WTPA and International Bible Students Association (1986, 1990, 1994) (WTPA037291) |
| Watch Tower Publications Index 1986-1995 (WTPA038425-039166) | WTNY and International Bible Students Association (WTPA038431) | WTPA (1996) (WTPA038431) |

3

| | | |
|---|---|---|
| The Watchtower (1973-1974) (WTPA040779-040810) | WTPA (WTPA040780) (WTPA041484) | WTB&TS (WTPA040779) (WTPA041483) |
| The Watchtower (1975-1977) (WTPA042667-042698) | WTPA (WTPA042668) (WTPA043116) (WTPA043788) | None Listed |
| The Watchtower (1978-1984) (WTPA044683-044714) | WTPA (WTPA044684) (WTPA045932) (WTPA046860) (WTPA047820) (WTPA048396) (WTPA049580) | WTPA (WTPA044684) (WTPA045932) (WTPA046860) (WTPA047820) (WTPA048396) (WTPA049580) |
| The Watchtower (1985-1987) (WTPA050443-050474) | WTPA (WTPA050444) (WTPA050892) (WTPA051820) | WTPA and International Bible Students Association (WTPA050444) (WTPA050892) (WTPA051820) |
| The Watchtower (1988-1992) (WTPA052683-052714) | WTNY (WTPA052684) (WTPA053420) (WTPA053900) (WTPA054764) (WTPA055820) | WTPA (WTPA052684) (WTPA053420) (WTPA053900) (WTPA054764) (WTPA055820) |
| Organization for Kingdom-Preaching and Disciple-Making (1972) (WTPA063278-063469) | WTNY and International Bible Students Association (WTPA063279) | WTPA (1972) (WTPA063279) |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (1977) (WTNY000224-000323) | WTNY (WTNY000227) | None Listed |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (1979) Kingdom Ministry School Textbook (ks79) (WTNY000324-000355) | WTNY (WTNY000325) | None Listed |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (1979) Kingdom Ministry School Textbook (ks81) (WTNY000000356-000419) | WTNY (WTNY000357) | None Listed |

4

CAEKAERT/MAPLEY 008133

| | | |
|---|---|---|
| Pay Attention to Yourselves and to All the Flock (September 1977) (CAEKAERT/MAPLEY 000624-000723) | WTNY (CAEKAERT/MAPLEY 000627) | None Listed |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (September 1979) (CAEKAERT/MAPLEY 000724-000755) | WTNY (CAEKAERT/MAPLEY 000725) | None Listed |
| Pay Attention to Yourselves and to All the Flock – Acts 20:28 (September 1981) (CAEKAERT/MAPLEY 000756-000819) | WTNY (CAEKAERT/MAPLEY 000757) | None Listed |
| Shepherd The Flock of God – 1 PETER 5:2 (2010) (CAEKAERT/MAPLEY 000820-000965) | WTNY (2010 Printing) (CAEKAERT/MAPLEY 000824) | WTPA (2010) (CAEKAERT/MAPLEY 000824) |
| Circuit Overseer Guidelines (January 2018) (CAEKAERT/MAPLEY 001240-001369) | None Listed | WTPA (CAEKAERT/MAPLEY 001240) |
| Circuit Overseer Guidelines (October 2015) (CAEKAERT/MAPLEY 001370-001499) | None Listed | WTPA (CAEKAERT/MAPLEY 001370) |

CAEKAERT/MAPLEY 008134