# *Exhibit HH*

```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MONTANA
                         BILLINGS DIVISION
_____

  TRACY CAEKAERT, and           Case No.
  CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

        Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

        Defendants,

  ARIANE ROWLAND, and           30(b)(6) DEPOSITION
  JAMIE SCHULZE,                UPON ORAL EXAMINATION
                                OF WILLIAM HASCH AND
        Plaintiff,              RUSTIN HALEY

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,        Case No.
                                CV-20-59-BLG-SPW
        Defendants.
_____

        BE IT REMEMBERED, that the 30(b)(6)
deposition upon oral examination of WILLIAM HASCH
and RUSTIN HALEY, appearing at the instance of the
Plaintiffs, was taken at the offices of Fisher
Court Reporting, 2711 1st Avenue North, Billings,
Montana, on, Wednesday, January 10, 2024, beginning
at the hour of 9:09 a.m., pursuant to the Federal
Rules of Civil Procedure, before Barbara J. McLean,
Registered Merit Reporter, Certified Realtime
Reporter, and Notary Public.

                      * * * * * * *
```

William Hasch and Rustin Haley 30(b)(6)

```
 1        Q.   And when the circuit overseer was visiting
 2   the Hardin Congregation, during that period of
 3   time, what was the frequency?
 4        A.   It was every -- it was twice a year.
 5        Q.   And how was that determined?  Was that --
 6        A.   By available schedule.
 7        Q.   And what I mean is the twice a year, how
 8   does that -- how do you know that it was twice a
 9   year?  Is there some calendar?
10        A.   No.  It's just been that way as long as
11   I've been an Elder.
12        Q.   And any indication that it was different
13   in -- from '73 to '92 in Hardin?
14        A.   No.
15        Q.   How did you learn to do your -- perform
16   your duties as an Elder?  How did you learn that?
17        A.   Observation.
18        Q.   Anything else?
19        A.   Working with other Elders.  Occasionally
20   the branch would have a one-day class or a five-day
21   class on how to lovingly take care of the
22   congregation.  And those were referred to as
23   theocratic schools.
24        Q.   Did you attend those?
25        A.   Yes.
```

61

```
 1        Q.   How often are those put on?
 2        A.   There's really no schedule for them
 3   necessarily.  I think -- I don't know.  I've
 4   probably been to maybe under ten of those schools.
 5        Q.   In the whole time you've been an Elder?
 6        A.   Yeah.
 7        Q.   And how about documents?  Would you refer
 8   to documents?
 9        A.   It was all based on the Bible.
10        Q.   And --
11        A.   So Bible principles.  A subject would be
12   presented and we'd follow along and discuss it.
13        Q.   No documents other than the Bible that you
14   referred to as an Elder?
15        A.   There are principles displayed -- there
16   are some guidelines --
17        Q.   When you I say a document, I don't -- the
18   document could have anything.  It could have
19   guidelines or rules or suggestions?
20        A.   Yeah, there was -- the original book was
21   called "Organized to do Jehovah's Will," and that
22   explained just basic procedures, what the
23   secretary's job was, what the overseer's jobs were,
24   what the ministerial servants would do, what the
25   pioneers would do, and just based upon Bible
```

62

```
 1   principles and guidelines.
 2       Q.   If you look at Exhibit 19, page 4, go to
 3   number 11 at the bottom of the page.  I'm going to
 4   read this.  "Each document or other information
 5   that the Hardin Congregation elders or leaders
 6   referenced for direction on how to perform their
 7   duties."
 8       A.   Which page was that again?
 9       Q.   It's page 4 at the bottom.
10       A.   Page 4.  Okay.
11       Q.   Number 11.  And so this question is tied
12   to our time period, and you're testifying on behalf
13   of the Hardin Congregation, so "Each document or
14   other information that the Hardin Congregation
15   elders or leaders referenced for direction on how
16   to perform their duties."
17            Can you give me that list?
18       A.   That would be the organization to do
19   Jehovah's will.
20       Q.   Anything else?
21       A.   There might have been an Elder directional
22   guidebook, but I don't know.
23       Q.   Anything else?
24       A.   We would receive letters from the branch
25   on guidance, directional, how to handle things.  I
```

63

```
 1  believe you have one of those in copy.  But it
 2  would either be put down in a writing in a letter
 3  form or in one of those books or a basic Bible
 4  principle.
 5       Q.   And so can you identify any other
 6  documents other than those in response to the topic
 7  number 11?
 8       A.   No.
 9       Q.   Can you tell me, Mr. Hasch, what did you
10  do to prepare for specifically number 11?  What did
11  you review and whom did you speak with?
12       A.   Well, we did -- I know the organization
13  book was there in the -- at that time, so I know
14  that was there --
15       Q.   How do you know that?
16       A.   Because it was printed before that time
17  period.  And it's available to anybody who's
18  baptized.
19       Q.   All right.
20       A.   So --
21       Q.   Anything else?
22       A.   There wasn't anything in the file on
23  letters for that --
24       Q.   And did you --
25       A.   -- other than what we gave you.
```
64

```
 1   no.
 2        Q.   Just number 11?
 3        A.   No.  Because Tom wouldn't have been an
 4   Elder at that period, so why speak to him.
 5        Q.   Okay.  Let's go to number 12 here, kind of
 6   along the same lines.  This question, Mr. Hasch,
 7   which you've been designated as the person most
 8   knowledgeable to testify on behalf of Hardin
 9   Congregation, is "How the Elders or leaders of the
10   Hardin Congregation were notified of, and trained
11   to perform, their respective duties, including all
12   trainings that were held, the locations of such
13   trainings, who was present..."
14             So let's go through and see if we can
15   answer those first questions.
16        A.   Okay.
17        Q.   And this is for our time period 1973 to
18   '92.  So that first part, how were the Elders and
19   the leaders of the Hardin Congregation notified of
20   and trained to perform their duties?
21        A.   It would be through other Elders.  So they
22   would learn from the Elders in front of them.  The
23   organization book that we mentioned would describe
24   some of their duties, and at those theocratic
25   schools, they would learn.
```

67