*Exhibit JJ*

```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MONTANA
                   BILLINGS DIVISION
_____

  TRACY CAEKAERT, and          Case No.
  CAMILLIA MAPLEY,             CV-20-52-BLG-SPW

         Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC.,
  WATCH TOWER BIBLE AND
  TRACT SOCIETY OF
  PENNSYLVANIA, and BRUCE
  MAPLEY, SR.,                 VIDEOTAPED DEPOSITION
                               UPON ORAL EXAMINATION
         Defendants.           OF JAMES ROWLAND

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC.,

         Cross Claimant,

  BRUCE MAPLEY, SR.,

         Cross Defendant.


  ARIANE ROWLAND, and          Cause No.
  JAMIE SCHULZE,               CV 20-59-BLG-SPW

         Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., and
  WATCH TOWER BIBLE AND
  TRACT SOCIETY OF
  PENNSYLVANIA,

         Defendants.
_____
```

**Charles Fisher Court Reporting**
442 East Mendenhall, Bozeman MT  59715, (406) 587-9016

James Rowland

```
 1    in 1974 when I got back from college, University of
 2    Oklahoma.  And then they do give training then,
 3    because you go to --
 4        Q.   Who's "they"?  What do you mean?
 5        A.   Pardon?
 6        Q.   When you say, "they do give training," who
 7    gives the training?
 8        A.   The Society.  They have a district
 9    overseer that meets with all the elders when they
10    have this training annually.  And it's the finer
11    points of ministry, the finer points of, you know,
12    your duties, stuff like that.
13             So in '75, I think in early -- in January,
14    I went to that Kingdom Ministry School.  And that's
15    when that was.  It took a month.
16        Q.   So that training was called the Kingdom
17    Ministry School?
18        A.   Yeah.
19        Q.   Approximately 1975 for you.
20        A.   Yeah.
21        Q.   Do you remember where that was?
22        A.   Billings.
23        Q.   Billings.  "Yes"?  Billings?
24        A.   Yeah, Billings.  Yes.
25        Q.   Do you remember who was there?
```

66

James Rowland

```
 1        A.   No.  There was about 40 elders in the
 2   group, some new ones, some old ones.  And I can't
 3   even remember who the instructor was.  He might
 4   have been from New York.
 5        Q.   Okay.  Someone you hadn't seen before.
 6        A.   Yeah, he was just here to teach that class
 7   and then go back to New York or whatever.
 8        Q.   And in addition to the Bible, were they
 9   using other books as part of your training?
10        A.   Yeah.  Yeah, with the -- like, the
11   teaching book, you know, like, one of the
12   publications is to become a better teacher, you
13   know, and --
14        Q.   Let me show you a document.  This is
15   called "Kingdom Ministry School Course."
16        A.   Yeah.
17        Q.   And it's Bates WTPA 1 is the first page of
18   this document.  It's the document that was given to
19   us by WTPA, the Pennsylvania corporation.
20        A.   Yeah.
21        Q.   And you'll see there -- can you read that
22   okay?
23        A.   Yeah.
24        Q.   It's dated October 1972?
25        A.   Uh-huh.  Yeah, that's the thing that --
```

67

James Rowland

```
 1        A.    I had to stay in Billings.
 2        Q.    And did they pay for that for you?
 3        A.    No.
 4        Q.    You had to pay for it on your own?
 5        A.    Yeah.
 6        Q.    Okay.  Let's maybe mark -- can we mark
 7   this and keep it in the binder as No. 2?
 8              (Deposition Exhibit No. 2 was marked for
 9   identification.)
10   BY MR. SHAFFER:
11        Q.    We'll come back to that document later,
12   all right?
13        A.    Okay.
14        Q.    Did the other elders from the Hardin
15   Congregation come with you for that training in
16   1975, or --
17        A.    No.  They had been through that I guess
18   the year before.  And being that I was new at the
19   job, so to speak, they invest the time and effort
20   into this so you're a better teacher and a better
21   overseer.
22        Q.    When you say that, you mean the people
23   from New York who are doing the training in
24   Billings?
25        A.    Yeah.
```

69