**Exhibit A**

During this deposition, Plaintiffs requested the transcript be treated as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order adopted by the Court on January 27, 2022.  *See* ECF Docs. 110-1 and 111.

Therefore, the transcript designated as Exhibit A to Defendants' Joint Statement of Undisputed Facts will be filed immediately following the entry of this document into the record.  This filing under seal is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.