*Tracy Caekaert and Camillia Mapley v*
*Watchtower Bible and Tract Society of New York, Inc.*

---

*Shirley Gibson*
*April 14, 2022*

---

*Charles Fisher Court Reporting*

*442 East Mendenhall*

*Bozeman, MT 59715*

*(406) 587-9016*

*maindesk@fishercourtreporting.com*

**Min-U-Script® with Word Index**

**Exhibit C**

Page 57

1  that?
2     A.  No, I did other things.  I didn't do that
3  kind of stuff, no.  I helped with brick work.
4  Just all kinds of things.  Mainly cooking.
5     Q.  I see.  Okay.  So there would be a -- a
6  mobilization, of sorts, of -- of members --
7     A.  Lots of them at that time.
8     Q.  I see.
9     A.  It's done differently now --
10    Q.  Okay.
11    A.  -- but, yes.
12    Q.  But we're back in 1970 -- between 1975,
13  1980, for instance.  There would be a mobilization
14  of members to build a -- build a Kingdom Hall
15  somewhere.  Is that right?
16    A.  Right.
17    Q.  And then everybody would kind of play a
18  role in getting that done?
19    A.  Yes.  We did it in three days.
20    Q.  Wow.  Okay.
21        Do you remember where you did that?
22    A.  We did one in Hardin, one in Laurel, one
23  in Columbus, one in Casper, one in Cody.  There
24  was one other -- Oh, there was another one in
25  Wyoming.  I can't remember.

Page 58

1     Q.  Okay.  Would Bruce go with you?
2     A.  Yes.  He was a carpenter.
3     Q.  Yeah.  I'm -- I -- I'm -- kind of want to
4  learn a little bit more -- as much as I can,
5  anyway, about your volunteer work.  Other things
6  you did as a volunteer besides assist with these
7  Kingdom Hall builds?
8     A.  Well, I didn't really do a lot.  I just
9  helped out wherever I was needed.
10    Q.  Sure.  And was that typical for members
11  to do that?
12    A.  Yes.  The ones that could travel and go
13  places, yes, at that time, yes.
14    Q.  Sure.  Okay.
15        So in this affidavit here, Exhibit 5,
16  when you say that you became an active volunteer
17  doing service work, and then the next sentence you
18  mention that you divorced Bruce in 2001, and you
19  say you're currently an active member of the
20  church and you continue to do volunteer service
21  work, that's what you're talking about.
22    A.  Yes.
23    Q.  Preaching, assisting where you can.
24    A.  Yeah.
25    Q.  When there's mobilizations of members of

Page 59

1  the congregation.
2     A.  Yes.
3     Q.  Do you attend church?  Is it Sundays?
4     A.  We have meetings on Thursday night and
5  Sunday.
6     Q.  Okay.  And do you do any sort of
7  volunteer work during those services?
8     A.  No.
9     Q.  Okay.  How many different congregations
10  or Kingdom Halls do you think you've kind of done
11  that kind of service work with that you've
12  described?  Hardin for sure, right?
13    A.  I'm -- I'm sorry, I don't -- I don't know
14  what you mean.  Do you mean building -- helping
15  build the Kingdom Halls?
16    Q.  Or -- Or preach, you know, work, go door
17  to door and preach.
18    A.  Well, everywhere I've went --
19    Q.  Okay.
20    A.  -- I've done it.
21    Q.  Yeah.  Let me make sure I've got a full
22  list of that.  We've got Hardin; Laurel; Heppner;
23  Canoga Park; Jackson, Wyoming.
24    A.  (Nods head.)
25    Q.  Livingston, Wickenburg.

Page 60

1     A.  (Nods head.)
2     Q.  And then Helena.
3     A.  Yes.
4     Q.  Which -- Which Kingdom Hall is in Helena?
5     A.  I'm in Canyon Ferry congregation.
6     Q.  Okay.  And have you been a member of
7  other congregations in Helena?
8     A.  No.
9     Q.  Just that one?
10    A.  Just that one.
11    Q.  Okay.  And is that the full list of the
12  congregations where you've served as a member?
13    A.  All the -- All those places that I've
14  been.
15    Q.  Yeah.
16    A.  In Helena, this is the only one, yeah.
17    Q.  Okay.  All right.
18        Let's talk about paragraph 3 of your
19  affidavit.  The first sentence you state that
20  Bruce, Sr. was a pedophile who started molesting
21  Tracy when she was four.  And then you say [As
22  Read]: "This came out in 1977 when we learned that
23  another Ministerial Servant in the Hardin
24  congregation, Gunner Hain, had sexually molested
25  Tracy at his home."

Page 61

1    A.  Yes.
2    Q.  Why do you say 1977?  You fairly -- How
3  do you feel about that number, that year?  Pretty
4  certain about that?
5    A.  Yes.
6    Q.  Tell me why.
7    A.  Because it was brought to my attention
8  all this stuff had happened, and I --
9    Q.  How -- How was it brought your attention?
10    A.  Well, because of Gunner Hain, it came
11  out.  He was reproved, but they didn't do anything
12  to Bruce 'cause he -- Anyway.  I was told what had
13  happened, and then Bruce admitted he had too,
14  so -- but they didn't do anything with Bruce but
15  they did something -- they -- Gunner Hain was
16  reproved is all.
17    Q.  Who told you that?
18    A.  Harold Rimby.
19    Q.  And so when you say this came out in
20  1977, that -- that -- Harold Rimby told you
21  personally --
22    A.  Yes.
23    Q.  -- about Gunner Hain.
24    A.  And my ex-husband.
25    Q.  And your ex-husband molesting Gunner's

Page 62

1  stepdaughter.  Gunner had molested his
2  stepdaughter and Tracy.
3    A.  (Nods head.)
4    Q.  How did Mr. Rimby know that?
5    MR. SWEENEY:  Objection.  Speculation.
6    A.  Do I still answer?
7  BY MR. SHAFFER:
8    Q.  Yeah, go ahead.  Yeah.
9    A.  Well, because Gunner told Harold.
10    Q.  And then Harold told you.
11    A.  Yes.
12    Q.  Okay.  Sounds like Harold told you about
13  Gunner.  Did -- In -- In the same conversation he
14  told you that Bruce had done the same thing?
15    A.  Yes.
16    Q.  And do you know how Harold knew
17  that -- that Bruce had molested Tracy?
18    MR. SWEENEY:  Objection.  Speculation.
19  BY MR. SHAFFER:
20    Q.  Go ahead.  It's okay.
21    A.  Well, Bruce admitted to Harold that he
22  had.
23    Q.  Okay.  And then Harold told you.
24    A.  Yes.
25    Q.  Okay.  In 1977 -- Why do you say 1977 as

Page 63

1  opposed to 1978?
2    A.  Because it was the year after we were
3  baptized.
4    Q.  Okay.  So you feel -- you're certain
5  about that number, 1977.
6    A.  (Nods head.)
7    Q.  Yeah.  Where were you when you had this
8  conversation with Mr. Rimby?
9    A.  In our home at Fort Smith.
10    Q.  Who else was there?
11    A.  My ex-husband.
12    Q.  So just the three of you?
13    A.  Yeah.  Well, my children were there, too.
14    Q.  Okay.  And had Mr. Rimby announced he was
15  going to come over to have this conversation with
16  you or did he just show up, or how'd that happen?
17    A.  I guess just showed up.  I don't
18  remember.  We didn't make announcements; we just
19  came --
20    Q.  Okay.
21    A.  -- to each other's homes.
22    Q.  I take it it was a surprise.  It was
23  shocking.
24    A.  Yes.
25    Q.  Is that fair?

Page 64

1    A.  And the first thing I said was "We need
2  to call the authorities."
3       And Harold said, "I'll take care of it."
4    Q.  Okay.
5    A.  So I assumed he would, but he didn't.
6    Q.  Okay.
7    A.  I mean, maybe he did.  He didn't call the
8  authorities, though.  And that was my mistake.
9    Q.  Was Harold an elder at that point?
10    A.  Yes.
11    Q.  And you're new to the church at that
12  point in time.
13    A.  Yes.
14    Q.  You understood that if Harold -- Harold
15  was essentially directing how to take care of this
16  situation.  Is that right?
17    A.  Yes.
18    Q.  And would there be a consequence to you
19  as a member if you did -- if you disobeyed
20  Mr. Rimby's command to not tell the authorities?
21    A.  No, there wouldn't have been a problem.
22  I just assumed he was going to do it.  He said he
23  was.
24    Q.  He said he was going to tell the
25  authorities or he was going to handle it?