Robert L. Stepans  
Ryan R. Shaffer  
James C. Murnion  
Victoria K.M. Gannon  
Meyer, Shaffer & Stepans, PLLP  
430 Ryman Street  
Missoula, MT 59802  
Tel: (406) 543-6929  
Fax: (406) 721-1799  
rob@mss-lawfirm.com  
ryan@mss-lawfirm.com  
james@mss-lawfirm.com  
katy@mss-lawfirm.com  

Matthew L. Merrill (appearing *pro hac vice*)  
Merrill Law, LLC  
1401 Delgany Street, #404  
Denver, CO 80202  
Tel: (303) 947-4453  
matthew@merrillwaterlaw.com  

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants, | Case No. CV-20-52-BLG-SPW <br><br> **STIPULATION RE: MODIFIED EXPERT REPORT DISCLSOURE AND BRIEFING SCHEDULE FOR DR. BÜTZ** |

| | |
|---|---|
| ARIANE ROWLAND, and JAMIE SCHULZE )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WATCHTOWER BIBLE AND TRACT )<br>SOCIETY OF NEW YORK, INC., and )<br>WATCH TOWER BIBLE AND TRACT )<br>SOCIETY OF PENNSYLVANIA, )<br>)<br>Defendants. )<br>) | Case No. CV-20-59-BLG-SPW |

Pursuant to the Court's Order (ECF No. 325; CV-20-52 and ECF No. 258; CV-20-59), Plaintiffs and Defendants stipulate to a modified expert report disclosure and briefing schedule regarding the trial testimony of Dr. Bütz as set forth below:

- ➢ Dr. Butz shall disclose his expert report no later than July 8, 2024.

- ➢ Plaintiffs shall have up to twenty-eight (28) days (including weekends and holidays) from Defendants' disclosure of Dr. Bütz's reports (informal or otherwise) to file a motion challenging Dr. Bütz's trial testimony, but in any event, Plaintiffs' motion shall be filed no later than August 2, 2024.

- ➢ Defendants shall have until August 5, 2024 to file a response brief.

- ➢ No reply brief will be filed.

DATED 15th day of April, 2024.

//

Stipulation re: Modified Expert Report Disclosure and Briefing Schedule re: Dr. Bütz
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **2** of **4**

MEYER, SHAFFER & STEPANS PLLP

By: /s/ Ryan Shaffer
    Ryan R. Shaffer
    MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

By: /s/ Brett C. Jensen
    Jon A. Wilson / Brett C. Jensen /
    Michael P. Sarabia
    BROWN LAW FIRM, P.C.

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Stipulation re: Modified Expert Report Disclosure and Briefing Schedule re: Dr. Bütz
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **3** of **4**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

Stipulation re: Modified Expert Report Disclosure and Briefing Schedule re: Dr. Bütz
*Caekaert and Mapley v. Watchtower Bible Tract of New York, Inc., et. al.*
*Rowland and Schulze v. Watchtower Bible Tract of New York, Inc., et. al.*
Page **4** of **4**