| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany St. #404 |
| Victoria K.M. Gannon | Denver, CO  80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) ) **PLAINTIFFS' MOTION FOR** |
| vs. | ) **SANCTIONS RE:** ) **DEPOSITIONS OF** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) **GARY BREAUX AND** ) **ALLEN SHSUTER** ) ) ) |
| Defendants, | ) ) |

Plaintiffs, by and through counsel, move the Court for an order sanctioning

Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") for

its bad faith conduct and discovery obstruction before and during the depositions of Gary Breaux and Allen Shuster.

A brief in support of this Motion is being filed contemporaneously herewith.

DATED this 18th day of April, 2024.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                                By: /s/ Ryan Shaffer
                                                       Ryan R. Shaffer
                                                       MEYER, SHAFFER & STEPANS PLLP

                                                *Attorneys for Plaintiffs*