*Exhibit A*

Page 1

```
 1
 2       IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MONTANA
 3             BILLINGS DIVISION
 4   TRACY CAEKAERT and CAMILLIA MAPLEY,
 5                       PLAINTIFFS,
 6         -against-        Case No.:
                        CV-20-52-BLG-SPW
 7
     WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
 8   YORK, INC., and WATCH TOWER BIBLE AND TRACT
     SOCIETY OF PENNSYLVANIA,
 9
                         DEFENDANTS.
10   ----------------------------------------X
     ARIANE ROWLAND and JAMIE SCHULZE,
11
                         PLAINTIFFS,
12
           -against-        Case No:
13                      CV-20-59-BLG-SPW
14   WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
     YORK, INC., and WATCH TOWER BIBLE AND TRACT
15   SOCIETY OF PENNSYLVANIA,
16                       DEFENDANTS.
     ----------------------------------------X
17
18                   DATE: December 5, 2023
19                   TIME: 9:21 A.M.
20
21
22          VIDEO RECORDED EXAMINATION
23   BEFORE TRIAL of the Non-Party Witness, GARY
24   BREAUX, taken by the Plaintiffs, pursuant
25   to a Subpoena, held at the offices of
```

```
 1                    G. BREAUX
 2       Q.     -- picking up your Bible.
 3       A.     Yeah.  I have the Bible.  I'd
 4  like to explain my position as an
 5  individual is based on Isaiah 43 and verse
 6  10, and that's really -- this is -- this is
 7  the way I feel.  This says, "You are my
 8  witnesses, declares Jehovah."
 9            MR. STEPANS:  I have to object
10       as nonresponsive.
11       Q.     But please go forward.
12       A.     "Yes, my servant, whom I have
13  chosen so you may know and have faith in
14  me."
15            So I'm one of Jehovah's
16  Witnesses.  I'm a witness of Jehovah.
17  That's who I'm devoted to, that's who I
18  worship, that's who I serve.
19       Q.     Okay.  And are there any --
20  well, let me -- let me start.
21            When did you become one of
22  Jehovah's Witnesses?  That -- let's start
23  with that.  That'd be great.
24       A.     Let's see.  1956.
25       Q.     How old were you?
```

```
 1                    G. BREAUX
 2   I -- I am one of Jehovah's Witnesses.  I
 3   attend a Christian congregation --
 4        Q.    I see.
 5        A.    -- which is Fostertown.
 6        Q.    Do you hold any positions --
 7   well, let me ask you this.  I -- are you
 8   familiar with the Watchtower Bible and
 9   Tract Society of New York?
10        A.    Yes.
11        Q.    What is that?
12        A.    A legal entity.
13        Q.    Embellish upon that.  What does
14   that mean?
15        A.    I'm not in a position, really,
16   to respond to that.
17        Q.    Okay.  Do you know what they
18   do?  Do you know what that entity does?
19        A.    I really don't represent them,
20   and I -- I really haven't prepared myself
21   to answer what they're involved in.
22        Q.    I'm asking based on your
23   personal knowledge.  That's what you're
24   here to do today.
25             Do you have an understanding of
```

```
 1                    G. BREAUX
 2   what Watchtower Bible and Tract Society of
 3   New York does?
 4        A.    As I sit here now, no.  Not
 5   completely.
 6        Q.    And when you say not
 7   completely, I'm asking if you have any idea
 8   what that organization does.
 9        A.    No.  I don't remember.
10        Q.    How about Watch Tower Bible and
11   Tract Society of Pennsylvania?  Is that an
12   entity you're familiar with?
13        A.    It's a legal entity.
14        Q.    Okay.  What -- and do you have
15   any knowledge of what that entity does?
16        A.    I just know they're
17   international.
18        Q.    Is that the only thing that you
19   know about them?
20        A.    That's really all I know.
21        Q.    Okay.  How about the Christian
22   Congregation of Jehovah's Witnesses?  Is
23   that a term you're familiar with?
24        A.    It's a legal entity.
25        Q.    Okay.  And are you familiar
```

```
 1                    G.  BREAUX
 2   with  what  they  do?
 3        A.    I'm  not  in  a  position  to
 4   explain  the  Christian  Congregation  of
 5   Jehovah's  Witnesses.
 6        Q.    And  why  is  that?
 7        A.    I'm  not  representing  them.   I'm
 8   representing  myself.
 9        Q.    And  I'm  sorry.   I  --  I  feel
10   like  you  might  be  a  little  bit  confused
11   about  the  way  I'm  asking  these  questions,
12   so  let  me  clarify.
13             Any  question  I'm  asking  you  is
14   based  on  your  personal  knowledge.   I'm  not
15   asking  you  to  represent  anyone  else  because
16   that's  not  what  you're  here  to  do.   Your
17   personal  knowledge  is  what  we're  here  to
18   understand.
19             And  so  when  I  ask  you  a
20   question,  it  is  based  upon  your  personal
21   knowledge.   I'm  not  asking  for  you  to
22   represent  any  other  entity.   Do  you
23   understand  that?
24        A.    Would  you  make  that  clear  every
25   time  you  ask  me  a  question?
```

Page 25

```
 1                    G. BREAUX
 2              MR. STEPANS:  Strike that.
 3              MS. KORBEL:  -- to the form.
 4              MR. STEPANS:  Strike it.
 5        Strike it.
 6        Q.    What does a congregation elder
 7   do?
 8        A.    Well, I can tell you what I do
 9   as an elder.  I can't talk about all the
10   congregation elders.
11        Q.    Once again, just please, based
12   upon your personal knowledge and your
13   experience, tell me.
14              So once again, what did you do
15   as an elder?
16        A.    Okay.  Thank you.
17              As an elder, I -- I go from
18   door to door.  I -- I -- I take active part
19   in preaching the good news.  I prepare
20   talks for our congregation meetings.  I
21   give spiritual advice to those that are
22   asking, take care of humanitarian needs of
23   those that are in need.
24        Q.    How long were you a
25   congregation elder?
```

Page 26

```
 1                    G. BREAUX
 2        A.    I believe since 1972.
 3        Q.    Until the present?
 4        A.    Yes.
 5        Q.    What congregation did you first
 6   become an elder in?
 7        A.    Riverview Gardens Congregation,
 8   St. Louis, Missouri.
 9        Q.    How did you come to be an
10   elder?
11        A.    Well, as I recall, the other
12   men in the congregation met and made a
13   recommendation, and my name was
14   appointed -- my name was announced as a
15   congregation elder.  So I wasn't involved
16   in that process, but that's what I recall.
17        Q.    Have you ever been involved in
18   that process for others when appointing
19   elders?
20        A.    When I was in -- yes.  I have
21   as an elder in a congregation.
22        Q.    Tell me about that process --
23        A.    Okay.
24        Q.    -- from that end of it.
25        A.    Okay.  I follow the scriptural
```

```
1                    G. BREAUX
2    appoint myself.  I -- I -- I do not know.
3         Q.    Do you remember how you got
4    word that you were a circuit overseer?
5         A.    I do not remember.  It's been
6    too many years ago.
7         Q.    Who did you answer to as a
8    circuit overseer?  Who did you report to?
9         A.    Can you explain your question?
10   Report?
11        Q.    If I understood correctly, you
12   said you traveled around to various
13   congregations providing information,
14   gathering information.  To whom did you
15   share the information that you gathered
16   from the congregations?
17             MS. KORGUL:  Objection to the
18         form.
19        A.    I -- I sent reports to service
20   department.
21        Q.    What's the service department?
22        A.    It's a group of -- no.  I --
23   I -- I -- I don't know.  I'm not here,
24   really, to explain to you what the service
25   department's all about.
```

Page 48

```
 1                    G. BREAUX
 2        Q.    Do you have an understanding,
 3   based on your personal knowledge, of what
 4   the service department does?
 5        A.    Yes.  I...
 6        Q.    Please go ahead, then.
 7        A.    I do.  From my perspective,
 8   it's a group of volunteers that oversee the
 9   preaching work, that give recommendations
10   to how to handle the preaching in the
11   congregations.
12        Q.    Anything else?
13        A.    No.  I don't remember anything
14   else at this moment.
15        Q.    Okay.  So what you -- the
16   answer you just gave, that is the extent of
17   your personal knowledge about what the
18   service department does.  Is that right?
19        A.    Other than what my own
20   assignment is, yes.
21        Q.    Are you currently on the
22   service department, a member of it?
23        A.    Yes, I am.
24        Q.    What's your -- do you have a
25   title?
```

Page 52

```
 1                    G.  BREAUX
 2   countries.
 3        Q.    And is that a legal entity?
 4        A.    No.
 5        Q.    And do you have an
 6   understanding of, based on your person
 7   knowledge, what the U.S. Branch Committee
 8   does?
 9        A.    I don't know.  Limited
10   knowledge.
11        Q.    Please.
12        A.    They -- some individuals will
13   care for the health of the Bethel family;
14   that's basically care for the buildings.
15        Q.    And what do you mean by care
16   for the buildings?
17        A.    Well --
18        Q.    Physically take care of them?
19        A.    Yes.
20        Q.    The U.S. Branch Committee --
21   people who are on the U.S. Branch Committee
22   fix the buildings?
23        A.    Yeah.  Well, I -- I don't --
24   I -- yeah.  I don't know.  They -- they
25   don't personally fix the buildings, but
```

Page 53

```
 1                      G. BREAUX
 2    they have teams that do it.
 3         Q.    So it sounds like they have
 4    decision-making authority about spending
 5    money to fix the buildings?
 6         A.    Well, I -- I -- I don't know.
 7    I don't know.  I'm not experienced in that.
 8    I'm not going to go into that area.
 9         Q.    All right.  Anything else that
10    you have person knowledge about what the
11    U.S. Branch Committee does?
12         A.    No, I don't.
13         Q.    And do you know -- do you have
14    an understanding of to whom the U.S. Branch
15    Committee reports?
16         A.    No, I don't.
17         Q.    Do you know if they report to
18    the Governing Body?
19         A.    No, I don't.  I don't know if
20    they report to the Governing Body.
21         Q.    Do you have an understanding
22    whether the Governing Body has authority
23    over the Branch Committee?
24         A.    No, I do not.
25         Q.    Is it your understanding,
```

Page 61

```
 1                     G. BREAUX
 2   your appointment as a circuit overseer the
 3   first time.  That's kind of what got us
 4   into this, so I'll bring us back there.
 5              I think you indicated -- I
 6   believe you indicated that you don't know
 7   how you were appointed as a circuit
 8   overseer.  Is that right?
 9       A.    That's correct.
10       Q.    Okay.  Now, in your role as the
11   overseer of the service department, do you
12   have any understanding of how circuit
13   overseers are appointed?
14              MS. KORGUL:  You want us to
15         close the door?
16              MR. STEPANS:  Yeah.
17       A.    Yeah.  I -- I do not know.  I'm
18   not prepared to explain all of -- that's
19   not...
20       Q.    And I -- once again here, this
21   is based on your personal knowledge.  So
22   please, if you can, just answer based upon
23   that.
24       A.    No.  I -- I -- I don't know.
25       Q.    Is the service department
```

Page 62

```
 1                    G. BREAUX
 2   involved in appointing circuit overseers in
 3   any way?
 4        A.    I'm not here representing
 5   service department, so I -- I don't know.
 6        Q.    And once again, I'm not asking
 7   you questions as a representative of that.
 8        A.    Okay.
 9        Q.    I'm asking about your personal
10   knowledge.  So do you have any personal
11   knowledge of the role of the service
12   department, if any, in appointing circuit
13   overseers?
14        A.    I don't know.
15        Q.    Do you remember when you were
16   first appointed as a circuit overseer,
17   approximately?
18        A.    1986, as I recall.
19        Q.    All right.  And for how long
20   were you in that role at that time,
21   approximately?
22        A.    Wait.  I -- I didn't answer
23   correctly.  Can you ask the question again?
24            MS. KORGUL:  You could correct
25         it if --
```

```
 1                    G.  BREAUX
 2      A.     Thank you.
 3      Q.     Of course.
 4      A.     Yeah.  I was first appointed in
 5   1975.  I apologize for that.
 6      Q.     Not at all.
 7             And do you know how long you
 8   were in that role at that time?
 9      A.     Yeah.  That's what I was
10   counting.  Till 1981, as I recall.
11      Q.     And then appointed again in
12   1986?
13      A.     That's correct.
14      Q.     So that would be the second
15   time that --
16      A.     That's correct.
17      Q.     -- you were appointed.
18             And do you recall how long you
19   were in the role of circuit overseer the
20   second time starting in 1986,
21   approximately?
22      A.     Yeah.  Till February 1994.
23      Q.     Where were you living -- let's
24   go -- let's go to the 1975 to '81 circuit
25   overseer time.
```

                         G. BREAUX

1

2        Q.      And have you been there ever

3    since?

4        A.      Yes.

5        Q.      All right.  What was your role

6    when you first went to Bethel?  Did you

7    have a title?

8        A.      Was an elder in the

9    congregation; and in the Bethel

10   environment, I worked as -- I was assigned

11   as a service desk -- desk man in service

12   department.

13       Q.      And how long were you a desk

14   man in the service department?

15       A.      I don't know.

16       Q.      Can you approximate?  Ten

17   years?

18       A.      2004, probably less.

19       Q.      And talk to me a little bit

20   about that role.  What did you do?

21   What's -- what's a desk man?

22       A.      Yeah.  I'm not going to go

23   into -- that's -- let -- let a

24   representative of service department

25   explain what a desk man does.

Page 78

```
 1                    G. BREAUX
 2        A.    Yeah.  That's correct.
 3        Q.    Or actually, I should say when,
 4   in 1994, the service desk was within the
 5   service department.  Is that right?
 6        A.    Yes.
 7        Q.    And do you know if that changed
 8   at any point in time?
 9        A.    Not to my knowledge.
10        Q.    What sorts of things would
11   people call about?
12              MS. KORGUL:  Well, I will
13         object to identifying specific people
14         with specific issues based on
15         confidentiality and privilege.  In
16         general, you can answer.
17        A.    Bible questions.
18        Q.    Anything else?
19        A.    I don't remember beyond that.
20        Q.    And do you have a personal
21   understanding of what the -- how the role
22   of desk man is defined?
23        A.    I'm not in a position to
24   explain purpose of a desk man.
25        Q.    You don't --
```

Page 79

```
 1                    G. BREAUX
 2        A.     Service desk.
 3        Q.     I'm sorry.  You don't have any
 4   knowledge about what -- what a desk man
 5   does?
 6        A.     You know, I -- I -- let someone
 7   else explain to you the workings of a
 8   service desk.
 9        Q.     Certainly, I'm asking just
10   about your personal knowledge, so maybe --
11   did you have an understanding of what you
12   were supposed to do as a desk man?
13        A.     Yes.  As I said, I answered
14   phones, I answered questions.  Individuals
15   had questions, Bible questions, how to
16   handle their lives, how to handle
17   situations, and that's -- that was the
18   role.
19        Q.     And how -- what I'm asking is
20   how did you come to understand what
21   comprised that role?  That is my question.
22        A.     Well --
23        Q.     You personally.
24        A.     I was brought into Bethel, put
25   at a desk and started answering phone
```

Page 88

```
 1                    G. BREAUX
 2   roles?  I want to get back to a little bit
 3   more discussion of your role at the service
 4   desk.
 5              But since you've been in
 6   Bethel, in addition to being on the U.S.
 7   Branch Committee as a voting member, are
 8   there any other positions that you have
 9   held there at Bethel?
10              I'm sorry.  I should clarify.
11   You also indicated you were overseer of the
12   service department.  Is that right?
13        A.    Correct.
14        Q.    Okay.  So we have U.S. Branch
15   Committee and the overseer of the service
16   department.  I don't want to retread that.
17   Anything other than those?
18        A.    A helper.
19        Q.    What's a helper?
20        A.    Helper to the Governing Body.
21        Q.    And what does that mean?  What
22   do you do in that role?
23        A.    I'll speak about just myself.
24   That's what our understanding is.  I
25   can't --
```

Page 89

                    G. BREAUX
1
2        Q.     Yes.
3        A.     -- talk about anybody else's
4   role.  But I -- I take you back to the
5   Bible, if you give me opportunity to --
6   here's my understanding of the basis.
7        Q.     And if I could, I would -- I
8   would very much prefer to understand your
9   answer, and if you'd like to give me the
10  basis, that's fine.  But before we get into
11  the basis of your answer, if you could just
12  answer the question.
13       A.     The -- yes.  The -- the name
14  explains itself, help the Governing Body.
15       Q.     With what?
16       A.     With -- for me, it's
17  disasters -- disaster relief, humanitarian
18  needs and preaching campaigns in other --
19  other countries.
20       Q.     Do you help -- do you help by
21  actually going and doing those yourself,
22  going and preaching, or is it some other
23  function that you're serving as a helper to
24  assist the Governing Body with those tasks?
25       A.     Sometimes it's physically

```
                                        Page 96
 1                    G. BREAUX
 2        Q.    And so if we clarify, is that
 3   the Watchtower Bible and Tract Society of
 4   New York?
 5        A.    Yes.
 6        Q.    How long have you been a voting
 7   member?
 8        A.    I do not know.
 9        Q.    Approximately --
10        A.    I don't remember.
11        Q.    -- more than 10 years?
12        A.    '23, '13.  I do not remember
13   really.
14        Q.    What sorts of -- are you a
15   voting member of CCJW?
16        A.    Yes.
17        Q.    How about Watch Tower Bible and
18   Tract Society of Pennsylvania?  Have you
19   held any role with them?
20        A.    A voting member.
21        Q.    And are you currently a voting
22   member of --
23        A.    Yes, I am.
24        Q.    Okay.  And I appreciate you
25   drawing the distinction.  So on the legal
```

```
 1                    G. BREAUX
 2  side, other than being a voting member of
 3  CCJW, a voting member of Watchtower Bible
 4  and Tract Society of New York and a voting
 5  member of Watch Tower Bible and Tract
 6  Society of Pennsylvania, do you hold any
 7  other roles?
 8       A.    Vice president in CCJW.
 9       Q.    How long have you been in that
10  role, approximately?
11       A.    I don't know.  More than five
12  years.
13       Q.    Any other roles?
14       A.    No.
15       Q.    I wanted to go back, just very
16  briefly, to the service desk appointment
17  that you were describing.  Are you with me?
18            Earlier, you're -- you were
19  appointed in '94 to be a desk man in the
20  service department.  Is that right?
21       A.    Yes.
22       Q.    Were you responsible for any
23  specific geographic regions?  Like, would
24  you field calls from particular areas?
25       A.    Yes.
```

```
 1                    G. BREAUX
 2        A.    No, I cannot.
 3        Q.    Do you have an understanding of
 4   the relationship between CCJW and the
 5   service department?
 6        A.    One is a legal entity, and the
 7   other cares for the -- the spiritual needs.
 8        Q.    And which is which?
 9        A.    The legal corporation is a
10   legal corporation.
11        Q.    Which is what?  That's what I'm
12   asking.  The service department?
13        A.    No.  Service department is not
14   a legal entity.
15        Q.    So CCJW is the legal entity.
16   Is that right?
17        A.    That is correct.
18        Q.    And what is your understanding
19   as the overseer of the service department
20   and the vice president of CCJW of what the
21   relationship is, if any, between the
22   service department and CCJW?
23        A.    Yeah.  I'm not in a position,
24   really, to answer that.
25        Q.    I'm asking based on your
```

```
 1                    G. BREAUX
 2   wanted to clarify with you.  I -- you were
 3   talking about your role with Watchtower
 4   Bible and Tract Society of New York before
 5   the noon break.
 6         A.    Yeah.
 7         Q.    And could you identify all of
 8   the roles that you hold within Watchtower
 9   Bible and Tract Society of New York?
10               MS. KORGUL:  You mean currently
11         or...
12               MR. STEPANS:  Correct.
13         A.    Currently, a voting member.
14         Q.    Okay.  At any point in time,
15   have you held other positions within
16   Watchtower Bible and Tract Society of New
17   York?
18         A.    Yes.
19         Q.    And what were those roles?
20         A.    Assistant secretary treasury,
21   as I recall.
22         Q.    All right.  And assistant
23   secretary and assistant treasurer or is
24   that --
25         A.    No.
```

Page 114

1                    G.  BREAUX

2               Service -- or excuse me.  WTNY?

3        A.     Yes.

4        Q.     And the Branch Committee?  U.S.

5   Branch Committee?

6        A.     It's not a legal entity.

7        Q.     And so what are you -- what are

8   a voting member of then?  Do they make

9   decisions?  Does the U.S. Branch Committee

10  make decisions?

11       A.     Yes.  You were talking about

12  legal --

13              MR.  TAYLOR:  Excuse me.

14       A.     -- so I separated those two.

15       Q.     Legal?

16       A.     Yeah.  The legal entities, yes.

17  I was board member in the legal entities,

18  and I voted.

19       Q.     And it sounds like you were

20  also a board member of WTP -- or excuse

21  me -- of the U.S. Branch Committee.  Is

22  that right?

23       A.     Yes.  I -- I'm a member of the

24  Branch Committee.

25       Q.     And are you a voting member?

```
                                      Page 129
 1                    G. BREAUX
 2   it as a legal entity?  Do you understand it
 3   as that?
 4        A.    No.
 5        Q.    What's your understanding of
 6   what -- what it is?
 7        A.    Group of anointed elders that
 8   work as -- as a -- as a team as the
 9   Governing Body.
10        Q.    And so the meetings with them,
11   are they strictly about -- about -- with
12   the service committee, are those meetings
13   strictly about practical and logistical
14   considerations that you've identified or do
15   you discuss religious matters with them in
16   those meetings as well?
17              MR. TAYLOR:  Just objection to
18         the form.
19        A.    We discuss the Bible, if that's
20   what you're asking.
21        Q.    Do you discuss policies and
22   procedures?
23              MS. KORGUL:  Objection to the
24         form.
25        A.    We discuss what would be
```

1                    G. BREAUX

2    helpful to the field; what kind of problems

3    are -- are they dealing with; what are the

4    stresses in life; how can we help; where

5    can we send missionaries to assist; how can

6    we send other individuals that are

7    available to go and support local

8    congregations.

9         Q.    Do you discuss policies?

10               MS. KORGUL:  Objection to the

11          form.

12        A.    In my knowledge, in my

13    understanding, there are no policies.

14        Q.    Do you discuss procedures?

15               MS. KORGUL:  Objection to the

16          form.

17        A.    We discuss counsel, suggestions

18    that could be made.  We discuss advice that

19    would be helpful.

20        Q.    How is that agenda set --

21        A.    I don't know.

22        Q.    -- week to week?

23        A.    I don't know.

24        Q.    Do you set it?

25        A.    I do not.

Page 141

```
 1                    G. BREAUX
 2   man.
 3        Q.    How about before that?
 4        A.    No.  I have no information.
 5        Q.    Have you ever had any
 6   information about the handling of child sex
 7   abuse claims?
 8        A.    Ever?
 9        Q.    Yes.
10        A.    Currently, I have some
11   information.
12        Q.    And what is that?
13        A.    I think someone else should
14   explain to you service department
15   procedures.  I'm not here representing
16   service department.  I'm here representing
17   myself.
18        Q.    And do you have any knowledge,
19   personally, about the handling of child sex
20   abuse reports in the 1970s?
21        A.    No, I do not.
22        Q.    Did you at any point in time?
23        A.    I do not remember.
24        Q.    Do you remember giving a
25   deposition where you had been identified as
```

```
 1                    G. BREAUX
 2  know that you didn't have any
 3  responsibility?
 4       A.    When I was trained.
 5       Q.    Was it specifically exempted
 6  from your training?
 7       A.    No.
 8       Q.    Were there other things that
 9  you had no responsibility for as a circuit
10  overseer?
11       A.    It was explained to me by the
12  trainer that circuit overseers don't get
13  involved in judicial matters.  So we take
14  the lead in preaching.  If there are
15  questions, they can give guidance on the
16  scriptures.
17       Q.    And you mentioned a judicial
18  committee.  What is that?
19       A.    I'm not here to explain how a
20  congregation functions.  Someone else would
21  be better qualified for that.
22       Q.    Based on your personal
23  knowledge, please go ahead and answer, if
24  you can.
25       A.    The congregation that I attend,
```

```
 1                G.  BREAUX
 2           MR.  TAYLOR:   Objection  to  the
 3      form.
 4      Q.     Go  ahead.
 5      A.     No.   I'm  not  going  to  answer
 6  for  the  organization.
 7      Q.     I'm  asking  if  you  have  an
 8  understanding.
 9      A.     I  don't  know.   Depending  on  the
10  circumstances.
11      Q.     Let  me  go  back,  actually,  to
12  the  question  that  I  just  asked.   You
13  indicated  that  you  would  refer  the  elders
14  to  legal  if  they  were  asking  a  question
15  about  mandatory  reporting.
16           How  did  you  know  to  refer  them
17  to  legal?   That  --  that  was  my  question.
18      A.     Romans  13:1  says  to  be  obedient
19  to  the  authorities.   So  who  knows  what  the
20  local  authorities  are  requiring?   The
21  attorneys  know,  so  they  could  do  the
22  research  and  --  and  provide  the  information
23  to  the  elders.
24      Q.     In  your  role  as  a  desk  man  at
25  the  service  desk,  did  you  understand  that
```

Page 161

```
 1                     G.  BREAUX
 2    right now?
 3          A.     No.
 4          Q.     And the reason I'm asking this
 5    is 'cause I was looking at some of your
 6    prior deposition testimony, and I -- well,
 7    anyway, I'll come back to that.
 8                 Have you ever been to Montana,
 9    the State of Montana?
10          A.     Yes.
11          Q.     And what were you doing there?
12          A.     Vacations.
13          Q.     Have you ever been to Montana
14    for work?
15          A.     A convention.
16          Q.     Where was that?
17          A.     I don't remember.  Capital of
18    Montana, one of the big cities.  I don't
19    remember what it was.
20          Q.     And did you ever travel to
21    Montana as a circuit overseer?
22          A.     Not in -- not in a circuit.
23    They didn't have a circuit in Montana.
24          Q.     Okay.  But did you travel there
25    when you were a circuit overseer?
```

```
                                        Page 162
 1                    G.  BREAUX
 2       A.     I did.
 3       Q.     And was that part of your
 4   territory?
 5       A.     At that time, there was --
 6   there was -- I don't remember.  On the
 7   eastern -- the eastern part of Montana was
 8   part of the North Dakota circuit.
 9       Q.     And so that was part of your
10   responsibility as well, eastern Montana?
11       A.     Yeah.  It was, I think, two
12   small congregations around the border.
13       Q.     Okay.  So we can add Montana to
14   the -- to the list of states that you were
15   a circuit overseer for?
16       A.     I wasn't a circuit overseer for
17   a circuit in Montana.  I was a circuit
18   overseer for North Dakota, so I never
19   served Montana as a circuit overseer.
20       Q.     But you traveled to Montana to
21   visit congregations as a circuit overseer.
22   If I understand correctly, these are
23   congregations geographically located within
24   the State of Montana as it is recognized by
25   the United States.
```

Page 163

1                    G. BREAUX

2              But you're making a distinction

3    between that and the circuit that you were

4    responsible for, which you're describing as

5    North Dakota and apparently some portion of

6    Montana was part of the North Dakota

7    circuit.  Is that right?

8        A.    Yes.

9        Q.    And were you responsible for

10    that circuit both times that you were a

11    circuit overseer?

12        A.    No.  No.

13        Q.    Was it -- which of the blocks

14    that you've identified?  The earlier or the

15    later?

16        A.    Earlier.

17        Q.    And so if I understand your

18    testimony correctly, that was starting in

19    1970 --

20              MS. KORGUL:  5.

21        Q.    -- 5 --

22        A.    Yes.

23        Q.    -- through '81.  Is that right?

24        A.    Not in North Dakota.  I started

25    in '75 in North Dakota.