*Exhibit I*

Page 1

```
 1
 2       IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MONTANA
 3               BILLINGS DIVISION
 4   TRACY CAEKAERT and CAMILLIA MAPLEY,
 5                         PLAINTIFFS,
 6           -against-        Case No.:
                          CV-20-52-BLG-SPW
 7

 8   WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
     YORK, INC., and WATCH TOWER BIBLE AND TRACT
     SOCIETY OF PENNSYLVANIA,
 9
                         DEFENDANTS.
10   ----------------------------------------X
     ARIANE ROWLAND and JAMIE SCHULZE,
11
                         PLAINTIFFS,
12
             -against-        Case No:
13                        CV-20-59-BLG-SPW
14   WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
     YORK, INC., and WATCH TOWER BIBLE AND TRACT
15   SOCIETY OF PENNSYLVANIA,
16                       DEFENDANTS.
     ----------------------------------------X
17
18                   DATE: December 6, 2023
19                   TIME: 9:09 A.M.
20
21
22           VIDEO-RECORDED EXAMINATION
23   BEFORE TRIAL of the Non-Party Witness,
24   ALLEN SHUSTER, taken by the Plaintiffs,
25   pursuant to a Subpoena, held at the offices
```

```
 1                    A. SHUSTER
 2        A.    I do, yes.
 3        Q.    Those are your affidavits from
 4  the same two cases listed in the subpoena
 5  that we discussed as Exhibit 1 this
 6  morning; correct?
 7        A.    Correct.
 8        Q.    You signed both of those
 9  documents; correct?
10        A.    Correct.
11        Q.    Did you draft those documents?
12        A.    I helped draft, yes.
13        Q.    Who else helped?
14        A.    I don't know specifically.
15        Q.    Paragraph two of each document
16  says that you have personal and direct
17  knowledge of the matters set forth;
18  correct?
19        A.    Correct.
20        Q.    Someone else drafted
21  information for you in these affidavits
22  that's part of your personal knowledge, and
23  you don't know who that person is.  Is that
24  correct?
25              MS. KORGUL:  Objection to the
```

```
1                    A. SHUSTER
2         form.  That's not what he said.
3         A.    I provided information in
4    regard to this affidavit.  I don't remember
5    who specifically helped in the preparation
6    of it.
7         Q.    Who did you provide the
8    information to?
9         A.    The legal department.
10        Q.    I don't want to hear any advice
11   that the legal department gives you, but my
12   question is, do you communicate with the
13   legal department on a regular basis?
14        A.    No.
15        Q.    How often do you communicate
16   with the legal department?
17        A.    I would say as a -- as an
18   on-need basis, periodically.  I think that
19   would be the word I would use,
20   periodically.
21        Q.    Can you help me understand what
22   periodically means in terms of every month,
23   every year, every ten years?
24        A.    It depends on the situation at
25   hand.  Sometimes we'll -- the service
```

```
 1                    A. SHUSTER
 2      Q.    Did you provide an application
 3  to become an elder?
 4      A.    No.
 5      Q.    How did you become an elder?
 6  Can you please describe the process?
 7            You -- you presumably didn't
 8  decide yourself that you were an elder.  Is
 9  that correct?
10      A.    That is --
11            MS. KORGUL:  Objection --
12      A.    -- correct.
13            MS. KORGUL:  -- to the --
14       objection to the form.  You can
15       answer.
16      A.    Read -- repeat the question,
17  please.
18      Q.    You didn't decide that you
19  yourself were an elder; correct?
20      A.    That's correct.
21      Q.    Now, can you tell me how you
22  came to be an elder?
23      A.    I don't know the process.  I
24  really don't.
25      Q.    You don't know the process
```

```
 1                    A. SHUSTER
 2        A.    It's one of a number of elders,
 3   could be a variety of numbers of elders,
 4   and conduct meetings; coordinate --
 5   coordinate the work of the elders within a
 6   congregation.
 7        Q.    Is that description of duties
 8   correct for the time period of the 1970s to
 9   the 1990s?
10        A.    That depends on the time period
11   we're talking about.
12        Q.    Did the duties of a -- or the
13   responsibilities of a presiding overseer
14   change between the 1970s and 1990s?
15        A.    I'm hesitating because at some
16   point prior to around 1972 or 4, there was
17   not a presiding overseer.  There was a --
18   it began -- it began to operate in 1974, I
19   think, presiding overseer.
20        Q.    You're currently the assistant
21   overseer of the service department.  Is
22   that correct?
23        A.    That's correct.
24        Q.    Do you recall approximately
25   when that position began?
```

Page 64

```
 1                    A. SHUSTER
 2       A.    I don't recall, no.
 3       Q.    Did you file an application or
 4  provide an application for that position?
 5       A.    No.
 6       Q.    Were you appointed to that
 7  position?
 8             MS. KORGUL:  Objection to the
 9        form.
10       A.    So when you say appointed, what
11  do you mean by appointed?
12       Q.    How did you come to be a
13  service department assistant overseer?
14       A.    I was -- I'm not sure.
15       Q.    Is everyone in the service
16  department the service department assistant
17  overseer?
18       A.    No.
19       Q.    How many service department
20  assistant overseers are there?
21       A.    Currently, three.
22       Q.    Who are the other two besides
23  you?
24       A.    Anthony Griffin and Scott
25  Pifer.
```

Page 65

```
 1                    A. SHUSTER
 2        Q.    Is there a committee or group
 3   within the religious organization of
 4   Jehovah's Witnesses that makes the decision
 5   of who are the service department assistant
 6   overseers?
 7        A.    The Branch Committee.
 8        Q.    You've mentioned the Branch
 9   Committee and the Governing Body.  Are
10   those the same?
11        A.    No, they're not.
12        Q.    Do they share any members?
13        A.    They do not.
14        Q.    What is the relationship
15   between the Branch Committee and the
16   Governing Body?
17        A.    I don't think I can define it.
18   I don't know.
19        Q.    Are there any documents that
20   describe who the service department
21   assistant overseers are?
22        A.    Not to my knowledge.
23        Q.    When you became service
24   department assistant overseer, were you
25   told by someone?
```

```
 1                    A. SHUSTER
 2        A.    That's going back a way.  I
 3   don't remember how it -- how it came about.
 4        Q.    What are your duties or
 5   responsibilities as the service department
 6   assistant overseer?
 7              MS. KORGUL:  I'll object to the
 8         form of the question.
 9        A.    I think in the affidavit I
10   mentioned -- may I refer to it?
11        Q.    Yes, please.
12        A.    Well, I work with Kingdom Halls
13   in the United States -- that would be one
14   responsibility that I have -- and also work
15   with conventions and assemblies.
16        Q.    I've seen a statement from you
17   in 2011 that said, "My duties in the
18   service department also include monitoring
19   the organization functioning and staffing
20   of congregations of Jehovah's Witnesses."
21              Is that an accurate statement
22   as of 2011?
23              MS. KORGUL:  Objection to the
24         form.
25        A.    Yeah.  I just don't remember
```

Page 67

```
                           A. SHUSTER
 1
 2    the context of what I said back then.  I
 3    just don't remember.
 4         Q.    Do your duties currently
 5    involve monitoring the organization
 6    functioning and staffing of congregations
 7    of Jehovah's Witnesses?
 8         A.    Monitoring, I think that's the
 9    word I would take exception to.  I'm not
10    sure what I mean by -- what I meant by
11    monitoring.  I don't monitor anything.
12              Help to coordinate, help to
13    provide spiritual assistance, yes.  I think
14    that would be my answer.
15         Q.    Is it your testimony today that
16    you've never previously monitored the
17    organization functioning or staffing of
18    congregations of Jehovah's Witnesses?
19              MS. KORGUL:  Objection to the
20          form.
21         A.    Can you repeat the question,
22    please?
23              MR. MERRILL:  Would you please
24          read the question back?
25         A.    Make sure I have it correct.
```

Page 68

```
 1              A. SHUSTER
 2              (Whereupon, the referred to
 3         question was read back by the
 4         Reporter.)
 5         A.    Yeah.  I'm not sure why I said
 6    that.  That doesn't sound accurate.
 7         Q.    Have your duties in the service
 8    department ever included reviewing the
 9    qualifications for the appointment of
10    elders and ministerial servants to
11    congregations of Jehovah's Witnesses in the
12    United States?
13         A.    No.  That's -- that's done on a
14    local level, on a congregation level.  The
15    elders within the congregation, that's
16    their function.
17         Q.    Is it your testimony there's no
18    review of the qualifications for the
19    appointment of elders and ministerial
20    servants to congregations of Jehovah's
21    Witnesses in the United States within the
22    service department?
23         A.    Again, that's done by the local
24    congregation elders.
25              MR. TAYLOR:  Objection to the
```

```
                                      Page 69

 1                    A. SHUSTER

 2           form.  Timeframe.  Timeframe.  That's

 3           it.

 4           Q.    Has the service department --

 5    or excuse me.  Strike that.

 6                  Between the 1970s and 1990s,

 7    did the service department review the

 8    qualifications for the appointment of

 9    elders and ministerial servants to

10    congregations of Jehovah's Witnesses in the

11    United States?

12           A.    Well, again, that was -- that

13    was back in the 1970s.  That, again, was

14    handled by the local elders.  They --

15    they're the ones that made the -- made the

16    conclusion that an individual met the

17    scriptural qualifications as set forth in

18    the Bible.

19           Q.    So in the 19 -- you said the

20    1970s in your previous answer.  Is that

21    correct?

22           A.    Correct.

23           Q.    Did that change in the 1980s?

24           A.    No.

25           Q.    Did that change in the 1990s?
```

Page 70

```
 1                  A. SHUSTER
 2        A.     No.
 3        Q.     Is it correct that
 4   congregations of Jehovah's Witnesses in the
 5   19 -- excuse me.
 6              Is it correct that between the
 7   1970s and 1990s congregations of Jehovah's
 8   Witnesses in the United States selected
 9   their own elders?
10        A.     That's correct.
11        Q.     Is it correct that no approval
12   was required from any other entity or
13   organization for congregations in the
14   United States to select their own elders
15   between the 1970s and 1990s?
16              MS. KORGUL:  I'll object to the
17         form.  You can answer.
18        A.     That's a little complicated
19   question.  If you could simplify that for
20   me.
21        Q.     Well, I think you've previously
22   testified, for example, that the Governing
23   Body approved the selection of elders
24   during certain periods of history in the
25   Jehovah's Witness --
```

```
                                            Page 71

 1                    A. SHUSTER
 2          MS. KORGUL:  I will object to
 3      this.
 4          MR. TAYLOR:  Objection.
 5          MS. KORGUL:  I don't even --
 6          MR. TAYLOR:  He didn't say
 7      that.
 8          MS. KORGUL:  -- know where
 9      you're saying this from.
10          MR. TAYLOR:  Where was that at?
11          MS. KORGUL:  What are you
12      talking about?
13      Q.    You can answer the question.
14          MS. KORGUL:  No, no.
15          MR. TAYLOR:  Objection.
16          MS. KORGUL:  Objection.
17      Totally inappropriate.
18      Q.    You can answer the question.
19      A.    No.
20          MR. SHAFFER:  For the record,
21      Joel Taylor just looked at the
22      witness and shook his head no, and
23       the witness answered no.
24      A.    Well, no from the standpoint
25   I -- I don't quite understand the question.
```

```
                                    Page 72
 1                A. SHUSTER
 2          MR. TAYLOR:  Just --
 3     A.    If you could --
 4          MR. TAYLOR:  -- for the record,
 5     this is Mr. Taylor.  I was not
 6     signalling anything to anyone.  I was
 7     just objecting to his statement,
 8     which clearly was not a statement
 9     made on the record at the deposition
10     today.
11          MS. KORGUL:  All right.  I will
12     direct the witness not to answer this
13     question.
14          MR. MERRILL:  What is the
15     basis --
16          MS. KORGUL:  Let's move on.
17          MR. MERRILL:  -- for your
18     direction?
19          MS. KORGUL:  Because it's
20     totally inappropriate question.
21     You -- you are misstating the
22     testimony.  He never testified today
23     that the Governing Body was selecting
24     the elders.
25          THE REPORTER:  Can we go off
```

Page 73

```
 1                A. SHUSTER
 2      the record, please?
 3           MR. MERRILL:  Yes.
 4           THE VIDEOGRAPHER:  All right.
 5      We are off the record.  The time is
 6      10:31 A.M. Eastern Time.
 7           (Whereupon, a short recess was
 8      taken.)
 9           THE VIDEOGRAPHER:  We are back
10      on the record.  The time is 10:44
11      A.M. Eastern Time.
12           MR. MERRILL:  Okay.  We got an
13      objection from your attorney, and an
14      instruction not to answer just before
15      the break, and I want to try and
16      clear up the record a little.  And
17      I'm going to ask the Reporter to
18      please read back the question that
19      was pending, and then give you a
20      chance to state your objection, and
21      we'll go from there.
22           THE REPORTER:  Can we go off
23      the record?
24           THE VIDEOGRAPHER:  You're okay?
25           MR. MERRILL:  Okay.
```

Page 74

```
 1                    A. SHUSTER
 2              THE VIDEOGRAPHER:  All right.
 3         We are off the record.  The time is
 4         10:45 A.M. Eastern Time.
 5              (Whereupon, an off-the-record
 6         discussion was held.)
 7              THE VIDEOGRAPHER:  We are back
 8         on the record.  The time is 10:46
 9         A.M. Eastern Time.
10         Q.    Mr. Shuster, during the 1970s,
11    did the Governing Body approve or confirm
12    the appointment of elders to congregations
13    of Jehovah's Witnesses in the United
14    States?
15         A.    No.  No.
16         Q.    During the 1980s, did the
17    Governing Body approve or confirm the
18    appointment of elders to congregation -- in
19    congregations of Jehovah's Witnesses in the
20    United States?
21         A.    No.
22         Q.    During the 1990s, did the
23    Governing Body approve or confirm the
24    appointment of elders within congregations
25    of Jehovah's Witnesses in the United
```

Page 75

```
 1                    A. SHUSTER
 2   States?
 3        A.    No.
 4        Q.    Is there any other committee,
 5   organization or department within the
 6   religious organization of Jehovah's
 7   Witnesses that approved or confirmed the
 8   appointment of elders within Jehovah's
 9   Witness congregations in the United States
10   during the 1970s to 1990s timeframe?
11        A.    No.
12        Q.    Is it correct that the
13   appointment of elders to congregations of
14   Jehovah's Witnesses in the United States
15   during the 1970s to 1990s timeframe was
16   made solely by the elders within each
17   congregation?
18        A.    Correct.
19        Q.    Do you currently have any
20   responsibilities or duties related to
21   allegations of child sex abuse within
22   congregations of Jehovah's Witnesses --
23            MS. KORGUL:  Objection.
24        Q.    -- in the United States?
25            MS. KORGUL:  I'm sorry.
```

Page 76

```
 1                    A. SHUSTER
 2        Objection to the form.  You can
 3        answer.
 4        A.    Can you repeat the question,
 5   please?
 6              MR. MERRILL:  Please do.
 7              (Whereupon, the referred to
 8        question was read back by the
 9        Reporter.)
10              MS. KORGUL:  Same objection.
11        A.    I don't know.
12        Q.    Did you have any involvement
13   with allegations of child sex abuse within
14   Jehovah's Witness congregations in the
15   United States between 1973 and 1992?
16        A.    I don't know.
17        Q.    Is that something that you
18   would've forgotten?
19        A.    It's a long time ago, that's
20   for sure.
21        Q.    Is that something you would've
22   forgotten?
23        A.    I don't think so.
24        Q.    In your time at the service
25   department, did you ever correspond with
```

Page 129

```
 1                    A. SHUSTER
 2       A.     In my -- in my view, my brief
 3   review, it appears to be the questions that
 4   one is asked to get baptized.
 5               MR. MERRILL:   Let's take a
 6          lunch break.   Can we agree to go off
 7          the record?
 8               MS. KORGUL:   Sure.
 9               THE VIDEOGRAPHER:   We are off
10          the record.   The time is 12:07 P.M.
11          Eastern Time.
12               (Whereupon, a short recess was
13          taken.)
14               THE VIDEOGRAPHER:   We are back
15          on the record.   The time is 1:20 P.M.
16          Eastern Time.
17       Q.     Good afternoon, Mr. Shuster.
18       A.     Good afternoon.
19       Q.     You testified this morning that
20   you became an elder in what year again?
21   I'm sorry.
22       A.     1979.
23       Q.     Do you remember approximately
24   when you first saw any type of policy or
25   procedure associated with the religious
```

Page 130

```
 1                    A. SHUSTER
 2    organization of Jehovah's Witnesses for
 3    handling allegations of child sex abuse?
 4            MS. KORGUL:  I will object to
 5        the form.  You can answer.
 6        A.    I don't recall, no.  I don't
 7    know.
 8        Q.    Do you have any knowledge of
 9    specific policies or procedures related to
10    handling allegations of child sex abuse
11    within the religious organization of
12    Jehovah's Witnesses prior to 1981?
13            MS. KORGUL:  I will object to
14        the form, specifically, policies --
15        the word -- use of the word policies.
16        You can answer.
17        A.    I don't know.
18        Q.    Do you know what the word
19    policies means?
20        A.    I'd have to have it defined.
21        Q.    Do you know what the word
22    procedures means?
23        A.    I'd have to have it defined.
24        Q.    You told me earlier that
25    Jehovah's -- you and Jehovah's Witnesses,
```

Page 169

```
 1                    A. SHUSTER
 2   recall that?
 3        A.    I do.
 4        Q.    Is your understanding of that
 5   policy that it has changed over time at
 6   all?
 7              MS. KORGUL:  Objection to the
 8         form.
 9        A.    Yeah.  I don't remember.
10        Q.    So you're not aware today of
11   any different policy or rule or procedure
12   at any time regarding reporting child sex
13   abuse allegations to authorities?
14        A.    I don't know.
15        Q.    How did you learn or come to
16   understand how to handle these types of
17   allegations as an elder?
18        A.    Well, some of it's practical
19   wisdom.  Some of it's Bible principles that
20   we have, and we have publications that have
21   Bible principles stated, help explain them.
22        Q.    Do you have any personal
23   understanding of what a policy is regarding
24   how Jehovah's Witnesses handle an
25   allegation?
```

Page 170

```
 1                    A. SHUSTER
 2            MS. KORGUL:  Objection to the
 3        form.
 4        A.    I don't know.
 5            MR. MERRILL:  Can I ask you to
 6        clarify your objection, please?
 7            MS. KORGUL:  Yeah.  The --
 8        yes.  Using the word policy.  You
 9        haven't established that they have
10        any policies.  In fact, they don't
11        have policies.  So the use of the
12        word policy is an inappropriate
13        objection in an inappropriate form.
14        That's my objection.
15            It's a religious institution.
16        It's not a business.  It's not an
17        employer that has policies like
18        anti-harassment policy or workers'
19        compensation policy.  It's a
20        religious organization; right?
21        Q.    Mr. Shuster, is it correct that
22    the religious organization of Jehovah's
23    Witnesses does not have any policies?
24        A.    I am not aware.
25        Q.    You don't know --
```

Page 185

```
 1                    A. SHUSTER
 2        Q.    How long would it take you to
 3   try and count them up in your head?
 4        A.    I'd have to write them down.
 5        Q.    Are you on the Branch
 6   Committee?
 7        A.    I am.
 8        Q.    But you don't know how many
 9   members there are, as we sit here today,
10   without writing them down.  Is that
11   correct?
12        A.    I'd have to -- it's changed
13   back and forth.  I'd have to think about
14   the current number.
15        Q.    Can you give me some numbers
16   that have been correct over time?  You
17   know, has it ranged between five and twenty
18   or two and four or some -- can you provide
19   me any kind of an estimate that way?
20        A.    Somewhere between twelve and
21   probably somewhere in the range of twenty.
22        Q.    How long have you been on the
23   Branch Committee?
24        A.    I don't know the specific date.
25   Eleven years, thereabouts.
```

```
                                           Page 186

 1                      A. SHUSTER
 2        Q.     Were you ever on the Branch
 3   Committee prior to that eleven years?
 4        A.     No.
 5        Q.     Is it correct that the Branch
 6   Committee meets once per week?
 7              MS. KORGUL:  Objection to the
 8         form.  You can answer.
 9        A.     Sometimes, yeah.  Sometimes.
10   Sometimes less.
11        Q.     Where do those meetings occur?
12        A.     They're at Walkill.
13        Q.     Is that in a building that is
14   part of Bethel?
15        A.     That's correct.
16        Q.     Do you know whether the Branch
17   Committee owns the building?
18        A.     I do not know that.
19        Q.     Are the members of the Branch
20   Committee made up of Jehovah's Witnesses
21   who also have positions in, for example,
22   WTNY, WTPA and CCJW?
23              MS. KORGUL:  Objection to the
24         form.
25        A.     I am, yes.
```

Page 188

```
 1                    A. SHUSTER
 2        A.    Correct.
 3        Q.    Is the legal department
 4   residing within the United States Branch?
 5             MS. KORGUL:  Objection to the
 6         form, residing.
 7        A.    Yeah.
 8             MS. KORGUL:  You're asking
 9         about the physical location?
10             MR. MERRILL:  No.  I'm asking
11         whether the legal department is part
12         of the U.S. Branch.
13        A.    I'm not sure how it's
14   categorized.
15        Q.    Do you know whether WTNY has
16   any office space in the U.S. Branch?
17        A.    I do not.
18        Q.    Do you know whether WTPA has
19   any office space in the U.S. Branch?
20        A.    I do not.
21        Q.    Do you know whether the U.S.
22   Branch has a bank account?
23        A.    Not to my knowledge.
24        Q.    Do you know whether the United
25   States Branch owns or leases any property
```

```
                                              Page 189

 1                    A. SHUSTER

 2   in the United States?

 3        A.    I do not.

 4        Q.    Do you know whether the United

 5   States Branch retains any attorneys?

 6        A.    I do not.

 7        Q.    Do you know whether -- excuse

 8   me.

 9              Do you know whether the United

10   States Branch has any accountants?

11        A.    I do not.

12        Q.    Do I understand correctly that

13   between 1985 and 2001, you were authorized

14   within the service department to

15   communicate with congregations in the

16   United States on WTNY letterhead?

17              MS. KORGUL:  Objection to the

18        form.

19        A.    I prepared letters in behalf of

20   the service department and those letters

21   were sent to congregations, yes.

22        Q.    Did you prepare letters in the

23   service department between the years of

24   1985 and 2001?

25        A.    Yes.
```

```
                                              Page 190
 1                    A. SHUSTER
 2       Q.    Did those letters include
 3   letters that were sent to congregations of
 4   Jehovah's Witnesses in the United States?
 5       A.    Yes.
 6       Q.    Were those letters that we just
 7   discussed in your answer to the previous
 8   question sent on WTNY letterhead?
 9       A.    What year?
10       Q.    1985 to 2001 or please correct
11   me if there's a different set of years that
12   are correct.
13       A.    Yeah.  I think that's accurate,
14   yes.
15       Q.    Were you authorized by WTNY to
16   use the letterhead for the letters we just
17   discussed in the prior question?
18            MS. KORGUL:  Objection to the
19        form.
20       A.    That I don't know.
21       Q.    Did you previously know whether
22   or not you were authorized?
23       A.    No.
24       Q.    Does the service department
25   work with or through WTNY or WTPA -- excuse
```

Page 191

```
 1                     A. SHUSTER
 2   me.  I'm going to strike that.
 3            In the years prior to 2001, did
 4   the service department work with either
 5   WTNY or WTPA in carrying out its
 6   operations?
 7            MS. KORGUL:  Objection to form.
 8       A.    I don't know.
 9       Q.    Do you know anything about what
10   types of records the service department
11   keeps?
12       A.    We have congregations.  We have
13   12,000 congregations in the United States,
14   and we have some indication as who serves
15   as elders and ministerial servants in those
16   congregations.
17       Q.    Is the service department
18   provided with records of the ministry
19   activities by congregations in the United
20   States?
21            MS. KORGUL:  Objection to the
22        form.
23       A.    The question is a little vague.
24   Can you help me understand what you mean?
25       Q.    Have you ever heard of an S-1
```

```
                                             Page 199

 1                    A. SHUSTER
 2   desk or who has an office?
 3        A.    No.
 4        Q.    We've talked about different --
 5   is entities a fair way to describe the
 6   branch versus the service department or do
 7   you have a word that describes those?
 8        A.    Service department is a
 9   department within the United States Branch.
10        Q.    Do -- does WTNY have separate
11   offices from the service department or the
12   branch?
13              MS. KORGUL:  Objection to the
14        form.
15        A.    I don't know.
16        Q.    Same question about WTPA.  Do
17   they have offices that are distinct from
18   the service department offices or the
19   branch?
20        A.    I don't know.
21        Q.    Does CCJW have offices that are
22   distinct from the service department or the
23   branch?
24        A.    I don't know.
25        Q.    You're the president of CCJW;
```

```
                                      Page 200
 1                    A. SHUSTER
 2   correct?
 3        A.    Yes.
 4        Q.    Do you have an office as the
 5   president of CCJW?
 6        A.    I do not.
 7        Q.    Do you perform your duties as
 8   president of CCJW from your office that
 9   you've described earlier to me?
10        A.    Perform duties?  What duties?
11   Sign papers, perhaps.  That's about it from
12   my office.
13        Q.    What other duties do you have
14   as president of CCJW?
15        A.    Constructing the board of
16   director meetings.  That's not done in my
17   office.
18        Q.    Do those meetings occur in
19   Walkill?
20        A.    They do.
21        Q.    You testified that you're a
22   member of WTNY.  Do I understand that
23   correctly?
24        A.    That's correct.
25        Q.    Are you a voting member?
```

```
1                   A. SHUSTER
2        A.     Yes.
3        Q.     Do you attend meetings for WTNY
4   in that capacity?
5        A.     Yes.
6        Q.     Where are those meetings held?
7        A.     Variety of locations.  In years
8   past, in New Jersey; in more recent years,
9   in New York.
10       Q.     Where in New York, please?
11       A.     Newburgh, New York.
12       Q.     Does WTNY have offices in
13  Newburgh, New York?
14       A.     I don't know.
15       Q.     Where in New Jersey when you
16  described meetings in years past are you
17  referring to?
18       A.     In Jersey City, New Jersey.
19       Q.     Do you know whether WTNY had
20  offices there at that time?
21       A.     I do not.
22       Q.     You're also a member of WTPA;
23  correct?
24       A.     That's correct.
25       Q.     A voting member.  Is that
```

Page 202

```
 1                    A. SHUSTER
 2    correct?
 3         A.    Yes.
 4         Q.    Do you attend meetings in your
 5    capacity as a voting member for WTPA?
 6         A.    I do.
 7         Q.    Do you have any other duties in
 8    your capacity as a voting member for WTPA?
 9         A.    No.
10         Q.    Where do you attends those
11    meetings?
12         A.    Could I -- could I correct
13    something?
14         Q.    Yes, please.
15         A.    Yeah.  I -- I think I'm
16    confusing your first question with -- I'm a
17    member of the New York corporation.  I'm
18    not aware of meetings in New Jersey with --
19    with that corporation, nor with Newburgh,
20    New York.  Pennsylvania corporation
21    meetings have been in New Jersey and in
22    Newburgh, New York.
23              So there wasn't a specific
24    location for the meetings of the New York
25    corporation other than Walkill.
```