*Exhibit L*



RECEIVED SEP 19 2005 MILLER & PROTHERO ATTORNEYS AT LAW

**FILED**

SEP 19 2005

THOMAS R. FALLQUIST
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| AIMEY MERIE VIGUE, a single person; ROBERT SCOTT VIGUE and KAY VIGUE, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD NORMAN DAVIS and CHERYLE RUSTAD, husband and wife and marital community thereof; WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA; CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES; OPPORTUNITY CONGREGATION OF JEHOVAH'S WITNESSES,<br><br>Defendants. | No. 04-2-02451-4<br><br>**DISCLOSURE OF LAY AND EXPERT WITNESSES**<br>**[CHURCH DEFENDANTS]** |

COMES NOW the defendants WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, and OPPORTUNITY CONGREGATION OF JEHOVAH'S WITNESSES (hereinafter

DISCLOSURE OF LAY AND EXPERT
WITNESSES [CHURCH DEFENDANTS] - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

"Church Defendants"), by and through their attorneys Paine, Hamblen, Coffin, Brooke & Miller LLP, and Donald G. Stone, who pursuant to this Court's revised scheduling order, provide the following disclosure of lay and expert witnesses:

**Lay Witnesses:**

1. Aimey Merie Vigue
2. Robert Scott Vigue
3. Kay Vigue
4. Kathy Avery
5. Ronald Bain
6. Michael Basford
7. Kevin Bechtold
8. Aaron Blanchard
9. Colleen Davis (formerly Gilbert)
10. Edward N. Davis
11. Pauline Davis (formerly Gilbert)
12. Mike Gilbert
13. Cheryle Rustad Guerney (formerly Davis)
14. Ken Harding
15. Ronald Jilge
16. Angie Kilmer
17. Pat Kilmer
18. Ryan Learn

| | | |
|---|---|---|
| 19. | Tom Lorenzen | |
| 20. | Mr. Nigles | |
| 21. | Mike Norman | |
| 22. | Ary Spoelstra | |
| 23. | Phil Vigue | |
| 24. | Richard Zink | |
| 25. | Records Custodian: Spokane County Prosecutor's Office | |
| 26. | Washington Service Desk, Watchtower Bible and Tract Society of New York, Inc. | |
| 27. | Washington Service Desk, Christian Congregation of Jehovah's Witnesses, Inc. | |
| 28. | Corporate Designate, Watch Tower Bible and Tract Society of Pennsylvania, Inc., if not dismissed prior to trial. | |

**Potential Expert Witnesses:**

1. Ronald M. Klein, Ph.D. (Psychologist)
   Behavioral Medicine Services
   P.O. Box 30598
   601 W. Main, Suite 1011
   Spokane, WA 99223-3009

2. Jeffrey N. Younggren, Ph.D. (Psychologist)
   827 Deep Valley Drive, Suite 309
   Rolling Hills Estates, CA 90274

3. Gary Breaux (Elder of Jehovah's Witnesses)
   2821 Route 22
   Patterson, NY 12563

4. These defendants specifically reserve the right to call an economist and/or vocational therapist to the extent that plaintiffs assert any lost income claims.

The aforementioned witnesses may testify to subjects set forth in their previous declarations or affidavits, if any, or other documents disclosed in discovery, and the pleadings in this matter. The description of testimony is not intended to limit the testimony and opinion may be offered consistent with ER 701, 702, 703, 704, and 705.

These defendants further reserve the right to call any witnesses identified by plaintiffs or other defendants. These defendants further reserve the right to identify and call witnesses as may be identified incidental to discovery herein.

DATED this 19th day of September, 2005.

        PAINE, HAMBLEN, COFFIN,
        BROOKE & MILLER LLP

By: _/s/ Devra Hermosilla_
    Donald G. Stone, WSBA #7547
    Devra Sigle-Hermosilla, WSBA #31169
    Attorneys for CHURCH DEFENDANTS

DISCLOSURE OF LAY AND EXPERT
WITNESSES [CHURCH DEFENDANTS] - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of September, 2005, I caused to be served a true and correct copy of the foregoing document to the following:

| | |
|---|---|
| David M. Miller<br>MILLER & PROTHERO<br>868 Paulsen Building<br>421 W. Riverside Avenue<br>Spokane, WA 99201<br><br>Attorneys for PLAINTIFFS | _____ U.S. MAIL<br>__X__ HAND DELIVERED<br>_____ OVERNIGHT MAIL<br>_____ TELECOPY (FAX) |
| Bevan J. Maxey<br>MAXEY LAW OFFICES, P.S.<br>1835 West Broadway<br>Spokane, WA 99201<br><br>Attorneys for DEFENDANT EDWARD DAVIS | _____ U.S. MAIL<br>__X__ HAND DELIVERED<br>_____ OVERNIGHT MAIL<br>_____ TELECOPY (FAX) |
| Dean E. White<br>Attorney at Law<br>430 W. Indiana Avenue<br>Spokane, WA 99205<br><br>Attorneys for DEFENDANT CHERYLE RUSTAD | _____ U.S. MAIL<br>__X__ HAND DELIVERED<br>_____ OVERNIGHT MAIL<br>_____ TELECOPY (FAX) |

*/s/ Devra Sigle-Hermosilla*
Donald G. Stone
Devra Sigle-Hermosilla

I:\Spodocs\30137\00002\plead\00346948.DOC

DISCLOSURE OF LAY AND EXPERT WITNESSES [CHURCH DEFENDANTS] - 5

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000