***Exhibit M***

**Index of Nonresponsive Answers**
**12/6/2023 Deposition of Allen Shuster**

1) Page 52; Lines 13-25; Page 53; Lines 2-10
2) Page 60; Lines 21-25; Page 61; Lines 2-4
3) Page 61; Lines 8-17
4) Page 75; Lines 19-25; Page 76; Lines 2-23
5) Page 80; Line 25; Page 81; Lines 2-16
6) Page 86; Lines 14-23
7) Page 87; Lines 3-13
8) Page 91; Lines 11-24
9) Page 100; Lines 15-20
10) Page 103; Lines 16-20
11) Page 104; Lines 4-12
12) Page 105; Lines 9-15
13) Page 119; Lines 18-23
14) Page 121; Lines 6-23
15) Page 129; Lines 23-25; Page 130; Lines 2-7
16) Page 130; Lines 8-17
17) Page 138; Lines 22-25; Page 139; Lines 2-7
18) Page 146; Lines 21-25; Page 147; Lines 2-3
19) Page 147; Lines 4-15
20) Page 160; Lines 12-21
21) Page 163; Lines 20-25; Page 164; Lines 2-21
22) Page 165; Lines 4-18
23) Page 169; Lines 4-14
24) Page 169; Lines 22-25; Page 170; Lines 2-20
25) Page 172; Line 25; Page 173; Lines 2-7
26) Page 172; Lines 8-20
27) Page 184; Lines 13-17
28) Page 190; Lines 15-20
29) Page 190; Lines 24-25; Page 191; Lines 2-8
30) Page 199; Lines 10-24
31) Page 205; Lines 13-18
32) Page 217; Lines 12-22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

TRACY CAEKAERT and CAMILLIA MAPLEY,
PLAINTIFFS,

-against- Case No.: CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,

DEFENDANTS.

---------------------------------------X

ARIANE ROWLAND and JAMIE SCHULZE,

PLAINTIFFS,

-against- Case No: CV-20-59-BLG-SPW

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,

DEFENDANTS.

---------------------------------------X

DATE: December 6, 2023

TIME: 9:09 A.M.

VIDEO-RECORDED EXAMINATION BEFORE TRIAL of the Non-Party Witness, ALLEN SHUSTER, taken by the Plaintiffs, pursuant to a Subpoena, held at the offices

A. SHUSTER

Q. Did you provide an application to become an elder?

A. No.

Q. How did you become an elder? Can you please describe the process?

You -- you presumably didn't decide yourself that you were an elder. Is that correct?

A. That is --

MS. KORGUL: Objection --

A. -- correct.

MS. KORGUL: -- to the -- objection to the form. You can answer.

A. Read -- repeat the question, please.

Q. You didn't decide that you yourself were an elder; correct?

A. That's correct.

Q. Now, can you tell me how you came to be an elder?

A. I don't know the process. I really don't.

Q. You don't know the process

A. SHUSTER

today or you don't know what the process was at the time?

A. I don't know what the process was. I don't know how it happened. Just announced I'm an elder.

Q. Who announced it?

A. I don't remember who it was. One of the elders in the congregation I was associated with.

Q. Do you recall the name of that congregation?

A. Columbia.

Q. Is there a state?

A. Yeah. In New York.

Q. Thank you.

A. New York City.

Q. Do you know if there was a written document that memorialized your appointment as an elder?

A. I do not.

Q. Do Jehovah's Witness elders have duties within the religious organization of Jehovah's Witnesses?

MS. KORGUL: I will object

A. SHUSTER

A. They go to the congregation secretary.

Q. And that's a position within each congregation. Is that correct?

A. That's correct.

Q. Is that where those reports that we're discussing went in the 1970s to 1990s?

A. That's correct.

Q. Was the congregation secretary an elder in the period of the 1970s to 1990s?

MS. KORGUL: Are you talking about specific congregation or every congregation? I will -- I will object to the form.

Q. You can answer.

A. It would be an elder for the most part, yeah.

Q. Do elders provide reports about anything besides the field ministry during the period of the 1970s to 1990s?

MS. KORGUL: Objection to the form.

A. SHUSTER

A. Yeah. I'm not sure what you're -- what you're referring to. I don't know.

Q. You were an elder during the 1980s; correct?

A. That's correct.

Q. Did you provide any reports besides reports of field ministry?

A. I'm not sure what you're talking about.

Q. Do elders ever incur expenses as part of their work with the religious organization of Jehovah's Witnesses?

MS. KORGUL: Objection to the form.

A. I don't know.

Q. Did you ever incur expenses as an elder?

A. Personally, I've incurred expenses. I wouldn't say it's in the -- because I'm an elder. I'm a volunteer, and I have spent money going back and forth to our congregation meetings on a regular basis. So that -- from that standpoint,

States?

A. No.

Q. Is there any other committee, organization or department within the religious organization of Jehovah's Witnesses that approved or confirmed the appointment of elders within Jehovah's Witness congregations in the United States during the 1970s to 1990s timeframe?

A. No.

Q. Is it correct that the appointment of elders to congregations of Jehovah's Witnesses in the United States during the 1970s to 1990s timeframe was made solely by the elders within each congregation?

A. Correct.

Q. Do you currently have any responsibilities or duties related to allegations of child sex abuse within congregations of Jehovah's Witnesses --

MS. KORGUL: Objection.

Q. -- in the United States?

MS. KORGUL: I'm sorry.

A. SHUSTER

Objection to the form. You can answer.

A. Can you repeat the question, please?

MR. MERRILL: Please do.

(Whereupon, the referred to question was read back by the Reporter.)

MS. KORGUL: Same objection.

A. I don't know.

Q. Did you have any involvement with allegations of child sex abuse within Jehovah's Witness congregations in the United States between 1973 and 1992?

A. I don't know.

Q. Is that something that you would've forgotten?

A. It's a long time ago, that's for sure.

Q. Is that something you would've forgotten?

A. I don't think so.

Q. In your time at the service department, did you ever correspond with

A. SHUSTER

the 1990s as well?

A. Yes.

Q. Do you ever report to any person or entity in your role in the service department?

A. I'm not sure. I don't know.

Q. Are you provided with a stipend or money allowance related to your position in the service department?

MS. KORGUL: Objection to the form.

A. No.

Q. Where do you live?

A. Walkill, New York.

Q. Do you own the property where you live?

A. I do not.

Q. Do you rent the property where you live?

A. I do not.

Q. Who owns the property where you live or what entity? Excuse me.

A. Yeah. I don't know.

Q. Is the property where you live

A. SHUSTER

associated with the Jehovah's Witness organization?

MS. KORGUL: Just object to the form.

A. Is the entity I live -- say it again, please, the question.

Q. Is the property where you live associated with the religious organization of Jehovah's Witnesses?

A. I don't know.

Q. Do you pay for the food that you eat?

MR. TAYLOR: Just objection to the form.

A. The answer would be no.

Q. Do you know how that food is provided for you or how it comes to be in front of you?

A. Some of it is provided by Bethel for us. Other food I -- we purchase -- my wife and I purchase through our own -- own funds.

Q. Does Bethel provide housing for you?

A. SHUSTER

unless there is a request for an exception to that, and sometimes there are exceptions.

Q. And an exception would mean that a member of the Order could have an employment or job position outside of the Jehovah's Witness religious organization?

A. That's correct.

Q. And that person would still be subject to a vow of poverty. Is that correct?

A. That's correct.

Q. Is there an expectation as to what they would do with the money they earned in their job or outside position in order to uphold that vow while being a member of the Order? And I'll stop there.

MS. KORGUL: Objection to the form.

A. Yeah. Yeah. I --

MS. KORGUL: You can answer.

A. I don't know.

Q. Does one have to apply to become a member of the Order?

A. SHUSTER

A. No.

Q. Does one have to be appointed to become a member of the Order?

MS. KORGUL: I'll object to the form.

A. Don't know the process.

Q. Do you know whether anyone has ever been expelled from the Order?

A. I don't know.

Q. Is there a leader of the Order?

A. That's a pretty vague question. I don't know.

Q. What does the word leader mean to you?

A. A chief, an overseer.

No. I -- I'm not -- that's how I would -- that's how I would define a leader, but there's no leader --

Q. How would you define --

A. -- of the Order.

Q. Excuse me. I'm sorry.

A. No. It's okay.

Q. How would you define overseer?

A. Someone who takes the lead,

A. SHUSTER

know. I can't specifically state a date.

Q. Do you know whether the Kingdom Ministry School existed or occurred in the 1970s?

A. Yes. It did occur in the 1970s.

Q. Did it also occur in the 1980s and 1990s?

A. Yes.

Q. Based on the word school in Kingdom Ministry School, it sounds like certain individuals would attend the school as pupils or students. Is that correct?

MS. KORGUL: Objection to the form. You can answer.

A. Ministerial servants, elders would attend.

Q. Are all -- excuse me.

How many instructors are there at a Kingdom Ministry School currently or the most recent one? Excuse me.

A. I don't -- I don't know. Couldn't say.

Q. Do you recall the approximate

A. SHUSTER

abuser, what do you mean by that?

Q. Known to the elders within the congregation of which that publisher is a member.

A. And the answer, I think, would be possibly.

Q. Could you describe for me the circumstances under which that would or would not be allowed?

MS. KORGUL: Objection to the form of the question.

MR. MERRILL: Let me try and re-ask the question.

Q. Can you describe to me the circumstances in which that would or would not be allowed during the 1970s to 1990s?

MS. KORGUL: Objection. You can answer.

A. Yeah. I don't know.

Q. Did you ever have that knowledge?

A. I -- I'm sorry. The question's just so vague. I can't quite answer it. It's just -- it's not -- it's not specific

A. SHUSTER

A. I don't know of any.

MR. MERRILL: Do you have a basis for your objection that you'd like to state, Mr. Taylor?

MR. TAYLOR: I object to the form of the question. But more importantly, it was harassing and demeaning. That's why I objected.

Q. Are publishers ministers?

A. No.

The question -- are publishers ministers? A publisher can be an ordained minister if he's baptized, but he can also be a publisher if he's not baptized.

Q. Do you know whether publishers are able to speak for Jehovah's Witnesses?

MR. TAYLOR: Objection to the form.

A. I don't know.

Q. Do Jehovah's Witnesses have locations where they hold meetings?

A. Yes.

Q. Are the locations where congregations held meetings during the

A. SHUSTER

1970s to 1990s known as Kingdom Halls?

A. Yes.

Q. How many times a week would members of a congregation of Jehovah's Witnesses be expected to attend a meeting in a Kingdom Hall during the 1970s to 1990s?

MS. KORGUL: Objection to the form.

A. I don't know that they'd be expected to do anything.

Q. Do elders organize meetings among congregations of Jehovah's Witnesses at Kingdom Halls?

A. I wouldn't say elders do, no.

Q. Is there any members of the congregation who organize meetings at Kingdom Halls?

A. I don't know.

Q. Have you ever attended a meeting at a Kingdom Hall?

A. Yes.

Q. How did you know what time to show up?

A. SHUSTER

A. The time has been set by the elders. So from that perspective, yes. I can see the elders set the time of the meeting.

Q. Do elders speak at the meetings?

A. Yes.

Q. During the 1970s to 1990s, are you aware of whether elders ever set times for meetings among Jehovah's Witness congregants that were not at Kingdom Halls?

MS. KORGUL: Objection to the form.

A. Yeah. I'm not sure.

Q. Are you aware of whether there was ever a regular practice of meetings in private homes by small groups of Jehovah's Witnesses prior to 1996?

A. Yes.

Q. Tell me about that, please.

A. They were called book studies. Conduits would come and discuss Bible verses, Bible literature.

Q. Where did book studies occur?

A. SHUSTER

to the Governing Body. Also at times, the Governing Body may authorize certain representatives to make appointments of overseers."

Q. Is there a difference here, do you know, between the term overseers and, we've discussed, the term elders?

A. Well, I'm not sure I can answer for myself. I'm not quite sure I understand completely the difference between overseer and elder in the context you're referring to.

Q. Are you aware of any differences that you could explain to me right now?

A. No.

Q. Do you have any reason to disagree with the contents of the paragraph you just read me?

MS. KORGUL: Object as to the form.

A. I don't know.

Q. Let's look at page 144.

Okay. Do you see a paragraph

A. SHUSTER

that should be reported to the elders and handled by them. When the law covenant was enforced, these sins required more than forgiveness from an offended individual."

Q. That second half of the paragraph describes serious sins. Is that a fair characterization?

MS. KORGUL: Objection to the form. You can answer.

A. The question again, please, just so I understand it clearly.

Q. Do you understand the paragraph to be making a distinction between certain types of sins that there -- where there's no need to carry the matter further and other sins where the law covenant was enforced and the sins required more than forgiveness for an offended individual?

MS. KORGUL: I will object to this on the basis of form and First Amendment grounds. You can answer.

A. Yeah. I'm -- I don't know.

Q. Do you see the list after the word offenses that says fornication,

A. SHUSTER

A. In my -- in my view, my brief review, it appears to be the questions that one is asked to get baptized.

MR. MERRILL: Let's take a lunch break. Can we agree to go off the record?

MS. KORGUL: Sure.

THE VIDEOGRAPHER: We are off the record. The time is 12:07 P.M. Eastern Time.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 1:20 P.M. Eastern Time.

Q. Good afternoon, Mr. Shuster.

A. Good afternoon.

Q. You testified this morning that you became an elder in what year again? I'm sorry.

A. 1979.

Q. Do you remember approximately when you first saw any type of policy or procedure associated with the religious

A. SHUSTER

organization of Jehovah's Witnesses for handling allegations of child sex abuse?

MS. KORGUL: I will object to the form. You can answer.

A. I don't recall, no. I don't know.

Q. Do you have any knowledge of specific policies or procedures related to handling allegations of child sex abuse within the religious organization of Jehovah's Witnesses prior to 1981?

MS. KORGUL: I will object to the form, specifically, policies -- the word -- use of the word policies. You can answer.

A. I don't know.

Q. Do you know what the word policies means?

A. I'd have to have it defined.

Q. Do you know what the word procedures means?

A. I'd have to have it defined.

Q. You told me earlier that Jehovah's -- you and Jehovah's Witnesses,

A. SHUSTER

defined for me to -- I've heard of it, yes.

Q. What does the concept of repressed memories mean to you?

A. I don't know. Excuse me. I -- I'd have to -- I'd have to look at the definition and get a correct understanding of it.

Q. Where would you see that defined?

A. I'm not sure where we would define that.

Q. Do you know whether the Governing Body ever approved the requirement of two or more witnesses to substantiate an allegation of child sex abuse?

A. I don't know. I'm not a member of the Governing Body, so I don't know.

Q. Have you ever known that?

A. No.

Q. If a member of a congregation is sexually abusing a child and the two of them are always alone -- it's just the two of them when the abuse occurs -- and the

A. SHUSTER

abuser does not confess, do you agree there would only be one witness?

MS. KORGUL: Objection to the form. You can answer.

A. Yeah. It's a complex question. I don't know.

Q. What more would you need to know to answer that question?

A. I'm sorry. I didn't hear you.

Q. What more would you need to know to answer my previous question?

A. I think if you could simplify the question. I mentioned it was complex.

Q. So we have one abuser, we have one child being abused. Are you with me so far?

A. Okay.

Q. This is a hypothetical situation, and the abuse is child sex abuse. Are you still with me?

A. Mm-hmm.

Q. And the child that's been abused brings an accusation against the abuser in the congregation. Are you still

A. SHUSTER

the elders.

Q. The document says that if the accuser persists, at the beginning of the second paragraph, they should confront the accuser themselves; correct?

A. That's the first -- second paragraph that begins with "However"?

Q. Yes. Do you see that?

A. I do.

I think the context, my understanding, would be that if -- if an adult is the victim and she's agreeable to discussing it with the elders, then that certainly would be her right.

If it's a child, we would not address the child. We would address the parents or ask the child to put it in writing with -- with the parents' permission.

Q. And the understanding you just testified to is not what the document says; correct?

MR. TAYLOR: Just objection to the form.

A. SHUSTER

A. I'm not sure what you're meaning.

Q. Are you aware of any document that describes the process you just mentioned where depending on the age of the accuser, a different procedure would be followed regarding confronting the accused?

MS. KORGUL: Objection to the form.

A. Yeah. I don't remember.

Q. You couldn't point me to anything today that would substantiate the answer you just provided; correct?

A. Not to my knowledge, yeah.

Q. When elders hear certain accusations in a congregation -- not just child sex abuse allegations but allegations of one congregant against another -- there's an expectation of confidentiality. Is that correct?

A. There is.

Q. Is that based on a biblical principle of some kind?

A. It's based on the clergy

A. SHUSTER

MR. MERRILL: Could I please have tab 27 marked?

(Whereupon, a Watchtower Bible and Tract Society of New York document was marked as Plaintiffs' Exhibit 6 for identification as of this date by the Reporter.)

Q. Mr. Shuster, I'm going to hand you Exhibit No. 6.

A. Okay.

Q. Please take a moment to look at that document.

This is a letter from Watchtower Bible and Tract Society of New York, Inc., to all bodies of elders. Is that correct?

MS. KORGUL: Objection to the form.

A. Yeah. I don't remember the details of this.

Q. Have you ever seen it before?

A. I think I have.

Q. This letter or document includes a heading in the right column on

A. SHUSTER

Q. Do you agree that the sentence says, "They can be helped to see that talking indiscriminately to others about child abuse may result in circulating damaging and harmful talk"?

A. That's what it says.

Q. Do you know whether Proverbs 17:9 has to do with confidentiality?

A. I don't remember.

Q. Do you know where the rest of the advice or instruction in the two paragraphs comes from if there's no citation to Bible verses?

A. I don't.

Q. Do you agree the heading on page 1 says Watchtower Bible and Tract Society of New York, Inc.?

A. In the header note, yes.

Q. Okay. You told me just a moment ago or a couple moments ago that when there's an accusation of child abuse that elders call the authorities?

MS. KORGUL: Objection --

Q. Can you clarify that, please?

A. SHUSTER

MS. KORGUL: -- to the form.

You can answer.

A. If I learn of child abuse and I'm in a state that requires me to report that abuse, then I would report that abuse.

Q. What if you were in a state that does not require it?

A. I don't know that I would have a legal duty to do that.

Q. Do you know whether you would report it?

A. I might, depending on the circumstance.

Q. And when you say report, report to whom?

A. Child Protection, to whatever entity exists that I should report it to, whatever the law requires.

Q. Would you ever call the police?

A. Yeah. I don't know.

Q. How would you find out whether you were in a state where you were required to report?

A. You can pretty well Google it

A. SHUSTER

and look it up on -- on the internet and determine that for yourself.

Q. Can you point to any document that asks you to Google whether to report allegations of child abuse as an elder within a Jehovah's Witness congregation?

A. No, I cannot.

Q. Are you aware of any policy that began in the 1990s to -- for elders to call the legal department when they hear of allegations of child sex abuse within a Jehovah's Witness congregation?

MS. KORGUL: Objection to the form. You can answer.

A. As an elder in the congregation, I can't recall exactly where that would be if there's something there.

Q. If you're not in a state where you're required to report to the police or other authorities, would making such a report be in conflict with maintaining confidentiality of an accusation?

MS. KORGUL: Objection to the form.

A. SHUSTER

recall that?

A. I do.

Q. Is your understanding of that policy that it has changed over time at all?

MS. KORGUL: Objection to the form.

A. Yeah. I don't remember.

Q. So you're not aware today of any different policy or rule or procedure at any time regarding reporting child sex abuse allegations to authorities?

A. I don't know.

Q. How did you learn or come to understand how to handle these types of allegations as an elder?

A. Well, some of it's practical wisdom. Some of it's Bible principles that we have, and we have publications that have Bible principles stated, help explain them.

Q. Do you have any personal understanding of what a policy is regarding how Jehovah's Witnesses handle an allegation?

A. SHUSTER

MS. KORGUL: Objection to the form.

A. I don't know.

MR. MERRILL: Can I ask you to clarify your objection, please?

MS. KORGUL: Yeah. The -- yes. Using the word policy. You haven't established that they have any policies. In fact, they don't have policies. So the use of the word policy is an inappropriate objection in an inappropriate form. That's my objection.

It's a religious institution. It's not a business. It's not an employer that has policies like anti-harassment policy or workers' compensation policy. It's a religious organization; right?

Q. Mr. Shuster, is it correct that the religious organization of Jehovah's Witnesses does not have any policies?

A. I am not aware.

Q. You don't know --

A. SHUSTER

from Bible principles?

A. Not that I know of.

Q. Have you ever personally done an investigation or been part of a two-elder investigation regarding an allegation of child sex abuse?

A. I don't remember.

Q. Have you ever been on a judicial committee related to an allegation of child sex abuse?

A. I don't remember.

Q. Have you ever called authorities in relation to allegations of child sex abuse in a congregation?

A. No.

Q. Have you ever instructed elders on how to handle allegations of child sex abuse while you were an instructor at Kingdom Ministry School?

A. No.

Q. You became an instructor in the 1980s; correct?

A. Yes.

Q. Did you ever provide

instruction to students at Kingdom Ministry School regarding the two-witness rule?

MS. KORGUL: Objection to the form.

A. It's a long time ago. I don't remember.

Q. Did you ever provide any instruction to students or elders at a Kingdom Ministry School regarding the biblical principle of having two witnesses to substantiate an allegation?

MS. KORGUL: Form objection.

A. Yeah. Again, I do not remember.

Q. Did you ever offer any instruction in the 1980s regarding confidentiality to elders at a Kingdom Ministry School?

A. I don't remember.

MR. MERRILL: Let's have tab 1, please.

MR. STEPANS: Is that 1?

(Whereupon, a Kingdom Ministry School course document was marked as

A. SHUSTER

Q. Do you know how many people work in the branch?

A. I do not.

Q. Would the people who work in the branch be considered Bethelites?

A. In general, yes.

Q. Is there a distinction between the branch and the Branch Committee?

A. The Branch Committee is some specific individuals. The branch is in general.

Q. Is the Branch Committee a subset of the branch?

MS. KORGUL: Objection to the form.

A. Yeah. I don't know.

Q. Are the individuals on the Branch Committee part of the branch?

A. Yes.

Q. Do you know how many individuals are on the Branch Committee?

A. I'd have to go through it and count them. I -- I don't -- don't know offhand.

A. SHUSTER

Q. Did those letters include letters that were sent to congregations of Jehovah's Witnesses in the United States?

A. Yes.

Q. Were those letters that we just discussed in your answer to the previous question sent on WTNY letterhead?

A. What year?

Q. 1985 to 2001 or please correct me if there's a different set of years that are correct.

A. Yeah. I think that's accurate, yes.

Q. Were you authorized by WTNY to use the letterhead for the letters we just discussed in the prior question?

MS. KORGUL: Objection to the form.

A. That I don't know.

Q. Did you previously know whether or not you were authorized?

A. No.

Q. Does the service department work with or through WTNY or WTPA -- excuse

A. SHUSTER

me. I'm going to strike that.

In the years prior to 2001, did the service department work with either WTNY or WTPA in carrying out its operations?

MS. KORGUL: Objection to form.

A. I don't know.

Q. Do you know anything about what types of records the service department keeps?

A. We have congregations. We have 12,000 congregations in the United States, and we have some indication as who serves as elders and ministerial servants in those congregations.

Q. Is the service department provided with records of the ministry activities by congregations in the United States?

MS. KORGUL: Objection to the form.

A. The question is a little vague. Can you help me understand what you mean?

Q. Have you ever heard of an S-1

A. SHUSTER

desk or who has an office?

A. No.

Q. We've talked about different -- is entities a fair way to describe the branch versus the service department or do you have a word that describes those?

A. Service department is a department within the United States Branch.

Q. Do -- does WTNY have separate offices from the service department or the branch?

MS. KORGUL: Objection to the form.

A. I don't know.

Q. Same question about WTPA. Do they have offices that are distinct from the service department offices or the branch?

A. I don't know.

Q. Does CCJW have offices that are distinct from the service department or the branch?

A. I don't know.

Q. You're the president of CCJW;

A. SHUSTER

than annually, they indicate whether our financial standing is sound or not. The specifics I -- I could not -- I could not remember that.

Q. When you said they in your previous answer, who were you referring to?

A. Well, we're talking about the corporation -- Pennsylvania corporation. So the board of directors of that corporation, they would be they -- the secretary, specifically.

Q. Are you aware of any information regarding funds or investments that are owned or controlled by WTPA?

MS. KORGUL: Objection to the form. You can answer.

A. I'm -- I'm not aware.

Q. Have you ever been aware?

A. Ever been one what?

Q. Ever been aware of funds or investments held by WTPA in your capacity as a voting member.

A. I have not.

Q. Have you ever been aware of

A. SHUSTER

Jehovah's Witnesses in this country, and that's -- that's property that's owned by CCJW.

Q. Are those assembly halls where the circuit assemblies that we discussed earlier would occur?

A. That's correct.

Q. Would the conventions we discussed earlier occur there as well?

A. Yes.

Q. I believe we've discussed that there's a number of branches of Jehovah's Witnesses -- one is the United States, and there's others in other countries.

Generally speaking, based on your personal knowledge, can you tell me which branches benefit from CCJW or are assisted by JC [sic] -- CCJW?

MS. KORGUL: Objection to the form.

A. I'm not aware of any.

Q. How is CCJW used to build Kingdom Halls, based on your personal knowledge?