*Exhibit N*

**WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC.
LEGAL DEPARTMENT**
Mario F. Moreno
100 Watchtower Drive
Patterson, NY 12563-9204
Telephone: (845) 306-1000
Facsimile: (845) 306-0709

Attorney for Defendant Doe 3, Supervisory Organization

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

| | |
|---|---|
| JOHN DORMAN, Individually, and JOEL GAMBOA, Individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEFENDANT DOE 1, La Jolla Church, DEFENDANT DOE 2, Linda Vista Church, and DEFENDANT DOE 3, Supervisory Organization, DEFENDANT DOE 4, Perpetrator, and DOES 5 through 100, inclusive,<br><br>    Defendants. | Case No.: 37-2010-00092450-CU-PO-CTL<br><br>**AFFIDAVIT OF ALLEN SHUSTER** |

I, Allen Shuster, after being duly sworn, depose and state that if called to testify in this matter I would competently testify as follows:

1.    I am over 21 years of age, of sound mind, and competent to make this Affidavit. I have personal knowledge of the matters contained herein, and they are all true and correct.

2.    I reside in Patterson, New York, and have served as an elder in the faith of Jehovah's Witnesses since about 1979.

– 1 –
AFFIDAVIT OF ALLEN SHUSTER

3. On April 23, 1976, I began serving at the U.S. branch offices of Jehovah's Witnesses in New York, and I have served in the Service Department of the U.S. branch offices since February 5, 1981. I provide spiritual assistance to congregation elders who call or write the Service Department for help. Prior to March 2001, the spiritual assistance provided by the Service Department, along with the appointment of elders and ministerial servants, was communicated to congregations of Jehovah's Witnesses through the Watchtower Bible and Tract Society of New York, Inc. (hereinafter "Watchtower"). Since March 2001, this has been communicated through the Christian Congregation of Jehovah's Witnesses.

4. My duties in the Service Department also include monitoring the organization, functioning, and staffing of congregations of Jehovah's Witnesses, including reviewing the qualifications for the appointment of elders and ministerial servants to congregations of Jehovah's Witnesses in the United States.

### ORGANIZATION OF CONGREGATIONS

5. All congregations of Jehovah's Witnesses are composed of individuals and families who gather together to worship in buildings called "Kingdom Halls."

6. A rank-and-file member of the congregation is called a "publisher." There are baptized and unbaptized publishers, but only baptized publishers are considered to be Jehovah's Witnesses or congregation members.

7. Jehovah's Witnesses do not practice infant baptism, so their youth are not typically baptized until they are of a sufficient age to make their own determination about their religious beliefs, often not until their teenage years, but there is no age requirement for baptism.

8. Some unbaptized publishers have been as young as five or six years old.

9. There is no predetermined amount of hours a publisher is required to spend in the public ministry to qualify as a publisher.

10.     Individuals spend as much time in the public ministry as their heart motivates them to do so.

11.     There is no requirement for publishers to place certain amounts of literature.

12.     Before an individual, whether a man, woman, or child, is recognized as an unbaptized publisher, two congregation Elders briefly meet with that person (and their parents in the case of a minor) to determine whether the individual believes the Bible is the inspired Word of God, whether the person knows basic Bible teachings, whether their life is in harmony with the Bible's prohibitions against immorality, drunkenness, and drug abuse, and whether they want to be one of Jehovah's Witnesses. Thereafter, the two Elders who meet with the individual determine whether the individual qualifies to be recognized as an unbaptized publisher in the congregation.

13.     However, this procedure for becoming an unbaptized publisher did not come into existence until it was announced in the November 15, 1988, issue of *The Watchtower*. Prior to the publishing of *The Watchtower* of November 15, 1988, the individual publisher who studied the Bible with an interested person made the decision as to when that interested person could be invited to accompany the congregation in the field ministry as an approved associate of Jehovah's Witnesses.

14.     There is no application form to fill out to become an unbaptized publisher.

15.     Neither Watchtower nor the U.S. branch offices of Jehovah's Witnesses review or approve whether an individual is recognized as an unbaptized or baptized publisher, nor do Watchtower or the U.S. branch offices of Jehovah's Witnesses maintain a list of unbaptized or baptized publishers in a given congregation. Likewise, prior to November 15, 1988, neither Watchtower nor the U.S. branch offices of Jehovah's Witnesses reviewed or approved whether

AFFIDAVIT OF ALLEN SHUSTER

an individual could be an approved associate of Jehovah's Witnesses, and neither did they maintain a list of approved associates in a given congregation.

16.     After the person turns in his or her first field service report to the Elders, an announcement is made during one of the weekday congregation meetings that so-and-so is a new unbaptized publisher in the congregation.  The procedure to announce a new unbaptized publisher to the congregation did not come into existence until it was announced in the November 15, 1988, issue of *The Watchtower*.  Prior to that date there was no announcement made when an individual became an approved associate.

17.     Before an individual can serve as an Elder, Ministerial Servant, and/or Regular or Auxiliary Pioneer, they must be a baptized publisher.  Most baptized publishers do not serve in an appointed position as Elders, Ministerial Servants, and/or Regular Pioneers.

18.     There is no paid clergy class at Watchtower, the U.S. branch offices of Jehovah's Witnesses, or in congregations of Jehovah's Witnesses.

19.     Each congregation is supervised by a group of men, in many cases three or more, who are referred to as "Elders."

20.     These Elders take the lead in teaching, providing pastoral care, and organizing the congregations. Most Elders are also husbands and fathers, and most are secularly employed to support their families. These men are unpaid volunteers and they do not wear any priestly garb or special identifying clothing.

21.     Each congregation of Jehovah's Witnesses, including the Linda Vista Spanish Congregation and the La Jolla Spanish Congregation (now called Playa Pacifica Spanish Congregation), has its own individual group of Elders known as a "body of elders" for their separate congregation.

AFFIDAVIT OF ALLEN SHUSTER

22. Each congregation has three different Elders serving in three separate positions known as "Coordinator of the Body of Elders" (previously called "Presiding Overseer"), "Secretary," and "Service Overseer."

23. The "Coordinator of the Body of Elders" serves as the chairman at meetings of the Elders and directly coordinates certain congregation activities in behalf of the elders.

24. The Secretary maintains field service reports (record of individual's field service activity) and other congregation records.

25. The Service Overseer monitors the public ministry of congregation members as a whole, which is sometimes also referred to as "field ministry" or "field service."

26. These three Elders (Coordinator of the Body of Elders, Secretary, and Service Overseer) constitute a "Congregation Service Committee" to care for some matters on behalf of the body of elders, such as the composition and location of Congregation Book Studies, and communications with Watchtower, the U.S. branch offices of Jehovah's Witnesses, and other congregations.

27. Other Elders in the congregation serve as a Theocratic Ministry School Overseer and a *Watchtower* Study Conductor. During the 1970's through the 1990's other Elders also served as Congregation Book Study Overseers.

28. The Theocratic Ministry School Overseer is responsible for organizing and instructing a weekly midweek meeting entitled the Theocratic Ministry School.

29. The *Watchtower* Study Conductor organizes and oversees a weekly one-hour meeting that takes place on the weekends (usually Sunday) during which an article from the *Watchtower* magazine is considered.

30. Both the Theocratic Ministry School and the *Watchtower* Study meetings are held at the Kingdom Hall and are open to all congregation members and to the public.

– 5 –

31.     During the 1970's through the 1990's the Congregation Book Study Overseers organized and oversaw a second weekly one-hour meeting of separate small groups that generally met in the private homes of some of the congregation members to study a Bible-based publication published by Jehovah's Witnesses.

32.     Each congregation also has "Ministerial Servants" who are appointed to assist the Elders to care for the practical needs of the congregations.

33.     The responsibilities of Ministerial Servants include handling the congregation literature, congregation accounts, and congregation territory for the public ministry, caring for microphone and sound equipment during meetings, serving as attendants during congregation meetings, and maintaining the physical appearance and cleanliness of the Kingdom Hall.

34.     Congregations also have "Regular Pioneers" and "Auxiliary Pioneers" who can be men, women, or young people who are active in the public ministry.

35.     During the 1970's through the 1990's, Regular Pioneers had to average 100 hours per month in the public ministry and then later had to average 90 hours a month. Beginning in 1976, Auxiliary Pioneers had a 60 hours per month average. Currently, Regular Pioneers have to average 70 hours per month in the public ministry and Auxiliary Pioneers have to average 50 hours per month.

36.     Those who serve in the capacity of Elders, Ministerial Servants, and Regular or Auxiliary Pioneers are all volunteers and none of them are paid for their service nor do they receive any reimbursement for their transportation, living, or meal expenses.

37.     Neither Watchtower, the U.S. branch offices of Jehovah's Witnesses, nor any congregations of Jehovah's Witnesses have any paid employees, and as previously noted, there is no paid clergy class.

**APPOINTMENTS OF ELDERS, MINISTERIAL SERVANTS, AND PIONEERS**

38.    At least twice a year, the body of elders of a congregation meets together to review the qualifications of the men in the congregation who might qualify to serve as an Elder or Ministerial Servant.

39.    Elders are recommended from among the Ministerial Servants in the congregation and must meet the spiritual qualifications found at 1 Timothy 3:1-7 and Titus 1:5-9.

40.    Ministerial Servants are recommended from other male members of the congregation who are not serving as an Elder or Ministerial Servant and who meet the spiritual qualifications found at 1 Timothy 3:8-10, 12, 13.

41.    A "Regular Pioneer" or "Auxiliary Pioneer," on the other hand, is a position that any congregation member can apply for by filling out an application and turning it in to the Congregation Service Committee.

42.    The Congregation Service Committee reviews the application to determine, among other factors, whether the individual meets the spiritual and moral requirements and is likely to meet the monthly time requirement to serve as a Regular or Auxiliary Pioneer.

43.    During the 1970's through the 1990's, the local congregation Elders' recommendations of Elders, Ministerial Servants, and Regular Pioneers had to be approved by the Service Department at the U.S. branch offices of Jehovah's Witnesses in New York before they could be appointed.    However, Auxiliary Pioneers were approved by the local Congregation Service Committee without any review or approval by the Service Department at the U.S. branch offices.

44.     During the 1970's through the 1990's, all appointments of Elders, Ministerial Servants, and Regular Pioneers in the United States were communicated by the Service Department to congregations through Watchtower.

45.     After the local congregation body of elders received the approval from Watchtower for an appointment, an announcement was made to the congregation during one of the regularly scheduled weekday meetings that the individual was appointed to serve as an Elder, Ministerial Servant, or Regular Pioneer.   A similar announcement is made after a publisher is approved as an Auxiliary Pioneer by the local Congregation Service Committee.

46.     Based on my review of the records of the Service Department of the U.S. branch offices of Jehovah's Witnesses, which approves appointments of Elders and Ministerial Servants, it was not until December 22, 1988, that Gonzalo Campos was first appointed to serve as a Ministerial Servant in the La Jolla Spanish Congregation of Jehovah's Witnesses, San Diego, California.  Gonzalo Campos was never appointed to serve as a Ministerial Servant in the Linda Vista Spanish Congregation, or in any other congregation of Jehovah's Witnesses, prior to that date.

47.     Based on my review of the records of the Service Department of the U.S. branch offices of Jehovah's Witnesses, which approves appointments of Elders and Ministerial Servants, it was not until June 23, 1993, that Gonzalo Campos was appointed to serve as an Elder in the La Jolla Spanish Congregation of Jehovah's Witnesses, San Diego, California. Gonzalo Campos was never appointed to serve as an elder in the Linda Vista Spanish Congregation, or in any other congregation of Jehovah's Witnesses, prior to that date.

1   SIGNED this the ___21___ day of September, 2011.

2   I declare under penalty of perjury under the laws of the State of New York that the foregoing is
    true and correct to the best of my information, belief, and knowledge.

3

4                                        *Allen Shuster*
                                    _____
                                    Allen Shuster

5   STATE OF NEW YORK          )

6                              ) ss.:
    COUNTY OF PUTNAM           )

7

8   SUBSCRIBED AND SWORN TO BEFORE ME on the 21st day of September, 2011, to
    certify which witness my hand and official seal.

9                                       *Mark J. Bloedorn*

10                                  Notary Public, State of New York

11                                      MARK J. BLOEDORN
                                   Notary Public, State of New York
12                                        No. 01BL6124975
                                      Qualified in Kings County
13                                 Commission Expires 04/04/20 13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        — 9 —
                            AFFIDAVIT OF ALLEN SHUSTER

DOC 110

California Rules of Court, Rule 3.1350(d), with respect to all of the causes of action in the

First Amended Complaint filed by Plaintiffs John Dorman and Joel Gamboa:

**Issue 1:** AS TO PLAINTIFF DORMAN'S CAUSES OF ACTION, SUMMARY JUDGMENT IS PROPER BECAUSE DEFENDANT GAMBOA WAS NOT AN AGENT OR EMPLOYEE OF DEFENDANT WACHTOWER AT THE TIME OF THE ALLEGED ABUSE OF DORMAN.

| | |
|---|---|
| 1. All congregations of Jehovah's Witnesses are composed of individuals and families who gather together to worship in buildings called "Kingdom Halls." *Affidavit of Allen Shuster, ¶ 5 (Exhibit 1)*. | 1. |
| 2. A rank-and-file member of the congregation is called a "publisher." There are baptized and unbaptized publishers, but only baptized publishers are considered to be Jehovah's Witnesses or congregation members. *Deposition of Dennis Palmer*, p. 49, lns. 15-22 (Exhibit 2); *Deposition of Jesus Montijo*, p. 14, lns. 20-24 (Exhibit 3); *Affidavit of Allen Shuster, ¶ 6 (Exhibit 1)*. | 2. |
| 3. Jehovah's Witnesses do not practice infant baptism, so their youth are not typically baptized until they are of a sufficient age to make their own determination about their religious beliefs, usually not until their teenage years, but there is no age requirement for baptism. *Affidavit of Allen Shuster, ¶ 7 (Exhibit 1)*. | 3. |
| 4. Some unbaptized publishers may be as young as five or six years old. *Affidavit of Allen Shuster, ¶ 8 (Exhibit 1)*. | 4. |
| 5. There is no predetermined amount of hours a publisher is required to spend in the | 5. |

| | |
|---|---|
| public ministry to qualify as a publisher. *Deposition of Justino Diaz*, p. 10, lns. 11-22 (Exhibit 4); *Affidavit of Allen Shuster,* ¶ 9 (Exhibit 1). | |
| 6. Individuals spend as much time in the public ministry as their heart motivates them to do so. *Affidavit of Allen Shuster,* ¶ 10 (Exhibit 1). | 6. |
| 7. There is no requirement for publishers to place certain amounts of literature. *Affidavit of Allen Shuster,* ¶ 11 (Exhibit 1). | 7. |
| 8. Before an individual, whether a man, woman, or child, can qualify to share in the field ministry with the congregation as an unbaptized publisher, two congregation Elders briefly meet with that person (and their parents in the case of a minor) to determine whether the individual believes the Bible is the inspired Word of God, whether the person knows basic Bible teachings, whether their life is in harmony with the Bible's prohibitions against immorality, drunkenness, and drug abuse, and whether they want to be one of Jehovah's Witnesses. Thereafter, the two Elders who meet with the individual determine whether the individual qualifies to be recognized as an unbaptized publisher in the congregation. *Affidavit of Allen Shuster,* ¶ 12 (Exhibit 1). | 8. |
| 9. However, this procedure for becoming an unbaptized publisher did not come into existence until it was announced in the November 15, 1988, issue of *The Watchtower.* Prior to November 15, 1988, the individual publisher who studied the Bible with an interested person made the decision as to when that interested person could be invited to accompany the congregation in the field ministry as an approved associate of Jehovah's Witnesses. *Affidavit of Allen Shuster,* ¶ 13 (Exhibit 1). | 9. |
| 10. There is no application form to fill out to become an unbaptized publisher. *Affidavit of Allen Shuster,* ¶ 14 (Exhibit 1). | 10. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| 11. Neither Watchtower nor the U.S. branch offices of Jehovah's Witnesses review or approve whether an individual can be recognized as an unbaptized or baptized publisher, nor do Watchtower or the U.S. branch offices of Jehovah's Witnesses maintain a list of unbaptized or baptized publishers in a given congregation. Likewise, prior to November 15, 1988, neither Watchtower nor the U.S. branch offices of Jehovah's Witnesses reviewed or approved whether an individual could be an approved associate of Jehovah's Witnesses, and neither did they maintain a list of approved associates in a given congregation. *Affidavit of Allen Shuster,* ¶ 15 (Exhibit 1). | 11. |
| 12. After the person turns in his or her first field service report to the Elders, an announcement is made during one of the weekday congregation meetings that so-and-so is a new unbaptized publisher in the congregation. The procedure to announce a new unbaptized publisher to the congregation did not come into existence until it was announced in the November 15, 1988, issue of *The Watchtower,* and prior to that date there was no announcement made when an individual became an approved associate. *Affidavit of Allen Shuster,* ¶ 16 (Exhibit 1). | 12. |
| 13. Before an individual can serve as an Elder, Ministerial Servant, and/or Regular or Auxiliary Pioneer, they must be a baptized publisher. Most baptized publishers do not serve in an appointed position as Elders, Ministerial Servants, and/or Regular Pioneers. *Affidavit of Allen Shuster,* ¶ 17 (Exhibit 1). | 13. |
| 14. Since the number of Watchtower corporate members range from 30 to 100 at any given time, and historically have been Elders who live and serve at the U.S. branch offices of Jehovah's Witnesses in New York, most Jehovah's Witnesses are not corporate members of Watchtower. *Affidavit of Danny Bland,* ¶ 6 (Exhibit 5). | 14. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| 15. There is no paid clergy class in congregations of Jehovah's Witnesses.<br>*Affidavit of Allen Shuster, ¶ 18 (Exhibit 1).* | 15. |
| 16. Each congregation is supervised by a group of men, normally three or more, who are referred to as "Elders."<br>*Affidavit of Allen Shuster, ¶ 19 (Exhibit 1).* | 16. |
| 17. These Elders take the lead in teaching, providing pastoral care, and organizing the congregations. Most Elders are also husbands and fathers, and most are secularly employed to support their families. These men are unpaid volunteers and they do not wear any priestly garb or special identifying clothing.<br>*Affidavit of Allen Shuster, ¶ 20 (Exhibit 1).* | 17. |
| 18. Each congregation of Jehovah's Witnesses, including the Linda Vista Spanish Congregation and the La Jolla Spanish Congregation (now called Playa Pacifica Spanish Congregation), has its own individual group of Elders known as a "body of elders" for its separate congregation.<br>*Affidavit of Allen Shuster, ¶ 21 (Exhibit 1).* | 18. |
| 19. Each congregation has three different Elders who serve in their separate positions known as "Coordinator of the Body of Elders" (previously called "Presiding Overseer"), "Secretary," and "Service Overseer."<br>*Affidavit of Allen Shuster, ¶ 22 (Exhibit 1).* | 19. |
| 20. The "Coordinator of the Body of Elders" serves as the chairman at meetings of the Elders and generally coordinates congregation activities.<br>*Affidavit of Allen Shuster, ¶ 23 (Exhibit 1).* | 20. |
| 21. The Secretary maintains field service reports (record of individual's field service activity) and other congregation records.<br>*Affidavit of Allen Shuster, ¶ 24 (Exhibit 1).* | 21. |
| 22. The Service Overseer monitors the public ministry of the congregation as a whole, which is sometimes also referred to as "field | 22. |

| | |
|---|---|
| ministry" or "field service." *Deposition of Dennis Palmer*, p. 46, lns. 4-12 (Exhibit 2); *Affidavit of Allen Shuster*, ¶ 25 (Exhibit 1). | |
| 23. These three Elders (Coordinator of the Body of Elders, Secretary, and Service Overseer) constitute a "Congregation Service Committee" to care for some matters on behalf of the body of elders, such as the composition and location of Congregation Book Studies, and communications with Watchtower, the U.S. branch offices of Jehovah's Witnesses, and other congregations. *Affidavit of Allen Shuster*, ¶ 26 (Exhibit 1). | 23. |
| 24. Other Elders in the congregation serve as a Theocratic Ministry School Overseer and a *Watchtower* Study Conductor. During the 1970's through the 1990's other Elders also served as Congregation Book Study Overseers. *Affidavit of Allen Shuster*, ¶ 27 (Exhibit 1). | 24. |
| 25. The Theocratic Ministry School Overseer is responsible for organizing and instructing a weekly midweek meeting entitled the Theocratic Ministry School. *Affidavit of Allen Shuster*, ¶ 28 (Exhibit 1). | 25. |
| 26. The *Watchtower* Study Conductor organizes and oversees a weekly one-hour meeting that takes place on the weekends (usually Sunday) during which an article from the *Watchtower* magazine is considered. *Affidavit of Allen Shuster*, ¶ 29 (Exhibit 1). | 26. |
| 27. Both the Theocratic Ministry School and the *Watchtower* Study meetings are held at the Kingdom Hall and are open to all congregation members and to the public. *Affidavit of Allen Shuster*, ¶ 30 (Exhibit 1). | 27. |
| 28. During the 1970's through the 1990's, Congregation Book Study Overseers organized and oversaw a second weekly one-hour meeting of separate small groups that generally met in the private homes of some | 28. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| of the congregation members to study a Bible-based publication published by Jehovah's Witnesses. *Affidavit of Allen Shuster,* ¶ 31 (Exhibit 1). | |
| 29. Each congregation also has "Ministerial Servants" who are appointed to assist the Elders to care for the practical needs of the congregations. *Affidavit of Allen Shuster,* ¶ 32 (Exhibit 1). | 29. |
| 30. The responsibilities of Ministerial Servants include handling the congregation literature, congregation accounts, and congregation territory for the public ministry, caring for microphone and sound equipment during meetings, serving as attendants during congregation meetings, and maintaining the physical appearance and cleanliness of the Kingdom Hall. *Affidavit of Allen Shuster,* ¶ 33 (Exhibit 1). | 30. |
| 31. Congregations also have "Regular Pioneers," who can be men, women, or children who are active in the public ministry. *Affidavit of Allen Shuster,* ¶ 34 (Exhibit 1). | 31. |
| 32. During the 1970's through the 1990's, Regular Pioneers had to average 100 hours per month in the public ministry and later 90 hours a month.  Beginning in 1976, Auxiliary Pioneers had a 60 hour per month average. Currently, Regular Pioneers have to average 70 hours per month in the public ministry and Auxiliary Pioneers have to average 50 hours per month. *Deposition of Juan Guardado,* p. 19, lns. 10-20 (Exhibit 6); *Affidavit of Allen Shuster,* ¶ 35 (Exhibit 1). | 32. |
| 33. Elders, Ministerial Servants, and Regular and Auxiliary Pioneers are all volunteers and none of them are paid for their service nor do they receive any reimbursement for their transportation, living, or meal expenses. *Affidavit of Allen Shuster,* ¶ 36 (Exhibit 1). | 33. |
| 34. Neither Watchtower, the U.S. branch offices of Jehovah's Witnesses, nor any | 34. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| congregations of Jehovah's Witnesses have any paid employees, and as previously noted, there is no paid clergy class. *Affidavit of Allen Shuster*, ¶ 37 (Exhibit 1). | |
| 35. At least twice a year, the body of elders of a congregation meets together to review the qualifications of the men in the congregation who might qualify to serve as an Elder or Ministerial Servant. *Affidavit of Allen Shuster*, ¶ 38 (Exhibit 1). | 35. |
| 36. Elders are recommended from among the Ministerial Servants in the congregation and must meet the spiritual qualifications found at 1 Timothy 3:1-7 and Titus 1:5-9. *Deposition of Ramon Preciado*, p. 22, ln. 20 to p. 23, ln. 11 (Exhibit 7); *Deposition of Jesus Montijo*, p. 20, lns. 21-22 (Exhibit 3); *Affidavit of Allen Shuster*, ¶ 39 (Exhibit 1). | 36. |
| 37. Ministerial Servants are recommended from other male members of the congregation who are not serving as an Elder or Ministerial Servant and who meet the spiritual qualifications found at 1 Timothy 3:8-10, 12, 13. *Deposition of Jesus Montijo*, p. 20, lns. 11-17 (Exhibit 3); *Affidavit of Allen Shuster*, ¶ 40 (Exhibit 1). | 37. |
| 38. A "Regular Pioneer," or "Auxiliary Pioneer" on the other hand, is a position that any congregation member can apply for by filling out an application and turning it into the Congregation Service Committee. *Affidavit of Allen Shuster*, ¶ 41 (Exhibit 1). | 38. |
| 39. The Congregation Service Committee reviews the application to determine, among other factors, whether the individual meet the spiritual and moral requirements and is likely to meet the monthly time requirement to serve as a Regular or Auxiliary Pioneer. *Affidavit of Allen Shuster*, ¶ 42 (Exhibit 1). | 39. |
| 40. During the 1970's through the 1990's, the local congregation Elders' recommendations of Elders, Ministerial Servants, and Regular Pioneers had to be | 40. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| approved by the Service Department at the U.S. branch offices of Jehovah's Witnesses in New York before they could be appointed. However, Auxiliary Pioneers were approved by the local Congregation Service Committee without any review or approval by the Service Department at the U.S. branch offices. *Depositions of Ramon Preciado*, p. 21, ln. 8 to p. 22, ln. 2; p. 24 lns. 4-16 (Exhibit 1); *Jesus Montijo*, p. 20, lns. 2-10 (Exhibit 3); *Affidavit of Allen Shuster*, ¶ 43 (Exhibit 1). | |
| 41. During the 1970's through the 1990's, all appointments of Elders, Ministerial Servants, and Regular Pioneers in the United States were communicated by the Service Department to congregations through Watchtower. *Affidavit of Allen Shuster*, ¶ 44 (Exhibit 1). | 41. |
| 42. After the local congregation body of elders received the approval from Watchtower for an appointment, an announcement was made to the congregation during one of the regularly scheduled weekday meetings that the individual was appointed to serve as an Elder, Ministerial Servant, or Regular Pioneer. A similar announcement was made after a publisher was approved as an Auxiliary Pioneer by the local Congregation Service Committee. *Deposition of Ramon Preciado*, p. 24, ln. 4 to p. 25 ln. 6 (Exhibit 7); *Affidavit of Allen Shuster*, ¶ 45 (Exhibit 1). | 42. |
| 43. John Dorman, born on September 7, 1977, was abused by Gonzalo Campos on two different dates within a twelve-month period when he was in first or second grade, or roughly from 1983 to 1984 when he was approximately 7 to 8 years old, and while both were associated with the Linda Vista Spanish Congregation. *Deposition of John Dorman*, p. 8, lns. 2-3; p. 34, ln. 25 to p. 35, lns. 23; p. 38, lns. 11-14 (Exhibit 8); *Deposition of Gonzalo Campos*, p. 44, ln. 16 to p. 45, ln. 6; p. 53 lns. 7-19 | 43. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| (Exhibit 9); Second Amended Complaint, ¶ 5. | |
| 44. Dorman stated that on the first date he was abused, Campos took him on a landscaping job and touched him inappropriately while in Campos's van on the way to and from the worksite. *Deposition of John Dorman*, p. 34, ln. 25 to p. 37, ln. 13 (Exhibit 8). | 44. |
| 45. The second date he was abused was within twelve months when Campos abused him on the way to a different landscaping jobsite, and later that same day at a home where Campos's mother worked as a housecleaner. *Deposition of John Dorman*, p. 38, ln. 5 to p. 40, ln. 24 (Exhibit 8). | 45. |
| 46. At age 16, Dorman first told his parents that he had been abused by Campos in the spring of 1994, and Dorman's parents thereafter contacted Elders in the Linda Vista Spanish Congregation about the alleged abuse. *Deposition of John Dorman*, p. 50, ln. 4 to p. 52, ln. 11 (Exhibit 8). | 46. |
| 47. Defendant Campos was born on January 10, 1963, and began to associate with the Linda Vista Spanish Congregation in about 1979 or 1980, when he was 16 or 17 years old. *Deposition of Gonzalo Campos*, p. 12, lns. 23-24; p. 13, lns. 9-19; p. 15, lns. 1-3, 18-20 (Exhibit 9); *Affidavit of Ramon Preciado*, ¶ 3 (Exhibit 7). | 47. |
| 48. As a teenager, Campos studied the Bible with Jehovah's Witnesses in the Linda Vista Spanish Congregation where he attended meetings along with his mother, and he was eventually invited by the publisher who studied the Bible with him to accompany the congregation in the field ministry as an approved associate of Jehovah's Witnesses. *Deposition of Gonzalo Campos*, p. 15, lns. 1-20 (Exhibit 9); p. 16, lns. 9-22; *Affidavit of* | 48. |

| | |
|---|---|
| *Ramon Preciado*, ¶ 4 (Exhibit 10). | |
| 49. Campos was later baptized as one of Jehovah's Witnesses in 1980, at age 17, and he continued to attend meetings as a baptized publisher with the Linda Vista Spanish Congregation.<br><br>*Deposition of Gonzalo Campos*, p. 15, ln. 25 to p. 16, ln. 22 (Exhibit 9); *Affidavit of Ramon Preciado*, ¶ 5 (Exhibit 10); *Affidavit of Allen Shuster*, ¶ 7 (Exhibit 1). | 49. |
| 50. By 1986 the Linda Vista Spanish Congregation had grown larger in number and a separate congregation known as the La Jolla Spanish Congregation was formed in November 1986 as an offshoot of the Linda Vista Spanish Congregation.<br><br>*Deposition of Dennis Palmer*, p. 44, ln. 20, to p. 45, ln. 16; p. 47 lns. 2-7 (Exhibit 2); *Deposition of Gonzalo Campos*, p. 19, ln. 21 to p. 20 ln. 3 (Exhibit 9); *Affidavit of Ramon Preciado*, ¶ 6 (Exhibit 10). | 50. |
| 51. When the La Jolla Spanish Congregation was formed, Campos ceased his association with the Linda Vista Spanish Congregation and began to associate with the newly formed La Jolla Spanish Congregation because he lived closer to this new congregation so it was more convenient.<br><br>*Deposition of Dennis Palmer*, p. 49, lns. 1-8 (Exhibit 2); *Deposition of Gonzalo Campos*, p. 18, ln. 21 to p. 20 ln. 15 (Exhibit 9); *Affidavit of Ramon Preciado*, ¶ 7 (Exhibit 10). | 51. |
| 52. When Campos first began his association with the La Jolla Spanish Congregation, Campos was still only a baptized publisher (i.e., congregation member) and he was never a Ministerial Servant, Elder, or Regular or Auxiliary Pioneer while he was associated with the Linda Vista Spanish Congregation.<br><br>*Deposition of Gonzalo Campos*, p. 16, ln. 23 to p. 17, ln. 10; p. 17, lns. 19-23, p. 20, lns. 16-22 (Exhibit 9); *Affidavit of Ralph Schaefer*, ¶ 4 (Exhibit 11); *Affidavit of Ramon Preciado*, ¶ 8 (Exhibit 10); *Affidavit* | 52. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| *of Allen Shuster*, ¶¶ 46, 47 (Exhibit 1). | |
| 53. It was not until December 22, 1988, when Campos was a member of the La Jolla Spanish Congregation, that he was first appointed to serve as a Ministerial Servant in the La Jolla Spanish Congregation, and he was never appointed as a Ministerial Servant in the Linda Vista Spanish Congregation, or in any other congregation of Jehovah's Witnesses, prior to that date.<br><br>*Deposition of Gonzalo Campos*, p. 32, ln. 19 to p. 33 ln. 9; p. 92, lns. 11-12 (Exhibit 9); *Affidavit of Allen Shuster*, ¶ 46 (Exhibit 1); *Affidavit of Ramon Preciado*, ¶ 9 (Exhibit 10). | 53. |
| 54. Subsequently, on June 23, 1993, Campos was appointed to serve as an Elder in the La Jolla Spanish Congregation, and he was never appointed to serve as an Elder in the Linda Vista Spanish Congregation, or in any other congregation of Jehovah's Witnesses, prior to that date.<br><br>*Deposition of Gonzalo Campos*, p. 33, ln. 21 to p. 34 ln. 8 (Exhibit 9); *Affidavit of Allen Shuster*, ¶ 47 (Exhibit 1). | 54. |
| 55. In January 1994, the La Jolla Spanish Congregation changed its name to Playa Pacifica Spanish Congregation and Gonzalo Campos continued to serve as an Elder there until he was disfellowshipped, or expelled from the congregation, on June 9, 1995.<br><br>*Deposition of Gonzalo Campos*, p. 19, lns. 4-9; p. 66, ln. 16 to p. 67, ln. 7 (Exhibit 9); *Affidavit of Kevin Phillips*, ¶¶ 2, 4 (Exhibit 12). | 55. |
| 56. At no time did Gonzalo Campos ever serve as a Regular Pioneer in the Linda Vista Spanish Congregation or in any other congregation of Jehovah's Witnesses, nor did Campos ever serve as an Auxiliary Pioneer while associated with the Linda Vista Spanish Congregation.<br><br>*Deposition of Ramon Preciado*, p. 17, lns. 19-24 (Exhibit 7); *Deposition of Arturo Jemio*, p. 7 ln. 10, to p. 8, ln. 1; p. 20, lns. 19- | 56. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| 23 (Exhibit 13); *Deposition of Dennis Palmer*, p. 51, lns. 9-15 (Exhibit 2); *Deposition of Gonzalo Campos*, p. 16, ln. 23 to p. 17 ln. 10; p. 17, lns. 19-23; p. 92, lns. 11-12 (Exhibit 9); *Affidavit of Ralph Schaefer*, ¶ 4 (Exhibit 11); *Affidavit of Ramon Preciado*, ¶ 8 (Exhibit 10). | |
| 57. At no time was Campos ever a member or employee of Watchtower. *Affidavit of Danny Bland*, ¶¶ 4, 5 (Exhibit 5). | 57. |

DEFENDANT WATCHTOWER'S SEPARATE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT