Exhibit P has been marked "Confidential" by WTNY and is therefore subject to the Protective Order Entered by the Court on January 26, 2022.  See ECF Docs. 110-1 and 111.

Exhibit P to Plaintiffs' Brief in Support of Motion for Sanctions re: Depositions of Gary Breaux and Allen Shuster will be filed immediately following the entry of this document into the record.  This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

# *Exhibit P*