*Exhibit L*

```
            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MONTANA
                        BILLINGS DIVISION
_____

  TRACY CAEKAERT, and           Case No.
  CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

         Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

         Defendants,

  ARIANE ROWLAND, and           30(b)(6) DEPOSITION
  JAMIE SCHULZE,                UPON ORAL EXAMINATION
                                OF WILLIAM HASCH AND
         Plaintiff,             RUSTIN HALEY

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,        Case No.
                                CV-20-59-BLG-SPW
         Defendants.
_____

         BE IT REMEMBERED, that the 30(b)(6)
deposition upon oral examination of WILLIAM HASCH
and RUSTIN HALEY, appearing at the instance of the
Plaintiffs, was taken at the offices of Fisher
Court Reporting, 2711 1st Avenue North, Billings,
Montana, on, Wednesday, January 10, 2024, beginning
at the hour of 9:09 a.m., pursuant to the Federal
Rules of Civil Procedure, before Barbara J. McLean,
Registered Merit Reporter, Certified Realtime
Reporter, and Notary Public.

                     * * * * * * *
```

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

William Hasch and Rustin Haley 30(b)(6)

```
 1      Q.   And within the contours of your
 2 preparation, your answer is that you don't know
 3 about the document -- the documents that are not
 4 present from that '72 to '93 time period?
 5      A.   Yes, that's correct.
 6      Q.   Let's go to -- on Exhibit 19, let's go to
 7 page 7, topic 23.  "The practices, policies, and
 8 procedures in place at the Hardin Congregation from
 9 1973 to the present when receiving a complaint
10 regarding or related to child sexual abuse..."
11 Okay.  I'm going to stop there.  And there's more
12 to the question.
13           So it's three things:  "The practices,
14 policies, and procedures at Hardin from '73 to the
15 present when receiving a complaint regarding or
16 related to child sex abuse."  [As read.]
17      A.   To immediately call the legal department
18 at the branch.
19      Q.   And how was that -- how was that directive
20 or policy or procedure communicated?
21      A.   I think from a letter or from the circuit
22 overseer.  We were told directly.  It might have
23 been in one of those classes, too, but it was known
24 that you call the legal department.
25      Q.   And when you say a letter, who would that
```

146

```
 1  letter have come from?
 2      A.   Probably from the branch.  It would be a
 3  to "All Bodies of Elders" letter.
 4      Q.   So from 1973 to the present, that policy
 5  has not changed.
 6      A.   I don't know.  That's the policy that's
 7  been in effect since I've been an Elder.  And so I
 8  don't know -- I don't know what the policy was in
 9  1973 to '93, '94, whatever it is.
10      Q.   Okay.  And just to be very clear, on 23,
11  you're answering on behalf of the Hardin
12  Congregation.  And the question is from '73 to the
13  present.
14      A.   Uh-huh.
15      Q.   So what period of time do you know, are
16  you testifying to?
17      A.   Well, from 1973 to present, it has
18  probably changed a little bit, just like most
19  things have changed in that period of time.
20           If a complaint regarding sexual abuse
21  would be brought up, it would be brought up to the
22  branch as far as I know.
23      Q.   And specifically any department within the
24  branch?
25      A.   It would be with our legal department,
```
147