Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1401 Delgany Street, #404
Denver, CO  80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA.,<br><br>　　　　　Defendants, | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES BY ONE WEEK** |

Plaintiffs, by and through their undersigned counsel, hereby move the Court for a one (1) week extension of the fully briefed Motions Deadline to give the

parties an additional week to file Response briefs to dispositive motions filed on April 11th and 12th, 2024.  *See* ECF Nos. 339, 343, 346, 350, and 354.

Given the number of motions at issue and the extensive factual record in this case, Plaintiffs asked Defendants for an additional week to file response briefs to their Motions for Summary Judgment.  Defendants do not object and requested that the proposed extension be applied reciprocally to their deadlines.  Therefore, Plaintiffs move the Court for an order modifying the briefing schedule for the dispositive motions filed on April 11, 2024 and April 12, 20224 as follows:

1) Response briefs to the Motions filed on April 11, 2024 (ECF Nos. 339 and 343) shall be due no later than **May 9, 2024**, with Reply briefs due fourteen (14) days after the Response brief is filed.

2) Response briefs to the Motions filed on April 12, 2024 (ECF Nos. 346, 350, and 354) shall be due no later than **May 10, 2024**, with Reply briefs due fourteen (14) days after the Response brief is filed.

The requested modification to the briefing schedule would allow all parties seven (7) additional days to respond to the pending dispositive motions.  No other deadlines in the case would be impacted and all Motions (except Motions to Amend Pleadings and Motions *in Limine*) would be fully briefed no later than **May 24, 2024**.

A proposed order is attached hereto and will be emailed to the Court pursuant to L.R. 7.1.

DATED this 26th day of April, 2024.

                                           By: /s/ Ryan Shaffer
                                                   Ryan R. Shaffer
                                                   MEYER, SHAFFER & STEPANS PLLP

                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                           By: /s/ Ryan Shaffer
                                                        Ryan R. Shaffer
                                                        MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*