# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Unopposed Motion to Extend Briefing Deadlines by One Week.

**IT IS HEREBY ORDERED** that:

➢ Response briefs to the Motions filed on April 11, 2024 (ECF Nos. 339 and 343) shall be due no later than **May 9, 2024**, with Reply briefs due fourteen (14) days after the Response brief is filed.

➢ Response briefs to the Motions filed on April 12, 2024 (ECF Nos. 346, 350, and 354) shall be due no later than **May 10, 2024**, with Reply briefs due fourteen (14) days after the Response brief is filed.

DATED this _____ day of _____, 2024.

_____
Susan P. Watters
United States District Court Judge