# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

TRACY CAEKAERT, and CAMILLIA )
MAPLEY, )
                                                   ) Case No. CV-20-52-BLG-SPW
              Plaintiffs, )
vs. )
                                                   ) **ORDER**
WATCHTOWER BIBLE AND TRACT )
SOCIETY OF NEW YORK, INC., and )
WATCH TOWER BIBLE AND TRACT )
SOCIETY OF PENNSYLVANIA., )
              Defendants. )

Upon the Plaintiffs' Unopposed Motion to Extend Briefing Deadlines by One Week (Doc. 371), and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion (Doc. 371) is **GRANTED**:

- Response briefs to the Motions filed on April 11, 2024 (Docs. 339 and 343) shall be due no later than **May 9, 2024**, with Reply briefs due fourteen (14) days after the Response brief is filed.

- Response briefs to the Motions filed on April 12, 2024 (Docs 346, 350, and 354) shall be due no later than **May 10, 2024**, with Reply briefs due fourteen (14) days after the Response brief is filed.

DATED this 26th day of April, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

2