# EXHIBIT 4

Page 1

```
 1
 2        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MONTANA
 3                BILLINGS DIVISION
    TRACY CAEKAERT and CAMILLIA MAPLEY,
 4
 5                            PLAINTIFFS,
 6           -against-        Case No.:
                              CV-20-52-BLG-SPW
 7
    WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
 8  YORK, INC., and WATCH TOWER BIBLE AND TRACT
    SOCIETY OF PENNSYLVANIA,
 9
                              DEFENDANTS.
10  ------------------------------------------X
    ARIANE ROWLAND and JAMIE SCHULZE,
11
                              PLAINTIFFS,
12
             -against-        Case No:
13                            CV-20-59-BLG-SPW
14  WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
    YORK, INC., and WATCH TOWER BIBLE AND TRACT
15  SOCIETY OF PENNSYLVANIA,
16                            DEFENDANTS.
    ------------------------------------------X
17
18                    DATE: December 6, 2023
19                    TIME: 9:09 A.M.
20
21
22         VIDEO-RECORDED EXAMINATION
23  BEFORE TRIAL of the Non-Party Witness,
24  ALLEN SHUSTER, taken by the Plaintiffs,
25  pursuant to a Subpoena, held at the offices
```

Page 2

1
2  of Veritext Legal Solutions, 50 Main
3  Street, 3rd Floor, White Plains, New York
4  10606, before Alison DiTuro, a Notary
5  Public of the State of New York.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4   MEYER SHAFFER & STEPANS PLLP
       Attorneys for the Plaintiffs
 5     TRACY CAEKAERT, CAMILLIA MAPLEY, ARIANE
       ROWLAND and JAMIE SCHULZE
 6     3490 Clubhouse Drive, Suite 104
       Wilson, Wyoming 83014
 7     BY: ROBERT STEPANS, ESQ.
               -and-
 8         RYAN R. SHAFFER, ESQ.
               -and-
 9         KATY GANNON, ESQ.
10
11   MERRILL LAW, LLC
       Attorneys for the Plaintiffs
12     TRACY CAEKAERT, CAMILLIA MAPLEY, ARIANE
       ROWLAND and JAMIE SCHULZE
13     1401 Delgany Street, #404
       Denver, Colorado 80202
14     BY: MATTHEW MERRILL, ESQ.
15
16   MILLER MCNAMARA & TAYLOR LLP
       Attorneys for the Defendant
17     WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
       YORK, INC.
18     100 South Bedford Road, Suite 340
       Mount Kisco, New York 10549
19     BY: JOEL M. TAYLOR, ESQ.
20
21   MOULTON BILLINGHAM PC
       Attorneys for the Defendant
22     WATCH TOWER BIBLE AND TRACT SOCIETY OF
       PENNSYLVANIA
23     27 North 27th Street, Suite 1900
       Billings, Montana 59103
24     BY: GERRY P. FAGAN, ESQ., via Zoom
               -and-
25         JORDAN FITZGERALD, ESQ., via Zoom
               -and-
```

```
 1
 2        CHRISTOPHER T. SWEENEY, ESQ., via
          Zoom
 3
 4
   MARKOR LAW, LLC
 5    Attorneys for the Witness
      BY: MARGARET T. KORGUL, ESQ.
 6    Mkorgul@markorlaw.com
 7
   ALSO PRESENT:
 8    Corey Wainaina
      Jessica Yuhas, via Zoom
 9
              *         *        *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 35

1               A. SHUSTER
2    or what entity you sent that application
3    to?
4        A.    Not really, no.
5        Q.    In 1976, was Bethel considered
6    the world headquarters of Jehovah's
7    Witnesses?
8            MS. KORGUL:  I'll object to the
9        form.
10       A.    Repeat the question, please.
11       Q.    In 1976, was Bethel considered
12   the world headquarters of Jehovah's
13   Witnesses?
14       A.    No.
15       Q.    Can you tell me what kind of
16   information was included on your
17   application to work at Bethel?
18       A.    I can remember some
19   specifics -- age, address, health, date of
20   birth.  Beyond that, I -- I don't remember.
21   It's been a long time ago.
22       Q.    Was that application approved
23   by some entity in order for you to start
24   working at Bethel?
25            MS. KORGUL:  I'll object to the

```
                                                    Page 36
 1                    A. SHUSTER
 2       form, working.
 3            A.    Yeah.  I'm not quite sure how
 4       it was approved.
 5            Q.    Is it correct that you began
 6       working in the service department in 1981?
 7                  MS. KORGUL:  Again, objection.
 8            Same objection.
 9            A.    I began working in the service
10       department in 1981, yes.
11            Q.    What did you do to prepare for
12       today's deposition?
13            A.    Not much.  Met with my attorney
14       here next to me, and that's about it.
15            Q.    Did you meet with any attorneys
16       from the Jehovah's Witness legal
17       department?
18            A.    I did not.
19            Q.    Did you meet with any other
20       members of the service department?
21            A.    I did not.
22            Q.    Do you have the -- a basic
23       understanding of the claims in the
24       litigation that we're here for your
25       deposition for today?
```

Page 40

```
 1              A. SHUSTER
 2   department will seek advice on specific
 3   scriptural matters and how the law bears on
 4   those scriptural principles.
 5        Q.   Paragraph 10 of the affidavits
 6   say that you have briefly reviewed the
 7   allegations in the operative complaint.  Is
 8   that correct?
 9        A.   Correct.
10        Q.   What is the operative
11   complaint?
12        A.   I have a vague recollection
13   that this was sometime back maybe -- I
14   don't remember how long ago, some months
15   back when this was reviewed, and it's --
16   it's a child abuse allegation, but I don't
17   know the specifics.  I don't recall the
18   specifics.
19        Q.   Is your reference to the
20   complaint intended to refer to the
21   complaint in either the Caekaert or Rowland
22   case or both?
23        A.   I think that would be the
24   correct answer, yes.  I don't know these
25   parties.
```

Page 76

1            A. SHUSTER
2        Objection to the form.  You can
3        answer.
4      A.    Can you repeat the question,
5   please?
6            MR. MERRILL:  Please do.
7            (Whereupon, the referred to
8        question was read back by the
9        Reporter.)
10           MS. KORGUL:  Same objection.
11     A.    I don't know.
12     Q.    Did you have any involvement
13  with allegations of child sex abuse within
14  Jehovah's Witness congregations in the
15  United States between 1973 and 1992?
16     A.    I don't know.
17     Q.    Is that something that you
18  would've forgotten?
19     A.    It's a long time ago, that's
20  for sure.
21     Q.    Is that something you would've
22  forgotten?
23     A.    I don't think so.
24     Q.    In your time at the service
25  department, did you ever correspond with

Page 142

1              A. SHUSTER
2      Q.    Okay.  And then the remaining
3   pages of the exhibit should be those
4   document page numbers, and you can confirm
5   that by what's known as the bates-numbering
6   in the lower right.  If you turn the page,
7   the first page you should see should be
8   WTNY591.
9      A.    Okay.
10     Q.    Based on the request on the
11  page you just looked at, these are the 1995
12  outlines from WTNY to elders attending the
13  Kingdom Ministry School, portions 19
14  through 22 regarding helping abuse victims
15  scripturally.
16           Do you agree with that?
17     A.    I -- it's been so long ago.
18  I'd have to...
19           MS. KORGUL:  I'll object.  He's
20       not -- he's not representing
21       Watchtower.  You're asking him if
22       this is the correct document produced
23       by Watchtower?
24           MR. MERRILL:  No.  I'm asking
25       him if he agrees with the description

```
                                                    Page 144
 1                        A. SHUSTER
 2           A.    It's been a long time ago.  I
 3   just don't remember.  1992, what's --
 4   that's 30 -- 30-some years, 31 years.
 5           Q.    Let's go to the document with
 6   page no. 598.
 7                 MS. KORGUL:  You mean page or
 8       bates stamp?
 9                 MR. MERRILL:  Page.  Bates
10       stamp, excuse me.
11           Q.    Please take your time and read
12   this full page and tell me when you're
13   finished.
14           A.    Okay.  Okay.
15                 MS. KORGUL:  I was just looking
16       further here.
17                 THE WITNESS:  Yeah.
18           Q.    This is direction about how to
19   handle an allegation of sexual abuse
20   against a member of the congregation that
21   was based on repressed memories; correct?
22           A.    It appears that way.
23           Q.    Were you involved in the
24   creation of this document at all?
25           A.    I don't remember.
```