# Exhibit 3

Page 1

```
 1
 2        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MONTANA
 3               BILLINGS DIVISION
    TRACY CAEKAERT and CAMILLIA MAPLEY,
 4
 5                             PLAINTIFFS,
 6          -against-        Case No.:
                             CV-20-52-BLG-SPW
 7
    WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
 8  YORK, INC., and WATCH TOWER BIBLE AND TRACT
    SOCIETY OF PENNSYLVANIA,
 9
                             DEFENDANTS.
10  ------------------------------------------X
    ARIANE ROWLAND and JAMIE SCHULZE,
11
                             PLAINTIFFS,
12
            -against-        Case No:
13                           CV-20-59-BLG-SPW
14  WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
    YORK, INC., and WATCH TOWER BIBLE AND TRACT
15  SOCIETY OF PENNSYLVANIA,
16                           DEFENDANTS.
    ------------------------------------------X
17
18             DATE: March 7, 2024
19             TIME: 1:13 P.M.
20
21
22         VIDEO-RECORDED DEPOSITION of the
23  Defendant by a witness, MARIO MORENO, taken
24  by the respective parties, pursuant to a
25  Notice and to the Federal Rules of Civil
```

Page 2

1
2     Procedure, held at the offices of Veritext
3     Legal Solutions, 50 Main Street, Third
4     Floor, White Plains, New York 10606, before
5     Alison DiTuro, a Notary Public of the State
6     of New York.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 123

1      M. MORENO
2  assist them in carrying out their duties as
3  elders -- Pay Attention to the Flock, it
4  used to be called during the relevant time
5  period, and now it's called the Shepherd
6  book, yeah.  Shepherd the Flock of God, but
7  it used to be called Pay Attention to the
8  Flock, yeah.  And it would have information
9  in there on -- explanation of the -- the
10 Bible principle that you referred to as the
11 two witness rule.
12      Q.   Thank you.
13           And let's go to C under 35,
14 which is how the two witness rule would
15 apply to the question whether a judicial
16 committee should be established in a
17 situation.  And the first example is where
18 elders receive a report that a young girl
19 in a congregation was sexually abused by
20 another member of the congregation.
21      A.   Yeah.
22      Q.   The perpetrator -- the alleged
23 perpetrator denies, and there are no other
24 witnesses.
25      A.   Okay.  So there's a lot of

Page 124

1               M. MORENO
2    moving parts here.
3               First of all, in terms of --
4    'cause elders have various
5    responsibilities.  When they learn of
6    something like this, there's legal
7    responsibilities when it comes to child
8    sexual abuse, which you are well aware of.
9               So one of the questions is do
10   they have a legal duty to report it to the
11   authorities, and that has nothing to do
12   with the principle in Deuteronomy or in --
13   in -- in Timothy or what the Bible says.
14   That's based on secular law.  Okay.
15              So it would not have anything
16   to do with an elder's duty to report it.
17   If the law requires reporting, the elders
18   would be informed of that by the legal
19   department who is familiar with the law.
20   Elders are not going to be familiar with
21   the laws unless they happen to have studied
22   it and are lawyers.
23              So they call, and they -- and
24   they get legal advice on whether the law in
25   their jurisdiction requires reporting, and

Page 125

1         M. MORENO
2    that evaluation is made strictly on the
3    law.  Okay?  So I just want to make that
4    clear.
5         Q.    Thank you, and I appreciate
6    that.
7              And subsection C is -- it's
8    more specific to the judicial committees.
9    I'm -- I appreciate the information --
10        A.    Yeah.
11        Q.    -- you just gave me, but --
12        A.    Yeah.  And that would be the
13   second thing then.  The second point is the
14   elders, aside from handling that aspect of
15   the matter, they have to determine whether
16   or not to provide loving, pastoral care to
17   the victim, and that has nothing to do with
18   the two witness.
19             Let's say there's -- she's the
20   only one.  So say -- let's say it's a
21   female victim.  I think in this case, the
22   hypothetical is a young girl; right?  So if
23   the young girl comes to the elders, the
24   elders will -- they know that they're
25   supposed to treat her with love and

Page 126

1        M. MORENO
2   compassion and treat her as if she were a
3   victim.  Whether there is two witnesses or
4   not to the fact that she's a victim, they
5   will give her the pastoral care she
6   needs -- and for that matter, her family
7   members if they need it -- as if it did
8   happen.
9            But then they have to make a
10  determination as to what to do with the
11  accused.  And as to what to do with the
12  accused, that's where this principle in the
13  Bible would come into play.  Do we have two
14  witnesses --
15           Excuse me.  Just got a little
16  charley horse.
17       Q.   No problem.
18       A.   So I'm stretching.
19           MR. FITZGERALD:  Do you need to
20     take a break, Mario?
21           THE WITNESS:  No.  I can
22     continue.  It just went away.
23       A.   So as far as the accused, the
24  principle would apply there in terms of
25  whether or not there was two witnesses that

1        M. MORENO
2  would allow the elders to form a judicial
3  committee to determine whether the
4  individual can remain a member of the
5  congregation or should be disfellowshipped
6  because child abuse is a -- not only is it
7  a crime, but it's also a serious sin for
8  which a person would be disfellowshipped if
9  it can be be scripturally established.  And
10 by that, I mean -- by scripturally
11 established, I mean if you have two
12 witnesses or an admission or a confession
13 on the part of the accused.
14           So the elders would -- would do
15 that investigation.  They would find out if
16 there's any other witnesses, and they'll
17 talk to that person if there is.  And if
18 they had two, then they could form a
19 judicial committee, and then they would be
20 able to determine whether or not the
21 individual should be disfellowshipped or
22 not based on whether he was repentant or
23 not for what had happened.
24           If there wasn't two witnesses
25 or a confession, then scripturally, they

Page 128

1            M. MORENO
2    could not form a judicial committee.  And
3    so that's -- would be the application or
4    the relevance of the two witness rule.
5            For that said, let me see what
6    else you have here.  So you said if he
7    denies it.  So if he denies it and there's
8    not a second witness -- no -- you cannot
9    form a judicial committee.
10            Likewise, there's no other
11   witnesses -- again, if there's only -- if
12   only the victim is the only witness, then
13   they would not be able to form a judicial
14   committee.
15            Now, that doesn't mean that
16   nothing else will happen.  Okay?  That
17   doesn't mean that the elders believe that
18   it didn't happen.  Okay?  It just means
19   they're not authorized by the scriptures to
20   form a judicial committee to potentially
21   disfellowship the individual.  It doesn't
22   mean they don't believe it happened.  It
23   doesn't mean they're not going to be
24   vigilant for the individual's conduct.
25   Maybe take other steps, depending on the

Page 129

1              M. MORENO
2    situation.
3              If they're in the same
4    congregation, depending on the
5    circumstances, they may recommend to the
6    individual who's accused, maybe you ought
7    to go to a different congregation so that,
8    you know, the victim is not traumatized by
9    seeing you at meetings or whatever.  And so
10   there's other things they might take in
11   addition to if he remained in their
12   congregation, to be vigilant of his
13   activity.
14             And in certain situations,
15   there -- there could be other consequences
16   too based on one accusation.  There's a lot
17   of other factors that would come into play
18   because sometimes you may not have two
19   witnesses, but there's other smoke that
20   gives a lot of credibility.
21             And so if an individual was
22   serving an appointed position, it could
23   be -- it could be, and it has happened --
24   that he may be removed from his position as
25   a ministerial servant or as an elder even

```
                                              Page 130
 1                  M. MORENO
 2    on the basis of one witness if there's
 3    other reasons that would call for that --
 4    poor judgment on his part, maybe having
 5    been alone with the victim and -- or other
 6    things like that 'cause, you know, there
 7    are certain things elders are not supposed
 8    to do that may not lead to a
 9    disfellowshipping offense -- or ministerial
10    servants shouldn't do for that matter --
11    but could lead to their losing privileges.
12         Q.    Thank you.
13               MR. STEPANS:  I think we're at
14          a good spot for a break.
15               THE VIDEOGRAPHER:  Off the
16          record 3:59 P.M. Eastern Standard
17          Time.
18               (Whereupon, a short recess was
19          taken.)
20               THE VIDEOGRAPHER:  Back on the
21          record 4:20 P.M. Eastern Standard
22          Time.
23         Q.    Mr. Moreno, going back to topic
24    35, which is the two witness rule.  Is
25    there -- is there anything specific to
```