# Exhibit 4

Shirley Gibson

```
1            IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF MONTANA
3                       BILLINGS DIVISION
4   TRACY CAEKAERT, and
5   CAMILLIA MAPLEY,
6           Plaintiffs,        Case No. CV-20-52-BLG-SPW
7        vs.
8   WATCHTOWER BIBLE AND TRACT
9   SOCIETY OF NEW YORK, INC.,
10  WATCH TOWER BIBLE AND
11  TRACT SOCIETY OF
12  PENNSYLVANIA, and BRUCE
13  MAPLEY SR.,
14           Defendants.
15  WATCHTOWER BIBLE AND TRACT
16  SOCIETY OF NEW YORK, INC.,
17            Cross Claimant,
18  BRUCE MAPLEY, SR.,
19            Cross Defendant.
20  _____
21  ARIANE ROWLAND, and JAMIE
22  SCHULZE                      Cause No. CV 20-59-BLG-SPW
23            Plaintiff,
24       vs.
25  WATCHTOWER BIBLE AND TRACT
```

1

```
 1   SOCIETY OF NEW YORK, INC.
 2   and WATCH TOWER BIBLE AND
 3   TRACT SOCIETY OF
 4   PENNSYLVANIA,
 5            Defendants.
 6
 7
 8   _____
 9        VIDEOCONFERENCE/VIDEOTAPED DEPOSITION
10             UPON ORAL EXAMINATION OF
11                  SHIRLEY GIBSON
12   _____
13        BE IT REMEMBERED, that the
14   videoconference/videotaped deposition upon oral
15   examination of Shirley Gibson, appearing at the
16   instance of the Plaintiffs, was taken at 800 North
17   Last Chance Gulch, Suite 101, Helena, Montana, on
18   Thursday, April 14, 2022, beginning at the hour of
19   9:07 a.m., pursuant to the Federal Rules of Civil
20   Procedure, before Mary R. Sullivan, Registered
21   Merit Reporter, Certified Realtime Reporter, and
22   Notary Public.
23
24
25
```

Shirley Gibson

```
 1      A.   He was going to handle it.
 2      Q.   Okay.  So he didn't say he was going to
 3  tell the authorities.
 4      A.   No, but I thought that's what he would
 5  do.
 6      Q.   I see.  And if he had done -- Let's say
 7  he -- Let's say he told you not to, did you
 8  understand you could go to the authorities if you
 9  wanted to?
10      A.   Yeah.  He didn't tell me I couldn't, but
11  I assumed he was going to take care of it.
12      Q.   Okay.
13      A.   And I should have done it.
14      Q.   When did you -- When did you follow up
15  with him on that?
16      A.   I never had any contact with -- I mean, I
17  never had any more conversations with him or
18  anybody else about it after that.
19      Q.   Okay.  Did other people in the
20  congregation know that Gunner had molested Tracy
21  and Ronda?
22      A.   Yes.
23      Q.   How did they find out about it?
24      A.   Same way I did, I guess.  I never asked
25  them.
```

65

Charles Fisher Court Reporting
442 East Mendenhall, Bozeman MT  59715, (406) 587-9016

Shirley Gibson

```
 1   work, so he was going to find another one.  He
 2   said he would call and talk to them.
 3       Q.   And -- And was it because you had
 4   received some legal paperwork?  What was the
 5   reason why you wanted to call?
 6       A.   I had been served with the deposition, so
 7   I --
 8       Q.   Aha.
 9       A.   -- called and talked to him.
10       Q.   Okay.  So you got -- you got this notice
11   to appear here today, and you wanted to knew what
12   to do with it.
13       A.   Yes.
14       Q.   And you never heard back from anyone at
15   Watchtower.
16       A.   Not from there or Ray Sewell.
17       Q.   Okay.  As -- As one of Jehovah's
18   Witnesses, is there any aspect of your worship
19   that is not voluntary?
20       A.   No.
21       Q.   Is all of it voluntary?
22       A.   Yes.
23       Q.   Can the elders stop you from doing
24   something?
25       A.   No.
```

161

Shirley Gibson

```
 1      Q.   Can the elders make you do something?
 2      A.   No.
 3      Q.   I have no further questions.  I want to
 4 defer to Chris.  Thank you so much.
 5           MR. SWEENEY:  I only have a -- We'll take
 6 a break.
 7           THE VIDEOGRAPHER:  Let's go off the
 8 record.  It's 1:54.
 9           (Recess taken from 1:54 p.m. to
10 1:59 p.m.)
11           THE VIDEOGRAPHER:  We're back on the
12 record now.  It's 1:59 p.m.
13                       EXAMINATION
14 BY MR. SWEENEY:
15      Q.   Shirley, my name is Chris Sweeney.  I
16 represent the other defendant in this matter, the
17 Watch Tower Bible and Tract Society of
18 Pennsylvania, and I just have a few questions for
19 you.  I wanted to start by looking at your
20 affidavit again and talking to you about how this
21 came about.
22           I understand that this affidavit was
23 requested by the investigator Todd.  Do I have
24 that right?
25      A.   Yes.  Yes.
```

162

```
 1            DEPONENT'S CERTIFICATE
 2
 3      I, SHIRLEY GIBSON, the deponent in the
 4   foregoing deposition, DO HEREBY CERTIFY, that I
 5   have read the foregoing pages of typewritten
 6   material and that the same is, with any changes
 7   thereon made in ink on the corrections sheet, and
 8   signed by me, a full, true and correct transcript
 9   of my oral deposition given at the time and place
10   hereinbefore mentioned.
11
12
13                 SHIRLEY GIBSON, Deponent.
14
15      Subscribed and sworn to before me this
16   day of                        , 2022.
17
18
19                 PRINT NAME:
20                 Notary Public, State of
21                 Residing at:
22                 My commission expires:
23
24   MRS - Tracy Caekaert vs. Watchtower Bible and
25   Tract Society of New York
```

179

Shirley Gibson

1       C E R T I F I C A T E

2

3    STATE OF MONTANA        )
                             : ss
4    COUNTY OF MISSOULA      )

5           I, Mary R. Sullivan, RMR, CRR, and Notary
     Public for the State of Montana, residing in
6    Missoula, do hereby certify:

7           That I was duly authorized to and did
     swear in the witness and report the deposition of
8    SHIRLEY GIBSON in the above-entitled cause; that
     the foregoing pages of this deposition constitute
9    a true and accurate transcription of my stenotype
     notes of the testimony of said witness, all done
10   to the best of my skill and ability; that the
     reading and signing of the deposition by the
11   witness have been expressly reserved.

12          I further certify that I am not an
     attorney nor counsel of any of the parties, nor a
13   relative or employee of any attorney or counsel
     connected with the action, nor financially
14   interested in the action.

15          IN WITNESS WHEREOF, I have hereunto set
     my hand and affixed my notarial seal on
16   April 27, 2022.

17

18

19

20           *Mary Sullivan* (signature)

21           MARY SULLIVAN
             NOTARY PUBLIC for the
22           STATE OF MONTANA
             Residing in Missoula, Montana
23           My Commission Expires
             April 6, 2022

24

25
                                                    180