*Exhibit A*

```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MONTANA
                 BILLINGS DIVISION
_____

 TRACY CAEKAERT, and          Case No.
 CAMILLIA MAPLEY,             CV-20-52-BLG-SPW

       Plaintiffs,

    vs.

 WATCHTOWER BIBLE AND
 TRACT SOCIETY OF
 NEW YORK, INC.,
 WATCH TOWER BIBLE AND
 TRACT SOCIETY OF
 PENNSYLVANIA, and BRUCE
 MAPLEY, SR.,                 VIDEOTAPED DEPOSITION
                              UPON ORAL EXAMINATION
       Defendants.            OF JAMES ROWLAND

 WATCHTOWER BIBLE AND
 TRACT SOCIETY OF
 NEW YORK, INC.,

       Cross Claimant,

 BRUCE MAPLEY, SR.,

       Cross Defendant.


 ARIANE ROWLAND, and          Cause No.
 JAMIE SCHULZE,               CV 20-59-BLG-SPW

       Plaintiffs,

    vs.

 WATCHTOWER BIBLE AND
 TRACT SOCIETY OF
 NEW YORK, INC., and
 WATCH TOWER BIBLE AND
 TRACT SOCIETY OF
 PENNSYLVANIA,

       Defendants.
_____
```

James Rowland

```
 1       A.   Yes.
 2       Q.   Okay.  And during those phone calls, were
 3  you just honestly and truthfully telling
 4  Mr. Bontecou what you knew and what had happened?
 5       A.   Yes.
 6       Q.   Okay.
 7       A.   It was a brief kind of a summary.
 8       Q.   Okay.  And is it possible that based on
 9  those conversations with Mr. Bontecou, that he
10  prepared this affidavit?
11       A.   Yeah, it -- I think that I did.  Maybe
12  Ariane.  Mr. Bontecou wanted it, and I prepared it
13  and had it notarized and everything.
14       Q.   And I assume that you reviewed it before
15  you signed it.  Looks like you signed it on --
16  well, just a little over a year ago, April 14th,
17  2020.
18       A.   Uh-huh.
19       Q.   Did you look at it carefully before you
20  signed it?
21       A.   Did I -- yeah.
22       Q.   And is everything here accurate to the
23  best of your memory?
24       A.   To the best of my memory.
25       Q.   Yeah, okay.  So if we look at paragraph 3,
```

```
 1   it says around 1974 you first started hearing
 2   rumors that Gunner Haines, who was a member of the
 3   congregation, was sexually abusing girls.
 4           What do you mean when you say you heard
 5   rumors?  What did you hear?
 6       A.  I heard that from my family that Gunner
 7   had games that he played with them.
 8       Q.  Okay.
 9       A.  And it was hide-and-seek.  And when he'd
10   find whoever, he'd molest them.
11       Q.  And how sure are you in this 1974 date
12   you've got here on paragraph 3?
13       A.  Yeah, I'd start hearing different things
14   about then, but it could have even been a little
15   later than that.
16       Q.  Okay.
17       A.  And '74 was a date that I was appointed as
18   an elder, and people started coming and telling me
19   things, you know.
20       Q.  I see.
21       A.  Because they trusted me, I guess.
22       Q.  Yeah.  Okay.
23       A.  And I don't know if they went to any of
24   the -- any other elders, but they would tell me,
25   and then on the occasion where I have written up
```

151

```
 1  their -- at elders' meetings, I would bring this
 2  up, and it didn't go anywhere.
 3       Q.   You say on paragraph 3 -- and I think
 4  everybody understands, just so you know, that it's
 5  so long ago that we're not going to hold you to
 6  specific dates, you know, right?  It could be '75
 7  perhaps.  Who knows.
 8       A.   Right.
 9       Q.   You say here again on paragraph 3 that you
10  brought the subject up with the elders.  What you
11  heard about Gunner Haines, you brought that up with
12  the elders sometime around 1974.
13       A.   Uh-huh.
14       Q.   Does that seem right to you as you sit
15  here today?  Does that seem accurate?
16       A.   Seemed pretty accurate.
17       Q.   And what did you tell the elders,
18  specifically, if you can recall, at that time in
19  1974?
20       A.   What did I tell the elders?
21       Q.   What did you tell them?
22       A.   It was probably sometime after that.  And
23  I knew Ariane wasn't lying to me.  And when she
24  told me about that, we discontinued going there to
25  their house and discontinued any babysitting
```

152