*Exhibit B*

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MONTANA
                     BILLINGS DIVISION
_____

  TRACY CAEKAERT, and           Case No.
  CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

         Plaintiffs,

    vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

         Defendants,

  ARIANE ROWLAND, and           DEPOSITION UPON ORAL
  JAMIE SCHULZE,                EXAMINATION OF CARLA
                                 (HAIN) KLESSENS
         Plaintiff,

    vs.

  WATCHTOWER BIBLE AND          Case No.
  TRACT SOCIETY OF              CV-20-59-BLG-SPW
  NEW YORK, INC., et al,

         Defendants.
_____

       BE IT REMEMBERED, that the deposition upon
oral examination of CARLA (HAIN) KLESSENS,
appearing at the instance of the Plaintiffs, was
taken at the offices of Fisher Court Reporting,
2711 1st Avenue North, Billings, Montana, on
Thursday, January 11, 2024, beginning at the hour
of 9:05 a.m., pursuant to the Federal Rules of
Civil Procedure, before Barbara J. McLean,
Registered Merit Reporter, Certified Realtime
Reporter, and Notary Public.

                  *  *  *  *  *  *  *
```

| | |
|---|---|
| 1 | Q.   And what about, do you know Jamie and |
| 2 | Ariane Rowland? |
| 3 | A.   I do.  We spent time with them too.  Their |
| 4 | brother had cancer.  He died when he was 16, Jeremy |
| 5 | did.  It was -- they were all like family, you |
| 6 | know. |
| 7 | My mom taught us kids how to dance, and we |
| 8 | would move furniture in the house, and she just |
| 9 | tried to always have things for us kids to do, keep |
| 10 | us busy.  So, I don't know, they were like family. |
| 11 | At least that's the way I saw them. |
| 12 | Q.   Did you ever hear any accusations of abuse |
| 13 | involving Jamie or Ariane? |
| 14 | A.   I didn't. |
| 15 | Q.   Did you ever learn of any sexual abuse |
| 16 | involving Gunnar Hain of children? |
| 17 | A.   Yes. |
| 18 | Q.   And how did you come to learn of that? |
| 19 | A.   Because I was one of them. |
| 20 | Q.   Do you know when Gunnar Hain started |
| 21 | abusing you? |
| 22 | A.   Somewhere between the time he and my mom |
| 23 | got married and when I was four, I told my mom.  I |
| 24 | was sitting on her lap, learning to tie a bow, and |
| 25 | told her that -- what he was doing.  They called |

11

Carla (Hain) Klessens

```
 1   the Elders.  Went from there.
 2      Q.   Okay.  I'm going to kind of just unpack
 3   that in little pieces if that's okay.
 4      A.   Go ahead.
 5      Q.   Okay.  So you remember telling your mom
 6   that Gunnar Hain was sexually abusing you when you
 7   were about four years old?
 8      A.   Yeah.
 9      Q.   That would make that 19 --
10      A.   '76.
11      Q.   -- '76.
12      A.   Yeah.
13      Q.   And you said you were learning to tie a
14   bow.  Can you tell me why that sticks out to you?
15      A.   Because I was sitting on her lap, and we
16   were talking, and I told her.  Because Gunnar got
17   upset when I told her, because of course she was
18   upset, and it was one of those -- there was a good
19   fight because of it, and he went and stayed with
20   Martin and Millie Svensen.  Mom talked to the
21   Elders.  Gunnar was an Elder at that point the best
22   that I can remember.
23           They made him be a ministerial servant,
24   and he stayed gone for a couple weeks, I think.
25   They told my mom she couldn't divorce him.
```

12

Carla (Hain) Klessens

```
 1            He swore he wouldn't touch us kids again,
 2   because I didn't know he was touching my sister.
 3   He said he wasn't going to touch us no more.  And
 4   in order to get me to be quiet, he started killing
 5   my animals.
 6       Q.   Okay.  There's a lot in there, and so I'm
 7   going to just keep asking questions if that's okay
 8   and kind of try and unpack all of that.
 9            So I heard you say that Gunnar left the
10   house after you let your mom know that he was
11   sexually abusing you?
12       A.   Yeah, she wanted him out of the house away
13   from us girls.
14       Q.   Who all was still living in the house at
15   that point?
16       A.   All three of us girls were living there
17   with mom.  No, it would have been just me and
18   Rhonda.  Jolene wasn't born yet.
19       Q.   Okay.  And my understanding from what
20   you've just said is that you told your mom, and
21   your mom either called the Elders or went to the
22   Elders?
23       A.   Yeah, she called them.  They came over to
24   the house.
25       Q.   Okay.
```

13

```
 1        A.   I remember them coming there, because like
 2   I said, Gunnar was not happy.  He was very upset
 3   with me.
 4        Q.   Do you remember what Elders came to the
 5   house?
 6        A.   Martin, Harold Rimby -- I don't remember
 7   who else was there at that time.
 8        Q.   Okay.  And Martin --
 9        A.   Martin and Harold were the ones that my
10   mom usually called when there were issues or when
11   there was things going on.  That was just who she
12   went to.
13        Q.   Okay.  And is that Martin Svensen?
14        A.   Yeah.
15        Q.   Okay.  And I also heard you say that
16   they -- it sounds like -- did your mom want a
17   divorce?
18        A.   Yeah, she wanted him gone.  They told her
19   that she couldn't divorce him.  Gunnar was blind,
20   so it was kind of like they played -- you know,
21   he -- they played on her as far as I'm concerned.
22   But, yeah, he went and stayed with the Svensens for
23   a while.  Mom didn't talk to him for a couple days.
24   We still went to meetings and everything, but --
25        Q.   And when you say they told your mom that
```
14

```
 1   she could not get a divorce from Gunnar, do you
 2   mean the Elders that came to your house?
 3        A.   Yeah.
 4        Q.   Do you have an understanding as to why
 5   they wouldn't allow your mother to get a divorce?
 6        A.   Part of me thinks that they didn't believe
 7   anything was going on.  Part of me thinks that they
 8   just wanted to make light of it, like it wasn't a
 9   big deal, like -- like it should have been
10   something that everybody could get over and brush
11   it away and it would go away.
12        Q.   Do you know if there was any sort of
13   investigation done?  Was there a judicial
14   committee?
15        A.   I know they met with Gunnar a couple
16   times.  He had just became an Elder.  They had just
17   made him an Elder.  They made the announcement at
18   meeting that he was going to be a ministerial
19   servant again.
20             I know there was a lot -- he would go over
21   and meet with the Elders whether it was at the
22   Kingdom Hall or they would go to Martin's.  We
23   weren't there for it, but I know he had a couple
24   meetings that he had to go to, because even when he
25   came home, he still had to go, like, do a Bible
```

15

Carla (Hain) Klessens

```
 1  study with them.
 2      Q.   So it sounds like Gunnar held some sort of
 3  position, and after you reported to your mother,
 4  who then reported it to the Elders, he was removed
 5  from that position?
 6      A.   Correct.
 7      Q.   And they made some sort of announcement
 8  within the congregation?
 9      A.   Yeah.
10      Q.   Do you remember if they specified why he
11  was being removed?
12      A.   I don't.
13      Q.   How long did Gunnar stay out of the house
14  after you told your mother that he was sexually
15  abusing you?
16      A.   Maybe two or three weeks.  Probably more
17  so, because it was an inconvenience for everybody
18  else to have to take care of him or help him would
19  be my opinion.
20      Q.   I also heard you say that Gunnar killed
21  some of your animals?
22      A.   Oh, yeah.
23      Q.   Can you tell me about that?
24      A.   My kitten, he killed and put it in my
25  playhouse.  Told me that I didn't need to be
```

16