***Exhibit C***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

TRACY CAEKAERT and
CAMILLIA MAPLEY,
Plaintiffs,
Case No. CV-20-00052-SPW-TJC

vs.

WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC.,
WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE
MAPLEY SR.,
Defendants.

---

WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, INC.,
and WATCH TOWER BIBLE AND
TRACT SOCIETY OF
PENNSYLVANIA,
Cross-Claimants,

vs.

BRUCE MAPLEY SR.,
Cross-Defendant.

VIDEOCONFERENCE/VIDEOTAPED DEPOSITION
UPON ORAL EXAMINATION OF
TRACY CAEKAERT

BE IT REMEMBERED, that the videoconference/videotaped deposition upon oral examination of Tracy Caekaert, appearing at the instance of the Defendant Watch Tower Bible and Tract Society of Pennsylvania, was taken at 211 North Higgins, Suite 303, Missoula, Montana, on Friday, February 9, 2023, beginning at the hour of 9:11 a.m., pursuant to the Federal Rules of Civil Procedure, before Mary R. Sullivan, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public.

A. I'm disfellowshipped.

Q. Anything else?

A. No.

Q. Did you ever talk to Shirley about the sexual abuse that you're alleging against Bruce, Sr.?

A. Yes.

Q. When?

A. After it happened --

Q. Can you --

A. -- with Gunner.

Q. After it happened with Gunner. Is that what you said?

A. Mm-hmm. That's the first that I was made to tell her what had happened.

Q. Okay. How old were you?

A. Ten. Nine. Somewhere between nine and ten.

Q. And who made you tell her?

A. Bruce Mapley, Sr.

Q. We'll talk about that more here in a minute, but other than that instance when you were ten or so, have you talked to Shirley about these allegations at any other time?

A. No.

Q. And when you were ten and you told her, did you tell her about both Bruce, Sr. and Gunner?

A. No, I was only made to tell her about Gunner.

Q. And at that same time did Cami also tell her?

A. No.

Q. Why did Bruce, Sr. make you tell Shirley about the -- Gunner?

MR. SHAFFER: Object to form.

A. The night that Gunner sexually molested me, not long after that, he called Bruce, Sr. to tell him what he had just done to me. My father came and picked me up from the home, Gunner Hain's home, and in the car my father asked me if Gunner had done something to me, and he made me tell him what Gunner had done to me.

BY MR. SWEENEY:

Q. And that was immediately after it was done?

A. Within a few hours.

Q. And then in relation to that, when did you tell Shirley?

A. My father made me repeat the story all the way from Hardin to Fort Smith, took me up in

Q. Okay. So let's walk through this so I understand how this works timeline. Did all of this happen in the same afternoon, that you told Shirley about Gunner and that Bruce confessed about what he did to you?

A. My best recollection is yes.

Q. Okay. And it started out -- correct me if I'm wrong -- but it started out with you and Shirley and Bruce, Sr. in a room, and you telling Shirley about what Gunner had done to you.

A. Yes.

Q. Okay. And then what happened after that that led to Bruce, Sr. confessing what he had done?

A. I don't know what initiated him to then confess that to my mother. I have no idea what -- I don't really know what spurred that on.

Q. You were in the room when he confessed that to your mother?

A. Yes.

Q. And how did Cami and Bruce, Jr. end up in the room?

A. I don't know. He brought us all into the room.

Q. Okay. What did Bruce, Sr. say to your mother?

A. He -- He was crying. He put his hands -- his head into his hands, and he had huge tears dropping, and he just said, "I've been molesting Tracy for years."

Q. Okay. Did he say the same thing about your sister Cami?

A. Not that I recall of.

Q. Okay. And what was your mother's reaction?

A. My mother had a very stern look on her face. You know, it's kind of hard as a kid to be able to tell you exactly how I remember my mother, but I remember when I told her about what Gunner had done. I don't think I remember looking at my mom when Bruce was confessing because I was so focused on these huge tears that were coming out of my father, I'd never seen my father cry, but when I had to tell Shirley about Gunner, her face looked -- I don't have a better term than to say maybe grief stricken or shocked. She never said anything, but her face was -- you could tell she was not -- she was unhappy.

Q. Did -- Did Shirley say anything?

A. No.

Q. How long did this meeting last, this