*Exhibit D*

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF MONTANA

 3                         BILLINGS DIVISION

 4    TRACY CAEKAERT, and

 5    CAMILLIA MAPLEY,

 6           Plaintiffs,         Case No. CV-20-52-BLG-SPW

 7        vs.

 8    WATCHTOWER BIBLE AND TRACT

 9    SOCIETY OF NEW YORK, INC.,

10    WATCH TOWER BIBLE AND

11    TRACT SOCIETY OF

12    PENNSYLVANIA, and BRUCE

13    MAPLEY SR.,

14           Defendants.

15    WATCHTOWER BIBLE AND TRACT

16    SOCIETY OF NEW YORK, INC.,

17           Cross Claimant,

18    BRUCE MAPLEY, SR.,

19           Cross Defendant.

20    _____

21    ARIANE ROWLAND, and JAMIE

22    SCHULZE                        Cause No. CV 20-59-BLG-SPW

23           Plaintiff,

24        vs.

25    WATCHTOWER BIBLE AND TRACT
```

                                                                    1

```
 1   SOCIETY OF NEW YORK, INC.
 2   and WATCH TOWER BIBLE AND
 3   TRACT SOCIETY OF
 4   PENNSYLVANIA,
 5           Defendants.
 6
 7
 8   _____
 9       VIDEOCONFERENCE/VIDEOTAPED DEPOSITION
10           UPON ORAL EXAMINATION OF
11                 SHIRLEY GIBSON
12   _____
13       BE IT REMEMBERED, that the
14   videoconference/videotaped deposition upon oral
15   examination of Shirley Gibson, appearing at the
16   instance of the Plaintiffs, was taken at 800 North
17   Last Chance Gulch, Suite 101, Helena, Montana, on
18   Thursday, April 14, 2022, beginning at the hour of
19   9:07 a.m., pursuant to the Federal Rules of Civil
20   Procedure, before Mary R. Sullivan, Registered
21   Merit Reporter, Certified Realtime Reporter, and
22   Notary Public.
23
24
25
```

2

Shirley Gibson

```
 1      A.   (Nods head.)
 2      Q.   And then Helena.
 3      A.   Yes.
 4      Q.   Which -- Which Kingdom Hall is in Helena?
 5      A.   I'm in Canyon Ferry congregation.
 6      Q.   Okay.  And have you been a member of
 7  other congregations in Helena?
 8      A.   No.
 9      Q.   Just that one?
10      A.   Just that one.
11      Q.   Okay.  And is that the full list of the
12  congregations where you've served as a member?
13      A.   All the -- All those places that I've
14  been.
15      Q.   Yeah.
16      A.   In Helena, this is the only one, yeah.
17      Q.   Okay.  All right.
18           Let's talk about paragraph 3 of your
19  affidavit.  The first sentence you state that
20  Bruce, Sr. was a pedophile who started molesting
21  Tracy when she was four.  And then you say [As
22  Read]: "This came out in 1977 when we learned that
23  another Ministerial Servant in the Hardin
24  congregation, Gunner Hain, had sexually molested
25  Tracy at his home."
```

60

Shirley Gibson

```
 1         A.    Yes.
 2         Q.    Why do you say 1977?  You fairly -- How
 3   do you feel about that number, that year?  Pretty
 4   certain about that?
 5         A.    Yes.
 6         Q.    Tell me why.
 7         A.    Because it was brought to my attention
 8   all this stuff had happened, and I --
 9         Q.    How -- How was it brought your attention?
10         A.    Well, because of Gunner Hain, it came
11   out.  He was reproved, but they didn't do anything
12   to Bruce 'cause he -- Anyway.  I was told what had
13   happened, and then Bruce admitted he had too,
14   so -- but they didn't do anything with Bruce but
15   they did something -- they -- Gunner Hain was
16   reproved is all.
17         Q.    Who told you that?
18         A.    Harold Rimby.
19         Q.    And so when you say this came out in
20   1977, that -- that -- Harold Rimby told you
21   personally --
22         A.    Yes.
23         Q.    -- about Gunner Hain.
24         A.    And my ex-husband.
25         Q.    And your ex-husband molesting Gunner's
```

61

Shirley Gibson

```
 1    stepdaughter.  Gunner had molested his
 2    stepdaughter and Tracy.
 3         A.   (Nods head.)
 4         Q.   How did Mr. Rimby know that?
 5              MR. SWEENEY:  Objection.  Speculation.
 6         A.   Do I still answer?
 7    BY MR. SHAFFER:
 8         Q.   Yeah, go ahead.  Yeah.
 9         A.   Well, because Gunner told Harold.
10         Q.   And then Harold told you.
11         A.   Yes.
12         Q.   Okay.  Sounds like Harold told you about
13    Gunner.  Did -- In -- In the same conversation he
14    told you that Bruce had done the same thing?
15         A.   Yes.
16         Q.   And do you know how Harold knew
17    that -- that Bruce had molested Tracy?
18              MR. SWEENEY:  Objection.  Speculation.
19    BY MR. SHAFFER:
20         Q.   Go ahead.  It's okay.
21         A.   Well, Bruce admitted to Harold that he
22    had.
23         Q.   Okay.  And then Harold told you.
24         A.   Yes.
25         Q.   Okay.  In 1977 -- Why do you say 1977 as
```

62

Shirley Gibson

```
 1  opposed to 1978?
 2      A.   Because it was the year after we were
 3  baptized.
 4      Q.   Okay.  So you feel -- you're certain
 5  about that number, 1977.
 6      A.   (Nods head.)
 7      Q.   Yeah.  Where were you when you had this
 8  conversation with Mr. Rimby?
 9      A.   In our home at Fort Smith.
10      Q.   Who else was there?
11      A.   My ex-husband.
12      Q.   So just the three of you?
13      A.   Yeah.  Well, my children were there, too.
14      Q.   Okay.  And had Mr. Rimby announced he was
15  going to come over to have this conversation with
16  you or did he just show up, or how'd that happen?
17      A.   I guess just showed up.  I don't
18  remember.  We didn't make announcements; we just
19  came --
20      Q.   Okay.
21      A.   -- to each other's homes.
22      Q.   I take it it was a surprise.  It was
23  shocking.
24      A.   Yes.
25      Q.   Is that fair?
```

63