*Exhibit G*

# KINGDOM MINISTRY SCHOOL COURSE

Compiled and Published by the
Watch Tower Bible and Tract
Society of Pennsylvania

**OCTOBER 1972**

*This book is the property of the Kingdom Ministry School. Please do not mark or make notes in it, as other students will use it later.*

Made in the United States of America

WTPA000001

No. 30 – Second Monday, 2:10

# Jehovah's Progressive Organization

EARTHLY ARRANGEMENT TO CONTINUE

Counting from the creation of the first man, Adam, in the early autumn of 4026 B.C.E., 6,000 years of man's existence on earth will evidently end by the mid-1970's

But faithful mankind and Jehovah's governmental arrangements for the earth will continue and progress on into the endless future

JEHOVAH HAS ALWAYS HAD SOME FAITHFUL WITNESSES ON THE EARTH

A long line of faithful men recorded in Hebrews 11:1-40

Abel was the first faithful witness (Gen. 4:4; Heb. 11:4)

Nation of Israel became organized as a "chosen people" in 1513 B.C.E. with a theocratic government founded on the Law covenant as a constitution (Ex. 19:5-9)

Following the rejection of the promised Messiah by the Jewish congregation, Jehovah's use of the newly established Christian congregation became manifest (Matt. 21:33-43)

Heavenly direction of the Christian congregation was shown by the outpouring of holy spirit at Pentecost, 33 C.E. (Acts 2:1-4)

Anointing by spirit was extended to Gentiles in 36 C.E. (Acts 10:44, 45)

Centuries of spiritual darkness characterized the long period of apostasy or falling away after the death of the faithful apostles by 100 C.E.

"Man of lawlessness," apostate leaders of Christendom, developed (2 Thess. 2:3, 4)

Organized during the fourth century, Christendom reached its peak during the "Dark Ages"

But true Christianity was not snuffed out; as foretold, both "wheat" (true Christians) and "weeds" (imitation Christians) continued to grow until the "harvest" (Matt. 13:30, 36-43)

THE PROGRESS OF JEHOVAH'S MODERN-DAY ORGANIZATION

From the 1870's onward, God's modern-day "faithful and discreet slave" class began to be manifest and to be restored to spiritual wakefulness

The turning from religious confusion was given impetus as the result of a searching study of the Bible by Charles Taze Russell; interest was aroused in the invisible return of Christ

In July 1879, the first issue of *Zion's Watch Tower and Herald of Christ's Presence* was published

In 1909 its name was changed to *The Watch Tower and Herald of Christ's Presence* and in 1939 to its present name, *The Watchtower, Announcing Jehovah's Kingdom*

Congregations, called "ecclesias," were established in the late 1870's

They were loosely structured, with elders being chosen by elections, but all were receiving the same spiritual food through the *Watch Tower* and certain bound volumes

The headquarters building, called the "Bible House," was built in the Allegheny section of Pittsburgh in 1889

It served as headquarters until 1909, when buildings were acquired in Brooklyn

A "Society" was organized in 1881 to expand the distribution of printed material; this was legally incorporated in 1884 and is now called Watch Tower Bible and Tract Society of Pennsylvania

Other corporations were formed to operate in various places, such as, in 1909, the one now known as Watchtower Bible and Tract Society of New York, Inc., and International Bible Students Association formed in England in 1914, etc.

These all serve as instruments of the "faithful and discreet slave" class and its governing body (Matt. 24:45-47)

A great public preaching activity characterized the modern progressive organization

*The Watch Tower* carried the stirring call: "Wanted 1000 Preachers"; also an article entitled "Anointed to Preach," based on Isaiah 61:1

Magazines and books were printed by commercial firms

"Publishers" shared in distributing literature part time, while "colporteurs" did so full time and gave the message wide distribution by offering sets of volumes

Basic truths of God's Word were made clear again, Bible chronology was carefully studied and the annual Memorial celebration was restored

Doctrines such as the ransom, soul, resurrection, condition of the dead and others were properly explained from the Bible; Trinity and immortality of human souls were exposed as false

As far back as 1876, Brother Russell Scripturally demonstrated that the year 1914 would mark the end of the 'Gentile Times' or "appointed times of the nations" (Luke 21:24)

The Memorial was seen to be an "Anniversary Supper," to be celebrated once a year on Nisan 14

Opposition to Jehovah's Kingdom interests and its governmental direction, both from within the congregation and outside thereof, was met by going on the offensive spiritually, with good results (Acts 5:39)

79

WTPA000076

No. 41 – Second Wednesday, 3:00

# Worldwide Organization to Praise Jehovah

**'ASSOCIATION OF BROTHERS' UNITEDLY COOPERATES TO PRAISE JEHOVAH**

Jesus' ministry saw the gathering of people who recognized him as Jehovah's Messiah, and the equipping and instructing of them to be preachers of the "good news"
- Jehovah showed his favor on those following the lead of Jesus by pouring out his spirit on about 120 persons at Pentecost 33 C.E.; at that time Jehovah's Christian congregation was formed
- Gifts of tongues helped further the preaching work (Acts 1:8; 2:4-11)

In 36 C.E. God turned his attention to the nations "to take out of them a people for his name" (Acts 15:14)

Though congregations met in various places, they were united; thus Peter could refer to these early Christians as, "the entire association of your brothers in the world" (1 Pet. 5:9)
- They did not operate independently, but showed respect for guidance of governing body and concern for the needs of brothers in other congregations (Acts 15:1, 2; Rom. 15:26; 16:16)
- "Association" refers to a group of people gathered together with a common purpose, and the purpose of the Christian congregation is to honor Jehovah by walking in the footsteps of his Son

Congregations of Jehovah's praisers are still being formed in our time, recognizing Jesus as their Head and serving under the direction of his "faithful and discreet slave" class (Matt. 24:45-47)

The congregations belong to God; being under his rule, they are part of a worldwide congregation, theocratically arranged and directed (Acts 5:29; 20:28)

**DEVELOPMENT OF LOCAL CONGREGATIONS**

Formation of new congregations
- From a Scriptural standpoint a group of baptized Christians who meet together are a congregation
- To benefit from the services extended to other congregations, an application should be filed with the branch office; for such an application to be accepted, there ought to be a group of persons who are baptized proclaimers of the "good news," persons who truly are Jehovah's Christian witnesses and who recognize the "faithful and discreet slave" and who want to work under its direction to advance pure worship
   - Such new congregations may be formed in areas isolated from previously existing congregations
- Other congregations are formed due to growth of already established congregations; the size limitations of the Kingdom Hall may make a new congregation advisable, or problems of transportation or distance may make forming a new congregation advisable
- If more than one congregation is to be affected, the recommendation for the division of an already existing congregation should be made by the elders of all the congregations involved
- If elders wish to await the visit of the circuit overseer to hear his suggestions, they may
- Recommendations to appoint elders and ministerial servants for the new congregation are made to the branch office by the elders in original congregation(s) when division takes place; in the case of isolated areas where no congregation previously existed, mature local brothers, along with the circuit overseer, make the recommendations

Naming congregations is done Biblically, using name of city or town (1 Cor. 1:2; 1 Thess. 1:1)
- When a congregation is divided inside one city, geographic or other designation describing the location is used for each congregation, and on correspondence to the branch office the name of the city is also shown

A city overseer is appointed for each city with more than one congregation; this appointment does not change each year
- Branch office may communicate with the city overseer at times in connection with assemblies or other matters
- He can give assistance to elders in other congregations in the city if requested

**CIRCUIT ORGANIZATION**

Circuit overseer is a traveling elder appointed through the branch office to visit the congregations
- He meets with and cooperates with the body of fellow elders in caring for the flock, gives discourses and works with local publishers in the field
- Local support essential for beneficial visit; this should be encouraged by all elders
- Purpose of his visit is to upbuild brothers through Scriptural talks, build up appreciation for privilege of serving Jehovah, share suggestions and experiences

Preparation for his visit
- Congregation is notified about two months in advance of visit
- His visit a time of increased field activity, so

106

WTPA000103

- handbills and increased magazine supply may need to be ordered
- Accommodations and meals to be arranged for him, and his wife if he is married
- Presiding overseer arranges for circuit overseer to meet with congregation, pioneers and body of elders; locations for meetings for service and territory to be selected; records gathered at Kingdom Hall just before visit; enthusiasm stimulated for full support of field service, both mornings and afternoons, during his visit
- A good time for some to plan temporary pioneer service

Activity during his visit
- Tuesday afternoon he consults congregation records, may read last annual report by former presiding overseer, consult record cards
  - He examines territory file, accounts, literature supplies; that afternoon or evening he gets details of week's activities from presiding overseer
- A meeting with the entire body of elders is arranged later in the week
  - Local presiding overseer acts as chairman, having in mind matters for discussion, and circuit overseer is invited to give observations or counsel on these or other matters
  - Chairman can introduce points or ask another elder to do so; all elders should contribute to the discussion
  - It is not expected that circuit overseer will have answers to all questions, but he will gladly share whatever information and experience he has
  - No set length of time for meeting; determined by what needs to be discussed
- Circuit overseer is a shepherd; individuals should feel free to approach him for help and counsel
- Meetings are held at customary times during the visit, conducted by ones normally assigned to do so; times for special meetings are set by the presiding overseer
  - The book study that circuit overseer visits may be concluded ten minutes early so he can offer words of encouragement (Acts 13:15)
  - Last half hour of service meeting is assigned to him for a discourse
  - Hour-and-fifteen-minute meeting near end of week will include new things learned from last six months' *Watchtowers*, Scriptural *Awake!* articles, or new books of the last year, and also a Scriptural talk
  - The circuit overseer will give the public talk, and, as conclusion of his final meeting with the entire congregation, another thirty-minute discourse
- Field ministry is scheduled from Wednesday through Sunday
  - The circuit overseer has much experience and can share it with congregation in preaching and disciple-making
  - Any who want to work with him or have him go on a Bible study can arrange appointments through presiding overseer; otherwise he works with the ones who are present for group witnessing, and may arrange for his wife to accompany sisters in the congregation in the field
  - He and his wife devote as many hours as possible to the field ministry
- After meeting with elders he makes report to branch office about his observations, spiritual condition of the congregation, points considered with elders, and leaves a copy with presiding overseer
  - If there is any unhealthy spiritual condition, appropriate counsel and aid should be considered with elders, maybe with congregation; then included in his report
- To follow up circuit overseer's visit, discuss with congregation how to apply beneficial suggestions made
  - Call on individuals who showed interest during his visit, conducting studies he may have started
- If congregation does not cover expenses for transportation, food, lodging, the circuit overseer sends request for these expenses to the branch office with his monthly field service report
  - He receives a small monthly allowance; these overseers show they put Kingdom interests first by trusting in God to care for needs (Luke 12:31)

CIRCUIT ASSEMBLIES
- Circuit assemblies are held twice a year for two days, usually Saturday and Sunday, including congregations served by same circuit overseer
- Encourage all to be present for the full program
- Sunday morning at assembly, circuit and district overseers meet with all elders in circuit, with district overseer as chairman
  - Consider shepherding and other needs of congregations, also important material provided recently by "faithful and discreet slave" class
- Circuit overseer recommends and branch office appoints permanent assembly personnel: assembly overseer, assistant assembly overseer, and a news representative
  - Circuit overseer may assign others to care for various departments so he can give primary attention to program
- Contribution boxes are provided to cover circuit assembly expenses
  - Circuit overseer assigns a brother (no regular change of appointment necessary) to care for circuit funds and pay bills circuit overseer approves
  - If funds to start assembly are insufficient, circuit overseer advises congregations so they can assist
  - Where a deficit exists at end of assembly, elders discuss what contributions congregations can make, and then this is handled by means of a resolution in each congregation

Any expenses out of ordinary are considered by congregation elders (using only available circuit funds), and they put matter in form of resolution and vote on it

May be announced if of interest and encouragement to brothers; for example, donation to Society could be announced

Usually after an assembly there are sufficient funds to start next one; money often deposited with branch office between assemblies

## DISTRICT ORGANIZATION

District overseer serves as traveling elder appointed through branch office to speak at circuit assembly programs and share in service with a congregation in assembly area

Branch office plans his schedule so he can spend one week in a circuit for each assembly held

Local congregation provides accommodations and meals, if possible, during his visit

Tuesday afternoon he meets with circuit overseer and wife and discusses their ministry (will work in field service with both during week); also discusses special needs the circuit may have

He usually works from Wednesday through Friday in field service with groups, sharing practical suggestions

He arranges his own schedule for working with individuals in field service according to who comes, but elders should encourage regular daily support during visit

He and wife devote as many hours as possible to field service

He gives a one-hour Scriptural talk to the congregation on an evening the presiding overseer determines

If the body of elders want his counsel they may arrange to meet with him; some evenings he will need for assembly rehearsals

District overseer is assembly chairman at the circuit assembly, being responsible for the program; he is assigned to give the public talk and other parts

He makes report to the branch office after the assembly, including points discussed with elders and circuit overseer; may submit expenses for transportation, room and board, if these have not been covered

Traveling overseers have assignment changes every two years; may be switched from district to circuit, circuit to district

Once a year a number of circuits gather for a district assembly

Program cares for spiritual needs of ones in attendance

Physical needs include accommodations (may mean doing house-to-house work looking for accommodations), food (usually available on assembly grounds and served for moderate price)

Many volunteer workers are needed for assembly to run smoothly (Ps. 110:3)

Spirit and cooperation of volunteers making up assembly organization indicate its theocratic direction

Service performed not for pay, but out of love for Jehovah and brothers

Congregation can support this arrangement if individuals or groups volunteer to work between or after certain sessions or to work during the whole assembly; good for elders to encourage such service

Conduct of those attending assemblies is reflection of training given in local congregations

At assemblies in your area, are children well behaved?

Is real Christian love shown in sharing seats with newly interested ones, elderly persons and others?

Do the majority remain until after the closing song and prayer?

Assembling with fellow Christians protects against spirit of world, strengthens faith, equips one to be better servant of Jehovah (Phil. 4:8; Rom. 12:2)

## THEOCRATIC OVERSIGHT WORLD WIDE

The branch overseer, who is appointed by the Watch Tower Society, has general oversight of congregations in a country or group of lands; he arranges to supply literature and supervises preaching and disciple-making work so people in territory under the branch can hear the "good news"

Usually once a year the Society arranges for a zone overseer to visit branch offices, Society printing plants, and missionary homes on occasion

He examines records of branch, considers oversight of congregations and accomplishments in preaching and disciple-making work; he gives talks to local brothers, and shares with missionaries in field service as his schedule permits

Christian congregation world wide serves unitedly to advance pure worship (Col. 3:14)

Working closely with fellow servants brings us closer to Jesus, the one appointed Head of the congregation, and to Jehovah, whose spirit permeates the congregation and whose Word and spirit guide its operation in harmony with his righteous purpose (Prov. 3:5, 6)

**MAIN POINT:** Provisions made for us to assemble together, as well as the visits of traveling overseers, contribute to the unity of the Christian congregation world wide

SOURCE: or 82-90, 101-103, 105-107, 153, 154

TEACHING SUGGESTION: After class discussion of material, review (1) what presiding overseer does to prepare for circuit overseer's visit, (2) what can be done to ensure good support for field service and special meetings during visit of circuit overseer, (3) part presiding overseer plays during visit and how he cooperates with visiting brother, (4) practical points for discussion during meeting of elders, (5) what can be done to follow up on visit by circuit overseer

WTPA000105