*Exhibit H*

# Business Search

| | Business | Notary | Liens | Trademark | CRA | Login |

- Home
- Search
- Forms
- Lists

**D217128**

Advanced ⌄

Results: 1

| Form Info | Status | Registration Date | Agent |
|---|---|---|---|
| HARDIN, MONTANA CONGREGATION OF JEHOVAH'S WITNESSES (D217128)  *Domestic Non-Profit Corporation* | Active-Good Standing | 07/25/2011 | NATASHA J MORTON |

### HARDIN, MONTANA CONGREGATION OF JEHOVAH'S WITNESSES (D217128)
Domestic Non-Profit Corporation


Request Information

| | |
|---|---|
| Filing Number | D217128 |
| Entity Type | Domestic Non-Profit Corporation |
| Entity SubType | Religious Corporation with members |
| Status | Active-Good Standing |
| 501(c)3 Status | No |
| Formed In | Montana |
| Principal Address | 704 West 4th St. Hardin, MT 59034 |
| Mailing Address | P O Box 22 Hardin, MT 59034 |
| Registration Date | 07/25/2011 |
| AR Due Date | 04/15/2025 |
| Registered Agent | Noncommercial RA00076138 NATASHA J MORTON 502 N CROW AVE HARDIN, MT  59034 |


View History

History

Expand All

- Annual Report 2024  - *4/9/2024*
- Annual Report 2023  - *4/4/2023*
- Annual Report 2022  - *4/5/2022*
- Annual Report 2021  - *3/24/2021*
- Annual Report 2020  - *5/27/2020*
- Annual Report 2019 (other)  - *3/14/2019*
- Annual Report 2018 (agent,businessAddress,principal,directorOfficer)  - *3/26/2018*
- Annual Report 2017 (businessAddress,principal,directorOfficer)  - *4/12/2017*
- Annual Report 2016 (- 2016 E-FILED)  - *2/11/2016*
- Annual Report 2015 (- 2015 E-FILED)  - *1/23/2015*
- Annual Report 2014 (- 2014 E-FILED)  - *3/13/2014*
- Annual Report 2013 (REGISTERED AGENT ADDRESS)  - *3/21/2013*
- Annual Report 2013 (- 2013 E-FILED)  - *3/21/2013*
- Annual Report 2012 (- 2012 E-FILED)  - *3/9/2012*
- Initial Filing  - *7/25/2011*

  *Amendment Type*
  **Initial Filing**

  *Document Number*
  1213435

  *Date*
  7/25/2011

  *Delayed Effective Date*
  NONE