# EXHIBIT B

New World Translation of the Holy Scriptures

WTPA015653



# *New World Translation*
## *of the*
# *Holy Scriptures*

Rendered from the Original Languages
by the
NEW WORLD BIBLE TRANSLATION COMMITTEE
—Revised 1971 C.E.—
—New Edition of 1981—

"THIS IS WHAT THE SOVEREIGN LORD JEHOVAH [יהוה, YHWH] HAS SAID: '. . . HERE I AM CREATING NEW HEAVENS AND A NEW EARTH; AND THE FORMER THINGS WILL NOT BE CALLED TO MIND, NEITHER WILL THEY COME UP INTO THE HEART.' "
—Isaiah 65:13, 17; also see 2 Peter 3:13.

WTPA015655

COPYRIGHT, 1961 and 1981

by

WATCH TOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA

Total Printing to 1981:
34,000,000 copies

Also published in
Dutch, French, German, Italian, Portuguese and Spanish
(Also in part in Danish, Finnish, Japanese and Swedish)

\*   \*   \*

PUBLISHERS
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
International Bible Students Association
Brooklyn, New York, U.S.A.

Made in the United States of America

WTPA015656

0-cv-00052-SPW Document 380-2 Filed 05/09/24 Pag

are as angels in heaven. 31 As regards the resurrection of the dead, did YOU not read what was spoken to YOU by God, saying, 32 'I am the God of Abraham and the God of Isaac and the God of Jacob'? He is the God, not of the dead, but of the living." 33 On hearing [that], the crowds were astounded at his teaching.

34 After the Pharisees heard that he had put the Sadducees to silence, they came together in one group. 35 And one of them, versed in the Law, asked, testing him: 36 "Teacher, which is the greatest commandment in the Law?" 37 He said to him: "'You must love Jehovah your God with your whole heart and with your whole soul and with your whole mind.' 38 This is the greatest and first commandment. 39 The second, like it, is this, 'You must love your neighbor as yourself.' 40 On these two commandments the whole Law hangs, and the Prophets."

41 Now while the Pharisees were gathered together Jesus asked them: 42 "What do YOU think about the Christ? Whose son is he?" They said to him: "David's." 43 He said to them: "How, then, is it that David by inspiration calls him 'Lord,' saying, 44 'Jehovah said to my Lord: "Sit at my right hand until I put your enemies beneath your feet"'? 45 If, therefore, David calls him 'Lord,' how is he his son?" 46 And nobody was able to say a word in reply to him, nor did anyone dare from that day on to question him any further.

23 Then Jesus spoke to the crowds and to his disciples, saying: 2 "The scribes and the Pharisees have seated themselves in the seat of Moses. 3 Therefore all the things they tell YOU, do and observe, but do not do according to their deeds, for they say but do not perform. 4 They bind up heavy loads and put them upon the shoulders of men, but they themselves are not willing to budge them with their finger. 5 All the works they do they do to be viewed by men; for they broaden the [scripture-containing] cases that they wear as safeguards, and enlarge the fringes [of their garments]. 6 They like the most prominent place at evening meals and the front seats in the synagogues, 7 and the greetings in the marketplaces and to be called Rabbi by men. 8 But YOU, do not YOU be called Rabbi, for one is YOUR teacher, whereas all YOU are brothers. 9 Moreover, do not call anyone YOUR father on earth, for one is YOUR Father, the heavenly One. 10 Neither be called 'leaders,' for YOUR Leader is one, the Christ. 11 But the greatest one among YOU must be YOUR minister. 12 Whoever exalts himself will be humbled, and whoever humbles himself will be exalted.

13 "Woe to YOU, scribes and Pharisees, hypocrites! because YOU shut up the kingdom of the heavens before men; for YOU yourselves do not go in, neither do YOU permit those on their way in to go in. 14 ——

15 "Woe to YOU, scribes and Pharisees, hypocrites! because YOU traverse sea and dry land to make one proselyte, and when he becomes one YOU make him a subject for Ge·hen′na twice as much so as yourselves.

16 "Woe to YOU, blind guides, who say, 'If anyone swears by the temple, it is nothing; but if anyone swears by the gold of the temple, he is under obligation.' 17 Fools and blind ones! Which, in fact, is greater, the gold or the temple that has sanctified the gold? 18 Also, 'If anyone swears by the altar, it is nothing; but if anyone swears by the gift on it, he is under obligation.' 19 Blind ones! Which, in fact, is greater, the gift or the altar that sanctifies the gift? 20 Therefore he that swears by the altar is swearing by it and by all the things on it; 21 and he that swears by the temple is swearing by it and by him that is inhabiting it; 22 and he that swears by heaven is swearing by the throne of God and by him that is sitting on it.

WTPA016732

might not spend any time in the [district of] Asia; for he was hastening to get to Jerusalem on the day of the [festival of] Pentecost if he possibly could.

**17** However, from Mi·le′tus he sent to Eph′e·sus and called for the older men of the congregation. **18** When they got to him he said to them: "YOU well know how from the first day that I stepped into the [district of] Asia I was with you the whole time, **19** slaving for the Lord with the greatest lowliness of mind and tears and trials that befell me by the plots of the Jews; **20** while I did not hold back from telling YOU any of the things that were profitable nor from teaching YOU publicly and from house to house. **21** But I thoroughly bore witness both to Jews and to Greeks about repentance toward God and faith in our Lord Jesus. **22** And now, look! bound in the spirit, I am journeying to Jerusalem, although not knowing the things that will happen to me in it, **23** except that from city to city the holy spirit repeatedly bears witness to me as it says that bonds and tribulations are waiting for me. **24** Nevertheless, I do not make my soul of any account as dear to me, if only I may finish my course and the ministry that I received of the Lord Jesus, to bear thorough witness to the good news of the undeserved kindness of God.

**25** "And now, look! I know that all of YOU among whom I went preaching the kingdom will see my face no more. **26** Hence I call YOU to witness this very day that I am clean from the blood of all men, **27** for I have not held back from telling YOU all the counsel of God. **28** Pay attention to yourselves and to all the flock, among which the holy spirit has appointed YOU overseers, to shepherd the congregation of God, which he purchased with the blood of his own [Son]. **29** I know that after my going away oppressive wolves will enter in among YOU and will not treat the flock with tenderness, **30** and from among YOU yourselves men will rise and speak twisted things to draw away the disciples after themselves.

**31** "Therefore keep awake, and bear in mind that for three years, night and day, I did not quit admonishing each one with tears. **32** And now I commit YOU to God and to the word of his undeserved kindness, which [word] can build YOU up and give YOU the inheritance among all the sanctified ones. **33** I have coveted no man's silver or gold or apparel. **34** YOU yourselves know that these hands have attended to the needs of me and of those with me. **35** I have exhibited to YOU in all things that by thus laboring YOU must assist those who are weak, and must bear in mind the words of the Lord Jesus, when he himself said, 'There is more happiness in giving than there is in receiving.' "

**36** And when he had said these things, he kneeled down with all of them and prayed. **37** Indeed, quite a bit of weeping broke out among them all, and they fell upon Paul's neck and tenderly kissed him, **38** because they were especially pained at the word he had spoken that they were going to behold his face no more. So they proceeded to conduct him to the boat.

**21** Now when we had torn ourselves away from them and put out to sea, we ran with a straight course and came to Cos, but on the next [day] to Rhodes, and from there to Pat′a·ra. **2** And when we had found a boat that was crossing to Phoe·ni′cia, we went aboard and sailed away. **3** After coming in sight of the island of Cy′prus we left it behind on the left side and sailed on to Syria, and landed at Tyre, for there the boat was to unload [its] cargo. **4** By a search we found the disciples and remained here seven days. But through the spirit they repeatedly told Paul not to set foot in Jerusalem. **5** So when we had completed the days, we went forth and started on our way; but they all, together with the women and children, conducted us as far as outside the city. And kneeling down

Jesus Christ, and do not be planning ahead for the desires of the flesh.

**14** Welcome the [man] having weaknesses in [his] faith, but not to make decisions on inward questionings. **2** One [man] has faith to eat everything, but the [man] who is weak eats vegetables. **3** Let the one eating not look down on the one not eating, and let the one not eating not judge the one eating, for God has welcomed that one. **4** Who are you to judge the house servant of another? To his own master he stands or falls. Indeed, he will be made to stand, for Jehovah can make him stand.

**5** One [man] judges one day as above another; another [man] judges one day as all others; let each [man] be fully convinced in his own mind. **6** He who observes the day observes it to Jehovah. Also, he who eats, eats to Jehovah, for he gives thanks to God; and he who does not eat does not eat to Jehovah, and yet gives thanks to God. **7** None of us, in fact, lives with regard to himself only, and no one dies with regard to himself only; **8** for both if we live, we live to Jehovah, and if we die, we die to Jehovah. Therefore both if we live and if we die, we belong to Jehovah. **9** For to this end Christ died and came to life again, that he might be Lord over both the dead and the living.

**10** But why do you judge your brother? Or why do you also look down on your brother? For we shall all stand before the judgment seat of God; **11** for it is written: "'As I live,' says Jehovah, 'to me every knee will bend down, and every tongue will make open acknowledgment to God.'" **12** So, then, each of us will render an account for himself to God.

**13** Therefore let us not be judging one another any longer, but rather make this YOUR decision, not to put before a brother a stumbling block or a cause for tripping. **14** I know and am persuaded in the Lord Jesus that nothing is defiled in itself; only where a man considers something to be defiled, to him it is defiled. **15** For if because of food your brother is being grieved, you are no longer walking in accord with love. Do not by your food ruin that one for whom Christ died. **16** Do not, therefore, let the good YOU people do be spoken of with injury to YOU. **17** For the kingdom of God does not mean eating and drinking, but [means] righteousness and peace and joy with holy spirit. **18** For he who in this regard slaves for Christ is acceptable to God and has approval with men.

**19** So, then, let us pursue the things making for peace and the things that are upbuilding to one another. **20** Stop tearing down the work of God just for the sake of food. True, all things are clean, but it is injurious to the man who with an occasion for stumbling eats. **21** It is well not to eat flesh or to drink wine or do anything over which your brother stumbles. **22** The faith that you have, have it in accord with yourself in the sight of God. Happy is the man that does not put himself on judgment by what he approves. **23** But if he has doubts, he is already condemned if he eats, because [he does] not [eat] out of faith. Indeed, everything that is not out of faith is sin.

**15** We, though, who are strong ought to bear the weaknesses of those not strong, and not to be pleasing ourselves. **2** Let each of us please [his] neighbor in what is good for [his] upbuilding. **3** For even the Christ did not please himself; but just as it is written: "The reproaches of those who were reproaching you have fallen upon me." **4** For all the things that were written aforetime were written for our instruction, that through our endurance and through the comfort from the Scriptures we might have hope. **5** Now may the God who supplies endurance and comfort grant YOU to have among yourselves the same mental attitude that Christ Jesus had, **6** that with one accord YOU may with one mouth glorify the

WTPA016884

**16** Now concerning the collection that is for the holy ones, just as I gave orders to the congregations of Ga·la′ti·a, do that way also yourselves. 2 Every first day of the week let each of YOU at his own house set something aside in store as he may be prospering, so that when I arrive collections will not take place then. 3 But when I get there, whatever men YOU approve of by letters, these I shall send to carry YOUR kind gift to Jerusalem. 4 However, if it is fitting for me to go there also, they will go there with me.

5 But I shall come to YOU when I have gone through Mac·e·do′ni·a, for I am going through Mac·e·do′ni·a; 6 and perhaps I shall stay or even pass the winter with YOU, that YOU may conduct me partway to where I may be going. 7 For I do not want to see YOU just now on [my] passing through, for I hope to remain some time with YOU, if Jehovah permits. 8 But I am remaining in Eph′e·sus until the [festival of] Pentecost; 9 for a large door that leads to activity has been opened to me, but there are many opposers.

10 However, if Timothy arrives, see that he becomes free of fear among YOU, for he is performing the work of Jehovah, even as I am. 11 Let no one, therefore, look down upon him. Conduct him partway in peace, that he may get here to me, for I am waiting for him with the brothers.

12 Now concerning A·pol′los our brother, I entreated him very much to come to YOU with the brothers, and yet it was not his will at all to come now; but he will come when he has the opportunity.

13 Stay awake, stand firm in the faith, carry on as men, grow mighty. 14 Let all YOUR affairs take place with love.

15 Now I exhort YOU, brothers: YOU know that the household of Steph′a·nas is the firstfruits of A·cha′ia and that they set themselves to minister to the holy ones. 16 May YOU also keep submitting yourselves to persons of that kind and to everyone cooperating and laboring. 17 But I rejoice over the presence of Steph′a·nas and For·tu·na′tus and A·cha′i·cus, because they have made up for YOUR not being here. 18 For they have refreshed my spirit and YOURS. Therefore recognize men of that sort.

19 The congregations of Asia send YOU their greetings. Aq′ui·la and Pris′ca together with the congregation that is in their house greet YOU heartily in [the] Lord. 20 All the brothers greet YOU. Greet one another with a holy kiss.

21 [Here is] my greeting, Paul's, in my own hand.

22 If anyone has no affection for the Lord, let him be accursed. O our Lord, come! 23 May the undeserved kindness of the Lord Jesus be with YOU. 24 May my love be with all of YOU in union with Christ Jesus.

---

THE SECOND TO THE

# CORINTHIANS

**1** Paul, an apostle of Christ Jesus through God's will, and Timothy [our] brother to the congregation of God that is in Corinth, together with all the holy ones who are in all of A·cha′ia:

2 May YOU have undeserved kindness and peace from God our Father and [the] Lord Jesus Christ.

3 Blessed be the God and Father of our Lord Jesus Christ, the Father of tender mercies and the God of all comfort, 4 who comforts us in all our tribulation, that

we may be able to comfort those in any sort of tribulation through the comfort with which we ourselves are being comforted by God. **5** For just as the sufferings for the Christ abound in us, so the comfort we get also abounds through the Christ. **6** Now whether we are in tribulation, it is for YOUR comfort and salvation; or whether we are being comforted, it is for YOUR comfort that operates to make YOU endure the same sufferings that we also suffer. **7** And so our hope for YOU is unwavering, knowing as we do that, just as YOU are sharers of the sufferings, in the same way YOU will also share the comfort.

**8** For we do not wish YOU to be ignorant, brothers, about the tribulation that happened to us in the [district of] Asia, that we were under extreme pressure beyond our strength, so that we were very uncertain even of our lives. **9** In fact, we felt within ourselves that we had received the sentence of death. This was that we might have our trust, not in ourselves, but in the God who raises up the dead. **10** From such a great thing as death he did rescue us and will rescue us; and our hope is in him that he will also rescue us further. **11** YOU also can help along by YOUR supplication for us, in order that thanks may be given by many in our behalf for what is kindly given to us due to many [prayerful] faces.

**12** For the thing we boast of is this, to which our conscience bears witness, that with holiness and godly sincerity, not with fleshly wisdom but with God's undeserved kindness, we have conducted ourselves in the world, but more especially toward YOU. **13** For we are really not writing YOU things except those which YOU well know or also recognize; and which I hope YOU will continue to recognize to the end, **14** just as YOU have also recognized, to an extent, that we are a cause for YOU to boast, just as YOU will also be for us in the day of our Lord Jesus.

**15** So, with this confidence, I was intending before to come to YOU, that YOU might have a second [occasion for] joy, **16** and after a stopover with YOU to go to Mac·e·do′ni·a, and to come back from Mac·e·do′ni·a to YOU and be conducted partway by YOU to Ju·de′a. **17** Well, when I had such an intention, I did not indulge in any lightness, did I? Or what things I purpose, do I purpose [them] according to the flesh, that with me there should be "Yes, Yes" and "No, No"? **18** But God can be relied upon that our speech addressed to YOU is not Yes and yet No. **19** For the Son of God, Christ Jesus, who was preached among YOU through us, that is, through me and Sil·va′nus and Timothy, did not become Yes and yet No, but Yes has become Yes in his case. **20** For no matter how many the promises of God are, they have become Yes by means of him. Therefore also through him is the "Amen" [said] to God for glory through us. **21** But he who guarantees that YOU and we belong to Christ and he who has anointed us is God. **22** He has also put his seal upon us and has given us the token of what is to come, that is, the spirit, in our hearts.

**23** Now I call upon God as a witness against my own soul that it is to spare YOU that I have not yet come to Corinth. **24** Not that we are the masters over YOUR faith, but we are fellow workers for YOUR joy, for it is by [YOUR] faith that YOU are standing.

**2** For this is what I have decided for myself, not to come to YOU again in sadness. **2** For if I make YOU sad, who indeed is there to cheer me except the one that is made sad by me? **3** And so I wrote this very thing, that, when I come, I may not get sad because of those over whom I ought to rejoice; because I have confidence in all of YOU that the joy I have is that of all of YOU. **4** For out of much tribulation and anguish of heart I wrote YOU with many tears, not that YOU might be saddened, but that YOU

0-cv-00052-SPW   Document 380-2   Filed 05/09/24   Page

YOU keep on biting and devouring one another, look out that YOU do not get annihilated by one another.

**16** But I say, Keep walking by spirit and YOU will carry out no fleshly desire at all. **17** For the flesh is against the spirit in its desire, and the spirit against the flesh; for these are opposed to each other, so that the very things that YOU would like to do YOU do not do. **18** Furthermore, if YOU are being led by spirit, YOU are not under law.

**19** Now the works of the flesh are manifest, and they are fornication, uncleanness, loose conduct, **20** idolatry, practice of spiritism, enmities, strife, jealousy, fits of anger, contentions, divisions, sects, **21** envies, drunken bouts, revelries, and things like these. As to these things I am forewarning YOU, the same way as I did forewarn YOU, that those who practice such things will not inherit God's kingdom.

**22** On the other hand, the fruitage of the spirit is love, joy, peace, long-suffering, kindness, goodness, faith, **23** mildness, self-control. Against such things there is no law. **24** Moreover, those who belong to Christ Jesus impaled the flesh together with its passions and desires.

**25** If we are living by spirit, let us go on walking orderly also by spirit. **26** Let us not become egotistical, stirring up competition with one another, envying one another.

**6** Brothers, even though a man takes some false step before he is aware of it, YOU who have spiritual qualifications try to readjust such a man in a spirit of mildness, as you each keep an eye on yourself, for fear you also may be tempted. **2** Go on carrying the burdens of one another, and thus fulfill the law of the Christ. **3** For if anyone thinks he is something when he is nothing, he is deceiving his own mind. **4** But let each one prove what his own work is, and then he will have cause for exultation in regard to himself alone, and not in comparison with the other person.

**5** For each one will carry his own load.

**6** Moreover, let anyone who is being orally taught the word share in all good things with the one who gives such oral teaching.

**7** Do not be misled: God is not one to be mocked. For whatever a man is sowing, this he will also reap; **8** because he who is sowing with a view to his flesh will reap corruption from his flesh, but he who is sowing with a view to the spirit will reap everlasting life from the spirit. **9** So let us not give up in doing what is fine, for in due season we shall reap if we do not tire out. **10** Really, then, as long as we have time favorable for it, let us work what is good toward all, but especially toward those related to [us] in the faith.

**11** SEE with what large letters I have written YOU with my own hand.

**12** All those who want to make a pleasing appearance in the flesh are the ones that try to compel YOU to get circumcised, only that they may not be persecuted for the torture stake of the Christ, Jesus. **13** For not even do those who are getting circumcised keep the Law themselves, but they want YOU to be circumcised that they may have cause for boasting in YOUR flesh. **14** Never may it occur that I should boast, except in the torture stake of our Lord Jesus Christ, through whom the world has been impaled to me and I to the world. **15** For neither is circumcision anything nor is uncircumcision, but a new creation [is something]. **16** And all those who will walk orderly by this rule of conduct, upon them be peace and mercy, even upon the Israel of God.

**17** Henceforth let no one be making trouble for me, for I am carrying on my body the brand marks [of a slave] of Jesus.

**18** The undeserved kindness of our Lord Jesus Christ [be] with the spirit YOU [show], brothers. Amen.

WTPA016916

0-cv-00052-SPW Document 380-2 Filed 05/09/24 Page
Things Beneficial. God's Care for Widows  1 TIMOTHY 4:4—5:14

**4** However, the inspired utterance says definitely that in later periods of time some will fall away from the faith, paying attention to misleading inspired utterances and teachings of demons, **2** by the hypocrisy of men who speak lies, marked in their conscience as with a branding iron; **3** forbidding to marry, commanding to abstain from foods which God created to be partaken of with thanksgiving by those who have faith and accurately know the truth. **4** The reason for this is that every creation of God is fine, and nothing is to be rejected if it is received with thanksgiving, **5** for it is sanctified through God's word and prayer over [it].

**6** By giving these advices to the brothers you will be a fine minister of Christ Jesus, one nourished with the words of the faith and of the fine teaching which you have followed closely. **7** But turn down the false stories which violate what is holy and which old women tell. On the other hand, be training yourself with godly devotion as your aim. **8** For bodily training is beneficial for a little; but godly devotion is beneficial for all things, as it holds promise of the life now and that which is to come. **9** Faithful and deserving of full acceptance is that statement. **10** For to this end we are working hard and exerting ourselves, because we have rested our hope on a living God, who is a Savior of all sorts of men, especially of faithful ones.

**11** Keep on giving these commands and teaching them. **12** Let no man ever look down on your youth. On the contrary, become an example to the faithful ones in speaking, in conduct, in love, in faith, in chasteness. **13** While I am coming, continue applying yourself to public reading, to exhortation, to teaching. **14** Do not be neglecting the gift in you that was given you through a prediction and when the body of older men laid their hands upon you. **15** Ponder over these things; be absorbed in them, that your advancement may be manifest to all [persons]. **16** Pay constant attention to yourself and to your teaching. Stay by these things, for by doing this you will save both yourself and those who listen to you.

**5** Do not severely criticize an older man. To the contrary, entreat him as a father, younger men as brothers, **2** older women as mothers, younger women as sisters with all chasteness.

**3** Honor widows that are actually widows. **4** But if any widow has children or grandchildren, let these learn first to practice godly devotion in their own household and to keep paying a due compensation to their parents and grandparents, for this is acceptable in God's sight. **5** Now the woman who is actually a widow and left destitute has put her hope in God and persists in supplications and prayers night and day. **6** But the one that goes in for sensual gratification is dead though she is living. **7** So keep on giving these commands, that they may be irreprehensible. **8** Certainly if anyone does not provide for those who are his own, and especially for those who are members of his household, he has disowned the faith and is worse than a person without faith.

**9** Let a widow be put on the list who has become not less than sixty years old, a wife of one husband, **10** having a witness borne to her for fine works, if she reared children, if she entertained strangers, if she washed the feet of holy ones, if she relieved those in tribulation, if she diligently followed every good work.

**11** On the other hand, turn down younger widows, for when their sexual impulses have come between them and the Christ, they want to marry, **12** having a judgment because they have disregarded their first [expression of] faith. **13** At the same time they also learn to be unoccupied, gadding about to the houses; yes, not only unoccupied, but also gossipers and meddlers in other people's affairs, talking of things they ought not. **14** There-

reproached for the name of Christ, YOU are happy, because the [spirit] of glory, even the spirit of God, is resting upon YOU.

**15** However, let none of YOU suffer as a murderer or a thief or an evildoer or as a busybody in other people's matters. **16** But if [he suffers] as a Christian, let him not feel shame, but let him keep on glorifying God in this name. **17** For it is the appointed time for the judgment to start with the house of God. Now if it starts first with us, what will the end be of those who are not obedient to the good news of God? **18** "And if the righteous [man] is being saved with difficulty, where will the ungodly [man] and the sinner make a showing?" **19** So, then, also let those who are suffering in harmony with the will of God keep on commending their souls to a faithful Creator while they are doing good.

**5** Therefore, to the older men among YOU I give this exhortation, for I too am an older man with [them] and a witness of the sufferings of the Christ, a sharer even of the glory that is to be revealed: **2** Shepherd the flock of God in YOUR care, not under compulsion, but willingly; neither for love of dishonest gain, but eagerly; **3** neither as lording it over those who are God's inheritance, but becoming examples to the flock. **4** And when the chief shepherd has been made manifest, YOU will receive the unfadable crown of glory.

**5** In like manner, YOU younger men, be in subjection to the older men. But all of YOU gird yourselves with lowliness of mind toward one another, because God opposes the haughty ones, but he gives undeserved kindness to the humble ones.

**6** Humble yourselves, therefore, under the mighty hand of God, that he may exalt YOU in due time; **7** while YOU throw all YOUR anxiety upon him, because he cares for YOU. **8** Keep YOUR senses, be watchful. YOUR adversary, the Devil, walks about like a roaring lion, seeking to devour [someone]. **9** But take YOUR stand against him, solid in the faith, knowing that the same things in the way of sufferings are being accomplished in the entire association of YOUR brothers in the world. **10** But, after YOU have suffered a little while, the God of all undeserved kindness, who called YOU to his everlasting glory in union with Christ, will himself finish YOUR training, he will make YOU firm, he will make YOU strong. **11** To him be the might forever. Amen.

**12** Through Sil·va′nus, a faithful brother, as I account him, I have written YOU in few [words], to give encouragement and an earnest witness that this is the true undeserved kindness of God; in which stand firm. **13** She who is in Babylon, a chosen one like [YOU], sends YOU her greetings, and so does Mark my son. **14** Greet one another with a kiss of love.

May all of YOU who are in union with Christ have peace.

---

THE SECOND OF

# PETER

**1** Simon Peter, a slave and apostle of Jesus Christ, to those who have obtained a faith, held in equal privilege with ours, by the righteousness of our God and [the] Savior Jesus Christ:

**2** May undeserved kindness and peace be increased to YOU by an accurate knowledge of God and of Jesus our Lord, **3** forasmuch as his divine power has given us freely all the things that concern life and godly devotion, through the accurate knowledge of the one who

CHIEF OFFICE AND OFFICIAL ADDRESS OF
Watch Tower Bible and Tract Society of Pennsylvania
Watchtower Bible and Tract Society of New York, Inc.
International Bible Students Association
25 Columbia Heights, Brooklyn, New York 11201, U.S.A.
ADDRESSES OF BRANCH OFFICES:

**ALASKA 99507:** 2552 East 48th Ave., Anchorage. **AUSTRALIA:** 11 Beresford Road, Strathfield, N.S.W. 2135. **AUSTRIA:** Gallgasse 44, A-1130 Vienna. **BAHAMAS:** Box N-1247, Nassau, N.P. **BARBADOS:** Fontabelle Rd., Bridgetown. **BELGIUM:** rue d'Argile 60, B-1950 Kraainem. **BELIZE:** Box 257, Belize City. **BOLIVIA:** Casilla No. 1440, La Paz. **BRAZIL:** Rodovia SP-141, Km 43 - 18280 Cesario Lange, SP; Caixa Postal 92, 18270 Tatuí, SP. **BURMA:** P.O. Box 62, Rangoon. **CANADA:** Box 4100, Georgetown, Ontario L7G 4Y4. **CENTRAL AFRICAN REPUBLIC:** B.P. 662, Bangui. **CHILE:** Clorinda Wilshaw 501, Ñuñoa, Santiago 11; Casilla 261-V, Santiago 21. **COLOMBIA:** Apartado Aereo 91346, Bogotá 8, D.E. **COSTA RICA:** Apartado 10043, San José. **CYPRUS:** P.O. Box 288, Limassol. **DENMARK:** Kongevejen 207, DK-2830 Virum. **DOMINICAN REPUBLIC:** Avenida Francia 33 (Apartado 1742), Santo Domingo. **ECUADOR:** Casilla 4512, Guayaquil. **EL SALVADOR:** Apartado 401, San Salvador. **ENGLAND:** Watch Tower House, The Ridgeway, London NW7 1RN. **FIJI:** Box 23, Suva. **FINLAND:** Postbox 68, SF-01301 Vantaa 30. **FRANCE:** 81 rue du Point-du-Jour, 92100 Boulogne-Billancourt. **GERMANY, FEDERAL REPUBLIC OF:** Postfach 5920, D-6200 Wiesbaden 1. **GHANA:** Box 760, Accra. **GREECE:** 77, Leoforos Kifisias—Paradisos, Amaroúsion, Athens. **GUADELOUPE:** B.P. 239, 97156 Pointe-à-Pitre Cedex. **GUAM 96921:** P.O. Box 20067, GMF, Guam. **GUATEMALA:** 11 Avenida 5-67, Guatemala 1. **GUYANA:** 50 Brickdam, Georgetown 16. **HAITI:** Post Box 185, Port-au-Prince. **HAWAII 96814:** 1228 Pensacola St., Honolulu. **HONDURAS:** Apartado 147, Tegucigalpa. **HONG KONG:** 4 Kent Road, Kowloon Tong. **ICELAND:** Box 251, IS-121 Reykjavík. **INDIA:** Post Bag 10, Lonavla, Pune Dis., Mah. 410 401. **IRELAND:** 29A Jamestown Road, Finglas, Dublin 11. **ISRAEL:** P.O. Box 44520, Haifa 31 040. **ITALY:** Via della Bufalotta 1281, 00138 Rome. **IVORY COAST:** 06 B.P. 393, Abidjan 06. **JAMAICA:** Box 180, Kingston 10. **JAPAN:** 1271 Naka-shinden, Ebina, Kanagawa Pref., 243. **KENYA:** Box 47788, Nairobi. **KOREA:** Box 7 Sodaemun P.O., Seoul, 120. **LEEWARD ISLANDS:** Box 119, St. Johns, Antigua. **LIBERIA:** P.O. Box 171, Monrovia. **LUXEMBOURG:** 15, rue de l'Egalite, L-1456 Luxembourg, G D. **MALAYSIA:** 28, Jalan Gelugor, Minden Heights, Penang. **MARTINIQUE:** 63 rue de Schoelcher, 97200 Fort de France. **MAURITIUS:** 42 Vandermeersch St., Rose Hill. **MEXICO:** Apartado Postal 42-048, Mexico 4, D.F. **NETHERLANDS:** Voorburgstraat 250, 1059 VD Amsterdam. **NETHERLANDS ANTILLES:** Oosterbeekstraat 11, Willemstad, Curaçao. **NEW CALEDONIA:** B.P. 787, Nouméa. **NEWFOUNDLAND, CANADA A1C 2M1:** 239 Pennywell Rd., St. John's. **NEW ZEALAND:** 6-A Western Springs Road, Auckland 3. **NICARAGUA:** Apartado 183, Managua, D.N. **NIGERIA:** P.O. Box 194, Yaba, Lagos State. **NORWAY:** Inkognitogaten 28 B., Oslo 2. **PAKISTAN:** 197-A Ahmad Block, New Garden Town, Lahore 16. **PANAMA:** Apartado 1835, Panama 9A. **PAPUA NEW GUINEA:** Box 113, Port Moresby. **PERU:** Gervasio Santillana 370, Lima 18; Casilla 5178, Miraflores, Lima 18. **PHILIPPINES, REPUBLIC OF:** P.O. Box 2044, Manila 2800; 186 Roosevelt Ave., San Francisco del Monte, Quezon City 3010. **PORTUGAL:** Av. D. Nuno Álvares Pereira, 11, P-2765 Estoril. **PUERTO RICO 00927:** Calle Onix 23, Urb. Bucaré, Rio Piedras. **SENEGAL:** B.P. 3107, Dakar. **SIERRA LEONE:** Box 136, Freetown. **SOLOMON ISLANDS:** P.O. Box 166, Honiara. **SOUTH AFRICA:** Private Bag 2, Elandsfontein, 1406. **SPAIN:** Calle Pardo 65, Barcelona 16. **SRI LANKA, REP. OF:** 62 Layard's Road, Colombo 5. **SURINAME:** Wicherstraat 8-10; Box 49, Paramaribo. **SWEDEN:** Box 5, S-732 00 Arboga. **SWITZERLAND:** Ulmenweg 45; P.O. Box 477, CH-3601 Thun. **TAHITI:** B.P. 518, Papeete. **TAIWAN 106 (REPUBLIC OF CHINA):** 5 Lane 99, Yun-Ho St., Taipei. **THAILAND:** 69/1 Soi 2, Sukhumwit Rd., Bangkok 11. **TRINIDAD:** 2 La Seiva Road, Maraval, Port of Spain. **UNITED STATES OF AMERICA:** 25 Columbia Heights, Brooklyn, N.Y. 11201. **URUGUAY:** Francisco Bauzá 3372, Montevideo. **VENEZUELA:** Apartado 116, La Victoria, Edo. Aragua. **ZAÏRE, REP. OF:** B.P. 634, Limete, Kinshasa. **ZAMBIA, REP. OF:** Box 21598, Kitwe. **ZIMBABWE:** 35 Fife Avenue, Salisbury.

## PAUL'S TRAVELS

- First Missionary Journey
- Second Missionary Journey
- Third Missionary Journey
- Journey to Rome

WTPA017123

New World
Translation
of the
Holy
Scriptures

WTPA017124