During this deposition, Defendants requested that the transcript be treated as "Confidential" pursuant to the Protective Order Entered by the Court on January 26, 2022. *See* ECF Docs. 110-1 and 111.

Therefore, the transcript excerpts designated as Exhibit F to Defendant WTNY's Statement of Disputed Facts in Opposition to Plaintiffs' Motion for Partial Summary Judgment re: Hardin Elders are Agents of WTNY will be filed immediately following the entry of this document into the record. This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

# EXHIBIT F