*Exhibit A*






COURT REPORTING
LEGAL VIDEOGRAPHY
VIDEOCONFERENCING
TRIAL PRESENTATION
MOCK JURY SERVICES
LEGAL TRANSCRIPTION
COPYING AND SCANNING
LANGUAGE INTERPRETERS

(800) 528-3335
NAEGELIUSA.COM

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MONTANA
                          BILLINGS DIVISION


TRACY CAEKAERT, and CAMILLIA MAPLEY,

          Plaintiffs,

v.                                   Cause No. CV 20-52-BLG-SPW

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC., WATCH TOWER
BIBLE AND TRACT SOCIETY OF
PENNSYLVANIA, and BRUCE MAPLEY SR.,

          Defendants.
_____

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.

          Cross-Claimant,

v.

BRUCE MAPLEY SR.,

          Cross-Claim Defendant.
_____



                            REMOTE VIDEOTAPED DEPOSITION OF

                                            CAMILLIA MAPLEY


                                                   TAKEN ON
         AEDT: WEDNESDAY, NOVEMBER 30, 2022; 5:12 A.M.
          MST:   TUESDAY, NOVEMBER 29, 2022; 11:12 A.M.


                                       WORKSPACES - LEVEL 5
                                         171 COLLINS STREET
                                  MELBOURNE, 3000 AUSTRALIA
```

```
 1  there's two things going on.
 2       Q.   You can elaborate.
 3       A.   Well, it's Caekaert and Mapley.
 4       Q.   Okay?
 5       A.   So --
 6       Q.   When you --
 7       A.   -- what you're asking me is I can't recall
 8  every single instance that occurred.
 9       Q.   When your family joined the Hardin
10  Congregation, had Bruce Senior been sexually abusing
11  you for several years prior to that?
12       A.   Well, I don't recall, but I was a very
13  sexualized child, so I -- I don't recall.
14       Q.   What is the span of years over which you
15  claim Bruce Senior sexually abused you?
16       A.   Probably up until I was 14?  Yeah.
17       Q.   Would that have been approximately 1982?
18       A.   Yeah.
19       Q.   And when did the sexual abuse start?
20       A.   I don't know.
21       Q.   How many years do you think the sexual
22  abuse went on?
23       A.   Well, if I just said 14, that sort of
24  gives you an idea.
25       Q.   Is it your belief that Bruce Senior
```

```
 1  started sexually abusing you as soon as you were
 2  born?
 3          MR. SHAFFER:  Object to form.  Asked and
 4  answered.
 5  BY MR. SWEENEY:
 6      A.  Yes.
 7      Q.  Do you know if Bruce ever confessed to
 8  anybody that he sexually abused you?
 9      A.  Are you asking if he sat us down and
10  talked about abusing us?
11      Q.  We'll start there, so sure.
12      A.  Yes, then the answer is yes.
13      Q.  When did that happen?
14      A.  I don't know.  After Gunner Hain was found
15  out.
16      Q.  Can you give me an approximate year?
17          MR. SHAFFER:  Object to form.
18  BY MR. SWEENEY:
19      A.  '77?  '78?
20      Q.  You had been about nine or ten?
21      A.  Yes, sorry.  Sorry, I nodded.
22      Q.  And he -- who all did he sit down and
23  discuss this with?
24      A.  Himself, Shirley, Bruce Junior, Tracy and
25  myself.
```