Exhibit F has been marked "Confidential" by WTNY and is therefore subject to the Protective Order Entered by the Court on January 26, 2022. See ECF Docs. 110-1 and 111.

Exhibit F to Plaintiffs' Statement of Statement of Disputed Facts re: WTNY's and WTPA's Motion for Summary Judgment (ECF No. 346) will be filed immediately following the entry of this document into the record. This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

# *Exhibit F*