*Exhibit G*

# "Pay Attention to Yourselves

## and to

# All the Flock."—Acts 20:28.

Kingdom Ministry School

Textbook

CAEKAERT/MAPLEY 000626

Published by

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1977

Made in the United States of America

CAEKAERT/MAPLEY 000627

65

most effectively? Then it may be appropriate for you to follow through without delay.

If another congregation is involved, seek their assistance, benefit from their observations.

Do not let a matter remain unattended.

## CONFIDENTIALITY

*11/89 Dist. Ovr. @Cir. Ass. means not even revealing the fact of a judicial committy*

NOTE: Reports have been received where elders have revealed confidential matters to their wives or others in the congregation. This has caused bad feelings to develop and undermines the confidence in and respect for the body of elders. Publishers expect personal matters will be kept confidential and hesitate to approach elders who have been indiscreet, and failed to do so. Sometimes elders will discuss certain matters on the telephone or in other places where other members of the family can hear the conversation or do so at the Kingdom Hall within earshot of other brothers.

Why is failing to keep confidence Scripturally unwise? (See Proverbs 11:13; 25:9, 10.)

Where there is a lack of good judgment in this matter, what could result? (See James 3:5.)

## BE "IMITATORS OF GOD"

Jehovah is a God of justice; he is merciful, kind, loving and patient. (Ps. 37:28; Ex. 34:6, 7)

As you deal with your brothers, imitate Jehovah in displaying these qualities and you will be an honor to him and a blessing to your brothers.

CAEKAERT/MAPLEY 000690

89

*Auxiliary and regular pioneer activity*

How can more be encouraged to share?

Can those pioneering assist others now?

How much encouragement are we giving the pioneers?

Are there any problems that the pioneers are experiencing?

*How well are the people in the territory being reached?*

Are the brothers resourceful, taking advantage of opportunities to witness informally on all occasions?

How thoroughly is the territory being covered?

Are there foreign-language groups needing attention?

*Moral cleanness*

Are there matters about which a selected judicial committee needs to inform the whole body of elders, for the protection of the congregation?

Of course, confidential matters should be kept confidential.

Are there trends toward worldliness?

*Aiding other males to qualify for service responsibilities*

Who needs help and how can we give it?

How can ministerial servants be better utilized?

*Articles in "The Watchtower" or other publications*

(When special need arises, the body of elders can review articles that are appropriate to the need, such as: mercy, reproof, working together, and so forth.)

*Matters of less-spiritual nature*

(Only when there is a problem that cannot be handled by an elder or by the responsible committee.)

CAEKAERT/MAPLEY 000714