*Exhibit H*

# KINGDOM MINISTRY SCHOOL COURSE

Compiled and Published by the
Watch Tower Bible and Tract
Society of Pennsylvania

**OCTOBER 1972**

*This book is the property of the Kingdom Ministry
School. Please do not mark or make notes in it, as
other students will use it later.*

Made in the United States of America

WTPA000001

Parents clearly see their responsibilities toward their children, and youths are helped to benefit from Bible training

While still being imperfect, those applying Bible counsel gain improved health and better mental condition (Prov. 14:30)

With Bible's counsel on things needful and having a sure hope for the future, one can avoid many common frustrations and anxieties (Matt. 6:25-34; 1 Tim. 6:8-10)

Racial and national prejudices are dispelled (Acts 10:34, 35)

Young people gain proper respect for adults, especially elderly

Highest principles from God contained in the Bible, not just human theories; *they work* (1 Thess. 2:13; Matt. 22:37-39)

### BIBLE'S PERFECTION IS SEEN IN ITS APPEAL TO GOOD HEARTS

Scriptures constitute perfect, refined message (Ps. 12:6; 119:140)

Bible's perfection is displayed in its ability to discern and reveal thoughts and intentions of the heart (Heb. 4:12, 13)
  Gaining of understanding and pleasing God depend on heart

Easy to find excuses for rejecting the Bible if one lacks a good heart
  Persons not desiring to humble themselves before God, admitting need for His help, haughtily reject the Bible (1 Cor. 1:26-29)
  They seize upon seeming contradictions; demand that God provide the information they want, not what God decides

Testifies to accuracy of statement that "faith" is essential (Heb. 11:1, 6); even this reflects authenticity and origin of Bible

Purity, simplicity and reasonableness of the Bible's message appeal to humble ones who see their need for God and for God's Word

MAIN POINT: When with your Christian brothers, encourage discussion of reasons why we believe the Bible is God's Word and help them to appreciate that the Bible does not agree with what every pagan historian wrote or with every theory of men of science, but what the Bible says is truthful in every detail

SOURCES: *is* 30, 45-56, 104-108, 122-128, 136-146, 150-153; *ad* 112, 231, 232, 323, 579, 580; *ms* 45-48, 394-402; *mn* 5-10; *im* 20-24, 44; *sg* 14-19

TEACHING SUGGESTION: Invite class to comment on one evidence of inspiration of the Bible that they feel is outstanding and tell why (Emphasize fulfillment of prophecy; see *ms* 394-402.)
  Ask class for experiences if any have had opportunity to speak on or defend inspiration of Bible before school or church groups

---

No. 5 — First Monday, 4:30

# What Makes Good Overseers

### JEHOVAH PROVIDES THE OVERSEERS

Jehovah, as the Great Overseer, is the owner of the flock (Acts 20:28)
He is the Overseer of our souls (1 Pet. 2:25)

Jehovah has appointed overseers
  He has made Jesus the principal overseer of his flock
    Jesus gave "gifts in men"; at the first the apostles evidently took the lead as ones 'given' by Christ (Eph. 4:8, 11, 12)
    As new congregations grew, elders or "older men" were appointed to serve in each congregation
    You are such elders; you have measured up to the Scriptural qualifications written under inspiration, have been recommended after careful consideration and prayer, and through the governing body the holy spirit has appointed you to serve as overseers
  Your position is Scripturally referred to in three ways: elders, overseers, shepherds, all referring to the same position but from different viewpoints
  Elder is the basic designation (Greek, *pre·sby'te·ros*) and refers to certain of your qualities as well as your position
  Being an elder or older man is associated with having experience in dealing with life's problems; such a one has greater understanding, wisdom and judgment than a young person
  In a spiritual sense you are like the elders of a community who can be looked to for sound counsel and guidance; others can bring problems to you for advice or judgment
  Overseer (Greek, *e·pi'sko·pos*) describes the fundamental character of your work in behalf of the congregation
  The term carries the thought of one who watches over, inspects, a guardian or superintendent, a shepherd of the flock
  Protective care is a basic idea inherent in the Greek word
  Oversight involves visiting, being concerned about or caring for something; visiting includes going to homes
  Successful oversight requires being approachable, willing to listen to problems of brothers, kindly dealing with them in a refreshing way, not acting as if you are superior to the brothers (Matt. 20:25-28)

WTPA000015

- audience, relating experiences, discussion between two or three on platform, brief skits, etc.
- Material may also be presented by a symposium of speakers

In preparing a public talk, study the outline carefully to grasp main points and effectively tie in supporting scriptures and arguments
- Additional points may be written in margins of the outline, or material may be retyped for easier reading
- Develop one section at a time, rather than viewing talk's preparation as one big job
- Some material can be deleted if there is too much
- Keep the outline up to date with progressive revelation of truth

Deliver the public talk in a way that glorifies God
- Keep the presentation on a high plane Scripturally, encouraging audience to use the Bible (1 Cor. 2:1-6)
- *Discuss* scriptures, showing application or meaning
- Present material with reasonableness and simplicity
- Avoid slang or inappropriate humor; maintain Christian dignity
- Be enthusiastic, seeking to teach and motivate the audience; stay within the time allotted
- Spiritual aspect of the meeting will impress sincere ones (1 Cor. 14:24, 25)

MAIN POINT: The purpose of both the Theocratic Ministry School and public meeting arrangement is to instruct and qualify all in the congregation as praisers of Jehovah

SOURCES: *or* 79-81, 95, 96, 98-100, 102, 103; *sg* 9-13

TEACHING SUGGESTION: Have two brothers who are school overseers assigned in advance to give counsel as they would for student talks in the Theocratic Ministry School on an assignment of their choice, discussing briefly some point of counsel from the Speech Counsel form and highlighting points from the material to show how it could be done. (2 minutes each) (Do not give the student talks.) Ask students for examples of how they have kept public talk outlines up to date with progressive revelation of truth

No. 35 — Second Tuesday, 2:10

# Our Responsibility to God and Caesar

### JEHOVAH'S SERVANTS HAVE RESPONSIBILITIES TO TWO SETS OF GOVERNMENTAL AUTHORITIES

Since 607 B.C.E., when Jehovah's nation of Israel lost sovereignty, all of Jehovah's people have had to live in lands governed by worldly rulers
- Bible calls these worldly rulers "superior authorities" (Rom. 13:1)
- Because of living in different lands, Christians have to cope with wide variety of laws and customs

However, Jehovah's servants are also accountable to God as ruler and to his Christ
- Bible shows that Jehovah and Christ are 'supreme authorities' (Dan. 7:13, 14, 18)
- No matter where servant of Jehovah lives, he must adhere to laws and principles of divine rule (Ps. 83:18)

Jehovah's servants need to determine clearly their duties toward both sets of governmental authorities
- Basic principle governing this is given by Jesus at Matthew 22:17-21: "Pay back, therefore, Caesar's things to Caesar, but God's things to God." ("Caesar" represents the secular state)
- This sound principle grants that secular governments have right to set certain duties upon Christian subjects
- It also shows that a Christian has duties to God; these take priority
- Thus, authority of rulers over Jehovah's servants is only relative and also very temporary, as at Armageddon "superior authorities" of this world will cease functioning forever

### PAYING BACK CAESAR'S THINGS TO CAESAR

*Subjection:* Every Christian must be in subjection to all the laws of the government under which he lives as long as those laws are not in conflict with God's laws (Titus 3:1; Rom. 13:1; 1 Pet. 2:13-15)
- Since Jehovah permits secular governments to exercise authority for a while, if we opposed this arrangement we would put ourselves in opposition to God, who has allowed it (Rom. 13:2)
- It is not the duty of elders to enforce laws of the secular state within the congregation, but they should encourage obedience to such laws. If illegal activities result in reproach being brought on congregation, this may bring congregational action

*Fear:* Worldly rulers are an object of fear in that God permits them to act as his "ministers" in punishing lawbreakers, even putting to death those who commit serious crimes (Rom. 13:3, 4, 7)
- We should have proper fear of breaking laws of secular state and coming under its adverse judgment; but our fear of Jehovah exceeds our fear of secular rulers; our conscience is involved (Rom. 13:5)

WTPA000088

Many secular laws for our good, such as those regulating traffic, sanitation, business practices, property, fire prevention. Punishing of law violators protects Christians too

When unscrupulous men try to hurt Jehovah's people, we can even appeal to government for protection. For instance, married Christian woman can take to court husband that deserts her

*Honor:* It is proper to show honor and respect to worldly rulers, even using their secular titles. (Rom. 13:7) It shows respect for office, not just person

Paul addressed King Herod Agrippa II with deep respect, counting himself happy to be before Agrippa in making his defense, acknowledging that Agrippa was expert on Jewish affairs

On same occasion, Governor Festus was present, and Paul addressed him as "Your Excellency," a mark of respect (Acts 26:1-3, 25)

Explains why we would call a judge "your Honor" and stand when he enters courtroom. It is part of respecting the secular authorities and their appointed officials for what they represent, namely, authority allowed by God and fulfilling certain beneficial purposes

Religious leaders do not deserve to be called by flattering titles they have taken; God is not using them as his "public servants," and his Son spoke against such use of flattering religious titles (Rom. 13:6; Matt. 23:8-10)

*Taxes:* Christians to pay all taxes that secular governments require, whether they consider them unfair or not (Rom. 13:7)

Jesus, in giving principle of paying back Caesar's things to Caesar, used it in reference to a question over paying taxes. He showed it was right to pay taxes

It would be violation of God's law if we tried to use illegal means to avoid taxes

Government performs services from which we benefit, so has a right to collect taxes. Since we do pay taxes, we can take advantage of various benefits governments give, such as social security payments, free or reduced-cost health programs, financial assistance to aged, etc.

Secular rulers may use large part of tax money for wrong purposes, but that is their responsibility and they will have to answer to God for it

*Social Distinctions:* In some parts of world, governments set up barriers in regard to social or racial groups

Jehovah's servants do not believe in such distinctions, but are not authorized to agitate against this, as that would violate our subjection

In first century, Christians did not fight governments on issue of slavery; rather, slaves were encouraged to do good work so that name of God and teaching of Christ might not suffer (1 Tim. 6:1, 2; Titus 2:9, 10; 1 Pet. 2:18)

However, God's Word says that where slaves had legal right to do so, they could seize opportunity to become free (1 Cor. 7:21)

There is no point in Christians' trying to reform social systems, which are part of Satan's world; God is going to annihilate all these bad arrangements, and his kingdom will provide true justice for all

*Registrations:* Government may require various registrations, such as national service or automobile registrations, for business or social reasons

Caesar Augustus required all to register at their own cities. Although inconvenient to do all that traveling, Joseph and Mary complied (Luke 2:1-5)

If laws require registration of all who are eligible to vote, we register; this is not the same as being required to register in a political party. If they demand we vote, some do, but they vote for Christ as King; however, many prefer to avoid any appearance whatsoever of being part of this world (John 17:16)

Governments usually require that marriages be legalized; we register and get license to marry

In some areas, local authorities request that we notify them when preaching from house to house, so we comply

Most nations require certain documents for leaving or entering country, so, aside from times of grave religious persecution, or fleeing as refugees from war zones, Christians do not try to avoid this legal responsibility by leaving or entering country in any way except that which rulers have authorized, otherwise they would not be "irreprehensible" (2 Cor. 4:2; 1 Tim. 3:2)

## PAYING BACK GOD'S THINGS TO GOD

Our subjection to earthly governments is limited by recognition that Jehovah's laws are superior

We cannot give worldly rulers what belongs to God: our lives, our worship, our loyalty to his kingdom

Whenever there is a conflict between man's law and God's law, we must "obey God as ruler rather than men" (Acts 5:29)

This is the only way to continue having Jehovah's spirit (Acts 5:32)

Some governments forbid Jehovah's witnesses to preach. But that is same as telling us to stop worshiping Jehovah, so we cannot obey

When apostles were ordered to stop preaching, they refused (Acts 4:18-20; 5:28-32)

However, if government merely says we cannot go from door to door, we can discreetly alter our methods, calling at only one home in an area at a time; also we can invite people to our studies and meetings

Better to do preaching in another way and keep out of prison, than to persist in one aspect and be confined, severely limiting our entire Christian activity

WTPA000089

BENEFITS FROM OBEYING GOD FIRST AND THEN CAESAR

Even in this system, by obeying God's laws first, his people have solved problems nations cannot, showing superiority of God's laws. His servants have solved problem of war, are not divided by nationalism or racism, have no rising crime and venereal disease rates among them, face future with confidence

Obeying Caesar's laws to extent possible provides good training in abiding by laws governing daily living. In new order, all civil matters will come under jurisdiction of Kingdom and its earthly representatives. So obeying such laws now will make it easier for us to be obedient as regards whatever arrangements are made for governing such matters in new order

MAIN POINT: Jehovah's servants are to make every effort to be peaceful and abide by the laws of the land where they live, even if they do not like some of the laws. But anytime a government asks us to do what God has forbidden, then we refuse, 'obeying God as ruler rather than man'

SOURCES: *ms* 59-62; *li* 280-288; *tr* 157-162; *pm* 350, 351

TEACHING SUGGESTION: Lecture

No. 36 – Second Tuesday, 3:00

# The Issue of Sovereignty—How It Affects Us

BY REASON OF HIS CREATORSHIP JEHOVAH IS SUPREME SOVEREIGN

All creation owes its existence to Jehovah (Gen. 1:1, 27, 28; Eph. 3:9)

Upon the operation of his laws we are dependent for the sustaining of our lives (Acts 17:28; Matt. 5:45)

Jehovah's authority as Creator is illustrated by a potter working with clay (Jer. 18:1-6; Rom. 9:19-21)

All creation was brought into existence by God for his purpose; fulfilling that purpose requires recognition of Jehovah's sovereignty, or right to rule (Rev. 4:11)

GOD'S SOVEREIGNTY CHALLENGED IN EDEN

He exercised sovereignty toward Adam and Eve in a loving way
  Only few simple, positive commands were issued, permitting them to use their physical and mental powers and personal initiative in wholesome way (Gen. 1:26-30)
  God's one prohibitory command was reasonable and showed respect for man's dignity, attributing no bad inclinations to him (Gen. 2:17)

Adam and Eve had no reason to rebel, as they had received only good things from Jehovah

The tree of knowledge of good and bad symbolized the right to set standards of good and bad, which right God reserved for himself

Using the serpent, Satan encouraged Eve to rebel against God's sovereignty by eating of forbidden fruit and thus determining for herself what was good and what was bad (Gen. 3:1-5)
  What Satan did in contradicting God's command raised questions about God's sovereignty: Was God truthful so that his word could be depended upon? Did man's life and happiness really depend on obedience to God? Did God rule in a worthy way, righteously and in best interests of subjects? Did God have the right to rule?
  The *fact* of God's sovereignty was never at issue
  The point at issue was the rightfulness, righteousness and deservedness of God's sovereignty
Since Satan and first human pair rebelled, another question was raised: Would all other intelligent creatures become disloyal if that seemed advantageous to them?
Satan's claim was that they would do so (Job 2:4, 5)
This being a *moral* issue and not one of sheer might, time was needed for its settlement
Had Jehovah destroyed the rebels immediately, the question would have remained as to whether Satan would have been able to prove his charge
Jehovah did not doubt that the issue would be settled in his favor
  He knew himself and knew his rule was good and in best interest of subjects
  He had made intelligent creatures in his image, giving them the capacity to develop fine qualities, especially love; he knew that his organization would never withdraw *en masse* (1 Cor. 13:8; Col. 3:14)

JEHOVAH'S ALLOWING ISSUE TO BE TRIED BENEFITS HIS CREATURES

Satan's claim, as voiced in connection with Job, charged God's servants with selfishness; he maintained that Jehovah could not put a man on earth who would prove loyal when his person or his possessions were endangered

By allowing the issue to be tried, Jehovah was giving creatures the opportunity to disprove Satan's slander concerning God's name, also to clear their own name and that of other loyal servants