During this deposition, Defendants requested that the transcript be treated as "Confidential" pursuant to the Protective Order Entered by the Court on January 26, 2022.  See ECF Docs. 110-1 and 111.

Therefore, the transcript excerpts designated as Exhibit N to Plaintiffs' Statement of Statement of Disputed Facts re: WTNY's and WTPA's Motion for Summary Judgment (ECF No. 346) will be filed immediately following the entry of this document into the record.  This filing is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.

# *Exhibit N*