*Exhibit O*

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MONTANA
                   BILLINGS DIVISION
_____

 TRACY CAEKAERT, and           Case No.
 CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

      Plaintiffs,

   vs.

 WATCHTOWER BIBLE AND
 TRACT SOCIETY OF
 NEW YORK, INC., and
 WATCH TOWER BIBLE AND
 TRACT SOCIETY OF
 PENNSYLVANIA,
                               DEPOSITION UPON ORAL
      Defendants,              EXAMINATION OF YOLANDA
                               FRASER
 WATCHTOWER BIBLE AND
 TRACT SOCIETY OF
 NEW YORK, INC.,

      Cross Claimant,

 BRUCE MAPLEY, SR.,

      Cross Defendant.


 ARIANE ROWLAND, and
 JAMIE SCHULZE,                Cause No.
                               CV 20-59-BLG-SPW
      Plaintiff,

   vs.

 WATCHTOWER BIBLE AND
 TRACT SOCIETY OF
 NEW YORK, INC., and
 WATCH TOWER BIBLE AND
 TRACT SOCIETY OF
 PENNSYLVANIA,

      Defendants.
_____
```

Yolanda Fraser

```
 1   wasn't awake.  And me trying to comfort her, you
 2   know.
 3           And when she was finally able to let me
 4   know, she said that her brother -- that he would
 5   rape her, her brothers, her two younger brothers,
 6   not my youngest, but the two in the middle.
 7       Q.  That who would?
 8       A.  That Manuel would rape them.
 9       Q.  And that's when you asked for this meeting
10   with the Elders?
11       A.  From what I recall, it is.  Because I
12   recall telling them that he was, you know, he
13   was -- I just hate to think about it, but, yeah,
14   putting a pillow on her face and, yeah, raping her.
15       Q.  And what did Martin Svenson and Gary Baker
16   tell you in response to what you told them?
17       A.  The thing I remember is that they -- you
18   know, they were saying we had to be careful.  They
19   didn't want it all out there.  They wanted to know
20   if anybody had seen it, if there was another person
21   that knew that could verify it, you know, a witness
22   to it.  And I just remember that scripture they
23   read, like, two or more -- I can't even remember
24   the name of the scripture, but two or more to bear
25   witness or something.  You know, and they're -- my
```

20

Yolanda Fraser

```
 1   daughter was devastated because she said it just --
 2   it -- you know, didn't believe her.
 3        Q.   And I think that you said earlier that
 4   they told you not to tell anyone else.  The Elders
 5   told you that?
 6        A.   Yes.
 7        Q.   And did they specifically tell you not to
 8   report it outside of the church?
 9        A.   I asked about reporting it.  I come from a
10   community where there's -- the social services and
11   stuff are pretty active there, and, I don't know, I
12   just thought it should be reported.
13             But they did say that they were going to
14   look into it more and, you know, let us -- there
15   was nothing -- we didn't get anything except to --
16   I wanted counseling for my children, you know.  But
17   we didn't get anything.
18        Q.   And did you report this to the police at
19   any point?
20        A.   No.
21        Q.   And how come?
22        A.   Because at the time the first and foremost
23   thing that I was taught in the congregation was
24   that we never would defame Jehovah's name in any
25   way.  And so I just remember it was really a
```
21

1  struggle, because I felt that my hundred percent
2  loyalty was there, what it belonged to.
3      Q.   To --
4      A.   To Jehovah.
5      Q.   And so I think you understand this, but
6  just let me ask the question.  Why is it that you
7  understood that reporting it, reporting the sex
8  abuse of your kids to the authorities, why did you
9  believe that that would be tarnishing Jehovah's
10 name or bringing something bad --
11     A.   One thing that they brought out was it
12 would be in all the papers and -- newspapers and
13 the news, and what would that do to his name, you
14 know.
15     Q.   This is what the Elders said to you?
16     A.   Yes.
17     Q.   Did you feel like they were trying to
18 encourage you to report it or discourage you or
19 that they were neutral?
20     A.   No, they didn't want me to report.  They
21 didn't want us to report it.
22     Q.   And at the time, what was your thought
23 about why they were asking you not to report it?
24     A.   At the time it was so that the community
25 wouldn't know; that there wouldn't be nothing, you

```
 1   know, blasted out in the newspapers and any
 2   defamation.
 3        Q.   How about now?  Do you have --
 4        A.   Now I would report it.
 5        Q.   And do you have a different perspective on
 6   why they weren't reporting it or didn't want you to
 7   report it now?
 8        A.   I have a different perspective now, but --
 9        Q.   And what is that perspective now?
10        A.   Well, I've had -- I've had some of the
11   Elders that are there now come out to my home in
12   the last, like, ten years, about three times, and
13   try to get me to go back.  And I just called them
14   out as hypocrites because there still hasn't been
15   anything done.  And all they want to do is sit
16   there and tell me I have to think of my
17   ever-lasting life, you know.
18             So I still feel like it's coercion.  I
19   have to -- if I'm ever going to meet my son that
20   passed away or my husband, I'll never meet them if
21   I don't go back.  That's bullshit.
22             I told them, I said I have a personal
23   relationship with Jehovah and he's never abandoned
24   me ever.  It's just that I had to separate from the
25   dysfunctionality there.
```
23

**Yolanda Fraser**

```
 1            But did any Elder tell you not to report
 2   the abuse to the police?
 3       A.   I would say yes.
 4       Q.   Okay.  Which Elder told you that?
 5       A.   Martin Svenson.
 6       Q.   At any subsequent meeting with the Elders,
 7   did any Elder ever tell you explicitly, you cannot
 8   report this to the police?
 9       A.   You cannot report this to the police?
10       Q.   Or don't report this to the police.
11       A.   In any subsequent meeting?
12       Q.   Yes.
13       A.   My recollection is that I was told that at
14   the first meeting.  I wasn't --
15       Q.   You're -- oh, sorry.  Go ahead.
16       A.   I wasn't told it at every other meeting
17   that we had, like the follow-up meetings.
18       Q.   And your understanding of this first
19   meeting is that it occurred in the mid 1980's.  Is
20   that right?
21       A.   Regarding Manuel.
22       Q.   When you talked to the Elders about Manuel
23   or Manuel, he had abused your daughter and your two
24   sons.  Did you discuss the abuse of all three of
25   those individuals with the Elders at that time?
                                                      71
```