*Exhibit S*

# "Pay Attention to Yourselves and to All the Flock."—Acts 20:28.

Kingdom Ministry School
Textbook (*ks*81)

CAEKAERT/MAPLEY 000756

Published by
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.
Brooklyn, New York, U.S.A.

SEPTEMBER 1981

Made in the United States of America

CAEKAERT/MAPLEY 000757

Judicial committee not automatically formed even when one is accused of serious sin.

- What should be done if there is only one witness to a serious sin?
  - Witness should confront the accused to encourage him to confess.
    - If there is no response, one or two elders can discuss the matter with the individual. If he denies it, leave matter in Jehovah's hands. (1 Tim. 5:19, 24, 25)
    - If there is another witness to the same type of sin on the part of the accused person, this would be basis to convoke a judicial committee.
- Why is it important to let the accused FACE his accusers?
  - Reasonable for accused to know source of charge.
  - Accusers should be willing to assume their responsibility, as was the case in Israel. (Deut. 17:6, 7; 19:16-21)
  - Why would witnesses not need to be present for the entire hearing?
    - No need for them to hear details and testimony that does not affect them. However, witnesses to the wrongdoing should be present later if it becomes necessary to reprove the accused "before all onlookers." (1 Tim. 5:20)

Elders should be quick to listen, but slow to commit themselves.

CAEKAERT/MAPLEY 000790