*Exhibit T*

Norman R. Kufner
9605 Candle Lane NE
Albuquerque, NM 87111

December 28, 2010

Hardin Congregation of
Jehovah's Witnesses
c/o Tom Meyers, Secretary
833 2nd St S.
Hardin, MT 59034

Dear Body of Elders:

Greetings to those of you who remember me and also to those newer ones who don't. Brother Gary Hulsey called me last week and asked me to send my recollections by letter of a shepherding call made with Tom Meyers and myself on some young inactive sisters when I was on the body of elders there between 1995 and 1998.

That was some time ago and since the sisters were inactive and known only by Tom, I don't remember their first names, only that they were Jim Rowland's daughters. I do not remember details nor do I have any written notes kept after I left the congregation. I do remember clearly, however, that they made vivid accusations of sexual abuse by Martin Svenson against them. As I recall, these abuses occurred in Martin's house. It is my distinct impression that these "experiences" had been repressed until shortly before the meeting with Tom and me. Their talking to each other then clarified the "memories." If I had not been convinced that that the memories had been repressed and then recently brought to mind I would have insisted that a committee be formed. I had no allegiance to Martin whereby I would have sought to "protect" him from the reproach of others. I know now and I knew then that one cannot proceed judicially on the basis of "memories" that have been repressed and then "remembered." When told of the accusations, Martin denied that they were true. There was then nothing more that we could do. The young ladies did not live in the territory and nothing more was done on their behalf.

There was serious discord on our body of elders. Martin Svenson and Richard Anderson regarded the rest of the body as their enemies and even going to listen to those girls was regarded by Richard and Martin as a personal effort to cause trouble for Martin. For those two, all decisions not in agreement with their views were regarded as personal affronts. They didn't seem to regard differences of opinion as two different ways to see a matter, but as a show of disloyalty to them. Perhaps that had a negative affect on what we might have done to help those girls further.

I understand that what makes our shepherding call again relevant is that Martin Svenson gave a public talk at a Billings congregation and some of those familiar with the accusations made by these sisters and others familiar with his seemingly

Exhibit 7

CAEKAERT/MAPLEY 004296

unloving discipline while an elder were feeling that the organization condoned such behavior. (1 Tim. 3:7) While nothing judicial was ever done with Martin, he certainly is not irreprehensible from the view point of people in the Hardin and Billings area. He is a man apparently still feared and therefore hated because of his being righteous over much and self righteous, while seemingly not holding himself and his family to the same standard to which he held others. It cannot be undeniably stated that he has not set himself up for the outcry against him. Whether justified, or not, his reputation is marred. There are other brothers who can give public talks without the same backlash and the sheep deserve to hear a brother they can listen to without being distracted by the reputation of the one who is speaking.

Admitted my views on Martin Svenson are thirteen years old, as I have not associated with him since my family and I fled the congregation and moved to Albuquerque. For what it is worth I was an elder for about fourteen years before I went to Hardin and have been for almost 13 years since leaving Hardin (after several months of living down a letter, to my new congregation from Martin Svensen and Richard Anderson failing to recommend me as an elder). In those 27 or so years as an elder they were the only two elders with whom I could not come to a cordial working relationship. Starting with the first elders' meeting with them, it was from then on confrontational. Last week's Watchtower study. (10/15/10wt p. 19) said that 'in having tender affection and showing honor to one another elders should take the lead.' (Rom 12:10) For many, Martin Svensen was not seen that way. Apparently he has not lived down that reputation.

I hope my memories will be of help to you brothers if you need it. I have probably said more than I need to, but you brothers can pick out from this what is useful. I hope I can find my way to visit you brothers soon. May Jehovah bless you brothers as you continue to be self sacrificing in serving his sheep.

Your brother,

Norman R. Kufner

CAEKAERT/MAPLEY 004297