*Exhibit X*

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MONTANA
                   BILLINGS DIVISION
_____

  TRACY CAEKAERT, and           Case No.
  CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

       Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

       Defendants,

  ARIANE ROWLAND, and           DEPOSITION UPON ORAL
  JAMIE SCHULZE,                EXAMINATION OF CARLA
                                (HAIN) KLESSENS
       Plaintiff,

     vs.

  WATCHTOWER BIBLE AND          Case No.
  TRACT SOCIETY OF              CV-20-59-BLG-SPW
  NEW YORK, INC., et al,

       Defendants.
_____

        BE IT REMEMBERED, that the deposition upon
oral examination of CARLA (HAIN) KLESSENS,
appearing at the instance of the Plaintiffs, was
taken at the offices of Fisher Court Reporting,
2711 1st Avenue North, Billings, Montana, on
Thursday, January 11, 2024, beginning at the hour
of 9:05 a.m., pursuant to the Federal Rules of
Civil Procedure, before Barbara J. McLean,
Registered Merit Reporter, Certified Realtime
Reporter, and Notary Public.

              * * * * * * *
```

Carla (Hain) Klessens

1  Q. And what about, do you know Jamie and
2  Ariane Rowland?
3  A. I do. We spent time with them too. Their
4  brother had cancer. He died when he was 16, Jeremy
5  did. It was -- they were all like family, you
6  know.
7       My mom taught us kids how to dance, and we
8  would move furniture in the house, and she just
9  tried to always have things for us kids to do, keep
10 us busy. So, I don't know, they were like family.
11 At least that's the way I saw them.
12 Q. Did you ever hear any accusations of abuse
13 involving Jamie or Ariane?
14 A. I didn't.
15 Q. Did you ever learn of any sexual abuse
16 involving Gunnar Hain of children?
17 A. Yes.
18 Q. And how did you come to learn of that?
19 A. Because I was one of them.
20 Q. Do you know when Gunnar Hain started
21 abusing you?
22 A. Somewhere between the time he and my mom
23 got married and when I was four, I told my mom. I
24 was sitting on her lap, learning to tie a bow, and
25 told her that -- what he was doing. They called

11

Carla (Hain) Klessens

```
 1  the Elders.  Went from there.
 2       Q.   Okay.  I'm going to kind of just unpack
 3  that in little pieces if that's okay.
 4       A.   Go ahead.
 5       Q.   Okay.  So you remember telling your mom
 6  that Gunnar Hain was sexually abusing you when you
 7  were about four years old?
 8       A.   Yeah.
 9       Q.   That would make that 19 --
10       A.   '76.
11       Q.   -- '76.
12       A.   Yeah.
13       Q.   And you said you were learning to tie a
14  bow.  Can you tell me why that sticks out to you?
15       A.   Because I was sitting on her lap, and we
16  were talking, and I told her.  Because Gunnar got
17  upset when I told her, because of course she was
18  upset, and it was one of those -- there was a good
19  fight because of it, and he went and stayed with
20  Martin and Millie Svensen.  Mom talked to the
21  Elders.  Gunnar was an Elder at that point the best
22  that I can remember.
23            They made him be a ministerial servant,
24  and he stayed gone for a couple weeks, I think.
25  They told my mom she couldn't divorce him.
```

12

```
 1              He swore he wouldn't touch us kids again,
 2    because I didn't know he was touching my sister.
 3    He said he wasn't going to touch us no more.  And
 4    in order to get me to be quiet, he started killing
 5    my animals.
 6         Q.   Okay.  There's a lot in there, and so I'm
 7    going to just keep asking questions if that's okay
 8    and kind of try and unpack all of that.
 9              So I heard you say that Gunnar left the
10    house after you let your mom know that he was
11    sexually abusing you?
12         A.   Yeah, she wanted him out of the house away
13    from us girls.
14         Q.   Who all was still living in the house at
15    that point?
16         A.   All three of us girls were living there
17    with mom.  No, it would have been just me and
18    Rhonda.  Jolene wasn't born yet.
19         Q.   Okay.  And my understanding from what
20    you've just said is that you told your mom, and
21    your mom either called the Elders or went to the
22    Elders?
23         A.   Yeah, she called them.  They came over to
24    the house.
25         Q.   Okay.
```

13

Carla (Hain) Klessens

```
 1      A.   I remember them coming there, because like
 2  I said, Gunnar was not happy.  He was very upset
 3  with me.
 4      Q.   Do you remember what Elders came to the
 5  house?
 6      A.   Martin, Harold Rimby -- I don't remember
 7  who else was there at that time.
 8      Q.   Okay.  And Martin --
 9      A.   Martin and Harold were the ones that my
10  mom usually called when there were issues or when
11  there was things going on.  That was just who she
12  went to.
13      Q.   Okay.  And is that Martin Svensen?
14      A.   Yeah.
15      Q.   Okay.  And I also heard you say that
16  they -- it sounds like -- did your mom want a
17  divorce?
18      A.   Yeah, she wanted him gone.  They told her
19  that she couldn't divorce him.  Gunnar was blind,
20  so it was kind of like they played -- you know,
21  he -- they played on her as far as I'm concerned.
22  But, yeah, he went and stayed with the Svensens for
23  a while.  Mom didn't talk to him for a couple days.
24  We still went to meetings and everything, but --
25      Q.   And when you say they told your mom that
```
14

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

```
 1  she could not get a divorce from Gunnar, do you
 2  mean the Elders that came to your house?
 3      A.   Yeah.
 4      Q.   Do you have an understanding as to why
 5  they wouldn't allow your mother to get a divorce?
 6      A.   Part of me thinks that they didn't believe
 7  anything was going on.  Part of me thinks that they
 8  just wanted to make light of it, like it wasn't a
 9  big deal, like -- like it should have been
10  something that everybody could get over and brush
11  it away and it would go away.
12      Q.   Do you know if there was any sort of
13  investigation done?  Was there a judicial
14  committee?
15      A.   I know they met with Gunnar a couple
16  times.  He had just became an Elder.  They had just
17  made him an Elder.  They made the announcement at
18  meeting that he was going to be a ministerial
19  servant again.
20           I know there was a lot -- he would go over
21  and meet with the Elders whether it was at the
22  Kingdom Hall or they would go to Martin's.  We
23  weren't there for it, but I know he had a couple
24  meetings that he had to go to, because even when he
25  came home, he still had to go, like, do a Bible
```

```
 1  study with them.
 2       Q.   So it sounds like Gunnar held some sort of
 3  position, and after you reported to your mother,
 4  who then reported it to the Elders, he was removed
 5  from that position?
 6       A.   Correct.
 7       Q.   And they made some sort of announcement
 8  within the congregation?
 9       A.   Yeah.
10       Q.   Do you remember if they specified why he
11  was being removed?
12       A.   I don't.
13       Q.   How long did Gunnar stay out of the house
14  after you told your mother that he was sexually
15  abusing you?
16       A.   Maybe two or three weeks.  Probably more
17  so, because it was an inconvenience for everybody
18  else to have to take care of him or help him would
19  be my opinion.
20       Q.   I also heard you say that Gunnar killed
21  some of your animals?
22       A.   Oh, yeah.
23       Q.   Can you tell me about that?
24       A.   My kitten, he killed and put it in my
25  playhouse.  Told me that I didn't need to be
```

Carla (Hain) Klessens

```
 1  that, I don't -- I don't know.  I tried to shut
 2  everything off, so --
 3      Q.   Do you know if he ever admitted to
 4  sexually abusing you to any other adults in the
 5  Hardin area?
 6      A.   I have no clue.  No clue at all.
 7      Q.   Do you know if when you were four, so in
 8  1976, when you first reported Gunnar Hain for
 9  sexually abusing you, did any of the Elders in the
10  Hardin Congregation call the police?
11      A.   Not to my knowledge, they didn't.
12      Q.   Do you have an understanding why?
13      A.   It was -- I don't know.  It was -- like I
14  said, it was like they slapped them on the hands.
15  And the more I think about it, the more it was kind
16  of like, don't do it again, kind of like slapping a
17  kid and telling them to keep their hands out of the
18  cookie jar.
19           Why they did it that way -- like I said,
20  they made light of everything like it was an
21  everyday occurrence and, you know, just don't talk
22  about it, and it didn't happen then.
23      Q.   And later on, in 1990, when you were
24  disfellowshipped, or around that time that you were
25  disfellowshipped, and around the time your mother
```
33

1  passed away, when Gunnar Hain came down into your
2  room and was touching you inappropriately or trying
3  to feel your baby, did you ever report that to the
4  Elders of the Hardin Congregation?
5      A.   No.  Once they had said they were going to
6  disfellowship me, I had no need to talk to them.  I
7  had no need to let them know anything else that was
8  going on.
9      Q.   So at any point in time do you know if the
10 Elders of the Hardin Congregation ever called the
11 police to report Gunnar Hain for child sexual
12 assault?
13     A.   I do not believe so, but I don't know for
14 sure.
15     Q.   Do you know if the Elders of the Hardin
16 Congregation reported it to anyone?
17     A.   I know they were waiting for word back
18 from New York for discipline.  When I was four, I
19 remember them not knowing how they were going to
20 take -- or handle it.  I know that he had to wait
21 for a week or whatever for -- that was one of the
22 things that he was upset about, you know.  Because
23 it hadn't been very long that they had made him an
24 Elder, and then had to take that away, so -- but I
25 know -- I know that they did get ahold of New York.

34

Carla (Hain) Klessens

| | | |
|---|---|---|
| 1 | Q. | And how do you know that? |
| 2 | A. | Because I remember mom talking about it, |

about them waiting to see how they were going to
handle it.  I remember Gunnar sitting down and
telling us that this is -- you know, we had to
wait.  Because for him to be an Elder, he was -- it
was something that he made a big deal of in the
house, you know, all proud of it and everything.
So when they took it, it was something that he made
a point to let us girls know that, you know, he
wasn't happy, he wasn't -- he worked for a long
time to become an Elder, and that just didn't --
that little bit of talking out of my mouth, that he
lost that.  So the guilt that he tried to put, it's
just something that sticks out.

   Q.   Do you remember any circuit overseers
visiting the Hardin Congregation?

        Hold on.  Let me back up.

   A.   Some of them --

   Q.   Do you know what a circuit overseer is?

   A.   Yeah.

   Q.   And what's a circuit overseer?

   A.   They come in and do special talks,
special -- whatever, more sometimes to -- depending
on what's going on in the congregation, to address

35

Carla (Hain) Klessens

```
 1  Rhonda occurred?
 2       A.   It would have been right around the time I
 3  was four.  She was 11.  She would have been nine --
 4  she would have been 11 the last time me and her
 5  were talking.  And I think he stopped when she got
 6  her period.
 7       Q.   Okay.  What's the age difference between
 8  you and Tracy?
 9       A.   Me and Rhonda are five years, so six or
10  seven years.
11       Q.   So you're six or seven years older?
12       A.   Younger.
13       Q.   Or younger rather.  Okay.
14            Same question with Cami.
15       A.   Cami would have been five -- five years
16  older.
17       Q.   Okay.  And what about Jamie Schulze?
18       A.   Me and Jamie were about the same age.
19       Q.   And Ariane Rowland?
20       A.   Ariane, probably five or six years
21  younger.
22       Q.   When you were four and you told your mom
23  of what Gunnar did, she confronted Gunnar that
24  afternoon was your understanding?
25       A.   Yeah.
```

56

Carla (Hain) Klessens

```
1       Q.   Is that yes?
2       A.   Yes.
3       Q.   And then I think you testified that he
4  then moved out of the house for several weeks?
5       A.   Yeah, he went and stayed with Martin and
6  Millie Svensen.
7       Q.   I think you also testified that your
8  mother told the Elders what you had told her.  Is
9  that right?
10      A.   Correct.
11      Q.   And remind me, who were the Elders that
12 she told?
13      A.   Martin Svensen, Harold Rimby.  I want to
14 say Larry Archer, but I don't know if Larry was an
15 Elder then.  Yeah, I don't know who the others
16 would have been.  But I know Martin.  I can see a
17 face, but I can't think of a name.
18      Q.   Were they Elders at the Hardin
19 Congregation?
20      A.   They were Elders at the Hardin
21 Congregation.
22      Q.   When did your mother tell the Elders in
23 relation to when you told her?
24      A.   That day.
25      Q.   And how did she tell them?
```

57

Charles Fisher Court Reporting
442 East Mendenhall, Bozeman MT  59715, (406) 587-9016

Carla (Hain) Klessens

```
 1        A.   She called them and told them she needed
 2   to talk to them.
 3        Q.   And when she called and said she needed to
 4   talk to them, did she actually talk to somebody?
 5        A.   I think they came to the house.
 6        Q.   Were you present when she made that phone
 7   call?
 8        A.   Yeah.
 9        Q.   And do you know who she spoke to?
10        A.   I don't.
11        Q.   And when she made that phone call, do you
12   recall what she told them?
13        A.   I think she just told them that she needed
14   to talk to them, and she didn't talk to them over
15   the phone -- Gunnar may have even made the call and
16   told them -- they came to the house.  I know they
17   had talked at the house, and then Gunnar went --
18   and mom went with him to the Kingdom Hall.
19        Q.   And so as we sit here, it sounds like
20   you're not sure who made the initial phone call to
21   the Elders --
22        A.   I don't -- I'm -- I would like to think my
23   mom did, but Gunnar may have, because that was just
24   his way of trying to handle it.
25        Q.   Okay.  And were you present, though, when
```

58

Carla (Hain) Klessens

```
 1  house.  Like I said, I know they sat at the house
 2  one day and talked, and I know that my mom and
 3  Gunnar left, and they were -- mom said they were
 4  going to the Kingdom Hall; they had to meet with
 5  some of the Elders.
 6       Q.   And so you remember the Elders coming to
 7  the house at some point?
 8       A.   Yeah.
 9       Q.   And when was that in relation to when you
10  told your mother --
11       A.   It would have been the same day.
12       Q.   And you have a specific recollection of
13  the Elders coming to your house.
14       A.   Yeah, I remember them coming in and
15  sitting down.
16       Q.   And do you recall who all came in and sat
17  down?
18       A.   I know Martin and Harold were there.
19       Q.   Martin Svensen and Harold --
20       A.   And Harold Rimby.
21       Q.   You were four at the time?
22       A.   Yeah.
23       Q.   How did you know they were Elders?
24       A.   Because -- well, I don't know they were
25  Elders.  I just -- yeah, I know they were Elders.
```

60

Carla (Hain) Klessens

```
 1   That's -- I mean, they were the ones that Gunnar
 2   went to.  They were the ones my mom went to when
 3   they needed to talk to somebody.
 4          My mom had just started going to the
 5   Kingdom Hall, so anything that she had questions
 6   about -- I know Imhoffs up here is who she was
 7   studying with.  I know she would call Darrell and
 8   Diane or whatever, but Martin and Harold and --
 9   Harold and June were ones that -- like I said, they
10   were family.  That's who she called when there was
11   issues.
12       Q.   When you told your mom when you were
13   sitting on her lap, the phone call to the Hardin
14   Congregation, and the Elders coming to the house,
15   did that all happen the same day?
16       A.   I know the Elders came to the house that
17   day that I told her.  Like I said, Gunnar wasn't in
18   the house that night.  She wanted him out of the
19   house.
20       Q.   And I understand Gunnar left the house
21   that night, but what I'm trying to figure out is if
22   you specifically recall the Elders coming to the
23   house that day.
24       A.   Well, they came to the house so mom could
25   talk to them.  I mean, Gunnar needed trying to --
```
61

Charles Fisher Court Reporting
442 East Mendenhall, Bozeman MT  59715, (406) 587-9016

Carla (Hain) Klessens

```
 1  he didn't want to go.  I think mom called them.
 2  That's just -- she was trying to do things the
 3  right way.
 4       Q.   Okay.  And how long were Harold and Martin
 5  at your house that day?
 6       A.   I couldn't tell you.
 7       Q.   When they came to the house, did they talk
 8  with both your mother and Gunnar?
 9       A.   They did.
10       Q.   Did they talk to you?
11       A.   I don't remember that.
12       Q.   You don't remember if they discussed this
13  with you?
14       A.   I don't.
15       Q.   Were you present during the entire
16  conversation?
17       A.   Probably not.  They probably sent us
18  outside to play.  I couldn't tell you.  All I know
19  is it was a big deal when I told my mom, so...
20       Q.   Okay.  And when you said they sent you
21  outside to play, who's "they"?
22       A.   My mom, Gunnar.
23       Q.   I'm sorry, who got sent out to play?
24       A.   Me and Rhonda.
25       Q.   Were you present for any part of the
```

62

Charles Fisher Court Reporting
442 East Mendenhall, Bozeman MT  59715, (406) 587-9016

Carla (Hain) Klessens

```
 1  conversation between --
 2      A.   I couldn't tell you.
 3      Q.   Okay.  Do you know how long Harold and
 4  Martin were at the house?
 5      A.   No.  At four, I probably have no sense
 6  of --
 7      Q.   I have a four-year-old.  They have no
 8  sense of time.  I understand.
 9      A.   I know.  They sent us to bed, and it was
10  still light outside, and we were wondering why we
11  had to be inside and going to bed, so...
12      Q.   And that night, Gunnar left the house and
13  went and stayed where?
14      A.   With Martin and Millie.
15      Q.   And how long did he stay there?
16      A.   I want to say he was there for two or
17  three weeks.
18      Q.   Tell me what happened in those intervening
19  weeks.
20      A.   I don't know.  Him and mom talked, and
21  they went to meetings, or they would meet with the
22  Elders.  Whatever they were doing, studying,
23  talking, discussing what's supposed -- I don't
24  know.  I know us girls didn't have to go to it, but
25  I know they met with them several times.
```
63