*Exhibit Y*

Jamie Renee Schulze

```
 1           IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF MONTANA
 3                     BILLINGS DIVISION
 4   ARIANE ROWLAND and JAMIE
 5   SCHULZE,
 6            Plaintiffs,     Case No. CV-20-00059-SPW-TJC
 7       vs.
 8   WATCHTOWER BIBLE AND TRACT
 9   SOCIETY OF NEW YORK, INC.,
10   and WATCH TOWER BIBLE AND
11   TRACT SOCIETY OF
12   PENNSYLVANIA,
13            Defendants.
14   _____
15
16   _____
17         VIDEOCONFERENCE/VIDEOTAPED DEPOSITION
18                 UPON ORAL EXAMINATION OF
19                   JAMIE RENEE SCHULZE
20   _____
21       BE IT REMEMBERED, that the
22   videoconference/videotaped deposition upon oral
23   examination of Jamie Renee Schulze, appearing at
24   the instance of the Defendant Watchtower Bible and
25   Tract Society of New York, Inc., was taken at 211
```
1

```
 1   Joyce Hain, and he was a ministerial servant.
 2       Q.   Okay.
 3       A.   I was aware of that.
 4       Q.   And when did Gunner Hain begin to abuse
 5   you?
 6       A.   I can't recollect exact dates, but it
 7   would have been around ten to about 12-ish.  Nine
 8   -- Nine to 12-ish.
 9       Q.   And what did the abuse -- abuse involve?
10       A.   It was grasping at my private parts,
11   trying to arouse me with his fingers, fondling,
12   having me touch him.
13       Q.   Anything else?
14       A.   No.
15       Q.   Okay.  When he would grasp at your
16   private parts, would this be over the clothes or
17   under the clothes?
18       A.   Under the clothes.
19       Q.   Under.  And when he would try to arouse
20   you, would that be under the clothes as well?
21       A.   Yes.
22       Q.   Okay.  And it also says that you wanted
23   him to touch -- he wanted him -- he wanted you to
24   touch him, rather?  I think that's what you said?
25       A.   Yes.
```

84

**Jamie Renee Schulze**

```
 1      Q.   Okay.  Would he expose himself to you?
 2      A.   Yes.
 3      Q.   Okay.  Was anyone else ever present when
 4   Gunner Hain would abuse you?
 5      A.   Not in the same room.
 6      Q.   Are you --
 7      A.   In the house.
 8      Q.   Okay.  Are you aware of any eyewitnesses
 9   to any abuse you suffered at the hands of
10   Gunner Hain?
11      A.   I'm not aware of that.
12      Q.   Now we can get to the other question.
13   You believe other people were in the house.
14      A.   Yes.
15      Q.   On at least some of the occasions.
16      A.   On some of the occasions, yes.
17      Q.   Who else do you believe was in the house?
18      A.   Joyce Hain was upstairs.
19      Q.   Okay.
20      A.   And his daughter, Carla, and I forget his
21   youngest daughter's name.  They would be around.
22   Ronda is the older one, yeah.  So there are
23   occasions that they were in their rooms.
24      Q.   And why would you be at Gunner Hain's
25   home?
```

85

**Jamie Renee Schulze**

```
 1        Q.    2019.  That was the first time you became
 2   aware.
 3        A.    Mm-hmm.
 4        Q.    Okay.  And your dad never disclosed it to
 5   you sooner than that.
 6        A.    No.
 7        Q.    Okay.  So let's talk about Bruce a little
 8   bit.
 9              When are you -- When is your earliest
10   recollection of Bruce abusing you sexually?
11        A.    I would say five-ish.  About five-ish.
12        Q.    And how long do you think it lasted?
13        A.    Not as long as the others.
14        Q.    Would you say two to three years?
15        A.    No, not even that long.  Probably about a
16   year.
17        Q.    Okay.
18        A.    Year or year and a half.
19        Q.    And what did Bruce's abuse of you
20   involve?
21        A.    Rape.
22        Q.    We talked about that one event that
23   occurred, or potentially ten events, Bruce may
24   have been present more than once -- you don't know
25   -- in the basement.  Are you talking about that --
```

118