# *Exhibit Z*

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MONTANA
                        BILLINGS DIVISION
_____

  ARIANE ROWLAND, and            Cause No.
  JAMIE SCHULZE,                 CV-20-59-BLG-SPW

       Plaintiffs,

       vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., and
  WATCH TOWER BIBLE AND
  TRACT SOCIETY OF
  PENNSYLVANIA,

       Defendants.
_____

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
                      ARIANE ROWLAND
_____
```

BE IT REMEMBERED, that the video-recorded deposition upon oral examination of ARIANE ROWLAND, appearing at the instance of Defendants Watchtower Bible and Tract Society of New York, Inc., was taken at the offices of Fisher Court Reporting, 2711 1st Avenue North, Billings, Montana, on Tuesday, November 8, 2022, beginning at the hour of 9:16 a.m., pursuant to the Federal Rules of Civil Procedure, before Barbara J. Batts, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public.

\* \* \* \* \* \* \*

Ariane Rowland

```
1        A.    I was told he's dead.
2        Q.    When do you -- when do you have -- when do
3   you recall Mr. Haines sexually abusing you?
4        A.    I don't have specific dates.  I'd have to
5   say probably between -- between five and, like,
6   nine.
7        Q.    Okay.
8        A.    Nine or ten.
9        Q.    And Mr. Haines, what -- what type of
10  misconduct, criminal misconduct, did Mr. Haines
11  engage in with you?
12       A.    You mean, like, what did he do to me?
13       Q.    Uh-huh.
14       A.    He used to chase me around the house.  He
15  used to touch me inappropriately.  He would make me
16  touch him.  And then his daughters would be
17  involved sometimes.
18             He liked to make me and Jolene do things,
19  and then sometimes he would have sex with Carla in
20  front of us.
21       Q.    Okay. Let's unpack it.  First you said,
22  "he would chase me around the house."  Whose house
23  would he --
24       A.    His house.
25       Q.    His house.  So you would go to the Haines'
```
55