**Exhibit 2**

During this deposition, Defendants requested the transcript be treated as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order adopted by the Court on January 27, 2022.  *See* ECF Docs. 110-1 and 111.

Therefore, the transcript designated as Exhibit 2 to WTPA's Statement of Disputed Facts in response to Plaintiffs' Motion for Partial Summary Judgment re: Hardin Elders are Agents of a Joint Enterprise between WTNY and WTPA will be filed immediately following the entry of this document into the record.  This filing under seal is preauthorized pursuant to L.R. 5.2(b)(3) and ECF Docs. 110-1 and 111.