*Exhibit A*

```
                                                              Page 1
 1
 2        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MONTANA
 3                 BILLINGS DIVISION
 4   TRACY CAEKAERT and CAMILLIA MAPLEY,
 5                             PLAINTIFFS,
 6          -against-          Case No.:
                               CV-20-52-BLG-SPW
 7
     WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
 8   YORK, INC., and WATCH TOWER BIBLE AND TRACT
     SOCIETY OF PENNSYLVANIA,
 9
                                    DEFENDANTS.
10   ------------------------------------------X
     ARIANE ROWLAND and JAMIE SCHULZE,
11
                                    PLAINTIFFS,
12
                -against-           Case No:
13                                  CV-20-59-BLG-SPW
14   WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
     YORK, INC., and WATCH TOWER BIBLE AND TRACT
15   SOCIETY OF PENNSYLVANIA,
16                                  DEFENDANTS.
     ------------------------------------------X
17
18                       DATE: December 6, 2023
19                       TIME: 9:09 A.M.
20
21
22         VIDEO-RECORDED EXAMINATION
23   BEFORE TRIAL of the Non-Party Witness,
24   ALLEN SHUSTER, taken by the Plaintiffs,
25   pursuant to a Subpoena, held at the offices
```

Page 37

1                A. SHUSTER
2        A.    Not really.
3              MR. MERRILL:  I need tabs 14
4     and 15 to be marked as the next
5     exhibit, please.
6              MR. STEPANS:  In that order?
7              MR. MERRILL:  Let's mark them
8     as a single exhibit.  Combine them.
9              MS. KORGUL:  Do you want this
10    back?
11             MR. MERRILL:  I don't need that
12    back, thank you.
13             (Whereupon, affidavits of Allen
14    Shuster were marked as Plaintiffs'
15    Exhibit 2 for identification as of
16    this date by the Reporter.)
17       Q.    Mr. Shuster, I'm handing you
18  what's been marked as Deposition Exhibit 2.
19  Will you please take a moment?  There's two
20  documents there that are affidavits in
21  the -- what's known in shorthand as the
22  Caekaert case and the Rowland case.
23       A.    Okay.
24       Q.    Do you recognize those
25  documents, Mr. Shuster?

Page 38

```
 1                    A. SHUSTER
 2       A.    I do, yes.
 3       Q.    Those are your affidavits from
 4  the same two cases listed in the subpoena
 5  that we discussed as Exhibit 1 this
 6  morning; correct?
 7       A.    Correct.
 8       Q.    You signed both of those
 9  documents; correct?
10       A.    Correct.
11       Q.    Did you draft those documents?
12       A.    I helped draft, yes.
13       Q.    Who else helped?
14       A.    I don't know specifically.
15       Q.    Paragraph two of each document
16  says that you have personal and direct
17  knowledge of the matters set forth;
18  correct?
19       A.    Correct.
20       Q.    Someone else drafted
21  information for you in these affidavits
22  that's part of your personal knowledge, and
23  you don't know who that person is.  Is that
24  correct?
25             MS. KORGUL:  Objection to the
```

|     | Page 39 |
|---|---|

|    |                                                      |
|----|------------------------------------------------------|
| 1  | A. SHUSTER                                           |
| 2  | form. That's not what he said.                       |
| 3  | A.   I provided information in                       |
| 4  | regard to this affidavit. I don't remember           |
| 5  | who specifically helped in the preparation           |
| 6  | of it.                                               |
| 7  | Q.   Who did you provide the                         |
| 8  | information to?                                      |
| 9  | A.   The legal department.                           |
| 10 | Q.   I don't want to hear any advice                 |
| 11 | that the legal department gives you, but my          |
| 12 | question is, do you communicate with the             |
| 13 | legal department on a regular basis?                 |
| 14 | A.   No.                                             |
| 15 | Q.   How often do you communicate                    |
| 16 | with the legal department?                           |
| 17 | A.   I would say as a -- as an                       |
| 18 | on-need basis, periodically. I think that            |
| 19 | would be the word I would use,                       |
| 20 | periodically.                                        |
| 21 | Q.   Can you help me understand what                 |
| 22 | periodically means in terms of every month,          |
| 23 | every year, every ten years?                         |
| 24 | A.   It depends on the situation at                  |
| 25 | hand. Sometimes we'll -- the service                 |