*Exhibit B*

Page 1

```
 1
 2      IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MONTANA
 3              BILLINGS DIVISION
 4  TRACY CAEKAERT and CAMILLIA MAPLEY,
 5                              PLAINTIFFS,
 6        -against-         Case No.:
                            CV-20-52-BLG-SPW
 7
    WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
 8  YORK, INC., and WATCH TOWER BIBLE AND TRACT
    SOCIETY OF PENNSYLVANIA,
 9
                                DEFENDANTS.
10  ------------------------------------------X
    ARIANE ROWLAND and JAMIE SCHULZE,
11
                                PLAINTIFFS,
12
             -against-         Case No:
13                             CV-20-59-BLG-SPW
14  WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW
    YORK, INC., and WATCH TOWER BIBLE AND TRACT
15  SOCIETY OF PENNSYLVANIA,
16                              DEFENDANTS.
    ------------------------------------------X
17
18                  DATE: December 7, 2023
19                  TIME: 9:08 A.M.
20
21
22
23
24
25
```

Page 2

```
 1
 2            VIDEO-RECORDED EXAMINATION
 3   BEFORE TRIAL of the Non-Party Witness,
 4   MARVIN GENE SMALLEY, taken by the
 5   Plaintiffs, pursuant to a Subpoena, held at
 6   the offices of Veritext Legal Solutions, 50
 7   Main Street, 3rd Floor, White Plains, New
 8   York 10606, before Alison DiTuro, a Notary
 9   Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 94

```
 1                  M. SMALLEY
 2   change over time?
 3        A.    It -- it was steady.
 4        Q.    Always the same amount?
 5        A.    $14.
 6              MS. KORGUL:  Don't spend it all
 7        in one place.
 8        Q.    Well, I take it you've learned
 9   how to be frugal.
10              Tell me, when did you learn Ms.
11   Korgul was going to be your lawyer?
12        A.    I guess two weeks ago.
13        Q.    Okay.  And how did you learn
14   that?
15        A.    I think that a brother in the
16   legal department set up the appointment.
17        Q.    Okay.  And aside from your
18   lawyer -- I don't want to -- I should've
19   mentioned this.  I don't want to know about
20   any discussions you've had with your lawyer
21   about this case.
22              But have you had discussions
23   about this case or your deposition with
24   anybody in the legal department?
25              MS. KORGUL:  Okay.  I will
```

Page 95

1        M. SMALLEY
2        object to that, and I will direct you
3        not to answer based on privilege.
4              MR. SHAFFER:  Can you please
5        repeat my question?
6              (Whereupon, the referred to
7        question was read back by the
8        Reporter.)
9        A.    No.  And as I told you earlier,
10  I do not know what this case is about.
11       Q.    I understand.
12             I don't want to know about the
13  contents of any discussions you've had in
14  any of this line of questioning, but have
15  you had a discussion about this case with
16  Mr. Taylor?
17       A.    With who?
18       Q.    With Mr. Taylor.
19       A.    He may be the one who informed
20  me that Margaret would --
21             MS. KORGUL:  Okay.
22       A.    -- be here.
23             MS. KORGUL:  I -- all right.
24        So I -- I object to this line of
25        questioning between content -- about