| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany Street, #404 |
| Victoria K.M. Gannon | Denver, CO 80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT 59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF ERRATA RE: REPLY BRIEF (ECF NO. 389)** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | |
| Defendants, | |

Plaintiffs Tracy Caekaert and Camillia Mapley respectfully submit this Notice of Errata regarding Plaintiffs' Reply Brief in Support of Sanctions re: Depositions of Gary Breaux and Allen Shuster (ECF No. 389).

The Reply Brief's first sentence under Section 1 was intended to start with: "**WTNY and its lawyers** – who have repeatedly and intentionally subverted Plaintiffs ability …".  By error in the final edit before filing, this sentence instead unintentionally started with: "**Plaintiffs' lawyers** –  who have repeatedly and intentionally subverted Plaintiffs ability …".  Plaintiffs have concurrently filed an Amended Reply Brief (ECF No. 390) to correct the error.

Respectfully submitted this 16th day of May, 2024.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                       By: /s/ Ryan Shaffer
                                                  Ryan R. Shaffer
                                                  MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*