Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
412 Clock Tower Commons Dr.
Brewster, NY 10509
Telephone/E-Fax: (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S JOINDER IN DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S RESPONSE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE: HARDIN ELDERS ARE AGENTS OF A JOINT ENTERPRISE BETWEEN WTNY AND WTPA** |

1

Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") hereby joins in Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Response Brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment Re: Hardin Elders are Agents of a Joint Enterprise Between WTNY and WTPA (Doc. 385), in requesting the Court deny Plaintiffs' Motion for Partial Summary Judgment (Doc. 350).

WTNY likewise opposes Plaintiffs' Motion and fully incorporates as though wholly set forth herein the arguments, cited authorities, supporting facts, and legal analysis set forth in WTPA's Response Brief (Doc. 385), its accompanying Statement of Disputed Facts (Doc. 386), and attached exhibits.

DATED this 20th day of May, 2024.

By:    /s/ Jon A. Wilson
       Jon A. Wilson / Brett C. Jensen /
       Michael P. Sarabia
       BROWN LAW FIRM, P.C.
       *Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

By:    /s/ Joel M. Taylor
       Joel. M. Taylor (appearing *pro hac vice*)
       MILLER MCNAMARA & TAYLOR LLP
       *Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on May 20th, 2024, a copy of the foregoing was served

on the following person(s):

1.      U.S. District Court, Billings Division

2.      Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
        MEYER, SHAFFER & STEPANS, PLLP
        430 Ryman Street
        Missoula, MT 59802

3.      Matthew L. Merrill (appearing *pro hac vice*)
        MERRILL LAW, LLC
        1401 Delgany Street, #404
        Denver, CO 80202

4.      Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
        MOULTON BELLINGHAM PC
        P.O. Box 2559
        Billings, MT 59103-2559

5.      Bruce G. Mapley Sr.
        3905 Caylan Cove
        Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| _1-4_ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _5_ | U.S. Mail | _____ | Overnight Delivery Services |

By:   /s/ Jon A. Wilson
               Jon A. Wilson / Brett C. Jensen /
               Michael P. Sarabia
               BROWN LAW FIRM, P.C.
               *Attorneys for Defendant Watchtower*
               *Bible and Tract Society of New York,*
               *Inc.*