Robert L. Stepans  
Ryan R. Shaffer  
James C. Murnion  
Victoria K.M. Gannon  
Meyer, Shaffer & Stepans, PLLP  
430 Ryman Street  
Missoula, MT 59802  
Tel: (406) 543-6929  
Fax: (406) 721-1799  
rob@mss-lawfirm.com  
ryan@mss-lawfirm.com  
james@mss-lawfirm.com  
katy@mss-lawfirm.com  

Matthew L. Merrill (appearing *pro hac vice*)  
Merrill Law, LLC  
1401 Delgany Street, #404  
Denver, CO 80202  
Tel: (303) 947-4453  
matthew@merrillwaterlaw.com  

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants, | Case No. CV-20-52-BLG-SPW <br><br> **PLAINTIFFS' NOTICE OF ERRATA RE: EXHIBIT FF TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS (ECF NO. 341)** |

Plaintiffs Tracy Caekaert and Camillia Mapley respectfully submit this Notice of Errata regarding Exhibit FF to their Statement of Undisputed Facts (ECF No. 341).

Exhibit FF (filed as ECF Nos. 341-32 and 342-6) inadvertently omitted referenced deposition testimony from WTPA 30(b)(6) representative Mario Moreno.  A corrected version of Ex. FF that includes the previously omitted testimony is being filed contemporaneously herewith.

Respectfully submitted this 28th day of May, 2024.

> By: /s/ Ryan Shaffer
> Ryan R. Shaffer
> MEYER, SHAFFER & STEPANS PLLP
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                  By: /s/ Ryan Shaffer
                                            Ryan R. Shaffer
                                            MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*