| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany Street, #404 |
| Victoria K.M. Gannon | Denver, CO 80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT 59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| vs. | |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | |
| Defendants, | |

Plaintiffs, by and through undersigned counsel, respectfully move the Court for leave to file a motion to reconsider the Court's denial of their motion to amend their complaint to add allegations related to the relationship between Defendants

Watchtower Bible & Tract Society of New York, Inc. ("WTNY") and Watch Tower Bible & Tract Society of Pennsylvania ("WTPA) filed on January 6, 2023.

Defendants were contacted regarding their position on Plaintiffs' Motion and stated that they oppose it. A brief in support is being filed contemporaneously herewith.

DATED this 3rd day of June, 2024.

        By: /s/ Victoria K.M. Gannon
          Victoria K.M. Gannon
          MEYER, SHAFFER & STEPANS PLLP

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Victoria K.M. Gannon
Victoria K.M. Gannon
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*