*Exhibit C*

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF MONTANA

                          BILLINGS DIVISION

TRACY CAEKAERT, and
CAMILLIA Mapely,

        Plaintiffs,
vs.                                     Case No. CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., and WATCH TOWER BIBLE
AND TRACT SOCIETY OF
PENNSYLVANIA.

        Defendants,
_____)
```

Expert Videotaped Deposition

In Person/Zoom Videoconference

Bradley Lovett

August 11, 2023

Reported By: Gidgette Nieves, CSR No. 10142
WORDS COURT REPORTING SERVICES, INC.
(844) 289-WORD(9673)
www.WordsCourtReporting.com

```
10:27:17   1  approved by the Watch Tower Society?
10:27:20   2       A    No.
10:27:22   3            MR. TAYLOR:   Again, my objection to the
10:27:23   4  form of the question.
10:27:25   5  BY MR. SHAFFER:
10:27:25   6       Q    Mr. Lovett do you understand the
10:27:27   7  question?
10:27:27   8       A    Uh-huh, yes.
10:27:28   9       Q    Are you aware of anybody ever being
10:27:30  10  appointed an elder to a congregation that was not
10:27:34  11  approved by the Watch Tower Society?
10:27:36  12       A    I -- I don't know.  I'm --
10:27:37  13       Q    You don't know whether you're aware of
10:27:38  14  it?
10:27:39  15       A    If there is another method, I have no
10:27:42  16  idea.
10:27:42  17       Q    Okay.  So the only method you're aware of
10:27:45  18  is when the Watch Tower Society approves it?
10:27:48  19            MR. TAYLOR:   Again, objection to the form
10:27:49  20  of the question.
10:27:54  21  BY MR. SHAFFER:
10:27:54  22       Q    Yes or no?
10:27:57  23       A    They've always handled it this way, that's
10:27:59  24  it.
10:28:01  25       Q    Okay.  All right.  You become an elder in
```

```
10:28:06   1   1971 in Hardin.  Tell me how you learn to do your
10:28:10   2   job as an elder?
10:28:14   3        A    From what we see in the publications.
10:28:21   4        Q    Let's talk about that for a second.  Which
10:28:25   5   publications are we talking about?
10:28:28   6        A    Actually anything pertinent, I guess.
10:28:33   7        Q    Kingdom ministry school coursebook?
10:28:36   8        A    That could be, Uh-huh, yes.
10:28:39   9        Q    Okay.  And would that be a book that would
10:28:41  10   be at a, like an elder training convention?
10:28:47  11        A    Yeah.
10:28:47  12        Q    Okay.  And who would put on those
10:28:49  13   conventions, those elder training conventions?
10:28:53  14        A    The -- we say the branch though we didn't
10:28:55  15   -- the -- yeah, Watch Tower put them on through the
10:29:00  16   branch arrangement.
10:29:02  17        Q    In your mind during this period of time
10:29:04  18   was there a difference between the branch and the
10:29:07  19   Watch Tower?
10:29:08  20        A    Well in my own mind I just -- we just
10:29:11  21   refer to it in general.  We always just -- if they
10:29:14  22   say the Society or whatever.
10:29:17  23        Q    They'd say the Society?
10:29:19  24        A    Well, we would amongst ourselves.  No,
10:29:22  25   they've -- they've approved this recommendation or
```

```
10:29:24   1  whatever.  We just -- that was pretty common.
10:29:26   2       Q    And that's what the literature would say,
10:29:28   3  right, the literature would say with the Society,
10:29:31   4  wouldn't it, the publications?
10:29:33   5            MR. TAYLOR:    Again Objection to the
10:29:34   6  form.
10:29:35   7            THE WITNESS:  What would -- yeah, what
10:29:37   8  would you have in mind?  What were you -- what were
10:29:39   9  you thinking?
10:29:40  10  BY MR. SHAFFER:
10:29:40  11       Q    Well, I want to know what you were
10:29:42  12  thinking.  How did you come to refer to as the
10:29:44  13  Society?  I mean you saw that somewhere, right?
10:29:46  14       A    Well, it -- it was printed by them.
10:29:48  15  Whatever it was printed we'd say well, we got that
10:29:52  16  from the Society.
10:29:53  17       Q    Okay.  And did you understand the Society
10:29:54  18  was different from the branch office?
10:29:57  19       A    They are somewhat different in the sense
10:30:03  20  that -- but we -- we just generally referred to it
10:30:05  21  as -- as the Society.  We wrote a letter to the
10:30:08  22  Society and it would be to the branch actually.  But
10:30:12  23  we just --
10:30:15  24       Q    Okay.  All right.  We were talking about
10:30:16  25  how you learned to do your job as an elder.  We
```

| | | |
|---|---|---|
| 10:30:18 | 1 | talked about the publication.  You mentioned |
| 10:30:21 | 2 | publications.  I mentioned the Kingdom Ministry |
| 10:30:24 | 3 | coursebook.  And then we talked about that would be |
| 10:30:27 | 4 | introduced to the elders at a -- like an elder |
| 10:30:30 | 5 | training convention. |
| 10:30:31 | 6 | A    It could be.  They did it a number of |
| 10:30:34 | 7 | different ways. |
| 10:30:34 | 8 | Q    And as a circuit overseer you've attended |
| 10:30:39 | 9 | and instructed elders at a Kingdom School Ministry |
| 10:30:43 | 10 | course, haven't you? |
| 10:30:44 | 11 | A    Yes. |
| 10:30:45 | 12 | Q    And that's -- is that a meeting where |
| 10:30:47 | 13 | you'll meet with elders and you'll have literature |
| 10:30:50 | 14 | from the Watch Tower Society with you that you go |
| 10:30:53 | 15 | through kind of on a schedule with the elders to |
| 10:30:56 | 16 | instruct them how to do their job.  Is that a fair |
| 10:31:00 | 17 | description? |
| 10:31:01 | 18 | A    Well, a lot of that changed over the years |
| 10:31:04 | 19 | too.  And I'm trying to think back on the various |
| 10:31:13 | 20 | methods or approaches.  But there would be -- our |
| 10:31:18 | 21 | schools we would have that would deal with certain |
| 10:31:23 | 22 | aspects of -- of the arrangement.  They didn't -- |
| 10:31:28 | 23 | they didn't comprehensively do everything all at |
| 10:31:30 | 24 | once, they just -- and that's where you would learn |
| 10:31:34 | 25 | certain things.  But all of those things can be |

```
10:31:37   1  abridge by letters or -- or other publications that
10:31:40   2  might come out later.
10:31:41   3       Q    So everything in the Kingdom school
10:31:44   4  ministry course could be abridged by a letter that
10:31:47   5  would come from the Watch Tower Society or other
10:31:50   6  publications; is that fair?
10:31:51   7       A    Or some direction, you know, specifically
10:31:53   8  dealing with -- with that subject.
10:31:56   9       Q    Okay.  Do you know who James Roland is?
10:31:57  10       A    Yes.
10:31:58  11       Q    He's been deposed.  And he said when he
10:32:01  12  was appointed as an elder he went to a training
10:32:05  13  course for elders in Billings.
10:32:08  14       A    Uh-huh.
10:32:09  15       Q    And he described going through the Kingdom
10:32:10  16  school ministry course.
10:32:12  17       A    Uh-huh.
10:32:12  18       Q    Does that ring a bell to you having an
10:32:15  19  elder training in Billings at any point in time
10:32:18  20  or?
10:32:18  21       A    We never did in -- in Billings.
10:32:21  22       Q    Where did you do them?  Where did the
10:32:23  23  Hardin congregations elders have their Kingdom
10:32:26  24  school ministry course?
10:32:27  25       A    I don't know.  I was gone.
```

```
10:32:28   1        Q    Okay.  But in the period of let's say the
10:32:35   2   late 1970s at least through the mid '80s were elders
10:32:41   3   trained at a Kingdom school ministry course with a
10:32:46   4   document called the Kingdom school ministry
10:32:49   5   course?
10:32:51   6        A    I don't -- it was pretty much related to a
10:32:59   7   particular subject; whatever it might happen to be.
10:33:02   8   There's -- I mean you could -- you could spend
10:33:05   9   months on -- on some of that.
10:33:06  10        Q    But sure.  Let's not -- I don't want to
10:33:08  11   get into the particulars of what was being trained
10:33:12  12   and taught or instructed.  But just in general as a
10:33:15  13   concept isn't that how elders would learn to do
10:33:18  14   their job in the late 70s to mid 80s, they'd go to a
10:33:21  15   Kingdom school ministry course with publications
10:33:23  16   from the Watch Tower Society?
10:33:24  17        A    Most --
10:33:25  18             MR. TAYLOR:  Again objection to the form
10:33:26  19   of the question.
10:33:28  20   BY MR. SHAFFER:
10:33:28  21        Q    You can answer.  It's okay.
10:33:30  22        A    Most of the time.  What my -- what I was
10:33:35  23   trying to say a minute ago -- what was your
10:33:37  24   question?
10:33:39  25        Q    As a general concept late 1970s to the mid
```

| | | |
|---|---|---|
| 10:33:43 | 1 | '80s, elders would be trained on how to do their job |
| 10:33:47 | 2 | and what the expectations were from the Watch Tower |
| 10:33:50 | 3 | Society by going through the Kingdom Ministry course |
| 10:33:54 | 4 | publication at a -- at a convention or a training; |
| 10:33:57 | 5 | is that right? |
| 10:33:58 | 6 |     A    We had those schools. |
| 10:34:00 | 7 |     Q    Okay. |
| 10:34:00 | 8 |     A    And I'm just saying it from my own |
| 10:34:03 | 9 | standpoint in our last meeting. |
| 10:34:04 | 10 |     VIDEOGRAPHER:  Let's -- let's look at |
| 10:34:05 | 11 | Document Number 4.  This gentleman will help you. |
| 10:34:18 | 12 | Thank you, sir. |
| 10:34:36 | 13 |     MR. SHAFFER:  All right. Exhibit 4 is the |
| 10:34:37 | 14 | Kingdom school MINISTRY course. |
| 10:34:42 | 15 |     (Exhibit 4 marked for identification.) |
| 10:34:42 | 16 |     MR. MCCABE:  It's actually called the |
| 10:34:44 | 17 | "Kingdom Ministry School Course." |
| 10:34:47 | 18 | BY MR. SHAFFER: |
| 10:34:47 | 19 |     Q    Kingdom Ministry School.  "Compiled and |
| 10:34:50 | 20 | published by the Watch Tower Bible and Tract Society |
| 10:34:53 | 21 | of Pennsylvania, 1972." |
| 10:35:02 | 22 |     Have you seen -- no this is just a copy of |
| 10:35:05 | 23 | it.  Have you seen this publication in book form |
| 10:35:12 | 24 | before? |
| 10:35:14 | 25 |     A    I -- I don't recall.  They -- there used |

```
10:37:58   1  material, and then the circuit overseer would have
10:38:02   2  discretion how to teach that material at the -- at
10:38:07   3  the school?
10:38:07   4       A    Yeah, yes.
10:38:08   5       Q    Is that how it was in the 1970s, 1980s?
10:38:13   6       A    As best I can remember, yes.
10:38:36   7       Q    Do you remember any other documents beside
10:38:39   8  the Kingdom Ministry School course that you would
10:38:42   9  have as a circuit overseer at a -- at an overseer
10:38:49  10  training?
10:38:50  11       A    Sometimes there might be letters that have
10:38:52  12  come directly and if it's making a correction or
10:38:56  13  something, and they might get that, that's about all
10:39:00  14  I can think of.
10:39:02  15       Q    And are you speaking about this kind of
10:39:04  16  your personal experience as a circuit overseer at
10:39:08  17  this courses?
10:39:09  18       A    Uh-huh, yes.
10:39:16  19       Q    Okay.  I want to see if we're done with
10:39:19  20  Document 2.  Give me a second.  I'm going to look at
10:39:22  21  Document 2 and see if we're done with it.
10:40:05  22            Are you familiar with the books that are
10:40:07  23  entitled "To Pay Attention to Yourselves and All The
10:40:10  24  Flock"?
10:40:10  25       A    Yes.
```

```
10:40:11   1         Q    What's that book used for?
10:40:14   2         A    More or less the same thing, organization.
10:40:17   3    And I'm thinking about the same.  Well have lot of
10:40:21   4    changes in titles.
10:40:23   5         Q    Sure.  Just in general your recollection
10:40:25   6    you say the same thing.  Is it to instruct and help
10:40:31   7    elders understand their obligations to their
10:40:35   8    congregations?
10:40:35   9         A    Yes.
10:40:37  10         Q    I'm just asking.  These documents that I'm
10:40:40  11    personally not familiar with like the Kingdom
10:40:43  12    Ministry School course.  The Pay attention to
10:40:46  13    Yourself and all the Flock.  The branch Organization
10:40:51  14    Manual.  Organized to accomplish our Religion.
10:40:53  15    Those are documents I'm not familiar, so I'm kind of
10:40:56  16    just hoping you can help me understand what those
10:40:58  17    documents are used for.  Does that make sense?
10:41:02  18         A    No, I understand what you're asking.
10:41:02  19    Yeah, the one that referred to at the beginning,
10:41:06  20    none of us elders know anything about that, that's
10:41:09  21    just internally with the -- the branch or
10:41:17  22    organization, and usually a small part of that.
10:41:21  23         Q    Okay.  That's the one you were confused on
10:41:23  24    Exhibit 2?
10:41:24  25         A    Yes.
```

```
10:52:07   1    Q    Skip one.  Let's go to 28734.  Thank you.
10:52:21   2              Thank you.  I want to point your
10:52:22   3    attention, Mr. Lovett, to this paragraph here
10:52:24   4    starting with general information.
10:52:27   5         A    Uh-huh.
10:52:28   6         Q    "General information is here published
10:52:30   7    concerning the duties of elders and ministerial
10:52:34   8    servants.  Judicial procedures and various features
10:52:37   9    of congregation organization."
10:52:39  10              Is that consistent with how you understood
10:52:42  11    this document that it was for the purpose of
10:52:47  12    communicating the duties of elders and ministerial
10:52:51  13    servants?
10:52:53  14              MR. MCCABE:  Among other things.
10:52:54  15    BY MR. SHAFFER:
10:52:54  16         Q    Among other things.  Is that how
10:52:56  17    understand it?
10:52:58  18         A    Uh-huh.
10:52:59  19         Q    That's a yes?
10:53:00  20         A    Yes.
10:53:01  21         Q    Thank you.
10:53:25  22              We've talked about a few other
10:53:25  23    publications.  If you talked about letters, would
10:53:27  24    that be like an all body as an elder letter?
10:53:31  25         A    It could be.
```

```
10:53:32  1       Q    And that could have instruction to elders
10:53:35  2   on how to perform their duties?
10:53:36  3       A    Yes.
10:53:37  4       Q    Okay.  Awake magazines?
10:53:43  5       A    Not so much.
10:53:44  6       Q    What was the purpose of the Awake
10:53:47  7   magazine?
10:53:48  8       A    Generally distributed to the public and --
10:53:50  9   but it didn't generally use -- deal with the -- how
10:53:54  10  to organize this or that.
10:53:57  11      Q    Okay.  How about the our Kingdom service
10:54:01  12  newsletters?
10:54:02  13      A    They were used for the weekly service
10:54:08  14  meetings part.
10:54:09  15      Q    Okay.  How about the Watch Tower
10:54:13  16  magazine?
10:54:15  17      A    What would you want to know.
10:54:18  18      Q    What was the purpose of the Watch Tower
10:54:20  19  magazine.  Did it --
10:54:21  20           Go ahead.
10:54:22  21      A    Instructed.  It instructed you know.
10:54:25  22  But --
10:54:27  23      Q    Instructed elders?
10:54:29  24      A    Yeah.  And generally everybody.  You know,
10:54:33  25  anybody can get a Watch Tower.  And there were any
```