*Exhibit E*

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MONTANA
                      BILLINGS DIVISION
_____

  TRACY CAEKAERT, and           Case No.
  CAMILLIA MAPLEY,              CV-20-52-BLG-SPW

          Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

          Defendants,

  WATCHTOWER BIBLE AND          VIDEO-RECORDED
  TRACT SOCIETY OF              DEPOSITION UPON ORAL
  NEW YORK, INC., et al,        EXAMINATION OF DELBERT
                                HIEBERT
          Cross Claimants,

     vs.

  BRUCE MAPLEY, SR.,

          Cross Defendant.


  ARIANE ROWLAND, and
  JAMIE SCHULZE,

          Plaintiffs,           Cause No.
                                CV 20-59-BLG-SPW
     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

          Defendants.
_____
```

```
 1   direction in helping the judicial committee do
 2   that?
 3        A.   Well, there are Elder schools where we're
 4   helped to determine, for instance, whether --
 5   whether the wrongdoer is repentant, which might --
 6   it can change things.  In certain cases, it can
 7   change to whether a person is disfellowshipped or
 8   whether he is reproved before the congregation
 9   where an announcement has been made that so-and-so
10   has been reproved so that anybody who knew of this
11   wrongdoer would know that he's been dealt with.
12        Q.   And when you say that there are Elder
13   schools, did you attend one?
14        A.   Uh-huh.  Several.
15        Q.   And tell me, if you would, what were you
16   told or taught about how to determine whether or
17   not someone was repentant or truthful in their
18   repentance?
19        A.   Had they stopped, or were they still doing
20   it.  That's the main factor there.  Have they made
21   apologies, if that was necessary, to the one that
22   they had done wrong to.  Was there signs that they
23   really truly were repentant over what they'd done.
24   If there was no signs, then of course that
25   determines the outcome too, you know.
```
42

Delbert Hiebert

1      Q.    Anything else that you were taught in the
2  Elder schools about judicial committees?
3      A.    Well, the one real factor that is if
4  there's any inclination that there is something
5  illegal, that -- call the branch's legal department
6  immediately.  Don't go push ahead on your own
7  without -- without direction from legal.
8      Q.    Any of the Elder schools that you went to,
9  did you learn how to speak with victims of a crime
10 or alleged victims of a crime?
11     A.    How to speak to them.  I guess I really
12 don't -- I don't recall.  You know, they're -- yes,
13 I remember one.  There was a video.  It was kind of
14 like a reenactment type of thing, a scenario.  This
15 and thus happened, and so how would you respond to
16 that.  You know, like -- do you want to hear a for
17 instance?
18     Q.    Please, yeah, if you can give me the
19 example.  And when -- do you know approximately
20 when the video that you're talking about, when you
21 saw it and when it was made?
22     A.    It's been since I was an Elder in the
23 early 2000's.  It was in Billings here at the
24 Billings Heights Kingdom Hall.
25           And there was a video showing where, for

43