*Exhibit F*

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MONTANA
                       BILLINGS DIVISION
_____

  TRACY CAEKAERT, and            Case No.
  CAMILLIA MAPLEY,               CV-20-52-BLG-SPW

         Plaintiffs,

     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

         Defendants,

  WATCHTOWER BIBLE AND           VIDEO-RECORDED
  TRACT SOCIETY OF               DEPOSITION UPON ORAL
  NEW YORK, INC., et al,         EXAMINATION OF THOMAS
                                 MEYERS
         Cross Claimants,

     vs.

  BRUCE MAPLEY, SR.,

         Cross Defendant.


  ARIANE ROWLAND, and
  JAMIE SCHULZE,

         Plaintiff,              Cause No.
                                 CV 20-59-BLG-SPW
     vs.

  WATCHTOWER BIBLE AND
  TRACT SOCIETY OF
  NEW YORK, INC., et al,

         Defendants.
_____
```

```
 1  ministerial servant could sit on?
 2       A.   Not that I've ever heard of.
 3       Q.   All right.  And what I'm asking, I guess,
 4  is how -- how would you know that, say, Elders can
 5  be on a judicial committee but ministerial servants
 6  should not?  Or would that be up to you guys in
 7  Hardin?
 8       A.   No.  That's -- that's -- that's
 9  organizational information, yeah.
10       Q.   And when you say, "organizational," what
11  do you mean by that?
12       A.   It's something set by the Watchtower
13  organization, the brothers back at the service
14  department, for example.
15       Q.   And how would that information be conveyed
16  to you as an Elder when you're an Elder?
17       A.   It's in print.  We -- we receive letters,
18  not a whole lot of them, but periodic ones,
19  especially if something is changed.
20            There's also an Elder, like, handbook, if
21  you will, that gets updated periodically.
22       Q.   All right.  And is there more than one
23  Elder handbook?  I've seen a few that look like --
24       A.   It's just evolved over time.
25       Q.   And what do you call it?  Do you call it
```

45

```
 1   an Elder handbook, or do you have another name for
 2   it?
 3       A.   Currently it's called the shepherding
 4   book.
 5       Q.   And -- Shepherd the Flock, or is that a
 6   different --
 7       A.   Something like that, yeah.  It changes.
 8   My memory's not good.
 9       Q.   But it sounds like, regardless, it was --
10   those directions were in print and that they came
11   from what you described as the Watchtower Society.
12   Is that --
13       A.   That's correct.
14       Q.   The service department was your
15   understanding?  Is that --
16       A.   Right.  Yes.
17       Q.   Did you ever have input on those policies
18   when you were an Elder?
19       A.   No.  I don't know what you mean, I guess.
20       Q.   Did you -- when you were an Elder, did you
21   ever give input to the circuit overseer about what
22   should be included in the manuals?
23       A.   I don't recall ever doing it.  I don't --
24   may -- might have expressed my opinion here and
25   there, but not -- nothing that I can remember.
```
46

```
 1        Q.   Other than the manuals that -- that you
 2   described, that the names have changed, were there
 3   other places that you -- when you were an Elder,
 4   that you got directions about how to perform your
 5   duties as an Elder?
 6        A.   No.  It was always in print.
 7        Q.   So you didn't have to look anywhere else
 8   other than those periodicals and the printed
 9   materials that laid out the directions for being an
10   Elder?
11        A.   Yes.
12        Q.   And would those materials that you're
13   describing, would each Elder have a copy sent to
14   them, or would there be, like, one reference, or
15   did it vary?
16        A.   We would each have our own copy, yeah.
17        Q.   All right.
18        A.   Currently, it's all digital, so that
19   simplifies everybody having a copy.
20        Q.   For sure.
21        A.   Yeah.
22        Q.   When did that change happen?  Do you
23   remember at all?
24        A.   No, I don't remember.  I know -- I feel
25   like I'm left in the dust, you know, on that one.
```

47

```
 1  how to go about this?
 2       A.   Well, because the -- the -- I don't know,
 3  call it a crime, you know, because of the stuff
 4  that happened, was kind of old, you know.  It was
 5  decades old.  We needed to get some direction,
 6  because the direction we had basically was, you
 7  know, if this happened in recent -- last couple,
 8  three years, you know, we're talking a couple,
 9  three decades, so we needed to get some kind of
10  information what to do about it.
11       Q.   And were you ever trained how to talk to
12  victims of -- child victims of sexual abuse?
13       A.   In general terms, yeah.
14       Q.   By whom?
15       A.   We'd go to these Elder schools.  There's
16  things in The Watchtower and Awake! too on that.
17       Q.   So you turned to The Watchtower and Awake!
18  and go to some conferences?
19       A.   Yeah.
20       Q.   And what did you -- what did you learn
21  specifically?
22       A.   To not do all the talking.
23       Q.   Did you learn the process of taking
24  interviews and talking to victims of abuse?
25       A.   Try to draw them out, get the facts, and
```

130