IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, | CV 20-52-BLG-SPW |
| Plaintiffs, | |
| vs. | ORDER |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIERY OF PENNSYLVANIA, INC. | |
| Defendants. | |

Before the Court is Plaintiffs Tracy Caekaert and Camillia Mapley's Motion

for Leave to File Motion for Reconsideration, filed June 3, 2024.  (Doc. 403).

Plaintiffs seek leave to file a motion for the Court to reconsider its denial of

Plaintiffs' January 6, 2023 Motion to Amend (Docs. 189, 238).  (Doc. 404).

Plaintiffs maintain that leave is warranted under Local Rule 7.3(b) because Plaintiffs

discovered new material facts about the relationship between Defendants

Watchtower Bible and Tract Society of New York, Inc. ("WTNY") and Watch

Tower Bible and Tract Society of Pennsylvania, Inc ("WTPA").  (*Id.* at 3–5).

Plaintiffs note that Defendants oppose their motion. (*Id.*).

1

Under Local Rule 7.3(a), a party must receive leave of the Court to file a motion for reconsideration of an interlocutory order. D. Mont. L.R. 7.3(a). The motion must show that either:

> (1)(A) the facts or applicable law are materially different from the facts or applicable law that the parties presented to the court before entry of the order for which reconsideration is sought, *and*
>    (B) despite the exercise of reasonable diligence, the party applying for reconsideration did not know such fact or law before entry of the order; *or*
> (2) new material facts arose or a change of law occurred after entry of the order.

D. Mont. L.R. 7.3(b).

An opposing party may not file a response unless the presiding judge orders one. D. Mont. L.R. 7.3(d).

Plaintiffs have demonstrated that they learned the new material facts after the entry of the Court's May 22, 2023 order denying Plaintiffs' Motion to Amend. Accordingly, the Court grants Plaintiffs' motion for leave to file their motion for reconsideration. Given the pending summary judgment motions and the proximity of trial, the Court will set a deadline for Plaintiffs to file their motion and order expedited briefing.

IT IS SO ORDERED that Plaintiffs Tracy Caekaert and Camillia Mapley's Motion for Leave to File Motion for Reconsideration (Doc. 403) is GRANTED. Plaintiffs must file their motion for reconsideration by the end of the day on June 6,

2024.  Defendants must file any response by June 13, 2024.  Plaintiffs' reply shall

be due on June 21, 2024.

DATED the ___4ᵗʰ___ day of June, 2024.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE