| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany Street, #404 |
| Victoria K.M. Gannon | Denver, CO  80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) ) **PLAINTIFFS' MOTION FOR** |
| vs. | ) **RECONSIDERATION** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) ) |
| Defendants, | ) ) |

Pursuant to this Court's order (ECF No. 406) Plaintiffs, by and through undersigned counsel, respectfully move the Court to reconsider it's denial of Plaintiffs' motion to amend their complaint to add allegations related to the

relationship between Defendants Watchtower Bible & Tract Society of New York, Inc. ("WTNY") and Watch Tower Bible & Tract Society of Pennsylvania ("WTPA) filed on January 6, 2023 (ECF No. 189).

Defendants were contacted regarding their position on Plaintiffs' Motion for Leave to File Motion for Reconsideration and stated that they oppose it. A brief in support is being filed contemporaneously herewith.

DATED this 6th day of June, 2024.

By: /s/ Victoria K.M. Gannon
Victoria K.M. Gannon
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: /s/ Victoria K.M. Gannon
Victoria K.M. Gannon
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*