# *Exhibit D*

# EXHIBITS DOCUMENTS FROM ECF NO. 192

- Exhibit D – Depo. of Mario Moreno (Lopez v Doe) (4/1/2014)
    - Received on 1/26/2021
    - WTNY002301-002382 – Produced 2/16/2023 in Response to 5th Discovery
- Exhibit E – Dep. of Allen Shuster (Doe (Conti) v. WTNY) (2/15/2012)
    - Received on 9/3/2021
    - WTNY001349-001391 – Produced 2/16/2023 in Response to 5th Discovery
    - WTNY002521-002644 – Produced 2/16/2023 in Response to 5th Discovery
- Exhibit F – *What is the Governing Body of Jehovah's Witnesses* (1/13/2023)
    - C/M 0004203-0004206
    - Pulled from jw.org sometime before 1/13/2023
- Exhibit G – Dep. of Mario Moreno (Delgado v. Las Lomas) (2/18/2014)
    - Received on 10/27/2022.
- Exhibit H – Dec. of Mario F. Moreno (Charissa v. WTNY) (9/29/2006)
    - Received on 5/28/2019.
- Exhibit I – Aff. Of Philip Brumley (Does I-IV v. WTNY) (3/20/2015)
    - Received on 1/5/2023
    - WTNY000941-000942 – Produced 12/2/2022 in Response to 4th Discovery
- Exhibit J – Letter from WHQ Legal Department to WTPA (6/7/2017)
    - C/M 004207-004208
    - Received on 1/3/2023
- Exhibit K – Dec. of Gary Breaux (Vigue) (2/28/2007)
    - Obtained from Spokane County Superior Court on 11/10/2022.
- Exhibit L – Service Department Manual (2/1/2021)
    - C/M 004249-004277
    - Received on 11/17/2021
- Exhibit M – Amended Certificate of Incorporation of WTNY (9/26/2009)
    - C/M 004278-004281
    - Received on 11/2/2022
- Exhibit N – Dec. of Douglas Chappel (Lewis) (10/12/2015) (Lewis ECF Doc. No. 70-1)
    - Received on 10/27/2022.