*Exhibit G*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

TRACY CAEKAERT, and
CAMILLIA Mapely,

    Plaintiffs,
vs.                                    Case No. CV-20-52-BLG-SPW

WATCHTOWER BIBLE AND
TRACT SOCIETY OF NEW YORK,
INC., and WATCH TOWER BIBLE
AND TRACT SOCIETY OF
PENNSYLVANIA.

    Defendants,
_____)


Expert Videotaped Deposition

In Person/Zoom Videoconference

Bradley Lovett

August 11, 2023


Reported By: Gidgette Nieves, CSR No. 10142
WORDS COURT REPORTING SERVICES, INC.
(844) 289-WORD(9673)
www.WordsCourtReporting.com

```
10:27:17   1  approved by the Watch Tower Society?
10:27:20   2       A    No.
10:27:22   3            MR. TAYLOR:   Again, my objection to the
10:27:23   4  form of the question.
10:27:25   5  BY MR. SHAFFER:
10:27:25   6       Q    Mr. Lovett do you understand the
10:27:27   7  question?
10:27:27   8       A    Uh-huh, yes.
10:27:28   9       Q    Are you aware of anybody ever being
10:27:30  10  appointed an elder to a congregation that was not
10:27:34  11  approved by the Watch Tower Society?
10:27:36  12       A    I -- I don't know.  I'm --
10:27:37  13       Q    You don't know whether you're aware of
10:27:38  14  it?
10:27:39  15       A    If there is another method, I have no
10:27:42  16  idea.
10:27:42  17       Q    Okay.  So the only method you're aware of
10:27:45  18  is when the Watch Tower Society approves it?
10:27:48  19            MR. TAYLOR:   Again, objection to the form
10:27:49  20  of the question.
10:27:54  21  BY MR. SHAFFER:
10:27:54  22       Q    Yes or no?
10:27:57  23       A    They've always handled it this way, that's
10:27:59  24  it.
10:28:01  25       Q    Okay.  All right.  You become an elder in
```

| | | |
|---|---|---|
| 10:28:06 | 1 | 1971 in Hardin.  Tell me how you learn to do your |
| 10:28:10 | 2 | job as an elder? |
| 10:28:14 | 3 | A    From what we see in the publications. |
| 10:28:21 | 4 | Q    Let's talk about that for a second.  Which |
| 10:28:25 | 5 | publications are we talking about? |
| 10:28:28 | 6 | A    Actually anything pertinent, I guess. |
| 10:28:33 | 7 | Q    Kingdom ministry school coursebook? |
| 10:28:36 | 8 | A    That could be, Uh-huh, yes. |
| 10:28:39 | 9 | Q    Okay.  And would that be a book that would |
| 10:28:41 | 10 | be at a, like an elder training convention? |
| 10:28:47 | 11 | A    Yeah. |
| 10:28:47 | 12 | Q    Okay.  And who would put on those |
| 10:28:49 | 13 | conventions, those elder training conventions? |
| 10:28:53 | 14 | A    The -- we say the branch though we didn't |
| 10:28:55 | 15 | -- the -- yeah, Watch Tower put them on through the |
| 10:29:00 | 16 | branch arrangement. |
| 10:29:02 | 17 | Q    In your mind during this period of time |
| 10:29:04 | 18 | was there a difference between the branch and the |
| 10:29:07 | 19 | Watch Tower? |
| 10:29:08 | 20 | A    Well in my own mind I just -- we just |
| 10:29:11 | 21 | refer to it in general.  We always just -- if they |
| 10:29:14 | 22 | say the Society or whatever. |
| 10:29:17 | 23 | Q    They'd say the Society? |
| 10:29:19 | 24 | A    Well, we would amongst ourselves.  No, |
| 10:29:22 | 25 | they've -- they've approved this recommendation or |

```
10:29:24   1   whatever.  We just -- that was pretty common.
10:29:26   2        Q    And that's what the literature would say,
10:29:28   3   right, the literature would say with the Society,
10:29:31   4   wouldn't it, the publications?
10:29:33   5             MR. TAYLOR:   Again Objection to the
10:29:34   6   form.
10:29:35   7             THE WITNESS:  What would -- yeah, what
10:29:37   8   would you have in mind?  What were you -- what were
10:29:39   9   you thinking?
10:29:40  10   BY MR. SHAFFER:
10:29:40  11        Q    Well, I want to know what you were
10:29:42  12   thinking.  How did you come to refer to as the
10:29:44  13   Society?  I mean you saw that somewhere, right?
10:29:46  14        A    Well, it -- it was printed by them.
10:29:48  15   Whatever it was printed we'd say well, we got that
10:29:52  16   from the Society.
10:29:53  17        Q    Okay.  And did you understand the Society
10:29:54  18   was different from the branch office?
10:29:57  19        A    They are somewhat different in the sense
10:30:03  20   that -- but we -- we just generally referred to it
10:30:05  21   as -- as the Society.  We wrote a letter to the
10:30:08  22   Society and it would be to the branch actually.  But
10:30:12  23   we just --
10:30:15  24        Q    Okay.  All right.  We were talking about
10:30:16  25   how you learned to do your job as an elder.  We
```

```
10:30:18   1   talked about the publication.  You mentioned
10:30:21   2   publications.  I mentioned the Kingdom Ministry
10:30:24   3   coursebook.  And then we talked about that would be
10:30:27   4   introduced to the elders at a -- like an elder
10:30:30   5   training convention.
10:30:31   6        A    It could be.  They did it a number of
10:30:34   7   different ways.
10:30:34   8        Q    And as a circuit overseer you've attended
10:30:39   9   and instructed elders at a Kingdom School Ministry
10:30:43  10   course, haven't you?
10:30:44  11        A    Yes.
10:30:45  12        Q    And that's -- is that a meeting where
10:30:47  13   you'll meet with elders and you'll have literature
10:30:50  14   from the Watch Tower Society with you that you go
10:30:53  15   through kind of on a schedule with the elders to
10:30:56  16   instruct them how to do their job.  Is that a fair
10:31:00  17   description?
10:31:01  18        A    Well, a lot of that changed over the years
10:31:04  19   too.  And I'm trying to think back on the various
10:31:13  20   methods or approaches.  But there would be -- our
10:31:18  21   schools we would have that would deal with certain
10:31:23  22   aspects of -- of the arrangement.  They didn't --
10:31:28  23   they didn't comprehensively do everything all at
10:31:30  24   once, they just -- and that's where you would learn
10:31:34  25   certain things.  But all of those things can be
```

```
10:31:37   1   abridge by letters or -- or other publications that
10:31:40   2   might come out later.
10:31:41   3       Q    So everything in the Kingdom school
10:31:44   4   ministry course could be abridged by a letter that
10:31:47   5   would come from the Watch Tower Society or other
10:31:50   6   publications; is that fair?
10:31:51   7       A    Or some direction, you know, specifically
10:31:53   8   dealing with -- with that subject.
10:31:56   9       Q    Okay.  Do you know who James Roland is?
10:31:57  10       A    Yes.
10:31:58  11       Q    He's been deposed.  And he said when he
10:32:01  12   was appointed as an elder he went to a training
10:32:05  13   course for elders in Billings.
10:32:08  14       A    Uh-huh.
10:32:09  15       Q    And he described going through the Kingdom
10:32:10  16   school ministry course.
10:32:12  17       A    Uh-huh.
10:32:12  18       Q    Does that ring a bell to you having an
10:32:15  19   elder training in Billings at any point in time
10:32:18  20   or?
10:32:18  21       A    We never did in -- in Billings.
10:32:21  22       Q    Where did you do them?  Where did the
10:32:23  23   Hardin congregations elders have their Kingdom
10:32:26  24   school ministry course?
10:32:27  25       A    I don't know.  I was gone.
```

```
10:32:28   1      Q    Okay.  But in the period of let's say the
10:32:35   2  late 1970s at least through the mid '80s were elders
10:32:41   3  trained at a Kingdom school ministry course with a
10:32:46   4  document called the Kingdom school ministry
10:32:49   5  course?
10:32:51   6      A    I don't -- it was pretty much related to a
10:32:59   7  particular subject; whatever it might happen to be.
10:33:02   8  There's -- I mean you could -- you could spend
10:33:05   9  months on -- on some of that.
10:33:06  10      Q    But sure.  Let's not -- I don't want to
10:33:08  11  get into the particulars of what was being trained
10:33:12  12  and taught or instructed.  But just in general as a
10:33:15  13  concept isn't that how elders would learn to do
10:33:18  14  their job in the late 70s to mid 80s, they'd go to a
10:33:21  15  Kingdom school ministry course with publications
10:33:23  16  from the Watch Tower Society?
10:33:24  17      A    Most --
10:33:25  18           MR. TAYLOR:  Again objection to the form
10:33:26  19  of the question.
10:33:28  20  BY MR. SHAFFER:
10:33:28  21      Q    You can answer.  It's okay.
10:33:30  22      A    Most of the time.  What my -- what I was
10:33:35  23  trying to say a minute ago -- what was your
10:33:37  24  question?
10:33:39  25      Q    As a general concept late 1970s to the mid
```

| | | |
|---|---|---|
| 10:33:43 | 1 | '80s, elders would be trained on how to do their job |
| 10:33:47 | 2 | and what the expectations were from the Watch Tower |
| 10:33:50 | 3 | Society by going through the Kingdom Ministry course |
| 10:33:54 | 4 | publication at a -- at a convention or a training; |
| 10:33:57 | 5 | is that right? |
| 10:33:58 | 6 |     A   We had those schools. |
| 10:34:00 | 7 |     Q   Okay. |
| 10:34:00 | 8 |     A   And I'm just saying it from my own |
| 10:34:03 | 9 | standpoint in our last meeting. |
| 10:34:04 | 10 |     VIDEOGRAPHER:  Let's -- let's look at |
| 10:34:05 | 11 | Document Number 4.  This gentleman will help you. |
| 10:34:18 | 12 | Thank you, sir. |
| 10:34:36 | 13 |     MR. SHAFFER:  All right. Exhibit 4 is the |
| 10:34:37 | 14 | Kingdom school MINISTRY course. |
| 10:34:42 | 15 |     (Exhibit 4 marked for identification.) |
| 10:34:42 | 16 |     MR. MCCABE:  It's actually called the |
| 10:34:44 | 17 | "Kingdom Ministry School Course." |
| 10:34:47 | 18 | BY MR. SHAFFER: |
| 10:34:47 | 19 |     Q   Kingdom Ministry School.  "Compiled and |
| 10:34:50 | 20 | published by the Watch Tower Bible and Tract Society |
| 10:34:53 | 21 | of Pennsylvania, 1972." |
| 10:35:02 | 22 |     Have you seen -- no this is just a copy of |
| 10:35:05 | 23 | it.  Have you seen this publication in book form |
| 10:35:12 | 24 | before? |
| 10:35:14 | 25 |     A   I -- I don't recall.  They -- there used |

```
10:37:58   1   material, and then the circuit overseer would have
10:38:02   2   discretion how to teach that material at the -- at
10:38:07   3   the school?
10:38:07   4        A    Yeah, yes.
10:38:08   5        Q    Is that how it was in the 1970s, 1980s?
10:38:13   6        A    As best I can remember, yes.
10:38:36   7        Q    Do you remember any other documents beside
10:38:39   8   the Kingdom Ministry School course that you would
10:38:42   9   have as a circuit overseer at a -- at an overseer
10:38:49  10   training?
10:38:50  11        A    Sometimes there might be letters that have
10:38:52  12   come directly and if it's making a correction or
10:38:56  13   something, and they might get that, that's about all
10:39:00  14   I can think of.
10:39:02  15        Q    And are you speaking about this kind of
10:39:04  16   your personal experience as a circuit overseer at
10:39:08  17   this courses?
10:39:09  18        A    Uh-huh, yes.
10:39:16  19        Q    Okay.  I want to see if we're done with
10:39:19  20   Document 2.  Give me a second.  I'm going to look at
10:39:22  21   Document 2 and see if we're done with it.
10:40:05  22             Are you familiar with the books that are
10:40:07  23   entitled "To Pay Attention to Yourselves and All The
10:40:10  24   Flock"?
10:40:10  25        A    Yes.
```

```
10:40:11   1         Q    What's that book used for?
10:40:14   2         A    More or less the same thing, organization.
10:40:17   3    And I'm thinking about the same.  Well have lot of
10:40:21   4    changes in titles.
10:40:23   5         Q    Sure.  Just in general your recollection
10:40:25   6    you say the same thing.  Is it to instruct and help
10:40:31   7    elders understand their obligations to their
10:40:35   8    congregations?
10:40:35   9         A    Yes.
10:40:37  10         Q    I'm just asking.  These documents that I'm
10:40:40  11    personally not familiar with like the Kingdom
10:40:43  12    Ministry School course.  The Pay attention to
10:40:46  13    Yourself and all the Flock.  The branch Organization
10:40:51  14    Manual.  Organized to accomplish our Religion.
10:40:53  15    Those are documents I'm not familiar, so I'm kind of
10:40:56  16    just hoping you can help me understand what those
10:40:58  17    documents are used for.  Does that make sense?
10:41:02  18         A    No, I understand what you're asking.
10:41:02  19    Yeah, the one that referred to at the beginning,
10:41:06  20    none of us elders know anything about that, that's
10:41:09  21    just internally with the -- the branch or
10:41:17  22    organization, and usually a small part of that.
10:41:21  23         Q    Okay.  That's the one you were confused on
10:41:23  24    Exhibit 2?
10:41:24  25         A    Yes.
```

```
10:52:07   1        Q    Skip one.  Let's go to 28734.  Thank you.
10:52:21   2             Thank you.  I want to point your
10:52:22   3   attention, Mr. Lovett, to this paragraph here
10:52:24   4   starting with general information.
10:52:27   5        A    Uh-huh.
10:52:28   6        Q    "General information is here published
10:52:30   7   concerning the duties of elders and ministerial
10:52:34   8   servants.  Judicial procedures and various features
10:52:37   9   of congregation organization."
10:52:39  10             Is that consistent with how you understood
10:52:42  11   this document that it was for the purpose of
10:52:47  12   communicating the duties of elders and ministerial
10:52:51  13   servants?
10:52:53  14             MR. MCCABE:  Among other things.
10:52:54  15   BY MR. SHAFFER:
10:52:54  16        Q    Among other things.  Is that how
10:52:56  17   understand it?
10:52:58  18        A    Uh-huh.
10:52:59  19        Q    That's a yes?
10:53:00  20        A    Yes.
10:53:01  21        Q    Thank you.
10:53:25  22             We've talked about a few other
10:53:25  23   publications.  If you talked about letters, would
10:53:27  24   that be like an all body as an elder letter?
10:53:31  25        A    It could be.
```

```
10:53:32  1      Q    And that could have instruction to elders
10:53:35  2  on how to perform their duties?
10:53:36  3      A    Yes.
10:53:37  4      Q    Okay.  Awake magazines?
10:53:43  5      A    Not so much.
10:53:44  6      Q    What was the purpose of the Awake
10:53:47  7  magazine?
10:53:48  8      A    Generally distributed to the public and --
10:53:50  9  but it didn't generally use -- deal with the -- how
10:53:54 10  to organize this or that.
10:53:57 11      Q    Okay.  How about the our Kingdom service
10:54:01 12  newsletters?
10:54:02 13      A    They were used for the weekly service
10:54:08 14  meetings part.
10:54:09 15      Q    Okay.  How about the Watch Tower
10:54:13 16  magazine?
10:54:15 17      A    What would you want to know.
10:54:18 18      Q    What was the purpose of the Watch Tower
10:54:20 19  magazine.  Did it --
10:54:21 20           Go ahead.
10:54:22 21      A    Instructed.  It instructed you know.
10:54:25 22  But --
10:54:27 23      Q    Instructed elders?
10:54:29 24      A    Yeah.  And generally everybody.  You know,
10:54:33 25  anybody can get a Watch Tower.  And there were any
```