*Exhibit J*

```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MONTANA
                      BILLINGS DIVISION
_____

TRACY CAEKAERT, and              Case No.
CAMILLIA MAPLEY,                 CV-20-52-BLG-SPW

        Plaintiffs,

   vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., et al,

        Defendants,

WATCHTOWER BIBLE AND             VIDEO-RECORDED
TRACT SOCIETY OF                 DEPOSITION UPON ORAL
NEW YORK, INC., et al,           EXAMINATION OF THOMAS
                                 MEYERS
        Cross Claimants,

   vs.

BRUCE MAPLEY, SR.,

        Cross Defendant.


ARIANE ROWLAND, and
JAMIE SCHULZE,

        Plaintiff,              Cause No.
                                CV 20-59-BLG-SPW
   vs.

WATCHTOWER BIBLE AND
TRACT SOCIETY OF
NEW YORK, INC., et al,

        Defendants.
_____
```

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

**Thomas Meyers**

1    ministerial servant could sit on?

2         A.   Not that I've ever heard of.

3         Q.   All right.  And what I'm asking, I guess,

4    is how -- how would you know that, say, Elders can

5    be on a judicial committee but ministerial servants

6    should not?  Or would that be up to you guys in

7    Hardin?

8         A.   No.  That's -- that's -- that's

9    organizational information, yeah.

10        Q.   And when you say, "organizational," what

11   do you mean by that?

12        A.   It's something set by the Watchtower

13   organization, the brothers back at the service

14   department, for example.

15        Q.   And how would that information be conveyed

16   to you as an Elder when you're an Elder?

17        A.   It's in print.  We -- we receive letters,

18   not a whole lot of them, but periodic ones,

19   especially if something is changed.

20             There's also an Elder, like, handbook, if

21   you will, that gets updated periodically.

22        Q.   All right.  And is there more than one

23   Elder handbook?  I've seen a few that look like --

24        A.   It's just evolved over time.

25        Q.   And what do you call it?  Do you call it

                                                              45

**Thomas Meyers**

```
 1    an Elder handbook, or do you have another name for
 2    it?
 3         A.   Currently it's called the shepherding
 4    book.
 5         Q.   And -- Shepherd the Flock, or is that a
 6    different --
 7         A.   Something like that, yeah.  It changes.
 8    My memory's not good.
 9         Q.   But it sounds like, regardless, it was --
10    those directions were in print and that they came
11    from what you described as the Watchtower Society.
12    Is that --
13         A.   That's correct.
14         Q.   The service department was your
15    understanding?  Is that --
16         A.   Right.  Yes.
17         Q.   Did you ever have input on those policies
18    when you were an Elder?
19         A.   No.  I don't know what you mean, I guess.
20         Q.   Did you -- when you were an Elder, did you
21    ever give input to the circuit overseer about what
22    should be included in the manuals?
23         A.   I don't recall ever doing it.  I don't --
24    may -- might have expressed my opinion here and
25    there, but not -- nothing that I can remember.
```
46

**Thomas Meyers**

```
 1        Q.   Other than the manuals that -- that you

 2   described, that the names have changed, were there

 3   other places that you -- when you were an Elder,

 4   that you got directions about how to perform your

 5   duties as an Elder?

 6        A.   No.  It was always in print.

 7        Q.   So you didn't have to look anywhere else

 8   other than those periodicals and the printed

 9   materials that laid out the directions for being an

10   Elder?

11        A.   Yes.

12        Q.   And would those materials that you're

13   describing, would each Elder have a copy sent to

14   them, or would there be, like, one reference, or

15   did it vary?

16        A.   We would each have our own copy, yeah.

17        Q.   All right.

18        A.   Currently, it's all digital, so that

19   simplifies everybody having a copy.

20        Q.   For sure.

21        A.   Yeah.

22        Q.   When did that change happen?  Do you

23   remember at all?

24        A.   No, I don't remember.  I know -- I feel

25   like I'm left in the dust, you know, on that one.
```

Thomas Meyers

```
 1    how to go about this?
 2         A.   Well, because the -- the -- I don't know,
 3    call it a crime, you know, because of the stuff
 4    that happened, was kind of old, you know.  It was
 5    decades old.  We needed to get some direction,
 6    because the direction we had basically was, you
 7    know, if this happened in recent -- last couple,
 8    three years, you know, we're talking a couple,
 9    three decades, so we needed to get some kind of
10    information what to do about it.
11         Q.   And were you ever trained how to talk to
12    victims of -- child victims of sexual abuse?
13         A.   In general terms, yeah.
14         Q.   By whom?
15         A.   We'd go to these Elder schools.  There's
16    things in The Watchtower and Awake! too on that.
17         Q.   So you turned to The Watchtower and Awake!
18    and go to some conferences?
19         A.   Yeah.
20         Q.   And what did you -- what did you learn
21    specifically?
22         A.   To not do all the talking.
23         Q.   Did you learn the process of taking
24    interviews and talking to victims of abuse?
25         A.   Try to draw them out, get the facts, and
```
                                                    130