| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany Street, #404 |
| Victoria K.M. Gannon | Denver, CO  80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) )  Case No. CV-20-52-BLG-SPW ) |
| Plaintiffs, | ) ) **PLAINTIFFS' PROPOSED** |
| vs. | ) **AMENDMENTS TO FACTS** ) **ESTABLISHED PRIOR TO** ) **TRIAL** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) ) |
| Defendants, | ) ) ) |

Pursuant to this Court's order (ECF No. 388) Plaintiffs, by and through undersigned counsel, provide the Court with the following proposed amendments to facts (g) and (h) in the Court's original sanctions Order (ECF. No. 318).  Based

upon the testimony and documents regarding the "U.S. branch Office" prior to 2001, Plaintiffs proposed facts "(g)" and "(h)" in ECF No. 318 be amended as follows:

(g) During the relevant time period, local congregation elders directed questions on how to follow Jehovah's Witnesses polices to the "branch."

(h) During the relevant time period, Jehovah's Witnesses circuit overseers visited local congregations and reported on their activities to the "branch."

A Proposed Order setting out the above referenced amendments is attached hereto and being emailed to spw_propord@mtd.uscourts.gov for the Court's consideration.

DATED this 13th day of June, 2024.

By: /s/ Ryan Shaffer
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                          By: /s/ Ryan Shaffer
                              Ryan R. Shaffer
                              MEYER, SHAFFER & STEPANS PLLP

                          *Attorneys for Plaintiffs*