IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **[PROPOSED] ORDER** |

Facts (g) and (h) established by the Court's order of February 6, 2024 (ECF No. 318) are hereby amended as follows:

(g) During the relevant time period, local congregation elders directed questions on how to follow Jehovah's Witnesses polices to the "branch.";

(h) During the relevant time period, Jehovah's Witnesses circuit overseers visited local congregations and reported on their activities to the "branch.".

DATED this _____ day of _____, 2024.

_____
Susan P. Watters
United States District Court Judge