| | |
|---|---|
| Jon A. Wilson | Joel M. Taylor, Esq. (*pro hac vice*) |
| Brett C. Jensen | MILLER MCNAMARA & TAYLOR LLP |
| Michael P. Sarabia | 412 Clock Tower Commons Dr |
| BROWN LAW FIRM, P.C. | Brewster, New York 10509 |
| 315 North 24th Street | |
| P.O. Drawer 849 | |
| Billings, MT 59103-0849 | |

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. AND DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S JOINT MOTIONS IN LIMINE** |

Defendants Watchtower Bible and Tract Society of New York, Inc. ("WTNY") and Watch Tower Bible and Tract Society of Pennsylvania ("WTPA")

respectfully request that the Court enter an order in limine excluding the following evidentiary matters from further consideration in this case, including at trial:

1. Attempts to establish a standard of care for elders in a Jehovah's Witnesses' Congregation based on religious principles;

2. Attempts to redefine religious beliefs, practices, and procedures of Jehovah's Witnesses;

3. Attempts to disparage the reputation of Jehovah's Witnesses, and/or attacks on Jehovah's Witnesses beliefs, practices, and theology;

4. References to or discussion of other sexual abuse cases and allegations against Jehovah's Witnesses;

5. Conclusory statements and legal conclusions, including:

   a. Attempts to state legal conclusions regarding agency or the roles of members of a Jehovah's Witnesses Congregation; and

   b. Legal conclusions by Plaintiffs' accounting expert, Benjamin F. Yonce;

6. References to discovery conduct or sanctions issued in this or other cases;

7. References to allegations against Bruce Mapley, Sr. in other states and allegations made after the alleged sexual abuse in this case;

8. Testimony of Carla Klessens that is hearsay and/or irrelevant;

9. Testimony by Mark O'Donnell; and

10. Arguments about the "Golden Rule," "Voice of the Community," and Public Safety Standards.

These Motions will prevent the introduction of irrelevant, immaterial, and/or unfairly prejudicial evidence.  Pursuant to L.R. 7.1(c)(1), Defendants have contacted Plaintiffs, who object to all of the foregoing Motions. The Motions are supported by an accompanying Brief.

**DATED** this 14th day of June, 2024.

    MOULTON BELLINGHAM PC

By: */s/ Gerry P. Fagan*
    GERRY P. FAGAN
    CHRISTOPHER T. SWEENEY
    JORDAN W. FITZGERALD

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

BROWN LAW FIRM, P.C.

By: */s/ Jon A. Wilson*
    JON A. WILSON
    BRETT C. JENSEN
    MICHAEL P. SARABIA

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*