```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MONTANA
                   BILLINGS DIVISION
_____

 TRACY CAEKAERT, and        Case No.
 CAMILLIA MAPLEY,           CV-20-52-BLG-SPW

       Plaintiffs,

    vs.

 WATCHTOWER BIBLE AND
 TRACT SOCIETY OF
 NEW YORK, INC., et al,

       Defendants,

 ARIANE ROWLAND, and        DEPOSITION UPON ORAL
 JAMIE SCHULZE,             EXAMINATION OF CARLA
                             (HAIN) KLESSENS
       Plaintiff,

    vs.

 WATCHTOWER BIBLE AND       Case No.
 TRACT SOCIETY OF           CV-20-59-BLG-SPW
 NEW YORK, INC., et al,

       Defendants.
_____
```

        BE IT REMEMBERED, that the deposition upon oral examination of CARLA (HAIN) KLESSENS, appearing at the instance of the Plaintiffs, was taken at the offices of Fisher Court Reporting, 2711 1st Avenue North, Billings, Montana, on Thursday, January 11, 2024, beginning at the hour of 9:05 a.m., pursuant to the Federal Rules of Civil Procedure, before Barbara J. McLean, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public.

                    * * * * * *

**Charles Fisher Court Reporting**
**442 East Mendenhall, Bozeman MT  59715, (406) 587-9016**

**Carla (Hain) Klessens**

```
 1   ATTORNEYS APPEARING ON BEHALF OF THE PLAINTIFFS:

 2        ROBERT L. STEPANS
          KATY GANNON
 3        RYAN R. SHAFFER (appearing via Zoom)
          Meyer, Shaffer & Stepans, PLLP
 4        430 Ryman Street
          Missoula, Montana 59802
 5        406.543.6929 - rob@mss-lawfirm.com

 6
     ATTORNEYS APPEARING ON BEHALF OF DEFENDANTS WATCH
 7   TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA:

 8        CHRISTOPHER T. SWEENEY
          JORDAN W. FITZGERALD (appearing remotely)
 9        GERRY FAGAN (appearing remotely)
          Moulton Bellingham PC
10        27 North 27th Street, Suite 1900
          P.O. Box 2559
11        Billings, Montana 59103
          406.248.7731
12        christopher.sweeney@moultonbellingham.com

13
     ATTORNEYS APPEARING ON BEHALF OF DEFENDANTS
14   WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK,
     INC.:
15
          MICHAEL P. SARABIA
16        JON A. WILSON (appearing remotely)
          BRETT C. JENSEN (appearing remotely)
17        Brown Law Firm, P.C.
          315 North 24th Street
18        P.O. Drawer 849
          Billings, Montana 59103-0849
19        406.248.2611 - jwilson@brownfirm.com

20        JOEL M. TAYLOR, pro hac vice (appearing remotely)
          Miller, McNamara & Taylor LLP
21        100 South Bedford Road, Suite 340
          Mount Kisco, New York 10549
22        845.288.0844 - jtaylor@mmt-law.com

23

24

25
                                                         2
```

```
 1                        I N D E X

 2
     EXAMINATION OF CARLA KLESSENS                    PAGE
 3
     BY MS. GANNON................................4
 4   BY MR. SWEENEY..............................39
     BY MR. TAYLOR...............................71
 5   BY MS. GANNON...............................81
     BY MR. TAYLOR...............................83
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                            3
```

```
 1        A.   Not that I can remember.  I remember being
 2   at their house in the basement.  There was a pink
 3   room and a green room, and I remember us girls
 4   being in on the bed.  And what I -- the only thing
 5   I can remember is a bunch of guys standing around
 6   the bed.
 7        Q.   By "a bunch of guys," do you mean like
 8   other boys your age, or adult men --
 9        A.   No, adult men.  Quentin Means was there;
10   Martin.  I don't remember a lot of it.  I only --
11   there's only bits and pieces of it.  But the colors
12   of the room, I can see, and I can see the guys
13   standing around the bed.
14             We spent a lot of time over there because
15   Martin's daughter, Myrna, had Mindy and Cory, and
16   they were -- I mean, we were always over there
17   playing.  There was always kids downstairs in the
18   basement.
19        Q.   Of the Svensen house?
20        A.   Yeah.
21        Q.   Do you think Martin Svensen ever abused
22   you?
23        A.   I don't think so.  I couldn't tell you for
24   sure.  That one that I -- I don't know.  I know
25   there was -- there's things that I remember that I
```

**Carla (Hain) Klessens**

| | |
|---:|---|
| 1 | think maybe are just dreams, but -- when I would |
| 2 | stay with Mindy, and somebody coming in the room in |
| 3 | the middle of the night.  But nothing that stands |
| 4 | out to say, hey, you know, this is what happened. |
| 5 | Nothing like that. |
| 6 |     Q.   Okay.  How old do you think you were at |
| 7 | the time? |
| 8 |     A.   Probably went there from the time I was |
| 9 | four until I was 17, 18, you know. |
| 10 |     Q.   Do you remember who any of the other |
| 11 | children in Martin Svensen's basement were with |
| 12 | you? |
| 13 |     A.   Jamie and Mary Ann.  Nissie and Jody |
| 14 | Warnock.  Colette and Judy Schmidt.  It was another |
| 15 | one of them places where all of us kids hung out. |
| 16 | Millie would -- we would do mints for weddings for |
| 17 | people that were getting married.  Kind of just one |
| 18 | of them places to go, or -- it wasn't far from |
| 19 | school, you know.  It was just somewhere when |
| 20 | parents worked, we would go hang out at Martin and |
| 21 | Millie's until they came and picked us up.  Or we'd |
| 22 | go there after we got done going to service.  We'd |
| 23 | go stop at their house, and Millie would have |
| 24 | sandwiches and stuff for us. |
| 25 |     Q.   Did you ever hear of any other children in |

29

```
 1  passed away, when Gunnar Hain came down into your
 2  room and was touching you inappropriately or trying
 3  to feel your baby, did you ever report that to the
 4  Elders of the Hardin Congregation?
 5      A.   No.  Once they had said they were going to
 6  disfellowship me, I had no need to talk to them.  I
 7  had no need to let them know anything else that was
 8  going on.
 9      Q.   So at any point in time do you know if the
10  Elders of the Hardin Congregation ever called the
11  police to report Gunnar Hain for child sexual
12  assault?
13      A.   I do not believe so, but I don't know for
14  sure.
15      Q.   Do you know if the Elders of the Hardin
16  Congregation reported it to anyone?
17      A.   I know they were waiting for word back
18  from New York for discipline.  When I was four, I
19  remember them not knowing how they were going to
20  take -- or handle it.  I know that he had to wait
21  for a week or whatever for -- that was one of the
22  things that he was upset about, you know.  Because
23  it hadn't been very long that they had made him an
24  Elder, and then had to take that away, so -- but I
25  know -- I know that they did get ahold of New York.
```

34

```
 1        Q.    And how do you know that?
 2        A.    Because I remember mom talking about it,
 3   about them waiting to see how they were going to
 4   handle it.  I remember Gunnar sitting down and
 5   telling us that this is -- you know, we had to
 6   wait.  Because for him to be an Elder, he was -- it
 7   was something that he made a big deal of in the
 8   house, you know, all proud of it and everything.
 9   So when they took it, it was something that he made
10   a point to let us girls know that, you know, he
11   wasn't happy, he wasn't -- he worked for a long
12   time to become an Elder, and that just didn't --
13   that little bit of talking out of my mouth, that he
14   lost that.  So the guilt that he tried to put, it's
15   just something that sticks out.
16        Q.    Do you remember any circuit overseers
17   visiting the Hardin Congregation?
18              Hold on.  Let me back up.
19        A.    Some of them --
20        Q.    Do you know what a circuit overseer is?
21        A.    Yeah.
22        Q.    And what's a circuit overseer?
23        A.    They come in and do special talks,
24   special -- whatever, more sometimes to -- depending
25   on what's going on in the congregation, to address
```

35

**Carla (Hain) Klessens**

```
 1  telling what's going on.  And -- yeah.
 2      Q.   Are your memories of those events a little
 3  weak?
 4      A.   My memory is a little weak.  I was hit in
 5  2017 and have a nice gash in my head, so my memory
 6  is not awesome.
 7           The reason I remember when I was four,
 8  like I said, is because Gunnar was very upset about
 9  it, and that was something he made sure that he
10  told us -- told me about specifically.  Like I
11  said, my cat in my -- in the house, and my turtle,
12  and threatening my mom and my sisters.  That was --
13  it sticks out in my head.
14      Q.   You say you were hit in the head in 2017?
15  What happened?
16      A.   I had -- there was a 15-year-old girl
17  stole her dad's truck and hit me.  I was driving a
18  Jeep.  And I hit Tiny's.
19      Q.   Oh, it was a car accident?
20      A.   Yeah.
21      Q.   And you hit your head?
22      A.   Yeah.
23      Q.   Did you have a concussion?
24      A.   I got a seven-inch cut on my head an inch
25  and a half deep with staples in it.
```