Robert L. Stepans
Ryan R. Shaffer
James C. Murnion
Victoria K.M. Gannon
Meyer, Shaffer & Stepans, PLLP
430 Ryman Street
Missoula, MT  59802
Tel: (406) 543-6929
Fax: (406) 721-1799
rob@mss-lawfirm.com
ryan@mss-lawfirm.com
james@mss-lawfirm.com
katy@mss-lawfirm.com

Matthew L. Merrill (appearing *pro hac vice*)
Merrill Law, LLC
1401 Delgany Street, #404
Denver, CO  80202
Tel: (303) 947-4453
matthew@merrillwaterlaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>    Plaintiffs,<br><br> vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA.,<br><br>    Defendants, | Case No. CV-20-52-BLG-SPW<br><br>**PLAINTIFFS' MOTIONS IN LIMINE 1 THROUGH 9** |

Plaintiffs, by and through undersigned counsel, respectfully move the Court

for orders in limine precluding Defendants from questioning witnesses, offering

evidence, or arguing before the jury on the following matters:

1. Defendants' alleged humanitarian aid.

2. The First Amendment.

3. Contention that Defendants did not have policies and procedures.

4. Anything contrary to the Court's factual findings.

5. Blaming other Jehovah's Witnesses' entities and departments without evidence.

6. Opinions not disclosed by Defendants' rebuttal experts in their reports.

7. The cost of Plaintiffs' medical and psychological treatment.

8. Claims that Defendants did not have notice of the abuse.

9. Suggestions of what may or may not have been included in spoliated evidence.

Defendants were contacted regarding their position on Plaintiffs' Motions in Limine and stated that they reserve their objections until they have been able to review the arguments. A brief in support is being filed contemporaneously herewith.

DATED this 14th day of June, 2024.

By: /s/ Ryan Shaffer
 Ryan R. Shaffer
 MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

By: <u>/s/ Ryan Shaffer</u>
Ryan R. Shaffer
MEYER, SHAFFER & STEPANS PLLP

*Attorneys for Plaintiffs*