Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
412 Clock Tower Commons Dr.
Brewster, NY 10509
Telephone/E-Fax: (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>  Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, and BRUCE MAPLEY SR.,<br><br>  Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S JOINDER IN DEFENDANT WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S RESPONSE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF MOTION TO AMEND** |

Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") hereby joins in Defendant Watch Tower Bible and Tract Society of Pennsylvania's ("WTPA") Response Brief in Opposition to Plaintiffs' Motion for Reconsideration of Motion to Amend (Doc. 414), in requesting the Court deny Plaintiffs' Motion for Reconsideration of Motion to Amend (Doc. 407).

WTNY likewise opposes Plaintiffs' Motion and fully incorporates as though wholly set forth herein the arguments, cited authorities, supporting facts, and legal analysis set forth in WTPA's Response Brief (Doc. 414).

DATED this 17th day of June, 2024.

By: /s/ Michael P. Sarabia
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

By: /s/ Joel M. Taylor
Joel. M. Taylor (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on June 17th, 2024, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1401 Delgany Street, #404
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

```
  1-4    CM/ECF                    ____ Fax
  ____   Hand Delivery             ____ E-Mail
   5     U.S. Mail                 ____ Overnight Delivery Services
```

By: /s/ Michael P. Sarabia
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*