Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128

Joel M. Taylor, Esq. (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
412 Clock Tower Commons Dr.
Brewster, NY 10509
Telephone/E-Fax: (845) 288-0844
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR REFERRAL TO U.S. MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |

Defendant Watchtower Bible and Tract Society of New York, Inc., by and through its counsel of record, respectfully moves the Court for an Order referring this matter to a U.S. Magistrate Judge for the limited purpose of holding a settlement conference addressing this matter, as well as this Court's Cause No. CV 20-59-BLG-SPW.  The parties have been engaged in good-faith settlement negotiations, and request the assistance of a U.S. Magistrate Judge in continuing such settlement negotiations in order to potentially avoid the time and expense of trial and conserve judicial resources.  Counsel for Plaintiffs and counsel for Watch Tower Bible and Tract Society of Pennsylvania have been contacted, and this motion is unopposed.  A proposed Order is submitted herewith for the Court's consideration.

DATED this 18th day of June, 2024.

By: /s/ Jon A. Wilson
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

By: /s/ Joel M. Taylor
Joel. M. Taylor (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on June 18, 2024, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1401 Delgany Street, #404
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

```
  1-4   CM/ECF                 ____ Fax
  ____  Hand Delivery           ____ E-Mail
    5   U.S. Mail               ____ Overnight Delivery Services
```

By: /s/ Jon A. Wilson
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

3