# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>        Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>        Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**ORDER GRANTING DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR REFERRAL TO U.S. MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |

Upon the Motion of Defendant Watchtower Bible and Tract Society of New York, Inc., good cause appearing and counsel for Plaintiffs and Defendant Watch Tower Bible and Tract Society of Pennsylvania having indicated no objection,

IT IS HEREBY ORDERED that the above-referenced matter, as well as Cause No. 20-59-BLG-SPW, are referred to U.S. Magistrate Judge _____ for the limited purpose of conducting a settlement conference.  Arrangements for the conference will be made by Judge _____.  The Clerk of Court shall give notice of the entry of this Order to all parties and to the chambers of Judge _____.

1

DATED this ___ day of _____, 2024.

                By: _____
                     HON. SUSAN P. WATTERS
                     UNITED STATES DISTRICT JUDGE