IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**ORDER GRANTING DEFENDANT WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S UNOPPOSED MOTION FOR REFERRAL TO U.S. MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE** |

Upon the Defendant Watchtower Bible and Tract Society of New York, Inc.'s Unopposed Motion for Referral to a U.S. Magistrate Judge for a Settlement Conference (Doc. 421), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The above-referenced matter, as well as Cause No. 20-59-BLG-SPW, are referred to U.S. Magistrate Judge Timothy J. Cavan for the limited purpose of conducting a settlement conference. Arrangements for the conference will be made by

1

Magistrate Judge Timothy J. Cavan. The Clerk of Court shall give notice of the entry of this Order to all parties and to Magistrate Judge Cavan.

DATED this 18th day of June, 2024.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE