IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>    Defendants. | CV 20-52-BLG-SPW<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

  United States District Judge Watters has referred the above matter for the limited purpose of conducting a settlement conference. Accordingly,

  IT IS ORDERED that a telephonic Scheduling Conference shall be held on June 27, 2024, at 10:30 a.m. before Magistrate Judge Timothy J. Cavan to select the date of the settlement conference.

  Lead trial counsel for the respective parties are required to participate in the conference.

/ / /

/ / /

/ / /

1

Counsel shall use the Court's conferencing system:

a.    Dial: 1-669-254-5252
b.    Enter Meeting ID: 161 207 26414 #
c.    Press # again (bypass the participant ID)

DATED this 20th day of June, 2024.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge