UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> PHILIP BRUMLEY, <br><br> Defendant - Appellant, <br><br> and <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK; et al., <br><br> Defendants. | No. 23-35329 <br><br> D.C. No. 1:20-cv-00052-SPW <br> U.S. District Court for Montana, Billings <br><br> **MANDATE** |
| ARIANE ROWLAND and JAMIE SCHULZE, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> PHILIP BRUMLEY, <br><br> Defendant - Appellant, <br><br> and | No. 23-35330 <br><br> D.C. No. 1:20-cv-00059-SPW <br> U.S. District Court for Montana, Billings |

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,

Defendants.

The judgment of this Court, entered May 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $561.96.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT