IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>　　　　　　　Defendants. | CV 20-52-BLG-SPW<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a settlement conference in the above-captioned case on **July 8, 2024 at 9:00 a.m.** Counsel shall report to the Battin Federal Courthouse, 2601 2nd Avenue North, Billings, Montana. The parties may participate in the conference via videoconferencing. Counsel will be responsible for providing the videoconference for their respective clients.

It is the responsibility of counsel to ensure that each named party is present on videoconference with ultimate settlement authority and will remain on the videoconference throughout the settlement conference. The person with ultimate settlement authority must be knowledgeable about the facts of the case and have

1

the discretion to alter the party's settlement position based on discussion and negotiation at the settlement conference.

A fully insured party need not attend unless the settlement decision will be made in part by the insured. A governmental entity shall send a representative authorized to act on its behalf. If a corporation is named, or if an insurance carrier is involved, then the representative with ultimate settlement authority for said corporation and/or insurance carrier shall be present at the settlement conference. Availability of these named parties and/or corporate/insurance carrier representatives by telephone will not be acceptable. The Court will not entertain requests by counsel to excuse either their clients or the corporate/insurance carrier representatives from attendance at the settlement conference.

Failure to comply with the conditions set forth above, including appearance via videoconference with all necessary settlement authority and discretion, or failure to negotiate in good faith, may result in imposition of sanctions and/or costs of the conference. See Local Rule 16.5(b)(4)(B).

Settlement conferences are often more efficient and productive if the parties have exchanged demands and offers before the conference. Before arriving at the conference, at least one specific proposal and one counter proposal shall be exchanged.

**IT IS FURTHER ORDERED** that on or before **July 2, 2024** the respective parties must submit to the undersigned, a confidential settlement statement setting forth:

1. the names of all persons, including counsel, who will attend and participate in the conference on behalf of the named party, and identification of the person with ultimate settlement authority;

2. a recitation of the facts (or reference to appropriate document and pages of the Court's record);

3. a discussion of the strengths and weaknesses of the case;

4. a report on settlement efforts to date; and

5. any and all further information the parties believe will be helpful to the undersigned in conducting the mediation.

The brochures shall not be exchanged among the parties nor become part of the formal court record. The brochures shall not exceed twenty (20) pages in length, excluding exhibits. The brochures must be double-spaced and typewritten in 14-point font size.

The brochures should be submitted to Judge Cavan's chambers via email to **tjc_propord@mtd.uscourts.gov**. If a brochure exceeds 20 pages in length, including attachments and exhibits, a courtesy copy must be delivered directly to

chambers at 2601 2nd Avenue North, Suite 5500, James F. Battin Federal Courthouse, Billings, Montana, 59101.

**IT IS ORDERED**.

DATED this 28th day of June, 2024.

                                                                                                         TIMOTHY J. CAVAN
                                                                                                         United States Magistrate Judge