| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany St. #404 |
| Victoria K.M. Gannon | Denver, CO  80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) ) **PLAINTIFFS' STATEMENT** |
| vs. | ) **OF EXPENSES AND FEES** ) **RE: ECF NO. 411** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) ) |
| Defendants, | ) ) |

Pursuant to the Court's Order of June 10, 2024, Plaintiffs hereby submit the following pleading setting forth the amount of expenses and attorney's fees "related to WTNY's Motion for Protective Order and Plaintiffs' Motion to Strike

and preparing the instant motion." Ord. at 13, ECF No. 411.[1]  As ordered, attached hereto as **Exhibit A** is the Affidavit of Ryan Shaffer.

The Court has broad discretion in calculating the fees and costs appropriate for a discovery sanction. *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101, 110 (2017) (citing *Fox v. Vice*, 563 U.S. 826, 838 (2011)). The purpose of sanctioning a party for discovery abuses is to compensate for "*all* expenses, whenever incurred, that would not have been sustained had the opponent conducted itself properly." *Kraszewski v. State Farm General Ins. Co.*, No. C 79-1261 THE, 1984 WL 1027, at *5 (N.D. Cal. June 11, 1984).

## PLAINTIFFS' EXPENSES AND ATTORNEY'S FEES

The Court has ordered Defendant Watchtower Bible and Tract Society of New York, Inc. ("WTNY") to pay Plaintiffs' expenses related to WTNY's Motion for Protective Order (ECF No. 234), Plaintiffs' Motion to Strike (ECF No. 248), and Plaintiffs' Motion for Sanctions (ECF No. 362). The expenses related to each is set forth below

### 1. WTNY's Motion for Protective Order (ECF No. 234)

Plaintiffs' expenses and attorney's fees expended litigating WTNY's Motion for Protective Order are as follows:

---

[1] It is Plaintiffs' understanding that the parties have agreed on terms to settle these cases. Counsel shall inform the Court whether the final settlement terms include resolution of fees and expenses Ordered by the Court.

- ➢ $9,600.00 in attorney fees.  Affidavit of Ryan Shaffer,

- ➢ $300.00 in paralegal fees.  Affidavit of Ryan Shaffer,

## 2. Plaintiffs' Motion to Strike (ECF No. 248)

Plaintiffs' expenses and attorney's fees expended litigating Plaintiffs' Motion to Strike are as follows:

- ➢ $6,400.00 in attorney fees.  Affidavit of Ryan Shaffer,

- ➢ $450.00 in paralegal fees.  Affidavit of Ryan Shaffer,

## 3. Plaintiffs' Motion for Sanctions (ECF No. 362)

Plaintiffs' expenses and attorney's fees expended litigating Plaintiffs' Motion for Sanctions are as follows:

- ➢ $1,400.00 in attorney fees.  Affidavit of Ryan Shaffer,

- ➢ $637.50 in paralegal fees.  Affidavit of Ryan Shaffer,

## CONCLUSION

As set forth above, and as supported by the affidavit of Ryan Shaffer, the expenses and attorney's fees Plaintiffs are entitled to recover because of WTNY's discovery misconduct is:

| Item | Dollar Amount |
| --- | --- |
| Attorney's Fees | $17,400.00 |
| Paralegal Expenses | $1,387.50 |
| **Total** | $18,787.50 |

DATED this 10th day of July, 2024.

                                By: /s/ Ryan Shaffer
                                      Ryan R. Shaffer
                                      MEYER, SHAFFER & STEPANS PLLP

                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                                   By: /s/ Ryan Shaffer
                                                          Ryan R. Shaffer
                                                          MEYER, SHAFFER & STEPANS PLLP

                                                 *Attorneys for Plaintiffs*