Jon A. Wilson
Brett C. Jensen
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611

Joel M. Taylor, Esq. (*pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
412 Clock Tower Commons Dr.
Brewster, NY 10509
Tel./E-Fax (845) 288-0844

*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Cause No. CV 20-52-BLG-SPW<br><br>**DEFENDANTS WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., AND WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA'S JOINT RESPONSE TO PLAINTIFFS' STATEMENT OF EXPENSES AND FEES RE: ECF NO. 411** |

Defendants Watchtower Bible and Tract Society of New York, Inc. (hereinafter "WTNY") and Watch Tower Bible and Tract Society of Pennsylvania ("WTPA") submit their Joint Response to Plaintiffs' Statement of Expenses and Fees Re: ECF No. 411 dated July 10, 2024 (hereinafter "Plaintiffs' Statement"). *See* Doc. 431.  The same day as Plaintiffs' Statement was filed, the Court noted it had been notified of the settlement of the case.  *See* Doc. 432, p. 1.  In that Order, the Court explained "it appear[ed] that no issue remains for the Court's determination" and ordered "all deadlines are VACATED and any pending motions are DENIED as moot."  *Id.*

Pursuant to the settlement, and the Court's Order in relation to the same, WTNY and WTPA's position is that Plaintiffs' Statement is moot.  However, based on communications with Plaintiffs' counsel, Plaintiffs disagree with WTNY and WTPA's position, necessitating the filing of this Response.  WTNY and WTPA are willing to participate in a conference call with the Court or United States Magistrate Judge Timothy J. Cavan, who presided over the settlement negotiations, to discuss the impact of the settlement on Plaintiffs' Statement.

DATED this 24th day of July, 2024.

By:   /s/ Jon A. Wilson
      Jon A. Wilson / Brett C. Jensen /
      Michael P. Sarabia
      BROWN LAW FIRM, P.C.
      *Attorneys for Defendant Watchtower Bible*
      *and Tract Society of New York, Inc.*

By: /s/ Joel M. Taylor
Joel. M. Taylor (appearing *pro hac vice*)
MILLER MCNAMARA & TAYLOR LLP
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

MOULTON BELLINGHAM PC

By: /s/ Christopher T. Sweeney
GERRY P. FAGAN
CHRISTOPHER T. SWEENEY
JORDAN W. FITZGERALD
*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania*

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(d)(2)(E), the undersigned hereby certifies this brief complies with L.R. 7.1(d)(2)(A).  According to the word-processing unit used to prepare this brief, the word count is 281 words excluding caption, table of contents and authorities, exhibit index, and certificates of service and compliance.

DATED this 24th day of July, 2024.

By: /s/ Jon A. Wilson
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendants Watchtower Bible and Tract Society of New York, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 24, 2024, a copy of the foregoing was served on the following person(s):

1. U.S. District Court, Billings Division

2. Robert L. Stepans/Ryan R. Shaffer/James C. Murnion
   MEYER, SHAFFER & STEPANS, PLLP
   430 Ryman Street
   Missoula, MT 59802

3. Matthew L. Merrill (appearing *pro hac vice*)
   MERRILL LAW, LLC
   1401 Delgany Street, #404
   Denver, CO 80202

4. Gerry P. Fagan/Christopher T. Sweeney/Jordan W. FitzGerald
   MOULTON BELLINGHAM PC
   P.O. Box 2559
   Billings, MT 59103-2559

5. Bruce G. Mapley Sr.
   3905 Caylan Cove
   Birmingham, AL 35215

by the following means:

| | | | |
|---|---|---|---|
| _1-4_ | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| _5_ | U.S. Mail | ____ | Overnight Delivery Services |

By: /s/ Jon A. Wilson
Jon A. Wilson / Brett C. Jensen / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Watchtower Bible and Tract Society of New York, Inc.*

5