IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, <br><br> Defendants. | CV 20-52-BLG-SPW <br><br> **ORDER SETTING STATUS CONFERENCE** |

Following the settlement conference on July 8, 2024, the parties were able to reach a settlement in this matter. Subsequently, Plaintiffs filed a statement setting forth the amount of expenses and attorney's fees regarding the Court's Order sanctioning Defendant Watchtower Bible and Tract Society of New York, Inc. (Doc. 431; *see* Doc. 411.) Defendants responded in opposition to Plaintiffs' statement, arguing it was moot. (Doc. 433.) Plaintiffs then filed a motion seeking to enforce the Court's prior sanctions Order. (Doc. 434.)

Accordingly, IT IS ORDERED that a telephonic status conference shall be held on **August 7, 2024, at 11:00 a.m.** before Magistrate Judge Timothy J. Cavan. Lead trial counsel for the parties are required to participate in the conference.

1

Counsel shall use the Court's conferencing system:

    a.    Dial: 1-669-254-5252

    b.    Enter Meeting ID: 161 207 26414 #

    c.    Press # again (bypass the participant ID)

DATED this 29th day of July, 2024.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge