| | |
|---|---|
| Robert L. Stepans | Matthew L. Merrill (appearing *pro hac vice*) |
| Ryan R. Shaffer | Merrill Law, LLC |
| James C. Murnion | 1401 Delgany Street, #404 |
| Victoria K.M. Gannon | Denver, CO  80202 |
| Meyer, Shaffer & Stepans, PLLP | Tel: (303) 947-4453 |
| 430 Ryman Street | matthew@merrillwaterlaw.com |
| Missoula, MT  59802 | |
| Tel: (406) 543-6929 | |
| Fax: (406) 721-1799 | |
| rob@mss-lawfirm.com | |
| ryan@mss-lawfirm.com | |
| james@mss-lawfirm.com | |
| katy@mss-lawfirm.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) ) **NOTICE** |
| vs. | ) ) |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) ) |
| Defendants, | ) ) ) |

Plaintiffs, by and through counsel, hereby provide NOTICE that:

1. The parties have resolved all remaining disputes, including questions about enforcement of the Court's prior Order sanctioning Defendant Watchtower Bible and Tract Society of New York, Inc.; and

2. Settlement documents fully and finally resolving all claims and disputes have been finalized by counsel and circulated for signatures.

Respectfully submitted this 5th day of August, 2024.

> By: /s/ Ryan Shaffer
> Ryan R. Shaffer
> MEYER, SHAFFER & STEPANS PLLP
> *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4, this document has been served on all parties via electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

                                      By: /s/ Ryan Shaffer
                                            Ryan R. Shaffer
                                            MEYER, SHAFFER & STEPANS PLLP

                                      *Attorneys for Plaintiffs*