IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT and CAMILLIA MAPLEY,<br><br>  Plaintiffs,<br><br>vs.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>  Defendants. | CV 20-52-BLG-SPW<br><br>**ORDER VACATING STATUS CONFERENCE** |

The Court having been notified that the parties have resolved all remaining disputes (Doc. 437), IT IS ORDERED that the status conference set for August 7, 2024, is VACATED.

DATED this 6th day of August, 2024.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1