## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, | ) ) ) | Case No. CV-20-52-BLG-SPW |
| Plaintiffs, | ) | |
| vs. | ) ) | **[PROPOSED] ORDER** |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., | ) ) ) ) ) | |
| Defendants. | ) | |

On August 8, 2024 the parties filed a Stipulation to Dismiss with Prejudice (Doc. No. 439).  The court adopts the Parties' stipulation and **DISMISSES** this matter with prejudice with each party responsible for its own fees and costs.

**IT IS SO ORDERED.**

DATED this _____day of _____, 2024.


_____
Susan P. Watters
United States District Court Judge