# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA., <br><br> Defendants. | Case No. CV-20-52-BLG-SPW <br><br> **ORDER DISMISSING WITH PREJUDICE** |

Upon the Stipulation to Dismiss with Prejudice (Doc. 439) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that all pending motions are **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of August, 2024.

SUSAN P. WATTERS
United States District Court Judge