Gerry P. Fagan
Christopher T. Sweeney
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Christopher.Sweeney@moultonbellingham.com
Jordan.FitzGerald@moultonbellingham.com

*Attorneys for Defendant Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRACY CAEKAERT, and CAMILLIA MAPLEY,<br><br>Plaintiffs,<br><br>-vs-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., and WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>Defendants. | Case No. CV-20-00052-SPW-TJC<br><br>**NOTICE OF APPEAL** |

Please take notice that Philip Brumley hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's order granting the

motion for sanctions against Mr. Brumley entered on August 23, 2022 (Doc. 135) and the District Court's related order entered on April 14, 2023 (Doc. 219). This Notice of Appeal is timely as the District Court entered its order dismissing this case with prejudice on August 9, 2024 (Doc. No. 440). Pursuant to Circuit Rule 3-2(b), a Representation Statement accompanies this Notice of Appeal.

**DATED** this 20th day of August 2024.

                              MOULTON BELLINGHAM PC

                              By   */s/ Christopher T. Sweeney*
                                     GERRY P. FAGAN
                                     CHRISTOPHER T. SWEENEY
                                     JORDAN W. FITZGERALD
                                     27 North 27th Street, Suite 1900
                                     P.O. Box 2559
                                     Billings, Montana 59103-2559

                                     *Attorneys for Watch Tower Bible and Tract Society of Pennsylvania and on behalf of Philip Brumley*