# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> PHILIP BRUMLEY

Name(s) of counsel (if any):

> Benjamin G. Shatz
> Gerry P. Fagan; Christopher T. Sweeney; Jordan W. FitzGerald

Address: 2049 Century Park East, Suite 1700, Los Angeles, CA 90067; 27 North 27th Street, Suite 1900, Billings, Montana 59103-2559

Telephone number(s): (310) 312-4383; (406) 248-7731

Email(s): bshatz@manatt.com; gerry.fagan@moultonbellingham.com; christopher.sweeney@moultonbellingham.com; jordan.fitzgerald@moultonbellingham.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> TRACY CAEKAERT
> CAMILLIA MAPLEY

Name(s) of counsel (if any):

> Robert L. Stepans; Ryan R. Shaffer; James C. Murnion
> Matthew L. Merrill (pro hac vice)

Address: 430 Ryman Street, Missoula, MT 59802; 6631 Mariposa Court, Denver, CO 80221

Telephone number(s): (406) 543-6929; (303) 947-4453

Email(s): rob@mss-lawfirm.com; ryan@mss-lawfirm.com; james@mss-lawfirm.com; matthew@merrillwaterlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                             1                                        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                 *2*                                         *New 12/01/2018*